AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

SAN JUAN CITIZENS ALLIANCE, and
CENTER FOR BIOLOGICAL DIVERSITY

*Plaintiff(s)*

v.

DEREK PADILLA, Mancos-Dolores District Ranger, DAVID NEELY, San Juan NationalForest Supervisor, UNITED STATES FOREST SERVICE, UNITED STATES DEPARTMENT OF AGRICULTURE

*Defendant(s)*

Civil Action No. 23-cv-1501

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DEREK PADILLA, District Ranger,
Mancos-Dolores Ranger District,
San Juan National Forest,
29211 Highway 184
Dolores, CO 81323-9308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Travis E. Stills
Energy & Conservation Law
227 E. 14th Street #201
Durango, Colorado 81301
(970) 375-9231
stills@eclawoffice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

______________________________

*Signature of Clerk or Deputy Clerk*