RESPECTFULLY SUBMITTED on June14, 2023.

*s/Travis E. Stills*
Travis E. Stills (Colorado Bar #27509)
Energy & Conservation Law
227 E. 14th Street #201
Durango, Colorado 81301
(970) 375-9231
stills@eclawoffice.org

*Attorney for Plaintiffs*

*s/John W. Rader*
John W. Rader (Colorado Bar #52799)
San Juan Citizens Alliance
1309 E. 3rd Ave #5
Durango, CO 81301
(970) 259-3593
john@sanjuancitizens.org

*Attorney for Plaintiff San Juan Citizens Alliance*

*s/Edward B. Zukoski*
Edward B. Zukoski (Colorado Bar #26352)
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity*

**Plaintiffs' Addresses:**

San Juan Citizens Alliance
1309 E. 3rd Ave #5
Durango, CO 81301

Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202