**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 23-cv-01501-REB

SAN JUAN CITIZENS ALLIANCE, and
CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiffs,

v.

DEREK PADILLA, in his Official Capacity as District Ranger, Mancos-Dolores Ranger District, San Juan National Forest,
DAVID NEELY (successor to Kara Chadwick), in his official capacity as San Juan National Forest Supervisor,
UNITED STATES FOREST SERVICE, a Federal Agency within the U.S. Department of Agriculture, and
UNITED STATES DEPARTMENT OF AGRICULTURE, an agency of the United States,

Defendants.

---

**ORDER DIRECTING PREPARATION OF JOINT CASE MANAGEMENT PLAN**

---

**Blackburn, J.**

This action under the Administrative Procedure Act was filed on June 14, 2023. A Joint Case Management Plan should, if properly negotiated, provide a mutually agreeable road map for prioritizing and addressing procedural issues as well as an efficient briefing schedule.

Accordingly, the parties are directed to confer and prepare a proposed Joint Case Management Plan (JCMP). The form JCMP of this court is referenced in D.C.COLO.LAPR 16.1. Counsel should attempt in good faith to agree on all matters covered in the form JCMP. Any issue in dispute should be identified in the proposed JCMP with a brief statement concerning the basis for the disagreement.

**THEREFORE, IT IS ORDERED** as follows:

1. That on or before the deadline for the defendants to respond to the complaint under Fed. R. Civ. P. 12(a)(2), the parties shall file (using the Notice event in CM/ECF) a proposed Joint Case Management Plan using the form referenced in D.C.COLO.LAPR 16.1, and shall submit a copy of the proposed Joint Case Management Plan in an editable format (Microsoft Word or WordPerfect) to Blackburn_Chambers@cod.uscourts.gov; and

2. That defendants shall file the administrative record via the CM/ECF system of the court in the manner required by the Electronic Case Filing Procedures for the District of Colorado (Civil Cases), including *Electronic Case Filing Procedures (Civil Cases)*, ¶ 1.1 - ¶ 1.2. The Electronic Case Filing Procedures for the District of Colorado (Civil Cases) provide that all documents filed in civil cases "shall be filed electronically in a portable document format (PDF) using the Electronic Case Filing System (ECF)." *Electronic Case Filing Procedures (Civil Cases)*, ¶ 1.1.

Dated June 16, 2023, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge