**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-1501-REB

SAN JUAN CITIZENS ALLIANCE;
CENTER FOR BIOLOGICAL DIVERSITY;

Petitioners,

v.

DEREK PADILLA, in his official capacity as District Ranger, Mancos-Dolores Ranger District, San Juan National Forest;
DAVID NEELY, in his official capacity as San Juan National Forest Supervisor;
UNITED STATES FOREST SERVICE;
UNITED STATES DEPARTMENT OF AGRICULTURE;

Respondents.

---

RESPONDENTS' NOTICE OF ENTRY OF APPEARANCE

---

Emma L. Hamilton, Trial Attorney with the United States Department of Justice, hereby enters her appearance in the above-captioned litigation as counsel of record on behalf of all Respondents in this matter. Service of all papers by U.S. Mail, hand delivery, or overnight service should be made as follows:

Emma L. Hamilton
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tele: (303) 844-1361
Fax: (303) 844-1350
Email: emma.hamilton@usdoj.gov

Ms. Hamilton's telephone number is (303) 844-1361; her facsimile number is

(303) 844-1350; and her email address is emma.hamilton@usdoj.gov. Todd Kim is the Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice. Mr. Kim should not be separately served with Court filings.

Respectfully submitted on this 18th day of July, 2023.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Emma L. Hamilton
***Emma L. Hamilton*** (CA Bar No. 325360)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0479
emma.hamilton@usdoj.gov

*Attorneys for Respondents*