**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| SAN JUAN CITIZENS ALLIANCE, and<br>CENTER FOR BIOLOGICAL DIVERSITY | ) | |
| Plaintiffs, | ) | Case No. 23-cv-1501-REB |
| v. | ) | |
| DEREK PADILLA, in his Official Capacity, et al. | ) | |
| Defendants. | ) | |

## PROOF OF SERVICE

Plaintiffs, through undersigned counsel, provide proof of service in the above captioned case. Fed. R. Civ. Pro. 4(i)(1)(A).

The below certified mail receipts confirm that on the 20th day of June, 2023, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, certified mail, return receipt requested, addressed to each defendant, the Civil Process Clerk for the Colorado U.S. Attorney's Office, and the Attorney General of the United States.

Service was therefore made on June 20, 2023. Fed. R. Civ. Pro. 4(i)(1)(A) ("To serve the United States, a party must [...] (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office; (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.") (emphasis supplied)

These certified mail receipts provide the required proof that service was complete when the summons and complaint were sent on June 20, 2023. The undersigned also confirmed delivery using U.S. Postal Service Online Tracking.

**1. Civil Process Clerk, Colorado U.S. Attorney's Office**



7018 0680 0002 0795 9352

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Denver, CO 80202

Certified Mail Fee $4.15

Extra Services & Fees (check box, add fee as appropriate)
- Return Receipt (hardcopy) $ $0.00
- Return Receipt (electronic) $ $0.00
- Certified Mail Restricted Delivery $ $0.00
- Adult Signature Required $
- Adult Signature Restricted Delivery $ $0.00

Postage $2.22

Total Postage and Fees $9.72

Postmark Here: 0535 / 06/20/2023 / JUN 20 2023 / DURANGO

Sent To: Civil Process Clerk, USAtty Ofc

Street and Apt. No., or PO Box No.: 1801 California St Ste 1600

City, State, ZIP+4®: Denver CO 80202

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**2. Attorney General of the United States**



7018 0680 0002 0795 9338

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Washington, DC 20530

Certified Mail Fee $4.15

Extra Services & Fees (check box, add fee as appropriate)
- Return Receipt (hardcopy) $ $0.00
- Return Receipt (electronic) $ $0.00
- Certified Mail Restricted Delivery $ $0.00
- Adult Signature Required $
- Adult Signature Restricted Delivery $ $0.00

Postage $2.22

Total Postage and Fees $9.72

Postmark Here: 0535 / 06/20/2023 / DURANGO CO / JUN 20 2023

Sent To: Merrick Garland US AG

Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW

City, State, ZIP+4®: Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

3. **Derek Padilla**


U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
OFFICIAL USE
Certified Mail Fee $4.15
Postage $2.22
Total Postage and Fees $9.72
Postmark Here
06/20/2023
Sent To: Derek Padilla,
Street and Apt. No., or PO Box No.: 29211 Highway 184
City, State, ZIP+4®: Dolores CO 81323-9308
7018 0040 0000 5097 0960

4. **David Neely**


U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Durango, CO 81302
Certified Mail Fee $4.15
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $2.22
Total Postage and Fees $9.72
Postmark Here
0535 16
JUN 20 2023
06/20/2023
Sent To: David Neely, Forest Supervisor
Street and Apt. No., or PO Box No.: San Juan Nat Forest Headquarters
City, State, ZIP+4®: 15 Burnett Ct, Durango CO 81302
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions
7018 0040 0000 5097 0953

**5. Forest Service**

7018 0680 0002 0795 9369

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20024
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $ $4.15 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $3.75 |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ $0.00 |
| Postage | $ $2.22 |
| Total Postage and Fees | $ $9.72 |

0585
16
Postmark Here
DURANGO
JUN 2 0 2023
81301
06/20/2023

Sent To: US Forest Service
Street and Apt. No., or PO Box No.: 201 14th St SW
City, State, ZIP+4®: Washington DC 20024

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**6. U.S. Department of Agriculture**

7018 0680 0002 0795 9345

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20250
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $ $4.15 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $3.75 |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ $0.00 |
| Postage | $ $2.22 |
| Total Postage and Fees | $ $9.72 |

0585
16
Postmark Here
JUN 2 0 2023
81301
06/20/2023

Sent To: USDA
Street and Apt. No., or PO Box No.: 1400 Independent Ave SW
City, State, ZIP+4®: Washington DC 20250

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

I declare under penalty of perjury that the foregoing is true and correct.

**RESPECTFULLY SUBMITTED AUGUST 1, 2023,**

*s/Travis E. Stills*
Travis E. Stills
Energy & Conservation Law
227 E. 14th Street #201
Durango, Colorado 81301
(970) 375-9231
stills@eclawoffice.org

*Attorney for Plaintiffs*

John W. Rader
San Juan Citizens Alliance
1309 E. 3rd Ave #5
Durango, CO 81301
(970) 259-3593
john@sanjuancitizens.org

*Attorney for Plaintiff San Juan Citizens Alliance*

Edward B. Zukoski
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity*

**Certificate of Service**

I hereby certify that on August 1, 2023, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will provide service to counsel for the parties.