**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| SAN JUAN CITIZENS ALLIANCE, and<br>CENTER FOR BIOLOGICAL DIVERSITY<br><br>Petitioners,<br><br>v.<br><br>DEREK PADILLA, in his Official Capacity, et al.<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23-cv-1501-REB |

---

**ENTRY OF APPEARANCE OF ALLISON N. HENDERSON**
**FOR PETITIONER CENTER FOR BIOLOGICAL DIVERSITY**

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: Center for Biological Diversity, Petitioner.

DATED at Crested Butte, Colorado this 21st day of August, 2023.

*s/ Allison N. Henderson*

Allison N. Henderson (CO Bar No. 45088)
Senior Attorney
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
(970) 309-2008
ahenderson@biologicaldiversity.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

emma.hamilton@usdoj.gov
leilani.doktor@usdoj.gov
stills@eclawoffice.org
john@sanjuancitizens.org
tzukoski@biologicaldiversity.org

*s/Allison N. Henderson*
Allison N. Henderson