**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-1501-REB

SAN JUAN CITIZENS ALLIANCE;
CENTER FOR BIOLOGICAL DIVERSITY;

Petitioners,

v.

DEREK PADILLA, in his official capacity as District Ranger, Mancos-Dolores Ranger District, San Juan National Forest;
DAVID NEELY, in his official capacity as San Juan National Forest Supervisor;
UNITED STATES FOREST SERVICE;
UNITED STATES DEPARTMENT OF AGRICULTURE;

Respondents.

---

RESPONDENTS' NOTICE OF ENTRY OF APPEARANCE

---

Leilani Doktor, Trial Attorney with the United States Department of Justice, hereby enters her appearance in the above-captioned litigation as counsel of record on behalf of all Respondents in this matter. Service of all papers by U.S. Mail, hand delivery, or overnight service should be made as follows:

Leilani Doktor
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M. St. NE
Suite 3.1002
Washington D.C. 20009
Tele: (202) 305-0447
Fax: (202) 305-0506
Email: leilani.doktor@usdoj.gov

Ms. Doktor's telephone number is (202)305-0447; her facsimile number is (202)

305-0506; and her email address is leilani.doktor@usdoj.gov. Todd Kim is the Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice. Mr. Kim should not be separately served with Court filings.

Respectfully submitted on this 21th day of August, 2023.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Leilani Doktor
***Leilani Doktor*** (HI Bar No. 11201)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0447
leilani.doktor@usdoj.gov

*Attorneys for Respondents*