# Attachment 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-1501-REB

SAN JUAN CITIZENS ALLIANCE;
CENTER FOR BIOLOGICAL DIVERSITY;

Plaintiffs,

vs.

DEREK PADILLA, in his official capacity as District Ranger, Mancos-Dolores Ranger District, San Juan National Forest;
DAVID NEELY, in his official capacity as San Juan National Forest Supervisor
UNITED STATES FOREST SERVICE;
UNITED STATES DEPARTMENT OF AGRICULTURE;

Defendants.

---

DECLARATION OF SARA BRINTON

---

I, SARA BRINTON, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am employed by the United States Department of Agriculture, Forest Service, as a National Environmental Policy Act Planner for the San Juan National Forest, located at the Pagosa Springs Ranger District in Pagosa Springs, Colorado.
2. As part of my assigned duties, I coordinated the compilation of the Administrative Record responsive to the allegations contained in the petition filed in the above-captioned case.
3. Attached to this declaration is the index for the Forest Service's Administrative Record regarding the November 18, 2021, Record of Decision

for the Salter Vegetation Management Project (Project). All records identified in the attached index, and provided to the Court and Parties, constitute a true and correct copy of the relevant records as retained in the Forest Service's files.

4. The Administrative Record for this case is in Adobe Acrobat (PDF) format to the extent practicable. The Administrative Record contains 271 documents bearing bates numbers 000001 to 008949. The index contains hyperlinks to the individual documents that comprise the Administrative Record.
5. The index notes that, as required by 16 U.S.C. § 470hh, information regarding the nature and location of cultural and archaeological resources has been redacted in the Initial Cultural Resources Report for the Project, bates numbers 007966 to 007983.
6. The Administrative Record and index will be electronically uploaded with the Court and will also be provided to the Court and counsel for Plaintiffs on USB flash drives.

I declare under penalty of perjury that the foregoing is a true and complete statement. Dated this 26th day of September 2023 in Pagosa Springs, Colorado.

SARA BRINTON Digitally signed by SARA BRINTON Date: 2023.09.26 09:59:03 -06'00'

Sara Brinton
NEPA Planner
San Juan National Forest