# Attachment 2

| Bates Number Range | Electronic File Name | Date | Author | Document Description |
|---|---|---|---|---|
| FS-000001-FS-000042.pdf | 20171206 roundheaded_pine_beetle DWRF presentation | 12/6/2017 | Dr. Dan West, Colorado State Forest Service | Bark Beetle-caused Mortality in Southwestern Colorado (Powerpoint presentation) |
| FS-000043-FS-000048.pdf | 20190306 dwrf_mtg_notes | 3/6/2019 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000049-FS-000115.pdf | 20190306 ponderosa-pine_fire_bugs_forest_mgmt | 3/6/2019 | Mike Battaglia (Rocky Mountain Research Station, Forest Service) | Ponderosa pine: Fire, bugs, and forest management (Powerpoint presentation) |
| FS-000116-FS-000132.pdf | 20190412 Salter Environmental Analysis Project_DWRF | 4/12/2019 | David Casey, Forester (Forest Service) | Salter Vegetation Management Environmental Analysis Project (Powerpoint presentation) |
| FS-000133-FS-000136.pdf | 20190501 dwrf_mtg_notes | 5/1/2019 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000137-FS-000140.pdf | 20191204 dwrf_mtg_notes | 12/4/2019 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000141-FS-000144.pdf | 20200108 dwrf-mtg-notes | 1/8/2020 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000145-FS-000153.pdf | 20200108 qrf_saltertm_bpietruszka | 1/8/2020 | Brad Pietruszka, Fuels Specialist (Forest Service) | San Juan National Forest Quantitative Risk Assessment - Salter Vegetation Management EA Specifics (PowerPoint presentation) |
| FS-000154-FS-000180.pdf | 20200108 salter-environmental-analysis-project_dwrf | 1/8/2020 | David Casey, Forester (Forest Service) | Salter Vegetation Management Environmental Analysis Project (additional information added since first draft, presented on 4/12/2019) (PowerPoint presentation) |
| FS-000181-FS-000182.pdf | 20200203 Salter Agreement_DWRF&SJNF | 2/3/2020 | Dolores Watershed Resilient Forest Collaborative and San Juan National Forest | Agreement between Dolores Watershed Resilient Forest Collaborative and San Juan National Forest concerning the Salter Environmental Assessment |
| FS-000183-FS-000185.pdf | 20200205 dwrf-mtg-notes | 2/5/2020 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000186-FS-000189.pdf | 20200311 dwrf-mtg-notes | 3/11/2020 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000190-FS-000228.pdf | 20200311 remke_salterreview | 3/11/2020 | Dr. Michael Remke | Salter Scoping - A brief review of literature (PowerPoint presentation) |
| FS-000229-FS-000233.pdf | 20200630-dwrf-mtg-notes | 6/30/2020 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000234-FS-000238.pdf | 20200708 dwrf-mtg-notes | 7/8/2020 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000239-FS-000243.pdf | 20200805 dwrf-mtg-notes | 8/5/2020 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000244-FS-000269.pdf | 20200902 MSI_Salter_MonitoringFramework | 9/2/2020 | Mountain Studies Institute | Salter EA Monitoring Framework: protocol for forest health monitoring to be conducted by Mountain Studies Institute |
| FS-000270-FS-000274.pdf | 20200902-dwrf-mtg-notes | 9/2/2020 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000275-FS-000279.pdf | 20201007 dwrf-mtg-notes | 10/7/2020 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000280-FS-000298.pdf | 20201103 DWRF Ponderosa Metrics | 11/3/2020 | Dolores Watershed Resilient Forest Collaborative | Dolores Watershed Resilient Forest Collaborative Ponderosa Pine Resilience Metrics and Desired Conditions |
| FS-000299-FS-000302.pdf | 20201104 dwrf-mtg-notes | 11/4/2020 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |

| Bates Number Range | Electronic File Name | Date | Author | Document Description |
|---|---|---|---|---|
| FS-000303-FS-000309.pdf | 20201202 dwrf-mtg-notes | 12/2/2020 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000310-FS-000325.pdf | 20201202 gaber_dwrf-presentation | 12/2/2020 | Brenna Gaber, Dr. Julie Korb, and Dr. Michael Remke; Fort Lewis College Biology Department | Ponderosa Pine Characteristics Associated with Round-headed Beetle Infestation in Southwest Colorado (PowerPoint presentation) |
| FS-000326-FS-000331.pdf | 20210113 dwrf-mtg-notes | 1/13/2021 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000332-FS-000337.pdf | 20210303 dwrf-mtg-notes-1 | 3/3/2021 | U. S. Forest Service, Dolores Ranger District | Meeting Notes |
| FS-000338-FS-000373.pdf | 20210303 salter_draft_ea_dwrf_presentation_final_pdf | 4/7/2021 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000374-FS-000379.pdf | 20210407 dwrf-mtg-notes | 5/5/2021 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000380-FS-000385.pdf | 20210505 dwrf-mtg-notes | 6/2/2021 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000386-FS-000391.pdf | 20210602 dwrf-mtg-notes | 7/7/2021 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000392-FS-000396.pdf | 20210707 dwrf-mtg-notes | 12/8/2021 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000397-FS-000401.pdf | 20211208 dwrf-mtg-notes | 7/22/2022 | Dolores Watershed Resilient Forest Collaborative | Outcome of group exercise identifying areas |
| FS-000402-FS-000418.pdf | 20220722 DWRF priorities - RMRI PODs and Salter EA | 7/7/2023 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | General timeline of engagement between SJNF and DWRF regarding the Salter Project |
| FS-000419-FS-000419.pdf | 20230707 DWRF - Salter Engagement Timeline | 3/3/2021 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |
