

# Bark Beetle-caused Mortality in Southwestern Colorado

Dr. Dan West
Colorado State Forest Service
December 6, 2017

# Round-headed Pine Beetle

*Dendroctonus adjunctus*










Adult flight: October-November
Overwinter as eggs

One generation/year in Colo (?)

Elongated L-shaped galleries

Host: Ponderosa

Adults look like mountain pine beetle



Colorado is northern most range



Fig. 65. *Dendroctonus adjunctus*, distribution map.



Long Galleries, often exceeding 36" in length

# Dolores, La Plata, Montezuma, San Juan Counties




FS-000004

Aerial Survey Data source: USDA Forest Service and Colorado State Forest Service
Background Sources: National Geographic, Esri, DeLorme, HERE, UNEP-WCMC, USGS, NASA, ESA, METI, NRCAN, GEBCO, NOAA, increment P Corp.

Created by: D. West
Nov 2017

# Roundheaded Pine Beetle/Western/Mountain Pine Beetle Complex - 2011




0 1.75 3.5 7 Miles

1 in = 3 miles

Aerial Survey Data source: USDA Forest Service and Colorado State Forest Service

Background Sources: National Geographic, Esri, DeLorme, HERE, UNEP-WCMC, USGS, NASA, ESA, METI, NRCAN, GEBCO, NOAA, increment P Corp.

Created by: D. West
Nov 2017

FS-000005

# Roundheaded Pine Beetle/Western/Mountain Pine Beetle Complex - 2012




FS-000006

Created by: D. West
Nov 2017

Aerial Survey Data source: USDA Forest Service and Colorado State Forest Service
Background Sources: National Geographic, Esri, DeLorme, HERE, UNEP-WCMC, USGS, NASA, ESA, METI, NRCAN, GEBCO, NOAA, increment P Corp.

# Roundheaded Pine Beetle/Western/Mountain Pine Beetle Complex - 2013




Aerial Survey Data source: USDA Forest Service and Colorado State Forest Service
Background Sources: National Geographic, Esri, DeLorme, HERE, UNEP-WCMC, USGS, NASA, ESA, METI, NRCAN, GEBCO, NOAA, increment P Corp.

FS-000007

Created by: D. West
Nov 2017

# Roundheaded Pine Beetle/Western/Mountain Pine Beetle Complex - 2014




0 1.75 3.5 7 Miles

1 in = 3 miles

Aerial Survey Data source: USDA Forest Service and Colorado State Forest Service

Background Sources: National Geographic, Esri, DeLorme, HERE, UNEP-WCMC, USGS, NASA, ESA, METI, NRCAN, GEBCO, NOAA, increment P Corp.

FS-000008

Created by: D. West
Nov 2017

# Roundheaded Pine Beetle/Western/Mountain Pine Beetle Complex - 2015




FS-000009

0 1.75 3.5 7 Miles

1 in = 3 miles

Aerial Survey Data source: USDA Forest Service and Colorado State Forest Service
Background Sources: National Geographic, Esri, DeLorme, HERE, UNEP-WCMC, USGS, NASA, ESA, METI, NRCAN, GEBCO, NOAA, increment P Corp.

Created by: D. West
Nov 2017

# Roundheaded Pine Beetle/Western/Mountain Pine Beetle Complex - 2016




FS-000010

Created by: D. West
Nov 2017

Aerial Survey Data source: USDA Forest Service and Colorado State Forest Service
Background Sources: National Geographic, Esri, DeLorme, HERE, UNEP-WCMC, USGS, NASA, ESA, METI, NRCAN, GEBCO, NOAA, increment P Corp.

# Roundheaded Pine Beetle/Western/Mountain Pine Beetle Complex - 2017




FS-000011

0 1.75 3.5 7 Miles

1 in = 3 miles

Aerial Survey Data source: USDA Forest Service and Colorado State Forest Service
Background Sources: National Geographic, Esri, DeLorme, HERE, UNEP-WCMC, USGS, NASA, ESA, METI, NRCAN, GEBCO, NOAA, increment P Corp.

Created by: D. West
Nov 2017

# Aerial Detection Survey Results



# San Juan NF – Glade Area – 2016



FS-000013

# San Juan NF – Glade Area – 2016



# San Juan NF – Glade Area – 2016



FS-000015

# Lone Mesa SP – 2016



# Lone Mesa SP – 2016



# Galleries RHPB – 2016





# Literature

Chansler, J.F. **1967.** Biology and Life History of *Dendroctonus adjunctus* (Coleoptera: Scolytidae). Ann. Entomol. Soc. Amer. 60(4) 760-767.

Lucht, D.D., R.H. Frye, and J.M. Schmid. **1974.** Emergence and Attack of Dendroctonus adjunctus. Ann. Entomol. Soc. Amer. 67: 610-612.

Stevens, R.E., and H.W. Flake Jr. **1974.** A roundheaded pine beetle outbreak in New Mexico: Associated stand conditions and impact. Research Note RMRS-RN-259. Rocky Mountain Forest and Range Experimental Station. USDA Forest Service, Ft. Collins, CO.

Negron, J. **1997.** Estimating probabilities of infestation and extent of damage by the roundheaded pine beetle in ponderosa pine in the Sacramento Mountains, New Mexico. Can. J. For. Res. 27: 1936-1945.

Negron, J.F., J.L. Wilson, and J.A. Anhold. **2000.** Stand conditions associated with roundheaded pine beetle (Coleoptera: Scolytidae) infestations in Arizona and Utah. Environ. Entomol. 29 (1) : 20-27.

Fischer, M.J., K.M. Waring, R.W. Hofstetter, and T.E. Kolb. **2010**. Ponderosa pine characteristics associated with attack by the roundheaded pine beetle. Forest Science. 56 (5): 473- 483.

# Roundheaded Pine Beetle









FS-000020

# Western Pine Beetle










FS-000021

Typical Western Pine Beetle-caused mortality

breed in and kill scattered, overmature, slow-growing, decadent, or diseased trees and trees weakened by stand stagnation, lightning, fire, or mechanical injury.



Typical Beetle-caused mortality

Pocket mortality of 5-25 trees, rarely decadent, oldest or largest trees







FS-000024