






FS-000025

# Roundheaded Pine Beetle-Caused Mortality (Current and Older) and 2017 Trap Locations




FS-000026

Created by: D. West
Nov 2017

Aerial Survey Data source: USDA Forest Service and Colorado State Forest Service
Background Sources: National Geographic, Esri, DeLorme, HERE, UNEP-WCMC, USGS, NASA, ESA, METI, NRCAN, GEBCO, NOAA, increment P Corp.

# Emergence cages will capture adults next season





FS-000027

# The Glade – 2017



FS-000028

Initiated stand surveys in Oct/Nov to determine extent of mortality








# Initiated stand surveys in Oct/Nov to determine extent of mortality

| TPA GPT/F/O | %infested |
|---|---|
| 18 | 22.5 |
| | |
| 10.5 | 7.0 |
| | |
| 11 | 22.0 |
| | |
| 8.25 | 11.0 |
| | |
| 0.25 | 0.5 |
| | |
| 1 | 1.5 |
| | |
| 1.5 | 1.0 |
| | |

# East Rim Fire July 2th



FS-000031

# Narraguinnep Canyon - 2017



# North of Narraguinnep Canyon - 2017



FS-000033

# Narraguinnep Canyon - 2017



# Jackson Ranch / Cherry Creek Area - 2016



# Jackson Ranch / Cherry Creek Area - 2016



# Jackson Ranch / Cherry Creek Area - 2016



FS-000037

# Jackson Ranch / Cherry Creek Area - 2016



So who cares? Hydrology regimes? Recreation?...Hazards Wildlife?




FS-000039

0 2.25 4.5 9 Miles

1 in = 4 miles

Aerial Survey Data source: USDA Forest Service and Colorado State Forest Service
Background Sources: National Geographic, Esri, DeLorme, HERE, UNEP-WCMC, USGS, NASA, ESA, METI, NRCAN, GEBCO, NOAA, increment P Corp.

Created by: D. West
Dec 2017

So who cares? Hydrology regimes? Recreation?...Hazards Wildlife?




FS-000040

# Acknowledgements



Amy Lockner – USFS Entomologist, Gunnison Service Center

Dave Casey – USFS Timber Mgmt Assistant, Dolores

Matt Schulz – Forest Mgmt Coordinator, Colorado Parks and Wildlife

Scot Elder – Colorado Parks and Wildlife, Dolores

Eric Eden – Colorado State Forest Service, Durango District

Katelynn Martinez – Colorado State Forest Service, Entomology Technician

FS-000041