# Questions?

Dan.West@colostate.edu
(970) 491-7282

COLORADO STATE FOREST SERVICE
COLORADO STATE UNIVERSITY



FS-000042

# Dolores Watershed Resilient Forest (DWRF) Collaborative Stakeholders Meeting

**March 6, 2019**
**dwrfcollaborative.org**
**draft - 6 pages**

**Present**: Bill Baker (Professor Emeritus, University of Wyoming), Jimbo Buickerood (Lands and Forest Protection Program Manager, San Juan Citizens Alliance), David Casey (Forester, San Juan National Forest), Ryan Cox (Colorado State Forest Service), Andy Culpepper (Project Manager/Researcher, Mountain Studies Institute), Ashley Downey (Executive Director, Wildfire Adapted Partnership), Irvin Frazier (Manager, Town of Dove Creek), Anthony Madrid (Renewable Resources Staff Officer, San Juan National Forest), Mike Pasquin (Emergency Manager, Montezuma County), Mike Preston (General Manager, Dolores Water Conservancy District), Bruce Short (Retired, U.S. Forest Service); Danny Margoles (DWRF Coordinator), and Gail Binkly (Meeting Recorder). On speaker phone: Mike Battaglia (Research Forester in Silviculture, U.S. Forest Service Rocky Mountain Research Station, Fort Collins) and Derek Padilla (Dolores District Ranger).

## Lone Pine Vegetation Management EA

Following introductions, Danny commented that the Lone Pine EA is a major EA and he believes this discussion of it is within the framework of the collaborative.

First, Dave Casey gave a brief overview of the Lone Pine EA. The project area is 62,000 acres, located east of the Dolores River Canyon. The predominant vegetation is ponderosa pine with a Gambel oak understory. Currently the area is infested by multiple bark beetles: the mountain pine beetle, roundheaded pine beetle, and Western bark beetle. The roundheaded beetle is the main concern.

Dave said the agency does not intend to cut trees on every acre. The goal is to re-establish ecological functions across the project area. Methods will include harvesting and thinning, followed by prescribed fire. The agency wants to see age diversity returned to the stands. The draft EA is out for comment until March 25.

He said the main goal of an EA is to identify a project, its purpose and need, and to open up an opportunity for information exchange to make sure nothing was overlooked during the analysis. The Lone Pine EA is a draft EA. The agency will review comments received and put out a final EA. Then there will be a period during which people who commented can register an objection. This triggers a 45-day waiting period while objections are reviewed. If there are no objections, the Lone Pine decision notice should be published sometime in June.

The remainder of the meeting was devoted to two presentations, one by Mike Battaglia and one by Bill Baker. The full PowerPoints are to be placed on the DWRF website.

## Presentation by Dr. Mike Battaglia

Mike said not much research has been done on ponderosa pine in Southwest Colorado, so he is utilizing research from other places such as Arizona and New Mexico.

Ponderosa grows throughout the western United States and into Canada and Mexico, across regions with differing climates. Mike said a tree produces seeds every 2-5 years or so, depending on what region

it is in. Ponderosa seeds don't live long in the seed bank. A number of factors have to line up in order for successful generation to occur, including the right temperatures and good moisture.

He said ponderosa needs an existing seed source. It doesn't disperse very far. If there are no living trees within a certain distance, regeneration won't take place.

**Seedlings:**

- Like bare mineral soil
- Need sufficient moisture
- Don't like frost but also don't like high surface temperature
- Are shade-intolerant
- Don't compete well with grasses, Gambel oak and other trees, especially in moisture-limited areas.

**Fires:** Mature ponderosa is fairly well adapted to fire, with thick bark so it can heal itself. Low-intensity fire won't girdle trees. However, seedlings are very susceptible to fire.

Historically, ponderosa forests experienced frequent fires, which helped regulate forest structure and fuel loads. Fire frequency varies according to the region, but in the Southwest it averages 5 to 23 years and in the Colorado San Juans, 16-38 years.

Along with frequency, fire severity is an important factor in survival. Wildfires can vary in severity from surface fires to crown fires, with mixed-severity fires in between.

**Gambel oak:** Mike discussed Gambel oak, which may compete with ponderosa. Gambel oak occurs mostly in the Four Corners states. In the southern portion of its range it is more likely to be a tree. On Colorado's Front Range it is a shrub. In Southwest Colorado it can be either. Gambel oak can spread very quickly. It can reproduce via either acorns or sprouts, and following fires it will resprout quickly.

**Tree density/basal area:** Mike said basal area (how much of a given section of land is occupied by tree trunks and stems) is a factor in fire risk. Historically, basal area in the Southwest's ponderosa forests (in Arizona and New Mexico) was 22-90 square feet/acre. This may not have been the result of many trees, but rather of low-density, large-diameter trees. A few large trees can produce a large basal area. These historic stands were multi-cohort with different ages, and there was a mix of grasses and different tree species.

Grazing, logging, favorable climate and fire exclusion have changed the forests. Grazing removed fine fuels. The climate in the early 20th century was fairly wet. In the past, fire would thin the trees but then people began extinguishing fires, creating the dense forests of today.

