**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-1501-REB

SAN JUAN CITIZENS ALLIANCE;
CENTER FOR BIOLOGICAL DIVERSITY;

Petitioners,

v.

DEREK PADILLA, in his official capacity as District Ranger, Mancos-Dolores Ranger District, San Juan National Forest;
DAVID NEELY, in his official capacity as San Juan National Forest Supervisor;
UNITED STATES FOREST SERVICE;
UNITED STATES DEPARTMENT OF AGRICULTURE;

Respondents.

---

# NOTICE OF FILING THE ADMINISTRATIVE RECORD

---

Respondents hereby give notice of filing the Administrative Record for the above-captioned case. Attached to this notice are the Certification of the Administrative Record (Attachment 1), and the Index to the Administrative Record (Attachment 2).

Pursuant to the Court's June 16, 2023 Order Directing Preparation of a Joint Case Management Plan, ECF No. 6, the Administrative Record will be filed electronically via CM/ECF. *See id.* at 2. The files in the Administrative Record have been consecutively Bates stamped and will be uploaded to CM/ECF in consecutive attachments organized in order of Bates number. Given the size of the Administrative Record, there may be several consecutive filings to accommodate the document attachments.

Undersigned counsel has provided copies of the Administrative Record to counsel for Petitioners on flash drives that each contain copies of the Administrative Record materials and a hyperlinked version of the Index, which provides access to the corresponding files for convenient navigation. A copy of the Administrative Record and hyperlinked Index is also available for the Court and will be provided upon request.

DATED this 29th day of September, 2023.

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

/s/ Emma L. Hamilton
***Emma L. Hamilton*** (CA Bar No. 325360)
Trial Attorney
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1361
emma.hamilton@usdoj.gov

*Attorneys for Respondents*