David Casey said he is sure the agency will pursue any unanswered questions even if it takes more money.

Derek said as the Forest Service develops an EA they include what they can realistically do. If the collaborative wants more, the Forest Service can say that's not something that can be done on the Forest Service side alone. He believes they will be able to work through such issues.

Danny said Becca was asking about the ideal vs. the practical. He said it is good to have Derek Padilla on that working group to identify metrics.

Stacy said it's a work in progress. The Forest Service sees an opportunity to get information and advice. The CC is saying they will figure out how to provide that effectively and in a productive manner.

Anthony C. said the Pagosa Ranger District is adopting protocols for silviculture for timber crews that can be added on without adding much work to their operations. They have been asking whether they can spread this across the San Juan National Forest.

Ann McCoy-Harold asked whether DWRF has a way to let the community know about something important that has happened.

Danny said DWRF needs to improve its outreach and ability to communicate successes. That was written into the WaterSMART planning grant. DWRF is planning to do a field trip June 18 to the Lone Pine area to show on the ground what the Forest Service is proposing and what is part of the EA. Danny said he will send information out about the field trip. The Salter EA is coming up and DWRF will be doing a field trip this summer in that area as well.

David Casey said the Lone Pine EA should be finalized in the next couple of weeks. He will put out an itinerary for the day for that field trip.

Stacy said if people have other thoughts about how DWRF should be engaged in EA processes or other processes on Colorado State Forest Service land, let her or Danny know.

In general for the strategic plan she is working on the draft now and will send it to the DWRF stakeholders for review and will probably spend the July meeting talking through the strategic plan. The organizational structure work is being spearheaded by the Coordinating Committee and will be developed over the next month or so and then they will bring in the metric setting work from the small group. This is all going well.

Brad asked whether the boundaries of DWRF had been talked out. Stacy said it is on the docket to be discussed. Brad said none of the irrigators are captured within the boundaries of DWRF, and that is an important constituency, plus the cross-boundary of private land and the Forest Service.

Jimbo asked Brad what boundaries he is suggesting. Brad said he likes using the highways because that captures the private land. Water users, people who are logging and people who own grazing animals live in that area. Rico might be within it. But right now there is only one town that this group officially captures.

Becca said she does think the downstream users have always been a part of the conversation but haven't been the focus of DWRF. She noted that Rich Landreth is present at many meetings.

Stacy said DWRF can figure out how to address this.

Mike P. said it is the wildland-urban interface (WUI) that is the forested interface. If DWRF can take in the forest areas adjacent to what they are looking at, that is a good bite. They are very interested in water quality and quantity and in protecting the power grid.

Derek said this group needs to focus its work so it doesn't have too big a bite to handle.

**Updates**

- Danny said DWRF did not receive two grants it applied for. He has applied for two other grants, one a national one and from the Ballantine Foundation. He also discussed DWRF clarifying its fiscal relationship with WAP.
- Danny said work was accomplished recently at Butler Corner. Bruce said they did burn about 45 piles. There are another 50 to 75 piles to do but he thinks these will have to wait until fall.
- Danny will have a table at the Dolores River Festival, which is June 1. Anyone who want to help can do so.
- Brad said the Forest Service started prescribed burning on the Pagosa Ranger District and locally. The plans are to burn at least 7,000 acres within the DWRF landscape. He believes it will be possible to burn all the way to the monsoons this year. There will be a lot of smoke this year. There will be a vocal minority among the public that questions why the prescribed burns are being done, so there is a huge outreach need
- Danny said there will be area closures in Boggy Draw for one to three days for prescribed burns there. Signs will be posted prior to the full burns.
- Charles said SB 19-040, a bill that establishes the Colorado fire commission in the division of fire prevention and control in the department of public safety, has been put on the governor's desk.
- Norm said Montezuma Forest Products broke ground on schedule last year for a new planning mill. They are on schedule to have the mill completed by October. They have a contract with two loggers in Cortez to do logging in ponderosa pine if they are able to purchase some leases from the Forest Service and hope to be able to start logging this fall. They would like to saw ponderosa pine 25 percent of the time in their mill to start out with and to gradually increase ponderosa pine to about 50 percent.
- Rich said the City of Cortez hopes to have its source water protection plan with Colorado Rural Water Association completed by September. Then there will be some implementation money available in this watershed.
- Ann said Senator Gardner is continuing to push to relocate the BLM's headquarters to the West. Grand Junction is his first choice.
- Dave Sitton said they are out of logs. They have been selling the green pine trees to smaller mills.
- Ken Charles predicted June 1 will be the date for high water. The low-elevation melt is coming down very nicely. There will be a release from McPhee Reservoir at some point. There are no flooding concerns.

**Next meeting**

The next meeting will be Wednesday, June 5. In July the meeting will be July 17th.

# Dolores Watershed Resilient Forest (DWRF) Collaborative Stakeholders Meeting

**December 4, 2019**
**dwrfcollaborative.org**
**draft - 4 pages**

**Present**:
Derek Padilla, Matt Traynham, and David Casey (Dolores District, San Juan National Forest); Ryan Cox, Tim Reader, and Melissa Simmons (Colorado State Forest Service); Randy Johnson (Private Consultant for CSFS); Kevin Harter (Ironwood Group); Zingo Leach (RMTC); Clayton Tillia (West Fork Lumber Company); Anthony Culpepper (Mountain Studies Institute); Jeff Fowlds (Mancos Conservation District); Bill Baker (Retired Ecologist); Duncan Rose (Trout Unlimited); Jimbo Buickerood (San Juan Citizens Alliance); Ashley Downing (Wildfire Adapted Partnership); Alex Graf (Montezuma County Coordinator for Wildfire Adapted Partnership); Mike Pasquin and James Dietrich (Montezuma County); Steve Garcher (Dolores County Commission); Ken Curtis and Mike Preston (Dolores Water Conservancy District); Rich Landreth (City Of Cortez); Stacy Beaugh (Strategic by Nature, Inc.); Danny Margoles (DWRF Coordinator); and Gail Binkly (Meeting Recorder).

## Updates

**RMRI:** Southwest Colorado is being considered for major funding for forest health work from RMRI, a partnership between the National Wild Turkey Federation and Region 2 of the U.S. Forest Service. The San Juan National Forest and Rio Grande National Forest have put in separate proposals for funding. A group gave a presentation on the local proposal recently. Mike Preston said he believes it was well received. He and Ellen Roberts will learn the decision on Monday in Golden.

Danny said a total of seven groups presented and all had strong proposals. The idea is that the group or groups chosen will become a model for restoration efforts.

Derek said the Dolores Ranger District has a planned program of work that they will continue to implement regardless of whether the local RMRI proposal is successful; however, the pace of implementation will be faster if the SJNF receives the funding.

Stacy said DWRF’s new strategic plan conditions DWRF to move forward with other funding proposals. Smaller funding opportunities are waiting to be seized.

Bill asked if the final RMRI presentation can be placed on the website. Danny and Mike Preston said it can.

**DWRF funding:** Danny said DWRF received $3,000 in funding from Onward! A Legacy Foundation for general operations and support.

**Dolores Ranger District:** Derek said the Dolores District is continuing to work through the objection process for the Lone Pine EA. The objection period was extended an additional 30 days because there was one substantial objection that required more time. By Dec. 30 there will be a final decision.

The objection period for the Dolores Aspen Landscape Vegetation Management EA has closed with no objections being registered. After the decision is signed, the district will be able to begin implementation.

The district is in the process of burning piles across the district. Matt said they have done about 3,000 piles.

**Scientific article:** Bill said he has an article that is being reviewed and revised for possible publication in a scientific journal. He passed around a draft of the article, which concerns variable forest structures and fire across historical ponderosa-pine and mixed-conifer landscapes in Colorado. He will know in a few weeks whether it was accepted and he will make it available then on the website.

**FEMA:** Mike Pasquin said FEMA has concerns that there is not enough money for recovery efforts so they are starting to focus on mitigation.

**Emergency Watershed Protection (EWP) Program:** Jimbo discussed the EWP Program of the Natural Resources Conservation Service (NRCS). The program offers technical and financial assistance to help local communities relieve imminent threats to life and property caused by floods, fires, windstorms and other natural disasters that impair a watershed. Jimbo said it is a valuable program but it's tailored to other types of damage than the type of impacts on local watersheds and private lands caused by wildfires such as the 416 Fire near Durango, which happened a year and a half ago. Jimbo and others are asking Sen. Mike Bennet's office to change the EWP program.

**Strategic Plan and Outreach**

Stacy said the members of DWRF should have received the plan in their inboxes. She is writing an executive summary that can be used in outreach efforts. The Coordinating Committee had a good discussion this morning about finalizing operating principles to guide how DWRF works. The Outreach and Education Committee has met twice and is putting together an education plan that will outline factors such as who are DWRF's target audiences. She will be working on that through the end of her contract, and then the committee will take over. The goal is to have the education plan distributed to members by the beginning of the year as well.

Stacy said the Outreach and Education Committee is still open to anyone interested.

**Next steps:**

→ Danny will put the strategic plan on the DWRF website and will send out another email with the finalized plan attached.

**Collaborative Forest Landscapes Restoration Program (CFLRP)**

The San Juan National Forest is applying for funding under the CFLR, a landscape restoration program for national forests. In answer to a question about the most recent version of the SJNF's proposal, Derek explained that the term "60 percent document" means that the proposal is 60 percent completed. After the latest round of input, it will be the "90 percent document". He said it probably will not be sent out after this final set of feedback because of time constraints. It is due to be sent to the Forest Service's regional office by Jan. 24. However, Derek said if people feel strongly that there is a need to see the latest version, it could be sent back out after the most recent comments are incorporated.

Danny said anyone with comments should send them to him by this Friday. On Monday morning there will be a meeting in Durango for people from DWRF, the San Juan Headwaters Forest Health Partnership and the Columbine Forest Collaborative regarding the CFLR proposal.

Bill voiced a process concern. He asked whether the current process is following the rules outlined in the CFLRP legislation. The legislation states that to be eligible for nomination, a proposal must meet various criteria, one of which is that it be developed through a collaborative group that includes multiple persons representing diverse interests. The collaborative group is supposed to be one that is not controlled or led by Forest Service employees. However, Bill said this effort appears to be led by the Forest Service.

Bill said he has been involved in two other CFLRP processes and in those cases the proposals were drafted through a collaborative group that produced the drafts. He said the Forest Service is not supposed to write the proposal, but the Tier 1 proposal for the SJNF was for the most part developed internally. He said he tried to ask SJNF Supervisor Kara Chadwick directly whether they were developing a Tier 1 proposal but at first he was not given an answer. After a couple of weeks, officials did release it.

Bill explained his concerns in more detail and then said he believes that something needs to change in order that the proposal complies with the law.

Jimbo said a recently retired Forest Service employee who had heard there was a CFLRP proposal in the works told him the employee did not believe it would get approved because of factors such as these.

Danny commented that the proposal spans multiple collaboratives.

Derek said Forest Service officials never said they didn't have a Tier 1 proposal, but at the time that Bill inquired, they didn't know what was releasable. They did share it eventually. It was developed in a collaborative manner, and that is why the Forest Service is putting it out to the three different collaboratives. Sections of the document are being written by Danny and Aaron Kimple. However, the compressed timeframe means the SJNF did not have the luxury of working on the proposal for years and had to craft it somewhat differently. Derek said they are not writing this document in a vacuum. They are asking for input at each stage. Derek said eight or more people in the Forest Service helped write this, in addition to Aaron and Danny.

Duncan said the group should make this work rather than begin the effort all over.

Derek said a sure way of not being eligible is not to apply for the funding at all.

Bill said his concern is the collaborative group that drafts this proposal cannot be led by Forest Service personnel. He proposes the collaborative take charge and draft the final version. The Forest Service can certainly participate. He has confidence this group could complete a successful proposal. He didn't know Aaron and Danny were involved in the writing. However, it doesn't have the input of scientists such as him. He said it needs a shared vision, not just input.

Bill and Jimbo said the map of priority areas should be under discussion at the meeting Monday.

Danny said DWRF cannot make any decision unilaterally for all three collaboratives. The goal of the meeting Monday is to draft collaborative feedback, though the discussion probably will not be limited to

that. He encouraged everyone who wants to be involved to come to the meeting. The location has not been chosen.

**Salter EA**

David Casey showed a PowerPoint titled "Salter Vegetation Management Environmental Analysis Project."

He said the area is broken into six different treatment blocks, and 36,000 potential treatment acres have been identified. Every acre on the San Juan National Forest has a management area designation; there are eight different designations in the SJNF. This project is focused on Management Area 5, which makes up 24 percent of the SJNF, a total of 451,000 acres. MA 5 is an active MA, where there is multiple use and much activity. All Salter treatment areas are within MA 5.

The Forest Management Plan for the SJNF also talks about timber suitability, based on the National Forest Management Act of 1976. It excludes lands that would not be appropriate for timber harvesting. The remaining lands are tentatively suitable and are divided into:

- Suitable timber lands, where timber is the objective; and
- Other tentatively suitable lands, which have other objectives along with timber harvesting, such as recreation.

David said timber harvesting for the Salter analysis will take place only on the suitable sites, not the tentatively suitable lands.

Concerns in the Salter area include overstocked stands, insects, disease, mistletoe, lack of ponderosa-pine regeneration, crown-fire potential, high wildfire danger, and the wildland-urban interface (WUI). Values at risk are McPhee Reservoir, recreation destinations such as Boggy Draw, utilities, structures, the Nature Center at Butler Corner, and grazing lands.

David said the Salter area does not yet have a bark-beetle problem that is as urgent as Lone Pine's was. The Forest Service is trying to deal with the situation proactively. They would like to work with the collaborative to develop treatments. Portions of the treatments could be funded by CFLRP or RMRI if those proposals are successful.

Danny said in January he would like to talk about geographic priorities, purpose and need, and proposed actions for the Salter area. He said a scientific committee involving all three collaboratives is being put together to provide feedback and recommendations on ecological concerns.

Derek said forest officials want to have another meeting with the group after the holidays to start drafting the Salter proposed action.

**Next meeting:** The next meeting will be Wednesday, Jan. 8, at 5 or 5:30 p.m. at the DWCD offices. The evening time was agreed upon to make it possible for more people to attend.

# Dolores Watershed Resilient Forest (DWRF) Collaborative Stakeholders Meeting

**January 8, 2020**
**dwrfcollaborative.org**
**4 pages**

**Present**:
Derek Padilla, Matt Traynham, Brad Pietruszka, and David Casey (Dolores District, San Juan National Forest); Ryan Cox and Tim Reader (Colorado State Forest Service); Ann McCoy-Harold (Sen. Cory Gardner's Office); Bruce Short (Consulting Forester); Eric Janes (Retired BLM Hydrologist); Duncan Rose (Trout Unlimited); Jimbo Buickerood (San Juan Citizens Alliance); Alex Graf (Montezuma County Coordinator for Wildfire Adapted Partnership); James Dietrich (Montezuma County); Floyd Cook and Steve Garchar (Dolores County Commission); Ken Curtis and Mike Preston (Dolores Water Conservancy District); Rich Landreth (City Of Cortez); Jamie Johnson (Montezuma Land Conservancy); Lon Varnis (Retired, High Desert Conservation District Board); Danny Margoles (DWRF Coordinator); and Gail Binkly (Meeting Recorder).

## Updates

**DWRF:** Danny said the RFP for a person to develop the watershed monitoring plan will remain open for a few more days. Anyone with questions should contact Ken Curtis.

DWRF's strategic plan has been posted on the DWRF website. There is now an executive summary for the plan that will soon be posted on the site as well. Danny said these are public documents.

Danny said the Coordinating Committee has discussed the possibility of using WaterSMART funds to employ an AmeriCorps VISTA person to help further develop and implement an outreach strategy and wildfire risk reduction framework for DWRF. As RMRI funding becomes available, the VISTA person could also help set up structures and communication. Danny said the WaterSMART grant ends on June 20 of this year. The VISTA position would be a 12-month, 40-hour-a-week position, so the goal would be to get the person on board by April of this year. Danny said he would probably be the person's direct supervisor, but he would look to the Coordinating Committee and all DWRF stakeholders to help.

Eric said when he worked for the BLM in Washington D.C. he worked with presidential management interns and found them to be outstanding. Now that the BLM's headquarters are in Grand Junction, it might be a source for persons interested in the VISTA job.

Derek said Mark Lambert, the San Juan National Forest's public services officer, came out of the presidential management internship program and remains highly involved with it, so he could also explore the possibility of people who might be interested in the VISTA position.

**Dolores Ranger District:** Derek said the district was able to work through the objection process for the Lone Pine EA and come to a resolution. Changes were made to some provisions regarding:

- Temporary roads,
- Acreage outside the 15 project areas,
- The type of treatments allowed on slopes of 40 percent or greater and on places that have soils prone to mass movement,
- Language in timber-sale contracts regarding contractors and noxious weeds

- The amount of time between supplemental information reports
- The description of the Lone Pine monitoring areas and control units.

The district also agreed that of the 36,000 acres identified for treatment, 11,000 acres with a ponderosa-pine prescription that was developed in the 1990s would be incorporated. Derek said this will be an opportunity to compare different treatments against each other.

Jimbo said some items in the draft EA were of concern to both conservationists and the timber industry. He said the work on the objections was all done locally instead of at the regional level and this was very beneficial. San Juan National Forest Supervisor Kara Chadwick was the responsible official. It was a good process.

Danny said there are a lot of lessons to learn from this as the Salter EA moves forward. The collaborative wants to be more pre-emptive regarding this next large-scale EA. DWRF is called out in some of the language, so the collaborative will be involved.

Ken said he thinks DWRF can play a major role in public education. Danny agreed and said these demonstration sites should be made public sites.

**Roundtable meeting:** Mike said the Southwest Basin Roundtable will meet at the DWCD offices next Wednesday, Jan. 15. Russell George, who has held several major offices in the state and is now director of the Interbasin Compact Commission, will be there. A subcommittee meeting begins at 12:30 p.m. and the entire roundtable will meet afterward. These are open meetings.

**Rocky Mountain Restoration Initiative (RMRI)**

Danny said Southwest Colorado's proposal was successful in being awarded the funding for forest health work from RMRI, a partnership between the National Wild Turkey Federation and Region 2 of the U.S. Forest Service. This means the SJNF will be receiving considerable additional funding. The amount is not known, but the Cortez Journal reported it could be as much as $50 million over 10 years.

Danny said the work can be done on all lands, including private, state and national forests. In contrast, Collaborative Forest Landscapes Restoration Program (CFLRP) funds are only for work done on national forest lands. How to strategize the work will be a major question and DWRF will need to work with different stakeholder groups and other collaboratives.

Mike said this effort will be an all-lands approach that includes working on the wildland-urban interface, protecting the power grid, and protecting primary water sources including Lemon, Vallecito, McPhee and Mancos reservoirs. Southwest Colorado presented an ambitious proposal that involves treating 300,000 acres (20,000 of those on private land and the rest on national forest land) in 10 years.

Mike said a steering committee has been put together that includes himself, Kara Chadwick, Aaron Kimple of the Mountain Studies Institute, Ellen Roberts, and Patt Dorsey of the Wild Turkey Federation. They are forming an advisory committee as well. A meeting took place in Denver today which he attended by phone. The assistant director of the Colorado Department of Natural Resources will draw up an agreement for the parties present this morning. Mike said Clint Evans, the Natural Resources Conservation Service's state conservationist in Colorado, suggested at the meeting that Southwest Colorado apply for an RCPP (Regional Conservation Partnership Program) grant to help with the work. RMRI is asking what Southwest Colorado need to jumpstart its effort.

Eric asked whether the RMRI funds will be federal money. Mike said no. Eric said the Forest Service has numerous projects that are NEPA-ready, but for non-federal funds, the NEPA process doesn't have to be followed. Derek said that is correct as long as there is not a federal nexus.

Danny displayed a map of the area included in the RMRI proposal, which extends from east of Bayfield west to Dove Creek, a large area that includes Mancos, Dolores, the SJNF, and more. He showed an "Agreement between Forest Collaboratives and San Juan National Forest" and the draft tenets.

Eric said it would be good to encourage research and science, not just passively review scientific findings every year. He said DWRF should encourage scientists to help examine questions of forest health and effects on water yield. Mike agreed that well-ordered monitoring and science are critical, adding that Mountain Studies Institute is available to help.

Eric said he is willing to help with the scientific effort.

Danny said the Science Committee includes Julie Korb (Biology Professor, Fort Lewis College), Dan West (Entomologist, Colorado State Forest Service), Mike Battaglia (Silviculturist, Rocky Mountain Research Station) Peter Brown (Director, Rocky Mountain Tree-Ring Research), Mike Remke (Forest Health Research Associate, MSI) and others as needed.

**Next steps:**
→ Danny will send out by email the information he showed so it can be discussed further at DWRF's February meeting.

**Collaborative Forest Landscapes Restoration Program (CFLRP)**

Danny displayed a map of the area in the local CFLRP proposal. The focal area consists of ponderosa pine and warm/dry mixed-conifer landscapes. Yesterday there was a meeting of a self-selected collaborative group that includes members of DWRF and the San Juan Headwaters Forest Health Partnership, and they worked on editing and rewriting the final proposal. Danny said there will be a total of 20 or more proposals, so there will be stiff competition.

Eric asked for a table to be created to clarify the differences and similarities between the RMRI and CFLRP proposals. Danny said that was a good idea.

Mike said RMRI consolidates different resources over a geographic area. CFLRP is part of that tool kit. It may help with RMRI's objective but it's a tool larger than RMRI.

**Next steps:**
→ Danny will send out the CFLRP maps and other documents.

**Salter Vegetation Management Environmental Analysis Project**

David said the exact project area has not yet been identified, but he has identified areas he wants to treat. The project area is similar in size to that in the Lone Pine EA, meaning it is large, which provides flexibility. All Salter treatment areas are within Management Area 5, which makes up 24 percent of the SJNF and is an active MA where there is multiple use. All the treatment units are part of the suitable timber base.

David said overflights have shown that the Salter area is not at a point of critical need regarding bark-beetle infestations, in contrast to Lone Pine. Forest managers want to be proactive in treating Salter.

**Highly Valued Resources and Assets (HVRA)**

Brad gave a presentation on HVRAs. He said in 2016 he did a quantitative risk assessment on the forest, using the Large Fire Simulator, which models extremely large fires. The modeling was based on the 2016 landscape and covers parts of the Four Corners states, an area bigger than the SJNF. The models predict 4,060 acres/year might burn on the SJNF but an average of 12,323 acres is burning each year.

He said HVRAs include resources, which are natural, and assets, which are human-made features such as homes and power lines. Resources are much less highly valued than assets but are prolific on the landscape. Timber has a low relative importance in the overall risk assessment. If a fire affects homes, power lines and an active logging sale, fire managers will evacuate the sale and focus on protecting the assets. Timber resources receive only 4 percent of the "relative importance" pie. Watersheds have higher importance.

Mike said merchantable timber can be considered a local bank account because the proceeds from timber sales will help provide funding for other treatment areas.

Bruce said firefighters will not send an air tanker to save a large stand of trees because it isn't feasible.

Brad said it is important to treat the entire landscape. A fire break may not save the WUI because fires can spot over the break. Improvement and maintenance of Home Ignition Zones is the best defense of the WUI. Proactive work can and should both reduce the threat and enhance benefits on a landscape.

**Next steps:**

→ Danny will put David's and Brad's PowerPoint presentation on the website.

→ Danny said there will be a meeting to discuss next steps for Salter involving stakeholders, the Forest Service and other interested parties on Tuesday, Jan. 14, from 1:30 to 3:30 p.m., at the Dolores Public Lands Center.

**Next meeting:** The next DWRF meeting will be Wednesday, Feb. 5, at 1:30 p.m. at the DWCD offices.

# San Juan National Forest Quantitative Risk Assessment
# Salter Vegetation Management EA Specifics



# Introduction to Wildfire Risk

*"A measure of the probability and consequence of uncertain future events," Yoe, 2011*

San Juan NF Quantitative Risk Assessment includes
- The likelihood of a fire burning
- The intensity of a fire if one should occur
- The exposure of assets and resources based on their locations, and
- The susceptibility of those assets and resources to wildfire




Risk is **both** positive and negative; there is a risk you will win the lottery, there is a risk you will be hit by lightning

Wildfire Risk displays the "net value change," either positive or negative, of resources and assets to wildfire

# Fire Model Accuracy

- Large Fire Simulator (FSim) models large fires above the 80th percentile ERC on a 2016 landscape
- Fires from ~300 to >200,000 acres are simulated on the SJNF and incorporated into QRA outputs
- Average expected area burned by large wildfires (>247 ac) per year within SJNF boundary is 4,060 acres
- Observed burned area/year since 2000 is 12,323 ac
- Observed burn rate is +2 Standard Deviations from mean
- 2020 FSim run will capture disturbances through 2019 and utilize even hotter and drier conditions
- *Observed fire occurrence on the SJNF is outpacing modeled results*



# Summary

- Total cNVC gives decision makers a reasonable idea of expected threat/benefit of wildfires occurring above the 80th percentile ERC
  - It is not a panacea for all resource issues
- Relative Importance plays substantially into overall risk
  - An attempt to recreate tradeoffs made during wildfire decision-making
- Proactive work can and should both reduce threat and enhance benefit on a **landscape** to individual and combined HVRAs
- Vegetation management activities can reduce the hazard of different fire types depending on treatment type, likely reducing the potential intensity of future fires
- Results only apply to high end wildfire impacts on HVRAs



# Highly Valued Resources and Assets

- Assets – Human Made Features
- Resources – Natural Features
- SJNF – 12 different asset categories, 20 resource categories
- Relative Importance assigned per HVRA category, and again per sub-HVRA category.
- Relative Extent (how much area a mapped HVRA occupies) important to overall weighting
- ***Overall, Timber Resources (Suitable Base & Plantations) only get 4% of the relative importance pie***



# Exposure Analysis - Resources

- Resources are much less highly valued than resources, but are prolific on the landscape (4.2m ac)
  - Timber is classified as a resource

- In an "average year," expect approximately 11,900 acres to burn, with effects varying
  - *Resources area burned is not discrete*

- The site characteristics of resources directly contribute to their exposure
  - Tree plantations – compact surface fuelbed, high foliar moisture content of short canopy – less exposed to wildfire
  - Suitable base generally burns at higher intensities than desired (<4' FL), with an expected 800 acres/year to burn
    - More exposed to wildfire due to site conditions



# Effects Analysis – All HVRAs







- In the full context of HVRA's, most of the Salter area is expected to benefit (72.4%) from high end wildfire
- However, relative importance clouds the impact that this would have on timber resources

# Effects Analysis – Timber Resources only




- Looking at only timber resources, 77% of the area within the Salter area would be threatened by wildfire, with only 23% benefitting



# WUI Implications

- While WUI can be discretely located on the landscape, risk source and transmission are important to define a "WUI" treatment
- FSim shows fires over 100,000 acres as very possible in the area.
- Fires at this scale can start almost anywhere in the landscape and impact HVRAs very distant from ignition
- A fuelbreak right alongside the WUI would not be effective against a crown fire, or spotting distances at even 90th percentile conditions
- It's important to treat the landscape, not just near assets
- The best WUI defense is improvement and maintenance of the Home Ignition Zone (Cohen, 2000)




FSim Fire 32674 Showing Origin and Modeled Spread

# Salter Vegetation Management Environmental Analysis Project




FS-000154

# Forest Plan Direction

All current units

* Management Area – 5

*Part of the suitable timber base



# Forest Plan Direction

- “The San Juan N.F issued a Land and Resource Management plan in Sept of 2013.
- Management Areas
- Timber Suitability



# Forest Plan Direction – Management Areas

- Every acre on the San Juan National Forest has a Management Area Designation
- Describes the intensity of management that can be expected
- There are 8 different designations that depict how the landscape should appear, identify uses and allowable activities
- Designations range from 1 where natural processes dominate to areas that are intensely managed

# Forest Plan Direction – Management Area - 5

- Makes up 24% of the SJNF land base or 451,000 acres
- Active management area – multiple use
- Used to meet a variety of social, economic, and ecological goals
- Lands were timber harvesting, oil/gas activities, intensive grazing occur
- These activities influence the composition, structure, and landscape patterns of vegetation
- Lands contribute to ecosystem and species diversity and provide habitat for flora and fauna
- Visitors can expect to see a wide range of human activities, development, and management investments (including roads, trails, fences, corrals, stock ponds, timber harvesting equipment, oil and gas wells, and livestock).
- Maintenance of past and current investments is anticipated to be continued for future management opportunities.

# Forest Plan Direction – Management Area - 5

- Salter treatment areas fall entirely in Management Area 5
- Proposed activities for this project are allowed and encouraged. These activities would include prescribed burning, mechanical fuels treatment, timber production, timber harvest as a tool and commercial use of special forest products and firewood (Vol II, 3.5).



# Forest Plan Direction – Timber Suitability

- Timber suitability (harvest potential) is based on National Forest Management Act (NFMA)
- Process starts with exclusion of lands that have no tree cover, excluded due to statute or law, irreversible resource damage could occur, adequate stocking could not be assured post harvest
- All forested lands remaining after this exclusion process are placed in tentatively suitable
- Tentatively is then broken into two sub categories – “Suitable Timber Lands” and “Other Tentatively Suitable”

# Forest Plan Direction – Desired Conditions Suitable Lands






- 2.2.1 Forest vegetation management on SJNF and TRFO lands that results in, among other objectives, meeting needs or demands for forest product offerings (commercial, personal, or other use) is done in a manner that:
  - maintains or improves ecosystem function, resilience, and sustainability;
  - supports, at least, the current level of economic activity in the local timber industry;
  - provides economic or social support to local communities;
  - ensures current and future needs for Native American tribal use, including that associated with special forest products (e.g., teepee poles);
  - utilizes, to the fullest extent practicable, potential products including sawtimber, poles, topwood, or slash (e.g., limbs, foliage);
  - supports innovation in utilization, including conversion of cut-tree mass into biofuels, pellets, biochar, or other useful products;
  - efficiently balances or reduces costs of implementation of treatment activities; and
  - anticipates climate-related plant succession changes (such as favoring heat- or drought-resistant tree species as leave trees, or in reforestation).

# Forest Plan Direction – Suitable Timber Lands

Harvest activities associated with the Salter analysis will only occur on lands designated as suitable for timber harvest and production (Vol II, 2.9).



# Salter Resource Concerns

- Overstocked Stands
- Reduced stand vigor
- Lack of PP regen
- Insects
- Disease
- Areas of high wildfire danger
- Crown fire potential
- Wild Land Urban Interface (WUI)







# Wildland Urban Interface - Structures




FS-000164

# Fire – Wildfire Risk

**Wildfire Risk**

- Lowest Risk
- Low Risk
- Moderate Risk
- High Risk
- Highest Risk



# Fire – Burn Probability



# Fire – Intensity Scale

**Fire Intensity Scale**

Lowest Intensity

Highest Intensity

## Fire Intensity Scale

Quantifies the potential fire intensity by orders of magnitude.



# Fire - Type

## Fire Type - Extreme

Represents the potential fire type under the extreme percentile weather category.

**Fire Type Extreme**

- Surface Fire
- Passive Canopy Fire
- Active Canopy Fire




FS-000168

# Values at Risk

- Mcphee Reservoir
- Recreation destinations
- Utilities
- Structures
- Nature Center
- Grazing lands










# Salter Forest Health Map 2019



# Treatment Types

**Plantations**

- Variable spacing to restore uneven aged structure through clump and individual tree marking

**Single Tree Selection**

- Regenerative cut on consistently stocked stands

**Commercial Thinning**

- Thinning with a commercial component on stands with variable stocking or limited available merchantable byproduct.

