# Roundheaded pine beetle

- Higher stand density stands have higher infestation rates (Negron et al. 2000)
- 72% probability of infestation in stands with basal area > 105 $ft^2$/ac in Utah (Negron et al. 2000)













# Structural Diversity



# Southwest Ponderosa Pine
# Uneven-aged forest with interspersion of tree groups of different ages



Reynolds et al *(2013)*

From: Dr. Battaglia – DWRF 2019

FS-000348




FS-000349

# Southwest



From: Dr. Battaglia – DWRF 2019


Landscape
(multiple stands)
Mid-scale
(stand)
Natural
meadows
& grasslands
Aggregated
Spatial
Pattern
Random
Spatial
Pattern
Single
trees
Groups
Grass -forb -shrub
interspace
Fine-scale












Provide economic support to local communities by providing timber products to local industries in a sustainable manner



FS-000352


Alternatives
1. No action
2. Silviculture treatment
3. Silviculture treatment with 20” Large Tree Emphasis
FS-000353

## Silviculture Treatments
## Uneven Aged Management

### Single Tree Selection (STS)

- Uneven-aged regeneration method (up to 26" size class)
- Creating or maintaining a multiage structure
- Groups, clumps and individuals
- Promote growth of remaining trees
- Provide space for regeneration
- Variable residual square feet of tree stem basal area of 50 - 70

### Post Fledgling Area Thinning (Reynolds et al. 1992)

- PFA prescription is a free thinning by definition
- Size classes up 22 inches are evaluated for harvest
- Retaining a 100-to-120 residual basal area target
- Focus on large groups of 20-30 trees or more is desired
- Internal clumps (3-to-5) large and mature trees w/ interlocking crowns
- Individual tree structure and isolated clumping is not desired
- Focus on creating conditions for long-term structure

### Commercial Thinning (CT)

- Free Thinning in mixed stocking (up to 26" size class)
- Variable residual square feet of tree stem basal area of 50 - 70
- Creating or maintaining a multiage structure
- Groups, clumps and individuals.
- Stands with recent treatment, structure is more clump than group, inconsistent harvestable volume per acre.

### Pre-Commercial Thinning

- Less than 5 inches diameter variable spacing (any treatment unit)

### Brush Thinning

- Thinning of understory brush species
- 6 inches diameter at root collar Gambel oak
- Create openings for seedling recruitment
- Reduce ladder fuel effects on residual trees
- Any treatment unit w/ 5,000 acre cap

# What density looks like Diameters 9 to 15 inch



160 ft²/ac




122 ft²/ac




100 ft²/ac



78 ft²/ac




61 ft²/ac



39 ft²/ac



22 ft²/ac

From: Dr. Battaglia – DWRF 2019


Condition Factors
Influencing Prescriptions
* Bark Beetle
*Advanced Regen
* Aspen
* Structure
* Disease

FS-000356

# Salter Current Stand Data – CSE data source - 480 stands = 36,526 acres

| QMD – Average Diameter | Basal Area | Trees Per Acre |
|---|---|---|
| 11.9 | 112 | 534 |
| Average - All Stands | Average All Stands | Average All Stands |

| QMD – Average Diameter | Basal Area | Trees Per Acre |
|---|---|---|
| 11.9 | 126 | 570 |
| Average – 379 stands 80 BA/higher 28,278 acres | Average – 379 stands | Average – 379 stands |

# Salter Stands - Diameter Range



# Diameter ranges

- 0-8.9 DBH 22%
- 9-20.9 DBH 65%
- 21 -26.9 DBH 13%
- 26.9 - 50 DBH .02%

Size does NOT = Age

# Salter Age Data

Average Age of trees Larger than 23" at DBH was 96 Years

| SPECIES | DIAMETER | AGE |
|---|---|---|
| PIPO | 26 | 93 |
| PIPO | 19 | 137 |
| PIPO | 25.3 | 133 |
| PIPO | 25 | 101 |
| PIPO | 25 | 113 |
| PIPO | 24.8 | 83 |
| PIPO | 24 | 78 |
| PIPO | 24 | 108 |
| PIPO | 24 | 98 |
| PIPO | 24 | 86 |
| PIPO | 24 | 78 |
| PIPO | 23.5 | 100 |
| PIPO | 23 | 98 |
| PIPO | 23 | 94 |

# Salter Age Data

## Average Age of 18" Trees = 89 years

| Species | Diameter | Age |
|---|---|---|
| PIPO | 18 | 77 |
| PIPO | 18 | 97 |
| PIPO | 18 | 105 |
| PIPO | 18 | 92 |
| PIPO | 18 | 65 |
| PIPO | 18 | 76 |
| PIPO | 18 | 80 |
| PIPO | 18 | 85 |
| PIPO | 18 | 78 |
| PIPO | 18 | 98 |
| PIPO | 18 | 74 |
| PIPO | 18 | 101 |
| PIPO | 18 | 100 |
| PIPO | 18 | 94 |
| PIPO | 18 | 96 |
| PIPO | 18 | 103 |
| PIPO | 18 | 120 |
| PIPO | 18 | 80 |
| PIPO | 18 | 112 |

# Data Overload

- 336 Stands inventoried in 2020
- 7,461 Ponderosa Pine trees measured
- Oldest tree 137 years at DBH (add 15 to 20 years for total age)
- Largest Diameter Tree 50” (just over 4 feet in Diameter)
- Only 42 trees larger than 30” DBH and 4 larger than 40” DBH
- Average Diameter 14.6 at DBH (for trees larger than 5”)
- Average Site Index 75.6 (100 year)
- 9.1 DBH - 42 Height - 23 Age - 3.6" Radial Growth – Fun Fact

  Measured by Travis Bruch

# Descending Order: cut/leave treequalities

- Tree is 26.9 " DBH and less
- Trees Infested with Bark Beetles
- Trees Infected with Mistletoe Greater than 50% the tree
- Trees with greater than 25% of live crown area dead or dying and forming holes in the live crown which gives the tree a ragged appearance.
- Trees with weak forks or multiple forks
- Trees with needles that are off color, short, or reduced in quantity.
- Trees with lean greater than 35%.
- Trees with grossly misshapen form.
- Trees with visible evidence of conks or cankers.
- Trees with indication of advanced decay.
- Trees with broken tops, top kill or dying top below an 8-inch top diameter.

# Groups & Clumps & Individual Trees

- When possible, Retain Trees
  - 12+ trees with interlocking crowns - Groups
  - 2 to 11 trees with interlocking crowns and touching boles – Clumps
  - Individuals

# Old Tree Characteristics

- Relics
- Generally 26.9” larger
- Ancient Trees
- “Pumpkins”

  Typical Characteristics
  - Flat Tops
  - Big Limbs
  - Plate Bark



# Basal Area Diameter Q ratio

- where "B" is the desired residual basal area, "D" is the maximum tree size and "Q" describes the diameter distribution as a ratio of the number of trees in succeeding size classes.
- B = 66 sq ft
- D = 26"
- Q = 1.3

| DBH | BA/tree | Uni_dist | Uni_BA | TPA | BA |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 2 | 0.021816 | 23.30 | 0.51 | 30.52 | 0.67 |
| 4 | 0.087264 | 17.92 | 1.56 | 23.48 | 2.05 |
| 6 | 0.196344 | 13.79 | 2.71 | 18.06 | 3.55 |
| 8 | 0.349056 | 10.60 | 3.70 | 13.89 | 4.85 |
| 10 | 0.5454 | 8.16 | 4.45 | 10.69 | 5.83 |
| 12 | 0.785376 | 6.27 | 4.93 | 8.22 | 6.46 |
| 14 | 1.068984 | 4.83 | 5.16 | 6.32 | 6.76 |
| 16 | 1.396224 | 3.71 | 5.18 | 4.86 | 6.79 |
| 18 | 1.767096 | 2.86 | 5.05 | 3.74 | 6.61 |
| 20 | 2.1816 | 2.20 | 4.79 | 2.88 | 6.28 |
| 22 | 2.639736 | 1.69 | 4.46 | 2.21 | 5.84 |
| 24 | 3.141504 | 1.30 | 4.08 | 1.70 | 5.35 |
| 26 | 3.686904 | 1.00 | 3.69 | 1.09 | 4.83 |

# The Classic J Curve - BA target 66

This is NOT achieved in one entry



# House Creek 0101 – BA 116 sq/ft

0101 has 60 BA - 20"or larger



# Plateau Stand # 279 BA 175




FS-000370



FS-000371



FS-000372




FS-000373

# Dolores Watershed Resilient Forest (DWRF) Collaborative Stakeholders Meeting

**April 7, 2021**
**dwrfcollaborative.org**
**6 pages**

**The meeting was conducted via Zoom. Present were**:
Steve Garchar (Dolores County Commission); Jim Spratlen (Emergency Manager, Montezuma County); Rich Landreth (City of Cortez); Ryan Cox (Colorado State Forest Service); Mike Preston (Rocky Mountain Restoration Initiative Steering Committee and DWRF Coordinating Committee); Derek Padilla, Travis Bruch, Lo Williams, Brad Pietruszka, and Keith Fox (San Juan National Forest); Jason Lawhon (RMRI Project Manager for U.S. Forest Service); Mike Battaglia (Rocky Mountain Research Station); Ken Curtis (Dolores Water Conservancy District); Molly Pitts (Colorado Timber Industry Association); Kyle Hanson (Timber Age Systems); Aaron Kimple, Anthony Culpepper, and Mike Remke (Mountain Studies Institute); Matt Sturdevant and Becca Divergi (Colorado Parks and Wildlife); Bruce Short (Consulting Forester, Short Forestry LLC); Bill Baker (Retired Ecologist); Eric Janes (Retired BLM Hydrologist); Jordan Van Sickle (Natural Resources Conservation Service); Jimbo Buickerood (San Juan Citizens Alliance); Jamie Johnson (Montezuma Land Conservancy); Steve Monroe (Hydrologist, National Park Service Southern Colorado Plateau Network); Justin Ross; Danny Margoles (DWRF Coordinator); and Gail Binkly (Meeting Recorder).

