Case No. 1:23-cv-01501-RMR Document 14-4 filed 09/29/23 USDC Colorado pg 1 of 82






**Fig. 9** Shown are maps of six ecological subregions (ESRs) in eastern Washington (*lower right*, Hessburg et al. 2000b), reconstructed historical fire severity patch size distributions within three of them (*upper*, ESRs 5, 11, and 13 (Perry et al. 2011; Hessburg et al. 2007), and example variability in historical successional patch sizes and arrangements (*lower left*, adapted from Perry et al. 2011) within ESR 13

from reconstructions of fine-scale forest structure (*Principle 5*). In the absence of local, historically derived information, landscape prescriptions should focus on increasing the frequency of variably-sized openings and successional patches (Dickinson 2014).

Patch size distributions will fluctuate as they adjust to climate, and to the proportion of the area affected by wild and managed fires and vegetation treatments (Keane et al. 2002). However, as patch size distributions of successional patches become more in sync with current climate and natural disturbance regimes, we expect that these adjustments will become less dramatic and abrupt, and offer less uncertainty to future habitat conditions.

**Box 3** "Perfect storm" conditions for large wildfires

Dynamic interactions among the climate, disturbances, successional conditions and patterns of environments were the mechanism by which successional mosaics historically emerged in dry, mesic, and cold forests of the inland Pacific West. Mosaics varied across space and time, but variability was constrained by the dominant climate and disturbance influences. In contrast, today's successional patterns, fueled by a warming climate, appear to be driving more severe disturbance regimes (generally lower fire frequency and higher severity) in a kind of 'perfect storm', with uncertain ecological trajectories associated with some fires (Lydersen et al. 2014). By excluding all but the largest fires via suppression, we enable successional processes to create dense patches of stressed trees on some parts of the landscape, with higher than historical surface fuel loads, high landscape contagion, and dense canopy fuels. This successional landscape is a regional-scale condition in which wildfires are more likely to be large and often severe. Moreover, it is marked by vast areas of shade-tolerant, fire sensitive species (e.g., grand, white fir, Douglas-fir, subalpine fir, Engelmann spruce), that produce abundant seeds, and that can colonize disturbed areas, further reinforcing a broad-scale species compositional shift.

## Principle 5

*Successional patches are "landscapes within landscapes"*. Even though patches themselves define the heterogeneity of local landscapes, they too are defined by within-patch heterogeneity. Reconstructions from pre-settlement era and contemporary forests with active wildfire regimes (Fry et al. 2014; Larson and Churchill 2012; Lydersen et al. 2013; Fig. 10) show that patches in fire-prone dry and mesic mixed-conifer forests comprised fine-scale mosaics of individual trees, and tree clumps and openings (gaps) of various sizes. These spatial patterns influence patch-level resilience to disturbances, rates of succession and stand dynamics processes (Sánchez Meador et al. 2009; Stephens et al. 2008; Dodson et al. 2008; Fettig et al. 2007), and wildlife habitat characteristics (Kotliar and Wiens 1990; Dodd et al. 2006; Wiens and Milne 1989).

## Implication

*In dry pine, and dry to mesic mixed-conifer forests, restore characteristic tree clump and gap variation within patches.* Patch level prescriptions should aim to restore variable patterns within stands and begin to dissolve the uniformity achieved in prior stand-level prescriptions (Churchill et al. 2013; Franklin et al. 2013; Reynolds et al. 2013; Jain et al. 2008; North et al. 2009); especially in even-aged stands. Pre-settlement era and contemporary forests with active wildfire regimes (e.g., Fulè et al. 2012; Harrod et al. 1999; Larson and Churchill 2012; Lydersen et al. 2013; Fig. 10) provide a reference for these conditions. In many cases, old stand and plantation boundaries can be dissolved to create large patches that better match the topographic template across a broad range of patch sizes (see *Principle 2* above) (North et al. 2009; Box 4).

## Principle 6

*Widely distributed large, old trees provide a critical backbone to dry pine and dry to mesic mixed-conifer forest landscapes* (sensu Ellison et al. 2005; Hunter 2005). Large trees dominated the overstories of open and closed canopy, old forest patches, and they were more common across a much broader area as a remnant of former overstories after mixed and high severity disturbance (Lutz et al. 2009; Collins et al. 2011; Hagmann et al. 2013, 2014; Table 1). Whether as old forest or remnant trees, many of these large, old trees were resistant to wildfires (Fig. 11), surviving extended droughts, providing seed and genetic resources spanning centuries, and contributing important snag and cavity habitat after they died. Early seral species such as ponderosa, Jeffrey and sugar pines, Douglas-fir, and western larch were the primary old tree species in locations with more fire and drought stress. Old trees of fire intolerant species (e.g. grand and white fir, western red cedar, Engelmann spruce (*Picea engelmannii* Parry ex Engelm.), and an assortment of poplars (*Populus* spp., Marshall 1928) were more common as fire frequency decreased, and in microsites with springs, seeps, or hyporheic exchange. Patches of closed canopy, old forests were generally found in refugial settings such as north aspects, in valley-bottoms along tributary streams and creeks near a major confluence, in middle or upper headwall settings, in highly-dissected topography, and in locations that experienced less frequent wildfires by virtue




**Fig. 10** Stem map (*top left panel*) and corresponding clump and opening size distributions (*right panels*) from a 4 ha plot of a reconstructed 1880 CE ponderosa pine forest on the Fremont–Winema NF, Oregon. Background color gradient shows the distance to nearest tree. A 3 m crown radius was used to project tree crowns on all trees, and a fixed distance of 6 m was used to identify clumps because most mature trees have interlocking crowns at this distance. Large openings are shown with a dashed line. Note the sinuous shape of the openings. The *bottom* photo illustrates the clumpiness of the current plot conditions

**Box 4** Recommended adaptations to conventional silviculture

Recent landscape reconstructions at meso-and fine-scales (Churchill et al. 2013; Hessburg et al. 1999b; Collins et al. 2011, 2015; Larson and Churchill 2012; North et al. 2009; Lydersen and North 2012; Stephens et al. 2008; 2015; Taylor 2010) suggest that three adaptations are needed to conventional silviculture:

(1) Operational treatment units, whether mechanical or prescribed fire, should (re)create ranges and distributions of vegetation patch sizes that are characteristic of an ecoregion (Collins and Stephens 2010; Perry et al. 2011; Reynolds et al. 2013; Stine et al. 2014).

(2) Patches should be tailored to ridge, valley, and aspect topographies to achieve these patch size distributions (as above, Lydersen and North 2012; Moritz et al. 2011; Stine et al. 2014).

(3) Within patches, patterns of individual trees, tree clumps and gaps should reflect the fine-scale heterogeneity that would be expected given the natural disturbance regimes and biophysical setting (North et al. 2009; Sánchez Meador et al. 2011; Churchill et al. 2013; Kane et al. 2014; Fig. 10).

Restoring patterns across scales mimics the template that historically maintained species diversity and ecosystem functions thereby preparing the landscape for future disturbances.



**Fig. 11** Widely distributed large and old trees historically provided a critical structural backbone to forest landscapes (Table 1). Historically, these old trees consisted of early seral ponderosa pine and Jeffrey pine, western larch, giant sequoia, and Douglas-fir, which displayed the thickest outer bark, but also large sugar pine, western white pine, and incense-cedar, which displayed a thinner outer bark, and were more easily scarred and killed by basal scorching. Large trees occurred in either open park-like or closed multi-story old forest patches, or they existed as a remnant of former forest conditions after a stand replacing fire with more than 70–75 % overstory mortality effects

of adjacent physical and environmental barriers to fire spread (Olson and Agee 2005; Camp et al. 1997).

Their long period of landscape service as live trees (e.g., 250–400 year), snags (30–100 year), logs (100–200 year), mulch (0–100 year), and soil carbon or charcoal (100–1000s year, Deluca and Aplet 2008) made large, old trees building blocks of the regional landscape. In addition, they are vital to many wildlife and fish habitats ( Foster et al. 1998; Franklin et al. 2000; Hunter 2005; Agee and Skinner 2005; Reeves and Bisson 2009), and the legacy of large dead wood from wildfires and bark beetle outbreaks is a particularly important driver of habitat condition in the streams of many forested watersheds (Gregory et al. 2003). However, in some forests that experience frequent, low to moderate intensity fires, repeated fires can consume much of the down wood, leaving overall densities of these structural elements relatively low

**Table 1** The percentage of four sampled ecoregional areas with medium- and large-sized trees in the overstory, in each of three crown cover classes

| Ecoregion | Percentage area with medium-[a] and large-sized[b] trees by crown cover (CC) class | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 10–30 % CC[c] | | 40–60 % CC | | >60 % CC | | Total % area | |
| | H[4] | C | H | C | H | C | H | C |
| Blue mountains | *23.3* | **18.4** | *11.9* | **6.7** | *4.5* | **2.1** | *39.6* | **27.2** |
| Northern glaciated Mountains | *11.2* | 11.2 | *7.1* | 6.7 | *3.8* | 6.3 | *22.0* | 24.2 |
| Northern cascades | *18.2* | 18.2 | *15.0* | **12.7** | *8.8* | **6.9** | *41.9* | **37.9** |
| Southern cascades | *23.3* | 17.9 | *15.1* | 18.9 | *2.0* | 7.5 | *40.3* | 44.3 |

Values in bold typeface indicate a significant reduction. Data are from the Interior Columbia Basin project (Hessburg et al. 1999a). Early twentieth-century conditions are highlighted in *gray*

[a] Medium trees = 40.5–63.5 cm DBH

[b] Large trees ≥ 63.5 cm DBH

[c] CC = denotes actual crown cover class, where maximum CC = 100 %. Crown cover was photo-interpreted in 10 % increments, and class percentages were expressed as class midpoints; e.g., 10 % = 5 to 14 % CC, 20 % = 15 to 24 % CC (Hessburg et al. 1999b). Crown cover classes above are regroupings of the decile classes

[d] H, C = historical, current conditions, respectively

and patchily distributed. For example, this was observed in northwestern Mexico, where spatial variability in dead wood resources was measured in Jeffrey pine-mixed-conifer forests with relatively intact fire regimes (Stephens 2004; Stephens et al. 2007).

Table 1 shows the historical percentage area of four fire-prone provinces in eastern Oregon and Washington with remnant medium- and large-sized old trees. These data show that remnant medium- and large-sized old trees occupied partial overstories of up to 40 % of patches, regardless of their successional condition. Early twentieth century timber inventories show that 68 % of the Warm Springs and Klamath Indian reservations in central Oregon had at least 12 trees per hectare over 53 cm diameter at breast height (Hagmann et al. 2013, 2014). Their widespread presence suggested that remnant old trees were prevalent and important features of fire-prone landscapes.

## Implication

*Retain and expand on existing relict trees, old forests, and post-disturbance large snags and down logs in these types.* In many dry pine and mixed-conifer landscapes, restoring the pattern and abundance of old trees and old forests should be a central theme of both regional and local landscape planning (Franklin and Johnson 2012; Franklin et al. 2013; USFS 2012; Spies et al. 2006). In other locations, recent bark beetle outbreaks and wildfires have created an abundance of snags; the largest among these are especially useful to retain as snag and down wood structure. Most current USFS Standards and Guidelines in Forest-level planning call for average snag and down wood conditions replicated over thousands of ha. Observations of patchily distribution snags and downed wood associated with frequent fire regimes argue against uniform prescriptions in dry forest landscapes (Holden et al. 2007; North et al. 2009). Local landscape restoration projects should increase abundance of closed canopy, old forest patches, especially in refugial settings (e.g. Franklin et al. 2013). To improve their longevity, restoration projects can be used to help provide fire-tolerant contexts surrounding them, (Box 5).

## Principle 7

*Land ownership, allocation, management and access patterns disrupt landscape and ecosystem patterns.* Land ownership and allocation boundaries within ownerships are a byproduct of historical social and political decisions that were indifferent to the underlying ecology. The sum of these decisions and subsequent management differences produced a landscape fragmented by ownership and allocation (Fig. 12). Disparate and contradictory goals across land allocations and ownerships create untenable management situations (Rieman et al. 2015). For

**Box 5** Protect remaining live old trees and retain large old trees and snags after fires

Restorative management activities in many dry pine and mixed conifer landscapes should maintain existing patches of old forests, and retain remnant medium- and large-sized early seral trees where they occur. To improve the longevity of larger early seral trees, restorative activities would include thinning and removing neighboring shade-tolerant trees to reduce competition for water and nutrients, and removing nearby surface and ladder fuels to reduce fire intensities that would threaten their long-term survival. Furthermore, many south-facing aspects and ridgetops no longer support a characteristic abundance of early seral trees of any size and age. These settings should be evaluated for their ability to support the long term survival of early seral trees as the climate warms and dries. If deemed suitable, such sites could be emphasized for re-establishing thriving new populations, which in turn can be maintained through natural or prescribed fires and/or mechanical fuels reduction. Many existing ponderosa pine plantations can be managed and tended for future old pines as well. Where post-fire fuels are a bonafide reburn concern, salvage treatments should focus on removal of small trees and emphasize retention of large-trees, both living and dead.




**Fig. 12** Fragmentation of eastern Washington forests, grasslands, and shrublands by land ownership. Note that forests are shown in *green* and shrublands and grasslands are shown *brown* and *yellow*. Habitat fragmentation arises among mixed ownerships via varied management goals and histories, and resulting land and resource conditions

**Box 6** Decrease impacts of legacy roads

Landscape restoration requires addressing the ongoing impacts of existing road networks on forest ecosystem processes and functions. The effect of road networks on aquatic and terrestrial ecosystems is well established (Bisson et al. 2003; Forman 2003; Gaines et al. 2003;Reed et al. 1996; Luce and Black 1999; Trombulak and Frissell 2000; Raphael et al. 2001). Past management has left extensive and expensive legacy road networks, which are now declining in condition. These roads deliver chronic sediment to nearby rivers and streams, and disrupt flow regimes. Deferred maintenance on retained roads yields persistent adverse impacts to fish and wildlife habitats. In addition, road systems function as alternative drainage networks, which significantly disrupt the timing and magnitude of flows and subsurface hydrology. However, not all roads are equally damaging or influential. Instead, most of the chronic sediment, channel confinement, barrier, and flow issues are associated with a fraction of the existing network, and these roads are readily identifiable. Landscape restoration projects should prioritize elimination, upgrading, or movement of these most damaging roads. Roads located in valley-bottom settings that restrict normal floodplain functioning are among those most damaging to aquatic habitat. Removal of these roads and floodplain restoration is especially important to recovering native aquatic species, and will require planning and coordination across ownerships and interest groups.

example, fire management objectives often differ on either side of a wilderness boundary (Knight and Landres 1998). Likewise, land use zoning has resulted in a confusing set of regulations that apply inconsistent environmental protections across different ownership types. As a consequence, today's disturbance and climate change vulnerabilities, terrestrial and aquatic species habitat connectivity, and road system issues cannot be resolved by any landowner working in isolation (Box 6).

### Implication

*Work collaboratively to develop restoration projects that effectively work across ownerships, allocations, and access needs.* Landscape prescriptions must be implemented at a relatively broad scale to be ecologically effective, particularly in the context of restoring disturbance regimes. To be socio-politically effective, restoration plans need cross-boundary collaboration and problem solving (Tabor et al. 2014; Wondolleck and Yaffee 2000). Collaboration on a project from conception through design, implementation, and monitoring can expand options for management in the long run, and create synergies that are otherwise unavailable. Moreover, litigation history shows that restoration planning greatly benefits from involving all stakeholder groups who have a vested interest in the outcomes (Culhane 2013). Partner interactions create the opportunity to daylight concerns before they become litigious, and create landscape-level prescriptions that can accommodate them by design (Larson et al. 2013).

Forest collaboratives are well suited to cross-ownership and multi-stakeholder planning (Cheng and Sturtevant 2012; Charnley et al. 2014), and there are significant opportunities to coordinate activities that exceed the capacities of individual landowners. For example, in the state of Washington, USA, the northern spotted owl is federally listed as an endangered species. Federal land managers and the Washington Department of Fish and Wildlife manage most of the current nesting, roosting, and foraging habitats, while dispersal habitats often occur on intermingled Washington State Department of Natural Resources trust lands (USFWS 2012), which are managed as working forests. Road maintenance, removal, and closures, and restoration of fish and wildlife habitats and connectivity all require a similar high degree of coordination.

## Implications emerging from all seven principles

Emerging from all seven principles is the idea that *landscape prescriptions* are foundational to restoration. Landscape prescriptions are a way for managers to implement the principles outlined above and to move beyond stand-centered forest management.

A landscape prescription provides guidance for landscape composition, structure, and spatial arrangement in terms of the elements comprising the next lower level of the hierarchy. We identified four hierarchical levels in *Principle 1*; hence landscape prescriptions are needed at three levels:

- *Large-scale ecoregional prescriptions* are important to reconnecting broad habitat networks and rescaling disturbance processes.
- *Local landscape prescriptions* define objectives for successional patch types, size distributions, and

spatial arrangements across the topographic template.

- *Patch-level prescriptions* describe target conditions within successional patches.

Linked evaluations and prescriptions are needed at each level where landscape change has been significant and restoration is warranted.

Ecoregional prescriptions are strategic—they highlight priority areas for reconnecting habitats and conditions under which wildfires may/may not contribute to restoring desirable local landscape patterns (North et al. 2012a). Ecoregional prescriptions should identify areas where post-disturbance silviculture or burning may be appropriate/inappropriate, and where wildfires can contribute to restoration (Allen et al. 2002; Reinhardt et al. 2008; Peterson et al. 2015). Ecoregional prescriptions should provide clear guidance for reestablishing large-scale ecoregional connectivity for wide-ranging and migratory aquatic and terrestrial species.

Local landscape prescriptions are tactical—they identify specific project areas where treatments can begin to restore ecoregional patterns and processes for multiple resources (Box 7). Local landscape

**Box 7** A local landscape prescription on the Colville National Forest

We provide here an example landscape prescription from a 9500 ha mixed-conifer watershed in northeast Washington that historically supported a predominantly mixed-severity fire regime, but has been modified by fire suppression, grazing, and logging. The landscape prescription was derived from an equally-weighted HRV and FRV departure analysis that was specific to the watershed (see Hessburg et al. 2013). The basis for the prescription is thus, one part departure from HRV pattern conditions, and one part climate change adaptation, in a bet-hedging strategy to conserve maximal future options. The landscape prescription provides clear, spatially-mapped recommendations to managers on where to modify forest structure, composition, and the overall distribution of patch sizes. The prescription intentionally avoids statements about average stand conditions to facilitate creation of heterogeneity at multiple spatial scales. Improved alignment of cover type and structure conditions with topography and biophysical settings, and more naturally occurring disturbance regimes (Fig. 13), were additional goals. Treatment type for different portions of the watershed (e.g. no-treatment, mechanical, prescribed or wildfire) was also identified based on treatment need, road access, and other factors. For example, the prescription for roadless areas of the watershed was to leave them alone to grow into large tree, closed canopy forest in cool, moist refugial topographic locations, and to allow managed wildfire to create stand initiation and open canopy patches in drier areas, where feasible. An abridged version of the prescription follows:

Objectives for the whole watershed:

- Reduce landscape fragmentation by increasing patch size of most cover-structure types, as well as connectivity in some cases.
- For all forested cover types, consolidate and expand approximately ½ of the small patches (1–50 ha) into 100-400 ha patches, where possible.

