





Date submitted (UTC-11): 3/9/2021 11:39:47 AM
First name: Sabina
Last name: Kraushaar
Organization:
Title:
Comments:
To Whom it May Concern,

I am a Dolores local and an avid mountain bike user of the Boggy Draw trail system. I am also the co-founder and Team Director of a youth cycling program that serves youth in Montezuma County, High Desert Devo.

I would like to voice my support for mitigating the impacts to the Boggy Draw trail system from the proposed logging. From July-October, we use the Boggy Draw trail system every week during our group mountain bike rides with middle school and high school kids. We would like to expand the program to include elementary school age kids as well. The Boggy Draw trail system is an integral and valuable part of the community and gives youth and community members a safe place to recreate and exercise. It would be devastating to see trails and/or scenery be ruined.

I urge you to consider planning the logging operations around the existing and beloved trail system, so that there is minimal impact to our youth cycling program and the many local trail users.

Thank you for your consideration,

Sabina Kraushaar

Date submitted (UTC-11): 3/9/2021 12:00:00 AM
First name: Tracy
Last name: Kurek
Organization:
Title:
Comments:
I agree that there needs to be some management of the forest by eliminating beetle kill and crowed areas. This will make for a healthy forest.

I do not agree with interfering with Boggy Draw biking trails, particularly for a 10 year span.

Biking has become since an economic engine in Dolores and surrounding areas. Their logging project would be devastating to local economies, overall morale of the area population.

Bogg Draw is one of the most incredible areas to bike.

1. It's beautiful!

2. Terrain is varied

3. Super family friendly

4. For me personally it is my sanity! If I cannot ride my bike there I am pretty certain I am going to be very depressed. And for 10 years?! This seems extraordinarily long.

A few suggestions.

Choose areas that are not near bike trails in the summer and fall.

Do some clearing of more populated areas in the winter without damage to existing trails.

If you need to damage trails the the logging company is 100% responsible for rebuilding them to previous conditions or better with native revegetation. Large fines imposed if this does not occurs.

These trails have been built by many volunteers and their soul is invested , so making certain they get rebuilt is critical.

I do not want beloved Boggy Draw to have a fire . If logging is going to happen then careful timing, timing restrictions, rebuilding, consideration for the cyclists and everyone out there all need to happen.

A couple of things the logging company can do.

1. Build campsites

2. Build bathrooms/showers/charge stations.

I think this can be done carefully.

Please be kind, thoughtful and respectful of mine and many other folks' sanctuary. Living here without Boggy would be devastating.

Thank you.

ATTACHMENT: Two images of the forest and people recreating