| FS-000420-FS-000440.pdf | 20230907 DWRF collabfolder screenshots | 9/7/2023 | None | Screenshots of folders and subfolders within the external collaboration folder with DWRF members |
| FS-000441-FS-000442.pdf | 20200221SComOCoverLetter | 2/21/2020 | Derek Padilla, District Ranger (Forest Service) | Scoping Outreach - Cover Letter and Scoping Package and Associated Map |
| FS-000443-FS-000450.pdf | 20200221SComOPkgSalterProject | 2/21/2020 | Forest Service | Salter Vegetation Management Project Scoping Package |
| FS-000451-FS-000451.pdf | 20200302ComLeonciniCassandra | 3/2/2020 | Cassandra Leoncini, | Scoping Comment Letter |
| FS-000452-FS-000454.pdf | 20200302SComKyloTim | 3/2/2020 | Tim Kyllo (Montrose Forest Products, LLC) | Scoping Comment Letter |
| FS-000455-FS-000455.pdf | 20200303SComBarrettIan | 3/3/2020 | Ian Barrett | Scoping Comment Letter |
| FS-000456-FS-000458.pdf | 20200305SComPittsMolly | 3/5/2020 | Molly Pitts (Intermountain Forest Association) | Scoping Comment Letter |
| FS-000459-FS-000459.pdf | 20200309SComKoppenhaferVance | 3/9/2020 | Vance Koppenhafer | Scoping Comment Letter |
| FS-000460-FS-000460.pdf | 20200312SComKlineLuke | 3/12/2020 | Luke Kline | Scoping Comment Letter |

| Bates Number Range | Electronic File Name | Date | Author | Document Description |
|---|---|---|---|---|
| FS-000461-FS-000465.pdf | 20200318SComPrestonMichael | 3/18/2020 | Michael Preston (Dolores Water Conservancy District) | Scoping Comment Letter |
| FS-000466-FS-000472.pdf | 20200320SComBuickeroodJimbo | 3/20/2020 | Jimbo Buickerood (SJCA) | Scoping Comment Letter |
| FS-000473-FS-000483.pdf | 20200322SComBakerWilliam | 3/22/2020 | William Baker (University of Wyoming) | Scoping Comment Letter |
| FS-000484-FS-000485.pdf | 20200322SComJanesEric | 3/22/2020 | Eric Janes | Scoping Comment Letter |
| FS-000486-FS-000704.pdf | 20200322SComZukoskiEdward | 3/22/2020 | Edward Zukoski (Center For Biological Diversity) | Scoping Comment Letter |
| FS-000705-FS-000711.pdf | 20200330SComSturdevantMatt | 3/30/2020 | Matt Sturdevant (Colorado Parks and Wildlife) | Scoping Comment Letter |
| FS-000712-FS-000817.pdf | 20210210LNtCom | 2/10/2021 | The Cortez Journal | Legal Notice for Comment Period - newspaper clipping |
| FS-000818-FS-000819.pdf | 20210201EADraft | 2/1/2021 | Forest Service | Draft Environmental Assessment Salter Vegetation Management |
| FS-000820-FS-000820.pdf | 20210210ComOSalterProjCmtPeriodLtr | 2/10/2021 | Derek Padilla, District Ranger (Forest Service) | Official Letter Opportunity to Comment - Draft Environmental Assessment (EA) for the Salter Vegetation Management project |
| FS-000821-FS-000821.pdf | 20210210NwsRSalterProjCmtPeriod | 2/10/2021 | Forest Service | Forest Service News Release Dolores Ranger District seeks comments on Salter Vegetation Management Project draft environmental assessment |
| FS-000822-FS-000822.pdf | 20210212ComHillMike | 2/12/2021 | Mike Hill | Comment Letter |
| FS-000823-FS-000823.pdf | 20210217ComGrayTara | 2/17/2021 | Tara Gray | Comment Letter |
| FS-000824-FS-000824.pdf | 20210218ComDudgeonCody | 2/18/2021 | Cody Dudgeon | Comment Letter |
| FS-000825-FS-000825.pdf | 20210218ComParrKim | 2/18/2021 | Kim Parr | Comment Letter |
| FS-000826-FS-000826.pdf | 20210218ComSeegertJamie | 2/18/2021 | Jamie Seegert | Comment Letter |
| FS-000827-FS-000827.pdf | 20210221ComBouchardTim | 2/21/2021 | Tim Bouchard | Comment Letter |
| FS-000828-FS-000828.pdf | 20210222ComClarkWayne | 2/22/2021 | Wayne Clark | Comment Letter |
| FS-000829-FS-000829.pdf | 20210222ComGreenErnest | 2/22/2021 | Ernest Green | Comment Letter |
| FS-000830-FS-000830.pdf | 20210222ComHoytNancy | 2/22/2021 | Nancy Hoyt | Comment Letter |
| FS-000831-FS-000831.pdf | 20210222ComHughesKaren | 2/22/2021 | Karen Hughes | Comment Letter |
| FS-000832-FS-000833.pdf | 20210222ComMateMarianne | 2/22/2021 | Marianne Mate | Comment Letter |

| Bates Number Range | Electronic File Name | Date | Author | Document Description |
|---|---|---|---|---|
| FS-000834-FS-000834.pdf | 20210222ComSittonMichael | 2/22/2021 | Michael Sitton | Comment Letter |
| FS-000835-FS-000835.pdf | 20210223ComVanGelderAsa | 2/23/2021 | Gelder Van | Comment Letter |
| FS-000836-FS-000836.pdf | 20210225ComMetcalfChristopher | 2/25/2021 | Christopher Metcalf | Comment Letter |
| FS-000837-FS-000837.pdf | 20210225ComSwopeQuinn | 2/25/2021 | Quinn Swope | Comment Letter |
| FS-000838-FS-000989.pdf | 20210227ComArtleyDick | 2/27/2021 | Dick Artley | Comment Letter |
| FS-000990-FS-000990.pdf | 20210227ComTraceyTom | 2/27/2021 | Tom Tracey | Comment Letter |
| FS-000991-FS-000995.pdf | 20210301ComAllenCap | 3/1/2021 | Cap Allen | Comment Letter |
| FS-000996-FS-000997.pdf | 20210303ComBurkettLeah | 3/3/2021 | Leah Burkett | Comment Letter |
| FS-000998-FS-000998.pdf | 20210303ComEschallierPeter | 3/3/2021 | Peter Eschallier | Comment Letter |
| FS-000999-FS-000999.pdf | 20210308ComAngusJon | 3/8/2021 | Jon Angus | Comment Letter |
| FS-001000-FS-001000.pdf | 20210308ComBrownJustin | 3/8/2021 | Justin Brown | Comment Letter |
| FS-001001-FS-001001.pdf | 20210308ComClarkeEthan | 3/8/2021 | Ethan Clarke | Comment Letter |
| FS-001002-FS-001002.pdf | 20210308ComDesmondJohn | 3/8/2021 | John Desmond | Comment Letter |
| FS-001003-FS-001003.pdf | 20210308ComFinchEllen | 3/8/2021 | Ellen Finch | Comment Letter |
| FS-001004-FS-001004.pdf | 20210308ComFletcherElayne | 3/8/2021 | Elayne Fletcher | Comment Letter |