Mike said there was a 179 percent increase in basal area from 1860 to 2012. Historically, the majority (80 percent) of stands were under 44 square feet/acre. Now only 10 percent of stands are under 44 square feet/acre. This has increased the forests' susceptibility to both wildfire and bugs. Now there is a trend toward more large, high-severity fires. Areas that experience fires of low to moderate severity regenerate well, but areas of high-severity fire do not. Gambel oak may take over after a severe fire.

Following a bark beetle outbreak, there will be many dead trees on the ground, about 2.5 times the amount in non-impacted stands, according to research done in the Southwest. Mike said a reburn was done in one site and it reduced the fuel load, but it also killed most of the regeneration.

**Principles for restoration:**

- Spatial scale is an important organizational framework
- Manage for diverse forest developmental trajectories across the landscape
- Importance of fire.

**Presentation by Dr. Bill Baker**

Bill warned that, if current trends continue, the pine zone may be almost entirely lost by 2060. Beetles, fire and droughts are the three mechanisms that lead to potential pine loss. Higher temperatures due to climate change will likely increase the rate of pine loss and discourage regeneration.

He recommended refocusing the Lone Pine EA and current proposed action on survival of the trees there now and recovery of the area. He said almost the entire project area will likely be affected by some type of bark beetle in 2019. Bill said the 2018 drought probably stressed the trees, but this winter's moisture may have helped them recover.

Bill said the beetles will reduce the basal area and could in fact produce a result by the end of 2019 that would be within the ballpark of the proposed action. While beetles may not leave as many large trees as silviculture would, they encourage adaptation in the forest by attacking more-vulnerable trees. The surviving trees will be better adapted to beetles. Bill said if the goal is to keep forests, the project should refocus on forest survival and recovery and on *sustaining* the current Montezuma timber industry rather than expanding it. In 40 years, if current trends continue, there may be no industry at all. During a period of tree decline it is probably not a good idea to expand the industry in this area.

He said it is difficult to stop beetle outbreaks. The best thinning might modify the extent of tree mortality, but ponderosa pines don't respond well to thinning. If all the trees around one tree are removed, it could take 10 years before that tree responds.

He recommended creating ideal landscapes that are resistant/resilient to beetle outbreaks. Research shows diverse and heterogeneous landscapes are the best approach to bark beetle management. Bill said in order to maintain or enhance extant forest survival and recovery, heterogeneous structure and stands are needed. The Idea is to "bet-hedge". His recommendations are:

- Keep all live large trees (because these are the most likely to survive fires). He noted that this is a difficult recommendation because large trees are the most valuable as timber, but they are needed every 100-300 feet in the landscape.
- Keep many live, surviving established trees, especially small ones, because those are more resistant to beetles and drought. People have been removing small trees to reduce wildfire risk, but there has been 2-3 times as much mortality from beetles and drought recently as from fires, so there is a need to keep trees under 16 inches in diameter.
- Avoid logging where there is an existing regeneration pool (seedlings, saplings) or many small trees. As temperatures rise, ponderosa regeneration will decline.

- Keep all live non-host trees (white fir, Douglas-fir, blue spruce) in the area – they can perpetuate a forest.

He said it is also important to accept and possibly stimulate new tree regeneration.

- Regeneration occurred after a historic bark beetle outbreak without removing downed trees (according to a historic photo). Downed wood probably provides shade, moisture, nutrients and protection from animals. There is no cost to implement this.
- Managers could monitor tree regeneration until 2-3 years after tree falls began. If there is no regeneration, then use prescribed fire (adaptive management).
- Fire could be used now to stimulate regeneration in areas with mostly live trees (not where most trees are dead).

Bill said, from an ecological standpoint, logging to maintain the current Montezuma industry would best be done:

- To protect infrastructure and high-value resources such as roads, power lines, WUI, and old trees.
- In green forests with lower ecological value. Some research says logging green forests is less damaging than salvage logging because green forests are not already damaged.

Logging could also be done in plantations.

Bill recommended conducting only limited salvage logging because it is a second disturbance in an area that has already suffered one serious disturbance. Also, dead trees provide nutrients for the soil.

He said most bug outbreaks either have no effect on fire severity, or reduce fire severity and/or the area burned.

He recommended against replanting efforts in beetle-killed forests because the trees that survive an attack are resistant to the bugs. Beetles will feast on new, vulnerable trees that are planted from outside the area.

His conclusions:

- Keep most of the live trees
- Don't remove dead ones
- Keep the timber industry alive but don't expand it.

**Q & A**

Mike Preston said the area of the Lone Pine project lies in the watershed for the Lower Dolores, while the next major project planned on the Dolores District is the Salter EA, which lies in the watershed for McPhee Reservoir. It is important that the beetles not spread. He wants there to be a pine zone here in 40 years and McPhee will be better off if there is one. However, he said It isn't possible to take a purely ecological approach to forest management because of the needs of people.

Dave Casey said the Lone Pine project is not just about reducing beetles, but about improving resiliency. Forest managers want to encourage regeneration because the forest is in trouble. Stands need to be

thinned and need fire. The 62,000-acre project area is peppered with beetle infestations, but the beetles aren't active throughout the whole area. He said logging is not a silver bullet. Adaptive management is a good approach and the EA has that built in.