# Forest Plan Direction – Desired Conditions Suitable Lands






- 2.9.1 Forest vegetation management on SJNF and TRFO lands that results in, among other objectives, meeting needs or demands for forest product offerings (commercial, personal, or other use) is done in a manner that:
  - maintains or improves ecosystem function, resilience, and sustainability;
  - supports, at least, the current level of economic activity in the local timber industry;
  - provides economic or social support to local communities;
  - ensures current and future needs for Native American tribal use, including that associated with special forest products (e.g., teepee poles);
  - utilizes, to the fullest extent practicable, potential products including sawtimber, poles, topwood, or slash (e.g., limbs, foliage);
  - supports innovation in utilization, including conversion of cut-tree mass into biofuels, pellets, biochar, or other useful products;
  - efficiently balances or reduces costs of implementation of treatment activities; and
  - anticipates climate-related plant succession changes (such as favoring heat- or drought-resistant tree species as leave trees, or in reforestation).

# Salter Forest Health Flight Overview




FS-000173

# Lone Pine Forest Health Flight Overview




FS-000174

# Forest Health Maps




Salter EA Forest Health Map:Plateau Creek
Salter Y
Plateau Creek
Carlyle Point
Carlyle Point
514
523
525
UNK BB-2
UNK BB-1
Round PP-2
UNK BB-3
DFB-1
Legend
Road
2019_Flight
2018_Flight
Salter_Treatment_Units_36,000 acres
Lone Pine EA
0
0.275
0.55
1.1 Miles

FS-000176


Salter EA Forest Health Map:Carlyle Point
514
Plateau Creek
Carlyle Point
525
526
Oak Knolls
527
House Creek
Legend
Road
2019_Flight
2018_Flight
Salter_Treatment_Units_36,000 acres
Lone Pine EA
0
0.4
0.8
1.6 Miles

FS-000177

# Forest Health Map:House Creek




Salter EA Forest Health Map:Boggy Draw
Carlyle Point
Oak Knolls
Boggy Draw
House Creek
525
526
527
528
145
Legend
Road
2019_Flight
2018_Flight
Salter_Treatment_Units_36,000 acres
Lone Pine EA
0 0.5 1 2 Miles

FS-000179


Salter EA Forest Health Map:Oak Knoll
532
514
525
526
527
145
Carlyle Point
Oak Knolls
Boggy Draw
Round-PP-3
Round-PP-2
Round-PP-1
UNK-BB-2
UNK-BB-1
UNK BB-2
UNK BB-1
Asp-Mars-5
Asp-Mars-6
Legend
Road
2019_Flight
2018_Flight
Salter_Treatment_Units_36,000 acres
Lone Pine EA
0
0.45
0.9
1.8 Miles

# Agreement between Dolores Watershed Resilient Forest Collaborative and San Juan National Forest concerning the Salter Environmental Assessment

| | Goals | Commitment from DWRF | Commitment from the USFS |
|---|---|---|---|
| **Process** | Transparent deliberation and discussion on all proposed projects with the goal of aligning collaborative recommendations and Forest Service decisions. | Recruit and include multiple interested persons representing diverse interests.<br><br>Use transparent and nonexclusive processes.<br><br>Through a collaborative process, develop/make recommendations representing as much agreement as possible on management proposals and activities.<br><br>Strive for evidence-based recommendations.<br><br>Strive for consensus on project recommendations.<br><br>Strive to resolve disagreements and disputes through an open process within the collaborative. If consensus cannot be reached, areas of agreement and disagreement will be explained and substantiated in writing through majority and minority reports.<br><br>Annually identify priority project areas, in communication with the SJNF.<br><br>Formally communicate information requests and recommendations with USFS through Collaborative Exchange Folder and Collaborative Communication Form. | Closely involve DWRF in the development and associated work of the Salter EA throughout the project's life from scoping to final decision, including purpose and need, preferred and other alternatives.<br><br>Strive to incorporate DWRF recommendations into NEPA analysis, while retaining final USFS decision-making authority.<br><br>Using an open process, directly engage with DWRF disagreements and disputes.<br><br>Formally communicate information, responses, and requests with DWRF through Collaborative Exchange Folder and Collaborative Communication Form.<br><br>Solicit annual project area identification input from DWRF. |

| | Goals | Commitment from DWRF | Commitment from the USFS |
|---|---|---|---|
| **Collaborative Engagement** | Regularly review the science related to management efforts and outcomes to ensure goals and objectives align with best available science. | Actively solicit and identify new information to inform management direction and decisions.<br><br>Communicate and interpret ecological conditions and management activities to the public. | Actively solicit and identify new information to inform management direction and decisions.<br><br>Communicate and interpret ecological conditions and management activities to the public. |
| **Monitoring and Adaptive Management** | Collaboratively develop monitoring objectives based on project objectives.<br><br>Collaboratively develop a monitoring plan and reports that inform whether the desired outcomes of the project's purpose and need were met.<br><br>Collaboratively develop an adaptive management framework based on the monitoring plan that informs the need to adjust management practices. | Utilize an inclusive and diverse science working group to inform management questions and objectives. The group will discuss, translate, interpret, and synthesize monitoring results and literature to assist the collaborative with evidence-based recommendations.<br><br>Provide clear input on adaptive management framework.<br><br>Hold public meetings to provide input on proposed treatments, including project design, ecological objectives, social objectives, and local conditions.<br><br>Share monitoring data with the USFS. | Actively work with science group to incorporate best available science into management objectives, proposals, and decisions.<br><br>Actively participate in collaborative discussion<br><br>Strive to incorporate DWRF recommendations into NEPA analysis, while retaining final USFS decision-making authority.<br><br>Share information and expertise of resource specialists.<br><br>Share monitoring data with collaborative. |

**Dolores Watershed Resilient Forest (DWRF) Collaborative**
**Stakeholders Meeting**
**February 5, 2020**
**dwrfcollaborative.org**
**4 pages**

**Present**:
Derek Padilla and David Casey (Dolores District, San Juan National Forest); Mark Loveall (Colorado State Forest Service); Ann McCoy-Harold (Sen. Cory Gardner's Office); Anthony Culpepper and Mike Remke (Mountain Studies Institute); Kevin Harter (Iron Wood Group LLC); Bruce Short (Consulting Forester); Duncan Rose (Trout Unlimited); Jimbo Buickerood (San Juan Citizens Alliance); Alex Graf (Montezuma County Coordinator for Wildfire Adapted Partnership); James Dietrich (Montezuma County); Keith Keesling (Emergency Manager, Dolores County); Ken Curtis and Mike Preston (Dolores Water Conservancy District); Ed Millard (Southwest Basin Roundtable); Danny Margoles (DWRF Coordinator); and Gail Binkly (Meeting Recorder).

**Updates**

**Rocky Mountain Restoration Initiative (RMRI):** Mike Preston reported that a Steering Committee and charter for the RMRI effort in Southwest Colorado are being developed to determine how to govern the effort. Organizers are also trying to define a local network that brings all the collaboratives together. They believe the local network is in the best position to weigh readiness and priorities for mitigation treatments as well as any barriers to the work and what will it take to remove them.

The annual convention for the National Wild Turkey Federation, which created the RMRI in partnership with the U.S. Forest Service, will take place in Nashville next week and Mike will attend.

Mike said the Southwestern Water Conservation District's annual seminar will be April 3 in Durango and will include an RMRI panel. Additionally, an RMRI meeting will be held locally the day before the SWCD seminar to take advantage of the fact that so many people involved with RMRI will be coming to Southwest Colorado.

Danny said there will be a meeting soon with a number of partners within the WUI to identify Immediate and long-term goals in the RMRI. It will be the first of numerous meetings for that purpose. There will be meetings with David Sitton, owner of the excelsior plant in Mancos, and others in the timber industry to identify barriers to getting the work done on the ground, including infrastructure, workforce capacity and more.

**Timber industry:** Kevin said Iron Wood is operating at about 45 percent of production capacity right now and has 34 people working. The company expects to employ 50 to 55 people when it hits full stride. He said they are working on two timber sales totaling about 2,000 acres in the Dolores Ranger District and those are going well. They started on another sale this fall near Pagosa but they are snowed out of it at present. They will move forward in the fall with a pellet mill handling commercial pellets for use in places such as power plants.

Ken asked about the impacts of forest health efforts on water. He said the municipalities of Rico and Cortez are particularly interested in their source water protection areas.

Anthony said there is an opportunity to build a monitoring program around impacts to water quantity.

MSI is considering that, but gathering the data is a complex matter.

**Mountain Studies Institute (MSI):** Anthony said Aaron Kimple at MSI will be stepping up to work on the RMRI effort and Anthony is taking on responsibility for the Columbine collaborative. Also, MSI has a new staff person who will work with the headwaters group. Mike Remke will serve primarily in a science role.

MSI is hosting a set of three talks this April on issues regarding forest health. Danny will send out that information when it is finalized.

Danny said the DWRF Coordinating Committee is pleased that MSI is taking on the watershed monitoring plan for DRWF. The Coordinating Committee put out an RFP and MSI was the only entity that responded with a full proposal. They are fleshing out on the contract now.

**Stream protection:** Duncan said the stream protection group for the Upper Dolores had a very successful work session Monday. They discussed protecting streams against oncoming disturbances related to climate change. Three people from the Forest Service, a biologist from Colorado Parks and Wildlife, Mike Preston, Ken Curtis, and Trout Unlimited members were at the table. They have identified 42 high-value streams that are expected to be trout strongholds to the end of this century and are looking at specific work programs that address protecting these strongholds.

Danny said coordinating all the information in the watershed as much as possible is good.

**Wildfire Adapted Partnership (WAP):** Alex said WAP and DWRF are working on rapid risk assessments. He and Danny finished the assessments this summer, going to every property in the town of Dolores. There is definitely wildfire risk in Dolores and they hope to use the assessments to prompt action and increase awareness. Now they are deciding the best way to disseminate this information to individuals and are thinking about doing a mailing that would provide homeowners with a link to only their own individual risk assessment.

Alex is working with residents at Cedar Mesa Ranches on a wildfire evacuation drill plan. They hope to conduct a live evacuation drill in late spring.

May 2 is Wildfire Community Preparedness Day. NFPA and State Farm, which partner in sponsoring the day, offer grants for community preparedness activities on that day, typically for $500. The deadline to apply is Feb. 28. Alex will send the link to Danny to disseminate.

Alex said the Mancos Brewery has agreed to host a fundraiser for WAP of Montezuma County on June 13.

**Montezuma County:** James said he attended a meeting yesterday with the Colorado Department of Transportation. They discussed matters involving the Central Federal Lands Highway Division of the Federal Highway Administration, in particular identifying some of the main roads that provide access to public lands. The county has identified the Dolores/Norwood and Taylor Mesa roads as two such routes. James said there are possible funds attached to some of the programs the highway division has going that could mesh with some of the projects in DWRF.

Danny said he viewed a webinar on wildfire prevention work and prescribed fire, and Southwest Colorado was one of the areas that was highlighted.

**Lone Pine Vegetation EA**

David said the Lone Pine EA was signed Jan. 23 and the decision notice is in place. Now the focus will be on implementation. He discussed different blocks and timber sales in the Lone Pine EA area. The total sales will be four larger ones as well as probably four or five service contracts .

A question was asked about whether necessary coordination with Colorado's State Historic Preservation Office (SHPO) slows down projects such as this. Derek said the district and SHPO have a fairly good relationship regarding vegetation management projects and it is not SHPO that is holding up implementation on Lone Pine. Derek said doing the surveys and creating the reports is where the bottleneck is at this point. The district will try to catch up with such work and then move ahead. He hopes about 9,000 acres will be treated in 2020 if the district receives all the money it is supposed to.

Anthony discussed the Lone Pine EA monitoring framework. He said MSI is working with the Forest Service and they have identified dedicated monitoring areas. While the Forest Service has its own implementation monitoring to do, MSI is focusing more on monitoring how effective these treatments are, primarily in terms of regeneration. MSI has established monitoring plots akin to those in the Salter EA area. Anthony said repeat monitoring to determine the metrics of change will take some time.

Kevin asked about whether monitoring of rangeland is done. Anthony said MSI is not really monitoring that type of habitat. Derek said the Dolores District collects information from its grazing permittees on a regular basis.

Mike Preston said there is considerable interest in water quality and quantity. Anthony said those factors will be beyond the scope of the monitoring MSI is developing with the forest. If there is a research question they want to have a baseline first. He said soil moisture probes can be added onto these monitoring areas to help answer some of these questions.

Duncan said the questions that might be asked need to be framed so there is a master list.

**Next meeting:** The next DWRF meeting will be the second Wednesday of the month, Wednesday, March 11, at 1:30 p.m. at the DWCD offices. Danny will be gone the first Wednesday for a Collaborative Forest Landscapes Restoration Program (CFLRP) conference so the meeting will be moved to the second Wednesday. Discussions of the outreach plan and source water protection plan will be on the agenda.

**Next steps:**

→ Danny asked people to fill out the Google survey he sent out last week on outreach. The feedback will be very helpful. He will resend the survey.

→ There will be emails from Anthony and Danny on coordinating for the watershed planning effort.

**Dolores Watershed Resilient Forest (DWRF) Collaborative**
**Stakeholders Meeting**
**March 11, 2020**
**dwrfcollaborative.org**
**4 pages**

**Present**:
Derek Padilla and David Casey (Dolores Ranger District, San Juan National Forest); Keith Fox (NEPA Planner, SJNF), Ann McCoy-Harold (Sen. Cory Gardner's Office); Rich Landreth (City of Cortez); Kevin Harter and Derek Smith (Iron Wood Group LLC); Jimbo Buickerood (San Juan Citizens Alliance); Becca Samulski (Fire Adapted Colorado), Phil Ayers and Alex Graf (Wildfire Adapted Partnership); Luke Kline (Natural Resources Conservation Service, Cortez); Sonny Frazier (Town of Dove Creek); Ken Curtis and Mike Preston (Dolores Water Conservancy District); Brent Schoradt (San Juan Mountains Association); Ed Millard (Southwest Basin Roundtable); Lorene Bonds (grazing allotment owner); Danny Margoles (DWRF Coordinator); and Gail Binkly (Meeting Recorder).

**Updates**

**Scheduled events: (NOTE: EVENTS ARE COMPLICATED BY THE CORONAVIRUS. CHECK WITH THE ORGANIZATION PRIOR TO ATTENDING)**

- The Southwestern Water Conservation District's annual seminar was to be April 3 at the Doubletree in Durango. At present it was still on schedule, despite concerns about the coronavirus. **(NOTE: The seminar was later canceled.)**
- Wildfire Adapted Partnership was planning a neighborhood ambassador training in Durango on March 24.
- WAP is planning the Home Ignition Zone workshop May 15 and 16 in Bayfield.
- A chainsaw basics class is being tentatively planned for mid-June.
- Alex hopes that Cedar Mesa Ranches subdivision in Montezuma County will have a live wildfire evacuation drill on May 2, which is Wildfire Community Preparedness Day.
- The Forest and Fire Learning Series was scheduled to offer three lectures examining the spectrum of wildfire on April 1, 8, and 15 at Powerhouse Science Center in Durango.
- A DWRF science meeting with presentations on the Salter area was scheduled for Monday, March 16.
- Danny hopes there can be a tour of the Salter area in May.

DWRF and WAP are working with the Dolores Fire Protection District to mail some outreach materials as part of the fire district's effort to get a mill-levy increase passed in May. WAP's cost-share and site-assessment effort is planned to be beginning in April. This involves hour-long site assessments of defensible space and reimbursement of landowners for defensible-space work. However, the cost-share program is looking limited this year.

**Dolores Ranger District:** Derek said the Salter scoping document is out for comment until March 23.

David said he hopes to put the first "single tree selection" sale out for bid in three weeks. He has applied for a ReStORE Colorado grant. Such grants fund large-scale habitat restoration and stewardship projects.

**Resilient Forest Communities:** Jimbo said he, Danny, and staff with the Forest Service and Mountain Studies Institute attended a Collaborative Forest Restoration Program workshop in Albuquerque recently and there were good conversations.

Danny said one of the major topics was adaptive management. The Lone Pine EA has stipulated that DWRF is to be consulted regarding AM prescriptions, and the EA includes an AM template of sorts.

Danny said a group of entities put in for a grant for a wildfire training exchange program, which offers an opportunity for people to obtain their red cards. DWRF will be applying for funding from the Landscape Conservation Catalyst Fund, and DWRF and MSI will be applying for a grant to coordinate a cross-collaborative exchange involving the Columbine collaborative and the San Juan Headwaters Forest Health Partnership.

**Forest products:** It was agreed that there was a good meeting among some DWRF stakeholders regarding forest products on March 9. David said considerable progress has been made in getting the industry going again and many issues have been worked out.

Mike said it appears that industry capacity and the need for forest-health treatments are in good balance with each other, but the situation involving biomass needs to be rounded out. One of the key issues for the forest industry is employees and training. Another major issue is road access and conditions.

David said there is a need to get rid of the stigma attached to road work, because without roads, all the necessary restoration work can't be done.

Ken asked a question about who arbitrates disputes over road use. He noted that certain allotted users go into the national forest at different times for different purposes. For instance, in the fall, hunting and cattle-moving are taking place. There can be an odd mix of traffic at different times of year.

Derek said the district does not have much need for arbitration. He receives few complaints regarding the uses of roads, only their condition.

David said the district has begun public-relations efforts to inform people about the forest treatments and logging occurring on Lone Pine. The district, for example, advises people on UTVs that they need to pay attention to sale areas and logging traffic. There will be some PSAs on the radio regarding Lone Pine. The district has also posted more signs in the Bradfield area.

Danny said he has been meeting with groups such as the Montezuma County Recreation Advisory Committee and Montezuma County Rangeland Stewardship Committee.

Lorene said the Southwestern Colorado Livestock Association has a list of all local allotment owners.

**Next steps:**

→ Danny will talk with Lorene and try to connect with the allotment owners.

**Cortez Source Water Protection Plan**

Rich gave a PowerPoint on Cortez's Source Water Protection Plan. Cortez is in the late stages of completing the plan. He hopes to present it to the new city council, which will be elected April 7, and to

have it accepted by the council in June, then sent to the state. If the state accepts it, which they likely will, that will open up funding opportunities. He has received a great deal of useful feedback on the plan so far and is open to other suggestions. The document is fairly complete but if there are small points or corrections to be made, he will be glad to hear about them.

**Next steps:**
→ Danny will send out the latest version of the plan to the group.

Danny said the plan identifies risks to the watershed. Wildfire, aquatic nuisance species and abandoned mines pose the greatest threats. The plan is not binding, but it provides a framework for funding opportunities.

Mike asked whether the plan links to prescribed forest treatments. Rich said It does point to specific documents such as the county's emergency response plan but it's more of a general document. Mike said the door should be open to identify desired treatments and put those on the radar. Rich agreed, saying there are plenty of grants and funding opportunities that are open once this is completed.

Danny said once the plan is completed the next question will be how DWRF can assist with implementing.

in response to a question about RMRI funding Mike said treating the non-federal land is complicated. There are many players, including the state, tribal and private lands. The Wild Turkey Federation has been successfully largely in the East. They want to try to fill gaps but they don't know what gaps there are yet. If there are private lands ready to treat but there are barriers RMRI would try to fill them. It's going to require a local match. If WAP can define what you need to jump-start your program that's the kind of funding that will be pursued. Nobody's going to write a $50 million check.

Ken said the money is coming down on the federal side but the private part is difficult.

Danny said the conversations are happening. This is not a traditional funding source. It is innovative.

**Outreach**

Danny said a group of DWRF stakeholders has been developing an outreach plan for DWRF. Danny, Becca, Brent, Alex, Duncan Rose, Anthony Culpepper of MSI, and Lorena Williams with the Forest Service have been involved. The plan is fairly well fleshed out and he will send it to the collaborative. The goal is to strategize DWRF's efforts and develop a plan for prioritizing and messaging what DWRF is doing.

Danny announced that DWRF will be getting a VISTA member at no cost, probably beginning in May, and the person will help implement the outreach and education plan.

Brent said SJMA, which is a partner with the SJNF, offers science-based lessons and is launching a Forest Fridays program in Mancos that will take children into the forest. SJMA is thinking about including kids from Cortez. SJMA recently merged with Durango Nature Studies and that has provided a great deal of synergy.

Danny showed a PowerPoint on the Outreach and Education Plan. It will be posted on DWRF's website. Danny suggested that stakeholders support it in whatever capacity makes sense to them, and try to

integrate messages.

Mike expressed the need for a presentation kit about DWRF that stakeholders can take with them to share at meetings, conferences, and similar places. Danny said that is on his list of things to do.

**Upcoming events:** Upcoming events were discussed, including the March 16 DWRF scientific presentation and the Dolores River Festival.

**Next steps:**
→ Danny will put a calendar on the DWRF website. Most stakeholders said that would be valuable.

**Public comment:** Ed said that water quantity needs to be considered as well as water quality. He said the current tree density in the forest means less water and that this is a completely different forest than it was when it was natural. Becca and Danny agreed that quantity is a key issue.

**Next meeting:** The next DWRF meeting is Wednesday, April 1, at 1:30 p.m. an will be held online. This meeting can be attended through this link:

DWRF is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://zoom.us/j/369432085

Meeting ID: 369 432 085

One tap mobile
+16699009128,,369432085# US (San Jose)
+13462487799,,369432085# US (Houston)

Dial by your location
+1 669 900 9128 US (San Jose)
+1 346 248 7799 US (Houston)
+1 646 558 8656 US (New York)
+1 253 215 8782 US
+1 301 715 8592 US
+1 312 626 6799 US (Chicago)
Meeting ID: 369 432 085
Find your local number: https://zoom.us/u/acQEyYaCO2




This presentation and information is designed to skim the surface of the most relevant literature to southwestern Colorado ponderosa pine forests. In some cases I use literature from other tree species because they exemplify the content well and studies of similar nature are limited or non-existent in SW Colorado or in ponderosa pine in general. Such knowledge gaps highlight interesting research opportunity. Additionally, some topics are covered briefly, and the papers represent the most directly relevant in a brief literature review. A more thorough review on any topic could be completed with more time.

# Outline

- Diameter caps in ponderosa pine
  - How are diameter caps used to achieve project goals/objectives in silviculture
  - What are ecological implications of diameter caps?
- Roundheaded pine beetle outbreak
  - How does roundheaded beetle interact with host trees/populations?
- What are potential ecological impacts of climate change within the Salter Geography?
- How can silvicultural treatments enhance adaptive capacity of ponderosa pine forests?

# Implications of Diameter Caps

- Abella et al. 2006 – Literature Review and field study
  - Identify key viewpoints
    - In favor of
    - Neutral
    - Against



Abella et al. recognize that those in favor of diameter caps often advocate for diameter caps because of lack of trust within agency decision making processes and fear that economics and industry would drive decisions. Those against diameter caps often argue that economics and the need to pull viable commercial grade timber are important.

## Diameter Caps

- Greatest impact of diameter caps on stands containing many >16 inch post-settlement trees (Abella et al. 2006)



Abella et al. show that where there are few trees less than 16" in diameter, diameter caps had no viable effect on prescriptions because they were irrelevant, however, when there was an abundance of trees over 16" diameter caps significantly altered the prescription.

# Diameter Caps - Ecology

- Openings and Meadows
  - Understory Vegetation
  - Wildlife Habitat



- Where abundant large trees exists – diameter caps inhibited making openings
- Diameter caps may make new meadows rather than recreate old ones

Abella et al. 2006 and Triepke et al. 2011 before show diameter caps can limit the creation of openings and meadows where >16” diameter trees are abundant. Both these papers are based on 16” diameter caps because of how common these have become in southwest Ponderosa pine forests. If fast growing post-settlement trees exists, they often become large young trees that occur in historical openings (away from historical stumps). A diameter cap can limit the removal of these post-settlement trees and therefore prevent opening up the canopy to release understory vegetation, create and maintain meadows for wildlife habitat. Abella et al. (2006) also highlight that this could result in the creation of meadows where meadows were not historically present and this phenomena may result in novel plant communities because of plant-soil interactions.

# Diameter Caps – Pine Autecology

- Genetics
  - Thinning post-settlement tress >16" DBH = increased genetic diversity
  - If regeneration limited, diameter caps increase seed source diversity but may decrease microsites favorable for regeneration
  - Genetic diversity is needed for resilience (Gehring et al. 2017)

Pinon Pine example: Gehring et al. 2017



Drought tolerant Phenotype

Insect tolerant Phenotype

Abella et al. (2006) also highlight that if numerous fast-growing post settlement trees exist on the landscape that removal of some of these trees can help allow prescriptions to leave some smaller trees on the landscape and thus maintain increased genetic diversity while obtaining the same basal area targets. Alternatively, in regeneration limited systems diameter caps may enhance seed source diversity though diameter caps may also decrease microsites favorable for regeneration. Careful monitoring in regard to regeneration, and microsites needed for regeneration (canopy cover, litter, bare soil, etc) can help address these concerns.

Gehring et al. (2017) provide an excellent example of why genotype diversity is relevant with Pinon pine. The drought tolerant phenotype is susceptible to insects while the insect tolerant phenotype being susceptible to drought. In this case, the phenotype posses easily observable difference with one possessing a shrub-like growth form and the other possessing a tree like growth form. Gehring in follow up studies has demonstrated the importance of maintain seed sources of both trees to preserve genetic diversity on the landscape. These lessons can be considered for ponderosa pine, however, phenotypes may be less obvious (more later).

# Diameter Caps – Pine Autecology

- Timber Production
  - Diameter caps decrease short term timber production
  - May increase long term timber production
    - Especially if result is more even spaced fast growing trees



Abella also considers timber yields created by diameter caps and suggests that diameter caps may limit the short term timber production markets by preventing the removal of larger trees, however, in the long term, release created from initial entry may increase timber production in the long term. If long-term contracts are considered, diameter caps may want to be re-considered for second entry if initial treatment results in abundance of large diameter trees.

# Diameter Caps – Gambel Oak

- Diameter caps can constrain thinning post-settlement trees
  - Slows down oak growth
- Opening of canopy can result in extensive oak release
  - (Van Auken et al. 2017; Korb et al. unpublished)



Abella et al. 2006 suggests that diameter caps can leave higher canopy cover than not having diameter caps and canopy cover can constrain growth of Gambel oak. This was conducted in Northern Arizona where Gambel oak tends to take on a more tree-like growth form. In southwest Colorado, however, we tend to have more extensive shrub like cover of oak and opening the canopy tends to result in oak release (Van Auken et al. 2007 and Korb et al. in progress). Van Auken (2017) demonstrate that in New Mexico oak behaves like an early successional species and as oak matures it eventually starts restricting its own growth to begin taking on a more grouped tree form. Shrub cover could limit tree regeneration and careful monitoring can address these phenomena. Maintenance of openings for lower shrub cover could be maintained by repeated entry or disturbance via prescribed fire (Harrington et al. 1989).

# Diameter Caps -- Soils

- Nutrients
  - Openings yield high Nitrogen mineralization rates
- Microorganisms
  - Openings also haver higher soil respiration rates
- Diameter caps can inhibit meadow creation when post-settlement trees >16" are abundant
- Abella et al. 2006



Abella et al. (2006) summarize some literature that demonstrate higher nitrogen mineralization rates and soil respiration rates in meadows. These studies were primarily in grass dominated meadows where mycorrhizal fungi are abundant and are likely contributing to these phenomena. Given that diameter caps can inhibit meadow creation, diameter caps may slow down landscape scale ecosystem processes by limiting mineralization rates and soil organic material turnover.

# Diameter Caps – Water Relations

- In Beaver Creek, Arizona
  - 75% removal of basal area
    - 22% increase of stream flow
  - Diameter cap may decrease streamflow due to canopy interception
  - Abella et al. 2006



Abella et al. 2006 pulled data from the Bever Creek experimental Watershed which demonstrated a 75% reduction of basal area resulted in 22% increase in stream flow of a sub watershed. It is important to note that in this watershed, Ponderosa pine forests are the dominate forest type and . It should be noted that Simonin et al. 2007 demonstrate water balance and evaporative loss in thinned and un-thinned stands varied during extreme droughts and suggest that particularly wet periods will result in less difference between thinned and un-thinned. Results from these studies should be interpolated to other geographies with caution. In SW Colorado, water consumption from oak in forest thinning operations could actually yield net decrease in water yield. Additionally, the ponderosa pine landscape makes up a small amount of the total area that contributes to water ielf in much of SW Colorado. A more thorough review of the literature should be conducted before assuming this patters would be mimicked on our landscape.

## Diameter Caps - Fire

- Again, dependent on current conditions
- Greater fire risk reduction without diameter cap when many post-settlement trees >16" DBH are present
- Abella et al. 2006



If openings and or canopy connectivity cannot be broken up because of diameter caps when there is abundance of trees >16” than diameter caps can reduce effectiveness of thinning on preventing risk for fire. That being said Baker (2018) suggest that mixed severity fire occurred on the landscape in Ponderosa pine forest and is not uncharacteristic. More on fire later

## Diameter Caps – What size?

- Based on 4FRI prescriptions
  - (Sanchez-Meador et al. 2015)
- Smaller diameter caps resulted in conditions more similar to untreated



Sanchez-Meador et al. 2015 modeled impacts of diameter caps of different sizes and looked at the implications of their outputs in comparison to untreated scenarios. These efforts were conducted on the 4FRI landscape. They revealed smaller diameter caps more closely resulted in conditions more similar to untreated.

## Diameter Caps – What size?

- Based on 4FRI prescriptions
  - (Sanchez-Meador et al. 2015)
- 16, 20, and 24 inch caps
  - No difference in basal area, canopy cover, diameter distribution



Sanchez-Meador et al. 2015 built these models for the 4FRI prescriptions and demonstrated that there were no differences in basal area, canopy cover, or diameter distribution based on 16, 20, or 24 inch diameter caps. These findings support that the size of diameter classes may not significantly alter outcomes, however, determining whether or a not a diameter cap should be used and then what size of diameter cap is used could be determined based on current conditions? *Note, I put a question mark here because there is no empirically driven method to determine what size of diameter cap should be used, however, knowing diameter distributions can still be a useful tool.

# Diameter Caps – What size?

- Based on 4FRI prescriptions
  - (Sanchez-Meador et al. 2015)
- Best treatment depends on specific objectives



Perhaps the most common theme revealed through all these of these studies is that treatments should depend on both current conditions and specific objectives.

# Diameter Caps – Decision Trees




(Triepke et al. 2011)

# Diameter caps

- Where desired conditions were met with diameter caps
  - Few large trees existed
    - Diameter cap not necessary
- Where large trees existed
  - Desired conditions were not met with diameter cap



(Triepke et al. 2011)

# Diameter Caps – Summary

- Depends on project objectives AND site conditions
- This information is relevant on the stand level
    - Abella et al. 2006 and Sanchez-Meador et al. 2015



Abella et al. 2006 and Sanchez-Meador both convey that this information carries the most significance at the stand-level for implementation of prescriptions and treatments. They both suggest that conditional planning based on current conditions can help leave flexibility in decisions across landscape scale implementation.

## Old-trees vs large trees

- Fast growing young trees versus old-trees (Brown et al. 2019).
    - Identifying old tree characteristics



Brown et al. (2019) helped create traits of old trees to help distinguish old trees from fast growing trees. He shows that for ponderosa pine, flattened crowns and deep furrows on the bark can help identify old trees. Using traits to distinguish old trees can help achieve desired conditions while maintaining old trees on the landscape.

# Round headed beetle

- Attack and colonize susceptible trees in October/November
- Outbreaks generally rare…
- 1950 and 1990s outbreaks




Negron et al. 2000 documented outbreaks in Utah, New Mexico, and Arizona. Outbreaks generally occurred following drought. Round headed were also observed on the Kaibab plateau following a fire, but in very few trees. They are common in low numbers and with low impact to stands or tree health/vigor.

## Round headed Beetle

- Infested stands
    - Increased basal area
    - Greater trees per hectare
    - Reduced growth rate
    - Lower diameter (likely co-correlated with higher density of small trees)
        - (Negron et al. 2000)



Negron et al. measured stands infested with round headed beetles and compared them to uninfected stands in similar area. Stand conditions for each geography were different, however, stands associated with infection generally had increased basal area, more trees per hectare, reduced growth rate, and lower median diameters. Lower median diameters maybe correlated with higher densities of smaller trees.