## Updates

**Community Education and Outreach:** Danny said there will be a community tour in the Chicken Creek area toward the end of April. It will be focused on community and recreation concerns that were expressed in some DWRF meetings and in written comments on the Salter EA. Anyone is welcome to attend. This is an area that has experienced implementation work, so tour participants can see the effects of on-the-ground treatment.

The San Juan Mountains Association and DWRF will have a community bike ride in Boggy Draw on May 15. It will be focused on education about forest ecology and management. The event will be free, but the number of participants may be capped.

Danny has been working with DWRF outreach groups including Mancos Trails Group, SJMA, MSI and others on developing language for a Boggy Draw-Chicken Creek sign focused on the management work. The work is progressing fairly pretty well. They are doing edits and rewrites of the sign.

DWRF is embarking on a collaborative video. Danny and some members of the Coordinating Committee are working on this. A videographer who has worked with the Montezuma Land Conservancy is under contract to make the video.

Anthony said MSI is having its fourth annual Forest and Fire Learning Series, and recordings of the lectures will be available. Information is available at http://www.mountainstudies.org/events

Lo Williams said MSI and the San Juan National Forest will celebrate Arbor Day by doing tree planting in the 416 Fire burn area on April 17.

Rich Landreth said the final version of Cortez's Source Water Protection Plan will be presented to the city council on Tuesday, April 13, and if council approves it, it will go to the state for approval. After that, grant monies can be sought for educational opportunities, signage and other needs. He will send the document to Danny.

**Collaboration with land management agencies:** Derek said the Forest Service is assessing the windows of time for opportunities for prescribed fires, mostly in the Haycamp, Boggy and Salter Y areas. Danny said some DWRF folks may have the opportunity to go out in the field to observe the prescribed burns.

Danny said during the last Coordinating Committee meetings they identified next steps for engagement with the Salter EA. The Forest Service is working through comments it received on the EA. The committee will be putting together language in regard to the decision notice and during the next DWRF stakeholder meeting some issues raised during the comment period will be presented for discussion.

**CFLRP:** Danny said the group that is focused on seeking a facilitator met again this week. They have secured one funding source and there will be an LPEA grant that may help fund a facilitator as well. RMRI is expected to provide money also. That means the group is close to having the funds needed to secure a facilitator. The group is brainstorming what an RFP will look like. Onward! A Legacy Foundation may be one of the fiscal agents for the facilitator.

Danny said many DWRF stakeholders joined an RMRI meeting and helped to identify core priority areas. Jason Lawhon thanked participants for completing the surveys. He said more than 1700 comments were received and these will be very valuable in refining the mission and scope. About 10 Potential Operational Delineation (PODs) have risen up that are strong priorities. They will evaluate these, then bring the information back to the collaborative and their partners.

**Forest products industry development:** Kyle said the wood innovation grant to study the feasibility of cross-laminated timber panels that was awarded to the Forest Service in 2018 was just closed out. Timber Age would not exist if the grant hadn't been awarded. Ponderosa pine was harvested, and the longest distance it had to be transported was about 50 miles. The first structure they built utilizing the panels has been completed and was made to code. More projects are in the planning. Most of the material is from smaller-scale thinning. He would like to offer a tour for DWRF stakeholders.

**Other:** Bruce said the logging season is about to get under way. Winter logging on private lands was fairly scanty. Short Forestry is getting another grant and will be doing more thinning, but they are starting to run short of contractors. However, they are getting started again and getting to private landowners and that is a good thing.

## Overview of the DWRF and San Juan National Forest Quantitative Wildfire Risk Assessments

Danny said the over-arching goal is to reduce Highly Valued Resources and Assets (HVRA) losses within the DWRF landscape, with a particular focus on the private land component and cross-boundary areas. The core of the framework was a quantitative wildfire risk assessment that many of the collaborative's stakeholders were involved in early on, combined with the watershed erosion model. The key goals are consolidating what's in hand in terms of models, layers, and resources, and housing them in two different ways – one useful internally to the collaborative and another useful to landowners and the community.

Brad, who is fuels program manager for the San Juan National Forest, gave a PowerPoint offering an overview regarding:

- Wildfire simulation
- HVRA identification and characterization
- Exposure and effects analysis (how likely are HVRAs to burn and at what intensity)

**Assumptions and limitations:**

- Fuelscape is representative of the area
- Selected Remote Automatic Weather Stations (RAWS) sites are representative of weather conditions that could occur (more and more that is a key limitation)
- No HVRA spatial data is missing
- HVRA response functions are accurately represented
- FSim cannot be used to determine where a fire is most likely to start, only which portions are most likely to burn annually

**Large Fire Simulator:** He displayed a map and explained that FSim is a fire simulator which uses thousands of unique weather and fuel moisture scenarios combined with historic ignitions to simulate large fires. Each simulation lasts one year. Results include annual burn and fire intensity probabilities.

He said four HVRAs were left:

- WUI/ residential and commercial structures
- Municipal drinking water importance
- Ecological values
- Infrastructure

Brad said having a map like this can help guide decision-making.

A lengthy discussion followed regarding the burn probability map. Bill Baker questioned the map’s validity, saying the highest probability of fire should be recognized as being in the ponderosa pine zone. The shortest fire rotation period in the San Juans is in the ponderosa pine zone. He said there is a need to have a group of people with different expertise see what concerns there might be with models presented to DWRF.

Danny said these models are what the collaborative has in hand. It is important to recognize their limitations, but they are valuable resources.

Bill said his concern could be resolved by having the Science Committee look at the model.

Mike Battaglia said he is on the Science Committee and although he knows something about these matters, he doesn’t know enough to say whether the model is right. He suggested bringing in experts trained in landscape-level fire probability and having a separate meeting with interested people. He is not comfortable saying yes or no on this.

Bill said as long as there is a separate meeting involving experts he has no problem with the map, but he thinks this type of examination should be done before such items are presented to the entire collaborative.

Danny said this was a valid conversation. The Science Committee should not be a hard-and-fast firewall to what the collaborative hears. He doesn’t want to limit what the collaborative hears, but it is good to have these things worked out in a science group.

Mike Preston said this model is one tool, and Bill had pointed out some shortcomings with it. The fine details need to be handled by a smaller group. He doesn’t think these highly technical discussions can take place within the entire collaborative. This model is used every year to deal with fire season. It may not be perfect but it’s a tool worth understanding.

Kyle stressed the importance of treating people with respect during such discussions. He said one of his mentors said that when there is a group of people trying to work well together, it’s best to assume a positive intent on their part.

Bruce commented that Bill's thoughts on how the ponderosa pine zone is being modeled are valid. He would like to have more expert discussion and more finessing of the modeling as time passes. The model does show how much at risk the transmission lines and gas pipelines, as well as the town of Dolores and the Summit Ridge area, are.

Mike Battaglia said having expert discussion on identifying areas where the model is working and not working is an important part of calibrating a model.

Brad said although the group became wrapped up in the burn probability map, a different map provides an idea of fire intensity. Conditional net value change is the one he uses more often. He said every model is wrong. However, some are useful.

Bill said he does not accept the idea that it is wise for the collaborative to accept all models, then refer them to the Science Committee if a problem is identified. The reason that nearly all collaborative groups create a technical working group is that a preview and critique of the models by technical people is a key step in reaching agreement. He said the smaller group wouldn't make decisions, just identify potential problems, then bring the model forward to the main group.

Anthony said there has been a discussion about RADS (risk assessment decision support). It is based on the wildfire risk model and looking at that risk in relation to HVRAs. There are some significant differences with Brad's model regarding burn probability and fire intensity inputs into RADS. The current way RADS is constructed, it uses coarser, less refined input. They are working with Brad to get the best input into RADS. They are currently looking at DWRF's list of HVRAs. Anthony has a preliminary list of HVRAs and will be sending an online survey to the full collaborative.