In the dry forest area of the watershed:

- Increase the area of the ponderosa pine (*Pinus ponderosa* Dougl. ex Laws.) cover type with large and old over story trees, from 3 to 12–15 % of the watershed area.
- Increase the area of woodland cover types from less than 1 to 2–3 % of the watershed area. Increase the range of patch sizes to 40–125 ha, where possible.
- Reduce the amount of the Douglas-fir (*Pseudotsuga menziesii* (Mirb.) Franco) cover type from 25 to 8–12 % of the watershed area, especially in young forest multistory and stem exclusion structures.

In the mesic and cold forest area of the watershed:

- Increase the area of the ponderosa pine cover type from 2 to 8–10 % of the watershed area. Promote old forest structure as well as stand initiation using wild and prescribed fires to fullest advantage.
- Increase the area of the Douglas-fir cover type from 8 to 20–30 % of the watershed area. Promote open and close canopy old forest and reduce stem exclusion structure.
- Increase the patch size range of lodgepole pine (*Pinus contorta* Dougl. ex. Loud.) and western larch (*Larix occidentalis* Nutt.). Increase area in stand initiation.
- Increase the area of hardwood, shrub, herb, and woodland cover types from less than 1 % of the area to 4–7 % of the watershed area. Increase the range of patch sizes to 10–25 ha.
- Reduce the area of the subalpine fir (*Abies lasiocarpa* (Hook.) Nutt.) cover type from 12 to 3–4 % of the watershed area, and that of the western redcedar (*Thuja plicata* Donn ex D. Don) cover type from 6 to 2–3 % of the watershed area.

Outside areas of old multi-story forest in dry, mesic, and cold forest, reduce the total area with high fuel loads (surface, ladder, and crown fuels) and increase the total area and size of patches with low fuel loads, especially on south-facing aspects and on ridgetops.

prescriptions provide guidance about how to arrange different successional patches across the topographic template (*Principle 2*), the target patch size distributions (*Principle 4*), and how to protect and increase abundance of legacy old trees (*Principle 6*). Articulating how silvicultural treatments, prescribed fire, and wildfire can work together to restore disturbance regimes (*Principle 3*) will be necessary for a successful local landscape prescription. Terrestrial and aquatic habitat and road system restoration opportunities should be linked in local landscape prescriptions to take advantage of simultaneous problem-solving opportunities (Rieman et al. 2010). For example, local prescriptions can identify harmful road segments and fish passage barriers, opportunities to expand local fish strongholds and rebuild larger, more productive fish and wildlife habitat patches (sensu Rieman et al. 2000, 2010).

Patch-level silvicultural prescriptions provide targets for the structure, density, composition, and pattern of a patch, or group of patches, that are tailored to the current vegetation conditions and biophysical setting of the site (*Principle 5*). Targets for heterogeneity within patches can be expressed in terms of the numbers and sizes of widely-spaced individual trees, tree clumps, and openings (Churchill et al. 2013), or using other metrics and tools (e.g. Jain et al. 2008; Reynolds et al. 2013). Treatment units, which flow from patch-level prescriptions, are the portions of a local landscape that will be treated to achieve the desired targets. They can comprise a single patch, part of a patch, multiple patches, or even cut across patch boundaries. Critically, treatment units should not define landscape pattern as they currently do in many landscapes.

## Summary

Managing fire-prone landscapes today to increase their climate- and fire-resilience poses immense challenges to managers, in planning and execution (North et al. 2012a, b). The current management environment is internally and externally polarized by mistrust, and a concern that land managers may never make a paradigm shift to sustainable ecosystem management (sensu Grumbine 1994; Spies et al. 2012, 2014; Dunlap and Mertig 2014). Here we argue that the time for that shift has come, and many partners of federal lands wish to help it along (Brown et al. 2004; Cheng and Sturtevant 2012; Charnley et al. 2014).

We provide core principles gleaned from recent research to advance management planning and treatment design to better incorporate natural processes, climate change, and operational limitations into management. We emphasize pine and mixed-conifer forests of the interior Pacific, but the principles and implications we outline are applicable elsewhere, especially to the dry pine and mixed-conifer forests of the southwestern US and Rocky Mountain regions. Central to our proposed framework are the notions that:

- Prior to the modern management era, western forest and rangeland landscapes were spatially heterogeneous at several scales.
- This heterogeneity resulted from native ecological and physical processes and their interactions with forest habitat and successional patterns.
- These processes created habitat and networking conditions to which native flora and fauna are adapted.
- Forest and rangeland conditions and their associated species were adaptable and resilient to shifts in climate and recurrent contagious disturbances.
- Multi-scale heterogeneity has been altered in many areas over the course of management.
- Disturbance processes, particularly wildfires and bark beetle outbreaks, will continue to be primary determinants of patterns in managed and unmanaged landscapes.
- Future climatic changes may surpass those experienced in the Inland Pacific region during the last interglacial. In that event, historical insights can inform our understanding of ecosystem responses to climate forcing, but management adaptations will need to be forward-looking.
- Collaboration on restorative management among managers, stakeholders, and scientific disciplines is essential because forest landscapes are coupled terrestrial and aquatic, social and ecological systems, and people have a stake in the outcomes. Collaboration and negotiation are imperative precursors to management.

Our principles stress the importance of scale and the interconnectedness of landscapes across scales. The traditional view of managing stands of trees in isolation is a relic of the past.


Rivers & Streams
Roads
Roadless Areas
Ponderosa Pine
Douglas-fir
Western Larch
Cedar-Hemlock
Lodgepole Pine
Sub-alpine fir-Spruce
Hardwood
Shrub-Grassland
Agriculture
0 1 2 4 Miles
0 1 2 4 Miles
Water Deficit
High : 450mm
Low : 150mm



FS-000611

◀**Fig. 13** Cover types and soil moisture deficit for the Orient subwatershed on the Colville National Forest in North-Central Washington (9500 ha). *Top panel* shows current cover types and *middle panel* shows projected cover types after potential treatments guided by a landscape prescription. Cover types are named after the dominant species, but contain multiple species. Potential treatments are not proposed treatments. Proposed treatments will be released for public comment and evaluated during a formal NEPA planning process. Potential treatments included mechanical thinning and prescribed fire. The major goals of the landscape prescription were to increase patch sizes and shift cover and structure types to species better aligned with the topography and biophysical conditions as illustrated on the *bottom panel*—only changes in cover types are shown here. Climatic water deficit on the *bottom panel* was calculated using modified Thornthwaite methods described in Churchill et al. (2013)

Landscape restoration will require the integrated use of vegetation treatments, prescribed and managed fires to achieve the necessary changes in landscape patterns, at scales broad enough to be meaningful. Management can be informed by natural landscape patterns that result from interactions between biotic communities, disturbances, and physiographic environments (DeLong and Tanner 1996). Such conditions can be quantified using past vegetation patterns HRV, and where appropriate, climate change analogue conditions, and used to help craft landscape prescriptions (Box 7) that provide guidance on the amount, distribution, and pattern of successional conditions to create through management actions.

Wildfires and insect outbreaks are an inevitable part of future landscapes. Future management should aim to restore more resilient vegetation patterns that can help to realign the severity and patch sizes of these disturbances, promote natural post-disturbance recovery, reduce the need for expensive active management, and drastically reduce the role and need of fire suppression.

**Acknowledgments** The authors thank Keith Reynolds, Cameron Thomas, Richy Harrod, Rachel White, and the anonymous reviewers for helpful reviews. We thank James Pass and the staff from the Three Rivers Ranger District on the Colville NF for working with us on the landscape evaluation and prescription for the Orient Watershed. We also thank the PNW, Rocky Mountain, and PSW Research Stations, the Joint Fire Sciences Program, National Science Foundation (Award #1256819), and the National Fire Plan for generous support of the many research studies synthesized in this review.

**Open Access** This article is distributed under the terms of the Creative Commons Attribution 4.0 International License (http://creativecommons.org/licenses/by/4.0/), which permits unrestricted use, distribution, and reproduction in any medium, provided you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons license, and indicate if changes were made.

## References

Agee JK (1993) Fire ecology of pacific northwest forests. Island Press, Covelo

Agee JK (1998) The landscape ecology of western forest fire regimes. Northwest Sci 72:24–34

Agee JK, Skinner CN (2005) Basic principles of forest fuel reduction treatments. For Ecol Manag 211:83–96

Allen CD, Savage M, Falk DA, Suckling KF, Swetnam TW, Schulke T, Stacey PB, Morgan P, Hoffman M, Klingel JT (2002) Ecological restoration of southwestern ponderosa pine ecosystems: a broad perspective. Ecol Appl 12:1418–1433

Allen CD, Macalady AK, Chenchouni H, Bachelet D, McDowell N, Vennetier M, Kitzberger T, Rigling A, Breshears DD, Hogg EH, Gonzalez P, Fensham R, Zhang Z, Castro J, Demidova N, Limp J-H, Allard G, Running SW, Semerci A, Cobb N (2010) A global overview of drought and heat-induced tree mortality reveals emerging climate change risks for forests. For Ecol Manag 259:660–684

Arno SF, Gruell GE (1986) Douglas-fir encroachment into mountain grasslands in southwestern Montana. J Range Manag 39:272–276

Arnst A (1985) We climbed the highest mountains. Fernhopper Press, Portland

Baker WL (2012) Implications of spatially extensive historical data from surveys for restoring dry forests of Oregon's eastern Cascades. Ecosphere, 3(3) art23

Belote RT, Aplet GH (2014) Land protection and timber harvesting along productivity and diversity gradients in the Northern Rocky Mountains. Ecosphere, 5(2) art17

Belsky JA, Blumenthal DM (1997) Effects of livestock grazingon stand dynamics and soils in upland forests of the Interior West. Conserv Biol 11:315–327

Bentz BJ, Régnière J, Fettig CJ, Hansen EM, Hayes JL, Hicke JA, Kelsey RG, Negrón JF, Seybold SJ (2010) Climate change and bark beetles of the western United States and Canada: direct and indirect effects. Bioscience 60:602–613

Bisson PA, Rieman BE, Luce C, Hessburg PF, Lee DC, Kershner JL, Reeves GH, Gresswell RE (2003) Fire and aquatic ecosystems of the western USA: current knowledge and key questions. For Ecol Manag 178:213–229

Bisson PA, Dunham JB, Reeves GH (2009) Freshwater ecosystems and resilience of Pacific salmon: habitat management based on natural variability. Ecol Soc 14(1):45

Bosworth D (2006) Investing in the future: ecological restoration and the US forest service. J For 105:208–211

Brown RT, Agee JK, Franklin JF (2004) Forest restoration and fire: principles in the context of place. Conserv Biol 18:903–912

Butler WH (2013) Collaboration at arm's length: navigating agency engagement in landscape-scale ecological restoration collaboratives. J For 111:395–403

Camp A, Oliver C, Hessburg PF, Everett RL (1997) Predicting late-successional fire refugia pre-dating European settlement in the Wenatchee Mountains. For Ecol Manag 95:63–77

Cansler CA, McKenzie D (2014) Climate, fire size, and biophysical setting control fire severity and spatial pattern in the northern Cascade Range, USA. Ecol Appl 24:1037–1056
Chapin FS III, Carpenter SR, Kofinas GP, Folke C, Abel N, Clark WC, Olsson P, Stafford Smith DM, Walker BH, Young OR, Berkes F, Biggs R, Grove JM, Naylor RL, Pinkerton E, Steffen W, Swanson FJ (2010) Ecosystem stewardship: sustainability strategies for a rapidly changing planet. Trends Ecol Evol 25:241–249
Charnley S, Sheridan TE, Nabhan GP (eds) (2014) Stitching the west back together: conservation of working landscapes. University of Chicago Press, Chicago
Cheng AS, Sturtevant VE (2012) A framework for assessing collaborative capacity in community-based public forest management. Environ Manage 49:675–689
Churchill DJ, Larson AJ, Dahlgreen MC, Franklin JF, Hessburg PF, Lutz JA (2013) Restoring forest resilience: from reference spatial patterns to silvicultural prescriptions and monitoring. For Ecol Manag 291:442–457
Collins BM, Stephens SL (2010) Stand-replacing patches within a mixed severity fire regime: quantitative characterization using recent fires in a long-established natural fire area. Landsc Ecol 25:927–939
Collins BM, Miller JD, Thode AE, Kelly M, van Wagtendonk JW, Stephens SL (2009) Interactions among wildland fires in a long-established Sierra Nevada natural fire area. Ecosystems 12:114–128
Collins BM, Everett RG, Stephens SL (2011) Impacts of fire exclusion and recent managed fire on forest structure in old growth Sierra Nevada mixed-conifer forests. Ecosphere. doi:10.1890/ES11-00026.1
Collins BM, Lydersen JM, Everett RG, Fry DF, Stephens SL (2015) Novel characterization of landscape-level variabilty in historical vegetation structure. Ecol Appl 16:1267–1276
Coop JD, Givnish TJ (2007) Spatial and temporal patterns of recent forest encroachment in montane grasslands of the Valles Caldera, New Mexico, USA. J Biogeogr 34:914–927
Crookston NL, Rehfeldt GE, Dixon GE, Weiskittel AR (2010) Addressing climate change in the forest vegetation simulator to assess impacts on landscape forest dynamics. For Ecol Manag 260:1198–1211
Culhane PJ (2013) Public lands politics: interest group influence on the forest service and the bureau of land management. Routledge, New York
Delong CS, Tanner D (1996) Managing the pattern of forest harvest: lessons from wildfire. Biodiv Conserv 5:1191–1205
DeLuca TH, Aplet GH (2008) Charcoal and carbon storage in forest soils of the Rocky Mountain West. Front Ecol Environ 6:18–24
Dickinson Y (2014) Landscape restoration of a forest with a historically mixed-severity fire regime: what was the historical landscape pattern of forest and openings? For Ecol Manag 331:264–271
Dobrowski SZ, Thorne JH, Greenberg JA, Safford HD, Mynsberge AR, Crimmins SM, Swanson AK (2011) Modeling plant ranges over 75 years of climate change in California, USA: temporal transferability and species traits. Ecol Mono 81:241–251
Dodd NL, Schweinsburg RE, Boe S (2006) Landscape-scale forest habitat relationships to tassel-eared squirrel populations: implications for ponderosa pine forest restoration. Restor Ecol 14(4):537–547
Dodson EK, Peterson DW, Harrod RJ (2008) Understory vegetation response to thinning and burning restoration treatments in dry conifer forests of the eastern Cascades, USA. For Ecol Manag 255(8):3130–3140
Duncan SL, McComb BC, Johnson KN (2010) Integrating ecological and social ranges of variability in conservation of biodiversity: past, present, and future. Ecol Soc 15(1):5
Dunlap RE, Mertig AG (2014) American environmentalism: The US environmental movement, 1970–1990. Taylor & Francis, London
Ellison AM, Bank MS, Clinton BD, Colburn EA, Elliot K, Ford CR, Foster DR, Kloeppel BD, Knoepp JD, Lovett GM, Mohan J, Orwig DA, Rodenhouse NL, Sobczak WV, Stinson KA, Stone JK, Swan CM, Thompson J, Von Holle B, Webster JR (2005) Loss of foundation species: consequences for the structure and dynamics of forested ecosystems. Front Ecol Environ 3:479–486
Falk D, Miller C, McKenzie D, Black A (2007) Cross-scale analysis of fire regimes. Ecosystems 10:809–823
Fettig CJ, Klepzig KD, Billings RF, Munson AS, Nebeker TE, Negrón JF, Nowak JT (2007) The effectiveness of vegetation management practices for prevention and control of bark beetle infestations in coniferous forests of the western and southern United States. For Ecol Manag 238(1): 24–53
Folke C, Hahn T, Olsson P, Norberg J (2005) Adaptive governance of social-ecological systems. Ann Rev Environ Res 30:441–473
Forman RT (2003) Road ecology: science and solutions. Island Press, Washington
Foster DR, Knight DH, Franklin JF (1998) Landscape patterns and legacies resulting from large, infrequent forest disturbances. Ecosystems 1:497–510
Franklin JF, Forman RT (1987) Creating landscape patterns by forest cutting: ecological consequences and principles. Landscape Ecol 1:5–18
Franklin JF, Johnson KN (2012) A restoration framework for federal forests in the Pacific Northwest. J For 110:429–439
Franklin JF, Lindenmayer D, MacMahon JA, McKee A, Magnuson J, Perry DA, Waide R, Foster D (2000) Threads of continuity. Conserv Pract 1(1):8–17
Franklin JF, Johnson KN, Churchill DJ, Hagmann K, Johnson D, Johnston J (2013) Restoration of dry forests in eastern Oregon: a field guide. Nat Conserv, Portland
Franklin JF, Hagmann RK, Urgenson LS (2014) Interactions between societal goals and restoration of dry forest landscapes in western North America. Landscape Ecol 29:1–11
Frelich LE, Reich PB (1999) Mini-reviews: neighborhood effects, disturbance severity, and community stability in forests. Ecosystems 2:151–166
Fry DL, Stephens SL, Collins BM, North MP, Franco-Vizcaino E, Gill S (2014) Contrasting spatial patterns in active-fire and fire-suppressed Mediterranean climate old-growth mixed-conifer forests. PLoS ONE 9(2):e88985
Fulé PZ, Crouse JE, Roccaforte JP, Kalies EL (2012) Do thinning and/or burning treatments in western USA ponderosa or Jeffrey pine-dominated forests help restore natural fire behavior? For Ecol Manag 269:68–81
Gaines WL, Singleton PH, Ross RC (2003) Assessing the cumulative effects of linear recreation routes on wildlife habitats on the Okanogan and Wenatchee National Forests.