| FS-001005-FS-001005.pdf | 20210308ComPettigrewShaun | 3/8/2021 | Shaun Pettigrew | Comment Letter |
| FS-001006-FS-001007.pdf | 20210308ComRaglandHarold | 3/8/2021 | Harold Ragland | Comment Letter |
| FS-001008-FS-001008.pdf | 20210309ComBakerJamie | 3/9/2021 | Jamie Baker | Comment Letter |
| FS-001009-FS-001009.pdf | 20210309ComBarrettIan | 3/9/2021 | Ian Barrett | Comment Letter |
| FS-001010-FS-001010.pdf | 20210309ComBillingsCynthia | 3/9/2021 | Cynthia Billings | Comment Letter |
| FS-001011-FS-001011.pdf | 20210309ComBlattauJim | 3/9/2021 | Jim Blattau | Comment Letter |

| Bates Number Range | Electronic File Name | Date | Author | Document Description |
|---|---|---|---|---|
| FS-001012-FS-001012.pdf | 20210309ComBryanSusan | 3/9/2021 | Susan Bryan | Comment Letter |
| FS-001013-FS-001013.pdf | 20210309ComBuffRyan | 3/9/2021 | Ryan Buff | Comment Letter |
| FS-001014-FS-001014.pdf | 20210309ComBurkeBrian | 3/9/2021 | Brian Burke | Comment Letter |
| FS-001015-FS-001015.pdf | 20210309ComCampbellLorna | 3/9/2021 | Lorna Campbell | Comment Letter |
| FS-001016-FS-001016.pdf | 20210309ComDarlingScott | 3/9/2021 | Scott Darling | Comment Letter |
| FS-001017-FS-001017.pdf | 20210309ComDeBoerAndrew | 3/9/2021 | Boer De | Comment Letter |
| FS-001018-FS-001018.pdf | 20210309ComDillsworthJoseph | 3/9/2021 | Joseph Dillsworth | Comment Letter |
| FS-001019-FS-001019.pdf | 20210309ComEvansKeith | 3/9/2021 | Keith Evans | Comment Letter |
| FS-001020-FS-001020.pdf | 20210309ComHaggartRob | 3/9/2021 | Rob Haggart | Comment Letter |
| FS-001021-FS-001021.pdf | 20210309ComHamptonZach | 3/9/2021 | Zach Hampton | Comment Letter |
| FS-001022-FS-001022.pdf | 20210309ComHunterEmily | 3/9/2021 | Emily Hunter | Comment Letter |
| FS-001023-FS-001024.pdf | 20210309ComJanesEric | 3/9/2021 | Eric Janes | Comment Letter |
| FS-001025-FS-001029.pdf | 20210309ComKatzJeremy | 3/9/2021 | Jeremy Katz | Comment Letter |
| FS-001030-FS-001030.pdf | 20210309ComKraushaarSabina | 3/9/2021 | Sabina Kraushaar | Comment Letter |
| FS-001031-FS-001033.pdf | 20210309ComKurekTracy | 3/9/2021 | Tracy Kurek | Comment Letter |
| FS-001034-FS-001034.pdf | 20210309ComLynneAbbey | 3/9/2021 | Abbey Lynne | Comment Letter |
| FS-001035-FS-001035.pdf | 20210309ComMccalebJ | 3/9/2021 | J Mccaleb | Comment Letter |
| FS-001036-FS-001036.pdf | 20210309ComRingelbergJeanie | 3/9/2021 | Jeanie Ringelberg | Comment Letter |
| FS-001037-FS-001037.pdf | 20210309ComSchmeisserGretchen | 3/9/2021 | Gretchen Schmeisser | Comment Letter |
| FS-001038-FS-001038.pdf | 20210309ComVarienMark | 3/9/2021 | Mark Varien | Comment Letter |
| FS-001039-FS-001039.pdf | 20210309ComWesleyChase | 3/9/2021 | Chase Wesley | Comment Letter |

| Bates Number Range | Electronic File Name | Date | Author | Document Description |
|---|---|---|---|---|
| FS-001040-FS-001040.pdf | 20210309ComWestHelen | 3/9/2021 | Helen West | Comment Letter |
| FS-001041-FS-001041.pdf | 20210309ComWiegertCoby | 3/9/2021 | Coby Wiegert | Comment Letter |
| FS-001042-FS-001042.pdf | 20210310ComBaggeSam | 3/10/2021 | Sam Bagge | Comment Letter |
| FS-001043-FS-001043.pdf | 20210310ComBatzaRussell | 3/10/2021 | Russell Batza | Comment Letter |
| FS-001044-FS-001044.pdf | 20210310ComBellMelanie | 3/10/2021 | Melanie Bell | Comment Letter |
| FS-001045-FS-001045.pdf | 20210310ComBlaineDavid | 3/10/2021 | David Blaine | Comment Letter |
| FS-001046-FS-001048.pdf | 20210310ComDembyBrian | 3/10/2021 | Brian Demby | Comment Letter |
| FS-001049-FS-001049.pdf | 20210310ComDembyKarla | 3/10/2021 | Karla Demby | Comment Letter |
| FS-001050-FS-001050.pdf | 20210310ComFitzgeraldJanine | 3/10/2021 | Janine Fitzgerald | Comment Letter |
| FS-001051-FS-001056.pdf | 20210310ComGansShaine | 3/10/2021 | Shaine Gans | Comment Letter |
| FS-001057-FS-001057.pdf | 20210310ComHamerschlagCayce | 3/10/2021 | Cayce Hamerschlag | Comment Letter |
| FS-001058-FS-001058.pdf | 20210310ComHamerschlagErik | 3/10/2021 | Erik Hamerschlag | Comment Letter |
| FS-001059-FS-001059.pdf | 20210310ComHatcherBill | 3/10/2021 | Bill Hatcher | Comment Letter |
| FS-001060-FS-001060.pdf | 20210310ComHibbardCristal | 3/10/2021 | Cristal Hibbard | Comment Letter |
| FS-001061-FS-001064.pdf | 20210310ComLantzJoseph | 3/10/2021 | Joseph Lantz | Comment Letter |
| FS-001065-FS-001065.pdf | 20210310ComLeCompteBrett | 3/10/2021 | Compte Le | Comment Letter |
| FS-001066-FS-001066.pdf | 20210310ComLindvallMatthew | 3/10/2021 | Matthew Lindvall | Comment Letter |
| FS-001067-FS-001067.pdf | 20210310ComBuckleyKarel01 | 3/10/2021 | Karel Buckley | Comment Letter |
| FS-001068-FS-001068.pdf | 20210310ComMottLori | 3/10/2021 | Lori Mott | Comment Letter |
| FS-001069-FS-001069.pdf | 20210310ComPaewaiRaiha | 3/10/2021 | Raiha Paewai | Comment Letter |
| FS-001070-FS-001070.pdf | 20210310ComSchannauerRyan | 3/10/2021 | Ryan Schannauer | Comment Letter |

| Bates Number Range | Electronic File Name | Date | Author | Document Description |
|---|---|---|---|---|
| FS-001071-FS-001071.pdf | 20210310ComTealDusty | 3/10/2021 | Dusty Teal | Comment Letter |
| FS-001072-FS-001072.pdf | 20210310ComTealMartha | 3/10/2021 | Martha Teal | Comment Letter |
| FS-001073-FS-001073.pdf | 20210310ComThorsnessMary | 3/10/2021 | Mary Thorsness | Comment Letter |
| FS-001074-FS-001074.pdf | 20210310ComThorsnessPeter | 3/10/2021 | Peter Thorsness | Comment Letter |
| FS-001075-FS-001075.pdf | 20210310ComTraskPeter | 3/10/2021 | Peter Trask | Comment Letter |