Mike Battaglia said Bill made good points in his presentation, and the two of them are not far apart in their views. Bet-hedging is what the agency is trying to do. Beetles often cause more damage and leave more dead trees than wildfire, and the probability of fire is higher in a ponderosa forest than in fir. So he worries about not removing fuel that could promote a fire that will kill the seedlings. Material takes time to decompose to the point that it's not a fire hazard. He believes removing some of the dead material would be better. He agreed that logging won't stop the beetles, but said it can reduce the fuels that will fall onto the ground and burn.

Bill said the "red" stage, during which needles turn red on dead trees, is the most dangerous. After the needles fall off, the potential for crown fire is gone.

Mike agreed but said fires can burn on the ground.

Bill said that isn't happening. He added that these are tough trade-offs and it is good to experiment with different approaches.

Mike said forest managers don't want to remove every dead tree. However, they have seen some severe surface fires. Wildfire is definitely not desirable where there is a lot of material on the ground; that will result in converting the area to Gambel oak. But he said the DWRF collaborative knows the local area best.

Mike and Bill agreed adaptive management is a good approach.

Dave said it costs the Dolores District $700 to $1,000 per acre to do salvage logging, whereas if logging is done while trees are green, people will actually pay the Forest Service for that wood. Bill agreed that logging green areas is a good idea.

Mike Preston said there are enough variations in conditions on Lone Pine that all the principles and practices could be put into play. Dave agreed.

Derek said the Lone Pine EA offers different options. Managers understand there are a variety of things going on in that landscape and they want to keep the toolbox wide open.

Bill said there are so many options that it's difficult for the public to comprehend. Most of the area is eventually going to be affected by beetles and the EA is primarily focused on salvage logging in such areas. The other treatment options were intended for areas with more green trees, but those could be a minority of the project area by the end of 2019. He said salvage logging is a fairly severe treatment and every live tree will need to be retained to make it through this transition.

Bruce said clear-cutting in ponderosa is almost never desirable because it devastates site conditions, but he thinks although portions of the Lone Pine area are marked strictly for salvage, the vast majority is not. Manipulation of the stands to manipulate the pheromone plumes is important.

Dave described how the beetles are spreading. He said beetle infestations initially pepper the area, then gain momentum. Areas of infestation merge into 20-acre sites with full mortality, especially when infested with the roundheaded beetle. He said that insect is moving into the area of the Salter EA. Forest managers are seeing it peppering across a large landscape of approximately 250,000 acres. Lone Pine is the western edge of the pine belt in the Dolores District. The eastern edge is outside of Forest Service jurisdiction but there is an outbreak there as well.

Dave said the wild card is Gambel oak. Open areas where there would normally be ponderosa seedlings are being taken over by oak.

Bill said Gambel oak is remarkably well-adapted to beetle outbreaks and wildfire, but it will decline over time as trees regenerate. Frost can knock oak back as well.

Dave said fire is an economical way to deal with oak in salvage-logging areas but it is a wild card. Mike B. said burning those areas will kill pine seedlings. Bill said research shows it takes multiple fires to control oak and said, if things are left alone, trees will eventually outgrow oak anyway. Dave said the duff in places is 6-8 inches thick and is adding to the fuel load, which is a concern.

Dave said the Dolores District is proposing 5,000 to 6,000 acres/year of traditional timber sales. There is a total of about 20,000 aces in Lone Pine that is commercially viable. The plan is to run the commercial operations on the 5,000 acres first and then follow with thinning. The agency will have to look for grants to fund thinning of plantations and other areas that aren’t commercially viable.

Anthony Madrid thanked the collaborative for hosting the presentations and reminded people to comment on the EA.

Danny said the Coordinating Committee met that morning and discussed having somebody draft comments regarding the EA and asking people to sign on as individuals, not as a collaborative, as the group has not come to consensus.

**Next meeting:** The next meeting is tentatively planned for April 3 and will be a half day to six hours long, led by a new strategic planning facilitator hired through the WaterSMART grant.


Ponderosa pine:
Fire, bugs, and forest management
Mike Battaglia
Research Forester
USFS Rocky Mountain Research Station
March 6, 2019


Ponderosa Pine
*Pinus ponderosa*
Map from USGS





# Ponderosa pine life history traits

- Non-serotinous, non-sprouting, short lived in seed bank
- Seed production episodic
- Evolved in low-moderate severity fires, with smaller burn patches than exist today
- Requires dispersal from existing seed sources

http://upload.wikimedia.org/wikpedia/commons/a/a5/Pinus_ponderosa_brachyptera_seed.jpg,
http://3.bp.blogspot.com/-
http://tchester.org/plants/analysis/pinus/pix/SnGb_islip/Pinus_jeffreyi_Pinus_ponderosa_seed_1_crop_70.jpg
,




Chambers et al. 2016

## Ponderosa pine regeneration density decreases as you get further from a live tree source



# Ponderosa pine seedling establishment and growth

- Bare Mineral soil
- Sufficient moisture
- Avoid frost damage and high surface temperatures
- Shade intolerant
- Doesn’t compete well with grasses, Gambel Oak, and other trees



# Ponderosa pine and fire adaptations

- Thick Bark, open crown, tall crown base height, large buds
- Seedlings are susceptible to fire







FS-000055




FS-000056

# Gambel Oak



- Small tree or shrub
- Deciduous
- Acorn or sprouts





FS-000057

# Gambel Oak and fire adaptations

- Thin bark and low resistance to fire, but RESPROUTS!