Given the low sample size and occurrence of round headed beetle outbreaks, comparing stand characteristics of stands infected with round headed beetle are comparable to infestations of mountain pine beetle in un-even aged ponderosa pine forests. The above flow chart can be useful for determining probability of infestation. Basal area of trees over 10 inches and then the stand density index or relative density are the most useful pieces of information for determining if probability of infestation is high.

FS-000210

# Round headed Beetle

- Mortality occurs in numerous stands
  - But only 25% of measured plots
- Small scale variation in space and time
- Utah and Arizona
- (Negron et al. 2009)
- Sometimes larger trees attacked
- (Negron et al. 2009, Jeske thesis, 2018)

Number of live and bark beetle-killed ponderosa pines, Pinus ponderosa, across diameter classes in the: (a) all forests combined [chi-square = 57.3, p < 0.0001]; (b) Apache Sitgreaves National Forest [chi-square = 64.6, p < 0.001]; (c) Coconino National Forest [chi-square = 15.8, p = 0.3]; (d) Tonto National Forest [chi-square = 33.1, p < 0.002]; and (e) Prescott National Forest [chi-square = 15.4, p = 0.2]; Chi-square compares the distribution of live and dead trees across diameter classes, Arizona, 2003– 2004.




Mortality only occurs in 25% of Negron et al. (2009)s measurable plots, otherwise pitch tubes were often observed along with confirmation of round headed beetle, however mortality never happened. This indicates that even within sites, there was a large amount of variation in space and time. Across sites, there was more variation in the number of trees killed by beetles, often varying by diameter class. On the Tonto and Coconino, more mortality was occurred in larger trees, but all sizes of trees, mortality occurred. Jeske's undergraduate thesis also demonstrated larger trees are sometimes more commonly attacked.

# Round headed Beetle

Basal area > 105 ft2/ac

Probability of infestation 72%



5 year Periodic Annual Growth Increment <0.26 in

Probability of infestation 95%



(Nergron et al. 2000)

Two factors observed by Nergron et al. 2000 that show heightened probability of infestation were stand BA >105 ft2/acre (elevated densities) and 5 year periodic annual growth increments that are less than 0.26 inches per year. The later of these scenarios is likely the result of tree growth that was slowed by drought or other stressors.

# Round headed Beetle

- Larger trees with thick phloem
- Slow growing in last ten years, stressed trees

(Fischer et al. 2010).



Fischer et al. documented individual tree traits that correspond to round headed beetle attack. Fischer found larger trees with thick phloem and slow growing trees in the last ten years were both more susceptible to round headed beetle induced mortality. It is possible that stressed trees are the reason for tree growth to slow.

## Round headed Beetle

- Following fire – All Dendroctonus species
  - Trees with 30-70% crown mortality most susceptible
  - Trees with >70% crown mortality died by fire, not beetle
  - (McHugh et al. 2003)



McHugh et al. 2003 showed crown mortality following fire made trees more susceptible to attack from any Dendroctonus species, round headed beetle was only present in one of their sites on the Kaibab Plateau. Trees with 30-70% crown mortality from fire were more likely to be attacked by beetles. Trees with more than 70% crown mortality often died by fire and were untacked by beetles.




On the Plateau fire geography, Mountain Studies institute documented tree status with regard to beetle presence in 1/10th acre plots. We recorded trees as green (with no beetle evidence), green trees with pitch tubes, brown trees with pitch tubes, dead trees with pitch tubes and dead trees with no pitch tubes. In our plots, all dead trees had 100% crown loss from the Plateau fire and thus mortality was likely the result of fire and not beetle activity.

# Round headed Beetle

- Tree traits associated with attack….
  - Slow diameter growth
    - **Most decrease of growth during recent drought**
  - Thicker phloem
  - Lower percentages of longifolene
    - Longifolene is a chemical attractant to male beetles
    - Produced in trees, released in sap during beetle attack

(Negron et al. 2000, Fischer et al. 2010).









Fischer et al 2010 identified numerous individual tree traits associated with trees attacked by round headed beetles. These traits are trees with slow diamter growth, specifically in the last 5-10 years; trees with thicker phloem; and trees with lower percentages of longifolene. These traits are all traits that are genetic and heritable. All of these traits can be measured directly, though measurements are time consuming including tree ring analysis, biochemical assays. In direct measurements of these traits can also be made.

# Round headed Beetle -- Implications

- **Genetic diversity** favors trees that are resistant to beetle (Fischer et al. 2010)
- Survivors genetically distinct, traits heritable (Six et al. 2018).
- Fast growing trees and trees resilient to other stressors also benefit stands that are resistant to beetle (Negron et al. 2000 and 2009).



Genetic diveristy can favor trees that are resilient to diverse disturbances, including drought and beetle mortality (Negron et al. 2000 and 2009; Fischer et al. 2010). Additionally, trees that survive outbreaks may be trees that possess traits that are resistant to beetle attack, however, knowing which trees will survive prior to an attack can be difficult (Six et al. 2018). These traits could be selected for in nursery settings, however, capturing tradeoffs to other disturbance events will also be important (Gehring et al. 2017).

## Climate Change -- Models




Lukas et al. 2014 under RCP 4.5

Lukas et al. 2014 and numerous climate specialists have modeled projected climate change impact under various relative concentration pathways which are based on various carbon dioxide emissions. RCP 2.6, 4.5, 6 and 8.5 are the RCP pathways, the values represent atmospheric radiative forcing (W/m2) given carbon dioxide emissions where RCP 2.6 assumes halting carbon dioxide emissions immediately, and 8.5 assumes steady human population growth to 9 billion people and increases of carbon dioxide per-capta in line with current rates. We have already surpassed the carbon dioxide emissions assumed in RCP 2.6 have already been surpassed. The above maps for RCP 4.5 suggest strong warming trends of 3-5 degrees F for SW Colorado by 2060. Precipitation is variable with anywhere from drier to wetter occurring. Regardless warming temperatures mean increased evapotranspiration and thus a drier world. The reality is more volatile precipitation regimes are likely with more inter-and intra-year variation in precipitation.




Worrell et al. 2016 used Random Forest and Forest Service Inventory analysis data to model current and projected Ponderoa pine bio-climatic distribution given an averaged prediction across RCP 4.5, 6, and 8. Random Forest is a Machine Learning based decision tree that uses numerous input variables (precipitation, climate, elevation) etc to determine which variables best predict presence of a species. The algorithm tends to complete 1000s of iterations of the model and then selects the models that perform best. Mathemetics as to how variables are selected and computationally predict presence remain a "black box", however, mathematics supporting metrics of model fit are provided. These approaches are useful when dealing with complex or numerous inputs and thus can be considered prediction tools. FIA data was used to train the model and validate presence data, and then new climate values were used to project predicted species presence given climate change. Worrell et al. Then used some mathmetical generalizations of comparing predicted future distribution to current distribution to determine species lost, threatened, persistent, or emergent.

These models assume climate variables to be the primary determinants of presence thus assume for lost to occur, extent living trees must also die.

# Critiques of Worrell

- 2055-2064
- Averaged RCP 4.5, 6.0, and 8.5 values to obtain projected climate scenario
- Bioclimatic factors only – ignores processes, biotic factors etc.
- Black box approach – Random Forest
- Other models look different….



“All models are wrong, but some are useful” -George Box

## Climate Change – Species response

- Leading edge and trailing edge (Parks et al. 2019, Greiser et al. 2020).
  - Leading edge advances the migrating front of species
    - Often moves slower than anticipated (Greiser et al. 2020, Remke et al. 2020)
  - Trailing edge sensitive to conversion given **uncharacteristic disturbance** (Parks et al. 2019).

Willis et al. 2006




The reality of species change is more complicated than assuming all populations of a species will respond in the same way. Leading edges of species distributions (the migrating front) are often genetically distinct from the continuous range or rear (or tailing) edge of a species distribution. Willis et al. Highlight some of these distinctions. Whitam et al. And numerious other researchers have more closely studied some of these phenomena.

Parks et al. 2019 modeled forests to determine where trailing edge populations may be and compared these populations to high severity fire probabilities to determine which forests may be sensitive to conversion.

# Climate Change – Species response




Shinneman et al. 2016




Parks et al. 2019

Shinneman et al. Sow probability of occurrence for 2060 to be closer to >0.5 with some areas having lower probability. Pakrs et al. 2019 suggest most of the San Juans are stable forest however, some areas may be at risk for stand replacing wildfire. Many studies including Rodman et al. 2019 show limited ponderosa pine regeneration following wildfire in the San Juans with Climate Water Deficit being a key predictor for whether ponderosa pine or other species are able to regenerate.

# Climate Change – Dry forests

- Increased density can increase drought stress (Clark et al. 2016, Bottero et al. 2017).
- Increased drought → increased threat to insect outbreak (Baker & Williams 2015)
- Fast growing trees tend to exhibit drought stress faster than slow growing trees (Roskilly et al. 2019)




**Fig 2. Distribution of tree size and lifespan versus early growth.** Boxplots of (a) $DBH_{ib}$ (diameter at breast height inside bark) at the time of tree death; and (b) lifespan. The variables are plotted for different classes of early growth (mean ring width over the first 50 years; n = 160 trees).

Bigler 2016, *Pinus montana*

Increased tree density can increase drought stress (Clark et al 2016; Bottero et al. 2017) and increased drought stress can make dry forests more prone to insect outbreaks (Baker & Williams 2015). Some traits in trees can predispose trees to drought stress, like being fast growing trees with thicker phloem and thicker xylems (Roskilly et al. 2019), these trees typically have shorter life spans and exhibit stress given water becoming a limting factor (Bigler et al. 2016). Bigler's study was on Pinus montana, however, Roskilly's results in part validate Bigler's data in Pinus ponderosa.

FS-000223

MR1

# Climate Change -- Regeneration

- Ponderosa regeneration correlated with climate
  - Wet, fire free periods = episodic regeneration on Archuleta Mesa
    - (Brown & Wu 2005)
- Phenotypic variation in seedlings can facilitate stress tolerance, even at trailing edge
  - Specifically root allocation
    - (Kolb et al. 2016)
- In tact plant – soil relationships, including soil biota results in seedlings that perform better during drought
  - Disrupting mutualisms through soil disturbance may minimize seedling survival
    - (Remke et al. 2020)




Brown & Wu on Archuleta Mesa outside of Pagosa Springs documented periods of tree regeneration in ponderosa pine are often correlated with periods that are wetter than normal. These periods result in brief fire free periods that all trees to grow and survive past the initial seedling phase. Kolb et al. 2016 demonstrated that different phenotypes (genetic x environment) of ponderosa pine can survive drought better, even in the lower elevation trailing edge populations. Specifically, he demonstrated phenotypes that had a genetic predisposition towards root allocation tended to better survive drought. Lastly, Remke et al 2020 demonstrated that ponderosa pine seedlings growing in conditions 4 degrees F warmer than their population source have are more likely to survive if native soil is intact and not disturbed. This is likely due to increased water use efficiency from symbionts contributing to hydraulic redistribution of water.

# Climate Change – Fire

- Extended fire season potential from earlier snowmelt
  - Climate and fire interactions could dramatize shifts in vegetation (Huerteau et al. 2013, Stephens et al. 2020).
- Longer fire season and more variability in precipitation could create more variability in area burned year-year and within year
  - (Liu et al. 2013)



Climate change is likely to have some impacts on fire season. Longer fire season potential from earlier snowmelt could cause longer fire seasons that result in dramatic shifts in fire season (Liu et al. 2013, Huerteau et al. 2013, Stephens et al. 2020).

## Climate Change – Fire

- Fuel limited systems may see decrease in fire because of lack of fuel
  - (Littell et al. 2018).
- Lower montane likely to see increased fire risk (short-term) but decreased risk in the long term (lack of regeneration, new fuel)
  - (Rocca et al. 2014)



It is important to note that climate change could also limit new fuel accumulation (Littell et al. 2018), and thus limit future fire activity. Rocca et al. 2014 suggests that the lower montane is likely to see increased fire risk in the short-term, but the post fire environment combined with climate change is likely to result in limited regeneration and growth of fuels, thus long-term fire risk will likely decrease.

# Climate Change -- Implications

- Thinning of overly dense stands can promote growth rates and resilience to drought
  - (Kolb et al. 2006, Stephens et al. 2020)
- Genetic diversity yields greatest resilience to….
  - Drought (Kolb et al. 2016)
  - Beetles (Fischer et al. 2010)
- Preventing un-characteristic disturbance is the best option for maintaining species
  - (Parks et al. 2019)



Numerous studies have indicated that reduced basal are promotes drought resilience of trees of all sizes and can improve growth rated and artificial thinning can help achieve these conditions (Kolb et al. 2006, Stephens et al. 2020). Additionally, genetic diversity yields resilience to multiple potential disturbances including drought and beetles (Kolb et al. 2016, Fischer et al. 2010, Gehring et al. 2017). Given these circumstances, preventing un-characteristic disturbance in dry forests is probably the best option for maintaining current species distributions, especially on or near the trailing edge (Parks et al. 2019).

# Resilience Implications

- Resilience to various disturbances (i.e. drought, fire, insects) is likely best created by heterogeneity in
  - Tree genetics (Fischer et al. 2010, Kolb et al. 2016)
  - Tree age diversity (Brown 2005, Baker & Williams 2015)
  - Spatial variation (Baker 2018)

Bryant et al. 2019 →



**Dolores Watershed Resilient Forest (DWRF) Collaborative**
**Stakeholders Meeting**
**June 3, 2020**
**dwrfcollaborative.org**
**5 pages**

**The meeting was conducted via Zoom. Present were**:
Eric Janes (Retired BLM Hydrologist), Bill Baker (Retired Ecologist), Anthony Culpepper (Mountain Studies Institute), Jason Lawhon (RMRI Project Manager for U.S. Forest Service), Andrew Hawk and Kyle Hanson (Timber Age Systems), Molly Pitts (Colorado Timber Industry Association), David Sitton (Aspen Wood Products), Lo Williams (San Juan National Forest Partnership Coordinator), Ellen Roberts (Southwest Colorado Environmental Impact Fund), Ryan Cox, Melissa Simmons and Tim Reader (Colorado State Forest Service), Becca Samulski (Fire Adapted Colorado), Duncan Rose (Trout Unlimited), Ashley Downing and Alex Graf (Wildfire Adapted Partnership), Rich Landreth (City of Cortez), Jimbo Buickerood (San Juan Citizens Alliance), Matt Thorpe (Colorado Parks and Wildlife), Ken Curtis (Dolores Water Conservancy District), Mike Preston (DWRF Coordinating Committee), Page Buono (Independent Contractor for Mancos Watershed Group), Steve Monroe (Mancos Watershed Group), Patt Dorsey (National Wild Turkey Federation), Ann McCoy-Herold (Sen. Cory Gardner's Office), Danny Margoles (DWRF Coordinator), and Gail Binkly (Meeting Recorder).

**Updates**

**Community education and outreach:** Anthony said MSI will be aligning its education and outreach plan based on the one developed for DWRF by Stacy Beaugh and there will be some commonality between the two outreach plans.

**WAP Montezuma Ambassadors:** Alex said a WAP Montezuma Ambassadors meeting that is open to the public will take place Tuesday June 9, from 5:30 to 6:30 p.m. It will be a Zoom meeting and requires an RSVP. If anyone interested in the meeting is not on the WAP mailing list they should get in touch with him.

**Dolores Ranger District:** Danny spoke for Dolores District Manager Derek Padilla, who couldn't be present. The timeline for the Salter EA is being extended. The EA was supposed to be released in mid-June and there would follow a tour of the area in question. Now the Forest Service is pushing the EA back 1-2 months and it will probably be August before it is released. DWRF is planning to hold off on the tour until the EA comes out. Danny said stakeholders are providing some valuable feedback into the Salter EA.

San Juan National Forest Supervisor Kara Chadwick is currently on detail for 120 days in the Washington, D.C., office.

**Outstanding Waters designation:** Duncan said Dolores River Anglers and the local chapter of Trout Unlimited are working with the national TU to take the first step to seek an Outstanding Waters designation on about eight streams in the Dolores River basin and three to five along

the Animas River. This designation is intended to recognize and provide protections for streams and rivers that have high water quality. Three streams in the Dolores basin already have the designation.

**WAP site visits:** Alex said some homeowners have signed up for site visits from WAP but there is opportunity for more. Anyone looking to learn about defensible space/wildfire mitigation in Montezuma and Dolores counties can sign up at https://www.wildfireadapted.org/home-wildfire-risk-site-visit, or people can contact Alex at agraf@wildfireadapted.org, 845-750-2914.

**Timber sale:** Ryan said there is a small sale of about 800 ccf of ponderosa pine and white fir in La Plata County. Plans are to end it this coming Friday.

**Timber equipment:** Becca said Steve Underwood, a stakeholder, recently acquired a truck with a boom, and Rent-All Rentals in Cortez now has a chipper available to rent. However, the chipper rental rebates are not currently available in Montezuma County.

**Resources:** Lo Williams recommended people check out the materials on fire and fire prevention at http://swcwfc.blogspot.com/

**Collaborative Forest Landscape Restoration Program (CFLRP):** Danny said the FACA committee for CFLRP has been convened and will meet June 22-25. Meetings will be broadcast online. He will send the links when they are available.

**Policy recommendations:** Danny said Aaron Kimple of MSI has sent him some policy recommendations from the Rural Voices for Conservation Coalition in support of business resilience and wildfire resilience in these difficult times. They are hoping many local or tribal governments will sign on in support of the recommendations. Right now the scope of the topics is greater than those DWRF generally talks about. For that reason, there was some concern about DWRF signing on in support as an entity, but Danny will send out the recommendations to stakeholders so the entities they represent can consider signing on. The link is https://mcusercontent.com/b8a59f6e590eeaee7988e208b/files/85b633b0-f323-4918-96ba-37129244f31a/RVCC_Rural_Resilience_paper_web_5.26.20.pdf

**Grant received:** Danny said DWRF has been awarded a grant for $1,000 from the Ballantine Family Fund.

**DWRF Resilience Metrics and Desired Conditions:** Anthony said he is working on the table on draft Ecosystem Integrity Metrics. He is currently focusing on ponderosa pines, trying to make sure there are usable metrics for land managers and DWRF. He has been dealing with the vegetation metrics and will have follow-up conversations regarding the collaborative itself and community and economic metrics. The metrics will expand into forest types beyond ponderosa.

Danny said when the metrics are finalized they will be brought to the larger group.

**Southwest Colorado Wildfire Mitigation Environmental Impact Fund (EIF):** Ellen said two weeks ago, the EIF was the recipient of $275,000 from the U.S. Endowment for Forestry & Communities. The funding was given to MSI as project manager for the EIF. The EIF is moving from the stage of feasibility study to implementation. The EIF will address wildfire risks on thousands of acres in Southwest Colorado using an outcomes-based financing approach. It will function as a revolving loan fund to finance forest health treatments. Initially the project area will be in La Plata County but it is the desire of the organizers to extend the project to Montezuma, Dolores and possibly Archuleta counties. They are developing the legal framework for an MOU that will allow for additional members. Ellen said RMRI is also helping the EIF move forward.

**Rocky Mountain Restoration Initiative (RMRI)**

Jason said he is starting work with the SJNF as project manager for RMRI. He hopes this will ultimately be a pilot for large-scale restoration strategies across the West. He discussed his background and said he has been involved with RMRI since its beginning. He praised the collaboration and interface he has seen so far between DWRF, the EIF, and the Columbine collaborative.

Eric said the Dolores County commissioners have been quite active in DWRF stakeholder meetings over the past several years but the Montezuma County and La Plata County commissioners have not, although Montezuma County sometimes sends James Dietrich, the county's federal lands coordinator, as a representative. He asked whether it would be beneficial to do outreach to them, particularly regarding the area of economic impact and the importance of RMRI to the local economy.

Jason said he plans to join in when the Montezuma County commissioners meet monthly with Derek Padilla.

It was noted that two seats on the Montezuma County Commission will be open at the end of the year and there are candidates competing in the primary in June. It was suggested that it might be good to chat with the candidates.

Anthony said La Plata County is one of the more active counties regarding participation in the as-yet-unnamed collaborative in La Plata County and EIF has gone before those commissioners quite often.

Becca suggested that Jason has the perfect background to connect with the Ute Mountain Ute Tribe and strengthen that relationship.

Mike said RMRI Colorado has a biomass workgroup and a workforce development workgroup. Those discussions have been supported by the matrix that came out of the DWRF timber industry workgroup. State-level resources are being brought to bear on these challenges. On the subject of biomass there will be two tracks: small diameter products and biomass power. RMRI also has a communications subcommittee that is working to brand the effort. Lo Williams

may be involved with that group, but more representation is needed and anyone interested in being involved is welcome.

Becca asked about the idea of a rail-line spur to connect the local area with Gallup, N.M., and make it more feasible to move wood and other products. Mike said he has been involved several times in studying that possibility and although having a rail spur clearly would be beneficial because it would allow easy shipping of low-value projects, the complexities involved are enormous. It would take decades to establish such a connection.

**Mancos Watershed Group**

Page showed a PowerPoint on "Climate Smart Strategies in Future Planning Efforts". The Mancos Watershed Group, which has numerous partners, works to understand the current status of the Mancos River and identify opportunities to develop drought-resilient strategies in the watershed.

In 2011 the group completed the Mancos Watershed Plan, which still guides its efforts. Since then they have worked to fill in some gaps and determine what they still need to know about the river.

As part of a WaterSMART grant-funded project they worked with Renee Rondeau, an ecologist with the Colorado Natural Heritage Program, and others to develop a framework for adaptation strategies for the Mancos watershed. They worked to define key vulnerabilities and stressors under future climate scenarios. Page said she can share this and the products when those are in their final form. They worked with stakeholders to brainstorm strategies for achieving goals. They welcome final feedback on the top-ranking strategies. They have begun moving forward with grant proposals for actions to implement the strategies that rose to the top.

In answer to a question about why the focus was on the lower-elevation forests rather than the high forests where the snowpack is present, Page said this was partly because of the vulnerability to wildfire. There is interest in the higher portion of the watershed, but the areas that are dominated by piñon-juniper are of concern because of fire danger.

Under a 319 grant, the Mancos Conservation District is looking at contamination on the East Mancos River. Findings are supposed to be published this summer and there will need to be continued study.

***Next steps:***

→ Page said anyone interested in learning more should email her at page.buono@gmail.com.
→ They will circulate their completed documents when they are ready. Anyone who wants one should contact Danny.
→ The group also created a booklet called *Drought and Change in the Mancos Watershed* and Page will share that as well.

## Events

**Science Team introductions webinar:** Danny said the cross-collaborative group and RMRI are putting together a Science Team. Several people have committed to serving on it and a few others are being sought. Mike Remke of MSI and Mike Battaglia of the Rocky Mountain Research Station will be having a webinar in mid to late June to introduce the Science Team.

**What's My Wildfire Risk webinar:** Danny said the recent webinar was the first he has done and possibly the first that DWRF has done. He asked for feedback.

There were several comments saying it was an excellent webinar.

The YouTube platform was discussed. It is somewhat less familiar to people than Facebook Live but not everybody is on Facebook. Outreach for the webinar was also discussed. It would be good to increase participation.

Danny asked whether everyone could share information about future webinars through their own organizations if they were given adequate notice, as that would be hugely helpful. There were about 20 participants in the webinar while it was live, and it's been viewed about 80 times on YouTube.

***Next steps:***

→ It was suggested that someone make "bite-sized" sound bites of key points in the webinar as a next step. Danny said he will probably bring the outreach team together to talk about this.

**Articles about DWRF:** Jim Mimiaga will write an article for the Journal about DWRF regarding forest management and adaptive management. There are a few other articles DWRF wants to put together regarding the timber industry, recreation, and water.

***Next steps:***

→ Danny will be connecting with everyone on next steps.
→ Danny will send out the link to the article by Becca that was published in the Four Corners Free Press. The link is https://fourcornersfreepress.com/you-me-and-the-dwrf-collaborative-what-will-you-do-to-ensure-better-fire-outcomes-in-southwest-colorado/

**Dolores Watershed Resilient Forest (DWRF) Collaborative**
**Stakeholders Meeting**
**July 8, 2020**
**dwrfcollaborative.org**
**5 pages**

**The meeting was conducted via Zoom. Present were**:
Mike Preston (RMRI Steering Committee and DWRF Coordinating Committee), Tim Reader, Ryan Cox, and Melissa Simmons (Colorado State Forest Service), Tim Kyllo (Montrose Forest Products), Ellen Roberts (Southwest Colorado Environmental Impact Fund), Molly Pitts (Colorado Timber Industry Association), Derek Padilla and David Casey (Dolores District, San Juan National Forest), Jason Lawhon (RMRI Project Manager for U.S. Forest Service), James Dietrich (Coordinator, Montezuma County Natural Resources), Mike Remke and Dana Hayward (Mountain Studies Institute), Ed Millard (Montezuma County Representative to Southwest Basin Roundtable), Steve Garchar (Dolores County Commission), Eric Janes (Retired BLM Hydrologist), Duncan Rose (Trout Unlimited), Alex Graf (Wildfire Adapted Partnership), Bill Baker (Retired Ecologist), Andrew Hawk (Timber Age System), Matt Sturdevant (Colorado Parks and Wildlife), Rich Landreth (City of Cortez), Jamie Johnson (Montezuma Land Conservancy), Ken Curtis (Dolores Water Conservancy District), Danny Margoles (DWRF Coordinator), and Gail Binkly (Meeting Recorder).

## Updates

**Community education and outreach:** Danny said he, Wildfire Adapted Partnership, the Town of Dolores, and Dolores Fire and Rescue are planning outreach on the rapid risk assessments done in Dolores. The Town of Dolores will pay some of the cost of mailing postcards to every house in Dolores on which an assessment was done. Those postcards will have a unique I.D. and a link to the website where property owners can find out more about their particular risk and the follow-up resources available.

A tour of the Salter area is still planned for some time after the draft Salter EA is released by the Dolores District. The draft EA has been delayed further, so the tour may take place in September at the earliest.

Danny reminded everyone of the science meeting coming up Friday, July 10, at 1:30 p.m. using Zoom. Everyone is encouraged to attend.

Bruce said Becca Samulski of Fire Adapted Colorado is gathering signatures in an effort to be placed on the November ballot as an unaffiliated candidate for the Montezuma County Commission.

**Resilient Forests and Communities:** Derek reported on recent wildfires in the area.

- The East Canyon Fire took place on Bureau of Land Management and private lands near Mancos. It burned about 2900 acres and is now fully contained.
- The Loading Pen Fire burned 42 acres on San Juan National Forest land northeast of Dolores along the Highway 145 corridor near Loading Pen trail, a mile or two beyond Stoner. It is 95 percent contained.
- In the western part of Montezuma County there were two fires, Yellow Jacket and Spring. The Yellow Jacket Fire grew to approximately 850 acres. The Spring Fire was in the 125-acre range. Both are contained.

Derek said all those wildfires were lightning-caused; so far there have not been any significant fires resulting from human activity in the immediate area. The San Juan National Forest has been under fire restrictions since April – first because of the COVID-19 pandemic and now because of weather and fuel conditions. Early on, forest managers saw some incidences of people not adhering to fire restrictions, but over the Fourth of July there was very good compliance with the rules. This year the SJNF is fully suppressing all fire starts because the coronavirus introduces complexity into management of fires; bringing in resources means more chance of exposure to the virus by firefighters. The Forest Service is trying to avoid that by keeping all fires small. It is hoped that next year it will be possible to return to taking advantage of some natural fires under the right conditions.

In answer to a question about detection of lightning-caused ignitions, Derek said technology now enables the detection of lightning strikes with good accuracy. Both the SJNF and the state have aircraft that can then be used to fly over the area of a strike to see if there was ignition.

Molly Pitts commented that it is very detrimental to the logging industry when wildfires burning in areas of beetle kill are identified as burning in "heavy logging slash". The industry has been trying to address this nationally so that fires can be classified as occurring in areas of beetle kill rather than just "heavy logging slash".

**Forest products industry:** Ellen said that at yesterday's meeting there was robust discussion about the development of a long-term sustainable workforce in Southwest Colorado. Pueblo Community College is looking closely at developing a forestry program. Fort Lewis College is looking at some topics such as water and air quality and others. Ellen said there was strong participation by representatives of state higher education and state workforce development at the meeting.

Melissa said CSFS published a press release last week, available at (https://csfs.colostate.edu/2020/07/01/loan-program-helping-mitigate-economic-impacts-to-colorados-forest-products-businesses/) regarding the fact that the agency has money to lend to wood-products producers using Colorado wood.

Duncan gave an update on efforts to have Outstanding Waters designations placed on some streams in the Dolores River and Animas River basins. On Monday of next week, those involved in the effort will begin taking samples in the streams. The Colorado Water Conservation Board

will make the final decision on whether a stream merits the designation. Once a designation is in place, it protects the water quality of that stream for future generations. Any development that occurs after the designation cannot degrade the stream's quality.

**Collaborative Forest Landscape Restoration Program and FACA**

Danny said the appropriation from CFLRP will determine how much money is disbursed to all the different areas, but it will be some time before this is decided. The FACA committee provided feedback on the proposal itself and its strengths and weaknesses. Some strengths were a valid ecological case for management, a strong demonstration of match, a good framework and key people at the table. Some of the weaknesses were the reality of local geography, its relative remoteness, the fact that transportation is difficult and expensive, and how the local collaboratives will be able to work together. Danny said collaboration is difficult and when three different collaborative are brought in to work together, this must be worked through. He has great relationships with the coordinators of the other collaboratives and some people involved with DWRF are also part of the other collaboratives, but the way in which the entities mesh still needs to be talked through. In addition, how RMRI will interface with CFLRP if the CFLRP funding comes through will need to be discussed.

Mike Preston said all these things fit together well. This is a focal area within RMRI and what is learned can be shared across RMRI and the state of Colorado. CFLRP and RMRI will help implement the vision DWRF has laid out in its strategic plan and provide the support needed to make things happen.

Some areas that need to be worked on are:

- Communication infrastructure.
- Monitoring, particularly socioeconomic monitoring.

Duncan asked when funding might be confirmed and projects started on the ground. Danny said the local proposal was recommended for FY 2021 funding, so it would be some time in the fiscal year. What that means is unclear.

Derek said the SJNF has a list of projects already identified for the CFLRP proposal, and many of those overlap with RMRI, so the Forest Service may get started on those projects using that funding source.

It was asked whether the money must be spent in the same year that it is received. Derek said the funds would need at least to be obligated in that year. Money can be put into a contract and doing so will secure those funds into the future. Most likely the funding will be FY-specific but obligating money is one way to deal with that.

**Salter EA Collaborative Priority Identification**

The group took part in marking areas on maps of the Salter area that should have priority for work. The maps were prepared by Mike Remke. Maps covered the following factors:

**Burn probability.** Mike Remke said the area between Haycamp and Stoner Mesa is mostly covered by aspen and therefore has a low likelihood of burning, but if there is a lighting strike in a group of conifers, there can be a wildfire. Where there are ponderosa pine and low ladder fuels, there can be a high probability of fire. He said fire is not necessarily undesirable in every place and it might even be desirable in areas with high burn probability.

**WUI.** Areas in the wildland-urban interface should be prioritized according to their need for treatment.

**Mechanical treatment priority**. Mike said this is weighted by fireshed. Areas that are adjacent to communities have a higher weight. The fireshed that is a human ignition zone is higher priority. Many other factors are also considered. This shows where mechanical treatments are a priority on the landscape. Areas marked in green on the map may not be high priority for mechanical treatments but this doesn't mean such treatments should not be done. If there is timber of commercial value on suitable slopes it might be very useful to use those because of the economic benefits.

**Insect occurrence.** The group was asked to identify priority treatment areas based on insect occurrence and where there is the possibility of a severe beetle outbreak.