Aaron said they started exploring the possibility of RADS to offer people in municipalities and the county a cost estimate to support this community work on private land. They did not want to just go forth and create something, they wanted the community to develop the cost estimate. They are very early in that stage, merely soliciting input at this time.

Bill Baker questioned whether the focus should be on cost rather than forest health.

Anthony said the cost component is something they are concerned about. There is a dollars-and-cents component that can't be shuffled aside.

Mike Remke said he is not an expert in wildfire risk modeling. He is learning about these tools, such as what RADS is and other factors in wildfire risk. RADS is a tool to help prioritize different areas with the intent of protecting HVRAs in response to wildfire. It is not an aid in deciding priorities of sustainable forestry or how to restore ponderosa pine forests. The San Juan National Forest and surrounding areas are a large, complex landscape with a mosaic of forest types. RADS is a tool to help in deciding, if there is a fire, where will you have the best influences on preventing loss of life, property and HVRAs if you have a limited amount of money? It hones in on wildfire risk. It is not a holistic forest-health decision-making tool. It helps us hone in on where treatments would be most impactful and cost-efficient.

Eric Janes commented that it was valuable to have heard and seen Brad Pietruska's presentation. This is a complex topic, and he does not think that the Science Committee should be, or is necessarily qualified to be, a technical screening process for what models are brought to the collaborative.

Bill agreed that the Science Committee should not screen, but it should look at these models and bring forward its assessment of their strengths, limitations, data needs, etc., for the collaborative to evaluate.

Mike Remke provided a link to a peer-reviewed paper where Benjamin M. Gannon and others used RADS as a tool to protect water values in Chaffee County: https://www.publish.csiro.au/wf/WF18182

Danny said he wants this group to help him decide whether he should be bringing these matters to the technical group. There are significant limitations to the HVRA aspect. It is being used for a risk reduction framework. It is not being proposed that it guide all decisions. One of the key components of DWRF's mission is to think of the local community. RADS adds a great deal. It can help identify what treatment types would be useful on private land.

Bill said it is important to do the kind of wildfire risk assessment Brad did, but it had the wrong burn probability. It is a widely used tool and a great start. The HVRA analysis needs work. Brad is allocating where the treatments will be done based only on cost, but this is a good start.

Jimbo said the HVRAs come from DWRF because stakeholders sat down and talked about what they thought was important. He would like more work and improvement on the HVRA aspect.

Mike Preston said when the group had those HVRA discussions several years ago, the stakeholders were coming from a qualitative standpoint. Some of these additional tools help sharpen those broader quality objectives and make practical applications with the resources that are available to work with.

Danny said he had not heard any concerns about moving forward with this.

**Next steps:**

→ Danny will pull together conversations this month regarding HVRA input, so stakeholders should anticipate some emails.

# Dolores Watershed Resilient Forest (DWRF) Collaborative Stakeholders Meeting

**May 5, 2021**
**dwrfcollaborative.org**
**6 pages**

**The meeting was conducted via Zoom. Present were**:
Ellen Roberts (Southwest Wildfire Impact Fund); Steve Garchar (Dolores County Commission); Rich Landreth (City of Cortez); Rachel Medina (Montezuma County); Brian Rose (Region 9 Economic Development District of Southwest Colorado); Aaron Kimple, Anthony Culpepper, and Mike Remke (Mountain Studies Institute); Jimbo Buickerood (San Juan Citizens Alliance); Helen Katich (Sen. John Hickenlooper's office); Rebecca Samulski (Fire Adapted Colorado); Jordan Van Sickle (Natural Resources Conservation Service, Cortez); Robert Meyer (Mancos Trails Group); Phil Ayers (Wildfire Adapted Partnership Board and Southwest Colorado Cycling Association); Jason Lawhon (RMRI Project Manager for U.S. Forest Service); Travis Bruch, Derek Padilla, and Shauna Jensen (San Juan National Forest); Ryan Cox (Colorado State Forest Service); Mike Preston (Rocky Mountain Restoration Initiative Steering Committee and DWRF Coordinating Committee); Ed Millard (Southwest Basin Roundtable); Jamie Johnson (Montezuma Land Conservancy); Eric Janes (Retired BLM Hydrologist); Bill Baker (Retired Ecologist); Duncan Rose (Trout Unlimited); Hilary Byerly (Post-doctoral Researcher, University of Colorado); Danny Margoles (DWRF Coordinator); and Gail Binkly (Meeting Recorder).

## Operating Principles

Danny briefly discussed the DWRF operating principles. He said there is no purpose to collaborating if everyone already agrees with each other. It's important to have constructive dialogue in the group. People need to communicate in a way that genuinely tries to build trust. These meetings are meant to provide a safe and supportive space for difficult conversations. He will hold everyone to these agreements. He said no one should hesitate to give him feedback.

## Updates

**Community education and outreach:**

▪ **Mancos trails:** Robert Meyer said Mancos opened the town trail system a week ago after an effort involving a great collaboration between the town, Mancos schools, the Mancos Trails Group, and SJMA. In addition, there will be 12 new miles of single-track bike trail, the Aqueduct Trail, tying into the ski area. The trails group is hosting monthly workdays on the second Saturday of the months of June through October.

▪ **"Feel the burn" mountain bike ride:** Danny said he has been working with SJMA to put together an informal bike tour in the Boggy Draw area on May 15. This educational ride will present a basic overview of the ecology of the ponderosa pine zone, management actions and goals, and some areas with recent prescribed fires. It will take place on the Maverick trail. Interested persons can sign up through SJMA at https://sjma.org/event/feel-the-burn-interpretive-mountain-bike-ride/

▪ **Forest Ambassador Program:** Danny has been working with SJMA to provide training for the Forest Ambassador Program. Ambassadors will be stationed at high-use recreation areas in the forest as a resource for visitors. He and Anthony have put together a training topics list.

▪ **DWRF video:** Danny said all the shooting for the DWRF video has been completed. He believes it's an excellent video.

**Resilient forests and communities:**

▪ **Wildfire risk reduction framework and HVRA/RADS update**: Danny said there are lingering thoughts and questions from many stakeholders on this issue. He, Brad Pietruszka, and others will convene a larger stakeholder conversation for as many individuals who want to participate to help refine and review HVRA input, knowing that DWRF has already had great collaborative input into HVRA over the years. Stakeholders should anticipate an invitation later this month.

Aaron said Brad Pietruszka and Mike Remke have been working to align layers so everyone will be operating on the same assumptions.

Bill commented that it would be good to engage the Science Committee along with the working group. He said MSI is just a stakeholder here and shouldn't be developing the framework. The Science Team has experience and this should be developed within DWRF. DWRF's resilience metric was developed by the interaction of the group together. This led to a successful outcome everyone can be proud of. HVRA is an equally complex matter, and this should be being developed by the collaborative in the same way that it developed the metric.

Aaron said this absolutely would not be developed by MSI. They are mostly inputting what the DWRF group provides and putting it into the model. This is designed to be a community-driven process.

Danny said Bill isn't the only one who has expressed concern to Danny. There will be a stakeholder working group focused on the HVRA input. He will facilitate a dialogue from the DWRF side. There will be more open conversation in coming months.

**Collaborate with land management agencies:**

▪ **Salter EA:** Danny said because of a delay, the discussion about changes and updates to the Salter EA will probably take place in the DWRF stakeholders meeting next month. Some loose ends are being tied up but some remain. There needs to be discussion about how to advance. The Town of Dolores and the Forest Service have lingering concerns around truck traffic. Derek said he received a draft of the EA yesterday that incorporated many changes based on comments received, but he has not had a chance to take a hard look at it yet. They are also looking at potentially having to do a 30-day tribal consultation process. He hopes to have the opportunity to provide an update to DWRF in June.

▪ **CFLRP:** The working group is developing an RFQ for a facilitator. Not all of the funding has been finalized. Collaborative feedback about some global monitoring metrics is being consolidated.

▪ **Prescribed fires:** Derek said this spring has posed a considerable challenge to the Forest Service as far as finding conditions conducive for burning. The Boggy Draw units appear ready to go starting tomorrow but the area is experiencing single-digit relative humidity, so that might preclude the burn. The Forest Service tried burning on Haycamp yesterday but couldn't because of the storm on Monday.

**Collaborative effectiveness and sustainability:** Danny said DWRF will be submitting several grant proposals. DWRF did not receive the National Fish and Wildlife Federation grant it applied for. He is putting together another grant proposal with MSI and the Ember Alliance, an offshoot of The Nature Conservancy, to develop an inventory of opportunities for prescribed fire on private land. They put in a Catalyst Fund proposal with the Montezuma Land Conservancy to build on this. He would be happy to share any of these proposals with anyone interested. He is working with the Mancos Conservation District, MSI and other partners on a CSFS Forest Restoration & Wildfire Risk Mitigation grant, focused on larger properties in the West Mancos Watershed.

**Next steps:**
→ Anyone interested in being a part of any of these grant proposals should let Danny know. He encourages additional grant-writing support from stakeholders.