USDA Forest Service, Pacific Northwest Research Station, PNW-GTR-586

Gregory S, Boyer KL, Gurnell AM (2003) The ecology and management of wood in world rivers. Am Fish Soc Symp 37:315–336

Grumbine RE (1994) What is ecosystem management? Conserv Bio 8:27–38

Habeck JR (1994) Using general land office records to assess forest succession in ponderosa pine/Douglas-fir forests in western Montana. Northwest Sci 68:69–78

Hagmann RK, Franklin JF, Johnson KN (2013) Historical structure and composition of ponderosa pine and mixed-conifer forests in south-central Oregon. For Ecol Manag 304:492–504

Hagmann RK, Franklin JF, Johnson KN (2014) Historical conditions in mixed-conifer forests on the eastern slopes of the northern Oregon Cascade Range, USA. For Ecol Manag 330:158–170

Hampe A, Petit RJ (2005) Conserving biodiversity under climate change: the rear edge matters. Ecol Lett 8:461–467

Hargrove WW, Hoffman FM (2004) Potential of multivariate quantitative methods for delineation and visualization of ecoregions. Environ Manag 34:S39–S60

Harrod RJ, McRae BH, Hartl WE (1999) Historical stand reconstruction in ponderosa pine forests to guide silvicultural prescriptions. For Ecol Manag 114:433–446

Helms JA (1988) Forest vegetation management for conifer production. Wiley, New York

Hessburg PF, Agee JK (2003) An environmental narrative of Inland Northwest United States forests, 1800–2000. For Ecol Manage 178:23–59

Hessburg PF, Mitchell RG, Filip GM (1994) Historical and current roles of insects and pathogens in eastern Oregon and Washington forested landscapes. General Technical Report PNW-GTR-327. Portland: USDA-FS, Pacific Northwest Research Station

Hessburg PF, Smith BG, Salter RB (1999a) Detecting change in forest spatial patterns from reference conditions. Ecol Appl 9:1232–1252

Hessburg PF, Smith BG, Kreiter SD et al (1999b) Historical and current forest and range landscapes in the interior Columbia River Basin and portions of the Klamath and Great Basins: Part I: Linking vegetation patterns and landscape vulnerability to potential insect and pathogen disturbances. General Technical Report PNW-GTR-458. Portland: USDA-FS, Pacific Northwest Research Station, p 357

Hessburg PF, Smith BG, Salter RB, Ottmar RD, Alvarado E (2000a) Recent changes (1930's–1990's) in spatial patterns of interior northwest forests, USA. For Ecol Manag 136:53–83

Hessburg PF, Salter RB, Richmond M, Smith BG (2000b) Ecological subregions of the Interior Columbia Basin, USA. Appl Veg Sci 3:163–180

Hessburg PF, Agee JK, Franklin JF (2005) Dry mixed-conifer-forests and wildland fires of the Inland Northwest: contrasting the landscape ecology of the pre-settlement and modern eras. For Ecol Manag 211:117–139

Hessburg PF, James KM, Salter RB (2007) Re-examining fire severity relations in pre-management era mixed-conifer forests: inferences from landscape patterns of forest structure. Landscape Ecol 22:5–24

Hessburg PF, Reynolds KM, Salter RB, Dickinson JD, Gaines WL, Harrod RJ (2013) Landscape evaluation for restoration planning on the Okanogan-Wenatchee National Forest, USA. Sustainability 5:805–840

Hessburg PF, Perry DA, Spies TA, Skinner CN, Stephens SL, Taylor AH, Franklin JF, McComb B, Riegel G (2015) Management of mixed severity forests in Washington, Oregon, and California. For Ecol Manag 262:703–717

Higgs E, Falk DA, Guerrini A, Hall M, Harris J, Hobbs RJ, Jackson ST, Rhemtulla JM, Throop W (2014) The changing role of history in restoration ecology. Front Ecol Environ 12:499–506

Hobbs RJ, Higgs E, Harris JA (2009) Novel ecosystems: implication for conservation and restoration. Trends Ecol Evol 24:599–605

Holden ZA, Morgan P, Rollins MG, Kavanagh K (2007) Effects of multiple wildland fires on ponderosa pine stand structure in two southwestern wilderness areas, USA. Fire Ecol 3:18–33

Holling CS (1992) Cross-scale morphology, geometry, and dynamics of ecosystems. Ecol Monogr 62:447–502

Hunter ML (2005) A mesofilter conservation strategy to complement fine and coarse filters. Conserv Biol 19:1025–1029

ISAB (2011) Using a comprehensive landscape approach for more effective conservation and restoration. Northwest Power and Conservation Council Report No. ISAB 2011-4. Portland. www.nwcouncil.org/fw/isab/isab2011-4/. Accessed 15 Aug 2013

Jain TB, Graham RT, Sandquist J, Butler M, Brockus K, Frigard D, Cobb D, Sup-Han H, Halbrook J, Denner R, Evans JS (2008) Restoration of northern Rocky Mountain moist forests: Integrating fuel treatments from the site to the landscape. pp 147–172 in USDA Forest Service, PNW-GTR-733

Johnson EA (1992) Fire and vegetation dynamics: studies from the North American boreal forest. Cambridge University Press, Cambridge

Johnson EA, Miyanishi K (1995) The need for consideration of fire behavior and effects in prescribed burning. Restor Ecol 3:271–278

Jones JA, Swanson FJ, Wemple BC, Snyder KU (2000) Effects of roads on hydrology, geomorphology, and disturbance patches in stream networks. Conserv Biol 14:76–85

Kane VR, North MP, Lutz JA, Churchill DJ, Roberts SL, Smith DF, McGaughey RJ, Kane J, Brooks ML (2014) Assessing fire effects on forest spatial structure using a fusion of Landsat and airborne LiDAR data in Yosemite National Park. Remote Sens Environ 151:89–101

Kane VR, Lutz JA, Cansler A, Povak NA, Churchill DJ, Smith D, Kane JT, North MP (2015) Water balance and topography predict fire and forest structure patterns. For Ecol Manag 338:1–13

Keane RE, Parsons RA, Hessburg PF (2002) Estimating historical range and variation of landscape patch dynamics: limitations of the simulation approach. Ecol Model 151:29–49

Keane RE, Hessburg PF, Landres PB, Swanson FJ (2009) The use of historical range and variability (HRV) in landscape management. For Ecol Manag 258:1025–1037

Keiter RB (2005) Public lands and law reform: putting theory, policy, and practice in perspective. Utah Law Rev 1127:1173–1180

Knight RL, Landres PB (1998) Stewardship across boundaries. Island Press, Washington
Kotliar NB, Wiens JA (1990) Multiple scales of patchiness and patch structure: a hierarchical framework for the study of heterogeneity. Oikos 59:253–260
Krieger D (2001) Economic value of forest ecosystem services: areview. The Wilderness Society, Washington
Küchler AW(1964) Potential natural vegetation of the conterminous United States. Manual to accompany the map (No. 36). American Geographical Society
Landres PB, Morgan P, Swanson FJ (1999) Overview of the use of natural variability concepts in managing ecological systems. Ecol Appl 9:1179–1188
Langston N (1995) Forest dreams, forest nightmares: the paradox of old growth in the Inland West. University of Washington Press, Seattle
Larson AJ, Churchill D (2012) Tree spatial patterns in fire-frequent forests of western North America, including mechanisms of pattern formation and implications for designing fuel reduction and restoration treatments. For Ecol Manag 267:74–92
Larson AJ, Belote RT, Williamson MA, Aplet GH (2013) Making monitoring count: project design for active adaptive management. J For 111:348–356
Lertzman KP, Fall J (1998) From forest stands to landscapes: spatial scales and the roles of disturbances. In: Peterson DL, Parker VT (eds) Ecological scale: theory and applications. Columbia University Press, New York, pp 339–367
Littell J, McKenzie D, Peterson D, Westerling A (2009) Climate and wildfire area burned in western US ecoprovinces, 1916–2003. Ecol Appl 19:1003–1021
Loehman RA, Clark JA, Keane RE (2011) Modeling effects of climate change and fire management on western white pine (*Pinus monticola*) in the northern Rocky Mountains, USA. Forests 2:832–860
Luce CH, Black TA (1999) Sediment production from forest roads in western Oregon. Water Resour Res 35:2561–2570
Lutz JA, van Wagtendonk JW, Franklin JF (2009) Twentieth-century decline of large-diameter trees in Yosemite National Park, California, USA. For Ecol Manag 257:2296–2307
Lydersen JM, North MP (2012) Topographic variation in active-fire forest structure under current climate conditions. Ecosystems 15:1134–1146
Lydersen JM, North MP, Knapp EE, Collins BM (2013) Quantifying spatial patterns of tree groups and gaps in mixed-conifer forests: reference conditions and long-term changes following fire suppression and logging. For Ecol Manag 304:370–382
Lydersen JM, North MP, Collins BM (2014) Severity of an uncharacteristically large wildfire, the Rim Fire, in forests with relatively restored frequent fire regimes. For Ecol Manag 328:326–334
Malamud BD, Morein G, Turcotte DL (1998) Forest fires: an example of self-organized critical behavior. Science 281:1840–1842
Marshall R (1928) The life history of some western white pine stands on the Kaniksu National Forest. Northwest Sci 2:48–53
McGarigal K, Romme WH (2012) Modeling historical range of variation at a rangeof scales: example application. In: Wiens J, Regan C, Hayward G, Safford H (eds) Historical environmental variation in conservation and natural resource management. Wiley, Hoboken
McKenzie D, Gedalof ZE, Peterson DL, Mote P (2004) Climatic change, wildfire, and conservation. Conserv Biol 18:890–902
Merschel AG, Spies TA, Heyerdahl EK (2014) Mixed-conifer forests of central Oregon: effects of logging and fire exclusion vary with environment. Ecol Appl 24:1670–1688
Meyer MD (2015) Forest fire severity patterns of resource objective wildfires in the southern Sierra Nevada. J For 113:49–56
Millar CI, Stephenson NL, Stephens SL (2007) Climate change and forests of the future: managing in the face of uncertainty. Ecol Appl 17:2145–2151
Millennium Ecosystem Assessment (2005) Ecosystems and human well-being: synthesis. Island Press, Washington
Miller C (2007) Simulation of the consequences of different fire regimes to support wildland fire use decisions. Fire Ecol 3:83–102
Miller C, Davis B (2009) Quantifying the consequences of fire suppression in two California national parks. George Wright Forum 26:76–88
Miller JM, Keen FP (1960) Biology and control of the western pine beetle: a summary of the first fifty years of research. USDA Forest Service Miscellaneous Publication 800, Washington
Miller JD, Safford HD, Crimmins M, Thode AE (2009) Quantitative evidence for increasing forest fire severity in the Sierra Nevada and southern Cascade Mountains, California and Nevada, USA. Ecosystems 12:16–32
Moritz MA, Hessburg PF, Povak NA (2011) Native fire regimes and landscape resilience. In: McKenzie D, Miller CA, Falk DA (eds) The landscape ecology of fire. Springer, New York
Moritz MA, Hurteau MD, Suding KN, D'Antonio CM (2013) Bounded ranges of variation as a framework for future conservation and fire management. Annal NY Acad Sci 1286:92–107
Naficy C, Sala A, Keeling E, Graham J, DeLuca TH (2010) Interactive effects of historical logging and fire exclusion on ponderosa pine forest structure in the northern Rockies. Ecol Appl 20:1851–1864
Neilson RP (1986) High-resolution climatic analysis and southwest biogeography. Science 232:27–34
Neilson RP (1995) A model for predicting continental-scale vegetation distribution and water balance. Ecol Appl 5:362–385
North M (2012) A desired future condition for Sierra Nevada forests. In: M. North (ed.) Managing Sierra Nevada Forests, General Technical Report PSW-GTR-237: 165-175, USDA-FS, Pacific Southwest Research Station, Albany, pp 165–175
North M, Stine P, O'Hara K, Zielinski W, Stephens S (2009) An ecosystem management strategy for Sierran mixed-conifer forests. General Technical Report PSW-GTR-220. Albany: USDA-FS, Pacific Southwest Research Station. p 49
North MP, Collins BM, Stephens SL (2012a) Using fire to increase the scale, benefits and future maintenance of fuels treatments. J For 110:392–401
North M, Boynton RM, Stine PA, Shipley KF, Underwood EC, Roth NE, Viers JH, Quinn JF (2012b) Geographic

information system landscape analysis using GTR 220 concepts. In: M North (ed) Managing Sierra Nevada Forests, General Technical Report PSW-GTR-237:107-115. USDA-FS, Pacific Southwest Research Station, Albany, p 184

North M, Brough A, Long J, Collins B, Bowden P, Yasuda D, Miller J, Suighara N (2015) Constraints on mechanized treatment significantly limit mechanical fuels reduction extent in the Sierra Nevada. J For 113:40–48

Noss RF, Cooperrider A (1994) Saving nature's legacy: protecting and restoring biodiversity. Island Press, Washington

Noss RF, Franklin JF, Baker WL, SchoennagelT Moyle PB (2006) Managing fire-prone forests in the western United States. Front Ecol Environ 4:481–487

Nyland R (2002) Silviculture: concepts and applications. Waveland Press Inc, New York

Odion DC, Moritz MA, Dellasala DA (2010) Alternative community states maintained by fire in the Klamath Mountains, USA. J Ecol 98:96–105

Odion DC, Hanson CT, Arsenault A, Baker WL, DellaSala DA, Hutto RL, Klenner W, Moritz MA, Sheriff RL, Veblen TT, Williams MA (2014) Examining historical and current mixed-severity fire regimes in ponderosa pine and mixed-conifer forests of western North America. PLoS ONE 9(2):e87852

O'Hara K, Latham P, Hessburg PF, Smith BG (1996) Development of a forest stand structural stage classification for the Interior Columbia River Basin. West J Appl For 11:97–102

O'Hara KL, Nagel LM (2013) The stand: revisiting a central concept in forestry. J For 111:335–340

Oliver CD, Larson BC (1996) Forest stand dynamics. McGraw-Hill, New York

Olson DL, Agee JK (2005) Historical fires in Douglas-fir dominated riparian forests of the southern Cascades, Oregon. Fire Ecol 1:50–74

O'Neill RV (1986) A hierarchical concept of ecosystems. Princeton University Press, Princeton

Parks SA, Holsinger LM, Miller C, Nelson CR (2015) Wildland fire as a self-regulating mechanisms: the role of previous burns and weather in limiting fire progression. Ecol Appl 25(3):768–778

Parsons DJ, DeBenedetti SH (1979) Impact of fire suppression on a mixed-conifer forest. For Ecol Manag 2:21–33

Pearson RG, Dawson TP (2003) Predicting the impacts of climate change on the distribution of species: are bioclimate envelope models useful? Global Ecol Biogeogr 12:361–371

Perera A, Bus LJ, Weber MG (2004) Emulating natural forest landscape disturbances: concepts and applications. Columbia University Press, New York

Perry DA, Hessburg PF, Skinner CN, Spies TA, Stephens SL, Taylor AH, Franklin JF, McComb B, Riegel G (2011) The ecology of mixed severity fire regimes in Washington, Oregon, and Northern California. For Ecol Manag 262:703–717

Peters DPC, Pielke RA, Bestelmeyer BT, Allen CD, Munson-McGee S, Havstad KM (2004) Cross-scale interactions, nonlinearities, and forecasting catastrophic events. Proceedings of the National Academy of Sciences of the USA, 101:15130–15135

Peterson GD (2002) Contagious disturbance, ecological memory, and the emergence of landscape pattern. Ecosystems 5:329–338

Peterson DL, Johnson MC, Agee JK, Jain TB, McKenzie D, Reinhardt ED (2005) Forest structure and fire hazard in dry forests of the Western United States. USDA-FS, General Technical Report PNW-GTR-628, pp 1–30

Peterson DW, Dodson EK, Harrod RJ (2015) Post-fire logging reduces surface woody fuels up to four decades following wildfire. For Ecol Manag 338:84–91

Puettmann KJ, Coates KD, Messier CC (2012) A critique of silviculture: managing for complexity. Island Press, Washington

Raphael MG, Wisdom MJ, Rowland MM, Holthausen RS, Wales BC, Marcot BG, Rich TD (2001) Status and trends of habitats of terrestrial vertebrates in relation to land management in the interior Columbia River Basin. For Ecol Manag 153:63–87

Reed RA, Johnson-Barnard J, Baker WL (1996) Contribution of roads to forest fragmentation in the Rocky Mountains. Conserv Biol 10:1098–1106

Reed DH, O'Grady JJ, Brook BW, Ballou JD, Frankham R (2003) Estimates of minimum viable population sizes for vertebrates and factors influencing those estimates. Biol Conserv 113:23–34

Reeves GH, Bisson PA (2009) Fish and old-growth forests. In: Spies TA, Duncan SL (eds) Old growth in a new world: a Pacific Northwest icon re-examined. Island Press, Washington, pp 70–82

Reeves GH, Benda LE, Burnett KM, Bisson PA, Sedell JR (1995) A disturbance-based ecosystem approach to maintaining and restoring freshwater habitats of evolutionarily significant units of anadromous salmonids in the Pacific Northwest. Am Fish Soc Symp 17:334–349

Reinhardt ED, Keane RE, Calkin DE, Cohen JD (2008) Objectives and considerations for wildland fuel treatment in forested ecosystems of the interior United States. For Ecol Manag 256:1997–2006

Reynolds RT, Meador AJS, Youtz JA, Nicolet T, Matonis MS, Jackson PL, DeLorenzo DG, Graves AD (2013) Restoring composition and structure in southwestern frequent-fire forests: a science-based framework for improving ecosystem resiliency. USDA Forest Service, RMRS-GTR-310

Rieman BE, Hessburg PF, Lee DC, Thurow RF, Sedell JR (2000) Toward an integrated classification of ecosystems: defining opportunities for managing fish and forest health. Environ Manag 25:425–444

Rieman B, Lee D, Burns D, Gresswell R, Young M, Stowell R, Rinne J, Howell P (2003) Status of native fishes in the western United States and issues for fire and fuels management. For Ecol Manag 178:197–211

Rieman BE, Hessburg PF, Luce C, Dare MR (2010) Wildfire and management of forests and native fishes: conflict or opportunity for convergent solutions? Bioscience 60:460–468

Rieman BE, Smith CL, Naiman RJ, Ruggerone GT, Wood CC, Huntly N, Merrill EN, Alldredge JR, Bisson PA, Congleston J, Levings C, Pearcy W, Fausch K, Scarnecchia D, Smouse P (2015) A Comprehensive approach for habitat restoration in the columbia basin. Fisheries 40:124–135

Robbins WG (1999) Landscape and environment: ecological change in the Intermontane Northwest. In: Boyd R (ed)