| FS-001076-FS-001076.pdf | 20210310ComWilkLisa | 3/10/2021 | Lisa Wilk | Comment Letter |
| FS-001077-FS-001077.pdf | 20210311ComAhernBret | 3/11/2021 | Bret Ahern | Comment Letter |
| FS-001078-FS-001082.pdf | 20210311ComArchuletaAdrian | 3/11/2021 | Adrian Archuleta | Comment Letter |
| FS-001083-FS-001083.pdf | 20210311ComBaggeDougandDeanna | 3/11/2021 | Doug and Deanna Bagge | Comment Letter |
| FS-001084-FS-001090.pdf | 20210311ComCharlesKen | 3/11/2021 | Ken Charles | Comment Letter |
| FS-001091-FS-001091.pdf | 20210311ComDestefanoSusan | 3/11/2021 | Susan Destefano | Comment Letter |
| FS-001092-FS-001092.pdf | 20210311ComDudleyJesse | 3/11/2021 | Jesse Dudley | Comment Letter |
| FS-001093-FS-001093.pdf | 20210311ComManaganKatrina | 3/11/2021 | Katrina Managan | Comment Letter |
| FS-001094-FS-001094.pdf | 20210311ComOlmsteadLindaBandJMichael | 3/11/2021 | Linda Olmstead | Comment Letter |
| FS-001095-FS-001095.pdf | 20210311ComsVeskoMDvladimir | 3/11/2021 | MDvladimir Vesko | Comment Letter |
| FS-001096-FS-001246.pdf | 20210312ComBakerWilliam | 3/12/2021 | William Baker | Comment Letter |
| FS-001247-FS-001247.pdf | 20210312ComBuckleyKarel02 | 3/12/2021 | Karel Buckley | Comment Letter |
| FS-001248-FS-001265.pdf | 20210312ComBuickeroodJimbo | 3/12/2021 | Jimbo Buickerood | Comment Letter |
| FS-001266-FS-001273.pdf | 20210312ComDietrichJames | 3/12/2021 | James Dietrich | Comment Letter |
| FS-001274-FS-001275.pdf | 20210312ComDorseyPatricia | 3/12/2021 | Patricia Dorsey | Comment Letter |
| FS-001276-FS-001276.pdf | 20210312ComGantmanRichard | 3/12/2021 | Richard Gantman | Comment Letter |

| Bates Number Range | Electronic File Name | Date | Author | Document Description |
|---|---|---|---|---|
| FS-001277-FS-001279.pdf | 20210312ComGregoryDani | 3/12/2021 | Dani Gregory | Comment Letter |
| FS-001280-FS-001280.pdf | 20210312ComJohnstoneTess | 3/12/2021 | Tess Johnstone | Comment Letter |
| FS-001281-FS-001281.pdf | 20210312ComLandesCarolyn | 3/12/2021 | Carolyn Landes | Comment Letter |
| FS-001282-FS-001282.pdf | 20210312ComOvernKaren | 3/12/2021 | Karen Overn | Comment Letter |
| FS-001283-FS-001287.pdf | 20210312ComPittsMolly | 3/12/2021 | Molly Pitts | Comment Letter |
| FS-001288-FS-001290.pdf | 20210312ComRichardRobin | 3/12/2021 | Richard Robin | Comment Letter |
| FS-001291-FS-001291.pdf | 20210312ComStimaxAdriana | 3/12/2021 | Adriana Stimax | Comment Letter |
| FS-001292-FS-001292.pdf | 20210312ComWestphalBrian | 3/12/2021 | Brian Westphal | Comment Letter |
| FS-001293-FS-001295.pdf | 20210312ComWingAlex | 3/12/2021 | Alex Wing | Comment Letter |
| FS-001296-FS-001296.pdf | 20210312ComYoungquistMark | 3/12/2021 | Mark Youngquist | Comment Letter |
| FS-001297-FS-001376.pdf | 20210312ComZukoskiEdwardLtr118 | 3/12/2021 | Edward Zukoski | Comment Letter |
| FS-001377-FS-001595.pdf | 20210312ComZukoskiEdwardLtr119 | 3/12/2021 | Edward Zukoski | Comment Letter |
| FS-001596-FS-001828.pdf | 20210312ComZukoskiEdwardLtr120 | 3/12/2021 | Edward Zukoski | Comment Letter |
| FS-001829-FS-001832.pdf | 20210312ComZukoskiEdwardLtr121 | 3/12/2021 | Edward Zukoski | Comment Letter |
| FS-001833-FS-001946.pdf | 20210601EAFinal | 6/1/2021 | Forest Service | Environmental Assessment Salter Vegetation Management |
| FS-001947-FS-001950.pdf | 20210622LNObjCortezJournalLNRcvd | 6/22/2021 | The Cortez Journal | Cortez Journal Proof of Publication - Legal Notice Opportunity to Object |
| FS-001951-FS-001952.pdf | 20210622LtrEAFONSIDDN | 6/22/2021 | Derek Padilla, District Ranger (Forest Service) | Assessment (EA), Finding of No Significant Impact (FONSI) and Draft Decision Notice (DN) for the Salter Vegetation Management project and Objection Information |
| FS-001953-FS-001954.pdf | 20210622LtrObjPeriod | 6/22/2021 | Thomas B Rice acting for Derek J Padilla, District Ranger (Forest Service) | Assessment (EA), Finding of No Significant Impact (FONSI) and Draft Decision Notice (DN) for the Salter Vegetation Management project and Objection Information |
| FS-001955-FS-001973.pdf | 20210622Salter Project_Draft DN FONSI | 6/22/2021 | Forest Service | Draft DN and FONSI Salter Vegetation Management |
| FS-001974-FS-001975.pdf | 20210623NwsRDraftDN | 6/23/2021 | Forest Service | Forest Service News Release - Opportunity to Object |
| FS-001976-FS-001977.pdf | 20210623ObjGovDelivBulletin | 6/23/2021 | Forest Service | Gov-Deliver Bulletin - DRAFT decision, Opportunity to Object |

| Bates Number Range | Electronic File Name | Date | Author | Document Description |
|---|---|---|---|---|
| FS-001978-FS-001980.pdf | 20210728ObjTownDoloresWheelus | 7/28/2021 | Mayor Chad Wheelus, Town of Dolores | Letter of Objection |
| FS-001981-FS-001982.pdf | 20210804ObjIFASalter | 8/4/2021 | Molly Pitts, Colorado Programs Manger, Intermountain Forest Association | Letter of Objection |
| FS-001983-FS-001984.pdf | 20210804ObjMFPSalter | 8/4/2021 | Tim Kyllo, Resource Forester, Montrose Forest Products, LLC | Letter of Objection |
| FS-001985-FS-001998.pdf | 20210806ObjBakerSalter | 8/6/2021 | William L. Baker, PhD. | Letter of Objection |
| FS-001999-FS-002986.pdf | 20210806ObjCBD WEG Zukowski | 8/6/2021 | Edward B. Zukoski, Senior Attorney, Center for Biological Diversity and Adam Rissien, ReWilding Advocate, WildEarth Guardians | Letter of Objection, including Exhibits 1-39 |