FS-000058


v. 9.0 MFIAR10
Historically, fire has always been important
Mean Fire Interval years
< 2.01
2.01 - 4
4.01 - 6
6.01 - 8
8.01 - 10
10.1 - 12
12.1 - 14
14.1 - 16
16.1 - 18
18.1 - 20
20.1 - 22
22.1 - 24
24.1 - 26
26.1 - 28
28.1 - 30
30.1 - 35
35.1 - 40
40.1 - 45
45.1 - 50
50.1 - 75
75.1 - 100
101 - 125
126 - 150
151 - 175
176 - 200
201 - 6,360

FS-000059

# Fire Severity: As defined by amount of tree mortality during a fire




FS-000060

# Historical Fire Regime in Ponderosa pine



## 1) High frequency, low-moderate severity wildfires

- Includes low and moderate severity burns

- Commonly associated with lower elevations





FS-000061

# Historical Fire Regime in Ponderosa pine



## 2) Mixed frequency and severity wildfires

- Includes low, moderate, and high severity burn patches

- Associated with higher elevations and mixed conifer forests



# Fire frequency in ponderosa pine forests varies with region

- Southwest (AZ, NM): 5 to 23 yrs
- Eastern Cascades (OR, WA): 3 to 38 yrs
- Black Hills (SD): 10 to 35 yrs
- CO Front Range: 7 to 64 yrs
- CO San Juans: 16 to 38 yrs




FS-000063

# Historically, wildfires helped regulate forest structure and fuels





ca. December 1896
Photo courtesy Denver Water



December 1896
Photo courtesy Denver Water

FS-000064

# Southwest



FS-000065

# San Francisco Peak ~1904



FS-000066

# Eastern Cascades, Oregon and Washington



A. FOREST OF YELLOW PINE.

©Grafe and Horsted (2002) from Illingworth's 1874 Photos





©Graves 1899

*"Forest continuity was broken by fire…"*

*(Graves 1899) Black Hills, SD*



FS-000068

©Grafe and Horsted (2002) from Illingworth's 1874 Photos

# Historical Tree Density

| Region | Basal Area (ft2/acre) | Trees per acre |
|---|---|---|
| Southwest (AZ, NM) | 22 to 90 | 15 to 124 |
| Eastern Cascades (OR) | 48 to 125 | 13 to 51 |
| Eastern Cascades (WA) | 45 to 97 | 11 to 25 |
| Black Hills (SD) | 0 to 240 | 0 to 287 |
| Front Range LM | 0 to 87 | 0 to 241 |
| Front Range UM | 3 to 147 | 2 to 311 |




**Historical Stem-Mapped Permanent Plots Increase Precision of Reconstructed Reference Data in Ponderosa Pine Forests of Northern Arizona**

Andrew J. Sánchez Meador,[1,2,3] Pablo F. Parysow,[1] and Margaret M. Moore[1]










Stand structure in eastside old-growth ponderosa pine forests of Oregon and northern California

Andrew Youngblood, Timothy Max, Kent Coe

# Pearson Natural Area, Arizona

## circa 1909

Showing grass-forb matrix and spacing and interspersion of VSS groups, ponderosa pine

Grass/forb

Blackjack
80-200 years

Poles
25-80 years

Yellow pine
200+ years

0 100 200 300

Scale - feet



# Southwest Ponderosa Pine
# Uneven-aged forest with interspersion of tree groups of different ages



Reynolds et al (*2013)*

# Southwestern Ponderosa Pine Groups, openings, and single trees



Reynolds et al *(2013)*

# Spatial variation in reference conditions: historical tree density and pattern on a *Pinus ponderosa* landscape

Can. J. For. Res. 39: 2391–2403 (2009)

Scott R. Abella and Charles W. Denton

**Fig. 4.** Examples of distributions of historical trees for individual sites in four ecosystem types: (*a*) black cinder, (*b*) mesic limestone, (*c*) rocky basalt, and (*d*) mesic basalt. Graphs correspond to spatial statistics in Fig. 5.

Black cinder RANDOM

Mesic Limestone AGGREGATED




Rocky Basalt AGGREGATED

Mesic Basalt AGGREGATED

FS-000074






**Figure 3.** A ~13 acre stem map of pre-settlement trees near Naches, Washington. Three meter radius tree crowns are projected around each tree to illustrate formation of clusters using the Plotkin et al. (2002) algorithm.

**Suggested citation:** Churchill, D.J., M.C. Dalhgreen, A.J. Larson, and J.F. Franklin. 2013. The ICO approach to restoring spatial pattern in dry forests: Implementation guide. Version 1.0. Stewardship Forestry, Vashon, Washington, USA.