Ed asked whether maps are available that show high-density areas on the forest. David Casey said it would be difficult to display that at this scale.

Melissa said she has watched presentations by the state entomologist and generally the patterns for the next beetle outbreaks are that they tend to go in a northeastern direction, following the wind, although it depends on the beetle. Mike R. said the roundheaded pine beetle doesn't necessarily follow that trend. It tends to move where there is continuous vegetation that can provide hosts for the insects. Some complexity is not well understood.

Tim Kyllo asked how recent the insect mortality is that is shown on the map. Mike said this is generally interpreted as mortality occurring in the past one to two years. The areas marked as red on the map aren't pockets of total mortality, just notable mortality.

Melissa said the 2019 Forest Health Report has an Insect and Disease Update for the state of Colorado and you can zoom in on Southwest Colorado. In a few areas, there was smoke from fires that prohibited some flyovers, so there are some data gaps.
https://csfs.colostate.edu/forest-management/2019-forest-health-report-story-map/

**Drinking water importance areas.** This map is intended to show which areas would have higher impacts on drinking-water systems If there was a high-severity fire. Downstream from McPhee Reservoir there would not be as much impact on drinking-water quality because there aren't intakes for drinking water. The areas that would have the highest impact are where the precipitation is and where there are steep slopes.

**Recreation, trails and roads.** Danny said the trails that are widely used are important economic drivers for the area. This map is intended to show where there could be important losses to recreation values if there was a wildfire.

**Wildlife.** Matt of CPW said habitat treatments are very beneficial for wildlife if done correctly. Mosaic-type treatments that leave pockets and cover are desirable. Most deer and elk in the region will migrate from the Lizard Head Wilderness to winter in the Yellow Jacket area and will travel through the Salter area. There is considerable regrowth in burned areas that provides grasses for elk. Regrowth of forbs that provide food for deer takes longer. Elk herds have been generally on the decline in the region. May 15 through June 30 is a crucial time for them because of their calving. Elk don't react well to trail construction and other disturbances, so it is best not to do habitat treatments during those times. Matt said much of the Salter area needs treatments and CPW is in favor of them but wants to make sure they are done in a smart way.

David said the Forest Service is taking a multiple-objective approach to Salter and a lot of the desired conditions they are creating will benefit wildlife.

Mike said much of what the Forest Service is doing on the Salter EA is conditional-based forestry. The result will be a heterogeneous landscape rather than a homogenous one. Important to wildlife. He believe they are aiming for a complex array of treatments and desired conditions.

***Next steps:***

→ Danny will compile the maps and disseminate them to the group. Anyone who wants to help is welcome.

→ Danny will work on producing a draft of resilience metrics and desired conditions. Tim and Melissa volunteered to help with socioeconomic metrics. Matt and Derek will help with wildlife metrics. Eric, Mike Preston, and Ken will work on water metrics.

**Dolores Watershed Resilient Forest (DWRF) Collaborative**
**Stakeholders Meeting**
**Aug. 5, 2020**
**dwrfcollaborative.org**
**5 pages**

**The meeting was conducted via Zoom. Present were**:
Eric Janes (Retired BLM Hydrologist); Bill Baker (Retired Ecologist); Rich Landreth (City of Cortez); Tim Kyllo (Montrose Forest Products); Anthony Culpepper, Mike Remke, Aaron Kimple and Dana Hayward (Mountain Studies Institute); Becca Samulski (Fire Adapted Colorado); Ashley Downing and Alex Graf (Wildfire Adapted Partnership); Melissa Simmons and Ryan Cox (Colorado State Forest Service); Ed Millard (Montezuma County Representative to Southwest Basin Roundtable); Mike Preston (Rocky Mountain Restoration Initiative Steering Committee and DWRF Coordinating Committee); Jason Lawhon (RMRI Project Manager for U.S. Forest Service); Derek Padilla and David Casey (Dolores District, San Juan National Forest); Jimbo Buickerood (San Juan Citizens Alliance); Thomas McNamara (Regional Field Manager, Colorado Division of Homeland Security and Emergency Management); Jamie Johnson (Montezuma Land Conservancy); Matt Sturdevant (Colorado Parks and Wildlife); Steve Monroe (Hydroecologist); Steve Garchar (Dolores County Commissioner); Gigi Richard (Visiting Instructor of Geosciences, Fort Lewis College); Page Buono (Communication Consultant); Ken Curtis (Dolores Water Conservancy District); Danny Margoles (DWRF Coordinator); and Gail Binkly (Meeting Recorder).

**Ground rules:** Danny briefly revisited the ground rules and meeting agreements. Noting that DWRF has been meeting on Zoom for a while and probably will continue to do so in the foreseeable future.

## Updates

**Community education and outreach:** Danny said DWRF and the Town of Dolores are moving forward with sending out postcards regarding rapid risk assessments done in Dolores. The town is paying for printing and DWRF is paying for postage. They are working with the WiRē (wildfire research) Team, a partnership between wildfire practitioners and researchers, on a small-scale research project. The outreach is being randomized so that some postcards contain language regarding community wildfire risk, while other postcards address personal wildfire risk. The idea is to understand what type of communication will spur more action and interest. An unpublished email address associated with DWRF has been created so people can email for more information. Additionally, there is a link and a unique code on each postcard. When recipients go to the link and enter their code, they receive their personal risk assessment. They then can sign up for site assessments and other links to resources. Some 400 postcards are being mailed out, all to people whose properties were given rapid risk assessments.

**Collaborating with land management agencies:** Danny said the Dolores District of the San Juan National Forest continues to work on the Salter Vegetation Management Environmental Assessment. Danny will be sending out an invitation for an open meeting for conversations

regarding monitoring and adaptive management. Next month there will need to be a larger conversation with the Colorado Forest Restoration Institute and DWRF regarding adaptive management in other parts of the state.

Aaron gave a brief recap of a meeting that took place in the morning on Aug. 5 that brought together representatives of all of Colorado's different forest collaboratives. It was led by people connected with RMRI as well as other efforts and institutions. This has historically been an annual meeting. Among the topics discussed were RMRI and the Collaborative Forest Landscape Restoration Program (CFLRP).

Jason Lawhon gave an update on the RMRI process. He thanked the DWRF stakeholders for their work and input on the PODs priorities and said RMRI has not yet prioritized any PODs. The Steering Committee is in the middle of discussions on finding where there is strong agreement. This input will be combined with input from the collaboratives and other members of the Advisory Network. All this information will be used to inform the Steering Committee's decisions on establishing shared priorities.

David Casey said this year the Dolores District contracted two large timber sales. One is going out this week and will be awarded before the end of the fiscal year.

Mike Remke and Anthony reported that MSI has had a monitoring crew in the Lone Pine landscape for several weeks. Monitoring is going very well and they are working on the first preliminary analysis of the data collected.

Danny displayed a map of the Salter EA area with stars showing the places that were prioritized for treatment during an exercise by stakeholders at the last DWRF meeting, High-priority areas generally are closer to communities and infrastructure. Mike Preston said it is appreciated that both collaboratives delved into this prioritization. RMRI is working on how to integrate this input into the whole collaboration.

Anthony said there are some large pods that cross national forest boundaries. The group is seeing high concern and high priorities. There are many cross-boundary needs and issues. There is a collective desire to have a high focus on the wildland-urban interface (WUI) across the collaborative.

**Desired conditions:** Danny presented a table showing resilience metrics and desired conditions for the ponderosa pine zone. It was produced as a result of DWRF's strategic planning process. Draft resilience metrics were written and put into the last pages of the strategic plan as placeholders for a more comprehensive set. MSI has been helping on a contract basis to develop and flesh out the resilience metrics and desired conditions for the collaborative.

Danny said this is a living document and certainly not perfect. It should be revisited regularly, though not more often than annually. as monitoring results come in. Danny said the goal is to develop metrics that are measurable, desired conditions that are measurable, and a document

that is meaningful for DWRF and its partners, not just a thought exercise. This should be a document that can be used by the U.S. Forest Service, Colorado State Forest Service, and private landowners.

Anthony discussed and explained the table. He said the ponderosa pine zone was chosen as a priority for the initial conversation because of the Salter and Lone Pine EAs. He said feedback is welcome. Anyone with questions or concerns should relay those. This involves trying to encapsulate complex and nuanced concepts.

Becca asked how it ties to different management activities – not only thinning projects but grazing, prescribed fire, and other management activities. What has happened in this area in comparison to a different plot?

Anthony said the prescribed fire aspect and grazing aspect are still gaps. That will be a conversation happening in the near future.

In an online comment, Bill Baker wrote that historical data should be included in each desired trend. He said the Methods column does not list any historical sources, but since attention is being paid to HRV (historical range of variability) , the Method column needs to list these sources.

Anthony said how to bring up HRV is a subject of discussion. HRV helps provide guidance, but is it a goal we are working toward? The workgroup is looking at it as more of a source of knowledge, but it could be incorporated into some of the methodology that involves monitoring.

Bill said when discussing restoring a ponderosa pine forest, it is important to pay attention to historic conditions, not merely to create the kind of ponderosa pine forest that people desire. He commented on one of the Desired Trends that calls for "heterogeneous Gambel oak and other shrub density that. . . enables forb and grass abundance". Bill said the term "heterogeneity" is very vague. Such phrases and terms don't provide useful information. He said "enables forb and grass abundance" is likewise not useful, and any actions taken will enable forb and grass abundance.

Becca said if HRV is going to be added as guidance, climate trends should also be taken into account.

Mike Remke said the main aspect of this document that he struggles with is understanding where variation exists on the landscape and why. He worries about being either too specific or too vague, as well as how to actually implement management that achieves desired conditions. He is also concerned about the document's usability.

Aaron agreed, saying this is a full spectrum of opportunity and it's going to be very challenging.

Anthony said other documents he has looked at are either overly specific or very vague. If someone knows of such a document that walks the fine line between those extremes, let him know.

Ryan agreed. He said this is more a guiding document than a prescription. Being overly specific – for instance, saying "We want this specific density" – would not be beneficial. This seeks to describe desired conditions, not expected conditions. However, it would not be helpful to be too general, either.

There was general agreement that too much discussion about this topic would take up a great deal of time. Danny said there may be more discussion in future meetings. He will send out another email associated with the resilience metrics.

**San Juan Cross-Collaborative Science Team:** Danny said a great deal of good feedback has been received about the Science Team. The purpose of the Science Team is to support learning within collaboratives in Southwest Colorado. Danny has sent out notes from the team's June 10 meeting.

Bill Baker commented that the Science Team is a start, but has very significant limitations. He voiced four specific concerns:

- Any qualified scientist who wishes to join the Science Team should be able to join it. The DWRF strategic plan emphasizes open, inclusive, transparent, and collaborative involvement.
- As many scientists as possible are needed to analyze the evidence together in detail and synthesize it for DWRF. Two scientists are insufficient.
- The types of expertise in members of the current team are insufficient for the scientific issues that will be raised during RMRI, CFLRP, etc. Missing is expertise on forest ecology, fire history, ecological restoration, landscape ecology, hydrology, economics, social science, climatology and more. Scientists in local agencies and at Fort Lewis College are needed.
- It is troubling that the Forest Service and MSI created this team behind closed doors and included only Forest Service and MSI scientists. This violates the open, inclusive, transparent, and collaborative standards in the DWRF strategic plan. It is also a specific legal requirement of CFLRP, which cannot be led or controlled by Forest Service employees. The collaboratives themselves must control this Science Team. An inclusive, open, diverse science team should be created through a transparent process that is fully controlled by the collaboratives.

Danny said there was not as broad a conversation as would have been ideal in the development of the team. He said the Science Team is not a working group of DWRF and the team's goal is to help inform the collaborative.

Aaron said the team has been presenting this concept since December or January and is still soliciting input on the proposal that has been put forth. Nothing is set in stone. The goal is to construct as effective a team as possible that will provide information to the collaboratives.

Becca commented that Mike Remke and Mike Battaglia are excellent people to lead the team, but open invites for participants are important. However, people who want to join need to do their homework and catch up with what the team is working on. The team should not have to constantly help bring new people up to speed for every conversation.

Bill reiterated that DWRF's Strategic Plan emphasizes open and inclusive collaboration. Any citizen can join DWRF. Any qualified scientist who wishes to participate in this Science Team should likewise be able to join it. Bill said he asked to be included in the Science Team and was rejected. This team should have been developed by the collaboratives, and any scientist should be able to join. More scientists with different areas of expertise are needed. Bill said this should be a larger group and it should never be exclusionary, because that is not collaboration.

Melissa asked how big the team should be. The larger a group is, the more unwieldy it becomes.

Aaron and Danny said this was never designed to end with the two Mikes. There will be questions that require more scientists and more expertise. It is crucial to be inclusive and transparent as possible.

Eric said there are certainly disciplines not currently represented on the team. Those should be specified. The message should be that this is a team with plans for dynamic networking to bring in as-needed disciplines in other areas, whether biology, geology, hydrology, or something else. Danny said that is an excellent recommendation.

Mike Remke said it would be valuable to have someone with the right expertise to read over his interpretation of data.

Danny said the next step is clearly developing what the task of the Science Team is and how it will best support the collaborative. Additional conversations will be needed. Nothing is set in stone at present.

***Next steps:***

→ Danny will send out another draft document of resilience metrics and desired conditions for ponderosa pine for people to review.
→ There will be further conversations about the Science Team.

Mountain Studies Institute
SAN JUAN MOUNTAINS COLORADO

# Mountain Studies Institute Forest Health Program

## Salter EA Monitoring Framework

This protocol serves as the foundation for complete forest health monitoring protocols conducted by Mountain Studies Institute (MSI). The Lone Pine Monitoring Framework is modified from the core MSI "Space-Station" monitoring framework in consultation with the Dolores Watershed Resilient Forest Collaborative (DWRF) and the San Juan National Forest to meet the monitoring objectives identified within the Lone Pine EA. The core MSI monitoring framework, the "Space-Station", was developed in partnership with the Colorado Forest Restoration Institute (CFRI). This monitoring framework is designed to be modular. Additional components can be added to this framework as needs are identified.

## Contents

Lone Pine EA Monitoring Framework ........ 1
Digital Data Collection ........ 3
Plot Metadata and Photos ........ 3
*Metadata* ........ 3
Plot Center: ........ 3
Plot Installation: ........ 3
Latitude and Longitude: ........ 3
Percent Slope: ........ 4
Aspect: ........ 4
Site Notes: ........ 4
*Site Photos* ........ 4
Overstory ........ 5
1m$^2$ Sample Frame ........ 6
Frame Photos: ........ 6
Groundcover: ........ 6
Vegetation Cover ........ 6
Photoload Estimates: ........ 6

Mountain Studies Institute
SAN JUAN MOUNTAINS COLORADO

30 Meter Transect ........ 7
Shrub cover ........ 7
Tree Cover ........ 7
Regeneration Protocol ........ 8
Seedlings: ........ 8
Saplings ........ 9
Invasive Species ........ 10
Gear List ........ 11
Appendix 1: Data Sheets ........ 12
Appendix 2: RMRS GTR-190 Photoload Sheets ........ 23
Photo loading sheets ........ 23
1 hour ........ 24
10 hour ........ 25
100 hour ........ 26

# Digital Data Collection

All data is being collected using the Survey123 Form created by MSI within the ArcGIS Online suite known as Survey123. Data forms are designed to be paired with the protocols embedded within this document. The form can be shared to partner organizations who wish to collect data as part of a citizen science, or other data collection effort. All individuals wishing to collect data should be trained on the form and protocols by staff who are familiar. Survey123 can be downloaded on any mobile device (IOS, Android) or laptop (IOS, Windows).

Once data is collected, forms are submitted to the online database embedded within Survey123. These RAW data files are not QCed and ready to be shared with partners, thus will only be managed within MSI unless someone wishes to access RAW data. Otherwise, MSI will store and maintain a complete database on their network as well as upload QCed data and metadata to PINYON.

For questions about digital data collection, data management, and data accessibility, please contact Dr. Michael Remke at Mountain Studies Institute (mremke@mountainstudies.org).

# Plot Metadata and Photos

**Equipment Needed:** Tablet, Compass (adjusted for declination [9ºE]), Inclinometer (or Clinometer), GPS unit and mobile map of study area, rebar, hammer

## *Metadata*

### Plot Center:

For plots that have already been established, plot center will be marked by a metal rebar spray painted orange, flush with the soil surface. Navigate to the latitude and longitude for plot center, and if necessary, use a metal detector to locate the rebar.

For plots that have not been established, navigate to the latitude and longitude (using a GPS or mobile mapping software) of the randomly generated point (generated using a GIS). If the plot is on the edge of an artificial feature (i.e. roadway or trail) or on the edge of the treatment boundary, relocate the point away from the edge. When relocating a random point, use a random process (i.e. seconds or minutes on watch) to walk a given azimuth and a given distance to select a new plot center. Verify using a mobile mapping software to verify the new point is now away from the edge of treatment boundaries or artificial features.

### Plot Installation:

While at plot center, use a compass to sight North and pull the handle end of a 25m (or longer) tape to 12.5 m and chain, return to plot center and back sight, pull the 0m end of the tape out south of plot center until 12.5m is at plot center, and chain. All measurements will occur on the east end of this transect line, so be careful to only walk on the west side. To start., place a 1m$^2$ frame on the east side of the transect line at 12.5m-13.5m.

### Latitude and Longitude:

At plot center, use a mobile GPS device (such as phone, tablet, or handheld GPS) to collect latitude and longitude information. Record these values in Decimal Degrees.

### Percent Slope:
At plot center, identify an area that is representative of the average slope (steepness) of the plot, this slope should resemble the geography of the transect. Using the inclinometer provided, lay down a reference staff facing downslope and place the inclinometer on top of the reference staff. Record the percent slope value from the inclinometer.

### Aspect:
At plot center, identify an area that best represents the direction of slope. This is analogous to imagining how water would funnel down slope if you poured water over the site. Once this direction is identified, use a compass to determine the azimuth of the aspect of the site.

### Site Notes:
Record any signs of previous disturbance (stumps from previous logging, fire, insect outbreaks, animal signs, disturbance etc), also record any notes about the ecology of the area that maybe noteworthy or unusual.

## *Site Photos*

Photos are used to describe fuel conditions and provide an important piece of visual story telling for long term monitoring plots. Fill out a whiteboard with the Plot Name (i.e. PAGCK_71), the date in the YYYYMMDD format (i.e. 20190629), and the photo direction as described below.

Photos are taken on tablets embedded within the Survy123 app. Photos should be taken in the landscape orientation, at observer eye level.

1. **North**: Label the bottom of the white board "@ 0º". With the tripod and camera level, face north.
2. **East**: Label the white board "@ 90º", again with the tripod and camera level, face east.
3. **South**: Label the white board "@ 180º", with the tripod and camera level, face south.
4. **West**: Label the white board "@ 270º", with the tripod and camera level, face west.

Remove the camera from the tripod for the remainder of the photos

Mountain Studies Institute
SAN JUAN MOUNTAINS COLORADO

# Overstory

**Equipment needed**: DBH Tape, Hypsometer, compass

This protocol will vary depending on the specific project and will either utilize a fixed area of 1/10th acre (11.3m or 37.2ft) or will utilize a variable radius plot using BAF prisms, please refer to the specific project for which methodology is being used and record the BAF being used on the data sheet or record 1/10th acre for AREA on the data sheet. For the fixed area plot, all trees live or dead with a DBH >10cm that are within the 1/10th acre circle will be included in overstory measurements.

For variable radius plots, hold the prism directly over plot center. If a tree, live or dead, is a 'hit', include all the following measurements.

For all trees included in sampling, record the trees in a clockwise order, starting at north, and record their azimuth and distance from plot center. If two trees have the same plot center, record the tree furthest from plot center first.

For each tree, record:

1. **Tree species.** Record the four-letter code of tree species using the USDA plant database standard nomenclature (i.e. *Abies concolor* = ABCO, *Populus tremuloides* = POTR5).
2. **DBH:** Record the DBH to nearest 0.1 cm. Measure the distance from the top of mineral soil to breast height, ensure you are standing on the upslope side of the tree. If the tree is leaning, lean with it to determine DBH and measure perpendicular to the central axis.
3. **Tree height:** Measure to the nearest 0.1 m.
4. **Crown Base height:** Measure to the nearest 0.1m. Crown Base height is defined as the lowest height of continuous *live* vegetation for all live trees. This measurement should focus on the lowest point of green vegetation, not where the lowest branch converges with the trunk.
5. **Decay Class:** Record L for live trees, M for trees that have brown needles on the tree still, D1= Dead with all limbs and 100% bark, D2=Dead with few limbs, a broken top and sapwood decay, D3 = Dead with a broken bole; D4= Dead with few stubs and a broken and rotten bole, D5 = no stubs, a broken and rotted bole and less than 20% bark.
6. **DMG:** 0 = no damage, 1 = Dead, 2= Damaged Leader, 3= Previous Years Damage, 4= Compounded damage, 5= other and record a description of the damage in the notes section.
7. **Agent:** I = Insect; D= Disease; M= Mistletoe; H= Herbivory; DCY= Decay; N= None; if none of these codes are appropriate add a description, i.e. Lightning.
8. **Agent Code:** This should be a descriptor to describe the details of the agent, i.e. SBW = spruce bud worm. You could simply write a description of the agent affecting the tree. If unknown, record UNK.
9. **Cones:** Record the presence or absence of cones for all conifers documented in the overstory plot.
10. **Fire:** If fire was present in the plot, prescribed or wild, record the following to the nearest 0.1m.
    a. **Char Height –** With the hypsometer measure to the top of char on the bole of the tree.
    b. **Scorch Height –** With the hypsometer measure to the highest needles/leaves that are dying back due to the fire.

# 1m$^2$ Sample Frame

**Equipment Needed**: 1m$^2$ with 10 cm increments marked, camera, whiteboard, a tool to estimate 1% of frame (fist or otherwise).

Four 1m$^2$ frames are used to sample groundcover and fuels. These frames will be located on the east side of the transect at 0m, 7.5m, and 22.5m and 29m. Use caution to avoid trampling of vegetative material and fuels while placing these frames.

## Frame Photos:

Using the whiteboard labeled with site information and date, label the frame location (i.e. 0m) and place along transect adjacent to the frame. Frame a photo looking down at the frame to include the transect along the bottom of the frame and the top of the frame near the top of the frame. Record these photo numbers on the site metadata sheet.

## Groundcover:

Using ocular estimates, measure each ground cover class to the nearest 1%. Classes include litter/duff, moss/lichen (growing only on the soil surface, not other substrates), rock (>1cm), woody basal (stumps, tree trucks, or trunks of shrubs that occupy at least 1% combined). Fine Woody Debris (FWD, any 1hour, 10 hour and 100 hour fuel), Coarse Woody Debris (CWD, 1000hour fuel). These estimates should add to 100%. If for some reason they do not, include an additional field at the bottom of the data sheet and describe as to why these field in the notes. An example of this may be an abundance of herbaceous plants such as bunch grasses that constitute the category "herbaceous basal".

## Vegetation Cover**:**

Using the ocular estimates, measure canopy cover of all vegetation. Depending on the project this will be conducted for each individual species. For other projects this will be based on the functional group forbs, graminoids, shrubs, and seedlings and may include documentation of cover of the three most dominant species.

- **Forbs**: Defined as herbaceous species
- **Graminoids**: Species with a leaf that is similar to a blade of grass, including Carex, Juncus, and Poa.
- **Shurbs**: Any woody vegetation
- **Seedlings**: Any tree species that is less the DBH in height and within the frame

## Photoload Estimates:

Use the Photoload technique (RMRS-GTR-190, 2007) to estimate fuel loading for 1hr, 10hr, and 100hr fuels. Photo forms for photoloading are included in this document, estimate as close to the picture as possible or an intermediate between photos can be selected if appropriate. Use a go-no-go fuels gauge to help classify fuel sizes

- 1 hr fuels: 0 – 0.24in
- 10 hr fuels: 0.24 in – 0.99in
- 100 hr fuels: 1.00-2.99 in

# 30 Meter Transect

**Equipment needed**: set up transect, densitometer, reference staff

## Shrub cover

Record any live shrub along the 30 m transect. The following species are often considered 'sub-shrubs',but should be included as shrub cover: *Vaccinium sp., Ceanothus fendlerei, Mahonia repens, Arcostophylus uva-usi, Rosa woodsii, Ribes sp., Sambucus sp., Rhus sp.,Berberis fendleri, Lonicera involucrata, and Juniperus communius.*

1. Using line-intercept method, record the start and stop points for shrub cover in meters on the data sheet. For each shrub, record the species and the height class.
2. For shrubs with sparse leaves, clump the shrub and record the continuous cover of shrubs that occur along the transect. If a gap of more than 15cm exists for a single shrub, record the shrub as two different shrubs.

## Tree Cover

1. Use the point intercept method and a densitometer to record any cover of live tree taller than 1.37m (breast height) at every meter along the 30m transect, starting at 0m. Hold the densitometer directly over each point and ensure the densitometer is level. Any time a species (foliage or trunk) is encountered, record the species observed. This should only include the first species visible from the forest floor. Each transect will have 30 potential hits.
2. For each hit, record the canopy class of the species observed. Canopy class will be defined as 1= Superstory (trees taller than all surrounding trees, 2= Codominant (trees at the most common height class of the canopy), 3= Substory (trees that are not as tall as codominants but are well developed), 4=Understory (trees that are short and may be suppress. Also record the number of trees in a clump by recording the number of trees within 6 feet of the bole of the tree that is providing canopy cover.

# Regeneration Protocol

**Equipment Needed**: Camera, Meter tape; DBH/Loggers Tape; Reference Staff; Compass (for aspect), Inclinometer, GPS

***1/100 Acre Fixed Radius Plot*** (11.78ft or 3.59m)

There are three regeneration plots along the 30m transect, centered at 0m, 15m, and 30m. At each regeneration plot record seedlings and saplings, at plot center (15m), also record the shrub stems included in the species list below.

## Seedlings:

Seedlings are counted based on common attributes under the following headers:

- Height class:
  - 1=0-0.25m
  - 2=0.25-0.5m
  - 3=0.5-1m
  - 4=1m-1.37m
- Decay class:
  - L= Live
  - M= Mortality (brown needles still on tree)
  - D= Dead
- Agent:
  - I= Insect
  - H= Herbivory
  - M= Mistletoe
  - DCY=Decay
  - D= Disease
  - UNK = Unknown
  - OTR = other, specific in notes
- Agent Code:
  - SBW = Spruce bud worm
  - IPF = Indian Paint Fungus
  - DWRF = Dwarf Mistletoe
  - UNK= Unknown

* Count the following shrub species as regeneration: *Prunus virginana, Quercus gambelli, Amalanchier alnifolia, Acer glabrum*.

*For agent codes, any text that tells us the species or cause of attack is enough. One could write Lightning or any other descriptor appropriate to explain damage to the tree.

**For all species, if multiple stems are emerging from the soil surface at a distance from one another that exceeds 0.5cm (about a pencil width), count them as individual stems.**

*If seedlings are particularly abundant and time consuming to measure, consider measuring ½ of the 1/100th acre plot. If this is done, record appropriately on the area portion of the data form (i.e. 1/100th acre, ½). This can only be done if the area chosen to sample represents a distribution of seedlings that is comparable to the full circle plot.*

## Saplings

Saplings are regeneration that are greater than DBH in height but less than 10cm in diameter at DBH.