**Outcomes from the Rapid Risk Assessment Outreach in Dolores and Other Areas**

Hilary Bylery, a post-doctoral research associate at the University of Colorado with expertise in environmental economics, gave a presentation titled, "Your Property or Our Community" about the effectiveness of different messages regarding wildfire risk mitigation on private property. She works closely with the West Region Wildfire Council, which works to reduce wildfire risk throughout Delta, Gunnison, Hinsdale, Montrose, Ouray and San Miguel counties.

She said wildfire risk mitigation on private property has private and social benefits. She sought to answer the question: *For low-cost actions, which benefits are more motivating?* Homeowners often underestimate wildfire risk. People also have "optimism bias" – the belief that bad things are more likely to happen to other people.

Given all this, she and others asked whether homeowners respond more to messages that highlight private benefits or social benefits, and if it matters whether they reside in their community full-time. The researchers partnered with DWRF and others to look at 10 communities in western Colorado. All had data from rapid risk assessments.

For each community they built webpages that described all the risk factors for a parcel. These were meant to be a resource for the homeowner. They sent out mailings over the course of last

fall. Postcards had information about the risk assessments and encouraged homeowners to visit their specially tailored webpage. The cards provided them an access code, to protect their privacy.

Researchers created two versions of the postcard with the following messages:

- Wildfire season is here. You can help protect *your property*.
- Wildfire season is here. You can help protect *our community*.

The two designs went out to a total of nearly 3,000 homeowners in 10 communities in Delta, Gunnison, Hinsdale, Montezuma, and Eagle counties. Researchers then tracked webpage visits, knowing that any difference in response is viewed as the result of the messaging. They grouped households according to their wildfire risks. The sample included a good proportion of out-of-town owners.

Some key results were:

- Overall, there was an 11 percent response rate, meaning 11 percent of those receiving postcards visited the personalized webpage.
- The Town of Dolores had a 10 percent response rate, meaning 90 percent didn't visit their webpage.
- It made no real difference which message the homeowners received. Overall, slightly more people who received the card saying *our community* visited, but the difference was not statistically significant.
- Among in-town owners, there was a small but statistically significant increase in response for the *our community* message.

A postcard researchers sent out in Ashland, Oregon, used different imagery, with one postcard showing a picture of a fire, another postcard bearing an image of a "status quo" city. About 6,000 parcels in Ashland received one version or the other. There was no significant difference in the overall response rate. About 19 percent on average visited the webpage. Low-risk households were more likely to respond to the photo of the flames than high-risk households.

**Q & A**

Rebecca Samulski asked about the number of property owners in Dolores that followed up after visiting the webpage by reaching out to WAP or DWRF. She also asked whether there were any other good outcomes, such as potential projects on town lands and support for mitigation work in town.

Danny said he tried to follow up with people. A number didn't seem to know about the mailing, especially the renters. There were some people who followed up with WAP and DWRF. This mailing spurred conversations with the town itself and that was probably one of the best outcomes.

Bill asked whether there has been research into using human messengers or more personal messages, such as a photo of a town mayor on a postcard. Hilary said this could warrant investigation.

Jimbo asked whether radio or print ads might be more effective than mailings. Hilary said that would be more difficult to research.

Danny said this provides food for thought moving forward.

**Next steps:**

→ To contact Hilary about the research, email her at hilaryb@colorado.edu

**Watershed Condition Framework Development for the San Juan National Forest**

Shauna gave a presentation on the Watershed Condition Framework, a comprehensive approach for proactively integrating restoration on priority watersheds on national forests and grasslands. This is a six-step adaptive management process.

The focus is on the aquatic habitat and less on the terrestrial/biological. However, that may change soon because this process may be updated.

They assessed all the national forest watersheds across the nation in 2010 and 2011 and put the results into a database. There were two impaired waters on the San Juan National Forest: Stockman Draw and a portion of Chicken Creek.

After classifications are made, prioritization for watershed restoration is done. Chicken Creek was a priority watershed. The next step is to develop a watershed restoration action plan (WRAP).

Shauna discussed the framework effort in 2021. She said Chicken Creek has gone from impaired to at-risk. When RMRI did the prioritization process RMRI POD 14 came back as a priority. They decided to keep Chicken Creek as a priority and update the WRAP. They are working with the Mancos Watershed Group. POD 17 in the House Creek area is also a priority. The As they talk about assessments and priority watersheds they are coinciding as well as possible with RMRI.

In answer to a question about whether these projects involve Categorical Exclusions, Derek said it will be variable. The Forest Service identifies projects that will improve the condition of the watershed and use that to inform the level of analysis that will be required. If a CE might be applicable they might go that route, but if all the projects they identify are similar, they might do a watershed-level analysis, which would push them into an EA or even an EIS.

**San Juan Mountain Science Network Draft Structure**

Danny discussed the draft San Juan Mountain Science Network Structure, which he sent out to stakeholders recently. Last July there was a meeting about the science network and it became

clear there was some desire from stakeholders in different collaboratives to tighten up and reform the idea. The coordinators were to get feedback from the various collaboratives.

Bill said he is a member of the Science Committee but he was not aware that this existed, and doesn't believe the rest of the team was aware. He asked what value the network adds. Does it replace the science team?

Eric also asked about the distinction between this and the science team.

Danny said it doesn't replace the Science Committee. This is more of a group committed to looking across the entire San Juan Mountains and being as inclusive of different specialties as possible. A major goal is trying to align approaches across different districts, not just the DWRF landscape.

Bill suggested creating a working group across collaboratives. This could be important but it's too preliminary to be putting it out there for discussion.

Jimbo said a network like this was a good idea and could provide greater diversity among the science.

Mike said the forest health efforts going on all over the state should be linked. A lot will be learned in the next 10 years. There is real value in exposure to a broad array of efforts to monitor, research and evaluate these factors. The Science Committee built other people into its efforts. They want to be exposed to what others are doing, what else is emerging in science and monitoring. This is a good science team but there are things it can learn from other efforts.

Bill said he is fine with that but the working group should operate in a transparent way.

Danny said it isn't a fully formed structure. It's to be an open group. This isn't the last iteration of it. There will be other conversations about this group.

Duncan praised MSI and said he personally has trust in them. They present to the group and ask, "What do you think?"

Bill said he is grateful to MSI as well and respects the scientists there but doesn't respect the process that went into developing this science network.

**Next steps:**
→ Danny said there will be more outreach on this.

**Dolores Watershed Resilient Forest (DWRF) Collaborative**
**Stakeholders Meeting**
**June 2, 2021**
**dwrfcollaborative.org**
**6 pages**

**The meeting was conducted via Zoom. Present were**:
Helen Katich (Sen. John Hickenlooper's office); Rich Landreth (City of Cortez); James Dietrich and Rachel Medina (Montezuma County); Aaron Kimple and Anthony Culpepper (Mountain Studies Institute); Mike Battaglia (Rocky Mountain Research Station); Rebecca Samulski (Fire Adapted Colorado); Phil Ayers (Wildfire Adapted Partnership Board and Southwest Colorado Cycling Association); Ken Charles and Eric Sprague (Dolores Water Conservancy District); Derek Padilla and David Casey (San Juan National Forest); Jason Lawhon (RMRI Project Manager for U.S. Forest Service); Jordan Van Sickle (Natural Resources Conservation Service, Cortez); Bruce Short (Consulting Forester, Short Forestry LLC); Mike Preston (Rocky Mountain Restoration Initiative Steering Committee and DWRF Coordinating Committee); Molly Pitts (Colorado Timber Industry Association); Andrew Hawk (Timber Age System); Eric Janes (Retired BLM Hydrologist); Bill Baker (Retired Ecologist); Duncan Rose (Trout Unlimited); Danny Margoles (DWRF Coordinator); and Gail Binkly (Meeting Recorder).

## Operating Principles

Danny reviewed stakeholder responsibilities/expectations, ground rules and meeting agreements. He said he wants to encourage everyone to participate as much as possible and to listen to other people's opinions. Diverse voices are the power of the collaborative. He advised using the chat box for links, etc., rather than private conversations.

## Updates

**Community education and outreach:**

▪ **Senator Hickenlooper visit:** Danny said DWRF had the opportunity to put together a conversation with Colorado Sen. John Hickenlooper a couple of weeks ago, and he thanked Helen for that. Helen said she works throughout Southwest Colorado. Her job is to keep an ear to the ground regarding the issues that are most pressing, such as forest health and water. Senator Hickenlooper was out on the landscape for Public Lands Day and received a great deal of information on what's happening.

▪ **Forest ambassador training:** Danny said San Juan Mountains Association and RMRI helped with the training. Forest ambassadors will be stationed in the RMRI landscape and in higher-elevation areas, serving as liaisons for sustainable recreation, ecological knowledge and management questions people may have. They will be in a more expanded landscape this year than in years past. Becca said it's critical to track these people and what kind of contacts they have. Danny agreed, saying tracking how many folks are outreaching to whom and in what capacity would be a good cross-collaborative effort.