Indians, fire, and the land in the pacific northwest. Oregon State University Press, Corvallis, pp 219–237

Sánchez Meador AJ, Moore MM, Bakker JD, Parysow PF (2009) 108 years of change in spatial pattern following selective harvest of a pinus ponderosa stand in northern Arizona, USA. J Veg Sci 20:79–90

Sánchez Meador AJ, Parysow PF, Moore MM (2011) A new method for delineating tree patches and assessing spatial reference conditions ofponderosa pine forests in Northern Arizona. Restor Ecol 19:490–499

Savage M, Swetnam TW (1990) Early 19th century fire decline following sheep pasturing in a Navajo ponderosa pine forest. Ecology 71:2374–2378

Schoennagel T, Veblen TT, Romme W (2004) The interaction of fire, fuels, and climate across Rocky Mountain landscapes. Bioscience 54:661–676

Schultz CA, Jedd T, Beam RD (2012) The collaborative forest landscape restoration program: a history and overview of the first projects. J For 110:381–391

Skinner CN (1995) Change in spatial characteristics of forest openings in the Klamath Mountains of northwestern California, USA. Landscape Ecol 10:219–228

Smith DM, Larson BC, Kelty MJ, Ashton PMS (1997) The practice of silviculture: applied forest ecology. Wiley, New York

Spies TA, Hemstrom MA, Youngblood A, Hummel S (2006) Conserving old-growth forest diversity in disturbance-prone landscapes. Conserv Biol 20:351–362

Spies TA, Lindenmayer DB, Gill AM, Stephens SL, Agee JK (2012) Challenges and a checklist for biodiversity conservation in fire-prone forests: perspectives from the Pacific Northwest of USA and southeastern Australia. Biol Conserv 145:5–14

Spies TA, White EM, Kline JD, Fischer AP, Ager A, Bailey J, Bolte J, Koch J, Platt E, Olsen CS, Jacobs D, Shindler B, Steen-Adams MM, Hammer R (2014) Examining fire-prone forest landscapes as coupled human and natural systems. Ecol Soc 19(3):9

Stamps JA, Buechner M, Krishnan VV (1987) The effects of edge permeability and habitat geometry on emigration from patches of habitat. Am Nat 129:533–552

Stephens SL (2004) Fuel loads, snag density, and snag recruitment in an unmanaged Jeffrey pine-mixed-conifer forest in northwestern Mexico. For Ecol Manag 199:103–113

Stephens SL, Fry DL, Franco-Vizcaino E, Collins BM, Moghaddas JJ (2007) Coarse woody debris and canopy cover in an old-growth Jeffrey pine-mixed-conifer forest from the Sierra San Pedro Martir, Mexico. For Ecol Manag 240:87–95

Stephens SL, Fry DL, Franco-Vizcaino E (2008) Wildfire and spatial patterns in forests in northwestern Mexico: the United States wishes it had similar fire problems. Ecol Soc 13(2):10

Stephens SL, Millar CI, Collins BM (2010) Operational approaches to managing forests of the future in Mediterranean regions within a context of changing climates. Environ Res Lett 5:1–9

Stephens SL, Agee JK, Fulé PZ, North MP, Romme WM, Swetnam TW, Turner MG (2013) Managing forests and fire in changing climates. Science 342:41–42

Stephens SL, Bigelow SW, Burnett RD, Collins BM, Gallagher CV, Keane J, Kelt DA, North MP, Roberts LJ, Stine PA, Van Vuren DH (2014) California spotted owl, songbird, and small mammal responses to landscape-scale fuel treatments. Bioscience 64:893–906

Stephens SL, Lydersen JM, Collins BM, Fry DL, Meyer MD (2015) Historical and current landscape-scale ponderosa pine andmixed-conifer forest structure in the Southern Sierra Nevada. Ecosphere 304:492–504

Stephenson NL (1998) Actual evapotranspiration and deficit: biologically meaningful correlates of vegetation distribution across spatial scales. J Biogeogr 25:855–870

Stine P, Hessburg PF, Spies TA, Kramer M, Fettig CJ, Hansen A, Lehmkuhl J, O'Hara K, Polivka K, Singleton P, Charnley S, Merschel A (2014) The ecology and management of mesic mixed-conifer forests in eastern Oregon and Washington: a synthesis of the relevant biophysical science and implications for future land management. General Technical Report PNW-GTR-897. Portland, p 254

Swanson ME, Franklin JF, Beschta RL, Crisafulli CM, DellaSala DA, Hutto RL, Lindenmayer DB, Swanson FJ (2010) The forgotten stage of forest succession: early-successional ecosystems on forest sites. Front Ecol Environ 9:117–125

Swetnam TW, Allen CD, Betancourt JL (1999) Applied historical ecology: using the past to manage for the future. Ecol Appl 9:1189–1206

Tabor GM, Carlson A, Belote T (2014) Challenges and opportunities for large landscape-scale management in a shifting climate: The importance of nested adaptation responses across geospatial and temporal scales. Rocky Mountain Research Station Paper P-71:205-227. USDA-FS, Fort Collins

Taylor AH (2010) Fire disturbance and forest structure in an old-growth Pinus ponderosa forest, southern Cascades, USA. J Veg Sci 21:561–572

Trombulak SC, Frissell CA (2000) Review of ecological effects of roads on terrestrial and aquatic communities. Conserv Biol 14:18–30

Turner M (1989) Landscape ecology: the effect of pattern on process. Ann Rev Ecol Syst 20:171–197

Urban DL, O'Neill RV, Shugart HH Jr (1987) Landscape ecology. Bioscience 37:119–127

USFS (2012) The Okanogan-Wenatchee National Forest Restoration Strategy: Adaptive ecosystem management to restore landscape resiliency. http://www.fs.fed.us/r6/wenatchee/forest-restoration

USFWS (2012) Endangered and threatened wildlife and plants; designation of revised critical habitat for the northern spotted owl. Final rule; 50 CFR, Part 17, FWS–R1–ES–2011–0112; 4500030114, RIN 1018–AX69, Federal Register 77, 233, Tuesday, December 4, 2012, Rules and Regulations; US Gov Printing Office: Washington, pp 71876–2068

Westerling A, Hidalgo H, Cayan D, Swetnam T (2006) Warming and earlier spring increase western US forest wildfire activity. Science 313(5789):940

White R (1991) Its your misfortune and none of my own: a new history of the American West. University of Oklahoma Press, Norman p 644

Whitlock C, Bartlein PJ (1997) Vegetation and climate change in northwest America during the past 125 kyr. Nature 388(6637):57–61

Whitlock C, Shafer SL, Marlon J (2003) The role of climate and vegetation change in shaping past and future fire regimes in the northwestern US and the implications for ecosystem management. For Ecol Manag 178:5–21

Whitlock C, Higuera PE, McWethy DB, Briles CE (2010) Paleoecological perspectives on fire ecology: revisiting the fire-regime concept. Open Ecol J 3:6–23

Wiens J, Milne B (1989) Scaling of 'landscapes' in landscape ecology, or, landscape ecology from a beetle's perspective. Landscape Ecol 3:87–96

Wiens JA, Hayward GD, Safford HD, Giffen C (2012) Historical environmental variation in conservation and natural resource management. Wiley, Hoboken, p 352

Williams MA, Baker WL (2012) Spatially extensive reconstructions show variable-severity fire and heterogeneous structure in historical western United States dry forests. Global Ecol Biogeogr 21:1042–1052

Williams J, Jackson S (2007) Novel climates, no-analog communities, and ecological surprises. Front Ecol Environ 5:475–482

Wondolleck JM, Yaffee SL (2000) Making collaboration work: lessons from innovation in natural resource managment. Island Press, Washington

Wu J, David JL (2002) A spatially explicit hierarchical approach to modeling complex ecological systems: theory and applications. Ecol Model 153:7–26

Wu J, Loucks O (1995) From balance of nature to hierarchical patch dynamics: a paradigm shift in ecology. Quart Rev Biol 70:439–466

Case No. 1:23-cv-01501-RMR Document 14-4 filed 09/29/23 USDC Colorado pg 18 of 82





A.L. Sweitzer

# Forest Restoration in Southwestern Ponderosa Pine

A field study on the San Juan National Forest focused first on restoring degraded ponderosa pine forests to ecological integrity and potential productivity, and second on maximizing returns from harvesting. Results show that if landscape-scale forest restoration has a future, sale design is critical. Managers who combine financially strong and weak units, design sales to reduce logging and prescribed burning costs, and take advantage of the fluctuating market for small material can achieve both ecological and financial objectives.

By Dennis L. Lynch, William H. Romme, and M. Lisa Floyd

Questions about operational forest restoration confronted us as we began our study in 1993, and we soon found we were not alone—foresters involved in restoration projects across the country were asking similar questions. Most cost-revenue information on small-diameter harvesting had come from either plots or just estimates. No one had addressed the revenues and costs associated with achieving ecological objectives in forest restoration at the project level. We work in the Southwest, but the questions transcend region:

Will good ecology naturally translate into good economics? What types of small-diameter products can be expected from restoration treatments? What are the actual costs and revenues for a restoration project? Can restoration projects pay their way or must they be subsidized? Can harvesting operations alone achieve restoration objectives? What combinations of harvesting and prescribed fire may be needed to achieve desired ecological conditions?

Much has been written about degraded ponderosa pine *(Pinus ponderosa)* forest stand structure and processes across the Southwest and the substantial differences between current forest conditions and those existing before the influx of Europeans (Cooper 1960; Covington et al. 1997; Dahms and Geils 1997; Fulé et al. 1997). In southwestern Colorado, fire history and stand reconstruction studies (Romme et al. 1999a) confirmed similar differences in conditions. Thinning to remove small-diameter trees, accompanied by prescribed fire, has been suggested as a means of restoring structure and processes to degraded forest systems (Sackett et al. 1993; Edminster

***Above:*** **Oxen logging on the San Juan National Forest, Colorado, 1910. Note the open, park-like forest conditions.**

FS-000619



Downloaded from https://academic.oup.com/jof/article-abstract/98/8/17/4614243 by guest on 24 June 2019

**Prescribed burning is used to create openings on the San Juan National Forest, Colorado.**

***Right:*** **An area of severe crown scorch after prescribed burning but before spring green-up.**

***Center:*** **The same area one month later, after green-up; note the abundance of forbs and herbs in the understory.**

***Far right:*** **The same area one year later.**



and Olsen 1995; Hardy and Arno 1996; Omi 1998). Since the start of our study, efforts have also been made to estimate the financial potential of restoration projects (Mirth and Larson 1997; Lynch et al. 1997; Scott 1998) but with varying results.

No one, however, had seen on-the-ground operational forest restoration. The Forest Service had offered traditional timber sales that included small-diameter material, but these sales consistently failed to attract bids. Small, scattered areas had been precommercially thinned using classical spacing guides. Prescribed fire had been used in open pine stands but not in high-density stands needing restoration. In the public involvement phase that preceded our study (Richard and Burns 1998), we learned that citizens were interested in the idea of forest restoration but uncertain what it might look like.

The Dolores District Ranger of the San Juan National Forest, Montezuma County Commissioners, and Colorado Timber Industry Association formed the Ponderosa Pine Partnership in 1993 to learn how stands might be restored to the pre-1900 forest structure and processes suggested by Romme's studies. The partnership was also interested in improving a declining rural economy and maintaining traditional western lifestyles.

Romme provided a forest restoration prescription that called for retaining the largest trees and creating irregularly sized and shaped clumps interspersed with small openings and narrow glades (see "An Ecological Prescription for the San Juan Pine Zone"). Phil Kemp, of the Dolores District timber staff, translated this into a silvicultural marking guide for his crews. The district subsequently offered six units (totaling 549 acres) as a demonstration timber sale that was purchased by Montezuma County and subcontracted to local loggers associated with the Colorado Timber Industry Association. Carla Garrison, an employee of Montezuma County, acted as project coordinator for the partnership. Harvesting data were collected by Catherine Jones.

Although operational field studies reflect the real world, variables are hard

## An Ecological Prescription for the San Juan Pine Zone

*Retain large trees.* Any trees 20 inches or larger in diameter should be retained. In stands with smaller trees, the largest trees should be retained in clumps. Large-diameter oak stems should be retained as clones.

*Reduce tree densities.* Pre-1900 levels were approximately 40 to 50 trees per acre, but future mortality and ingrowth should be considered.

*Use large trees to identify clumps.* The largest trees in the stand should be used as a guide to the placement of clumps. Isolated large trees between clumps may be removed. Occasional clumps of small-diameter trees may be retained to provide variation.

*Vary clump sizes.* Clumps may vary from groups of six trees to as much as one-quarter to one-third acre in size, but considerable flexibility is possible.

*Vary distances between clumps.* The areas between clumps should be viewed as narrow glades and small openings with variation. Usually these should be 33 feet to 66 feet in width or 1 to 1.5 tree lengths across. They should exceed the lateral extent of crown and roots. Variation in opening size and shape is important.

*Create openings.* The purpose of openings is to provide for snow catch and sunlight to increase the component of grasses and forbs.

*Manage fire.* Gradually restore the fire regime to intervals of 10 to 20 years including summer burning. Protect large trees during burning. Try to reach light fuel beds that will be easy to manage even under wildfire conditions.

*Provide for wildlife.* Retain and create snags to increase this component of the stand. Clumps should include interlocking crown conditions for Aberts squirrels. Larger-diameter dead oak stems should be retained for songbirds.

FS-000620



Downloaded from https://academic.oup.com/jof/article-abstract/98/8/17/4614243 by guest on 24 June 2019





Photos by Dennis L. Lynch

to control, and not everything in this study went according to plan. However, information developed here may be useful to others contemplating forest restoration projects.

## Ecological Prescription

The six experimental restoration units were representative of a 180,000-acre area in the San Juan National Forest near Dolores, Colorado. Elevation ranges from 6,500 to 9,500 feet, and substrate is primarily Dakota sandstone. This forest, nearly pure ponderosa pine, has been heavily utilized by humans throughout the past 125 years. Livestock grazing began in the 1870s, heavy logging occurred in the early 1900s, and fires have been excluded since the 1880s. In many areas there are now seven times more trees per acre than at the turn of the 20th century. Stands are more homogeneous (mostly in the 50- to 110-year age classes) and typically lack large trees and snags. Less than 20 percent of the stands have regeneration, understory plant diversity is limited, and fires are infrequent but potentially intense (Romme et al. 1999b). Overall biodiversity, ecological integrity, and productive potential may have been diminished, a situation that prevails elsewhere in the Southwest (Cooper 1960; Covington et al. 1997; Moir et al. 1997).

Ecological goals for this project included reducing risk of uncontrollable wildfires and insect outbreaks, stimulating growth of suppressed herbaceous plants, providing germination sites for pine seedlings, and increasing large living trees and snags for structural diversity and wildlife habitat (Covington et al. 1997; Hardy and Arno 1996; Romme et al. 1999a). Six specific ecological study objectives were identified:

1. Reduce current stand density to pre-1900 conditions.
2. Increase average stand diameters.
3. Increase crown base height (distance from ground to base of living crown) to reduce risk of catastrophic fire.
4. Reduce cover of woody plants and detritus (litter and woody debris).
5. Reduce downed woody fuels.
6. Increase cover and diversity of herbaceous plants and increase pine reproduction.

## Methodology

*Ecological monitoring and analysis.* In June 1995, before treatment, we paced each stand (50 to 100 acres) and listed all vascular plant species present. We then established two permanent 100-meter transects through representative portions of each stand. To document vascular plant species present after treatment, we established 10-by-10-meter releve plots on both sides of the transect at the beginning and end of the transect, for a total of four plots per transect and eight plots per stand. We listed all vascular plant species within each plot and visually estimated cover and abundance using the Braun-Blanquet scale (Mueller-Dombois and Ellenberg 1974). We sampled all trees within a belt along each 100-meter transect. Before sampling, we selected an appropriate belt width, based on tree density, that would provide approximately 40 trees per transect. We recorded each tree species, diameter at breast height (dbh), crown base height, and condition (healthy, dying, or dead). The Forest Service measured tree density and basal area before and after treatment using stand examination techniques (USDA-FS 1999).

The point intercept method was used to evaluate percent cover of biotic and abiotic forest floor components. We sampled 25 point-frames (frequency frames) along each transect. Each frame was located randomly within sequential 4-meter sections of the transect. We established five lateral transects for planar intercept fuels sampling along each main transect, for a total of 10 planar intercept transects in each stand (Brown 1970).

In 1998, after treatment, all transects, belts, frames, and lateral transects were relocated and resampled. Using 1995 and 1998 data, we tested for significant differences in average stand dbh and crown base height by means of independent $t$-tests. We tested for significant effects on each cover component by means of ANOVA on arcsine-transformed data. Where the overall ANOVA model demonstrated significant differences between years or among stands ($p < 0.05$), we tested for significant differences in each stand using individual sample $t$-tests. Statistical tests were performed on transformed data, but results presented here are all untransformed means and standard errors. We tested for significant effects of year and stand on each fuel com-

Downloaded from https://academic.oup.com/jof/article-abstract/98/8/17/4614243 by guest on 24 June 2019

**Table 1. Stand characteristics. Four stands were treated and sampled for ecological objectives in this study in the San Juan National Forest, Colorado. Canopy species include ponderosa pine, aspen, and Gambel oak.**

| | A Thinned 1995 | B Thinned 1995 | C Thinned 1995 | D Thinned 1995, burned 1996 |
|---|---|---|---|---|
| Elevation (feet) | 7,900 | 7,900 | 8,000 | 8,000 |
| Substrate | Dakota sandstone, Mancos shale | Dakota sandstone, Mancos shale | Dakota sandstone, loess | Dakota sandstone, loess |
| Topography | Gentle northwest-facing slope | Gentle west-facing slope | Gentle west-facing slope on mesa top | Gentle west-facing slope on mesa top |
| Size (acres) | 95 | 56 | 108 | 65 |
| Posttreatment density in stems per acre (pine, all species) | 28, 51 | 106, 106 | 49, 49 | 56, 56 |
| Posttreatment basal area in square feet per acre (pine, all species) | 50, 58 | 93, 93 | 58, 58 | 42, 42 |
| Dominant ground layer plant species | *Bromus, Antennaria, Achillea lanulosa, Fragaria* | *Rosa woodsii, Achillea lanulosa, Wyethia arizonica, Potentilla* | *Quercus gambelii, Symphoricarpos, Amelanchier utahensis, Achillea lanulosa* | *Quercus gambelii, Carex geyeri, Wyethia arizonica, Poa fendleriana* |

**Table 2. Plant species richness (diversity) in experimentally treated stands in the San Juan National Forest.**

| Plant type | A Thinned 1995 | B Thinned 1995 | C Thinned 1995 | D Thinned 1995, burned 1996 |
|---|---|---|---|---|
| *Woody species* | | | | |
| 1995 | 9 | 8 | 9 | 8 |
| 1998 | 5 | 6 | 5 | 5 |
| *Forbs* | | | | |
| 1995 | 32 | 27 | 30 | 23 |
| 1998 | 10 | 11 | 18 | 42* |
| *Graminoids* | | | | |
| 1995 | 4 | 2 | 4 | 2 |
| 1998 | 3 | 2 | 6 | 6* |
| *Alien species* | | | | |
| 1995 | 2 | 2 | 1 | 5 |
| 1998 | 1 | 2 | 2 | 3 |
| *Noxious weeds* | | | | |
| 1995 | 1 | 1 | 0 | 2 |
| 1998 | 2 | 2 | 2 | 3 |
| *Total species* | | | | |
| 1995 | 45 | 37 | 43 | 33 |
| 1998 | 18 | 19 | 29 | 53* |

*Values represent the number of species encountered within the entire 50–100 acre stand in 1995, and in eight 100-square-meter plots in each stand in 1998. Pairs of numbers are not directly comparable because of different sampling methods.*
**Trends that appear biologically meaningful.*

ponent by means of ANOVA. Where the overall ANOVA model was significant ($p < 0.05$), we tested for significant differences between years in each stand using independent sample $t$-tests.