| FS-002987-FS-003006.pdf | 20210806ObjSJCABuickeroodSalter | 8/6/2021 | Jimbo Buickerood, Program Manager, Lands and Forest Protection, San Juan Citizens Alliance | Letter of Objection |
| FS-003007-FS-003008.pdf | 20210807ObjSWCCAGregory | 8/7/2021 | Dani Gregory, Southwest Colorado Cycling Association | Letter of Objection |
| FS-003009-FS-003011.pdf | 20211020 ResponsetoObjectionWithdrawal_SWCCA | 10/20/2021 | Kara Chadwick, Forest Supervisor (Forest Service) | Response to withdrawal of objection |
| FS-003012-FS-003015.pdf | 20211020 ResponsetoObjectionWithdrawal_Dolores | 10/20/2021 | Kara Chadwick, Forest Supervisor (Forest Service) | Response to withdrawal of objection |
| FS-003016-FS-003043.pdf | 20211022 ResponsetoObjection_SalterVegMngmnt_ JBuickerood_SIGNED | 10/22/2021 | Kara Chadwick, Forest Supervisor (Forest Service) | Response to objection letter |
| FS-003044-FS-003071.pdf | 20211022 ResponsetoObjection_SalterVegMngmnt_ MPitts_SIGNED | 10/22/2021 | Kara Chadwick, Forest Supervisor (Forest Service) | Response to objection letter |
| FS-003072-FS-003099.pdf | 20211022 ResponsetoObjection_SalterVegMngmnt_TKyllo_SIGNED | 10/22/2021 | Kara Chadwick, Forest Supervisor (Forest Service) | Response to objection letter |
| FS-003100-FS-003127.pdf | 20211022 ResponsetoObjection_SalterVegMngmnt_TZukoski_SIGNED | 10/22/2021 | Kara Chadwick, Forest Supervisor (Forest Service) | Response to objection letter |
| FS-003128-FS-003155.pdf | 20211022 ResponsetoObjection_SalterVegMngmnt_WBaker_SIGNED | 10/22/2021 | Kara Chadwick, Forest Supervisor (Forest Service) | Response to objection letter |
| FS-003156-FS-003185.pdf | 20211118Salter_DN_FONSI_FINAL | 11/18/2021 | Forest Service | Final Decision Notice and Finding of No Significant Impact |
| FS-003186-FS-003187.pdf | AIR 2015 EPA National Ambient Air Quality Standards | 2015 | EPA | Technical Guidance - National Ambient Air Quality Standards |
| FS-003188-FS-003194.pdf | BOTANY 2012 CNHP CO Rare Plant Field Guide Astragalus iodopetalus | 2012 | Colorado Natural Heritage Program | Book excerpt - Colorado Rare Plant Field Guide (2012), information related to Astragalus iodopetalus. Accessed online on 9/19/2023 at https://cnhp.colostate.edu/rareplant/master-list/?group=11 |
| FS-003195-FS-003201.pdf | BOTANY 2013 CNHP CO Rare Plant Field Guide Physaria pulvinata | 2013 | Colorado Natural Heritage Program | Book excerpt - Colorado Rare Plant Field Guide (2013), information related to Physaria pulvinata. Accessed online on 9/19/2023 at https://cnhp.colostate.edu/rareplant/master-list/?group=11 |
| FS-003202-FS-003216.pdf | BOTANY 2023 NatureServe website | 2013 | NatureServe | Website for NatureServe (www.natureserve.org/explorer) - Information related to Aztec milkvetch, Lone Mesa snakeweed, cushion bladderpod, and large-flower triteleia. Reassessed on 9/20/2023. |
| FS-003217-FS-003229.pdf | CLIMATE 2010 Nunery Forest Carbon Storage | 2010 | Jared S. Nunery and William S.Keeton | Article from Forest Ecology and Management called Forest carbon storage in the northeastern United States: Net effects of harvesting frequency, post-harvest retention, and wood products |
| FS-003230-FS-003321.pdf | CLIMATE 2014 San Juan Tres Rios Climate Change Vulnerability Assessment | 2014 | Colorado Natural Heritage Program | Report - San Juan / Tres Rios Climate Change Ecosystem Vulnerability Assessment. Prepared for the San Juan National Forest by the Colorado Natural Heritage Program |

| Bates Number Range | Electronic File Name | Date | Author | Document Description |
|---|---|---|---|---|
| FS-003322-FS-003327.pdf | CLIMATE 2017 Liu Atmospheric humidity and CO2 alleviate Mortality risk | 2017 | Liu et al | Article - Increasing atmospheric humidity and CO2 concentration alleviate forest mortality risk |
| FS-003328-FS-003338.pdf | CLIMATE 2019 Climate Change Considerations in NEPA Analysis | 2019 | Forest Service | Report - Climate Change Consideration in Project Level NEPA Analysis |
| FS-003339-FS-003349.pdf | ECON 2019 SJNF Forest Level Economic Contributions Dashboard | 2019 | Forest Service | Website Report - Forest Level Economic Contributions Dashboard. Information related to Dolores and Montezuma Counties. Accessed on 9/7/2023 reflecting 2019 data. |
| FS-003350-FS-003616.pdf | ECON 2021 Headwaters Economics Reports Dolores and Montezuma Counties | 2021 | Headwaters Economics | Report - Economic information for Dolores and Montezuma Counties. Accessed online at https://headwaterseconomics.org/apps/economic-profile-system |
| FS-003617-FS-003652.pdf | HERITAGE 1981 Town of McPhee | 1981 | National Park Service | Article - Town of McPhee |
| FS-003653-FS-003680.pdf | INTERDISCIPLINARY BoggyGlade_DecisionNotice_FONSI | 8/12/2010 | Forest Service | Decision Notice and Finding of No Significant Impact - Boggy-Glade Travel Management Plan |
| FS-003681-FS-003682.pdf | INTERDISCIPLINARY PreImplementation Checklist | 11/18/2021 | Forest Service | Implementation Checklist for use by ID Team, as referenced in the EA and DN |
| FS-003683-FS-003695.pdf | INTERDISCIPLINARY RXFireFinalDecision | 9/19/2018 | Forest Service | Final Decision Notice and Finding of No Significant Impact - Dolores Prescribed Fire Pine Ecosystem Restoration Project |
| FS-003696-FS-003713.pdf | RANGE 20210501 SRptRangeSalterFINAL | 5/1/2021 | Angela Yemma, Rangeland Management Specialist (Forest Service) | Specialist Report - Rangelands & Invasive Plants Report |