# Washington

# CO Front Range: Historical Lower Montane











FS-000076

# Grazing, logging, favorable climate, and fire exclusion has resulted in a change in our forests







Photo: Gary Chancey, USFS

FS-000077




a. **Tree-ring reconstructions of precipitation and drought (smoothed)**

b. **Fire-scar history**

c. **Ponderosa pine establishment**

d. **Other species (Douglas-fir, juniper, piñon)**

***(Brown and Wu, 2005)***







**Landscapes with complex structures of single trees, groups of trees, and various opening sizes have been replaced with dense landscapes of contiguous trees.**






# CO Front Range Lower Montane (5453 to 8533 ft) Change in Basal Area: 1860 vs 2012

Historical: 27.4 ft$^2$/ac

Current: 76.7 ft$^2$/ac

179% increase

Historically, 80% of stands < 44 ft$^2$/ac

Currently, only 10% of stands < 44 ft$^2$/ac



# What density looks like Diameters 9 to 15 inch



160 ft$^2$/ac



122 ft$^2$/ac



100 ft$^2$/ac



78 ft$^2$/ac



61 ft$^2$/ac



39 ft$^2$/ac



22 ft$^2$/ac


Uneven Aged Forest Structure
Even Aged Forest Structure
Basal Area
20 ft² per acre
Basal Area
40 ft² per acre
Basal Area
60 ft² per acre


Uneven Aged Forest Structure
Even Aged Forest Structure
Basal Area
80 ft² per acre
Basal Area
100 ft² per acre



# Recent fires

- Trend toward large, mixed-high severity fires

- Large stand-replacing high-severity burn patches




FS-000084

http://www.pikespeakphoto.com/aerials/a_images/frontrange/hayman-fire.jpg




**412 seedlings / ac**
**85% of regeneration is Ponderosa Pine**

# Low to moderate burned areas are regenerating, Hayman Fire CO

**Mixed-Severity Fire Fosters Heterogeneous Spatial Patterns of Conifer Regeneration in a Dry Conifer Forest**

*Forests* 2018, *9*, 45; doi:10.3390/f9010045

Sparkle L. Malone [1,2,*], Paula J. Fornwalt [1], Mike A. Battaglia [1], Marin E. Chambers [3], Jose M. Iniguez [4] and Carolyn H. Sieg [4]

**Residual live overstory tree density: 68 to 79 tpa**



2002 Hayman Fire, CO



2000 Jasper Fire, SD



2005 Cement Fire, WY

# Conifer Regeneration along the edge of live forest Hayman Fire, CO

## Ponderosa pine and Douglas-fir regeneration




## Aspen regeneration



# Regeneration patterns > 656 ft from a living tree
# Hayman Fire, CO

## Ponderosa pine and Douglas-fir regeneration




## Aspen regeneration




FS-000088

Spatial patterns of ponderosa pine regeneration in high-severity burn patches

Forest Ecology and Management 405 (2017) 134–149

Suzanne M. Owen[a,b,*], Carolyn H. Sieg[a], Andrew J. Sánchez Meador[b], Peter Z. Fulé[b], José M. Iniguez[a], L. Scott Baggett[c], Paula J. Fornwalt[c], Michael A. Battaglia[c]

# Sprouting species



*Ecological Applications*, 26(2), 2016, pp. 346–354
© 2016 by the Ecological Society of America

# Influences of prior wildfires on vegetation response to subsequent fire in a reburned Southwestern landscape

Jonathan D. Coop,[1,3] Sean A. Parks,[2] Sarah R. McClernan,[1] and Lisa M. Holsinger[2]



(c) Oak Scrub—Plot 9656



FS-000090

(d) Ruderal—Plot 9622


Bark beetle epidemics

# Mountain Pine Beetle infestation probabilities in uneven-aged stands

Basal area of trees >10 inch dbh < 26 ft2/ac

Prob infestation (6%)

Basal area of trees >10 inch dbh > 26 ft2/ac

Prob infestation (55%)

SDI< 203; RD<45%

Prob infestation (32%)

SDI> 203; RD>45%

Prob infestation (68%)

**Negron and others 2008**



# Long-term data sets: MPB Susceptibility Rating developed

- **High hazard: >80 ft$^2$/ac**





- **Low hazard: <60 ft$^2$/ac**





FS-000093

# Roundheaded pine beetle

- Higher stand density stands have higher infestation rates (Negron et al. 2000)
- If 5-yr Periodic annual increment <0.26 inch there was a 95% probability of infestation in New Mexico
- 72% probability of infestation in stands with basal area > 105 $ft^2$/ac in Utah (Negron et al. 2000)


Post-Bark
Beetle
forests



CSIRO PUBLISHING

*International Journal of Wildland Fire* **2012**, *21*, 306–312
http://dx.doi.org/10.1071/WF11019

# Fuel loadings 5 years after a bark beetle outbreak in south-western USA ponderosa pine forests

*Chad M. Hoffman[A,E], Carolyn Hull Sieg[B], Joel D. McMillin[C] and Peter Z. Fulé[D]*

- Pre-outbreak BA: 117 $ft^2$/ac
- Post-outbreak BA: 28 $ft^2$/ac
- Total coarse woody fuels: 12 t/a
  - 2.5 times higher than non-impacted stands
  - **5 years post-beetle only 48% of killed trees had fallen**
- Needle litter depth doubled



FS-000097

# Post-wildfire fuel profile – 10 yrs



## Black Hills, SD

FS-000098


Prefire Coarse Woody Debris Distribution
High Severity Area
average 25 tons/acre
Percent
0
20
40
60
80
100
0 5 10 15 20 25 30 35 40 45 50 55 60 65
Tons per acre midpoint