Within the 3.59 meter circle, starting at North and continuing clockwise around the entire section, each sapling should be recorded with the following information:

- Species
- DBH
- Height (to nearest cm)
- CBH (nearest cm)
- Decay Class
  - L = live
  - M= Mortality (Brown needles on tree)
  - D1= Dead w/ all limbs 100% bark
  - D2= Dead, few limbs, broken top, sapwood decay
  - D3= Dead, broken bole
  - D4= Few Stubs, bole broken and rotted; 50% bark
  - D5= No stubs, broken and rotted bole, 20%bark, sapwood rotten >50%
- DMG
  - DMG: 0= None;
  - 1= Dead;
  - 2 = Damaged leader;
  - 3= previous year's damage;
  - 4= compounded damage;
  - 5= other (note section required)
- Agent
  - I= Insect;
  - D= Disease;
  - M= Mistletoe;
  - H= Herbivory;
  - DC=Decay
  - N= None
- Agent Code: A brief description of agent code effecting tree (i.e. SBW = spruce budworm)

*If saplings are particularly abundant and time consuming to measure, consider measuring ½ or ¼ of the 1/100th acre plot. If this is done, record appropriately on the area portion of the data form (i.e. 1/100th acre, ½). This can only be done if the area chosen to sample represents a distribution of saplings that is comparable to the full circle plot.*

# Invasive Species

**Equipment Needed:** logger's tape, meter tape, or hypsometer

This protocol will utilize a fixed area of 1/10th acre (11.3m or 37.2ft) with its center at plot center. Within this radius, the observer will document the presence or absence of the invasive species listed below. If a n invasive species is observed, the observer will document the following:

- Number of Individuals – Estimate
  - 1 = solitary individual
  - 2 = 2 - 10 individuals
  - 3 = 10 - 50 individuals
  - 4 = 50 -100 individuals
  - 5 = 100 - 500 individuals
  - 6 = 500 – 1000 individuals
  - 7 = >1000 individuals
- Population Density
  - A = solitary
  - B = few dispersed individuals
  - C = small group/clump (singular)
  - D = large group/clump (singular)
  - E = numerous small groups/clumps
  - F = numerous large groups/clumps
  - G = widespread/dominate within plot

*If invasive species are observed outside of the plot, please document in the field notes.*

<u>Invasive Species List</u>

<<This list will be compiled in consultation with the San Juan National Forest prior to the commencement of the field season.>>

Mountain Studies Institute
SAN JUAN MOUNTAINS COLORADO

-

## Gear List

- 2 – 30 m (or longer) meter tape
- 3-6 – chaining pins
- 3 – Pencils, pens, sharpies, dry erase markers
- 1 – whiteboards
- 2 – Clipboards with the following
  - Data sheets and unknown plant sheets (regular and rite in the rain)
  - 1 – Protocol
  - 1 – The photoload sheet, 1hr, 10hr, 100hr fuels
  - Species list (if applicable)
  - Paper maps of the site
  - Calibration sheets for VRP and FRP
- 1 – Prism (10 BAF)
- 1 – Prism (20 BAF)
- 1 – Calipers (6")
- 1 – Inclinometer (or clinometer)
- 2 – Compasses
- 2 – Metric Loggers Tapes
- 2 – Metric DBH tapes
- 2 – Reference staffs painted with height classes
- 1 – GRS Densitometer
- 2 – Litter/Duff rulers
- 2 – Fuel gauges
- 1 – Metric hypsometer (yellow)
- 1 – Camera
- 1 – Tripod
- 1 - Hammer
- 1 – Flagging (pink)
- 1 – Flagging (orange)
- 1 – Flagging (blue)
- 1 – Flagging (blue + white)
- 1 – Flagging (orange + white)
- Multiple – Tree tags
- Multiple – Nails
- Multiple – Rebar
- Tree Marking Paint (orange)
- 1 – GPS or mobile device with digital maps of study area
- Extra AA and AA batteries

## Appendix 1: Data Sheets

Mountain Studies Institute
SAN JUAN MOUNTAINS COLORADO

# MSI Space-station Datasheets

## Data Checklist

**Site ID: ____________________**

**Field Crew: ______________________** **Date: _______________________**

**Please Initial the following checklist only once you have placed the *completed* data form in the completed folder for the day**

**Site Photos: ________________**
**Meta Data: ________________**
**Overstory: _________________**
**Line-Intercept: ______________**
**Regen Seedling: ______________**

**1000 Hr Fuels: ______________**
**Quadrats: ___________________**
**Richness: ___________________**
**Point-Line: __________________**
**Regen Sapling: ______________**

**Once data is entered into a digital datasheet please complete the following:**

**Data entered by: ______________** **Date data entered:_____________**

Mountain Studies Institute
SAN JUAN MOUNTAINS COLORADO

| MSI Framework -Meta Data | |
|---|---|
| Project | OBSERVERS |
| SITE ID | |
| DATE | WEATHER |

**Plot Type: FULL PLOT REGENERATION TRANSECT + REGENERATION**

Record Lat/Long in Decimal Degrees
**Latitude:**___________ **Longitude:** _____________

Percent Slope
**Slope:**_______________ **Aspect:**______________

**Burn Severity:** __________ **Prescribed Burn (Y/N):** _____

Photo IDs:

| Photo | Number |
|---|---|
| 0 | |
| 90 | |
| 180 | |
| 270 | |
| DN | |
| UP | |
| TRAN | |
| 0m | |
| 12.5m | |
| 24m | |

**Site Notes and Description:**

Mountain Studies Institute
SAN JUAN MOUNTAINS COLORADO

| MSI Framework - Overstory | | | | | | Page ___ of ___ |
|---|---|---|---|---|---|---|
| Project | | OBSERVERS | | | | Site Notes |
| SITE ID | | | | | | |
| DATE | | WEATHER | | | | |
| START | STOP | | | | | |
| Area | Linear Unit | DBH Units:____ | Height Unit: ___ | BAF:___ | | |

| Tree ID | Species | Azimuth | Distance | DBH | Total Height | CBH | Decay Class | DMG | Agent | Agent Code | Char Height | Scorch Height | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**Decay Class**: L = Live; M= Mortality (brown needles); D1= Dead w/ all limbs 100% bark D2= Dead, few limbs, broken top, sapwood decay; D3= Dead, broken bole; D4= Few Stubs, bole broken and rotted; 50% bark; D5= No stubs, broken and rotted bole, 20%bark, sawood rotten >50%

**DMG**: 0= None; 1= Dead; 2 = Damaged leader; 3= previous year's damage; 4= compounded damage; 5= other (note section required)

**Agent**: I= Insect; D= Disease; M= Mistletoe; H= Herbivory; N= None **(add others as needed, provide details in notes)**

**Agent Code**: A breif description of agent code effecting tree (i.e. SBW = spruce budworm)

Mountain Studies Institute
SAN JUAN MOUNTAINS COLORADO

## MSI Framework - Regen

| | | | |
|---|---|---|---|
| Project: | | Observers: | Height Class: |
| Plot: | | | 1 = 0 - 0.25m |
| Date: | | Weather: | 2 = 0.25 - 0.5m |
| Start: | Stop: | | 3 = 0.5 - 1.0m |
| Area: | Linear Unit: | | 4 = 1.0 -1.37m |

5= >1.37m DBH< 2.5cm
6= >1.37m; DBH>2.5cm<10cm

**Seedling**

| Species | Height Class | Decay Class | DMG | Agent | Agent Code | Count | Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Decay Class**: L = Live; M=brown needles; D = Dead
**DMG:** 0= None; 1= Dead; 2 = Damaged leader; 3= previous year's damage;
4= compounded damage; 5= other (note section required)
**Agent:** I= Insect; D= Disease; M= Mistletoe; **H= Herbivory; N=** None
**Agent Code:** A breif description of agent code effecting tree (i.e. SBW = spruce budworm)
Include *Prunus virginiana, Quercus gambelii, Amalanchier alnifolia, Salix and Acer glabrum*

Mountain Studies Institute
SAN JUAN MOUNTAINS COLORADO

| MSI Framework - Regen | | | |
|---|---|---|---|
| Project: | | Observers: | Height Class: |
| Plot: | | | 1 = 0 - 0.25m |
| Date: | | Weather: | 2 = 0.25 - 0.5m |
| Start: | Stop: | | 3 = 0.5 - 1.0m |
| Area: | Linear Unit: | DBH Unit: | 4 = 1.0 -1.37m |

Sapling

| Tree ID | Species | DBH | Height | CBH | Decay Class | DMG | Agent | Agent Code | Count | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Decay Class:** L = Live; M= Mortality (brown needles); D1= Dead w/ all limbs 100% bark D2= Dead, few limbs, broken top, sapwood decay; D3= Dead, broken bole; D4= Few Stubs, bole broken and rotted; 50% bark; D5= No stubs, broken and rotted bole, 20%bark, sawood rotten >50%

**DMG:** 0= None; 1= Dead; 2 = Damaged leader; 3= previous year's damage;

4= compounded damage; 5= other (note section required)

**Agent:** I= Insect; D= Disease; M= Mistletoe; H= Herbivory; N= None

**Agent Code:** A breif description of agent code effecting tree (i.e. SBW = spruce budworm)

Mountain Studies Institute
SAN JUAN MOUNTAINS COLORADO

| MSI Framework - Line Intercept | | |
|---|---|---|
| Project: | Site ID: | Date |
| | Units: | Observers: |

| Species | Height Clas | Start | Stop | Species | Height Clas | Start | Stop |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Notes:

Height Class 1 = 0.0 - 0.2 3 = 0.5 - 1.0 5 = 1.37 - 2.5m
2 = 0.25 - 0.4 = 1.0 - 1.3 6 = >2.5m

Include *Vaccinium sp, Ceanothus fendlerei, Arcostaphylus, Mahonia, Rosa, Ribes, and Juniperus*

Mountain Studies Institute
SAN JUAN MOUNTAINS COLORADO

| MSI Framework - Point Line | | |
|---|---|---|
| Project: | Plot: | Date: |
| Transect Length: | Interval: | Observers: |

| Pt | Species | Canopy Class |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Canopy Class: 1= Superstory;2 = Codominant 3=Substory 4= Understory

| Notes: |
|---|
| |

Mountain Studies Institute
SAN JUAN MOUNTAINS COLORADO

Mountain Studies Institute
SAN JUAN MOUNTAINS COLORADO

| Quadrat | | |
|---|---|---|
| Project: | Site ID: | Date |
| Transect Length: | Units: | Observers: |

| Frame No<br>Position | Frame 1 | Frame 2 | Frame 3 | Notes |
|---|---|---|---|---|
| Cover - Estimate to the Nearest 1% | | | | |
| **Forest Floor:** must add up to 100% | | | | |
| Litter/Duff | | | | |
| Rock | | | | |
| Bare Soil | | | | |
| Lichen/Moss | | | | |
| Woody Basal | | | | |
| FWD | | | | |
| CWD | | | | |
| **Total:** | | | | |
| **Vegetation: Record Species Code and cover (TR = Trace; R=Rare)** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Mountain Studies Institute
SAN JUAN MOUNTAINS COLORADO

| Photoload - See GTR190 Sheets | | | | |
|---|---|---|---|---|
| 1 hr | | | | |
| 10 hr | | | | |
| 100 hr | | | | |
| **Litter / Duff Depths** | | | | |
| Litter 1 | | | | |
| Duff 1 | | | | |
| Litter 2 | | | | |
| Duff 2 | | | | |
| Litter 3 | | | | |
| Duff 3 | | | | |
| Litter 4 | | | | |
| Duff 4 | | | | |
| **Other - As Needed** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Notes:

# Appendix 2: RMRS GTR-190 Photoload Sheets

## Photo loading sheets

*The following sheets are from the Rocky Mountain Research Station GTR-190.*

1 hour






FS-000267

10 hour


0.05 tons/acre-1 0.01 kg m-2
0.13 tons/acre-1 0.03 kg m-2
0.23 tons/acre-1 0.05 kg m-2
0.32 tons/acre-1 0.07 kg m-2
0.45 tons/acre-1 0.10 kg m-2
1.35 tons/acre-1 0.30 kg m-2
2.25 tons/acre-1 0.50 kg m-2
3.15 tons/acre-1 0.70 kg m-2
4.50 tons/acre-1 1.00 kg m-2
13.50 tons/acre-1 3.00 kg m-2
22.50 tons/acre-1 5.00 kg m-2
1 meter
Fuel Type:
10 hour
Diameter reference
1 hour 0-1/4"
10 hour 1/4"- 1"
100 hour 1"- 3"
1000 hour 3"+
3"
centimeters
10
8
6
4

Mountain Studies Institute
SAN JUAN MOUNTAINS COLORADO

100 hour



**Dolores Watershed Resilient Forest (DWRF) Collaborative**
**Stakeholders Meeting**
**Sept. 2, 2020**
**dwrfcollaborative.org**
**6 pages**

**The meeting was conducted via Zoom. Present were**:
Tim Kyllo (Montrose Forest Products); Molly Pitts (Colorado Timber Industry Association); Bruce Short (Consulting Forester); Bill Baker (Retired Ecologist); Jim Spratlen (Emergency Manager, Montezuma County); Robert Meyer (Chair of Mancos Trails Group); Ashley Downing and Alex Graf (Wildfire Adapted Partnership); Rebecca Samulski (Fire Adapted Colorado); Tim Reader (Colorado State Forest Service); Patt Dorsey (National Wild Turkey Federation); Mike Preston (Rocky Mountain Restoration Initiative Steering Committee and DWRF Coordinating Committee); Ellen Roberts (Southwest Colorado Wildfire Mitigation Environmental Impact Team); Anthony Culpepper, Mike Remke, Dana Hayward and Aaron Kimple (Mountain Studies Institute); Jason Lawhon (RMRI Project Manager for the U.S. Forest Service); Derek Padilla and David Casey (Dolores District, San Juan National Forest); Kenneth Charles (Town Manager, Town of Dolores); Rich Landreth (City of Cortez); Steve Garchar (Dolores County Commissioner); Ann McCoy-Harold (Sen. Cory Gardner's Office); Danny Margoles (DWRF Coordinator); and Gail Binkly (Meeting Recorder).

**Updates**

**Community education and outreach:**

- Danny said the postcards promoting rapid risk assessments in Dolores have been mailed. Ken said he's heard some responses from people who question who is behind this effort, Danny said the introductory paragraph on the website explains where the framework came from and who was involved. He showed the postcard on the screen. Becca noted that it cites WAP and Dolores Fire & Rescue's logo.

- Danny recently gave a presentation on DWRF activities to the Montezuma County commissioners and it went well. He did not ask for funding from the county, but in the future DWRF may want to do that.

- Anthony said MSI is mulling how to carry forward with the Forest and Fire Learning series. They have been using Facebook Live.

- Becca said Fire Adapted Colorado is hosting a virtual conference, The Colorado Wildland Fire Conference, Sept. 30 and Oct. 1. There will be many good presentations. The cost is $125 to participate. More information is available at https://www.wildfire-colorado.com/
- On Sept. 16 at 1 p.m., Mike Remke will give a presentation on initial monitoring data for the Lone Pine Environmental Assessment. Danny said it will be an important and interesting conversation.

- A field tour for the Salter Vegetation Management EA is tentatively scheduled for Oct. 7, in place of the regular DWRF stakeholder meeting. Danny will work on protocols for social distancing.

- Alex said WAP just rolled out its Interactive Neighborhood Map, which depicts the neighborhoods across the five counties that WAP works with most frequently. These neighborhoods that have been very engaged over the years and would be good to integrate into the conversation. The map is available at https://www.wildfireadapted.org/neighborhoodmap and anyone with questions should contact him.

**Montezuma County Hazard Mitigation Plan**

Jim Spratlen gave a presentation on the draft update of the Montezuma County Hazard Mitigation Plan. The plan is to be updated every five years. It gives an overview of every hazard that poses a potential danger to the community, including wildfire, avalanche, lightning, floods, drought, winter storms, and more, and it discusses mitigations of the hazards. After public comment has been received, the plan is reviewed by the state, then FEMA, and then the Board of County Commissioners is to sign it. The comments deadline was Sept. 9.

Becca said hard copies of the plan are available at the Cortez library. To her knowledge, the county has never sought FEMA funds, but in order to do so, it must have this plan in place. It opens the door for the county to pursue grants for hazard mitigation.

The Community Wildfire Protection Plan will be referenced in the plan and will be adopted by reference as recommended actions.

Mike Preston said cooperation between the Empire Electric Association and Dolores Ranger District on powerline rights-of-way should be called out. It is a mitigation measure that is under way or nearly so. He believes it's one of the most critical issues related to wildfire. David Casey agreed and says it would be good information to include in the document.

Bill Baker said this is an impressive document, but voiced concern about the wildfire threat index in the plan, Figure 4-46. The map does not match with known scientific research about fire risk. It shows piñon-juniper areas as high-risk, but ponderosa-pine forests are where there is a greater probability of ignition and fire spread. Mike Preston said PJ is where there is often an interface with housing, but the relative risk may be incorrect. Becca said she or Danny can help provide better maps based on risk-assessment work that has been done.

Jim said he would appreciate it if anyone with comments or concerns would tell him. He is open for presentations as well. He can be reached at 970-564-4137, 970-759-4253, and jspratlen@co.montezuma.co.us. The plan is at https://ftp.co.montezuma.co.us:9000/rpc/cat/Website/MZCHMPDRAFT.pdf

***Next steps:***
→Danny will send an email to the group.

**Rocky Mountain Restoration Initiative (RMRI)**

Jason said the RMRI group in the Southwest is looking at the broad landscape of 750,000 acres. They are using the Potential Operation Delineations (PODs) map, with the HVRA rankings, that is very much informing how they examine priorities. They can start to see where there is strong agreement between the collaborative, stakeholders, etc., and then ascertain which of those areas are in the RMRI's landscape. He believes this is going to be very valuable for funding opportunities, many of which are coming up over the next few months. There is an advisory network that includes Danny, Anthony and others who are on this call, and the network will be reaching out to stakeholders for their input.

The Colorado Water Congress had its 2020 virtual summer conference recently and RMRI was invited to present.

Patt said DWRF is doing great work and having robust conversations. She said there is a real opportunity to consider how to pool projects together and receive more money in this part of the state.

Mike Preston said RMRI is starting to connect with some of the resources it will take to achieve some of its ambitious goals. They are trying to manage 9,000 or 10,000 acres a year for 10 years. They are making progress.

Becca asked how this prioritization ties to getting work done on the ground. It would be helpful to have a better picture of the full menu of projects DWRF wants to do on this landscape. Some fit with CFLRP, RMRI or other projects, while some are on private land. More funding sources will be needed to support this implementation. Everyone should watch for potential sources and provide that information to Danny and the team.

Mike Preston said RMRI is trying to compile available sources and that information will be available. Much work is already going on in DWRF that will fit with these sources. The Steering Committee did an exercise ranking priorities and everything lined up well.

Robert Meyer asked how recreational assets will be impacted by the projects. The Salter EA will encompass Boggy Draw and he believes there will be considerable pushback. David Casey said that was identified in the scoping document as an area that needs coordination.

Jason said the Forest Service was able to secure some funding to assist with signage and additional support for trails and education.

Mike Preston said the next step in the POD exercise will be to focus on identifying PODs with strong recreational, wildlife and water values and to identify opportunities for actions that will

benefit these values. The forest health collaboratives and the RMRI Advisory Network will have the opportunity to participate in identifying key areas and potential actions. This will be helpful in identifying locations and potential efforts in key recreation areas.

**Collaborative Forest Landscape Restoration Program (CFLRP)**

Danny said Aaron, Anthony, Dana and he have been talking about how to proceed with some conversations regarding CFLRP once the decision regarding funding is made. Within 180 days after a CFLRP project is notified of selection, that project will need to have a work plan in place that describes the manner in which the proposals will be implemented, administrative aspects, costs, and more. The plan will be developed jointly by the collaborative and Forest Service. The collaboratives will need to work together to identify priorities and strategies. This proposal is for an area larger than RMRI, from the Lone Pine area past Pagosa Springs. There are plans to put together a cross-collaborative working group, possibly just a temporary group, to develop a structure for the conversation. The main task of this work group will be to develop a cross-collaborative engagement structure that will then be brought back to the different collaboratives – not necessarily to implement it.

Some stakeholders said they would volunteer for the working group.

***Next steps:***

→ Danny will send out an email and people can volunteer separately. Anyone who wants to participate in this conversation should let Danny know.

Bruce asked how private landowners will be able to tap into this pipeline of projects and potential funding. Aaron said this is a question still being discussed. CFLRP funding is designated to be used on federal lands but there is a need to work on a whole-landscape scale. RMRI funding is for public and private lands both.

Mike Preston said funding from the National Resources Conservation Service and other sources is also available. It's critical to look at which sources can address which needs.

**Salter EA Monitoring and Adaptive Management Draft Agreements**

Danny said Thursday's meeting focused on the EA and adaptive management. People really want to be involved in AM and monitoring conversations and have the collaborative be involved in the Salter EA. Another key outcome was that a desire was expressed to work through different perspectives on EAs and use the collaborative to try to avoid going down the objection route.

Danny has put together a table on Salter AM agreements. He said there seemed to be much general agreement with the document aside from a few specific concerns. He has received written feedback from only two people. The Salter EA is taking place somewhat in the context of the CFLRP and developing more formal understandings of how the collaboratives will work together and with the Forest Service in the future.

Danny displayed an agreement between DWRF and the San Juan National Forest regarding the Salter EA. He said the use of the term “recommendation” versus “agreement” in some of the language is a key point. There was some concern that “recommendation” isn’t robustly collaborative enough and that the goal should be framing the process as coming together on agreements rather than DWRF making recommendations.

Mike Preston said the CFLRP activity will take place on Forest Service land, so the agency has final authority and responsibility to execute. He is comfortable with the idea of recommendation. DWRF is set up to participate in the monitoring and will see the results that occur from various actions that are taken.

Danny said the DWRF Coordinating Committee does not have the final word on this. He wants the stakeholder group to be in agreement, but he believes the sentiment was that the level of making recommendations seemed appropriate for Salter, especially since the Salter EA was in process already. This will remain at the Salter EA level, not a broader agreement level.

Bruce said the idea of agreements raises the issue of a possible FACA violation or a semblance of that and it would not be to DWRF’s advantage as a collaborative to have a private logger say, “You violated FACA, so we’ll take you to court”. There probably is no actual FACA violation but someone could take DWRF to court over the issue.

After a lengthy discussion about whether the language adequately supports a collaborative process and follows the law, Danny proposed working through some of the language. He said he hears the concerns and will fine-tune some of the language, but he doesn’t think the structure can be fundamentally altered.

Aaron said that other groups that received CFLRP funding had to develop relationships. There is a year or two during which you’re incorporating. Then, in years 3-10, a strong process for including the collaborative process is developed. He thinks this project is starting much more in advance than other collaboratives did with early CFLRPs and this group should feel good.

***Next steps:***
→ Danny will connect with Bill and Derek to discuss the language further.

**Dolores Watershed Resilient Forest (DWRF) Collaborative**
**Stakeholders Meeting**
**Oct. 7, 2020**
**dwrfcollaborative.org**
**5 pages**

**The meeting was conducted via Zoom. Present were**:
Jimbo Buickerood (San Juan Citizens Alliance); Steve Garchar (Dolores County Commission); James Dietrich (Natural Resources Coordinator, Montezuma County); Tim Kyllo (Montrose Forest Products); Molly Pitts (Colorado Timber Industry Association); Bruce Short (Consulting Forester, Short Forestry LLC); Eric Janes (Retired BLM Hydrologist); Michael Remke (Mountain Studies Institute); Ryan Cox and Tim Reader (Colorado State Forest Service); Shawn Gregory and Phil Ayers (Southwest Colorado Cycling Association); Ken Charles (Dolores Town Manager); Chad Wheelus (Mayor, Town of Dolores); Latifia Rodriguez (Back Country Horsemen of Colorado); Ellen Roberts (Southwest Colorado Wildfire Mitigation Impact Fund); Jason Lawhon (Rocky Mountain Restoration Initiative Project Manager for the U.S. Forest Service); Keith Fox (San Juan National Forest); Tom Rice (Dolores Ranger District, San Juan National Forest); Rebecca Samulski (Fire Adapted Colorado); Rich Landreth (City of Cortez); Robert Meyer (Mancos Trails Group); Mike Preston (Rocky Mountain Restoration Initiative Steering Committee and DWRF Coordinating Committee); Danny Margoles (DWRF Coordinator); and Gail Binkly (Meeting Recorder).

## Update on Fiscal Agency

Danny said beginning about a year ago, conversations began regarding DWRF's organizational structure and whether Wildfire Adapted Partnership should remain the collaborative's fiscal sponsor or whether DWRF should shift to another entity. The Coordinating Committee has decided to move DWRF's fiscal agency to Onward! A Legacy Foundation. The foundation provides fiscal agency to many organizations so that they do not have to become their own nonprofits but instead are able to do business as nonprofits through Onward. DWRF is about to fully transition to Onward's agency. Onward charges a 5 percent fee, which is relatively low. It will run DWRF's books and provide many other services. All DWRF funds will be focused under the foundation. But there will be lingering administrative ties to WAP, especially in regards to Forest Service funding. This change will not alter the dynamics of DWRF, and both Alex Graf and Ashley Downing of WAP will remain full participants in the collaborative.

Danny expressed appreciation for everything WAP has done for DWRF for the past several years.

Danny said DWRF will be applying for all-new funding as it moves forward, including a grant that the Onward foundation itself gives out for ongoing operations. DWRF received one last year and will apply again this year. DWRF's other major funding source is the WaterSMART grant, which has funded the collaborative's strategic planning efforts, many conversations about desired conditions, Gail's time as a notetaker and Danny's time. The Coordinating

Committee is discussing how to best use the remaining WaterSMART funding of approximately $30,000, which will end June 2021.

Danny said that Mountain Studies Institute was submitting a grant with multiple partners, including DWRF, for the National Fish and Wildlife Federation RESTORE initiative. DWRF would be involved with a component to bring prescribed fire onto private lands near the Forest Service boundary. The focal area would be the north side of the 184 corridor, focusing on the Mancos Watershed specifically. The other component of the proposal is riparian restoration efforts on and along the Mancos River, spearheaded by the Mancos Watershed Group. This is an exciting landscape-scale proposal that involves numerous local partners and could be an important demonstration project for other areas.

**Recreation in the DWRF Landscape**

Danny said there are multiple values across the DWRF landscape. The Rocky Mountain Restoration Initiative has identified water resources, wildlife, recreation, forest health, and communities as values. Ecological, economic and social values comprise a three-legged stool in the DWRF landscape. All are clearly critical to the community and ecosystems.

Danny discussed a conceptual diagram regarding where different values exist on the landscape and how the benefits of those values can be maximized. He said it isn't a formal document, but he believes the topic is an important one for consideration. These values aren't spread evenly over the landscape. The goal is to mesh all of them as much as possible.

Tom Rice said a case study done by the Forest Service in 2007 as part of NEPA work in Chicken Creek near Mancos found that in some cases timber operations could take place without problems, but as these operations expand into the recreational trail system, there can be conflicts. That balance of values needs to be considered much more closely. Impacts to social values and aesthetics need to be addressed. A closer look needs to be taken at how to mesh the timber and recreation industries while trying to achieve other watershed values. This will be a major challenge, but if this issue is not approached right, people will lose faith in the Forest Service and in DWRF.

Danny commented that the Salter project is a very large one involving every type of land from the "back 40" to the wildland-urban interface.

Molly said the question of short-term vs. long-term impacts is key. The overall objective is a healthier landscape. The timber industry recognizes it has impacts to recreation, but they are short-term impacts. There will be times when recreationists can't access a trail for a particular season, but logging operations get into an area, do their work, and then are finished. However, the industry is seeing restrictions on its operations that make them less feasible. She hopes there will be more discussion about short-term vs. long-term impacts and communicating that distinction to the public.

Tom agreed. As the Forest Service looks at recreation areas within the Salter planning area, they are finding that perhaps 2-3 percent of that planning area impacts the logistics of timber operations. It's best to focus on the places of concern, where it is clear there will be some conflicts between recreational users and industry. It's important to focus on such particular areas and try to mitigate impacts to recreation while supporting the timber industry.

Mike Preston said DWRF and forest managers are trying to achieve an alignment of desired outcomes. Boggy Draw north of Dolores is a good example. Because it is so desirable for recreation, there have been years of thinning and prescribed-fire treatments done in that area. Had those treatments not occurred, it would not be a desired recreation setting. Keeping forest health treatments and recreational uses aligned is the key. Through good communication, people can become educated on each other's interests and values.

Jimbo said another challenge is how to conduct logging operations so there can be a 200-foot-wide fuel break on the edge of forest lands. Cross-country skiers, hikers, and bikers are wiling to give up access for the short term, but he is hearing concerns from them regarding the longer-term effects of forest treatments. It should be possible to do treatments that are reasonably aesthetic and do not leave people saying, "Boggy is really stripped-down". Aspects such as leaving trees for shading need to be considered. Mountain bikers don't want an area to be left looking like a southern plantation. Aesthetics is a major factor that deserves attention.

Tim said it seems that every environmental assessment done over the last 6-12 months contains provisions specifying no holiday hauling, no hauling during big-game rifle seasons, etc. Such provisions are taking 30 to 40 days of timber operations out of the season. In the pine zone, logging has just 200 operating days a year. Many EAs do not allow logging in winter because of snowmobiling. Tim said winter logging is critical. Pine grows at lower elevations where there is typically less snow, so it's easier for loggers to operate. When you combine restrictions implemented for human activities with wildlife restrictions, 80 percent of timber-sale areas can be logged only three months out of the year. This is not viable for operators. Such restrictions should be dealt with on a sale level, not the EA or NEPA level.

Jimbo asked how other interests such as recreation and wildlife can be folded in to find a balance. Tim said there will be some pushback if these types of provisions are not included in the EAs. But if they are in an EA they are locked in and can't be changed on a sale-by-sale basis. He suggested contracts might say "no weekend hauling unless agreed to by the Forest Service". If such restrictions are in an EA, there is no latitude.

In answer to a question, Molly said the main issue for winter logging is whether the roads are frozen and will stay that way. The amount of snow is also critical. If there is too much snow and the roads have to be plowed every day, it's not economical.

Becca said she appreciates the idea of flexibility. She commented that it's easier to educate local recreationists rather than visitors from out of town who are here hunting or camping. She said the prescribed-fire aspect must also be considered when talking about recreation. The

prescribed-fire treatments at House Creek turned out in a positive way, but the visual impacts were not socially acceptable to the public and this was not weighed before the treatment was done. As managers move to more regular prescribed fires in those landscapes, it is critically important to consider the visual impacts and the windows that will be socially acceptable.

Bruce said placing a 200-yard buffer between the harvest area and the road so no one can see what is going on actually contributes to distrust because people can't see what is happening. This also creates an area where there is a lack of treatment, and that can add up. Sites alongside road and trail systems are often where a fire starts, so there are good reasons to have the logging area extend all the way to the road system. Regarding House Creek, he believes the prescription was a little heavy for that area. It will recover but was a bit uglier than he would like to have seen it. At Chicken Creek there is logging taking place on forest and private lands, and cyclists going up and down the road too. In winter, logging operations will affect parking on the road for cross-country skiers. These things need to be discussed. There needs to be more flexibility within the contract situation. The reason these provisions are in the EA is public trust and information.

Robert Meyer suggested seeking a partnership with an organization focused on outreach and education. That isn't DWRF's mission. The Mancos Trails Group is partnering with San Juan Mountains Association regarding education on Chicken Creek. Maybe people acting as emissaries or ambassadors could be stationed at trailheads at busy times to provide information and explanations. Robert said he prefers the idea of logging operations moving into and out of areas quickly. It might be best to have a temporary closure of places that support recreation so the timber industry can finish its work quickly and do restoration.

James agreed with the "get-in-get-out" concept. It might be good to identify areas that are the most socially sensitive and try to conduct operations on those as quickly as possible.

Shawn said recreational opportunities are an aspect that local businesses use to attract talented employees to the area. He believes many people would trade winter skiing or biking in order to have areas open in the summer.

Bruce asked whether cyclists using the Boggy area could be moved somewhere else for a time. There are people coming here specifically for that kind of recreational experience. The difficult part is trying to work out some of those scheduling problems and balancing the different uses.

Chad said this is the backyard of the Town of Dolores. All these values, whether ecological, economic or social, are incredibly important to the town.

Ken Charles said the wood-products industry is also important to Dolores.

Tom said when the Dolores District started to look at the timber-sale units in the "Boggy block", which is a neighborhood of the Salter project area, they overlaid the proposed units with trails. Then they reduced the size of the units proposed to be cut. That affected about 3 percent of

that Boggy area. They were able to do some up-front exercises to reduce the footprints and preserve some unique aspects of that trail system. Anyone interested should look at the EA for more details. He said a staggered approach where only part of a trail is closed at any time is one approach for high-use recreation areas.

Danny said he will try to schedule a tour of the area in question sooner rather than later.

***Next steps:***
→Danny will be sending out information on ongoing efforts regarding the Salter EA.
→ He would like to have a presentation from Mike Remke on Lone Pine before the Salter EA tour.

DWRF Dolores Watershed Resilient Forest Collaborative

# Ponderosa Pine Ecosystem Resilience Metrics and Desired Conditions

*DWRF's Vision*: A resilient and adaptive upper Dolores River watershed that provides ecosystem services, maintains ecological integrity, and sustains community values in the face of environmental change, supported by a diverse and active collaborative group.

In this document we seek to build on this collaboratively-defined vision statement by articulating specific ecological trends and monitoring metrics that foster a more "resilient and adaptive" ponderosa pine zone within the DWRF landscape. The timescale for this document is one to two decades, but we acknowledge this may be unrealistic for certain desired conditions. Within the strategic plan, the collaborative highlights enhancing resistance, resilience, and adaptive capacity within the DWRF landscape for both social and ecological conditions (see below for the definitions used within the strategic plan). We further identify historical land management legacies (such as extensive logging in ponderosa pine) and climate change as challenges to sustaining diverse values across the landscape and managing for resilience.

A DWRF subgroup focusing on the ponderosa pine zone met throughout the spring, summer, and fall 2020. The group developed shared trends, monitoring metrics and associated desirable ecological conditions that incorporate social and economic considerations and realities. Outcomes of this process were to have an outward-facing document that articulates the shared values and vision of collaborative stakeholders, but one that also is a useful tool for stakeholders to use in their professions - ranging from project planning on federal and state lands to informing private landowner projects. Importantly, there was a strong desire to ensure that the trends and metrics were locally specific/informed and in line with extensive published information about ponderosa pine ecology, management, and restoration. The west side of the San Juan Mountains has a particular set of ecological conditions and legacies, and any desired condition must be directly applicable to this landscape. To do this, we brought a broad diversity of stakeholder values and perspectives to the discussions, incorporated relevant science, and utilized the experience, knowledge, and context from local resources managers.

When available and applicable, the group had a goal to inform desired conditions with local reconstructions of the historical range of variability (HRV) as well as possible/likely climate change-driven ecological trends. The HRV concept assumes that historical ecological systems had substantial resilience in structure and function to climatic fluctuations and natural disturbances. By extension, employing HRV concepts in management actions and goals may help confer resistance and resilience in contemporary ecological systems. There are a number of ponderosa pine stand (Brown and Wu 2005) and landscape reconstructions (Baker 2020) and syntheses (Romme et al. 2009, Baker 2018a) in San Juan ponderosa pine and many other HRV reconstructions throughout Colorado (Uncompahgre Plateau, Front Range), and northern Arizona and New Mexico. These reconstructions, particularly focusing on those in southwest Colorado, can help inform our current effort to articulate desired ecological and social conditions. Differences in soils, productivity, precipitation, and other factors may limit applicability in particular cases. Further,

HRV data for southwest Colorado are focused on forest composition, structure, and fire frequency/severity and generally do not give context to other important ecological conditions, such as historical forb and grass composition, insect disturbance, etc.

Additionally, while HRV is an essential context, climate change, social factors, ecological/management legacies, and current forest conditions (such as a large-scale beetle outbreak) require additional contexts. For example, future range of variability (FRV), informed by a hotter/drier climate and associated changes in disturbances, may be an equally appropriate lens, but there is considerable uncertainty about what future climatic conditions mean on the ground. How climate change impacts will influence desired conditions, for instance in the context of leading/trailing edges, remains an important knowledge gap that the group prioritizes for additional context and information. In summary, DWRF highlights resistant, resilient, and adaptive forests, informed but not constrained by both historical and future variability, as in other frameworks (e.g. Addington et al. 2018).