▪ **Forest health signs:** Danny said the signs have finally arrived. They will be posted at Boggy Draw and Chicken Creek.

▪ **"Feel the burn" mountain bike ride with SJMA:** Danny said it was a great ride. It took place in Boggy Draw on May 15 and focused on the area's natural history, actions in the landscape, and ways of reducing wildfire risk.

▪ **DWRF video:** Danny said the video is near completion, and thanked everyone who has been a part of this so far.

▪ **Mitigation on private lands:** Bruce said there are some private lands by Mancos undergoing mitigation via logging that he wants to recognize. He said the landowners involved would probably be willing to host tours. Anyone interested in taking a tour of what they have been doing should contact Bruce. Andy Hawk said it was good working with Bruce.

▪ **Funding:** Helen said this is the season for congressionally requested funding. Those requests can be tied to forest health. Nonprofits, counties, and some federal agencies are among those eligible. Applications are due Friday. She would be happy to connect at 970-342-3005 or helen_katich@hickenlooper.senate.gov.

**Collaborate with land management agencies:**

▪ **CFLRP:** Danny hopes an RFQ for a third-party facilitator will be going out this week. Ideally the facilitator will begin working in July.

▪ **Monitoring meeting:** There will be a monitoring meeting Friday, June 4. Region 2 is allowing some local input into that. Danny sent out an email earlier with a link and some documents. It would be excellent to have broad participation.

▪ **RMRI:** Jason said the regional RMRI and shared stewardship program manager, Tara Umphries, will be permanently filling that role. The Southwest Steering Committee changed its schedule and is now meeting monthly, which is more frequently.

**Resilient forests and communities:**

▪ **DWCD and McPhee Reservoir water update:** Eric Sprague gave a brief overview of the drought in Southwest Colorado, saying the situation is dire. 2020 was an abysmal precipitation year, with a record dry spring and summer and low snowpack. It was the third year in a row that Southwest Colorado was devoid of a monsoon. DWCD was able to offer 85 percent of full supply for agriculture and the downstream fishery in 2020, but that left McPhee basically empty going into 2021. This year, there was a drier spring and a smaller snowpack. Every year when it is dry and there is no monsoon leaves the next year with a reduced runoff. Now, last year's allocation of 85 percent supply is looking good. This year users are looking at a 5 to 10 percent supply – the smallest supply ever distributed in the life of the Dolores Project. It could take farmers years to recover from the economic impacts. After 2002 it took seven years for most farmers to recover. 2021 is worse for them. If next year isn't better, if there are more than two years of this pattern, there could be drastic economic impacts. Farming families in the full-service area could face hard decisions financially. The ecological impacts on the downstream fishery will also be severe. Flows in the Dolores River will drop to 5 cfs for the remaining months of the year. Normally, at this time of year the river is running at greater than 50 cfs. 5 cfs is the lowest in the life of the Project and it will continue through most of the year; July is when they make that switch. No one knows what the fishery will look like in 2022. Chances are it will look similar.

Eric Janes asked whether the water shortage will affect the ability of firefighters to scoop up water for helicopter attacks from places such as stock ponds. Eric Sprague said the amount of water involved in such drops is very small compared to what reservoirs hold, just 100,000 to 200,000 gallons, and there will be water in McPhee, Narraguinnep and Totten reservoirs for that. But MVI is planning on draining Groundhog later this year for maintenance, so that will be one less place available.

Derek said there are stock ponds across the landscape, but their water is spotty. Whether they can be utilized will be dependent on whether the area keeps receiving small rainstorms to replenish the ponds. Everyone hopes the monsoons will arrive and be strong this summer.

In response to a question, Mike Preston said the Ute Mountain Farm and Ranch Enterprise holds an allocation in the Dolores Project. Simon Martinez, operating manager for the Farm and Ranch Enterprise, is also vice president of the DWCD board. They are trying to work with the Bureau of Reclamation to soften the impacts of this shortage. The Ute Mountain Ute Tribe and DWCD are working together in approaching BuRec and ultimately the Department of Interior to obtain some relief. The Colorado Ute Indian Final Water Rights Settlement Agreement provides rights that could be helpful in buffering the situation. A push from Senator Hickenlooper might be helpful.

Bill Baker said many worrisome changes are under way in the ecosystem, likely as a result of the ongoing drought. Utah junipers, which are hardier than piñons and can be several centuries old, are now showing a dieback. Forest Service officials and others have noticed an extensive dieback on the Mogollon Plateau. Bill was in the Mojave Desert recently and saw large areas of creosote that appeared to be dead as well.

Bruce said the same things are being seen locally. There are very early indications of increased levels of bark beetles and *ips* beetles, tied in with black-stain root disease.

**Highly Valued Resources and Assets/Quantitative Wildfire Risk Assessment**

Danny said DWRF completed a wildfire risk assessment in 2016 and is now working to update that, working alongside the Four Rivers Collaborative, which is doing its first risk assessment. A working group met on May 26 to refine HVRAs and discuss wildfire risk assessment. Brad Pietruszka gave a presentation at the meeting about what a risk assessment is, different components of wildfire risk, what HVRAs are, and other topics. From the meeting, participants identified broad HVRA categories, different values and components, and weighted the relative importance of each of the categories.

Danny displayed the chart of HVRA categories and sub-categories and explained it.

Another meeting to refine HVRAs is being planned and Danny hopes it can be held in person In a couple of weeks, perhaps outdoors in Mancos. It will be a somewhat technical conversation, but broad input would be welcome from people who are specialists in such areas as community safety, infrastructure, water, vegetation, and wildlife.

Becca asked how DWRF will use this. She said Four Rivers doesn't have an assessment like this, but DWRF has already identified high-priority areas, so how is this a priority for DWRF? Why should DWRF slow down and wait for Four Rivers to catch up?

Danny said the goal of this is to identify clear priority areas for treatments based on values. Ideally this information will feed into some future grant proposals, facilitating more work on private lands and across all lands. This isn't necessarily slowing down for DWRF. It's an opportunity to look at a broader landscape than already has been looked at for the upper Dolores watershed.

Mike Preston said the first assessment was done three or four years ago, and much has been learned since then. This is a refinement of what was done before. Putting things into a common format that meshes with everybody else's will be highly useful in these landscape-scale efforts.

Bill agreed with Becca. There may have been some changes since the last assessment, so it's worth updating, but the real risk is on private lands. It's much more important to focus on private lands than broad-scale treatments. It is critical to help homeowners improve their fire-risk situation. Bill said the list should include escape routes, home ignition zones, etc.

Anthony said this won't exclude doing that work. All collaboratives have to do reassessments sometimes  to keep up-to-date with the best available data regarding burn probability and land coverage. There is now better information to put into this model.

Becca said so far, no money has gone to WAP or directly into supporting work on private lands through efforts with RMRI. There has been a big focus on federal lands. Updating is good but it is critical to start supporting that work on private lands.

Mike Preston said what is most needed by RMRI is for people to identify projects – large-scale subdivisions where there is landowner buy-in. The connection with WAP is highly important and it needs more development.

Bruce said Cedar Mesa Ranches is the largest subdivision in Montezuma County. It is covered in piñon-juniper and oak brush. It has one major entrance and exit. Mike agreed that Cedar Mesa needs to be addressed, and urged people to shape it into a solid proposal.

Bill Baker recommended the creation of a working group to prioritize private lands. Danny said that makes sense and ideally it would be integrated with this updating effort.

Becca said the private-lands working group can be integrated with the countywide Community Wildfire Protection Plan (CWPP). There are projects drawn up with large landowners that simply haven't gotten funded.

**Next steps:**

→ Danny urged everyone interested to attend the HVRA meeting in two weeks.
→ Anthony asked folks who have values they want represented and have spatial data for those values to start compiling that data now and give it to Mike Remke or Rachel Medina.

**Salter Environmental Assessment**

Derek discussed changes made by the Dolores Ranger District in response to comments on the Salter EA related to recreation. The Southwest Colorado Cycling Association made a number of comments related to trail availability, re-routing, and more, and Derek said the district incorporated much of what they said. The Town of Dolores identified additional dates of events when there should be no hauling or harvesting activities and those were also incorporated. Some signage about trail-crossing locations will be added. Other changes included:

- The district provided more clarification in the document to show that it will have a robust information-sharing protocol in recreation blocks where activity is occurring, so everyone is well-informed as to where activities are taking place.
- The district added more detailed information to the economic analysis regarding effects to the recreation economy in surrounding communities.

Derek said the district just finished its internal review. It is hoped that the final EA will be out in the next two to four weeks.

Phil thanked the Forest Service for taking SWCCA's comments seriously.