*Harvesting and prescribed fire.* Harvesting equipment typically used in this area might be described as "survival" technology—paid for and simple to repair. A history of inconsistent timber supply and stumpage pricing on national forest lands has discouraged local investment in new logging or milling equipment. Trees were therefore felled, limbed, and bucked manually with chainsaws; a John Deere 743 mechanical harvester assisted in two units. Slash was lopped and scattered to create a fuelbed for prescribed burning. Skidding was accomplished with either a JD 540 or CAT 518 rubber-tired, swinging grapple skidder. Skidders attempted to crush slash and small oakbrush *(Quercus gambelii)* to prepare a fuelbed, but larger oak clones were left intact for wildlife. Gentle terrain (typically flat with occasional 5 to 10 percent slopes) permitted easy construction of landings and short spur roads.

Logs were loaded onto conventional log trucks with a hydraulic knuckle boom loader and transported to various mills for processing into pine excelsior, waferwood for oriented-strand board, pulpwood, posts and poles, and sawn products. Haul distances were approximately 335 miles for pulpwood to Stone Container in Snowflake, Arizona; 160 miles for waferwood logs to Louisiana-Pacific in Olathe, Colorado; and 25 miles for excelsior logs, posts and poles, and sawlogs in Mancos, Cortez, or Dolores, Colorado.

As trees were cut, they were counted and sorted into 5–7.9-inch, 8–11 9-inch, and 12+-inch diameter classes. Skidded logs were also recorded by diameter class. Logs were separated by product and counted during loading.

FS-000622



Downloaded from https://academic.oup.com/jof/article-abstract/98/8/17/4614243 by guest on 24 June 2019

Every truck was weighed. Samples were taken from logs and sample loads were scaled to determine weight-volume conversions.

Records for labor, equipment, fuel and fluid consumption, and hourly machine use were kept in a daily journal, and costs were calculated using methods described by Miyata (1980). Other costs included insurance, workers' compensation, FICA, bookkeeping, and office and administrative expenses. Revenues were recorded for each product sold by the logger.

Slash disposal and road rock replacement money was collected by the Forest Service along with stumpage. Prescribed burning was to be accomplished within one year after harvest of each unit. However, only two units were burned because of workforce and weather restrictions. One of these units was considered to have been satisfactorily treated to reduce fuels.

## Results

*Posttreatment ecological assessment.* Ecological data from transects and plots were collected in four of the six treated stands. Basal area in all but one stand was reduced to 40 to 50 square feet per acre *(table 1).* One stand was treated with an effective prescribed burn in fall 1996. This burn scorched foliage in nearly every tree, and in May 1997 the stand appeared visibly damaged. However, by July 1997 nearly all scorched trees had shed fire-killed needles and developed new ones. By summer 1998, fire-caused mortality of canopy trees was less than 5 percent. More than 95 percent of the trees sampled within belt transects in 1998 were classified healthy.

In three stands that were thinned but not burned, we documented fewer species of woody plants, forbs, and graminoids in 1998. This was largely a result of the smaller spatial area sampled for richness in 1998 (eight 100-square-meter plots versus the entire stand in 1995). In the thinned and successfully burned stand, however, we detected 20 more species in 1998 despite the smaller sampling area *(table 2).* Especially striking was the increase in forb species. Grasses and sedges also increased, but woody species did not.

**Table 3. Percent cover of biotic and abiotic ground layer components in 1995 (before treatment) and 1998 (after treatment) in four study areas in the San Juan National Forest.**

| | A Thinned 1995 | | B Thinned 1995 | | C Thinned 1995 | | D Thinned 1995, burned 1996 | |
|---|---|---|---|---|---|---|---|---|
| *Forbs* | | | | | | | | |
| 1995 | 24.6 | (2.5) | 29.4 | (3.3) | 11.2 | (2.1) | 7.8 | (1.5) |
| 1998 | 9.9 | (1.3)* | 12.8 | (1.6)* | 13.4 | (2.4) | 12.3 | (2.2) |
| *Grasses and sedges* | | | | | | | | |
| 1995 | 6.1 | (1.0) | 11.1 | (1.6) | 8.4 | (1.6) | 0.9 | (0.4) |
| 1998 | 9.9 | (1.6) | 17.1 | (2.8) | 4.4 | (1.2)* | 1.2 | (0.5) |
| *Oak* | | | | | | | | |
| 1995 | 0.64 | (0.4) | 0.0 | (0.0) | 8.5 | (1.5) | 13.6 | (2.4) |
| 1998 | 7.5 | (2.3)* | 0.1 | (0.1) | 23.3 | (3.6)* | 18.8 | (4.0) |
| *Snowberry* | | | | | | | | |
| 1995 | 0.16 | (0.16) | 0.02 | (0.02) | 11.2 | (2.8) | 0.1 | (0.1) |
| 1998 | 0.0 | (0.0) | 0.64 | (0.64) | 6.2 | (1.4) | 0.16 | (0.1) |
| *Total herbaceous vegetation* | | | | | | | | |
| 1995 | 30.8 | (2.6) | 40.5 | (3.6) | 30.9 | (3.5) | 8.6 | (1.6) |
| 1998 | 19.8 | (2.3)* | 30.5 | (3.0)* | 23.9 | (2.7) | 13.6 | (2.3) |
| | | | | | | | ($p = 0.07$) | |
| *Total woody vegetation* | | | | | | | | |
| 1995 | 1.36 | (0.7) | 0.9 | (0.5) | 22.2 | (3.6) | 29.5 | (4.8) |
| 1998 | 15.4 | (4.7)* | 0.4 | (0.2) | 49.7 | (7.3) | 38.4 | (8.1) |
| *Total detritus* | | | | | | | | |
| 1995 | 68.3 | (2.7) | 52.9 | (4.1) | 54.9 | (3.4) | 74.6 | (2.5) |
| 1998 | 71.5 | (2.8) | 65.9 | (3.0)* | 46.1 | (3.8) | 59.5 | (3.6)* |
| | | | | | ($p = 0.08$) | | | |
| *Bare ground* | | | | | | | | |
| 1995 | 0.0 | (0.0) | 0.0 | (0.0) | 0.0 | (0.0) | 0.0 | (0.0) |
| 1998 | 0.8 | (0.5)* | 3.1 | (1.0)* | 3.2 | (1.5)* | 3.2 | (1.5)* |

**The difference between 1995 and 1998 is significant (p < 0.05). For marginally significant differences (p < 0.10), actual p value is given. Data were arcsine transformed for analysis, but values reported here are untransformed cover values: mean (standard error). N = 50 for each.*

There was a small increase in noxious weed species in all four stands, from 0 to 2 species in 1995, to 2 to 3 species in 1998, despite the smaller sampled area *(table 2).* Litter depth increased in two thinned-only stands but did not change in other stands.

Average stand diameters increased after removal of small material, from 2.8–5.8 inches in 1995 to 7.1–10.8 inches in 1998. However, average crown base height, which ranged from 14.4 to 22.3 feet, was not different after treatment in all stands.

In the three stands that were only thinned, the percent cover of herbaceous vegetation (forbs plus graminoids) was reduced in two stands, and percent cover of graminoids was reduced in a third stand. In the thinned and burned stand there was no change in forb or graminoid cover, but total herbaceous vegetation increased *(table 3).*

Percent cover of oak and total woody vegetation increased in two thinned stands, but there was no change in cover of shrubs or total woody vegetation in other stands *(table 3).* Percent cover of detritus increased marginally in two of three thinned-only stands. However, detritus was reduced in the thinned and burned stand. Percent cover of bare ground increased in all four stands, from zero in 1995 to 0.8–3.2 percent in 1998 *(table 3).*

In thinned-only stands, fine fuels (1-hour and 10-hour timelag, both < 1 inch in diameter), important in fire spread, increased or were not different *(table 4).* Heavy fuels (100-hour and 1,000-hour timelag, both > 1 inch in diameter), important in total heat release and fire persistence during rainy weather, also increased or did not change. In the thinned and burned stand, there was no change in either

FS-000623



Downloaded from https://academic.oup.com/jof/article-abstract/98/8/17/4614243 by guest on 24 June 2019

**Table 4. Dead woody fuels mass in 1995 (before treatments) and 1998 (after treatments) in four study areas in the San Juan National Forest.**

| Fuel type | A Thinned 1995 | B Thinned 1995 | C Thinned 1995 | D Thinned 1995, burned 1996 |
|---|---|---|---|---|
| *1-hour timelag fuels (0–0.25 inch)* | | | | |
| 1995 | 0.2 (0.009) | 0.03 (0.01) | 0.08 (0.02) | 0.04 (0.02) |
| 1998 | 0.16 (0.05) | 0.21 (0.08)* | 0.17 (0.04)* | 0.1 (0.04) |
| *10-hour timelag fuels (0.25–1 inch)* | | | | |
| 1995 | 0.4 (0.5) | 0.8 (0.3) | 0.5 (0.2) | 1.4 (0.4) |
| 1998 | 1.4 (0.4)* | 1.5 (0.6) | 1.8 (0.3)* | 1.1 (0.3) |
| *100-hour timelag fuels (1–3 inches)* | | | | |
| 1995 | 2.4 (0.65) | 2.1 (0.5) | 1.5 (0.5) | 2.4 (0.7) |
| 1998 | 4.7 (1.2) | 8.1 (2.2)* | 2.7 (0.7) | 3.1 (0.8) |
| *1,000-hour timelag sound fuels (> 3 inches)* | | | | |
| 1995 | 1.2 (0.7) | 5.1 (2.8) | 3.2 (1.3) | 3.9 (1.1) |
| 1998 | 6.3 (2.4)* | 12.0 (4.7) | 4.6 (1.0) | 2.7 (0.8) |
| *1,000-hour timelag rotten fuels (> 3 inches)* | | | | |
| 1995 | 0.35 (0.3) | 3.7 (2.2) | 1.4 (0.8) | 1.1 (0.6) |
| 1998 | 6.3 (3.6) | 4.1 (1.7) | 0.9 (0.5) | 1.5 (0.9) |
| *Total fuel mass (1,10,100, and 1,000 timelag fuels)* | | | | |
| 1995 | 4.3 (1.0)* | 11.7 (3.5)* | 6.7 (1.7) | 8.7 (1.8) |
| 1998 | 19.0 (4.7) | 26.1 (5.9) | 10.1 (1.5) | 8.4 (1.9) |
| *Litter depth (cm)* | | | | |
| 1995 | 1.8 (0.2) | 3.7 (0.5) | 2.8 (1.4) | 3.3 (0.5) |
| 1998 | 10.7 (1.8) * | 18.4 (3.3) * | 8.7 (2.0) | 4.1 (0.9) |
| *Duff depth (cm)* | | | | |
| 1995 | 1.6 (0.2) | 2.8 (0.7) | 1.9 (0.5) | 2.2 (0.5) |
| 1998 | 0.2 (0.1)* | 1.3 (0.3) | 0.6 (0.2) | 1.08 (0.3) |

**The difference between 1995 and 1998 is significant (p < 0.05). Results are reported as mean (standard error). N = 10 for all variables except duff depth and litter depth, for which n = 20. Fuel mass values are all tons per acre, where 1 ton = 2,000 pounds.*

fine or heavy fuel loads.

*Harvesting and burning results.* In the five units for which we obtained meaningful financial information—the logger of one unit did not keep good records—a total of 31,163 trees were removed from 492.6 acres (an average of 63.3 trees per acre). Of the total trees removed, 13,468 trees (43.2 percent) were in the 5–7.9-inch dbh diameter class, 13,751 trees (44.1 percent) were in the 8–11.9-inch class, and 3,944 trees (12.7 percent) were in the 12+-inch class. A total of 6,075.8 tons of sawlogs, 7,254.71 tons of waferwood, and 1,047.15 tons of other products (posts and poles, pulpwood, and pine excelsior) were produced. This resulted in a total profit to the logger of $3,534 on gross revenues of $434,646, or less than 1 percent (0.81 percent) profit on gross revenue.

Profit came primarily from sawlog material. Smaller material—for wood products other than logs—typically resulted in financial losses. An experimental effort to develop pine excelsior as a product resulted in a loss. The logger sold pulpwood at breakeven on the landing to a trucker experimenting with back hauling to the pulp mill. The trucker's loss amounted to about $8 per ton. Posts and poles were essentially breakeven products. Waferwood logs resulted in consistent losses of $1.16 to $4.87 per ton.

Prescribed burning was estimated to cost $50 per acre in the unit that was effectively treated. About 50 percent of the cost had been collected as slash disposal money, with the balance covered by federal fuels reduction funds.

## Discussion

*Ecological effectiveness of the treatments.* Thinning only and thinning plus burning were effective in reducing tree density and basal area (ecological objective 1) and increasing average stand diameters (objective 2). However, neither treatment effectively increased crown base height (objective 3).

Thinning only did not increase herbaceous plant cover or decrease cover of woody plants and detritus (objectives 4 and 5). It increased detritus, oak cover, and shrub cover in two stands and decreased herbaceous plant cover (forbs or graminoids or both) in all three stands. Reduction in herbaceous cover was probably not a decrease in herbaceous biomass because our sampling method, which measured relative percent cover, recorded only slash above herbs as detritus. Nevertheless, thinning only did not stimulate growth of suppressed herbaceous plants and did not lead to detectable changes in diversity or composition (objective 4). We conclude that aside from small increases in percent of bare ground, thinning treatments alone did not accomplish any changes in forest floor conditions specified in objectives 4 and 5, and in fact produced some undesirable changes (e.g., increased cover of woody vegetation and detritus).

In contrast, the thinned and burned stand showed a reduction in percent cover of detritus, a small increase in bare ground, and no change in percent cover of herbs or shrubs, but herbaceous richness increased substantially. The combination of thinning and burning thus accomplished some desirable changes included in objectives 4 and 5 and did not produce undesirable changes.

At least one component of fine woody fuels increased in thinned-only stands. Heavy fuels increased in two thinned stands. In contrast, there were no significant changes in any woody fuel components in the thinned and burned stand, probably because fire consumed some old detritus but logging added new material. Therefore, objective 6 was not accomplished in any stand.

It is apparent that thinning alone cannot restore the ecological structure and processes that formerly characterized ponderosa pine forests of the San Juan National Forest. In fact, thinning actually increased some problems (downed woody fuel loads, percent cover of detritus) and decreased herbaceous plant cover. However, we hypothesize that thinning alone may have

Downloaded from https://academic.oup.com/jof/article-abstract/98/8/17/4614243 by guest on 24 June 2019

FS-000624

reduced risk of crown fire by reducing total crown fuel mass and increasing space between crowns, even though it did not increase crown base height. Additions of slash, increased temperatures, and lower humidity in surface fuels as a result of opening the canopy may have increased potential spread rate and heat release of a surface fire. However, it is likely that the magnitude of these increases in potential surface fire severity is small.

Thinning plus burning was effective in stimulating suppressed herbaceous vegetation. This result is in contrast to experiences in Florida scrublands, where a single prescribed burn failed to produce any significant increase in herbaceous cover or diversity (Abrahamson and Abrahamson 1996). Thinning plus a single prescribed fire did not increase oak cover in our study, contrary to expectations (Harrington 1985). Oak cover increased in two thinned-only stands. Other shrub cover was not reduced in any stand.

Thinning plus burning did not effectively reduce downed woody fuels, but it is our judgment that risk of crown fire is lower than before treatment because the canopy is now less dense.

Our study confirms that ponderosa pine restoration must include both thinning and burning. Thinning alone was insufficient to accomplish the ecological goals we set. In fact, it could worsen or aggravate some problems. It is also apparent that a single prescribed fire is inadequate to reduce fuels that have not burned since fire was excluded from these stands and where new fuels are added by logging. However, a single fire can apparently stimulate renewed growth and diversity in suppressed herbaceous plants.

*Financial considerations.* Forest restoration projects can achieve ecological objectives and pay for themselves in southwest Colorado even with low-value material, but careful planning and execution are required. We want to emphasize that the ecological prescription always controlled the harvesting actions. In other words, we did not deliberately take sawtimber to subsidize products other than logs to make a unit profitable. Rather, we accepted for harvest whatever material was left after ecological objectives had been met.

Nevertheless, ecological decisions—to retain or remove either sawtimber or small-diameter trees—are also financial decisions that may determine sale viability. We found that to reach a break-even point under market conditions existing during this study, harvested material had to approximate at least 40 percent sawtimber to 60 percent small material by weight. This would average six to eight sawtimber trees (12+ inches dbh) per acre with a volume of 12+ cubic feet per tree. The quality of 8–11.9-inch dbh material is very important. If it can be used as sawtimber, then the potential for profit increases. If it is poor quality and will become products other than lumber, the potential for loss increases. These findings can be used, along with an analysis of market conditions, to identify financially strong and financially weak units in this region.

Controlling harvesting costs is also critical. For example, loading and hauling costs constitute 50 percent of total harvesting costs for waferwood and are virtually fixed by product and haul distance. Given inconsistent timber supply, there is little incentive for loggers to invest in new equipment that would improve productivity. Therefore, cost containment in the other harvesting activities is needed to support profitability.