| FS-003714-FS-003768.pdf | REC 2016 NVUM Master Report | 2016 | Forest Service | Report - Visitor Use Report, San Juan NF, USDA Forest Service, Region 2, National Visitor Use Monitoring, Data Collected FY 2016. reassessed on 8/9/2023. |
| FS-003769-FS-003795.pdf | REC 20201101 SRptRecreation | 11/1/2020 | Tom Rice, Recreation Staff Officer (Forest Service) | Specialist Report - Recreation |
| FS-003796-FS-003843.pdf | SILVICULTURE 1 20210618 SRptTimberSilviSalterProjectFinal | 6/18/2021 | David Casey, Forester (Forest Service) | Specialist Report - Timber |
| FS-003844-FS-003850.pdf | SILVICULTURE 1 20210825 email to Baker re Salter CSE data | 8/25/2021 | Mark Roper, GIS Specialist (Forest Service) | Email to Dr. Baker regarding common stand exam data, including the email attachment titled "An Examination of Salter Common Stand Exam within the EA" |
| FS-003851-FS-003851.pdf | SILVICULTURE 1 20210901 Placeholder for Access database CSE data | 9/1/2021 | Forest Service | Stand exam data stored in Access database. Due to the size of this file and differences in the file type, this data is available upon request and has not been electronically uploaded with the Court. |
| FS-003852-FS-003861.pdf | SILVICULTURE 1994 Covington and Moore SW PPine forest structure | 1994 | William Covington and Margaret Moore | Article in Journal of Forestry - Southwestern ponderosa pine forest structure: Changes since Euro-American settlement |
| FS-003862-FS-003868.pdf | SILVICULTURE 2000 Griffis Ponderosa Understory | 4/28/2000 | Kerry L. Griffis, et al | Article in Forest Ecology and Management - Understory response to management treatments in northern Arizona ponderosa pione forests |
| FS-003869-FS-003920.pdf | SILVICULTURE 2003 Huckaby ID and Ecology of old PPine trees | 2003 | Laurie Stroh Huckaby, et al | RMRS-GTR-110 - Identification and Ecology of Old Ponderosa Pine Trees in the Colorado Front Range |
| FS-003921-FS-003928.pdf | SILVICULTURE 2007 Negron Susceptibility of PPine to Mt pine beetle | 8/14/2007 | Jose F. Negron, et al | ponderosa (Dougl. ex Laws.), to mountain pine beetle, Dendroctonus ponderosae Hopkins, attack in uneven-aged stands in the Black Hills of South Dakota and Wyoming USA |
| FS-003929-FS-004185.pdf | SILVICULTURE 2009 Romme HRV South Central Highlands | 5/12/2009 | William H. Romme, et al | Report - Historic Range of Variability and Current Landscape Condition Analysis: South Central Highlands Section, Southwestern Colorado & Northern New Mexico |
| FS-004186-FS-004265.pdf | SILVICULTURE 2010 Hood Mitigating old tree mortality | 2010 | Sharon M. Hood | RMRS-GTR-238 - Mitigating Old Tree Mortality in Long-Unburned, Fire-Dependent Forests: A Synthesis |
| FS-004266-FS-004301.pdf | SILVICULTURE 2011 Triepke Diameter caps and Forest Restoration | 2011 | F. Jack Triepke, et al | FR-R3-16-3 - Diameter Caps and Forest Restoration - Evaluation of a 160inch Cut Limit on Achieving Desired Conditions |

| Bates Number Range | Electronic File Name | Date | Author | Document Description |
|---|---|---|---|---|
| FS-004302-FS-004387.pdf | SILVICULTURE 2013 Reynolds Restoring SW frequent fire forests | 2013 | Richard T. Reynolds, et al | RMRS-GTR-310 - Restoring Composition and Structure in Southwestern Frequent-Fire Forests: A science-based framework for improving ecosystem resiliency |
| FS-004388-FS-004413.pdf | SILVICULTURE 2018 Baker Historic Fire Regimes on San Juan NF | 2018 | William L. Baker | Article - Historical Fire Regimes in Ponderosa Pine and Mixed-Conifer Landscapes of the San Juan Mountains, Colorado, USA, from Multiple Sources |
| FS-004414-FS-005838.pdf | SOILS 2001 USDA Soil Survey of Animas Dolores Area | 2001 | USDA | Report - USDA Soil Survey of Animas Dolores Area |
| FS-005839-FS-006507.pdf | SOILS 2001 USDA Soil Survey of Cortez Area | 2001 | USDA | Report - USDA Soil Survey of Cortez Area |
| FS-006508-FS-007058.pdf | SOILS 2003 USDA Soil Survey of San Miguel Area | 2003 | USDA | Report - USDA Soil Survey of San Miguel Area |
| FS-007059-FS-007194.pdf | TES 2013 SJNF Forest Plan App_J_SJNF_BA | 2013 | Forest Service | Biological Assessment for the Final San Juan National Forest Land and Resource Management Plan |
| FS-007195-FS-007220.pdf | TES 2020 R2 TES Species by Unit | 2020 | Forest Service | Spreadsheet - Rocky Mountain Region Endangered, Threatened, Proposed, and Sensitive Species by Unit, updated [*as of 6/30/2020* ] to reflect current ESA listing status and the revised (August 2015) sensitive species list |
| FS-007221-FS-007238.pdf | TES 20210205 SalterProjectFINALBA FishWL | 2/5/2021 | Tiffany Young, Wildlife Biologist, Enterprise Program (Forest Service) | Biological Assessment for Threatened, Endangered and Proposed Wildlife and Aquatic Species |
| FS-007239-FS-007311.pdf | TES 20210205 SalterProjectFINALBE FishWL | 2/5/2021 | Tiffany Young, Wildlife Biologist, Enterprise Program (Forest Service) | Biological Evaluation of Regional Forester Sensitive Species and Species of Special Interest (Formally Management Indicator Species and Migratory Birds) |
| FS-007312-FS-007328.pdf | TES 20210401 SalterProjectFINALBEBA Plants | 4/27/2021 | Angela Yemma, Rangeland Management Specialist (Forest Service) | Specialist Report - Botany |
| FS-007329-FS-007336.pdf | TRANSPORTATION 20210618 SRptSalterTranspoReportFinal | 6/18/2021 | Cody Jones, Engineer Tech (Forest Service) | Specialist Report - Transportation |
| FS-007337-FS-007345.pdf | WATERSHED 2013 SJNF Forest Plan App_I_Vulnerable_Watersheds | 2013 | Forest Service | Vulnerable Watersheds - San Juan National Forest Land and Resource Management Plan Appendix I |