Prefire Ponderosa Pine Seedling Distribution
High Severity Area
average density: 521 tpa
Percent
0
10
20
30
40
50
60
70
80
90
100
0 50 100 150 200 250 500 750 1000 1250 1500 1750 2000 2250 2500 2750 3000 3250 3500 3750 4000
Seedlings per acre midpoint





FS-000099


09/30/2011


Prefire Coarse Woody Debris Distribution
High Severity Area
average 25 tons/acre
Percent
0
20
40
60
80
100
0 5 10 15 20 25 30 35 40 45 50 55 60 65
Tons per acre midpoint


Postfire Coarse Woody Debris Distribution
High Severity Area
average 8.8 tons/acre
Percent
0
20
40
60
80
100
0 5 10 15 20 25 30 35 40 45 50 55 60 65
Tons per acre midpoint




REBURN

FS-000101


Prefire Ponderosa Pine Seedling Distribution
High Severity Area
average density: 521 tpa
Percent
Seedlings per acre midpoint
0
50
100
150
200
250
500
750
1000
1250
1500
1750
2000
2250
2500
2750
3000
3250
3500
3750
4000


Postfire Ponderosa Pine Seedling Distribution
High Severity Area
Current average density:
34 tpa
93% reduction
Percent
Seedlings per acre midpoint




REBURN

FS-000102

# Basal areas around 25 to 40 $ft^2$/acre



FS-000103

**Prefire Coarse Woody Debris Distribution Moderate Severity Area**




**Postfire Coarse Woody Debris Distribution Moderate Severity Area**








FS-000104


Prefire Ponderosa Pine Seedling Distribution
Moderate Severity Area
average density: 1038 tpa
Percent
100
90
80
70
60
50
40
30
20
10
0
0
50
100
150
200
250
500
750
1000
1250
1500
1750
2000
2250
2500
2750
3000
3250
3500
3750
4000
Seedlings per acre midpoint


Postfire Ponderosa Pine Seedling Distribution
Moderate Severity Area
Current average density:
338 tpa
67% reduction
Percent
100
90
80
70
60
50
40
30
20
10
0
0
50
100
150
200
250
500
750
1000
1250
1500
1750
2000
2250
2500
2750
3000
3250
3500
3750
4000
Seedlings per acre midpoint





USDA

United States Department of Agriculture

Forest Service

**Rocky Mountain Research Station**

General Technical Report RMRS-GTR-310

September 2013

# Restoring Composition and Structure in Southwestern Frequent-Fire Forests:

## A science-based framework for improving ecosystem resiliency

Richard T. Reynolds, Andrew J. Sánchez Meador, James A. Youtz, Tessa Nicolet, Megan S. Matonis, Patrick L. Jackson, Donald G. DeLorenzo, Andrew D. Graves

USDA United States Department of Agriculture

# Principles and Practices for the Restoration of Ponderosa Pine and Dry Mixed-Conifer Forests of the Colorado Front Range

Robert N. Addington, Gregory H. Aplet, Mike A. Battaglia, Jennifer S. Briggs, Peter M. Brown, Antony S. Cheng, Yvette Dickinson, Jonas A. Feinstein, Kristen A. Pelz, Claudia M. Regan, Jim Thinnes, Rick Truex, Paula J. Fornwalt, Benjamin Gannon, Chad W. Julian, Jeffrey L. Underhill, Brett Wolk




Forest Service | Rocky Mountain Research Station | General Technical Report RMRS-GTR-373 | January 2018



# Principles for restoration

**Spatial scale provides an important organizational framework for restoration**







USDA

United States
Department
of Agriculture

Forest Service

Rocky Mountain
Research Station

General Technical
Report RMRS-GTR-310

September 2013

# Restoring Composition and Structure in Southwestern Frequent-Fire Forests:

## A science-based framework for improving ecosystem resiliency

Richard T. Reynolds, Andrew J. Sánchez Meador, James A. Youtz,
Tessa Nicolet, Megan S. Matonis, Patrick L. Jackson,
Donald G. DeLorenzo, Andrew D. Graves

# Restoration Silviculture



# Fine-Scale Forest Structure















# Principles for restoration

- Manage for diverse forest developmental trajectories



# Principles for restoration

- Importance of restoring ecological processes such as fire



# Fuelbeds produce different fire behavior














d
where
entoried
dths.

**Tinkham et al 2017. RMRS-GTR-365**


USDA United States Department of Agriculture

**Visualization of Heterogeneous Forest Structures Following Treatment in the Southern Rocky Mountains**

Wade T. Tinkham, Yvette Dickinson, Chad M. Hoffman, Mike A. Battaglia, Seth Ex, and Jeffrey Underhill

Pre-treatment Forest Structure

Post-treatment Forest Structure

Comparison of Treatment Effects

Forest Service | Rocky Mountain Research Station | General Technical Report RMRS-GTR-365 | September 2017

FS-000114

# Historical ponderosa pine forests

- Fire is an important process in ponderosa pine
- Basal areas and TPA were variable within and between regions
- Uneven-aged forest structures (stand and landscape)
- All size classes present but each size class typically had low TPA
- Upper diameter size varied with Region
- Groupy-clumpy spatial pattern evident