This is an aspirational document, and the collaborative acknowledges that diverse ownerships and land uses shape what is feasible. The document helps ground the collaborative's engagement with adaptive monitoring and adaptive management planning and implementation. The collaborative acknowledges that, in some cases, the desired conditions may not be achievable within the stated timeframe, but they are still aspirational goals. While the collaborative articulates a series of desired conditions here, another important outcome of this document has been the identification of key gaps in its knowledge of the local ponderosa pine system. As more monitoring is conducted across the DWRF geography, as better ecological modeling tools become available, and as the larger body of knowledge is improved, the collaborative will periodically revisit this document to incorporate those advancements. Additionally, the collaborative acknowledges that desired conditions proximal to highly valued resources and assets (e.g. communities and infrastructure) may diverge and have different management goals from those outlined here. Outlining specific desired conditions near HVRAs is part of a larger effort of the collaborative, but is beyond the scope of this document. Lastly, changing social, economic, and ecological values for the stakeholders should and will be considered during the periodic reevaluation of these desired conditions.

<u>Principal stakeholders involved in developing and reviewing this document:</u>

- Danny Margoles, DWRF Coordinator
- Bill Baker, Retired Ecologist
- Jimbo Buickerood, San Juan Citizens Alliance
- Ryan Cox, Colorado State Forest Service
- Mark Loveall, Colorado State Forest Service
- Molly Pitts, Colorado Timber Industry Association
- Duncan Rose, Dolores River Anglers, Trout Unlimited
- Anthony Culpepper, Mountain Studies Institute
- Mike Battaglia, Rocky Mountain Research Station
- David Casey, San Juan National Forest
- Tim Kyllo, Montrose Forest Products
- Derek Padilla, San Juan National Forest
- Mike Remke, Mountain Studies Institute and Fort Lewis College
- Bruce Short, Short Forestry LLC

| Ponderosa pine | | | | | |
|---|---|---|---|---|---|
| | **Desired Condition** | **Ecosystem Parameter** | **Desired Trends** | **Indicator** | **Sources to Analyze Trends** |
| 1 | **Tree species composition that promotes ecological resilience** | Tree species | • Generally retain or restore historical species/ecotypes/genetic diversity as well as those associated with likely climate-related trends/movement[1]<br>• Retain and enhance rare or uncommon species composition when feasible (e.g., aspen and aspen clones) | • Percent composition by species tree density<br>• Tree density by species<br>• Canopy cover by species when available<br>• Abundance by species based on site index, basal area, and disturbance history | • GLO and other historical data<br>• Modern CSE/MSI plots<br>• Remote sensing |
| 2 | **Mosaic of forest understory shrub composition, density, and size that promotes ecological resilience.** | Shrub species | • Maintain or restore historically variable Gambel oak and other shrub density that also enables variable ponderosa pine regeneration, forb and grass abundance, and meets wildlife habitat needs[2]<br>• Maintain or restore historical heterogeneity in size classes of Gambel oak, particularly maintaining larger diameter classes.<br>• Maintain or restore historical diversity of shrub composition related to environmental setting, and to support wildlife needs. | • Presence, cover, abundance, and diversity of shrubs | • Historical accounts, GLO data, and other historical data<br>• Modern understory plots |

| | | | | | |
|---|---|---|---|---|---|
| 3 | **Mosaic of forest understory grass and forb composition, density, and cover that promotes ecological resilience.** | Grass and forb species | • Promote and restore historically variable native grass and forb abundance and composition[2]. | • Presence, cover, and diversity of native grasses and forbs | • Historical accounts, GLO data, and other historical data<br>• Modern understory plots |
| 4 | **Mosaic of forest understory composition, density, and cover that has reduced noxious or invasive plants, promoting ecological resilience.** | Noxious or invasive plant species | • Decreased occurrence and cover of noxious/invasive plant species as listed on Colorado noxious weed species lists A, B and C<br>• Post-treatment, maintain the appropriate native plant community to limit potential for establishment of noxious/invasive plant species | • Presence and cover of invasive species | • Understory plots;<br>• Ground cover plots;<br>• Weed inventory |
| 5 | **Stand scale - Complex mosaic of tree density and basal area that promotes ecological resilience** | Tree density and basal area | • Restore historically variable tree density and basal area[3-5]<br>• Tree densities and basal areas vary with productivity, soils, and disturbance history[6] | • Basal area<br>• Tree density<br>• Canopy cover by species when available | • GLO data, historical accounts, and other historical data<br>• Modern CSE/MSI plots |

| | | | | | |
|---|---|---|---|---|---|
| 6 | **Stand scale - Complex mosaic of tree sizes that promotes ecological resilience** | Tree sizes | • Restore historical heterogeneity in tree size classes, consistent with uneven-aged stand structures, including but not limited to reverse-J and multi-cohort management [7]<br>• Generally, increased seedlings and saplings, fewer medium-sized trees, and increased large trees, relative to today. | • Diameters at breast height for trees > 4.5 feet and height classes for seedlings | • GLO data and other historical data<br>• Modern CSE/MSI plots<br>• Remote sensing;<br>• LIDAR data |
| 7 | **Stand scale - Complex mosaic of tree ages and increased old growth that promotes ecological resilience** | Tree ages | • Restore historical age structures<br>• Restore and enhance rare components of stands that are essential for resilience to fire, particularly large and old trees, by retaining and increasing trees exhibiting old-tree characteristics[8]<br>• Increase old growth and move from predominantly single-aged to uneven-aged stands<br>• Promote younger age classes to advance into older classes | • Percentage of landscapes and forest area meeting old-growth criteria<br>• Diameter distribution charts<br>• Heterogeneity in age-class structure | • Historical GLO reconstruction of old growth and other historical data<br>• SJNF old-growth inventory<br>• Modern CSE/MSI plots |
| 8 | **Stand scale - Complex mosaic of snags and down wood that promotes ecological resilience** | Snags | • Retain > 1 snag per acre per species of suitable size for cavity nesters and other wildlife use, where appropriate (non-hazardous snags, away from HVRAs, etc.) and increase their representation on the landscape[9]<br>• Snag placement that maximizes wildlife benefit (e.g. adjacent to aspen stands, large openings, areas they are missing). | • Snag abundance | • Early historical photographs and other early records<br>• Modern snag Inventories |

| | | | | | |
|---|---|---|---|---|---|
| 9 | **Stand scale - Complex mosaic of forest floor conditions that promotes ecological resilience** | Forest floor | • Retain or restore historically congruent amounts of coarse woody debris on the forest floor[9]<br>• Undesirable condition – too little or too much coarse woody debris | • Coarse woody debris abundance | • Early historical photographs and other early records<br>• Modern coarse woody debris inventories |
| 10 | **Stand scale - Complex within-stand heterogeneity in forest density, size, and age that promotes ecological resilience** | Within-stand spatial heterogeneity | • Restore and maintain historical tree clumps and spatial heterogeneity (horizontal and vertical) of tree pattern[10]<br>• Spatial heterogeneity varies with productivity, soils, and disturbance history | • Proportion of stand represented in individual trees, clumps, and openings (ICO method[10]) | • Historical GLO reconstructions, early reports, historical photographs, and other historical data<br>• Modern spatial pattern plots |
| 11 | **Landscape scale - Complex mosaic of forest density, size, and age that promotes ecological resilience** | Landscape patch sizes and structures | • Restore or maintain historically guided heterogeneity of patch sizes and structures across the landscape mosaic, including non-forested patches[11-12]<br>• Generally, more low- and high-density forest patches, more large patches, and more variability in patch sizes and structures to offset overly abundant moderate-size and moderate-density patches, relative to today[11-12] | • Heterogeneity of patch size and structure<br>• Heterogeneity of patches across seral/ structural stages | • Historical GLO landscape reconstructions, early forest atlases, and other historical data<br>• Modern remote sensing, using CFRI and other spatial analyses |

| | | | | | |
|---|---|---|---|---|---|
| 12 | **Landscape scale - Complex mosaic of forest density, size, and age that promotes ecological resilience** | Stand ages | • Restore and maintain historically guided abundance and variability of old-growth stands and scattered old trees across landscapes[8]<br>• Restore and maintain historically guided abundance of conditions conducive to new ponderosa pine stand recruitment | • Relative abundance of old-growth stands and scattered large trees<br>• Variability in the abundance of ponderosa pine stand regeneration | • Historical GLO reconstructions, early records, and other historical data<br>• Modern CSE/MSI plots<br>• SJNF Old-growth inventory |
| 13 | **Landscape scale - Complex mosaic of forest density, size, and age that promotes ecological resilience** | Habitat fragmentation | • Minimize impacts to corridors between patches to improve connectivity[13]<br>• Minimize edge effects by minimizing the road network, and by promoting larger patch sizes with a lower proportion of edge[13] | • Landscape connectivity<br>• Edge area, interior area vs. total landscape area<br>• Species specific fragmentation effects | • Historical GLO and other historical data<br>• Modern CPW, SJNF, MSI data<br>• Modern Remote Sensing data<br>• CFRI/MSI and other landscape analysis |
| 14 | **Insects and disease disturbances - Increase resistance and resilience to bark beetle outbreaks.** | Tree density<br><br>Tree sizes | • Stand[14] and landscape[12] desired conditions generally match desired conditions for increasing resilience to bark beetle outbreaks<br>• Overall, lower and more variable tree densities and basal areas to enhance resistance and resilience to bark beetles[12, 14]<br>• Maintain and enhance genetic and structural diversity across the landscape, and by using variable uneven-aged management at the stand scale[12, 14, 15]<br>• Enhance tree regeneration and recruitment for long-term resilience | • Beetle-caused tree mortality<br>• Indicators for desired conditions 7, 10, 12 | • Modern aerial detection surveys, MSI plots, CSE data, RMRS and CSFS plots |

| | | | | | |
|---|---|---|---|---|---|
| **15** | **Fire disturbance - Increase resistance and resilience to fires** | Tree density<br><br>Tree sizes | • Restore and maintain historically guided rates, patterns, and variability of fires[16]<br>• Generally, more low and moderate-severity fires | • Fire rotations<br>• Fire-caused tree mortality<br>• Indicators for desired conditions 7, 10, 12 | • Historical GLO and other historical data<br>• Modern USFS, BLM, and MTBS surveys, MSI plots, CSE data, other data |

## Glossary

**Adaptive capacity**: The capacity of social-ecological systems, including both their human and ecological components, to respond to, create, and shape variability and change in the state of the system (Chapin et al., 2010).

**Future Range of Variability –** The range of structures, compositions, and processes that characterizes ecological systems that are feasible under future land use and climatic change; in this case, used to predict potential resilience scenarios into the future.

**Historical Range of Variability -** The range of structures, compositions, and processes that characterized ecological systems before Euro-American settlement; often used to inform ecological restoration goals and objectives (Aplet and Keeton 1999; Keane et al. 2009). We use local information that includes stand-level reconstructions of forest structure as well as landscape-level reconstructions from General Land Office and other sources to estimate historical range of variability for our local region.

**Landscape** – visible features of an area of land that includes both its physical and biological elements (Puettmann et al. 2009); or, a spatial mosaic of several ecosystems, landforms, and plant communities across a defined area irrespective of ownership or other artificial boundaries, and repeated in similar form throughout (Helms 1998).

**Old trees** – Old trees have a DBH exceeding 18" and are 160 years old or older (Mehl 1992). To support field identification of old trees, trees should have three out these four characteristics: (1) DBH exceeding 18", (2) possess large branches, (3) have sprawling flat crowns, and (4) have deeply furrowed orange bark (adapted from Mehl 1992 and Brown 2018).

**Resilience**: The capacity of a system to absorb disturbance and reorganize while undergoing change so as to retain essentially the same function, structure, identity, and feedbacks (Walker et al., 2004).

**Resistance**: The ease or difficulty of a disturbance to change a system (Folke et al., 2004).

**Restoration –** Actively assisting the recovery of a system, that has been damaged, degraded, or destroyed, to a more resilient state (modified from SER 2004). Our definition uses historical range of variability (HRV) as a proxy or guide for resilient conditions, assuming historical forest structures were resilient to a variety of disturbances. While HRV is an essential guide, multiple future constraints (e.g., climate change, land-use change) mean that FRV must also be considered in formulating restoration goals.

**Sapling –** A tree that is in its present form more than 4.5 ft tall but has a diameter that is less than 5 inches

**Seedling –** A young tree that is in its present form less than 4.5 ft tall.

**Stand** – a contiguous group of trees sufficiently uniform in age-class distribution, composition, and other aspects of structure, and growing on a site of sufficiently uniform quality, to be a distinguishable unit (Helms 1998).

**Stand-scale** – a scale on the order of up to about a few hundred acres.

**Tree -** any woody vegetation with one to a few dominant stems that is, or could potentially be, > 4.5 ft tall, and a DBH > 5 inches

**Notes**

1. See papers describing climate-related trends, leading and trailing edges, and post-fire regeneration related to climate change (e.g., Shinneman et al. 2016, Parks et al. 2019, Greiser et al. 2020, Rodman et al. 2020).
2. Romme et al. (2009 p. 37-38) and Baker (2020 p. 16-18) provide evidence about the historical variability of understory shrub vegetation. Romme et al. (2009 p. 37) and Paulson and Baker (2006 p. 181-184, 193, 200-211) provide evidence about historical variability in understory forbs and grasses.
3. Reconstructions and historical data suggest basal areas and stand densities were lower and more variable than in current forests.
   - Basal Area
     i. Historical GLO data suggest significant variability in basal area across the San Juan Mtn ponderosa pine zone, but averaging 50 $ft^2$/acre (Baker 2020 Table 7)
     ii. Historical data and reconstructions on the Uncompahgre Plateau similarly demonstrate variability across the landscape, averaging 55 $ft^2$/acre (Binkley et al. 2008) and 45 $ft^2$/acre (Baker 2017).
     iii. Wasserman et al. (2019) reviews HRV for tree density and basal area for other areas of the Southwest.
   - Tree Density
     i. Romme et al. (2009 p. 38-40) made historical estimates from extant old trees and stumps that suggest substantially lower density historically than today. The three sites they reconstructed in the DWRF landscape - Smoothing Iron, Plateau Creek, and Five Pine Canyon - average 15, 17, and 20 trees/acre respectively. These are underestimates of overall tree density since, as Romme et al. explain, smaller stumps likely have disappeared.
     ii. Baker (2020 Table 6) reconstructed tree density for 93 sample polygons across the southwestern San Juan pine zones, with most estimates from the DWRF area. Mean historical tree density for trees > 4” at stump height was 67 trees/acre and the median was 43 trees/acre, with a large variability in density.
     iii. Historical data and reconstructions on the Uncompahgre Plateau similarly demonstrate variability across the landscape, averaging 55 trees/acre (Binkley et al. 2008) and 68 trees/acre (Baker 2017).
     iv. Wasserman et al. (2019) reviews HRV for tree density and basal area for other areas of the Southwest.
4. Restored tree density and basal area promote drought resistance and enhance growth rates for trees of all sizes, and restoring historical tree density and basal area using fire and mechanical methods can help achieve these conditions (e.g. Kolb et al. 2016, Stephens et al. 2020). However, slower-growing trees are more resistant to mortality in intense beetle outbreaks in ponderosa pine (de la Mata 2017), and resilience after mortality from drought and beetle outbreaks is typically from smaller trees and more resistant slower growing larger trees, which often survive beetle outbreaks at a higher rate, and are essential sources of natural recovery (de la Mata et al. 2017, Baker 2018b).
5. See 2.2.1 in *Volume II: Final San Juan National Forest and Proposed Tres Rios Field Office Land and Resource Management Plan* (LRMP) for management direction reference on SJNF lands.
6. Productivity definition from Helms (1998): "Productivity is defined in an ecological context as “the rate at which biomass is produced per unit area by any class of organisms.” Note that productivity refers to a rate of biomass production, so it reflects a site’s intrinsic capability to grow trees"
7. Baker (2018b) and Bryant et al. (2019) identify that resilience to various disturbances (i.e. drought, fire, insects) is likely best created by heterogeneity in:

- Tree genetics (Fischer et al. 2010, Six et al. 2014, Kolb et al. 2016)
- Diversity in tree age and size, density, and basal area (Baker and Williams 2015)
- Natural disturbances (Baker 2018b)

8. Tree sizes, old-growth forests and old-tree characteristics
   - Baker (2020 Figure 8) presented historical size-class distributions from bearing trees directly recorded by GLO surveyors. Baker (2020 Table 9) shows the percentage of GLO bearing trees that exceeded particular diameters, which provides reference information about variability in tree sizes.
   - Romme et al. (2009 p. 44-45) presented age and size-class distributions for remnant old-growth forests, and Romme et al. (1992) provided an overview of the ecological importance of old-growth forests in the San Juan Mountains.
   - Baker (2020 p. 21-26, Table 14 and Figures 12 and 13) presented reconstructions from GLO section-corner and section-line data that show that about 59% of reconstructed historical ponderosa pine forests and 26% of the historical ponderosa pine zone would have met criteria for old growth.
   - See R2FSVeg Spatial Tool Overview p. 12-13 for the Region 2 old-growth definitions used on the SJNF, see Mehl (1992) for general scientific old-growth definitions, and 2.2.1 in the LRMP for management direction on SJNF lands.
   - SJNF digital old-growth atlas is in FSVegSpatial, NRIS_VegPolyLocalCalcs, available from the SJNF GIS coordinator.
   - See Keen age and vigor class descriptions (1936 and 1943)
   - See Brown et al. (2019) for a more nuanced approach to identifying old trees. Based on local resource specialists, there may be a propensity to misidentify some young trees as old based on just size criteria.
   - Water-limited trees may also present old-tree characteristics without being particularly old themselves.
9. Snags and down wood
   - Romme et al. (2009 p. 40-41 and 45-47) and Paulson and Baker (2006 p. 194-195) explain the historical importance of snags and down wood in ponderosa pine forests on the SJNF. Romme et al. explain that there remains considerable uncertainty about the historical abundance of snags and down wood in DWRF ponderosa pine forests, but the ecological values of snags and down wood are clear.
   - Brown et al. (2003) suggest 5-20 tons/acre as an optimal quantity to provide for a range of ecological needs while balancing with fire hazard.
10. Within-stand spatial heterogeneity
   - Baker (2020) found that only the lower 15-24% of the montane zone in the DWRF area historically had generally low tree density, large trees, and relatively frequent fire that particularly promoted classical within-stand heterogeneity in forest structure, but this heterogeneity could also have occurred in some other areas.
   - Romme et al. (2009 p. 39-41) presented evidence that pre-1900 trees in these parts of the DWRF area had a diversity of clump sizes
   - Key reviews of within-stand heterogeneity in ponderosa pine forests are Larson and Churchill (2012) and Churchill et al. (2013).
   - Reynolds et al. (2013 GTR-310) provided similar descriptions of interspaces and openings in old southwestern ponderosa pine forests. Interspaces are areas not under the vertical projection of the outermost perimeter of tree canopies. They are generally composed of grass-forb-shrub communities but also scattered rock or exposed mineral soil. Interspaces do not include meadows,

grasslands, rock outcrops, or wetlands adjacent to, and sometimes within forest landscapes. Interspaces are areas that could, in the future, support tree regeneration.
  - Tuten et al. (2015) provided details about measuring and restoring within-stand heterogeneity in ponderosa pine in the Southwest.

11. Historical landscape variability in tree density, but not in basal area, was higher in DWRF ponderosa pine forests than in similar forests in northern Arizona
    - Baker (2020) found that ponderosa pine forests in the DWRF area were similar to ponderosa pine forests in northern Arizona in median tree density and basal area, but variation in tree density across the landscape was about twice as high, likely due to more topographic diversity and historical variability in fire in the DWRF area.
    - Baker (2020) found that the DWRF area had more open, low density forests and also more dense and very dense forests than in northern Arizona, another indication of more landscape variability in tree density in the DWRF area.
    - Baker (2020) found there was little difference in variability in basal area across DWRF and northern Arizona landscapes.
12. Resistance and resilience to drought, insect outbreaks, and fire are likely enhanced by heterogeneity in tree density and basal area across a ponderosa pine landscape
    - Variability in tree density, basal area, and composition across landscapes likely provides resistance and resilience to disturbances by reducing the uniformity of vulnerability to disturbances and slowing the physical and biological spread of disturbances, thus increasing opportunities for some trees to survive; survivors begin natural recovery and subsequently provide essential seed that furthers recovery and thus resilience after disturbances (e.g., Turner et al. 1989, Graham et al. 2016, Seidl et al. 2018).
13. Forest fragmentation—corridors, edge area, interior area
    - Analysis of these three components of forest fragmentation in the Southern Rocky Mountains is in Knight et al. (2000).
    - Detailed analysis of fragmentation by logging and roads in the San Juan Mountains (McGarigal et al. 2001 p. 327) found: "Roughly half of the mature coniferous forest was converted to young stands; mean patch size and core area declined by 40% and 25%, respectively, and contrast-weighted edge density increased 2- to 3-fold. Overall, roads had a greater impact on landscape structure than logging in our study area. Indeed, the 3-fold increase in road density between 1950–1993 accounted for most of the changes in landscape configuration associated with mean patch size, edge density, and core area."
14. Negron et al. (2000) observed two factors that heightened the probability of roundheaded pine beetle infestation in ponderosa pine.
    - Basal area - stands with basal area (BA) >105 $ft^2$/acre had higher probabilities of infestation. Particularly, stands with BA <73.5 $ft^2$/acre had lower mortality rates. Baker (2020) found that > ¾ of historical ponderosa pine stands had BA <73.5 $ft^2$/acre.
    - Stands with slow growth rates in the past five years (periodic annual growth increments that are <0.26 inches/year) had higher probabilities of infestation. Stands with slowed growth rates were likely responding to a stressor like drought.
15. Genetic diversity can favor trees that are resilient to diverse disturbances, include drought and beetle mortality (Negron et al. 2000 and 2009; Fischer et al. 2010). Additionally, trees that survive outbreaks may be trees that possess traits that are resistant to beetle attack; however, knowing which trees will survive prior to an attack can be difficult (Six et al. 2018).
16. Primary sources of historical fire-history evidence (rates, patterns, and variability) include fire-scar reconstructions (compiled in Baker 2018a), forest age structure (e.g., Brown and Wu 2005), GLO reconstructions (Baker 2020), and early forest atlases, reports, and

newspaper articles (Baker 2018a). Modern data are primarily from records, reports, and mapping by the San Juan National Forest, the Bureau of Land Management, the Monitoring Trends in Burn Severity (MTBS) program, and miscellaneous other government programs.

- Historical low-severity fire burned with a mean rotation of 34 years, a median of 31 years, and a range of 16-59 years (Baker 2018a), and about 32% of the ponderosa pine zones had exclusive low-severity fire over the century prior to about 1880 (Baker 2020)
- Historical high-severity fire was very infrequent, with a fire rotation of 280 years, but evidence of high-severity fire in the century prior to about 1880 was found over 33% of ponderosa pine zones (Baker 2020). Moderate-severity fires were also infrequent and found over 35% of ponderosa pine zones (Baker 2020). The historical fire regime was mixed in severity with low severity predominant.
- Historical fire sizes can be only roughly estimated, but could possibly have rarely exceeded 125,000 acres overall, although with only some of this area in ponderosa pine zones (Baker 2018a).

**References**

Addington, R. N., Aplet, G. H., Battaglia, M. A., Briggs, J. S., Brown, P. M., Cheng, A. S., Dickinson, Y., Feinstein, J. A., Pelz, K. A., Regan, C. M., Thinnes, J., Truex, R., Fornwalt, P. J., Gannon, B., Julian, C. W., Underhill, J. L., & Wolk, B. (2018). Principles and practices for the restoration of ponderosa pine and dry mixed-conifer forests of the Colorado front range. USDA Forest Service General Technical Report RMRS-GTR-373, Rocky Mountain Research Station, Fort Collins, Colorado. https://www.fs.fed.us/rm/pubs_series/rmrs/gtr/rmrs_gtr373.pdf

Aplet, G. H., & Keeton, W. S. (1999). Application of historical range of variability concepts to biodiversity conservation. *Practical approaches to the conservation of biological diversity*, 71-86.

Baker, W. L. (2017). The landscapes they are a-changin ' - Severe 19th-Century fires, spatial complexity, and natural recovery in historical landscapes on the Uncompahgre Plateau. Colorado Forest Restoration Institute, Colorado State University, Fort Collins. https://cfri.colostate.edu/wp-content/uploads/sites/22/2017/10/2017-03-Baker-Uncompahgre-GLO-report_FINAL_CFRI_1704.pdf

Baker, W. L. (2018a). Historical fire regimes in ponderosa pine and mixed-conifer landscapes of the San Juan Mountains, Colorado, USA, from multiple sources. Fire, 1(23), 1-26. https://doi.org/10.3390/fire1020023

Baker, W. L. (2018b). Transitioning western U.S. dry forests to limited committed warming with bet-hedging and natural disturbances. Ecosphere, 9(6), article e02288. https://doi.org/10.1002/ecs2.2288

Baker, W. L. (2020). Variable forest structure and fire reconstructed across historical ponderosa pine and mixed conifer landscapes of the San Juan Mountains, Colorado. Land, 9(1), 1–35. https://doi.org/10.3390/land9010003

Baker, W. L., & Williams, M. A. (2015). Bet-hedging dry-forest resilience to climate-change threats in the western USA based on historical forest structure. Frontiers in Ecology and Evolution, 2(JAN), 1–7. https://doi.org/10.3389/fevo.2014.00088

Binkley, D., Romme, B., & Cheng, T. (2008). Historical forest structure on the Uncompahgre Plateau: Informing restoration prescriptions for mountainside stewardship. Colorado Forest Restoration Institute, Colorado State University, Fort Collins, Colorado. https://cfri.colostate.edu/wp-content/uploads/sites/22/2018/03/HistoricForestStructure_UncMesas.pdf

Brown, James K.; Reinhardt, Elizabeth D.; Kramer, Kylie A. 2003. Coarse woody debris: managing benefits and fire hazard in the recovering forest. Gen. Tech. Rep. RMRSGTR- 105. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 16 p.

Brown, P. M., Gannon, B., Battaglia, M. A., Fornwalt, P. J., Huckaby, L. S., Cheng, A. S., & Baggett, L. S. (2019). Identifying old trees to inform ecological restoration in montane forests of the Central Rocky Mountains, USA. Tree-Ring Research, 75, 34-48. https://doi.org/10.3959/1536-1098-75.1.34

Brown, P. M., & Wu, R. (2005). Climate and disturbance forcing of episodic tree recruitment in a southwestern ponderosa pine landscape. Ecology, 86, 3030–3038. https://doi.org/10.1890/05-0034

Bryant, T., Waring, K., Sánchez Meador, A., & Bradford, J. B. (2019). A framework for quantifying resilience to forest disturbance. Frontiers in Forests and Global Change, 2, 1–14. https://doi.org/10.3389/ffgc.2019.00056

Chapin III FS, Carpenter SR, Kofinas GP, et al. 2010. Ecosystem stewardship: sustainability strategies for a rapidly changing planet. Trends Ecol Evol 25: 241-49.

Churchill, D. J., Larson, A. J., Dahlgreen, M. C., Franklin, J. F., Hessburg, P. F. & Lutz, J. A. (2013) Restoring forest resilience: from reference spatial patterns to silvicultural prescriptions and monitoring. Forest Ecology and Management 291, 442-457. http://dx.doi.org/10.1016/j.foreco.2012.11.007

de la Mata, R., Hood, S., and Sala, A. 2017. Insect outbreak shifts the direction of selection from fast to slow growth rates in the long-lived conifer *Pinus ponderosa*. Proceedings of the National Academy of Sciences 114, 7391-7396. https://doi.org/10.1073/pnas.1700032114

Fischer, M. J., Waring, K. M., Hofstetter, R. W., & Kolb, T. E. (2010). Ponderosa pine characteristics associated with attack by the roundheaded pine beetle. Forest Science, 56, 473–483. https://doi.org/10.1093/forestscience/56.5.473

Folke, C., Carpenter, S., Walker, B., Scheffer, M., Elmqvist, T., Gunderson, L., & Holling, C. S. (2004). Regime shifts, resilience, and biodiversity in ecosystem management. Annual Review of Ecology, Evolution, and Systematics, 35, 557–581. https://doi.org/10.1146/annurev.ecolsys.35.021103.105711

Fulé, P. Z., Korb, J. E., & Wu, R. (2009). Changes in forest structure of a mixed conifer forest, southwestern Colorado, USA. Forest Ecology and Management, 258(7), 1200–1210. https://doi.org/10.1016/j.foreco.2009.06.015

Graham, R. T., Asherin, L. A., Battaglia, M. A., Jain, T. B., and Mata, S. (2016) Mountain pine beetles: a century of knowledge, control attempts, and impacts central to the Black Hills. USDA Forest Service General Technical Report RMRS-GTR-353, Rocky Mountain Research Station, Fort Collins, Colorado. https://www.fs.fed.us/rm/pubs/rmrs_gtr353.pdf

Greiser, C., Hylander, K., Meineri, E., Luoto, M., & Ehrlén, J. (2020). Climate limitation at the cold edge: contrasting perspectives from species distribution modelling and a transplant experiment. Ecography, 1–11. https://doi.org/10.1111/ecog.04490

Helms, J.A., editor. (1998). The Dictionary of Forestry. Bethesda, MD: The Society of American Foresters. 210 p.

Keane, R. E., Hessburg, P. F., Landres, P. B., & Swanson, F. J. (2009). The use of historical range and variability (HRV) in landscape management. *Forest Ecology and Management*, *258*(7), 1025–1037. https://doi.org/10.1016/j.foreco.2009.05.035

Keen, F.P. (1936). Relative Susceptibility of Ponderosa Pines to Bark-Beetle Attack. Journal of Forestry, 34(10), 919–927. https://doi.org/10.1093/jof/34.10.919

Keen, F.P. (1943). Ponderosa Pine Tree Classes Redefined. Journal of Forestry, 41(4), 249–253. https://doi.org/10.1093/jof/41.4.249

Knight, R. L., Smith, F. W., Buskirk, S. W., Romme, W. H., & Baker, W. L. 2000. Forest Fragmentation in the Southern Rocky Mountains. University Press of Colorado, Boulder.

Kolb, T. E., Fettig, C. J., Ayres, M. P., Bentz, B. J., Hicke, J. A., Mathiasen, R., Stewart, J. E., & Weed, A. S. (2016). Observed and anticipated impacts of drought on forest insects and diseases in the United States. Forest Ecology and Management, 380, 321–334. https://doi.org/10.1016/j.foreco.2016.04.051

Larson, A. J. & Churchill, D. (2012) Tree spatial patterns in fire-frequent forests of western North America, including mechanisms of pattern formation and implications for designing fuel reduction and restoration treatments. Forest Ecology and Management 267, 74-92. https://doi.org/10.1016/j.foreco.2011.11.038

McGarigal, K., Romme, W. H., Crist, M., & Roworth, E. 2001. Cumulative effects of roads and logging on landscape structure in the San Juan Mountains, Colorado. Landscape Ecology 16, 327-349. https://doi-org/10.1023/A:1011185409347

Mehl, M. S. 1992. Old-growth descriptions for the major forest cover types in the Rocky Mountain region. Pages 106-120 In: Kaufmann, M. R., W. H. Moir, and R. L. Bassett, editors. Old-growth forests in the Southwest and Rocky Mountain regions, Proceedings of a Workshop. USDA Forest Service General Technical Report RM-213, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado. https://www.fs.fed.us/rm/pubs_series/rm/gtr/rm_gtr213.pdf

Negrón, J. F., McMillin, J. D., Anhold, J. A., & Coulson, D. (2009). Bark beetle-caused mortality in a drought-affected ponderosa pine landscape in Arizona, USA. Forest Ecology and Management, 257(4), 1353–1362. https://doi.org/10.1016/j.foreco.2008.12.002

Negrón, J. F., Wilson, J. L., & Anhold, J. A. (2000). Stand conditions associated with Roundheaded pine beetle (Coleoptera: Scolytidae) infestations in Arizona and Utah. Environmental Entomology, 29(1), 20–27. https://doi.org/10.1603/0046-225x-29.1.20

Parks, S. A., Dobrowski, S. Z., Shaw, J. D., & Miller, C. (2019). Living on the edge: trailing edge forests at risk of fire-facilitated conversion to non-forest. Ecosphere, 10(3), article e02651. https://doi.org/10.1002/ecs2.2651

Parrish, J.D., Braun, D. P., & Unnasch, R. S. 2003. Are we conserving what we say we are? Measuring ecological integrity within protected areas. BioScience 53, 851-860. https://doi.org/10.1641/0006-3568(2003)053[0851:AWCWWS]2.0.CO;2

Paulson, D. D. & Baker, W. L. 2006. The Nature of Southwestern Colorado: Recognizing Human Legacies and Restoring Natural Places. University Press of Colorado, Boulder.