Derek said elsewhere the Forest Service has incorporated into timber-sale contracts a 15 mph speed limit required on national-forest lands in areas of high recreational use. Based on the field trip to Chicken Creek and actual recreational users' remarks that truck drivers were very courteous and slowed down, the Forest Service does not believe they have to make such a stipulation at this time. Derek said district officials also don't believe traffic within the Town of Dolores is a major issue. There is a certain level of commercial truck traffic on the road already, and they haven't heard that it is a concern. The Salter project will add to that traffic, but activities won't all be happening at the same time.

Phil commented that the surface of the Dolores-Norwood road is in bad shape and this project will make it worse. Derek said additional truck traffic will indeed have an impact, as all the affected counties have acknowledged, but forest-health benefits are important. All the involved parties are aware about the impacts and have made a commitment to not let the road's condition deteriorate to the point where passenger-car travel would be impacted.

Ken Charles raised the topic of hours of operation, saying the Town of Dolores commented on that and wanted the hours to be limited to 6 a.m. to 10 p.m. He said logging traffic travels directly through a residential area, and there is a great deal of school traffic there. The concerns are noise and safety. Derek said the district lacks authority and jurisdiction regarding this issue. The district can make those accommodations on the timber sale itself but Dolores is so far

removed from the timber area that it doesn't make sense. It is the responsibility of Montezuma County or the town to establish such restrictions if they want.

Molly said the timber industry prefers flexibility regarding hauling. It is desirable to do much of the hauling when most people are asleep. It's also desirable to be able to haul more than one load in a day. The industry prefers that maximum flexibility be allowed in a NEPA document.

**Next steps:**

→ Danny will send out an email and possibly a poll regarding the next HVRA meeting and analysis. Everyone interested is encouraged to attend.

→ A private lands/cross-boundary working group meeting will also be set up.

**Dolores Watershed Resilient Forest (DWRF) Collaborative**
**Stakeholders Meeting**
**July 7, 2021**
**dwrfcollaborative.org**
**5 pages**

**The meeting was conducted via Zoom. Present were**:
Steve Garchar (Dolores County Commission); Rich Landreth (City of Cortez); Ken Charles (Town of Dolores); Andrew Hawk (Timber Age System); Anthony Culpepper and Michael Remke (Mountain Studies Institute); Rebecca Samulski (Fire Adapted Colorado); Alex Graf (Wildfire Adapted Partnership); Phil Ayers (Wildfire Adapted Partnership Board and Southwest Colorado Cycling Association); Robert Meyer (Mancos Trails Group); Mike Preston (Rocky Mountain Restoration Initiative Steering Committee and DWRF Coordinating Committee); David Taft (San Juan Mountains Association); Marcos Robles (The Nature Conservancy); Matt Sturdevant (Colorado Parks and Wildlife); Derek Padilla, David Casey and Shauna Jensen (San Juan National Forest); Jason Lawhon (RMRI Project Manager for U.S. Forest Service); Ryan Cox (Colorado State Forest Service); Ken Curtis (Dolores Water Conservancy District); Bruce Short (Consulting Forester, Short Forestry LLC); Bill Baker (Retired Ecologist); Travis Bruch (San Juan National Forest); Logan Davis (CO Division of Fire Prevention and Control); Danny Margoles (DWRF Coordinator); and Gail Binkly (Meeting Recorder).

## Updates

**Community education and outreach:**

- **DWRF video:** The video has been released and Danny has emailed a link to it to stakeholders. It will eventually be available on the DWRF website. He said everyone should watch it. Andrew Hawk and Rebecca commented that they have watched it and thought it was excellent.
- **Intern:** DWRF currently has a short-term intern from Fort Lewis College who is helping with the mapping work. Rebecca Samulski suggested If she could build on the graphic vision, that would be very helpful.
- **Mancos Trails:** There will be a Mancos Trails Group workday this Saturday, July 10, at Chicken Creek to start construction on a new trail.
- **Open position:** Rebecca has an operations and communications position open right now with Fire Adapted Colorado.

**Collaborate with land management agencies:**

- **CFLRP monitoring input:** Danny said a group met recently to discuss larger-scale monitoring questions and indicators. They consolidated the information and it was then passed on to the regional level. Those people will make recommendations to the national program.
- **CFLRP structure status:** Danny said the RFQ for a CFLRP facilitator for developing a governance structure is still open but will close soon. Danny, who is receiving the submissions, has received a handful so far and he thinks an excellent facilitator will be found. Any stakeholder can be involved in helping select the facilitator, but participants are asked to make a modest time commitment if they want to be part of the selection process, and to remain involved after the facilitator comes on board.

▪ **Salter EA:** The Dolores Ranger District has released the decision notice for the final Salter EA. Danny sent an email to stakeholders that provides links to the document. The objection period for those who provided a previous comment is open until Aug. 9.
▪ **Reforesting burned areas:** David Casey said the Dolores District is working via a Categorical Exclusion (a streamlined process for projects) for replanting areas that were burned in the Plateau Creek wildfire. They use seed that as closely as possible duplicates the original vegetation in the areas they are seeking to reforest. It is still possible to make comments on the project and those are welcomed.
**Next steps:**
→ Danny will send out a link to the group. The comment period closes Aug. 4.
▪ **Lone Pine and other areas:** David said the district is about half finished with contracting timber operations at Lone Pine. One large sale is going on. Implementation is occurring in some areas. This fall would probably be a good time to develop a better plan regarding post-treatment monitoring. Some sales at Chicken Creek are wrapping up and implementation will probably start implementing by fall of this year. One stewardship project is continuing on Haycamp. The large sale on Haycamp is completed.

**Resilient forests and communities:**
▪ **Highly Valued Resources and Assets/Quantitative Wildfire Risk Assessment**
Danny said there will be a pause on many of these conversations, as he will be on vacation the last two weeks of July. Smaller conversations will take place in August. He asked whether anyone is interested in serving on a DWRF working group focused on private lands. It may not meet until August. He will send out an open invitation to all the collaborative's members and possibly some focused messages to certain individuals to see when a meeting can be arranged.

**Collaborative effectiveness and sustainability:**
▪ **Congressional funding request:** In concert with the Mancos Conservation District and WAP, DWRF put in a request for congressionally directed funding for some outreach and coordination work. Danny said Helen Katich of Sen. John Hickenlooper's office urged him to put in that request.
▪ **BLM Community Wildfire Assistance Grant application:** DWRF also applied for a BLM Community Wildfire Assistance Grant through MSI that would be used primarily to map out and identify where burn piles are across our landscape.

**Wildfire Adapted Partnership Activities Update**

Alex Graf, Montezuma County coordinator for Wildfire Adapted Partnership, gave a presentation on WAP's 2021 activities. WAP has been in existence since 2003 and became a nonprofit in 2018. It operates in five counties in Southwest Colorado. It is a largely volunteer organization that provides education to local residents to help them mitigate the risk of wildfire around their homes. He said while it is important to have mitigation work done on national forest lands, if similar treatments are not done on private land, there is a missing piece. Both need to be done.

Alex said thus far WAP has done 22 site visits in Montezuma County. Site visits involve a walk-about the property. He and the landowners talk about the home ignition zone, which covers defensible space. These assessments are self-selecting. Many of the people who sign up for the assessments hear about them via word of mouth through the ambassador program. WAP has done 16 cost-shares as part of its defensible-space cost-share program, which reimburses landowners for a portion of the costs. This program mostly focuses on Zone 1, the zone directly surrounding a structure, but it can also include larger zones. Alex develops a plan with the landowner to create defensible space. They treated about 55 acres in total. Alex said he is ready to do many more assessments.

Mike Preston asked whether there are projects that involve landowners in the same subdivision getting treatments done in a coordinated fashion. Alex said he had one instance of that happening this year involving four landowners who live near each other in one subdivision.

Alex gave out his contact information:

Alex Graf
Wildfire Adapted Partnership
agraf@wildfireadapted.org
Site Visit Sign Up: https://www.wildfireadapted.org/defensible-space-cost-share

**Forest Ambassador Program**
**(San Juan Mountains Association)**

David Taft, conservation director for SJMA, explained the Forest Ambassador Program. It involves a crew of five, largely focusing on areas in the ponderosa zone that are recreation hot spots as well as areas where various treatments are happening. The hope is that forest ambassadors will be able to communicate to visitors what is going on with the treatments, whether they entail logging or prescribed burns, and generate good will toward public lands. The crew received robust training from Danny, Mike Remke, SJMA staff and some others.

Alex said he is a forest ambassador and it involves simply talking to forest visitors. Many people merely want basic information about how far a trail goes, etc., but sometimes these discussions include deeper conversations about fire.

Jason said RMRI is very excited about this program.

**Monitoring**

Marcos Robles, lead scientist with the Arizona chapter of The Nature Conservancy, discussed a snow and soil-moisture monitoring opportunity that involves The Nature Conservancy, Western Water Assessment at CU-Boulder, and USDA Agricultural Research Service. He said they are developing a field handbook for forest practitioners to install monitoring equipment. He discussed Snowtography, which he said is affordable, flexible snow monitoring. Through the use of cameras and soil-moisture sensors, Snowtography monitors snow depth, the length of

snowfalls, and the duration of time that snow is on the ground. This information will help hydrologists better predict streamflows and the amount of water in reservoirs. What is happening with snowpack is key to understanding forest resilience. He said they are in the middle of drafting the handbook and will test a draft version in August or September in the Dolores watershed area.