Market fluctuations are important. For example, after the study ended, waferwood prices rose from $31–$32 per ton to $35–$36 per ton. Such an increase would have created breakeven or better values for waferwood rather than losses. Sawtimber values would then increase profit margins instead of subsidizing small-tree removal. We estimate a potential profit of 7.3 percent on gross revenues under such market conditions. It is important to work toward profitability while achieving ecological objectives because breakeven projects do not spur investments to improve technology, create efficiencies, or develop value-added products.

In this area, about 50 percent of prescribed burning costs can be covered by slash disposal money collected from a sale. Considering the low profitability of these projects, it is unlikely that more money can be collected to cover all costs associated with prescribed burns. Managers should expect, therefore, that money for additional burns—necessary to achieve ecological objectives—will have to come from federal fuels reduction funds or other resource management funds.

If landscape-scale forest restoration has a future in southwest Colorado, two financial considerations are especially important. First, there must be a consistent supply of timber offered annually at prices that recognize the low quality of this wood and distances to processing plants. Second, sale design is critical to both ecological and financial objectives. Managers should carefully combine financially strong units with weak units, design sales to reduce logging and prescribed burning costs, and take advantage of markets when demand for small material is strong.

## Conclusion

This project partially answered some of our questions. We discovered what products could be removed from forest restoration projects in the region, collected actual revenues and costs associated with the work, developed a means for estimating the financial potential of projects, confronted the reality that harvesting alone cannot achieve all ecological objectives, and found that single applications of prescribed fire will not completely treat these areas. We conclude that the general approach to ponderosa pine restoration, emphasizing thinning and burning, is ecologically and financially sound, but the details will make or break any individual project. Much remains to be done, however, and we will continue to develop expanded databases and monitor ecological results. Lastly, we received personal satisfaction from participating in this attempt to restore ecological balance to 549 acres of forest for the benefit and enjoyment of future generations.

## Literature Cited


Abrahamson, W.G., and C.R. Abrahamson. 1996. Effects of fire on long-unburned Florida uplands. *Journal of Vegetation Science* 7:565–74.

Brown, J.K. 1970. A method for inventorying downed


Downloaded from https://academic.oup.com/jof/article-abstract/98/8/17/4614243 by guest on 24 June 2019

FS-000625




woody fuel. USDA Forest Service General Technical Report INT-16.

COOPER, C.F. 1960. Changes in vegetation, structure, and growth of southwestern pine forests since white settlement. *Ecological Monographs* 30:129–64.

COVINGTON, W.W., P.Z. FULÉ, M.M. MOORE, S.C. HART, T.E. KOLB, J.N. MAST, S.S. SACKETT, and M.R. WAGNER. 1997. Restoring ecosystem health in ponderosa pine forests of the Southwest. *Journal of Forestry* 95(4):23–29.

DAHMS, C.W., and B.W. GEILS, eds. 1997. An assessment of forest ecosystem health in the Southwest. General Technical Report RM-GTR-295. Fort Collins, CO: USDA Forest Service.

EDMINSTER, C.B., and W.K. OLSEN. 1995. Thinning as a tool in restoring and maintaining diverse structure in stands of southwestern ponderosa pine. General Technical Report RM-GTR-278. Fort Collins, CO: USDA Forest Service.

FULÉ, P.Z., W.W. COVINGTON, and M.M. MOORE. 1997. Determining reference conditions for ecosystem management of southwestern ponderosa pine forests. *Ecological Applications* 7:895–908.

HARDY, C.C., and S.F. ARNO, eds. 1996. The use of fire in forest restoration. General Technical Report INT-GTR-341. Fort Collins, CO: USDA Forest Service.

HARRINGTON, M.G. 1985. The effects of spring, summer, and fall burning on Gambel oak in a southwestern ponderosa pine stand. *Forest Science* 31:156–63.

LYNCH, D.L., L.W. STARNES, and C.S. JONES. 1997. Forest restoration in southwestern Colorado. In *Proceedings on forest operations for sustainable forests and healthy ecosystems*. Corvallis, OR: Council on Forest Engineering.

MIRTH, R., and D. LARSON. 1997. Potential for using small diameter ponderosa pine resources in Arizona (A feasibility study). Flagstaff: College of Engineering and Technology, Northern Arizona University.

MIYATA, E.S. 1980. Determining fixed and operating costs of logging equipment. General Technical Report NC-55. St. Paul, MN: USDA Forest Service.

MOIR, W.H., B. GEILS, M.A. BENOIT, and D. SCURLOCK 1997. Ecology of southwestern ponderosa pine forests. In *Songbird ecology in southwestern ponderosa pine forests: A literature review*, eds. W.M. Block and D.M Finch, 3–27. USDA Forest Service General Technical Report RM-GTR-292.

MUELLER-DOMBOIS, D., and H. ELLENBERG. 1974. *Aims and methods in vegetation ecology*. New York: John Wiley & Sons.

OMI, P.N. 1998. Concerning fire impacts on air quality and tradeoffs between wild and prescribed fires. Oversight hearing on regional haze. Subcommittee on Forests and Forest Health, US House of Representatives, July 16, 1998. Serial No. 105-100, p. 47.

RICHARD, T., and S. BURNS. 1998. Beyond "scoping" Citizens and San Juan National Forest managers, learning together. *Journal of Forestry* 96(4):39–43

ROMME, W.H., M.L. FLOYD, D. HANNA, and J.S. REDDERS. 1999a. Using historic disturbance regimes as a basis for mitigating impacts of anthropogenic fragmentation. In *Forest fragmentation in the southern Rocky Mountains*, eds. R.L. Knight, F. Smith, S Buskirk, W.H. Romme, and W.L. Baker. Boulder University Press of Colorado.

ROMME, W.H., H.D. GRISSINO-MAYER, M.L. FLOYD, and D. HANNA. 1999b. Landscape condition analysis for the South Central Highlands section: Ponderosa pine forests. Unpublished final report to the San Juan National Forest, Durango, CO.

SACKETT, S.S., S. HAASE, and M.G. HARRINGTON. 1993 Restoration of southwestern ponderosa pine ecosystems with fire. General Technical Report RM-247 Fort Collins, CO: USDA Forest Service.

SCOTT, J.H. 1998. Fuel reduction in residential and scenic forests: A comparison of three treatments in a western Montana ponderosa pine stand. USDA Forest Service Research Paper RMRS-RP-5

USDA FOREST SERVICE (USDA-FS). 1999. *Silvicultural examination and prescription handbook*. FSH 2409 26d.

*Dennis L. Lynch (e-mail: denny@cnr colostate.edu) is forest products technologist, USDA Forest Service, Fort Collins, CO 80523, and professor emeritus, Department of Forest Sciences, Colorado State University; William H. Romme is professor, Biology Department, Fort Lewis College, Durango, Colorado; M Lisa Floyd is professor, Department of Environmental Studies, Prescott College, Prescott, Arizona.* *Funding: McIntire-Stennis Forestry Research Funds, Ford Foundation, San Juan National Forest, National Forest Foundation, and Colorado State University.*

FS-000626

Downloaded from https://academic.oup.com/jof/article-abstract/98/8/17/4614243 by guest on 24 June 2019

# DECISION NOTICE
and
# FINDING OF NO SIGNIFICANT IMPACT
for the
# GUARD STATION TIMBER SALE

USDA Forest Service
San Juan/Rio Grande National Forest
Mancos-Dolores Ranger District
Dolores County, Colorado

## I. Introduction

An environmental assessment (EA) describing the environmental effects of a variety of vegetation management alternatives for the proposed Guard Station Timber Sale is available for review at the San Juan/Rio Grande National Forest Supervisor's Office located in Durango, Colorado, and at the Dolores Ranger District Office in Dolores, Colorado. In accordance with the National Forest Management Act and National Environmental Policy Act, a team of interdisciplinary resource specialists conducted the analysis and documented the results.

The vegetation management actions assessed are located in the Doe Canyon and Five Pine Canyon areas of the Glade landscape, east of Dove Creek, Colorado. The specific area for the proposed activity lies in T.40N., R.17W. and R.16W., and T.39N., R.17W.

The purpose of the proposed action is to help meet the goals and objectives of the San Juan National Forest Land and Resource Management Plan (Forest Plan), provide for healthy ecosystems, and sustain communities. Implementation of the Forest Plan is required by the Forest and Rangeland Renewable Resources Planning Act of 1974 (RPA, P.L. 93-378) and the National Forest Management Act of 1976 (NFMA, P.L. 94-588).

This decision pertains only to lands currently administered by the Forest Service.

## II. Scoping and Public Involvement

The scoping process for the project was designed to gather information regarding the potential environmental effects and issues surrounding the proposal. A Forest Service interdisciplinary team, various resource specialists, and members of the public provided input into the process.

A news release requesting comments and concerns was published in June, 1995. Members of the public and other government agencies were also contacted by letter informing them of the proposed action. Additional

public notification of the project occured through the San Juan NEPA Project Update published in June and September, 1995, and in January and March, 1996.

An environmental assessment document (EA) was released for public comment on March 1, 1996. The public comment period ended on April 4, 1996. Several letters of comment were received during this time period. (See Appendix G of the EA.)

III. Issues

The following issues were identified from the internal and external scoping process:

1. **Ecosystem Restoration** - The ponderosa pine zone of the analysis area has been radically altered during the 20th Century by the introduction of grazing, timber harvest activities, and fire suppression. Current conditions do not reflect the desired condition. In particular there has been a lack of periodic fire disturbance, there is a lack of late-successional stages including old growth, and the area is deficient in standing snags.

2. **Forest Health** - This is the condition of the forest as it pertains to or threatens our capability of achieving resource management objectives. Specific primary factors include risk of catastrophic loss from mountain pine beetle outbreaks and/or wildfire, and increased potential for noxious weed infestation.

3. **Effects on the Local Economy** - This issue involves a local wood products industry that is struggling to survive, a local economy that benefits from the jobs and income provided by the local wood products industry, and local county governments that rely somewhat on timber sale receipt payments from federal timber sales.

4. **Roads** - Timber harvest offers the opportunity both to create new roads and, if desired, close existing ones. Physical effects of roads on the environment, effects to wildlife and wildlife habitat, changing opportunities for roaded recreation, and Forest Plan standards and guidelines for road densities, are all elements of this issue.

5. **Wildlife** - Effects of timber harvest and burning on various species of wildlife, such as Abert's squirrels, Merriam's turkeys, sensitive wildlife species, and deer and elk, is an issue that arose in the scoping process.

See Chapter 2, Issues, Concerns, and Opportunities, of the EA.

IV. Alternatives

The No Action alternative and five action alternatives were developed in order to analyze effects and address the issues. These alternatives aredescribed and examined in detail in the Environmental Assessment.

The No Action alternative prescribes no on-the-ground timber harvest or burning activity in the project area during the current planning period.

Alternative 2 recommends the use of timber harvest and fire in a fashion that would seek to replicate pre-1870 forest conditions on a portion of the area. Low pine stocking levels, an emphasis on retaining larger-diameter trees, a reduced Gambel oak component, and vigorous and healthy grass and forb conditions, are the featured results of prescribed activities. All activites would occur in two blocks.

Alternative 3 has the same management objectives as Alternative 2 but spreads the activity out in smaller, more widely distributed units.

Alternative 4 uses fire exclusively to conduct vegetation management in the area.

Alternative 5 is a more traditional timber management alternative. It would seek to maximize long-term wood fiber production by maintaining optimum tree stocking levels.

Alternative 6 prescribes harvest and burn treatments designed to change current stand conditions to benefit wildlife.

Refer to Chapter 2, Alternatives Considered in Detail, for more thorough descriptions.

## V. Decision

Based on the analysis documented in the EA, it is my decision to implement Alternative 2 with a few design components of Alternative 6. I believe that this modified alternative presents the most effective strategy for addressing the management issues and opportunities in the Guard Station analysis area.

My selected course of action proposes the following treatments:

- Conduct harvest and prescribed-burning activities in two units on approximately 1345 acres within the pine type. Make available to industry an estimated 2900 thousand board feet (MBF) of wood fiber raw material. Apportion 50% of the volume to forest stewardship purpose and 50% to timber commodity purpose (ie. meeting timber volume objectives).

- Cut no trees greater than 16" diameter breast height (DBH) [A-6 feature] within diversity guidelines, and retain all trees of species other than ponderosa pine.

- Create a clumpy distribution of leave residual trees and a diversity of size classes to obtain a variable stand structure and an uneven-aged composition.

- Conduct a late-summer prescribed burn in all treatment areas as soon as conditions allow (preferably within the first year post-harvest).

- Regenerate created openings by natural seeding and rest at least part of the treatment area from grazing for a year after harvest.

- Close all existing non-system roads within unit boundaries. Obliterate any new temporary roads needed for harvest.

- Conduct prescribed burning in the southern-most unit included in Alternatives 4 and 6. This unit lies in pinyon-juniper woodlands. No tree harvest will occur on the site. [A-6 feature]

- Leave some unlopped tops from the harvest for turkey habitat improvement. [A-6 feature]

- Create additional snags and large woody debris if post-harvest and post-burn treatment monitoring indicates minimum standards for the area have not been met. Implementation of this design feature is dependent on the availability of KV funds. [A-6 feature]

## VI. Rationale for Decision

My selection of the preferred alternative (and the specific components that make it up) stemmed from an assessment of two key areas of consideration: 1) How well did the individual alternatives meet the purpose and need, and deal with the key issues? and 2) Public response to the initial environmental analysis document.

### Purpose and Need/Key Issues

The purpose and need for the proposal to harvest timber and prescribe burn forest stands is to help meet the goals and objectives of the Forest Plan, provide for healthy ecosystems, and sustain communities. (See Chapter 1, Purpose and Need for the Proposed Action.)

Issue #1 (Ecosystem Restoration), Issue #2 (Forest Health), and Issue #3 (Effects on the Local Economy), were first articulated during development of the Purpose and Need. Issues #4 (Road Densities) and #5 (Wildlife) derived from actions that would address the first three issues and reflect concerns expressed during internal and external scoping.

The No Action alternative (Alternative 1) does not respond proactively to any of these elements. Leaving the entire analysis area in its current condition does little to improve the radically altered pine forest community in the area. Silvicultural practices that could reduce risk of catastrophic losses from insects or wildfire would not be applied. No raw materials would be available to the local wood products industry. Finally, adverse effects of current road densities and a certain lack of diversity in wildlife habitat are not improved by no action.

Many of these same considerations made the selection of Alternative 4 as the preferred unappealing. In particular, using fire as the sole vegetation management tool does not provide needed raw materials to local industry nor would it have dealt with the road density issue.

It could provide some silvicultural benefits but not with the flexibility that the addition of timber harvest offers.

When reviewing the full range of alternatives, it became apparent that Alternatives 2, 3, 5, and 6 were all more attractive than Alternatives 1 and 4. On an issue by issue basis, the remaining four alternatives are compared.

ISSUE 1 (Ecosystem Restoration): Alternative 5 is the weakest alternative in this area. The return of periodic fire disturbance and the development of late successional stages are not important elements of a philosophy to maximize long-term wood fiber production. Nor is the concern for a deficiency of snags.

The other three alternatives are nearly equal in respect to the ecosystem restoration issue. Differences between alternatives are primarily a consequence of number of acres treated, the size and location of treatment areas, and the degree to which snags and large down woody debris are increased.

ISSUE 2 (Forest Health): The forest health issue addresses the condition of the forest as it pertains to or threatens our capability of achieving resource management objectives. Differences between alternatives boil down to a comparison of how many total acres were treated and of those acres, how many are considered to currently be at moderate to high risk of catastrophic insect attack. This is due to the fact that Alternatives 2, 3, 5, and 6 all prescribe silvicultural treatments that called for changing forest structures sufficiently to deal with bug and catastrophic fire risk. Additional factors to weigh are improved growing conditions for vegetation ground cover following silvicultural treatments and noxious weed potential infestation and spread.

Alternative 5 treats the most acres, but Alternative 3 treats more acres in the moderate to high bug risk rating. Alternative 6 would be expected to have the least noxious weed treatment concerns followed by Alternatives 2, then 3 and 5. Alternative 5 is considered to be a bit weaker in terms of improving grass/forb/shrub conditions because in maintains a heavier canopy closure and proposes less frequent fire.

Table 4 in the Environmental Assessment summarizes this issue well. Based on that, and the weight one applies to each of the criteria, it would appear that Alternative 3 is somewhat better than Alternative 2, and both Alternatives 2 and 3 are stronger than Alternatives 5 and 6. Differences between alternatives are not great, however, because they each have their strong and weak points.

ISSUE 3 (Effects on the Local Economy): Alternatives 2 and 3 clearly provide more raw material (~2960 MBF and ~3190 MBF respectively). This is due to their relatively heavy cutting prescription as compared to Alternative 5, and the number of

acres cut is much less in Alternative 6 (thus less volume produced.)

ISSUE 4 (Road Densities): Despite the desire of the motorized recreating public to keep all roads open, negative effects of high open road densities on wildlife and the physical environment outweigh the benefits to recreation opportunities in this area. Alternatives 2 and 3 close the most non-system roads (~6 miles and ~7 miles respectively), followed closely by Alternative 6 at ~5 miles (though it requires less new temporary road construction). Alternative 5 does the least to address this issue (~1 mile).

ISSUE 5 (Wildlife): Alternative 6 was designed specifically to address this issue. Several features unique to this alternative seek to improve wildlife habitat for certain species. This alternative is most attentive to the needs of the northern goshawk (though none are currently known to inhabit the area), provides a better distribution of big game hiding cover, and calls for specific actions to improve snag and large log habitat. Alternatives 2 and 3 have about the same impacts to wildlife habitat. They are less extensive than Alternative 6 but some features are improved. Alternative 5 has potentially negative impacts to Abert squirrel habitat, big game hiding cover, Merriam's turkey nesting habitat, and northern goshawk nesting habitat.

In summary, Alternatives 2 and 3 seem to deal best with the Forest Health, Effect on Local Economies, and Road Density issues. These two alternatives respond equally to Alternative 6 on the Ecosystem Restoration Issue. While Alternative 6 appears to best address the Wildlife Issue.

**Public Response to the Environmental Assessment**

Of the six letters of response received during the comment period for the draft environmental assessment document, five expressed a specific preference for one of the alternatives. One respondent favored Alternative 5 primarily because it closed the least number of roads. One opposed Alternative 5 because it failed to adequately address the ecosystem restoration issue. One favored Alternative 2 as the best proposal to further the concepts in the local Ponderosa Pines Forest Partnership initiative, and one favored either Alternative 2 or 3. Finally, one recommended selection of Alternative 6 because it incorporated the most wildlife enhancement measures. (Appendix G of the Environmental Assessment has the full text of these letters.)