| FS-007346-FS-007351.pdf | WL 1968 Merrell Seasonal Selection Leopard Frog | 1968 | David J. Merrell and Charles F. Rodell | Article - Seasonal Selection in the Leopard Frog, Rana pipiens |
| FS-007352-FS-007386.pdf | WL 1986 Fisher Daily Activity Patterns and Habitat Use of Coexisting | 1986 | D. L. Fischer | Thesis - Daily Activity Patterns and Habitat Use of Coexisting Accipiter Hawks in Utah. |
| FS-007387-FS-007484.pdf | WL 1992 Reynolds Mgmt. Recommendations for Northern goshawk | 1992 | Richard T. Reynolds, et al | GTR-RM-217 Management Recommendations for the Northern Goshawk in the Southwestern United States |
| FS-007485-FS-007490.pdf | WL 1994 Boal Northern goshawk diets in ponderosa pine | 1994 | Clint W. Boal and R. William Mannan | Article in Studies in Avian Biology called Northern Goshawk Diets in Ponderosa Pine Forests on the Daibab Plateau |
| FS-007491-FS-007498.pdf | WL 1999 Hammerson Amphibians and Reptiles of CO | 1999 | Geoffrey A. Hammerson | Book excerpt - Amphibians and Reptiles in Colorado, section on Northern Leopard Frog (pgs. 145-151). |
| FS-007499-FS-007561.pdf | WL 2003 Keith Aberts Squirrel Technical Conservation Assessment | 2003 | James O. Keith | Report - The Abert's Squirrel (Sciurus aberti): A Technical Conservation Assessment |
| FS-007562-FS-007589.pdf | WL 2005 Rees Flannelmouth Sucker Technical Conservation Assessment | 2005 | David E. Rees et al | Report - Flannelmouth Sucker (Catostomus latipinnis): A Technical Conservation Assessment |
| FS-007590-FS-007596.pdf | WL 2012 Olive-sided Flycatcher | 2012 | Bob Altman and Rex Sallabanks<br>P. G. Rodewald, editor | also available online. The previous URL for Birds of North America (birdsna.org) redirects to birdsoftheworld.org/bow/home. Information for olive-sided flycatcher. Accessed on 9/19/2023. |
| FS-007597-FS-007601.pdf | WL 2013 Flammulated Owl | 2013 | Brian Linkhart and Archibald McCallum<br>P.G. Rodewald, editor | also available online. The previous URL for Birds of North America (birdsna.org) redirects to birdsoftheworld.org/bow/home. Information for flammulated owl. Accessed on 9/19/2023. |

| Bates Number Range | Electronic File Name | Date | Author | Document Description |
|---|---|---|---|---|
| FS-007602-FS-007605.pdf | WL 2023 CO Bird Atlas Partnership website Lewis s Woodpecker | 2016 | Colorado Bird Atlas Partnership | Website for the Second Colorado Breeding Bird Atlas (www.cobreedingbirdatlasii.org) - Information related to Lewis's woodpecker. reassessed on 9/20/2023. |
| FS-007606-FS-007620.pdf | WL 2020 Hairy Woodpecker | 2018 | Jerome Jackson, Henri Ouellet, and Bette Jackson P. G. Rodewald, editor | also available online. The previous URL for Birds of North America (birdsna.org) redirects to birdsoftheworld.org/bow/home. Information for hairy woodpecker. Please note: the references section of the EA has a typo |
| FS-007621-FS-007622.pdf | WL 2023 BatCon website | 2020 | Bat Conservation International | Website related to bats (www.batcon.org) - Information related to fringed myotis, hoary bat, spotted bat and Townsend's big-eared bat. reassessed on 9/20/2023. |
| FS-007623-FS-007690.pdf | WL 2023 eBird website | 2021 | The Cornell Lab of Ornithology | Website related to birds (www.ebird.org) - Information for flammulated owl, Lewis woodpecker, olive-sided flycatcher, hairy woodpecker, Grace's warbler, and Virginia warbler. reassessed on 9/20/2023. |
| FS-007691-FS-007723.pdf | 20171208 Cultural PA | 12/8/2017 | Forest Service and Colorado SHPO | Mountain Regional Office, Pike-San Isable National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer |
| FS-007724-FS-007847.pdf | 20200220ConsOSalterEATribalConsultLtrMerged | 2/20/2020 | Derek Padilla, District Ranger (Forest Service) | Letter to tribes initiating tribal consultation for the Salter project |
| FS-007848-FS-007853.pdf | 20200220ConsOSalterEATribalInfoPkg | 2/20/2020 | Forest Service | Salter Vegetation Management Project Information Package sent with letter to tribes initiating tribal consultation |
| FS-007854-FS-007854.pdf | 20200305SalterEAHopiRespose3520 | 3/5/2020 | Stewart B. Koyiyumptewa, Program Manager/THPO, Hopi Cultural preservation Office | Response from Hopi Tribe 2/20/2020 Forest Service letter regarding tribal consultation for Salter project |
| FS-007855-FS-007856.pdf | 20200408ConsSalterEANavajoEmailResponse4820 | 4/8/2020 | Timothy C. Begay, Navajo Cultural Specialist, Navajo Nation Heritage and Historic Preservation Department | Letter from Navajo Nation stating there is no need for further consultation for the Salter project |
| FS-007857-FS-007965.pdf | 20200506EmChmelirSalterEADraftRreview | 5/6/2020 | John Chmelir, Archaeologist (Forest Service) | Email from John Chmelir (Forest Service) to Tribes sending tribal consultation letter with a copy of Draft EA attached (Tribal contact information in bcc line and not visible) |
| FS-007966-FS-007983.pdf | 20200604SalterEANotificationPkg6420Reduced_REDACTED | 6/4/2020 | Liz Cutright-Smith, Archaeologist (Forest Service) | Initial cultural resources report for the Salter Vegetation Management Project. This document has been redacted pursuant to 16 U.S.C. 470hh. |
| FS-007984-FS-007985.pdf | 20200604SalterEANotificationPkgSHPOLtrSgnd | 6/4/2020 | Derek Padilla, District Ranger (Forest Service) | Letter to SHPO regarding Salter Veg Mgmt. project |