# Salter Vegetation Management Environmental Analysis Project




FS-000116

# Forest Plan Direction

- “The San Juan N.F issued a Land and Resource Management plan in Sept of 2013.
- Management Areas
- Timber Suitability

FOREST SERVICE U S DEPARTMENT OF AGRICULTURE



# Forest Plan Direction – Management Areas

- Every acre on the San Juan National Forest has a Management Area Designation
- Describes the intensity of management that can be expected
- There are 8 different designations that depict how the landscape should appear, identify uses and allowable activities
- Designations range from 1 where natural processes dominate to areas that are intensely managed

# Forest Plan Direction – Management Area - 5

- Makes up 24% of the SJNF land base or 451,000 acres
- Active management area – multiple use
- Used to meet a variety of social, economic, and ecological goals
- Lands were timber harvesting, oil/gas activities, intensive grazing occur
- These activities influence the composition, structure, and landscape patterns of vegetation
- Lands contribute to ecosystem and species diversity and provide habitat for flora and fauna
- Visitors can expect to see a wide range of human activities, development, and management investments (including roads, trails, fences, corrals, stock ponds, timber harvesting equipment, oil and gas wells, and livestock).
- Maintenance of past and current investments is anticipated to be continued for future management opportunities.

# Forest Plan Direction – Management Area - 5

- Salter treatment areas fall entirely in Management Area 5
- Proposed activities for this project are allowed and encouraged. These activities would include prescribed burning, mechanical fuels treatment, timber production, timber harvest as a tool and commercial use of special forest products and firewood (Vol II, 3.5).



# Forest Plan Direction – Timber Suitability

- Timber suitability (harvest potential) is based on National Forest Management Act (NFMA)
- Process starts with exclusion of lands that have no tree cover, excluded due to statute or law, irreversible resource damage could occur, adequate stocking could not be assured post harvest
- All forested lands remaining after this exclusion process are placed in tentatively suitable
- Tentatively is then broken into two sub categories – "Suitable Timber Lands" and "Other Tentatively Suitable"

# Forest Plan Direction – Desired Conditions Suitable Lands






- 2.2.1 Forest vegetation management on SJNF and TRFO lands that results in, among other objectives, meeting needs or demands for forest product offerings (commercial, personal, or other use) is done in a manner that:
  - maintains or improves ecosystem function, resilience, and sustainability;
  - supports, at least, the current level of economic activity in the local timber industry;
  - provides economic or social support to local communities;
  - ensures current and future needs for Native American tribal use, including that associated with special forest products (e.g., teepee poles);
  - utilizes, to the fullest extent practicable, potential products including sawtimber, poles, topwood, or slash (e.g., limbs, foliage);
  - supports innovation in utilization, including conversion of cut-tree mass into biofuels, pellets, biochar, or other useful products;
  - efficiently balances or reduces costs of implementation of treatment activities; and
  - anticipates climate-related plant succession changes (such as favoring heat- or drought-resistant tree species as leave trees, or in reforestation).

# Forest Plan Direction – Suitable Timber Lands

Harvest activities associated with the Salter analysis will only occur on lands designated as suitable for timber harvest and production (Vol II, 2.9).



# Salter Resource Concerns

- Overstocked Stands
- Reduced stand vigor
- Lack of PP regen
- Insects
- Disease
- Areas of high wildfire danger
- Crown fire potential
- Wild Land Urban Interface (WUI)







# Wildland Urban Interface - Structures




FS-000125

# Fire – Wildfire Risk

**Wildfire Risk**

- Lowest Risk
- Low Risk
- Moderate Risk
- High Risk
- Highest Risk

## Wildfire Risk

The overall composite risk occurring from a wildfire derived by combining Burn Probability and Values at Risk Rating



# Fire – Burn Probability

**Burn Probability**

- Non-burnable
- 1 - Very Low
- 2
- 3 - Low
- 4
- 5 - Moderate
- 6
- 7 - High
- 8
- 9 - Very High

## Burn Probability

Annual probability of any location burning due to wildfire



# Fire – Intensity Scale

**Fire Intensity Scale**

Lowest Intensity

Highest Intensity

**Fire Intensity Scale**

Quantifies the potential fire intensity by orders of magnitude.



# Fire - Type

**Fire Type Extreme**

- Surface Fire
- Passive Canopy Fire
- Active Canopy Fire

## Fire Type - Extreme

Represents the potential fire type under the extreme percentile weather category.




FS-000129

# Values at Risk

- Mcphee Reservoir
- Recreation destinations
- Utilities
- Structures
- Nature Center
- Grazing lands





Colorado Decision Support Systems Map Server






# Salter Forest Health Map 2019




FS-000131

# Treatment Types

**Plantations**

- Variable spacing to restore uneven aged structure through clump and individual tree marking

**Single Tree Selection**

- Regenerative cut on consistently stocked stands

**Commercial Thinning**

- Thinning with a commercial component on stands with variable stocking or limited available merchantable byproduct.