Puettmann, K.J., Coates, K.D., Messier, C., 2009. Silviculture: Managing Complexity. Island Press, p. 206.

Reynolds, R. T., Sánchez Meador, A. J., Youtz, J. A., Nicolet, T., Matonis, M. S., Jackson, P. L., Delorenzo, D. G., & Graves, A. D. (2013). Restoring composition and structure in southwestern frequent-fire forests: a science-based framework for improving ecosystem resiliency USDA Forest Service General Technical Report RMRS-GTR-310, Rocky Mountain Research Station, Fort Collins, Colorado. https://www.fs.fed.us/rm/pubs/rmrs_gtr310.pdf

Rodman, K. C., Veblen, T.T., Chapman, T. B., Rother, M. T., Wion, A. P., & Redmond, M. D. 2020. Limitations to recovery following wildfire in dry forests of southern Colorado and northern New Mexico, USA. Ecological Applications 30, article e02001. https://doi.org/10.1002/eap.2001

Romme, W. H., D. W. Jamieson, J. S. Redders, G. Bigsby, J. P. Lindsey, D. Kendall, R. Cowen, T. Kreykes, A. W. Spencer, and J. C. Ortega. (1992) Old-growth forests of the San Juan National Forest in southwestern Colorado. Pages 154-165 In: Kaufmann, M. R., W. H. Moir, and R. L. Bassett, editors. Old-growth forests in the Southwest and Rocky Mountain regions, Proceedings of a Workshop. USDA Forest Service General Technical Report RM-213, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado. https://www.fs.fed.us/rm/pubs_series/rm/gtr/rm_gtr213.pdf

Romme, W. H., Floyd, M. L., Hanna, D., Crist, M., Green, D., Lindsey, J. P., McGarigal, K., & Redders, J. S. (2009). Historical Range of Variability and current landscape condition analysis: South Central Highlands Section, Southwestern Colorado & Northwestern New Mexico. Colorado Forest Restoration Institute, Colorado State University, Fort Collins. https://cfri.colostate.edu/wp-content/uploads/sites/22/2018/03/Romme_HRVSouthCentral-Highlands1.pdf

Shinneman, D. J., Means, R. E., Potter, K. M., & Hipkins, V. D. (2016). Exploring climate niches of ponderosa pine (*Pinus ponderosa* Douglas ex Lawson) haplotypes in the western United States: Implications for evolutionary history and conservation. PLoS One, 11(3), article e0151811. https://doi.org/10.1371/journal.pone.0151811

Seidl, R., Albrich, K., Thom, D., & Rammer, W. 2018. Harnessing landscape heterogeneity for managing future disturbance risks in forest ecosystems. Journal of Environmental Management 209, 46-56. https://doi.org/10.1016/j.jenvman.2017.12.014

Six, D. L., Biber, E., & Long, E. 2014. Management for mountain pine beetle outbreak suppression: does relevant science support current policy? Forests 5, 103-133. https://doi.org/10.3390/f5010103

Six, D. L., Vergobbi, C., & Cutter, M. 2018. Are survivors different? Genetic-based selection of trees by mountain pine beetle during a climate change-driven outbreak in a high-elevation pine forest. Frontiers in Plant Science 9, article 993. https://doi.org/10.3389/flps.2018.00993

Turner, M. G., Gardner, R. H., Dale, V. H., & O'Neill, R. V. 1989. Predicting the spread of disturbances across heterogeneous landscapes. Oikos 55: 121-129. https://www.researchgate.net/profile/Virginia_Dale/publication/242935497_Predicting_the_Spread_of_Disturbance_across_Heterogeneous_Landscapes/links/0c96052bc661b45163000000.pdf

Tuten, M. C., A. Sánchez Meador, and P. Z. Fulé (2015). Ecological restoration and fine-scale forest structure regulation in southwestern ponderosa pine forests. Forest Ecology and Management 348, 57-67. https://doi.org/10.1016/j.foreco.2015.03.032

Walker, B., Holling, C. S., Carpenter, S. R., & Kinzig, A. 2004. Resilience, adaptability and transformability in social-ecological systems. Ecology and Society 9, 5. https://www.ecologyandsociety.org/vol9/iss2/art5/manuscript.html

Wassermann, T., Stoddard, M. T., & Waltz, A. E. M. (2019). A Summary of the natural range of variability for Southwestern frequent-fire forests. Ecological Restoration Institute Working Paper No. 42, Northern Arizona University, Flagstaff, Arizona. https://cdm17192.contentdm.oclc.org/digital/collection/p17192coll1/id/960/rec/5

**Dolores Watershed Resilient Forest (DWRF) Collaborative**
**Stakeholders Meeting**
**Nov. 4, 2020**
**dwrfcollaborative.org**
**4 pages**

**The meeting was conducted via Zoom. Present were**:
Eric Janes (Retired BLM Hydrologist); Mike Remke, Anthony Culpepper, Aaron Kimple, and Emily Swindell (Mountain Studies Institute); Dana Hayward (San Juan Headwaters Forest Health Partnership); Rich Landreth (City of Cortez); Bill Baker (Retired Ecologist); Becca Samulski (Fire Adapted Colorado); Alex Graf (Wildfire Adapted Partnership); Hannah Millsap (Data Collection for Lone Pine); Molly Pitts (Colorado Timber Industry Association); Bruce Short (Consulting Forester, Short Forestry LLC); Jordan Van Sickle (NRCS), James Dietrich (Natural Resources Coordinator, Montezuma County); Steve Garchar (Dolores County Commission); Phil Ayers (Southwest Colorado Cycling Association); Jimbo Buickerood (San Juan Citizens Alliance); Mike Battaglia (Rocky Mountain Research Station); Mike Preston (Rocky Mountain Restoration Initiative Steering Committee and DWRF Coordinating Committee); Ryan Cox (Colorado State Forest Service); Lo Williams (San Juan National Forest Partnership Coordinator); Derek Padilla, Dave Casey, and Keith Fox (Dolores Ranger District, SJNF); Shauna Jensen (Hydrologist, SJNF); Tim Leishman (Pagosa and Columbine Ranger Districts, SJNF); Jason Lawhon (Rocky Mountain Restoration Initiative Project Manager for the U.S. Forest Service); Danny Margoles (DWRF Coordinator); and Gail Binkly (Meeting Recorder).

## Updates

**Education and Outreach:**

- Danny said the Chicken Creek tour will take place Monday, Nov. 9. Connections between recreation and forest health will be the focus.
- The Salter EA tour will be Friday, Nov. 20.
- Danny will be sending out more information for each tour.
- Rich reported that he presented Cortez's Source Water Protection Plan to the city council at its most recent workshop. It will probably be January when the plan is presented for public comment at a regular council meeting.

**Collaboration with public land agencies:**

▪ Initial cross-collaborative conversations regarding the Collaborative Forest Landscapes Restoration Program (CFLRP) will take place Friday, Nov. 13. Danny sent invitations to people who reached out to him to express an interest. If anyone who would like to participate was overlooked, let him know. DWRF will be well-represented in these conversations. This group will help put together the cross-collaborative structure and will probably have several meetings. This first meeting will offer an introduction to basic elements of CFLRP.

▪ Danny announced that the San Juan National Forest's proposal has been selected as one of the CFLRP projects. There is no funding yet for this area, but the local proposal has been recommended for FY 2022 funding. Even without actual funding being provided, there are some expectations. Upon selection a project has about six months to develop a work plan and a multi-party monitoring structure. That is what the cross-collaborative group will help develop. Aaron said there is a time frame to develop the project's structures, prioritization, third-party monitoring objectives and program. A solid structure should be created and put forth before the funding actually comes in.

▪ Danny said he is postponing the Rocky Mountain Restoration Initiative (RMRI) PODs Prioritization meeting. It may take place the second week in December.

▪ Aaron said RMRI is working actively to gather input from the collaboratives and is appreciative of it. The collaboratives are the foundation on which all of these initiatives were built.

▪ Mike Preston said the Southwest Basin Roundtable is planning a meeting Thursday, Nov. 19, from 3 to 6 p.m., that will be focused on forest health. Danny and Anthony will represent DWRF at the roundtable.

▪ Anthony said a proposal has been submitted for a Colorado Watershed Restoration Grant for the Mancos River Watershed Group. This represents a multi-faceted approach involving instream and riparian work by the Mancos River Resilience Group, a science-based working group, as well as tying that with prescribed fire on private lands upland. The proposal seeks to employ a holistic approach to watershed restoration. It will probably not be known until early next year whether funding will come through.

▪ Danny applied to Onward! A Legacy Foundation for a grant to fund operations and has also applied for other grants from different entities.

▪ Derek said the weather forecast shows a potential for precipitation this weekend. If it arrives, there is a possibility the Dolores District could implement some burning of slash piles. The district might conduct some burning as well northeast of the compressor station on the Dolores-Norwood road, if fuel conditions are sufficiently moderated.

▪ Derek said the district is on schedule with the Salter EA and could release it on Dec. 2, but because of the holidays they will release it in January instead.

**Ponderosa Pine Desired Conditions Document**

Danny gave a brief PowerPoint presentation on a document titled "Ponderosa Pine Ecosystem Resilience Metrics and Desired Conditions". The document is intended to articulate the shared values and vision of the stakeholders and to provide a useful tool for them.

Danny said the metrics and desired conditions were framed largely within the historic range of variability. Other factors must be considered, as well as the future range of variability.

This is an aspirational document. Desired trends may not be achievable within a short timeframe. The document will be revisited and revised periodically as needed.

Danny thanked everyone who participated in drafting and reviewing this document.

**Presentation on Lone Pine**

Mike Remke gave a PowerPoint presentation on "Monitoring Data and Desired Conditions: Lone Pine". These represent basic current conditions – pre-treatment.

Lone Pine is on the east rim of the Dolores River. It is dominated by ponderosa pines. It has productive loam to silt-loam soils with high water-holding capacity. The area has a legacy of historical logging at multiple time points. Now, as a result, it has fairly even-aged stands.

Mike noted that there has been a recent mortality event involving roundheaded and mountain pine beetles. The Colorado State Forest Service has estimated that more than 20,000 acres are infested. On most of that, fewer than 10 percent of the trees have been killed.

All the beetles in the current outbreaks are native to southern Colorado, although this is the first time an outbreak on this scale has been seen.

Mike said the Lone Pine EA lists a number of different objectives. Thinning will occur across all size classes. There will be three different treatments:

- single-tree selection
- commercial thinning
- plantation thinning.

Uneven-aged silviculture involves more than two ages. Historically, uneven-aged stands existed on the San Juan National Forest. They help create resilience to things such as beetles and drought. They create a discontinuity of fuels for fires. There are open areas, areas with young trees, etc.

Fires were historically frequent in the ponderosa pine system and they varied in intensity. Tree density, crown base height and shrub cover can influence fire behavior.

Mike discussed the MSI plots and how they are measured and counted. There are 14 different monitoring units set fairly far apart, each representing different things. These units are highly variable. Among the data measured are the trees inside, the presence of bark beetles, the understory, grasses and forbs, and invasive species.

He reviewed Ormiston geography. In this block there are nine commercial thinning units, 12 single-tree selection units, and two units with a 20-inch diameter cap. The two units are in the

Ferris area near the Lower Dolores River. They were treated in 1998 as part of the Ponderosa Pine Partnership, an effort to pursue forest restoration and improve the forest-products industry in Montezuma County.

An important question regarding the two monitoring units in the Ferris area was what their basal area was post-treatment. Mike said this treatment did result in uneven-aged development and some large timber that can be removed. The area does have some undesirable characteristics, such as beetle mortality. Regeneration is occurring on Ferris in dense pockets of small trees, but seedlings are not common across the landscape. Dry conditions might inhibit ponderosa pine regeneration.

Ormiston is highly variable in stand conditions. Stocking densities are relatively high. Tree mortality is up to 12 percent. There is high variation in canopy cover. Crown base height is relatively high, close to 17 feet, which is normal for mature ponderosa pine forests. There are diverse species of shrubs. There is minimal grass cover in all these plots and the forb cover is even lower. Fuel-load levels are low across all fuel classes.

Mike said he is not comfortable drawing any inferences regarding patterns in Ormiston at large. This talk discussed a small subsection of a small amount of a large area. The monitoring units provide information on specific portions of Lone Pine.

Overall, Lone Pine is a highly variable landscape. Regeneration is variable. Beetle mortality rates also vary. Fire risk is highest in stands with higher densities and lower crown base heights. A key question is: What level of fire activity are we comfortable with?

Mike said the Salter EA provides an excellent opportunity to start thinking about what monitoring will be needed.

He said the wood-products and social-dimension portions of this data, including recreation values, were left out. That is something to consider in the future.

***Next steps:***
→ Mike Remke will work on annotating the Lone Pine PowerPoint so that it can eventually be disseminated to stakeholders and posted on the DWRF website.
→ The Ponderosa Pine Desired Conditions document will also be posted on the DWRF website.
→ Danny will send out more information regarding the upcoming Chicken Creek and Salter tours.
→ Danny will send out invitations to the RMRI PODs assessment meeting when it is rescheduled.
→ At the next DWRF meeting, he will bring back information on the cross-collaborative CFLRP conversation.

**Dolores Watershed Resilient Forest (DWRF) Collaborative**
**Stakeholders Meeting**
**Dec. 2, 2020**
**dwrfcollaborative.org**
**7 pages**

**The meeting was conducted via Zoom. Present were**:
Ellen Roberts (Southwest Colorado Wildfire Mitigation Impact Fund); Brenna Gaber (Biology Student, Fort Lewis College); Steve Garchar (Dolores County Commission); Molly Pitts (Colorado Timber Industry Association); David Sitton (Aspen Wall Wood); Andrew Hawk (Timber Age Systems of Durango); Tim Kyllo (Rocky Mountain Restoration Initiative Steering Committee and Montrose Forest Products); Eric Janes (Retired BLM Hydrologist); Bruce Short (Consulting Forester, Short Forestry LLC); Bill Baker (Retired Ecologist); Ed Millard (Montezuma County Representative to Southwest Basin Roundtable); Ken Curtis and Eric Sprague (Dolores Water Conservancy District); Mike Preston (RMRI Steering Committee and DWRF Coordinating Committee); Anthony Culpepper and Michael Remke (Mountain Studies Institute); Duncan Rose (Trout Unlimited); Rebecca Samulski (Fire Adapted Colorado); Alex Graf (Wildfire Adapted Partnership); Robert Meyer (Mancos Trails Group); Tim Reader (Colorado State Forest Service); Travis Bruch, Keith Fox, Derek Padilla, Brad Pietruszka, and Pat Seekins (Dolores Ranger District, San Juan National Forest); Jamie Johnson (Montezuma Land Conservancy); Jordan Van Sickle (Natural Resources Conservation Service in Cortez); Rich Landreth (City of Cortez); Danny Margoles (DWRF Coordinator); and Gail Binkly (Meeting Recorder).

**Updates**

**Forest products industry development**: David Sitton said he has been working with Horizon Environmental Services to make an excelsior product that is more like straw than typical fine excelsior fiber. They have found that aspen is much easier to work with than pine because it is less brittle. It is being developed for fire mitigation, particularly on steep slopes and in remote locations, and is being used now on the site of the East Canyon Fire, which burned this summer on Bureau of Land Management and private lands near Mancos. The product can be hand-spread. However, it currently does not meet Forest Service specifications regarding the size of the wood fiber. Aspen Wall Wood and Horizon Environmental Services are working to get the Forest Service specifications changed to allow this size of wood fiber so it can be used on national forest land. The hope is that this is a product that can be put out as part of post-fire mitigation.

Anthony said MSI has used excelsior fairly extensively. It has the ability to stay on the ground and not blow around like straw.

In response to a question, Brad said the product probably is flammable but is generally used on slopes that have already been severely burned.

David said this meets Colorado Department of Transportation specifications, so it can be used on road construction work.

**Collaboration with land management agencies:**

▪ **Collaborative Forest Landscapes Restoration Program (CFLRP):** Danny said the initial cross-collaborative meeting regarding CFLRP was very useful. Representatives of different collaboratives attended. There was discussion of group governance and future working groups, the need to develop norms and operating principles, and more. However, there may not be funding to do such work, as the CFLRP funding may not actually be delivered for a year. Anthony and Dana Hayward of MSI are to look into routes for getting a facilitator on board to do cross-collaborative discussions and help the group advance. In addition, a project prioritization and a science and monitoring group will have to be developed fairly soon. Danny is excited these conversations are beginning. The next meeting will probably be in January or February. Anyone new who wants to participate should contact him.

▪ **Rocky Mountain Restoration Initiative (RMRI):** Danny said conversations have been taking place about the next steps for the PODs prioritization effort. He and Anthony have been speaking with some members of the RMRI Steering Committee. They will be structuring a series of meetings starting in January to gather input from the two collaboratives as well as outside specialists on developing a shared understanding of the goal of this tool and how to use it. The meetings will be open to everyone who wants to participate. People will be doing the prioritization exercise on their own and then coming together as a group to work on areas of agreement and disagreement regarding higher- and lower-priority PODs, etc.

Mike Preston said the core of the POD exercise is to attach the values of water, wildlife, recreation, and community resilience to the landscape and prioritize over a ten-year work program.

Bill Baker expressed concerns about openness and transparency. He said people should be able to see the agenda for the meeting and receive a report about it. He said there are people who are puzzled about what is happening with RMRI and the process should be more open in order to mesh with CFLRP. Ed Millard supported Bill's concern, saying he has asked repeatedly to be added to two email lists regarding RMRI but doesn't believe he has yet been added.

Anthony and Danny said they are trying to make the process as open and transparent as possible.

Mike Preston said an instrument is being developed so people can work either as groups or as individuals to respond to a survey and enter their input on PODs. A great deal of emphasis has been put on trying to do these exercises within the collaborative framework. The opportunity to participate will be widespread. Mike will make sure Ed is added to the email lists. Mike said the RMRI process is just getting started. No one who is interested in participating will be excluded.

Mike Remke said he didn't know he had been named to an advisory group for RMRI until the public meeting. More communication would be helpful.

Danny said the points regarding increased openness are well taken. He does not think there is any intention to hide what is happening, people are just learning as they go.

Mike Preston said he will take these points back to the Steering Committee.

Anthony provided a link to a brief description of what PODs are: https://cfri.colostate.edu/2019/08/27/new-publication-collaboratively-engaging-stakeholders-to-develop-pods/#:~:text=Potential%20Operational%20Delineations%20(PODs)%20are,management%20objectives%20and%20incident%20response.

Robert Meyer said it seems that the PODs that have more intensive recreation, such as Boggy Draw and Chicken Creek, are few. Mike Preston said some of the pods will be heavily recreation-oriented, while others will have different emphasis areas such as hunting or wildlife. People will have a chance on every survey to weight every POD. The exercise is aimed at trying to figure out what are the most critical PODs.

**Resilient forests and communities (2020 wildfire update):**
Brad said a total of 702,000 acres burned in the state of Colorado in 2020. That amounted to 113 percent of the acreage burned in 2002 – which had been the worst year for wildfire in the state until this year. However, 2020 was a below-average year in the local area in terms of acres burned. On the San Juan National Forest, the largest wildfire this year was the 596-acre Ice Fire outside of Silverton. This was fortunate, as Southwest Colorado had a very average snowpack that melted quickly and a sub-par monsoon season in 2020.

Pat Seekins said this year was unprecedented in regards to wildfire nationwide. There were epic fire runs and multiple fires or more than 100,000 acres. The 209,000-acre Cameron Peak Fire west of Fort Collins, which is now the largest in Colorado history, began in early August and is still burning, though it is winding down. The East Troublesome Fire near Estes Park became the second-largest in state history, with 194,000 acres, while the Pine Gulch Fire north of Grand Junction is now the third-largest, with 139,000 acres burned. Pat commented that breaking the record three times in one year is amazing. He said the Pine Gulch Fire showed extreme behavior. At 7 in the morning it would already be well-established and would make a significant run even without any wind, and there was a great deal of night-time fire activity. Nothing is typical fire behavior any longer. California and Colorado are seeing major wildfires every other year or so, not just every five to 10 years, and this sort of extreme behavior is expected to continue.

Pat said it is critical to be proactive on forest management. Locally, increased use of prescribed fire and fuels treatment would be helpful in preventing devastating conflagrations, but conditions must be right. 2019 was a great year for implementing such treatments. 2020 was not. Little could be done other than fire suppression.

In response to a question about why there weren't major wildfires in Southwest Colorado, Pat said there were not as many fire starts in the local area. Here, wildfires were mainly sparked by lightning. The fires on Colorado's Front Range were mostly human-caused. He said the terrain on the Front Range is definitely different than that on the Western Slope, with the Front Range having steeper slopes and being more like southern California.

**Presentation by Brenna Gaber**

Brenna gave a PowerPoint presentation of her senior thesis work regarding "Ponderosa Pine Characteristics Associated with Roundheaded Beetle Infestation in Southwest Colorado". She thanked Mike Remke for his help.

She said there are approximately 2 million acres of ponderosa pine forest in Colorado. Ponderosa is one of the most widespread pine species in the United States. However, there are many changes in these forests because of anthropogenic influences in the 1800s that are having consequences in the present time.

In her research, she looked for the presence of roundheaded and mountain pine beetles. Both are types of *dendroctonus*. 2011 was when the presence of roundheaded beetles was first noted near Dolores. *Dendroctonus* has now spread across 22,000 acres of the San Juan National Forest.

The study site was located in the Dolores District next to Narraguinnep Canyon. For her study there were 28 plots – 14 green (with no infested trees) and 14 infested.

Some findings were:

- There were no significant differences between green and infested plots for individual tree characteristics regarding size or ratio.
- Dead trees were slightly larger in diameter at breast height (dbh) compared to green trees.
- Stand density and basal area were significantly higher in the infested plots.
- Other factors that influenced beetle infestation included growth rate and already stressed trees.

Brenna said researchers' recommendations were a combination of thinning and prescribed burning. Thinning can increase forest resilience, decrease susceptibility to insects and severe wildfires, and create the heterogenous structure that is desired in ponderosa pine forests. Prescribed burning improves stand regeneration, resilience, productivity, and heterogeneous structure. She would recommend starting with thinning in order to reduce the fuel load, then using prescribed burning.

Bill Baker said some old literature regarding ponderosa pine indicates they aren't good at self-thinning. The researchers believed that beetles might be one of the best thinning agents because they cull some trees that aren't well-adapted to the environment.

Mike Remke said this was a good point. These are native beetles. Data from the Colorado State Forest Service indicates there will be mortality of less than 10 percent in most of the geography involved in this area. Some other places have more than 90 percent mortality. These outbreaks are in very small pockets and are creating openings. There is a green forest right next to the outbreak pockets.

Brenna said she believes there might be concern about dead trees leading to potential fire severity because they are so dense.

***Next steps:***
→Danny can share PowerPoints by Associate Professor Stephanie Kampf of Colorado State University and research biogeochemist Charles Rhoades from Rocky Mountain Research Station regarding the effects of beetle infestations if anyone is interested.

**Presentation by Duncan Rose**

Duncan gave a PowerPoint presentation on "State of the Upper Dolores, 2020". The Dolores River Anglers chapter of Trout Unlimited provides an overview on the state of the Upper Dolores every year.

Duncan noted that wildfires are bigger and more intense. The 20 largest in Colorado history have all occurred since 2002.

**2019 insect and disease update:** North of Highway 145, Western spruce budworm and Sudden Aspen Decline (SAD) continue to expand rapidly, with drought and warmer winters fueling the expansion. In 2020, Taylor, Little Taylor and Tender Foot creeks were almost completely dewatered by drought. As water levels drop, more algae is present. In 2018, all trout populations in four other creeks – Spring, Morrison, Coke Oven, and East – were lost. All four were cutthroat streams. None have yet recovered. With the addition of the three creeks this year, seven out of 27 known cutthroat streams on the Upper Dolores watershed have lost populations. Will they recover through natural migrations? That is not known.

The Upper Dolores Stream Protection Working Group, which was formed in 2018, is made up of senior and executive staff from SJNF, DWCD, Colorado Parks and Wildlife, and Dolores River Anglers/Trout Unlimited. They formed a framework for analyzing streams and the major disturbances underlying the transition going on in the trout populations. They created a list of tools for stream protections.

Duncan discussed different types of zones in relation to the question: Where do we invest limited money and resources?

- Zones where trout populations have been lost and it is unlikely that they will be able to sustain a trout population again.

- Threatened zones where it may be beneficial to focus on resilience treatments, possibly including introducing other suitable trout species such as desert trout.
- Persistent zones, which are where the longest-term investments should be focused.
- Emergent zones that may become trout habitat but currently are not.

Duncan said it needs to be understood that zones may transition from one category to another over time.

The Working Group came up with a list of streams and rated each 1, 2 or 3. Those rated 1 are most likely to persist through the end of the century.

The most vulnerable trout populations are in small watersheds and low-elevation headwaters. This is related to precipitation. Dewatering is closely related to soil/subsoil moisture, which affects summer base flows. Lower stream levels lead to warmer waters.

Recommended focus areas are in large watersheds with high-elevation waters. The second priority is streams with cutthroat trout.

The Upper Dolores Stream Protection Working Group is seeking an Outstanding Waters designation. This is a state designation awarded by the Colorado Water Quality Control Commission. It is focused on preventing degradation of the designated waters. All the candidate stream reaches are contained entirely within the SJNF, not on private property.

There is a total of 25 candidate streams, with 16 in the Animas/Gunnison/San Juan watersheds and nine in the Dolores watershed. Dolores River Anglers is the nominating group for the nine in Dolores. They presented their proposal two weeks ago. In June 2022 there will be a hearing on the designation.

Duncan said every protection that can be put in place should be implemented because local cutthroat populations are being lost.

In answer to a question, Duncan said individuals can provide support for the designations through a comment period. DWRF is one avenue.

***Next steps:***
→Danny will email Brenna's and Duncan's presentations to stakeholders.

**DWRF Tour Debrief**

Danny said the Salter EA will probably be released on Jan. 6, the day of the next DWRF stakeholder meeting, and there will be a brief overview of the EA during the meeting. Stakeholders will identify what next steps the collaborative wants to take in discussing components of the EA.

Danny gave a brief recounting of two recent DWRF tours – one of Chicken Creek and one of the Salter EA area. There was excellent attendance at both.

Derek said one takeaway was the importance of recreation in some areas. Forest managers incorporated some of that into the Salter analysis process.

Mike Remke said even-aged, homogenous stand structures emerged in the treated areas in Chicken Creek, and while that may be acceptable there, it's important that management prescriptions move the forest toward desired conditions. This is an important conversation as the Forest Service moves on to bigger EAs. These projects need to move toward improved forest health in the long term in a way that is friendly to implementers.

Danny commented that spatially diverse structure is listed among DWRF's desired conditions and in the SJNF management plan.

Danny talked about a visit that was made during the Salter EA tour to a previous treatment area in ponderosa pine forest. It was good to look at the on-the-ground outcomes of ecologically focused treatments meant to also improve economic viability that were done more than 20 years ago. Generally the treated area looked good. There were multiple age classes and advanced regeneration.

A number of scoping comments came up during the Salter tour regarding desired vs. existing conditions, alternative actions within the EA, and differing components of those prescriptions. There were specific questions regarding transportation. Ken Charles, town manager for Dolores, highlighted the need to inform the community about increased truck traffic through the town as a result of logging.

# Ponderosa Pine Characteristics Associated with Round-headed Beetle Infestation in Southwest Colorado.

Presented By Brenna Gaber
Research complete by Brenna Gaber, Dr. Julie Korb and Dr. Michael Remke.
Fort Lewis College Biology Department
November 30, 2020

# Ponderosa Pine

- Ponderosa pine (*Pinus ponderosa*) is one of the mostly widely spread pine species in the US (CSFS,2020).
- Ponderosa pine stands in the SW traditionally are low-density, heterogeneous stands that burned with frequent low-intensity fires.
- Structure has changed due to anthropogenic influences
  - Cattle grazing
  - Fire exclusion
  - logging

# *Dendroctonus spp.*

## Round-headed Pine beetle (*Dendroctonus adjunctus*):





## Mountain Pine Beetle (*D. ponderosae*):







Retrieved from:
http://www.barkbeetles.info/regional_chklist_target_species.php?lookUp=484&image=USNMENT01356612_Dendroctonus_ponderosae_lt_f_lateral&curPage=0and
https://www.barkbeetles.info/regional_chklist_target_species.php?lookUp=476&image=USNMENT01356603_Dendroctonus_convexifrons_ht_f_lateral&curPage=0

FS-000312

# Purpose:

- Over the last decade Dendroctonus has spread coving 22,000 acres of the San Juan National Forest in Southwest Colorado.

- The purpose of this research was to quantify stand and individual characteristics associated with *D. adjunctus* and *D. ponderosae* beetle kill pockets within ponderosa pine stands adjacent to Narraguinnep Canyon. Further, the purpose of this research was to assist with management recommendations to limit *Dendroctonus spp.* Infestations.

- We **hypothesized** that stand characteristics associated with beetle outbreak and high mortality would include high stand densities, larger diameter at breast height, and that outbreaks would occur in areas with other natural stressors such as fire and drought.

# Dolores Ranger District




Figure 1. Study site adjacent to Narraguinnep Canyon, located in the Dolores Ranger District. Map created by Michael Remke, 2020.

# Dolores Ranger District




Figure 1. Colorado map that displays reported cases of *D. adjunctus* (USDA in the Forest Insect and Disease Conditions in the Rocky Mountain Region, 2019).

# Methods

- N=28 plots
  - 14-Green plots, no infested trees.
  - 14-Infested plots, at least one tree with beetle evidence and a DBH greater than 12.7cm
- Each plot had a fixed radius of 15m and all trees within 37.5ft with a DBH greater than 12.7cm
- Collected variables include: Diameter at breast height, crown base height, crown ratio, total tree height, basal area, stand density.

# Results: Individual Tree Characteristics

Table 1. Tree characteristics for green and infested ponderosa pine stands in southwest Colorado (N=14). Nothing was indicated as significant at the $p \leq 0.05$ based on an independent sample T-test. plots (N=14). There were no significant results for any tree characteristics with $p < 0.05$.

| | Green | Brown |
|---|---|---|
| Height (ft) | 50.39 (4.21) | 50.57(2.41) |
| CBH (ft) | 17.24 (1.14) | 18.44 (1.65) |
| Crown Ratio | 0.34 (0.02) | 0.36 (0.03) |
| Quadratic Mean Diameter | 35.78 (3.48) | 33.72 (1.84) |
| DBH (cm) | 31.46 (2.21) | 32.54 (1.88) |

# Results: Individual Tree Characteristics




Figure 2. Total trees per hectare in infested and green plots within each diameter at breast height class (A-F). Each bin is 10cm.