In response to a question, Marcos said they are using the data from the monitoring system to link to a forest hydrology model that can talk about potential streamflow. They don't yet have models enabling them to take this to a larger scale but that is their plan – those models will be developed so they can connect the data to water yields, watersheds, and forest resilience.

Robert, who lives near the Chicken Creek treatment area, said there has been incredible drying of the soils since 2002. He asked how that will be assessed. Marcos said there will be soil probes.

There were several positive comments about this partnership opportunity. Ken Curtis said DWCD will volunteer some of its staff. DWCD has been monitoring snow above McPhee for many years. Danny said this is an excellent opportunity to get some on-the-ground data.

Mike Preston said there is very strong interest in pursuing this. It is understandable, logical and affordable. It should receive a positive reception from the water community.

Danny said the local group needs to do more work during the planning phase. More-defined questions are needed. Some people have already agreed to be involved with reviewing the handbook or other aspects of the handbook, but more can be used.

Marcos said they are very excited to work with this collaborative. This is a larger issue across the basin.

**Tours and events**

▪ **Escalante Days in Dolores:** The question of whether DWRF should take part in Escalante Days was discussed. Ken Curtis said he has appeared at the Dolores River Festival for many years, and it's important to have modest expectations about such appearances. These are social events whose focus is not in-depth education, and most conversations will be brief. However, such events do provide an opportunity to get your name out there, which has value.

Danny said he will probably staff a booth at Escalante Days with Alex. Ken Curtis said he can volunteer at least one hour.

▪ **Future DWRF tours:** Danny reported that he had a talk with the Coordinating Committee this morning about future DWRF tours, probably in September. Possible topics include old-growth trees and the diversity of the ponderosa pine zone.

Bruce said there aren't many old trees in the Salter area, but tour participants could visit McPhee Park to see old-growth ponderosa pines.

**Next steps:**
→ Anyone who has ideas for the DWRF tour should contact Danny. It will probably take place in September, perhaps in place of the stakeholder meeting.

▪ **Visit from RMRI leadership:** Mike Preston said the RMRI leadership team will be coming to Southwest Colorado at the end of August and will meet in Durango on Sept. 1. They tentatively plan to have a field trip on Aug. 31 focused on the Chicken Creek/Haycamp area and he encourages participation in that. Andy Hawk said he would be happy to offer a tour of the Timber Age manufacturing facility on the RMRI visit.

**Next steps:**
→ Danny can help coordinate that. Contact him if you are interested in the Timber Age tour.

▪ **Mancos watershed tour:** Danny said Shauna Jensen has scheduled a tour in the Mancos watershed for mid-August related to the Watershed Condition Framework Restoration Action Plan. ***[THIS IS POSTPONED UNTIL SEPTEMBER]***

**Next steps:**
→ Danny will send information about the tour to stakeholders. He urged people to attend.

**Next meeting:** Danny said he hopes to have the August stakeholders meeting be a hybrid meeting, both in-person and via Zoom.

**Dolores Watershed Resilient Forest (DWRF) Collaborative**
**Stakeholders Meeting**
**December 8, 2021**
**dwrfcollaborative.org**
**5 pages**

**This Meeting was conducted via Zoom. Present were:**
Steve Garchar (Dolores County Commission); Derek Padilla, Jason Lawhon, Emma Reinenmann, and Beth Anderson (San Juan National Forest); David Sitton (Aspen Wall Wood); Ryan Cox (Colorado State Forest Service); James Dietrich and Rachel Medina (Montezuma County); Rich Landreth (City of Cortez); Eric Janes (Retired Hydrologist); Molly Pitts (Colorado Industry Timber Association); Jimbo Buickerood (San Juan Citizens Alliance); Chris Garner (Mancos Conservation District); Ken Curtis (Dolores Water Conservancy District); Phil Ayers (Wildfire Adapted Partnership Board and Southwest Colorado Cycling Association); Patt Dorsey (National Wild Turkey Federation and RMRI); Helen Katich (Senator Hickenlooper's office); Danny Margoles (DWRF Coordinator).

**Introductions, operating principles, agenda**

**Updates**

CFLRP update (Danny): all should have received an email invitation from Samuel Wallace from Peak Facilitation reaching out to have an initial conversation about what the governance structure can look like, what CFLRP will look like for this area. All are encouraged to participate in first meeting (doesn't obligate participation in every governance discussion).

- Christopher Garner has not received this
- Heather Bergman is the other contact from Peak Facilitation
- CFLRP is not a done deal yet! Pending funding allocation
- Motorized community participation? Jason will reach out to someone in the motorized community per Molly's request, but it is likely they were already contacted. Should be publicly available, may put something in the Journal, please reach out to anyone who may be interested
    - Molly would like to make sure there's a distinction between CFLRP and RMRI

RMRI update (Jason Lawhon):

- Stakeholder and leadership team meeting happened (Colorado-wide)- Mark Finney and Sarah McCaffrey presented at the meeting to discuss fuels treatment effectiveness and social impacts. Presentations will likely be shared publicly soon
- Will have upcoming meetings to discuss accomplishments from 2021 and have meetings to look at priority focal areas and what cross-boundary strategies will look like

Salter EA (Derek Padilla): Salter EA signed, changes were made to resolve some objections

- SWCCA: will evaluate reroutes in another EA which will be completed prior to implementation in Boggy area. Created a larger area of influence that will be discussed with partners to maintain scenic integrity and maintain features that add to mountain biking experience/grooming for snow biking. SWCCA withdrew objection.

- Town of Dolores: will provide timber operators a handout with requirements in town. 2 of the treatment units will be required to use a western transportation route. Dolores withdrew objection.
  - David Sitton has concerns about the town ordinance that will impact all trucking, will be detrimental to hauling logs out of groundhog area. Hours are unusable. Requested to get onto the town council meeting to discuss the ordinance.
  - Derek: the town hasn't adopted the ordinance yet. The Montezuma County Commission put on a demonstration to show the noise impact when everything is working. The noise levels weren't as significant as anticipated. Trustees may incorporate this into their assessment. Our commitment is that whatever they come up with will be passed onto the timber operators

- Did not reach resolution with other objectors, but did add to EA base: committed to using descending order of preference protocol, clarified that $\geq$50% canopy cover will be left in Goshawk habitat
- Derek expressed appreciation for everyone's involvement in the EA process.
- Danny: DWRF would like to move Salter conversation to larger stakeholder group. This project had more collaborative involvement than with Lone Pine, still room for improvement. We should figure out best practices and lessons learned for other projects moving forward

Infrastructure Funding (Jason, Helen): what does this mean for forest health programs?

- Helen: Expecting to know more about how the money will be allocated in the next 1-3 months. Some of the infrastructure money is starting to come through, EPA in Colorado received some money for clean water recently. Not sure how this will look in term of forest health programs. Starting to have lots of calls with people who have "shovel-ready" projects, most of the money will be going through state, so any way to connect to state or way to uplift "shovel-ready" projects is good, now is a good time to start pitching those projects
- Jason: emphasis on cross-boundary WUI. Will likely be phased, early phases will be focused on shovel ready projects in priority firesheds, so we may not be in the initial rounds.

Snowtography update

- DWRF parterning with nature conservancy, western watershed assessment, and USDA Agricultural Research Service put in a beta test site for snow soil moisture monitoring and looking at how forest treatments are influencing snow and soil moisture. Some transects installed ranging from thinned to unthinned areas. They're installed, having some technical headaches, but it's going forward. Nature conservancy put together a handbook that can be found here: https://azconservation.org/
- Goal is to be a cost-effective way for groups to measure the effects of landscape and environmental variables (canopy cover, slope, treatment, elevation, etc.). How do all these treatments affect snow/soil moisture and answer some of the questions we have as a collaborative?
- Lots of thank yous to the many people who helped out!
- Preliminary- won't give us all the answers, but will feed into a larger network, others are planning to add additional transects.

- DWCD will be doing ongoing monitoring of snow density
- Cameras will be remotely recording snow depth
- MSI and Fort Lewis will hopefully be processing data (funding?)

Wood Innovation Grant (David, Aspen Wall Wood): they're working on it! David Casey assisting in how to put a grant together. Plan to put in 6-8 ton/hour mills, start by using their own waste, looking into what it would take to ship small diameter timber and dry chips (wouldn't be part of the grant, potential phase 2). Part of the infrastructure for pellet mills is already installed. They already have one, looking to add 2 more, room for 6 total (6 would go through 12-15 ton/hour, more than they generate so they'd have to invest in facilities to log specifically for pellets). David will be reaching out to Danny for letter of support, USFS & county have provided letters of support. Most of their waste is dry, so they don't have to worry about moisture content, but if they accommodate for more they will have to figure out moisture content. Green wood needs to be dried, equipment is expensive to operate and introduces fire hazards. Beetle kill wood wouldn't need to be dried.