**Summary**

Given how the various alternatives addressed the purpose and need and key issues, and in light of commentors support for specific alternatives, I selected Alternative 2 as the preferred alternative with certain features from Alternative 6. (See the Decision section above.) Alternative 2 with added features appears to be the most

pragmatic approach to addressing the management challenges posed by conditions that occur in the Doe Canyon area of the Glade. The selected seeks to restore ecosystem components of ponderosa pine communities in the area, improves forest health on over 1300 acres, supplies a fair amount of raw material to the local economy, reduces open road densities both for wildlife and the physical environment, and strives to improve wildlife habitat for a variety of species.

Alternative 2 was not chosen because it would give the greatest dollar return or the greatest output of timber. Appendix B in the environmental assessment suggests that Alternative 3 would provide the highest present net value. Table 5 in the EA indicates maximum estimated volume would be obtained if Alternative 3 was selected.

Alternative 2 takes a bold approach. All harvest actions occur on acres within two large units. Burning is recommended on a couple hundred acres in pinyon-juniper woodlands considered wildlife winter range. It deals well with public concerns and implements the concept of sustaining healthy forest ecosytems while sustaining communities.

VII. Sale Area Improvement Plan Priorities

1. Reforestation needs. (Essential KV)
2. Partial funding of prescribed burns.
3. Creation of snags.
4. Noxious weed treatments.
5. Creation of additional large log woody debris.
6. Road rehabilitation.

VIII. Compliance with the National Forest Management Act (NFMA)

This decision complies with the San Juan National Forest Land and Resource Management Plan (Forest Plan) and with the National Forest Management Act.

**Forest Plan Consistency**

The Guard Station Environmental Assessment is tiered to the Forest Plan for the San Juan National Forest. Chapter I of the Environmental Assessment, Purpose and Need of the Proposed Action, lists the Forest Plan goals that are pertinent to this proposal. This section also contains the Forest Plan prescription areas that the analysis area lies within, including a map.

My decision to implement Alternative 2 with modifications is consistent with the Forest Plan prescription areas affected. Activities proposed meet the goals and standards and guidelines for Management Areas 5B and 7E.

**Clearcutting and Even-aged Management**

This decision does not involve the use of timber harvest for even-aged management. NFMA guidelines concerning clearcutting and even-age management are not germane to this action.

**Vegetative Manipulation**

The seven requirements found in 36 CFR 219.27(b) for management prescriptions that involve vegetative manipulation include:

1. Be best suited to the multiple use goals for the area.

This is addressed in detail in the Rationale for Decision section of this Decision Notice.

2. Assure that lands can be adequately restocked.

Residual stand stocking will be such that a stocked stand for ecosystem restoration purposes will remain following timber harvest and burning. Chapter 2, Alternatives Described in Detail, and Appendix A: Alternative Design Criteria, discuss residual stocking level targets for the vegetation management objective. Some natural regeneration following site disturbance and opening up of the canopy is desired for a long term uneven-aged stand structure. Evidence from past disturbance in the area indicates these regeneration objectives should be easily obtained.

3. Alternative 2 has not been chosen primarily because it will give the greatest dollar return or the greatest output of timber.

See Rationale for Decision summary.

4. Be chosen after considering potential effects on residual trees and adjacent stands.

Forest health and ecosystem restoration were key issues in the Guard Station analysis. Specifically, there was concern for the entire area and a lack of late-successional forest conditions in the pine type, a predominance of dense second growth stands, and risk of catastrophic tree losses from mountain pine beetles and/or fire. This discussion can be found in Chapter 1, Purpose and Need for the Proposed Action, Chapter 2, Issues, Concerns, and Opportunities, and Chapter 3, Old Growth and Biodiversity, of the EA.

5. Avoid permanent impairment of site productivity and ensure conservation of soil and water resources.

Chapter 4 of the EA, Other Environmental Consequences section, discusses these issues. Management requirements and mitigation measures found in Chapter 2, Features Common to All Action

Alternatives, are designed into the selected alternative for this specific purpose.

6. Provide desired effects on...wildlife habitat, regeneration of desired tree species, forage production, and other resource yields.

In the the EA, Chapter 4, Consequences by Issue, Appendix C: Biological Evaluation, and the addition of certain modifications to Alternative 2 (found in this Decision Notice), all describe how the planned timber harvest and burning resulting from this decision will provide desired effects.

7. Be practical in terms of transportation, harvesting requirements, and sale preparation and administration.

The area is accessed by existing roads. Activity is designed to be concentrated in two large units which is most efficient for logging and sale preparation. Appendix B: Economic Assessment indicates a break-even benefit/cost ratio. Assessments that Alternative 2 actions were practical were made during site visits by a timber and silviculture specialist.

## IX. Finding of No Significant Impact

Analysis of the environmental consequences indicates that this is not a major Federal action with significant effects on the quality of the human environment. Therefore, an environmental impact statement will not be prepared. This determination was made considering the following factors:

1.) The proposal conforms with the direction in the Forest Plan for the San Juan National Forest.

2.) No irreversible or irretrievable commitments of resources will occur.

3.) The proposed action will not have a significant effect on the quality of the human environment, either as an individual action, or as part of the cumulative effects of other past, present, and planned actions within this area.

4.) The proposed action does not affect public health and safety.

5.) The effects of the proposed action on the human environment are not highly uncertain, nor do they involve unique or unknown risks.

6.) The proposed action is not precedent-setting. It does not establish a precedent for future actions which may have a significant effect on the environment. It does not represent a decision in principle about a future consideration.

7.) The proposed action will not adversely affect districts, sites, highways, structures, or objects listed in or eligible for listing in the National Register of Historic Places. The proposed action will

not cause loss or destruction of significant cultural or historic resources.

8.) The proposed action will not adversely affect endangered or threatened species or their habitat.

9.) This action complies with other federal, state, and local laws and requirements imposed for the protection of the environment.

X. Implementation Date

The implementation of the selected alternative, Alternative 2, may begin 45 days after the legal notice of this decision appears in the Newspaper of Record (Durango Herald).

XI. Appeal Rights

This decision is subject to appeal pursuant to Forest Service regulation at 36 CFR 215.7. Any written appeal must be postmarked or received by the Appeal Deciding Officer, Elizabeth Estill, Regional Forester, Rocky Mountain Region, 740 Simms, P.O. Box 25127, Lakewood CO 80255, within 45 days from the day after notice of this decision is published in the Durango Herald, Durango, CO. Appellants are required to simultaneously send a copy of the Notice to Appeal to Calvin Joyner, Associate Forest Supervisor, at 701 Camino del Rio, Durango, CO 81301. Appeals must meet content requirements of 36 CFR 215.14.

For additional information concerning this decision or the environmental analysis, contact Phil Kemp, Dolores Ranger District Office, P.O. Box 210, Dolores, Colorado 81323, or call (970)-882-7296.

CAL JOYNER
Associate Forest Supervisor

5/17/96
Date

1950

# Decision Notice
and
# Finding of No Significant Impact
for the
# Ferris East Timber Sale

**USDA Forest Service**
**San Juan - Rio Grande National Forests**
**Mancos-Dolores Ranger District**
**Montezuma County, Colorado**

## Introduction

The purpose of this Decision Notice is to document the management alternative I have selected for implementation and the rationale for my choice. It also details additional mitigation measures that will be implemented with my decision. My decision is based on an environmental assessment (EA) prepared for the Ferris East Timber Sale.

The Ferris East Timber Sale EA describes the effects of two alternative ways to treat vegetation, manage road densities, maintain wildlife habitat, and comply with federal laws related to clean air and water, threatened and endangered species, and historic preservation. In accordance with the National Forest Management Act (NFMA) and National Environmental Policy Act (NEPA), an interdisciplinary team of Forest Service resource specialists (ID Team) conducted the analysis and documented the results in an EA. The EA on which I based my decision is available for review at the Mancos-Dolores Ranger District office in Dolores, Colorado.

The proposed timber sale is located in portions of Sections 3-9, T.39N., R.16W., Sections 1 and 12, T.39N., R.17W.,and Sections 28-34, T.40N., R.16W., N.M.P.M. in Montezuma County, Colorado. A map is attached.

## Purpose of and Need for Action

The San Juan National Forest Land and Resource Management Plan (LRMP) establishes management direction for the Forest in a manner similar to county land-use zoning. Each zone is assigned management emphasis (for example, recreation, grazing, or timber management). The amount of area dedicated to these management emphases reflects the balance that the LRMP attempts to establish in meeting social and economic demands and ecological needs of the Forest. The LRMP has established this project area's management emphasis as 7E -- production and utilization of wood fiber. The environmental analysis of the Ferris East Timber Sale focuses on implementing LRMP management direction within a 4,165-acre

analysis area in the vicinity of Canyon Creek and Cabin Canyon above the lower Dolores River. The area is roaded and has been periodically logged.

Current forest conditions exhibit several indicators of poor health. For example, the analysis area includes extensive acreage of overstocked stands of small-diameter ponderosa pine, heavy accumulations of ofrest floor fuels, and low levels of herbaceous production. These ecosystem structure elements could lead to severe fire behavior, reduced wildlife habitat diversity, and a decrease in other resource values. If these conditions continue, they could in turn, affect the ability to meet Forest Plan Goals and Standards and to sustain resource-dependent elements of the local community.

The purpose of and need for the proposed Ferris East Timber Sale as stated in the EA is to help meet Goals and Objectives identified in the Land and Resource Management Plan and the Western Forest Health Initiative. These Goals and Objectives include harvesting timber and the use of prescribed fire on 7E prescription areas, providing for healthy forest ecosystem elements, and contributing to sustaining a diverse economic base in local communities. The proposal also serves to maintain the productivity of the land. Implementation of the Forest Plan is required by the Forest and Rangeland Renewable Resources Planning Act of 1974 (RPA, P.L. 93-378) as amended by the National Forest Management Act of 1976 (NFMA, P.L. 94-588). This decision pertains only to lands currently administered by the Forest Service.

## Scoping and Public Involvement

In 1992, the San Juan National Forest made significant changes in the timber management direction in its LRMP. These changes included reducing the area of the Forest where scheduled timber harvest is allowed from 470,000 to 375,000 acres; reducing the maximum amount of timber the San Juan NF could sell from 413 million board feet per decade (MMBF/decade) to 240 MMBF/decade; and changing management to emphasize uneven-aged timber management systems and landscape ecosystem management. The 95,000 acres removed from timber management were primarily in unroaded areas of the Forest; the remaining 375,000 acres where timber management can take place constitute approximately 20 percent of the total Forest land base.

During the process of changing the LRMP, the Forest Service spent close to four years (1987-1991) working with concerned citizens to address the questions of where and how commercial timber management should be conducted on the San Juan NF (Amended LRMP, Record of Decision, 1992, pg. 22). The decisions made in 1992 provide the basis for current timber management, and projects such as the Ferris East Sale implement this revised management direction.

The scoping process was used to gather information regarding the potential environmental effects and issues surrounding the Ferris East proposal. The Forest Service ID Team, other resource specialists, and members of the public provided input to the process.

A wide array of individuals and organizations were contacted by letter soliciting issues in January, 1997. News releases were also made during January, 1997 informing the public that comments to the proposal needed to be submitted to the Mancos-Dolores Ranger District by February 27, 1997. In addition, public notification took place in the "San Juan National Forest NEPA Project Update" published in March and June, 1997 and the American Indian Consultation Bulletin published in May, 1997. Several letters were received in response to these solicitations. These comments were reviewed to identify the issues, concerns, and opportunities described in them.

An initial EA was released for public comment on July 15, 1997. The public comment period ended on August 15, 1997. We received comments from two organizations following public review of the draft EA. Our response to these two organizations is presented in Appendix G (p.66) of the EA.

## Decision

Based on the analysis documented in the EA, it is my decision to implement a modification of Alternative 2 which emphasizes ecosystem restoration and forest health issues by using timber harvest and fire in a fashion that would seek to replicate pre-1870 forest conditions on 938 acres (23%) of the ponderosa pine type within the analysis area. Five harvest units, ranging in size from 124 to 278 acres, will be placed adjacent to and between past harvest units, to imitate the scale of natural disturbance patterns and modify the edges of past harvest units. Small group and individual tree selection methods will remove individually marked trees with the objective of creating a clumpy distribution of trees in the residual stand. Density will vary throughout the treatment units, from open pockets with no trees on areas up to an acre in size, to dense pockets of leave trees up to three quarters of an acre in size. Average basal area per acre across treatment units will be 40-50 sq. ft./acre, leaving about 50-60 trees per acre. No ponderosa pine in excess of 20 inches in diameter at breast height (DBH) will be harvested. An adequate number of ponderosa pine trees greater than 16 inches DBH will be retained to meet desired future condition objectives for large trees in uneven-aged stands and to help meet desired snag densities. Minimum cutting diameter on ponderosa pine will be 5 inches DBH. Trees of all other species will be retained for diversity. All standing snags greater than 10 inches DBH and 15 feet tall will also be retained. About 1.9 million board feet of ponderosa pine timber will be harvested. No new road construction is required. Portions of some existing system roads will require reconstruction to provide for adequate cross drainage.

A late summer prescribed burn will be conducted in all treatment areas, as well as an additional 400-800 acres within the analysis area north of Cabin Canyon, in the first year following harvest. A second burn will be conducted in 3-10 years to reintroduce a periodic fire regime to the area. Created openings will be naturally regenerated. All existing non-system roads will be obliterated following the harvest.

The modifications of Alternative 2 are meant to balance our desire to meet the proposed timber sale's Goals and Objectives with the need to protect wildlife habitat and rehabilitate roads to reduce erosion. The modifications included with Alternative 2 reflect concerns that were received during the EA comment period.

These modifications of Alternative 2 add supplemental management requirements and mitigation measures which provide for additional habitat for Abert squirrels and establish priorities for non-system road obliteration. These additional mitigation measures are listed below. The management actions common to all alternatives on EA pages 11-14 are also included in my decision, but are not specifically listed here. The rationale for my decision is included below.

- ☐ Provide for at least two Abert squirrel nest tree clumps per six acres in all harvest units. A nest tree clump is defined as a group of 6-12 ponderosa pine trees (9-12 inches DBH) with interlocking canopies. Basal area should average 180-220 square feet per acre in these clumps.

- ☐ Close and rehabilitate all existing non-system roads within the analysis area to the extent that timber sale and other resource funding allows. The first priority will be those roads that pose soil and watershed problems and impair site productivity, the second priority will be those roads that adversely affect wildlife habitat security areas, and the third priority will be those roads which lead to

the same destination as other specified roads and are less than one-quarter of a mile away. Specific roads to be closed or rehabilitated have not yet been identified. These roads will be identified and included in the timber sale contract and sale area improvement plan.

Public access within the analysis area will be assured through retention and reconstruction of the open system road infrastructure. The area will also continue to be open to ATV use as well as non-motorized methods of travel such as horseback riding and mountain biking.

## Rationale for My Decision

During the scoping process, four key issues were identified that formed the basis for the development and comparison of alternatives. These key issues are identified in the EA on pages 6-7, and include:

1. Ecosystem restoration
2. Forest health
3. Effects on the local economy
4. Wildlife

In addition, the ID Team evaluated each alternative for its compliance with the Endangered Species Act/Region 2 Sensitive Species policy, the Clean Water Act, and the National Historic Preservation Act.

In selecting my alternative, I considered the key issues raised, as well as the Specific Features of Alternative 2,( EA, pages 11-14); the Alternative Design Criteria and Silvicultural Treatment Descriptions for Proposed Harvest Units included in Appendix A (EA, Pages 42-43); the effectiveness of proposed mitigation measures; and our ability to implement the specified management requirements. Further, I reviewed the ID Team's assessment of how each alternative complied with federal laws and policy. The following is my rationale for selecting modified Alternative 2.

### Response to Issues and Concerns

**Key Issue 1: Ecosystem Restoration**

There is general concern that most pine forests on the Mancos-Dolores District are outside the range of natural variation for the Southwestern United States ponderosa pine type. These conditions were created over the last 100 years through the elimination of natural fire, the introduction of intensive livestock grazing, and the harvest of nearly all the large old-growth trees. The area now consists of relatively dense, small diameter, immature trees. Isolated pockets of trees exhibiting old growth character exist but are rare. This is in sharp contrast to conditions which existed 100 years ago when forests in the Ferris East area would have been far more diverse, and contained abundant park-like old-growth stands (EA pages 8-9, 11, 14, 18, 20-23, 26-28, 33, 35, 36, and 42-44).

If the No Action alternative were implemented, timber stands would continue to develop old-growth characteristics, but more slowly than might be otherwise possible. With no action, the forest structure would have fewer openings and a more "closed canopy" condition. Natural pine regeneration would be less common. Snag densities would improve over time.

Alternative 2 has ecosystem restoration as a primary objective. Silvicultural treatments are designed specifically to restore forest conditions which were typical prior to 1870. Alternative 2 treats 938 acres, about 25 percent of the total pine acres in the analysis area.

**Key Issue 2: Forest Health**

Stand conditions in the Ferris East area warrant a concern about overall forest health. Forest health means the project area's capability for sustaining resource conditions which satisfy long term management objectives such as: wood fiber production, forage production, protection of diverse wildlife habitat, and providing recreation opportunities. The overcrowded clumps of young ponderosa pine are growing slowly and demonstrate poor vigor. These stands are currently at risk for mountain pine beetle attack, as documented in the EA (page 18). The presence of dwarf mistletoe disease in portions of the area also contributes to reduced growth and creates deformed trees. The area is also considered a high-risk for catastrophic wildfires (EA pages 8-9, 11, 14, 18-20, 22, 28-29, 35-36, 43, and 61-64).

With the No Action alternative, there would be no abrupt change in current stand conditions. Areas of medium to high risk would remain in those states, or develop increasing risk.

Alternative 2 proposes treatment that would directly reduce risk of catastrophic losses of timber stands in the area. Alternative 2 treats 731 acres which are at moderate to high risk for mountain pine beetle and reduces the risk o;f catastrophic fire on 938 acres. Alternative 2 also treats noxious weeds on 38 acres and improves grass, forb, and shrub conditions.

**Key Issue 3: Effects on the Local Economy**

The economic dependence of local communities on National Forest resources is an issue. The local wood products industry is dependent on a supply of timber from public lands. Supply of raw wood fiber material helps sustain jobs and processing facilities. It diversifies the tax base and adds stability to the economy (EA pages 9, 29, and 46)..

Each alternative's responsiveness is based on the total pine acres harvested. Modified Alternative 2 harvests timber on 938 acres of National Forest land and is directly responsive to this issue. The No Action alternative is not responsive to this key issue.