| FS-007986-FS-007986.pdf | 20200612HC77951SalterVegMgmtPANotificationPacketConcur | 6/12/2020 | Dr. Holly K. Norton, SHPO | Response from SHPO regarding review of Salter pursuant to the Programmatic Agreement |
| FS-007987-FS-007988.pdf | 20206004SalterEANotificationPkgHopiLetterSigned | 6/4/2020 | Derek Padilla, District Ranger (Forest Service) | Letter to Hopi Tribe providing notification package for Salter Veg Mgmt. project |
| FS-007989-FS-007990.pdf | 20210506ConsOSalterEATribalConsultDRAFTReview | 5/6/2021 | Derek Padilla, District Ranger (Forest Service) | Official Consult Letter to Tribal Representative |
| FS-007991-FS-007992.pdf | 20210506EmMorgartSalterEADraftReview | 5/6/2021 | Terry Morgart | Email to John Chmelir (Forest Service) - Regarding hard copies not sent due to COVID 19 |
| FS-007993-FS-007993.pdf | 20210507ComHopiKoyiyumptewa | 5/7/2021 | Stewart B. Koyiyumptewa, Program Manager/THPO, Hopi Cultural preservation Office | Letter to Derek Padilla (Forest Service) - Regarding Hopi Tribes interest in continuing to consult on the project |
| FS-007994-FS-007996.pdf | 20210518EmBremerSalterEADraftReview | 5/18/2021 | J. Michael Bremer, Tribal Historic Preservation Officer, Pueblo de San Ildefonso | Email to John Chmelir (Forest Service) - Response to URGENT - Salter EA draft review dated 5/6/2020 |
| FS-007997-FS-008021.pdf | 01 FSM 1900 Planning Chapter Zero Code | 10/12/2007 | Forest Service | Forest Service Manual (FSM) 1900 - Planning, Chapter - Zero Code |
| FS-008022-FS-008063.pdf | 02 FSM 1900 Planning Chapter 1920 Land Management Planning | 1/30/2015 | Forest Service | FSM 1900 - Planning, Chapter 1920 - Land Management Planning |
| FS-008064-FS-008110.pdf | 03 FSH 1909.15 NEPA Handbook Chapter 10 Environmental Analysis | 6/25/2012 | Forest Service | Forest Service Handbook (FSH) 1909.15 National Environmental Policy Act, Chapter 10 - Environmental Analysis |

| Bates Number Range | Electronic File Name | Date | Author | Document Description |
|---|---|---|---|---|
| FS-008111-FS-008119.pdf | 04 FSH 1909.15 NEPA Handbook Chapter 40 EAs and Related Documents | 9/30/2010 | Forest Service | FSH 1909.15 National Environmental Policy Act, Chapter 40 - Environmental Assessments and Related Documents |
| FS-008120-FS-008147.pdf | 05 FSM 2400 Timber Management Chapter Zero Code | 9/28/2009 | Forest Service | FSM 2400 - Timber Management - Zero Code |
| FS-008148-FS-008180.pdf | 06 FSM 2600 Chapter 70 R2 TES | 9/28/2009 | Forest Service | FSM 2600 - Wildlife, Fish and Sensitive Plant Habitat Management, Chapter 70 - Threatened, Endangered and Sensitive Plants and Animals |
| FS-008181-FS-008472.pdf | 07 SJNF LRMP FINAL 2021 Update with Admin Changes | 3/1/2021 | Forest Service | San Juan National Forest Land and Resource Management Plan (LRMP), originally completed in September 2013, updated March 2021 |
| FS-008473-FS-008629.pdf | 08 Montezuma County Community Wildfire Protection Plan | 12/20/2022 | Montezuma County | Montezuma County Community Wildfire Protection Plan |
| FS-008630-FS-008634.pdf | 09 FSH 7709.56 Road Preconstruction Chapter 10 Preconstruction Decisions | 3/24/2010 | Forest Service | FSH 7709.56 – Road preconstruction handbook chapter 10 |
| FS-008635-FS-008662.pdf | 10 FSH 7709.56 Road Preconstruction Chapter 20 Road Location | 7/13/2011 | Forest Service | FSH 7709.56 – Road preconstruction handbook chapter 20 |
| FS-008663-FS-008674.pdf | 11 FSH 7709.56 Road Preconstruction Chapter 30 Engineering Survey | 7/13/2011 | Forest Service | FSH 7709.56 – Road preconstruction handbook chapter 30 |
| FS-008675-FS-008744.pdf | 12 FSH 7709.56 Road Preconstruction Chapter 40 Design | 7/3/2014 | Forest Service | FSH 7709.56 – Road preconstruction handbook chapter 40 |
| FS-008745-FS-008768.pdf | 13 FSH 7709.56 Road Preconstruction Chapter 70 Plans Specs and Est | 7/13/2011 | Forest Service | FSH 7709.56 – Road preconstruction handbook chapter 70 |
| FS-008769-FS-008772.pdf | 14 FSH 7709.59 Road System OandM Zero Code | 2/5/2009 | Forest Service | FSH 7709.59 - Road System Operations and Maintenance Handbook Zero Code |
| FS-008773-FS-008779.pdf | 15 FSH 7709.59 Road System OandM Chapter 10 Road Mgmt. | 2/5/2009 | Forest Service | FSH 7709.59 - Road System Operations and Maintenance Handbook Chapter 10 |
| FS-008780-FS-008806.pdf | 16 FSH 7709.59 Road System OandM Chapter 20 Traffic Mgmt. | 8/10/2021 | Forest Service | FSH 7709.59 - Road System Operations and Maintenance Handbook Chapter 20 |
| FS-008807-FS-008810.pdf | 17 FSH 7709.59 Road System OandM Chapter 30 Investment Sharing | 2/5/2009 | Forest Service | FSH 7709.59 - Road System Operations and Maintenance Handbook Chapter 30 |
| FS-008811-FS-008818.pdf | 18 FSH 7709.59 Road System OandM Chapter 40 Highway Safety Program | 3/28/2023 | Forest Service | FSH 7709.59 - Road System Operations and Maintenance Handbook Chapter 40 |
| FS-008819-FS-008824.pdf | 19 FSH 7709.59 Road System OandM Chapter 50 Traffic Studies and Other | 2/5/2009 | Forest Service | FSH 7709.59 - Road System Operations and Maintenance Handbook Chapter 50 |
| FS-008825-FS-008852.pdf | 20 FSH 7709.59 Road System OandM Chapter 60 Road Matinenance | 8/10/2021 | Forest Service | FSH 7709.59 - Road System Operations and Maintenance Handbook Chapter 60 |
| FS-008853-FS-008949.pdf | 21 EM-7720-103 Standard Specs for Construction and Maintenance of Trails | 9/1/1996 | Forest Service | Standard Specifications for Construction and Maintenance of Trails |