# Dolores Watershed Resilient Forest (DWRF) Collaborative Stakeholders Meeting

**May 1, 2019**
**dwrfcollaborative.org**
**draft – 4 pages**

**Present**: Jimbo Buickerood (San Juan Citizens Alliance), Eric Janes (retired, U.S. Bureau of Reclamation), David Casey (San Juan National Forest), Bruce Short (Retired, U.S. Forest Service); Brad Pietruszka (BLM Tres Rios Field Office and San Juan National Forest), Charles Lanoue (Colorado Division of Fire Prevention and Control), Norm Bircher (Montrose Forest Products), Steve Underwood (Underwood Forestry), Anthony Culpepper (Mountain Studies Institute), Ashley Downey (Executive Director, Wildfire Adapted Partnership), Mike Preston and Ken Charles (Dolores Water Conservancy District), Derek Padilla (Dolores District Ranger), Rich Landreth (City of Cortez), Floyd Cook and Steve Garcher (Dolores County Commissioners), Alex Graf (new Montezuma County Coordinator for WAP), Greg Kemp (interested citizen), David Sitton (Aspen Wall Wood), Sonny Frazier (Town Manager, Dove Creek), Ann McCoy-Harold (Sen. Cory Gardner's office), James Dietrich (Montezuma County), Becca Samulski (Fire Adapted Colorado), Stacy Beaugh (Strategic By Nature Consulting Services), Danny Margoles (DWRF Coordinator), and Gail Binkly (Meeting Recorder).

### Strategic Planning Discussion

Stacy gave a recap of DWRF's April 3 strategic planning retreat. She said it was very productive and that the Coordinating Committee also said it was great to have a diversity of people contributing to the meeting. Stacy said she and others are synthesizing everything out of the retreat and putting together the draft strategic plan. The stakeholders probably will not see it until July.

The notes from the retreat are lengthy but Danny will send them to people who request them from him.

One of the main things discussed at the retreat was the following question: *What is a resilient forest, what is DWRF trying to achieve, and how are we going to measure that?* Stacy said the people organizing the strategic plan would like to have a small group to work on that question over the next six weeks. Part of the effort will involve gleaning goals and metrics from the San Juan National Forest plan.

Stacy noted that at the retreat people said a resilient forest is ecologically diverse, adaptive, able to recover after a high-intensity disturbance, and supportive of local communities' economies. The task of this small group will be to refine that language and determine the metrics.

Derek Padilla, Anthony Culpepper and Jimbo Buickerood have volunteered to be on the small group and will be receiving an email from Stacy and Danny. If anyone else is interested in participating, let Stacy know.

Stacy said a second major issue discussed at the retreat is how the DWRF stakeholder group will be engaged in NEPA processes. Weighing in on the public process on how the forest is managed is a big part of what this group can do. There are two types of engagement possible:

- Pre and during an environmental assessment (EA)
- After an EA is approved

The process of engagement "pre" an EA would entail the DWRF collaborative commenting as a single entity during the scoping period. Scoping allows interested parties to provide input before the EA is written. Later on, as draft EAs are released, the collaborative can have conversations and possibly come up with agreed-upon responses to those EAs, but reaching an agreement among different parties may not be possible.

Stacy said the collaborative is committed to bringing educational opportunities, including site tours, to the whole group. She said the Forest Service, BLM and Colorado Parks and Wildlife are committed to bringing relevant conversations to the collaborative. Although CPW is not really a regular part of the DWRF conversation now, it is hoped that they will be.

Jimbo said he has a question about getting information to different constituencies.

Danny said one obvious way is to speak up. He said If anyone notices a missing component they should bring it up with him. As EAs are being developed the DWRF Coordinating Committee wants to make sure conversations are happening and they are getting feedback. Danny can coordinate the information on this and they will discuss it in the CC.

Becca asked if there is a way to offer invitations to a broader group of people than those on the DWRF email list. If something legislative is happening, a special tour is planned, or another event of broad interest is coming up, maybe there could be a way to invite a larger group of people.

Danny and Stacy said that makes sense.

Mike Preston said that morning the Coordinating Committee talked about grazing and recreation. Although these two constituencies are not regular members of the DWRF collaborative the CC wants to invite them in and find a way to give them access to the process.

Stacy said the Coordinating Committee also talked that morning about the role of DWRF in commenting after the release of draft EAs. The Forest Service requested more involvement from DWRF to help the agency assess whether it is being effective in meeting metrics. The CC said they could play a more formal advisory role in that process. The CC and anyone else interested could play a committed role to help the Forest Service work through the timeline on the projects.

Danny said the idea of that happening within the CC is because they are the most identifiable people coming to the DWRF meetings every month and the CC has a broad mix of voices, views and expertise. The CC will be the more formal communication link to the Forest Service, but conversations will take place among the whole stakeholder group.

Becca said this sounds like a very big job for a Coordinating Committee that is trying to keep the organization rolling. It may be a heavy burden for a small number of people.

Mike said it is a matter of consistency and diversity. They want an identifiable group to vet and prep discussions for the collaborative, reach out to the stakeholders and organize events. If there is a lack of agreement among the collaborative everybody is free to go their own way.

Becca said her concern is if some robust metrics are developed by that team most funding places don't have a lot of money budgeted. If there is a lot of monitoring beyond the minimum going on, that might be more to implement than what the Forest Service is able to do. Actually monitoring something in a way to inform adaptive management may be a heavy effort.