# Results: Individual Tree Characteristics

Table 2. Tree height and DBH among individual trees from infested stands. There were no significant results for produced between any of the mortality classes with $p < 0.05$ using a Levene's Test for Equality of Variances, T-test.

| | Total number of trees (N) | Average DBH (cm) | Average Height (ft) |
|---|---|---|---|
| Brown | 22 | 31.92 ±2.81 | 44.69 ± 2.41 |
| Green | 16 | 31.84 ± 1.71 | 53.54 ± 1.50 |
| Dead | 54 | 35.53 ± 1.51 | 51.55 ± 1.98 |

# Results: Stand Characteristics




Figure 3. Average basal area for infested stands (34.42 $m^2/ha \pm 5.77$) and green stands (20.69$m^2/ha \pm 3.25$). Average stand density for infested (387.1 trees/ha ± 64.04) and green stands (216.4 trees/ha ± 24.52) N=14.

# What does this mean

- Many of the individual tree characteristics were found to be insignificant when determining patterns of *Dendroctonus spp*. infestations.
  - CBH, DBH, quadratic mean diameter crown ratio, total tree height, and decay class.

- Another 2009 study found *that D. adjunctus* prefers trees with a DBH between 15-20cm ([b] Negron et al., 2009). Our study found most infested trees had a DBH around 20-39.9cm.

# What does this mean

- Both stand density and basal area were shown to be significantly different between infested and green plots. Each is higher in the infested plots.
- *Dendroctonus spp.* are infesting areas where the stands are more dense (more trees per acre).
- This is in agreement with other studies including [a]Negron et al. 2009 and Mccambridge et al. 1982.
- Other factors found to influence beetle infestation included growth rate and already stressed trees ([a]Negron et al., 2009 and Fischer et al., 2010)

# Management Implications

- Thinning
  - Decrease susceptibility to insect infestation and high severity fire (Morris et al., 2017 and Korb et al., 2019).
  - Increases biodiversity and forest resilience and productivity. (Jenkins et al., 2008, Hood et al., 2016 and [b]Negron et al., 2009)
  - Restores heterogeneous structure and reduces stand density (Romme et al., 2000).
  - Recommend removing trees of various sizes and DBH.

# Management Implications

- Prescribed Burning
  - Improve *P. ponderosa* regeneration and stand resilience (Zausen et al., 2005 and Reynolds et al., 2013).
  - Restore Heterogeneous structure.
  - Increase trees susceptibility to insect infestation (Korb et al., 2019, Negron et al., 2009, and Zauner et al., 2005).
- Combination of prescribed burning and tree thinning. Begin with tree thinning to reduce fuel load and later introduce prescribed fire.

# References Cited:


Colorado State Forest Service (CSFS). 2020. Ponderosa Pine [online]. https://csfs.colostate.edu/colorado-forests/forest-types/ponderosa-pine/#:~:text=The%20ponderosa%20pine%20(Pinus%20ponderosae,of%20the%20state's%20forested%20land. [accessed on September 11, 2020].

Fischer, M.J., K.M. Waring, R.W. Hofstetter, and T.E. Kolb. 2010. Ponderosa Pine Characteristics Associated with Attack by the Roundheaded Pine Beetle. Forest Science 56 (5):473-483.

Hood, S.M., S. Baker, and A. Sala. 2016. Fortifying the forest: thinning and burning increase resistance to a bark beetle outbreak and promote forest resilience. Ecological Applications 26 (7):1984-2000 .

**Jenkins, M.J., E. Hebertson, W. Page, C.A. Jorgensen. 2008. Bark Beetles, Fuels, Fires and Implications for Forest Management in the Intermountain West. Forest Ecology Management 254 (1): 16-34.**

Korb, J. E., P.J. Fornwalt, C. S. Stevens-Rumann. 2019. What drives Ponderosa Pine Regeneration Following Wildfire in the Southwestern United States. Forest Ecology and Management 454.

[a]Negron, J.F, J.L. Wilson, and J.A. Anhold. 2009. Stand Conditions Associated with Roundheaded Pine Beetle (Coleoptera: Scolytidae) Infestations in Arizona and Utah. Environmental Entomology 29 (1): 20-27.

[b]Negron, J.F, J.D. McMillin, J. A. Anhold, and D. Coulson. 2009. Bark beetle-caused mortality in a drought-affected ponderosa pine landscape in Arizona, USA. Forest Ecology and Management 257 (4): 1353-1362.

Mccambridge, W.F., F.G. Hawksworth, C.B. Edminster. 1982.Ponderosa Pine Mortality Resulting from a Mountain Pine Beetle Outbreak.. Rocky Mountain Forest and Range Experiment Station, Forest Service, U.S. Department of Agriculture: 1-7.

Morris, J.L, S. Cottrell, C.J. Fettig, W.D. Hansen, R.L. Sherriff, V.A. Carter, J.L. Clear, J. Clement, R.J. DeRose, J.A. Hicke, P.E. Higuera, K.M. Mattor, A.W.R. Seddon, H.T. Seppa, J.D. Stednick, and S.J. Seybold. Managing bark beetle impacts on ecosystems and society: priority questions to motivate future research. 2017. Journal of Applied Ecology 54: 750-760.

Reynolds, R.T., A.J. Sanchez Meador, J. A. Youtz, T. Nicolet, M.S. Matonis, P.L. Jackson, D.G. Delorenzo, A.D. Graves. 2013. Restoring Composition and Structure in Southwestern Frequent-Fire Forests: A Science Based Framework for Improving Ecosystem Resiliency [online]. https://www.fs.fed.us/rm/pubs/rmrs_gtr310.pdf [Accessed on November 23, 2020]

**Dolores Watershed Resilient Forest (DWRF) Collaborative**
**Stakeholders Meeting**
**Jan. 13, 2021**
**dwrfcollaborative.org**
**6 pages**

**The meeting was conducted via Zoom. Present were**:
Pat Donovan (representing Sen. Michael Bennet's Office in Washington, D.C.); John Whitney (Western Slope Regional Director for Senator Bennet); Molly Pitts (Colorado Timber Industry Association); Tim Kyllo (Montrose Forest Products and Rocky Mountain Restoration Initiative Steering Committee); Steve Garchar (Dolores County Commission); Gigi Richard (Fort Lewis College Four Corners Water Center); Bill Baker (Retired Ecologist); Eric Janes (Retired BLM Hydrologist); Bruce Short (Consulting Forester, Short Forestry LLC); Ken Curtis (Dolores Water Conservancy District); Gretchen Rank (Mancos Conservation District and Mancos Watershed Group); Duncan Rose (Trout Unlimited); Alex Graf (Wildfire Adapted Partnership); Phil Ayers (Wildfire Adapted Partnership board and Southwest Colorado Cycling Association); Derek Padilla, Travis Bruch and Matthew Tuten (San Juan National Forest); Jason Lawhon (RMRI Project Manager for U.S. Forest Service); Mike Battaglia (Rocky Mountain Research Station); Jamie Johnson (Montezuma Land Conservancy); Mark Loveall and Ryan Cox (Colorado State Forest Service); Jimbo Buickerood (San Juan Citizens Alliance); Jordan Van Sickle (Natural Resources Conservation Service in Cortez); Brandy Richardson (San Juan National Forest); Mike Preston (RMRI Steering Committee and DWRF Coordinating Committee); Anthony Culpepper, Dana Hayward, Michael Remke, and Aaron Kimple (Mountain Studies Institute); Jim Spratlen (Emergency Manager, Montezuma County); James Dietrich (Natural Resources Coordinator, Montezuma County); Ken Charles (Dolores Town Manager); Patt Dorsey (Wild Turkey Federation); Danny Margoles (DWRF Coordinator); and Gail Binkly (Meeting Recorder).

## Outdoor Restoration Force Act

John Whitney spoke about the Outdoor Restoration Force Act that Sen. Michael Bennet introduced late last year. The senator believes that forests and watersheds are foundations of the economies in the West. They are a key part of the nation's infrastructure but have been too long neglected in terms of funding and resources. When Senator Bennet toured the state this summer he saw the devastation resulting from mega-fires. Considering climate change and the ongoing drought, it's clear that the danger of such wildfires will continue, so he believes a better approach is needed. The knowledge of how to do forest restoration certainly exists, but often the funding and means to take action are lacking. This bill offers the way to make the investment needed for restoration and resilience projects.

Pat Donovan said this bill, which would establish a $60 billion outdoor restoration fund, would create a vast and flexible funding stream to provide money quickly for projects across public and private land that are ready to implement or are in the planning stage. This could create or sustain up to 2 million good-paying jobs. It would save money overall because mitigation and

prevention are less costly than combating and recovering from natural disasters such as wildfires and floods. The bill's backers hope to introduce it in the next few weeks.

Mike Preston asked where collaboratives fit in with this funding. Pat said the bill would make $20 billion directly available to state and local governments, tribes, special districts, and non-profits to hire individuals. It would be administered by an advisory council that would include representatives from industry and various experts who could prioritize projects and move money where it's needed most. The other $40 billion is in a partnership for supplemental funding for the agencies to meet a broad set of goals.

John spoke about the importance of the Joint Chiefs Landscape Restoration Partnership, which involves the U.S. Forest Service and NRCS. Senator Bennet and others are working to enshrine that initiative into federal law and give it a solid funding stream. They are also keeping an eye on funding for the Collaborative Forest Landscapes Restoration Program (CFLRP).

Mike Preston recommended that DWRF stakeholders consider what they can do to support this. DWRF is one of the collaboratives that would benefit from it. Jimbo said beyond the collaborative his organization and possibly other organizations and entities would fully support this.

John said if anyone's organization wants to send a formal letter of support, that is fine, or the senator's staff can include the names of supporting organizations in a press release.

**Next steps:**
→ Danny offered to draft a general letter of support and circulate it within the collaborative.
→ This conversation will continue.

## Updates

**Community education and outreach:** Ken asked whether DWRF has gotten many responses from the postcards it sent out promoting rapid risk assessments in Dolores.

Danny said they have received few responses, not as many as he had hoped for or anticipated. He said they sent information to property owners but many actual owners live outside of the area and the people actually in the homes are renters. He has not yet checked to see how many people have visited the website yet.

**Collaboration with Land Management Agencies:**
**Salter EA Timeline:** Derek said Dolores District officials are addressing some elements of the EA and this will push the timeline back. They are aiming for Jan. 27 as the new target date for the release. Danny said space will be made in the next DWRF stakeholder meeting agenda to discuss the EA if it is released by then, or the discussion can be pushed back another month. Derek discussed concerns about truck traffic through the Town of Dolores that would result from logging operations. The analysis done for the Salter EA concluded that there could be

about nine loads of material going through the town on any given day. The district also did an analysis of actual loads from other projects they have going on. The highest number they have seen on any day is 16. That does not factor in other logging activities taking place on private land, the potential for more than one timber sale, or stewardship contracts, but they do not anticipate a level of traffic that will be very impactful to the town.

**Next steps:**
→ When the EA is released Danny will send a link to the group.

**RMRI PODs prioritization process:** Danny thanked everyone who filled out the survey. The survey has space for comments and these will all become part of the permanent record, providing a great deal of context. DWRF will be able to use all this information. Danny said to reach out to him directly with questions about filling out the survey. The survey was due on Friday, Jan. 15.

**Resilient forests and communities:** Ken Charles said Dolores town officials are interested in discussing fire mitigation activities on the northern edge of the town. The town is purchasing the Harris property and has purchased a great deal of canyon wall property on the northern edge of town. It now owns a sizable swath from the water dock to Tenth Street. Danny said this is a huge opportunity for the collaborative to work with the town on fire mitigation. Danny, Ken and anyone else who is interested will be discussing this further.

**Collaboration and Public Participation with the SJNF**

Danny said the coordinators of different local collaboratives met with the Forest Leadership Team on Dec. 17 to begin discussing how the collaboratives and Forest Service work together and to provide some sideboards and common language. The conversation is happening but is not far along. This is a very important conversation that will help with aligning expectations. Derek said this is largely about developing common language so when the parties do engage they are speaking the same way about terms such as “collaborate,” “inform” and others.

**COVID’s Impacts on Colorado’s Forest Products Industry**

Molly presented a PowerPoint on how COVID-19 has affected the timber industry.

The stay-at-home order issued by Colorado Gov. Jared Polis on March 25 left questions about what were essential businesses. Some timber businesses shut down, while others did not. Others shut down for just a day or so. Molly worked closely with State Forester Mike Lester, the director of the Colorado State Forest Service, to get logging and wood products identified as essential.

All timber businesses implemented safety protocols. Most mills involve socially distanced work.

Initially, the lumber market dropped significantly. The Forest Service issued a SOPI (Substantial Overriding Public Interest). which allows timber-sale contracts to be extended. The markets stayed down in April and May, partly because housing starts had dropped 30 percent. But June

brought significant improvement, and from July through September everything kept rising. Prices for some types of wood were up as much as 88 percent in the last six months. Colorado's industry didn't slow down much, but some large businesses in the Northwest shut down for extended periods. Washington, Oregon and California had significant fire seasons that impacted some of the manufacturing.

Molly said a huge migration from cities to rural areas is taking place because many people are now working remotely. The demand for homes in rural communities is skyrocketing. Also, because people are spending so much time at home, renovations of existing houses have gone through the roof.

In addition, many consumers are ordering goods online and those products arrive in cardboard boxes, requiring more timber.

**Looking forward:**

- Prices are likely to stay up in the short term. Housing starts are still growing. The availability of homes is tight.
- Production is still impacted
- This is not necessarily sustainable long-term. New mills are coming online. Increased production will create more supply.

**2020 Colorado Forest Action Plan Overview and Local CSFS Updates**

Mark Loveall, supervisory forester of forest planning and implementation with CSFS in Durango, gave a PowerPoint on the 2020 Colorado Forest Action Plan.

Mark said the plan has been well over a year in production. The first scoping meetings took place in 2019. This plan is a road map for CSFS and partners to improve forest health in Colorado. It includes analysis of forest trends statewide, solutions and guidance for producing forest health. It was created by CSFS staff both state and local. Partners' and shareholders' input was essential.

The preparation of the plan is mandated by Congress. All state and forestry agencies are required to produce an action plan at a minimum of every 10 years. The last one for Colorado was done in 2010.

Much of the forest acreage in the state is not healthy because of beetle kill, wildfires, or other problems. More than 22 percent of standing tree volume statewide now is dead wood. There is a great need to invest in the forests. The action plan is a guide for stewardship. Through proactive, collaborative forest management, managers hope to improve health, reduce fire risk, and protect communities and resources.

When updating the plan they began by holding stakeholder meetings throughout the state in 2019. More than 90 partners were involved. This document was informed not just by CSFS foresters but by many outside experts in different fields working to identify priorities and goals

in a collaborative fashion. The idea was to have a tool where activities will have the greatest impacts, and to work with partners to create projects that address mutual priorities.

Six themes emerged:

- forest conditions
- living with wildfire
- watershed protection
- forest wildlife
- urban and community forestry
- forest products

Each of those themes has a priority map.

The online tool is at https://coloradoforestatlas.org/

**2020 End of the Year Survey Results and Discussion**

Danny presented a PowerPoint on results of the survey about DWRF. He thanked everyone who responded, particularly considering they had a short window of time to do so. A total of 16 people responded, rating different factors on a scale of 0 to 5, with 5 as the best. All answers were 4 or above. These are strong responses. People believe that DWRF advanced its mission, activities and meetings moved the program areas forward, the organizations and individuals that are needed to be members of this group are engaged or have been invited, individuals are willing to work toward agreement on important topics, individuals in this group communicated openly with one another (there were a few lower scores), and the DWRF coordinator communicates well with all stakeholders.

Top successes were:

- CFLRP selection
- Moving forward with RMRI
- Science/monitoring conversations
- Field trips
- Collaboration
- Monthly stakeholder meetings
- Refining organizational structure by moving to Onward! A Legacy Foundation
- Maintaining relationships in spite of the pandemic
- Rapid Risk Assessment outreach to Dolores
- Advancing the watershed and forest conversation through Southwest Basin Roundtable

Top assets were:

- Diverse and committed stakeholder group
- Coordinator
- Strong SJNF staff participation and support
- Strong coordinating committee
- Partnership with the DWCD and Mountain Studies Institute
- Good open communication

Ways we did not meet our goals were:

- Insufficient outreach (Danny said anyone who wants to participate on the Outreach Committee should let him know.)
- Large initiatives (Some people felt that these conversations have come at the expense of having other conversations. People have limited time and resources.)
- Monitoring (Socioeconomic monitoring metrics need a lot of work.)
- Considerable time focused on niche concerns

Opportunities for 2021

- Meeting again in person
- More on-the-ground tours
- Enhanced community education/outreach/engagement
- Further integration with RMRI
- Continued collaboration on EAs
- Monitoring
- More work (advance private lands work, other opportunities, WaterSMART Phase II, water plan implementation grants, etc.)

Danny said this is all helpful information for him to have.

**Dolores Watershed Resilient Forest (DWRF) Collaborative**
**Stakeholders Meeting**
**March 3, 2021**
**dwrfcollaborative.org**
**6 pages**

**The meeting was conducted via Zoom. Present were**:
Selwyn Whiteskunk (Vice Chair, Ute Mountain Ute Tribe); Steve Garchar (Dolores County Commission); James Dietrich (Montezuma County); Rich Landreth (City of Cortez); Mike Battaglia, Ryan Cox and Mark Loveall (Colorado State Forest Service); Alex Graf (Wildfire Adapted Partnership); Ed Millard (Southwest Basin Roundtable); Mike Preston (Rocky Mountain Restoration Initiative Steering Committee and DWRF Coordinating Committee); Derek Padilla, David Casey, Tom Rice, Matthew Tuten, Travis Bruch, Tim Leishman, and Keith Fox (San Juan National Forest); Ken Curtis (Dolores Water Conservancy District); Molly Pitts (Colorado Timber Industry Association); Tim Kyllo (Montrose Forest Products); Aaron Kimple, Anthony Culpepper, and Michael Remke (Mountain Studies Institute); Robert Meyer (Mancos Trails Group); Phil Ayers (Wildfire Adapted Partnership Board and Southwest Colorado Cycling Association); Bruce Short (Consulting Forester, Short Forestry LLC); Bill Baker (Retired Ecologist); Duncan Rose (Trout Unlimited); Eric Janes (Retired BLM Hydrologist); Danny Margoles (DWRF Coordinator); and Gail Binkly (Meeting Recorder).

## Salter Draft Environmental Assessment

Danny described the importance of the area in the EA to the local community and to business and tourism. The Boggy Draw area is particularly important for recreation; it is a key mountain-biking area. Many different community interests are linked to this landscape.

David Casey, a supervisory forester on the Dolores Ranger District, gave a PowerPoint presentation on the Salter Vegetation Management Draft EA, of which he is the main author. He said this represents the district's continuation of its management of the pine belt. It started with Lone Pine and now is moving to the next landscape. Proposed treatment areas in the Salter EA are in the vicinity of Salter Y, Plateau Creek, Carlyle Point, House Creek, Boggy Draw, and Turkey Knoll. There are 24,833 acres of potential treatment.

**Boggy Draw Design Features/ Mitigations**: David said the Boggy area has the most recreational use of all the blocks in the EA. It is truly a year-round recreation area. To achieve desired conditions and have minimal impacts to the users, there needs to be special care in that block and special coordination with the district's partners. The district has done a great deal of coordination up front.

In this block, communication with the district's partners and the specialists that oversee the block will be key. Information is also critical. A sign with information including which trails are closed will be located at the Boggy trailhead.

David said the locations of all landings and slash piles resulting from timber operations will be identified during the implementation checklist process to avoid long-term physical impacts to any system trails. District officials can identify placement of the slash piles and additional mitigation measures that will help ensure minimal impacts to trails. The district will designate all skidding sites, where a log needs to be skidded across a trail, in order to isolate the impact. No tracked or wheeled equipment will be allowed within 15 feet of the center line of a system trail except where a trail crossing for skidding or hauling has been identified.

In addition, to help limit the impact to trail users, where there are loop trails the Forest Service wouldn't close an entire trail system. Timber operations are limited to one compartment at a time and operators have to complete one compartment before moving to the next.

No harvest activities or hauling will be allowed in recreation compartments 1-4 during the Escalante Days mountain-bike race day.

If trails are substantially damaged by vegetation-management activities, they would be repaired immediately afterward.

Danny said questions have been raised about trail closures, trail impacts, winter recreation, aesthetics, detailed analysis of economic impacts, and safety. There are also questions about the 9-foot buffer strips around trails and a 15-foot buffer for vehicles.

Tom Rice said there are single-track trails mainly used by mountain bikers. A 9-foot buffer would allow the Forest Service to identify "leave trees" to help preserve those unique parts of the trail system, continue to encourage slowing down on curves and turns, and maintain the winding trail. That addresses concerns about scenery as well.

Derek said when the process gets to implementation, the district may run into situations they didn't foresee but they would work with recreation groups and the district's partners to ensure there is the least possible amount of impact to the trail system.

There was discussion about the length of the timber-sale contracts and logging projects.

Robert said it's good there will be blocks not being impacted by the thinning process but it seems to draw out the process considerably. David Casey said it does impact the schedule and draw it out. They tried to meet in the middle. He said there is always a potential that operations will be extended. The contract allows for extension time and involves roughly a five-year sale period.

Tim Kyllo said timber sales like this need to be seven-year contracts. They have a letter from Forest Supervisor Kyra Chadwick guaranteeing these sales would be for seven years, but none have gotten to that point. Longer terms will make the process a lot easier. He asked whether the trail system is used year-round and suggested that if it's not used in the winter, operations could be occurring along this trail.

David said they will open up areas as the work is completed. Most of the area is used year-round for recreation.

Tim said the more that operators are forced to move into and out of an area, the less attractive the sale is. Seasonal restrictions mean that the term has to be extended.

David said the Forest Service took that into account. No one is going to win completely.

Tim said operators have worked a great deal around trails. Timber operators in Colorado are used to recreational hiking and cross-country skiing. They have to return the trails to their original state when operations are complete. They would appreciate it if the Forest Service could give them some options on this and keep restrictions to a minimum.

Phil said there have been some discussions among local business owners about the impacts of logging. One owner worried that Boggy might become ugly and nobody would go there any more and businesses would suffer.

Robert said logging will change the visual aesthetics, but people should keep in mind the major wildfires that burned in Colorado and California in the fall of 2020 and wiped out recreational places. This should be brought to the public's mind.

Tim agreed strongly. He said operators will try to minimize impacts.

Danny mentioned the tour of Chicken Creek that DWRF conducted last fall. Representatives of the Town of Dolores thought it might be helpful to have a tour there. Tom suggested also touring some sites on Haycamp Mesa where timber projects were completed a couple of years ago.

Danny said people have asked him about economic impacts, such as the impacts of closures, not being part of the analysis.

Derek said EAs do assess those impacts. He said Tom put together a table and some maps that show the amount of trail mileage that would be restricted or closed potentially in any compartment and it's minimal. Derek doesn't believe this will have a large impact to businesses related to recreation. Much of the rest of the trail system will be open and available. Perhaps the Forest Service needs to do a more formal analysis. It's tough to quantify the exact economic impacts, but he believes they would be fairly insignificant.

Tim talked about the best timing for logging ponderosa pine. Operators try to do it in the spring before the sap moves up in the trees. The wood blue-stains in later months and loses value, so operators want to do the logging in early May through mid-June, then return in late September or early October when the sap moves back down the trees.

Tom Rice said if operators are out of an area for months, the district may be able to reopen trails during that time. Summer is a time of high recreational use in the entire Boggy block. In winter, recreation is concentrated more in compartments 1 and 2. The bulk of the use is non-winter but there is growing winter use.

**Purpose and need:** David discussed the purpose and need for the project. It is designed to:

- improve resilience and resistance to epidemic insect and disease outbreaks
- increase structural diversity of the ponderosa pine landscape (age diversity and spatial variation among trees)
- provide economic support to local communities by providing timber products in a sustainable manner.

Bark-beetle outbreaks involving three different species of beetle are taking place in the area. High-hazard basal areas are those of greater than 80 square feet/acre, low-hazard are those of under 60 square feet/acre. Basal area is square footage of the bole of a tree.

**Structural diversity:** David said the stands across the Salter and Lone Pine areas are dynamic and diverse. A single approach will not fit everything. These stands have been affected by lack of management and a lack of fire. The Forest Service wants to get to long term desired conditions.

**Economic support:** He said the Ponderosa Pine Partnership of the 1990s is a good example. The intent to improve forest health was there, but the necessary tools weren't available to get treatments done on a landscape scale. Now the industry to implement these treatments is available, so the Forest Service want to support and help that tool.

**Treatments:** Possible treatments include single-tree selection, commercial thinning, post-fledgling area thinning, and pre-commercial thinning (5 inches or less). There can be prescribed burning or brush thinning. They adjust the treatments according to conditions such as the presence of bark beetles, disease, advanced regeneration, aspen (which is very important for wildlife), and structure. David said many areas of aspen are being shaded out and dying.

**Salter current stand data:** Travis Bruch provided information on current stand data in the Salter landscape. He said 480 stands were measured covering 36,526 acres. The quadratic mean diameter at breast height (dbh) was 11.9 inches. Trees per acre averaged 534. The average age of trees larger than 23 inches at dbh was 96 years, but Travis said size does not always directly correlate to age.

Some key findings were:

- The largest tree was 50 inches in diameter.
- There were not many trees measuring 2-4 inches in diameter.
- There were numerous trees from 5-20 inches in diameter.
- Few trees were greater than 27 inches in diameter.

Travis said from 1925 to 1935, operators did a great deal of logging.

He discussed how the Forest Service decides what trees to leave and which to cut.

**Discussion**

Bill Baker raised concerns about the goal of the project. He said the goal seems to be creating an uneven-aged forest that can be logged, but that isn't the prevailing goal for ponderosa pine stands in the West. The general societal understanding is that ponderosa forests were extensively logged and were subject to fire suppression. As a result, they are in trouble, with numerous beetle outbreaks. He believes the prevailing scientific view is that these forests have to be restored, but he can't see that what the Forest Service is doing here is restoration. The San Juan National Forest management plan seems to say to restore ponderosa forests, not to create a sustainable, uneven-aged forest that can be substantially managed for timber production.

Travis said he doesn't like the word "restoration". A hundred years ago the Dolores District would have looked considerably different, with bigger and fewer trees. The New Mexico Lumber Company didn't do the forests any favors in 1925, but you can only deal with what you have. The Forest Service wants to try to reduce the number of trees and hopefully wind up with bigger trees down the road. He doesn't know if that is restoration. Forests are always changing.

Mike Battaglia said he disagrees with Bill on the science of restoration and forest management. Mike said he believes restoration is restoring the process and functions of the ecosystem. It can be congruent in a ponderosa forest to manage sustainably and meet other objectives while working to get the forest into a condition that can receive fires or bark beetles without the entire landscape being wiped out.

Bill said he isn't suggesting that harvesting be stopped, he is asking whether the purpose of this harvesting is restoration, or just creating a long-term timber operation. It is possible to do sustainable timber harvesting while restoring the forest. But there was no effort here to do that, even though restoration is called for in the forest plan.

Eric said in the face of climate change, changes in societal needs, and a new forest plan, he doesn't think anyone can say that in 15 to 30 years this will be a forest that continues to be cut and harvested. He is not concerned that this looks like a sustained-yield operation because there are many unknowns in the future.

Bruce Short said in a written comment that as silviculturists, "what we want to do is preserve options for the future, working off our current objectives, including providing products presently and larger trees for the future." He said this landscape has been heavily worked over for 120 years, so restoring a pre-settlement condition may not be possible except through geologic time. He respectfully disagreed with Bill that a regulated forest as defined here would not provide the societal benefits of a "restored" forest.

Mike Remke said how to foster ponderosa pine restoration in the future might be a good topic for research in other projects, but not Salter. There is much still to learn.

Mike Preston said in future discussions he would like to see what is being planned silviculturally in terms of wildlife, water and other values. This is a good discussion to build on. The group needs to keep discussing what is meant by restoration.

**Next steps:**
→ Danny said the April stakeholders meeting will include a conversation about a third-party monitoring approach for Salter. [THIS IS NOW GOING TO BE DELAYED UNTIL MAY]
→ Danny would like to plan tours showing logged areas, as well as an educational presentation on what goes into marking trees.
→ Travis Bruch said anyone who want to go into the field sometime or has a particular stand where they would like to see something particular done should please reach out to him.

# Salter Vegetation Management DRAFT Environmental Assessment



FS-000338







| Block | Single Tree Selection (STS) | Commercial Thinning (CT) | Post FledglingArea (PFA) | Plantation |
|---|---|---|---|---|
| Salter | 1,518 | 348 | N/A | 629 |
| Plateau Creek | 2,065 | 479 | N/A | N/A |
| Carlyle Point | 3,605 | 1,334 | 1,057 | N/A |
| House Creek | 220 | N/A | 246 | N/A |
| Boggy Draw | 9,216 | 723 | 739 | N/A |
| Turkey Knoll | 3,051 | 231 | N/A | N/A |

# Boggy Draw Design Features/Mitigations

1. For public safety purposes once harvest operations begin in either the Boggy Draw or TurkeyKnoll treatment blocks and throughout duration of operations in either block, an information station would be set up at the Boggy Draw trailhead. The information center would contain up to date maps displaying location of cutting units with active units identified, as well as, trail locations.

a. Locations of all landings and slash piles would be identified during the implementation checklist process in order to avoid long-term physical impacts toany system trails.

   a. The sale administrator will designate crossing corridors for all skidding thatrequires crossing a system trail.
   b. No tracked or wheeled equipment will be allowed within 15 feet of the center line of a system trail in order to protect the integrity of the trail except where atrail crossing for skidding or hauling has been identified.
   c. Vegetation management activities (except Rx burning) are limited to 1 compartment at a time when operating within recreation compartments 1-thru-3(Figure 12, appendix A).
   d. No harvest activities or hauling allowed in recreation compartments 1-4 during the annual "Escalante Days" mountain bike race day. From 12:00 A.M. the day ofthe race to 12:01 A.M. the following day (one day). (Occurs early August).




FS-000340




a. Starting December 1, no plowing of FSR 527 from Junction of 527C to FSR 259(Boggy Draw trailhead).

b. To reduce conflicts with recreation users during federal holidays, hauling wouldbe not be permitted on FSR 527 from the junction of FSR 527C to FSR 259 (Boggy Draw Trailhead) from 12 P.M. Friday to 12:01 A.M. Monday on Memorial Day, Labor Day and Thanksgiving weekend (Thursday-Monday), Christmas Day and July 3-July 5.

4. For public safety purposes, clear and prominent signage, including maps and cutting unitsstatus, would be posted at the Boggy Draw trail head alerting the public to the presence of log trucks, trail closures and the status of cutting units where operations impact any system trails within the Boggy Draw and Turkey Knoll treatment blocks.

5. If trails are substantially damaged by vegetation management activities they would be repaired immediately after timber operations have been completed. Repairs would meetTrail Management Objectives included in the Forest Service publication *Standard Specifications for Construction and Maintenance of Trails (USDA USFS EM-7720-103,September 1996.)*

6. When necessary for public safety, Special Closure Orders will be applied to trails androads.

7. Opportunities to limit trail closure from the Boggy Draw trailhead would be developed inthe project implementation checklist.

8. Where timber operations result in full size vehicles accessing trails width restrictors willbe installed.

# Purpose and Need

- Improve resilience and resistance to epidemic insect and disease outbreaks
- Increase structural diversity of the ponderosa pine forest represented across the landscape
- Provide economic support to local communities by providing timber products to local industries in a sustainable manner







# Improve resilience and resistance to epidemic insect and disease

"Resilience to various disturbances (i.e. drought, fire, insects) is likely best created by heterogeneity in" {Remke 2019}

- Tree age diversity (Brown 2005, Baker & Williams 2015)
- Spatial variation (Baker 2018)

From Dr. Remke – DWRF 2019






Disturbance
>Resilience>Recovery



# Long-term data sets: MPB Susceptibility Rating developed

- **High hazard: >80 $ft^2$/ac**







- **Low hazard: <60 $ft^2$/ac**







From: Dr. Battaglia – DWRF 2019