Grants (Danny)

- DWRF was awarded $3,000 through Onward Foundation via heartwood fund
- Submitted operations based grant to City of Cortez
- DWRF applied for Restore Grant ($430,000) through Fish and Wildlife Foundation – partners are CO state forest, MSI, Mancos Conservation District. Goal is to support wildlife habitat and reduce wildfire risk. Proposal is to work on 2 private parcels that are important elk and mule deer habitat. Ponderosa pine thinning and hand thinning of oak. Pending selection. 400 acres would be thinned.

DWRF coordinating committee structure and membership (Danny): current membership maybe doesn't represent all the interests related to the forest. Missing: recreation, Montezuma County, private lands (home mitigation), ranching community. Danny has been talking to James Dietrich (Montezuma Co.), Dani Gregory (SWCCA), Alex (Wildlife Adaptive Partnership) about joining

**Natural Resource Updates from Montezuma and Dolores Counties**

James Dietrich (Montezuma County):

- 3 primary industries: (O&G, agriculture, tourism). All 3 have taken a hit, tourism is staying strongest of the 3. 30% decline in O&G, 50% of the county tax base is in O&G, how to backfill? How to transition and prepare for future? Agriculture is taking a big hit from the weather, helpless to change weather so working within the parameters we can control (conserving water). Tourism is something that we can affect, Mesa Verde and outdoor recreation (motorized and non-motorized trails), evaluating opportunities for trails expansions (Phil's, aqueduct). Not advocating for new motorized trails, just keeping motorized access that we have. Trying to construct trail to connect Cortez and Mancos. Looking to create route from Montezuma County to Moab (gravel biking on county roads, motorized)
- Supportive of pellet mill operations, will write David a letter of support. Ironwood has a large & growing pile of chips, fire danger

- Economic development team to recruit new businesses and grow existing businesses. Want to establish business to create manufactured homes. Navajo Nation has a need for 30-40,000 new homes. Integrating forest products would be ideal
- Making final edits to Community Wildfire Protection Plan, being circulated for review
- 30x30 conceptual project has created a lot of concern, lots of unknowns, conflicting information. What is acceptable? Farmland, conservation easements? What level of management can we have on remaining public lands? Is a hands off approach even viable?
    - USFS position is that USFS management of lands contributes to 30x30, but it's not well defined yet what will meet standards

Steve Garchar (Dolores County):

- Working on mountain bike trail from old tri state power line crossing of Dolores River up to the overlook
- San Miguel and Dolores County working on conservation area on lower Dolores River
- Irrigators saw less than 10% of their water this year. Dryland farming is doing well (normal to up to twice normal output)
- Working on application for 700 acre solar farm
- Ironwood is currently virtually shut down. Some activity, hauling off chips. They will start up again in spring, need to work through some of the issues (how they're piling chips, concerned neighbors).

**Lone Pine implementation tour debrief**

- Takeaways?
    - Jimbo: Helpful being on the ground to see what's happening and talk with partners
    - Phil Ayers (WAP/SWCCA): happy to see they were going for trees that already have a defect. Interesting that mills can't even handle trees over 24"
    - James Dietrich: interesting to see culling process. How to better use slash? Challenging.
    - Steve: seeing how much better the forest looks thinned out and see how the disturbance looks on the ground was informative
- Tried to look how pre- and post-treatment stands can be seen through DWRF desired conditions. How did this look? Was the document digestible?
    - Jimbo: Looking at what's left on the forest floor in terms of nutrients, and also wildlife. Some concern that the smaller dead standings can be left on the landscape, what does this mean from a fuels point of view?
        - Derek: Sometimes we have to go back again and retreat small DBH trees based on receipts from timber harvesting companies. RMRI and CFLRP can help address non-commercial aspects of need. Hopefully will have reduced basal area enough that the effects will be different than having done noting at all. Not ideal, but lots of progress towards forest health and fire mitigation goals
        - Danny: This was a big discussion item. Even if the POL wasn't captured in a contract, how do you keep moving the stand towards the desired conditions? Other funding opportunities. Implementation isn't just a one-and-done, strategy is important
    - Phil: went pretty quick, but he didn't see any major disconnects or oversights

  - Danny: let me know if there are any improvements to be made to the desired conditions document
- Danny: does anyone have any other tours in mind?
    - Jimbo: in-town tour of wood product facilities. Molly will help facilitate. Aspen Wall Wood is happy to participate.

**DNR funding discussion:** Colorado Strategic Wildfire Action Program (COSWAP) has a few different funding paths, including conservation corps, state wildlife inmate fire teams, landscape-scale fuels reduction. This is a one time funding managed through DNR in partnership with state forest service and some other people. Focused on reducing wildfire risks to prevent damage to homes and infrastructure, but landscape-scale fuels reduction funds are not meant for defensible space. Meant to be collaborative. Have identified focal areas, RMRI geography is within this area. They are excited about prescribed fire. How do we use our partners to implement work? A good opportunity for off-forest work. Challenge for funding is on private, state, tribal lands. How do we make cross boundary efforts?

Derek: Wood for Life pilot project provided 300 chords of wood to Chinle Chapter House, National Forest Foundation was instrumental in helping. We removed a breakwater out of McPhee Reservoir with Ken's help.

Notes: Emma Reinenmann (thank you!)
Notes review: Danny Margoles

**From:** Danny Margoles
**Subject:** DWRF priorities - RMRI PODs and Salter EA
**Date:** Wednesday, July 22, 2020 2:47:57 PM
**Attachments:** PODs_PrioritySubset_DWRF Collaborative.xlsx
RMRI_PODs_06152020 (1).pdf
DWRF - Priority Mapping - Salter EA - Priorities from 7.8.2020 mtg.pdf

---

Hi all,

First, thanks to everyone that participated in the RMRI PODs prioritization meeting today. It was a long meeting, but we came away with pretty clear priorities. Please see them attached here in the Excel file along with the pdf of PODs boundaries.

Also, please see the attached maps identifying Salter EA priority areas based on different values/characteristics. These priority areas were collaboratively identified during the last DWRF stakeholder meeting (I streamlined them afterward).

Please let me know if you have questions or thoughts about these prioritizations, and again, I really appreciate all of these conversations! We're setting the stage for a lot of good work to occur!

Thanks,
Danny

--

Danny Margoles
Coordinator, Dolores Watershed Resilient Forest Collaborative
952.457.8586
www.dwrfcollaborative.org

Rocky Mountain Restoration Initiative - Southwest: POD's Priority Subset - DWRF Priorities

| POD Label | Entity | Rank | Notes (if available) | community | water | wildlife | recreation |
|---|---|---|---|---|---|---|---|
| 9 | DOL | High | | x | x | x | x |
| 10 | DOL | High | | x | x | x | |
| 12 | DOL | High | | x | | x | |
| 14 | DOL | High | | x | x | | x |
| 15 | DOL | High | | x | x | x | |
| 16 | DOL | High | | x | x | x | x |
| 17 | DOL | High | | x | x | x | x |
| 19 | DOL | High | | x | | | |
| Missing POD between 14 and 30 | DOL | High | Priority particularly on private lands and just over SJNF boundary | x | x | | x |
| 7 | DOL | Medium-high | Priority area is closer to communities and in Boggy Draw area | x | x | x | x |
| 36 | DOL | Medium-high | | x | | x | |
| 4 | DOL | Medium | Southern end of POD is priority | | x | | |
| 5 | DOL | Medium | Southern end of POD is priority | | x | x | |
| 6 | DOL | Medium | Southern end of POD is priority | | x | x | |
| 11 | DOL | Medium | Priority is closer to WUI and river | x | x | | |




## Rocky Mountain Restoration Initiative Potential Operational Delineations

N

1:500,000

0 5 10 20 30 40 Miles



Salter Environmental Assessment - Wildland Urban Interface
DOLORES
MONTEZUMA
Plateau Creek
STONER MESA
TAYLOR ME
Yellow Jacket
San Juan National Forest
Dolores
Dolores
Sources: Esri, HERE, Garmin, Intermap, increment P Corp., GEBCO, USGS, FAO, NPS, NRCAN, GeoBase, IGN, Kadaster NL, Ordnance Survey, Esri Japan, METI, Esri China (Hong Kong), (c) OpenStreetMap contributors, and the GIS User Community
Wildland Urban Interface (WUI)
Low Density WUI
High Density WUI
Fireshed - Potential rapid wildfire spread to communities under severe wildfire conditions
Fireshed - Likely human-caused wildfire ignition zone
Salter-Salter
Salter-Turkey_Knoll
Salter-Carlyle
Salter-Boggy_North
Salter-Boggy_South
Lone Pine EA Project Boundary
Wildfire Adapted Partnership CAFA Grant - WUI Treatment Opportunity
San Juan National Forest
DWRF Focal Area
N
0
2.5
5
10
Miles


FS-000405