**Key Issue 4: Wildlife**

Important habitat requirements for wildlife species found in the area are also an issue. There is a lack of habitat for wildlife species associated with old-growth ponderosa pine forests. There is a lack of dead standing ponderosa pine snags for cavity dependent wildlife species. Snag surveys conducted in this habitat have consistently found snag densities to be 0.5 snags per acre, well below the average of 2.0 considered necessary for maintaining habitat for cavity dependent wildlife in the Forest Plan. Down logs which provide habitat for small mammals are in short supply. These are all conditions more commonly found in old growth stands.

Use of the existing system of open and closed roads by motorized vehicles is also an issue that can be affected by the proposed action. Current open road density may be too high, causing disturbance to the area's wildlife species. There are about 15 miles of open system roads in the analysis area (2.2 miles per square mile of analysis area). There are about 15 additional miles of open non-system roads. Forest Plan Standards allow for 1-3 miles of open roads per square mile. The planned timber harvest activities provides the opportunity to close existing open non-system roads to improve wildlife habitat and reduce erosion.

The No Action alternative would not close existing open roads. It would not bring the area within the Forest Plan Standards for open-road densities.

Alternative 2 includes design criteria which specifies closing 5.3 miles of non-system roads inside treatment unit boundaries.

The Forest Plan requires that Abert squirrel habitat in 7E Management Prescription Areas be mitigated during harvest by retaining at least one squirrel nest tree clump per six acres harvested. The No Action alternative maintains the suitable squirrel habitat on 90 percent of the area in the short term. Over the long term, this habitat would improve.

In modified Alternative 2, two squirrel nest tree clumps would be retained per six harvested acres. Timber harvest will degrade the overall squirrel nesting habitat values in the treatment units. However, the retention of two nest tree clumps per six acres exceeds the Forest Plan Standards and Guidelines and will maintain the habitat in at least a "fair" condition.

The Forest Plan directs that hiding cover be maintained on at least 40% of forested ecosystems. The IDT determined that, conservatively, 60% of the analysis area presently provides quality hiding cover. This does not include the additional value of topographic relief as effective hiding cover. The No Action alternative would maintain hiding cover in its current distribution.

Alternative 2 would selectively remove some pine hiding cover through timber harvest. It would also remove a portion of the Gambel oak cover component during prescribed burning. In a typical prescribed burn, the hiding cover provided by oakbrush is eliminated on about 50% of the treated acreage, as the area is burned in a mosaic pattern. Based on this, about 869 acres within the analysis area would be affected for an estimated 10 years or longer until the oak again reaches 4-6 feet in height. Despite this loss of hiding cover on the treated acres, quality hiding cover would be retained throughout the analysis area in untreated stands and adjacent canyons. This other residual hiding cover still comprises an estimated 40 percent of the area, meeting the Forest Plan Standard and Guideline.

The Biological Evaluation for the Ferris East timber sale (EA, pages 47-60) determined that no federally listed Threatened, Endangered, or proposed species, including the bald eagle and Mexican spotted owl, would be affected. It was determined that the following Region 2 Sensitive species may be impacted: milk snake and northern goshawk. The determination for these species is that individuals may be impacted, but proposed treatments are not likely to result in a loss of species viability or a trend toward Federal listing. No goshawks have been found within the analysis area. Specific mitigation measures (EA page 17) protect nesting goshawks, should a nest ever be located.

## Response to Compliance Issues and Established Management Goals

The selected alternative complies with requirements of the National Forest Management Act, the National Environmental Policy Act, the Clean Water Act, the Endangered Species Act, and the National Historic Preservation Act. My selected alternative is very effective in meeting the Purpose and Need for the Proposed Action (EA pages 1-2) as well as Forest Plan Goals and Objectives.

There are three Forest Plan standards and guidelines that will not be met, due to historic, intensive management in the analysis area. It is important to recognize that none of these standards and guidelines would even be met under Alternative 1: No Action. In each case, my selected alternative will move the analysis area closer to meeting Forest Plan direction than would the No Action alternative.

The first Forest Plan standard and guideline that will not be met is the requirement to maintain a road density of 1-3 miles per square mile (Forest Plan III-222). My selected alternative includes the road rehabilitation emphasis proposed in Alternative 2, which is designed to rehabilitate as many roads as budget allows.

The second Forest Plan standard and guideline that will not be met is the requirement to provide 20 pine snags/10 acres with DBHs greater than 10 inches (Forest Plan III-214). As described in the EA, past harvest and firewood activities have caused existing snag densities to fall below the Forest Plan minimum. My selected alternative includes snag protection and creation measures proposed in Alternative 2. However, in reality, the ability to create snags will depend on KV collections. The amount of KV collections cannot be determined until a sale is sold. Other funds, such as wildlife program dollars, could also be used; however, these dollars have been declining.

The third Forest Plan standard and guideline that will not be met is the requirement to maintain 5% of the analysis area in an old-growth structural class. There are currently no stands of ponderosa pine in the analysis area that could be considered even minimal-quality old-growth. The selected alternative is specifically designed to promote old-growth stand conditions.

In summary, the alternative I have selected will:

1. Provide about 1.9 million board-feet of timber to local dependent operators.
2. Restore the health, vigor, and diversity of all vegetation types in the area ponderosa pine forest, and reduce the threat of noxious weeds on 938 acres in the analysis area.
3. Improve big-game forage quantity and quality on 938 acres.
4. Improve ponderosa pine timber stands through the use of management-ignited, fire to reduce oakbrush competition with ponderosa pine regeneration.
5. Take action to perpetuate the aspen type within the ponderosa pine type, provided sufficient KV funds are available.
6. Provide quality big-game hiding cover over 40% of the area while accomplishing restoration objectives.
7. Reduce open-road densities while retaining ATV, horseback, and mountain bike access.
8. Move aggressively towards meeting Forest Plan standards for road density,snags, and old-growth conditions.

## Other Alternatives Considered

Besides Alternatives 1 (no-action) and 2 (action), two other "action" alternatives were considered but not fully developed and analyzed in the Ferris East EA. Both alternatives required leaving higher residual stocking levels than Alternative 2. Leaving denser stands to maximize wood fiber production or improve wildlife habitat conditions would result in an economically non-viable sale.

## Public Response to Alternatives

The ID Team received 2 letters during the public comment period. In the first letter, concerns were expressed about protection of riparian areas, road densities, livestock grazing as an element of ecosystem restoration, management for wildlife snags, monitoring, habitat for squirrels and surveys for mexican spotted owls. The second letter expressed concerns about habitat fragmentation, viability of wildlife species including the northern goshawk, the scale of analysis in the EA, and the distribution of developing old-growth. These letters and the full text of our responses is on file at the Dolores office, and is included in Appendix G of the EA, pages 66-73.

# Results of Consultation

June 4, 1997, the Colorado State Historical Preservation Officier concurred with the Forest Service "no adverse effect" determination regarding cultural resources.

# Compliance with the National Forest Management Act (NFMA)

This decision complies with the San Juan National Forest's Land and Resource Management Plan and wiht the National Forest Management Act, including the management requirements found in 36 CFR 219.27. This Act requires documentation of several specific findings at the project level:

## Forest Plan Consistency

All resource plans are to be consistent with the Forest Plan (16 U.S.C. 1640(i)). The Forest Plan guides all natural resource management activities (36 CFR 219.1(b)). All administrative activity must be based on the current Forest Plan (36 CFR 210.10 (E)).

The EA (pages 1-2), lists the Forest Plan management area prescriptions and desired Goals and Objectives. The ID Team reviewed and affirmed that my selected alternative is consistent with current Forest Plan management direction.

## Lands Suited for Timber Production

When timber is to be harvested, a determination that the harvesting will either: (1) occur on lands suited for timber production or (2) occur on lands classified as not suited for timber production only in the cases of salvage sales, sales necessary to protect other multiple-use values or activities that meet other objectives on such lands if the forest plan establishes that such actions are appropriate (36 CFR 219.27(c)(1)).



FS-000644

I have determined that the harvest will occur on lands suited for timber production

## Clearcutting and Even-Aged Management

This decision does not involve clearcutting or the use of timber harvest for even-aged management. NFMA guidelines concerning clearcutting and even-aged management are not relevant to this action.

## Vegetative Manipulation

The seven requirements in 36 CFR 219.27(b) for management prescriptions that involve vegetative manipulation are:

1. *Be best suited to the multiple-use goals for the area.* This is addressed in the Rationale for My Decision section, on pages 3-7 of this document. It is also referenced in the EA, Chapter 1, Purpose of and Need for the Proposed Action.

2. *Assure that lands can be adequately stocked.* Treatment prescriptions for harvested stands in this proposal are designed to leave adequately stocked stands using the existing tree component. Additional stocking is desired but not necessary to meet this requirement.

3. *Do not choose an alternative primarily because it provides the greatest dollar return or the greatest output of timber.* My selected alternative will provide about 1.9 MMBF of timber to be harvested. It was chosen because it best met the issues of ecosystem restoration, forest health, effects on the local economy, and wildlife. Dollar return and output of timber were neither the exclusive nor the primary reasons for selecting Alternative 2. They were only two factors among many.

4. *Be chosen after considering potential effects on residual trees and adjacent stands.* The key issues of ecosystem restoration and forest health address these concerns. Only about 23% of the analysis area was selected for harvest. I have not precluded any future management options within the analysis area.

5. *Avoid permanent impairment of site productivity and insure conservation of soil and water resources.* No units lie on unstable soils, nor will riparian areas be directly affected. My selected alternative provides for long-term improvement of soil and water resources through the rehabilitation of non-system roads. Site productivity should be enhanced through implementation of the selected alternative.

6. *Provide desired effects on...wildife habitat, regeneration of desired tree species, forage production, and other resource yields.* Chapter 4 of the EA, Affected Environment and Environmental Consequences, details the effects on wildlife habitat, regeneration of desired tree species, forage production, and other resource yields. The chosen alternative will maintain existing wildlife habitat capabilities in both the short term and long term, regenerate the desired tree species and enhance forage production.

7. *Be practical in terms of transportation, harvesting requirements, and sale preparation and administration.* The area is well accessed by existing roads. Only minor amounts of road improvements will be needed. No major harvesting, sale prep, or administration problems were evident during site visits by the ID Team.

## Finding of No Significant Impact

Analysis of the environmental consequences indicates this is not a major federal action with significant effects on the quality of the human environment. Therefore, an Environmental Impact Statement is not required for this proposal. This determination was made considering the following factors:

1. The proposal conforms with the direction provided in the 1992 Amended Land and Resource Management Plan for the San Juan National Forest.

2. No irreversible or irretrievable commitment of resources will occur.

3. The proposed action will not have a significant effect on the quality of the human environment, either as an individual action or as part of the cumulative effects of other past, present, and planned actions within this area.

4. The proposed action does not affect public health and safety.

5. The effects of the proposed action on the human environment are not highly uncertain, nor do they involve unique or unknown risks.

6. The proposed action is not precedent-setting. It does not establish a precedent for future actions that may have a significant effect on the environment. It does not represent a decision in principle about a future consideration.

7. The proposed action will not adversely affect districts, sites, highways, structures, or objects listed in, or eligible for listing in, the National Register of Historic Places. The proposed action will not cause loss or destruction of significant cultural or historic resources.

8. The proposed action will not adversely affect Endangered or Threatened species.

9. This action complies with other federal, state, and local laws and requirements imposed for the protection of the environment.

10. The effects of this action on the quality of the human environment are not likely to be controversial.

## Implementation Date

Implementation of the selected alternative may begin 45 days after publication of the Legal Notice for this decision appears in the *Durango Herald*, the paper of record.

## Appeal Rights

This decision is subject to appeal, pursuant to Forest Service regulation 36 CFR 215.7. Any written appeal must be postmarked or received by the Appeals Deciding Officer, Lyle Laverty, Regional Forester, Rocky Mountain Region, 740 Simms P.O. Box 25127, Lakewood, Colorado 80225, within 45 days from the day after notice of this decision is published in the *Durango Herald*, Durango, Colorado. Appellants are required to simultaneously send a copy of the Notice of Appeal to Calvin N. Joyner, Associate Forest Supervisor, at 701 Camino del Rio, Durango, Colorado 81301. Appeals must meet content requirements of 36 CFR 215.14.

For additional information concerning this decision of the environmental analysis, contact Phil Kemp, Mancos-Dolores Ranger District, P.O. Box 210, Dolores, Colorado 81323, or call (970) 882-7296.

Calvin N. Joyner (signature) 2/9/98

CALVIN N. JOYNER
Associate Forest Supervisor

Date

# Projected Impacts of Climate Change on Forests of the Dolores Watershed

## A Practical Management Strategy



**Jim Worrall**
**Suzanne Marchetti**

US Forest Service
Rocky Mountain Region
Gunnison, Colorado

**Jerry Rehfeldt**
**Nick Crookston**

US Forest Service
Rocky Mtn. Res. Station
Moscow, Idaho

# Outline

1. Impacts of turn-of-the-century drought
2. Bioclimate models and projections
3. Strategy for applying projections to forest management

Impacts to Forests

# TURN-OF-THE-CENTURY DROUGHT



FS-000651

# Southern Rockies

Drying trend since mid '80s

Record drought 2001-2003



Schwalm et al. 2012
Nature Geosciences

# The turn-of-the-century drought in the context of the past




Conclusion:

Most recent drought that severe West-wide occurred >800 yr ago.

# Piñon mortality SW CO

Dominique Bachelet, Data Basin




2.5 million acres in 4-corner states

# Mountain pine beetle



3.4 million acres in Colorado

2002
927,000 acres burned
in Colorado

# SAD



1.2 million acres in Colorado

# Spruce beetle



1.7 million acres in Colorado

FS-000654

# Future Droughts

- By the 2030's, moisture conditions during the turn-of-the-century drought ". . . will become the new norm in western North America." (Schwalm et al. 2012, Nature Geosciences)
- Later in the century, conditions may be worse than during TOC.
- How can we anticipate forest impacts so that we can manage appropriately?

Characterize climate suitable for a species

# BIOCLIMATE MODELS






NATIONAL PARK SERVICE

U.S. DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT

GREAT SEAL OF THE SOUTHERN UTE INDIAN TRIBE IGNACIO COLO.

FOREST SERVICE U S DEPARTMENT OF AGRICULTURE

Colorado Natural Heritage Program
Connecting Conservation and Science

Mountain Studies Institute

Southwest Colorado Bioclimate Project




Full model window, southwestern Colorado

FS-000658


Telluride
Rico
Dolores
Cortez
Mancos
Dolores Watershed

# Bioclimate Models

- Train on real point locations
  - Known presence/absence of species
  - Known historic/reference climate
  - Known slope and aspect
- Learn the combinations and interactions of variables associated with presence
- Given a topoclimate, can then predict the likelihood of presence

# How they were built

- Training data
  - 854,000 points of known presence/absence
    - Mostly spatial veg data like FSVeg and FIA plots
  - Long-term historical climate at each point
    - Use reference climate 1961-1990
    - Also slope and aspect
- "Random forests" algorithm in R
  - "forests" of many decision "trees", using random subsets of training data

# Output

- Proportion of decision trees that 'vote' for the topoclimate being suitable.

- If we run each pixel on a map through the model, using each pixel's climate, slope and aspect . . .


PIPO
Proportion
of votes
0-10
10-20
20-30
30-40
40-50
50-60
60-70
70-80
80-90
90-100

FS-000663




ABLA occurrence in shapefiles (black) vs. reference period votes >=0.5 (blue overlay)

## Subalpine fir




PIEN occurrence in shapefiles (black) vs. reference period votes >=0.5 (blue overlay)

# Engelmann spruce




QUGA occurrence in shapefiles (black) vs. reference period votes >=0.5 (blue overlay)

# Gambel oak

FS-000666

# Process for projecting into the future

3 GCMs x 3 RCPs → 9 climates → downscaled → bioclimate models

↓

9 outputs

↓

votes averaged

Global climate models used by IPCC:
CCSM4
GFDLCM3
HadGEM2ES

Greenhouse-gas scenarios (RCPs)
RCP 4.5
RCP 6.0
RCP 8.5



# Ponderosa pine 2060

PIPO Proportion of votes

| | | |
|---|---|---|
| 0-10 | 20-30 | 40-50 |
| 10-20 | 30-40 | 50-60 |

Applying bioclimate models

# A FOREST MANAGEMENT STRATEGY





# Project Change

1. Make grids of suitability based on reference and future climates.
2. Use difference in model output between reference and future periods to classify change zones.
   a) Model output ("votes") are 0 (no chance) to 1 (very likely)

| **Change classes** | **Reference period votes** | **2056-2065 votes** |
|---|---|---|
| **LOST** | ≥ 0.5 | < 0.3 |
| **THREATENED** | ≥ 0.5 | 0.3-0.5 |
| **PERSISTENT** | ≥ 0.5 | ≥ 0.5 |
| **EMERGENT** | < 0.5 | ≥ 0.5 |


Telluride
Rico
Dolores
Cortez
Mancos
CGH Change Zones for ABCO
Lost
Threatened
Persistent
Emergent

# White fir




# Subalpine fir




Utah juniper




# Rocky Mountain juniper


Telluride
Rico
Dolores
Cortez
Mancos
CGH Change Zones for PIED
Lost
Threatened
Persistent
Emergent

Piñon




Engelmann spruce




# Ponderosa pine


Telluride
Rico
Dolores
Cortez
Mancos
CGH Change Zones for PIPU
Lost
Threatened
Persistent
Emergent

Blue spruce


Telluride
Rico
Dolores
Cortez
Mancos
CGH Change
Zones for POTR5
Lost
Threatened
Persistent
Emergent

Aspen


Telluride
Rico
Dolores
Cortez
Mancos
CGH Change Zones for PSME
Lost
Threatened
Persistent
Emergent

# Douglas-fir


Telluride
Rico
Dolores
Cortez
Mancos
CGH Change Zones for QUGA
Lost
Threatened
Persistent
Emergent

# Gambel oak







CCSM4_rcp45 Change Zones for ABLA: Lost | Threatened | Persistent | Emergent

HadGEM2ES_rcp85 Change Zones for ABLA: Lost | Threatened | Persistent | Emergent

**Favorable climate**

# Subalpine fir

# Engelmann spruce

**Unfavorable climate**







FS-000682


Telluride
Rico
Dolores
Cortez
Mancos
CCSM4_rcp45 Change Zones for POTR5
Lost
Threatened
Persistent
Emergent
HadGEM2ES_rcp85 Change Zones for POTR5
Lost
Threatened
Persistent
Emergent
Favorable climate
Aspen
Douglas-fir
Unfavorable climate