**Table 4**
Regeneration inputs used in model simulations. The numbers represent seedlings per hectare.

| Management scenario | *Acer saccharum* | *Fagus grandifolia* | *Tsuga canadensis* | *Picea rubens* | *Fraxinus americana* | *Betula alleghaniensis* | *Acer rubrum* | *Populus tremuloides* | *Betula papyrifera* |
|---|---|---|---|---|---|---|---|---|---|
| Clearcut | 4448 | 1730 | 432 | 432 | 8154 | 8093 | 8093 | 15,320 | 15,320 |
| Shelterwood | 4448 | 4695 | 62 | 62 | 618 | 556 | 1174 | – | – |
| ITS_Low Retention | 2471 | 1730 | 309 | 309 | 62 | 62 | 185 | – | 62 |
| ITS_High Retention | 1977 | 2224 | 309 | 309 | 62 | 57 | 185 | – | 62 |
| Background | 494 | 247 | 62 | 62 | – | 62 | 62 | – | – |

For active management scenarios, we adapted regeneration data specific to northern hardwood even-aged (Leak, 1987, 2005) and uneven-aged management (Mader and Nyland, 1984; Leak, 1987; Donoso et al., 2000). We correlated input regeneration values (Table 4) with percent canopy cover (e.g., decreased percent canopy cover following harvests corresponded with increased total seedling inputs). We also adjusted the relative proportions of shade intolerant, intermediate, and tolerant species based on post-harvest canopy cover (Nunery, 2009). We employed user-defined model rules to initiate management scenario-specific regeneration inputs at the time step immediately following all simulated regeneration harvests. A full description of adjustments to regeneration inputs, based on modeled biomass accumulation sensitivity to stand density, is presented in Nunery (2009).

### 2.5. Data analysis

Simulation output from the 32 different sites were averaged to produce mean values for each scenario. All values, unless stated otherwise, are presented as mean C sequestration over the 160 year simulation period. We calculated the mean C stock in aboveground biomass (live and dead) and wood products during the simulation period, as a way to compare C sequestration between management scenarios (Eriksson et al., 2007). In order to examine the tradeoffs in C sequestration between active and passive management, our first hypothesis, we used SPSS 16.0 (2008) statistical software to run single-factor ANOVA and post hoc Bonferroni multiple comparisons testing significant differences ($\alpha = 0.05$) between scenarios. To evaluate our second hypothesis, examining the effect of management intensity on C sequestration, we used two-way ANOVA to test for significant effects of harvesting frequency, structural retention, and their interaction on mean C sequestration.

We also conducted a sensitivity analysis to help identify subtle differences in the effects of harvesting frequency on C sequestration. We did this by adjusting the low and high harvesting frequency scenarios applied to each of the four original silvicultural prescriptions. The original high harvesting frequency (80 years in even-aged and 15 years in uneven-aged scenarios) was decreased by 25% to create two additional harvesting frequencies (60 years for even-aged and 11 years for uneven-aged). The original low harvesting frequency (120 years in even-aged and 30 years in uneven-aged) was increased by 25% to create two additional harvesting frequencies (150 years for even-aged and 38 years for uneven-aged scenarios). Due to data storage limitations in the model, we were unable to simulate extremely high harvest frequencies (harvesting frequency $< 15$) for uneven-aged scenarios over the entire 160 year simulation period. For this reason, the 25% below original high frequency scenarios (11 year entry cycles) for uneven-aged management are computed in FVS the same as the original high frequency (15 year harvesting frequency), and the sensitivity analysis in uneven-aged scenarios is restricted to three different harvesting frequencies (15, 30, and 38 years). Adjusted model outputs were tested using two-way ANOVA.

A logical criticism of attributing predicted C sequestration effects solely to management scenario is that site characteristics, such as productivity, pre-harvest stand volume, and species composition (e.g., percent conifer), might also affect forest growth rates and C sequestration potential. To evaluate this, we used a classification and regression tree (CART) to test the predictive strength of management scenarios relative to other site-specific environmental, structural, and compositional attributes, modeled as independent variables. CART analysis is a powerful tool for analyzing complex ecological data (De'ath and Fabricius, 2000). It is a robust, nonparametric, binary method that partitions variance in a dependent variable through a series of repeated splits (branches) based on values of multiple independent variables (Breiman et al., 1984; Keeton et al., 2007b, p. 857). CART was chosen for its ability to explain variation within a single response variable (in this case, mean C sequestration) based on both categorical and continuous independent variables generated from FIA plot measurements (Table 5). In the case of independent

**Table 5**
Description of independent variables used in CART analysis. The character of variables is denoted by A = silvicultural scenario, S = spatial, E = environmental, C = stand composition, T = stand structure; and the type by N = numeric, O = ordinal, or C = categorical.

| Variable | Character | Type | Values | Description |
|---|---|---|---|---|
| Scenario code | A | C | A–I | A (Background), B (ITS_HighLow), C (ITS_HighHigh), D (ITS_LowLow), E (ITS_LowHigh), F (Clearcut_Low), G (Clearcut_High), H (Shelterwood_Low), I (Shelterwood_High) |
| Eco-subregion | S | C | 10 | No of ecological subregions included, as defined by the USDA, 2005, Forest Service ECOMAP team, Washington, DC |
| Site index | E | N | $30 < x < 90$ | Site index for sugar maple at tree age 50 |
| Aspect | E | N | $0 < x < 359$ | Aspect in degrees for individual stands |
| Percent conifer | C | N | $0 < x < 63$ | Starting percent conifer, calculated as a percentage of basal area |
| Basal area | T | N | $24 < x < 49$ | Starting basal area ($m^2$/ha), |
| Quadratic mean diameter | T | N | $4.6 \leq x \leq 11.4$ | Starting QMD. QMD is the diameter of the tree of average basal area. |
| Structure class | T | O | 0–6 | 0 (bare ground), 1 (stand initiation), 2 (stem exclusion), 3 (understory reinitiating), 4 (young forest, multi-strata), 5 (old forest, single stratum), 6 (old forest, multi-strata) (Crookston and Stage, 1999) |
| Number of strata | T | O | 1–3 | Strata differentiated by 30% differentiation in tree height, with minimum threshold of 5% cover to qualify as a strata (Crookston and Stage, 1999) |
| Slope | E | N | 0–30 | Percent slope steepness for individual stands |
| Stand age | T | N | $80 \leq x \leq 100$ | Starting stand age in years |




**Fig. 2.** Simulation output time series for the 9 different management scenarios (values represent 10 year mean of 32 stands C storage in aboveground live/dead biomass and wood products). Ten year means of C sequestration were used to create chronosequences to illustrate the temporal dynamics for each management scenario, however these values were not used in the overall statistical analyses and are presented here for illustrative purposes. Average forest growth was estimated for 1995 using 20 year mean predicted growth rates of all stands. Chronosequences starts from the estimated mean averages in 1995, all harvest cycles began at 2005 (noted with vertical dotted line). For management scenario descriptions refer to Tables 2 and 3.

variables exhibiting strong collineatity ($r^2 > 60$), the variable having greater correlation with the dependent variable was used in analyses to avoid redundancy. CART analysis was performed using S-Plus software (Statistical S-Plus, 2002). Cost-complexity pruning was used to eliminate non-significant nodes. Pruning was dictated by $\alpha = 0.05$, in this case a measure of how much additional accuracy an individual split must add to the entire tree to warrant additional complexity.

## 3. Results

### 3.1. Mean C sequestration under alternate forest management scenarios

#### 3.1.1. Simulation model predictions

The simulation results show a clear gradient of increasing C sequestration as forest management intensity ranges from high (clearcut) to low (ITS_HighLow and No Management) (Fig. 2). Sharp declines in C within active management scenarios are caused by the removal of C from the forest following a scheduled harvest. The amplitude of these declines is muted by the flux of C into storage pools in wood products as well as the averaged 10-year C sequestration values. Generally, scenarios with decreased harvesting frequency show greater accrual of C as a result of accretion of C in dead wood pools and increased live biomass (Fig. 2). Clearcut scenarios sequestered less C than all other management scenarios (Table 6). Shelterwood scenarios sequestered similar amounts of C as ITS scenarios emphasizing low structural retention. Of the active management scenarios, ITS scenarios incorporating high structural retention sequestered the greatest amount of C (Table 6). Mean C sequestration in the no management scenario was significantly higher ($p < 0.01$) than all other scenarios as indicated by ANOVA and multiple comparison tests (Fig. 3).

#### 3.1.2. Effects of harvesting frequency and post-harvest structural retention

Model predictions showed that post-harvest structural retention significantly affects C sequestration ($p < 0.01$), based on the results of the two-way ANOVA. In our initial analysis, harvesting frequency did not have a statistically significant effect ($p = 0.081$, Table 7). The interactive effect of harvesting frequency and retention also was not statistically significant ($p = 0.584$). In order to investigate more subtle differences among silvicultural prescriptions, we re-ran the two-way ANOVAs, separating treatments into two groups: even-aged and uneven-aged treatments (Table 7). In this second iteration, harvesting frequency significantly affected C sequestration for uneven-aged treatments ($p = 0.01$). Conversely, for even-aged scenarios our initial set of harvesting frequencies did not significantly affect C sequestration ($p = 0.658$). In both uneven and even-aged scenarios, structural retention significantly affected

**Table 6**
Mean C storage over the 160 year simulation period for several different pools ($n = 32$).

| Management scenario | Value (mean ± 95% CI) | | | | | |
|---|---|---|---|---|---|---|
| | Total C with wood products (Mg C/ha) | Aboveground live (Mg C/ha) | Standing dead (Mg C/ha) | Down dead wood (Mg C/ha) | Wood products (Mg C/ha) | Landfill (Mg C/ha) |
| No Management | 157 ± 9 | 140 ± 8 | 7 ± 0.5 | 13 ± 1 | 0 ± 0 | 0 ± 0 |
| ITS_HighLow | 113 ± 5 | 83 ± 3 | 0.6 ± 0.2 | 9 ± 1 | 9 ± 1 | 12 ± 2 |
| ITS_HighHigh | 107 ± 5 | 75 ± 3 | 0.3 ± 0.1 | 9 ± 1 | 10 ± 1 | 13 ± 2 |
| ITS_LowLow | 98 ± 5 | 63 ± 2 | 0.3 ± 0.1 | 8 ± 1 | 11 ± 1 | 16 ± 2 |
| ITS_LowHigh | 91 ± 4 | 54 ± 2 | 0.2 ± 0.04 | 9 ± 1 | 12 ± 1 | 16 ± 3 |
| Shelterwood_Low | 90 ± 5 | 64 ± 5 | 0.2 ± 0.1 | 7 ± 0.4 | 9 ± 1 | 10 ± 1 |
| Shelterwood_High | 90 ± 5 | 65 ± 4 | 0.2 ± 0.1 | 7 ± 0.4 | 8 ± 1 | 10 ± 1 |
| Clearcut_Low | 74 ± 5 | 31 ± 3 | 0.1 ± 0.03 | 9 ± 1 | 17 ± 1 | 8 ± 1 |
| Clearcut_High | 72 ± 5 | 29 ± 3 | 0.1 ± 0.04 | 10 ± 1 | 15 ± 1 | 18 ± 2 |




**Fig. 3.** Comparison of mean C stocks in nine different management scenarios. Error bars show + one standard error of the mean. For management scenario descriptions refer to Tables 2 and 3. Asterisk notes significant difference ($p < 0.01$) between active and passive management scenarios. Significant differences between active management treatment effects are described in Table 7.

C sequestration ($p < 0.01$). Furthermore, the interaction of harvesting frequency and retention was not significant in either uneven-aged ($p = 0.716$) or even-aged ($p = 0.554$) management scenarios.

To test model sensitivity to harvesting frequency, we performed a secondary analysis in which we adjusted harvesting frequency in all active management scenarios (Table 8). When the difference between low and high frequencies was increased by 25% or more, C sequestration for all scenarios was significantly affected ($p \leq 0.01$). The interaction of harvesting frequency and structural retention was not significant ($p > 0.01$), except when scenarios were compared against even-aged prescriptions with harvesting frequency set to 60 years ($p < 0.01$). In this case, the strong interaction was driven by a combination of extremely high harvesting frequencies (relative to typical silvicultural practices in the northern hardwood region), and very low structural retention.

### 3.1.3. *Effects of forest management scenario versus site-specific factors*

The CART results ($n = 288$) strongly supported our second hypothesis that harvesting intensity significantly affects C sequestration, but showed that site-specific variables, in some cases, can also be important secondary predictors. Of the eleven independent variables included in the initial model, four variables were incorporated in the final CART model: management scenario, site index, percent conifer, and basal area. Of these variables, management scenario was the strongest predictor of mean C sequestration, explaining variance at both primary, and in some cases, lower splits on the tree (Fig. 4). The primary split at the root node, or top of the tree, was divided between active and passive management techniques (Fig. 4). The left side of the tree was further divided at the next node between high intensity (higher harvesting frequency and lower retention) and low intensity (lower harvesting frequency and higher retention) active management scenarios. However, after the general range of C sequestration potential was established by management scenario, CART showed that some sub-groupings of sites with higher site index (i.e., more productive), greater initial basal area (e.g., >36.4 $m^2$/ha), and lower percent conifer (e.g., <15%) had significantly greater mean C sequestration. Together these results indicate the potential for interaction between management scenario and site-specific conditions.

### 3.2. *Effects of forest management scenarios on C uptake rates*

To clarify the relative importance of uptake rates versus storage in our estimates of total predicted sequestration, we calculated average annual C uptake rates three different ways (Table 9): (1) C uptake rate per harvest cycle with the inclusion of wood products ($U_1$); (2) C uptake rate for 160 simulation period without the

**Table 7**
Treatment effects on the mean C sequestration over the 160 year simulation period, based on two-way ANOVA. Italicized *p* values are statistically significant.

| Treatment | Silviculture type | Mean square error | *F* | Significance (*p*) |
|---|---|---|---|---|
| Harvesting frequency × structural retention (interaction) | Total | 92.1 | 0.300 | 0.584 |
| | Even-age | 71.1 | 0.352 | 0.554 |
| | Uneven-age | 26.4 | 0.133 | 0.716 |
| Harvesting frequency | Total | 940.2 | 3.07 | 0.081 |
| | Even-age | 39.8 | 0.197 | 0.658 |
| | Uneven-age | 1373.4 | 6.91 | *0.010* |
| Structural retention | Total | 17,575.9 | 57.3 | *0.000* |
| | Even-age | 9674.5 | 48.0 | *0.000* |
| | Uneven-age | 7944.0 | 40.0 | *0.000* |

**Table 8**
Two-way ANOVA results from sensitivity analysis. Results are divided by harvesting frequency and structural retention. Harvesting frequency adjustments are shown as percent above (+) or below (−) the original high and low harvesting frequencies used in simulation modeling. Four harvesting frequencies were used: (1) 25% below the original high frequency (60 years even-age; 11 years uneven-age); (2) the original high frequency (80 years even-age; 15 years uneven-age); (3) the original low frequency (120 years even-age; 30 years uneven-age); (4) 25% above original low frequency (150 years even-age; 38 years uneven-age). Italicized *p* values are statistically significant.

| Treatment | Silviculture type | Harvesting frequency adjustment | Mean square error | *F* | Significance (*p*) |
|---|---|---|---|---|---|
| Harvesting frequency × structural retention (interaction) | Even-age | −25% | 14,955.3 | 94.7 | *0.000* |
| | | +/−25% | 17,339.0 | 103.4 | *0.000* |
| | | No change | 71.1 | 0.4 | 0.554 |
| | | +25% | 317.4 | 1.5 | 0.223 |
| | Uneven-age | −25%[a] | 67.8 | 0.3 | 0.569 |
| | | +/−25%[a] | 67.8 | 0.3 | 0.569 |
| | | No change | 26.4 | 0.1 | 0.716 |
| | | +25% | 67.8 | 0.3 | 0.569 |
| Harvesting frequency | Even-age | −25% | 17,935.0 | 113.6 | *0.000* |
| | | +/−25% | 29,779.8 | 177.6 | *0.000* |
| | | No change | 40.0 | 0.2 | 0.658 |
| | | +25% | 2020.6 | 9.6 | *0.002* |
| | Uneven-age | −25%[a] | 3811.7 | 18.4 | *0.000* |
| | | +/−25%[a] | 3811.7 | 18.4 | *0.000* |
| | | No change | 1373.4 | 6.9 | *0.010* |
| | | +25% | 3811.7 | 18.4 | *0.000* |
| Structural retention | Even-age | −25% | 45,037.8 | 285.2 | *0.000* |
| | | +/−25% | 41,142.1 | 245.4 | *0.000* |
| | | No change | 9674.5 | 48.0 | *0.000* |
| | | +25% | 7916.2 | 37.4 | *0.000* |
| | Uneven-age | −25%[a] | 7402.1 | 35.6 | *0.000* |
| | | +/−25%[a] | 7402.1 | 35.6 | *0.000* |
| | | No change | 7944.0 | 40.0 | *0.000* |
| | | +25% | 7402.1 | 35.6 | *0.000* |

[a] As a result of model limitations, 11 year harvesting frequencies in uneven-aged scenarios are simulated the same as 15 year entry cycles and values are identical.

inclusion of C stored in wood products ($U_2$); and (3) C uptake rate for 160 simulation period with the inclusion of wood products ($U_3$). Annual uptake rates were calculated by averaging the delta values between time steps over the specified period of time. Greater temporal variation in uptake rates (Table 9) highlights C flux changes over time as a result of management activities. When C uptake rates were averaged by harvest cycle ($U_1$), clearcut scenarios had greater C uptake rates than all other scenarios (Table 9). In this same calculation ($U_1$), C uptake rates in the no management scenario were the third highest overall. When averaged over the 160 year simulation period without the inclusion of C stored in wood products ($U_2$), C uptake rates in three scenarios were negative. However, the inclusion of C stored in wood products ($U_3$) resulted in positive uptake rates for all scenarios. It should be noted that mean C uptake rates for the 160 year simulation period ($U_2$ and $U_3$) include at least one harvest in




**Fig. 4.** Classification and regression tree (CART) showing independent variables selected, split values, and partitioned mean values (bottom) of the dependent variable (mean C sequestration). The figure ranks independent variables by predictive strength (top to bottom); the length of each vertical line is proportional to the amount of deviance explained by each variable. Independent variables were selected from an initial set of 11 variables. Minimum observations required for each split = 5; minimum deviance = 0.05; $n$ = 288. The $n$ value in CART is determined by the multiplication of the total number of inventory plots ($n$ = 32) and the total number of management scenarios ($n$ = 9).

**Table 9**
Comparison of three different calculated mean C uptake rates by management scenario.

| Management scenario | Values (mean ± 95% CI) | | | |
|---|---|---|---|---|
| | Harvesting frequency (years) | $U_1$ Forest C uptake rate per harvesting cycle (Mg C ha$^{-1}$ yr$^{-1}$) | $U_2$ Forest C uptake rate for 160 year simulation period (Mg C ha$^{-1}$ yr$^{-1}$) | $U_3$ Forest and harvested wood products C uptake rate for 160 year simulation period (Mg C ha$^{-1}$ yr$^{-1}$) |
| Clearcut_High | 80 | 0.55 ± 0.05 | 0.23 ± 0.03 | 0.23 ± 0.05 |
| Clearcut_Low | 120 | 0.44 ± 0.05 | 0.02 ± 0.03 | 0.08 ± 0.05 |
| Shelterwood_High | 80 | 0.18 ± 0.05 | 0.13 ± 0.02 | 0.13 ± 0.03 |
| Shelterwood_Low | 120 | 0.17 ± 0.04 | −0.02 ± 0.02 | 0.02 ± 0.03 |
| ITS_LowHigh | 15 | −0.02 ± 0.02 | −0.04 ± 0.01 | 0.07 ± 0.03 |
| ITS_LowLow | 30 | −0.01 ± 0.02 | −0.04 ± 0.01 | 0.08 ± 0.03 |
| ITS_HighHigh | 15 | 0.04 ± 0.03 | 0.02 ± 0.02 | 0.14 ± 0.09 |
| ITS_HighLow | 30 | 0.05 ± 0.02 | 0.02 ± 0.02 | 0.14 ± 0.09 |
| No Management | NA | 0.36 ± 0.04 | 0.36 ± 0.04 | NA |

the active management scenarios, wherein significant amounts of C are lost from forest pools following the treatment.

## 4. Discussion

Our modeling results indicate that forest management intensity strongly affects C sequestration. While our findings tell a novel story, they build on previous studies in temperate forest regions (Eriksson et al., 2007; Seidl et al., 2007; Swanson, 2009). Research in North America has shown that actively managed forests sequester substantial amounts of C and should be considered when developing terrestrial C management options (Davis et al., 2009). Furthermore, research in European forests has highlighted the importance of considering wood products in C accounting (Eriksson et al., 2007; Seidl et al., 2007). Unlike previous studies, our results show there can be important, and sometimes interactive, effects of both post-harvest structural retention and harvesting frequency. These findings are relevant to ongoing debates regarding forest management and C sequestration, as addressed by our two hypotheses. The results supported both our first hypothesis that passive management sequesters more C than active management, as well as our second hypothesis that management practices favoring lower harvesting frequencies and higher structural retention sequester more C than intensive forest management.

Currently, the incorporation of active forest management in climate change mitigation is widely debated. At issue is whether this can achieve real (or net) C storage benefits, as opposed to simply increasing flux rates between different pools (Ray et al., 2009b). On one hand, intensively managed forests with high harvesting frequencies that produce wood products and biofuels are recognized as a viable option for reducing C emissions by avoiding substitution of more C intensive products or energy (Eriksson et al., 2007; Malmsheimer et al., 2008). On the other hand, numerous studies have concluded that the replacement of older forests with younger forests results in a net release of C to the atmosphere (Harmon et al., 1990; Schulze et al., 2000). Our results support these latter findings, and show that a shift towards intensively managed forests does not increase C sequestration when accounting is restricted to aboveground forest biomass and harvested wood products.

### 4.1. *Effects of forest management on carbon sequestration*

Our study is among the first to explore the combination of both harvesting frequency and post-harvest structural retention in the northern hardwood region. The results show that management practices favoring lower harvesting frequencies and higher structural retention sequester more C than more intensive practices. There are also more subtle effects of structural retention and harvesting frequency. In our first iteration of management scenario projections, structural retention had a greater effect on C sequestration than harvesting frequency. However, our sensitivity analysis showed that harvesting frequency can significantly affect C sequestration when rotation periods are sufficiently extended (or differentiated in the case of our methodology). This finding is supported by prior research (Krankina and Harmon, 1994; Liski et al., 2001; Balboa-Murias et al., 2006). Unlike previous studies focused on even-aged management (Harmon et al., 1990; Liski et al., 2001; Balboa-Murias et al., 2006) or *in situ* forest C without consideration of wood products (Krankina and Harmon, 1994), our analysis demonstrated the importance of retention and harvesting frequency for both even- and uneven-aged silvicultural practices and included wood products. Furthermore, we expect the differences between intensive and less intensive management to be even greater with the inclusion of greenhouse gas emissions from energy inputs (i.e., diesel fuel, gasoline, and electricity generation) associated with timber harvesting, trucking, and processing.

Accounting for emissions offsets from the substitution of wood products for non-wood products, such as steel and concrete, can significantly change the net C effect of forest management (Hennigar et al., 2008). This is especially true when considering the potential for reduced availability of wood products associated with decreased harvesting (Ray et al., 2009b). Comprehensive life-cycle analyses show that substituting wood products for steel and concrete decreases emissions of $CO_2$ to the atmosphere, due to the energy inputs required to manufacture the latter (Lippke et al., 2004). However, incorporation of substitutive effects within life-cycle analyses is challenging and potentially unreliable due to uncertainties in quantifying emissions from wood products transportation and methane emissions attributable to decomposition of forest products in landfills (Miner and Perez-Garcia, 2007). Moreover, C markets currently only award credits for C stored in the forest and in wood products due to the complexities involved with broader energy accounting (Ruddell et al., 2007). It is critical to understand the individual impacts of fluxes between pools in order to inform broader studies addressing substitutive benefits of forest products, which is why this study focused on C fluxes between a restricted set of identified pools.

Few studies have investigated the effects of harvesting frequency on C sequestration in uneven-aged silviculture specifically. Our study showed that for uneven-aged management scenarios common to the northern hardwood region, decreased harvesting frequency significantly increased C sequestration, independent of post-harvest structural retention in all scenarios. However, for even-aged management scenarios, we found that decreasing harvesting frequency alone does not always result in a statistically significant increase in C sequestration. Thus, consideration of both structural retention and harvesting frequency is

necessary to optimize forest C sequestration in northern hardwood ecosystems.

### 4.2. Carbon uptake rates versus storage

Another important issue is the relative importance of C uptake rates versus *in situ* storage (or biomass) in terms of effects on total ecosystem sequestration. Our results showed that increased management intensity was positively correlated with increased C uptake rates. Younger forests have high C uptake rates, though they store significantly less C than older forests (Harmon et al., 1990; Luyssaert et al., 2008). However, C uptake rates vary depending on the scale (spatial, temporal, and process resolution) at which they are measured or assessed (Harmon, 2001). Our results showed that when the temporal scope was restricted to one harvesting cycle, the greatest C uptake rates were in clearcut scenarios (0.55 and 0.44 Mg C $ha^{-1}$ $yr^{-1}$), representing the highest management intensity. These findings are consistent with previous research (Hoover and Stout, 2007).

With the exception of the two clearcut scenarios, "no management" had greater C uptake rates than all other management scenarios. We believe this is a result of two factors: (1) model sensitivity to regeneration inputs; (2) C sequestered in dead wood pools. We examined the first factor by testing model sensitivity to varying regeneration inputs, confirming the model's high sensitivity to user-defined regeneration inputs. Model sensitivity to regeneration was tested by re-running all 32 stands in two randomly selected management scenarios with no regeneration inputs. These simulations showed large increases in C uptake rates (up to 12.5 times greater). Mortality and stand developmental dynamics within FVS are largely a function of stand density; hence, accurate regeneration inputs are critical. NE-FVS simulations lacking well researched, user-defined regeneration inputs may not realistically reflect stand developmental processes for northern hardwood forests.

To address the influence of dead wood accumulation on uptake rates, we analyzed model partitioning of C within forest pools (Table 6). In the "no management" scenario, dead wood recruited and accumulated for longer and at faster rates compared to the other scenarios, with C additions to dead wood pools exceeding losses from decomposition. Allocation of C to dead wood pools increases with forest stand development and, in some cases, compensates for declining growth rates in older trees in terms of total ecosystem biomass accumulations (Harmon, 2001). For this reason, in our results "no management" had C accrual rates similar to the highest rates seen in intensive active management scenarios, where rapid biomass accretion was closely related to increased growth rates. Excepting the most intensive management scenarios (i.e., clearcutting), our results did not show that intensively managed forests have greater total C accumulation rates than older, slower growing forests. We attribute this to a combination of model sensitivity to regeneration, projected net positive C additions in live trees (Keeton et al., 2007b; Luyssaert et al., 2008), and the significantly greater dead wood C pool that develops over time under less intensive management scenarios. Furthermore, recent research has shown that older temperate forests maintain net positive C uptake rates longer than previously recognized (Luyssaert et al., 2008). Predicted C sequestration uptake rate declined over time for the unmanaged forest, largely as a result of the embedded equations in FVS describing forest growth patterns. This would mean that FVS may be under-estimating C uptake under the passive and less intensive management scenarios, as the model predicts reduced growth rates with increasing age (e.g., rotation period) and stand density. Thus, our conclusions comparing more intensive with less intensive scenarios are likely to be conservative. Our results were similar to those found by Davis et al. (2009), who found similar average annual C uptake rates between unmanaged and even-aged managed forests.

### 4.3. Uncertainty in projections

We recognize the uncertainties within model predictions related to underlying assumptions, such as those pertaining to disturbance and climate change. Changes in climate and natural disturbance regimes are highly likely to impact northeastern forests over the next 160 years. Natural disturbances impact C sequestration through rapid flux of C from living biomass to dead wood pools following large-scale disturbance, or more gradual flux of C between pools as a result of small to intermediate-scale disturbances. Climate change is likely to cause individual species range shifts (Beckage et al., 2008), community compositional changes (Xu et al., 2009), and increased mortality from drought, disease, and spread of exotic organisms (van Mantgem et al., 2009). Previous research has incorporated climate change and other anthropogenic stressors into model projections of forest ecosystem processes (Aber et al., 2001), however, this was not within the scope of our project.

In some cases, forestry practices have the potential to increase susceptibility to disturbances, such as windthrow. In temperate deciduous forests sensitivity to direct climate impacts also can be increased by canopy removals (Beckage et al., 2008). These effects are likely to accentuate the C sequestration differences between harvesting practices that maintain continuous forest canopy and below-canopy microclimate, and those that remove greater proportions of the canopy cover. The latter increase susceptibility to the direct effects of climate on plant physiology (Beckage et al., 2008), such as summer drought effects on seedlings (Franklin et al., 1991). The potential for $CO_2$ fertilization effects on plant growth is also major source of uncertainty (Hyvonen et al., 2007). Managing the risks associated with climate change and natural disturbances will require an adaptive approach regardless of carbon management scenario (Keeton et al., 2007a).

### 4.4. Integrating carbon sequestration into forest management systems

There is significant potential for enhanced C sequestration by modifying harvesting frequencies and retention levels, applied both to conventional silvicultural systems as well as innovative systems, such as disturbance-based forestry (North and Keeton, 2008). Some silvicultural tools have already been developed that utilize these concepts and would be applicable for land managers interested in managing for increased C sequestration. In the U.S. Pacific Northwest, for example, the variable retention harvest system (Franklin et al., 1997) retains post-harvest biomass and better approximates natural disturbance effects, including persistence of biological legacies (Franklin et al., 2002). In the U.S. Northeast, silvicultural approaches that emulate the frequency and scale of natural disturbances (Seymour et al., 2002), and increase post-harvest structural retention (Keeton, 2006) represent options for managing for high biomass forests. In temperate European forests, conversion from short rotation, even-aged forestry to uneven-aged management has been shown to increase net C sequestration, even under multiple climate change scenarios (Seidl et al., 2008). Less intensive management strategies may provide co-varying ecosystem services, such as enhanced habitat for late successional wildlife biodiversity (McKenny et al., 2006), hydrologic regulation (Jackson et al., 2005), and riparian functionality (Keeton et al., 2007b).

### 4.5. Conclusions: implications for carbon market participation

Sustainably managed forests sequester considerable amounts of C and thus have a role to play in climate change mitigation

projects. However, it is essential to recognize that forestry is only one of many necessary abatement options (Tavoni et al., 2007). Standardized protocols for both managing and measuring C in forests are necessary to achieve demonstrable C sequestration benefits (Lindner and Karjalainen, 2007), while maintaining socially and ecologically responsible mitigation projects. The methodologies used in this study provide a simple framework, with broad geographic applicability, for assessing C sequestration effectiveness in managed forests. With nationally available FIA data, and a widely accessible simulation model, our general methodology can be replicated in other regions. Findings from this study together with further research will help policy makers evaluate the potential for forest management to contribute to climate mitigation programs.

Emerging cap and trade C markets may provide a potential source of revenue for forest landowners interested in practicing sustainable forest management (Ray et al., 2009b). To participate, landowners will have to demonstrate a change in management leading to enhanced C sequestration or "additionality." Our findings suggest that passive or less intensive management are the most effective management techniques for achieving additionality, assuming no inclusion of substitution effects and market mechanisms to minimize displacement of timber harvesting to other properties or regions. We showed that even with consideration of C sequestered in harvested wood products, unmanaged northern hardwood forests will sequester 39 to 118% more C than any of the active management options evaluated. This finding suggests that reserve-based approaches will have significant C storage value.

However, this does not mean that additionality cannot also be achieved through specific choice of active forest management approach. For example, we showed that a shift from high frequency management with low structural retention to low frequency management with high structural retention can sequester up to 57% more C. This difference is largely a result of the significant initial loss of C incurred from removal of large quantities of C stored in live and dead aboveground tree biomass, slow post-harvest accretion of C in dead wood pools, and the transient nature of C in the wood products stream (Smith et al., 2006). Collectively, our findings suggest that a shift to less intensive forest management alternatives will result in a net increase in C sequestration in northern hardwood ecosystems, so long as the accounting is restricted to forest and wood products C pools.

## Acknowledgements

This research was supported by grants from the Northeastern States Research Cooperative and the USDA McIntire-Stennis Forest Research Program. The authors are grateful to graduate students of Geology 371 and the Carbon Dynamics Lab at the University of Vermont who provided critical feedback that greatly improved this manuscript. Helpful reviews were also provided by Jennifer Jenkins and Shelly Rayback at the University of Vermont. Kenneth Bagstad assisted with Fig. 1.

## References

Aber, J., Neilson, R.P., McNulty, S., Lenihan, J.M., Bachelet, D., Drapek, R.J., 2001. Forest processes and global environmental change: predicting the effects of individual and multiple stressors. Bioscience 51, 735–751.

Bailey, R.G., 2004. Identifying ecoregion boundaries. Environmental Management 34, S14–S26.

Balboa-Murias, M.A., Rodriguez-Soalleiro, R., Merino, A., Alvarez-Gonzalez, J.G., 2006. Temporal variations and distribution of carbon stocks in aboveground biomass of radiata pine and maritime pine pure stands under different silvicultural alternatives. Forest Ecology and Management 237, 29–38.

Bankowski, J., Dey, D., Boysen, E., Woods, M., Rice, J., 1996. Validation of NE-TWIGS for tolerant hardwood stands in Ontario. In: Forest Research Information Paper. Ontario Ministry of Natural Resources, Ontario Forest Research Institute, Sault Ste. Marie, Ontario, p. 21.

Beckage, B., Osborne, B., Gavin, D.G., Pucko, C., Siccama, T., Perkins, T., 2008. A rapid upward shift of a forest ecotone during 40 years of warming in the Green Mountains of Vermont. Proceedings of the National Academy of Sciences of the United States of America 105, 4197–4202.

Birdsey, R., Pregitzer, K., Lucier, A., 2006. Forest carbon management in the United States: 1600–2100. Journal of Environmental Quality 35, 1461–1469.

Birdsey, R.A., Jenkins, J.C., Johnston, M., Huber-Sannwald, E., Amero, B., Jong, B.d., Barra, J.D.E., French, N., Garcia-Oliva, F., Harmon, M., Heath, L.S., Jaramillo, V.J., Johnsen, K., Law, B.E., Marín-Spiotta, E., Masera, O., Neilson, R., Pan, Y., Pregitzer, K.S., 2007. North American forests. In: King, A.W., Dilling, L., Zimmerman, G.P., Fairman, D.M., Houghton, R.A., Marland, G., Rose, A.Z., Wilbanks, T.J. (Eds.), The First State of the Carbon Cycle Report (SOCCR): The North American Carbon Budget and Implications for the Global Carbon Cycle. The First State of the Carbon Cycle Report (SOCCR): The North American Carbon Budget and Implications for the Global Carbon Cycle. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research Asheville, NC, USA, pp. 117–126.

Breiman, L., Friedman, J.H., Olshen, R., Stone, C., 1984. Classification and Regression Trees. Wadsworth International Group, Belmont, CA, USA.

Canadell, J.G., Raupach, M.R., 2008. Managing forests for climate change mitigation. Science 320, 1456–1457.

Cleland, D.T., Avers, P.E., McNab, W.H., Jensen, M.E., Bailey, R.G., King, T., Russell, W.E., 1997. National Hierarchial Framework of Ecological Units. In: Boyce, M.C., Haney, A. (Eds.), Ecosystem management-applications for sustainable forest and wildlife resources. Yale University Press, New Haven, CT, pp. 181–200.

Crookston, N.L., Dixon, G.E., 2005. The forest vegetation simulator: a review of its structure, content, and applications. Computers and Electronics in Agriculture 49, 60–80.

Crookston, N.L., Stage, A.R., 1999. Percent canopy cover and stand structure statistics from the Forest Vegetation Simulator. In: Gen. Tech. Rep. RMRS-GTR-24. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ogden, UT, p. 11.

Curtis, R., 1997. The role of extended rotations. In: Kohm, K., Franklin, J. (Eds.), Creating a Forestry for the Twenty-first century: The Science of Ecosystem Management. Island Press, Washington, DC, pp. 165–170.

Davis, S.C., Hessl, A.E., Scott, C.J., Adams, M.B., Thomas, R.B., 2009. Forest carbon sequestration changes in response to timber harvest. Forest Ecology and Management 258, 2101–2109.

De'ath, G., Fabricius, K.E., 2000. Classification and regression trees: a powerful yet simple technique for ecological data analysis. Ecology 81, 3178–3192.

Dixon, G.E., 2002. In: Agriculture, U.S.D.o. (Ed.), Essential FVS: A User's Guide to the Forest Vegetation Simulator. US Forest Service, Forest Management Service Center, Fort Collins, CO, p. 209.

Donoso, P.J., Nyland, R.D., Zhang, L., 2000. Growth of saplings after selection cutting in northern hardwoods. Northern Journal of Applied Forestry 17, 149–152.

Eriksson, E., Gillespie, A.R., Gustavsson, L., Langvall, O., Olsson, M., Sathre, R., Stendahl, J., 2007. Integrated carbon analysis of forest management practices and wood substitution. Canadian Journal of Forest Research (Revue Canadienne De Recherche Forestiere).37, 671–681.

Franklin, J.F., Berg, D.R., Thornburh, D.A., Tappeiner, J.C., 1997. Alternative silvicultural approaches to timber harvesting: variable retention harvest systems. In: Kohm, K.A., Franklin, J.F. (Eds.), Creating a Forestry for the 21st Century: The Science of Ecosystem Management. Island Press, Washington, DC, pp. 165–170.

Franklin, J.F., Spies, T.A., Van Pelt, R., Carey, A.B., Thornburgh, D.A., Berg, D.R., Lindenmayer, D.B., Harmon, M.E., Keeton, W.S., Shaw, D.C., Bible, K., Chen, J.Q., 2002. Disturbances and structural development of natural forest ecosystems with silvicultural implications, using Douglas-fir forests as an example. Forest Ecology and Management 155, 399–423.

Franklin, J.F., Swanson, F.J., Harmon, M.E., Perry, D.A., Spies, T.A., Dale, V.H., McKee, A., Ferrell, W.K., Means, J.E., 1991. Effects of global climatic change on forests of northwestern North America. Northwest Environmental Journal 7, 203–232.

Graber, R.E., Leak, W.B., 1992. Seed Fall in an old-growth Northern Hardwood Forest. In: USDA Forest Service, Northeastern Forest Experimental Research Station Research Paper, NE-663.

Harmon, M.E., 2001. Carbon sequestration in forests: addressing the scale question. Journal of Forestry 99, 24–29.

Harmon, M.E., Ferrell, W.K., Franklin, J.F., 1990. Effects on carbon storage of conversion of old-growth forests to young forests. Science 247, 699–702.

Harmon, M.E., Marks, B., 2002. Effects of silvicultural practices on carbon stores in Douglas-fir-western hemlock forests in the Pacific Northwest, USA: results from a simulation model. Canadian Journal of Forest Research 32, 863–877.

Hennigar, C.R., MacLean, D.A., Amos-Binks, L.J., 2008. A novel approach to optimize management strategies for carbon stored in both forests and wood products. Forest Ecology and Management 256, 786–797.

Hilt, D.E., Teck, R.M., 1989. NE-TWIGS: an individual-tree growth and yield projection system for the northeastern United States. The Compiler 7, 10–16.

Hoover, C., Stout, S., 2007. The carbon consequences of thinning techniques: stand structure makes a difference. Journal of Forestry 105, 266–270.

Hyvonen, R., Agren, G.I., Linder, S., Persson, T., Cotrufo, M.F., Ekblad, A., Freeman, M., Grelle, A., Janssens, I.A., Jarvis, P.G., Kellomaki, S., Lindroth, A., Loustau, D., Lundmark, T., Norby, R.J., Oren, R., Pilegaard, K., Ryan, M.G., Sigurdsson, B.D., Stromgren, M., van Oijen, M., Wallin, G., 2007. The likely impact of elevated [$CO_2$], nitrogen deposition, increased temperature and management on carbon

sequestration in temperate and boreal forest ecosystems: a literature review. New Phytologist 173, 463–480.
Jackson, R.B., Jobbagy, E.G., Avissar, R., Roy, S.B., Barrett, D.J., Cook, C.W., Farley, K.A., le Maitre, D.C., McCarl, B.A., Murray, B.C., 2005. Trading water for carbon with biological sequestration. Science 310, 1944–1947.
Jenkins, J.C., Chojnacky, D.C., Heath, L.S., Birdsey, R.A., 2003. National-scale biomass estimators for united states tree species. Forest Science 49, 12–35.
Keeton, W.S., 2006. Managing for late-successional/old-growth characteristics in northern hardwood-conifer forests. Forest Ecology and Management 235, 129–142.
Keeton, W.S., Franklin, J.F., Mote, P.W., 2007a. Climate variability, climate change, and western wildfire with implications for the suburban-wildland interface. In: Troy, A., Kennedy, R. (Eds.), Living on the Edge: Economic, Institutional and Management Perspectives on Wildfire Hazard in the Urban Interface. Advances in the Economics of Environmental Resources. Elsevier Sciences, New York, NY, pp. 223–255.
Keeton, W.S., Kraft, C.E., Warren, D.R., 2007b. Mature and old-growth riparian forests: structure, dynamics, and effects on Adirondack stream habitats. Ecological Applications 17, 852–868.
Krankina, O.N., Harmon, M.E., 1994. The impact of intensive forest management on carbon stores in forest ecosystems. World Resource Review 6, 161–177.
Lal, R., 2005. Forest soils and carbon sequestration. Forest Ecology and Management 220, 242–258.
Leak, W.B., 1987. 50 Years of compositional change in deciduous and coniferous forest types in New-Hampshire. Canadian Journal of Forest Research (Revue Canadienne De Recherche Forestiere).17, 388–393.
Leak, W.B., 2005. Effects of small patch cutting on sugar maple regeneration in New Hampshire northern hardwoods. Northern Journal of Applied Forestry 22, 68–70.
Leak, W.B., Solomon, D.S., DeBald, P.S., 1986. Silvicultural Guide for Northern Hardwood Types in the Northeast (revised). In: USDA Forest Service, Northeastern Research Station, General Technical Report NE-603.
Lindner, M., Karjalainen, T., 2007. Carbon inventory methods and carbon mitigation potentials of forests in Europe: a short review of recent progress. European Journal of Forestry 126, 149–156.
Lippke, B., Wilson, J., Perez-Garcia, J., Bowyer, J., Meil, J., 2004. CORRIM: life-cycle environmental performance of renewable building materials. Forest Products Journal 54, 8–19.
Liski, J., Pussinen, A., Pingoud, K., MSkipSS, R., Karjalainen, T., 2001. Which rotation length is favourable to carbon sequestration? Canadian Journal of Forest Research (Revue Canadienne De Recherche Forestiere).31, 2004–2013.
Luyssaert, S., Schulze, E.D., Borner, A., Knohl, A., Hessenmoller, D., Law, B.E., Ciais, P., Grace, J., 2008. Old-growth forests as global carbon sinks. Nature 455, 213–215.
Mader, S.F., Nyland, R.D., 1984. Six-year response of northern hardwoods to the selection system. Northern Journal of Applied Forestry 1, 87–91.
Malmsheimer, R.W., Heffernan, P., Brink, S., Crandall, D., Deneke, F., Galik, C., Gee, E., Helms, J.A., McClure, N., Mortimer, N., Ruddell, S., Smith, M., Stewart, J., 2008. Preventing GHG emissions through wood substitution. Journal of Forestry 106, 132–135.
McKenny, H.C., Keeton, W.S., Donovan, T.M., 2006. Effects of structural complexity enhancement on eastern red-backed salamander (*Plethodon cinereus*) populations in northern hardwood forests. Forest Ecology and Management 230, 186–196.
Miner, R., Perez-Garcia, J., 2007. The greenhouse gas and carbon profile of the global forest products industry. Forest Products Journal 57, 80–90.
North, M.P., Keeton, W.S., 2008. Emulating natural disturbance regimes: an emerging approach for sustainable forest management. In: Lafortezza, R., Chen, J., Sanesi, G., Crow, T.R. (Eds.), Patterns and Processes in Forest Landscapes—Multiple Use and Sustainable Management. Springer, The Netherlands, pp. 341–372.
Nunery, J.S., 2009. Forest Carbon Storage in the Northeastern United States: Effects of Harvesting Frequency and Intensity Including Wood Products. In: Master's Thesis. University of Vermont, Burlington, VT, p. 107.
Nyland, R.D., 1996. Silviculture: Concepts and Applications. McGraw-Hill, New York.
Perez-Garcia, J., Lippke, B., Comnick, J., Manriquez, C., 2005. An assessment of carbon pools, storage, and wood products market substitution using life-cycle analysis results. Wood and Fiber Science 37, 140–148.
Ray, D.G., Saunders, M.R., Seymour, R.S., 2009a. Recent changes to the northeast variant of the forest vegetation simulator and some basic strategies for improving model outputs. Northern Journal of Applied Forestry 26, 31–34.
Ray, D.G., Seymour, R.S., Scott, N.A., Keeton, W.S., 2009b. Mitigating climate change with managed forests: balancing expectations, opportunity, and risk. Journal of Forestry 107, 50–51.
Ruddell, S., Sampson, R., Smith, M., Giffen, R., Cathcart, J., Hagan, J., Sosland, D., Godbee, J., Heissenbuttel, J., Lovett, S., Helms, J., Price, W., Simpson, R., 2007. The role for sustainably managed forests in climate change mitigation. Journal of Forestry 105, 314–319.
S-Plus, 2002. In: S-plus Statistical Software. Statistical Science, Seattle, Washington, USA.
Schulze, E.D., Wirth, C., Heimann, M., 2000. Climate change—managing forests after Kyoto. Science 289, 2058–2059.
Seidl, R., Rammer, W., Jager, D., Currie, W.S., Lexer, M.J., 2007. Assessing trade-offs between carbon sequestration and timber production within a framework of multi-purpose forestry in Austria. Forest Ecology and Management 248, 64–79.
Seidl, R., Rammer, W., Lasch, P., Badeck, F.W., Lexer, M.J., 2008. Does conversion of even-aged, secondary coniferous forests affect carbon sequestration? A simulation study under changing environmental conditions. Silva Fennica 42, 369–386.
Seymour, R.S., White, A.S., deMaynadier, P.G., 2002. Natural disturbance regimes in northeastern North America—evaluating silvicultural systems using natural scales and frequencies. Forest Ecology and Management 155, 357–367.
Smith, J.E., Heath, L.S., Skog, K.E., Birdsey, R.A., 2006. Methods for calculating forest ecosystem and harvested carbon with standard estimates for forest types of the United States. In: USDA Forest Service, Northeastern Research Station, General Technical Report NE-343.
SPSS, 2008. In: SPSS Base 16.0 User's Guide. SPSS Inc., Chicago, IL.
Swanson, M.E., 2009. Modeling the effects of alternative management strategies on forest carbon in the Nothofagus forests of Tierra del Fuego. Chile. Forest Ecology and Management 257, 1740–1750.
Tavoni, M., Sohngen, B., Bosetti, V., 2007. Forestry and the carbon market response to stabilize climate. Energy Policy 35, 5346–5353.
Teck, R., Moeur, M., Eav, B., 1996. Forecasting ecosystems with the forest vegetation simulator. Journal of Forestry 94, 7–10.
van Mantgem, P.J., Stephenson, N.L., Byrne, J.C., Daniels, L.D., Franklin, J.F., Fule, P.Z., Harmon, M.E., Larson, A.J., Smith, J.M., Taylor, A.H., Veblen, T.T., 2009. Widespread increase of tree mortality rates in the Western United States. Science 323, 521–524.
Xu, C., Gertner, G.Z., Scheller, R.M., 2009. Uncertainties in the response of a forest landscape to global climatic change. Global Change Biology 15, 116–131.
Yaussy, D.A., 2000. Comparison of an empirical forest growth and yield simulator and a forest gap simulator using actual 30-year growth from two even-aged forests in Kentucky. Forest Ecology and Management 126, 385–398.







# San Juan / Tres Rios Climate Change Ecosystem Vulnerability Assessment

NATURAL HERITAGE PROGRAM
COLORADO

October 2014

*CNHP's mission is to preserve the natural diversity of life by contributing the essential scientific foundation that leads to lasting conservation of Colorado's biological wealth.*

**Colorado Natural Heritage Program**
Warner College of Natural Resources
Colorado State University
1475 Campus Delivery
Fort Collins, CO 80523
(970) 491-7331

Report Prepared for:
San Juan National Forest

Recommended Citation:
Decker, K. and R. Rondeau. 2014. San Juan / Tres Rios Climate Change Ecosystem Vulnerability Assessment. Colorado Natural Heritage Program, Colorado State University, Fort Collins, Colorado.

Front Cover: San Juan landscapes. © Colorado Natural Heritage Program

# San Juan / Tres Rios Climate Change Ecosystem Vulnerability Assessment

Karin Decker and Renée Rondeau

Colorado Natural Heritage Program
Warner College of Natural Resources

Colorado State University
Fort Collins, Colorado 80523-1475

October 2014

**Table of Contents**

INTRODUCTION ........ 1

Climate change in the San Juan / Tres Rios ........ 1

Study area ........ 2

Terrestrial Ecosystem Responses to Climate Change ........ 3

METHODS ........ 5

Components of vulnerability ........ 5

San Juan and Tres Rios Terrestrial Ecosystems ........ 5

RESULTS ........ 11

Elevation range ........ 11

Bioclimatic envelope ........ 12

Biological stressors ........ 14

Intrinsic dispersal rate ........ 15

Extreme events ........ 15

Phenologic change ........ 15

Non-climate abiotic stressors ........ 16

Potential biome shifts ........ 16

Vulnerability summary ........ 17

Table ........ 20

TERRESTRIAL ECOSYSTEM VULNERABILITY ASSESSMENT SUMMARIES ........ 22

ALPINE – Herbaceous and Shrubland ........ 23

SPRUCE-FIR FORESTS ........ 27

MONTANE GRASSLAND ........ 33

ASPEN ........ 37

MIXED CONIFER – Cool, moist & Warm, dry ........ 42

OAK SHRUBLAND & MIXED MOUNTAIN SHRUBLAND ........ 48

PONDEROSA PINE ........ 53

PINYON-JUNIPER ........ 57

SAGEBRUSH ........ 63

DESERT GRASSLAND ........ 66

DESERT SHRUBLAND ........ 69

RIPARIAN / WETLAND / FEN ........ 72

REFERENCES ........ 76

## List of Figures

**Figure 1**. Seasonal projected temperature (a) and precipitation (b) changes by mid 21st century (2050; centered around 2035-2064 period) for southwest Colorado. .......... 2

**Figure 2**. Land ownership/management in the San Juan / Tres Rios. .......... 3

**Figure 3.** Key components of vulnerability (adapted from Glick et al. 2011). .......... 5

**Figure 4.** Major ecosystems in the San Juan / Tres Rios, developed from San Juan NF and SWReGAP mapping. Note that most wetlands and riparian areas do not show up on this map due to the small areas that they occupy. .......... 7

**Figure 5.** Area of ecosystems mapped at various elevations in San Juan / Tres Rios. .......... 11

**Figure 6.** Elevation zones for San Juan / Tres Rios terrestrial ecosystems. Boxes represent the middle quartiles, while whiskers show the entire range. .......... 12

**Figure 7**. Bioclimatic envelope as represented by annual precipitation and growing degree days for ecosystems in the San Juan / Tres Rios. Error bars represent the 10-90% range around the mean. .......... 13

**Figure 8.** Mean January and July temperature ranges for ecosystems in the San Juan / Tres Rios. Boxes represent the middle quartiles, while whiskers show the 10-90% range. .......... 13

**Figure 9.** Area within temperature ranges for current and 2050. .......... 14

**Figure 10.** Biotic communities of the recent past (Brown et al. 1998) in the San Juan / Tres Rios. .......... 16

**Figure 11.** Biotic communities of 2060 consensus model (Rehfeldt et al. 2012). .......... 17

**Figure 12**. Vulnerability and confidence scores for terrestrial ecosystems in the San Juan / Tres Rios. The vulnerability scores range from low (expected to greatly increase) through medium (presumed stable) to high (most vulnerable) - see Table 3 for definitions. The confidence score represents our confidence in the overall vulnerability score. .......... 19

**Figure 13**. Predicted suitable habitat for subalpine fir under current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010). .......... 31

**Figure 14**. Predicted suitable habitat for Englemann spruce under current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010). .......... 32

**Figure 15**. Predicted suitable habitat for quaking aspen under current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010). .......... 41

**Figure 16**. Predicted suitable habitat for Douglas fir current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010). .......... 45

**Figure 17**. Predicted suitable habitat for white fir current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010). .......... 46

**Figure 18**. Predicted suitable habitat for blue spruce current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010). .......... 47

**Figure 19**. Predicted suitable habitat for Gambel oak (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010). .......... 52

**Figure 20**. Predicted suitable habitat for ponderosa pine current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010). .......... 56

**Figure 21**. Predicted suitable habitat for pinyon pine current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010). .......... 60

**Figure 22**. Predicted suitable habitat for Rocky Mountain juniper current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010). .......... 61

**Figure 23**. Predicted suitable habitat for Utah juniper current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010)........ 62

**Figure 24.** Wetlands that have been mapped in the San Juan / Tres Rios (extent exaggerated for display). Not all areas have been thoroughly mapped. ........ 73

## List of Tables

**Table 1.** Projected changes (relative to 1971-2000) by mid 21st century (2050; centered around 2035-2064 period) for southwest Colorado........ 1

**Table 2.** Surface ownership/management in study area. ........ 2

**Table 3.** Terrestrial ecosystems evaluated. ........ 6

**Table 4.** Ecosystem Vulnerability Scoring System (adapted from Manomet Center for Conservation Sciences and Massachusetts Division of Fisheries and Wildlife, 2010). ........ 10

**Table 5.** Vulnerability and confidence scores for terrestrial ecosystems in the San Juan / Tres Rios for 2040-2060 timeframe. ........ 17

**Table 6**. Factors contributing to each ecosystem’s comparative vulnerability in the San Juan / Tres Rios. ........ 20

# Introduction

## Climate change in the San Juan Mountain region

The San Juan Mountain region has experienced a rapid increase in both maximum and minimum temperature since 1990 (Rangwala and Miller 2010), and this trend is expected to continue during the 21st century (Rangwala et al. 2012). Projections based on NARCCAP regional climate models (Mearns et al. 2007, 2012) for change in temperature and precipitation in southwest Colorado (approximately equivalent to the San Juan Public Lands region) are summarized in Table 1.

**Table 1.** Projected changes (relative to 1971-2000) by mid-21st century (2050; centered around 2035-2064 period) for southwest Colorado.

| Projected changes by mid-21st century* | Mean | 10th | 50th | 90th |
|---|---|---|---|---|
| Change in annual min. temperature (°F)** | **4.56** | 2.63 | 4.59 | 6.15 |
| Change in annual avg. temperature (°F) | **4.60** | 2.68 | 4.68 | 6.29 |
| Change in annual max. temperature (°F) | **4.81** | 2.52 | 4.59 | 6.82 |
| Change in annual precipitation (%) | **0.46** | -7.42 | 1.41 | 6.85 |

*Projections are based on equal representation from RCP 4.5 & 8.5 concentration pathways, using 66 to 72 models. A single model run was selected from each "parent" modelling group. Data provided by Imtiaz Rangwala.

**A temperature interval of 1 °F is equal to an interval of 5⁄9 degrees Celsius.

Projected changes summarized above indicate increased minimum, average, and maximum temperatures of anywhere from about 2.5-6.8 °F, with mean increases of about 4.5 °F. Furthermore, temperature increases are projected for all seasons (Figure 1a). Winter minimum temperatures are projected to have greater increases than winter maximum temperatures, but in all other seasons the greatest increases are projected in maximum temperatures, and the least in minimum temperatures. Ranges of projected increase for all seasons are broadly overlapping. Previous NARCCAP regional climate model analysis under a high emissions (A2) scenario (Kunkel et al. 2013) indicates that, in addition to projected increases in minimum, average, and maximum temperatures, the mid-century is projected to have a fewer very cold days (minimum <10 °F), fewer days below freezing, and a longer freeze-free season, with effects projected to be greater at higher elevations across the southwestern United States. While very hot days (maximum > 95 °F) are not projected to increase at the higher elevations, as altitude decreases, more very hot days, as well as more consecutive very hot days are projected (Kunkel et al. 2013).

Mean projected precipitation changes are generally less certain than those for temperature, and may not be outside the range of historic variability, at least by mid-century. Previous NARCCAP regional climate model analysis under a high emissions (A2) scenario (Kunkel et al. 2013) indicated for Colorado a generally northeast-southwest gradient in precipitation change

whereby the largest decreases are projected in areas further south. Seasonal increases (winter-spring) are generally greatest in northern and eastern portions of the state (Kunkel et al. 2013). Seasonal projected percent changes in precipitation are on average greatest for winter (Figure 1b), while summer is projected to have decreased precipitation on average. However, ranges for all seasons include both increased and decreased precipitation.




**Figure 1**. Seasonal projected temperature (a) and precipitation (b) changes by mid-21st century (2050; centered around 2035-2064 period) for southwest Colorado.

The bottom of each bar represents the 10th percentile, the middle line is the 50th , and the top of the box is the 90th. Mean projected change is represented by open diamonds. For each season, change in minimum, average, and maximum temperatures are shown in (a). Seasons are: winter=DJF, spring=MAM, summer=JJA, and fall=SON. Data provided by Imtiaz Rangwala.

## Study area

The San Juan / Tres Rios study area includes portions of nine counties covering nearly 5 million acres in southwestern Colorado. The area represents the Colorado portion of the San Juan River, and the southern half of the Upper Colorado-Dolores Rivers HUC4 basins. Primary population centers include Durango (pop. 16,887), Cortez (pop. 8,482), Bayfield (pop. 2,333) Pagosa Springs (pop. 1,727), and Mancos (pop. 1,336). The majority of the area's population lives in smaller towns or in unincorporated areas. Surface ownership (Figure 2, Table 2) is dominated by federal, state, and tribal entities, which account for about 70% of acreage within the study area. Primary economic activities in the area are farming/ranching, logging, energy resource extraction, recreation, and tourism.

**Table 2.** Surface ownership/management in study area.

| Owner/Manager | Acres |
|---|---|
| USFS | 1,865,332 |
| BLM | 674,123 |
| NPS | 53,937 |
| State | 86,174 |
| Tribal | 769,510 |
| Other (incl. private) | 1,477,914 |
| **Total** | **4,926,990** |




**Figure 2**. Land ownership/management in the San Juan / Tres Rios (USFS 2005).

## Terrestrial Ecosystem Responses to Climate Change

On the continental scale, climate (i.e. patterns of temperature and precipitation) is the primary determinant for the overall geographic ranges of plant species and vegetation patterns (Woodward 1987, Prentice et al. 1992, Neilson 1995). Geologic studies reveal that the geographic locations and extents of plant species have changed greatly as climate has varied in the past (Huntley and Webb 1998). Species rather than plant communities move in response to climate changes (Betancourt 2004). Numerous publications have attempted to correlate geographic patterns of vegetation and climate to predict the broad physiognomic vegetation types known as plant formations, or biomes, i.e., Koppen (1936) and Holdridge (1947). The Koppen scheme has recently been improved by Guetter & Kutzback (1990) and the Holdridge scheme by K. C. Prentice (1990). Neilson (1995) and Prentice et al. (1992) developed predictive models that had a high degree of accuracy for predicting vegetation within North America and globally.

The prediction of potential plant distribution under future climate conditions is based on the ecological principle that the presence of a species on the landscape is controlled by a variety of biotic and abiotic factors, in the context of biogeographic and evolutionary history. Biotic interactions (e.g., competition, predation, parasitism, etc.) together with climate and other abiotic components act to influence the spatial arrangement of species at local, regional, and

continental scales. Temperature, water, carbon dioxide, nutrients, and disturbance regimes are primary abiotic constraints controlling ecosystem processes and species distributions (Woodward 1987, Eamus and Jarvis 1989, Stephenson 1990, Neilson et al. 1992). Water balance, or the difference between precipitation inputs and water loss in the form of evapo-transpiration, runoff, and deep drainage, is a primary determinant of terrestrial vegetation distribution in the U.S. (Woodward 1987, Stephenson 1990, Nielson et al. 1992, Nielson 1995).

Because complete and accurate knowledge of driving factors and history is rarely, if ever, available, we rely on correlative models that relate observed species distribution with past and recent levels of climatic variables. The predictive process is further constrained by our inability to measure such variables accurately on a continuous spatial or temporal scale. As a result, modeling variables are usually an approximation of the environmental factors that control species distribution, using available data that is likely only a surrogate for the actual controlling factors. Furthermore, because the rate of vegetation response to environmental shifts is likely to be lower than the rate of climate change itself, predictive models are more useful in identifying the future location of suitable habitat for a species than in predicting the actual ground cover at a specific time in a particular location. In spite of these limitations, we chose to incorporate the results of predictive species distribution modeling into our vulnerability analysis.

Some frequently used climatic parameters for predicting plant distribution include: 1) mean temperature of coldest month, 2) mean temperature of warmest month, 3) annual or growing season precipitation, 4) growing degree days, and 5) a moisture index such as actual evaporation/potential evaporation. Thompson et al. (2000) developed relations between these climatic parameters and distributions of important trees and shrubs that provide us with temperature, precipitation, and moisture tolerances for many of the dominant plants in North America. These values for characteristic ecosystem species are included in the following analysis as a reference point for conditions under which the present distribution of that ecosystem is found. In addition, we include predicted climate profiles for the 10 year period centered around 2060 under an A1B for a number of the dominant species (Crookston et al. 2010). Finally, although we can estimate the climatic requirements of a given species, and extrapolate from that estimate the eventual distribution of an ecosystem, it is more difficult to predict vegetation dynamics that are the result of disturbance events or ecological processes (e.g., drought, fire, snowmelt, herbivory, insect outbreaks, etc.). These factors are addressed narratively, and evaluated through expert elicitation.

# Methods

## Components of vulnerability

In *Scanning the Conservation Horizon: a Guide to Climate Change Vulnerability Assessment* (Glick et al. 2011) the authors present a generalized but detailed guide to the key components needed to assess the sensitivity, exposure, and adaptive capacity of species or ecosystems with regard to climate change (Figure 3). *Exposure* (how much change the species or ecosystem is likely to experience) and *Sensitivity* (how likely the species or ecosystem is to be affected) combine to produce a species- or ecosystem-specific potential impact from climate change. Potential impacts can be mitigated by *Adaptive Capacity*, perhaps through direct intervention, or by taking advantage of inherent adaptive qualities of the species or ecosystem. The combination of potential impact and our adaptive responses to it produces a particular level of *Vulnerability*. Our vulnerability analysis attempts to address these key components.




**Figure 3.** Key components of vulnerability (adapted from Glick et al. 2011).

## San Juan and Tres Rios Terrestrial Ecosystems

Ecosystems (for the purposes of this report we use the term ecosystems broadly to represent ecological systems and/or habitats) evaluated represent the majority of the San Juan / Tres Rios landscape and were adapted from mapping provided by San Juan NF, in combination with Southwest ReGAP (USGS 2004). Fourteen upland types and three wetland/riparian ecosystems are included (Table 3,Figure 4).

**Table 3.** Terrestrial ecosystems evaluated.

| Terrestrial ecosystem | Acres in San Juan / Tres Rios | USFS | BLM |
|---|---|---|---|
| Alpine, herbaceous | 114,296 | 88,445 | 12,402 |
| Alpine, shrubland | 76,361 | 68,808 | 2,063 |
| Spruce-fir | 534,681 | 497,646 | 10,970 |
| Aspen & aspen/mixed conifer | 352,408 | 291,304 | 5,137 |
| Mixed conifer, cool-moist | 152,359 | 131,759 | 3,566 |
| Mixed conifer, warm-dry | 147,143 | 107,735 | 8,053 |
| Montane grassland | 246,110 | 123,643 | 6,928 |
| Mixed mountain shrubland | 108,852 | 49,556 | 25,058 |
| Oak shrubland | 368,912 | 137,345 | 25,112 |
| Ponderosa | 514,851 | 241,307 | 14,196 |
| Pinyon-juniper | 930,075 | 36,193 | 282,190 |
| Sagebrush | 308,793 | 13,823 | 93,690 |
| Desert grassland | 133,419 | 3,852 | 36,017 |
| Desert shrubland | 238,278 | 26 | 57,331 |
| Riparian | 88,610 | 24,388 | 8,638 |
| Wetland | Not mapped | | |
| Fen | Not mapped | | |




**Figure 4.** Major ecosystems in the San Juan / Tres Rios, developed from San Juan Public Lands (2008) and SWReGAP (USGS 2004) mapping. Note that most wetlands and riparian areas do not show up on this map due to the small areas that they occupy

A list of important ecosystem variables or factors that should be considered when evaluating climate change impacts was adapted from Manomet Center for Conservation Science and Massachusetts Division of Fish and Wildlife (MCCS and MAFW 2010). An ecosystem vulnerability scoring system adapted from Manomet was also developed (see below). This provides a framework for evaluating the comparative vulnerabilities of San Juan / Tres Rios ecosystems. Confidence levels were assessed using a three-point scoring system to capture the level of confidence in assigning the vulnerability score.

Our major questions were:

1. How vulnerable are terrestrial ecosystems to substantial climate change induced responses and why?
2. What degree of confidence can be assigned to the above predictions?

To answer these questions, Colorado Natural Heritage Program ecologists developed basic descriptive climatic information about the current or recent past for each ecosystem as represented in the San Juan / Tres Rios area and used Cozzetto et al (2011) climate scenarios for mid-21st century to assess the vulnerabilities. In order to compare species climatic parameters we used Thompson et al. (2000) ranges (10-90%) for North America and means for San Juan / Tres Rios ecosystems. Thompson et al. (2000) provided growing degree days calculated on a base of 5°C; we were unable to match this, and provide growing degree days calculated on base 0°C instead.

The following factors, adapted from the MCCS and MAFW (2010) were considered in the assessment of each terrestrial ecosystem. We ranked important factors for each ecosystem, then applied best professional judgment in combination with expert review to establish a logical estimate of the vulnerability of each ecosystem. That is, there was no algorithm used for the overall vulnerability score. See Table 4 for scoring system.

- **Elevation**
  Current elevation range of the ecosystem. Suitable conditions for ecosystems at upper elevations may be eliminated.
- **Bioclimatic envelope**
  Current temperature and precipitation ranges for the ecosystem, and relative width of bioclimatic envelope as measured by temperature and precipitation related variables. Ecosystems with narrow bioclimatic envelopes may be more vulnerable to climate change.
- **Vulnerability to increased attack by biological stressors (e.g., grazers and browsers, pests, invasives, pathogens)**
  Which biological stressors have had or are likely to have an increased effect due to interactions with changing climate? Climate change may result in more frequent or more severe outbreaks of these stressors. Ecosystems that are currently vulnerable to these stressors may become more so under climate change.

- **Intrinsic dispersal rate**
  Do the component species and plant communities of a particular ecosystem have the ability to shift their ranges in response to climate change relatively quickly? What characteristics, such as, seed-dispersal capability, vegetative growth rates, stress-tolerance etc. may enable component species to adapt to shifting climatic regimes relatively quickly? What obstacles are present that reduce or prevent shift in ranges in response to climate change by preventing migration/dispersal of the component species?

- **Vulnerability to increased frequency or intensity of extreme events (fire, drought, windstorms, floods)**
  Does the ecosystem have characteristics that make it relatively more vulnerable to extreme events (fire, drought, floods, windstorms, dust on snow, etc.) that are projected to become more frequent and/or intense under climate change.

- **Vulnerability to phenologic change**
  How will changes in the timing of annual events such as snow melt, run-off, growing season etc. affect the life cycle events of component species in each ecosystem? Changes in the timing of climate driven events may favor some species over others.

- **Likely future impacts of non-climate stressors**
  Because future adaptation to climate change may focus largely on enhancing ecosystems/habitat resilience it is important to identify non-climate stressors that may be mitigated for each ecosystem. Non-climate stressors include environmental contaminants, anthropogenic disturbance, habitat fragmentation and destruction, etc.

**Table 4.** Ecosystem Vulnerability Scoring System (adapted from Manomet Center for Conservation Sciences and Massachusetts Division of Fisheries and Wildlife, 2010).

| Score | Interpretation |
|---|---|
| Extremely Vulnerable | Ecosystem at risk of being eliminated from the San Juan / Tres Rios area as a result of climate change |
| Highly Vulnerable | Majority of ecosystem at risk of being eliminated (i.e., >50% loss) as a result of climate change, but unlikely to be eradicated entirely. Species composition or structure likely to be highly altered. |
| Moderately Vulnerable | Extent of ecosystem at risk of being moderately reduced (<50% loss) as a result of climate change. |
| Presumed Stable | Extent of ecosystem may not change appreciably under climate change, however, any given stand may be at risk while new stands are established. |
| Slight Increase | Ecosystem may become established within the basin from areas outside. |
| Moderate Increase | Extent of ecosystem may expand moderately (<50% gain) as a result of climate change. |
| Greatly Increase | Ecosystem may expand greatly (>50% gain) as a result of climate change. |
| Unknown | Vulnerability of ecosystem under climate change is uncertain |

**Current Condition Definitions:**
Condition assignments are based on previous work that evaluated the status of Colorado's ecosystems on a statewide basis (Rondeau et al. 2011), adjusted to reflect knowledge of San Juan/Tres Rios conditions contributed by local land management agency staff as needed.
Very good – system can maintain itself, ecologically functioning and desired condition
Good – Desired condition, needs management to be maintained
Fair – Degraded condition
Poor – Very degraded condition, will be lost if action is not taken soon

**Confidence Definitions:**
Confidence assignments are based on a qualitative synthesis of the literature and expert opinion. Confidence ranges from high (trends seem clear, evidence supports conclusions), through medium (some evidence supports conclusions) to low (trends are unclear, evidence is lacking).

# Results

## Elevation range

Ecosystem elevations in the study area range from about 4,600 ft to nearly 14,000 ft (Figure 5). The extreme highest elevations are non-vegetated. The majority of the area lies below 8,500 ft. Low elevations are occupied by semi-desert ecosystems dominated by species adapted to lower precipitation and warm conditions. A number of montane to sub-alpine ecosystems are clustered together at middle elevations from about 7,000-10,000 ft. At higher elevations, subalpine forest and alpine vegetation occupy fairly distinct elevational zones.




**Figure 5.** Area of ecosystems mapped at various elevations in San Juan / Tres Rios.

Mixed mountain shrubland and montane grassland have very wide elevational ranges in the study area (Figure 6), however it is likely that higher elevation species composition is distinctly different from lower elevation species composition for both of these types. The narrowest elevational ranges are those occupied by the high elevation alpine ecosystems and the lower elevation woodlands, pinyon-juniper and ponderosa. The alpine ecosystems are most likely to be restricted by the availability of suitable elevation habitat under changing climatic conditions. Although pinyon-juniper and ponderosa currently occupy a narrow elevational range within the study area, there is significant acreage that lies within



FS-003247

this elevation zone. Most ecosystem elevation ranges show considerable overlap, with the exception of spruce-fir and the combined alpine types.




**Figure 6.** Elevation zones for San Juan / Tres Rios terrestrial ecosystems. Boxes represent the middle quartiles, while whiskers show the entire range.

## Bioclimatic envelope

Temperature and precipitation variables were used to characterize the current bioclimatic envelope for each of the 14 terrestrial ecosystems. A combined precipitation and growing season space is shown for each ecosystem in Figure 7. Because precipitation and temperature are highly correlated with elevation, patterns are similar to those shown under elevation range above. Desert shrubland occupies the driest, warmest bioclimatic envelope. Pinyon-juniper woodland and sagebrush shrubland are closely related in bioclimatic space, and show substantial overlap with desert grassland. Ponderosa woodland and oak shrubland essentially share the same bioclimate envelope, at the warmer, drier end of the middle group whose center is defined by mixed mountain shrubland and montane grassland. Aspen and cool-moist mixed conifer occupy the cooler, wetter end of this group. The coldest, wettest environments are occupied by alpine types, with spruce-fir forest intermediate between the middle group and these habitats.




**Figure 7**. Bioclimatic envelope as represented by annual precipitation and growing degree days for ecosystems in the San Juan / Tres Rios. Error bars represent the 10-90% range around the mean.




**Figure 8.** Minimum winter and maximum summer temperature ranges for ecosystems in the San Juan / Tres Rios. Boxes represent the middle quartiles, while whiskers show the 10-90% range.

Bioclimatic envelopes are narrowest for the two alpine ecosystems, and for the lower elevation woodlands (ponderosa and pinyon-juniper). Oak shrubland and sagebrush shrubland are comparatively narrow as well.

Current mean temperature ranges for coldest (January) and warmest (July) months for each ecosystem are shown in Figure 8, and illustrate the same relationship to elevation as do the other climate variables. The geographic area currently occupied by each ecosystem in the San Juan / Tres Rios is likely to experience a shift toward warmer temperatures, with the result that bioclimatic envelopes will shift toward higher elevations. The acreage that falls within a particular temperature range will be reduced for cooler temperatures and increased for warmer temperatures (Figure 9). In the absence of mitigating circumstances or other non-climatic factors controlling ecosystem distribution, the climate envelope of the current substantial area occupied by pinyon-juniper will shift toward a temperature zone currently occupied by desert shrubland, and the temperature zone currently occupied by alpine types will be eliminated.




**Figure 9.** Area within temperature ranges for current and 2050.

## Biological stressors

Biological stressors in the San Juan / Tres Rios include forest pests and pathogens, invasive species, domestic livestock grazing, and changes in patterns of native ungulate herbivory.

Native insects that cause tree damage and mortality in the area include bark beetles (*Dendroctonus* spp., *Ips* spp.), western spruce budworm (*Choristoneura occidentalis*), and tent caterpillars (*Malacosoma* spp.). Armillaria root disease is a significant cause of mortality in conifer species.

Exotic invasive plant species with the potential to alter ecosystem functioning that are widespread in the San Juan / Tres Rios include Russian knapweed (*Acroptilon repens*), cheatgrass (*Bromus tectorum*), and tamarisk (*Tamarix ramosissima*). Canada thistle (*Cirsium arvense*) is also widespread, and other, less prevalent problem species include oxeye daisy (*Leucanthemum vulgare*) and yellow toadflax (*Linaria vulgaris*). Mountain grasslands, low elevation shrubland, and riparian/wetland ecosystems are most affected.

### Intrinsic dispersal rate

Most characteristic species of San Juan / Tres Rios ecosystems do not produce large numbers of seedlings or spread quickly via vegetative growth. With the exception of aspen and Gambel oak, forest and woodland tree species in particular are typically slow growing, with limited dispersal ability. However, Redmond and Barger (2013) found that in the presence of suitable microsites for seedling establishment, even areas of severe tree mortality are able to regenerate through seedling growth (advance regeneration). Shrub and grass-dominated ecosystems are somewhat better adapted to spread into available habitat through relatively rapid vegetative growth. Barriers to ecosystem movement in the study area are primarily those due to elevational gradients or habitat fragmentation, although soil type is likely to influence dispersal and establishment patterns through variable water-holding capacity.

### Extreme events

Extreme events that may increase in frequency and/or severity under changing climatic conditions include drought, wildfire, windstorms, and flooding/erosion.

Prolonged drought has been a periodic influence in the San Juan / Tres Rios area. Ecosystems of lower elevations are already generally drought tolerant, although species composition within an ecosystem is likely to shift with changing climate patterns. For instance, the greater drought tolerance of juniper in comparison with pinyon pine (Breshears et al. 2008) has implications for the relative dominance of these two species in pinyon-juniper ecosystems. Anderegg et al. (2013) link the recent widespread aspen die-off to severe moisture stress due to a combination of low snowpack and early snowmelt followed by a prolonged dry period during the 2002 drought. Increasing drought severity in the future is likely to continue this effect. Furthermore, drought is typically an inciting factor for stand-replacing events such as fire or insect outbreak (DeRose and Long 2012).

After a century of low fire frequency, the severity, frequency, and extent of wildfires in the San Juan / Tres Rios are expected to increase in the future as climate conditions change and interact with anthropogenic disturbances (Grissino-Mayer et al. 2004). Nine large fires or fire complexes have burned a total greater than 291,000 acres in southwestern Colorado in the period since 2000, which tends to support this expectation.

### Phenologic change

Phenology, or the relationship between climatic conditions and periodic events in the lifecycle of particular species, has already been shown to be changing with changing climate (Inouye 2008, Calinger et al. 2013). For ecosystems, important periodic events include the timing of snowmelt and runoff, the form of precipitation (rain vs snow), and patterns of first and last frost. Although most of the dominant species in ecosystems

considered here are wind pollinated, there is a potential for the effect of changing phenology on pollinators or dispersers to have an impact on the distribution of some species.

## Non-climate abiotic stressors

Anthropogenic disturbance in the San Juan / Tres Rios area includes habitat fragmentation and conversion, primarily from agricultural use, but also due to residential and recreational development. Lower elevations within the San Juan Basin have been subjected to extensive energy resource development, while higher elevations have undergone mining, livestock grazing, logging, fire suppression, and increasing recreational use, both motorized and not-motorized. Population levels in the area are generally stable or slightly decreasing. Future stressors are likely to be tied to continued effects of habitat fragmentation.

## Potential biome shifts

Rehfeldt et al. (2012) modeled the North American biomes of Brown et al. (1998) for future climate scenarios. Within the San Juan / Tres Rios, recent past conditions are suitable for seven biome types, approximately corresponding to the alpine, spruce-fir, montane conifer (encompassing ponderosa, mixed conifer, and aspen, with inclusions of other montane non-treed vegetation types), oak-mixed mountain shrub, pinyon-juniper woodland, sage-desert grassland, and desert shrubland as assessed herein (Figure 10).




**Figure 10.** Biotic communities of the recent past (Brown et al. 1998) in the San Juan / Tres Rios.

As predicted by the model consensus for 2060 (Figure 11), biomes in the study area are expected to shift such that areas suitable for alpine are eliminated in favor of a reduced area favorable to spruce-fir, together with a potential for novel combinations of conifers at elevations previously dominated by these subalpine forests. The zone suitable for the

various conifer and aspen types is predicted to expand substantially, potentially eliminating much area currently occupied by oak-mixed mountain shrubland. Conditions suitable for desert shrubland also are predicted to expand considerably into areas currently occupied by sagebrush-grassland (or agriculture). Naturally, other biophysical constraints such as soils, topography, and disturbance regimes could delay or prevent these shifts from occurring in many places.




**Figure 11.** Biotic communities of 2060 consensus model (Rehfeldt et al. 2012).

## Vulnerability summary

Vulnerability of the 14 terrestrial ecosystems assessed ranged from highly vulnerable to moderately increase (Table 5); confidence in these ratings was high to low. In general the ecosystems at the highest elevations were more vulnerable than ecosystems at low elevations, with the exception of desert grassland.

**Table 5.** Vulnerability and confidence scores for terrestrial ecosystems in the San Juan / Tres Rios for 2040-2060 timeframe.

| Ecosystem | Vulnerability Score | Current Condition | Confidence in Score |
|---|---|---|---|
| Alpine, herbaceous | Highly Vulnerable | Very good | High |
| Alpine, shrubland | Moderately Vulnerable | Very good | Medium |
| Spruce-fir | Moderately Vulnerable | Good | Medium |
| Montane grassland | Presumed Stable | Good | Low |
| Aspen & aspen/mixed conifer | Presumed Stable | Fair to Good | Medium |

| | | | |
|---|---|---|---|
| Mixed conifer, cool-moist | Presumed Stable | Good | Low |
| Mixed conifer, warm-dry | Presumed Stable to Slight Increase | Good | Low |
| Mixed mountain shrubland | Presumed Stable | Good | Medium |
| Oak shrubland | Presumed Stable | Good | High |
| Ponderosa | Presumed Stable | Good | Medium |
| Pinyon-juniper | Moderately Vulnerable | Fair to Good | Low |
| Sagebrush | Moderately Vulnerable | Fair to Good | Low |
| Desert grassland | Highly Vulnerable | Poor to Fair | Low |
| Desert shrubland | Moderate Increase | Fair to Good | High |
| Riparian/Wetland High elev | Moderately Vulnerable | Very good | Medium |
| Fen (Low to high elev) | Moderately Vulnerable | Very good | Medium |
| Riparian/Wetland Low elev | Highly Vulnerable | Fair | Low |

**Current Condition Definitions for Upland and Riparian Ecosystems:**
Very good – system can maintain itself, ecologically functioning and desired condition
Good – Desired condition, needs management to be maintained
Fair – Degraded condition
Poor – Very degraded condition, will be lost if action is not taken soon

Only three ecosystems (alpine herbaceous, desert grassland, and low elevation riparian/wetland) were rated highly vulnerable. Alpine types are restricted to the highest elevations; there is low probability that species that make up this system will re-colonize other areas. Desert grassland has already been highly altered and fragmented in the study area, and is vulnerable to encroachment by shrubs. Riparian areas and wetlands of lower elevations are generally highly modified, and vulnerable to increasing drought.

Three terrestrial ecosystems (spruce-fir, pinyon-juniper, and sagebrush) were rated moderately vulnerable. Spruce fir is vulnerable because increased droughts may increase mortality by spruce beetle, fir engraver, armillaria root disease, and budworm, and predicted increase in fire may reduce acreage, In addition, lower elevation spruce fir may be most vulnerable. Pinyon-juniper woodland vulnerability is also driven by increased drought that leads to increased pest attacks and wildfire. Sagebrush in the San Juan / Tres Rios is near the edge of its range and occurs in smaller patches than elsewhere. Although it is adapted to arid environments, it is vulnerable to increased fire under warmer, drier conditions, and to displacement by other shrub species that may be able to colonize sagebrush stands under future climate conditions.

Six ecosystems (aspen, both mixed conifer types, montane grassland, mixed mountain shrubland, oak shrubland, and ponderosa) were rated 'presumed stable'. All of these

ecosystems occupy the broad middle zone of the study area, and have more-or-less overlapping bioclimatic envelopes. The future distribution and relative degree of change for all of these ecosystems is highly uncertain, however, the interaction of local conditions with broad climatic trajectories is likely to produce observable change in these ecosystems. Ecosystems within this zone are likely to develop novel species combinations or altered dominance within current types.

One ecosystem (desert shrubland) was rated 'moderate increase' meaning that conditions may be more favorable for these shrublands in the future compared to the recent past.

Individual factor ratings are given in Table 6. Detailed vulnerability assessments for each of the assessed ecosystems occurring in the San Juan / Tres Rios are provided below. A plot of overall vulnerability ratings vs. confidence scores summarizes the upland results (Figure 12).




**Figure 12**. Vulnerability and confidence scores for terrestrial ecosystems in the San Juan / Tres Rios. The vulnerability scores range from low (expected to greatly increase) through medium (presumed stable) to high (most vulnerable) - see Table 3 for definitions. The confidence score represents our confidence in the overall vulnerability score.

**Table 6**. Factors contributing to each ecosystem's comparative vulnerability in the San Juan / Tres Rios.

High critical factor for identifying the reaction of this system to expected climate change
Medium moderate factor for identifying the reaction of this system to expected climate change
Low some effect, but not a major factor for identifying the reaction of this system to expected climate change
" – " not an important factor

| | | | | Biological stressors | | | | Extreme events | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ecosystem** | **Vulnerability Score** | **Restricted to high elevation or at edge of range** | **Narrow bioclimatic envelope** | **Increased pest attacks** | **Increased grazing or browsing** | **Increased invasive species and/or encroachment by natives** | **Poor dispersal and/or barriers** | **Fire** | **Drought** | **Timing of snowmelt and/or Phenologic change** | **Non-climate abiotic stressors** |
| Alpine, herbaceous | Highly Vulnerable | **High** | **Medium** | - | **Low** | **Medium** | **High** | - | **Low** | **Medium** | - |
| Alpine, shrubland | Moderately Vulnerable | **High** | **Medium** | - | - | **Medium** | **High** | - | **Low** | **Medium** | - |
| Spruce-fir | Moderately Vulnerable | - | - | **High** | - | - | - | **Medium** | **Medium** | **Medium** | - |
| Montane grassland | Presumed Stable | - | - | - | **Low** | **Low** | - | **Low** | **Low** | **Medium** | - |
| Aspen | Presumed Stable | - | - | **Low** | **Medium** | - | - | - | **High** (low elevations) | **Medium** | - |
| Mixed conifer, cool-moist | Presumed Stable | - | - | **Medium** | - | - | - | **Medium** | **Medium** | - | - |
| Mixed conifer, warm-dry | Presumed Stable to Slight Increase | - | - | **Low** | - | - | - | **Low** | **Low** | - | - |
| Mixed mountain shrubland | Presumed Stable | - | - | - | **Medium** | - | - | - | **Low** | - | - |
| Oak shrubland | Presumed Stable | - | **Low** | **Low** | **Medium** | - | - | - | **Low** | **Low** | - |



FS-003256

| | | | | Biological stressors | | | | Extreme events | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ecosystem** | **Vulnerability Score** | **Restricted to high elevation or at edge of range** | **Narrow bioclimatic envelope** | **Increased pest attacks** | **Increased grazing or browsing** | **Increased invasive species and/or encroachment by natives** | **Poor dispersal and/or barriers** | **Fire** | **Drought** | **Timing of snowmelt and/or Phenologic change** | **Non-climate abiotic stressors** |
| Ponderosa | Presumed Stable | - | **Low** | **Medium** | **Low** | **Low** | - | **Medium** | **Low** | - | - |
| Pinyon-juniper | Moderately Vulnerable | - | **Low** | **High** | - | - | **Medium** | **Medium** | **Medium** | - | **Low** |
| Sagebrush | Moderately Vulnerable | - | **Low** | - | **Low** | **Medium** | - | **Medium** | **Medium** | **Low** | **Medium** |
| Desert grassland | Highly Vulnerable | - | - | - | **Low** | **High** | - | - | **High** | - | **High** |
| Desert shrubland | Moderate Increase | - | - | - | - | **Low** | - | - | **Low** | - | **Low** |
| | | | | | | | | | | | |
| Riparian / Wetland High-elevation | Moderately Vulnerable | **Low** | - | - | **Medium** | **Medium** | - | - | **Medium** | **Medium** | **Low** |
| Fen | Moderately Vulnerable | **Medium** | **Low** | - | - | **Medium** | **High** | - | **Medium** | **Low** | **Low** |
| Riparian / Wetland Mid- to Low-elevation | Highly Vulnerable | - | - | - | **Medium** | **High** | - | - | **High** | **High** | **High** |

# Terrestrial Ecosystem Vulnerability Assessment Summaries

1. **Alpine – herbaceous**
2. **Alpine - shrub**
3. **Spruce-fir**
4. **Mixed conifer, cool-moist**
5. **Mixed conifer, warm-dry**
6. **Aspen and aspen/mixed conifer**
7. **Ponderosa pine**
8. **Pinyon-juniper**
9. **Oak shrubland**
10. **Mixed mountain shrubland**
11. **Sagebrush shrubland**
12. **Montane grassland**
13. **Desert shrubland**
14. **Desert grassland**
15. **Riparian**
16. **Wetland**
17. **Fen**

## ALPINE – Herbaceous and Shrubland

Alpine vegetation is found at the highest elevations, usually above 11,000 feet where the long winters, abundant snowfall, high winds, and short summers create an environment too harsh for permanent human habitation. Vegetation in these areas is controlled by snow retention, wind desiccation, permafrost, and a short growing season. Areas dominated by herbaceous cover may be dry tundra, cushion-plant dominated fellfield, or wet meadows. Shrub-dominated areas are characterized by ericaceous dwarf-shrubs or dwarf willows.

*Characteristic species:* *Ptarmigan, Brown-capped rosy find, American pipits, Lincoln's sparrow, White-crowned sparrow, Wilson's warbler, McGillivray's warbler, Fox sparrow, Boreal toad, Bighorn sheep, Pika, Marmot, and Elk.*

| | |
|---|---|
| **Current condition** | **Very Good** |
| **Exposure** | Warming trend expected across entire ecosystem range, maximum summer temperatures may increase more in the eastern portion where this ecosystem is concentrated. Precipitation patterns change but probably no substantial decrease. |
| **Sensitivity** | An increase in the growing season, i.e., warmer summertime temperatures, will allow shrubs and trees to encroach on alpine. Warmer temperatures that alter patterns of snowmelt may expose plants to more frost damage, and/or reduce available moisture. |
| **Adaptive capacity** | Poor, no higher elevation areas are available. |
| **Vulnerability** | Herbaceous: **Highly vulnerable**<br>Shrubland: **Moderately vulnerable** |
| **Confidence** | **High**<br>Literature study supports the eventual disappearance of these ecosystems; the timeframe is uncertain, but the rate of change is likely to be gradual. |

Alpine shrubland typically is found in areas of level or concave glacial topography, with late-lying snow and subirrigation from surrounding slopes. Vegetation in these areas is controlled by patterns of snow retention, wind desiccation, permafrost, and a short growing season. These moist but well-drained areas have developed relatively stable soils that are strongly acidic, often with substantial peat layers. Alpine shrublands are characterized by an intermittent layer of snow willow or ericaceous dwarf-shrubs less than 0.5 m in height, with a mixture of forbs and graminoids, especially sedges.

Elevations of alpine herbaceous and shrubland communities range from about 11,000 to over 14,000 ft, with a mean of about 12,000 ft. The elevation range of alpine communities

overlaps with the upper end of spruce-fir forest, montane grassland, and mixed mountain shrubland. Annual average precipitation range is about 35-51 in (90-130 cm) for both types combined, with a mean of 44 in (112 cm).

| **Alpine herbaceous**<br><br>**Alpine shrub** | **Mean January temperature (°C)** | **Mean July temperature (°C)** | **Annual Precipitation (cm)** | **Growing Degree Days**<br><br>**0 (°C) base** | **Moisture Index (AET/PET)** |
|---|---|---|---|---|---|
| **Ecosystem in SJTR** | -9 to -8 | 7 to 10 | 100 - 125 | 1200 - 1870 | 0.84 – 0.90 |
| **Ecosystem on USFS/BLM** | | | | | |
| **Weather Stations** | | | | | |
| Beartown SNOTEL (11,600 ft.) | -9 | 10 | 107 | | |
| Wolf Creek Summit SNOTEL (11,000 ft) | -8 | 11 | 127 | | |

The length of the growing season is particularly important for the alpine and subalpine zones, and for the transition zone between alpine and forest (treeline). Alpine areas have the fewest growing degree days and lowest potential evapo-transpiration of any ecosystem in the San Juan / Tres Rios. Treeline-controlling factors operate at different scales, ranging from the microsite to the continental (Holtmeier and Broll 2005). On a global or continental scale, there is general agreement that temperature is a primary determinant of treeline. At this scale, the distribution of alpine ecosystems is determined by the number of days that are warm enough for alpine plant growth, but not sufficient for tree growth. Other alpine conditions that maintain treeless vegetation at high elevations include lack of soil development, persistent snowpack, steep slopes, wind, and dense turf that restricts tree seedling establishment and survival within the treeline ecotone (Moir et al. 2003, Smith et al. 2003, Holtmeier and Broll 2005).

On the basis of historic evidence, treeline is generally expected to migrate to higher elevations as temperatures warm, as permitted by local microsite conditions (Smith et al. 2003, Richardson and Friedland 2009, Grafius et al. 2012). If the alpine summer mean temperatures increase 5.8 – 7.3˚F (3- 4°C), as modeled by Cozzetto et al. (2011), treeline could move upslope to elevations near 13,000 ft, leaving very little area suitable for alpine ecosystems. We may eventually see treeline increase to approximately 1,970 ft (600 m) higher than it is today. It is unlikely that alpine species would be able to move to other high elevation areas. The slow growth of woody species and rarity of recruitment events may delay the conversion of alpine areas to forest for 50-100+ after climatic conditions have become suitable for tree growth (Körner 2012). Thus, alpine ecosystems may persist for a while beyond mid-century. A gradual shift towards dominance of subalpine species could change the composition of these areas.

Alpine environments are generally not susceptible to outbreaks of pest species or disease, but may have some slight vulnerability to invasive plant species such as yellow toadflax. These treeless environments are not vulnerable to fire, but could become so if trees are

able to establish. Xeric alpine environments are already subject to extreme conditions, but the more mesic areas are vulnerable to drought and changes in snowmelt timing. Even under increased snowpack, warmer temperatures are likely to alter patterns of snowmelt, and may reduce available moisture. These changes are likely to result in shifts in species composition, perhaps with an increase in shrubs on xeric tundra, and a change in dominant shrub species. With warming temperatures and earlier snowmelt, however, elk may be able to move into alpine areas earlier and stay longer, thereby increasing stress on alpine willow communities (Zeigenfuss et al. 2011). Populations of characteristic alpine species such as American pika (*Ochotona princeps*) and white-tailed ptarmigan (*Lagopus leucurus*) are likely to decrease under warmer conditions, especially in areas that are impacted by other stressors (Erb et al. 2014) .

| Vulnerability Factor | Rating | Comments |
|---|---|---|
| Restricted to high elevation | High | Already at highest elevation in the area. |
| Narrow bioclimatic envelope | Medium | Relatively narrow within the study area. |
| Vulnerable to increased pest attacks | - | Not a concern. |
| Vulnerable to increased grazing/browsing | Low (herbaceous) | Elk should be monitored. |
| Vulnerable to increased invasive species and encroachments from natives | Medium | Invasives and encroachment by trees and shrubs are likely, especially up to 13,000 feet. Increase in growing degree days will favor trees and shrubs. Yellow toadflax and oxeye daisy are potential weeds. |
| Barriers to dispersal | High | No higher areas available and low probability of recolonizing other areas since they are widely scattered (isolated mountain tops separated by lower elevation habitats); alpine species don't tend to colonize after disturbance. Species composition is likely to change. |
| Vulnerable to fire | - | Not a concern. |
| Vulnerable to drought | Low | Minor effects expected. |
| Vulnerable to timing of snowmelt | - | Snowmelt change at high elevations not expected to be dramatically different. |
| Vulnerable to phenologic change | Medium | Timing of pollinators and flowering may be mismatched; earlier flowering yet late frosts may |

| Vulnerability Factor | Rating | Comments |
|---|---|---|
| | | decrease seed production. |
| Non-climate abiotic stressors | - | Generally in very good condition with little fragmentation. An increase of dust deposition on snow could advance snowmelt timing in some years. |

## SPRUCE-FIR FORESTS

These high elevation forests form the matrix of the sub-alpine zone at elevations of 9,500 to 11,500 feet. They are characterized by dense stands of Engelmann spruce and subalpine fir. This is one of the few Colorado forest types that is not fire-adapted - the typical fire return frequency is around 400 years. Areas with spruce-fir forest typically receive a lot of precipitation in the form of snowfall and frequent summer showers, but droughts can occur. During drought periods the stressed trees become susceptible to spruce-bud worm outbreaks, which can kill entire hillsides of trees in one summer. In the early 20th century, much of Colorado's old-growth spruce fir was cut for timber.

*Characteristic species:* *Boreal owl, Three-toed woodpecker, Gray jay, Pine grosbeak (breeds only in Spruce-fir), pine marten, lynx*

| | |
|---|---|
| **Current condition** | **Good** |
| **Exposure** | Warming trend expected across entire ecosystem range, maximum summer temperatures may increase more in the eastern portion. Precipitation patterns change but probably no substantial decrease. Lower elevations most exposed. |
| **Sensitivity** | Increased drought may drive fires and insect outbreaks. |
| **Adaptive capacity** | An extended growing season may allow this ecosystem to slowly move into areas currently above treeline. |
| **Vulnerability** | **Moderately Vulnerable** |
| **Confidence** | **Medium**<br>Uncertainty regarding the degree of impact from insect outbreaks and fire events, however, the Pagosa Ranger District and the adjacent Rio Grande NF recently experienced 85% die back of mature spruce trees. |

Spruce-fir forests in the San Juan / Tres Rios have a wide elevational range, extending from about 8,900 ft up to over 12,000 ft. This forest type is widespread in the San Juan mountains at the northern edge of the area, overlapping with alpine at its upper end, and with aspen and mixed conifer forests at lower elevations.

In the San Juan Mountains, forested areas are restricted to relatively wet and cool areas; spruce-fir forest dominates the wettest and coolest habitats below treeline. The annual average precipitation is slightly lower than for alpine with a range of 31.8-46.8 in. (81-119 cm) with a mean of 39.3 (100 cm).

The length of the growing season is particularly important for both alpine and subalpine zones, and for the transition zone between alpine vegetation and closed forest (treeline). Treeline-controlling factors operate at different scales, ranging from the microsite to the

continental (Holtmeier and Broll 2005). On a global or continental scale, there is general agreement that temperature is a primary determinant of treeline. Körner (2012) attributes the dominance of thermal factors at this scale to the relative consistency of atmospheric conditions over large areas, especially in comparison to more local influence of soil and moisture factors. Furthermore, there appears to be a critical duration of temperatures adequate for the growth of trees in particular (e.g. individuals >3m tall) that determines the location of treeline. At more local scales, soil properties, slope, aspect, topography, and their effect on moisture availability, in combination with disturbances such as avalanche, grazing, fire, pests, disease, and human impacts all contribute to the formation of treeline (Richardson and Friedland 2009, Körner 2012). Patterns of snow depth and duration, wind, insolation, vegetation cover, and the autecological tolerances of each tree species influence the establishment and survival of individuals within the treeline ecotone (Moir et al. 2003, Smith et al. 2003, Holtmeier and Broll 2005). In the Rocky Mountains, tree establishment was significantly correlated with warmer spring (Mar-May) and cool-season (Nov-Apr) minimum temperatures as well (Elliott 2012).

In the San Juan mountains, spruce-fir forests currently occupy cold areas with high precipitation; warmer and drier climate conditions predicted by most models could result in an upward migration of these forests into the alpine zone where such dispersal is not otherwise constrained. Since spruce-fir may be able to tolerate warmer summer temperatures, the lower extent of this habitat type may be able to remain at current levels for some time, if soil moisture remains adequate. There is some indication that Engelmann spruce germinates faster at relatively low temperatures (Smith 1985), giving it a competitive advantage over less cold-tolerant species under moist conditions. Under warmer conditions, however, current spruce-fir communities may be gradually replaced by a mixed-conifer forest. There are no obvious barriers to the gradual dispersal of seedlings into adjacent, newly suitable habitat, although the dominant species are generally slow-growing.

The current location of treeline is a result of the operation of climatic and site-specific influences over the past several hundred years, and does not exactly reflect the current climate (Körner 2012). The treeline position lag time behind climate change is estimated to be 50-100+ years, due to the rarity of recruitment events, the slow growth and frequent setbacks for trees in the ecotone, and competition with already established alpine vegetation (Körner 2012). Nevertheless, on the basis of historic evidence, treeline is generally expected to migrate to higher elevations as temperatures warm, as permitted by local microsite conditions (Smith et al. 2003, Richardson and Friedland 2009, Grafius et al. 2012). The gradual advance of treeline is also likely to depend on precipitation patterns. Seedling establishment and survival are greatly affected by the balance of snow accumulation and snowmelt. Soil moisture, largely provided by snowmelt, is crucial for seed germination and survival. Although snowpack insulates seedlings and shields small trees from wind desiccation, its persistence shortens the growing season and can reduce recruitment (Rochefort et al. 1994).

Although these subalpine forests are not susceptible to increased prevalence of invasive species, they are vulnerable to outbreaks of the native pest species, spruce bud worm and spruce beetle. Insect and disease outbreaks are typically associated with droughts, thus, the

combination of increased fire and insect risks means that the spruce-fir forest are vulnerable to changes by 2050.

Historic natural fire-return intervals in these forests have been on the order of several hundred years, and the tree species are not adapted to more frequent fires. Under an increase in droughts and faster snowmelts we might expect an increase in forest fire frequency and extent within this zone. It is not known if spruce-fir forests will be able to regenerate under such conditions, especially in lower elevation stands, and there is a potential for a reduction or conversion to aspen in spruce-fir forests, at least in the short term, and depending on local site conditions.

The climate-based models of Crookston et al. (2010) shown below indicate a changed distribution of suitable habitat for spruce-fir forest by 2060, especially in the eastern portion of the San Juan / Tres Rios area, generally in agreement with our vulnerability ranking, although effects may take longer to become evident.

| **Spruce-fir** | **Mean January temperature (°C)** | **Mean July temperature (°C)** | **Annual Precipitation (cm)** | **Growing Degree Days 0(°C) base** | **Moisture Index (AET/PET)** |
|---|---|---|---|---|---|
| **Species in N. America (Thompson et al. 2000)** | | | | | |
| *Abies lasiocarpa* | -23 to -6 | 11 to 16 | 36 – 125 | | 0.5 – 0.98 |
| *Picea engelmannii* | -13 to -5 | 10 to 17 | 44 – 120 | | 0.52 – 0.97 |
| **Ecosystem in SJTR** | -9 to -6 | 9 to 13 | 87-113 | 1200 - 1870 | 0.77-0.88 |
| **Ecosystem on USFS/BLM** | | | | | |
| **Weather Stations** | | | | | |
| Silverton (9,720 ft) | -9 | 13 | 62 | 1631 | |
| El Diente Peak SNOTEL (10,000 ft) | -7 | 12 | 83 | | |
| Molas Lake SNOTEL (10,500 ft) | -8 | 11 | 78 | | |
| Wolf Creek Pass 1E (10,640 ft) | -8 | 12 | 115 | 1308 | |
| Wolf Creek Summit SNOTEL (11,000 ft) | -8 | 11 | 127 | | |

| **Vulnerability Factor** | **Rating** | **Comments** |
|---|---|---|
| Restricted to high elevation | - | Not a concern. Currently found from 8,900-13,400 ft (mean 10,450 ft) in SJTR. |
| Narrow bioclimatic envelope | - | Not a concern. Well defined envelope below alpine and above other conifers and aspen. |
| Vulnerable to increased pest attacks | High | Interaction with drought and warmer temperatures likely to increase vulnerability. |

| | | |
|---|---|---|
| Vulnerable to increased grazing/browsing | - | Not a concern. |
| Vulnerable to increased invasive species and encroachments from natives | - | In some areas novel combinations of conifers may establish, especially within the given time frame. |
| Barriers to dispersal | - | None known, but regeneration may be low after large fire events. Some trees are likely to remain after extensive insect outbreaks. |
| Vulnerable to fire | Medium | Under drought conditions and with earlier snow melt, lower elevation fires are more likely to move into spruce-fir. It is unclear if these forests can come back as spruce-fir after a large fire. In some areas novel combinations may occur. |
| Vulnerable to drought | Medium | More drought expected. Drought drives vulnerability to fire and insect outbreaks. |
| Vulnerable to timing of snowmelt | Medium | May be vulnerable at the end of summer; if earlier melt results in lower moisture availability at end of growing season. |
| Vulnerable to phenologic change | - | Not a concern. |
| Non-climate abiotic stressors | - | Generally in very good condition with little fragmentation. |




**Figure 13**. Predicted suitable habitat for subalpine fir under current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010).




**Figure 14**. Predicted suitable habitat for Engelmann spruce under current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010).

## MONTANE GRASSLAND

Montane to subalpine grasslands in the San Juan Mountains are found at elevations of 7,000-12,000 feet, intermixed with stands of spruce-fir, ponderosa, and aspen forests, as park-like openings that vary in size from a few to several thousand acres. Lower elevation montane grasslands are more xeric, while upper montane or subalpine grasslands are more mesic. Typical species include Thurber's fescue, elk sedge, western wheat grass, mountain muhly, indian rice grass, squirrel tail, blue grama, oatgrass, and others. Trees and shrubs are generally sparse or absent, but occasional individuals from the surrounding communities may occur. In general, these grasslands experience long winters, deep snow, and short growing seasons.

*Characteristic species: Western meadowlark, Vesper sparrow, Gunnison's prairie dog, Burrowing owls*

| | |
|---|---|
| **Current condition** | **Good** |
| **Exposure** | Warming trend expected across entire ecosystem range. Lower elevation types are most exposed. |
| **Sensitivity** | Change in precipitation patterns could facilitate encroachment by woody species in some areas, although increased fire may offset this trend. |
| **Adaptive capacity** | Species diversity may enable these communities to respond more quickly to changes than adjacent forest types. |
| **Vulnerability** | **Presumed stable to slightly vulnerable at lower elevations** |
| **Confidence** | **Low** |

The general climate in the range of this ecological system is typically montane to subalpine, characterized by cold winters and relatively cool summers, although temperatures are more moderate at lower elevations. Montane grasslands in the San Juan / Tres Rios have a wide elevational range, from 7,000 to around 12,000 ft, and a mean of 8,640 feet. Associations are variable depending on site factors such as slope, aspect, precipitation, etc., but generally lower elevation montane grasslands are more xeric and dominated by *Muhlenbergia* spp., *Pseudoroegneria spicata*, *Festuca arizonica*, and *Festuca idahoensis*, while upper montane or subalpine grasslands are more mesic and may be dominated by *Festuca thurberi* or *Danthonia intermedia*. *Danthonia parryi* is found across most of the elevational range of this system. In the San Juan Mountains of southwestern Colorado, these grasslands are dominated by *Festuca thurberi* and other large bunch grasses (Jamieson et al. 1996).

The geology of the Southern Rocky Mountains is extremely complex, therefore, soils are also highly variable, depending on the parent materials from which they were derived and the conditions under which they developed. Soil texture is important in explaining the existence of montane-subalpine grasslands (Peet 2000). These grasslands often occupy the

fine-textured alluvial of colluvial soils of valley bottoms, in contrast to the coarse, rocky material of adjacent forested slopes (Peet 2000). Other factors that may explain the absence of trees in this system are soil moisture (too much or too little), competition from established herbaceous species, cold air drainage and frost pockets, high snow accumulation, beaver activity, slow recovery from fire, and snow slides (Daubenmire 1943, Knight 1994, Peet 2000). Where grasslands occur intermixed with forested areas, the less pronounced environmental differences mean that trees are more likely to invade (Turner and Paulsen 1976).

The most extensive montane grasslands in the area are in the vicinity of Pagosa Springs, on the western and southern flanks of the San Juan Mountains. Annual precipitation range is 17-47 in (43-120 cm) with a mean of 29.5in (75 cm) in the San Juan / Tres Rios, and the majority of this falls as snow. Snow cover in some areas can last from October to May, and serves to insulate the plants beneath from periodic subzero temperatures. Other areas are kept free from snow by wind. Rapid spring snowmelt usually saturates the soil, and, when temperatures rise plant growth is rapid. Xeric montane grasslands, accounting for about 60% of this type in the study are, are generally found below 8,000 to 8,500 feet, with mean annual precipitation of 23.9 in., while mesic types above 8,500 ft. average 38.5 in (97 cm) annually.

A variety of factors, including fire, wind, cold-air drainage, climatic variation, soil properties, competition, and grazing have been proposed as mechanisms that maintain open grasslands and parks in forest surroundings. Observations and repeat photography studies in sites throughout the southern Rocky Mountains indicate that trees do invade open areas, but that the mechanisms responsible for this trend may differ from site to site. In the San Juan Mountains, Zier and Baker (2006) also found that the probability of tree invasion varied with forest type. Climatic variation, fire exclusion, and grazing appear to interact with edaphic factors to facilitate or hinder tree invasion in these grasslands (Zier and Baker 2006). In the Gunnison Basin, Schauer et al. (1998) identified seedling mortality as the primary factor preventing invasions of Engelmann spruce, but did not determine if this was due to competition from established grassland plants, or to edaphic conditions.

The work of Coop and Givnish (2007) in the Jemez Mountains of northern New Mexico suggests that both changing disturbance regimes and climatic factors are linked to tree establishment in some montane grasslands. Increased tree invasion into grasslands was apparently linked to higher summer nighttime temperatures, and less frost damage to tree seedlings; this trend would continue under projected future temperature increases. Pocket gophers (*Thomomys* spp.) are a widespread source of disturbance in montane-subalpine grasslands. The activities of these burrowing mammals result in increased aeration, mixing of soil, and infiltration of water, and are an important component of normal soil formation and erosion (Ellison 1946). In addition, Cantor and Whitham (1989) found that below-ground herbivory of pocket gophers restricted establishment of aspen to rocky areas in Arizona mountain meadows. The interaction of multiple factors indicates that management for the maintenance of these montane and subalpine grasslands may be complex.

Drought and warmer temperatures may change species composition, or allow invasion by trees/shrubs or invasive species in some areas. Drought can increase extent of bare ground and decrease forb coverage, especially in more xeric grasslands (Debinski et al 2010).

Floristic composition in these grasslands is influenced by both environmental factors and grazing history. Many grassland occurrences are already highly altered from pre-settlement condition. Grazing is generally believed to lead to the replacement of palatable species with less palatable ones more able to withstand grazing pressure (Smith 1967, Paulsen 1975, Brown 1994, but see Stohlgren et al. 1999). Grazing by domestic livestock may act to override or mask whatever natural climatic or edaphic mechanism is responsible for maintaining a grassland occurrence. This system is also naturally adapted to grazing and browsing by native herbivores including deer, elk, bison, and pronghorn, as well as burrowing and grazing by small mammals. A cessation or reduction of grazing, in combination with favorable future climatic conditions could favor increased tree establishment in montane grasslands. Likewise, continued grazing could counteract tree invasions under projected future warming conditions.

| **Montane grassland**<br>**High and low** | **Mean January temperature (°C)** | **Mean July temperature (°C)** | **Annual Precipitation (cm)** | **Growing Degree Days**<br>**0 (°C) base** | **Moisture Index (AET/PET)** |
|---|---|---|---|---|---|
| **Species** | | | | | |
| *Festuca thurberi* | -10 to 14 total range | | 46 -76 | Frost free 2 months | |
| *Festuca arizonica* | -11 to 6, mean -3 | 10 to 27, mean 18 | 510 mm avg<br><360 mm avg | 153 ff days | |
| *Muhlenbergia* spp. | | | | | |
| **Ecosystem in SJTR** | | | | | |
| Above 8,500 ft. | -8 to -5 | 9 to 15 | 81 - 113 | 1215 - 2170 | 0.70 – 0.88 |
| Below 8,500 ft. | -5 to -3 | 16 to 19 | 43 - 73 | 2415 - 3150 | 0.50 – 0.72 |
| **Ecosystem on USFS/BLM** | | | | | |
| **Weather Stations** | | | | | |
| Pagosa Spgs. (7,110 ft) | -7 | 18 | 55 | 2963 | |
| | | | | | |

| **Vulnerability Factor** | **Rating** | **Comments** |
|---|---|---|
| Restricted to high elevation | - | Not a concern. Currently found from 6,550-12,000 ft (mean 8,640 ft) in the SJTR. |
| Narrow bioclimatic envelope | - | Wide bioclimatic span: xeric types at lower elevation, and mesic types at higher altitudes. |
| Vulnerable to increased pest attacks | - | Not a concern. |

| Vulnerability Factor | Rating | Comments |
|---|---|---|
| Vulnerable to increased grazing/browsing | Low | Variable effects possible, may facilitate or decrease tree growth |
| Vulnerable to increased invasive species and encroachments from natives | Low | Shrub or tree encroachment may occur in some areas. |
| Barriers to dispersal | - | None known. |
| Vulnerable to fire | Low | Vulnerability may depend on soil type. |
| Vulnerable to drought | Low | Xeric locations more vulnerable. |
| Vulnerable to timing of snowmelt | Medium | Patterns of snow deposition and meltoff may influence local species composition. |
| Vulnerable to phenologic change | - | Not a concern. |
| Non-climate abiotic stressors | - | Current impacts are low. |

## ASPEN

Aspen forests are quite common in the San Juan Mountains. These upland forests are dominated by quaking aspen, or mixed aspen and conifer, and range in elevation from about 7,500 to 10,500 feet. They usually occur as a mosaic of many plant associations and may be surrounded by a diverse array of other systems, including grasslands, wetlands, coniferous forests, etc. Aspen forests are one of our most species-rich ecosystems. Most of the plant and animal species that inhabit aspen forests are relatively abundant and not of significant conservation concern.

*Characteristic species:* *Warbling vireo, Red-naped sapsucker, House wren, Goshawk, Hairy woodpecker*

| | |
|---|---|
| **Current condition** | **Fair to Good**<br>Depends on elevation |
| **Exposure** | Warming trend expected across entire ecosystem range, maximum summer temperatures may increase more in the eastern portion. Precipitation patterns change but no substantial decrease expected. Lower elevations and southwestern facing slopes are more exposed. |
| **Sensitivity** | Decreasing precipitation and increased temperatures is likely to stress stands at lower elevations and southwestern facing slopes. |
| **Adaptive capacity** | Vegetative reproduction allows this ecosystem to colonize disturbed areas relatively quickly. |
| **Vulnerability** | **Presumed Stable (except at lowest elevations)** |
| **Confidence** | **Medium** |

Quaking aspen has the largest distribution of any tree native to North America (Little 1971). The range of this species has expanded dramatically since the end of the last glacial maximum, during which the greater part of its range was covered by the Cordilleran and Laurentide ice sheets. Quaking aspen is able to grow on a wide variety of sites, both dry and mesic (Mueggler 1988). Climatic conditions, in particular minimum winter temperatures and annual precipitation amounts are variable over the range of the species (Howard 1996). In general, quaking aspen is found where annual precipitation exceeds evapotranspiration, and the lower limit of its range coincides with a mean annual temperature of about 7°C (Perala 1990). In the central Rocky Mountains, quaking aspen distribution is highly correlated with elevation, due to its influence on temperature and precipitation patterns.

In the San Juan / Tres Rios, aspen distribution is primarily dictated by fire frequency and severity within the bioclimatic envelope (Romme et al. 1996). Aspen forests are generally found within the lower range of spruce-fir forests, and are often adjacent to mixed-conifer and ponderosa pine forest, or montane shrubland and grasslands. Elevations are mostly between 8,000 and 10,500 ft. (mean 9,200 ft), broadly overlapping the range of mixed-conifer and the lower portion of spruce-fir. The majority of stands (85%) are above 8,500 ft. Annual precipitation range of 15.7-42.9 in (63-102 cm), and mean of 22.8 in (83.5 cm)

are similar to that of cool-moist mixed conifer. Aspens are sensitive to moisture availability; Rocky Mountain stands generally occur where annual precipitation is greater than 14.9 in (38 cm) per year (Morelli and Carr 2011) and summer temperatures are moderate.

Aspen is extremely shade intolerant, and able to establish quickly over a disturbed open area due to its ability to reproduce by vegetative sprouting (Howard 1996). The tufted seed capsules produced by mature aspen trees are amenable to wind dispersal over a considerable distance. Although quaking aspen establishment from seed is common in Alaska, northern Canada and eastern North America, this is less true in the western US, probably because germinated seedlings do not receive sufficient moisture for survival (Kay 1993). There is conflicting evidence for the frequency of seedling establishment in the western US, however, and quaking aspen may establish from seed more frequently than previously thought (Howard 1996, Romme et al.1997).

There is some evidence for synchronous aspen stand establishment events over a large area of the intermountain west. Kaye (2011) identified two peak periods of establishment via sexual reproduction, the first in the period 1870-1890, and the other in 1970-1980. She speculates that the earlier establishment event may be the legacy of the last large fire events before widespread fire suppression in the intermountain west. The second establishment peak corresponds with improved moisture conditions due to a shift in the Pacific Decadal Oscillation and the Atlantic Multidecadal Oscillation. Elliot and Baker (2004) found that aspen stands in the San Juan Mountains are regenerating and increasing in density. Furthermore, they believe that aspen increase at treeline is occurring as a result of establishment from seed.

Although aspen is not fire tolerant, it is highly competitive in burned areas if other conditions are suitable. Monitoring the response of aspen stands in the area of the 2002 Missionary Ridge fire near Durango may give an indication of the future of aspen forests in southwest Colorado. Aspen clones survive in the understory of cool, moist mixed conifer and low elevation spruce-fir, and can respond quickly to disturbances. However, Morelli and Carr (2011) predict an uncertain future for aspen in the West, where increased drought, ozone, and insect outbreaks can interact with carbon dioxide fertilization and warmer soils, resulting in unknown cumulative effects.

Vulnerability of aspen to pathogens and herbivores, and subsequent aspen mortality may be increased by climate change if drought and warmer conditions increase environmental stress (Morelli and Carr 2011). Heavy grazing by elk in combination with drought appears to be leading to decline in some areas (Morelli and Carr 2011). Stress from grazing could be mitigated by management actions. Canker infections, gypsy moth, and forest tent caterpillar outbreaks are tightly associated with drier and warmer conditions (Cryer and Murray 1992, Johnston 2001, Logan 2008, Hogg et al. 2002).

Aspens have increased susceptibility to episodic decline at lower elevations, under warm and dry conditions (Worrall et al. 2008). This aspen dieback (sometimes called Sudden Aspen Decline) appears to be related to drought stress, and is typically greatest on the hotter and drier slopes, which are usually at the lowest elevations of a stand (Rehfeldt et al. 2009). Stands may undergo thinning, but then recover. Increasing drought with climate

change is believed to be the primary vulnerability of this ecosystem (Worrall et al. 2013), and substantial loss of this type can be expected. The effects of drought are likely to interact with other stressors such as outbreaks of pests and disease, snowmelt timing, and ungulate herbivory.

Although the climate-based model of Crookston et al. (2010) shown below project a substantial decrease in aspen acreage for the San Juan area, our analysis concludes that, when the ability of these forests to take advantage of disturbance is considered, aspen is primarily vulnerable at lower elevations in the study area.

| **Aspen and aspen/mixed-conifer**<br>**High and low** | **Mean January temperature (°C)** | **Mean July temperature (°C)** | **Annual Precipitation (cm)** | **Growing Degree Days**<br>**0 (°C) base** | **Moisture Index (AET/PET)** |
|---|---|---|---|---|---|
| **Species in N. America (Thompson et al. 2000)** | | | | | |
| *Populus tremuloides* | -28 to -6 | 13 to 21 | 33 - 106 | | 0.50 - 0.99 |
| *Pseudotsuga menziesii* | -12 to 5 | 11 to 20 | 41 - 162 | | 0.51 - 0.96 |
| *Abies concolor* | -9 to 3 | 13 to 22 | 37 to 119 | | 0.49 - 0.87 |
| **Ecosystem in SJTR** | | | | | |
| Above 8,500 ft. | -7 to -5 | 12 to 15 | 74 - 97 | 1660 - 2285 | 0.68 – 0.84 |
| Below 8,500 ft. | -6 to -4 | 15 to 17 | 60 - 80 | 2235 - 2630 | 0.62 – 0.79 |
| **Ecosystem on USFS/BLM** | | | | | |
| **Weather Stations** | | | | | |
| Rico (8,780 ft) | -6 | 14 | 67 | 2040 | |
| Silverton (9,720 ft) | -9 | 13 | 62 | 1631 | |

| **Vulnerability Factor** | **Rating** | **Comments** |
|---|---|---|
| Restricted to high elevation | - | Not a concern. The majority of stands are from 8,500-10,970 ft (mean 9,200 ft) in the SJTR. |
| Narrow bioclimatic envelope | - | A very widespread North American species. |
| Vulnerable to increased pest attacks | Low | Droughts increase vulnerability to pest and pathogen outbreaks. |
| Vulnerable to increased grazing/browsing | Medium | Intense grazing/browsing is known to degrade aspen stands. If a stand is stressed from climate, especially drought, then the stand will be less resistant to grazing/browsing pressures |
| Vulnerable to increased invasive species and encroachments from natives | - | Although climate change may increase invasive species, it is not believed to be a significant factor. |

| Vulnerability Factor | Rating | Comments |
|---|---|---|
| Barriers to dispersal | - | No major barriers. |
| Vulnerable to fire | - | Aspens have been found to be 200 times less likely to burn than spruce-fir stands (Bigler et al. 2005) |
| Vulnerable to drought | High (low elevations) | The 2002 drought killed some aspen stems; a prolonged drought could reduce aspen stands; those stands that are currently in mesic zones will probably fare better. Aspens may adapt by moving up in elevation. |
| Vulnerable to timing of snowmelt | Medium | Earlier snowmelt may lead to end-of-growing season drought stress. |
| Vulnerable to phenologic change | - | Although aspen growth could benefit from a longer growing season, the effects would depend in part on the timing of snowmelt replenishment of soil moisture. |
| Non-climate abiotic stressors | - | Generally in good condition, but with some fragmentation. |




**Figure 15**. Predicted suitable habitat for quaking aspen under current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010).

## MIXED CONIFER – Cool, moist & Warm, dry

In Colorado mixed-conifer forests occur on all aspects at elevations ranging from 4,000 to 10,800 feet. Douglas-fir and white fir are the most common dominant trees, but many different conifer species may be present, and stands may be intermixed with other forest types dominated by ponderosa pine or aspen. Douglas-fir stands are characteristic of drier sites, often with ponderosa pine. More mesic stands are found in cool ravines and on north-facing slopes, and are likely to be dominated by white fir with blue spruce or quaking aspen stands. Natural fire processes in this system are highly variable in both return interval and severity. Fire in cool, moist stands is infrequent, and the understory may be quite diverse.

*Characteristic species: Ruby-crowned kinglet, Hermit Thrush, Hammond's FC, Williamson's sapsucker, Yellow-rumped warbler, Pine siskin, Red-breasted nuthatch, Townsend's solitaire, Western Tanager, Brown creeper, Cassin's finch, Red crossbill, Olive-sided flycatcher, Mountain chickadee, Juncos, Snowshoe hare, Lynx, Pine marten, Goshawk*

| | |
|---|---|
| **Current condition** | **Good** |
| **Exposure** | Warming trend expected across entire ecosystem range, maximum summer temperatures may increase more in the eastern portion, where these forests are more prevalent. Precipitation patterns change but probably no substantial decrease. Lower elevation and warm-dry types are most exposed, especially below 8,500 ft. |
| **Sensitivity** | Increased drought may drive fires and insect outbreaks. Relative proportions of component species may change. |
| **Adaptive capacity** | Highly variable species composition may endow this ecosystem with ability to persist under variable climate conditions. |
| **Vulnerability** | Cool-moist: **Presumed stable**<br>Warm-dry: **Presumed stable to Slight increase** |
| **Confidence** | **Low**<br>The ecotonal nature of this type makes it difficult to evaluate. Novel combinations may occur. |

Mixed conifer forests in the San Juan / Tres Rios are generally between the elevations of about 7,500 ft. and 10,300 ft., where they are often adjacent to ponderosa, aspen or spruce-fir forest. Average elevation of cool-moist mixed conifer stands is slightly higher (8,920 ft.) than that of warm-dry stands (8,200 ft.). These mixed-species forests may include Douglas-fir, ponderosa pine, white fir, aspen, blue spruce, Engelmann spruce, subalpine fir, and limber pine, which reaches the southern limit of its distribution in the San Juan mountains. Stands are often in the transitional ecotone area between other forest types. Warm-dry sites are characterized by Douglas-fir, often with ponderosa pine and Gambel oak. Cool-moist stands are found in mesic ravines and on north-facing slopes, and are likely to be dominated by Douglas fir, white fir, blue spruce and some quaking aspen.

Cool-moist mixed conifer has an average annual precipitation range of 21.6-41.3 in (55-105 cm) with a mean of 32.7 in (83 cm). Annual averages for warm-dry mixed conifer stands range from 20.8 to 35.4 in (53-90 cm), with a mean of 28.8 in (73 cm). Growing degree days for mixed conifer stands are generally similar to those of aspen stands.

The similar environmental tolerances of mixed-conifer and aspen forest means that the two habitat types are somewhat intermixed in many areas. These forests appear to represent a biophysical space where a number of different overstory species can become established and grow together. Local conditions, biogeographic history, and competitive interactions over many decades are prime determinants of stand composition.

Although cool moist mixed-conifer forests are generally warmer and drier than spruce-fir forests, these stands are often in relatively cool-moist environments where fires were historically infrequent with mixed severity. When stands are severely burned, aspen often resprouts. Warm-dry mixed conifer forests had a historic fire-regime that was more frequent, with mixed severity. In areas with high severity burns, aspen or Gambel oak resprouts and dominates the site for a relatively long period of time.

The ecotonal nature of mixed conifer stands increases the difficulty of interpreting their vulnerability to climate change, and their capacity to move into new areas. Changing climate conditions are likely to alter the relative dominance of overstory species, overall species composition and relative cover, especially through the action of fire, insect outbreak, and drought. The diversity of species within this type, however, is expected to increase its flexibility in the face of climate change. Outcomes for particular stands are likely to depend on current composition and location. Drought and disturbance tolerant species will be favored over drought vulnerable species. Species such as blue spruce that are infrequent and have a narrow bioclimatic envelope are likely to decline or move up in elevation. Abundant species that have a wide bioclimatic envelope such as Gambel oak and aspen are likely to increase. Current stands of warm, dry mixed conifer below 8,500 ft may be at higher risk or may convert to pure ponderosa pine stands as future precipitation scenarios favor rain rather than snow. Upward migration into new areas may be possible.

The climate-based models of Crookston et al. (2010) shown below indicate a potential increase of habitat for Douglas fir and white fir in some areas of the San Juan / Tres Rios, while habitat suitable for the more mesic blue spruce could be largely eliminated. When other factors are taken into account, this is generally in agreement with our vulnerability estimate.

| **Mixed conifer**<br>**cool-moist & warm-dry** | **Mean January temperature (°C)** | **Mean July temperature (°C)** | **Annual Precipitation (cm)** | **Growing Degree Days**<br>**0 (°C) base** | **Moisture Index (AET/PET)** |
|---|---|---|---|---|---|
| **Species in N. America (Thompson et al. 2000)** | | | | | |
| *Pseudotsuga menziesii* | -12 to 5 | 11 to 20 | 41 - 162 | | 0.51 - 0.96 |
| *Abies concolor* | -9 to 3 | 13 to 22 | 37 to 119 | | 0.49 - 0.87 |
| *Picea pungens* | -11 to -5 | 10 to 20 | 34 - 82 | | 0.45 - 0.90 |
| **Ecosystem in SJTR** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Cool-moist | -7 to -4 | 12 to 16 | 69 - 98 | 1720 - 2590 | 0.65 - 0.84 |
| Warm-dry | -6 to -4 | 14 to 18 | 59 - 85 | 2060 - 3130 | 0.59 - 0.74 |
| **Ecosystem on USFS/BLM** | | | | | |
| **Weather Stations** | | | | | |
| Rico (8,780 ft) | -6 | 14 | 67 | 2040 | |
| Silverton (9,720 ft) | -9 | 13 | 62 | 1631 | |

| Vulnerability Factor | Rating | Comments |
|---|---|---|
| Restricted to high elevation | - | Not a concern. Currently found from 6,600 – 10,950 ft (mean 8,780 ft) in SJTR. |
| Narrow bioclimatic envelope | - | Narrower for cool-moist types. |
| Vulnerable to increased pest attacks | Medium/ Low | Outbreaks may alter composition. |
| Vulnerable to increased grazing/browsing | - | Not a concern. |
| Vulnerable to increased invasive species and encroachments from natives | - | May be replaced by ponderosa at lowest elevations. |
| Barriers to dispersal | - | None known, may be able to move into areas currently dominated by aspen or lower elevation spruce-fir. |
| Vulnerable to fire | Medium/ Low | Mixed regime fires may alter composition. |
| Vulnerable to drought | Medium/ Low | May be eliminated at lowest and driest elevations. |
| Vulnerable to timing of snowmelt | - | Not a concern. |
| Vulnerable to phenologic change | - | Not a concern. |
| Non-climate abiotic stressors | - | Generally in good condition, but with some fragmentation. |




**Figure 16**. Predicted suitable habitat for Douglas fir current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010).




**Figure 17**. Predicted suitable habitat for white fir current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010).




**Figure 18**. Predicted suitable habitat for blue spruce current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010).

## OAK SHRUBLAND & MIXED MOUNTAIN SHRUBLAND

In Colorado, oak and mixed mountain shrublands are most common on the west slope, where they form extensive bands on the lower mountain slopes, plateaus, and dry foothills. Gambel oak is dominant in many stands, and often intermixed with stands dominated by other montane shrubs, such as serviceberry, mountain mahogany, antelope bitterbrush, big sagebrush, chokecherry, fendler bush, skunkbush, and snowberry. Both shrubland types may form dense thickets, or occur as open shrublands with an herbaceous understory. Although this is a shrub-dominated system, some trees may be present. Fire typically plays an important role in this system, causing shrub die-back in some areas, promoting stump sprouting of the shrubs in other areas, and reducing tree sprouting.

*Characteristic species: Spotted towhee, Virginia warblers, Green-tailed towhee, Blue-gray gnatcatcher, Turkey, Black bear, Deer, Elk, Mountain Lion, few rare plants.*

| | |
|---|---|
| **Current condition** | **Good** |
| **Exposure** | Warming trend expected across entire ecosystem range, with winter daily maximum temperatures increasing the most within the distribution of this ecosystem. Precipitation changes uncertain, but may be greatest in some parts of the distribution of this ecosystem. |
| **Sensitivity** | Increased drought may drive fires and insect outbreaks. Relative proportions of component species may change. Late frosts and drought reduce productivity. |
| **Adaptive capacity** | Sprouting ability of most component species enhances recovery from disturbance. Variable species composition of mountain shrubland types may increase adaptive capacity of ecosystem as a whole. Likely to become dominant in stands where it is currently subdominant, especially after fire events. |
| **Vulnerability** | **Presumed stable** |
| **Confidence** | **Medium** |

Oak and mixed mountain shrublands are widespread in the San Juan / Tres Rios at elevations from about 6,000- 9,500 feet, dominating a zone between pinyon-juniper at lower elevations and ponderosa pine forest at higher elevations. Stands dominated by Gambel oak are more common, but are completely interspersed with stands dominated by other shrub species, especially serviceberry with mahogany at higher elevations. Mixed mountain shrubland is somewhat imprecisely mapped in the San Juan / Tres Rios; at the highest elevations, mountain “shrublands” are stands of willows, short-statured aspen, and dwarfed spruce-fir (krummholz). Average annual precipitation for oak shrubland is 17.7-32.3 in (45-82 cm), with a mean of 24.9 in (63.4 cm). Precipitation amounts for mixed mountain shrubland are probably slightly higher.

Gambel oak reproduces primarily by sprouting of new stems, especially after disturbances such as logging, fire, and grazing, although recruitment from seedlings does occur (Brown 1958, Harper et al. 1985). The extensive clonal root systems of Gambel oak is a primary

contributor to its ability to survive during periods when seedling establishment is impossible. Historic natural fire return intervals were on the order of 100 years in Mesa Verde (Floyd et al. 2000). Under conditions of low fire frequency, vulnerable newly sprouted stems are able to persist, and form dense thickets.

In general, the upper and lower elevational limits of Gambel oak shrubland are believed to be controlled by temperature and moisture stress. Neilson and Wullstein (1983) found that seedling mortality was primarily due to spring freezing, grazing, or summer drought stress. At more northern latitudes, the zone of tolerable cold stress is found at lower elevations, but, at the same time, the areas where summer moisture stress is tolerable are at higher elevations. Neilson and Wullstein (1983) hypothesize that the northern distributional limit of Gambel oak corresponds to the point where these two opposing factors converge. Oak shrublands are typically found in areas with mean annual temperatures between 7 and 10°C (Harper et al. 1985).

Non-oak dominated montane shrublands are of variable species composition, depending on site conditions such as elevation, slope, aspect, soil type, moisture availability, and past history. Species present may include mountain mahogany (*Cercocarpus montanus*), skunkbush sumac (*Rhus trilobata*) cliff fendlerbush (*Fendlera rupicola*), buckbrush (*Purshia tridentata*), wild crab apple (*Peraphyllum ramosissimum*), snowberry (*Symphoricarpos* spp.), and serviceberry (*Amelanchier* spp.), and chokecherry (*Prunus virginiana*). Most of these species reproduce both vegetatively and by seedling recruitment, as well as resprouting easily after fire. Variable disturbance patterns may account for the local dominance of a particular species (Keeley 2000). In higher mountain shrub communities, fire return intervals were 20-30 years. Although fire is an obvious source of disturbance in these shrublands, snowpack movements (creep, glide, and slippage) may also provide significant disturbance in slide-prone areas (Jamieson et al. 1996).

In general, stands of these deciduous shrublands in the San Juan / Tres Rios are thought to not be vulnerable to climate change. Oak shrublands in the study area are well within the central portion of the species' distribution. In some areas oak stands are vulnerable to increased prevalence of invasive species such as cheatgrass and knapweeds. Currently there are few invasives in the stands dominated by serviceberry and mahogany. Insect pests and affecting Gambel oak include the wood borer (*Agrilus quercicola*) and the oak leafroller (*Archips semiferana*). The western tent caterpillar (*Malacosoma californicum*) is a common defoliator of shrub species. Large outbreaks of these insects have historically been infrequent in Colorado oak and mixed mountain shrublands (USDA Forest Service 2010). These shrublands are highly fire tolerant. It is possible for this system to move up in elevation, especially if fires open up some of the adjacent forested ecosystems.

Oak and mixed mountain shrublands are important habitat for wildlife, especially mule deer, turkey, and black bear (Jester et al. 2012). Calorie-rich acorns are an important food source for both bears and turkeys. Although oaks are most likely to do well under climate change, droughts may reduce the frequency of establishment through seedling recruitment by reducing seedling survival (Neilson and Wullstein 1983). The larger acorn-producing stems also appear to be more vulnerable to drought induced mortality. Because oak is generally unpalatable to cattle, livestock grazing can facilitate the increase of oak cover at

the expense of understory grasses (Mandany and West 1983). Native mule deer, however, browse oak and mixed mountain shrub species during most seasons (Kufeld et al. 1973).

The climate-based models of Crookston et al. (2010) for Gambel oak shown below indicate a moderate reduction in area suitable for the species by 2060. Our analysis concludes that, when the ability of these shrubs to persist under disturbance is considered, oak is likely to remain generally in the study area at least for the period up to mid-century.

| **Oak & Mixed mountain shrub** | **Mean January temperature (°C)** | **Mean July temperature (°C)** | **Annual Precipitation (cm)** | **Growing Degree Days 0 (°C) base** | **Moisture Index (AET/PET)** |
|---|---|---|---|---|---|
| **Species in N. America (Thompson et al. 2000)** | | | | | |
| *Quercus gambelii* | -9 to 2 | 14 to 24 | 24 – 65 | | 0.32 – 0.83 |
| *Amelanchier utahensis* | -10 to 0 | 13 to 23 | 26 – 68 | | 0.37 – 0.84 |
| *Amelanchier alnifolia* | -25 to -5 | 12 to 21 | 34 - 107 | | 0.50 – 0.94 |
| **Ecosystem in SJTR** | | | | | |
| Oak | -5 to -3 | 15 to 19 | 51 - 76 | 2280 - 3130 | 0.51 - 0.74 |
| Mixed mountain shrub* | -8 to -3 | 10 to 19 | 46 - 113 | 1250 - 3155 | 0.49 - 0.87 |
| **Ecosystem on USFS/BLM** | | | | | |
| **Weather Stations** | | | | | |
| Durango (6,600 ft) | -4 | 20 | 48 | | |
| Pagosa Spgs. (7,110 ft) | -7 | 18 | 55 | | |
| Ft. Lewis (7,600 ft) | -5 | 18 | 45 | | |

| **Vulnerability Factor** | **Rating** | **Comments** |
|---|---|---|
| Restricted to high elevation | - | Not a concern. Currently found from 5,400-9,500 ft (generally below 12,000 ft) in the SJTR. |
| Narrow bioclimatic envelope | Low (Oak) | Demonstrated limiting combination of temperature and moisture stress. |
| Vulnerable to increased pest attacks | Low (Oak) | Infestations of defoliating insects are sporadic, but could increase with changing climate. |
| Vulnerable to increased grazing/browsing | Medium | Interaction with increased fire frequency could increase mule deer browsing. |
| Vulnerable to increased invasive species and encroachments from natives | Medium (mixed shrub) | Lower elevation areas are vulnerable to cheatgrass and knapweed invasion. |
| Barriers to dispersal | - | None known, although oak seedling recruitment is |

| | | |
|---|---|---|
| | | currently sporadic at edge of range. |
| Vulnerable to fire | - | Most species able to regenerate post-fire. |
| Vulnerable to drought | Low | Seedlings and older stems most vulnerable to drought. |
| Vulnerable to timing of snowmelt | Low (Oak) | Early snowmelt could increase late growing season moisture stress. |
| Vulnerable to phenologic change | - | Not a concern. Earlier average dates of last spring frost would benefit oak. |
| Non-climate abiotic stressors | - | In good condition, with limited fragmentation. |




**Figure 19**. Predicted suitable habitat for Gambel oak (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010).

## PONDEROSA PINE

In the San Juan / Tres Rios these matrix-forming forests occur at the lower treeline transition between pinyon-juniper woodlands, grasslands or shrublands and the more mesic coniferous forests above. Healthy ponderosa pine forests often consist of clumps of even-aged trees of various ages with an open fire tolerant grassy understory, or an understory of Gambel oak/mountain shrubland. Frequent, low-intensity ground fires are typical in these forests. In stands where the natural fire regime still occurs, shrubs, understory trees and downed logs are less frequent. A century of human development and fire suppression has resulted in a higher density of ponderosa pine trees in many areas.

*Characteristic species: Pygmy nuthatch, Western bluebird, Abert's squirrel, Flammulated owl*

| | |
|---|---|
| **Current condition** | **Good** |
| **Exposure** | Warming trend expected across entire ecosystem range, with winter daily maximum temperatures increasing the most within the distribution of this ecosystem. Precipitation changes uncertain, but may be greatest in some parts of the distribution of this ecosystem. |
| **Sensitivity** | Increased drought may drive fires and insect outbreaks. Relative proportions of component species may change. |
| **Adaptive capacity** | Well adapted to warm, dry conditions, and able to establish on a variety of substrates, especially if precipitation not drastically changed. More fire tolerant than some other forest types. |
| **Vulnerability** | **Presumed Stable** |
| **Confidence** | **Medium** |

Ponderosa pine forms a broad zone of coniferous forest along the southern flank of the San Juan Mountains in the San Juan / Tres Rios, generally at elevations between 6,750 and 8,750 (mean 7,715 ft). Nearly all (94%) ponderosa stands in the area are below 8,500 ft. At the upper elevation, ponderosa pine will be mixed with Douglas fir and white fir. At lower elevations, Rocky Mountain juniper may be present. Annual precipitation is similar to that for warm-dry mixed conifer and oak shrubland , with a range of 18.9- 35.8 in (48-91 cm) and a mean of 24.5 in (62.5 cm). Stands above 8,500 ft are cooler and wetter, with mean annual precipitation of 30.7 in (78 cm), compared to 24.2 in (61.5 cm) for lower elevation stands.

Ponderosa pine is able to tolerate fairly warm temperatures (including annual extremes up to 110°F ), but soil moisture are likely to limit growth under dry conditions (Oliver and Ryker 1990). Although seeds are typically not dispersed very far, ponderosa pine is often present in warm-dry mixed conifer stands; these areas may provide a seed bank for

regeneration or a shift to ponderosa pine. Optimal germination and establishment conditions occur when temperatures are above 50°F and monthly precipitation is greater than 1 inch (Shepperd and Battaglia 2002). In lower elevation ponderosa woodlands of the Colorado Front Range, episodic recruitment of ponderosa pine was associated with high spring and fall moisture availability during El Niño events (League and Veblen 2006). A correlation between drought and low rates of ponderosa seedling recruitment has also been identified throughout the western Great Plains (Kaye et al. 2010). Drought in combination with future projected higher temperatures is likely to reduce ponderosa pine regeneration, especially in drier, lower elevation areas. The work of Brown and Wu (2005) suggests that coincident conditions of sufficient moisture and fewer fires are important for widespread recruitment episodes of ponderosa pine; such conditions may become less likely under future climate scenarios.

Although climate change may alter fire regimes slightly by affecting the community structure, fire is not expected to have a severe impact in the future for these stands, and may actually be beneficial in some areas if it restores some pre-settlement conditions (Covington and Moore 1994). These forests are susceptible to outbreaks of the mountain pine beetle and mistletoe infestations, all of which may be exacerbated by increased drought. Impacts of native grazers or domestic livestock could also alter understory structure and composition, and have the potential to negatively impact soil stability (Allen et al. 2002). While ponderosa pine forests may be able to expand upwards in elevation or remain in the same vicinity if precipitation doesn't drastically change, the density of some stands may decrease due to a reduction in available soil moisture. Stands of lower elevations and southwestern-facing slopes are most likely to experience reduced extent of ponderosa pine forests, with the potential for replacement by grassland, shrubland or pinyon-juniper woodland.

The climate-based model of Crookston et al. (2010) shown below indicate a changed distribution of suitable habitat for ponderosa pine by 2060, especially in the eastern portion of the San Juan / Tres Rios area. Because acreage suitable for ponderosa may actually increase in some areas, we conclude that this ecosystem is likely to be stable in the period up to the mid-century.

| **Ponderosa**<br><br>**High and low** | **Mean January temperature (°C)** | **Mean July temperature (°C)** | **Annual Precipitation (cm)** | **Growing Degree Days**<br><br>**0 (°C) base** | **Moisture Index (AET/PET)** |
|---|---|---|---|---|---|
| **Species in N. America (Thompson et al. 2000)** | | | | | |
| *Pinus ponderosa* | -9 to 7 | 14 to 23 | 33 - 108 | | 0.44 - 0.88 |
| **Ecosystem in SJTR** | | | | | |
| Above 8,500 ft. | -6 to -4 | 14 to 16 | 67 - 87 | 2010 - 2480 | 0.64 – 0.83 |
| Below 8,500 ft. | -5 to -3 | 16 to 19 | 52 - 72 | 2465 - 3110 | 0.52 – 0.70 |
| **Ecosystem on USFS/BLM** | | | | | |
| **Weather Stations** | | | | | |
| Durango (6,600 ft) | -4 | 20 | 48 | 3799 | |
| Mancos (6,910 ft) | -3 | 20 | 43 | 3764 | |

| | | | | | |
|---|---|---|---|---|---|
| Pagosa Spgs. (7,110 ft) | -7 | 18 | 55 | 2963 | |
| Ft. Lewis (7,600 ft) | -5 | 18 | 45 | 3179 | |

| **Vulnerability Factor** | **Rating** | **Comments** |
|---|---|---|
| Restricted to high elevation | - | Not a concern. Currently found from 6,500-8,750 ft (mean 7,715 ft) in the SJTR. |
| Narrow bioclimatic envelope | Low | Soil moisture may limit expansion. |
| Vulnerable to increased pest attacks | Medium | Outbreaks may be facilitated by drought. |
| Vulnerable to increased grazing/browsing | Low | Grazing may impact soil stability and increase the presence of exotic species in the understory. |
| Vulnerable to increased invasive species and encroachments from natives | Low | Weed encroachment is a concern and can change fire frequency. |
| Barriers to dispersal | - | None known. |
| Vulnerable to fire | Medium | Adapted to variable intensity fire regime. |
| Vulnerable to drought | Low | Increased drought increases fire vulnerability. |
| Vulnerable to timing of snowmelt | - | Not especially vulnerable to changes in snowmelt as most of the current precipitation is in the form of rain. |
| Vulnerable to phenologic change | - | Not a concern. |
| Non-climate abiotic stressors | - | Energy development is a factor in fragmentation of these forests in southern Colorado. |




**Figure 20**. Predicted suitable habitat for ponderosa pine current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010).

## PINYON-JUNIPER

This is the characteristic system of Colorado's western mesas and valleys, where it is typically found at lower elevations (ranging from 4,900 - 8,000 ft) on dry mountains and foothills. Pinyon pine and Utah, one seed, or Rocky Mountain juniper form the canopy. These woodlands often occur in a mosaic with other systems, including sagebrush, oak, and semi-desert shrublands. The understory is highly variable, and may be shrubby, grassy, sparsely vegetated, or rocky. Severe climatic events occurring during the growing season, such as frosts and drought, are thought to limit the distribution of pinyon-juniper systems to the relatively narrow altitudinal belts that they occupy.

*Characteristic species:* *Plumbeous vireo – (Gray flycatcher, black-throated gray warbler, Bushtit, Pinyon Jay)*

| | |
|---|---|
| **Current condition** | **Fair to Good** |
| **Exposure** | Warming trend expected across entire ecosystem range, with winter daily maximum temperatures increasing the most within the distribution of this ecosystem. Precipitation changes uncertain, but may be greatest in some parts of the distribution of this ecosystem. |
| **Sensitivity** | Many stressors to pinyon-juniper woodland are exacerbated by warming temperatures. |
| **Adaptive capacity** | Pinyon and juniper have large ecological amplitudes, and have previously been successful in expanding into extensive areas of the southwest. Juniper appears to be more resistant to drought. |
| **Vulnerability** | **Moderately vulnerable** |
| **Confidence** | **Low** |

Pinyon-juniper forms the characteristic woodland of warm, dry lower elevations in the San Juan / Tres Rios, and this type occupies substantial acreage. Stands are generally a mix of pinyon (*Pinus edulis*) and Utah juniper (*Juniperus osteosperma*). In lower elevations, one-seed juniper (*J. monosperma*) may dominate, and at upper elevations Rocky Mountain juniper (*J. scopulorum*) can dominate in stands mixing with ponderosa pine. Elevations are generally between 5,400 and 7,650 ft, with a mean of about 6,600 ft. Annual precipitation is 11.8-23.6 in (30-60 cm), with a mean of 17.2 in (43.7 cm), similar to sagebrush shrubland.

These evergreen woodlands are adapted to cold winter minimum temperatures and low rainfall and are often transitional between grassland or desert shrubland and montane conifer ecosystem (Brown 1994, Peet 2000). Since the last major glacial period, the distribution and relative abundance of the characteristic tree species has fluctuated dynamically with changing climatic conditions. Warming conditions during the past two centuries, together with changing fire regime, livestock grazing, and atmospheric pollution increased the ability of this ecosystem to expand into neighboring communities, at both higher and lower elevations (Tausch 1999). Variable disturbance and site conditions across

the distribution of this ecosystem have resulted in a dynamic mosaic of interconnected communities and successional stages across the landscape that may be naturally resilient.

Barger et al. (2009) found that pinyon growth was strongly dependent on sufficient precipitation prior to the growing season (winter through early summer), and cooler June temperatures. Both of these variables are predicted to change in a direction that is less favorable for pinyon. Drought can result in widespread tree die-off, especially of the more susceptible pinyon pine (Breshears et al. 2008). Clifford et al. (2013) detected a strong threshold at 60 cm cumulative precipitation over a two-year drought period (i.e., essentially normal annual precipitation for pinyon pine). Sites above this threshold experienced little pinyon die-off, while sites receiving less precipitation included areas with high levels of mortality. Mortality of pinyon trees was extensive in the area during the 2002-2003 drought and bark beetle outbreak, but in areas where juniper and shrub species provide microsites for seedling establishment pinyon may be able to persist (Redmond and Barger 2013). Patterns of precipitation and temperature (i.e., cool, wet periods) appear to be more important in recruitment events than history of livestock grazing (Barger et al. 2009).

Extended drought can also increase the frequency and intensity of insect outbreaks and wildfire. Pinyon are susceptible to the fungal pathogen *Leptographium wageneri* var. *wageneri*, which causes black stain root disease, and to infestations of the pinyon ips bark beetle (*Ips confusus*)(Kearns and Jacobi 2005). The differential susceptibility of pinyon and juniper could eventually result in these woodlands being dominated by juniper.

Pinyon pine stands are slow to recover from intense fires; the species reproduces only from seed and recovery is dependent on seed sources and/or adequate dispersal. Juniper are also slow-growing, and susceptible to being killed by fire. At Mesa Verde National Park, where pinyon-juniper woodlands have burned in five large fires since 1930, trees have not yet reestablished. It is not known why trees have not been successful in these areas, which are now occupied by shrubland (Floyd et al. 2000).

The climate-based models of Crookston et al. (2010) shown below project a substantial reduction in area suitable for pinyon pine in the San Juan / Tres Rios area, and a slight decline for juniper species by 2060, generally in agreement with our assessment that these woodlands are moderately vulnerable and could eventually become dominated by juniper.

| **Pinyon-juniper** | **Mean January temperature (°C)** | **Mean July temperature (°C)** | **Annual Precipitation (cm)** | **Growing Degree Days 0 (°C) base** | **Moisture Index (AET/PET)** |
|---|---|---|---|---|---|
| **Species in N. America (Thompson et al. 2000)** | | | | | |
| *Pinus edulis* | -7 to 2 | 18 to 23 | 22 - 46 | | 0.29 – 0.68 |
| *Juniperus osteosperma* | -8 to 1 | 17 to 24 | 18 - 50 | | 0.26 – 0.65 |
| *Juniperus scopulorum* | -12 to -2 | 11 to 21 | 31 - 92 | | 0.42 – 0.93 |
| **Ecosystem in SJTR** | -1 to -3 | 19 to 22 | 35 - 53 | 3110 - 3925 | 0.36 – 0.55 |
| **Ecosystem on USFS/BLM** | | | | | |
| **Weather Stations** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Durango (6,600 ft) | -4 | 20 | 48 | 3799 | |
| Mancos (6,910 ft) | -3 | 20 | 43 | 3764 | |
| Mesa Verde NP (7,110 ft) | -2 | 22 | 46 | 4668 | |

| Vulnerability Factor | Rating | Comments |
|---|---|---|
| Restricted to high elevation | - | Not a concern. Currently found from 5,000- 8,000 ft (mean 6,610 ft) in the SJTR. |
| Narrow bioclimatic envelope | Low | Relatively narrow in study area. |
| Vulnerable to increased pest attacks | High | Mediated by increased drought |
| Vulnerable to increased grazing/browsing | - | Not a concern. |
| Vulnerable to increased invasive species and encroachments from natives | - | Invasive annual grass in understory may change fire patterns somewhat. |
| Barriers to dispersal | Medium | Very slow migration into new areas, but able to establish seedlings in suitable microsites. |
| Vulnerable to fire | Medium | Driven by increased drought. |
| Vulnerable to drought | Medium | Drought may alter species composition. |
| Vulnerable to timing of snowmelt | - | Unknown. |
| Vulnerable to phenologic change | - | Not a concern. |
| Non-climate abiotic stressors | Low | Energy and exurban development have contributed to fragmentation. |




**Figure 21**. Predicted suitable habitat for pinyon pine current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010).




**Figure 22**. Predicted suitable habitat for Rocky Mountain juniper current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010).




**Figure 23**. Predicted suitable habitat for Utah juniper current (to 1990) and future (2060) conditions as modeled under CGCM3 GCM, A2 scenario (Crookston et al. 2010).

## SAGEBRUSH

Sagebrush shrublands occur throughout much of the western United States, where they are typically found in broad basins between mountain ranges, on plains and foothills. In western Colorado these shrublands are at the southeastern edge of the current ecosystem distribution (they are far more extensive in Nevada and Wyoming). Big sagebrush (*Artemisia tridentata* ssp. *tridentata*) shrublands are characterized by stands of taller sagebrush species with a significant herbaceous understory, and are generally found at elevations from 5,000 to 7,500 feet. The presence of the taller sagebrush species distinguishes these shrublands from the often adjacent montane sagebrush shrublands. Montane sagebrush stands in Colorado are found at elevations from 7,000 to 10,000 feet, typically on deep-soiled to stony flats, ridges, nearly flat ridgetops, and mountain slopes. These montane shrublands have a fairly dense canopy usually dominated by *Artemisia tridentata* ssp. *vaseyana* and a well-vegetated understory of grasses and forbs.

*Characteristic species:* *Brewer's sparrow, Sage sparrow, Sage thrasher, Green-tailed towhee, Gunnison sage grouse, Gunnison's prairie dogs, Pronghorn*

| | |
|---|---|
| **Current condition** | **Fair to Good** |
| **Exposure** | Temperature increase predicted for entire distribution of this ecosystem. Precipitation change unclear. |
| **Sensitivity** | Seasonal timing of precipitation is important. Summer moisture stress may be limiting. Increased drought may increase fire frequency/severity. Increasing temperature may allow the invasion of frost-sensitive shrub species. |
| **Adaptive capacity** | Unknown |
| **Vulnerability** | **Moderately vulnerable** |
| **Confidence** | **Low** |

The climate envelope of sagebrush shrublands in the San Juan / Tres Rios is broadly similar to that of pinyon-juniper woodlands, and the two types are widely interspersed. These shrublands are most prevalent in the lower elevations around Mesa Verde west to Ignacio, in the vicinity of Sleeping Ute mountain, and in the salt anticline valleys to the north of Dove Creek. Elevations range from 5,400 to 8,000 ft, with a mean of 6,630 ft. Stands are also often intermingled with desert shrubland or grassland. Precipitation for this type is similar to pinyon-juniper, with an annual range of 12.2-25.2 in (31-64 cm) and a mean of 17.2 in (43.8 cm).

Schlaepfer et al. (2012) modeled future distribution of the big sagebrush ecosystem in the western U.S. Over the entire study area, sagebrush distribution was predicted to decrease, especially under higher $CO_2$ emissions scenarios. The strongest decreases are in the



FS-003299

southern part of the range, while the distribution is predicted to increase at higher elevations and in more northern areas.

Because these are shrublands of lower elevations, they are not expected to be limited by a requirement for cooler, high elevation habitat. Bradley (2010) points out that sagebrush shrublands in the western U.S. are currently found across a wide latitudinal gradient (from about 35 to 48 degrees north latitude), which suggests adaptation to a correspondingly wide range of temperature conditions. However, because these shrublands are apparently able to dominate a zone of precipitation between drier saltbush shrublands and higher, somewhat more mesic pinyon-juniper woodland, the distribution of sagebrush shrublands is likely to be affected by changes in precipitation patterns (Bradley 2010). Although sagebrush is generally a poor seeder, with small dispersal distances, there are no apparent barriers to dispersal for these shrublands. These stands may also be somewhat vulnerable to changes in phenology.

Other stressors for sagebrush shrublands are invasion by cheatgrass and expansion of pinyon-juniper woodlands. Warmer, drier sites (typically found at lower elevations) are more invasible by cheatgrass (Chambers et al. 2007). There is a moderate potential for invasion by knapweed species, oxeye daisy, leafy spurge, and yellow toadflax under changing climatic conditions, and a potential for changing fire dynamics to affect the ecosystem. There is no information on the vulnerability of this ecosystem in Colorado to insect or disease outbreak, although severe outbreaks of the sagebrush-defoliating moth *Aroga websteri* have been recorded further west in the Great Basin (Bentz et al. 2008). Grazing by large ungulates (both wildlife and domestic livestock) can change the structure and nutrient cycling of sagebrush shrublands (Manier and Hobbs 2007), but the interaction of grazing with other disturbances such as fire and invasive species under changing climatic conditions appears complex (e.g. Davies et al. 2009) and not well studied in Colorado.

Although sagebrush tolerates dry conditions and fairly cool temperatures it is not fire adapted, and is likely to be severely impacted by intense fires that enhance wind erosion and eliminate the seed bank (Schlaepfer et al. 2014). Increased fire frequency and severity in these shrublands could result increasing area dominated by exotic grasses, especially cheatgrass (D'Antonio and Vitousek 1992, Shinneman and Baker 2009).

| **Sagebrush** | **Mean January temperature (°C)** | **Mean July temperature (°C)** | **Annual Precipitation (cm)** | **Growing Degree Days 0 (°C) base** | **Moisture Index (AET/PET)** |
|---|---|---|---|---|---|
| **Species in N. America (Thompson et al. 2000)** | | | | | |
| *Artemisia tridentata* | -10 to -1 | 16 to 23 | 20 - 55 | | 0.27 - 0.64 |
| **Ecosystem in SJTR** | -4 to -1 | 18 to 22 | 34-56 | 2860 - 3960 | 0.37 - 0.62 |
| **Ecosystem on USFS/BLM** | | | | | |
| **Weather Stations** | | | | | |
| Cortez (6,210 ft) | -3 | 22 | 33 | 4506 | |
| Ignacio (6,420 ft) | -5 | 20 | 37 | 3796 | |

| | | | | | |
|---|---|---|---|---|---|
| Yellow Jacket (6,860 ft) | -3 | 22 | 40 | 4341 | |

| Vulnerability Factor | Rating | Comments |
|---|---|---|
| Restricted to high elevation | - | Not a concern. Currently found from 4,980-8,700 ft (mean 6,630 ft) in the SJTR. |
| Narrow bioclimatic envelope | Low | This ecosystem in the San Juan / Tres Rios is near the southeastern edge of the species range. |
| Vulnerable to increased pest attacks | - | Not a concern. |
| Vulnerable to increased grazing/browsing | Low | Potential changes in structure and function . |
| Vulnerable to increased invasive species and encroachments from natives | Medium | Invasion by exotic understory species, and by native tree species. |
| Barriers to dispersal | - | None known. |
| Vulnerable to fire | Medium | Not fire adapted, increased fire severity and frequency could drastically alter this ecosystem. |
| Vulnerable to drought | Medium | Most vulnerable on shallower soils. |
| Vulnerable to timing of snowmelt | Low | Most vulnerable at higher elevations. |
| Vulnerable to phenologic change | - | Not a concern. |
| Non-climate abiotic stressors | Medium | Habitat fragmentation by agriculture, energy development and exurban development. |

## DESERT GRASSLAND

The driest grasslands of the intermountain western U.S. occur on xeric sites on a variety of landforms, including swales, playas, mesas, alluvial flats, and plains where it is often found as large patches in mosaics with shrubland systems dominated by sagebrush, saltbush, blackbrush, mormon-tea, and other shrub species. Colorado's semi-desert grasslands are found primarily on dry plains and mesas of the west slope at elevations of 4,750-7,600 feet. These grasslands are typically dominated by drought-resistant perennial bunch grasses such as bluebunch wheatgrass, blue grama, galleta grass, and needle-and-thread, and may include scattered shrubs.

*Characteristic species:* *Prairie dogs, burrowing owls, and small ground dwelling mammals*

| | |
|---|---|
| **Current condition** | **Poor to Fair** |
| **Exposure** | Temperature increases predicted to be greatest within the distribution of this ecosystem. Precipitation may decrease in summer. |
| **Sensitivity** | Unknown. |
| **Adaptive capacity** | Well adapted to warm, dry conditions, but already heavily impacted in many areas, which may decrease resilience. |
| **Vulnerability** | **Highly vulnerable** |
| **Confidence** | **Low** |

Areas that previously supported desert grasslands in the San Juan / Tres Rios have been largely converted to agricultural use. Scattered grass-dominated stands remain in elevations below 7,000 ft, where they are often intermixed with shrubland or shrub-steppe. Typical dominant grass species are bluebunch wheatgrass (*Pseudoroegneria spicata*), blue grama (*Bouteloua gracilis*), James' galleta *(Pleuraphis jamesii*), and needle and thread (*Hesperostipa comata*). Grasslands at higher elevations are primarily montane types, discussed above. Annual precipitation is 10.6-23.2 in (27-59 cm) with a mean of 15.68 in (39.8 cm), slightly higher than that of desert shrublands. The climate range of these grasslands is similar to that of desert shrublands, but with somewhat cooler summer and winter temperatures.

Precipititaion and temperature patterns apparently contribute to some grassland processes. Desert grassland species are generally drought tolerant (Dick-Peddie 1993). Desert grasslands are the driest of North American grasslands, and experience the longest growing season. Soils are typically aridisols, which are dry for most of the year, even during the growing season, and there is little infiltration of water into the soil (Sims and Risser 2000). Changes in the timing and amount of precipitation can affect the structure and persistence of grasslands. With their comparitively shallower root systems, grasses have an advantage over shrubs on shallow, poorly drained soils, whereas shrubs are favored on deeper soils where winter precipitation can penetrate deeply into the soil. Because shrubs are $C_3$ plants with higher cool-season activity (Asner and Heidebrecht 2005) they are able

to utilize winter precipitation to a greater extent than are warm-season grasses. Sims and Risser (2000) report that a mean annual temperature of 10°C is a threshold between grasslands dominated by cool-season ($C_3$) grasses and those dominated by warm-season ($C_4$) species. However, Munson et al. (2011) report a decline in perennial vegetation cover in grasslands of the Colorado Plateau with increases in temperature.

Remnant stands of desert grasslands have been highly altered by livestock grazing, and it is likely that grasslands formerly occupied some sites that are now covered by pinyon-juniper or shrubland (Dick-Peddie 1993). Grazing by domestic livestock can also influence the relative proportion of cool- vs. warm-season grasses, or favor the increase of woody shrub species.

These grasslands are vulnerable to invasion by exotic species, particularly cheatgrass. Extended drought can lead to widespread mortality of perennial grasses and allow the invasion of cheatgrass. Although frequent fires in grasslands may have been common historically, the introduction of cheatgrass has altered the dynamics of the system, and fire often results in cheatgrass dominance. Once overtaken by cheatgrass, more frequent fires are encouraged by the dry flammable material, leading to further domination by cheatgrass. Even a few cheatgrass plants in a stand will produce enough seed to dominate the stand within a few years after fire.

| **Desert grassland** | **Mean January temperature (°C)** | **Mean July temperature (°C)** | **Annual Precipitation (cm)** | **Growing Degree Days 0 (°C) base** | **Moisture Index (AET/PET)** |
|---|---|---|---|---|---|
| **Ecosystem in SJTR** | -3 to 0 | 19 to 24 | 29 - 53 | 3190 - 4325 | 0.31 - 0.58 |
| **Ecosystem on USFS/BLM** | | | | | |
| **Weather Stations** | | | | | |
| Cortez (6,210 ft) | -3 | 22 | 33 | 4506 | |
| Yellow Jacket (6,860 ft) | -3 | 22 | 40 | 4341 | |

| **Vulnerability Factor** | **Rating** | **Comments** |
|---|---|---|
| Restricted to high elevation | - | These are grasslands of lower elevations. |
| Narrow bioclimatic envelope | - | Not a concern. |
| Vulnerable to increased pest attacks | - | No information available. |
| Vulnerable to increased grazing/browsing | Low | Grazing may alter species composition, or encourage conversion to shrubland, but is not likely to increase dramatically under climate change. |

| Vulnerability Factor | Rating | Comments |
|---|---|---|
| Vulnerable to increased invasive species and encroachments from natives | High | Cheatgrass invasion is the primary threat. |
| Barriers to dispersal | - | None known. |
| Vulnerable to fire | - | Increased cover of cheatgrass could alter fire frequency. |
| Vulnerable to drought | High | Extended drought reduces vegetation cover and may facilitate cheatgrass invasion. Areas of deeper soils may convert to shrubland. |
| Vulnerable to timing of snowmelt | - | Unknown. |
| Vulnerable to phenologic change | - | Not a concern. |
| Non-climate abiotic stressors | High | These grasslands are highly fragmented and altered. |

## DESERT SHRUBLAND

Desert shrubland communities occur throughout the intermountain western U.S., and are typically open-canopied shrublands dominated by saltbush species or other shrubs tolerant of saline or alkaline soils typically derived from marine shales, siltstones and clay. These sparse to moderately dense low-growing shrublands are widespread at lower elevations in Colorado's western valleys. These shrublands occur primarily between 4,500 and 7,000 feet, although shrub-steppe may extend up to 9,500 feet in some areas. Grasses and forbs are generally sparse except in steppe areas transitional with grassland, and dominated by species tolerant of harsh soils. Some areas are essentially barren, or very sparsely vegetated. Pinyon-juniper woodlands and sagebrush shrublands commonly are adjacent at the upper elevations. Climate is generally arid or semi-arid with extreme temperature differences between summer and winter.

Characteristic species: Rare plant species, Loggerhead shrike, Ferruginous Hawk (wintering)

| | |
|---|---|
| **Current condition** | **Fair to Good** |
| **Exposure** | Temperature increases predicted to be greatest within the distribution of this ecosystem. Precipitation may decrease in summer. |
| **Sensitivity** | Unknown. |
| **Adaptive capacity** | Well adapted to warmer, drier conditions. Dominant species may be able to utilize both groundwater and precipitation. |
| **Vulnerability** | **Moderate increase** |
| **Confidence** | **High** |

Desert shrublands in the San Juan / Tres Rios area are generally restricted to elevations below 7,000 ft, and are most extensive in the southwestern corner of Colorado on Ute Mountain Ute tribal lands, and on valley floors of the salt anticlines (Disappointment Valley, Paradox Valley, and Dry Creek Basin) to the north. Saltbush and greasewood are typical dominant species. This is typically a system of extreme climatic conditions, with warm to hot summers and freezing winters. Annual precipitation is 8.6 - 20.1 in (22-51 cm) with a mean of 12.8 in (33 cm). The climate range of these shrublands is similar to that of desert grasslands, but with lower mean annual precipitation, and generally warmer winter and summer temperatures.

Munson et al. (2011) found decreased canopy cover in *Atriplex* shrublands with increasing temperature, which they attributed to increased evaporation and reduced water availability in the shale-derived soils. Thus, although these shrublands may be able to tolerate higher temperatures only when precipitation is adequate. However, in some semi-arid and arid systems, temporal variation in water availability may create positive feedbacks that facilitate encroachment of C3 woody plant species into areas formerly dominated by C4 grasses. Other desert shrub species with deeper root systems (e.g., blackbrush, greasewood, mormon tea, sagebrush) are better adapted to expand into grassy

areas than relatively shallow-rooted *Atriplex* species (Munson et al. 2011). Further differentiation between shrub species in the ability to utilize rainfall during particular seasons (Lin et al. 1996) may lead to changes in species composition in these shrublands. Shadscale saltbush (*A. confertifolia*) and other desert shrubs are typically dependent on spring soil moisture for growth, and have low metabolic activity during summer as the soil dries (Mata-González et al. 2014).

Where substrates are shallow fine-textured soils developed from shale or alluvium the naturally sparse plant cover makes these shrublands especially vulnerable to water and wind erosion, especially if vegetation has been depleted by grazing or disturbances, including fire. Historically, salt desert shrublands had low fire frequency (Simonin 2001). Desert shrublands typically have low fuel mass and low soil moisture, which tends to mitigate fire impacts (Allen et al. 2011). In the Great Basin, cheatgrass has demonstrably increased fire activity in sagebrush shrublands (Balch et al. 2013), but less is known about fire-sensitivity of these saline desert types. Fire tolerance of *Atriplex* species is varied; most surviving individuals are able to resprout. Fourwing saltbush (*Atriplex canescens*) in New Mexico had severe mortality from fire (62% killed), but surviving shrubs quickly resprouted and eventually recovered prefire stature (Parmenter 2008). Many of the dominant shrubs are palatable to domestic livestock.

| **Desert shrubland** | **Mean January temperature (°C)** | **Mean July temperature (°C)** | **Annual Precipitation (cm)** | **Growing Degree Days 0 (°C) base** | **Moisture Index (AET/PET)** |
|---|---|---|---|---|---|
| **Ecosystem in SJTR** | -3 to 0 | 20 to 25 | 24 - 44 | 3390 - 4600 | 0.25 - 0.48 |
| **Ecosystem on USFS/BLM** | | | | | |
| **Weather Stations** | | | | | |
| Cortez (6,210 ft) | -3 | 22 | 33 | 4506 | |

| **Vulnerability Factor** | **Rating** | **Comments** |
|---|---|---|
| Restricted to high elevation | - | Not a concern. Currently found from 4,750-7,500 ft (mean 5,650 ft) in the SJTR. |
| Narrow bioclimatic envelope | - | Not a concern. |
| Vulnerable to increased pest attacks | - | No information available. |
| Vulnerable to increased grazing/browsing | - | Grazing could be an added stress. |
| Vulnerable to increased invasive species and encroachments from | Low | Invasive exotic plant species of concern are Russian knapweed and cheatgrass. |

| Vulnerability Factor | Rating | Comments |
|---|---|---|
| natives | | |
| Barriers to dispersal | - | None known. |
| Vulnerable to fire | - | Not a concern unless significant cover of cheatgrass is present to carry fire. |
| Vulnerable to drought | Low | Primarily on fine-textured, alkaline soils. |
| Vulnerable to timing of snowmelt | - | Unknown. |
| Vulnerable to phenologic change | - | Not a concern. |
| Non-climate abiotic stressors | Low | Habitat fragmentation by energy development. |

## RIPARIAN / WETLAND / FEN

Riparian and wetland areas are found at all elevations. Smaller (1st and 2nd order) streams at higher elevations include upper montane, alpine and subalpine riparian, generally found above 8,500 ft. Vegetation is riparian shrublands occurring as narrow bands of shrubs lining streambanks and alluvial terraces in narrow to wide, low-gradient valley bottoms and floodplains with sinuous stream channels. Many of the plant associations found within this system are associated with beaver activity. This system often occurs as a mosaic of multiple communities that are shrub- and herb-dominated and includes above-treeline, willow-dominated, snowmelt-fed basins that feed into streams. High-elevation, groundwater-dependent wetlands include fens, seeps and springs, and other wetlands above about 9,000 ft that are not strongly associated with stream systems. At montane elevations from about 7,500 to 9,000 ft, riparian areas consist of seasonally flooded forests and woodlands where snowmelt moisture in may create shallow water tables or seeps for a portion of the growing season. At lower montane elevations and below, riparian areas are typically a mosaic of multiple communities that may be tree-dominated with a diverse shrub component. These areas are dependent on a natural hydrologic regime, especially annual to episodic flooding. Occurrences are found within the flood zone of rivers, on islands, sand or cobble bars, and immediate streambanks. ). Other wetlands, not always associated with streams and riparian areas include perennial and intermittent riverine wetlands, wet meadows, emergent, forested, scrub-shrub, and other wetland types.

*Characteristic species:* *Boreal toad*

| | |
|---|---|
| **Current condition** | **Very good at higher elevations to fair in low elevations** |
| **Exposure** | Warming trend across the entire range of the ecosystem. Decreased precipitation in some areas. |
| **Sensitivity** | Most sensitive to reduction in water availability. Highest elevation species may have more sensitivity to increased temperature. |
| **Adaptive capacity** | Wide ecological amplitude. The typically small size of occurrences may make it easier to implement mitigation projects. |
| **Vulnerability** | High elevation riparian/wetland: **Moderately vulnerable**<br>Fens: **Moderately vulnerable**<br>Lower elevation riparian/wetland: **Highly vulnerable** |
| **Confidence** | **Medium** |

In the San Juan / Tres Rios, riparian and wetland ecosystems (Figure 24) include groundwater-fed fens, surface runoff dependent wetlands, and riparian areas of both high and low elevations. At montane and lower elevations (below about 8,500 ft), major stream and rivers in the study area are often highly modified by dams and diversions. The major impoundments in the area are McPhee, Vallecito, Lemon, Williams, and Navajo reservoirs. Dams and other diversions alter the natural hydrograph, modifying or reducing annual

peak flows in many lower elevation tributaries. Water withdrawal for irrigation also alters groundwater levels and patterns of recharge, with consequent effects on associated riparian and wetland ecosystems.




**Figure 24.** Wetlands that have been mapped in the San Juan / Tres Rios (extent exaggerated for display). Not all areas have been thoroughly mapped.

The structure and species composition of riparian areas is closely tied to elevation, slope, and annual patterns of snowmelt and runoff, as well as periodic flooding produced by extreme storm events. The upper montane streams are dominated by narrowleaf cottonwood, thinleaf alder, mountain ash, and coyote willow. Low elevation rivers have riparian areas dominated by Fremont cottonwood, coyote willow, and tamarisk. Native cottonwood and willow species are adapted to flooding and also have some physiological mechanisms to cope with drought stress (Amlin and Rood 2002, Rood et al. 2003). However, riparian species are generally dependent on shallow alluvial groundwater in the rooting zone; abrupt or prolonged reductions in this source of moisture can have a severe impact on the persistence of riparian vegetation. Peak flow timing can affect the structure and composition of riparian vegetation through its action on seed dispersal and sediment movement (Perry et al. 2012). Although snowmelt timing has already become detectably earlier in southwestern Colorado (Clow 2010), it is not known how this trend will affect the composition and persistence of riparian vegetation. As a consequence of earlier peak flows, low flows are longer and lower during the summer, which could affect riparian vegetation by lowering the water table, resulting in water stress for some species. The projected increase in extreme storm events would cause more scouring of stream banks.

Riparian communities at lower elevations in the San Juan / Tres Rios have already been affected by the invasion of non-native shrub species (especially tamarisk), and future conditions are expected to be favorable for tamarisk to persist (Bradley et al. 2009). High elevation areas are currently generally free of invasive exotic plants. Grazing by domestic livestock is also a stressor for many riparian areas at all except the highest elevations.

Wetlands are defined in law as "an area typically flooded or saturated with sufficient frequency and/or duration, with surface water or groundwater, that these areas support mostly vegetation adapted for growth in soils that are saturated under normal circumstances" (40 CFR 230). Not all wetlands are associated with streams and riparian areas. Within the San Juan / Tres Rios, wetlands include perennial and intermittent riverine wetlands, wet meadows, emergent, forested, scrub-shrub, and other wetland types. Wetlands may include bog birch, sedge, rushes, cattails and bullrush. Wetlands are also variable in the seasonal extent and duration of flooding. In the San Juan / Tres Rios, fens (peatlands supported by groundwater input, and not completely dependent on precipitation) are an important component of subalpine wetlands (Chimner et al. 2010). Both temperature and precipitation can affect the presence and extent of wetlands on the landscape. Warmer, drier conditions are likely to lead to lower groundwater levels, at least during certain seasons, and can have a negative impact on these ecosystems. Earlier spring run-off would result in drying conditions by late summer, possibly reducing the size of existing wetlands. Similarly, wetlands currently supported by late-melting snowfields are likely to dry sooner than under current conditions.

Other wetland stressors include roads, development (especially recreational), diversions, and dewatering. For higher elevation wetlands, invasive species and grazing are minor impacts (Chimner et al. 2010). Although fire has often not been considered an important disturbance in wetland and riparian areas, recent evidence suggests that fires in most types of adjacent upland vegetation are likely to burn into these habitats as well (Charron and Johnson 2006, Stromberg and Rychener 2010).

| Vulnerability Factor | Rating | Comments |
|---|---|---|
| Restricted to high elevation | - | Not a concern. |
| Narrow bioclimatic envelope | Low | Community types highly variable across the entire bioclimatic envelope. Some type are more vulnerable. |
| Vulnerable to increased pest attacks | - | Unknown. |
| Vulnerable to increased grazing/browsing | Medium | Riparian shrubs and trees at lower elevations are most vulnerable. |
| Vulnerable to increased invasive | Medium to | Low elevations most vulnerable. |

| Vulnerability Factor | Rating | Comments |
|---|---|---|
| species and encroachments from natives | High | |
| Barriers to dispersal | High | For fens only. |
| Vulnerable to fire | - | Unknown. |
| Vulnerable to drought | Medium to High | Low elevations most vulnerable. |
| Vulnerable to timing of snowmelt | Low to High | Lower elevations most vulnerable. Fens not as vulnerable as others. |
| Vulnerable to phenologic change | - | Unknown. |
| Non-climate abiotic stressors | Low to High | Low elevation wetland and riparian areas are highly altered. |

# References


Allen, C.D., M. Savage, D.A. Falk, K.F. Suckling, T.W. Swetnam, T. Schulke, P.B. Stacey, P. Morgan, M. Hoffman, And J.T. Klingel. 2002. Ecological restoration of southwestern ponderosa pine ecosystems: a broad perspective. Ecological Applications 12:1418–1433.

Allen, E.B., R.J. Steers, and S.J. Dickens. 2011. Impacts of fire and invasive species on desert soil ecology. Rangeland Ecology and Management 64:450-462.

Amlin, N.M. and S.B. Rood. 2002. Comparative tolerances of riparian willows and cottonwoods to water-table decline. Wetlands 22:338-346.

Anderegg, L.D.L., W.R.L. Anderegg, J. Abatzoglou, A.M. Hausladen, and J.A. Berry. 2013. Drought characteristics' role in widespread aspen forest mortality across Colorado, USA. Global Change Biology 19:1526-1537.

Anderson, M.D. and W.L. Baker. 2005. Reconstructing landscape-scale tree invasion using survey notes in the Medicine Bow Mountains, Wyoming, USA. Landscape Ecology 21:243–258.

Asner, G.P. and K.B. Heidebrecht. 2005. Desertification alters regional ecosystem-climate interactions. Global Change Biology 11:182-194.

Balch, J.K., B.A. Bradley, C.M. D'Antonio, and J. Gómez-Dans. 2013. Introduced annual grass increases regional fire activity across the arid westrn USA (1980-2009). Global Change Biology 19:173-183.

Barger, N.N., H.D. Adams, C. Woodhouse, J.C. Neff, and G.P. Asner. 2009. Influence of livestock grazing and climate on piñon pine (*Pinus edulis*) dynamics. Rangeland Ecology and Management 62:531–539.

Bentz, B., D. Alston, and T. Evans. 2008. Great Basin insect outbreaks. In: Chambers, J.C., N. Devoe, and A. Evenden, eds. Collaborative management and research in the Great Basin - examining the issues and developing a framework for action. Gen. Tech. Rep. RMRS-GTR-204. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. p. 45-48.

Betancourt, J.L. 2004. Arid lands paleobiogeography: The fossil rodent midden record in the Americas. In Lomolino, M.V. and Heaney, L. R., Eds., Frontiers in Biogeography: New Directions in the Geography of Nature. Sinauer Associates Inc, p.27-46.

Box, E.O. 1981. Macroclimate and plant forms: an introduction to predictive modeling in phytogeography. Junk, The Hague.

Bradley, B.A. 2009. Climate change and plant invasions: restoration opportunities ahead? Global Change Biology 15:1511-1521.

Bradley, B.A. 2010. Assessing ecosystem threats from global and regional change: hierarchical modeling of risk to sagebrush ecosystems from climate change, land use and invasive species in Nevada, USA. Ecography 33:198-208.

Breshears, D.D., O.B. Myers, C.W. Meyer, F.J. Barnes, C.B. Zou, C.D. Allen, N.G. McDowell, and W.T. Pockman. 2008. Tree die-off in response to global change-type drought: mortality insights from a decade of plant water potential measurements. Frontiers in Ecology and the Environment 7:185-189.

Brown, D.E. 1994. Grasslands. In Biotic communities: southwestern United States and northwestern Mexico. D.E. Brown, ed. University of Utah Press, Salt Lake City, Utah.

Brown, D.E. 1994. Great Basin Conifer Woodland. In Biotic communities: southwestern United States and northwestern Mexico. D.E. Brown, ed. University of Utah Press, Salt Lake City, Utah.

Brown, D.E., F. Reichenbacher, and S.E. Franson. 1998. A Classification of North American Biotic Communities. University of Utah Press, Salt Lake City. 141 pp.

Brown, H.E. 1958. Gambel oak in west-central Colorado. Ecology 39:317-327.

Brown, P.M. and R. Wu. 2005. Climate and disturbance forcing of episodic tree recruitment in a southwestern ponderosa pine landscape. Ecology 86:3030-3038.

Calinger, K.M., S. Queenborough, and P.S. Curtis. 2013. Herbarium specimens reveal the footprint of climate change on flowering trends across north-central North America. Ecology Letters 16:1037-1044.

Cantor, L.F. and T.J. Whitham. 1989. Importance of belowground herbivory: pocket gophers may limit aspen to rock outcrop refugia. Ecology 70(4):962-970.

Chambers, J.C., B.A. Roundy, R.R. Blank, S.E. Meyer, and A. Whittaker. 2007. What makes Great Basin sagebrush ecosystems invasible by *Bromus tectorum*? Ecological Monographs 77:117-145.

Charron, I. and E.A. Johnson. 2006. The importance of fires and floods on tree ages along mountainous gravel-bed streams. Ecological Applications 16:1757-1770.

Chimner, R.A., J.M. Lemly, and D.J. Cooper. 2010. Mountain fen distribution, types and restoration priorities, San Juan Mountains, Colorado, USA. Wetlands 30:763-771.

Clifford, M.J., P.D. Royer, N.S. Cobb, D.D. Breshears, and P.L. Ford. 2013. Precipitation thresholds and drought-induced tree die-off: insights from patterns of Pinus edulis mortality along an environmental stress gradient. New Phytologist 200:413-421.

Clow, D.W. 2010. Changes in the timing of snowmelt and streamflow in Colorado: a response to recent warming. Journal of Climate 23:2293–2306.

Coop, J.D. and T.J. Givnish. 2007. Spatial and temporal patterns of recent forest encroachment in montane grasslands of the Valles Caldera, New Mexico, USA. Journal of Biogeography 34:914-927.

Covington, W.W. and M.M. Moore. 1994. Southwestern ponderosa forest structure: changes since Euro-American settlement. Journal of Forestry 92: 39–47.

Cozzetto, K., I. Rangwala, and J. Neff. 2011. Downscaled air temperature and precipitation projections for the San Juan Mountain region. Narrative on regional climate model projections submitted to the San Juan Public Land Center, Durango, Colorado.

Crookston, N.L., G.E. Rehfeldt, G.E. Dixon, and A.R. Weiskittel. 2010. Addressing climate change in the forest vegetation simulator to assess impacts on landscape forest dynamics. Forest Ecology and Management. 260:1198-1211. Models available at: http://forest.moscowfsl.wsu.edu/climate/species/index.php

Cryer, D.H. and J.E. Murray. 1992. Aspen regeneration and soils. Rangelands 14(4): 223-226.

D'Antonio, C.M. and P.M. Vitousek. 1992. Biological invasions by exotic grasses, the grass/fire cycle, and global change. Annual Review of Ecology and Systematics 23:63–87.

Daubenmire, R.F. 1943. Vegetational zonation in the Rocky Mountains. Botanical Review 9:325-393.

Davies, K.E., T.J. Sevjcar, and J.D. Bates. 2009. Interaction of historical and nonhistorical disturbances maintains native plant communities. Ecological Applications 19:1536-1545.

Debinski, D.M., H. Wickham, K. Kindscher, J.C. Caruthers, and M. Germino. 2010. Montane meadow change during drought varies with background hydrologic regime and plant functional group. Ecology 91:1672-1681.

DeRose, R.J. and J.N. Long. 2012. Drought-driven disturbance history characterizes a southern Rocky Mountain subalpine forest. Can. J. For. Res. 42:1649-1660.

Dick-Peddie, W.A. 1993. New Mexico vegetation, past, present, and future. With contributions by W.H. Moir and Richard Spellenberg. University of New Mexico Press, Albuquerque, New Mexico.

Eamus, D., and P.G. Jarvis. 1989. The direct effects of increase in the global atmospheric CO2 concentration on natural and commercial temperate trees and forests. Advances in Ecological Research 19:1-55.

Elliot, G.P. and W.L. Baker. 2004. Quaking aspen (*Populus tremuloides* Michx.) at treeline: a century of change in the San Juan Mountains, Colorado, USA. Journal of Biogeography 31:733-745.

Ellison, L. 1946. The pocket gopher in relation to soil erosion on mountain range. Ecology 27:101-114.

Erb, L.P., C. Ray, and R. Guralnick. 2014. Determinants of pika population density vs. occupancy in the Southern Rocky Mountains. Ecological Applications 24:429-435.

Fall, P. 1997. Timberline fluctuations and late Quaternary paleoclimates in the Southern Rocky Mountains, Colorado. GSA Bulletin; October 1997; v. 109; no. 10; p. 1306-1320.

Floyd, M.L., W.H. Romme, and D.D. Hanna. 2000. Fire history and vegetation pattern in Mesa Verde National Park, Colorado, USA. Ecological Applications 10:1666-1680.

Glick, P., B.A. Stein, and N.A. Edelson, editors. 2011. Scanning the Conservation Horizon: A Guide to Climate Change Vulnerability Assessment. National Wildlife Federation, Washington, D.C.

Grafius, D.R., G.P. Malanson, and D. Weiss. 2012. Secondary controls of alpine treeline elevations in the western USA. Physical Geography 33:146-164.

Grissino-Mayer, H.D., W.H. Romme, M.L. Floyd, and D.D. Hanna. 2004. Climatic and human influences on fire regimes of the southern San Juan Mountains, Colorado, USA. Ecology 85:1708-1722.

Guetter, P.J. and J.E. Kutzbach. 1990. A modified Koppen classification applied to model simulations of glacial and interglacial climates. Climatic Change 16:193-215.

Harper, K.T., F.J. Wagstaff, and L.M. Kunzler. 1985. Biology and management of the Gambel oak vegetative: a literature review. USDA Forest Service, General Technical Report INT-179. Intermountain Forest and Range Experiment Station, Ogden Utah.

Hogg, E.H. 2001. Modeling aspen responses to climatic warming and insect defoliation in western Canada. In: Shepperd, W.D.; Binkley, D.; Bartos, D.L.; Stohlgren, T.J.; Eskew, L.G., comps. Sustaining aspen in western landscapes: symposium proceedings. Gen. Tech. Rep. RMRS-P-18. Fort Collins, CO: U.S. Department of Agriculture, USFS, Rocky Mountain Research Station. 460 p.

Holdridge, L.R. 1947. Determination of world formations from simple climatic data. Science 105:367-368.

Holtmeier, F-K. and G. Broll. 2005. Sensitivity and response of northern hemisphere altitudinal and polar treelines to environmental change at landscape and local levels. Global Ecology and Biogeography 14:395-410.

Howard, J.L. 1996. Populus tremuloides. In: Fire Effects Information System, [Online]. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fire Sciences Laboratory (Producer). Available: http://www.fs.fed.us/database/feis

Huntley, B. and T. Webb, III. 1988. Vegetation history. Kluwer, Dordrecht.

Inouye, D.W. 2008. Effects of climate change on phenology, frost damage, and floral abundance of montane wildflowers. Ecology 89:353-362.

Jamieson, D.W., W.H. Romme, and P. Somers. 1996. Biotic communities of the cool mountains. Chapter 12 in The Western San Juan Mountains : Their Geology, Ecology, and Human History, R. Blair, ed. University Press of Colorado, Niwot, CO.

Jester, N., K. Rogers, and F.C. Dennis. 2012. Gambel oak management. Natural Resources Series-Forestry Fact Sheet No. 6.311. Colorado State University Extension, Fort Collins, Colorado.

Johnston, B.C. 2001. Multiple Factors Affect Aspen Regeneration on the Uncompahgre Plateau, West-Central Colorado. Pages 395-414. In: Shepperd, W. D., D. Binkley, D. L. Bartos, T. J. Stohlgren, and L. G. Eskew, compilers. Sustaining aspen in western landscapes: symposium proceedings. USDA Forest Service Proceedings RMRS-P-18. Grand Junction, Colorado. 460 p.

Kay, C.E. 1993. Aspen seedlings in recently burned areas of Grand Teton and Yellowstone National Parks. Northwest Science. 67(2): 94-104.

Kaye M.W., C.A. Woodhouse and S.T. Jackson. 2010. Persistence and expansion of ponderosa pine woodlands in the west-central Great Plains during the past two centuries. Journal of Biogeography 37:1668-1683.

Kaye, M.W. 2011. Mesoscale synchrony in quaking aspen establishment across the interior western US. Forest Ecology and Management 262:389-397.

Kearns, H.S.J. and W.R. Jacobi. 2005. Impacts of black stain root disease in recently formed mortality centers in the piñon-juniper woodlands of southwestern Colorado. Canadian Journal of Forest Research 35:461-471.

Keeley, J.E. 2000. Chaparral. Chapter 6 in North American Terrestrial Vegetation, second edition. M.G. Barbour and W.D. Billings, eds. Cambridge University Press.

Knight, D.H. 1994. Mountains and Plains: the Ecology of Wyoming Landscapes. Yale University Press, New Haven and London. 338 pages.

Koppen, W. 1936. Das Geographisches System der Klimate. In: Handbuch der Klimatologie I(C) (ed. by W. Koppen and R. Geiger). Gebruider Borntraeger, Berlin.

Körner, C. 2012. Alpine treelines: functional ecology of the global high elevation tree limits. Springer, Basel, Switzerland.

Kufeld, R.C., O.C. Wallmo, and C. Feddema,. 1973. Foods of the Rocky Mountain mule deer. Res. Pap. RM-111. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. 31 p.

Kunkel, K.E, L.E. Stevens, S.E. Stevens, L. Sun, E. Janssen, D. Wuebbles, K.T. Redmond, and J.G. Dobson, 2013: Regional Climate Trends and Scenarios for the U.S. National Climate Assessment. Part 5. Climate of the Southwest U.S., NOAA Technical Report NESDIS 142-5, 79 pp.

League, K. and T. Veblen. 2006. Climatic variability and episodic *Pinus ponderosa* establishment along the forest-grassland ecotones of Colorado. Forest Ecology and Management 228:98-107.

Lin, G. S.L. Phillips, and J.R. Ehleringer. 1996. Monosoonal precipitation responses of shrubs in a cold desert community on the Colorado Plateau. Oecologia 106:8-17.

Little, E.L., Jr. 1971. Atlas of the United States trees. Volume 1. Conifers and important hardwoods. Misc. Publ. 1146. Washington, DC U.S. Department of Agriculture, Forest Service. 320 p.

Logan, J. 2008. Gypsy Moth Risk Assessment in the Face of a Changing Environment: A Case History Application in Utah and the Greater Yellowstone Ecosystem. Restoring the West 2008: Frontiers in Aspen Restoration, Utah State University, Logan, Utah.

Madany, M.H. and N.E. West. 1983. Livestock grazing-fire regime interactions within montane forests of Zion National Park, Utah. Ecology 64:661-667.

Manier, D.J. and N.T. Hobbs. 2007. Large herbivores in sagebrush steppe ecosystems: livestock and wild ungulates influence structure and function. Oecologia 152:739-750.

Manomet Center for Conservation Science and Massachusetts Division of Fisheries and Wildlife. 2010. Climate Change and Massachusetts Fish and Wildlife: Volumes 1-3. http://www.manomet.org/science-applications/climate-change-energy http://www.mass.gov/dfwele/dfw/habitat/cwcs/pdf/climate_change_habitat_vulnerability.pdf

Mata-González R., T.L. Evans, D.W. Martin, T. McLendon, J.S. Noller, C. Wan, and R.E. Sosebee. 2014. Patterns of Water Use by Great Basin Plant Species Under Summer Watering. Arid Land Research and Management 28:428-446.

Mearns, L.O., et al., 2007, updated 2012. The North American Regional Climate Change Assessment Program dataset, National Center for Atmospheric Research Earth System Grid data portal, Boulder, CO. Data downloaded 2014-09-25. [doi:10.5065/D6RN35ST]

Moir, W.H., S.G. Rochelle, and A.W. Schoettle. 1999. Microscale patterns of tree establishment near upper treeline, Snowy Range, Wyoming. Arctic, Antarctic, and Alpine Research 31:379-388.

Morelli, T.L. and S.C. Carr. 2011. A review of the potential effects of climate change on quaking aspen (*Populus tremuloides*) in the Western United States and a new tool for surveying sudden aspen decline. Gen. Tech. Rep. PSW-GTR-235. Albany, CA: U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station. 31 p.

Mueggler, W.F. 1988. Aspen community types of the Intermountain Region. USDA Forest Service, Intermountain Research Station. General Technical Report INT-250. Available: http://www.fs.fed.us/rm/pubs_int/int_gtr250.pdf

Munson, S.M., J. Belnap, C.D. Schelz, M. Moran, and T.W. Carolin. 2011. On the brink of change: plant responses to climate on the Colorado Plateau. Ecosphere 2:art68.

Neilson, R. P. 1995. A model for predicting continental-scale vegetation distribution and water balance. Ecological Applications 5:362-385.

Neilson, R. P., G. A. King, and G. Koerper. 1992. Toward a rule-based biome model. Landscape Ecology 7:27-43.

Neilson, R.P. and L.H. Wullstein. 1983. Biogeography of two southwest American oaks in relation to atmospheric dynamics. Journal of Biogeography 10:275-297.

Oliver, W. W., and R. A. Ryker. 1990. Pinus ponderosa Dougl. ex Laws. Ponderosa pine. p. 413-424. In: Burns, R. M. and B. H. Honkala (tech. coord.) Silvics of North America Volume 1, Conifers. USDA For. Serv. Agric. Handb. 654. Available at: http://www.na.fs.fed.us/pubs/silvics_manual/Volume_1/pinus/ponderosa.htm

Paulsen, H.A., Jr. 1969. Forage values on a mountain grassland-aspen range in western Colorado. Journal of Range Management 22:102–107.

Paulsen, H.A., Jr. 1975. Range management in the central and southern Rocky Mountains: a summary of the status of our knowledge by range ecosystems. USDA Forest Service Research Paper RM-154. Rocky Mountain Forest and Range Experiment Station, USDA Forest Service, Fort Collins, Colorado.

Peet, R.K. 1981. Forest vegetation of the Colorado Front Range: composition and dynamics. Vegetatio 45:3-75.

Peet, R.K. 2000. Forests and meadows of the Rocky Mountains. Chapter 3 in North American Terrestrial Vegetation, second edition. M.G. Barbour and W.D. Billings, eds. Cambridge University Press.

Perala, D.A. 1990. Populus tremuloides Michx. quaking aspen. Pp 555-569In: Burns, Russell M.; Honkala, Barbara H., technical coordinators. Silvics of North America: Volume 2, Hardwoods. Agriculture Handbook 654. Washington, DC: U.S. Department of Agriculture, Forest Service. Available: http://www.srs.fs.usda.gov/pubs/misc/ag_654_vol2.pdf

Perry, L.G., D.C. Andersen, L.V. Reynolds, S.M. Nelson, and P.B. Shafroth. Vulnerability of riparian ecosystems to elevated $CO_2$ and climate change in arid and semiarid western North America. Global Change Biology 18:821-842.

Prentice, I.C. and A.M. Solomon. 1991. Vegetation models and global change. In: Global changes of the past (ed. by R.S. Bradley), pp. 365-384. UCAR/Office for Interdisciplinary Earth Studies, Boulder.

Prentice, I.C., W. Cramer, S.P. Harrison, R. Leemans, R. A. Monserud, and A.M. Solomon. 1992. A global biome model based on plant physiology and dominance, soil properties and climate. J. of Biogeography 19: 117-134.

Prentice, K.C. 1990. Bioclimatic distribution of vegetation for general circulation model studies. J. Geophys. Res. 95 (D8) 11 811-11 830.

Rangwala I., J. Barsugli, K. Cozzetto, J. Neff and J. Prairie. 2012. Mid-21st Century Projections in Temperature Extremes in the Southern Colorado Rocky Mountains from Regional Climate Models. Climate Dynamics. DOI: 10.1007/s00382-011-1282-z.

Rangwala, I. and J.R. Miller. 2010. Twentieth century temperature trends in Colorado's San Juan Mountains. Arctic, Antarctic, and Alpine Research 42:89-97.

Redmond, M.D. and N.N. Barger. 2013. Tree regeneration following drought- and insect-induced mortality in piñon-juniper woodlands. New Phytologist 200:402-412.

Rehfeldt, G.E., D.E. Ferguson, and N.L. Crookston. 2009. Aspen, climate, and sudden decline in western USA. Forest Ecology and Management 258: 2353–2364

Rehfeldt, G.E., N.L. Crookston, C. Saenz-Romero, and E.M. Campbell. 2012. North American vegetation model for land-use planning in a changing climate: a solution of large classification problems. Ecological Applications 22:119-141.

Richardson, A.D. and A.J. Friedland. 2009. A review of the theories to explain arctic and alpine treelines around the world. Journal of Sustainable Forestry 28:218-242.

Rochefort, R.M., R.L. Little, A. Woodward, and D.L. Peterson. 1994. Changes in sub-alpine tree distribution in western North America: a review of climatic and other causal factors. The Holocene 4:89-100.

Romme, W.H., M.G Turner, R.H. Gardner, W.W. Hargrove, G.A. Tuskan, D.G Despain, and R.A. Renkin. 1997. A Rare Episode of Sexual Reproduction in Aspen (*Populus tremuloides* Michx.) Following the 1988 Yellowstone Fires. Natural Areas Journal. 17:17-25.

Rondeau, R., K. Decker, J. Handwerk, J. Siemers, L. Grunau, and C. Pague. 2011. The state of Colorado's biodiversity 2011. Prepared for The Nature Conservancy. Colorado Natural Heritage Program, Colorado State University, Fort Collins, Colorado.

Rood, S.B., J.H. Braatne, and F.M.R. Hughes. 2003. Ecophysiologyof riparian cottonwoods: stream flow dependency, water relations and restoration. Tree Physiology 23:1113-1124.

San Juan Public Lands. 2008. Geodatabase of existing vegetation types and conditions. San Juan Public Lands Vegetation and GIS Teams. Dolores Public Lands Office, Dolores, Colorado.

Schauer, A.J., B.K. Wade, and J.B. Sowell. 1998. Persistence of subalpine forest-meadow ecotones in the Gunnison Basin, Colorado. Great Basin Naturalist 58(3):273-281.

Schlaepfer, D.R., W.K. Lauenroth, and J.B. Bradford. 2014. Natural regeneration processes in big sagebrush (*Artemesia tridentata*). Rangeland Ecology & Management 67:344-357.

Shepperd, W.D. and M.A. Battaglia. 2002. Ecology, Silviculture, and Management of Black Hills Ponderosa Pine. General Technical Report RMRS-GTR-97. USDA Forest Service Rocky Mountain Research Station, Fort Collins, Colorado. 112 p.

Shinneman, D.J. and W.L. Baker. 2009. Environmental and climatic variables as potential drivers of post-fire cover of cheatgrass (*Bromus tectorum*) in seeded and unseeded semiarid ecosystems. International Journal of Wildland Fire 18:191-202.

Simonin, K.A. 2001. Atriplex confertifolia. In: Fire Effects Information System, [Online]. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fire Sciences Laboratory (Producer). Available: http://www.fs.fed.us/database/feis/

Sims, P.L., and P.G. Risser. 2000. Grasslands. Chapter 9 in: Barbour, M.G., and W.D. Billings, eds., North American Terrestrial Vegetation, Second Edition. Cambridge University Press.

Smith, D.R. 1967. Effects of cattle grazing on a ponderosa pine-bunchgrass range in Colorado. USDA Forest Service Technical Bulletin No. 1371. Rocky Mountain Forest and Range Experiment Station, USDA Forest Service, Fort Collins, Colorado.

Smith, W.K. 1985. Western montane forests. Chapter 5 in Chabot, R.F. and H.A. Money, eds., Physiological Ecology of North American Plant Communities. Chapman and Hall, New York, 351 pp.

Smith, W.K., M.J. Germino, T.E. Hancock, and D.M. Johnson. 2003. Another perspective on altitudinal limits of alpine timberlines. Tree Physiology 23:1101-1112.

Stephenson, N.L. 1990. Climatic control of vegetation distribution: the role of the water balance. American Naturalist 135: 649-670.

Stohlgren, T.J., L.D. Schell, and B. Vanden Huevel. 1999. How grazing and soil quality affect native and exotic plant diversity in rocky mountain grasslands. Ecological Applications 9:45-64.

Stromberg, J.C. and T.J. Rycheneer. 2010. Effects of fire on riparian forests along a free-flowing dryland river. Wetlands 30:75-86.

Tausch R. J. 1999. Historic pinyon and juniper woodland development. In: S. B. Monsen and R. Stevens [eds.]. Proceedings of the Conference on Ecology and Management of Pinyon-Juniper Communities within the Interior West. Ogden, Utah, USA: US Department of Agriculture, Forest Service, Rocky Mountain Research Station. p. 12–19.

Thompson, R. S., K. H. Anderson, and P. J. Bartlein. 2000. Atlas of relations between climatic parameters and distributions of important trees and shrubs in North America. U.S. Geological Survey Professional Paper 1650-A.

Turner, G.T., and H.A. Paulsen, Jr. 1976. Management of Mountain Grasslands in the Central Rockies: The Status of Our Knowledge. USDA Forest Service Research Paper RM-161. Rocky Mountain Forest and Range Experiment Station, USDA Forest Service, Fort Collins, Colorado.

USDA Forest Service, San Juan NF GIS Team. 2005. Cartograpic Feature File: Boundaries, Land Status and Features - San Juan NF and San Juan Resource Area. San Juan Public Lands Center, Durango, Colorado.

USDA Forest Service, Rocky Mountain Region, Forest Health Protection. 2010. Field guide to diseases & insects of the Rocky Mountain Region. Gen. Tech. Rep. RMRS-GTR-241 Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 336 p.

USGS National Gap Analysis Program. 2004. Provisional Digital Land Cover Map for the Southwestern United States. Version 1.0. RS/GIS Laboratory, College of Natural Resources, Utah State University.

Van Auken, O.W. 2000. Shrub invasions of North American semiarid grasslands. Annual Review of Ecology and Systematics 31:197-215.

Woodward, F.I. 1987. Climate and plant distribution. Cambridge University Press, Cambridge.

Worrall J.J., L. Egeland, T. Eager, R. Mask, E. Johnson, et al. 2008. Rapid mortality of Populus tremuloides in southwestern Colorado, USA. Forest Ecology and Management 255(3-4): 686-696. http://dx.doi.org/10.1016/j.foreco.2007.09.071.

Worrall J.J., S.B. Marchetti, L. Egeland, R. A. Mask, T. Eager, B. Howell. 2010. Effects and etiology of sudden aspen decline in southwestern Colorado, USA. Forest Ecology and Management 260(5): 638-648. http://dx.doi.org/10.1016/j.foreco.2010.05.020.

Worrall, J.J., G.E. Rehfeldt, A. Hamann, E.H. Hogg, S.B. Marchetti, M. Michaelian, and L.K. Gray. 2013. Recent declines of *Populus tremuloides* in North America linked to climate. Forest Ecology and Management 229:35-51.

Zeigenfuss, L.C., K.A. Schonecker, and L.K. Van Amburg. 2011. Ungulate herbivory on alpine willow in the Sangre de Cristo Mountains of Colorado. Western North American Naturalist 71:86-96.

Zier, J.L. and W.L. Baker. 2006. A century of vegetation change in the San Juan Mountains, Colorado: An analysis using repeat photography. Forest Ecology and Management 228:251–262.

Check for updates

# Increasing atmospheric humidity and $CO_2$ concentration alleviate forest mortality risk

Yanlan Liu[a], Anthony J. Parolari[b], Mukesh Kumar[a,1], Cheng-Wei Huang[c], Gabriel G. Katul[a,d], and Amilcare Porporato[d]

[a]Nicholas School of the Environment, Duke University, Durham, NC 27708; [b]Department of Civil, Construction, and Environmental Engineering, Marquette University, Milwaukee, WI 53233; [c]Department of Biology, University of New Mexico, Albuquerque, NM 87131; and [d]Department of Civil and Environmental Engineering, Duke University, Durham, NC 27708

Edited by Ignacio Rodriguez-Iturbe, Texas A&M University, College Station, TX, and approved July 21, 2017 (received for review March 23, 2017)

**Climate-induced forest mortality is being increasingly observed throughout the globe. Alarmingly, it is expected to exacerbate under climate change due to shifting precipitation patterns and rising air temperature. However, the impact of concomitant changes in atmospheric humidity and $CO_2$ concentration through their influence on stomatal kinetics remains a subject of debate and inquiry. By using a dynamic soil–plant–atmosphere model, mortality risks associated with hydraulic failure and stomatal closure for 13 temperate and tropical forest biomes across the globe are analyzed. The mortality risk is evaluated in response to both individual and combined changes in precipitation amounts and their seasonal distribution, mean air temperature, specific humidity, and atmospheric $CO_2$ concentration. Model results show that the risk is predicted to significantly increase due to changes in precipitation and air temperature regime for the period 2050–2069. However, this increase may largely get alleviated by concurrent increases in atmospheric specific humidity and $CO_2$ concentration. The increase in mortality risk is expected to be higher for needleleaf forests than for broadleaf forests, as a result of disparity in hydraulic traits. These findings will facilitate decisions about intervention and management of different forest types under changing climate.**

forest mortality | drought | climate change | hydraulic failure | stomatal closure

Forest mortality can lead to irreversible change in vegetation cover, thereby affecting many processes pertinent to water, carbon, and nutrient budgets (1). Multiple studies (2–10) have noted close association between forest mortality and water and heat stress, owing to shifting precipitation patterns and rising air temperature. However, the influence of concurrent changes in specific humidity (SH) and $CO_2$ concentration, which affect plant response to stress by altering stomatal kinetics (11), have not received similar attention. Although elevated $CO_2$ concentration is expected to promote future forest productivity (12), the extent to which it affects forest mortality in the context of water and heat stress remains a subject of inquiry. Short-term records (3, 4) and long-term manipulative field studies in forests such as the Free Air $CO_2$ Enrichment experiments (13–15) have tried to fill the knowledge gap; however, they do not cover the entire manifold of projected climate conditions. The goals of this study are to evaluate the individual and combined influence of projected changes in precipitation, temperature, SH, and $CO_2$ concentration on forest mortality risk and to investigate whether the response of mortality risk differs among plant functional types (PFTs).

Tree mortality may occur through several mechanisms, including hydraulic failure, carbon starvation, phloem transport limitation, and biotic attack (16, 17). Hydraulic failure is characterized as the malfunction of xylem water transport associated with cavitation, which is induced by low xylem water potential under limited soil water availability. Carbon starvation occurs when carbohydrate supply and storage cannot meet demand (17), which could result from low photosynthesis due to stomatal closure in response to low plant water potential and high atmospheric vapor pressure deficit (VPD). Reduced photosynthesis and plant water potential also pose limitations for phloem to maintain turgor pressure and may further impair phloem transport (18). Intense and prolonged stresses could weaken the defenses of forests to biotic attack (5) and may alter plant adaptation, seed production, and germination (2). Despite these mechanisms being far from thoroughly understood (17, 18), they primarily result from low plant water potential and restricted photosynthesis.

To quantify the risk of mortality induced by low plant water potential, previous studies (19, 20) used the safety margin [i.e., the difference between the minimum observed xylem water potential and the xylem water potential at 50% loss of conductivity ($\psi_{50}$)]. Plants with narrower or more negative safety margins are considered to be more susceptible to hydraulic failure. The safety margin provides a static assessment of plant susceptibility to hydraulic failure, although its representativeness may be undermined by limited field observations. It has also been suggested that, instead of the minimum water potential plants reach, the duration plants operate under high percentage loss of conductivity could more likely distinguish mortality (21, 22). Here, a duration-based hydraulic failure risk (HFR) is introduced, which quantifies the fraction of days when the daily minimum xylem water potential ($\psi_{x,\min}$) falls below $\psi_{50}$. Because stomatal closure restricts photosynthesis (6, 17, 23), a stomatal closure risk (SCR) can also be formulated as the fraction of days on which stomata

## Significance

**The significance of forest mortality on ecosystem services, and water, carbon, and nutrient cycling is indubitable. While there is a general agreement that climate change-induced heat and drought stress is expected to intensify forest mortality, the concurrent influence of changes in atmospheric humidity and $CO_2$ concentration remains unclear. Here, the response of mortality risk to projected climate change is evaluated in 13 biomes across the globe. Our results show that increasing specific humidity and $CO_2$ concentration partially offset the intensification of risk by changing precipitation and air temperature. The risk response is also mediated by plant hydraulic traits. The study provides a mechanistic foundation for estimating future responses of forest mortality risk, which can facilitate ecosystem management.**

Author contributions: Y.L., A.J.P., M.K., and A.P. designed research; Y.L. performed research; C.-W.H. and G.G.K. further developed model assumptions and scenarios; Y.L. analyzed data; and Y.L., A.J.P., M.K., C.-W.H., G.G.K., and A.P. wrote the paper.

Conflict of interest statement: Ignacio Rodriguez-Iturbe and A.P. were coauthors of a 2015 paper [Feng X, Porporato A, Rodriguez-Iturbe I (2015) Stochastic soil water balance under seasonal climates. Proc R Soc A 471: 20140623].

This article is a PNAS Direct Submission.

Freely available online through the PNAS open access option.

[1]To whom correspondence should be addressed. Email: mukesh.kumar@duke.edu.

This article contains supporting information online at www.pnas.org/lookup/suppl/doi:10.1073/pnas.1704811114/-/DCSupplemental.

Downloaded from https://www.pnas.org by NATIONAL AGRICULTURAL LIB-USDA NAL DATA PRODUCTION DIVISION on August 30, 2023 from IP address 170.144.198.117.

Downloaded from https://www.pnas.org by NATIONAL AGRICULTURAL LIB-USDA NAL DATA PRODUCTION DIVISION on August 30, 2023 from IP address 170.144.198.117.

are completely closed (*SI Appendix*, section S1). The aggregated mortality risk is then defined as the fraction of days with occurrence of either hydraulic failure or stomatal closure, two physiological states contributing to dieback and eventual mortality. Alternative quantifications of risk that account for stress duration and severity are also considered to test the robustness of the analysis here (*SI Appendix*, section S5).

The mortality risk is evaluated by using a soil–plant–atmosphere continuum (SPAC) model, which computes hourly dynamics of xylem water potential and stomatal conductance (Materials and Methods and *SI Appendix*, section S1). By comparing against observed mortality at four sites, the modeled risk is shown to capture the temporal variation of mortality in response to climate stressors (*SI Appendix*, section S3). The risks under historical and future climate scenarios are then evaluated for 13 temperate and tropical forest biomes across the globe (Fig. 1). The selected biomes cover a variety of climates and PFTs, including evergreen needleleaf forest (ENF), deciduous broadleaf forest (DBF), and evergreen broadleaf forest (EBF). The response of mortality risk to changes in the following climate characteristics is analyzed: mean annual precipitation (MAP), precipitation seasonality (PS), mean annual air temperature (T), mean annual atmospheric SH, and atmospheric $CO_2$ concentration. PS is quantified as the fraction of MAP that falls within the growing season. Changes in these climate conditions are obtained from the projection of Coupled Model Intercomparison Project Phase 5 (CMIP5) (Table S2) from 1986–2005 to 2050–2069.

## Influence of Individual Changes in Climate Variables

Mortality risk is found to increase with reduced annual precipitation and a lower fraction of precipitation in the growing season. Reduced precipitation decreases plant water potential via low soil moisture, hence increasing HFR (Fig. 2*D*, horizontal axis). Meanwhile, low plant water potential also restricts stomatal conductance, hence increasing SCR (Fig. 2*A*, horizontal axis). Plants experience higher risk in the growing season than in the nongrowing season, due to low plant water potential and atmospheric aridity imposed by a high VPD. Given the same annual precipitation, more growing season precipitation (higher PS) generally decreases the risk (Fig. 2 *A* and *D*, vertical axis). Reduced precipitation during the nongrowing season typically does not increase the risk, as the stressed conditions mostly occur in the growing season.

Sensitivity of mortality risk to precipitation amount and seasonality varies across soil, plant, and climate conditions, as expected. For ENF in the western United States (Fig. 2*A* and biome 1 in Fig. 1), the risk is primarily controlled by annual precipitation amount when $<$400 mm. For wetter climates (MAP $>$ 800 mm) with low growing season precipitation (PS $<$ 0.2), seasonality becomes the dominant factor. Under the historical climate in this region, both precipitation amount and seasonality play significant roles in mortality risk. Although large uncertainties exist in the projected annual precipitation, CMIP5 models mostly predict lower PS in this region, which is likely to increase mortality risk. For DBF in the southeastern United States (Fig. 2*D* and biome 3 in Fig. 1), both precipitation amount and seasonality affect the risk over a wide range of climatic conditions. Although the risk generally decreases with higher PS when PS $<$ 0.7, the trend reverses for PS $>$ 0.8. As CMIP5 projections point to an increase in precipitation with little change in seasonality, mortality risk of this biome is expected to decrease under future precipitation patterns.

Modeled mortality risk increases with warming air temperature, but decreases with rising SH (Fig. 2 *B* and *E*) and $CO_2$ concentration (Fig. 2 *C* and *F*). Elevated temperature promotes water loss through higher VPD. Although stomata close in response to high VPD to prevent excessive water loss, the same action increases the risk of full stomatal closure. Increasing SH, on the other hand, offsets the increase of VPD by air temperature, hence attenuating intensified risks caused by warming. Under higher atmospheric $CO_2$ concentration, plants can operate at lower stomatal conductance to meet their biochemical demand for $CO_2$. This so-called "carbon fertilization effect" allows plants to enhance water-use efficiency, hence reducing the risks of both hydraulic failure and stomatal closure simultaneously. All three climate variables exhibit significant influence on mortality risk of ENF in the western United States and DBF in the southeastern United States. For the projected changes in temperature and SH (Fig. 2 *B* and *E*), the intensifying influence of rising air temperature overwhelms the opposing influence of rising SH, leading to higher VPD, and thus

ECOLOGY

ENVIRONMENTAL SCIENCES




**Fig. 1.** Distribution of PFT and locations of the 13 investigated biomes. Biomes are the areas within the selected rectangular regions that are covered by a given PFT. PFTs shown in the map include evergreen broadleaf forest (EBF), deciduous broadleaf forest (DBF), evergreen needleleaf forest (ENF), and deciduous needleleaf forest (DNF).



FS-003323

Downloaded from https://www.pnas.org by NATIONAL AGRICULTURAL LIB-USDA NAL DATA PRODUCTION DIVISION on August 30, 2023 from IP address 170.144.198.117.




**Fig. 2.** Responses of mortality risk to individual changes in MAP, PS, T, SH, and $CO_2$ concentration for ENF in the western United States (*A*–*C*) and DBF in the southeastern United States (*D*–*F*). PS is quantified as the fraction of MAP that falls within the growing season. Changes in MAP and PS are incorporated in daily precipitation time series through their impact on the statistical distribution of stochastic precipitation; changes in T, SH, and $CO_2$ are incorporated uniformly throughout the year, keeping the intraannual patterns unchanged. Numbers on the contours denote risk magnitude (%). Predicted ranges by multimodels under the four representative concentration pathway (RCP) scenarios are illustrated by rectangles. Blue and green contours represent risks due to hydraulic failure and stomatal closure, respectively.

higher risk. Remarkably, elevated $CO_2$ concentrations offset the intensified risk imposed by elevated temperature (Fig. 2 *C* and *F*).

Despite the similar patterns of response to climate change, sources of risk in the two biomes (Fig. 2) are markedly different. Under both historical and projected climates, the risk for the ENF in the western United States mostly originates from stomatal closure. The risk for the DBF in the southeastern United States mostly originates from hydraulic failure. However, under extremely high air temperature (annual mean $> 23\,^\circ$C) in the DBF, high VPD induces full stomatal closure, resulting in a switch from HFR to SCR (Fig. 2 *E* and *F*). The different sources of risk for these two biomes can be attributed to their response strategies under stress, which are controlled by their hydraulic traits. ENF consists of conifers, which mostly operate with a wide safety margin ($\psi_{x,min} - \psi_{50}$) (19) and exhibit an isohydric strategy under stress (16) (i.e., restricting transpiration by reducing stomatal conductance while maintaining high water potential to prevent runaway cavitation; *SI Appendix*, Fig. S3). Owing to this conservative water use strategy and the wide safety margin, isohydric conifers are more susceptible to SCR than HFR. In contrast, DBF consists of angiosperms, which operate with a narrower safety margin (19) and largely use an anisohydric strategy under stress (16) (i.e., stomata remain open to sustain photosynthesis at the expense of decreased water potential; Fig. S3). With this less conservative water use strategy and a narrow safety margin, anisohydric DBFs are more susceptible to HFR than SCR. These contrasting stress responses have been widely reported (16, 19, 24). Previous studies have also suggested hydraulic failure as the major mechanism in an aspen (angiosperm) mortality event (8) and near-zero stomatal conductance as the main contributor to conifer mortality events (16, 23). It is to be noted that large variations in hydraulic traits exist within each PFT, and the results presented here are based on the average traits of species falling within a PFT and climate type in a given biome.

## Influence of Combined Changes in Climate Variables

Based on the CMIP5 projections of four RCP scenarios in all 13 biomes (*SI Appendix*, Fig. S6), the response of mortality risk to changes in three combinations of climate conditions are examined (Fig. 3): (*i*) P+T; (*ii*) P+T+SH; and (*iii*) P+T+SH+$CO_2$. Here, changes in P include combined changes in MAP and PS. For the 13 investigated biomes, on average, shifting precipitation patterns and rising temperature projected by RCP4.5 are found to intensify the risk by 158.8% for the period 2050–2069 relative to the historical risk. This increase in risk is consistent with previous studies highlighting the exacerbating effects of higher temperature (1, 3–7). However, by incorporating increases in SH, the risk decreases by 46.6%. More remarkably, the risk drops an additional 91.2% under the added influence of elevated $CO_2$ concentration. In aggregate, changes in all four climate conditions increase the risk by 21.0% on average, which is much lower than the increase of 158.8% when only the changes in precipitation and air temperature are considered. Under high emission scenarios (RCP6.0 and RCP8.5), elevated humidity and $CO_2$ concentration might even overwhelm the effects of higher temperature, possibly resulting in a lower risk than the historical level (Fig. 3). These alleviating effects are robust across alternative risk measures (*SI Appendix*, Table S6 and Fig. S14). The alleviating effect of increasing atmospheric $CO_2$ concentration is in line with a reported decrease in stomatal conductance and increase in water use efficiency across various climate regions and species (2, 25–29).

On average, the combined changes of P+T+SH+$CO_2$ in RCP4.5 are found to increase the mortality risks by 101.1%, −18.3%, and 19.6% for ENF, DBF, and EBF biomes respectively (Fig. 4). The significantly higher increase for ENF compared with the other two PFTs results from their distinct risk sources (Fig. 4). SCR, the primary risk source for ENF, shows notably higher sensitivity to air temperature rise than HFR. Specifically, for a 1 °C increase in air temperature from historical climates, HFR and SCR are estimated to increase by 23.5% and 125.1%. Remarkably, the increase in SCR is close to the



FS-003324

Downloaded from https://www.pnas.org by NATIONAL AGRICULTURAL LIB-USDA NAL DATA PRODUCTION DIVISION on August 30, 2023 from IP address 170.144.198.117.




**Fig. 3.** Response of mortality risk to combined changes in climate variables. P+T includes changes in MAP, PS, and air temperature; P+T+SH includes additional changes in SH; and P+T+SH+$CO_2$ includes additional changes in atmospheric $CO_2$ concentration. Gray dashed lines in the subplots show the risks under historical climates. Upper and lower boundaries of the boxes correspond to the 25th and 75th quantiles of the risk based on multimodel projections in each RCP scenario. Numbers in the subplots correspond to the biome locations in Fig. 1.

previously reported 116.3% $^\circ C^{-1}$ increase in die-off events of *Pinus edulis* (4), a conifer species likely threatened by SCR. From a mechanistic perspective, elevated temperature increases VPD and reduces stomatal conductance. This restricts carbon assimilation but promotes water loss, which results in a higher probability of full stomatal closure (i.e., higher SCR). The increase in HFR is smaller, as the reduction in stomatal conductance partly alleviates the increase in water loss due to increased VPD. Under projected changes of precipitation and VPD in RCP4.5, HFR increases by 135.5% on average, while SCR increases by 305.8%. When $CO_2$ is also considered, the aggregate changes are −8.6% and 83.7% for HFR and SCR, respectively. These findings imply a larger increase in mortality risk of ENFs, more specifically of isohydric species, than other PFTs under changes in the considered climate conditions.

## Discussion and Implications

The study evaluates how projected climate change will affect mortality risks and how the risks may be mediated by different PFTs across the globe. In this regard, the study introduces a measure of mortality risk that accounts for the duration that plants operate under high percentage loss of conductivity or stomatal closure. Although large uncertainty exists in the exact physiological mechanisms that cause mortality (17, 18), the proposed mortality risk measure captures two of the fundamental causes (i.e., low water potential and severely restricted carbon assimilation) which contribute to the downstream mortality mechanisms. Notably, the quantification of mortality is made possible by synergistic coupling of multiple prior submodels connecting plant physiological status to hydrological and meteorological conditions. This coupling allows the SPAC model to resolve hourly dynamics of xylem water potential and stomatal conductance, the variables required to evaluate mortality risk (*SI Appendix*, sections S1 and S5). For example, by accounting for the feedback between evapotranspiration and atmospheric boundary layer (ABL) development, the SPAC model is able to simulate a physically consistent hourly dynamic of air temperature and SH during droughts. During drought, when evapotranspiration is restricted by low soil moisture, the model partitions a larger fraction of incoming energy into sensible heat, thus enhancing the ABL and raising the temperature during daytime. This evapotranspiration–ABL coupling allows SPAC to consider the cooccurrence of extreme drought and heat stress, which has been pointed out as the main environmental trigger of tree mortality (3–5, 7). The SPAC model also uses an optimization-based stomatal conductance representation that accounts for the effect of plant hydraulic limitation (*SI Appendix*, section S1). The representation is an advantage over several widely used dynamic global vegetation models, where




**Fig. 4.** Average risk under historical climates (open circles), changes in P+T (light filled circles), and changes in P+T+SH+$CO_2$ (dark filled circles) for each PFT based on RCP4.5. Gray filled triangles denote the relative contribution of hydraulic failure (HF) to the mortality risk (i.e., 1 denotes that all of the risk is due to HF, and 0 denotes all of the risk is from stomatal closure).

ECOLOGY

ENVIRONMENTAL SCIENCES



FS-003325

Downloaded from https://www.pnas.org by NATIONAL AGRICULTURAL LIB-USDA NAL DATA PRODUCTION DIVISION on August 30, 2023 from IP address 170.144.198.117.

the stomatal regulation is disconnected or empirically connected with soil water stress (6, 21). Many of these semiempirical models are derived from observations under ambient $CO_2$ concentration, and their parameter values are subject to change in an elevated $CO_2$ environment (11), thus undermining their efficacy under future climate. In contrast, the optimization-based stomatal regulation model used here has been demonstrated to predict stomatal response to stress under both historical and elevated $CO_2$ concentration (30).

Although the modeled risk shows strong correspondence with observed mortality (*SI Appendix*, section S3), the estimated risk should be interpreted with care. Given the uncertainties inherent in model structure and parameters, and the complexity of the forest ecosystem, it is unrealistic to accurately assess the exact magnitude of mortality risk. Large variations in plant hydraulic traits, tree height, diameter at breast height, and stand density (31, 32) may impact the actual mortality risk. Sensitivity of mortality risk to aforementioned factors and to uncertainties in model structure are examined (*SI Appendix*, section S4). Results indicate that, despite their influence on the magnitude of mortality risk, the alleviating effect of increasing SH and $CO_2$ concentration is still found to be robust. Notably, actual mortality risk may also be altered by forest fire frequency and insect outbreak, rooting profile, seed production, community-level competition, local acclimation to drought, and adaption to long-term climate change (33–36), factors whose characterization is still fraught with uncertainties (37). Their impacts in relation to the direct influence of climate conditions discussed here deserve further investigation. However, independent of these indirect influences, results reported here demonstrate a ubiquitous and robust alleviating effect of elevated atmospheric humidity and $CO_2$ concentration, which is comparable in magnitude to the intensifying effect of changes in precipitation patterns and air temperature. The combined influence of changes in these climate variables on mortality risk is also strongly mediated by plant hydraulic traits. These results highlight that ignoring the influence of elevated atmospheric humidity and $CO_2$ concentration may lead to overestimation of future forest mortality risk.

## Materials and Methods

**SPAC Model.** The SPAC model consists of three process components: a soil–water balance; a plant water transport that is based on cohesion–tension theory and associated hydraulic properties; and an ABL development model that permits evapotranspiration to alter the height, temperature, and SH of the boundary layer (*SI Appendix*, section S1 and Fig. S1). Soil is characterized as a two-layer bucket, where the soil moisture is controlled by precipitation, interception, vertical flux between the two soil layers, deep percolation, soil evaporation, and plant root extraction. Water transport within plants is modeled as a resistance system with no capacitance. Water vapor and $CO_2$ exchange at the leaf level are modeled by combining Fickian diffusion of gases and the Farquahar photosynthesis model (38, 39), where the stomatal kinetics are determined by optimizing carbon gain while minimizing water losses (11). The stomatal conductance is affected by both atmospheric conditions and plant water status. The water flux through the soil–plant–atmosphere system is solved given soil and atmospheric conditions. Subdaily temperature and SH are obtained from the ABL development model. The energy and mass components in ABL development are affected by feedback of total water flux from the ground surface (40), including interception, soil evaporation, and plant transpiration. The coupled SPAC model simulates ecohydrologic states at an hourly interval.

**Soil and Vegetation Properties.** Based on the global land cover type from the moderate imaging spectroradiometer (MODIS; MCD12C1) (41), 13 forest biomes were selected across the globe. The biomes cover three PFTs and a variety of climate types (Fig. 1 and *SI Appendix*, Table S1) with MAP ranging from 500 to 3,000 mm. Regions with shallow groundwater (42) and snow-dominated climate (43) were avoided, as the influence of groundwater and snow is not considered in the model. The SPAC model in each biome was parameterized with local soil and representative plant properties. Soil texture compositions were obtained from the Harmonized World Soils Database (44). Soil hydraulic properties were calculated based on the generalized statistical relations (45). The annual cycle of the Leaf Area Index (LAI) was extracted from the level-4 MODIS global LAI and Fraction of Photosynthetically Active Radiation product (MCD15A2) (46). Plant hydraulic traits were obtained from a global database containing hydraulic traits of 866 species (47). Photosynthetic parameters were derived from a cross-species study (48). Stomatal optimization parameters were obtained based on a metaanalysis study across PFTs and climates reported in a previous study (49). These plant properties were obtained at a biome level by averaging the properties of trees belonging to the same PFT and climate type (47) as found in the given biome.

**Historical and Projected Climates.** The SPAC model in each biome is forced by local daily climate, including stochastic precipitation, net shortwave radiation, and initial and boundary conditions of potential temperature and SH of ABL. At the beginning of each day, the ABL is reset with the corresponding initial and boundary conditions. The stochastic precipitation is represented as a marked Poisson process characterized by frequency and mean rainfall depth statistics (50). Daily historical climates are calculated based on the National Centers for Environmental Prediction (NCEP)/National Center for Atmospheric Research (NCAR) reanalysis data (51) from 1986 to 2005. Projected climate changes are obtained from multimodel outputs of CMIP5 experiments under four RCP scenarios (Table S2). For each model under each RCP scenario, changes in climate variables are quantified as the difference between the averages for 1986–2005 and 2050–2069. Future precipitation statistics and other climate forcings for the model are generated by incorporating these changes into the historical climates from NCEP/NCAR (*SI Appendix*, section S2) to eliminate the influence of biases in climate model outputs (52). Historical and future atmospheric $CO_2$ concentrations under the four RCP scenarios are provided in ref. 53.

**Experimental Design and Statistics.** The mortality risk under a given climate was quantified based on plant dynamics by running the SPAC model at hourly resolution for 30 annual ensembles after a 5-y warm-up period. Influence of changes in each individual climate variable was analyzed by keeping the others the same, while only changing the target climate variable. Influence of combined changes in climate variables as projected by multimodels were grouped together to evaluate the overall response of mortality risk under each RCP scenario. Each reported change in risk is the average of changes of all of the biomes, unless stated otherwise. Change in each biome was calculated as the difference between the historical risk and the future risk (i.e., the average risk based on multimodel projections), in proportion to the historical risk. Biomes with historical risks $<0.01\%$ were excluded from the statistics.

**Note.** Details on model formulation, data processing, model validation, sensitivity analyses, and alternative quantifications of risks are provided in *SI Appendix*.

**ACKNOWLEDGMENTS.** We thank the National Aeronautics and Space Administration Earth Observing System Data and Information System Land Processes Distributed Active Archive Center for maintaining and providing the MODIS data; the National Oceanic and Atmospheric Administration/Office of Oceanic and Atmospheric Research/Earth System Research Laboratory Physical Sciences Division for providing NCEP data; the World Climate Research Program's Working Group on Coupled Modeling, which is responsible for CMIP; the climate modeling groups (listed in *SI Appendix*, Table S2) for providing their model outputs; and the Numerical Terradynamic Simulation Group at University of Montana and Max Planck Institute for Biogeochemistry for sharing their data. M.K. was supported by National Science Foundation (NSF) Grant EAR-1454983. M.K. and A.P. were supported by NSF Grant EAR-1331846. A.P. and G.G.K. were supported by NSF Grant DGE-1068871. A.P. was additionally supported by NSF Grants EAR-1316258 and FESD EAR-1338694. G.G.K. was additionally supported by NSF Grant EAR-134470 and US Department of Energy Grant DE-SC0011461. C.-W.H. was supported by NSF Grant DEB-1557176.

1. Allen CD, et al. (2010) A global overview of drought and heat-induced tree mortality reveals emerging climate change risks for forests. *Forest Ecol Manag* 259:660–684.
2. Allen CD, Breshears DD, McDowell NG (2015) On underestimation of global vulnerability to tree mortality and forest die–off from hotter drought in the Anthropocene. *Ecosphere* 6:1–55.
3. Breshears DD, et al. (2005) Regional vegetation die–off in response to global–change–type drought. *Proc Natl Acad Sci USA* 102:15144–15148.
4. Adams HD, et al. (2009) Temperature sensitivity of drought-induced tree mortality portends increased regional die–off under global–change–type drought. *Proc Natl Acad Sci USA* 106:7063–7066.

Downloaded from https://www.pnas.org by NATIONAL AGRICULTURAL LIB-USDA NAL DATA PRODUCTION DIVISION on August 30, 2023 from IP address 170.144.198.117.


5. Williams AP, et al. (2013) Temperature as a potent driver of regional forest drought stress and tree mortality. *Nat Clim Change* 3:292–297.
6. McDowell NG, et al. (2015) Multi–scale predictions of massive conifer mortality due to chronic temperature rise. *Nat Clim Change* 6:295–300.
7. Anderegg WRL, Kane JM, Anderegg LDL (2013) Consequences of widespread tree mortality triggered by drought and temperature stress. *Nat Clim Change* 3: 30–36.
8. Anderegg WRL, et al. (2012) The roles of hydraulic and carbon stress in a widespread climate-induced forest die-off. *Proc Natl Acad Sci USA* 109:233–237.
9. Anderegg LDL, Anderegg WRL, Abatzoglou J, Hausladen AM, Berry JA (2013) Drought characteristics' role in widespread aspen forest mortality across Colorado, USA. *Glob Change Biol* 19:1526–1537.
10. Parolari AJ, Katul GG, Porporato A (2014) An ecohydrological perspective on drought–induced forest mortality. *J Geophys Res Biogeosci* 119:965–981.
11. Katul G, Manzoni S, Palmroth S, Oren R (2009) A stomatal optimization theory to describe the effects of atmospheric $CO_2$ on leaf photosynthesis and transpiration. *Ann Bot* 105:431–442.
12. Schimel D, Stephens BB, Fisher JB (2015) Effect of increasing $CO_2$ on the terrestrial carbon cycle. *Proc Natl Acad Sci USA* 112:436–441.
13. Norby RJ, Zak DR (2011) Ecological lessons from free-air $CO_2$ enrichment (FACE) experiments. *Annu Rev Ecol Evol Systemat* 42:181–203.
14. Ainsworth EA, Long SP (2005) What have we learned from 15 years of free–air $CO_2$ enrichment (FACE)? A meta–analytic review of the responses of photosynthesis, canopy properties and plant production to rising $CO_2$. *New Phytol* 165: 351–372.
15. Ellsworth DS, et al. (2004) Photosynthesis, carboxylation and leaf nitrogen responses of 16 species to elevated $pCO_2$ across four free–air $CO_2$ enrichment experiments in forest, grassland and desert. *Glob Change Biol* 10:2121–2138.
16. McDowell N, et al. (2008) Mechanisms of plant survival and mortality during drought: Why do some plants survive while others succumb to drought? *New Phytol* 178: 719–739.
17. McDowell NG, et al. (2011) The interdependence of mechanisms underlying climate–driven vegetation mortality. *Trends Ecol Evol* 26:523–532.
18. Sala A, Piper F, Hoch G (2010) Physiological mechanisms of drought–induced tree mortality are far from being resolved. *New Phytol* 186:274–281.
19. Choat B, et al. (2012) Global convergence in the vulnerability of forests to drought. *Nature* 491:752–755.
20. Delzon S, Cochard H (2014) Recent advances in tree hydraulics highlight the ecological significance of the hydraulic safety margin. *New Phytol* 203:355–358.
21. McDowell NG, et al. (2013) Evaluating theories of drought–induced vegetation mortality using a multimodel–experiment framework. *New Phytol* 200:304–321.
22. Sperry JS, Love DM (2015) What plant hydraulics can tell us about responses to climate–change droughts. *New Phytol* 207:14–27.
23. Poyatos R, Aguadé D, Galiano L, Mencuccini M, Martínez-Vilalta J (2013) Drought–induced defoliation and long periods of near-zero gas exchange play a key role in accentuating metabolic decline of Scots pine. *New Phytol* 200:388–401.
24. McDowell NG (2011) Mechanisms linking drought, hydraulics, carbon metabolism, and vegetation mortality. *Plant Physiol* 155:1051–1059.
25. Ainsworth EA, Rogers A (2007) The response of photosynthesis and stomatal conductance to rising $CO_2$: Mechanisms and environmental interactions. *Plant Cell Environ* 30:258–270.
26. Brodribb TJ, McAdam SAM, Jordan GJ, Feild TS (2009) Evolution of stomatal responsiveness to $CO_2$ and optimization of water–use efficiency among land plants. *New Phytol* 183:839–847.
27. Lammertsma EI, et al. (2011) Global $CO_2$ rise leads to reduced maximum stomatal conductance in Florida vegetation. *Proc Natl Acad Sci USA* 108:4035–4040.
28. Keenan TF, et al. (2013) Increase in forest water–use efficiency as atmospheric carbon dioxide concentrations rise. *Nature* 499:324–327.
29. Drake BL, Hanson DT, Lowrey TK, Sharp ZD (2017) The carbon fertilization effect over a century of anthropogenic $CO_2$ emissions: Higher intracellular $CO_2$ and more drought resistance among invasive and native grass species contrasts with increased water use efficiency for woody plants in the US Southwest. *Glob Change Biol* 23: 782–792.
30. Katul GG, Palmroth S, Oren R (2009) Leaf stomatal responses to vapour pressure deficit under current and $CO_2$–enriched atmosphere explained by the economics of gas exchange. *Plant Cel Environ* 32:968–979.
31. Rowland L, et al. (2015) Death from drought in tropical forests is triggered by hydraulics not carbon starvation. *Nature* 528:119–122.
32. Bottero A, et al. (2017) Density–dependent vulnerability of forest ecosystems to drought. *J Appl Ecol*, 10.1111/1365-2664.12847.
33. Clark JS, et al. (2016) The impacts of increasing drought on forest dynamics, structure, and biodiversity in the United States. *Glob Change Biol* 22:2329–2352.
34. Wolf A, Anderegg WR, Pacala SW (2016) Optimal stomatal behavior with competition for water and risk of hydraulic impairment. *Proc Natl Acad Sci USA* 113:E7222–E7230.
35. Wolfe BT, Sperry JS, Kursar TA (2016) Does leaf shedding protect stems from cavitation during seasonal droughts? A test of the hydraulic fuse hypothesis. *New Phytol* 212:1007–1018.
36. Jump AS, et al. (2017) Structural overshoot of tree growth with climate variability and the global spectrum of drought–induced forest dieback. *Glob Change Biol*, 10.1111/gcb.13636.
37. Norby RJ, et al. (2005) Forest response to elevated CO2 is conserved across a broad range of productivity. *Proc Natl Acad Sci USA* 102:18052–18056.
38. Collatz GJ, Ball JT, Grivet C, Berry JA (1991) Physiological and environmental regulation of stomatal conductance, photosynthesis and transpiration: A model that includes a laminar boundary layer. *Agric For Meteorol* 54:107–136.
39. Farquhar GD, Caemmerer Sv, Berry JA (1980) A biochemical model of photosynthetic $CO_2$ assimilation in leaves of C3 species. *Planta* 149:78–90.
40. de Arellano JVG, van Heerwaarden CC, Lelieveld J (2012) Modelled suppression of boundary–layer clouds by plants in a $CO_2$–rich atmosphere. *Nat Geosci* 5:701–704.
41. National Aeronautics and Space Administration Land Process Distributed Active Archive Center (2013) Land Cover Type Yearly L3 Global 0.05Deg Climate Modeling Grid. (NASA Earth Observing System Data and Information System Land Processes Distributed Active Archive Center, US Geological Survey Earth Resources Observation and Science Center, Sioux Falls, SD), Version 051. Available at https://lpdaac.usgs.gov/dataset_discovery/modis/modis_products_table/mcd12c1. Accessed June 21, 2016.
42. Fan Y, Li H, Miguez-Macho G (2013) Global patterns of groundwater table depth. *Science* 339:940–943.
43. Kottek M, Grieser J, Beck C, Rudolf B, Rubel F (2006) World map of the Köppen-Geiger climate classification updated. *Meteorol Z* 15:259–263.
44. Food and Agriculture Organization of the United Nations (2009) Harmonized World Soil Database (Food and Agriculture Organization of the United Nations, Rome), Version 1.2. Available at www.fao.org/soils-portal/soil-survey/soil-maps-and-databases/harmonized-world-soil-database-v12/en/. Accessed June 22, 2016.
45. Saxton KE, Rawls WJ, Romberger JS, Papendick RI (1986) Estimating generalized soil–water characteristics from texture. *Soil Sci Soc Am J* 50:1031–1036.
46. National Aeronautics and Space Administration Land Process Distributed Active Archive Center (2016) Leaf Area Index—Fraction of Photosynthetically Active Radiation 8-Day L4 Global 1km. NASA Earth Observing System Data and Information System Land Processes Distributed Active Archive Center (US Geological Survey Earth Resources Observation and Science Center, Sioux Falls, SD), Version 005. Available at https://lpdaac.usgs.gov/dataset_discovery/modis/modis_products_table/mcd15a2. Accessed June 23, 2016.
47. Kattge J, et al. (2011) TRY—a global database of plant traits. *Glob Change Biol* 17:2905–2935.
48. Medlyn BE, et al. (2002) Temperature response of parameters of a biochemically based model of photosynthesis. II. A review of experimental data. *Plant Cell Environ* 25:1167–1179.
49. Manzoni S, et al. (2011) Optimizing stomatal conductance for maximum carbon gain under water stress: A meta–analysis across plant functional types and climates. *Funct Ecol* 25:456–467.
50. Rodríguez-Iturbe I, Porporato A (2007) *Ecohydrology of Water–Controlled Ecosystems: Soil Moisture and Plant Dynamics* (Cambridge Univ Press, Cambridge, UK).
51. Kalnay E, et al. (1996) The NCEP/NCAR 40-year reanalysis project. *Bull Am Meteorol Soc* 77:437–471.
52. Knutti R, Furrer R, Tebaldi C, Cermak J, Meehl GA (2010) Challenges in combining projections from multiple climate models. *J Clim* 23:2739–2758.
53. Meinshausen M, et al. (2011) The RCP greenhouse gas concentrations and their extensions from 1765 to 2300. *Climatic change* 109:213–241.


ECOLOGY

ENVIRONMENTAL SCIENCES



FS-003327

# Climate Change Considerations in Project Level NEPA Analysis

# January 13, 2009

## Introduction

Forest Service Chief Abigail R. Kimbell characterized the Agency's response to the challenges presented by climate change as "one of the most urgent tasks facing the Forest Service" and stressed that "as a science-based organization, we need to be aware of this information and to consider it any time we make a decision regarding resource management, technical assistance, business operations, or any other aspect of our mission."[1] The Forest Service mission is to "sustain the health, diversity, and productivity of the Nation's forest and grasslands to meet the needs of present and future generations." [2]

Ongoing climate change research was summarized in reports by the United Nations Intergovernmental Panel on Climate Change (IPCC) (www.ipcc.ch), US Climate Change Science Program's Science Synthesis and Assessment Products and the US Global Change Research Program. These reports concluded that climate is already changing; that the change will accelerate, and that human greenhouse gas (GHG) emissions, primarily carbon dioxide emissions ($CO_2$), are the main source of accelerated climate change.

Projected climate change impacts include air temperature increases; sea level rise; changes in the timing, location, and quantity of precipitation; and increased frequency of extreme weather events such as heat waves, droughts, and floods. These changes will vary regionally and affect renewable resources, aquatic and terrestrial ecosystems, and agriculture. While uncertainties will remain regarding the timing and extent magnitude of climate change impacts, the scientific evidence predicts that continued increases in GHG emissions will lead to increased climate change.

This document provides initial Forest Service guidance on how to consider climate change in project-level National Environmental Policy Act (NEPA) analysis and documentation. The following are the basic concepts outlined in this paper:

1. Climate change effects include the effects of agency action on global climate change and the effects of climate change on a proposed project.
2. The Agency may propose projects to increase the adaptive capacity of ecosystems it manages, mitigate climate change effects on those ecosystems, or to sequester carbon.
3. It is not currently feasible to quantify the indirect effects of individual or multiple projects on global climate change and therefore determining significant effects of those projects or project alternatives on global climate change cannot be made at any scale.
4. Some project proposals may present choices based on quantifiable differences in carbon storage and GHG emissions between alternatives.

---

[1] Abigail R. Kimbell, Chief, USDA Forest Service, February 15, 2008, letter to Forest Service National Leadership Team

[2] USDA Forest Service Strategic Plan, FY 2007 - 2012

This guidance will be revised as more scientific literature is published, climate change management experience is gained, and government policies are established.

## Types of Climate Change Effects

Consider two types of climate change effects when appropriate.

- **The effect of a proposed project on climate change** (GHG emissions and carbon cycling). Examples include: short-term GHG emissions and alteration to the carbon cycle caused by hazardous fuels reduction projects, GHG emissions from oil and gas field development, and avoiding large GHG emissions pulses and effects to the carbon cycle by thinning overstocked stands to increase forest resilience and decrease the potential for large scale wildfire.
- **The effect of climate change on a proposed project.** Examples include: effects of expected shifts in rainfall and temperature patterns on the seed stock selection for reforestation after timber harvest and effects of decreased snow fall on a ski area expansion proposal at a marginal geographic location, such as a southern aspect or low elevation.

## Climate Change Considerations in Pre-NEPA Analyses, Purpose and Need Statements, and Proposed Actions

Pre-NEPA analyses and identifying a purpose and need are important first steps in developing a proposed action. Typically, land management plan components (especially the desired conditions and objectives) provide a basis for developing the underlying purpose and need for projects.

Future revised plans are likely to recognize climate change influences on local natural resource management and the ecological, social, and economic environments. The comprehensive evaluation report developed for a land management plan revision and its successive updates provide information on conditions and trends, including climate change. These conditions and trends provide the basis and important underpinnings for designing project purpose and need statements, proposals, and alternatives. In the absence of comprehensive evaluation reports, the Resources Planning Act (RPA) assessments[3] include climate change discussions that may provide some relevant information for considering climate change in project analysis.

Pre-NEPA analyses and assessments often consider existing and projected stresses on the environment (e.g., insect and disease epidemics) and should include the potential effects of climate change on our ability to achieve the desired conditions. This analysis may lead to developing purpose and need statements and proposed actions designed to address climate change effects on the local environment.

The effects of climate change on natural resource management are best considered when developing a proposal prior to initiating NEPA. In this way it is efficient to integrate climate change considerations together with the Agency mission objectives. It is possible, and in some projects likely, that proposals may meet the Agency's mission while also enhancing the resilience or adaptive capacity of resources to the potential impacts of climate change. For

---

[3] Since 1990, the effects of climate change on forest resources have been included as a focus of assessment research. The RPA assessment results are used by public and private land managers to set a broad-scale context for evaluating future changes in renewable resources (see http://www.fs.fed.us/research/rpa/2005rpa/2000-RPA-Assessment-Update.pdf for the April 2007 interim update to the 2000 RPA Assessment).

example, projects designed to restore the health, resilience, and productivity of forested ecosystems may also improve the capability of the stands or landscape to withstand climate change stresses. Also, consider whether climate change may affect the ability to reach a desired condition. For example, the success of the proposal to restore aspen in a particular location may be reduced by expected warmer temperatures and lower rainfall during the next century.

Climate change mitigation[4] could be an objective or a complementary objective for a particular proposal. Also, proposals may include adaptation[5] proposals and adaptive management strategies to allow for uncertainties in environmental conditions resulting from climate change.

## Scoping and Climate Change Issues

Scoping is an integral part of environmental analysis and is used, in part, to identify and refine issues, establish analysis criteria, and explore possible alternatives and their probable environmental effects (Forest Service Handbook (FSH) 1909.15, sec. 11).

Scoping is useful to determine if climate change issues are specifically related to the proposed action. Refrain from prematurely dismissing climate change issues as "outside the scope" of the analysis and use the interdisciplinary team and other sources to identify potential cause-effect relationships (if they exist) between the proposal and climate change. Also, refrain from prematurely assuming that NEPA documentation for every proposal must include a climate change discussion.

Determining whether there is a cause-effect relationship is the first step in identifying a potential issue. Consider whether some element of the proposal will result in direct, indirect, or cumulative effects on GHG emissions or the carbon cycle and the direction of effects (e.g., increase, decrease, or combination of both). Consider this example.

> The proposal to underburn 30,000 acres of ponderosa pine stands to maintain a Fire Regime Condition Class 1 (FRCC 1) condition will directly release $CO_2$ during the burning operation, which contributes to increasing the atmospheric greenhouse gas concentration. However, research indicates that restoration (or maintenance) of a FRCC 1 condition will result in a lower risk of uncharacteristically severe wildfire for those treated acres. This reduced risk has a two-fold effect on GHG emissions or the carbon cycle:
>
> 1) There is a direct beneficial effect on climate change of decreased GHG emissions from these acres because the risk of acres being burned by uncharacteristically severe wildfires would be reduced, and
>
> 2) There is an indirect beneficial effect by treating these acres because live stands of trees will retain higher capacity to sequester carbon dioxide compared to stands killed by uncharacteristically severe wildfires, especially if not immediately reforested.

Some proposals will not have cause-effect relationships to GHG emissions or the carbon cycle, or are at such a minor scale that the direct effects would be meaningless to a reasoned choice

---

[4] To paraphrase the IPCC definition (IPCC, 2007) in this context, mitigation is defined as "A human intervention to reduce the sources or enhance the sinks of greenhouse gases."

[5] In this context, adaptation is defined by the IPCC Fourth Assessment Working Group as "Initiatives and measures to reduce the vulnerability of natural and human systems against actual or expected climate change effects."

among alternatives. Examples include: installing a water guzzler for wildlife habitat improvement, approving a use by a commercial outfitter for guided hunting trips, removing hazardous trees in a campground, and chipping brush along a roadside. All NEPA documentation needs to be relevant to informing the decisionmaker and the public about pertinent environmental effects relevant to the decision being made. The scoping process is designed to facilitate relevant analysis, including relevant climate change analysis.

## Developing Alternatives Responding to Climate Change Issues

The President's Council on Environmental Quality (CEQ) directs agencies to consider and evaluate reasonable alternatives to proposals (Title 40, Code of Federal Regulation, Part 1502.14 (40 CFR 1502.14)). Alternatives proposed to address climate change issues need to be relevant to the proposed action's purpose and need as well as technically and scientifically feasible. Alternatives may include mitigation measures to reduce GHG emissions, affect carbon cycling, or enhance adaptive capacity. Alternatives developed to respond to climate change issues should clearly relate to the cause-effect relationship between the proposal and climate change and have meaningfully different climate change-related effects when compared to the proposal and other alternatives.

## Direct & Indirect Effects Analysis

The CEQ regulations at 40 CFR 1508.7 and 1508.8 and FSH 1909.15, section 15 provide direction and guidance for assessing direct, indirect, and cumulative effects caused by the proposed action and alternatives. In addition to CEQ and agency NEPA requirements, it is important to understand that individual state laws and programs may require reduction, regulation, or monitoring of GHG emissions.

As presented in the discussion on scoping, an analysis of GHG emissions and carbon cycles is not always appropriate for every NEPA document. As with any environmental impact, GHG emissions and carbon cycling should be considered in proportion to the nature and scope of the Federal action in question and its potential to either affect emissions or be affected by climate change impacts. As with any environmental effects analysis, the scope of effects needs to be established in timing and geography relative to the scope of the actions being considered in the alternatives. There will be some situations where quantitative analysis will be useful and others where qualitative analysis will best serve decisionmaking. The following sections provide guidance on considerations for when to use quantitative and qualitative analyses.

### <u>Quantitative Effects of Projects on GHG Emissions & Carbon Cycle Climate Change</u>

Many proposed projects and programs will emit greenhouse gases (direct effect) and, thus, contribute to the global concentration of greenhouse gases that affect climate (indirect effect).

Quantifying greenhouse gases emitted and/or sequestered may help choose between alternatives based on relative direct effects trade-offs. Forest Service decisions having the potential to emit or sequester more greenhouse gases; such as, energy facilities, transmission lines, oil & gas development or leases, and some Federal permitting decisions may be best informed by quantitative analyses. Also, quantitative analysis may be best when addressing applicable requirements for reducing, regulating, or monitoring GHG emissions.

Because greenhouse gases mix readily into the global pool of greenhouse gases, it is not currently possible to ascertain the indirect effects of emissions from single or multiple sources (projects). Also, because the large majority of Forest Service projects are extremely small in the global atmospheric $CO_2$ context, it is not presently possible to conduct quantitative analysis of actual climate change effects based on individual or multiple projects.

Currently the Agency does not have an accepted tool for analyzing all GHG emissions. Models used by the Agency such as *FOFEM 5.5*[6] and *Consume 3.0*[7] can estimate the conversion of fuel loads into emissions ($CO_2$, Methane, nitrogen oxide ($NO_2$)), though these tools are for projects which include prescribed burning of vegetation only. These two models are not used to estimate emissions for other project categories such as oil & gas development, transportation, and so on.

Other models that are being or have been developed include carbon life cycle calculators. For example, the Forest Vegetation Simulator (FVS) is a forest growth and yield model that can produce per acre estimates of total stand carbon and removed carbon over time and under various management scenarios and forest disturbances such as fire, insects, and disease. The FVS also tracks how much of the merchantable carbon is stored in products or is emitted with or without energy capture. Efforts are under way to make FVS growth projections sensitive to changes in climate. Guidance and analysis methods will continue to be developed for estimating GHG emissions and carbon sequestration from activities by federal, state and local governments, and non-governmental organizations which the Agency will continue to evaluate for applicability to its environmental analysis.

It is not necessary to calculate GHG emissions for most projects; however, in situations where the responsible official finds the information useful for decisionmaking, such data and conclusions developed through quantitative analysis would normally only be used for comparing alternatives related to direct effects or addressing any applicable regulatory requirements related to GHG emissions. Without enough scientific understanding to draw conclusions about the significance of the quantitative results, qualitative discussions about the potential for greenhouse gases sequestered and emitted are more appropriate for disclosing climate change implications.

Consider the effects of no action frames, the effects tradeoffs of the proposed action and other action alternatives on GHGs emissions. The projected environmental baseline of the no action alternative can be used to compare quantitative impacts of the alternatives with respect to GHG emissions (when applicable); however, because it is not possible to predict the actual effects of a particular project on global climate change, a baseline comparison cannot be made using the no action alternative relative to climate change.

Qualitative Analysis Methods: GHG Emissions & Carbon Cycle

Qualitative effects disclosure for a project's impacts on GHG emissions and carbon sequestration should be couched in the ecosystem's role in the carbon cycle. In this context, descriptions of

[6] *FOFEM 5.5.* is First Order Fire Effects Model, a public domain computer program for predicting tree mortality, fuel consumption, smoke production, and soil heating caused by prescribed fire or http://www.fire.org/index.php?option=content&task=category&sectionid=2&id=12&Itemid=31.

[7] *Consume v. 3.0* is a software application used to predict fuel consumption, pollutant emissions, and heat release based on a number of factors including fuel loadings, fuel moisture, and other environmental factors http://www.fs.fed.us/pnw/fera/research/smoke/consume/index.shtml.

qualitative impacts should disclose the nature and direction (short-term and long-term) of the impact as opposed to the specific magnitude of the impact.

Forests play a major role in the carbon cycle. The carbon stored in live biomass, dead plant material, and soil represents the balance between $CO_2$ absorbed from the atmosphere and its release through respiration, decomposition, and burning. Over longer time periods, indeed as long as forests exist, they will continue to absorb carbon. Qualitative discussions about these relationships can show the implications of agency decisions about climate change.

The RPA assessment, literature, and national and regional web sites can provide information about general carbon sequestration and GHG implications of various categories of project activities. These resources describe concepts and provide language explaining general connections between management activities and the carbon cycle that can be incorporated by reference in qualitative discussions.

## Cumulative Effects Analysis

As GHG emissions are integrated across the global atmosphere, it is not possible to determine the cumulative impact on global climate from emissions associated with any number of particular projects. Nor is it expected that such disclosure would provide a practical or meaningful effects analysis for project decisions.

Where a proposed project would be anticipated to emit relatively large amounts of greenhouse gases (e.g., large-scale oil and gas development project), the following may be appropriate.

1. Quantify the expected annual and total emissions from the project, where possible, using already generated data from air quality analyses;
2. Provide context for these numbers by comparing to other emission sources (e.g., individual, regional, national, global); and
3. Qualitatively describe the effects of GHG emissions on climate change.

A qualitative cumulative effects discussion could incorporate a summary of local, regional, or national climate change scientific assessments to recognize overall climate change effects expected as a result of all contributions to climate change. However, it will not be possible and it is not expected that the effects of a particular project or multiple projects can be specifically attributed to those effects. The land management plan comprehensive evaluation and RPA Assessment may include information that would help in this summary.

## Uncertainty Regarding Climate Change

Although it is possible to quantify a project's direct effects on carbon sequestration and GHG emissions, there is no certainty about the actual intensity of individual project indirect effects on global climate change. Uncertainty in climate change effects is expected because it is not possible to meaningfully link individual project actions to quantitative effects on climatic patterns.

Complete quantifiable information about project effects on global climate change is not currently possible and is not essential to a reasoned choice among alternatives. However, based on climate

change science, we can recognize the relative potential of some types of proposals and alternatives to affect or influence climate change and therefore provide qualitative analysis to help inform project decisions. .

### Findings of No Significant Impact Related to Climate Change

Context considerations together with 10 intensity factors are used to determine whether a proposed action's environmental impact may be significant (40 CFR 1508.27). A Finding of No Significant Impact documents a Federal agency's reasons why a proposed action will not have a significant effect on the quality of the human environment and an environmental impact statement (EIS) will not be prepared (40 CFR 1508.13).

The responsible official determines the "significance" of effects of a proposal, given the context and intensity of the effects. Significance varies with the context or setting of the proposed action. For a site-specific action, significance usually depends on the effects in the locale rather than the world as a whole. Therefore, actions potentially having effects on climate change that are not discernible at the global scale are unlikely to be determined significant from a climate change standpoint for that reason. The determination is relative to the scope of the environmental effects described in an environmental assessment. Because the context of individual projects and their effects cannot be meaningfully evaluated globally to inform individual project decisions, it is not possible and it is not expected that climate change effects can be found to be "significant" under NEPA and therefore require EIS preparation.

Of the 10 "intensity" factors in the CEQ definition of significance, 5 may be questioned or raised as reasons for requiring an EIS. Factors 2, 4, 5, and 7 can be addressed by explaining the context of the actions and the scope of the effects:

***Factor 2 – The degree to which the proposed action affects public health or safety.***

***Factor 4 – The degree to which the effects on the quality of the human environment are likely to be highly controversial.***

***Factor 5 – The degree to which the possible effects on the human environment are highly uncertain or involve unique or unknown risks***

***Factor 7 – Whether the action is related to other actions with individually insignificant but cumulatively significant impacts. Significance exists if it is reasonable to anticipate a cumulatively significant impact on the environment. Significance cannot be avoided by terming an action temporary or by breaking it down into small component parts.***

We can recognize that global climate change may affect human health, that there is uncertainty and unknown risks associated with global climate change, and that the ultimate effects on climate change are indeed the results of incremental cumulative effects of many actions, most of which are outside the Agency's control. However, we should also recognize in our findings that we cannot discern significant climate change effects of our proposals, given the context of projects and plans and the lack of effects that can be meaningfully evaluated under current science, modeling, and policies.

***Factor 10 – Whether the action violatesthreatens a violation of Federal, state, or local law or requirements imposed for the protection of the environment.***

Under this factor, it would be difficult to determine the significance of effects of one project on greenhouse gases directly, and therefore climate change indirectly, as there are currently no Federal statutes, regulatory standards, or policy direction on the significance of such effects. Until meaningful, accepted thresholds are adopted against which to weigh any project-related GHG emissions, it will not be possible to determine whether a specific project will have a significant effect under this factor.

If a state does have a threshold in law or regulation for GHG emissions, then the environmental analysis needs to address the project's relationship to that threshold (40 CFR 1508.27 (b)(10)). As states and counties begin to develop such thresholds, NEPA practitioners must be aware of their current local situation and how factor 10 should be addressed in a finding of no significant impact.

## Decision Documents

It may be appropriate for the decision document rationale to include some indication of how climate change considerations (if any) were weighed during decisionmaking. These statements should reference relevant NEPA documents, assessments, and science to substantiate findings.

In recognizing agency responsibility to consider climate change, the responsible official can cite the Forest Service mission to "sustain the health, diversity, and productivity of the Nation's forests and grasslands to meet the needs of present and future generations" and state how their decision considered climate change issues. They can explain how climate change was considered to the extent possible given the scope of the project, the scope of the effects, and how all the effects were weighed along with the benefits in arriving at a decision. This would convey Chief Kimball's intent that we need to be aware of climate change information and to consider it when making decisions.

## Responding to Comments Regarding Climate Change

The CEQ regulations (40 CFR 1503.4) provide direction that is applicable when responding to comments about climate change.

1. Modify alternatives including the proposed action.
2. Develop and evaluate alternatives not previously given serious consideration by the Agency.
3. Supplement, improve, or modify the analysis.
4. Make factual corrections.
5. Explain why the comments do not warrant further agency response, citing the sources, authorities, or reasons which support the Agency's position and, if appropriate, indicate those circumstances that would trigger agency reappraisal or further response.

Though some examples may help, no standard list of responses to comments can work across all national forests or grasslands. However, given the context of global climate change, there are

some elements of individual responses that can be standardized. The following are potential information sources to use in response to comments:

- EPA State of Knowledge on Climate Change Science.
- Regional appeal websites contain responses to appeal issues, including those related to climate change http://www.fs.fed.us/appeals/.
- Agency climate change science syntheses and assessments to support forest plan revisions and projects expected to be completed by January 1, 2009.

## Tools, Resources, Literature, and Websites

- Examples - Purpose and need, proposed action, issue statement, alternative development, effects analysis, and response to comments examples are available on the intranet at www.examples.fs.fed.us
- Inter-governmental Panel on Climate Change
- US Climate Change Science Program
- Climate Impacts Group, University of Washington
- Climate Change Resource Center
- Climate Assessment for the Southwest, University of Arizona
- Southern Global Climate Change Program
- EPA Greenhouse Gas Equivalencies Calculator
- EPA Climate Change & Forests
- Regional Integrated Sciences and Assessments Program, National Oceanic and Atmospheric Administration
- United States Climate Action Partnership
- Forest Plan Implementation (1900-1) Training Materials
- Consortium for Research on Renewable Industrial Materials
- Forest Vegetation Simulator (FVS)
- CONSUME
- Tools for Carbon Inventory, Management, and Reporting
- Climate, Fire, and Carbon Cycle Sciences

## References & Literature


- Science and Assessment Program (SAP 4.3), The Effects of Climate Change on Agriculture, Land Resources, Water Resources, and Biodiversity in the United States
- Science and Assessment Program (SAP 4.4), Adaptation Options for Climate-Sensitive Ecosystems and Resources, U.S. Climate Change Science Program.
- Silviculture and Forest Management Under a Rapidly Changing Climate, Millar, et al, Ecol. Applications, 2007.
- British Columbia Department of Forests Research Publications by Dave Spittlehouse for the Pacific Northwest.
- Intergovernmental Panel on Climate Change's Fourth Assessment Report.
- Climate change and Forests of the Future: Managing in the Face of Uncertainty, *Ecological Applications*, 17(8), 2007, pp. 2145–2151.
- April 2007 interim update to the 2000 RPA Assessment.

### Links for Forest Service Employees

- Region 1 and Region 9 Forest Service internal websites include sample comments.
- The Project, Appeals and Litigation System (PALS) Forest Service internal website is designed to track appeal issues, including those for climate change.

An official website of the United States government Here's how you know

USDA Forest Service
U.S. DEPARTMENT OF AGRICULTURE

Enter Keyword(s) Go

Visit Us | Managing the Land | Learn | Science and Technology | Working with Us | About the Agency | Inside the FS

Home ‣ About the Agency ‣ Forest Service Policy Office ‣ sse ‣ Forest Level Economic Contributions Dashboard – 2019

## About the Agency

- Contact Us
- Agency Leadership
- Budget and Performance
- Equity Action Plan
- Faces of the Forest Service
- National Programs and Offices
- Newsroom
- Publications
- Regulations and Policies
  - Directives Search
- This is Who We Are

# Forest Level Economic Contributions Dashboard – 2019

National forests and grasslands provide multiple benefits to the American people and the communities where they live. They support local economies through recreation, timber, energy, minerals, and livestock grazing. This dashboard was created to help understand how each of these activities support local economies. The dashboard breaks economic contributions down into distinct categories. Learn about each forest's contribution to jobs, labor income, gross domestic product and more by exploring the dashboard.

USDA NATIONAL FOREST & GRASSLAND ECONOMIC CONTRIBUTIONS *Data from FY2019 At a Glance Report Updated every 3 years*

Select a National Forest or Grassland:

San Juan National Forest

**San Juan National Forest**

*To recenter the map, hover over the visual and click the Home button in the menu bar to the left.*




*Select Total Jobs, Total Labor Income, or Total GDP Title to Update Program Area and Industry Graphs Below.*

| Total Jobs | Total Labor Income | Total GDP |
|---|---|---|
| 2,590 | $85,015,000 | $148,051,000 |



For more information, please see the Jobs, Income, and GDP Economic Contributions At A Glance Reports. These reports provide additional information about the economic contributions of 111 national forest and grassland units in the National Forest System.

## Total Job Contributions

# Forest Level Economic Contributions Dashboard – 2019

National forests and grasslands provide multiple benefits to the American people and the communities where they live. They support local economies through recreation, timber, energy, minerals, and livestock grazing. This dashboard was created to help understand how each of these activities support local economies. The dashboard breaks economic contributions down into distinct categories. Learn about each forest's contribution to jobs, labor income, gross domestic product and more by exploring the dashboard.




For more information, please see the Jobs, Income, and GDP Economic Contributions At A Glance Reports. These reports provide additional information about the economic contributions of 111 national forest and grassland units in the National Forest System.

## Total Labor Income Contributions

# Forest Level Economic Contributions Dashboard – 2019

National forests and grasslands provide multiple benefits to the American people and the communities where they live. They support local economies through recreation, timber, energy, minerals, and livestock grazing. This dashboard was created to help understand how each of these activities support local economies. The dashboard breaks economic contributions down into distinct categories. Learn about each forest's contribution to jobs, labor income, gross domestic product and more by exploring the dashboard.

Total Job Contributions | Total Labor Income Contributi... | Total GDP Contributions

USDA — NATIONAL FOREST & GRASSLAND ECONOMIC CONTRIBUTIONS — *Data from FY2019 At a Glance Report, Updated every 3 years*

Select a National Forest or Grassland:

San Juan National Forest

**San Juan National Forest**

*To recenter the map, hover over the visual and click the Home button in the menu bar to the left.*




*Select Total Jobs, Total Labor Income, or Total GDP Title to Update Program Area and Industry Graphs Below.*

| Total Jobs | Total Labor Income | Total GDP |
|---|---|---|
| 2,590 | $85,015,000 | $148,051,000 |

**Labor Income by Program Area**




**Labor Income by Industry**




Share

For more information, please see the Jobs, Income, and GDP Economic Contributions At A Glance Reports. These reports provide additional information about the economic contributions of 111 national forest and grassland units in the National Forest System.

## Total GDP Contributions

# Forest Level Economic Contributions Dashboard – 2019

National forests and grasslands provide multiple benefits to the American people and the communities where they live. They support local economies through recreation, timber, energy, minerals, and livestock grazing. This dashboard was created to help understand how each of these activities support local economies. The dashboard breaks economic contributions down into distinct categories. Learn about each forest's contribution to jobs, labor income, gross domestic product and more by exploring the dashboard.




For more information, please see the Jobs, Income, and GDP Economic Contributions At A Glance Reports. These reports provide additional information about the economic contributions of 111 national forest and grassland units in the National Forest System.

JOBS, INCOME, AND GDP:
ECONOMIC CONTRIBUTIONS AT A GLANCE

Download PDF

*Data from*
***FY2019 At a Glance Report***
*Updated every 3 years*

Select a National Forest or Grassland:

San Juan National Forest

## San Juan National Forest

*To recenter the map, hover over the visual and click the Home button in the upper left.*




**In 2019, the San Juan National Forest contributed:**

| | | |
|---|---|---|
| **2,590** Jobs | **$85,015,000** of Labor Income | **$148,051,000** in GDP |

## How do National Forests and Grasslands Contribute to Economies?

National Forests and Grasslands provide multiple benefits to the American people and to local communities. They provide clean air and water, preserve cultural resources, and conserve lands for the enjoyment of present and future generations. They also support local economies through recreation, timber, energy, minerals, and livestock grazing. In addition, counties with national forests or grasslands receive funds to support schools, road maintenance, and stewardship projects. The Forest Service also invests in such things as the construction and maintenance of infrastructure, environmental restoration, and forest health.

## Why Report Jobs, Income, and GDP?

Residents and local government officials in surrounding communities have interest in how management of the National Forests and Grasslands affects local economies.

## For More Information:

Economics for Planning website (https://www.fs.usda.gov/emc/economics/index.shtml)

USDA

RESOURCE MANAGEMENT OUTPUTS FROM FOREST SERVICE LANDS

Download PDF

*Data from* ***FY2019 At a Glance Report*** *Updated every 3 years*

Select a National Forest or Grassland:

San Juan National Forest

## San Juan National Forest

### Resource Management Outputs from Forest Service Lands

National Forests and Grasslands are managed for multiple uses. The table below shows the Program outputs which were used to estimate the tie between management actions and economic activity in communities.

| Program/Activity | Output | Units of Measure |
|---|---|---|
| Recreation Visits | 1,320,000 | Visits |
| Recreation Expenditures | $134,043,000 | in 2019 Dollars |
| Agency Operations | $21,413,000 | in 2019 Dollars |
| Sawtimber Volume | 15,865 | CCFs |
| Fuelwood Volume | 6,692 | CCFs |
| Pulp, Posts, Poles, & All Other Volume | 5,101 | CCFs |
| Grazing AUMs | 105,198 | AUMs |
| Minerals Production Value | $42,543,000 | in 2019 Dollars |
| Payments to Local Governments | $4,014,000 | in 2019 Dollars |

ECONOMIC AREA OF INFLUENCE

Download PDF

*Data from*
***FY2019 At a Glance Report***
*Updated every 3 years*

Select a National Forest or Grassland:

San Juan National Forest

## San Juan National Forest

*To recenter the map, hover over the visual and click the Home button in the upper left.*




The counties selected to form a National Forest or Grassland's economic area of influence are chosen based on where FS management decisions have a direct effect on economic activity. This group of counties is also referred to as the "study area" or "impact area." The contributions of natural resource management on National Forests and Grasslands ripple through the local economy, supporting jobs and income in many different sectors of the economy.

## Identifying the Economic Area of Influence

To estimate contributions to local economies from the management of National Forests and Grasslands an economic area of influence for each administrative unit must be delineated. Economic areas of influence oftentimes differ by the resource under investigation, surrounding geography, and overall analysis objectives. The estimates in this report are for the area around the **San Juan National Forest** where direct Forest Service related expenditures occur. Other objectives, i.e. for forest planning, NEPA project analysis, etc. often focus on a different geography. This map shows where Forest Service related direct expenditures occur, including: recreation and wildlife visitor spending, the location of grazing permit holders, the location of logging and restoration firms, mill processing FS wood products, the counties receiving returns to states funds and payments in lieu of taxes, the location of Forest Service budget expenditures, and the salary spending by Forest Service employees.

USDA

JOB CONTRIBUTIONS BY PROGRAM

Download PDF

*Data from*
***FY2019 At a Glance Report***
*Updated every 3 years*

Select a National Forest or Grassland:

San Juan National Forest

## San Juan National Forest

| Program Area | Direct Jobs | Total Jobs |
|---|---|---|
| Recreation by Local Visitors | 150 | 200 |
| Recreation by Non-Local Visitors | 1,060 | 1,440 |
| Minerals & Energy | 30 | 70 |
| Forest Products | 140 | 240 |
| Livestock Grazing | 190 | 270 |
| Payments To Local Governments | 40 | 50 |
| Agency Operations | 230 | 320 |

## Job Contributions by Program

The estimates for Recreation (including wildlife related), Minerals & Energy, Forest Products, and Livestock Grazing include jobs supported by these programs in the private sector. Non-local recreation visitors bring new money into the economy. Local recreationists spend money that is already counted in the economic statistics for the area so they are tracked independently.

Forest Service Agency Operations capture the spending of the National Forest or Grassland's budget on such things as infrastructure construction and maintenance, ecosystem restoration, fuels treatments, salaries, etc.

Payments to Local Governments estimates the jobs supported by local government investment in such things as roads and schools via funding from programs like the 25% Fund, Payments in Lieu of Taxes and minerals royalties.

Jobs supported by the National Forests and Grasslands are often in small, rural communities and are therefore an important contribution to economic and social sustainability. Employment is the estimate of average annual full-time, part-time, temporary, and seasonal jobs. In 2019, the **San Juan National Forest** supported an estimated **2,590** jobs in the local area. Direct job contributions come from economic activity associated with a Forest Service Program. Secondary job contributions are the ripples of economic activity stimulated by the direct economic activity. Total job contributions are the sum of direct and secondary contributions.

USDA

LABOR INCOME & GDP CONTRIBUTIONS BY PROGRAM

Download PDF

*Data from* ***FY2019 At a Glance Report*** *Updated every 3 years*

Select a National Forest or Grassland:

San Juan National Forest

## San Juan National Forest

| Program Area | Direct Labor Income | Total Labor Income | Direct GDP | Total GDP |
|---|---|---|---|---|
| Recreation by Local Visitors | $4,016,000 | $6,088,000 | $6,935,000 | $10,852,000 |
| Recreation by Non-Local Visitors | $27,986,000 | $42,174,000 | $49,484,000 | $75,852,000 |
| Minerals & Energy | $2,688,000 | $4,886,000 | $11,005,000 | $14,908,000 |
| Forest Products | $5,636,000 | $9,085,000 | $7,165,000 | $13,419,000 |
| Livestock Grazing | $1,279,000 | $4,117,000 | $4,015,000 | $8,549,000 |
| Payments To Local Governments | $1,875,000 | $2,422,000 | $2,357,000 | $3,431,000 |
| Agency Operations | $13,079,000 | $16,243,000 | $14,870,000 | $21,039,000 |

### Labor Income and GDP Contributions by Program

Labor Income is directly associated with local jobs and business owners. Other measures of income such as Household Income and Total Income include things like investments, rents, and transfer payments that are not tied to Forest Service management decisions so they are not reported here. As direct and secondary contributions ripple through the economy, Labor Income is supported in a wide variety of sectors not directly affected by resource management decisions.

Gross Domestic Product (GDP) is defined as the total market value of all final goods and services produced within a region. What's reported here is actually value added, which is the Agency's contributions to GDP. Value added is the difference between an industry's or establishment's total output and the cost of intermediate inputs.

Labor income is the value of wages, salaries and benefits for wage earners plus income to local business owners. In 2019, the **San Juan National Forest** contributed an estimated **$85,015,000** in labor income to the local area.

The **San Juan National Forest** also contributed an estimated **$148,051,000** in GDP.

USDA

ANALYSIS METHODS
& ADDITIONAL INFORMATION

Download PDF

*Data from*
***FY2019 At a Glance Report***
*Updated every 3 years*

## Analysis Methods: How a contribution analysis is constructed

**1.)** A software and data package called IMPLAN (https://implan.com/) is used to characterize the structure of the local economy and how the different pieces of the economy interact (an "Input-Output" model).

**2.)** Forest Service data for Program outputs from National Forests and Grasslands are added to the model: recreation (including fish and wildlife related), livestock grazing, forest products, energy, minerals, payments to local governments, and the Forest Service budget.

**3.)** The model then estimates the economic links between natural resource management on National Forests and Grasslands and local jobs, income, and GDP.

## Additional Information

**Contact Us:** For general inquiries, contact the Washington Office social scientists and economists: (Henry Eichman, henry.eichman@usda.gov ). For local inquiries, please see the list of regional social science and economics contacts (https://www.fs.usda.gov/emc/economics/contactus.shtml).

**Useful Links:** Additional information on economic contributions and benefits to people is available on the Economic, Social, and Ecosystem Service Analysis website (https://www.fs.usda.gov/emc/economics/index.shtml ).

- General information about the use of economics in the Forest Service.
- At a Glance reports for all National Forests and Grasslands covering Jobs, Income, and GDP and Benefits to People.
- Frequently Asked Questions and a Glossary are also available.

The National Visitor Use Monitoring Program has detailed information on recreation visitation (https://www.fs.usda.gov/about-agency/nvum).

The "Headwaters Economics" website (http://www.headwaterseconomics.org) maintains several useful reports including National Forest Socioeconomic Indicators https://headwaterseconomics.org/tools/forest-indicators/) - area profiles that can be consulted for a deeper dive into the social and economic characteristics of the area. There are also reports which include important information for consideration of outreach and effects to Environmental Justice populations.

**Data Sources:**

- Recreation data are from the National Visitor Use Monitoring Survey (https://apps.fs.usda.gov/nvum/results).
- Grazing Animal Unit Months (AUM) data are found in the Rangeland Management Reports (https://www.fs.usda.gov/rangeland-management/reports/index.shtml)
- Timber Harvest data are found in the Forest Service Forest Management Cut and Sold Reports (https://www.fs.usda.gov/forestmanagement/products/cut-sold/index.shtml)
- Minerals and Energy Revenues are reported by the Office of Natural Resources Revenue (https://www.onrr.gov)
- Federal Revenues which are returned to the States and Counties are found on the Payments to States website (https://www.fs.usda.gov/working-with-us/secure-rural-schools) and Payments in Lieu of Taxes website (https://www.doi.gov/pilt)

## Definitions

**CCF** – Hundred cubic feet, a unit of measure for timber harvest volume.
**AUM** – Animal unit month, the amount of forage necessary for the sustenance of one cow or its equivalent for a period of 1 month.
**Agency Operations** – Spending of National Forest or Grassland budget on such things as infrastructure construction and maintenance, ecosystem restoration, fuels treatments, salaries, etc.
**Visit** – The entry of one person upon a National Forest or Grassland to participate in recreation activities for an unspecified period of time.
**Minerals Production Value** – The market value of minerals and energy resources extracted from National Forests and Grasslands.
**Payments to Local Governments** – Payments made to State and County Governments covered under the 1908 Act (amended) 25% Payments, Secure Rural Schools Act, Bankhead-Jones Act, and Payment in Lieu of Taxes.

HEADWATERS ECONOMICS

# A Demographic Profile

## Selected Counties

Selected Geographies:

Dolores County, CO; Montezuma County, CO

## United States

Comparison Geographies:

U.S.

Produced by
Headwaters Economics'
**Economic Profile System (EPS)**
https://headwaterseconomics.org/eps
September 19, 2023

# Demographics

## Selected Counties

## About the Economic Profile System (EPS)

EPS is a free web tool created by Headwaters Economics to build customized socioeconomic reports of U.S. counties, states, and regions. Reports can be easily created to compare or aggregate different areas. EPS uses published statistics from federal data sources, including the U.S. Census Bureau, Bureau of Economic Analysis, and Bureau of Labor Statistics.

The Bureau of Land Management and Forest Service have made significant financial and intellectual contributions to the operation and content of EPS.

See https://headwaterseconomics.org/eps for more information about the capabilities of EPS. For technical questions, contact Patty Hernandez Gude at eps@headwaterseconomics.org or telephone 406-599-7425.

HEADWATERS ECONOMICS

headwaterseconomics.org

**Headwaters Economics** is an independent, nonprofit research group. Our mission is to improve community development and land management decisions.

www.blm.gov

**The Bureau of Land Management**, an agency within the U.S. Department of Interior, administers 249.8 million acres of America's public lands, located primarily in western states. It is the mission of the Bureau of Land Management to sustain the health, diversity, and productivity of public lands for the use and enjoyment of present and future generations.

www.fs.fed.us

**The Forest Service**, an agency of the U.S. Department of Agriculture, administers national forests and grasslands encompassing 193 million acres. The Forest Service's mission is to sustain the health, diversity, and productivity of the nation's forests and grasslands to meet the needs of present and future generations.

# Demographics

## Selected Counties

## Table of Contents

**Demographics**
- Population ........ 4
- Age and Gender ........ 6
- Race ........ 10
- Ethnicity ........ 12
- Tribal ........ 14

**Employment**
- Occupations and Industries ........ 18
- Labor ........ 20
- Commuting ........ 22

**Income**
- Income ........ 24
- Poverty Prevalence ........ 26
- Poverty by Race and Ethnicity ........ 28
- Household Earnings ........ 30

**Social Characteristics**
- Education ........ 32
- Language ........ 34

**Housing**
- Housing Characteristics ........ 36
- Housing Affordability ........ 38

**Benchmarks**
- Comparisons ........ 40

Data Sources & Methods ........ 42
Endnotes ........ 43

**Note to Users:**

This is one of 14 reports that can be created and downloaded from EPS. Topics include land use, demographics, specific industry sectors, the role of non-labor income, the wildland-urban interface, the role of amenities in economic development, and payments to county governments from federal lands. The EPS reports are downloadable as Excel or PDF documents. See https://headwaterseconomics.org/eps.



FS-003352

# Demographics

## Selected Counties

## Population

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Population (2021*) | 2,288 | 25,916 | 28,204 | 329,725,481 |
| Population (2010*) | 2,027 | 25,279 | 27,306 | 303,965,272 |
| Population Change (2010*-2021*) | 261 | 637 | 898 | 25,760,209 |
| Population Pct. Change (2010*-2021*) | 12.9% | 2.5% | 3.3% | 8.5% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

- From 2010* to 2021*, Dolores County, CO had the smallest estimated absolute change in population (261).
- From 2010* to 2021*, Dolores County, CO had the largest estimated relative change in population (12.9%), and Montezuma County, CO had the smallest (2.5%).

Percent Change in Population, 2010*-2021*




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Demographics

## Selected Counties

# Population

### What do we measure on this page?

This page describes the total population and change in total population.[1, 2]

Data in this report comes from the U.S. Census Bureau's American Community Survey (ACS).[3] The ACS is conducted nationwide every year by the U.S. Census Bureau to collect demographic, social, economic, and housing information. For more information about ACS data and accuracy, see the Methods section at the end of this report.

### Why is it important?

Population growth is generally an indication of a healthy economy. No growth or long-term decline generally occur when an area is struggling.

Growth can benefit the general population of a place, especially by providing economic opportunities, but it can also stress communities and lead to income stratification. When considering the benefits of growth, it is important to distinguish between standard of living (such as earnings per job and per capita income) and quality of life (such as leisure time, crime rate, and sense of well-being).

The size of a population and economy (metropolitan, micropolitan, or rural) can have an important bearing on economic activities as well as opportunities and challenges for area businesses.

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Demographics

## Selected Counties

## Age and Gender

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Population, 2021* | 2,288 | 25,916 | 28,204 | 329,725,481 |
| Under 5 years | 35 | 1,363 | 1,398 | 19,423,121 |
| 5 to 9 years | 114 | 1,570 | 1,684 | 20,247,138 |
| 10 to 14 years | 69 | 1,690 | 1,759 | 21,674,117 |
| 15 to 19 years | 92 | 1,540 | 1,632 | 21,654,363 |
| 20 to 24 years | 17 | 1,197 | 1,214 | 21,574,425 |
| 25 to 29 years | 83 | 1,133 | 1,216 | 22,854,328 |
| 30 to 34 years | 52 | 1,677 | 1,729 | 22,506,614 |
| 35 to 39 years | 130 | 1,561 | 1,691 | 21,920,290 |
| 40 to 44 years | 161 | 1,223 | 1,384 | 20,521,593 |
| 45 to 49 years | 133 | 1,488 | 1,621 | 20,582,187 |
| 50 to 54 years | 134 | 1,585 | 1,719 | 21,049,271 |
| 55 to 59 years | 275 | 1,698 | 1,973 | 21,928,936 |
| 60 to 64 years | 217 | 2,312 | 2,529 | 20,900,477 |
| 65 to 69 years | 422 | 2,099 | 2,521 | 17,634,322 |
| 70 to 74 years | 113 | 1,652 | 1,765 | 13,956,297 |
| 75 to 79 years | 141 | 854 | 995 | 9,066,018 |
| 80 to 84 years | 69 | 689 | 758 | 5,932,196 |
| 85 years and over | 31 | 585 | 616 | 6,299,788 |
| Total Female | 1,025 | 12,961 | 13,986 | 166,518,866 |
| Total Male | 1,263 | 12,955 | 14,218 | 163,206,615 |

### Change in Median Age, 2010*-2021*

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Median Age^ (2021*) | 58.6 | 45.0 | na | 38.4 |
| Median Age^ (2010*) | 43.5 | 42.0 | na | 36.9 |
| Median Age % Change | 34.7% | 7.1% | na | 4.1% |

^ Median age is not available for metro/non-metro or regional aggregations.

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

- From 2010* to 2021* , the median age estimate increased the most in Dolores County, CO (43.5 to 58.6, a 34.7% increase) and increased the least in United States (36.9 to 38.4, a 4.1% increase).




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Demographics

## Selected Counties

## Age and Gender

### What do we measure on this page?

This page describes population distribution by age and gender, and the change in median age.

**Median Age**: The age that divides the population into two numerically equal groups (half the people are younger than this age and half are older).

### Why is it important?

Different locations have different age distributions. For example, in counties with a large number of retirees, the age distribution may be skewed toward categories 65 years and older.[4] In counties with universities, the age distribution will be skewed toward 18 - to 29-year-olds. In many counties, the largest segment of the population is the Baby Boomer generation (people born between 1946 and 1964).

The change in median age is one indicator of whether the population has gotten older or younger.[5]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html



FS-003356

# Demographics

## Selected Counties

## Age and Gender

| | 2010* | 2021* |
|---|---|---|
| Total Population, 2010*-2021* | 27,306 | 28,204 |
| Under 18 | 6,471 | 5,897 |
| 18-34 | 4,910 | 4,735 |
| 35-44 | 3,307 | 3,075 |
| 45-64 | 8,235 | 7,842 |
| 65 and over | 4,383 | 6,655 |
| **Percent of Total** | | |
| Under 18 | 23.7% | 20.9% |
| 18-34 | 18.0% | 16.8% |
| 35-44 | 12.1% | 10.9% |
| 45-64 | 30.2% | 27.8% |
| 65 and over | 16.1% | 23.6% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

- In 2021*, the age category with the highest estimate for number of women was 45-64 (3,907), and the age category with the highest estimate for number of men was 45-64 (3,935).
- From 2010* to 2021*, the age category with the largest estimated increase was 65 and over (2,272), and the age category with the largest estimated decrease was Under 18 (-574).




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.



FS-003357

# Demographics

## Selected Counties

## Age and Gender

### What do we measure on this page?

This page describes the change in age and gender distribution over time, and the change in age distribution, with five age-group categories.[6]

### Why is it important?

Understanding the age distribution can help highlight whether policy changes and management actions might affect some age groups more than others. It also may highlight the need to understand the different needs, values, and attitudes of different age groups. If an area has a large retired population or soon-to-be-retired population, for example, the needs and interests of the public may differ than an area with a large number of minors or young adults.

For many locations, a significant development is the aging of the population, and in particular the retirement of the "Baby Boomer" generation (those born between 1946 and 1964).[7, 8, 9] As this generation continues to enter retirement age, their mobility, spending patterns, and consumer demands (for health care and housing, for example) can affect how communities develop economically.[10, 11, 12]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Demographics

## Selected Counties

## Race

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Population, 2021* | 2,288 | 25,916 | 28,204 | 329,725,481 |
| White alone | 1,954 | 20,520 | 22,474 | 224,789,109 |
| Black or African American alone | ¨**0** | ¨**257** | ¨**257** | 41,393,012 |
| American Indian alone | ˙106 | 3,145 | 3,251 | 2,722,661 |
| Asian alone | ¨**0** | ˙173 | ˙173 | 18,782,924 |
| Native Hawaii & Other Pacific Is. alone | ¨**0** | ¨**0** | ¨**0** | 615,557 |
| Some other race alone | ˙168 | ˙694 | ˙862 | 18,382,796 |
| Two or more races | ˙60 | ˙1,127 | ˙1,187 | 23,039,422 |

### Percent of Total

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| White alone | 85.4% | 79.2% | 79.7% | 68.2% |
| Black or African American alone | ¨**0.0%** | ¨**1.0%** | ¨**0.9%** | 12.6% |
| American Indian alone | ˙4.6% | 12.1% | 11.5% | 0.8% |
| Asian alone | ¨**0.0%** | ˙0.7% | ˙0.6% | 5.7% |
| Native Hawaii & Other Pacific Is. alone | ¨**0.0%** | ¨**0.0%** | ¨**0.0%** | 0.2% |
| Some other race alone | ˙7.3% | ˙2.7% | ˙3.1% | 5.6% |
| Two or more races | ˙2.6% | ˙4.3% | ˙4.2% | 7.0% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

- In the 2017-2021 period, the racial category with the highest estimated percent of the population in the Combined Counties was white alone (79.7%), and the racial category the lowest estimated percent of the population was native hawaii & other pacific is. alone (0.0%).

Population by Race, Percent of Total, Combined Counties, 2021*




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021.

** Percentages are by an individual race alone unless otherwise noted

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Demographics

## Selected Counties

## Race

### What do we measure on this page?

This page describes the number of people who self-identify as belonging to a particular race.

**Race**: Race is a self-identification data item in which respondents choose the race or races with which they most closely identify. In 1997 the U.S. Office of Management and Budget (OMB) revised the standards for how the federal government collects and presents data on race and ethnicity.[13]

**Race Alone Categories**: The minimum five race categories required by the OMB, plus the some-other-race-alone categories included by the U.S. Census Bureau with the approval of the OMB. The categories are: White alone, Black or African-American alone, American Indian or Alaska Native alone, Asian alone, Native Hawaiian or Other Pacific Islander alone, and Some Other Race alone.

**Some Other Race**: All other responses not included in the "White," "Black or African American," "American Indian and Alaska Native," "Asian," and "Native Hawaiian or Other Pacific Islander" race categories described above. Respondents providing write-in entries such as multiracial, mixed, interracial, or a Hispanic/Latino group (for example, Mexican, Puerto Rican, or Cuban) in the Some Other Race write-in space are included in this category.

**Two or More Races**: People may have chosen to provide two or more races either by checking two or more race response check boxes, by providing multiple write-in responses, or by a combination of check boxes and write-in responses.

Race categories include both racial and national-origin groups. The concept of race is separate from the concept of Hispanic origin, which is discussed elsewhere in this report.[14] Percentages for the various race categories add to 100 percent and should not be combined with the percent Hispanic.

### Why is it important?

The United States hit a tipping point in 2015 in its racial and ethnic make-up: more toddlers under the age of five are now minorities than non-Hispanic whites.[15] The racial composition of a place can indicate different needs, values, and attitudes sometimes held by different racial groups.

Federal agencies use information on race and ethnicity to implement a number of programs and to promote and enforce equal opportunities, such as in employment or housing, under the Civil Rights Act.

According to the U.S. Census Bureau, many federal programs are put into effect based on Census race data (i.e., promoting equal employment opportunities; assessing racial disparities in health and environmental risks).[16]

It is important to consider whether proposed policies and management actions could have disproportionately high and adverse effects on minority populations. This consideration, broadly referred to as "environmental justice," is a requirement of Executive Order 12898.[17] The Social Science Research Council hosts a useful resource on the health and welfare of racial and ethnic groups.[18]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed. The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Demographics

## Selected Counties

## Ethnicity

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Population, 2021* | 2,288 | 25,916 | 28,204 | 329,725,481 |
| Hispanic or Latino (of any race) | ˙282 | 3,354 | 3,636 | 60,806,969 |
| Not Hispanic or Latino | 2,006 | 22,562 | 24,568 | 268,918,512 |
| White alone | 1,835 | 18,528 | 20,363 | 196,010,370 |
| Black or African American alone | ¨0 | ¨248 | ¨248 | 40,196,302 |
| American Indian alone | ˙106 | 2,703 | 2,809 | 1,936,842 |
| Asian alone | ¨0 | ˙173 | ˙173 | 18,554,697 |
| Native Hawaii & Oth.Pacific Is. alone | ¨0 | ¨0 | ¨0 | 555,712 |
| Some other race | ¨9 | ¨89 | ¨98 | 1,208,267 |
| Two or more races | ˙56 | ˙821 | ˙877 | 10,456,322 |

### Percent of Total

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Hispanic or Latino (of any race) | ˙12.3% | 12.9% | 12.9% | 18.4% |
| Not Hispanic or Latino | 87.7% | 87.1% | 87.1% | 81.6% |
| White alone | 80.2% | 71.5% | 72.2% | 59.4% |
| Black or African American alone | ¨0.0% | ¨1.0% | ¨0.9% | 12.2% |
| American Indian alone | ˙4.6% | 10.4% | 10.0% | 0.6% |
| Asian alone | ¨0.0% | ˙0.7% | ˙0.6% | 5.6% |
| Native Hawaii & Oth.Pacific Is. alone | ¨0.0% | ¨0.0% | ¨0.0% | 0.2% |
| Some other race | ¨0.4% | ¨0.3% | ¨0.3% | 0.4% |
| Two or more races | ˙2.4% | ˙3.2% | ˙3.1% | 3.2% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

- In the 2017-2021 period, United States had the highest estimated percent of the population that self-identify as Hispanic or Latino of any race (18.4%), and Dolores County, CO had the lowest (12.3%).

Hispanic Population, Percent of Total, Combined Counties, 2021*




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.



FS-003361

# Demographics

## Selected Counties

## Ethnicity

### What do we measure on this page?

This page describes the number of people who self-identify as Hispanic. The information also is presented according to race. The term “Hispanic” refers to a cultural identification; Hispanics can be of any race.

**Ethnicity**: There are two minimum categories for ethnicity: Hispanic or Latino, and Not Hispanic or Latino. The federal government considers race and Hispanic origin to be two separate and distinct concepts. Hispanics and Latinos may be of any race.[13, 19]

**Hispanic or Latino Origin**: People who identify with the terms "Hispanic" or "Latino" are those who classify themselves in one of the specific Hispanic or Latino categories listed on the U.S. Census Bureau questionnaire (Mexican, Puerto Rican, or Cuban, as well as those who indicate that they are "other Spanish, Hispanic, or Latino"). Origin can be viewed as the heritage, nationality group, lineage, or country of birth of the person or the person's parents or ancestors before their arrival in the United States. People who identify their origin as Spanish, Hispanic, or Latino may be of any race.[14]

### Why is it important?

Hispanics are one of the fastest growing segments of the U.S. population. The U.S. Census Bureau reported that 17.3 percent of the population in the U.S. self-identified as being Hispanic in 2016. The Census Bureau predicts that 28.6 percent of the population in the U.S. will be Hispanic by 2060.[20] The ethnic composition of a place can indicate different needs, values, and attitudes sometimes held by different ethnic groups.

According to the Census Bureau: “Data on ethnic groups are important for putting into effect a number of federal statutes (i.e., enforcing bilingual election rules under the Voting Rights Act; monitoring and enforcing equal employment opportunities under the Civil Rights Act). Data on Ethnic Groups are also needed by local governments to run programs and meet legislative requirements (i.e., identifying segments of the population who may not be receiving medical services under the Public Health Act; evaluating whether financial institutions are meeting the credit needs of minority populations under the Community Reinvestment Act).”

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Demographics

## Selected Counties

## Tribal

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Population, 2021* | 2,288 | 25,916 | 28,204 | 329,725,481 |
| Total Native American, 2021* | ˙106 | 3,145 | 3,251 | 2,722,661 |
| American Indian Tribes | ˙102 | 2,755 | 2,857 | 2,082,129 |
| Alaska Native Tribes | ¨**0** | ¨**0** | ¨**0** | 107,200 |
| Non-Specified Tribes | ¨**4** | ¨**340** | ¨**344** | 439,550 |
| **Percent of Total** | | | | |
| Total Native American | ˙4.6% | 12.1% | 11.5% | 0.8% |
| American Indian Tribes | ˙4.5% | 10.6% | 10.1% | 0.6% |
| Alaska Native Tribes | ¨**0.0%** | ¨**0.0%** | ¨**0.0%** | 0.0% |
| Non-Specified Tribes | ¨**0.2%** | ¨**1.3%** | ¨**1.2%** | 0.1% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

- In the 2017-2021 period, Montezuma County, CO had the highest estimated percent of the population that self-identified as American Indian and Alaska Native (12.1%) and United States had the lowest (0.8%).

Native American Population, Percent of Total, Combined Counties, 2021*




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Demographics

## Selected Counties

## Tribal

### What do we measure on this page?

This page describes, in general terms, the number of people who self-identify as American Indian and Alaska Native alone or in combination with one or more other races.[21]

**American Indian**: This category shows self-identification among people of American Indian descent. Census data are available for 36 tribes or Selected American Indian categories: Apache, Arapaho, Blackfeet, Cherokee, Cheyenne, Chickasaw, Chippewa, Choctaw, Colville, Comanche, Cree, Creek, Crow, Delaware, Hopi, Houma, Iroquois, Kiowa, Lumbee, Menominee, Navajo, Osage, Ottawa, Paiute, Pima, Potawatomi, Pueblo, Puget Sound Salish, Seminole, Shoshone, Sioux, Tohono O'Odham, Ute, Yakama, Yaqui, Yuman, and "All other tribes." In this report, people who self-identified as members of the Delaware, Houma, Menominee, and Ottawa tribes are included in the "All other tribes" category, along with all other federally recognized tribes not separately listed.[22]

**Alaska Native**: This category shows self-identification among people of Alaska Native descent. U.S. Census Bureau data are available for seven Alaska Native race and ethnic categories: Alaska Athabaskan, Aleut, Inupiat, Tlingit-Haida, Tsimshian, Yupik, and All other tribes.

**Non-Specified Tribes**: This category includes respondents who checked the ‘‘American Indian or Alaska Native’’ response category on the U.S. Census questionnaire or wrote in the generic term ‘‘American Indian’’ or ‘‘Alaska Native," or tribal entries not elsewhere classified.

**International Indian Tribes**: This category shows people who self-identified as Canadian and French American Indian, Central American Indian, Mexican American Indian, South American Indian, or Spanish American Indian.

### Why is it important?

The American Indian and Alaska Native identity of a place can indicate different needs, values, and attitudes sometimes held by different groups.

Many tribal people have unique historical and current ties to the land,[23, 24] and some tribes have unique legal rights to certain activities, such as hunting, fishing, and plant-gathering.
Policies and management actions may have disproportionately high and adverse effects on tribes and it is helpful to know whether native peoples live in a particular area.[25, 26]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Demographics

## Selected Counties

## Tribal

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Population, 2021* | 2,288 | 25,916 | 28,204 | 329,725,481 |
| Total Native American | 106 | 3,145 | 3,251 | 2,722,661 |
| American Indian Tribes; Specified | 102 | 2,755 | 2,857 | 2,082,129 |
| Apache | 0 | 61 | 61 | 71,924 |
| Arapaho | 0 | 0 | 0 | 7,307 |
| Blackfeet | 0 | 0 | 0 | 27,177 |
| Cherokee | 0 | 8 | 8 | 10,112 |
| Cheyenne | 0 | 0 | 0 | 10,574 |
| Chickasaw | 0 | 0 | 0 | 25,674 |
| Chippewa | 0 | 16 | 16 | 101,210 |
| Choctaw | 0 | 0 | 0 | 90,789 |
| Colville | 0 | 0 | 0 | 8,103 |
| Comanche | 0 | 40 | 40 | 12,011 |
| Cree | 0 | 0 | 0 | 1,964 |
| Creek | 0 | 0 | 0 | 42,442 |
| Crow | 0 | 0 | 0 | 11,534 |
| Hopi | 0 | 0 | 0 | 15,157 |
| Iroquois | 0 | 0 | 0 | 35,919 |
| Kiowa | 0 | 0 | 0 | 7,089 |
| Lumbee | 0 | 0 | 0 | 66,610 |
| Navajo | 47 | 1,079 | 1,126 | 80,037 |
| Osage | 0 | 0 | 0 | 8,346 |
| Paiute | 0 | 0 | 0 | 9,861 |
| Pima | 0 | 0 | 0 | 23,577 |
| Potawatomi | 0 | 0 | 0 | 17,962 |
| Pueblo | 0 | 12 | 12 | 56,974 |
| Puget Sound Salish | 0 | 0 | 0 | 13,705 |
| Seminole | 0 | 0 | 0 | 13,535 |
| Shoshone | 0 | 0 | 0 | 9,396 |
| Sioux | 0 | 0 | 0 | 103,686 |
| Tohono O'Odham | 0 | 0 | 0 | 22,586 |
| Ute | 55 | 1,434 | 1,489 | 8,585 |
| Yakama | 0 | 0 | 0 | 7,352 |
| Yaqui | 0 | 0 | 0 | 25,596 |
| Yuman | 0 | 0 | 0 | 7,030 |
| All other tribes | 0 | 11 | 11 | 3,631 |
| American Indian; Not Specified | 0 | 0 | 0 | 96,761 |
| Alaska Native Tribes; Specified | 0 | 0 | 0 | 107,200 |
| Alaska Athabaskan | 0 | 0 | 0 | 16,126 |
| Aleut | 0 | 0 | 0 | 11,085 |
| Inupiat | 0 | 0 | 0 | 30,421 |
| Tlingit-Haida | 0 | 0 | 0 | 12,456 |
| Tsimshian | 0 | 0 | 0 | 2,159 |
| Yupik | 0 | 0 | 0 | 34,953 |
| Alaska Native; Not Specified | 4 | 340 | 344 | 342,789 |
| American Indian or Alaska Native; Not Specified | 4 | 340 | 344 | 439,550 |
| International Indian Tribe | 0 | 94 | 94 | 377,760 |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Demographics

## Selected Counties

# Tribal

## What do we measure on this page?

This page describes, in general terms, the number of people who self-identify as American Indian and Alaska Native alone or in combination with one or more other races.[21]

**American Indian**: This category shows self-identification among people of American Indian descent. Census data are available for 36 tribes or Selected American Indian categories: Apache, Arapaho, Blackfeet, Cherokee, Cheyenne, Chickasaw, Chippewa, Choctaw, Colville, Comanche, Cree, Creek, Crow, Delaware, Hopi, Houma, Iroquois, Kiowa, Lumbee, Menominee, Navajo, Osage, Ottawa, Paiute, Pima, Potawatomi, Pueblo, Puget Sound Salish, Seminole, Shoshone, Sioux, Tohono O'Odham, Ute, Yakama, Yaqui, Yuman, and "All other tribes." In this report, people who self-identified as members of the Delaware, Houma, Menominee, and Ottawa tribes are included in the "All other tribes" category, along with all other federally recognized tribes not separately listed.[22]

**Alaska Native**: This category shows self-identification among people of Alaska Native descent. U.S. Census Bureau data are available for seven Alaska Native race and ethnic categories: Alaska Athabaskan, Aleut, Inupiat, Tlingit-Haida, Tsimshian, Yupik, and All other tribes.

**Non-Specified Tribes**: This category includes respondents who checked the ‘‘American Indian or Alaska Native’’ response category on the U.S. Census questionnaire or wrote in the generic term ‘‘American Indian’’ or ‘‘Alaska Native," or tribal entries not elsewhere classified.

**International Indian Tribes**: This category shows people who self-identified as Canadian and French American Indian, Central American Indian, Mexican American Indian, South American Indian, or Spanish American Indian.

## Why is it important?

The American Indian and Alaska Native identity of a place can indicate different needs, values, and attitudes sometimes held by different groups.

Many tribal people have unique historical and current ties to the land,[23, 24] and some tribes have unique legal rights to certain activities, such as hunting, fishing, and plant-gathering.
Policies and management actions may have disproportionately high and adverse effects on tribes and it is helpful to know whether native peoples live in a particular area.[25, 26]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Demographics

## Selected Counties

## Occupations and Industries

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Civilian employees > 16 years, 2021* | 1,123 | 10,953 | 12,076 | 157,510,982 |
| Management, professional, & related | 549 | 3,598 | 4,147 | 63,469,480 |
| Service | 170 | 2,240 | 2,410 | 26,826,595 |
| Sales and office | 97 | 2,544 | 2,641 | 32,862,044 |
| Farming, fishing, and forestry | **13** | 261 | 274 | 259,220 |
| Construction, extract, maint, & repair | 186 | 940 | 1,126 | 7,911,748 |
| Production, transportation | **70** | 1,022 | 1,092 | 20,633,592 |
| **Percent of Total** | | | | |
| Management, professional, & related | 48.9% | 32.8% | 34.3% | 40.3% |
| Service | 15.1% | 20.5% | 20.0% | 17.0% |
| Sales and office | 8.6% | 23.2% | 21.9% | 20.9% |
| Farming, fishing, and forestry | **1.2%** | 2.4% | 2.3% | 0.2% |
| Construction, extract, maint, & repair | 16.6% | 8.6% | 9.3% | 5.0% |
| Production, transportation | **6.2%** | 9.3% | 9.0% | 13.1% |

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Civilian employees > 16 years, 2021* | 1,123 | 10,953 | 12,076 | 157,510,982 |
| Ag, forestry, fishing & hunting, mining | 92 | 942 | 1,034 | 2,138,149 |
| Construction | 193 | 1,021 | 1,214 | 10,717,186 |
| Manufacturing | **26** | 504 | 530 | 15,786,008 |
| Wholesale trade | **23** | 137 | 160 | 3,916,817 |
| Retail trade | 59 | 1,170 | 1,229 | 17,253,259 |
| Transport, warehousing, and utilities | **24** | 537 | 561 | 8,905,978 |
| Information | **18** | **55** | **73** | 3,031,263 |
| Finance and ins, and real estate | **34** | 288 | 322 | 10,483,270 |
| Prof, mgmt, admin, & waste mgmt | 72 | 837 | 909 | 18,817,926 |
| Edu, health care, & social assistance | 170 | 2,741 | 2,911 | 36,753,702 |
| Arts, entertain, rec, accomod, & food | 116 | 1,299 | 1,415 | 14,346,635 |
| Other services, except public admin | **27** | 266 | 293 | 7,485,169 |
| Public administration | 269 | 1,156 | 1,425 | 7,399,660 |
| **Percent of Total** | | | | |
| Ag, forestry, fishing & hunting, mining | 8.2% | 8.6% | 8.6% | 1.4% |
| Construction | 17.2% | 9.3% | 10.1% | 6.8% |
| Manufacturing | **2.3%** | 4.6% | 4.4% | 10.0% |
| Wholesale trade | **2.0%** | 1.3% | 1.3% | 2.5% |
| Retail trade | 5.3% | 10.7% | 10.2% | 11.0% |
| Transport, warehousing, and utilities | **2.1%** | 4.9% | 4.6% | 5.7% |
| Information | **1.6%** | **0.5%** | **0.6%** | 1.9% |
| Finance and ins, and real estate | **3.0%** | 2.6% | 2.7% | 6.7% |
| Prof, mgmt, admin, & waste mgmt | 6.4% | 7.6% | 7.5% | 11.9% |
| Edu, health care, & social assistance | 15.1% | 25.0% | 24.1% | 23.3% |
| Arts, entertain, rec, accomod, & food | 10.3% | 11.9% | 11.7% | 9.1% |
| Other services, except public admin | **2.4%** | 2.4% | 2.4% | 4.8% |
| Public administration | 24.0% | 10.6% | 11.8% | 4.7% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Occupations and Industries

## What do we measure on this page?

This page describes what people do for work in terms of the type of work (by occupation) and where they work (by industry).

**Employment by Occupation**: Refers to the Standard Occupational Classification (SOC) system in which workers are classified into occupations with similar job duties, skills, education, and/or training, regardless of industry.[27, 28]

**Employment by Industry**: Refers to employment by industry, listed according to the North American Industry Classification System (NAICS). For a more detailed analysis of long-term employment and personal income earned by industry, run an EPS Measures report. See https://headwaterseconomics.org/eps.

## Why is it important?

Employment statistics are usually reported by industry. This is a useful way to show the relative diversity of the economy and the degree of dependence on certain sectors. Employment by occupation offers additional information that describes what people do for a living and the type of work they do, regardless of the industry. For example, management and professional occupations generally offer higher wages and require formal education, and these occupations could exist in any number of industries. Managers could be working for a software firm, a mine, or a construction company. Occupation information describes what people do, while employment by industry describes where people work.[29]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Demographics

## Selected Counties

## Labor

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Population 16 to 64, 2021* | 1,281 | 15,004 | 16,285 | 211,199,021 |
| WEEKS WORKED PER YEAR: | | | | |
| Worked 50 to 52 weeks | 769 | 7,945 | 8,714 | 124,927,362 |
| Worked 27 to 49 weeks | ¨77 | 1,680 | 1,757 | 17,285,558 |
| Worked 1 to 26 weeks | ¨50 | ˙1,289 | ˙1,339 | 17,240,384 |
| Did not work | ˙385 | 4,090 | 4,475 | 47,962,637 |
| HOURS WORKED PER WEEK: | | | | |
| Worked 35 or more hours per week | 711 | 8,446 | 9,157 | 127,454,743 |
| Worked 15 to 34 hours per week | ˙183 | 1,859 | 2,042 | 28,375,824 |
| Worked 1 to 14 hours per week | ¨2 | ˙609 | ˙611 | 7,458,699 |
| Did not work | ˙385 | 4,090 | 4,475 | 47,962,637 |
| Mean usual hours worked for workers | 41.0 | 38.4 | 38.6 | 39.7 |

### Percent of Total

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| WEEKS WORKED PER YEAR: | | | | |
| Worked 50 to 52 weeks | 60.0% | 53.0% | 53.5% | 59.2% |
| Worked 27 to 49 weeks | 6.0% | 11.2% | 10.8% | 8.2% |
| Worked 1 to 26 weeks | ¨3.9% | 8.6% | 8.2% | 8.2% |
| Did not work | ¨30.1% | ˙27.3% | ˙27.5% | 22.7% |
| HOURS WORKED PER WEEK: | | | | |
| Worked 35 or more hours per week | 55.5% | 56.3% | 56.2% | 60.3% |
| Worked 15 to 34 hours per week | 14.3% | 12.4% | 12.5% | 13.4% |
| Worked 1 to 14 hours per week | ˙0.2% | 4.1% | 3.8% | 3.5% |
| Did not work | ¨30.1% | ˙27.3% | ˙27.5% | 22.7% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

- In the 2017-2021 period, Dolores County, CO had the highest estimated percent of people that worked 50 to 52 weeks per year (60.0%), and Montezuma County, CO had the lowest (53.0%).




- In the 2017-2021 period, United States had the highest estimated percent of people that worked 35 or more hours per week (60.3%), and Dolores County, CO had the lowest (55.5%).




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.



FS-003369

# Demographics

## Selected Counties

## Labor

### What do we measure on this page?

This page describes workers by hours worked per week and by weeks worked per year.

Weeks worked per year and hours worked per week are irrespective of each other. For example, regardless of whether an individual worked 10 or 40 hours per week, if (s)he worked 50 weeks per year, (s)he will be recorded as having "worked 50 to 52 weeks per year."

Labor force participation should be not confused with the unemployment rate, which is a measure of the people who are jobless and looking for work. To see long-term trends of unemployment, run an EPS Measures report. See https://headwaterseconomics.org/eps.

### Why is it important?

Fewer hours worked per week or weeks worked per year may indicate that the local economy is suffering from underemployment which results in lower real incomes and a lower standard of living.30 For example, labor incomes in agriculture and other seasonal employment are consistently among the lowest incomes in industrial classes as reported by the U.S. Census.

However, shorter work weeks and fewer weeks worked per year also can be indicative of worker preference. Part-time jobs (those that average fewer than 35 hours/week) are often ideal for students, people who are responsible for taking care of their dependents, and the elderly who wish to remain active in the workplace but do not want to work a full schedule. Advances in computer technologies enable workers to telecommute and work shorter and more flexible hours. And, in some cases, young adults seek out seasonal-, tourism-, or recreation-related employment by choice.

The Bureau of Labor Statistics offers data tables on workers by category.[31] For example, in 2006, before the Great Recession, 3.9 million people in the county were employed part-time for economic reasons (slack work or business conditions or could only find a part-time job). By 2008, toward the end of the recession, this number had risen to 7.3 million people.[32]

Data on age and income distribution should be examined to better understand the degree to which the data on this page are related to under-employment and economic hardship versus worker preference.

Most employment statistics count full-time, part-time, and seasonal employment as the same—that is, a single job. In places where a relatively large percent of the employment base is either part-time or seasonally employed, this may explain falling wages or rates of employment that outpace population change.

For more information about changes in wages, employment, and population over time, create an EPS Socioeconomic Measures report. See https://headwaterseconomics.org/eps.

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Demographics

## Selected Counties

## Commuting

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Workers 16 years and over, 2021* | 1,103 | 10,838 | 11,941 | 155,284,955 |
| PLACE OF WORK: | | | | |
| Worked in county of residence | 820 | 9,285 | 10,105 | 114,221,838 |
| Worked outside county of residence | ˙283 | 1,553 | 1,836 | 41,063,117 |
| TRAVEL TIME TO WORK: | | | | |
| Less than 10 minutes | ˙347 | 3,105 | 3,452 | 17,365,437 |
| 10 to 14 minutes | ˙189 | ˙1,909 | ˙2,098 | 18,548,783 |
| 15 to 19 minutes | ˙93 | ˙1,411 | 1,504 | 21,368,336 |
| 20 to 24 minutes | ¨**16** | ˙1,220 | ˙1,236 | 20,112,989 |
| 25 to 29 minutes | ¨**0** | ˙350 | ˙350 | 9,337,047 |
| 30 to 34 minutes | ¨**74** | ˙549 | ˙623 | 19,260,931 |
| 35 to 39 minutes | ¨**36** | ¨**50** | ¨**86** | 4,405,536 |
| 40 to 44 minutes | ¨**56** | ˙136 | ˙192 | 5,572,146 |
| 45 to 59 minutes | ¨**56** | ˙430 | ˙486 | 11,551,905 |
| 60 or more minutes | ¨**19** | ˙798 | ˙817 | 12,700,161 |
| Mean travel time to work (minutes) | ˙13 | 18.8 | 18.3 | 24.2 |

### Percent of Total

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| PLACE OF WORK: | | | | |
| Worked in county of residence | 74.3% | 85.7% | 84.6% | 73.6% |
| Worked outside county of residence | ˙25.7% | 14.3% | 15.4% | 26.4% |
| TRAVEL TIME TO WORK: | | | | |
| Less than 10 minutes | ˙31.5% | 28.6% | 28.9% | 11.2% |
| 10 to 14 minutes | ˙17.1% | ˙17.6% | ˙17.6% | 11.9% |
| 15 to 19 minutes | ˙8.4% | ˙13.0% | 12.6% | 13.8% |
| 20 to 24 minutes | ¨**1.5%** | ˙11.3% | ˙10.4% | 13.0% |
| 25 to 29 minutes | ¨**0.0%** | ˙3.2% | ˙2.9% | 6.0% |
| 30 to 34 minutes | ¨**6.7%** | ˙5.1% | ˙5.2% | 12.4% |
| 35 to 39 minutes | ¨**3.3%** | ¨**0.5%** | ¨**0.7%** | 2.8% |
| 40 to 44 minutes | ¨**5.1%** | ˙1.3% | ˙1.6% | 3.6% |
| 45 to 59 minutes | ¨**5.1%** | ˙4.0% | ˙4.1% | 7.4% |
| 60 or more minutes | ¨**1.7%** | ˙7.4% | ˙6.8% | 8.2% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

- In the 2017-2021 period, United States had the highest estimated percent of people that worked outside the county of residence (26.4%), and Montezuma County, CO had the lowest (14.3%).




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Demographics

## Selected Counties

## Commuting

### What do we measure on this page?

This page describes workers by place of work and by travel time to work. These data do not include those who work from home.

### Why is it important?

The longest commute times tend to occur in larger metro areas or in counties surrounding metro areas. However, fast-growing micropolitan communities or some rural areas, such as resort communities, where the cost of living has gone up, are also experiencing large commute times.[33]

Economic development is sometimes affected by commuting in unanticipated ways: strategies aimed at increasing jobs in a community will not necessarily mean jobs for residents. Conversely, creating job opportunities for residents does not always require bringing jobs into that community.

High out-commuting rates can also separate tax revenues from demands for services, which complicates fiscal planning for local governments. "Bedroom communities"—those with high levels of out-commuting—may struggle to provide social services, housing, and water and sewer facilities without an adequate source of business tax revenue. Higher levels and longer distance of commuting likely indicate a housing-job imbalance. This can result from unaffordable housing prices or other residential constraints.[34]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Demographics

## Selected Counties

## Income

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Per Capita Income (2021 $s) | $36,003 | $28,520 | **na** | $37,638 |
| Median Household Income^ (2021 $s) | $62,500 | $58,335 | **na** | $69,021 |
| Total Households, 2021* | 1,144 | 10,461 | 11,605 | 124,010,992 |
| Less than $10,000 | **30** | 430 | 460 | 6,835,028 |
| $10,000 to $14,999 | 89 | 351 | 440 | 4,848,344 |
| $15,000 to $24,999 | 78 | 1,347 | 1,425 | 9,620,321 |
| $25,000 to $34,999 | 128 | 1,060 | 1,188 | 10,140,962 |
| $35,000 to $49,999 | 146 | 1,201 | 1,347 | 14,162,768 |
| $50,000 to $74,999 | 226 | 2,304 | 2,530 | 20,845,331 |
| $75,000 to $99,999 | **52** | 1,420 | 1,472 | 15,895,589 |
| $100,000 to $149,999 | 263 | 1,466 | 1,729 | 20,237,972 |
| $150,000 to $199,999 | 114 | 342 | 456 | 9,694,986 |
| $200,000 or more | **18** | 540 | 558 | 11,729,691 |
| Gini Coefficient^ | 0.41 | 0.41 | **na** | 0.48 |
| **Percent of Total** | | | | |
| Less than $10,000 | **2.6%** | 4.1% | 4.0% | 5.5% |
| $10,000 to $14,999 | 7.8% | 3.4% | 3.8% | 3.9% |
| $15,000 to $24,999 | 6.8% | 12.9% | 12.3% | 7.8% |
| $25,000 to $34,999 | 11.2% | 10.1% | 10.2% | 8.2% |
| $35,000 to $49,999 | 12.8% | 11.5% | 11.6% | 11.4% |
| $50,000 to $74,999 | 19.8% | 22.0% | 21.8% | 16.8% |
| $75,000 to $99,999 | **4.5%** | 13.6% | 12.7% | 12.8% |
| $100,000 to $149,999 | 23.0% | 14.0% | 14.9% | 16.3% |
| $150,000 to $199,999 | 10.0% | 3.3% | 3.9% | 7.8% |
| $200,000 or more | **1.6%** | 5.2% | 4.8% | 9.5% |

^ Median Household Income and Gini Coefficient are not available for metro/non-metro or regional aggregations.

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

- In the 2017-2021 period, the income category in the Combined Counties with the most households was $50,000 to $74,999 (21.8% of households). The income category with the fewest households was $10,000 to $14,999 (3.8% of households).
- In the 2017-2021 period, the bottom 40% of households in the Combined Counties accumulated approximately 11.7% of total income, and the top 20% of households accumulated approximately 58.9% of total income.

Household Income Distribution, Combined Counties, 2021*




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Demographics

## Selected Counties

## Income

### What do we measure on this page?

This page describes per capita income and the distribution of household income.

**Per Capita Income**: Total personal income divided by total population of an area.[50]

**Household**: All the people who occupy a housing unit as their usual place of residence.

**Gini Coefficient**: A summary value of the inequality of income distribution. A value of 0 represents perfect equality and a value of 1 represents perfect inequality. The lower the Gini coefficient, the more equal the income distribution.

The per capita income shown on this page is from the U.S. Census Bureau. The U.S. Census Bureau and Bureau of Economic Analysis (BEA) define income differently and derive the estimates using different techniques.[51]

### Why is it important?

One important consideration of proposed policies and management actions is whether low-income populations could experience disproportionately adverse effects as a result. Analyzing income differences within and between locations helps to highlight areas where the population or a sub-population may be experiencing economic hardship.

The distribution of income is related to important aspects of economic well-being. Large numbers of households in the lower end of income distribution indicate economic hardship. A bulge in the middle can be interpreted as the size of the middle class. A figure that shows a proportionally large number of households at both extremes indicates a location characterized by “haves” and "have-nots.” [35]

Income distribution has always been a central concern of economic theory and economic policy. Classical economists were mainly concerned with the distribution of income among the main factors of production: land, labor, and capital. Modern economists have also addressed this issue but have been more concerned with the distribution of income across individuals and households.[36]

According to the Census Bureau, “Researchers believe that changes in the labor market and... household composition affected the long-run increase in income inequality. The wage distribution has become considerably more unequal with workers at the top experiencing real wage gains and those at the bottom real wage losses.... At the same time, long-run changes in society's living arrangements have taken place also tending to exacerbate household income differences. For example, divorces, marital separations, births out of wedlock, and the increasing age at first marriage have led to a shift away from married-couple households to single-parent families and nonfamily households. Since non-married-couple households tend to have lower income and less equally distributed income than other types of households... changes in household composition have been associated with growing income inequality.” [37]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Demographics

## Selected Counties

## Poverty Prevalence

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| People, 2021* | 2,288 | 25,735 | 28,023 | 321,897,703 |
| Families, 2021* | 763 | 7,053 | 7,816 | 80,755,759 |
| People Below Poverty | ˙283 | 3,142 | 3,425 | 40,661,636 |
| Families below poverty | ¨**$41** | ˙605 | ˙646 | 7,181,779 |

### Percent of Total

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| People Below Poverty | ˙12.4% | 12.2% | 12.2% | 12.6% |
| Families below poverty | ¨**5.4%** | ˙8.6% | ˙8.3% | 8.9% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

- In the 2017-2021 period, United States had the highest estimated percent of individuals living below poverty (12.6%), and Montezuma County, CO had the lowest (12.2%).
- In the 2017-2021 period, United States had the highest estimated percent of families living below poverty (8.9%), and Dolores County, CO had the lowest (5.4%).

Individuals & Families Below Poverty, 2021*




### Poverty Rate by Age & Family Type~

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| People, 2021* | ˙12.4% | 12.2% | 12.2% | 12.6% |
| Under 18 years | ¨**2.2%** | ˙13.7% | ˙13.1% | 14.8% |
| 65 years and older | ¨**3.7%** | ˙6.7% | ˙6.3% | 8.7% |
| Families, 2021* | ¨**5.4%** | ˙8.6% | ˙8.3% | 8.9% |
| Families with related children < 18 years | ¨**4.7%** | ˙14.1% | ˙13.6% | 12.8% |
| Married couple families | ¨**4.9%** | ˙5.7% | ˙5.6% | 4.5% |
| with children < 18 years | ¨**5.9%** | ¨**10.1%** | ¨**9.8%** | 6.0% |
| Female householder, no husband present | ¨**12.7%** | ˙22.0% | ˙21.3% | 24.5% |
| with children < 18 years | ¨**0.0%** | ˙27.0% | ˙26.7% | 33.6% |

~Poverty rate by age and family type is calculated by dividing the number of people by demographic in poverty by the total population of that demographic.

* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Poverty Prevalence

## What do we measure on this page?

This page describes the number of individuals and families living below the poverty line.

**Family**: A group of two or more people who reside together and who are related by birth, marriage, or adoption.

**Poverty**: Following the Office of Management and Budget's Directive [14], the U.S. Census Bureau uses a set of income thresholds that vary by family size and composition to detect who is poor. If the total income for a family or an unrelated individual falls below the relevant poverty threshold, then the family or an unrelated individual is classified as being "below the poverty level."

## Why is it important?

Poverty is an important indicator of economic well-being. Understanding the extent of poverty is important for several reasons. For example, people with limited income may have different needs and values. Also, proposed policies and activities may need to be analyzed in the context of whether people who are economically disadvantaged could experience disproportionately adverse effects.

Poverty rates are often reported in aggregate, which can hide important differences. The bottom table shows poverty for various types of individuals and families. This is important because aggregate poverty rates (for example, families below poverty) may hide some important information (for example, the poverty rate for single mothers with children).[38, 39]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Demographics

## Selected Counties

## Poverty by Race and Ethnicity

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Population in Poverty, 2021* | ˙283 | 3,142 | 3,425 | 40,661,636 |
| White alone | ˙244 | ˙2,073 | ˙2,317 | 22,616,705 |
| Black or African American alone | ¨**0** | ¨**79** | ¨**79** | 8,630,739 |
| American Indian alone | ¨**0** | ˙588 | ˙588 | 135,351 |
| Asian alone | ¨**0** | ¨**7** | ¨**7** | 1,900,825 |
| Native Hawaii & Other Pacific Is. alone | ¨**0** | ¨**0** | ¨**0** | 99,627 |
| Some other race | ¨**0** | ¨**251** | ¨**251** | 3,440,072 |
| Two or more races | ¨**39** | ¨**144** | ¨**183** | 3,358,317 |
| All Ethnicities in Poverty, 2021* | | | | |
| Hispanic or Latino (of any race) | ¨**10** | ˙492 | ˙502 | 10,560,320 |
| Not Hispanic or Latino (of any race) | ˙238 | ˙1,848 | 2,086 | 17,668,529 |

### Percent of Total^

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| White alone | ˙86.2% | ˙66.0% | ˙67.6% | 55.6% |
| Black or African American alone | ¨**0.0%** | ¨**2.5%** | ¨**2.3%** | 21.2% |
| American Indian alone | ¨**0.0%** | ˙18.7% | ˙17.2% | 0.3% |
| Asian alone | ¨**0.0%** | ¨**0.2%** | ¨**0.2%** | 4.7% |
| Native Hawaii & Other Pacific Is. alone | ¨**0.0%** | ¨**0.0%** | ¨**0.0%** | 0.2% |
| Some other race | ¨**0.0%** | ¨**8.0%** | ¨**7.3%** | 8.5% |
| Two or more races | ¨**13.8%** | ¨**4.6%** | ¨**5.3%** | 8.3% |
| Hispanic or Latino (of any race) | ¨**3.5%** | ˙15.7% | ˙14.7% | 26.0% |
| Not Hispanic or Latino (of any race) | ˙84.1% | ˙58.8% | 60.9% | 43.5% |

^ Percent of total population in poverty by race and ethnicity is calculated by dividing the number of people in poverty in each racial or ethnic category by the total population.

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

### Percent of People by Race and Ethnicity Who Are Below Poverty~, 2021*

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| White alone | ˙12.5% | ˙10.2% | ˙10.4% | 10.3% |
| Black or African American alone | **na** | ¨**31.3%** | ¨**31.3%** | 21.7% |
| American Indian alone | ¨**0.0%** | ˙18.8% | ˙18.1% | 5.1% |
| Asian alone | **na** | ¨**4.0%** | ¨**4.0%** | 10.3% |
| Native Hawaiian & Oceanic alone | **na** | **na** | **na** | 16.7% |
| Some other race alone | ¨**0.0%** | ¨**36.2%** | ¨**29.1%** | 19.1% |
| Two or more races alone | ¨**65.0%** | ¨**13.0%** | ¨**15.6%** | 14.9% |
| Hispanic or Latino alone | ¨**3.5%** | ˙14.8% | ˙13.9% | 17.7% |
| Non-Hispanic/Latino alone | ˙13.0% | ˙10.0% | 10.3% | 9.2% |

~Poverty prevalence by race and ethnicity is calculated by dividing the number of people by race in poverty by the total population of that race.

* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

## Poverty by Race and Ethnicity

### What do we measure on this page?

This page describes the number of people living in poverty by race and ethnicity. It also shows the share of all people living in poverty by race and ethnicity, and the share of each race and ethnicity living in poverty.

**Race**: Race is a self-identification data item in which U.S. Census respondents choose the race or races with which they most closely identify.

Race categories include both racial and national-origin groups. The concept of race is separate from the concept of Hispanic origin. Percentages for the various race categories add to 100 percent and should not be combined with the percent Hispanic.

**Ethnicity**: There are two minimum categories for ethnicity: Hispanic or Latino, and Not Hispanic or Latino. The federal government considers race and Hispanic origin to be two separate and distinct concepts. Hispanics and Latinos may be of any race.

**Poverty**: Following the Office of Management and Budget's Directive [14], the Census Bureau uses a set of income thresholds that vary by family size and composition to detect who is poor. If the total income for a family or an unrelated individual falls below the relevant poverty threshold, then the family or an unrelated individual is classified as being "below the poverty level."

Poverty thresholds are updated every year by the U.S. Census Bureau to reflect changes in the Consumer Price Index. The poverty thresholds are the same for all parts of the country. They are not adjusted for regional, state or local variations in the cost of living.[40]

### Why is it important?

Understanding levels of poverty for different races and ethnicities can be important. People with limited income and from different races and ethnicities may have different needs and values. Proposed policies and activities may need to be analyzed in the context of whether minorities and people who are economically disadvantaged could be disproportionately impacted.[41, 42]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Demographics

## Selected Counties

## Household Earnings

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total households, 2021* | 1,144 | 10,461 | 11,605 | 124,010,992 |
| Labor earnings | 851 | 7,645 | 8,496 | 96,520,813 |
| Social Security (SS) | ˙532 | 4,412 | 4,944 | 38,585,633 |
| Retirement income | ˙324 | 2,515 | 2,839 | 27,294,149 |
| Supplemental Security Income (SSI) | **¨6** | ˙448 | ˙454 | 6,426,771 |
| Cash public assistance income | **¨21** | ˙209 | ˙230 | 3,248,323 |
| SNAP (previously Food Stamps) | ˙122 | ˙1,222 | ˙1,344 | 14,105,231 |
| **Percent of Total^** | | | | |
| Labor earnings | 74.4% | 73.1% | 73.2% | 77.8% |
| Social Security (SS) | ˙46.5% | 42.2% | 42.6% | 31.1% |
| Retirement income | ˙28.3% | 24.0% | 24.5% | 22.0% |
| Supplemental Security Income (SSI) | **¨0.5%** | ˙4.3% | ˙3.9% | 5.2% |
| Cash public assistance income | **¨1.8%** | ˙2.0% | ˙2.0% | 2.6% |
| SNAP (previously Food Stamps) | ˙10.7% | ˙11.7% | ˙11.6% | 11.4% |

^ Total may add to more than 100% due to households receiving more than 1 source of income.

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

- In the 2017-2021 period, the highest estimated percent of public assistance in the Combined Counties was in the form of Social Security (SS) (42.6%), and the lowest was in the form of Cash public assistance income (2.0%).

Percent of Households Receiving Earnings, by Source, 2021*




### Mean Annual Household Earnings by Source

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Mean earnings, 2021 (2021 $s) | ˙$70,603 | $66,425 | $66,844 | $98,892 |
| Mean Social Security income | ˙$27,160 | $21,063 | $21,719 | $21,046 |
| Mean retirement income | ˙$22,791 | $30,216 | $29,369 | $29,743 |
| Mean Supplemental Security Income | **¨$0** | ˙$9,278 | ˙$9,155 | $10,466 |
| Mean cash public assistance income | **¨$6,162** | **¨$3,244** | **¨$3,511** | $3,875 |

* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Demographics

## Selected Counties

## Household Earnings

### What do we measure on this page?

This page describes household earnings by source.

**Labor Earnings**: Refers to households that receive wage or salary income and also those that receive net income from self-employment.

**Social Security**: Households that receive income that includes Social Security pensions and survivor benefits, permanent disability insurance payments made by the Social Security Administration before deductions for medical insurance, and Railroad Retirement insurance. It does not include Medicare reimbursement.

**Retirement Income**: Households that receive: 1) retirement pensions and survivor benefits from a former employer, labor union, U.S. military, or federal, state, or local government; 2) disability income from companies, unions, the U.S. military, or federal, state, or local government; 3) periodic receipts from annuities and insurance; and 4) regular income from IRA and Keogh plans. It does not include Social Security income.

**Supplemental Security Income (SSI)**: Households that receive assistance from the Social Security Administration that guarantees a minimum level of income for needy aged, blind, or disabled individuals.

**Cash Public Assistance Income**: Households that receive public assistance that includes general assistance and Temporary Assistance to Needy Families (TANF). It does not include separate payments received for hospital or other medical care (vendor payments) or Supplemental Security Income (SSI) or noncash benefits such as Supplemental Nutrition Assistance Program (SNAP).

**Supplemental Nutrition Assistance Program (SNAP)**: Households that receive coupons or cards that can be used to purchase food. Prior to 2008, this program was referred to as Food Stamps. The U.S. Census Bureau’s American Community Survey (ACS) does not report mean dollar amounts for this item.

### Why is it important?

Earnings are not the only source of income, and for many families and communities a significant portion of income can be in the form of additional sources such as retirement and Social Security. While some payments may be an indication of an aging population or an influx of retirees (retirement payments), other measures (for example, SSI or SNAP) are an indication of economic hardship.

Additional information on “non-labor” sources of include are available by running an EPS Non-labor report: See https://headwaterseconomics.org/eps.

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Demographics

## Selected Counties

## Education

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Population 25 yrs or older, 2021* | 1,961 | 18,556 | 20,517 | 225,152,317 |
| No high school degree | 70 | 1,693 | 1,763 | 25,050,356 |
| High school graduate | 1,891 | 16,863 | 18,754 | 200,101,961 |
| Associates degree | 128 | 1,536 | 1,664 | 19,614,710 |
| Bachelor's degree or higher | 519 | 5,567 | 6,086 | 75,808,834 |
| Graduate or professional | 200 | 2,226 | 2,426 | 29,454,503 |
| **Percent of Total** | | | | |
| No high school degree | 3.6% | 9.1% | 8.6% | 11.1% |
| High school graduate | 96.4% | 90.9% | 91.4% | 88.9% |
| Associates degree | 6.5% | 8.3% | 8.1% | 8.7% |
| Bachelor's degree or higher | 26.5% | 30.0% | 29.7% | 33.7% |
| Graduate or professional | 10.2% | 12.0% | 11.8% | 13.1% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

- In the 2017-2021 period, United States had the highest percent of people over age 25 with a bachelor's degree or higher (33.7%), and Dolores County, CO had the lowest (26.5%).
- In the 2017-2021 period, United States had the highest percent of people over age 25 with no high school degree (11.1%), and Dolores County, CO had the lowest (3.6%).

Educational Attainment, 2021*




| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Population over 3 years old, 2021* | 2,267 | 25,112 | 27,379 | 318,402,496 |
| Enrolled in school: | 299 | 5,045 | 5,344 | 81,120,907 |
| Enrolled in nursery school, preschool | 14 | 395 | 409 | 4,744,776 |
| Enrolled in kindergarten | 0 | 348 | 348 | 4,050,752 |
| Enrolled in grade 1 to grade 4 | 114 | 1,330 | 1,444 | 16,067,988 |
| Enrolled in grade 5 to grade 8 | 45 | 1,271 | 1,316 | 17,002,367 |
| Enrolled in grade 9 to grade 12 | 93 | 1,270 | 1,363 | 17,256,453 |
| Enrolled in college | 33 | 431 | 464 | 21,954,493 |
| Not enrolled in school | 1,968 | 20,067 | 22,035 | 237,325,667 |
| **Percent of Total** | | | | |
| Enrolled in school: | 13.2% | 20.1% | 19.5% | 25.5% |
| Enrolled in nursery school, preschool | 0.6% | 1.6% | 1.5% | 1.5% |
| Enrolled in kindergarten | 0.0% | 1.4% | 1.3% | 1.3% |
| Enrolled in grade 1 to grade 4 | 5.0% | 5.3% | 5.3% | 5.0% |
| Enrolled in grade 5 to grade 8 | 2.0% | 5.1% | 4.8% | 5.3% |
| Enrolled in grade 9 to grade 12 | 4.1% | 5.1% | 5.0% | 5.4% |
| Enrolled in college | 1.5% | 1.7% | 1.7% | 6.9% |
| Not enrolled in school | 86.8% | 79.9% | 80.5% | 74.5% |

* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Education

## What do we measure on this page?

This page describes levels of educational attainment.

**Educational Attainment**: This refers to the level of education completed by people 25 years and over in terms of the highest degree or the highest level of schooling completed.

**School Enrollment**: The U.S. Census Bureau's American Community Survey (ACS) defines people as enrolled in school if they were attending a public or private school or college at any time during the three months prior to taking the survey. People enrolled in vocational, technical, or business school such as post-secondary vocational, trade, hospital school, and on-the-job training were not reported as enrolled in school.

## Why is it important?

Education is one of the most important indicators of the potential for economic success, and lack of education is closely linked to poverty. Studies show that areas with a higher-than-average-educated workforce grow faster, have higher incomes, and suffer less during economic downturns than other areas.[43, 44] In 2017, the Bureau of Labor Statistics reported that the higher the rate of educational achievement, the lower the unemployment rate and the higher the wages.[45]

Understanding differences in education levels can highlight whether certain people might be disproportionately impacted by policies, plans, and management actions, and can inform communication and outreach efforts.

School enrollment can be an important indicator of the level of access to education, a community's potential for economic growth, and the number of dependents in a community that are not of working age. Some government agencies also use this information for funding allocations.

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Demographics

## Selected Counties

## Language

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Population 5 yrs or older, 2021* | 2,253 | 24,553 | 26,806 | 310,302,360 |
| Speak only English | 1,969 | 21,606 | 23,575 | 243,107,751 |
| Speak a language other than English | ˙284 | 2,947 | 3,231 | 67,203,410 |
| Spanish or Spanish Creole | ˙222 | ˙1,431 | ˙1,653 | 41,157,140 |
| Other Indo-European languages | ¨**23** | ¨**274** | ˙297 | 11,525,491 |
| Asian and Pacific Island languages | ¨**0** | ˙172 | ˙172 | 10,906,763 |
| Other languages | ¨**0** | ˙930 | ˙930 | 3,509,680 |
| Speak English less than "very well" | ¨**159** | ˙526 | ˙685 | 25,535,259 |

### Percent of Total

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Speak only English | 87.4% | 88.0% | 87.9% | 78.3% |
| Speak a language other than English | ˙12.6% | 12.0% | 12.1% | 21.7% |
| Spanish or Spanish Creole | ˙9.9% | ˙5.8% | ˙6.2% | 13.3% |
| Other Indo-European languages | ¨**1.0%** | ˙1.1% | ˙1.1% | 3.7% |
| Asian and Pacific Island languages | ¨**0.0%** | ˙0.7% | ˙0.6% | 3.5% |
| Other languages | ¨**0.0%** | ˙3.8% | ˙3.5% | 1.1% |
| Speak English less than "very well" | ¨**7.1%** | ˙2.1% | ˙2.6% | 8.2% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

Percent of Population that 'Speaks English Less Than Very Well', 2021*

- In the 2017-2021 period, United States had the highest estimated percent of people that spoke English less than 'very well' (8.2%), and Montezuma County, CO had the lowest (2.1%).




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Language

## What do we measure on this page?

This page measures the primary language people speak at home.

**Language Spoken at Home**: The language used by respondents five years and older at home, either "English only" or a non-English language which is used in addition to English or in place of English.[46]

## Why is it important?

If a significant portion of the population is classified as speaking English "less than very well," public outreach, meetings, plans, and implementation may need to be conducted in multiple languages. Community leaders and policy makers should be prepared to use interpreters of languages other than English to communicate effectively with diverse publics.

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Demographics

## Selected Counties

## Housing Characteristics

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Housing Units, 2021* | 1,679 | 12,212 | 13,891 | 139,647,020 |
| Occupied | 1,144 | 10,461 | 11,605 | 124,010,992 |
| Vacant | 535 | 1,751 | 2,286 | 15,636,028 |
| For rent | 38 | 178 | 216 | 2,674,125 |
| Rented, not occupied | 2 | 39 | 41 | 552,198 |
| For sale only | 23 | 164 | 187 | 1,021,651 |
| Sold, not occupied | 2 | 0 | 2 | 141,317 |
| Seasonal, recreational, occasional | 322 | 651 | 973 | 5,092,152 |
| For migrant workers | 0 | 0 | 0 | 34,074 |
| Other vacant | 148 | 719 | 867 | 5,640,511 |
| Year Built | | | | |
| Built 2010 or later | 60 | 741 | 801 | 10,425,505 |
| Built 2000 to 2009 | 195 | 1,834 | 2,029 | 18,958,193 |
| Built 1990 to 1999 | 174 | 2,275 | 2,449 | 18,930,786 |
| Built 1980 to 1989 | 331 | 1,786 | 2,117 | 18,494,657 |
| Built 1970 to 1979 | 205 | 2,043 | 2,248 | 20,706,671 |
| Built 1940 to 1969 | 488 | 2,837 | 3,325 | 35,026,562 |
| Median year structure built^ | 1976 | 1983 | na | 1979 |

### Percent of Total

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Occupancy | | | | |
| Occupied | 68.1% | 85.7% | 83.5% | 88.8% |
| Vacant | 31.9% | 14.3% | 16.5% | 11.2% |
| For rent | 2.3% | 1.5% | 1.6% | 1.9% |
| Rented, not occupied | 0.1% | 0.3% | 0.3% | 0.4% |
| For sale only | 1.4% | 1.3% | 1.3% | 0.7% |
| Sold, not occupied | 0.1% | 0.0% | 0.0% | 0.1% |
| Seasonal, recreational, occasional | 19.2% | 5.3% | 7.0% | 3.6% |
| For migrant workers | 0.0% | 0.0% | 0.0% | 0.0% |
| Other vacant | 8.8% | 5.9% | 6.2% | 4.0% |
| Year Built | | | | |
| Built 2010 or later | 3.6% | 6.1% | 5.8% | 7.5% |
| Built 2000 to 2009 | 11.6% | 15.0% | 14.6% | 13.6% |
| Built 1990 to 1999 | 10.4% | 18.6% | 17.6% | 13.6% |
| Built 1980 to 1989 | 19.7% | 14.6% | 15.2% | 13.2% |
| Built 1970 to 1979 | 12.2% | 16.7% | 16.2% | 14.8% |
| Built 1940 to 1969 | 29.1% | 23.2% | 23.9% | 25.1% |

^ Median year structure built is not available for metro/non-metro or regional aggregations.

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

- In the 2017-2021 period, Dolores County, CO had the highest estimated percent of the vacant housing (31.9%), and United States had the lowest (11.2%).

Percent of Housing Vacant (incl. seasonal homes), 2021*




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Demographics

## Selected Counties

## Housing Characteristics

### What do we measure on this page?

This page describes whether housing is occupied or vacant, for rent or seasonally occupied, and the year built.

**Rent**: The number of homes for rent was defined as occupied housing units that were for rent, vacant housing units that were for rent, and vacant units rented but not occupied at the time of interview.

**Seasonal, Recreational, or Occasional Use**: Refers to vacant units used or intended for use only in certain seasons or for weekends or other occasional use throughout the year.

**For Migrant Workers**: Refers to housing units intended for occupancy by migratory workers employed in farm work during the crop season.

### Why is it important?

Vacancy status is an indicator of the housing market and provides information on the stability and quality of housing for certain areas. The data is used to assess the demand for housing, to identify housing turnover within areas, and to better understand the population within the housing market over time. These data also serve to aid in the development of housing programs to meet the needs of persons at different economic levels.

Seasonal or recreational homes (i.e., “second homes”) are often an indicator of the desirability of a place for recreation and tourism. This could also be used as an indicator of recreational and scenic amenities, which can be a source of economic growth.

While the late 1990s and early 2000s were a period of rapid home development throughout the country, there have been other periods when housing grew at a fast rate (the late 1970s, for example, in many parts of the country). The relative growth rate of housing is an indicator of overall economic growth but may indicate challenges such as the need to prepare for risk of wildfire, flooding, and other natural disasters. The year the home was built also provides information on the age of the housing stock, which can be used to forecast future demand of services such as energy consumption and fire protection.

Housing that is classified as available for migrant workers can be used as an indicator of a certain type of economic activity, in particular crop agriculture.

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Demographics

## Selected Counties

## Housing Affordability

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Owner-occupied mortgaged homes, 2021* | ˙358 | 4,081 | 4,439 | 49,820,928 |
| Cost >30% of household income | ¨**69** | ˙971 | ˙1,040 | 13,476,120 |
| Specified renter-occupied units, 2021* | ˙125 | 2,884 | 3,009 | 43,858,831 |
| Rent >30% of household income | ¨**24** | ˙1,290 | ˙1,314 | 20,169,402 |
| Median monthly mortgage cost^, 2021* | $1,080 | $1,330 | **na** | $1,697 |
| Median gross rent^, 2021* | ¨**$858** | $828 | **na** | $1,163 |
| **Percent of Total** | | | | |
| Cost >30% of household income | 19.3% | 23.8% | 23.4% | 27.0% |
| Rent >30% of household income | ¨**19.2%** | ˙44.7% | ˙43.7% | 46.0% |

^ Median monthly mortgage cost and median gross rent are not available for metro/non-metro or regional aggregations.

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

- In the 2017-2021 period, United States had the highest percent of owner-occupied households where > 30% of household income was spent on mortgage costs (27.0%), and Dolores County, CO had the lowest (19.3%).
- In the 2017-2021 period, United States had the highest percent of renter-occupied households where > 30% of household income was spent on gross rent (46.0%), and Dolores County, CO had the lowest (19.2%).
- In the 2017-2021 period, United States had the highest estimated monthly mortgage costs for owner-occupied homes ($1,697), and Dolores County, CO had the lowest ($1,080).
- In the 2017-2021 period, United States had the highest estimated monthly gross rent for renter-occupied homes ($1,163), and Montezuma County, CO had the lowest ($828).

Housing Costs as a Percent of Household Income, 2021*




Median Monthly Mortgage Costs and Gross Rent, 2021*




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Housing Affordability

## What do we measure on this page?

This page describes whether housing is affordable for homeowners and renters.[47]

**Owner-Occupied Housing Unit**: A housing unit is owner-occupied if the owner or co-owner lives in the unit even if it is mortgaged or not fully paid for.

**Renter-Occupied Housing Unit**: All occupied units that are not owner-occupied are classified as renter-occupied, whether they are rented for cash rent or occupied without payment of cash rent.

**Household**: A household includes all the people who occupy a housing unit as their usual place of residence.

**Monthly Costs (owner-occupied)**: The sum of payment for mortgages, real estate taxes, various insurances, utilities, fuels, mobile home costs, and condominium fees.

**Gross Rent**: The amount of the contract rent plus the estimated average monthly cost of utilities (electricity, gas, and water and sewer) and fuels (oil, coal, kerosene, wood, etc.) if these are paid for by the renter (or paid for the renter by someone else).

The lowest ownership costs and gross rent share of household income reported in the U.S. Census Bureau's American Community Survey is 15 percent. Many government agencies define as excessive (or unaffordable) housing costs that exceed 30 percent of monthly household income.

## Why is it important?

An important indicator of economic hardship is whether housing is affordable.[48] This page measures housing affordability in terms of the share of household income that is devoted to a mortgage and related costs (for homeowners) and rent and related costs (for renters). An income share devoted to housing that is below 15 percent is a good proxy for highly affordable, while the income share devoted to housing that is above 30 percent is a good proxy for unaffordable.

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Demographics

## Selected Counties

## Comparisons

| | Indicators | Combined Counties | United States |
|---|---|---|---|
| Demographics | Population Growth (% change, 2010*-2021*) | 3.3% | 8.5% |
| | Median Age (2021*) | na | 38.4 |
| | Percent Population White Alone (2021*) | 79.7% | 68.2% |
| | Percent Population Hispanic or Latino (2021*) | 12.9% | 18.4% |
| | Percent Population American Indian or Alaska Native (2021*) | 11.5% | 0.8% |
| | Percent of Population 'Baby Boomers' (2021*) | 31.0% | 24.7% |
| Income | Median Household Income (2021*) | na | $69,021 |
| | Per Capita Income (2021*) | na | $37,638 |
| | Percent Individuals Below Poverty (2021*) | 12.2% | 12.6% |
| | Percent Families Below Poverty (2021*) | 8.3% | 8.9% |
| | Percent of Households with Retirement and Social Security Income (2021*) | 67.1% | 53.1% |
| | Percent of Households with Public Assistance Income (2021*) | 17.5% | 19.2% |
| Structure | Percent Population 25 Years or Older without High School Degree (2021*) | 8.6% | 11.1% |
| | Percent Population 25 Years or Older with Bachelor's Degree or Higher (2021*) | 29.7% | 33.7% |
| | Percent Population That Speak English Less Than 'Very Well' (2021*) | 2.6% | 8.2% |
| | Percent of Houses that are Seasonal Homes (2021*) | 7.0% | 3.6% |
| | Owner-Occupied Homes where > 30% of Household Income Spent on Mortgage (2021*) | 23.4% | 27.0% |
| | Renter-Occupied Homes where > 30% of Household Income Spent on Rent (2021*) | 43.7% | 46.0% |

Percent difference Combined Counties vs. United States




**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Demographics

## Selected Counties

## Comparisons

### What do we measure on this page?

This page compares key demographic, income, and social indicators from the selected region to the United States overall.

The term "benchmark" in this report should not be construed as having the same meaning as in the National Forest Management Act.

**Race**: Race is a self-identification data item in which respondents choose the race or races with which they most closely identify. In 1997 the U.S. Office of Management and Budget (OMB) revised the standards for how the Federal government collects and presents data on race and ethnicity.

**Poverty**: Following the Office of Management and Budget's Directive 14, the U.S. Census Bureau uses a set of income thresholds that vary by family size and composition to detect who is poor. If the total income for a family or an unrelated individual falls below the relevant poverty threshold, then the family or an unrelated individual is classified as being "below the poverty level."

**Baby Boomers**: Baby boomers are defined as having been born between 1946-1964. The reported percent of population that are "Baby Boomers" has some associated error since ACS generally reports age classes in 5-year increments (55 to 59 years, 60 to 64 years, etc.).

**Social Security**: Refers to households that receive income that includes Social Security pensions and survivor benefits, permanent disability insurance payments made by the Social Security Administration before deductions for medical insurance, and Railroad Retirement insurance. It does not include Medicare reimbursement.

**Retirement Income**: Consists of households that receive: 1) retirement pensions and survivor benefits from a former employer, labor union, U.S. military, or federal, state, or local government; 2) disability income from companies, unions, the U.S. military, or federal, state, or local government; 3) periodic receipts from annuities and insurance; and 4) regular income from IRA and Keogh plans. It does not include Social Security income.

Median Age, Median Household Income, and Per Capita Income are not calculated for multi-location regions due to data availability.

### Why is it important?

This page shows a quick comparison of indicators covered in this report and shows how the region is different from the selected comparison area. If no custom comparison area was selected, EPS defaults to comparing against the U.S.

The chart offers an at-a-glance view of whether groups of indicators are atypical compared to the comparison area. For example, this page may show that a selected area has an older population, relatively unaffordable housing, and language barriers. In combination, these indicators can help community leaders, local government staff, policy makers and others improve outreach strategies and consider whether the impacts of projects and policies could have disproportionate impacts on certain segments of the population.

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Demographics

## Selected Counties

## Data Sources & Methods

EPS uses national statistics from public government sources. All data used in EPS can be readily verified with the original sources:

- **American Community Survey**
  U.S, Census Bureau, U.S. Department of Commerce
  https://www.census.gov/programs-surveys/acs/
  https://www.census.gov/acs/www/data/data-tables-and-tools/index.php
  **Contacts:**
  https://www.census.gov/about/contact-us.html

**EPS core approaches**: EPS is designed to focus on long-term trends across a range of important measures. Trend analysis provides a more comprehensive view of changes than spot data for select years. We encourage users to focus on major trends rather than absolute numbers. EPS displays detailed industry-level data to show changes in the composition of the economy over time and the mix of industries at points in time. EPS employs cross-sectional benchmarking—comparing smaller areas such as counties to larger regions, states, and the nation—to give a sense of relative performance. EPS allows users to aggregate data for multiple locations to allow for more sophisticated cross-sectional comparisons.

**About the American Community Survey (ACS)**: All data used in this report is based on the U.S. Census Bureau's American Community Survey (ACS), a nationwide survey conducted annually by the U.S. Census Bureau that provides current demographic, social, economic, and housing information about communities. The ACS is not the same as the Decennial U.S. Census, which is conducted every 10 years.

Estimates based on five years of sampling are available for all areas, whereas estimate based on annual and three-year sampling are only available for areas with larger population sizes. Data used in this report are five-year ACS estimates which are consistently available for locations with small populations such as towns. Five-year estimates are displayed for all locations because data obtained using the same survey technique is ideal for comparisons. The disadvantage is that multi-year estimates cannot be used to describe any particular year in the period, only the average value over the full period.

**Data Accuracy**: ACS is based on a survey and is subject to error. The U.S. Census Bureau reports the accuracy of the data by providing margins of error. In this report, we alert the user to the data accuracy using color-coded text and symbols in the tables: **BLACK** indicates a coefficient of variation <12%; ORANGE (preceded with one dot) indicates between 12 and 40%; and **RED BOLD** (preceded with two dots) indicates a coefficient of variation >40%. The coefficient of variation is a measure of relative error in the estimate and is calculated directly from the margin of error as the ratio of the standard error to the estimate itself. Less populated areas tend to have lower accuracy. If data have consistently low accuracy throughout a report, we suggest running another demographics report at a larger geographic scale.

# Demographics

## Selected Counties

## Endnotes

1 - A useful resource on rural population change is the U.S. Department of Agriculture's Economic Research Service web page: https://www.ers.usda.gov/topics/rural-economy-population/population-migration/.

2 - William H. Frey's website provides links to publications, issues, media stories, data tools and resources on migration, population redistribution, and demography of both rural and urban populations in the U.S.: frey-demographer.org.

3 - For a description of the U.S. Census Bureau's ACS methodology and data accuracy, see https://www.census.gov/programs-surveys/acs/methodology.html.

4 - The U.S. Department of Health and Human Services' Administration on Aging has a host of resources about older Americans at https://aoa.acl.gov/.

5 - The U.S. Census Bureau publishes age data estimates for the U.S., states, counties, and metropolitan areas. See https://www.census.gov/topics/population/age-and-sex.html.

6 - The non-profit Population Reference Bureau offers a helpful video on population pyramids at http://www.prb.org/Multimedia/Video/2009/distilleddemographics1.aspx.

7 - Grayson KV and Victoria VA. 2010. The Next Four Decades: Older Population in the United States: 2010 to 2050. U.S. Census Bureau. https://www.census.gov/prod/2010pubs/p25-1138.pdf.

8 - Jacobsen LA and Mather M. 2010. U.S. Social and Economic Trends Since 2000. Population Bulletin 65(1):1-16. Washington DC: Population Reference Bureau.

9 - Cromartie J and Nelson P. 2009. Baby Boom Migration and Its Impact on Rural America. USDA-ERS Report No. 79. Washington, DC: USDA Economic Research Service. https://permanent.access.gpo.gov/lps125026/ERR79.pdf.

10 - The U.S. Census Bureau has many resources that describe the trends in aging in the U.S. and its implications. See for example: An Aging Nation: The Older Population in the United States https://www.census.gov/prod/2014pubs/p25-1140.pdf; and The Graying of America: More Adults Than Kids by 2035 https://www.census.gov/library/stories/2018/03/graying-america.html?eml=gd.

11 - Frey WH. 2006. America's Regional Demographics in the '00 Decade: The Role of Seniors, Boomers and New Minorities. Washington, DC: The Brookings Institution. https://www.brookings.edu/research/americas-regional-demographics-in-the-00s-decade-the-role-of-seniors-boomers-and-new-minorities/

12 - Frey WH. 2007. Mapping the Growth of Older America. Washington, DC: Brookings Institution. https://www.brookings.edu/research/mapping-the-growth-of-older-america/.

## Endnotes

13 - OMB. 1997. Revisions to the Standards for the Classification of Federal Data on Race and Ethnicity. Federal Register 62(210):58782-58790. https://www.gpo.gov/fdsys/pkg/FR-1997-10-30/pdf/97-28653.pdf.

14 - For a primer on how the Census 2010 handles race and Hispanic origin, see: Humes KR, Jones NA, and Ramirez RR. 2011. Overview of Race and Hispanic Origin. U.S. Census Bureau. https://www.census.gov/prod/cen2010/briefs/c2010br-02.pdf.

15 - https://www.census.gov/newsroom/press-releases/2017/school-enrollment.html

16 - https://data.census.gov/cedsci/all?q=ethnic%20groups

17 - https://www.archives.gov/files/federal-register/executive-orders/pdf/12898.pdf

18 - A Century Apart: New Measures of Well-Being for U.S. Racial and Ethnic Groups is available at http://www.measureofamerica.org/acenturyapart/.

19 - Additional U.S. Census Bureau information on the Hispanic population (Who's Hispanic in America?) is available at https://www.census.gov/newsroom/cspan/hispanic/2012.06.22_cspan_hispanics.pdf.

20 - U.S. Census Bureau. Facts for Features: Hispanic Heritage Month 2016 https://census.gov/newsroom/facts-for-features/2016/cb16-ff16.html.

21 - See U.S. Census Bureau Tribal Affairs at https://www.census.gov/aian/.

22 - The U.S. Department of Interior's Indian Affairs oversees the Bureau of Indian Affairs and Bureau of Indian Education. Indian Affairs resources and contacts are available at https://bia.gov/index.htm.

23 - The U.S. Forest Service Office of Tribal Relations, formed in 2004, is a useful source of information and policies related to agency-tribal relations. See https://www.fs.fed.us/spf/tribalrelations/index.shtml.

24 - In 2016 the Bureau of Land Management published a Tribal Relations Manual and Handbook. See https://www.blm.gov/programs/cultural-heritage-and-paleontology/tribal-consultation.

25 - The American Indian Heritage Foundation hosts an American Indian Resource Directory with a list of all American Indian tribes, including Federally recognized tribes. This and other resources are available at http://www.indians.org/index.html.

26 - For an indispensable publication on environmental justice, see: Council on Environmental Quality. 1997. Environmental Justice: Guidance under the National Environmental Policy Act. Washington, DC: CEQ. https://www.epa.gov/sites/production/files/2015-02/documents/ej_guidance_nepa_ceq1297.pdf.

## Endnotes

27 - The Census Bureau provides industry and occupation code lists and definitions: https://www.census.gov/topics/employment/industry-occupation/guidance/code-lists.html.

28 - Occupations are also defined by U.S. Bureau of Labor Statistics: https://www.bls.gov/soc/.

29 - The Bureau of Labor Statistics provides The Occupational Outlook Handbook, which is an analysis of the prospects for different types of jobs, including training and education needed, earnings, working conditions, and what workers do on the job: https://www.bls.gov/ooh/.

30 - Maynard DC and Feldman DC. (Eds.) 2011. Underemployment: Psychological, economic and social challenges. New York, NY: Springer.

31 - Labor Force Statistics from Current Population Survey. Bureau of Labor Statistics. https://www.bls.gov/cps/lfcharacteristics.htm.

32 - Involuntary Part-Time Work on the Rise. Bureau of Labor Statistics. https://www.bls.gov/cps/lfcharacteristics.htm.

33 - https://www.census.gov/newsroom/press-releases/2017/acs-5yr.html

34 - Aldrich L, Beale C, and Kasse K. 1997. Commuting and the Economic Functions of Small Towns and Places. Rural Development Perspectives 12(3):26-31. https://naldc.nal.usda.gov/download/34577/PDF.

35 - For useful remarks and scholarly references on the level and distribution of economic well-being, see Federal Reserve System Chairman Ben S. Bernanke's speech on February 6, 2007: https://www.federalreserve.gov/newsevents/speech/Bernanke20070206a.htm.

36 - For an analysis of trends in the distribution of wealth in the U.S., see Saez E and Zucman G. 2016. Wealth inequality in the United States since 1913: Evidence from capitalized income tax data. The Quarterly Journal of Economics 131(2):519-578.

37 - Income Inequality. U.S. Census Bureau. 2010. https://www.census.gov/topics/income-poverty/income-inequality/about/middle-class.html.

38 - The University of Michigan's National Poverty Center has a range of resources on poverty in the United States at http://www.npc.umich.edu/poverty/.

39 - For more information on rural poverty, see USDA Economic Research Service Briefing Room, Rural Income, Poverty, and Welfare: High Poverty Counties at https://www.ers.usda.gov/topics/rural-economy-population/rural-poverty-well-being/.

40 - The specific thresholds used for tabulation of income for particular years are shown at https://www.census.gov/data/tables/time-series/demo/income-poverty/historical-poverty-thresholds.html.

## Endnotes

41 - The University of Michigan's National Poverty Center hosts a body of research on race and ethnicity as they relate to poverty. See http://npc.umich.edu/research/ethnicity/.

42 - The U.S. Census Bureau briefing on "Poverty Areas" shows that Blacks and Hispanics are disproportionately affected by poverty. "Four times as many Blacks and three times as many Hispanics lived in poverty areas than lived outside them." For more information, see https://www.census.gov/prod/1/statbrief/sb95_13.pdf.

43 - The Bureau of Labor Statistics shows a tight relationship between employment projections and educational attainment. See https://www.bls.gov/emp/documentation/education-training-system.htm.

44 - Card D. 1999. The Causal Effect of Education on Earnings in Ashenfelter O and Card D, eds., Handbook of Labor Economics, Vol. 3A. New York: Elsevier. Pp. 1801-63.

45 - Employment Projections. 2017. Bureau of Labor Statistics. https://www.bls.gov/emp/chart-unemployment-earnings-education.htm.

46 - The Modern Language Association has developed an online mapping tool that shows languages spoken for most areas of the United States. See https://apps.mla.org/map_main.

47 - The U.S. Census Bureau's American Housing Survey has additional information on housing and housing affordability. See https://www.census.gov/programs-surveys/ahs/.

48 - For current calculations on housing affordability, see the National Association of Realtors' Housing Affordability Index, available at https://www.nar.realtor/topics/housing-affordability-index.

49 - Federal Register 59(32). See https://www.gpo.gov/fdsys/pkg/FR-1994-02-16/html/94-3685.htm.

50- For a description of the U.S. Census Bureau's ACS definition of per capita income, see https://www.census.gov/quickfacts/fact/note/US/INC910216.

51- For an explanation of the discrepancies between the Census Bureau and the Bureau of Economic Analysis, see http://www.incontext.indiana.edu/2003/jan-feb03/details.asp.

HEADWATERS ECONOMICS

# Populations at Risk

## Selected Counties

**Selected Geographies:**

**Dolores County, CO; Montezuma County, CO**

**Benchmark Geography:**

**U.S.**

**Report Date:**

**September 19, 2023**

## Headwaters Economics

Headwaters Economics is an independent, nonprofit research group that works to improve community development and land management decisions: **headwaterseconomics.org**.

### Populations at Risk

Populations at risk are more likely to experience adverse social, health, and economic outcomes due to their race, age, gender, poverty status, and other socioeconomic measures.

**Free and easy-to-use**
Quickly create reports of current socioeconomic data in convenient formats, including Excel and PDF.

**Available nation-wide**
Build reports for geographies from states to census tracts. Aggregate multiple geographies into custom study areas.

**Updated continuously**
Make use of reliable, published government data. The Populations at Risk report always shows the latest available data and trends.

**headwaterseconomics.org/par**

### Economic Profile System

The Economic Profile System (EPS) generates reports on a range of topics including local economics, demographics, and income sources while providing historic context and trends.

**Free and easy-to-use**
Like Populations at Risk, EPS is free, updated continuously, and easy-to-use.

**Integrates federal data sources**
Access data from many sources, including the Census, Bureaus of Economic Analysis, Labor Statistics, and others.

**Widely used**
For more than a decade, EPS has been used by researchers, economic developers, grant writers, elected officials, cities, planners, federal agencies, reporters, and others.

**headwaterseconomics.org/eps**

# Populations at Risk

## Selected Counties

## Table of Contents

Young & Elderly Populations ..... 4

Race & Ethnicity ..... 6

Educational Attainment ..... 8

Language Proficiency ..... 10

Individuals in Poverty ..... 12

Families in Poverty ..... 14

Households Receiving Public Assistance ..... 16

Labor Participation ..... 18

Housing Affordability ..... 20

Rental & Mobile Homes ..... 22

Potentially Vulnerable Households ..... 24

Potentially Vulnerable People ..... 26

Benchmarks ..... 28

Literature Cited ..... 30

*Click the links above for quick access to report sections.*

# Populations at Risk

## Selected Counties

## Young & Elderly Populations

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Population, 2021* | 2,288 | 25,916 | 28,204 | 329,725,481 |
| Under 5 years old | **35** | 1,363 | 1,398 | 19,423,121 |
| 65 years and older | 776 | 5,879 | 6,655 | 52,888,621 |
| 80 years and older | **31** | 585 | 616 | 6,299,788 |
| **Percent of Total, 2021*** | | | | |
| Under 5 years old | **1.5%** | 5.3% | 5.0% | 5.9% |
| 65 years and older | 33.9% | 22.7% | 23.6% | 16.0% |
| 80 years and older | **1.4%** | 2.3% | 2.2% | 1.9% |
| **Change in Percentage Points, 2010*-2021*** | | | | |
| For example, if the value is 3% in 2010* and 4.5% in 2021*, the reported change in percentage points is 1.5. | | | | |
| Under 5 years old | -4.8 | -0.9 | -1.2 | -0.7 |
| 65 years and older | 16.3 | 6.8 | 7.5 | 3.3 |
| 80 years and older | -2.5 | 0.5 | 0.3 | 0.2 |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.

**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.

**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

### Population by Group, Percent of Total, 2021*

- United States has the largest share of people under 5 years old (5.9%).
- Montezuma County, CO has the largest share of people 80 years and older (2.3%).




### Population by Group, Change in Percentage Points, 2010*-2021*

- The largest change in the share of people under 5 years old occurred in Dolores County, CO, which went from 6.4% to 1.5%.
- The largest change in the share of people 80 years and older occurred in Dolores County, CO, which went from 3.9% to 1.4%.




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Populations at Risk, headwaterseconomics.org/par.

# Young & Elderly Populations

## What do we measure on this page?

This page describes the number of people by specific age category.

The "Under 5 years old" category includes individuals younger than 5 years old. The "65 years and older" category includes individuals age 65 and older and the "80 years and older" category includes individuals age 80 and older. The "80 years and older" category is a subset of the "65 years and older" category.

## Why is it important?

Young children and older adults both are vulnerable segments of the population. Understanding the age profile of a community can help users determine the types of services likely to be needed.[1]

Children's developing bodies makes them particularly sensitive to health problems and environmental stresses.[1]

> Childhood lays the foundations for lifelong health. Poor health during childhood increases the likelihood of problems throughout adulthood.[2]
>
> Because so many factors of a child's life are determined during pregnancy, infancy, and early childhood, children in poverty are an especially vulnerable population. Lack of adequate care through the early phases of life is more prevalent in poor populations.[2]
>
> Children spend more time outside and have a faster breathing rate than adults, so they are more at risk for respiratory problems related to ground level ozone, airborne particulates, wildfire smoke, and allergens. Allergens are associated with climate change due to changing plant communities and longer pollen seasons.[3, 4]
>
> Because their immune systems are not fully developed, children are more sensitive to infectious diseases. Natural disasters can breach public water supplies, compromise sanitation, and spread illness. Children are more vulnerable to these hazards compared to adults.[3]

Older adults also are at increased risk of compromised health related to environmental hazards and climate change.

> Age is the single greatest risk factor related to illness or death from extreme heat.[4]
>
> The elderly are more likely to have pre-existing medical conditions or compromised mobility, which reduces their ability to respond to natural disasters.[3]
>
> The likelihood of chronic disease increases with age.[1, 5]
>
> Older adults are more susceptible to air pollution such as ground level ozone, particulate matter, or dust. Increased dust is associated with drought, wildfires, and high wind events.[3, 6]

*Superscript numbers refer to references provided at the end of the report.*

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Populations at Risk

## Selected Counties

## Race & Ethnicity

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Population, 2021* | 2,288 | 25,916 | 28,204 | 329,725,481 |
| White alone | 1,954 | 20,520 | 22,474 | 224,789,109 |
| All other races | 334 | 5,396 | 5,730 | 104,936,372 |
| Black or African American | **0** | **257** | **257** | 41,393,012 |
| American Indian | 106 | 3,145 | 3,251 | 2,722,661 |
| Other races | 228 | 1,994 | 2,222 | 60,820,699 |
| Hispanic ethnicity | 282 | 3,354 | 3,636 | 60,806,969 |
| Non-Hispanic ethnicity | 2,006 | 22,562 | 24,568 | 268,918,512 |

### Percent of Total, 2021*

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| White alone | 85.4% | 79.2% | 79.7% | 68.2% |
| All other races | 14.6% | 20.8% | 20.3% | 31.8% |
| Black or African American | **0.0%** | **1.0%** | **0.9%** | 12.6% |
| American Indian | 4.6% | 12.1% | 11.5% | 0.8% |
| Other races | 10.0% | 7.7% | 7.9% | 18.4% |
| Hispanic ethnicity | 12.3% | 12.9% | 12.9% | 18.4% |
| Non-Hispanic ethnicity | 87.7% | 87.1% | 87.1% | 81.6% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

**Non-White Population by Race, Percent of Total, 2021***

- United States has the largest share of non-whites (31.8%).




**Hispanic Population, Percent of Total, 2021***

- United States has the largest share of hispanics (18.4%).




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Populations at Risk, headwaterseconomics.org/par.

# Populations at Risk

## Selected Counties

## Race & Ethnicity

### What do we measure on this page?

Race is self-identified by Census respondents who choose the race or races with which they most closely identify. Included in "Other Races" are "Asian," "Native Hawaiian or Other Pacific Islander," and respondents providing write-in entries such as multiracial, mixed, or interracial.

Ethnicity has two categories: Hispanic or Latino, and Non-Hispanic or Latino. The federal government considers race and Hispanic origin to be two separate and distinct concepts. Hispanics and Latinos may be of any race.

### Why is it important?

Race and ethnicity are strongly correlated with disparities in health, exposure to environmental pollution, and vulnerability to natural hazards.[1]

> Research consistently has found race-based environmental inequities across many variables, including the tendency for minority populations to live closer to noxious facilities and Superfund sites, and to be exposed to pollution at greater rates than whites.[7, 1]
>
> Many health outcomes are closely related to the local environment. Minority communities often have less access to parks and nutritious food, and are more likely to live in substandard housing.[1]
>
> Minorities tend to be particularly vulnerable to disasters and extreme heat events. This is due to language skills, housing patterns, quality of housing, community isolation, and cultural barriers.[8, 4]
>
> Blacks and Hispanics, two segments of the population that are currently experiencing poorer health outcomes, are an increasing percentage of the US population.[1,9]

Research has identified measurable disparities in health outcomes between various minority and ethnic communities.

> Across races, the rates of preventable hospitalizations are highest among black and Hispanic populations. Preventable hospital visits often reflect inadequate access to primary care. These types of hospital visits are also costly and inefficient for the health care system.[5]
>
> Relative to other ethnicities and races, Hispanics and blacks are less likely to have health insurance, but rates of uninsured are dropping for both groups.[10]
>
> Compared to other races, blacks have higher rates of infant mortality, homicide, heart disease, stroke, and heat-related deaths.[5]
>
> Hispanics have higher rates of diabetes and asthma.[5]
>
> American Indians have a distinct pattern of health effects different from blacks and Hispanics. Native populations are less likely to have electricity than the general population.[2] They have high rates of infant mortality, suicide and homicide, and nearly twice the rate of motor vehicle deaths than the U.S. average.[5]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Populations at Risk

## Selected Counties

## Educational Attainment

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Population 25 years or older, 2021* | 1,961 | 18,556 | 20,517 | 225,152,317 |
| No high school degree | **70** | 1,693 | 1,763 | 25,050,356 |
| No high school degree, percent | **3.6%** | 9.1% | 8.6% | 11.1% |
| No high school degree, change in percentage points**, 2010*-2021* | -10.5 | -2.5 | -3.2 | -3.8 |

**For example, if the value is 3% in 2010* and 4.5% in 2021*, the reported change in percentage points is 1.5.

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

**Population with Less than High School Education, Percent of Total, 2021***

- United States has the largest share of people with less than a high school education (11.1%).




**Population with Less than High School Education, Change in Percentage Points, 2010*-2021***

- The largest change in the share of people with less than a high school degree occurred in Dolores County, CO, which went from 14.0% to 3.6%.




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Populations at Risk, headwaterseconomics.org/par.

# Educational Attainment

## What do we measure on this page?

This page describes levels of educational attainment, which refers to the highest degree or level of schooling completed by people 25 years and over.

## Why is it important?

High school completion is used as a proxy for overall socioeconomic circumstances. Lack of education is strongly correlated with poverty and poor health.

People without a high school degree are more than twice as likely to live in inadequate housing compared to those with some college education.[5]

A study in California found the lack of a high school degree was the factor most closely related to social vulnerability to climate change.[4]

Thirty-eight percent of Americans without a high school degree do not have health insurance, compared to 10 percent with a college degree.[7]

The rate of diabetes is much greater for those without a high school degree. Incidence of this disease is more than double the rate of those who attended education beyond high school.[5]

Binge drinking is most severe among those without a high school degree. This demographic group had the highest risk of binge drinking across all measured categories (such as income, race, ethnicity, or disability status).[5]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Populations at Risk

## Selected Counties

## Language Proficiency

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Population 5 years or older, 2021* | 2,253 | 24,553 | 26,806 | 310,302,360 |
| Speak English "not well"*** | **159** | **229** | 388 | 12,736,062 |
| Speak English "not well"***, percent | **7.1%** | **0.9%** | 1.4% | 4.1% |
| Speak English "not well"***, change in percentage points**, 2010*-2021* | 7.1 | 0.0 | 0.6 | -0.6 |

**For example, if the value is 3% in 2010* and 4.5% in 2015*, the reported change in percentage points is 1.5.

*** Includes "not well" and "not well at all".

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

### People Who Speak English "Not Well", Percent of Total, 2021*

- Dolores County, CO has the largest share of people who speak English "not well" (7.1%).




### People Who Speak English "Not Well", Change in Percentage Points, 2010*-2021*

- The largest change in the share of people who speak English "not well" occurred in Dolores County, CO, which went from 0.0% to 7.1%.




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Populations at Risk, headwaterseconomics.org/par.

# Language Proficiency

## What do we measure on this page?

This page reports the results of self-rated English-speaking ability questions in the American Community Survey.

## Why is it important?

Many aspects of life in the US assume basic fluency in English. Thus, people with limited language skills are at risk for inadequate access to health care, social services, or emergency services.

A person's ability to take action during an emergency is compromised by language and cultural barriers.[4]

Poor English skills can make it harder to follow directions or interact with agencies.[4]

Lack of language skills can also instill lack of trust for government agencies.

In many industries, poor English skills can make it harder for people to get higher wage jobs.[1]

Language barriers make it harder to obtain medical or social services; and make it more difficult to interact with caregivers.[1]

Limited English skills may result in isolation from other segments of the US population, and social isolation is a health risk.[1] However some minority communities can be very tightly-knit and not isolated, so this risk factor cannot be generalized across all populations.

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Populations at Risk

## Selected Counties

## Individuals in Poverty

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total population for whom poverty status is determined, 2021* | 2,288 | 25,735 | 28,023 | 321,897,703 |
| People in poverty | 283 | 3,142 | 3,425 | 40,661,636 |
| People in "deep-poverty"** | **122** | 1,093 | 1,215 | 17,161,309 |
| Both in poverty and over 65 | **29** | 384 | 413 | 4,458,156 |
| **Percent of Total, 2021*** | | | | |
| People in poverty | 12.4% | 12.2% | 12.2% | 12.6% |
| People in "deep-poverty"** | **5.3%** | 4.2% | 4.3% | 5.3% |
| Both in poverty and over 65 | **1.3%** | 1.5% | 1.5% | 1.4% |
| **Change in Percentage Points, 2010*-2021*** | | | | |
| For example, if the value is 3% in 2010* and 4.5% in 2021*, the reported change in percentage points is 1.5. | | | | |
| People in poverty | -3.6 | -5.3 | -5.2 | -1.2 |
| People in "deep-poverty"** | -3.5 | -2.4 | -2.5 | -0.7 |
| Both in poverty and over 65 | 0.3 | 0.5 | 0.5 | 0.2 |

** Deep poverty is defined by the Census as earning less than half of the federal poverty level.

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

### People in Poverty, Percent of Total, 2021*

- Dolores County, CO has the largest share of people in "deep poverty" (5.3%).




### People in Poverty, Change in Percentage Points, 2010*-2021*

- The largest change in the share of people in "deep poverty" occurred in Dolores County, CO, which went from 8.9% to 5.3%.




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Populations at Risk, headwaterseconomics.org/par.

# Populations at Risk

## Selected Counties

# Individuals in Poverty

## What do we measure on this page?

This page describes the number of people living below the poverty line, those in deep poverty, and individuals 65 and older in poverty. Poverty status is determined for all people except those institutionalized, in military group quarters, in college dormitories, and unrelated individuals less than 15 years old. The total population in the poverty table is slightly smaller than the overall population.

Following the Office of Management and Budget's Directive 14, the Census Bureau uses a set of income thresholds that vary by family size and composition to define who is poor. If the total income for a family or an unrelated individual falls below the relevant poverty threshold, the family or an unrelated individual is classified as being "below the poverty level."

## Why is it important?

Low income is one of the strongest predictors for compromised health and ability to recover from disruptions.[1] This is true across many types of risk, including general health as well as risks from extreme weather, climate change, and environmental stresses.

Natural disasters disproportionally impact the poor because of factors such as inadequate housing, social exclusion, a diminished ability to evacuate, lack of property insurance, and more acute emotional stress.[2,11] Low-income people also are more likely to be overlooked during emergency response following disasters.[11]

Low-income people are more likely to live or work in areas with greater exposure to environmental hazards such as particulate matter or ozone. They also are more likely to work outdoors, with greater exposure to climate-related risks.[2]

The relationship between lower income and poor health outcomes is most pronounced for the poorest. Additional income for the poorest tends to improve health outcomes more than for those in other income groups.[12]

A lack of resources is only part of the reason for poor health outcomes. Income inequality within a community also is associated with poor health outcomes.[12]

Residents living in low-income neighborhoods tend to have worse physical and mental health -such as asthma, depression, diabetes, heart conditions, and emotional stress- compared to higher-income areas.[1,5]

People with lower income have higher rates of preventable hospitalizations, usually related to insufficient access to primary health care.[5]

The poor are least likely to have health insurance [5,10], and poor health outcomes related to environmental risks like air pollution are exacerbated for those who do not have health insurance.[2]

Those who are disabled and living in poverty have even greater risk from environmental hazards.

Lack of mobility makes evacuation difficult.[1,2]

In 2009, households with at least one person with a disability had a 20 percent higher chance of living in inadequate housing compared to households without a disabled person.[5]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Populations at Risk

## Selected Counties

## Families in Poverty

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total families for whom poverty status is determined, 2021* | 763 | 7,053 | 7,816 | 80,755,759 |
| Families in poverty | 41 | 605 | 646 | 7,181,779 |
| Families with children in poverty | 8 | 397 | 405 | 4,718,106 |
| Single mother families in poverty | 0 | 133 | 133 | 3,160,728 |
| **Percent of Total, 2021*** | | | | |
| Families in poverty | 5.4% | 8.6% | 8.3% | 8.9% |
| Families with children in poverty | 1.0% | 5.6% | 5.2% | 5.8% |
| Single mother families in poverty | 0.0% | 1.9% | 1.7% | 3.9% |
| **Change in Percentage Points, 2010*-2021*** | | | | |
| For example, if the value is 3% in 2010* and 4.5% in 2021*, the reported change in percentage points is 1.5. | | | | |
| Families in poverty | -5.4 | -5.6 | -5.7 | -1.2 |
| Families with children in poverty | -3.0 | -6.1 | -6.0 | -2.0 |
| Single mother families in poverty | -4.0 | -4.8 | -4.8 | -0.9 |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

**Families in Poverty, Percent of Total, 2021***

- United States has the largest share of single mother families in poverty (3.9%).




**Families in Poverty, Change in Percentage Points, 2010*-2021***

- The largest change in the share of single mother familes in poverty occurred in Montezuma County, CO, which went from 6.7% to 1.9%.




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Populations at Risk, headwaterseconomics.org/par.

# Families in Poverty

## What do we measure on this page?

This page describes the number of families living below the poverty line, and separately reports families with children and single mother families with children.

The Census defines a family as a group of two or more people who reside together and who are related by birth, marriage, or adoption.

The Census Bureau uses a set of income thresholds that vary by family size and composition to define who is poor. If the total income for a family or an unrelated individual falls below the relevant poverty threshold, then the family or an unrelated individual is classified as being "below the poverty level."

## Why is it important?

Families in poverty may lack the resources to meet their basic needs. Their challenges cross the spectrum of food, housing, health care, education, vulnerability to natural disasters, and emotional stress.

To save money, families with low incomes often have to make lifestyle compromises such as unhealthy foods, less food, substandard housing, or delayed medical care.[1]

Lack of financial resources makes families in poverty more vulnerable to natural disasters. This is due to inadequate housing, social exclusion, and an inability to re-locate or evacuate.[11, 2]

Inadequate shelter exposes occupants to increased risk from storms, floods, fire, and temperature extremes.[2] Households with low incomes are more likely to have unhealthy housing such as leaks, mold, or rodents.[5]

The expense of running fans, air conditioners, and heaters makes low-income people hesitant to mitigate the temperature of their living spaces.[1, 2] Furthermore, those in high-crime areas may not want to open their windows.[2]

Families in poverty are disproportionately affected by higher food prices, which are expected to rise in response to climate change.[1]

Children in poor families, on average, receive fewer years of education compared to children in wealthier families.[12]

Low-income residents are less likely to have adequate property insurance, so they may bear an even greater burden from property damage due to natural hazards.[2]

Living in poverty can lead to a lack of personal control over potentially hazardous situations such as increased air pollution or flooding. Impoverished families may be less likely to take proactive measures to prevent harm.[11]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Populations at Risk

## Selected Counties

## Households Receiving Public Assistance

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Households, 2021* | 1,144 | 10,461 | 11,605 | 124,010,992 |
| Households receiving: | | | | |
| Supplemental Security Income (SSI) | **6** | 448 | 454 | 6,426,771 |
| Cash public assistance income | **21** | 209 | 230 | 3,248,323 |
| Food Stamp/SNAP | 122 | 1,222 | 1,344 | 14,105,231 |
| **Percent of Total, 2021*** | | | | |
| Supplemental Security Income (SSI) | **0.5%** | 4.3% | 3.9% | 5.2% |
| Cash public assistance income | **1.8%** | 2.0% | 2.0% | 2.6% |
| Food Stamp/SNAP | 10.7% | 11.7% | 11.6% | 11.4% |
| **Change in Percentage Points, 2010*-2021*** | | | | |
| For example, if the value is 3% in 2010* and 4.5% in 2021*, the reported change in percentage points is 1.5. | | | | |
| Supplemental Security Income (SSI) | -7.1 | 2.0 | 1.3 | 1.1 |
| Cash public assistance income | 0.7 | -0.6 | -0.6 | 0.2 |
| Food Stamp/SNAP | 5.9 | 3.3 | 3.4 | 2.1 |
| Median Household Income (MHI), 2021* (2022 $s) | $67,500 | $63,002 | na | $74,543 |
| Change in MHI, 2010*-2021* (2022 $s) | **$9,716** | **$3,816** | na | $4,874 |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

### Percent of Households Receiving Earnings, by Source, 2021*

- United States has the largest share of households receiving Supplemental Security Income (5.2%).
- United States has the largest share of households receiving cash public assistance (2.6%).
- Montezuma County, CO has the largest share of households receiving Food Stamps/SNAP (11.7%).




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Populations at Risk, headwaterseconomics.org/par.

# Households Receiving Public Assistance

## What do we measure on this page?

This page describes the number of households receiving public assistance.

Supplemental Security Income, or SSI, provides financial assistance to people with limited income who are aged, blind, or disabled. Unlike Social Security benefits, which are determined by the recipient's lifetime earnings, SSI benefits are not based on prior work.[13]

Cash public assistance can be from the Federal program, Temporary Assistance for Needy Families (TANF), or various state-level cash assistance programs. It does not include separate payments received for hospital or other medical care (vendor payments) or SSI or noncash benefits such as the Supplemental Nutrition Assistance Program.

The Supplemental Nutrition Assistance Program, or SNAP, (formerly known as food stamps), provides benefits to those who are unemployed, have no or low incomes, are elderly, are disabled with low incomes, or are homeless. The income threshold for SNAP varies with household size and other factors. SNAP benefits can be used to purchase grocery items such as breads, cereals, fruits, vegetables, meats, and dairy products.[14]

Median income can be used to identify areas of high or low income, but care should be taken to consider regional differences in cost of living.

## Why is it important?

The number of households receiving public assistance are indicative of households living in poverty or with insufficient resources.

In 2011, families receiving public assistance spent 77 percent of their household budget to meet the basic necessities of housing, food, and transportation.[15]

Payments associated with economic hardship are associated with lower household income and educational attainment, higher poverty and unemployment. They are often high in communities that are losing population.[16]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed. The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Populations at Risk

## Selected Counties

## Labor Participation

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Population 16 to 64 years, 2021* | 1,281 | 15,004 | 16,285 | 211,199,021 |
| People that did not work | 385 | 4,090 | 4,475 | 47,962,637 |
| People that did not work, percent | 30.1% | 27.3% | 27.5% | 22.7% |
| People that did not work, change in percentage points**, 2010*-2021* | 7.1 | 8.1 | 8.0 | 0.3 |

**For example, if the value is 3% in 2010* and 4.5% in 2021*, the reported change in percentage points is 1.5.

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

**People that Did Not Work, Percent of Population (16-64 Years), 2021***

- Dolores County, CO has the largest share of the population that did not work (30.1%).




**People that Did Not Work, Change in Percentage Points, 2010*-2021***

- The largest change in the share of the population that did not work occurred in Montezuma County, CO, which went from 19.2% to 27.3%.




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Populations at Risk, headwaterseconomics.org/par.

# Labor Participation

## What do we measure on this page?

This page shows the share of the working age population that did not work. This value differs from the unemployment rate, which is more narrowly defined as the share of individuals who did not work and were actively seeking work.

## Why is it important?

In general, robust participation in the labor force is indicative of vibrant local and regional economic development.[17] Not working can limit access to health insurance and health care, and has been linked with impaired health. Low labor force participation may indicate a high proportion of discouraged workers no longer seeking employment, but it can also indicate a high proportion of students or retirees.

Low labor force participation is closely associated with high unemployment, although labor force participation can be low in places like retirement destinations that are otherwise economically successful.[18]

Compared to labor force participation, unemployment figures may under-represent the magnitude of economic burden, because they do not include those who have stopped seeking work, those who are involuntarily employed part-time, or people with disabilities that prevent them from working.[17]

Unemployed people are a subset of those who are not in the labor force. Research relating work status to social outcomes focuses on the unemployed.

Unemployment is strongly linked with adverse health outcomes such as cardiovascular disease, suicide, compromised mental health, and alcohol use. Unemployed people have higher rates of hospitalizations, medication use, and health care visits.[19]

Being without a job limits lifestyle choices and is linked with behaviors that contribute to poor health, such as disrupted social relationships, unhealthy diet, increased alcohol use, and greater stress.[17,19]

High, persistent joblessness within a community, places an additional burden on social services, and resources may be more scarce because they are spread thinly.[17]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Populations at Risk

## Selected Counties

## Housing Affordability

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total owner-occupied, mortgaged homes, 2021* | 358 | 4,081 | 4,439 | 49,820,928 |
| Mortgage cost >30% of household income | **69** | 971 | 1,040 | 13,476,120 |
| Total renter-occupied units, 2021* | 125 | 2,884 | 3,009 | 43,858,831 |
| Rent >30% of household income | **24** | 1,290 | 1,314 | 20,169,402 |
| **Percent of Total, 2021*** | | | | |
| Mortgage cost >30% of household income | **19.3%** | 23.8% | 23.4% | 27.0% |
| Rent >30% of household income | **19.2%** | 44.7% | 43.7% | 46.0% |
| **Change in Percentage Points, 2010*-2021*** | | | | |
| For example, if the value is 3% in 2010* and 4.5% in 2021*, the reported change in percentage points is 1.5. | | | | |
| Mortgage cost >30% of household income | -13.4 | -14.1 | -14.2 | -10.4 |
| Rent >30% of household income | -13.7 | 4.8 | 4.1 | -1.0 |
| **Median Monthly Housing Costs in 2022 $s** | | | | |
| Mortgage cost, 2021* | $1,166 | $1,436 | na | $1,833 |
| Change in mortgage cost, 2010*-2021* | **-$169** | **-$129** | na | -$212 |
| Gross rent, 2021* | $927 | $894 | na | $1,256 |
| Change in gross rent, 2010*-2021* | **$188** | **$98** | na | $127 |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

### Housing Costs as a Percent of Household Income, 2021*

- United States has the largest share of unaffordable housing for homeowners, with 27.0% spending over 30% of household income on mortgage costs.
- United States has the largest share of unaffordable housing for renters, with 46.0% spending over 30% of household income on rental costs.




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Populations at Risk, headwaterseconomics.org/par.

# Housing Affordability

## What do we measure on this page?

This page describes whether housing is affordable for homeowners and renters.

The use of the ratio of income to housing costs was formalized in the US Housing and Development Act. The 30 percent threshold was established in 1981, is used currently to determine rent prices for most rent assistance programs.[20]

"Mortgage cost" is defined as the sum of payment for mortgages, real estate taxes, insurances, utilities, fuels, mobile home costs, and/or condominium fees.

"Gross rent" is defined as the amount of the contract rent plus the estimated average monthly cost of utilities and fuels if these are paid for by the renter.

## Why is it important?

The government considers families with housing costs exceeding 30 percent of income to be "housing-cost burdened." [20,21] Families who are housing cost burdened may need to make financial sacrifices in other aspects of their life, which may lead to negative health and social outcomes.

The 30 percent ratio reflects both housing cost and income. In areas with high housing prices, even families with high incomes can approach or exceed the 30 percent threshold.

High housing costs may create financial difficulty in paying for other necessities such as food, health care, and transportation.[21] Thus families may have to sacrifice, compromise, or delay other essential needs.[1]

Families living in affordable housing are more stable and less likely to move frequently. This stability is linked to several positive health outcomes in children and young adults, such as improved emotional and behavioral problems, fewer pregnancies, reduced drug use, and a lower risk for depression.[1]

Housing costs do not affect all income groups equally. For low-income families, the money that remains after household expenses may not be sufficient to cover their needs. But for high wage-earners, paying a high proportion of their income for housing may not pose any financial burden.[20]

Housing cost burden is more common for renters. In 2006, 46 percent of U.S. renters had housing costs that exceeded 30 percent of their income.[20] Cost-burden renters are especially prevalent in large cities.[22] The high proportion of household costs for renters has further increased over the past 25 years.

To live in more affordable housing, some people may opt to live outside of metropolitan areas, which lowers housing cost but increases transportation cost.

In 2006, housing cost burden was more prevalent for racial and ethnic minorities and was lowest for whites.[20]

Financial insecurity for a home -such as foreclosure, eviction, or uncertainly about one’s ability to afford housing- is a source of emotional stress.[23] This effect is heightened by people’s emotional attachment to their home and their neighborhood.[24]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Populations at Risk

## Selected Counties

## Rental & Mobile Homes

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Occupied Housing Units, 2021* | 1,144 | 10,461 | 11,605 | 124,010,992 |
| Rental Units | 125 | 2,884 | 3,009 | 43,858,831 |
| Mobile Homes | 378 | 1,839 | 2,217 | 6,509,758 |
| **Percent of Total, 2021*** | | | | |
| Rental Units | 10.9% | 27.6% | 25.9% | 35.4% |
| Mobile Homes | 33.0% | 17.6% | 19.1% | 5.2% |
| **Change in Percentage Points, 2010*-2021*** | | | | |
| For example, if the value is 3% in 2010* and 4.5% in 2021*, the reported change in percentage points is 1.5. | | | | |
| Rental Units | -4.2 | -1.1 | -1.4 | 4.6 |
| Mobile Homes | 21.6 | -2.9 | -0.5 | -0.4 |
| Median Home Value (MHV), 2021* (2022 $s) | $195,912 | $262,980 | na | $264,492 |
| Change in MHV, 2010*-2021* (2022 $s) | **$13,132** | **$5,987** | na | $11,659 |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

**Rental Units and Mobile Homes as a Percent of Total Housing Units, 2021***

- United States has the largest share of rental units (35.4%).
- Dolores County, CO has the largest share of mobile homes (33.0%).




**Change in Median Home Value, 2010*-2021* (2022 $s)**




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Populations at Risk, headwaterseconomics.org/par.

# Rental & Mobile Homes

## What do we measure on this page?

This page reports the numbers of housing units that are either rental units or mobile homes, and provides median home value.

## Why is it important?

In general, home ownership contributes to well-being and stability. However, each type of living situation has its own risks and health concerns.

Home ownership is often associated with mental health benefits such as high self-esteem, a sense of control over one's living situation, and financial stability.[23]

The financial stress associated with losing one's home is heightened by people's emotional attachment to their home and their neighborhood.[24]

Homeowners typically pay a greater overall housing cost, but renters pay a larger proportion of their income. The high proportion of household costs for renters has further increased over the past 25 years.[25]

Rental homes are generally not maintained as well as those that are owned. Substandard housing conditions like dampness, mold, and exposure to toxic substances or allergens are linked with compromised health outcomes.[23]

Areas with high-density residences, such as urban areas, tend to have a greater proportion of renters.[1] High density living conditions and large, multistory apartment buildings exacerbate heat-related health stresses.[4]

Mobile homes are more likely to be damaged in extreme weather, which poses a risk for both the structure and the occupants.[4,11]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Populations at Risk

## Selected Counties

## Potentially Vulnerable Households

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Occupied Households, 2021* | 1,144 | 10,461 | 11,605 | 124,010,992 |
| People > 65 years & living alone | 162 | 1,178 | 1,340 | 13,888,306 |
| Single female households | 71 | 946 | 1,017 | 15,273,279 |
| with children < 18 years | **6** | 501 | 507 | 9,436,548 |
| Households with no car | **28** | 433 | 461 | 10,349,174 |
| **Percent of Total, 2021*** | | | | |
| People > 65 years & living alone | 14.2% | 11.3% | 11.5% | 11.2% |
| Single female households | 6.2% | 9.0% | 8.8% | 12.3% |
| with children < 18 years | **0.5%** | 4.8% | 4.4% | 7.6% |
| Households with no car | **2.4%** | 4.1% | 4.0% | 8.3% |
| **Change in Percentage Points, 2010*-2021*** | | | | |
| For example, if the value is 3% in 2010* and 4.5% in 2021*, the reported change in percentage points is 1.5. | | | | |
| People > 65 years & living alone | 12.9 | 9.2 | 9.5 | -1.0 |
| Single female households | 0.3 | -2.9 | -2.8 | -0.5 |
| with children < 18 years | -3.6 | -4.1 | -4.2 | 0.0 |
| Households with no car | 2.1 | -1.7 | -1.5 | -97.0 |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

### People > 65 Yrs and Living Alone as a Percent of Total Households, 2021*

- Dolores County, CO has the largest share of households with people over 65 living alone (14.2%).




### Single Female Households as a Percent of Total Households, 2021*

- United States has the largest share of single female households (12.3%).
- United States has the largest share of single female households with children (7.6%).




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Populations at Risk, headwaterseconomics.org/par.

# Potentially Vulnerable Households

## What do we measure on this page?

This page describes household types that are associated with increased hardship, including the elderly living alone, single female households, single female households with children, and households without a car.

## Why is it important?

Older adults are more likely to have compromised health and are less able to overcome disease. Living alone exacerbates health risks, and many health outcomes are worsened by social isolation.

Social isolation is strongly linked to poor health such as premature death, smaller chances of survival after a heart attack, depression, and greater levels of disability from chronic diseases.[2]

People 65 and older are particularly vulnerable to heat-related illness,[4] which is exacerbated by social isolation.

Households headed by women face challenges related to income, education, and food security. These factors make it more difficult to respond to health, environmental, or climate risks.

Female-headed households are more likely to be living in poverty. This is most prevalent among black, Hispanic, and Native American households.[26]

In 2014, 35 percent of female-headed households were food insecure, compared to 14 percent of all households.[27]
Single mothers may be burdened by providing basic needs such as food and housing, which can make the urgency of other risks seem less important.[28]

Single-mother families are disproportionally exposed to hazardous levels of air pollution.[4]

Single mothers tend to be less educated and less affluent than the general population, which puts them at greater risk during natural disasters.[28]

Access to a car is linked with higher wages and more financial stability, and can help families relocate or evacuate in the event of emergencies.

People who own cars are more likely to be employed, work longer hours, and earn more than those who do not.[29]

Access to a car has measurable benefits for those receiving public assistance. Welfare recipients with access to a car were more likely to work more hours and get higher-paying jobs, and had a greater chance of leaving welfare.[30]

During emergencies, natural disasters, and extreme weather events, people who do not have a car are less likely to evacuate or have access to emergency response centers.[4]

During heat waves, people without a car are less able to go to community cooling centers or cooler areas.[4]

Pedestrian fatalities are more than twice as likely in poor urban neighborhoods than in wealthier parts of cities.[31]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Populations at Risk

## Selected Counties

## Potentially Vulnerable People

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total civilian noninstitutionalized population, 2021* | 2,288 | 25,767 | 28,055 | 324,818,565 |
| People w/ disabilities | 260 | 4,367 | 4,627 | 41,055,492 |
| People w/o health insurance | 168 | 3,132 | 3,300 | 27,533,142 |
| **Percent of Total, 2021*** | | | | |
| Percent of people w/ disabilities | 11.4% | 16.9% | 16.5% | 12.6% |
| Percent of people w/o health insurance | 7.3% | 12.2% | 11.8% | 8.5% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

**People with Disabilities, Percent of Total, 2021***

- Montezuma County, CO has the largest share of the noninstitutionalized population that is disabled (16.9%).




**People without Health Insurance, Percent of Total, 2021***

- Montezuma County, CO has the largest share of the noninstitutionalized population without health insurance (12.2%).




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Populations at Risk, headwaterseconomics.org/par.



FS-003421

# Potentially Vulnerable People

## What do we measure on this page?

This page describes groups of people that are associated with increased hardship, including people with disabilities and people without health insurance.

## Why is it important?

Disabled people are subject to health complications that make environmental risks more consequential.

Disabled people are less likely to have health insurance, compared to the non-disabled population.[5]

Being confined to a bed raises heat mortality.[2]

Extreme weather events or natural disasters may result in limited access to medical care. This is particularly consequential for those who already have compromised health.[3]

People who lack health insurance are disadvantaged by several different mechanisms. They may avoid or delay diagnoses, treatment, and/or medication and thus may increase their odds of poor health. They do not have a regular place of care, and they are not benefitting from the standard of care that is afforded many Americans.

Households living in poverty are more likely to be uninsured. More than one quarter of uninsured households live in poverty.[10]

People with lower educational attainment are more likely to be uninsured.[5]

People without health insurance are less likely to have a regular source of care, and less likely to receive preventive, primary, and specialty care services.[32,33] This risk is particularly evident among racial and ethnic minorities.[5]

People without health insurance are more likely to use the hospital emergency department for standard health care needs.[5]

About 25% of uninsured adults report having either delayed or gone without care in the past year because of costs.[33]

Uninsured people are more likely to skip medications due to the costs, and some providers are less likely to prescribe medications to uninsured patients.[34,34]

People who do not have health insurance suffer greater health consequences from air pollution compared to those with insurance.[4]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Populations at Risk

## Selected Counties

## Benchmarks

| Indicators 2021* | Combined Counties | United States | Percent Difference Combined Counties vs. United States |
|---|---|---|---|
| Percent of Population under 5 | 5.0% | 5.9% | |
| Percent of Population over 65 | 23.6% | 16.0% | |
| Percent of Population Non-White (all other races) | 20.3% | 31.8% | |
| Percent of Population Hispanic | 12.9% | 18.4% | |
| Percent of Population without a High School Diploma | 8.6% | 11.1% | |
| Percent of Population that speak English "Not Well" | 1.4% | 4.1% | |
| Percent of Population in "Deep Poverty" | 4.3% | 5.3% | |
| Percent of Families Below Poverty | 8.3% | 8.9% | |
| Percent of Families that are Single Mother Households and Below Poverty | 1.7% | 3.9% | |
| Percent of Households Receiving Food Stamps (SNAP) | 11.6% | 11.4% | |
| Percent of Population that "Did Not Work" | 27.5% | 22.7% | |
| Percent of Rentals where Gross Rent Exceeds 30% of Household Income | 43.7% | 46.0% | |
| Percent of Housing that are Mobile Homes | 19.1% | 5.2% | |
| Percent of Households that are Single Female with Children under 18 | 4.4% | 7.6% | |
| Percent of Households with No Car | 4.0% | 8.3% | |
| Percent of Population over 65 and Living Alone | 11.5% | 11.2% | |
| Percent of Population with Disabilities | 16.5% | 12.6% | |
| Percent of Population without Health Insurance | 11.8% | 8.5% | |




**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to show that the sampling error is small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange. These values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

* ACS 5-year estimates: 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Populations at Risk, headwaterseconomics.org/par.

# Benchmarks

## What do we measure on this page?

This page shows a quick comparison for most of the indicators covered in this report to highlight how the region differs from the selected benchmark geography.

The percent, or relative, difference between the selected geography and the benchmark is calculated by dividing the difference between the values by the arithmetic mean of the values.

## Why is it important?

These indicators are all measures of a population more likely to experience adverse outcomes from disruptions due to extreme weather events, climate change, pollution, or limited health care access.

Particularly high percentages for any of these indicators may highlight populations that are at higher risk and in need of outreach from disaster planning, public health, or social service organizations.

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Populations at Risk

## Selected Counties

## Literature Cited


1 - County of Los Angeles Public Health, Health Atlas for the City of Los Angeles (Los Angeles, CA, June 2013). https://wattscommunitystudio.files.wordpress.com/2013/06/healthatlas.pdf

2 - Richard G. Wilkinson and Michael Gideon Marmot, Social determinants of health: The solid facts (World Health Organization, 2003). http://www.euro.who.int/__data/assets/pdf_file/0005/98438/e81384.pdf

3 - John M. Balbus and Catherine Malina, “Identifying vulnerable subpopulations for climate change health effects in the United States,” Journal of Occupational and Environmental Medicine 51, no. 1 (2009): 33-37.

4 - Heather Cooley, Eli Moore, Matthew Heberger, and Lucy Allen, Social Vulnerability to Climate Change in California (California Energy Commission Pub. # CEC-500-2012-013, 2012).

5 - Centers for Disease Control and Prevention, “CDC Health Disparities and Inequalities Report — United States, 2011,” Morbidity and Mortality Weekly Report 60 Suppl. (January 14, 2011). http://www.cdc.gov/mmwr/pdf/other/su6001.pdf

6 - Michelle L. Bell, Antonella Zanobetti, and Francesca Dominici, “Who is more affected by ozone pollution? A systematic review and meta-analysis,” American Journal of Epidemiology (2014): kwu115.

7 - Evan J. Ringquist, “Assessing evidence of environmental inequities: A meta-analysis.” Journal of Policy Analysis and Management 24, no. 2 (2005): 223-247.

8 - Alice Fothergill, Enrique G.M. Maestas, and JoAnne DeRouen Darlington, “Race, ethnicity and disasters in the United States: A review of the literature,” Disasters 23, no. 2 (1999): 156-173.

9 - Sandra L. Colby and Jennifer M. Ortman. Projections of the Size and Composition of the US Population: 2014 to 2060 (U.S. Census Bureau, March 2015). https://www.census.gov/content/dam/Census/library/publications/2015/demo/p25-1143.pdf

10 - Jessica C. Smith and Carla Medalia, Health Insurance Coverage in the United States: 2013 (U.S. Census Bureau, September 2014). https://www.census.gov/library/publications/2014/demo/p60-250.html

11 - Alice Fothergill and Lori A. Peek, “Poverty and disasters in the United States: A review of recent sociological findings,” Natural Hazards 32, no. 1 (2004): 89-110.

12 - North Carolina Institute of Medicine, Prevention for the Health of North Carolina: Prevention Action Plan (October 2009): Chapter 11 Socioeconomic Determinants of Health. http://www.nciom.org/publications/?prevention

13 - “Understanding Supplemental Security Income (SSI) Overview -- 2015 Edition,” U.S. Social Security Administration. https://www.ssa.gov/ssi/text-over-ussi.htm

14 - “Facts about SNAP,” USDA Food and Nutrition Service, last modified September 29, 2015, http://www.fns.usda.gov/snap/facts-about-snap

15 - Ann C. Foster and William R. Hawk, “Spending patterns of families receiving means-tested government assistance,” U.S. Bureau of Labor Statistics, December 2013. http://www.bls.gov/opub/btn/volume-2/spending-patterns-of-families-receiving-means-tested-government-assistance.htm

16 - Lawson, M.M., R. Rasker, and P.H. Gude. 2014. The importance of non-labor income: an analysis of socioeconomic performance in western counties by type of non-labor income. Journal of Regional Analysis and Policy 44(2): 175-190.

17 - Joel A. Halverson and Greg Bischak, Underlying socioeconomic factors influencing health disparities in the Appalachian region (Washington, DC: Appalachian Regional Commission, 2008).

18 - Andreas Hornstein, “Why labor force participation (usually) increases when unemployment declines,” Economic Quarterly 99, no. 1 (2013): 1-23.

# Populations at Risk

## Selected Counties

## Literature Cited (cont.)


19 - Robert L. Jin, Chandrakant P. Shah, and Tomislav J. Svoboda, “The impact of unemployment on health: a review of the evidence,” Canadian Medical Association Journal 153, no. 5 (1995): 529.

20 - Mary Schwartz and Ellen Wilson, “Who can afford to live in a home? A look at data from the 2006 American Community Survey,” U.S. Census Bureau. http://www.census.gov/housing/census/publications/who-can-afford.pdf

21 - "Rental Burdens: Rethinking Affordability measures." U.S. Department of Housing and Urban Development. https://www.huduser.gov/portal/pdredge/pdr_edge_featd_article_092214.html

22 - Mike Maciag, “Where do people spend the most of their paycheck on housing?” Governing Magazine (February 20, 2014). http://www.governing.com/topics/urban/gov-housing-affordability-burden-state-report.html

23 - William M. Rohe and Mark Lindblad, “Reexamining the Social Benefits of Homeownership after the Housing Crisis” (presentation, Homeownership Built to Last: Lessons from the Housing Crisis on Sustaining Homeownership for Low-Income and Minority Families–A National Symposium, Cambridge, MA, April 2013).

24 - Craig Evan Pollack, Beth Ann Griffin, and Julia Lynch, “Housing affordability and health among homeowners and renters,” American Journal of Preventive Medicine 39, no. 6 (2010): 515-521.

25 - Adam Reichenberger, “A comparison of 25 years of consumer expenditures by homeowners and renters,” U.S. Bureau of Labor Statistics: Beyond the Numbers: Prices and Spending 1, no. 15 (October 2012). http//www.bls.gov/opub/btn/volume-1/a-comparisonof-25-years-of-consumer-expenditures-by-homeowners-and-renters.htm

26 - Anastasia R. Snyder, Diane K. McLaughlin, and Jill Findeis, “Household composition and poverty among female-headed households with children: Differences by race and residence,” Rural Sociology 71, no. 4 (2006): 597-624.

27 - Nicholas T. Vozoris and Valerie S. Tarasuk, “Household food insufficiency is associated with poorer health,” Journal of Nutrition 133, no. 1 (2003): 120-126.

28 - William Donner and Havidán Rodríguez, “Population composition, migration and inequality: The influence of demographic changes on disaster risk and vulnerability,” Social Forces 87, no. 2 (2008): 1089-1114.

29 - Steven Raphael and Lorien Rice, “Car ownership, employment, and earnings,” Journal of Urban Economics 52, no. 1 (2002): 109-130.

30 - Tami Gurley and Donald Bruce, “The effects of car access on employment outcomes for welfare recipients,” Journal of Urban Economics 58, no. 2 (2005): 250-272.

31 - Mike Maciag, “Pedestrians dying at disproportionate rates in America's poorer neighborhoods,” Governing Magazine (August 2014). http://www.governing.com/topics/public-justice-safety/gov-pedestrian-deaths-analysis.html

32 - Marsha Lillie-Blanton and Catherine Hoffman, “The role of health insurance coverage in reducing racial/ethnic disparities in health care,” Health Affairs 24, no. 2 (2005): 398-408.

33 - Karlen E. Luthy, N.E. Peterson, J. Wilkinson, “Cost-efficient treatment for uninsured or underinsured patients with hypertension, depression, diabetes mellitus, insomnia, and gastroesophageal reflux,” Journal of the American Academy of Nurse Practitioners 20, no. 3 (2008): 136-143.

34 - Edward P. Havranek, “Unseen consequences: The uninsured, foctors, and cardiovascular Disease,” Journal of the American College of Cardiology 61, no. 10 (2013): 1076-1077.

HEADWATERS ECONOMICS

# A Profile of Socioeconomic Trends

## Selected Counties

Selected Geographies:

Dolores County, CO; Montezuma County, CO

## United States

Comparison Geographies:

U.S.

Produced by
Headwaters Economics'
**Economic Profile System (EPS)**
https://headwaterseconomics.org/eps
September 19, 2023

# Socioeconomic Trends

## Selected Counties

## About the Economic Profile System (EPS)

EPS is a free web tool created by Headwaters Economics to build customized socioeconomic reports of U.S. counties, states, and regions. Reports can be easily created to compare or aggregate different areas. EPS uses published statistics from federal data sources, including the U.S. Census Bureau, Bureau of Economic Analysis, and Bureau of Labor Statistics.

The Bureau of Land Management and Forest Service have made significant financial and intellectual contributions to the operation and content of EPS.

See https://headwaterseconomics.org/eps for more information about the capabilities of EPS. For technical questions, contact Patty Hernandez Gude at eps@headwaterseconomics.org or telephone 406-599-7425.

HEADWATERS ECONOMICS

headwaterseconomics.org

**Headwaters Economics** is an independent, nonprofit research group. Our mission is to improve community development and land management decisions.

www.blm.gov

**The Bureau of Land Management**, an agency within the U.S. Department of Interior, administers 249.8 million acres of America's public lands, located primarily in western states. It is the mission of the Bureau of Land Management to sustain the health, diversity, and productivity of public lands for the use and enjoyment of present and future generations.

www.fs.fed.us

**The Forest Service**, an agency of the U.S. Department of Agriculture, administers national forests and grasslands encompassing 193 million acres. The Forest Service's mission is to sustain the health, diversity, and productivity of the nation's forests and grasslands to meet the needs of present and future generations.

# Socioeconomic Trends

## Selected Counties

# Table of Contents


### Trends

Overview of Historical Trends ........ 4
Population ........ 6
Earnings Per Job and Per Capita Income ........ 8
Labor Earnings and Non-Labor Income ........ 10

### Industry Sectors

Employment by Industry (1970-2000) ........ 12
Employment by Industry (since 2000) ........ 16
Earnings by Industry (1970-2000) ........ 20
Earnings by Industry (since 2000) ........ 24

### Performance

Unemployment ........ 28
Wages by Industry ........ 30
Proprietors (self-employed) ........ 32
Wages and Proprietors' Income ........ 34
Commuting Patterns * ........ 36
Employment During National Recessions ........ 38

* This page is unavailable for the selected geographies and has been removed.

### Relative Performance

Comparisons ........ 40

Data Sources & Methods ........ 44
Endnotes


**Note to Users:**

This is one of 14 reports that can be created and downloaded from EPS. Topics include land use, demographics, specific industry sectors, the role of non-labor income, the wildland-urban interface, the role of amenities in economic development, and payments to county governments from federal lands. The EPS reports are downloadable as Excel or PDF documents. See https://headwaterseconomics.org/eps.

# Socioeconomic Trends

## Selected Counties

## Overview of Historical Trends

| | 1970 | 2000 | 2021 | Change 2000-2021 |
|---|---|---|---|---|
| Population | 14,680 | 25,694 | 28,572 | 2,878 |
| Employment (full & part-time jobs) | 5,796 | 14,613 | 16,227 | 1,614 |
| Personal Income (thousands of 2022 $s) | 293,214 | 991,752 | 1,542,791 | 551,039 |

Population and personal income are reported by place of residence, and employment by place of work on this page.

- From 1970 to 2021, population grew from 14,680 to 28,572 people, a 95% increase.

Population Trends, Combined Counties



- From 1970 to 2021, employment grew from 5,796 to 16,227, a 180% increase.

Employment Trends, Combined Counties



- From 1970 to 2021, personal income grew from $293.2 million to $1,542.8 million, (in real terms), a 426% increase.

Personal Income Trends, Combined Counties




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C., reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Socioeconomic Trends

## Selected Counties

# Overview of Historical Trends

## What do we measure on this page?

This page describes trends in population, employment, and real personal income. If this report is for an individual county, it also shows the county classification (metropolitan, micropolitan, or rural).[1]

**Population**: The total number of people by place of residence.

**Employment**: All full- and part-time workers, wage and salary jobs (employees), and proprietors (the self-employed) reported by place of work.

**Personal Income**: Income from wage and salary employment and proprietors' income (labor earnings), as well as non-labor income (dividends, interest, rent, and transfer payments) reported by place of residence. All income figures in this report are shown in real terms (i.e., adjusted for inflation). Subsequent sections of this report define labor earnings and non-labor income in more detail.

**Metropolitan Statistical Areas**: Counties that have at least one urbanized area of 50,000 or more people, plus adjacent territory that has a high degree of social and economic integration with the core as measured by commuting ties. Metropolitan Statistical Areas are classified as either Central or Outlying.

**Micropolitan Statistical Areas**: Counties that have at least one urbanized area of 10,000 to 50,000 people, plus adjacent territory that has a high degree of social and economic integration with the core as measured by commuting ties. Micropolitan Statistical Areas are classified as either Central or Outlying.

**Rural**: Counties that are not designated as either Metropolitan or Micropolitan.

## Why is it important?

Long-term, steady growth of population, employment, and real personal income is generally an indication of a healthy, prosperous economy. Erratic growth, no-growth, or long-term decline in these indicators are generally an indication of a struggling economy.

Growth can benefit the general population of a place, especially by providing economic opportunities, but it can also stress communities and lead to income stratification. When considering the benefits of growth, it is important to distinguish between standard of living (such as earnings per job and per capita income) and quality of life (such as leisure time, crime rate, and sense of well-being).

A related indicator of economic performance is whether the local economy is negatively affected by periods of national recession. This issue is explored in depth in the section "Employment During National Recessions" later in this report.

The size of a population and economy (metropolitan, micropolitan, or rural) can have an important bearing on economic activities as well as opportunities and challenges for area businesses.

# Socioeconomic Trends

## Selected Counties

## Population

| | Change 2010-2022 |
|---|---|
| Population Growth, 2010-2022 | 1,278 |
| Average Annual Population Change | 120 |
| From Natural Change | -4 |
| Births | 266 |
| Deaths | 269 |
| From Net Migration | 125 |
| International Migration | 4 |
| Domestic Migration | 121 |
| From Residual | -2 |

### Percent of Average Annual Population Growth, 2010-2022

| | |
|---|---|
| Natural Change | 3.1% |
| Net Migration | 95.4% |
| Residual | 1.5% |

- From 2010 to 2022, population ` by 1,278 people, a 5% increase.
- From 2010 to 2022, natural change contributed to 3% of population change.
- From 2010 to 2022, migration contributed to 95% of population change.

Average Annual Components of Population Change, Combined Counties, 2010-2022




* The Census Bureau makes a minor statistical correction, called a "residual" which is shown in the table above, but omitted from the figure. Because of this correction, natural change plus net migration may not add to total population change in the figure.

Data Sources: U.S. Department of Commerce. 2023. Census Bureau, Population Division, Washington, D.C., reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Socioeconomic Trends

Selected Counties

## Population

### What do we measure on this page?

This page describes components of population change and total population growth or decline. Total population growth (or decline) is the sum of natural change (births and deaths) and migration (international and domestic). Data are from the U.S. Census Bureau.[2,3]

The U.S. Census Bureau makes a minor statistical correction called a "residual." This is defined by the U.S. Census Bureau as resulting from two parts of the estimates process: 1) the application of national population controls to state and county population estimates; and 2) “the incorporation of accepted challenges and special censuses into the population estimates.” The residual represents change in the population that cannot be attributed to any specific demographic component of population change.

For more detailed information about demographics for a given area, create an EPS Demographics report at https://headwaterseconomics.org/eps.

### Why is it important?

The components of population change offer insight into the causes of population growth or decline and they help highlight important areas of inquiry. For example, if a large portion of population growth is attributable to in-migration, it would be helpful to understand what is driving this trend, such as whether people are moving to the area for jobs, quality of life, or both. Similarly, if a large portion of population decline is attributable to out-migration, it would be important to understand the reasons, such as the loss of employment in specific industries, youth leaving for education or new opportunities, or elderly people leaving for better medical facilities.

# Socioeconomic Trends

## Selected Counties

## Earnings Per Job and Per Capita Income

| | 1970 | 2000 | 2021 | Change 2000-2021 |
|---|---|---|---|---|
| Average Earnings per Job (2022 $s) | $34,943 | $40,281 | $43,764 | $3,483 |
| Per Capita Income (2022 $s) | $19,974 | $38,599 | $53,997 | $15,398 |
| **Percent Change** | | | | Percent Change 2000-2021 |
| Average Earnings per Job | | | | 8.6% |
| Per Capita Income | | | | 39.9% |

- From 1970 to 2021, average earnings per job grew from $34,943 to $43,764 (in real terms), a 25% increase.
- From 1970 to 2021, per capita income grew from $19,974 to $53,997 (in real terms), a 170% increase.

Average Earnings per Job & Per Capita Income, Combined Counties




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C., reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Earnings Per Job and Per Capita Income

## What do we measure on this page?

This page describes how average earnings per job and per capita income (in real terms) have changed over time.

**Average Earnings per Job**: The compensation of the average job. It is total earnings divided by total employment. Full-time and part-time jobs are counted at equal weight. Employees, sole proprietors, and active partners are included.

**Per Capita Income**: Income per person. It is total personal income (from labor and non-labor sources) divided by total population.

## Why is it important?

Average earnings per job is an indicator of the quality of local employment. A higher average earnings per job indicates that there are relatively more high-wage occupations. It can be useful to consider earnings against local cost of living indicators.[4]

Average earnings per job may decline for a number of reasons: [5, 6]

1. more part-time and/or seasonal workers entering the workforce;
2. a rise in low-wage industries, such as tourism-related sectors;
3. a decline of high-wage industries, such as manufacturing;
4. more lower-paid workers entering the workforce;
5. the presence of a university that is increasing its enrollment of relatively low-wage students;
6. the in-migration of semi-retired workers who work part-time and/or seasonally; and
7. an influx of people who move to an area for quality of life rather than profit-maximizing reasons.

Per capita income is one of the most important measures of economic well-being. However, this measure can be misleading. Per capita income is total personal income divided by population. Because total personal income includes non-labor income sources (dividends, interest, rent and transfer payments), it is possible for per capita income to be relatively high due to the presence of retirees and people with investment income.[7] And because per capita income is calculated using total population and not the labor force (as in average earnings per job), it is possible for per capita income to be relatively low in a population with a disproportionate number of children and/or elderly people.

# Socioeconomic Trends

## Selected Counties

## Labor Earnings and Non-Labor Income

| | 1970 | 2000 | 2021 | Change 2000-2021 |
|---|---|---|---|---|
| Personal Income (thous' of 2022 $s) | 293,214 | 991,752 | 1,542,791 | 551,039 |
| Labor Earnings | 201,606 | 627,043 | 726,115 | 99,072 |
| Non-Labor Income | 91,609 | 364,709 | 816,675 | 451,966 |
| Dividends, Interest, and Rent | 52,535 | 208,428 | 318,009 | 109,581 |
| Age-Related Transfer Payments | 18,637 | 97,611 | 224,076 | 126,465 |
| Hardship-Related Payments | 11,669 | 42,205 | 163,312 | 121,107 |
| Other Transfer Payments | 8,768 | 16,465 | 111,278 | 94,813 |
| **Percent of Total** | | | | Percent Change 2000-2021 |
| Personal Income | | | | 55.6% |
| Labor Earnings | 68.8% | 63.2% | 47.1% | 15.8% |
| Non-Labor Income | 31.2% | 36.8% | 52.9% | 123.9% |
| Dividends, Interest, and Rent | 17.9% | 21.0% | 20.6% | 52.6% |
| Age-Related Transfer Payments | 6.4% | 9.8% | 14.5% | 129.6% |
| Hardship-Related Payments | 4.0% | 4.3% | 10.6% | 286.9% |
| Other Transfer Payments | 3.0% | 1.7% | 7.2% | 575.8% |

All income data in the table above are reported by place of residence and are displayed in thousands of 2022 dollars. Labor earnings and non-labor income may not add to total personal income due to adjustments made by the Bureau of Economic Analysis.

- From 1970 to 2021, labor earnings grew from $201.6 million to $726.1 million (in real terms), a 260% increase.
- From 1970 to 2021, non-labor income grew from $91.6 million to $816.7 million (in real terms), a 791% increase.




- From 1970 to 2021, labor earnings accounted for 42% of growth and non-labor income for 58%.
- In 1970, non-labor income represented 31% of total personal income. By 2021 non-labor income represented 53% of total personal income.




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C., reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Labor Earnings and Non-Labor Income

## What do we measure on this page?

This page describes changes in labor earnings and non-labor sources of income.

**Labor Earnings**: Net earnings by place of residence, which is earnings by place of work (the sum of wage and salary disbursements, supplements to wages and salaries, and proprietors' income) less contributions for government social insurance, plus an adjustment to convert earnings by place of work to a place of residence basis.

**Non-Labor Income**: Dividends, interest, rent, and transfer payments (includes government retirement and disability insurance benefits, medical payments such as mainly Medicare and Medicaid, income maintenance benefits, unemployment insurance benefits, etc.). Non-labor income is reported by place of residence.

Labor earnings and non-labor income may not add to total personal income because of adjustments made by the Bureau of Economic Analysis to account for contributions for Social Security, cross-county commuting, and other factors.

**Dividends, Interest, and Rent**: Personal dividend income, personal interest income, and rental income of persons with capital consumption adjustments. Dividends, interest, and rent are sometimes referred to as "investment income" or "property income."

**Age-Related Transfer Payments**: Payments, including Social Security and Medicare, associated with older populations.

**Hardship-Related Transfer Payments**: Payments associated with poverty and welfare, including Medicaid and income maintenance.

**Other Transfer Payments**: Payments from veteran's benefits, education and training, Workers Compensation insurance, railroad retirement and disability, other government retirement and disability, and other receipts of individuals and nonprofits.

The EPS Non-Labor report provides a more detailed analysis of non-labor income and its components. The EPS Demographics report provides more information about the aging of the population and poverty. See https://headwaterseconomics.org/eps.

## Why is it important?

In many locations, non-labor income is the largest source of personal income and also the fastest growing.[8] This is particularly the case in some rural areas and small cities. An aging population, growth in the stock market and investments, and a highly mobile population are some of the reasons behind the rapid growth in non-labor income.

Growth in non-labor income can indicate an attractive place to live and retire. The in-migration of people who bring investment and retirement income with them (verify from previous pages that in-migration is increasing) is associated with a high quality of life (for example, local recreation opportunities), good health care facilities, and affordable housing (important for those on a fixed income). Non-labor income can also be important to places with struggling economies, either as a source of income maintenance for the poor or as a more stable form of income in areas with declining industries and labor markets.

# Socioeconomic Trends

## Selected Counties

## Employment by Industry (1970-2000)

| | 1970 | 1990 | 2000 | Change 1990-2000 |
|---|---|---|---|---|
| Total Employment (number of jobs) | 5,796 | 10,273 | 14,613 | 4,340 |
| Non-Services Related | 1,977 | ~2,894 | 3,636 | ~742 |
| Farm | 952 | 979 | 1,167 | 188 |
| Agricultural services, forestry, fishing & o | 86 | ~141 | 299 | ~158 |
| Mining (including fossil fuels) | 105 | ~434 | 163 | -~271 |
| Construction | 388 | 899 | 1,378 | 479 |
| Manufacturing (incl. forest products) | 446 | ~441 | 629 | ~188 |
| Services Related | 2,855 | ~5,049 | ~7,931 | ~2,882 |
| Transportation & public utilities | 211 | 433 | 456 | 23 |
| Wholesale trade | 107 | 257 | ~293 | ~36 |
| Retail trade | 1,112 | 1,892 | 2,711 | 819 |
| Finance, insurance & real estate | 377 | ~466 | ~976 | ~510 |
| Services | 1,048 | 2,001 | 3,495 | 1,494 |
| Government | 964 | 2,394 | 3,037 | 643 |
| **Percent of Total** | | | | Percent Change 1990-2000 |
| Total Employment | | | | 42.2% |
| Non-Services Related | 34.1% | ~28.2% | 24.9% | ~25.6% |
| Farm | 16.4% | 9.5% | 8.0% | 19.2% |
| Agricultural services, forestry, fishing & o | 1.5% | ~1.4% | 2.0% | ~112.1% |
| Mining (including fossil fuels) | 1.8% | ~4.2% | 1.1% | -~62.4% |
| Construction | 6.7% | 8.8% | 9.4% | 53.3% |
| Manufacturing (incl. forest products) | 7.7% | ~4.3% | 4.3% | ~42.6% |
| Services Related | 49.3% | ~49.1% | ~54.3% | ~57.1% |
| Transportation & public utilities | 3.6% | 4.2% | 3.1% | 5.3% |
| Wholesale trade | 1.8% | 2.5% | ~2.0% | ~14.0% |
| Retail trade | 19.2% | 18.4% | 18.6% | 43.3% |
| Finance, insurance & real estate | 6.5% | ~4.5% | ~6.7% | ~109.4% |
| Services | 18.1% | 19.5% | 23.9% | 74.7% |
| Government | 16.6% | 23.3% | 20.8% | 26.9% |

All employment data are reported by *place of work*. Estimates for data that were not disclosed are indicated with tildes (~).

- From 1970 to 2000, jobs in non-services related industries grew from 1,977 to 3,636, a 84% increase.
- From 1970 to 2000, jobs in services related industries grew from 2,855 to 7,931, a 178% increase.
- From 1970 to 2000, jobs in government grew from 964 to 3,037, a 215% increase.

Employment by Major Industry Category, Combined Counties




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C., reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Socioeconomic Trends

Combined Counties

## Employment by Industry (1970-2000)

### What do we measure on this page?

This page describes historical employment change by industry. Industries are organized according to three major categories: non-services related, services related, and government. Employment includes wage and salary jobs and proprietors. The employment data are organized according to the Standard Industrial Classification (SIC) system and reported by place of work.

**Non-Services Related**: Employment in industries such as farming, mining, and manufacturing.

**Services Related**: Employment in industries such as retail trade, finance, insurance and real estate, and services.

The terms “non-services related” and “services related” are not terms used by the U.S. Department of Commerce. They are used in these pages to help organize the information into easy-to-understand categories.

**Government**: Federal, military, state, and local government employment, and government enterprise.

The SIC data end in 2000 because in 2001 the Bureau of Economic Analysis switched to organizing industry-level information according to the newer North American Industrial Classification System (NAICS). More recent employment trends, organized by NAICS, are shown in subsequent pages of this report.

It is not normally appropriate to put SIC and NAICS data in the same tables and graphs because of the difference in methods used to organize industry data. The SIC coding system organizes industries by the primary activity of the establishment. In NAICS, industries are organized according to the production process.[9] See the Data Sources and Methods section of this report for more information on the shift from SIC to NAICS.

Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics uses supplemental data from the U.S. Department of Commerce to estimate these data gaps.[10] These values are indicated with tildes (~).

### Why is it important?

Understanding which industries are responsible for most jobs and which sectors are growing or declining is key to grasping the type of economy that exists, how it has changed over time, and evolving competitive strengths.[11,12] Most new jobs created in the U.S. economy in the last 30 years have been in services-related sectors, a category that includes a wide variety of high- and low-wage occupations ranging from jobs in hotels and amusement parks to legal, health, business, and educational services. The section in this report titled "Wages by Industry" shows the difference in wages among various services related industries and compared to non-services related sectors.

In many small rural communities, government employment (e.g., the Forest Service and Bureau of Land Management) represents an important component of the economy. In others there have been important changes in employment in mining and fossil fuel energy development, manufacturing (which includes lumber and wood products), and construction.[13,14]



FS-003439

# Socioeconomic Trends

## Selected Counties

## Employment by Industry (1970-2000)

Employment by Industry, Combined Counties

- In 2000 the three industry sectors with the largest number of jobs were services (3,495 jobs), government (3,037 jobs), and retail trade (2,711 jobs).
- From 1970 to 2000, the three industry sectors that added the most new jobs were services (2,447 new jobs), government (2,073 new jobs), and retail trade (1,599 new jobs).




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C., reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Socioeconomic Trends

## Selected Counties

# Employment by Industry (1970-2000)

## What do we measure on this page?

This page describes historical employment change by industry. Industries are organized according to three major categories: non -services related, services related, and government. Employment includes wage and salary jobs and proprietors. The employment data are organized according to the Standard Industrial Classification (SIC) system and reported by place of work.

**Non-Services Related**: Employment in industries such as farming, mining, and manufacturing.

**Services Related**: Employment in industries such as retail trade, finance, insurance and real estate, and services.

The terms “non-services related” and “services related” are not terms used by the U.S. Department of Commerce. They are used in these pages to help organize the information into easy-to-understand categories.

**Government**: Federal, military, state, and local government employment, and government enterprise.

The SIC data end in 2000 because in 2001 the Bureau of Economic Analysis switched to organizing industry-level information according to the newer North American Industrial Classification System (NAICS). More recent employment trends, organized by NAICS, are shown in subsequent pages of this report.

It is not normally appropriate to put SIC and NAICS data in the same tables and graphs because of the difference in methods used to organize industry data. The SIC coding system organizes industries by the primary activity of the establishment. In NAICS, industries are organized according to the production process.[9] See the Data Sources and Methods section of this report for more information on the shift from SIC to NAICS.

Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics uses supplemental data from the U.S. Department of Commerce to estimate these data gaps.[10] These values are indicated with tildes (~).

## Why is it important?

Understanding which industries are responsible for most jobs and which sectors are growing or declining is key to grasping the type of economy that exists, how it has changed over time, and evolving competitive strengths.[11,12] Most new jobs created in the U.S. economy in the last 30 years have been in services-related sectors, a category that includes a wide variety of high- and low-wage occupations ranging from jobs in hotels and amusement parks to legal, health, business, and educational services. The section in this report titled "Wages by Industry" shows the difference in wages among various services related industries and compared to non-services related sectors.

In many small rural communities, government employment (e.g., the Forest Service and Bureau of Land Management) represents an important component of the economy. In others there have been important changes in employment in mining and fossil fuel energy development, manufacturing (which includes lumber and wood products), and construction.[13,14]

# Socioeconomic Trends

## Selected Counties

## Employment by Industry (since 2000)

| | 2001 | 2010 | 2021 | Change 2010-2021 |
|---|---|---|---|---|
| Total Employment (number of jobs) | 14,435 | 15,023 | 16,227 | 1,204 |
| Non-services related | ~3,353 | ~3,495 | ~3,772 | ~277 |
| Farm | 1,212 | 1,462 | 1,604 | 142 |
| Forestry, fishing, & ag. services | ~101 | ~165 | ~269 | ~104 |
| Mining (including fossil fuels) | 175 | ~291 | ~212 | -~79 |
| Construction | 1,295 | 1,084 | ~1,154 | ~70 |
| Manufacturing | 570 | 493 | ~533 | ~40 |
| Services related | ~8,216 | ~8,147 | ~9,549 | ~1,402 |
| Utilities | 90 | 109 | 89 | -20 |
| Wholesale trade | ~235 | ~252 | 288 | ~36 |
| Retail trade | 1,919 | 1,586 | 1,893 | 307 |
| Transportation and warehousing | ~276 | ~260 | 376 | ~116 |
| Information | ~157 | ~125 | 119 | -~6 |
| Finance and insurance | ~387 | ~397 | ~535 | ~138 |
| Real estate and rental and leasing | ~399 | 638 | ~656 | ~18 |
| Professional and technical services | ~600 | ~683 | 681 | -~2 |
| Management of companies | ~34 | 49 | 125 | 76 |
| Administrative and waste services | ~366 | ~373 | 418 | ~45 |
| Educational services | ~91 | 88 | ~258 | ~170 |
| Health care and social assistance | ~1,370 | 1,580 | ~1,776 | ~196 |
| Arts, entertainment, and recreation | 201 | 221 | ~205 | -~16 |
| Accommodation and food services | 1,329 | 1,028 | ~1,227 | ~199 |
| Other services, except public admin. | 762 | ~758 | 903 | ~145 |
| Government | 3,014 | 3,295 | 2,848 | -447 |

All employment data are reported by *place of work*. Estimates for data that were not disclosed are indicated with tildes (~).

- From 2001 to 2021, jobs in non-services related industries grew from 3,353 to 3,772, a 12% increase.
- From 2001 to 2021, jobs in services related industries grew from 8,216 to 9,549, a 16% increase.
- From 2001 to 2021, jobs in government shrank from 3,014 to 2,848, a 6% decrease.

Employment by Major Industry Category, Combined Counties




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C., reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Socioeconomic Trends

## Combined Counties

## Employment by Industry (since 2000)

### What do we measure on this page?

This page describes recent employment change by industry. Industries are organized according to three major categories: non-services related, services related, and government. Employment includes wage and salary jobs and proprietors. The employment data are organized according to the North American Industrial Classification System (NAICS) and reported by place of work.

**Non-Services Related**: Employment in industries such as farming, mining, and manufacturing.

**Services Related**: Employment in industries such as retail trade, finance, insurance and real estate, and services.

The terms “non-services related” and “services related” are not terms used by the U.S. Department of Commerce. They are used in these pages to help organize the information into easy-to-understand categories.

**Government**: Federal, military, state, and local government employment, and government enterprise.

In 2001, the Bureau of Economic Analysis (BEA) began organizing industry-level information according to the newer North American Industrial Classification System (NAICS). The NAICS method provides greater detail to describe changes in the services related sectors. Prior to 2001, BEA used data organized according to the Standard Industrial Classification (SIC) system.

It is not normally appropriate to put SIC and NAICS data in the same tables and graphs because of the difference in methods used to organize industry data. The SIC coding system organizes industries by the primary activity of the establishment. In NAICS, industries are organized according to the production process.[9] See the Data Sources and Methods section of this report for more information on the shift from SIC to NAICS.

Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics uses supplemental data from the U.S. Department of Commerce to estimate these data gaps.[10] These values are indicated with tildes (~).

### Why is it important?

Recent employment trends organized by NAICS offer more detail than the previous SIC system, particularly with regard to services-related industries. This is especially useful since in many places the majority of new job growth in recent years has been in services-related industries.

The services-related sector encompasses a wide variety of high- and low-wage occupations ranging from jobs in accommodation and food services to professional and technical services. The section in this report titled "Wages by Industry" shows the difference in wages among various services related industries and compared to non-services related sectors.

# Socioeconomic Trends

## Selected Counties

## Employment by Industry (since 2000)

Employment by Industry, Combined Counties

- In 2021 the three industry sectors with the largest number of jobs were government (2,848 jobs), retail trade (1,893 jobs), and health care and social assistance (1,776 jobs).

- From 2001 to 2021, the three industry sectors that added the most new jobs were health care and social assistance (406 new jobs), real estate and rental and leasing (257 new jobs), and educational services (167 new jobs).




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C., reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Socioeconomic Trends

## Selected Counties

# Employment by Industry (since 2000)

## What do we measure on this page?

This page describes recent employment change by industry. Industries are organized according to three major categories: non-services related, services related, and government. Employment includes wage and salary jobs and proprietors. The employment data are organized according to the North American Industrial Classification System (NAICS) and reported by place of work.

**Non-Services Related**: Employment in industries such as farming, mining, and manufacturing.

**Services Related**: Employment in industries such as retail trade, finance, insurance and real estate, and services.

The terms “non-services related” and “services related” are not terms used by the U.S. Department of Commerce. They are used in these pages to help organize the information into easy-to-understand categories.

**Government**: Federal, military, state, and local government employment, and government enterprise.

In 2001, the Bureau of Economic Analysis (BEA) began organizing industry-level information according to the newer North American Industrial Classification System (NAICS). The NAICS method provides greater detail to describe changes in the services related sectors. Prior to 2001, BEA used data organized according to the Standard Industrial Classification (SIC) system.

It is not normally appropriate to put SIC and NAICS data in the same tables and graphs because of the difference in methods used to organize industry data. The SIC coding system organizes industries by the primary activity of the establishment. In NAICS, industries are organized according to the production process.[9] See the Data Sources and Methods section of this report for more information on the shift from SIC to NAICS.

Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics uses supplemental data from the U.S. Department of Commerce to estimate these data gaps.[10] These values are indicated with tildes (~).

## Why is it important?

Recent employment trends organized by NAICS offer more detail than the previous SIC system, particularly with regard to services-related industries. This is especially useful since in many places the majority of new job growth in recent years has been in services-related industries.

The services-related sector encompasses a wide variety of high- and low-wage occupations ranging from jobs in accommodation and food services to professional and technical services. The section in this report titled "Wages by Industry" shows the difference in wages among various services related industries and compared to non-services related sectors.

# Socioeconomic Trends

## Selected Counties

## Earnings by Industry (1970-2000)

Labor earnings in thousands of 2022 $s

| | 1970 | 1990 | 2000 | Change 1990-2000 |
|---|---|---|---|---|
| Labor Earnings | $202,532 | $402,528 | $588,627 | $186,099 |
| Non-Services Related | $63,902 | ˜$114,444 | $111,310 | -˜$3,134 |
| Farm | $7,849 | $486 | -$7,501 | -$7,987 |
| Agricultural services, forestry, fishing | $1,778 | ˜$3,257 | $4,981 | ˜$1,724 |
| Mining (including fossil fuels) | $4,324 | ˜$30,343 | $9,433 | -˜$20,910 |
| Construction | $27,247 | $62,044 | $80,380 | $18,336 |
| Manufacturing (incl. forest products) | $22,704 | ˜$18,314 | $24,017 | ˜$5,703 |
| Services Related | $96,061 | ˜$168,108 | ˜$314,349 | ˜$146,241 |
| Transportation & public utilities | $12,927 | $32,133 | $55,542 | $23,409 |
| Wholesale trade | $5,650 | $12,667 | ˜$13,852 | ˜$1,185 |
| Retail trade | $37,221 | $51,825 | $79,804 | $27,979 |
| Finance, insurance & real estate | $5,876 | ˜$11,048 | ˜$27,028 | ˜$15,980 |
| Services | $34,388 | $60,435 | $138,124 | $77,689 |
| Government | $42,569 | $121,545 | $163,148 | $41,603 |
| **Percent of Total*** | | | | Percent Change 1990-2000 |
| Labor Earnings | | | | 46.2% |
| Non-Services Related | 31.6% | ˜28.3% | 18.7% | -˜2.7% |
| Farm | 3.9% | 0.1% | na | -1643.4% |
| Agricultural services, forestry, fishing | 0.9% | ˜0.8% | 0.8% | ˜52.9% |
| Mining (including fossil fuels) | 2.1% | ˜7.5% | 1.6% | -˜68.9% |
| Construction | 13.5% | 15.4% | 13.5% | 29.6% |
| Manufacturing (incl. forest products) | 11.2% | ˜4.5% | 4.0% | ˜31.1% |
| Services Related | 47.4% | ˜41.6% | ˜52.7% | ˜87.0% |
| Transportation & public utilities | 6.4% | 8.0% | 9.3% | 72.9% |
| Wholesale trade | 2.8% | 3.1% | ˜2.3% | ˜9.4% |
| Retail trade | 18.4% | 12.8% | 13.4% | 54.0% |
| Finance, insurance & real estate | 2.9% | ˜2.7% | ˜4.5% | ˜144.6% |
| Services | 17.0% | 15.0% | 23.2% | 128.5% |
| Government | 21.0% | 30.1% | 27.4% | 34.2% |

All earnings data are reported by *place of work*. Estimates for data that were not disclosed are indicated with tildes (~).
* Total is considered to be the sum of all reported or estimated income with positive values from the earnings by industry table.

- From 1970 to 2000, earnings from non-services grew from $63.9M to $111.3M (in real terms), a 74% increase.
- From 1970 to 2000, earnings from services grew from $96.1M to $314.3M (in real terms), a 227% increase.
- From 1970 to 2000, earnings from government grew from $42.6M to $163.1M (in real terms), a 283% increase.

Earnings by Major Industry Category, Combined Counties




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C., reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Employment by Industry (1970-2000)

## What do we measure on this page?

This page describes historical change in earnings by industry (in real terms). Industries are organized according to three major categories: non-services related, services related, and government. The labor earnings data are organized according to the Standard Industrial Classification (SIC) system and reported by place of work.

**Non-Services Related**: Employment in industries such as farming, mining, and manufacturing.

**Services Related**: Employment in industries such as retail trade, finance, insurance and real estate, and services.

The terms "non-services related" and "services related" are not terms used by the U.S. Department of Commerce. They are used in these pages to help organize the information into easy-to-understand categories.

**Government**: Federal, military, state, and local government employment, and government enterprise.

The SIC data end in 2000 because in 2001 the Bureau of Economic Analysis switched to organizing industry-level information according to the newer North American Industrial Classification System (NAICS). More recent personal income trends, organized by NAICS, are shown in subsequent pages of this report.

It is not normally appropriate to put SIC and NAICS data in the same tables and graphs because of the difference in methods used to organize industry data. The SIC coding system organizes industries by the primary activity of the establishment. In NAICS industries are organized according to the production process.[9] See the Data Sources and Methods section of this report for more information on the shift from SIC to NAICS.

Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics uses supplemental data from the U.S. Department of Commerce to estimate these data gaps.[10] These values are indicated with tildes (~).

## Why is it important?

Historical changes in labor earnings by industry show how the structure of the local economy has changed over time. Some of the trends are caused by national and international circumstances while other trends may reflect local conditions. The shifting sources of labor earnings can point to evolving weaknesses and strengths in the local or regional economy.

Most new jobs created in the U.S. economy in the last several decades have been in services-related sectors, a category that includes a wide variety of high- and low-wage occupations ranging from jobs in hotels and amusement parks to legal, health, business, and educational services. The section in this report titled "Wages by Industry" shows the difference in wages among various services related industries and compared to non-services related sectors.

In many communities there have been important changes in employment in non-services, particularly mining and fossil fuel energy development, manufacturing (which includes lumber and wood products), and construction.[13]

In rural communities, government employment (e.g., the Forest Service and Bureau of Land Management) often represents an important component of the economy.



FS-003447

# Socioeconomic Trends

## Selected Counties

## Earnings by Industry (1970-2000)

- In 2000 the three industry sectors with the largest earnings were government ($163.1 million), services ($138.1 million), and retail trade ($79.8 million).
- From 1970 to 2000, the three industry sectors that added the most earnings were government ($120.6 million), services ($103.7 million), and transportation & public utilities ($42.6 million).




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C., reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Socioeconomic Trends

## Selected Counties

## Earnings by Industry (1970-2000)

### What do we measure on this page?

This page describes historical change in earnings by industry (in real terms). Industries are organized according to three major categories: non-services related, services related, and government. The labor earnings data are organized according to the Standard Industrial Classification (SIC) system and reported by place of work.

**Non-Services Related**: Employment in industries such as farming, mining, and manufacturing.

**Services Related**: Employment in industries such as retail trade, finance, insurance and real estate, and services.

The terms “non-services related” and “services related” are not terms used by the U.S. Department of Commerce. They are used in these pages to help organize the information into easy-to-understand categories.

**Government**: Federal, military, state, and local government employment, and government enterprise.

The SIC data end in 2000 because in 2001 the Bureau of Economic Analysis switched to organizing industry-level information according to the newer North American Industrial Classification System (NAICS). More recent personal income trends, organized by NAICS, are shown in subsequent pages of this report.

It is not normally appropriate to put SIC and NAICS data in the same tables and graphs because of the difference in methods used to organize industry data. The SIC coding system organizes industries by the primary activity of the establishment. In NAICS industries are organized according to the production process.[9] See the Data Sources and Methods section of this report for more information on the shift from SIC to NAICS.

Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics uses supplemental data from the U.S. Department of Commerce to estimate these data gaps.[10] These values are indicated with tildes (~).

### Why is it important?

Historical changes in labor earnings by industry show how the structure of the local economy has changed over time. Some of the trends are caused by national and international circumstances while other trends may reflect local conditions. The shifting sources of labor earnings can point to evolving weaknesses and strengths in the local or regional economy.

Most new jobs created in the U.S. economy in the last several decades have been in services-related sectors, a category that includes a wide variety of high- and low-wage occupations ranging from jobs in hotels and amusement parks to legal, health, business, and educational services. The section in this report titled "Wages by Industry" shows the difference in wages among various services related industries and compared to non-services related sectors.

In many communities there have been important changes in employment in non-services, particularly mining and fossil fuel energy development, manufacturing (which includes lumber and wood products), and construction.[13]

In rural communities, government employment (e.g., the Forest Service and Bureau of Land Management) often represents an important component of the economy.

# Socioeconomic Trends

## Selected Counties

## Earnings by Industry (since 2000)

Labor earnings in thousands of 2022 $s

| | 2001 | 2010 | 2021 | Change 2010-2021 |
|---|---|---|---|---|
| Labor Earnings | $563,539 | $581,242 | $710,166 | $128,924 |
| Non-services related | ~$104,842 | ~$96,295 | ~$114,404 | ~$18,109 |
| Farm | -$1,747 | -$1,423 | $16,271 | $17,694 |
| Forestry, fishing, & ag. services | ~$3,802 | ~$4,136 | ~$7,390 | ~$3,254 |
| Mining (including fossil fuels) | $10,766 | ~$18,652 | ~$7,290 | -~$11,362 |
| Construction | $67,522 | $53,408 | ~$58,257 | ~$4,849 |
| Manufacturing | $24,499 | $21,522 | ~$25,195 | ~$3,673 |
| Services related | ~$303,770 | ~$295,091 | ~$418,308 | ~$123,217 |
| Utilities | $8,538 | $11,357 | $10,278 | -$1,079 |
| Wholesale trade | ~$12,009 | ~$13,778 | $42,925 | ~$29,147 |
| Retail trade | $64,606 | $57,307 | $74,660 | $17,353 |
| Transportation and warehousing | ~$13,960 | ~$11,745 | $25,004 | ~$13,259 |
| Information | ~$8,090 | ~$6,552 | $8,011 | ~$1,459 |
| Finance and insurance | ~$16,158 | ~$15,162 | ~$14,299 | -~$863 |
| Real estate and rental and leasing | ~$11,629 | $9,057 | ~$15,481 | ~$6,424 |
| Professional and technical services | ~$23,912 | ~$26,271 | $27,563 | ~$1,292 |
| Management of companies | ~$2,126 | $1,023 | $6,643 | $5,620 |
| Administrative and waste services | ~$1,863 | ~$9,750 | $9,965 | ~$215 |
| Educational services | ~$2,126 | $1,083 | ~$8,850 | ~$7,767 |
| Health care and social assistance | ~$78,805 | $76,587 | ~$99,053 | ~$22,466 |
| Arts, entertainment, and recreation | $2,453 | $1,232 | ~$2,313 | ~$1,081 |
| Accommodation and food services | $28,165 | $24,391 | ~$37,488 | ~$13,097 |
| Other services, except public admin. | $29,331 | ~$29,796 | $35,774 | ~$5,978 |
| Government | $166,728 | $187,885 | $174,330 | -$13,555 |

All earnings data are reported by *place of work*. Estimates for data that were not disclosed are indicated with tildes (~).
* Total is considered to be the sum of all reported or estimated income with positive values from the earnings by industry table.

- From 2001 to 2021, earnings in non-services related industries grew from $104.8 million to $114.4 million, a 9% increase.
- From 2001 to 2021, earnings in services related industries grew from $303.8 million to $418.3 million, a 38% increase.
- From 2001 to 2021, earnings in government grew from $166.7 million to $174.3 million, a 5% increase.

Earnings by Major Industry Category, Combined Counties




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C., reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Earnings by Industry (since 2000)

## What do we measure on this page?

This page describes recent change in earnings (in real terms). Industries are organized according to three major categories: non-services related, services related, and government. The personal income data are organized according to the North American Industrial Classification System (NAICS) and reported by place of work.

**Services Related**: Employment in industries such as retail trade, finance, insurance and real estate, and services.

**Non-Services Related**: Employment in industries such as farming, mining, and manufacturing.

The terms "non-services related" and "services related" are not terms used by the U.S. Department of Commerce. They are used in these pages to help organize the information into easy-to-understand categories.

**Government**: Federal, military, state, and local government employment, and government enterprise.

In 2001, the Bureau of Economic Analysis (BEA) switched to organizing industry-level information according to the newer North American Industrial Classification System (NAICS). The NAICS method provides greater detail to describe changes in the services-related sectors. Prior to 2001, BEA used data organized according to the Standard Industrial Classification (SIC) system.[9]

It is not normally appropriate to put SIC and NAICS data in the same tables and graphs because of the difference in methods used to organize industry data. The SIC coding system organizes industries by the primary activity of the establishment. In NAICS, industries are organized according to the production process. (See the Data Sources and Methods section of this report for more information on the shift from SIC to NAICS.)

Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics uses supplemental data from the U.S. Department of Commerce to estimate these data gaps.[10] These values are indicated with tildes (~).

## Why is it important?

It can be useful to ask whether the historical employment trends shown earlier in this report continue, and what factors are driving a shift in industry makeup and competitive position.

In many places the majority of growth in earnings in recent years has been in services-related industries, which include a wide variety of high- and low-wage occupations ranging from jobs in hotels and amusement parks to legal, health, business, and educational services. The section in this report titled "Wages by Industry" shows the difference in wages among various services related industries and compared to non-services related sectors.

# Socioeconomic Trends

## Selected Counties

## Earnings by Industry (since 2000)

- In 2021 the three industry sectors with the largest earnings were government ($174.3 million), health care and social assistance ($99.1 million), and retail trade ($74.7 million).

- From 2001 to 2021, the three industry sectors that added the most earnings were wholesale trade ($30.9 million), health care and social assistance ($20.2 million), and transportation and warehousing ($11.0 million).

Earnings by Industry, Combined Counties




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C., reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Earnings by Industry (since 2000)

## What do we measure on this page?

This page describes recent change in earnings (in real terms). Industries are organized according to three major categories: non-services related, services related, and government. The personal income data are organized according to the North American Industrial Classification System (NAICS) and reported by place of work.

**Services Related**: Employment in industries such as retail trade, finance, insurance and real estate, and services.

**Non-Services Related**: Employment in industries such as farming, mining, and manufacturing.

The terms “non-services related” and “services related” are not terms used by the U.S. Department of Commerce. They are used in these pages to help organize the information into easy-to-understand categories.

**Government**: Federal, military, state, and local government employment, and government enterprise.

In 2001, the Bureau of Economic Analysis (BEA) switched to organizing industry-level information according to the newer North American Industrial Classification System (NAICS). The NAICS method provides greater detail to describe changes in the services-related sectors. Prior to 2001, BEA used data organized according to the Standard Industrial Classification (SIC) system.[9]

It is not normally appropriate to put SIC and NAICS data in the same tables and graphs because of the difference in methods used to organize industry data. The SIC coding system organizes industries by the primary activity of the establishment. In NAICS, industries are organized according to the production process. (See the Data Sources and Methods section of this report for more information on the shift from SIC to NAICS.)

Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics uses supplemental data from the U.S. Department of Commerce to estimate these data gaps.[10] These values are indicated with tildes (~).

## Why is it important?

It can be useful to ask whether the historical employment trends shown earlier in this report continue, and what factors are driving a shift in industry makeup and competitive position.

In many places the majority of growth in earnings in recent years has been in services-related industries, which include a wide variety of high- and low-wage occupations ranging from jobs in hotels and amusement parks to legal, health, business, and educational services. The section in this report titled "Wages by Industry" shows the difference in wages among various services related industries and compared to non-services related sectors.

# Socioeconomic Trends

## Selected Counties

## Unemployment

| | 1990 | 2000 | 2010 | 2022 | Change 2010-2022 |
|---|---|---|---|---|---|
| Average Annual Unemployment Rate | 7.1% | 4.2% | 10.2% | 3.7% | -6.5% |

- Since 1990, the annual unemployment rate ranged from a low of 3.6% in 2017 to a high of 12.6% in 1986.




| Monthly Unemployment Rate | Jan. | Feb. | March | April | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 6.2% | 5.8% | 5.3% | 4.0% | 3.2% | 3.3% | 3.2% | 3.1% | 3.0% | 3.0% | 3.9% | 4.3% |
| 2020 | 5.7% | 6.1% | 7.0% | 9.8% | 9.8% | 9.5% | 5.4% | 5.0% | 5.0% | 5.0% | 5.5% | 6.1% |
| 2021 | 7.5% | 8.2% | 7.4% | 6.6% | 6.0% | 6.3% | 5.6% | 5.4% | 4.6% | 4.6% | 4.6% | 4.5% |
| 2022 | 5.6% | 5.3% | 4.6% | 3.7% | 3.2% | 3.4% | 3.2% | 3.1% | 2.8% | 3.0% | 3.4% | 3.2% |
| 2023 | 4.5% | 4.7% | 3.8% | 3.2% | 3.2% | 3.4% | 3.7% | | | | | |

- The most recent monthly data is **preliminary** in the table and the chart; as reported by BLS.
- The lowest monthly unemployment rate was Sept of 2022. The highest monthly unemployment rate was April of 2020.




Data Sources: U.S. Department of Labor. 2023. Bureau of Labor Statistics, Local Area Unemployment Statistics, Washington, D.C., reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Unemployment

## What do we measure on this page?

This page describes the average annual unemployment rate and the seasonality of the unemployment rate over time.

The Average Annual Unemployment Rate graph shows the rate of unemployment since 1990. The Monthly Unemployment Rate graph shows the rate of unemployment for each month over the last five years. Note that unemployment figures most often reported are seasonally adjusted.[15] However, the monthly unemployment data shown on this page are not seasonally adjusted so that fluctuations in employment throughout the year can be displayed.

**Unemployment Rate**: The number of people who are jobless, looking for jobs, and available for work, divided by the labor force.[16]

Data begin in 1990 because prior to 1990 the Bureau of Labor Statistics used a different method to calculate the unemployment rate.

## Why is it important?

The rate of unemployment is an important indicator of economic well-being. This figure can go up during national recessions and/or more localized downturns. Unemployment may vary significantly by season.

It is important to know how the unemployment rate has changed over time, whether the rate is higher or lower during certain periods of the year, and whether this seasonality of unemployment has changed over time. Places that are heavily dependent on the tourism industry, for example, may show higher rates of unemployment during spring and fall "shoulder seasons." Places that rely heavily on the construction industry, for example, may have lower unemployment rates during the non-winter months.[17]

Communities with diverse economies tend to have more stable unemployment rates. This is particularly true of places that are able to attract new residents, retain manufacturing, and support a high-tech economy.[18]

Public land agencies sometimes provide seasonal employment and may have an effect on the local rate of unemployment.

# Socioeconomic Trends

## Selected Counties

## Wages by Industry

| Employment and Wages in 2022 | Wage & Salary Employment | % of Total Employment | Avg. Annual Wages (2022 $s) | % Above or Below Avg. |
|---|---|---|---|---|
| Total | 9,853 | | $43,177 | |
| Private | 7,038 | 71.4% | $42,841 | -0.8% |
| Non-Services Related | 1,015 | 10.3% | $45,335 | 5.0% |
| Natural Resources and Mining | 186 | 1.9% | $49,377 | 14.4% |
| Agriculture, forestry, fishing & hunting | 98 | 1.0% | $41,305 | -4.3% |
| Mining (incl. fossil fuels) | 88 | 0.9% | $58,365 | 35.2% |
| Construction | 430 | 4.4% | $46,315 | 7.3% |
| Manufacturing (Incl. forest products) | 399 | 4.0% | $42,393 | -1.8% |
| Services Related | 6,033 | 61.2% | $42,412 | -1.8% |
| Trade, Transportation, and Utilities | 2,055 | 20.9% | $44,459 | 3.0% |
| Information | 65 | 0.7% | $55,667 | 28.9% |
| Financial Activities | 302 | 3.1% | $65,608 | 52.0% |
| Professional and Business Services | 465 | 4.7% | $62,106 | 43.8% |
| Education and Health Services | 1,647 | 16.7% | $44,795 | 3.7% |
| Leisure and Hospitality | 1,157 | 11.7% | $24,390 | -43.5% |
| Other Services | 342 | 3.5% | $29,813 | -31.0% |
| Unclassified | 0 | 0.0% | na | na |
| Government | 2,815 | 28.6% | $44,019 | 2.0% |
| Federal Government | 342 | 3.5% | $72,060 | 66.9% |
| State Government | 130 | 1.3% | $56,923 | 31.8% |
| Local Government | 2,343 | 23.8% | $39,210 | -9.2% |

- In 2022 non-services related jobs paid the highest wages ($45,335) and services related jobs paid the lowest ($42,412).
- In 2022 trade, transportation, and utilities jobs employed the largest number of people (6,033), and natural resources and mining employed the smallest (1,015 jobs).




Data Sources: U.S. Department of Labor. 2023. Bureau of Labor Statistics, Quarterly Census of Employment and Wages, Washington, D.C., reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Wages by Industry

## What do we measure on this page?

This page describes employment and average annual wages by industry. It is sometimes the case that industries that pay well employ few people. Use the table on this page to understand how wages relate to the share of employment contributed by each industry.

**Average Annual Wages**: Total annual pay divided by total employment.

The data on this page are from the Bureau of Labor Statistics (BLS), which is the most reliable source of national data on average annual wages.[19, 20, 21] However, unlike the Bureau of Economic Analysis data used in other sections of this report, these data do not include proprietors or the value of benefits and are summarized into slightly different industry categories. As reported by BLS, wages include gross wages and salaries, bonuses, stock options, tips and other gratuities, and the value of meals and lodging.

The table compares level of employment and wages for all sectors of the economy and shows (in the far-right column) whether the sector's wages are above or below the average wage for all industries.

Depending on the areas selected, some data may not be available due to disclosure restrictions.

“Average annual wages” shown on this page is not the same as “average earnings per job” shown earlier in this report. Average annual wages are calculated from BLS data, which do not include proprietors, while earnings per job are calculated from Bureau of Economic Analysis data, which include proprietors.

## Why is it important?

It is sometimes assumed, particularly in rural areas, that the only high-wage jobs are in manufacturing and natural resource industries (e.g., timber, fossil fuel energy development, and mining). While these jobs often provide high average wages, some services-related industries also offer high wages (e.g., information, financial activities, and professional and business services).

Nearly all new jobs created since 1990 have been in services-related industries, but they are not equally distributed across the country, and not all areas are able to attract and retain the relatively high-wage service-related jobs. The elements required to attract and keep high-wage service-related workers may include access to reliable transportation including airports, amenities, recreation opportunities, a trained workforce, and good schools.[22, 23]

In some areas, the highest-paying jobs are in the public sector. During recessions, government jobs may serve as an economic buffer against declining employment and earnings in the private sector.

# Socioeconomic Trends

## Selected Counties

## Proprietors (self-employed)

| | 1970 | 2000 | 2021 | Change 2000-2021 |
|---|---|---|---|---|
| Total Employment | 5,796 | 14,613 | 16,227 | 1,614 |
| Wage and salary jobs | 3,919 | 10,329 | 10,368 | 39 |
| Number of proprietors | 1,877 | 4,284 | 5,859 | 1,575 |
| **Percent of Total** | | | | % Change 2000-2021 |
| Total Employment | | | | 11.0% |
| Wage and salary jobs | 67.6% | 70.7% | 63.9% | 0.4% |
| Number of proprietors | 32.4% | 29.3% | 36.1% | 36.8% |

All employment data in the table above are reported by *place of work* and include both full-time and part-time workers.

- From 1970 to 2021, wage and salary employment (people who work for someone else) grew from 3,919 to 10,368, a 165% increase.
- From 1970 to 2021, proprietors (the self-employed) grew from 1,877 to 5,859, a 212% increase.

Components of Employment, Combined Counties




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C., reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Proprietors (self-employed)

## What do we measure on this page?

This page describes the changes in two components of employment: wage and salary employment, and proprietors.

**Wage and Salary**: This is a measure of the average annual number of full-time and part-time jobs by place of work. All jobs for which wages and salaries are paid are counted. Full-time and part-time jobs are counted with equal weight.[24]

**Proprietors**: This term includes the self-employed in nonfarm and farm sectors by place of work. Nonfarm self-employment consists of the number of sole proprietorships and the number of individual business partners not assumed to be limited partners. Farm self-employment is defined as the number of non-corporate farm operators, consisting of sole proprietors and partners.[25]

For more detailed information about farm employment and earnings, create an EPS Agriculture report at https://headwaterseconomics.org/eps.

## Why is it important?

A high level of growth in proprietors' employment could be interpreted as a sign of entrepreneurial activity, which is a positive indicator of economic health.[26] However, in some areas and particularly in remote rural areas, it is possible that a high proportion of self-employed is an indication that few jobs are available. People may work for themselves because it is the only alternative or they may work for themselves in addition to holding a wage and salary job.

One way to see whether growth and a high level of proprietors' employment is a positive sign for the local economy is to look at the long-term trends in proprietors' personal income. When proprietors' employment and real personal income are both rising, this is a healthy indicator of entrepreneurial activity. On the other hand, rising proprietors' employment and falling real personal income can be a sign of economic stress. The following section of this report examines this relationship.

# Socioeconomic Trends

## Selected Counties

## Wages and Proprietors' Income

| | 1970 | 2000 | 2021 | Change 2000-2021 |
|---|---|---|---|---|
| Earnings by place of work | 202,532 | 588,627 | 710,166 | 121,539 |
| Wage & salary disbursements | 147,594 | 384,953 | 501,348 | 116,395 |
| Supplements to wage & salary | 15,654 | 95,995 | 117,265 | 21,270 |
| Proprietors' income | 39,285 | 107,679 | 91,553 | -16,126 |
| **Percent of Total** | | | | % Change 2000-2021 |
| Earnings by place of work | | | | 20.6% |
| Wage & salary disbursements | 72.9% | 65.4% | 70.6% | 30.2% |
| Supplements to wage & salary | 7.7% | 16.3% | 16.5% | 22.2% |
| Proprietors' income | 19.4% | 18.3% | 12.9% | -15.0% |

All income data in the table above are reported by *place of work*, which is different than earnings by *place of residence* shown on the following page of this report.

- From 1970 to 2021, labor earnings from wage and salary employment grew from $147.6 million to $501.3 million (in real terms), a 240% increase.
- From 1970 to 2021, labor earnings from proprietors' employment grew from $39.3 million to $91.6 million (in real terms), a 133% increase.




- In 1970, proprietors represented 32% of total employment. By 2021, proprietors represented 36% of total employment.
- In 1970, proprietors represented 19% of total labor earnings. By 2021, proprietors represented 13% of total labor earnings.




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C., reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Socioeconomic Trends

Selected Counties

## Wages and Proprietors' Income

### What do we measure on this page?

This page describes the components of labor earnings (in real terms): income from wage and salary, and proprietors' employment. It also looks more closely at proprietors, comparing long-term trends in proprietors' employment and personal income.

**Earnings by Place of Work**: This represents net earnings by place of work.

**Wage and Salary Disbursements**: This is a measure of the average annual number of full-time and part-time jobs in each area by place of work. All jobs for which wages and salaries are paid are counted. Full-time and part-time jobs are counted with equal weight.

**Proprietors' Income**: This term includes the self-employed in nonfarm and farm sectors. Nonfarm self-employment consists of the number of sole proprietorships and the number of individual business partners not assumed to be limited partners. Farm self-employment is defined as the number of non-corporate farm operators, consisting of sole proprietors and partners.

For more detailed information about farm employment and earnings, create an EPS Agriculture report at https://headwaterseconomics.org/eps.

### Why is it important?

The table and figures can be used to compare the relative importance, and change in importance, of wage and salary jobs and proprietors as a source of employment and earnings.

Rapid growth and/or high proportions of proprietors' employment and income can be a sign of a healthy economy that is attracting entrepreneurs and stimulating business development, especially when paired with population growth and low unemployment. However, if labor earnings are flat or declining, high levels of proprietors may indicate a lack of opportunity.

# Socioeconomic Trends

## Selected Counties

## Employment During National Recessions

| National Recessions, 1976-2022 | Jan '80 - July '80 | July '81 - Nov '82 | July '90 - Mar '91 | Mar '01 - Nov '01 | Dec '07 - June '09 |
|---|---|---|---|---|---|
| Employment Change (Net Jobs) | 1,440 | -537 | -1,496 | 1,052 | 149 |
| Employment Change (Monthly % Change) | 3.4% | -0.4% | -1.7% | 1.0% | 0.1% |

| Recovery from National Recessions, 1976-2022 | Aug '80 - June '81 | Dec '82 - June '90 | Apr '91 - Feb '01 | Dec '01 - Nov '07 | Jul '09 - Dec '22 |
|---|---|---|---|---|---|
| Employment Change (Net Jobs) | 640 | 2,592 | 1,917 | 1,449 | -614 |
| Employment Change (Monthly % Change) | 0.8% | 0.4% | 0.2% | 0.2% | 0.0% |

- From December of 1976 to December of 2022, employment grew from 6,054 to 13,097 jobs, a 116% increase.




- In the recovery period (Dec '82-Jun '90) following the 1981-1982 recession, employment grew by 2,592 jobs, a 0.4% monthly increase.




Blue vertical bars in the figures above represent the last five recession periods: January 1980 to July 1980; July 1981 to November 1982; July 1990 to March 1991; March 2001 to November 2001; and December 2007 to June 2009. The green columns in the figure above represent the intervening recovery periods.

Data Sources: U.S. Department of Labor. 2023. Bureau of Labor Statistics, Local Area Unemployment Statistics, Washington, D.C.; National Bureau of Economic Research. 2009. U.S. Business Cycle Expansions and Contractions, Cambridge, MA, reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Employment During National Recessions

## What do we measure on this page?

This page describes long-term trends in employment during national recessions and recovery periods. [32, 33]

The Employment and National Recessions graph shows long-term change in employment against periods of national recession (blue bars) and recovery. The Employment During Recessions and Recovery Periods graph shows the percent gain or loss in employment during periods of national recession (blue bars) and recovery (green bars).

**Recession**: According to the National Bureau of Economic Research: "A recession is a significant decline in economic activity spread across the economy, lasting more than a few months, normally visible in real GDP, real income, employment, industrial production, and wholesale-retail sales. A recession begins just after the economy reaches a peak of activity and ends as the economy reaches its trough. Between trough and peak, the economy is in an expansion."

The U.S. Bureau of Labor Statistics changed methodology related to unemployment rates in 1990. Caution should be used comparing pre-1990 estimates of unemployment rates with those from 1990 forward. [34]

## Why is it important?

One measure of economic well-being is the resilience of the local economy during periods of national recession. It is a positive sign if local employment continues to grow (or does not decline) during a recession. [35]

Another sign of economic well-being is how well the local economy recovers from a recession, measured as growth of employment from the trough (at the depth of the recession) to the peak (just before the next period of decline).

As the economy of a place diversifies, it can become more resilient to economic downturns. Places that attract new residents, retain manufacturing, and support a high-tech economy tend to be less affected by economic downturns.

Government employment is more stable and can help to absorb some of the losses in private sector economic activity during a recession.

# Socioeconomic Trends

## Selected Counties

## Comparisons

| | Indicators | Combined Counties | United States |
|---|---|---|---|
| Trends | Population, % change, 2000-2021 | 11.2% | 17.6% |
| | Employment, % change, 2000-2021 | 11.0% | 21.6% |
| | Personal Income, % change, 2000-2021 | 55.6% | 56.4% |
| | Average Earnings per Job, % change, 2000-2021 | 8.6% | 13.1% |
| | Per Capita Income, % change, 2000-2021 | 39.9% | 32.9% |
| Prosperity | Avg. Earnings per Job, 2021 | $43,764 | $76,699 |
| | Per Capita Income, 2021 | $53,997 | $69,275 |
| | Services, Avg. Annual Wages, 2021 | $46,621 | $72,327 |
| | Non-Services, Avg. Annual Wages, 2021 | $44,859 | $78,861 |
| | Government, Avg. Annual Wages, 2021 | $45,776 | $70,384 |
| Stress | Unemployment Rate, change 2000-2021 | 1.7% | 1.3% |
| | Unemployment Rate, 2021 | 5.9% | 5.3% |
| Structure | Proprietors, % of Jobs, 2021 | 36.1% | 24.5% |
| | Non-Labor Income, % of Pers. Income, 2021 | 52.9% | 40.1% |
| | Services, % of Jobs, 2021 | 58.8% | 73.5% |
| | Non-Services, % of Jobs, 2021 | 23.2% | 14.5% |
| | Government, % of Jobs, 2021 | 17.6% | 12.0% |
| | Net inflow of labor earnings of inter-county commuters* | 6.4% | 0.0% |

Ratio of Combined Counties vs. United States




* Displayed only when comparing a county to a benchmark county.

Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.; U.S. Department of Labor. 2023. Bureau of Labor Statistics, Local Area Unemployment Statistics, Washington, D.C.;U.S. Department of Labor. 2023. Bureau of Labor Statistics, Quarterly Census of Employment and Wages, Washington, D.C.; reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Socioeconomic Trends

## Selected Counties

## Comparisons

### What do we measure on this page?

This page compares key performance indicators for the selected location(s) to the selected comparison area. (If no custom comparison area was selected, EPS defaults to comparing against the U.S.) Performance indicators are organized by groups (Trends, Prosperity, Stress, and Structure) that highlight potential competitive strengths and weaknesses.

The percent, or relative, difference between the selected geography and the comparison area is calculated by dividing the difference between the values by the arithmetic mean of the values.

In some cases it may be appropriate to compare a local economy to the U.S. economy. In most cases, however, it will be more useful to compare county or regional economies to similar county or regional economies. For example, if the county being analyzed is small and rural, it should be compared to similar counties because comparing against the U.S. will include data from large metropolitan areas.

Some indicators require a judgment call to decide whether they represent a positive or negative indicator of well-being. For example, a high percentage of personal income in the form of non-labor income could mean the location has done a good job of attracting retirees and investment income. However, it could also mean that there is very little labor income so non-labor income is relatively larger.

The term "benchmark" in this report should not be construed as having the same meaning as in the National Forest Management Act (NFMA).

### Why is it important?

A number of indicators determine the economic health of a place. No single indicator should be used by itself. Rather, a range of indicators should be analyzed to derive a comprehensive view of the economy.

The indicators in this report can be used to gauge both standard of living (through factors such as earnings per job and per capita income) and growth (through factors such as change in population, employment, and personal income). When comparing performance among places, it may be important to consider additional measures that are not provided in this report, such as leisure time, crime rate, health statistics, sense of well-being, and other factors that represent quality of life.

Detailed data on a range of topics, including in-depth reports on individual industries, can be obtained by creating other EPS reports at https://headwaterseconomics.org/eps.

# Socioeconomic Trends

## Selected Counties

## Comparisons

Combined Counties compared to United States

- From 1970 to 2021, population in Combined Counties grew by 95% compared to 63% for the United States.




- From 1970 to 2021, employment in Combined Counties grew by 180% compared to 120% for the United States.




- From 1970 to 2021, personal income in Combined Counties grew by 426% compared to 257% for the United States.




- From 1976 to 2021, the unemployment rate in Combined Counties shrank by 28% compared to -31% for the United States.




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.; U.S. Department of Labor. 2023. Bureau of Labor Statistics, Local Area Unemployment Statistics, Washington, D.C.; reported by Headwaters Economics' Economic Profile System, headwaterseconomics.org/eps.

# Socioeconomic Trends

Selected Counties

## Comparisons

### What do we measure on this page?

This page describes trends in key performance indicators (change in population, employment, real personal income, and the unemployment rate) for the selected area and compared to the comparison area. Gray vertical bars indicate periods of national recession.

Data are indexed to the start year for each indicator so that data from areas of different sizes can be compared. The charts are useful for showing the relative difference in the rate of change for each indicator.

The term "benchmark" in this report should not be construed as having the same meaning as in the National Forest Management Act (NFMA).

Information for a range of locations and measures can be obtained by creating additional EPS reports at https://headwaterseconomics.org/eps.

### Why is it important?

This page shows long-term economic performance at a glance. It enables the reader to compare performance between places, and evaluate how performance was impacted by national business cycles.

# Socioeconomic Trends

## Selected Counties

# Data Sources & Methods

This Socioeconomic Trends report uses national statistics from public government sources. All data used in EPS can be readily verified with the original sources:

- **Regional Economic Accounts**
  Bureau of Economic Analysis, U.S. Department of
  http://bea.gov/data/economic-accounts/regional
  Tel. 202-606-9600

- **Local Area Unemployment Statistics**
  Bureau of Labor Statistics, U.S. Department of Labor
  http://www.bls.gov/lau
  Tel. 202-691-6392

- **Quarterly Census of Employment and Wages**
  Bureau of Labor Statistics, U.S. Department of Labor
  http://www.bls.gov/cew
  Tel. 202-691-6567

- **Population**
  Census Bureau, U.S. Department of Commerce.
  https://www.census.gov/topics/population.html
  Tel. 800-923-8282

- **National Bureau of Economic Research**
  http://www.nber.org/cycles/recessions.html
  Tel. 617-868-3900

**EPS core approaches**

EPS is designed to focus on long-term trends across a range of important measures. Trend analysis provides a more comprehensive view of changes than spot data for select years. We encourage users to focus on major trends rather than absolute numbers. EPS displays detailed industry-level data to show changes in the composition of the economy over time and the mix of industries at points in time. EPS employs cross-sectional benchmarking – comparing smaller areas such as counties to larger regions, states, and the nation – to give a sense of relative performance. EPS allows users to aggregate data for multiple locations to allow for more sophisticated cross-sectional comparisons.

**Industrial Classifications**

Industry data reported in EPS come from data sources that use standard industry classification systems. Starting in the 1930s, the Standard Industrial Classification (SIC) system served as the structure for the collection, aggregation, presentation, and analysis of industry data. Under SIC, which used a four-digit coding structure, an industry consisted of a group of establishments primarily engaged in producing or handling the same product or group of products or in rendering the same services. As the U.S. economy shifted from a primary emphasis on manufacturing to a more complex services economy, SIC became less useful for describing the economy's changing industrial composition.

The North American Industry Classification System (NAICS), developed using a production-oriented conceptual framework, groups establishments into industries based on the activity in which they are primarily engaged. NAICS uses a six-digit hierarchical coding system to classify all economic activity into 20 industry sectors. Five sectors are mainly goods-producing sectors and 15 are entirely services-producing sectors.

**Adjusting dollar figures for inflation**

Because a dollar in the past was worth more than a dollar today, data reported in current dollar terms should be adjusted for inflation. The U.S. Department of Commerce reports personal income figures in terms of current dollars. All income data in EPS are adjusted to real (or constant) dollars using the Consumer Price Index. Figures are adjusted to the latest date for which the annual Consumer Price Index is available.

**Data gaps and estimation**

Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics uses supplemental data from the U.S. Department of Commerce to estimate these data gaps. These are indicated with tildes (~) in tables. Documentation explaining methods developed by Headwaters Economics for estimating disclosure gaps is available at https://headwaterseconomics.org/eps.

# Socioeconomic Trends

## Selected Counties

## Endnotes

1 - In addition to the U.S. Census Bureau county classifications offered here, several other county classification systems are available: the Economic Research Service of the U.S. Department of Agriculture offers a county classification system based on economic dependence on particular sectors (for example, "Farming-dependent," Mining-dependent"), economic activity ("Non-metro recreation"), and policy type (for example, "Housing-stress" or "Persistent poverty"). The Economic Research Service's "Rural-Urban Continuum Codes" codes with explanation can be found at https://www.ers.usda.gov/data-products/rural-urban-continuum-codes/. Headwaters Economics developed a "Three Wests" county typology for all counties in the 11 contiguous western U.S. states based on access to markets via highway or air travel. Its web site (https://headwaterseconomics.org/economic-development/trends-performance/three-wests-explained/) offers sortable county data, a journal article on the subject, and an interactive tool that allows users to compare economic and demographic data for "Metro," "Connected," and "Isolated" counties across the West.

2 - Population and Housing Unit Estimates. U.S. Census Bureau. https://www.census.gov/programs-surveys/popest/about.html.

3 - The U.S. Census Bureau provides a tool for mapping migration flows into and out of all counties in the country: https://flowsmapper.geo.census.gov/map.html.

4 - For a comprehensive cost of living index, see http://livingwage.mit.edu/pages/about.

5 - A 2006 study documented that workers would accept lower wages in order to live closer to environmental amenities. See: Schmidt L and Courant PN. 2006. Sometimes Close is Good Enough: The Value of Nearby Environmental Amenities. Journal of Regional Science 46(5):931-951. See also: Deller SC, Tsai T-H, Marcouiller DW, and English DBK. 2001. The Role of Amenities and Quality of Life in Rural Economic Growth. American Journal of Agricultural Economics 83(2): 352-365.

6 - The Occupational Outlook Handbook, published by the Bureau of Labor Statistics, contains descriptions of all occupations, median pay, and the education and training required for each: https://www.bls.gov/ooh/.

7 - To see the possible impact of non-labor income sources on per capita income, see previous sections of this report that show the percent contribution of non-labor to total personal income, or create an EPS Non-Labor Income report at https://headwaterseconomics.org/eps.

8 - A 2014 study analyzed the impact of types of non-labor income on socioeconomic performance. See: Lawson MM, Rasker R, and Gude PH. 2014. The importance of non-labor income: An analysis of socioeconomic performance in western counties by type of non-labor income. Journal of Regional Analysis and Policy 44(2): 175-190.

9 - For online SIC and NAICS manuals and definitions of industry codes, see https://www.census.gov/naics/ and https://www.osha.gov/pls/imis/sic_manual.html.

10 - Documentation explaining methods developed by Headwaters Economics for estimating disclosure gaps is available at https://headwaterseconomics.org/eps.

11 - According to estimates by the U.S. Department of Labor, from 2008 through 2018 "goods-producing" employment in the U.S. (mining, construction, and manufacturing) will not grow. By 2018, goods-producing sectors will account for 12.9 percent of all jobs, down from 14.2 percent in 2008. In contrast, "service-producing" sectors are expected to account for 96 percent of the growth in new jobs. The fastest growing are projected to be professional and business services, and health care and social assistance. See: Bartsch KJ. 2009. The employment projections for 2008-18. Monthly Labor Review Online 132(11): 3-10. https://www.bls.gov/opub/mlr/2009/11/art1full.pdf.

# Socioeconomic Trends

## Selected Counties

## Endnotes (cont.)

12 - The Bureau of Labor Statistics provides industry employment projections to 2024: https://www.bls.gov/opub/mlr/2015/article/industry-employment-and-output-projections-to-2024.htm.

13 - For an overview of how historical changes in employment have affected rural America, see Whitenar, LA and McGranahan DA. 2003. Rural America: Opportunities and Challenges. Amber Waves 1(1):1-8 available at https://www.agclassroom.org/teen/ars_pdf/social/amber/rural_america.pdf.

14 - The Economic Research Service of the U.S. Department of Agriculture is a good source for articles and data on the rural economy: https://www.ers.usda.gov/topics/rural-economy-population/.

15 - See the Bureau of Labor Statistics' explanation of seasonal adjustments at https://www.bls.gov/cps/seasfaq.htm.

16 - For more information on unemployment, see related Bureau of Labor Statistics resources available at https://www.bls.gov/cps/faq.htm.

17 - The U.S. Department of Labor offers an explanation of seasonal and part-time employment: https://www.dol.gov/general/topic/workhours/seasonalemployment.

18 - For research findings on economic resiliency, see Chapple K and Lester TW. 2010. The resilient regional labour market? The U.S. case. Cambridge Journal of Regions, Economy and Society 3(1):85-104.

19 - For an overview of how the Bureau of Labor Statistics treats employment, see https://www.bls.gov/bls/employment.htm.

20 - For an overview of how the Bureau of Labor Statistics treats pay and benefits, see https://www.bls.gov/bls/wages.htm.

21 - Employment and wage estimates for more than 800 occupations are available from the Bureau of Labor Statistics. It is helpful to look at services by occupation rather than by sector or industry because wages vary dramatically across occupations associated with different services. For more information, see https://www.bls.gov/oes/.

22 - For a review of the role of public lands amenities and transportation in economic development, see Rasker R, Gude PH, Gude JA, van den Noort J. 2009. The Economic Importance of Air Travel in High-Amenity Rural Areas. Journal of Rural Studies 25: 343-353. https://headwaterseconomics.org/wp-content/uploads/3wests/Rasker_et_al_2009_Three_Wests.pdf.

23 - This article specifically captures the idea that amenity values are capitalized into wages: Knapp TA and Graves PE. 1989. On the Role of Amenities in Models of Migration and Regional Development. Journal of Regional Science 29(1):71-87.

24 - Glossary. Bureau of Economic Analysis. https://www.bea.gov/help/glossary.

25 - Regional Economic Accounts: Regional Definitions. Bureau of Economic Analysis. https://www.bea.gov/data/economic-accounts/regional.

26 - For an example of an academic study where proprietors' employment is considered an indication of entrepreneurial activity, see Mack E, Grubesic TH, and Kessler E. 2007. Indices of Industrial Diversity and Regional Economic Composition. Growth and Change 38(3):474-509.

27 - Regional Economic Accounts. Bureau of Economic Analysis. https://www.bea.gov/data/economic-accounts/regional.

28 - For a glossary of terms used by the Bureau of Economic Analysis with definitions, see https://www.bea.gov/data/economic-accounts/regional.

29 - The Decennial Census also reports the number of workers commuting between counties, see https://www.census.gov/topics/employment/commuting.html.

# Socioeconomic Trends

## Selected Counties

## Endnotes (cont.)

30 - According to the Bureau of Economic Analysis: "Estimates of gross commuters' earnings inflow and outflow are derived from the residence adjustment estimates, which are the estimates of the net inflow of the earnings of inter-area commuters. In the personal income accounts, the residence adjustment estimates are added to place-of-work earnings estimates to yield place-of-residence earnings estimates. This conversion process is an important part of the local area economic accounts because personal income is a place-of-residence measure, whereas the data used to estimate over 60 percent of personal income is reported on a place-of-work basis."

31 - For a study documenting a negative residential adjustment that is considered a positive indicator, see Mack E, Grubesic TH, and Kessler E. 2007. Indices of Industrial Diversity and Regional Economic Composition. Growth and Change 38(3):474-509.

32 - For a definition of recession and recovery periods, see the National Bureau of Economic Research: Business Cycle Dating Committee available at www.nber.org/cycles/recessions.html.

33 - For a list of national recessions and recovery periods, see www.nber.org/cycles/cyclesmain.html.

34 - For information regarding data collection and methodology for labor force statistics compiled by the Bureau of Labor Statistics, see https://www.bls.gov/lau/laumthd.htm. Please note that Local Area Unemployment Statistics data prior to 1990 are no longer supported by the Bureau of Labor Statistics.

35 - For research findings on economic resiliency, see: Chapple K and Lester TW. 2010. The resilient regional labour market? The U.S. case. Cambridge Journal of Regions, Economy and Society 3(1):85-104.

HEADWATERS ECONOMICS

# A Profile of Key Indicators

## Selected Counties

Selected Geographies:

Dolores County, CO; Montezuma County, CO

## United States

Comparison Geographies:

U.S.

Produced by
Headwaters Economics'
**Economic Profile System (EPS)**
https://headwaterseconomics.org/eps
September 19, 2023

# About the Economic Profile System (EPS)

EPS is a free web tool created by Headwaters Economics to build customized socioeconomic reports of U.S. counties, states, and regions. Reports can be easily created to compare or aggregate different areas. EPS uses published statistics from federal data sources, including the U.S. Census Bureau, Bureau of Economic Analysis, and Bureau of Labor Statistics.

The Bureau of Land Management and Forest Service have made significant financial and intellectual contributions to the operation and content of EPS.

See https://headwaterseconomics.org/eps for more information about the capabilities of EPS. For technical questions, contact Patty Hernandez at eps@headwaterseconomics.org or telephone 406-599-7425.

HEADWATERS ECONOMICS

headwaterseconomics.org

**Headwaters Economics** is an independent, nonprofit research group. Our mission is to improve community development and land management decisions.

www.blm.gov

**The Bureau of Land Management**, an agency within the U.S. Department of Interior, administers 249.8 million acres of America's public lands, located primarily in western states. It is the mission of the Bureau of Land Management to sustain the health, diversity, and productivity of public lands for the use and enjoyment of present and future generations.

www.fs.fed.us

**The Forest Service**, an agency of the U.S. Department of Agriculture, administers national forests and grasslands encompassing 193 million acres. The Forest Service's mission is to sustain the health, diversity, and productivity of the nation's forests and grasslands to meet the needs of present and future generations.

# Key Indicators

## Selected Counties

## Table of Contents


**Summary**

Overview .................... 4

**Trends**

Population, Employment, and Personal Income .................... 6

**Prosperity**

Unemployment, Earnings, and Per Capita Income .................... 8

**Economy**

Non-Labor Income, Services, and Government .................... 10

**Use Sectors**

Employment in Commodity Sectors .................... 12

Employment in Commodities, Travel & Tourism .................... 14

**Federal Land**

Federal Land .................... 16

**Development**

Development and the Wildland-Urban Interface .................... 18

Data Sources & Methods .................... 20

Endnotes .................... 21


**Note to Users:**

This is one of 14 reports that can be created and downloaded from EPS. Topics include land use, demographics, specific industry sectors, the role of non-labor income, the wildland-urban interface, the role of amenities in economic development, and payments to county governments from federal lands. The EPS reports are downloadable as Excel or PDF documents. See https://headwaterseconomics.org/eps.

# Key Indicators

## Selected Counties

## Overview

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Population, 2021 | 2,397 | 26,175 | 28,572 | 331,893,745 |
| **Trends** | | | | |
| Population % change, 1970-2021 | 46.8% | 100.6% | 94.6% | 62.9% |
| Employment % change, 1970-2021 | 91.2% | 191.0% | 180.0% | 120.4% |
| Personal Income % change, 1970-2021 | 251.0% | 445.5% | 426.2% | 256.8% |
| **Prosperity** | | | | |
| Unemployment rate, 2022 | 3.0% | 3.8% | 3.7% | 3.6% |
| Average earnings per job, 2021 (2022 $s) | $30,088 | $44,880 | $43,764 | $76,699 |
| Per capita income, 2021 (2022 $s) | $42,640 | $55,037 | $53,997 | $69,275 |
| **Economy** | | | | |
| Non-Labor % of personal income, 2021 | 50.7% | 53.1% | ~52.9% | 40.1% |
| Services % of employment, 2021 | ~39.1% | 60.5% | 58.8% | 73.5% |
| Government % of employment, 2021 | 18.2% | 17.5% | 17.6% | 12.0% |
| **Use Sectors^** | | | | |
| Timber % of employment, 2022 | 0.0% | ~1.1% | ~1.1% | ~0.6% |
| Mining % of employment, 2022 | ~2.2% | 0.8% | ~0.9% | ~0.4% |
| Fossil fuels (oil, gas, & coal), 2022 | ~2.2% | ~0.7% | ~0.8% | ~0.3% |
| Other mining, 2022 | 0.0% | ~0.1% | 0.1% | 0.2% |
| Agriculture % of employment, 2021 | 24.9% | 8.7% | ~9.9% | ~1.3% |
| Travel & Tourism % of employment, 2022 | ~12.2% | ~20.7% | 20.2% | 13.6% |
| **Federal Land*** | | | | |
| Federal Land % total land ownership | 61.2% | 38.5% | 46.3% | 27.5% |
| Forest Service % | 48.2% | 19.7% | 29.5% | 8.4% |
| BLM % | 13.0% | 14.6% | 14.0% | 10.5% |
| Park Service % | 0.0% | 4.1% | 2.7% | 3.4% |
| Military % | 0.0% | 0.0% | 0.0% | 1.1% |
| Other % | 0.0% | 0.0% | 0.0% | 4.1% |
| Federal land % Type A** | 9.9% | 41.8% | 25.7% | 37.6% |
| **Development** | 0.002 | 0.001 | 0.002 | |
| Residential area % change, 2000-2010 | | | | |
| Wildland-Urban Interface % developed, 2010 | 133.2% | 39.6% | 41.7% | 12.3% |

Estimates for data that were not disclosed are indicated with tildes (~).

^Data for timber, mining, and travel and tourism-related are from the Quarterly Census of Employment and Wages which excludes proprietors, and data for agriculture are from Bureau of Economic Analysis which includes proprietors.

* The land ownership data source and year vary depending on the selected geography. See following pages for specifics.

** Federal public lands that are managed primarily for natural, cultural, and recreational features. These lands include National Parks and Preserves (NPS), Wilderness (NPS, FWS, FS, BLM), National Conservation Areas (BLM), National Monuments (NPS, FS, BLM), National Recreation Areas (NPS, FS, BLM), National Wild and Scenic Rivers (NPS), Waterfowl Production Areas (FWS), Wildlife Management Areas (FWS), Research Natural Areas (FS, BLM), Areas of Critical Environmental Concern (BLM), and National Wildlife Refuges (FWS).

Data Sources: Various; see following pages for specifics.

# Key Indicators

## Selected Counties

## Overview

### What do we measure on this page?

Using summary statistics from topical EPS reports, this page compares socioeconomic indicators[1] of the selected area to a comparison area.

**Trends**: General indicators of economic well-being (population, employment, and real personal income) measured over time.

**Prosperity**: Common indicators of individual well-being or hardship (unemployment, average earnings per job, and per capita income).

**Economy**: Three significant sectors of the economy: non-labor income (e.g., government transfer payments, and investment and retirement income), services, and government employment.

**Use Sectors**: Components of the economy (commodity sectors including timber, mining and agriculture, and industries that include travel and tourism) that could be associated with the use of public lands.

**Federal Land**: The amount and type of federal land ownership, and the dependence of county governments on payments related to federal lands such as National Park Service (NPS), Forest Service (FS), Bureau of Land Management (BLM), and Fish and Wildlife Service (FWS).

**Development**: Residential development of private lands, including the wildland-urban interface. The wildland-urban interface data are available and reported only for the 11 western states and do not include Alaska and Hawaii.

### Why is it important?

This report allows the user to compare a broad range of socioeconomic measurements. A user can refer to EPS topic-specific reports for more details. For example, when a county shows unusually high unemployment rates, a user may want to create an EPS Socioeconomic Measures report for that county. Or an EPS Timber report could be created for a county that shows a relatively high number of people employed in the timber industry.

This report uses information from the following EPS reports: Socioeconomic Measures, Demographics, Agriculture, Mining, Services, Tourism, Government, Non-Labor Income, Timber, Land Use, Public Land Amenities, Wildland-Urban Interface, and Federal Land Payments. Consult these reports directly for additional information at https://headwaterseconomics.org/eps.



FS-003476

# Key Indicators

## Selected Counties

## Population, Employment, and Personal Income

- Between 1970 and 2021, Montezuma County, CO had the largest percent change in population (100.6%), and Dolores County, CO had the smallest (46.8%).




- Between 1970 and 2021, Montezuma County, CO had the largest percent change in employment (191%), and Dolores County, CO had the smallest (91.2%).




- Between 1970 and 2021, Montezuma County, CO had the largest percent change in personal income (445.5%), and Dolores County, CO had the smallest (251%).




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.



FS-003477

# Population, Employment, and Personal Income

## What do we measure on this page?

This page describes percent change in population, employment, and real personal income.

The EPS Demographics report provides additional information on population dynamics, while the EPS Socioeconomic Measures report provides additional information on employment and personal income. See https://headwaterseconomics.org/eps.

The Bureau of Economic Analysis reports data either by place of residence or by place of work. Population and personal income data on this page are reported by place of residence, and employment data by place of work.[2]

## Why is it important?

One measure of economic performance is whether a location is growing or declining. Standard measures of growth and decline are population, employment, and real personal income.

The information on this page helps users understand whether locations are growing or declining at different rates, and makes it easy to see discrepancies between changes in population, employment, and real personal income. If population and employment are growing faster than real personal income, for example, it may be worthwhile to research whether growth has been in low-wage industries and occupations. Alternatively, if personal income is growing faster than employment, it may be caused by growth in high-wage industries and occupations and/or non-labor income sources.

# Key Indicators

## Selected Counties

## Unemployment, Earnings, and Per Capita Income

- In 2022, Montezuma County, CO had the highest unemployment rate (3.8%), and Dolores County, CO had the lowest (3%).




- In 2021, United States had the highest average earnings per job ($76,699), and Dolores County, CO had the lowest ($30,088).




- In 2021, United States had the highest per capita income ($69,275), and Dolores County, CO had the lowest ($42,640).




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.; U.S. Department of Labor. 2023. Bureau of Labor Statistics, Local Area Unemployment Statistics, Washington, D.C.

# Unemployment, Earnings, and Per Capita Income

## What do we measure on this page?

This page describes three measures of individual prosperity: unemployment, average earnings per job, and per capita income.[1]

**Unemployment Rate**: The number of people who are jobless, looking for jobs, and available for work divided by the labor force.[3]

**Average Earnings per Job**: Total earnings divided by total employment. Full-time and part-time jobs are counted at equal weight. Employees, sole proprietors, and active partners are included.

**Per Capita Income**: Total personal income (from labor and non-labor sources) divided by total population.

## Why is it important?

Statistics presented on this page are important indicators of economic well-being.

The annual unemployment rate is the number of people actively seeking but not finding work as a percent of the labor force. This figure can go up during national recessions and/or when more localized economies are affected by area downturns. Seasonal variations in unemployment can be viewed in the EPS Socioeconomic Measures report at https://headwaterseconomics.org/eps.

Average earnings per job is an indicator of the quality of local employment. A higher average earning per job indicates relatively more high-wage occupations.[4] It can be useful to consider earnings against local cost of living indicators.

Per capita income is one of the most important measures of economic well-being. However, it can be misleading. Per capita income is total personal income divided by population. Because per capita income is calculated using total population and not the labor force, per capita income can be relatively low when a disproportionate number of children and/or elderly people are in the population. And because total personal income includes non-labor income sources, per capita income can be relatively high due to the presence of retirees and people with investment income. To investigate the impact of non-labor income sources on total personal income, create the EPS Non-Labor report at https://headwaterseconomics.org/eps.

To see how these measurements have changed over time, create an EPS Socioeconomic Measures report at https://headwaterseconomics.org/eps.

# Key Indicators

## Selected Counties

## Non-Labor Income, Services, and Government

- In 2021, Montezuma County, CO had the largest percent of total personal income from non-labor income sources (53.1%), and United States had the smallest (40.1%).




- In 2021, United States had the largest percent of total jobs in services (73.5%), and Dolores County, CO had the smallest (39.1%).




- In 2021, Dolores County, CO had the largest percent of total jobs in government (18.2%), and United States had the smallest (12%).




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

# Non-Labor Income, Services, and Government

## What do we measure on this page?

This page describes non-labor income and employment in services and government.[1]

**Non-Labor Income**: Dividends, interest and rent (money earned from investments), and transfer payments (includes government retirement and disability insurance benefits, medical payments such as Medicare and Medicaid, income maintenance benefits, unemployment insurance benefits, etc.). Non-labor income is reported by place of residence.

**Services**: Employment in the following sectors: Utilities, Wholesale Trade, Retail Trade, Transportation & Warehousing, Information, Finance & Insurance, Real Estate & Rental & Leasing, Professional & Scientific & Tech., Management of Companies & Enterprises, Administrative & Support Services, Educational Services, Health Care & Social Assistance, Arts & Entertainment & Recreation, Accommodation & Food Services, and Other Services.

**Government**: Employment in federal, state, and local government agencies and government enterprises.

For more detailed information about the role of non-labor income, service industry employment, and government employment in the economy, create an EPS Non-Labor report, an EPS Services report, or an EPS Government report at https://headwaterseconomics.org/eps.

## Why is it important?

In many counties, non-labor income (for example, retirement and investment income, government transfer payments) can be more than a third of all personal income. As the Baby Boomer generation retires, this source of income will continue to grow. A high dependence on non-labor income can indicate a location with an aging population and/or attractiveness to people with investment income. In some cases, it can also signal hardship, such as when there is a high dependence on Medicaid and income maintenance payments.

Nationally, services account for more than 95 percent of the growth in new jobs since 2000. Despite the strong growth of employment in services, the term "services" is often misunderstood. Services consist of a wide mix of jobs including high-wage, high-skilled occupations (e.g., doctors, engineers, software developers) and low-wage, low-skilled occupations (e.g., restaurant workers, tour bus operators). The service sector typically provides services, such as banking and education, rather than creating tangible objects. However, many service sectors such as utilities, engineering, and architecture are closely associated with goods-producing sectors.

Government can be a major employer in some locations, particularly in rural areas and locations with significant government facilities such as federal land management offices, military bases, prisons, or research facilities. Changes in government employment tend to track population trends. Local government often accounts for much of job growth in the government sector as additional services are demanded by a growing population.

# Key Indicators

## Selected Counties

## Employment in Commodity Sectors

- In 2022, Montezuma County, CO had the largest percent of total jobs in timber (1.14%), and Dolores County, CO had the smallest (0%).




- In 2022, Dolores County, CO had the largest percent of total jobs in mining of fossil fuels (2.21%), and United States had the smallest (0.27%).

- In 2022, United States had the largest percent of total jobs in mining unrelated to fossil fuels (0.22%), and Dolores County, CO had the smallest (0%).




- In 2021, Dolores County, CO had the largest percent of total jobs in agriculture (24.92%), and United States had the smallest (1.29%).




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.; U.S. Department of Labor. 2023. Bureau of Labor Statistics, Quarterly Census of Employment and Wages, Washington, D.C.

# Employment in Commodity Sectors

## What do we measure on this page?

This page describes employment in three commodity sectors: timber, mining (minerals, oil, gas, and coal), and agriculture. These are sectors of the economy that extract commodities from land (for example, timber harvesting, energy development, and grazing).

**Timber**: Employment associated with growing and harvesting trees, employment at sawmills and paper mills, and wood products manufacturing.

**Mining**: Employment associated with oil and gas extraction, coal mining, metals mining, and nonmetallic minerals mining.

**Agriculture**: Employment associated with all forms of agriculture, including farming and ranching.

The Quarterly Census of Employment and Wages (QCEW)[5] is used in EPS reports as a data source for timber and mining because these data have a higher level of industry detail compared to other sources. Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics provides estimates for these data gaps.[1]

The Bureau of Economic Analysis (BEA) is used as the data source for agriculture. The BEA data include proprietors, which are not included in QCEW data. As a result, the data for agriculture are not strictly comparable to data for timber and mining. The latest year for each data source may vary due to different data release schedules.

For more detailed information about commodity sectors and for industry definitions, create an EPS Timber, Mining, or Agriculture report at https://headwaterseconomics.org/eps.

## Why is it important?

Opportunities for commodity extraction can stimulate local employment.

Timber industries, mining—including fossil fuel development (oil, natural gas, and coal)—and farming and ranching play important roles in some locations. Information on this page helps explain whether that is the case in the locations selected, and whether locations differ from one another.

# Key Indicators

## Selected Counties

## Employment in Commodities, Travel & Tourism

- Dolores County, CO had the largest percent of total jobs in commodity sectors (27.1%), and United States had the smallest (2.3%).
- Agriculture was the largest component of commodity sector employment (9.9% of total jobs) in the Combined Counties, and mining was the smallest component (0.9% of total jobs).




- In 2022, Montezuma County, CO had the largest percent of total jobs in industries that include travel and tourism (20.7%), and Dolores County, CO had the smallest (12.2%).
- In 2022, accommodations & food* was the largest component of travel and tourism-related employment (11.4% of total jobs) in Combined Counties, and passenger transportation* was the smallest (0% of total jobs).




* Charted values do not represent the entirety of these sectors, rather their components typically related to travel & tourism.

** Data for timber and mining are from the Quarterly Census of Employment and Wages which excludes proprietors. Data for agriculture are from Bureau of Economic Analysis which includes proprietors. The latest year for each data source may vary due to different data release schedules.

Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.; U.S. Department of Labor. 2023. Bureau of Labor Statistics, Quarterly Census of Employment and Wages, Washington, D.C.

# Key Indicators

## Selected Counties

# Employment in Commodities, Travel & Tourism

## What do we measure on this page?

This page describes employment for commodity sectors and for industries that are associated with travel and tourism.

**Commodity Sectors**: Employment in timber, mining (including oil, gas, and coal), and agriculture.

**Travel and Tourism**: Employment in sectors that provide goods and services to visitors as well as to the local population. These industries are: Retail Trade, Passenger Transportation, Arts & Entertainment & Recreation, and Accommodation & Food Services. There is no single industrial classification for travel and tourism under the North American Industrial Classification System (NAICS). The exact proportion of jobs in these sectors attributable to expenditures by visitors, including business and pleasure travelers, is not known without additional research such as surveys.

The Quarterly Census of Employment and Wages (QCEW)[5] is used in EPS reports as a data source for timber and mining because these data have a higher level of industry detail compared to other sources. Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics provides estimates for these data gaps.[1]

The Bureau of Economic Analysis (BEA) is used as the data source for agriculture. The BEA data include proprietors, which are not included in QCEW data. As a result, the data for agriculture are not strictly comparable to data for timber and mining. The latest year for each data source may vary due to different data release schedules.

For more detailed information about commodity sectors and for industry definitions, create an EPS Timber, Mining, or Agriculture report. For more information about the tourism-related components of the economy, create an EPS Tourism report at https://headwaterseconomics.org/eps.

## Why is it important?

Commodity extraction can stimulate local employment. It is important to understand the relative size of sectors to put the commodity-related economy into perspective. For example, decisions that permit (or restrict) timber, mining, and grazing activities have a higher chance of impacting a county with a high percentage of its employment in the commodity sectors.

Tourism and recreation can stimulate local employment. Communities can benefit directly from visitors who spend money in hotels, restaurants, ski resorts, gift shops, and elsewhere. Tourism can also help communities retain and attract capital and spur transitions to move diverse economies. This report can be used to understand whether travel-and tourism-related economic activity is present and whether there are differences between locations.

# Key Indicators

## Selected Counties

## Federal Lands

- Dolores County, CO had the largest percent of total land area in federal ownership (0.2%), and Montezuma County, CO had the smallest (0.1%).
- Forest Service lands were the largest component of federal land ownership (29.5%) in Combined Counties, and Military lands were the smallest (0%).

Federal Land, Percent of Total Land Area




- Montezuma County, CO had the largest percent of federal lands in Type A (41.8%), and Dolores County, CO had the smallest (9.9%).

Percent of Federal Lands, Type A




Data Sources: Dewitz, J., and U.S. Geological Survey, 2021, National Land Cover Database (NLCD) 2019 Products (ver. 2.0, June 2021): U.S. Geological Survey data release, https://doi.org/10.5066/P9KZCM54; U.S. Geological Survey, Gap Analysis Program. 2018. Protected Areas Database of the United States (PADUS) version 2.0; U.S. Department of Commerce. 2020. Census Bureau, Governments Division, Washington, D.C.

# Federal Lands

## What do we measure on this page?

This page describes differences in the percent of federal land ownership by agency; the share of federal lands managed primarily for natural, cultural, and recreational features; and the percent of county revenue derived from payments related to federal lands.

**Type A Federal Lands**: Federal public lands that are managed primarily for natural, cultural, and recreational features. There can be exceptions (for example, oil and gas development within a National Monument area), but generally Type A lands are less likely to be used for commodity production than other federal land types. Type A lands include National Parks and Preserves (NPS), Wilderness (NPS, FWS, FS, BLM), National Conservation Areas (BLM), National Monuments (NPS, FS, BLM), National Recreation Areas (NPS, FS, BLM), National Wild and Scenic Rivers (NPS), Waterfowl Production Areas (FWS), Wildlife Management Areas (FWS), Research Natural Areas (FS, BLM), Areas of Critical Environmental Concern (BLM), and National Wildlife Refuges (FWS). These definitions of land classifications are not legal or agency-adopted classifications—they are only provided for comparative purposes.

NPS = National Park Service; FS = Forest Service; BLM = Bureau of Land Management; FWS = Fish & Wildlife Service.

For additional information about land ownership and development patterns, create an EPS Land Use report. The EPS Public Land Amenities report provides additional information about the role of environmental amenities in economic development; see https://headwaterseconomics.org/eps.

## Why is it important?

Understanding the composition of land ownership and management in an area is important because actions on federal lands may affect the local economy, particularly when federal lands are a large portion of the land base.

Some Type A federal public lands prohibit most forms of commercial use and development. These lands include national parks, wilderness areas, and national monuments. Because these lands are managed primarily for their non-commercial values (i.e., scenery, wildlife, recreation), they potentially play a different economic role than public lands more commonly associated with commodity sectors.[6, 7]

# Key Indicators

## Selected Counties

## Development and the Wildland-Urban Interface

- Between 2000 and 2010, Dolores County, CO had the largest percent change in residential land area developed (133.2%), and United States had the smallest (12.3%).




- In 2010, United States had the largest proportion of the wildland-urban interface that is developed (16.3%), and Dolores County, CO had the smallest (5.6%).




Data Sources: Theobald, DM. 2013. Land use classes for ICLUS/SERGoM v2013. Unpublished report, Colorado State University; Gude, P.H., Rasker, R., and van den Noort, J. 2008. Potential for Future Development on Fire-Prone Lands. Journal of Forestry 106(4):198-205; U.S. Department of Commerce. 2011. TIGER/Line 2010 Census Blocks and 2010 Summary File 1, Washington, D.C.

# Development and the Wildland-Urban Interface

## What do we measure on this page?

This page describes residential development on private lands, and the proportion of the wildland-urban interface (WUI) that is developed.[8] The EPS Land Use report provides additional information on land ownership, management, cover, and development: https://headwaterseconomics.org/eps.

This information is available only for the 11 western states and does not include Alaska and Hawaii.

**Wildland-Urban Interface (WUI)**: Private forestlands that are within 500 meters of public forestlands. We use the threshold of 500 meters to identify the existing and potential WUI area because guidelines for the amount of defensible space necessary to protect homes from wildfire range from 40 to 500 meters around a home. We focus on adjacency to public forests because roughly 70 percent of western forests are publicly owned and because wildfire is a natural disturbance in many of these forests, creating a potential risk to adjacent private lands.[9]

## Why is it important?

The conversion of open space and agricultural land to residential development has occurred at a rapid pace in many parts of the U.S. The popularity of exurban lot sizes in much of the country has exacerbated this trend. (Low-density development results in a larger area of land converted to residential development). The pattern of development can reflect a number of factors, including demographic trends, the increasingly "footloose" nature of economic activity, the availability and price of land, and preferences for homes on larger lots. Locations with a large percent change in the area of residential development often have experienced significant in-migration from more urbanized areas. Counties with a small percent change either experienced little growth or were already highly urbanized in 2000.

Development of homes adjacent to fire-prone federal public lands poses several challenges including the rising cost of protecting homes from wildfires; increased danger to wildland firefighters; and the consumption of funds that might otherwise be used for restoration, recreation, research, and other activities. When protecting homes is a priority, agencies are unable to allow otherwise beneficial fires to burn, even those that could reduce fuel loads.

# Key Indicators

## Selected Counties

# Data Sources & Methods

This EPS Key Indicators report uses national statistics from public government sources. All data used in EPS can be readily verified with the original sources:

- **Quarterly Census of Employment and Wages**
  Bureau of Labor Statistics, U.S. Department of Labor
  https://www.bls.gov/cew/
  Contact
  https://www.bls.gov/bls/contact.htm

- **Regional Economic Information Data**
  Bureau of Economic Analysis, U.S. Department of Commerce
  https://www.bea.gov/iTable/index_regional.cfm
  Contacts
  https://www.bea.gov/contacts/search.htm

- **Local Area Unemployment Statistics**
  Bureau of Labor Statistics, U.S. Department of Labor
  https://www.bls.gov/lau/
  Contacts
  https://www.bls.gov/bls/contact.htm

The EPS Key Indicators report also uses data derived from Geographic Information Systems (GIS) to show more accurate statistics for land ownership:

- **TIGER/Line County Boundaries**
  Bureau of the Census, U.S. Department of Commerce
  https://www.census.gov/geographies/mapping-files/time-series/geo/tiger-line-file.html

- **Protected Areas Database**
  U.S. Geological Survey, Gap Analysis Program
  https://gapanalysis.usgs.gov/padus/

**EPS core approaches**
EPS is designed to focus on long-term trends across a range of important measures. Trend analysis provides a more comprehensive view of changes than spot data for select years. We encourage users to focus on major trends rather than absolute numbers. EPS displays detailed industry-level data to show changes in the composition of the economy over time and the mix of industries at points in time. EPS employs cross-sectional benchmarking – comparing smaller areas such as counties to larger regions, states, and the nation – to give a sense of relative performance. EPS allows users to aggregate data for multiple locations to allow for more sophisticated cross-sectional comparisons.

**Adjusting dollar figures for inflation**
Because a dollar in the past was worth more than a dollar today, data reported in current dollar terms should be adjusted for inflation. The U.S. Department of Commerce reports personal income figures in terms of current dollars. All income data in EPS are adjusted to real (or constant) dollars using the Consumer Price Index. Figures are adjusted to the latest date for which the annual Consumer Price Index is available.

**Data gaps and estimation**
Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics uses supplemental data from the U.S. Department of Commerce to estimate these data gaps. These are indicated with tildes (~) in tables. Documentation explaining methods developed by Headwaters Economics for estimating disclosure gaps is available at https://headwaterseconomics.org/eps.

## Endnotes

1 - Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics estimates these data gaps. Estimates for data that were not disclosed are indicated with tildes (~). Documentation explaining methods developed by Headwaters Economics for estimating disclosure gaps is available at https://headwaterseconomics.org/eps.

2 - For details on Bureau of Economic Analysis terms, see: https://www.bea.gov/data/economic-accounts/regional.

3 - For more information on unemployment, see the Bureau of Labor Statistics resources on this topic at https://www.bls.gov/bls/unemployment.htm.

4 - The Monthly Labor Review Online, published by the Bureau of Labor statistics, addresses earnings and wages by industry, sex, and educational achievement. Search at https://www.bls.gov/mlr/.

5- Data from the Quarterly Census of Employment and Wages (QCEW) include both full- and part-time employment. However, QCEW data do not include proprietors (the self-employed) and, as a result, under-count the size of industry sectors.

6 - For examples of literature on the economic role of environmental amenities, see: Booth DE. 1999. Spatial Patterns in the Economic Development of the Mountain West. Growth and Change 30(3):384-405; Duffy-Deno KT. 1998. The Effect of Federal Wilderness on County Growth in the Intermountain Western United States. Journal of Regional Science 38(1):109-136; Lorah P and Southwick R. 2003. Environmental Protection, Population Change, and Economic Development in the Rural Western United States. Population and Environment 24(3):255-272; McGranahan DA. 1999. Natural Amenities Drive Rural Population Change. USDA Economic Research Service, Agricultural Economic Report No. 781. https://www.ers.usda.gov/webdocs/publications/41047/13201_aer781.pdf?v=42061; Rasker R. 2006. An Exploration Into the Economic Impact of Industrial Development Versus Conservation on Western Public Lands. Society & Natural Resources 19(3):191-207; Rudzitis G, Johansen HE. 1991. How Important is Wilderness? Results from a United States Survey. Environmental Management 15(2):227-233.

7- A bibliography of studies documenting the economic role of public lands can be found here: https://headwaterseconomics.org/wp-content/uploads/Annotated_Bib_Value_Public_Lands.pdf.

8- For resources related to the wildland-urban interface (WUI), including planning tools and related solutions, see https://headwaterseconomics.org/wildfire/.

9- For a description of the methods used to define and measure the wildland-urban interface, see: Gude P, Rasker R, and van den Noort J. 2008. Potential for Future Development on Fire-Prone Lands. Journal of Forestry 106(4):198-205.

# A Profile of Wildfire Risk

## Selected Counties

Selected Geographies:

Dolores County, CO; Montezuma County, CO

## United States

Comparison Geographies:

U.S.

Produced by
Headwaters Economics'
**Economic Profile System (EPS)**
https://headwaterseconomics.org/eps
September 19, 2023

# Wildfire Risk

## Selected Counties

## About this report

This report presents data about wildfire risk, socioeconomic vulnerability, and land use to help communities understand their relative wildfire risk profile. It was created through a partnership between Headwaters Economics and the U.S. Forest Service through the Community Planning Assistance for Wildfire program using data from Wildfire Risk to Communities.

https://wildfirerisk.org

**Wildfire Risk to Communities** is a free, easy-to-use website with interactive maps, charts, and data to help communities in the United States understand, explore, and reduce wildfire risk. Wildfire Risk to Communities is a project of the USDA Forest Service, under the direction of Congress, in partnership with Rocky Mountain Research Station's Missoula Fire Sciences Laboratory, Pyrologix, and Headwaters Economics.

https://cpaw.headwaterseconomics.org

**Community Planning Assistance for Wildfire** (CPAW) works with communities to reduce wildfire risks through improved land use planning. CPAW provides communities with technical land use planning recommendations, hazard assessments, custom research, and training.

## Project partners

https://headwaterseconomics.org

**Headwaters Economics** is an independent, nonprofit research group. Its mission is to improve community development and land management decisions.

Headwaters Economics provides original and effective research to help people and organizations develop solutions to some of the most urgent and important issues that communities face.

https://www.fs.usda.gov/

**The Forest Service**, an agency of the U.S. Department of Agriculture, administers national forests and grasslands encompassing 193 million acres.

The Forest Service's mission is to sustain the health, diversity, and productivity of the nation's forests and grasslands to meet the needs of present and future generations.

# Wildfire Risk

## Selected Counties

## Table of Contents

**Wildfire Risk and Exposure**

Relative Wildfire Risk .......... 4

Wildfire Exposure .......... 6

**Wildfire Susceptibility**

Population Change .......... 8

Race & Ethnicity .......... 10

Potentially Vulnerable Populations .......... 12

Housing Characteristics .......... 14

**Land Ownership**

Land Ownership .......... 16

Data Sources & Methods .......... 18

Endnotes .......... 20

**Note to Users:**

This is one of 14 reports that can be created and downloaded from EPS. Topics include land use, demographics, specific industry sectors, the role of non-labor income, the wildland-urban interface, the role of amenities in economic development, and payments to county governments from federal lands. The EPS reports are downloadable as Excel or PDF documents. See https://headwaterseconomics.org/eps.

# Wildfire Risk

## Selected Counties

## Relative Wildfire Risk

| | Dolores County, CO | Montezuma County, CO | Combined Counties |
|---|---|---|---|
| **Statewide Percentile Rank** | | | |
| Risk to Homes | 79 | 77 | na |
| Wildfire Likelihood | 80 | 76 | na |
| **Nationwide Percentile Rank** | | | |
| Risk to Homes | 79 | 79 | na |
| Wildfire Likelihood | 76 | 76 | na |

### Relative Risk (0-100) Within State

- Populated areas in Dolores County, CO have, on average, greater risk than 79% of counties in the state.
- Populated areas in Dolores County, CO have, on average, greater wildfire likelihood than 80% of counties in the state.




### Relative Risk (0-100) Within Nation

- Populated areas in Dolores County, CO have, on average, greater risk than 79% of counties in the nation.
- Populated areas in Dolores County, CO have, on average, greater wildfire likelihood than 76% of counties in the nation.




Data Sources: USDA Forest Service, Wildfire Risk to Communities. 2020. Washington, D.C., wildfirerisk.org.

# Wildfire Risk

## Selected Counties

## Relative Wildfire Risk

### What do we measure on this page?

**Risk to Homes** integrates wildfire likelihood (the probability of wildfire occurring) and wildfire intensity (the energy released by a wildfire) with expected consequences to homes if a fire occurs.

**Wildfire Likelihood** is the annual probability of a wildfire occurring in a specific location. At the community level, wildfire likelihood is averaged where housing units occur.

Both measures—Risk to Homes and Wildfire Likelihood—are shown as a percentile (or rank). If the place you selected is a community or county, the percentile is relative to all other communities or counties in the state (statewide rank) and the nation (nationwide rank). If the place you selected is a tribal area, the percentile is relative to all other tribal areas and counties. If the place you selected is a state, the percentile is relative to all other states.

### Why is it important?

The Risk to Homes data pose the hypothetical question: "What would be the relative risk to a house if one existed here?" It asks that question whether a home actually exists at that location or not. This allows us to compare the wildfire risk in places where homes already exist to places where new construction may be proposed.

The Risk to Homes data integrate wildfire likelihood and wildfire intensity from simulation modeling. These two risk components represent wildfire hazard. To translate this into terms specific to the effect of fire on homes, this report uses a generalized concept of susceptibility for all homes as derived from *Wildfire Risk to Communities*.[1] In other words, it is assumed all homes that encounter wildfire will be damaged, and the degree of damage is directly related to wildfire intensity. The report does not account for homes that may have been mitigated.

In reality, an individual home's ability to survive wildfire is driven primarily by local conditions (known as the "home ignition zone"), including the construction materials and the vegetation in the immediate area. The only way to truly assess home susceptibility is through individual home assessments. Communities can reduce their risk to homes by reducing wildfire likelihood, wildfire intensity, exposure, and susceptibility. For example, fuel treatments may reduce wildfire likelihood or intensity, exposure may be reduced through land use planning tools, and susceptibility may be reduced by mitigating the home ignition zone, home hardening, and land use planning tools.

Wildfire Likelihood is based on fire behavior modeling across thousands of simulations of possible fire seasons. In each simulation, factors contributing to the probability of a fire occurring, including weather, topography, and ignitions are varied based on patterns derived from observations in recent decades. Wildfire Likelihood is not predictive and does not reflect any currently forecasted weather or fire danger conditions.

Wildfire likelihood is simply a probability that any specific location may experience wildfire in any given year. It does not say anything about the wildfire intensity if it occurs. Wildfire likelihood is difficult to modify but can be reduced through fuel treatment projects and ignition-prevention efforts.

# Wildfire Risk

## Selected Counties

## Wildfire Exposure

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| **Percent of Total** | | | | |
| Homes directly exposed | 56.0% | 56.0% | 56.0% | 33.0% |
| Homes indirectly exposed | 44.0% | 44.0% | 44.0% | 30.0% |
| Homes not exposed | 0.0% | 0.0% | 0.0% | 37.0% |

### Exposure of Homes to Wildfire

- 56% of homes in Dolores County, CO are exposed to wildfire from direct sources, such as adjacent flammable vegetation.
- 44% of homes in Dolores County, CO are exposed to wildfire from indirect sources, such as embers or home-to-home ignition.



# Wildfire Risk

## Selected Counties

## Wildfire Exposure

### What do we measure on this page?

**Wildfire Exposure** is the spatial coincidence of wildfire likelihood (the probability of wildfire occurring) and wildfire intensity (the energy released by a wildfire) with communities.

### Why is it important?

Any part of a community that is located where wildfire likelihood is greater than zero is exposed to wildfire. For example, a home in a flammable forest is exposed to wildfire. Locations within a community can be directly exposed to wildfire from adjacent wildland vegetation, or indirectly exposed to wildfire from embers (firebrands) and home-to-home ignition. Locations within a community that are not exposed are not likely to be subjected to wildfire from either direct or indirect sources.

Communities can reduce their exposure to wildfire with actions such as modifying the home ignition zone and using land use planning tools.

# Wildfire Risk

## Selected Counties

## Population Change

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Population (2021*) | 2,288 | 25,916 | 28,204 | 329,725,481 |
| Population (2010*) | 2,027 | 25,279 | 27,306 | 303,965,272 |
| Population Change (2010*-2021*) | 261 | 637 | 898 | 25,760,209 |
| Population Pct. Change (2010*-2021*) | 12.9% | 2.5% | 3.3% | 8.5% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

**Percent Change in Population, 2010*-2021***

- From 2010* to 2021*, Dolores County, CO had the smallest estimated absolute change in population (261).
- From 2010* to 2021*, Dolores County, CO had the largest estimated relative change in population (12.9%), and Montezuma County, CO had the smallest (2.5%).




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Population Change

## What do we measure on this page?

This page describes the total population and change in total population.[2, 3]

Data in this report comes from the U.S. Census Bureau's American Community Survey (ACS).[4] The ACS is conducted nationwide every year by the U.S. Census Bureau to collect demographic, social, economic, and housing information. For more information about ACS data and accuracy, see the Data Sources & Methods section at the end of this report.

## Why is it important?

Population growth is generally an indication of a healthy economy. No growth or long-term decline generally occur when an area is struggling. However, as population grows, more and more people are building homes on fire-prone lands.

Since 2010, 34% of single-family homes are located in the wildland-urban interface (WUI). The WUI is the fastest-growing type of land use in the conterminous United States, increasing by 145% from 1990 to 2015. Today nearly half of the U.S. population lives in the WUI.[5]

Another consequence of population growth is the possibility of more fire ignitions. Almost all wildfires (97%) in the WUI are caused by people. Human-caused wildfires are responsible for 92% of the wildfires that threaten structures, which is 30 times more than lightning-caused wildfires.[6]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed. The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Wildfire Risk

## Selected Counties

## Race & Ethnicity

| Race and Ethnicity, 2021* | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Population | 2,288 | 25,916 | 28,204 | 329,725,481 |
| White alone | 1,954 | 20,520 | 22,474 | 224,789,109 |
| Black or African American alone | ¨0 | ¨257 | ¨257 | 41,393,012 |
| American Indian alone | ˙106 | 3,145 | 3,251 | 2,722,661 |
| Asian alone | ¨0 | ˙173 | ˙173 | 18,782,924 |
| Native Hawaii & Other Pacific Is. alone | ¨0 | ¨0 | ¨0 | 615,557 |
| Some other race alone | ˙168 | ˙694 | ˙862 | 18,382,796 |
| Two or more races | ˙60 | ˙1,127 | ˙1,187 | 23,039,422 |
| Hispanic or Latino (of any race) | 282 | 3,354 | 3,636 | 60,806,969 |
| Not Hispanic or Latino | 2,006 | 22,562 | 24,568 | 268,918,512 |
| Not Hispanic & White alone | 1,835 | 18,528 | 20,363 | 196,010,370 |
| People of Color and Hispanic* | 453 | 7,388 | 7,841 | 133,715,111 |
| **Percent of Total** | | | | |
| White alone | 85.4% | 79.2% | 79.7% | 68.2% |
| Black or African American alone | ¨0.0% | ¨1.0% | ¨0.9% | 12.6% |
| American Indian alone | ˙4.6% | 12.1% | 11.5% | 0.8% |
| Asian alone | ¨0.0% | ˙0.7% | ˙0.6% | 5.7% |
| Native Hawaii & Other Pacific Is. alone | ¨0.0% | ¨0.0% | ¨0.0% | 0.2% |
| Some other race alone | ˙7.3% | ˙2.7% | ˙3.1% | 5.6% |
| Two or more races | ˙2.6% | ˙4.3% | ˙4.2% | 7.0% |
| Hispanic or Latino (of any race) | ˙12.3% | 12.9% | 12.9% | 18.4% |
| Not Hispanic or Latino | 87.7% | 87.1% | 87.1% | 81.6% |
| Not Hispanic & White alone | 80.2% | 71.5% | 72.2% | 59.4% |
| People of Color and Hispanic* | 19.8% | 28.5% | 27.8% | 40.6% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

* Reliability estimates not yet available.

**People of Color and Hispanic, Percent of Total, 2021***

- United States has the largest share of people of color (40.6%).




* ACS 5-year estimates used. The 2021 estimate is based on data collected between 2017 and 2021.

Data sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Race & Ethnicity

## What do we measure on this page?

This section reports the size of populations by racial and ethnic groups as reported by the U.S. Census Bureau's American Community Survey (ACS) five-year estimates. The U.S. Census Bureau defines race and ethnicity independently:

**Race:** Respondents can self-identify as "White," "Black or African American," "American Indian and Alaska Native, " "Asian," and "Native Hawaiian or Other Pacific Islander."

**Some Other Race:** This includes all other responses not included above. Respondents providing write-in entries—such as multiracial, mixed, interracial, or a Hispanic/Latino group (for example, Mexican, Puerto Rican, or Cuban)—in the "Some other race" write-in space are included in this category.

**Two or More Races:** This includes people who either checked two or more race response check boxes, provided multiple write-in responses, or submitted some combination of check boxes and write-in responses.

**Ethnicity:** Respondents identify themselves as either Hispanic or Latino, or Not Hispanic or Latino. The terms Hispanic and Latino are generally used to denote people living in the United States with cultural ties to Latin America or other Spanish speaking countries. Individuals self-identifying as having a Hispanic, Latino, or Spanish heritage can do so by selecting from categories listed on the Census questionnaire: "Mexican, Mexican American, or Chicano," "Puerto Rican," "Cuban," or "other Spanish, Hispanic, or Latino." People who identify as being of Spanish, Hispanic, or Latino culture can be of any race or combination of races.

**People of Color and Hispanic:** This is defined as a person whose race is not White or a person who is Hispanic or Latino (or both). Thus the "Total People of Color & Hispanic Population" is calculated by subtracting those who identify as both "Not Hispanic or Latino" and "White alone" from "Total Population."

## Why is this important?

Race and ethnicity are strongly correlated with disparities in health[16] and vulnerability to natural hazards and with access to aid and resources, including wildfires.[17] Black, Native American, Hispanic, and other people of color may be more vulnerable to disasters due in part to cultural and institutional barriers.[18] Race and wealth are linked with health conditions like asthma that can be exacerbated by wildfire smoke and environmental stress, and with access to aid and resources after a wildfire event.[19] People living on Indian reservations in remote, rural areas that have higher wildfire hazard potential combined with higher rates of poverty, disabilities, and mobile home housing are particularly vulnerable to wildfire disasters.

While these data help identify the racial and ethnic makeup of a population, further outreach and analysis is required to understand values, beliefs, and attitudes of groups, and determine potential impacts of management decisions on local populations.

# Wildfire Risk

## Selected Counties

## Potentially Vulnerable Populations

| Populations, 2021* | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Families in poverty | ¨41 | ˙605 | 646 | 7,181,779 |
| Households with no car | ¨28 | ˙433 | 461 | 10,349,174 |
| Mobile Homes | ˙378 | 1,839 | 2,217 | 6,509,758 |
| People under 5 | ¨35 | 1,363 | 1,398 | 19,423,121 |
| People over 65 | ˙776 | 5,879 | 6,655 | 52,888,621 |
| People with disabilities | ˙260 | 4,367 | 4,627 | 41,055,492 |
| People with language barriers | ¨159 | ¨229 | 388 | 12,736,062 |

### Percent of Total**

| | | | | |
|---|---|---|---|---|
| Families in poverty | 5.4% | 8.6% | 8.3% | 8.9% |
| Households with no car | 2.4% | 4.1% | 4.0% | 8.3% |
| Mobile Homes | 33.0% | 17.6% | 19.1% | 5.2% |
| People under 5 | 1.5% | 5.3% | 5.0% | 5.9% |
| People over 65 | 33.9% | 22.7% | 23.6% | 16.0% |
| People with disabilities | 11.4% | 16.9% | 16.5% | 12.6% |
| People with language barriers | 7.1% | 0.9% | 1.4% | 4.1% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

** Each measure on this page comes from a different subset of the overall population. For example, "poverty status" is not determined for all families. "Households with no car" is determined only for occupied households. "People with disabilities" includes only those people in civilian, noninstitutionalized settings. "Language barriers" is determined only for people five years or older.

**Families in Poverty, 2021***

- From 2010* to 2021*, United States had the largest share of families in poverty (9%).




**Households with No Car, 2021***

- From 2010* to 2021*, United States had the largest share of households with no car (8%).




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

Data sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.



FS-003504

# Potentially Vulnerable Populations

## What do we measure on this page?

This page describes household types that are associated with increased hardship. Data in this report come from the U.S. Census Bureau's American Community Survey (ACS).[7] For more information about ACS, see the Data Sources & Methods section.

## Why is it important?

People's susceptibility to wildfire is based on their ability to prepare for, respond to, and recover from a wildfire.[8] Vulnerable populations are more likely to be disproportionately affected by wildfire disasters because they lack resources, experience cultural and institutional barriers, have limited mobility, and/or have compromised physical health.

Low income is one of the strongest predictors for compromised health and ability to recover from disruptions.[9] Wildfires disproportionately affect low-income residents because of factors such as inadequate housing, social exclusion, diminished ability to evacuate or relocate, and more acute emotional stress. People with low incomes are also more likely to be overlooked during emergency response following disasters[10] and are less likely to have adequate property insurance, so they bear a greater burden from property damage following wildfires.[11] Due to a lack of financial resources and time, families experiencing poverty may be less likely to take proactive measures to mitigate wildfire hazard in advance of an event.[10]

Older populations are more likely to have pre-existing medical conditions or compromised mobility, which can reduce their ability to respond to wildfire. Older adults are more susceptible to air pollution and particulates associated with wildfire smoke.[12]

Children's developing bodies make them particularly sensitive to health problems and environmental stresses.[9] Children have faster breathing rates, putting them at greater risk to respiratory problems from wildfire smoke. Because children don't have fully developed immune systems, they are more sensitive than adults to infectious diseases that can occur when water supplies are breached and sanitation systems are compromised after a disaster.[12]

During emergencies, people who do not have a car are less likely to evacuate or have access to emergency response centers.[13] Access to a car is also linked with higher wages and more financial stability.[14]

Populations with disabilities are subject to health complications that make wildfire more consequential because disasters often result in limited access to medical care.[12] Compromised mobility and medical conditions can reduce their ability to respond to natural disasters.

Language and cultural barriers can make it more difficult to follow directions or interact with agencies before, during, or after a wildfire disaster.[13]

Mobile and manufactured homes house an estimated 2.7 million U.S. households and create both physical and economic risk. Mobile and manufactured homes are more likely to be damaged during disasters. Fires spread faster in mobile and manufactured homes, threatening both the structure and the occupants. Most mobile and manufactured homeowners do not own the land where their residence sits, giving them less agency to mitigate threats to their property such as creating defensible space. Research has found mobile and manufactured homeowners experience barriers to accessing aid after disasters.[15]

# Wildfire Risk

## Selected Counties

## Housing Characteristics

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Housing Units, 2021* | 1,679 | 12,212 | 13,891 | 139,647,020 |
| Occupied | 1,144 | 10,461 | 11,605 | 124,010,992 |
| Vacant | 535 | 1,751 | 2,286 | 15,636,028 |
| For rent | ¨**38** | ˙178 | ˙216 | 2,674,125 |
| Rented, not occupied | ¨**2** | ¨**39** | ¨**41** | 552,198 |
| For sale only | ¨**23** | ¨**164** | ˙187 | 1,021,651 |
| Sold, not occupied | ¨**2** | ¨**0** | ¨**2** | 141,317 |
| Seasonal, recreational, occasional | ˙322 | ˙651 | ˙973 | 5,092,152 |
| For migrant workers | ¨**0** | ¨**0** | ¨**0** | 34,074 |
| Other vacant | ˙148 | ˙719 | ˙867 | 5,640,511 |
| Year Built | | | | |
| Built 2010 or later | ¨**60** | ˙741 | ˙801 | 10,425,505 |
| Built 2000 to 2009 | ˙195 | 1,834 | 2,029 | 18,958,193 |
| Built 1990 to 1999 | ˙174 | 2,275 | 2,449 | 18,930,786 |
| Built 1980 to 1989 | ˙331 | 1,786 | 2,117 | 18,494,657 |
| Built 1970 to 1979 | ˙205 | 2,043 | 2,248 | 20,706,671 |
| Built 1940 to 1969 | ˙488 | 2,837 | 3,325 | 35,026,562 |
| Median year structure built^ | 1976 | 1983 | **na** | 1979 |

### Percent of Total

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Occupancy | | | | |
| Occupied | 68.1% | 85.7% | 83.5% | 88.8% |
| Vacant | 31.9% | 14.3% | 16.5% | 11.2% |
| For rent | ¨**2.3%** | ˙1.5% | ˙1.6% | 1.9% |
| Rented, not occupied | ¨**0.1%** | ¨**0.3%** | ¨**0.3%** | 0.4% |
| For sale only | ¨**1.4%** | ¨**1.3%** | ˙1.3% | 0.7% |
| Sold, not occupied | ¨**0.1%** | ¨**0.0%** | ¨**0.0%** | 0.1% |
| Seasonal, recreational, occasional | ˙19.2% | ˙5.3% | ˙7.0% | 3.6% |
| For migrant workers | ¨**0.0%** | ¨**0.0%** | ¨**0.0%** | 0.0% |
| Other vacant | ˙8.8% | ˙5.9% | ˙6.2% | 4.0% |
| Year Built | | | | |
| Built 2010 or later | ¨**3.6%** | ˙6.1% | ˙5.8% | 7.5% |
| Built 2000 to 2009 | ˙11.6% | 15.0% | 14.6% | 13.6% |
| Built 1990 to 1999 | ˙10.4% | 18.6% | 17.6% | 13.6% |
| Built 1980 to 1989 | ˙19.7% | 14.6% | 15.2% | 13.2% |
| Built 1970 to 1979 | ˙12.2% | 16.7% | 16.2% | 14.8% |
| Built 1940 to 1969 | ˙29.1% | 23.2% | 23.9% | 25.1% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

**Median year structure built, 2021***

- The median year of structures is newer (1983) in Dolores County, CO and older (1976) in United States




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021.

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Housing Characteristics

## What do we measure on this page?

This page describes whether housing is occupied or vacant, for rent or seasonally occupied, and the year built.

**Rent**: The number of homes for rent was defined as occupied housing units that were for rent, vacant housing units that were for rent, and vacant units rented but not occupied at the time of interview.

**Seasonal, Recreational, or Occasional Use**: Refers to vacant units used or intended for use only in certain seasons or for weekends or other occasional use throughout the year.

**For Migrant Workers**: Refers to housing units intended for occupancy by migratory workers employed in farm work during the crop season.

## Why is it important?

Efforts to reduce wildfire risk to homes center around the home ignition zone, an area 100-200 feet from the foundation. It includes vegetation, the home itself, and other structures or attachments like decks, furniture, fences, and outbuildings.

A majority of homes lost to wildfire are first ignited by embers. By reducing the susceptibility of the area immediately around the home and the home itself—the home ignition zone—the chances of a home surviving an ember storm or small spot-fire are greatly increased.

Housing characteristics are relevant to reducing the risk from wildfires in several ways. The year the home was built may convey information about the housing stock that was built before and after the passage of land use planning regulations to reduce exposure to homes (for example, a building code requiring the use of wildfire-resistant building materials). It may also be possible that newer homes incorporate improved building standards and materials that reduce susceptibility to wildfires.

The prevalence of rental properties, seasonal homes and recreational homes, vacant homes, and homes used for migrant workers may complicate landowner education efforts that are aimed at reducing risk in the home ignition zone. The presence of many non-owner-occupied homes may also make it difficult for community leaders to reach homeowners whose support is needed for the passage of land use planning tools, such as landscape ordinances or building codes, that reduce the risk from wildfires.

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Wildfire Risk

## Selected Counties

## Land Ownership

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Acres | 683,660 | 1,305,507 | 1,989,167 | 2,303,091,014 |
| Private Lands | 244,528 | 348,796 | 593,324 | 1,406,717,148 |
| Conservation Easement | 23,200 | 21,458 | 44,658 | 21,237,199 |
| Federal Lands | 418,125 | 502,031 | 920,156 | 632,461,561 |
| Forest Service | 329,472 | 257,334 | 586,806 | 192,648,950 |
| BLM | 88,653 | 190,676 | 279,329 | 242,857,628 |
| National Park Service | 0 | 54,021 | 54,021 | 78,366,536 |
| Military | 0 | 0 | 0 | 24,412,029 |
| Other Federal | 0 | 0 | 0 | 94,176,418 |
| State Lands | 21,006 | 8,963 | 29,969 | 184,973,953 |
| State Trust Lands* | 9,551 | 8,011 | 17,562 | 51,983,763 |
| Other State | 11,455 | 952 | 12,407 | 132,990,190 |
| Tribal Lands | 0 | 445,180 | 445,180 | 67,946,824 |
| City, County, Other | 0 | 538 | 538 | 10,989,958 |

### Percent of Total

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Private Lands | 35.8% | 26.7% | 29.8% | 61.1% |
| Conservation Easement | 3.4% | 1.6% | 2.2% | 0.9% |
| Federal Lands | 61.2% | 38.5% | 46.3% | 27.5% |
| Forest Service | 48.2% | 19.7% | 29.5% | 8.4% |
| BLM | 13.0% | 14.6% | 14.0% | 10.5% |
| National Park Service | 0.0% | 4.1% | 2.7% | 3.4% |
| Military | 0.0% | 0.0% | 0.0% | 1.1% |
| Other Federal | 0.0% | 0.0% | 0.0% | 4.1% |
| State Lands | 3.1% | 0.7% | 1.5% | 8.0% |
| State Trust Lands* | 1.4% | 0.6% | 0.9% | 2.3% |
| Other State | 1.7% | 0.1% | 0.6% | 5.8% |
| Tribal Lands | 0.0% | 34.1% | 22.4% | 3.0% |
| City, County, Other | 0.0% | 0.0% | 0.0% | 0.5% |

**Land Ownership, Percent of Land Area**

- Dolores County, CO has the largest share of federal public lands (61.2%), and United States has the smallest (27.5%).
- United States has the largest share of state public lands (8%), and Montezuma County, CO has the smallest (0.7%).
- United States has the largest share of private lands (61.1%), and Montezuma County, CO has the smallest (26.7%).




Data Sources: U.S. Geological Survey, Gap Analysis Program. 2018. Protected Areas Database of the United States (PADUS) version 2.0

# Land Ownership

## What do we measure on this page?

This page describes the share of the selected location that is private and the share that is managed by various public agencies.

The data presented in this report were calculated using Geographic Information System (GIS) tools. Two primary GIS datasets were used: U.S. Census Bureau's TIGER/Line County Boundaries[20] and U.S. Geological Survey's Protected Areas Database (PADUS).[21, 22]

Although every attempt was made to use the best available GIS land ownership dataset, the data sometimes have errors or become outdated. Please report any inaccuracies to eps@headwaterseconomics.org.

## Why is it important?

Wildfires can occur on any lands—including private, state, tribal and federal lands—and fires also can spread across multiple land ownerships. Because of this, wildland firefighting is by necessity most often a multi-agency effort. Efforts to reduce the likelihood (probability) of a fire and the intensity of a fire (related to fuels and topography) can have important consequences on homeowner and firefighter safety and on the vulnerability of the built environment, especially homes.

Wildfires do not respect property boundaries and burn across a mosaic of land ownerships. Efforts to reduce the likelihood and intensity of wildfires can have important implications for neighboring lands and properties. For example, fuel treatments on U.S. Forest Service lands can lower the intensity of a wildfire and therefore reduce the risk to homes on nearby private lands.[23] At the same time, communities can reduce the susceptibility of homes to wildfire through land use planning and by focusing mitigation efforts on the “home ignition zone” to reduce a home’s vulnerability to embers.[24] Fire-adapted communities can live with the inevitability of wildfires. By being fire-adapted, communities make it more likely that managers of nearby lands—whether state, federal, or tribal—can use fires for their ecological role, allowing some to burn or setting controlled burns to reduce fuels.

# Wildfire Risk

## Selected Counties

## Data Sources & Methods

This report uses statistics from public government sources and from the Wildfire Risk to Communities website. All data used can be verified with the original sources:


Wildfire Risk to Communities. 2020.
Scott JH, Gilbertson-Day JW, Moran C, Dillon GK, Short KC, Vogler KC. 2020. Wildfire Risk to Communities: Spatial datasets of landscape-wide wildfire risk components for the United States. Fort Collins, CO: Forest Service Research Data Archive. Updated 25 November 2020. https://doi.org/10.2737/RDS-2020-0016 and https://wildfirerisk.org

U.S. Geological Survey, Gap Analysis Program. 2012.
Protected Areas Database of the United States (PADUS) version 1.3
https://www.usgs.gov/core-science-systems/science-analytics-and-synthesis/gap/science/protected-areas

U.S.Department of Commerce. 2021
Census Bureau, American Community Survey Office, Washington, D.C.
https://www.census.gov/programs-surveys/acs

## Endnotes

1 - See *Wildfire Risk to Communities* website: https://wildfirerisk.org/understand-risk/. Also see Scott JH, Gilbertson-Day JW, Moran C, Dillon GK, Short KC, and Vogler KC. 2020. Wildfire Risk to Communities: Spatial datasets of landscape-wide wildfire risk components for the United States. Fort Collins, CO: Forest Service Research Data Archive. https://doi.org/10.2737/RDS-2020-0016.

2 - A useful resource on rural population change is the U.S. Department of Agriculture's Economic Research Service web page: https://www.ers.usda.gov/topics/rural-economy-population/population-migration/.

3 - William H. Frey's website provides links to publications, issues, media stories, data tools and resources on migration, population redistribution, and demography of both rural and urban populations in the U.S.: http://frey-demographer.org/.

4 - For a description of the U.S. Census Bureau's ACS methodology and data accuracy, see https://www.census.gov/programs-surveys/acs/methodology.html.

5 - Martinuzzi S, Stewart SI, Helmers DP, Mockrin MH, Hammer RB, and Radeloff VC. 2015. *The 2010 wildland-urban interface of the conterminous United States*. Research Map NRS-8. Newtown Square, PA: U.S. Department of Agriculture, Forest Service, Northern Research Station. 124p. https://www.nrs.fs.fed.us/pubs/48642. Also Radeloff VC, et al. 2017. Rapid growth of the U.S. wildland-urban interface raises wildfire risk. *PNAS* 115(13): 3314-3319. www.pnas.org/cgi/doi/10.1073/pnas.1718850115. Mietkiewicz N, Balch J, Schoennagel T, Leyk S, Denis L, and Bradley B. 2020. In the line of fire: Consequences of human-ignited wildfires to homes in the U.S. (1992-2015). *Fire*. Available online: https://www.mdpi.com/2571-6255/3/3/50.

6 - Balch J, Bradley B, Abatzoglou J, Nagy C, Fusco E, and Mahood A. 2017. Human-started wildfires expand the fire niche across the US. *PNAS*. Available online: http://www.pnas.org/content/114/11/2946. Also Mietkiewicz N, Balch J, Schoennagel T, Leyk S, Denis L, and Bradley B. 2020. In the line of fire: Consequences of human-ignited wildfires to homes in the U.S. (1992-2015). *Fire*. Available online: https://www.mdpi.com/2571-6255/3/3/50

7 - https://www.census.gov/programs-surveys/acs

8 - Collins TW and Bolin B. 2008. Situating hazard vulnerability: People's negotiations with wildfire environments in the U.S. Southwest. *Environmental Management* 44: 441-455.

9 - County of Los Angeles Public Health. 2013. Health Atlas for the City of Los Angeles. Los Angeles, CA. https://wattscommunitystudio.files.wordpress.com/2013/06/healthatlas.pdf

10 - Fothergill A and Peek LA. 2004. Poverty and disasters in the United States: A review of recent sociological findings. *Natural Hazards* 32(1): 89-110.

## Endnotes

11 - Wilkinson RG and Marmot MG. 2003. *Social determinants of health: The solid facts*. World Health Organization. http://www.euro.who.int/__data/assets/pdf_file/0005/98438/e81384.pdf.

12 - Balbus JM and Malina C. 2009. Identifying vulnerable subpopulations for climate change health effects in the United States. *Journal of Occupational and Environmental Medicine* 51(1): 33-37.

13 - Cooley H, Moore E, Heberger M, and Allen L. 2012. *Social Vulnerability to Climate Change in California*. California Energy Commission Pub. # CEC-500-2012-013.

14 - Raphael S and Rice L. 2002. Car ownership, employment, and earnings. *Journal of Urban Economics* 52(1): 109-130.

15 - Rumbach A, Sullivan E, Makarewicz C. 2019. Mobile Home Parks and Disasters: Understanding Risk to the Third Housing Type in the United States, see https://ascelibrary.org/doi/10.1061/%28ASCE%29NH.1527-6996.0000357

16 – Carratala S, Maxwell C. 2020. Health disparities by race and ethnicity. Center for American Progress, see https://www.americanprogress.org/article/health-disparities-race-ethnicity/

17 – Davies I, Haugo RD, Robertson JC, Levin PS. 2018. The unequal vulnerability of communities of color to wildfire. PLOS ONE 13(11): e0205825, see https://doi.org/10.1371/journal.pone.0205825

18 – Fothergill A, Maestas EGM, Derouen Darlington J. 1999. Race, Ethnicity, and Disasters in the United States: A review of the literature. Disasters 23: 156-173, see https://doi.org/10.1111/1467-7717.00111

19 – Anderson S, Plantinga AJ, Wibbenmeyer M. 2020. Inequality in agency responsiveness: Evidence from salient wildfire events. Resources for the Future, see https://www.rff.org/publications/working-papers/inequality-agency-responsiveness-evidence-salient-wildfire-events/

20 - U.S. Census Bureau TIGER/Line Boundaries are available at https://www.census.gov/geographies/mapping-files/time-series/geo/tiger-line-file.html.

21 - The U.S. Geological Survey Protected Areas Database (PADUS) is available at https://gapanalysis.usgs.gov/padus/.

22 - If accurate measurements of water surface area are needed, the U.S. Geological Survey’s national hydrography dataset can be used: https://nhd.usgs.gov/.

23 - https://wildfirerisk.org/understand-risk/

24 - https://wildfirerisk.org/reduce-risk/home-ignition-zone/

# Neighborhoods at Risk

## Selected Counties

Selected Location(s):

Dolores County, CO; Montezuma County, CO

Comparison Location:

U.S.

Produced by
Headwaters Economics'
**Economic Profile System (EPS)**
September 19, 2023

## Headwaters Economics

Headwaters Economics is an independent, nonprofit research group that works to improve community development and land management decisions: **headwaterseconomics.org**.

## Neighborhoods at Risk

Neighborhoods at Risk is a free, web-based tool that provides cities with neighborhood-level information about at-risk populations and their vulnerability to the impacts of climate change.

**Free and easy-to-use**: Quickly create maps and reports of socioeconomic and climate data.

**Available nation-wide**: Explore socioeconomic and climate data for any community or county in the nation.

**Updated continuously**: Make use of the latest available, published government data.

headwaterseconomics.org/apps/neighborhoods-at-risk

# Neighborhoods at Risk

## Selected Counties

## Table of Contents

Summary: This front page shows a quick comparison for many of the indicators covered in this report.

Families in Poverty ..... 6

Rental & Mobile Homes ..... 8

People of Color ..... 10

Language Proficiency ..... 12

Young & Elderly Populations ..... 14

Educational Attainment ..... 16

Potentially Vulnerable Households ..... 18

Potentially Vulnerable People ..... 20

Literature Cited ..... 22

*Click the links above for quick access to report sections.*

# Neighborhoods at Risk

## Selected Counties

## Summary

| Indicators 2021* | Combined Counties | United States | Percent Difference Combined Counties vs. United States |
|---|---|---|---|
| People under 5 years | 5.0% | 5.9% | -17% |
| People over 65 years | 23.6% | 16.0% | 38% |
| People of color (including Hispanic) | 28.5% | 27.8% | 3% |
| People who don't speak English well | 1.4% | 4.1% | -98% |
| People without a high school degree | 8.6% | 11.1% | -25% |
| Families in poverty | 8.3% | 8.9% | -7% |
| Housing units that are rentals | 27.6% | 25.9% | 6% |
| Households with no car | 4.0% | 8.3% | -70% |
| People with disabilities | 16.5% | 12.6% | 27% |
| People without health insurance | 11.8% | 8.5% | 33% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to show that the sampling error is small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange. These values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

* ACS 5-year estimates: 2021 represents average characteristics from 2017-2021.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Neighborhoods at Risk, headwaterseconomics.org/par.

# Neighborhoods at Risk

## Selected Counties

## Summary

### What do we measure on this page?

This page shows a quick comparison for many of the indicators covered in this report to highlight how the selected tracts differ from the United States as a whole.

The percent, or relative, difference between the selected tracts and the U.S. is calculated by dividing the difference between the values by the arithmetic mean of the values.

### Why is it important?

These indicators are all measures of a population more likely to experience adverse outcomes from disruptions due to extreme weather events, climate change, pollution, or limited health care access.

Particularly high percentages for any of these indicators may highlight populations that are at higher risk and in need of outreach from disaster planning, public health, or social service organizations.

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed. The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Neighborhoods at Risk

## Selected Counties

## Families in Poverty

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total families for whom poverty status is determined, 2021* | 763 | 7,053 | 7,816 | 80,755,759 |
| Families in poverty | **41** | 605 | 646 | 7,181,779 |
| Families with children in poverty | **8** | 397 | 405 | 4,718,106 |
| Single mother families in poverty | 0 | 133 | 133 | 3,160,728 |
| **Percent of Total, 2021*** | | | | |
| Families in poverty | **5.4%** | 8.6% | 8.3% | 8.9% |
| Families with children in poverty | **1.0%** | 5.6% | 5.2% | 5.8% |
| Single mother families in poverty | **0.0%** | 1.9% | 1.7% | 3.9% |
| **Change in Percentage Points, 2010*-2021*** | | | | |
| For example, if the value is 3% in 2010* and 4.5% in 2021*, the reported change in percentage points is 1.5. | | | | |
| Families in poverty | -5.4 | -5.6 | -5.7 | -1.2 |
| Families with children in poverty | -3.0 | -6.1 | -6.0 | -2.0 |
| Single mother families in poverty | -4.0 | -4.8 | -4.8 | -0.9 |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

**Families in Poverty, Percent of Total, 2021***

- United States has the largest share of single mother families in poverty (3.9%).




**Families in Poverty, Change in Percentage Points, 2010*-2021***

- The largest change in the share of single mother familes in poverty occurred in Montezuma County, CO, which went from 6.7% to 1.9%.




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Neighborhoods at Risk, headwaterseconomics.org/apps/neighborhoods-at-risk.

# Families in Poverty

## What do we measure on this page?

This page describes the number of families living below the poverty line, and separately reports families with children and single mother families with children.

The Census defines a family as a group of two or more people who reside together and who are related by birth, marriage, or adoption.

The Census Bureau uses a set of income thresholds that vary by family size and composition to define who is poor. If the total income for a family or an unrelated individual falls below the relevant poverty threshold, then the family or an unrelated individual is classified as being "below the poverty level."

## Why is it important?

Families in poverty may lack the resources to meet their basic needs. Their challenges cross the spectrum of food, housing, health care, education, vulnerability to natural disasters, and emotional stress.

To save money, families with low incomes often have to make lifestyle compromises such as unhealthy foods, less food, substandard housing, or delayed medical care.[1]

Lack of financial resources makes families in poverty more vulnerable to natural disasters. This is due to inadequate housing, social exclusion, and an inability to re-locate or evacuate.[11, 2]

Inadequate shelter exposes occupants to increased risk from storms, floods, fire, and temperature extremes.[2] Households with low incomes are more likely to have unhealthy housing such as leaks, mold, or rodents.[5]

The expense of running fans, air conditioners, and heaters makes low-income people hesitant to mitigate the temperature of their living spaces.[1, 2] Furthermore, those in high-crime areas may not want to open their windows.[2]

Families in poverty are disproportionately affected by higher food prices, which are expected to rise in response to climate change.[1]

Children in poor families, on average, receive fewer years of education compared to children in wealthier families.[12]

Low-income residents are less likely to have adequate property insurance, so they may bear an even greater burden from property damage due to natural hazards.[2]

Living in poverty can lead to a lack of personal control over potentially hazardous situations such as increased air pollution or flooding. Impoverished families may be less likely to take proactive measures to prevent harm.[11]

*Superscript numbers refer to references provided at the end of the report.*

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Neighborhoods at Risk

## Selected Counties

## Rental & Mobile Homes

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Occupied Housing Units, 2021* | 1,144 | 10,461 | 11,605 | 124,010,992 |
| Rental Units | 125 | 2,884 | 3,009 | 43,858,831 |
| Mobile Homes | 378 | 1,839 | 2,217 | 6,509,758 |
| **Percent of Total, 2021*** | | | | |
| Rental Units | 10.9% | 27.6% | 25.9% | 35.4% |
| Mobile Homes | 33.0% | 17.6% | 19.1% | 5.2% |
| **Change in Percentage Points, 2010*-2021*** | | | | |
| For example, if the value is 3% in 2010* and 4.5% in 2021*, the reported change in percentage points is 1.5. | | | | |
| Rental Units | -4.2 | -1.1 | -1.4 | 4.6 |
| Mobile Homes | 21.6 | -2.9 | -0.5 | -0.4 |
| Median Home Value (MHV), 2021* (2022 $s) | $195,912 | $262,980 | na | $264,492 |
| Change in MHV, 2010*-2021* (2022 $s) | **$13,132** | **$5,987** | na | $11,659 |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

**Rental Units and Mobile Homes as a Percent of Total Housing Units, 2021***

- United States has the largest share of rental units (35.4%).
- Dolores County, CO has the largest share of mobile homes (33.0%).




**Change in Median Home Value, 2010*-2021* (2022 $s)**




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Neighborhoods at Risk, headwaterseconomics.org/apps/neighborhoods-at-risk.

# Rental & Mobile Homes

## What do we measure on this page?

This page reports the numbers of housing units that are either rental units or mobile homes, and provides median home value.

## Why is it important?

In general, home ownership contributes to well-being and stability. However, each type of living situation has its own risks and health concerns.

Home ownership is often associated with mental health benefits such as high self-esteem, a sense of control over one's living situation, and financial stability.[13]

The financial stress associated with losing one's home is heightened by people's emotional attachment to their home and their neighborhood.[14]

Homeowners typically pay a greater overall housing cost, but renters pay a larger proportion of their income. The high proportion of household costs for renters has further increased over the past 25 years.[15]

Rental homes are generally not maintained as well as those that are owned. Substandard housing conditions like dampness, mold, and exposure to toxic substances or allergens are linked with compromised health outcomes.[13]

Areas with high-density residences, such as urban areas, tend to have a greater proportion of renters.[1] High density living conditions and large, multistory apartment buildings exacerbate heat-related health stresses.[4]

Mobile homes are more likely to be damaged in extreme weather, which poses a risk for both the structure and the occupants.[4,11]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Neighborhoods at Risk

## Selected Counties

## People of Color and Hispanics

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Population, 2021* | 2,288 | 25,916 | 28,204 | 329,725,481 |
| White alone | 1,954 | 20,520 | 22,474 | 224,789,109 |
| Black or African American alone | ¨0 | ¨257 | ¨257 | 41,393,012 |
| American Indian alone | ˙106 | 3,145 | 3,251 | 2,722,661 |
| Asian alone | ¨0 | ˙173 | ˙173 | 18,782,924 |
| Native Hawaii & Other Pacific Is. alone | ¨0 | ¨0 | ¨0 | 615,557 |
| Some other race alone | ˙168 | ˙694 | ˙862 | 18,382,796 |
| Two or more races | ˙60 | ˙1,127 | ˙1,187 | 23,039,422 |
| Hispanic or Latino (of any race) | 282 | 3,354 | 3,636 | 60,806,969 |
| Not Hispanic or Latino | 2,006 | 22,562 | 24,568 | 268,918,512 |
| Not Hispanic & White alone | 1,835 | 18,528 | 20,363 | 196,010,370 |
| People of Color and Hispanics | 453 | 7,388 | 7,841 | 133,715,111 |
| **Percent of Total, 2021*** | | | | |
| White alone | 85.4% | 79.2% | 79.7% | 68.2% |
| Black or African American alone | ¨0.0% | ¨1.0% | ¨0.9% | 12.6% |
| American Indian alone | ˙4.6% | 12.1% | 11.5% | 0.8% |
| Asian alone | ¨0.0% | ˙0.7% | ˙0.6% | 5.7% |
| Native Hawaii & Other Pacific Is. alone | ¨0.0% | ¨0.0% | ¨0.0% | 0.2% |
| Some other race alone | ˙7.3% | ˙2.7% | ˙3.1% | 5.6% |
| Two or more races | ˙2.6% | ˙4.3% | ˙4.2% | 7.0% |
| Hispanic or Latino (of any race) | ˙12.3% | 12.9% | 12.9% | 18.4% |
| Not Hispanic or Latino | 87.7% | 87.1% | 87.1% | 81.6% |
| Not Hispanic & White alone | 80.2% | 71.5% | 72.2% | 59.4% |
| People of Color and Hispanics | 19.8% | 28.5% | 27.8% | 40.6% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

**People of Color and Hispanics, Percent of Total, 2021***




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Neighborhoods at Risk, headwaterseconomics.org/apps/neighborhoods-at-risk.

# People of Color and Hispanics

## What do we measure on this page?

Race is self-identified by Census respondents who choose the race or races with which they most closely identify. Included in "Other Races" are "Asian," "Native Hawaiian or Other Pacific Islander," and respondents providing write-in entries such as multiracial, mixed, or interracial.

Ethnicity has two categories: Hispanic or Latino, and Non-Hispanic or Latino. The federal government considers race and Hispanic origin to be two separate and distinct concepts. Hispanics and Latinos may be of any race.

"People of Color and Hispanics" is calculated by subtracting those who identify as both "Not Hispanic or Latino" and "White alone" from "Total Population."

## Why is it important?

Race and ethnicity are strongly correlated with disparities in health, exposure to environmental pollution, and vulnerability to natural hazards.[1]

Research consistently has found race-based environmental inequities, including the tendency for minority populations to live closer to noxious facilities and Superfund sites, and to be exposed to pollution at greater rates than whites.[7, 1]

Many health outcomes are closely related to the local environment. Minority communities often have less access to parks and nutritious food, and are more likely to live in substandard housing.[1]

Minorities tend to be particularly vulnerable to disasters and extreme heat events. This is due to language skills, housing patterns, quality of housing, community isolation, and cultural barriers.[8, 4]

Blacks and Hispanics, two segments of the population that are currently experiencing poorer health outcomes, are an increasing percentage of the US population.[1,9]

Research has identified measurable disparities in health outcomes between various minority and ethnic communities.

Across races, the rates of preventable hospitalizations are highest among black and Hispanic populations. Preventable hospital visits often reflect inadequate access to primary care. These types of hospital visits are also costly and inefficient for the health care system.[5]

Relative to other ethnicities and races, Hispanics and blacks are less likely to have health insurance, but rates of uninsured are dropping for both groups.[10]

Compared to other races, blacks have higher rates of infant mortality, homicide, heart disease, stroke, and heat-related deaths.[5]

Hispanics have higher rates of diabetes and asthma.[5]

American Indians have a distinct pattern of health effects different from blacks and Hispanics. Native populations are less likely to have electricity than the general population.[2] They have high rates of infant mortality, suicide and homicide, and nearly twice the rate of motor vehicle deaths than the U.S. average.[5]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed. The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Neighborhoods at Risk

## Selected Counties

## Language Proficiency

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Population 5 years or older, 2021* | 2,253 | 24,553 | 26,806 | 310,302,360 |
| Speak English "not well"*** | **159** | **229** | 388 | 12,736,062 |
| Speak English "not well"***, percent | **7.1%** | **0.9%** | 1.4% | 4.1% |
| Speak English "not well"***, change in percentage points**, 2010*-2021* | 7.1 | 0.0 | 0.6 | -0.6 |

**For example, if the value is 3% in 2010* and 4.5% in 2015*, the reported change in percentage points is 1.5.

*** Includes "not well" and "not well at all".

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

### People Who Speak English "Not Well", Percent of Total, 2021*

- Dolores County, CO has the largest share of people who speak English "not well" (7.1%).




### People Who Speak English "Not Well", Change in Percentage Points, 2010*-2021*

- The largest change in the share of people who speak English "not well" occurred in Dolores County, CO, which went from 0.0% to 7.1%.




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Neighborhoods at Risk, headwaterseconomics.org/apps/neighborhoods-at-risk.

# Language Proficiency

## What do we measure on this page?

This page reports the results of self-rated English-speaking ability questions in the American Community Survey.

## Why is it important?

Many aspects of life in the US assume basic fluency in English. Thus, people with limited language skills are at risk for inadequate access to health care, social services, or emergency services.

A person's ability to take action during an emergency is compromised by language and cultural barriers.[4]

Poor English skills can make it harder to follow directions or interact with agencies.[4]

Lack of language skills can also instill lack of trust for government agencies.

In many industries, poor English skills can make it harder for people to get higher wage jobs.[1]

Language barriers make it harder to obtain medical or social services; and make it more difficult to interact with caregivers.[1]

Limited English skills may result in isolation from other segments of the US population, and social isolation is a health risk.[1] However some minority communities can be very tightly-knit and not isolated, so this risk factor cannot be generalized across all populations.

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed. The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Neighborhoods at Risk

## Selected Counties

## Young & Elderly Populations

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Population, 2021* | 2,288 | 25,916 | 28,204 | 329,725,481 |
| Under 5 years old | 35 | 1,363 | 1,398 | 19,423,121 |
| 65 years and older | 776 | 5,879 | 6,655 | 52,888,621 |
| 80 years and older | 31 | 585 | 616 | 6,299,788 |
| **Percent of Total, 2021*** | | | | |
| Under 5 years old | 1.5% | 5.3% | 5.0% | 5.9% |
| 65 years and older | 33.9% | 22.7% | 23.6% | 16.0% |
| 80 years and older | 1.4% | 2.3% | 2.2% | 1.9% |
| **Change in Percentage Points, 2010*-2021*** | | | | |
| For example, if the value is 3% in 2010* and 4.5% in 2021*, the reported change in percentage points is 1.5. | | | | |
| Under 5 years old | -4.8 | -0.9 | -1.2 | -0.7 |
| 65 years and older | 16.3 | 6.8 | 7.5 | 3.3 |
| 80 years and older | -2.5 | 0.5 | 0.3 | 0.2 |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

### Population by Group, Percent of Total, 2021*

- United States has the largest share of people under 5 years old (5.9%).
- Montezuma County, CO has the largest share of people 80 years and older (2.3%).




### Population by Group, Change in Percentage Points, 2010*-2021*

- The largest change in the share of people under 5 years old occurred in Dolores County, CO, which went from 6.4% to 1.5%.
- The largest change in the share of people 80 years and older occurred in Dolores County, CO, which went from 3.9% to 1.4%.




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Neighborhoods at Risk, headwaterseconomics.org/apps/neighborhoods-at-risk.

# Young & Elderly Populations

## What do we measure on this page?

This page describes the number of people by specific age category.

The "Under 5 years old" category includes individuals younger than 5 years old. The "65 years and older" category includes individuals age 65 and older and the "80 years and older" category includes individuals age 80 and older. The "80 years and older" category is a subset of the "65 years and older" category.

## Why is it important?

Young children and older adults both are vulnerable segments of the population. Understanding the age profile of a community can help users determine the types of services likely to be needed.[1]

Children's developing bodies makes them particularly sensitive to health problems and environmental stresses.[1]

> Childhood lays the foundations for lifelong health. Poor health during childhood increases the likelihood of problems throughout adulthood.[2]
>
> Because so many factors of a child's life are determined during pregnancy, infancy, and early childhood, children in poverty are an especially vulnerable population. Lack of adequate care through the early phases of life is more prevalent in poor populations.[2]
>
> Children spend more time outside and have a faster breathing rate than adults, so they are more at risk for respiratory problems related to ground level ozone, airborne particulates, wildfire smoke, and allergens. Allergens are associated with climate change due to changing plant communities and longer pollen seasons.[3, 4]
>
> Because their immune systems are not fully developed, children are more sensitive to infectious diseases. Natural disasters can breach public water supplies, compromise sanitation, and spread illness. Children are more vulnerable to these hazards compared to adults.[3]

Older adults also are at increased risk of compromised health related to environmental hazards and climate change.

> Age is the single greatest risk factor related to illness or death from extreme heat.[4]
>
> The elderly are more likely to have pre-existing medical conditions or compromised mobility, which reduces their ability to respond to natural disasters.[3]
>
> The likelihood of chronic disease increases with age.[1, 5]
>
> Older adults are more susceptible to air pollution such as ground level ozone, particulate matter, or dust. Increased dust is associated with drought, wildfires, and high wind events.[3, 6]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Neighborhoods at Risk

## Selected Counties

## Educational Attainment

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Population 25 years or older, 2021* | 1,961 | 18,556 | 20,517 | 225,152,317 |
| No high school degree | **70** | 1,693 | 1,763 | 25,050,356 |
| No high school degree, percent | **3.6%** | 9.1% | 8.6% | 11.1% |
| No high school degree, change in percentage points**, 2010*-2021* | -10.5 | -2.5 | -3.2 | -3.8 |

**For example, if the value is 3% in 2010* and 4.5% in 2021*, the reported change in percentage points is 1.5.

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

### Population with Less than High School Education, Percent of Total, 2021*

- United States has the largest share of people with less than a high school education (11.1%).




### Population with Less than High School Education, Change in Percentage Points, 2010*-2021*

- The largest change in the share of people with less than a high school degree occurred in Dolores County, CO, which went from 14.0% to 3.6%.




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Neighborhoods at Risk, headwaterseconomics.org/apps/neighborhoods-at-risk.

# Educational Attainment

## What do we measure on this page?

This page describes levels of educational attainment, which refers to the highest degree or level of schooling completed by people 25 years and over.

## Why is it important?

High school completion is used as a proxy for overall socioeconomic circumstances. Lack of education is strongly correlated with poverty and poor health.

People without a high school degree are more than twice as likely to live in inadequate housing compared to those with some college education.[5]

A study in California found the lack of a high school degree was the factor most closely related to social vulnerability to climate change.[4]

Thirty-eight percent of Americans without a high school degree do not have health insurance, compared to 10 percent with a college degree.[7]

The rate of diabetes is much greater for those without a high school degree. Incidence of this disease is more than double the rate of those who attended education beyond high school.[5]

Binge drinking is most severe among those without a high school degree. This demographic group had the highest risk of binge drinking across all measured categories (such as income, race, ethnicity, or disability status).[5]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Neighborhoods at Risk

## Selected Counties

## Potentially Vulnerable Households

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Occupied Households, 2021* | 1,144 | 10,461 | 11,605 | 124,010,992 |
| People > 65 years & living alone | 162 | 1,178 | 1,340 | 13,888,306 |
| Single female households | 71 | 946 | 1,017 | 15,273,279 |
| with children < 18 years | **6** | 501 | 507 | 9,436,548 |
| Households with no car | **28** | 433 | 461 | 10,349,174 |

### Percent of Total, 2021*

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| People > 65 years & living alone | 14.2% | 11.3% | 11.5% | 11.2% |
| Single female households | 6.2% | 9.0% | 8.8% | 12.3% |
| with children < 18 years | **0.5%** | 4.8% | 4.4% | 7.6% |
| Households with no car | **2.4%** | 4.1% | 4.0% | 8.3% |

### Change in Percentage Points, 2010*-2021*

For example, if the value is 3% in 2010* and 4.5% in 2021*, the reported change in percentage points is 1.5.

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| People > 65 years & living alone | 12.9 | 9.2 | 9.5 | -1.0 |
| Single female households | 0.3 | -2.9 | -2.8 | -0.5 |
| with children < 18 years | -3.6 | -4.1 | -4.2 | 0.0 |
| Households with no car | 2.1 | -1.7 | -1.5 | -97.0 |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

**Households with No Car as a Percent of Total Household, 2021***

- Dolores County, CO has the largest share of households with no car (14.2%).




**Single Female Households as a Percent of Total Households, 2021***

- United States has the largest share of single female households (12.3%).
- United States has the largest share of single female households with children (7.6%).




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Neighborhoods at Risk, headwaterseconomics.org/apps/neighborhoods-at-risk.

# Potentially Vulnerable Households

## What do we measure on this page?

This page describes household types that are associated with increased hardship, including the elderly living alone, single female households, single female households with children, and households without a car.

## Why is it important?

Older adults are more likely to have compromised health and are less able to overcome disease. Living alone exacerbates health risks, and many health outcomes are worsened by social isolation.

> Social isolation is strongly linked to poor health such as premature death, smaller chances of survival after a heart attack, depression, and greater levels of disability from chronic diseases.[2]
>
> People 65 and older are particularly vulnerable to heat-related illness,[4] which is exacerbated by social isolation.

Households headed by women face challenges related to income, education, and food security. These factors make it more difficult to respond to health, environmental, or climate risks.

> Female-headed households are more likely to be living in poverty. This is most prevalent among black, Hispanic, and Native American households.[16]
>
> In 2014, 35 percent of female-headed households were food insecure, compared to 14 percent of all households.[17]
> Single mothers may be burdened by providing basic needs such as food and housing, which can make the urgency of other risks seem less important.[18]
>
> Single-mother families are disproportionally exposed to hazardous levels of air pollution.[4]
>
> Single mothers tend to be less educated and less affluent than the general population, which puts them at greater risk during natural disasters.[18]

Access to a car is linked with higher wages and more financial stability, and can help families relocate or evacuate in the event of emergencies.

> People who own cars are more likely to be employed, work longer hours, and earn more than those who do not.[19]
>
> Access to a car has measurable benefits for those receiving public assistance. Welfare recipients with access to a car were more likely to work more hours and get higher-paying jobs, and had a greater chance of leaving welfare.[20]
>
> During emergencies, natural disasters, and extreme weather events, people who do not have a car are less likely to evacuate or have access to emergency response centers.[4]
>
> During heat waves, people without a car are less able to go to community cooling centers or cooler areas.[4]
>
> Pedestrian fatalities are more than twice as likely in poor urban neighborhoods than in wealthier parts of cities.[21]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Neighborhoods at Risk

## Selected Counties

## Potentially Vulnerable People

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total civilian noninstitutionalized population, 2021* | 2,288 | 25,767 | 28,055 | 324,818,565 |
| People w/ disabilities | 260 | 4,367 | 4,627 | 41,055,492 |
| People w/o health insurance | 168 | 3,132 | 3,300 | 27,533,142 |
| **Percent of Total, 2021*** | | | | |
| Percent of people w/ disabilities | 11.4% | 16.9% | 16.5% | 12.6% |
| Percent of people w/o health insurance | 7.3% | 12.2% | 11.8% | 8.5% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

### People with Disabilities, Percent of Total, 2021*

- Montezuma County, CO has the largest share of the noninstitutionalized population that is disabled (16.9%).




### People without Health Insurance, Percent of Total, 2021*

- Montezuma County, CO has the largest share of the noninstitutionalized population without health insurance (12.2%).




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C., reported by Headwaters Economics' Neighborhoods at Risk, headwaterseconomics.org/apps/neighborhoods-at-risk.

# Potentially Vulnerable People

## What do we measure on this page?

This page describes groups of people that are associated with increased hardship, including people with disabilities and people without health insurance.

## Why is it important?

Disabled people are subject to health complications that make environmental risks more consequential.

Disabled people are less likely to have health insurance, compared to the non-disabled population.[5]

Being confined to a bed raises heat mortality.[2]

Extreme weather events or natural disasters may result in limited access to medical care. This is particularly consequential for those who already have compromised health.[3]

People who lack health insurance are disadvantaged by several different mechanisms. They may avoid or delay diagnoses, treatment, and/or medication and thus may increase their odds of poor health. They do not have a regular place of care, and they are not benefitting from the standard of care that is afforded many Americans.

Households living in poverty are more likely to be uninsured. More than one quarter of uninsured households live in poverty.[10]

People with lower educational attainment are more likely to be uninsured.[5]

People without health insurance are less likely to have a regular source of care, and less likely to receive preventive, primary, and specialty care services.[32,33] This risk is particularly evident among racial and ethnic minorities.[5]

People without health insurance are more likely to use the hospital emergency department for standard health care needs.[5]

About 25% of uninsured adults report having either delayed or gone without care in the past year because of costs.[23]

Uninsured people are more likely to skip medications due to the costs, and some providers are less likely to prescribe medications to uninsured patients.[24]

People who do not have health insurance suffer greater health consequences from air pollution compared to those with insurance.[4]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# Neighborhoods at Risk

## Selected Counties

## Literature Cited


1 - County of Los Angeles Public Health, Health Atlas for the City of Los Angeles (Los Angeles, CA, June 2013). https://wattscommunitystudio.files.wordpress.com/2013/06/healthatlas.pdf

2 - Richard G. Wilkinson and Michael Gideon Marmot, Social determinants of health: The solid facts (World Health Organization, 2003). http://www.euro.who.int/__data/assets/pdf_file/0005/98438/e81384.pdf

3 - John M. Balbus and Catherine Malina, “Identifying vulnerable subpopulations for climate change health effects in the United States,” Journal of Occupational and Environmental Medicine 51, no. 1 (2009): 33-37.

4 - Heather Cooley, Eli Moore, Matthew Heberger, and Lucy Allen, Social Vulnerability to Climate Change in California (California Energy Commission Pub. # CEC-500-2012-013, 2012).

5 - Centers for Disease Control and Prevention, “CDC Health Disparities and Inequalities Report — United States, 2011,” Morbidity and Mortality Weekly Report 60 Suppl. (January 14, 2011). http://www.cdc.gov/mmwr/pdf/other/su6001.pdf

6 - Michelle L. Bell, Antonella Zanobetti, and Francesca Dominici, “Who is more affected by ozone pollution? A systematic review and meta-analysis,” American Journal of Epidemiology (2014): kwu115.

7 - Evan J. Ringquist, “Assessing evidence of environmental inequities: A meta-analysis.” Journal of Policy Analysis and Management 24, no. 2 (2005): 223-247.

8 - Alice Fothergill, Enrique G.M. Maestas, and JoAnne DeRouen Darlington, “Race, ethnicity and disasters in the United States: A review of the literature,” Disasters 23, no. 2 (1999): 156-173.

9 - Sandra L. Colby and Jennifer M. Ortman. Projections of the Size and Composition of the US Population: 2014 to 2060 (U.S. Census Bureau, March 2015). https://www.census.gov/content/dam/Census/library/publications/2015/demo/p25-1143.pdf

10 - Jessica C. Smith and Carla Medalia, Health Insurance Coverage in the United States: 2013 (U.S. Census Bureau, September 2014). https://www.census.gov/library/publications/2014/demo/p60-250.html

11 - Alice Fothergill and Lori A. Peek, “Poverty and disasters in the United States: A review of recent sociological findings,” Natural Hazards 32, no. 1 (2004): 89-110.

12 - North Carolina Institute of Medicine, Prevention for the Health of North Carolina: Prevention Action Plan (October 2009): Chapter 11 Socioeconomic Determinants of Health. http://www.nciom.org/publications/?prevention

13 - William M. Rohe and Mark Lindblad, “Reexamining the Social Benefits of Homeownership after the Housing Crisis” (presentation, Homeownership Built to Last: Lessons from the Housing Crisis on Sustaining Homeownership for Low-Income and Minority Families–A National Symposium, Cambridge, MA, April 2013).

14 - Craig Evan Pollack, Beth Ann Griffin, and Julia Lynch, “Housing affordability and health among homeowners and renters,” American Journal of Preventive Medicine 39, no. 6 (2010): 515-521.

15 - Adam Reichenberger, “A comparison of 25 years of consumer expenditures by homeowners and renters,” U.S. Bureau of Labor Statistics: Beyond the Numbers: Prices and Spending 1, no. 15 (October 2012). http//www.bls.gov/opub/btn/volume-1/a-comparisonof-25-years-of-consumer-expenditures-by-homeowners-and-renters.htm

16 - Anastasia R. Snyder, Diane K. McLaughlin, and Jill Findeis, “Household composition and poverty among female-headed households with children: Differences by race and residence,” Rural Sociology 71, no. 4 (2006): 597-624.

# Neighborhoods at Risk

## Selected Counties

## Literature Cited (cont.)

17 - Nicholas T. Vozoris and Valerie S. Tarasuk, "Household food insufficiency is associated with poorer health," Journal of Nutrition 133, no. 1 (2003): 120-126.

18 - William Donner and Havidán Rodríguez, "Population composition, migration and inequality: The influence of demographic changes on disaster risk and vulnerability," Social Forces 87, no. 2 (2008): 1089-1114.

19 - Steven Raphael and Lorien Rice, "Car ownership, employment, and earnings," Journal of Urban Economics 52, no. 1 (2002): 109-130.

20 - Tami Gurley and Donald Bruce, "The effects of car access on employment outcomes for welfare recipients," Journal of Urban Economics 58, no. 2 (2005): 250-272.

21 - Mike Maciag, "Pedestrians dying at disproportionate rates in America's poorer neighborhoods," Governing Magazine (August 2014). http://www.governing.com/topics/public-justice-safety/gov-pedestrian-deaths-analysis.html

22 - Marsha Lillie-Blanton and Catherine Hoffman, "The role of health insurance coverage in reducing racial/ethnic disparities in health care," Health Affairs 24, no. 2 (2005): 398-408.

23 - Karlen E. Luthy, N.E. Peterson, J. Wilkinson, "Cost-efficient treatment for uninsured or underinsured patients with hypertension, depression, diabetes mellitus, insomnia, and gastroesophageal reflux," Journal of the American Academy of Nurse Practitioners 20, no. 3 (2008): 136-143.

24 - Edward P. Havranek, "Unseen consequences: The uninsured, foctors, and cardiovascular Disease," Journal of the American College of Cardiology 61, no. 10 (2013): 1076-1077.

HEADWATERS ECONOMICS

# Living Near Public Lands

## Selected Counties

Selected Geographies:

Dolores County, CO; Montezuma County, CO

## United States

Comparison Geographies:

U.S.

Produced by
Headwaters Economics'
**Economic Profile System (EPS)**
https://headwaterseconomics.org/eps
September 19, 2023

# Living Near Public Lands

## Selected Counties

## About the Economic Profile System (EPS)

EPS is a free web tool created by Headwaters Economics to build customized socioeconomic reports of U.S. counties, states, and regions. Reports can be easily created to compare or aggregate different areas. EPS uses published statistics from federal data sources, including the U.S. Census Bureau, Bureau of Economic Analysis, and Bureau of Labor Statistics.

The Bureau of Land Management and Forest Service have made significant financial and intellectual contributions to the operation and content of EPS.

See https://headwaterseconomics.org/eps for more information about the capabilities of EPS. For technical questions, contact Patty Hernandez at eps@headwaterseconomics.org or telephone 406-599-7425.

HEADWATERS ECONOMICS

headwaterseconomics.org

**Headwaters Economics** is an independent, nonprofit research group. Our mission is to improve community development and land management decisions.

www.blm.gov

**The Bureau of Land Management**, an agency within the U.S. Department of Interior, administers 249.8 million acres of America's public lands, located primarily in western states. It is the mission of the Bureau of Land Management to sustain the health, diversity, and productivity of public lands for the use and enjoyment of present and future generations.

www.fs.fed.us

**The Forest Service**, an agency of the U.S. Department of Agriculture, administers national forests and grasslands encompassing 193 million acres. The Forest Service's mission is to sustain the health, diversity, and productivity of the nation's forests and grasslands to meet the needs of present and future generations.

# Living Near Public Lands

## Selected Counties

## Table of Contents


### Federal Public Land Amenities

- Land Ownership ........ 4
- Types of Federal Lands ........ 6

### Population and Development

- Population Trends ........ 8
- Births, Deaths, and Migration ........ 10
- Residential Development ........ 12

### Economic Sectors

- Service Sector ........ 14
- Non-Labor Income ........ 16
- Travel and Tourism ........ 18

### Benchmarks

- Comparisons ........ 20

Data Sources & Methods ........ 22

Endnotes ........ 23


**Note to Users:**

This is one of 14 reports that can be created and downloaded from EPS. Topics include land use, demographics, specific industry sectors, the role of non-labor income, the wildland-urban interface, the role of amenities in economic development, and payments to county governments from federal lands. The EPS reports are downloadable as Excel or PDF documents. See https://headwaterseconomics.org/eps.

# Living Near Public Lands

## Selected Counties

## Land Ownership

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Area (Acres) | 683,660 | 1,305,507 | 1,989,167 | 2,303,091,014 |
| Private Lands | 244,528 | 348,796 | 593,324 | 1,406,717,148 |
| Conservation Easement | 23,200 | 21,458 | 44,658 | 21,237,199 |
| Federal Lands | 418,125 | 502,031 | 920,156 | 632,461,561 |
| Forest Service | 329,472 | 257,334 | 586,806 | 192,648,950 |
| BLM | 88,653 | 190,676 | 279,329 | 242,857,628 |
| National Park Service | 0 | 54,021 | 54,021 | 78,366,536 |
| Military | 0 | 0 | 0 | 24,412,029 |
| Other Federal | 0 | 0 | 0 | 94,176,418 |
| State Lands | 21,006 | 8,963 | 29,969 | 184,973,953 |
| State Trust Lands* | 9,551 | 8,011 | 17,562 | 51,983,763 |
| Other State | 11,455 | 952 | 12,407 | 132,990,190 |
| Tribal Lands | 0 | 445,180 | 445,180 | 67,946,824 |
| City, County, Other | 0 | 538 | 538 | 10,989,958 |

### Percent of Total

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Private Lands | 35.8% | 26.7% | 29.8% | 61.1% |
| Conservation Easement | 3.4% | 1.6% | 2.2% | 0.9% |
| Federal Lands | 61.2% | 38.5% | 46.3% | 27.5% |
| Forest Service | 48.2% | 19.7% | 29.5% | 8.4% |
| BLM | 13.0% | 14.6% | 14.0% | 10.5% |
| National Park Service | 0.0% | 4.1% | 2.7% | 3.4% |
| Military | 0.0% | 0.0% | 0.0% | 1.1% |
| Other Federal | 0.0% | 0.0% | 0.0% | 4.1% |
| State Lands | 3.1% | 0.7% | 1.5% | 8.0% |
| State Trust Lands* | 1.4% | 0.6% | 0.9% | 2.3% |
| Other State | 1.7% | 0.1% | 0.6% | 5.8% |
| Tribal Lands | 0.0% | 34.1% | 22.4% | 3.0% |
| City, County, Other | 0.0% | 0.0% | 0.0% | 0.5% |

* Most state trust lands are held in trust for designated beneficiaries, principally public schools. Managers typically lease and sell these lands for a diverse range of uses to generate revenues for the beneficiaries.

- Dolores County, CO has the largest share of federal public lands (61.2%), and United States has the smallest (27.5%).
- United States has the largest share of state public lands (8%), and Montezuma County, CO has the smallest (0.7%).
- United States has the largest share of private lands (61.1%), and Montezuma County, CO has the smallest (26.7%).

Land Ownership, Percent of Land Area




U.S. Geological Survey, Gap Analysis Program. 2018. Protected Areas Database of the United States (PADUS) version 2.0; Rasker, R. 2006. "An Exploration Into the Economic Impact of Industrial Development Versus Conservation on Western Public Lands." Society and Natural Resources. 19(3): 191-207

# Living Near Public Lands

## Selected Counties

## Land Ownership

### What do we measure on this page?

This page describes the share of the selected location that is private and the share that is managed by various public agencies.

**Public Land Amenities**: The qualities of public lands that make a region an attractive place to live, recreate, and work such as scenic vistas, recreational opportunities, and wildlife habitat. Nearby public lands may impact a local economy by creating a setting that attracts and retains people and businesses. Recreational opportunities may attract tourists. And the opportunities to hunt, fish, and view wildlife may be important to local residents and serve as a magnet that keeps them from leaving.[1, 2, 3]

This report displays a number of indicators that are commonly present when public land amenities play a role in economic development. No single indicator is sufficient proof of an economic contribution by public lands. Rather, when taken as a whole, these data may indicate that one of the economic contributions of public lands is a setting that attracts and retains people and business. The information presented in this report should be coupled with additional research, including surveys of area residents and business leaders, to discern whether and how public land amenities play an economic role in an area.

No publicly available federal database contains statistics on the area of land by ownership. The data presented in this report were calculated using Geographic Information System (GIS) tools. Two primary GIS datasets were used: U.S. Census Bureau's TIGER/Line County Boundaries4 and U.S. Geological Survey's Protected Areas Database (PADUS).[5]

Although every attempt was made to use the best available land ownership data, the data sometimes have errors or become outdated. Please report any inaccuracies to eps@headwaterseconomics.org.

### Why is it important?

Public lands provide recreational, environmental, and lifestyle amenities that can stimulate economic growth.[6] While amenities alone are typically not sufficient to foster growth, they have increasingly been shown to contribute to population growth and economic development.

Many factors can contribute to economic growth, including access to raw materials, workforce quality, availability of investment capital, and transportation networks. In recent decades, amenities have also become increasingly important for people who can choose where to live and work and for businesses that are not subject to location constraints.[7] Employers now advertise public land amenities to attract and retain a talented workforce. Communities are taking advantage of nearby public lands to attract new businesses and retirement and investment income.[8] Thus, amenities provided by public lands can be considered an economic asset.[9]



FS-003540

# Living Near Public Lands

## Selected Counties

## Types of Federal Lands

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Area of Type A, B, and C (Acres) | 538,149 | 527,843 | 1,065,992 | 690,953,496 |
| Type A | 53,137 | 220,585 | 273,722 | 259,556,739 |
| Type B | 100,904 | 65,660 | 166,564 | 63,979,938 |
| Type C | 384,108 | 241,598 | 625,706 | 367,416,819 |
| **Percent of Total** | | | | |
| Type A | 9.9% | 41.8% | 25.7% | 37.6% |
| Type B | 18.8% | 12.4% | 15.6% | 9.3% |
| Type C | 71.4% | 45.8% | 58.7% | 53.2% |

* Year for data varies by geography and source. See data sources below for more information.

- Montezuma County, CO has the largest share of Type A land (41.8%), and Dolores County, CO has the smallest (9.9%).
- Dolores County, CO has the largest share of Type B land (18.8%), and United States has the smallest (9.3%).
- Dolores County, CO has the largest share of Type C land (71.4%), and Montezuma County, CO has the smallest (45.8%).




Type A lands include National Parks and Preserves (NPS), Wilderness (NPS, FWS, FS, BLM), National Conservation Areas (BLM), National Monuments, (NPS, FS, BLM), National Recreation Areas (NPS, FS, BLM), National Wild and Scenic Rivers (NPS, FS, BLM), Waterfowl Production Areas (FWS), Wildlife Management Areas (FWS), Research Natural Areas (FS, BLM), Areas of Critical Environmental Concern (BLM), and National Wildlife Refuges (FWS).

Type B lands include Wilderness Study Areas (NPS, FWS, FS, BLM), Inventoried Roadless Areas (FS).

Type C lands include Public Domain Lands (BLM), O&C Lands (BLM), National Forests and Grasslands (FS).

NPS = National Park Service; FS = Forest Service; BLM = Bureau of Land Management; FWS = Fish and Wildlife

Data Sources: U.S. Geological Survey, Gap Analysis Program. 2018. Protected Areas Database of the United States (PADUS) version 2.0; Rasker, R. 2006. "An Exploration Into the Economic Impact of Industrial Development Versus Conservation on Western Public Lands." Society and Natural Resources. 19(3): 191-207.

# Types of Federal Lands

## What do we measure on this page?

This page describes the acreage and share of federal public lands managed for various purposes under differing statutory authority. For purposes of this section, federal public lands have been defined as Type A, B, or C.[10, 11] Private lands and areas managed by state agencies and local government are not included in this classification.

**Type A** lands tend to have more managerial and commercial use restrictions than Type C lands, represent smaller proportions of total land management areas (except within Alaska), and have a designation status less easily changed than Type B lands. They may be described as areas having uncommon bio-physical and/or cultural character worth preserving. In the peer-reviewed academic literature these lands are often referred to as “protected public lands.”[3]

**Type B** lands are similar to Type A lands in terms of activities allowed. They may be described as areas worth preserving that have limited development and motorized transportation.

**Type C** lands generally have no special designations. They represent the bulk of federal land management areas and may allow a wider range of uses or compatible activities including timber production, mining and energy development, grazing, recreation, and large-scale watershed projects and fire management options. Type C lands may be described as areas where the landscape may be altered within the objectives and guidelines of multiple use.

The classifications offered on this page are categories of relative degrees of management priority, categorized by land designation. Lands such as wilderness and national monuments, for example, are more likely to be managed for conservation and recreation, even though there may exist exceptions (e.g., a pre-existing mine in a wilderness area or oil and gas development in a national monument). Forest Service and BLM lands without designations are more likely to allow commercial activities such as mining and timber harvesting.

## Why is it important?

Some types of federal lands, such as national parks, national monuments, and wilderness, can be associated with above-average economic growth. These lands by themselves do not guarantee economic growth but when combined with other factors, such as an educated workforce and access to major markets via airports, they have been shown to be statistically significant predictors of growth.[3, 12, 13, 14, 15]

The acreage in particular land types may not be the only indicator of quality. For example, Wild and Scenic Rivers may provide amenity values far greater than their land acreage would indicate.

# Living Near Public Lands

## Selected Counties

## Population Trends

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Population 1990 | 1,505 | 18,732 | 20,237 | 249,622,814 |
| Population 2000 | 1,847 | 23,847 | 25,694 | 282,162,411 |
| Population 2021 | 2,397 | 26,175 | 28,572 | 331,893,745 |
| Population Change 1990-2021 | 892 | 7,443 | 8,335 | 82,270,931 |
| Percent Change 1990-2021 | 59.3% | 39.7% | 41.2% | 33.0% |

- Between 1990 and 2021, Dolores County, CO had the largest percent change in population (59.3%), and United States has the smallest (33%).

Population Percent Change, 1990-2021




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

# Living Near Public Lands

## Selected Counties

## Population Trends

### What do we measure on this page?

This page depicts the size of the population of the selected location(s) and population change since 1990.

### Why is it important?

Rapid population increase may indicate that amenities of public lands play a role in stimulating growth in an area.[16] This trend can be seen in many counties and regions during the 1990s and early 2000s.[17]

Population growth by itself is not sufficient evidence that the amenities of public lands contribute to growth. This indicator should be considered together with all other indicators in this report, and with the recommended additional reading, as a resource that helps the user understand amenity-driven growth.[18]

# Living Near Public Lands

## Selected Counties

## Births, Deaths, and Migration

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Population Change, 2010-2022 | 386 | 892 | 1,278 | 23,960,414 |
| Average Annual Population Change | 9 | 125 | 67 | 1,888,987 |
| From Natural Change | -6 | -3 | -4 | 1,052,770 |
| Births | 16 | 284 | 150 | 3,867,655 |
| Deaths | 22 | 287 | 154 | 2,814,884 |
| From Net Migration | 14 | 130 | 72 | 836,216 |
| International Migration | 0 | 4 | 2 | 836,216 |
| Domestic Migration | 14 | 126 | 70 | na |
| From Residual | 0 | -2 | -1 | 0 |
| **Factors Contributing to Population Change*, 2010-2022** | | | | |
| Natural Change | 30.0% | 2.2% | 5.2% | 55.7% |
| Net Migration | 70.0% | 96.3% | 93.5% | 44.3% |
| Residual | 0.0% | 1.5% | 1.3% | 0.0% |

* The absolute value of the individual component of population change divided by the sum of the absolute values of the three components (natural change, net migration, and the residual).

- From 2010 to 2022, United States had the largest share of population change from natural change (55.7%), and Montezuma County, CO had the smallest (2.2%).
- From 2010 to 2022, Montezuma County, CO had the largest share of population change from migration (96.3%), and United States had the smallest (44.3%).

Factors Contributing to Population Change*, 2010-2022




Data Sources: U.S. Department of Commerce. 2014. Census Bureau, Population Division, Washington, D.C.

# Births, Deaths, and Migration

## What do we measure on this page?

This page describes components of population change. Total population change is the sum of natural change (births minus deaths) and migration (international and domestic).

The purpose of this page is to discern how much of the growth in population is due to net in-migration, shown in the orange bar in the chart Factors Contributing to Population Change.

The U.S. Census Bureau makes a minor statistical correction called a "residual" as part of its estimates of foreign-born immigrants.[19] Because of this correction, natural change plus net migration may not add to total population.[20]

## Why is it important?

A growing body of literature has shown that public lands can play a role in stimulating amenity migration, defined as the permanent movement to a locality by people who have been influenced to move in part by the presence of environmental, recreational, social, and cultural amenities.[21, 22, 23, 24]

It is useful to understand the components of population change because they show whether growth (or decline) is led by migration, and whether it derives from international or domestic migration. If migration accounts for significant population growth, it may be helpful to look for links with other potential amenity variables such as a rise in relatively footloose business (such as services) and the growth of non-labor income such as investments and retirement.

In-migration by itself is not sufficient evidence that public land amenities contribute to growth.  There are other reasons for migration that may not be related to amenities, such as the migration of oil and gas workers into an area for fossil fuels production.

# Living Near Public Lands

## Selected Counties

## Residential Development

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Residential Acres 2000 | 1,125 | 49,074 | 50,199 | 190,918,648 |
| Residential Acres 2010 | 2,624 | 68,531 | 71,155 | 214,475,717 |
| Change in Res. Acres 2000-2010 | 1,499 | 19,457 | 20,956 | 23,557,069 |
| Percent Change | 133.2% | 39.6% | 41.7% | 12.3% |
| Residential Acres/Person, 2000 | 0.61 | 2.06 | 1.95 | 0.67 |
| Residential Acres/Person, 2010 | 1.27 | 2.68 | 2.58 | 0.69 |
| Change in Res. Ac./Person 2000-2010 | 0.66 | 0.63 | 0.63 | 0.02 |
| Total Residential Units 2021* | 1,679 | 12,212 | 13,891 | 139,647,020 |
| Second Homes in 2021* | 322 | 651 | 973 | 5,092,152 |
| Percent Second Homes | 19.2% | 5.3% | 7.0% | 3.6% |

* The data in this table are calculated by ACS using annual surveys conducted during 2017-2021 and are representative of average characteristics during this period.

- From 2000 to 2010, Dolores County, CO had the largest percent change in residential development (133.2%), and United States had the smallest (12.3%).




- From 2000 to 2010, Montezuma County, CO had the largest average acreage in residential development per person (2.68 acres), and United States had the smallest (0.69 acres).




- In 2000, Dolores County, CO had the largest share of second homes as a percent of total homes (19.2%), and United States had the smallest (3.6%).




Data Sources: Theobald, DM. 2013. Land use classes for ICLUS/SERGoM v2013. Unpublished report, Colorado State University; U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.



FS-003547

# Residential Development

## What do we measure on this page?

This page describes the conversion of open space to residential development, residential acres per person, and the percent of homes that are second homes.

The rate of development is expressed as the percent change in acres used for residential development from 2000 to 2010 (the latest years available from the Decennial Census). Land consumption is expressed in terms of residential acres per person. These figures refer only to residential development and do not include lot sizes greater than 40 acres. Per capita consumption of land used for housing is a measure of the pattern of development. Areas with negative values of change in residential acres/person indicate more dense development in 2010 than in 2000. Large positive values of change indicate that an area was substantially more sprawled in 2010 than it was in 2000.

**Second Homes**: Residences intended for use only in certain seasons or for weekends or other occasional use throughout the year.

Comparisons are made between 2000 and 2010. These are the latest published data available from the Decennial Census.

## Why is it important?

One of the characteristics of growth that is associated with the presence of public land amenities is a rapid conversion of open space (including agricultural lands) for residential development, and a relatively high proportion of homes as second homes.

Several papers are available that describe reasons for open space loss and the impact of housing on protected areas.[25, 26, 27]

# Living Near Public Lands

## Selected Counties

## Service Sector

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Non-Government Employment, 2021 | 1,001 | 12,378 | 13,379 | 177,094,600 |
| Services Related | ˜478 | ˜9,071 | ˜9,549 | 147,900,500 |
| Non-Services Related | ˜465 | ˜3,307 | ˜3,772 | 29,194,100 |

### Percent of Total

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Services Related | ˜47.8% | ˜73.3% | ˜71.4% | 83.5% |
| Non-Services Related | ˜46.5% | ˜26.7% | ˜28.2% | 16.5% |

- From 2001 to 2021, services related jobs in the region grew by 16 percent. Over the same period, non-services related jobs grew by 12 percent.

Services & Non-Services Related Jobs, Combined Counties




- In 2021, United States had the largest share of total jobs in services related industries (83.5%), and Dolores County, CO had the smallest (47.8%).

Services & Non-Services Related Jobs, Percent of Total Non-Government Employment, 2021




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

# Service Sector

## What do we measure on this page?

This page describes the number of jobs and share of total jobs in services related industries and non-services related industries.

**Services**: Utilities; Wholesale Trade; Retail Trade; Transportation & Warehousing Information; Finance & Insurance; Real Estate, Rental & Leasing; Professional, Scientific, & Tech.; Mgmt. of Companies & Enterprises; Administrative & Support Services; Educational Services; Health Care & Social Assistance; Arts, Entertainment, & Recreation; Accommodation & Food Services; and Other Services.

**Non-Services**: Mining; Construction; Manufacturing; and Agriculture, Forestry, Fishing, and Hunting.

The EPS Services report provides more detail on the components of services; the EPS Tourism report provides more information on industries that include travel and tourism, including some service industries: https://headwaterseconomics.org/eps.

Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics uses data from the U.S. Department of Commerce to estimate these data gaps.[28] These values are indicated with tildes (~).

## Why is it important?

One characteristic of growth associated with the presence of public land amenities is above-average growth in services occupations and businesses.[29, 30] Some services-related jobs are associated with a growth in recreation and tourism. There are also services occupations and businesses that, due to telecommunications technology and transportation networks, are relatively "footloose," i.e., able to move to locations in part for quality of life reasons, including the amenities provided by public lands. Examples of potentially footloose occupations and businesses include architects, software developers, engineers, financial and management consultants, and researchers.[31]

Growth in services by itself is not sufficient evidence that the amenities of public lands contribute to growth. This indicator should be taken together with all other indicators in this report, and with the recommended additional reading, as a resource that helps the user understand amenity-driven growth. This work may have to be supplemented with additional resources, such as surveys of local residents and businesses.

# Living Near Public Lands

## Selected Counties

## Non-Labor Income

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Personal Income, 2021, (thous. of 2022 $s) | 102,208 | 1,440,583 | 1,542,791 | 22,991,805,720 |
| Non-Labor Income | 51,856 | 764,819 | 816,675 | 9,221,688,000 |
| Dividends, Interest, and Rent | 17,212 | 300,797 | 318,009 | 4,234,988,880 |
| Age-Related Transfer Payments | 16,836 | 207,240 | 224,076 | 2,154,845,160 |
| Hardship-Related Transfer Payments | 9,839 | 153,473 | 163,312 | 1,667,521,080 |
| Other Transfer Payments | 7,969 | 103,308 | 111,278 | 1,164,332,880 |
| Labor Earnings | 50,352 | 675,764 | 726,115 | 13,770,117,720 |

### Percent of Total

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Non-Labor Income | 50.7% | 53.1% | 52.9% | 40.1% |
| Dividends, Interest, and Rent | 16.8% | 20.9% | 20.6% | 18.4% |
| Age-Related Transfer Payments | 16.5% | 14.4% | 14.5% | 9.4% |
| Hardship-Related Transfer Payments | 9.6% | 10.7% | 10.6% | 7.3% |
| Other Transfer Payments | 7.8% | 7.2% | 7.2% | 5.1% |
| Labor Earnings | 49.3% | 46.9% | 47.1% | 59.9% |

- From 1970 to 2021, non-labor income in the Combined Counties grew by 791 percent. Over the same period, labor income grew by 260 percent.

Non-Labor & Labor Income, Combined Counties




- In 2021, Montezuma County, CO had the largest share of total personal income in non-labor income (53.1%), and United States had the smallest (40.1%).

- In 2021, Combined Counties had the largest share of non-labor income in dividends, interest, and rent (20.6%), and the smallest share in other transfer payments (7.2%).

Non-Labor & Labor Income, Percent of Total Personal Income, 202




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

# Non-Labor Income

## What do we measure on this page?

This page describes components of non-labor income and compares non-labor income to labor earnings. It also shows how non-labor income has changed over time compared to labor earnings.

**Non-Labor Income**: Dividends, interest, rent, and transfer payments (includes government retirement and disability insurance benefits, medical payments such as mainly Medicare and Medicaid, income maintenance benefits, unemployment insurance benefits, etc.). Non-labor income is reported by place of residence.

**Dividends, Interest, and Rent**: Personal dividend income, personal interest income, and rental income of persons with capital consumption adjustments. Dividends, interest, and rent are sometimes referred to as "investment income" or "property income."

**Age-Related Transfer Payments**: Payments, including Social Security and Medicare, associated with older populations.

**Hardship-Related Transfer Payments**: Payments associated with poverty and welfare, including Medicaid and income maintenance.

**Other Transfer Payments**: Payments from veteran's benefits, education and training, Workers Compensation insurance, railroad retirement and disability, other government retirement and disability, and other receipts of individuals and nonprofits.

**Labor Earnings**: Net earnings by place of residence, which is earnings by place of work (the sum of wage and salary disbursements, supplements to wages and salaries, and proprietors' income) less contributions for government social insurance, plus an adjustment to convert earnings by place of work to a place of residence basis.

The EPS Non-Labor report provides a more detailed analysis of non-labor income and its components: https://headwaterseconomics.org/eps.

## Why is it important?

One characteristic of population and income growth influenced by public land amenities is a rapid growth of non-labor income, in particular investment income (dividends, interest, and rent) and age-related transfer payments.[32] Because retirees are not tied to a place for work, they are relatively mobile and are often freer to choose where they live.[33] Amenities provided by public lands can attract (and retain) retirees. This is particularly important as the Baby Boom generation (born 1946 to 1964) continues to retire.[34, 35]

# Living Near Public Lands

## Selected Counties

## Travel and Tourism

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Employment, 2022 | 589 | 9,264 | 9,853 | 149,986,826 |
| Travel & Tourism Related | ~72 | ~1,917 | ~1,989 | ~20,371,200 |
| Retail Trade | ~17 | 273 | ~290 | ~3,692,385 |
| Passenger Transportation | 0 | 0 | 0 | ~539,659 |
| Arts, Entertainment, & Recreation | ~2 | ~573 | ~575 | ~2,633,260 |
| Accommodation & Food | ~53 | 1,071 | ~1,124 | ~13,505,896 |
| Non-Travel & Tourism | 517 | 7,347 | 7,864 | 129,615,626 |

### Percent of Total

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Travel & Tourism Related | ~12.2% | ~20.7% | ~20.2% | ~13.6% |
| Retail Trade | ~2.9% | 2.9% | ~2.9% | ~2.5% |
| Passenger Transportation | 0.0% | 0.0% | 0.0% | ~0.4% |
| Arts, Entertainment, & Recreation | ~0.3% | ~6.2% | ~5.8% | ~1.8% |
| Accommodation & Food | ~9.0% | 11.6% | ~11.4% | ~9.0% |
| Non-Travel & Tourism | 87.8% | 79.3% | 79.8% | 86.4% |

- From 2001 to 2022, industries associated with travel and tourism in the region shrank by 5 percent. Over the same period, non-travel and tourism industries grew by 6 percent.

Jobs in Industries that include Travel & Tourism and Non-Travel & Tourism, Combined Counties




- In 2022, Montezuma County, CO had the largest share of jobs in industries associated with travel and tourism (20.7%), and Dolores County, CO had the smallest (12.2%).

Jobs in Industies that include Travel & Tourism and Non-Travel & Tourism, Percent of Total Employment, 2022




Data Sources: U.S. Department of Labor. 2023. Bureau of Labor Statistics, Quarterly Census of Employment and Wages, Washington, D.C.

# Living Near Public Lands

## Selected Counties

# Travel and Tourism

## What do we measure on this page?

This page describes the number of jobs and share of total jobs in industries that include travel and tourism. It also compares employment trends in industries that include travel and tourism to all other industries.

The EPS Tourism report provides details on industries that include travel and tourism businesses: https://headwaterseconomics.org/eps.

**Travel and Tourism**: Sectors that provide goods and services to visitors as well as to the local population.

The exact proportion of jobs in these sectors attributable to expenditures by visitors, including business and pleasure travelers, is not known without additional research such as surveys. Some researchers refer to these sectors as “tourism-sensitive.” They could also be called “travel and tourism-potential sectors” because they have the potential of being influenced by expenditures by non-locals. In this report, they are referred to as "industries that include travel and tourism."

There is no single industrial classification for travel and tourism under the North American Classification System (NAICS).[36] However, there are sectors that, at least in part, provide goods and services to visitors to a local economy. Specific industries that are closely related to travel and tourism include Gasoline Stations, Clothing & Accessory Stores, and Miscellaneous Store Retailers; Air Transportation, and Scenic & Sightseeing Transportation; Performing Arts & Spectator Sports, Museums, Parks, & Historical Sites, and Amusement, Gambling, & Recreation; and Accommodation, Food Services & Drinking Places.

Data on this page were obtained from the Bureau of Labor Statistics' Quarterly Census of Employment and Wages, which does not report data for proprietors (the self-employed). QCEW may under-count the size of industry sectors for industries in which self-employment is common. In those cases, the data may be most useful for showing long-term trends, displaying differences between places, and showing relationships between sectors over time.

The line chart begins in 2001 because that is the year the Quarterly Census of Employment and Wages shifted to using the North American Industrial Classification System (NAICS).

Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics provides estimates for these data gaps.[28] Estimates for data that were not disclosed are indicated with tildes (~).

## Why is it important?

This page is useful for explaining whether sectors associated with travel or tourism are growing or shrinking in the selected location(s).

Public lands can play a role in stimulating local employment by providing opportunities for recreation.[37] Communities adjacent to public lands benefit economically from visitors who spend money in hotels, restaurants, ski resorts, gift shops, and elsewhere. In addition, some migrants to communities with high levels of environmental and recreational amenities visit first as tourists and then return permanently with their families and businesses.[38] Public lands can therefore also stimulate growth in non-tourism sectors via in-migration.[39]

# Living Near Public Lands

## Selected Counties

## Comparisons

| Potential Indicators of Amenity Growth | Combined Counties | United States | Difference (Difference in Percent) |
|---|---|---|---|
| Federal Public Land (% Total Land Area) | 46.3% | 27.5% | 18.8% |
| Protected Federal Public Land (Class A % Fed. Land Area) | na | 41.0% | na |
| Population (% Change 1990-2021 | 41.2% | 33.0% | 8.2% |
| Migration (% of Population Change 2010-2022) | 100.0% | 44.3% | 55.7% |
| Residential Acres (% Change of Total Land Area 2000-2010) | 41.7% | 12.3% | 29.4% |
| Residential Acres/Person (% Change 2000-2010) | 32.0% | 2.0% | 30.0% |
| Second Homes (% of Total 2021) | 7.0% | 3.6% | 3.4% |
| Services (% of Total Non-Government Jobs, Change 2001-2021) | -0.5% | 5.6% | -6.1% |
| Non-Services (% of Total Non-Government Jobs, Change 2001-2021) | -1.2% | -5.6% | 4.4% |
| Non-Labor Income (% Change 1970-2021) | 791.5% | 487.7% | 303.8% |
| Labor Earnings (% Change 1970-2021) | 260.2% | 182.4% | 77.8% |
| Travel & Tourism (Jobs % Change 2001-2022) | -9.0% | 8.8% | -17.8% |
| Non-Travel & Tourism (Jobs % Change 2001-2022) | 2.6% | -1.3% | 3.9% |

Combined Counties vs. United States




Difference in Percent

Combined Counties vs. United States




- The region is most different from United States in non-labor income (% change 1970-2021), (303.8% greater), and is least different in second homes (% of total 2021), (3.4% greater).

Data Sources: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.; U.S. Department of Labor. 2023. Bureau of Labor Statistics, Quarterly Census of Employment and Wages, Washington, D.C.; Theobald, DM. 2013. Land use classes for ICLUS/SERGoM v2013. Unpublished report, Colorado State University; U.S. Geological Survey, Gap Analysis Program. 2018. Protected Areas Database of the United States (PADUS) version 2.0; U.S. Department of Commerce. 2014. Census Bureau, Population Division, Washington, D.C.; U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

# Comparisons

## What do we measure on this page?

This page compares indicators that, when taken as a whole (and supplemented with published literature), offer ways of thinking about the economic contribution of public land amenities.

The charts illustrate difference between the selected location(s) and the selected comparison area. If no custom comparison area was selected, EPS defaults to comparing against the U.S.

## Why is it important?

Public land amenities are the qualities of public lands that make a region an attractive place to live, recreate, and work. This report offers a number of indicators that can provide insight into whether and how amenities on public lands contribute to the local and regional economy.

When a location has a high proportion of public lands, and when many of these lands are designated as wilderness, national park, and national monument (Type A), then it is likely that the level of environmental and recreation amenities is high. When a location also has a high rate of population growth due largely to in-migration, combined with a conversion of lands for residential development and a high proportion of second homes, then it is likely that amenity-driven growth is taking place. In addition, when the economy has a high rate of growth in service industry jobs, travel- and tourism-related sectors, and non-labor income, then amenities are likely to play a role in economic development.

When many of the indicators in the selected region are comparatively high, then it is likely that public land amenities are contributing to economic growth.

However, even when taken as a group, these indicators may not be sufficient evidence that the amenities of public lands contribute to growth. These indicators should be studied together with the existing literature to fully understand amenity-driven growth.[40, 41, 42, 43, 44] This work may have to be supplemented with local research, such as surveys of local residents and businesses, to measure the economic role of public land amenities.



FS-003556

# Living Near Public Lands

## Selected Counties

## Data Sources & Methods

This EPS report also uses published statistics on population, employment, and personal income from government sources that are available to the public and cover the entire country. The contact information for these databases is:

- **Quarterly Census of Employment and Wages**
  Bureau of Labor Statistics, U.S. Department of Labor
  http://www.bls.gov/cew
  Contacts:
  https://www.bls.gov/bls/contact.htm

- **Regional Economic Accounts**
  Bureau of Economic Analysis, U.S. Department of Commerce
  https://www.bea.gov/regional/
  Contacts:
  https://www.bea.gov/contacts/search.htm

- **Population Estimates**
  Census Bureau, U.S. Department of Commerce.
  https://www.census.gov/programs-surveys/popest.html
  Contacts:
  https://www.census.gov/about/contact-us.html

- **2010 Decennial U.S. Census**
  U.S. Census Bureau, U.S. Department of Commerce.
  https://www.census.gov/history/www/programs/demographic/decennial_census.html
  Contacts:
  https://www.census.gov/about/contact-us.html

The EPS Living Near Public Lands report uses national data sources derived from Geographic Information Systems (GIS) to represent land ownership and residential development. The contact information for these databases is:

- **TIGER/Line County Boundaries**
  Bureau of the Census, U.S. Department of Commerce
  https://www.census.gov/geographies/mapping-files/time-series/geo/tiger-line-file.html

- **Protected Areas Database**
  U.S. Geological Survey, Gap Analysis Program
  https://gapanalysis.usgs.gov/padus/

**EPS core approaches**
EPS is designed to focus on long-term trends across a range of important measures. Trend analysis provides a more comprehensive view of changes than spot data for select years. We encourage users to focus on major trends rather than absolute numbers. EPS displays detailed industry-level data to show changes in the composition of the economy over time and the mix of industries at points in time. EPS employs cross-sectional benchmarking – comparing smaller areas such as counties to larger regions, states, and the nation – to give a sense of relative performance. EPS allows users to aggregate data for multiple locations to allow for more sophisticated cross-sectional comparisons.

**Adjusting dollar figures for inflation**
Because a dollar in the past was worth more than a dollar today, data reported in current dollar terms should be adjusted for inflation. The U.S. Department of Commerce reports personal income figures in terms of current dollars. All income data in EPS are adjusted to real (or constant) dollars using the Consumer Price Index. Figures are adjusted to the latest date for which the annual Consumer Price Index is available.

**Data gaps and estimation**
Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics provides estimates for these data gaps. These are indicated with tildes (~) in tables. Documentation explaining methods developed by Headwaters Economics for estimating disclosure gaps is available at https://headwaterseconomics.org/eps.

# Living Near Public Lands

## Selected Counties

## Endnotes

1 - For a general analysis of the role of amenities in economic development, see McGranahan DA. 1999. *Natural Amenities Drive Rural Population Change*. USDA Economic Research Service, Agricultural Economic Report No. 781. For a review of literature on the role of amenities in National Forests, see: Garber-Yonts, B. E. 2004. *The Economics of Amenities and Migration in the Pacific Northwest: Review of Selected Literature with Implications for Natural Forest Management*. USDA, Forest Service, Pacific Northwest Research Station, General Technical Report, PNW-GTR-617. https://www.ers.usda.gov/webdocs/publications/41047/13201_aer781.pdf?v=42061.

2 - For resources describing the economic benefits of public lands, see: https://headwaterseconomics.org/public-lands/public-lands-research/.

3 - For an annotated bibliography of peer-reviewed literature on the value of amenities provided by public lands, see: https://headwaterseconomics.org/wp-content/uploads/Annotated_Bib_Value_Public_Lands.pdf.

4 - U.S. Census Bureau TIGER/Line Boundaries are available at https://census.gov/geo/maps-data/data/tiger-line.html.

5 - The U.S. Geological Survey Protected Areas Database (PADUS) is available at https://gapanalysis.usgs.gov/padus/.

6 - For an analysis of the economic role of protected public lands, see Eichman H, Hunt GL, Kerkvliet J, and Plantinga AJ. 2010. Local Employment Growth, Migration, and Public Land Policy: Evidence from the Northwest Forest Plan. *Journal of Agricultural and Resource Economics* 35(2):316-333. A recent book on the value of public lands may also be useful: Davis S. 2018. *In Defense of Public Lands: The Case Against Privatization and Transfer*. Philadelphia, PA: Temple University Press.

7 - For a review of the literature on the relationship between public land amenities and economic development and migration, see Garber-Yonts BE. 2004. *The Economics of Amenities and Migration in the Pacific Northwest: Review of Selected Literature with Implications for National Forest Management*. PNW-GTR-617. Corvallis, OR: USDA Forest Service Pacific Northwest Research Station. https://www.fs.fed.us/pnw/pubs/pnw_gtr617.pdf

8 - For an example of a survey conducted to assess the public's perceptions of quality of life and how public lands actions may affect these, see Reed P and Brown G. 2003. Public land management and quality of life in neighboring communities - The Chugach National Forest planning experience. *Forest Science* 49(4):479-498.

9 - For an extensive slide show and references on the economic contribution of federal public lands, see https://headwaterseconomics.org/wp-content/uploads/Public_Lands_Slideshow.pdf

10 - The definitions of land classifications (Type A, B, and C) are not legal or agency-approved and are provided only for comparative purposes.

## Endnotes (cont.)

11 - Land defined as either Type A, B, or C includes areas managed by the National Park Service, the Forest Service, the Bureau of Land Management, or the Fish and Wildlife Service. Lands administered by other federal agencies (including the Army Corps of Engineers, Bureau of Reclamation, Department of Agriculture, Department of Defense, Department of Energy, and Department of Transportation) were not classified into Type A, B, or C. Therefore, the total acreage of Type A, B, and C lands may not add to the Total Federal Land Area reported on page 1 of this report.

12 - Studies, articles, and literature reviews on the economic contribution of protected public lands are available at https://headwaterseconomics.org/public-lands/public-lands-research/.

13 - For an analysis on the effect of wilderness designations on local economies, in particular on resource-based industries, see Garber-Yonts BE. 2004. *The Economics of Amenities and Migration in the Pacific Northwest: Review of Selected Literature with Implications for Natural Forest Management*. USDA, Forest Service, Pacific Northwest Research Station, General Technical Report, PNW-GTR-617; and Holmes TP, Bowker JM, Englin J, Hjerpe E, Loomis JB, Philips S, and Richardson R. 2016. A Synthesis of the Economic Values of Wilderness. *Journal of Forestry* 114(3):320-328.

14 - For analysis of the role of transportation in high-amenity areas, see Rasker R, Gude PH, Gude JA, and van den Noort J. 2009. The Economic Importance of Air Travel in High-Amenity Rural Areas. *Journal of Rural Studies* 25(2009):343-353.

15 - For an analysis of the effect of wilderness on growth, see: Duffy-Deno KT. 1998. The Effect of Federal Wilderness on County Growth in the Intermountain Western United States. *Journal of Regional Science* 38(1):109-136.

16 - For a discussion of population and economic growth in relation to amenities and the restructuring of the economy that began to take place in the 1980s, see Rudzitis G. 1989. Migration, Places, and Nonmetropolitan Development. *Urban Geography* 10(4):396-411.

17 - For a discussion of the relationship between environmental amenities and population growth, see Hunter LM, Boardman JD, and Onge JMS. 2005. The Association Between Natural Amenities, Rural Population Growth, and Long-Term Residents' Economic Well-Being. *Rural Sociology* 70(4):452-469. See also Nelson PB. 1997. Migration, Sources of Income, and Community Change in the Non-Metropolitan Northwest. *Professional Geographer* 49(4):419-430. For analysis of the reasons for migration to the rural West, see Cromartie JB and Wardwell JM. 1999. Migrants Settling Far and Wide in the Rural West. *Rural Development Perspectives* 14(2):2-8.

18 - For a critical examination of whether amenities play a role in development (including a review of the literature), see Gottlieb PD. 1994. Amenities as an Economic Development Tool: Is there Enough Evidence? *Economic Development Quarterly* 8(3):270-285.

## Endnotes (cont.)

19 - International Migration consists of people who have moved into the local geography directly from a foreign country.

20 - For a glossary of terms used by the Bureau of the Census, see https://www.census.gov/programs-surveys/popest/about/glossary.html. For methods used by the Bureau of the Census, see https://www.census.gov/programs-surveys/popest/technical-documentation/methodology.html

21 - For a regional example of the causes and consequences of "amenity migration," see Loeffler R and Steinicke E. 2007. Amenity Migration in the U.S. Sierra Nevada. *Geographical Review* 97(1):67-88.

22 - For a discussion of the role of amenities in people's migration decisions, see Knapp TA and Graves PE. 1989. On the Role of Amenities in Models of Migration and Regional Development. *Journal of Regional Science* 29(1):71-87.

23 - For a review of the theory that people decide where to live first and then create jobs, see Vias AC. 1996. Jobs Follow People in the Rural Rocky Mountain West. *Rural Development Perspectives* 14(2):14-23.

24 - A book on the international phenomenon of people moving to places for their amenities: Moss LAG, ed. 2006. *The Amenity Migrants: Seeking and Sustaining Mountains and Their Cultures*. Oxfordshire, UK: CABI.

25 - For an analysis of the reasons for a loss of open space, see Kline JD. 2006. Public Demand for Preserving Local Open Space. Society & Natural Resources 19(7):645-659. Also Vias AC and Carruthers JI. 2005. Regional Development and Land Use Change in the Rocky Mountain West, 1982-1997. *Growth and Change* 36(2):244-272.

26 - For an analysis of the ecological effects of exurban development, see Hansen AJ, Knight RL, Marzluff JM, Powell S, Brown K, Gude PH, and Jones K. 2005. Effects of Exurban Development on Biodiversity: Patterns, Mechanisms, and Research Needs. *Ecological Applications* 15(6):1893-1905. See also Gude PH, Hansen AJ, Rasker R, and Maxwell B. 2006. Rates and Drivers of Rural Residential Development in the Greater Yellowstone. *Landscape and Urban Planning* 77:131-151.

27 - The effect of housing development on protected public lands is analyzed by Radeloff VC, Stewart SI, Hawbaker TJ, Gimmi U, Pidgeon AM, Flather CH, Hammer RB and Helmers DP. 2010. Housing Growth in and Near United States Protected Areas Limits Their Conservation Value. *Proc. National Academy of Sciences* 107(2):940-945.

28 - Documentation explaining methods developed by Headwaters Economics for estimating disclosure gaps is available at https://headwaterseconomics.org/eps.

## Endnotes (cont.)

29 - For an analysis of the relationship between amenities and the growth of service-based economies, see Shumway JM and Otterstrom SM. 2001. Spatial Patterns of Migration and Income Change in the Mountain West: The Dominance of Service-Based, Amenity-Rich Counties. *Professional Geographer* 53(4):492-502.

30 - See also Beyers W and Lindahl D. 1996. Lone Eagles and High Fliers in the Rural Producer Services. *Rural Development Perspectives* 11:2-10; and Beyers WB and Nelson PB. 2000. Contemporary Development Forces in the Nonmetropolitan West: New Insights from Rapidly Growing Communities. *Journal of Rural Studies* 16(4):459-474.

31 - For an analysis of the growth of "footloose" and knowledge-based industries whose owners are attracted by amenities, see Rasker R, Gude PH, Gude JA, and van den Noort J. 2009. The Economic Importance of Air Travel in High-Amenity Rural Areas. *Journal of Rural Studies* 25(2009):343-353.

32 - For a discussion of the relationship between amenities and an aging population, see Wright SD, Caserta M, and Lund DE. 2003. Older Adults' Attitudes, Concerns, and Support for Environmental Issues in the "New West." *The International Journal of Aging and Human Development* 57(2):151-179; Nelson PB. 1999. Quality of Life, Nontraditional Income, and Economic Growth: New Development Opportunities for the Rural West. *Rural Development Perspectives* 14 (2):32-37; Walters WH. 2002. Place Characteristics and Later-Life Migration. *Research on Aging* 24(2):243-277.

33 - Conway KS and Houtenville AJ. 2003. Out with the Old, In with the Old: A Closer Look at Younger Versus Older Elderly Migration. *Social Science Quarterly* 84(2):309-328; Clark DE and Hunter WJ. 1992. The Impact of Economic Opportunity, Amenities and Fiscal Factors on Age-Specific Migration Rates. *Journal of Regional Science* 32(3):349-65.

34 - Cromartie J and Nelson P. 2009. Baby Boom Migration and Its Impact on Rural America. USDA-ERS Report No. 79. Washington, DC: USDA Economic Research Service. https://permanent.access.gpo.gov/lps125026/ERR79.pdf.

35 - For a discussion and analysis of the aging baby boom and amenity retirement migration, see: Haas WH and Serow WJ. 2002. The Baby Boom, Amenity Retirement Migration, and Retirement Communities: Will the Golden Age of Retirement Continue? *Research on Aging* 24(1):150-164.

36 - The list of NAICS codes associated with travel and tourism were obtained from: Marcouiller DW and Xia X. 2008. Distribution of Income from Tourism-Sensitive Employment. *Tourism Economics* 14(3):545-565. http://journals.sagepub.com/doi/abs/10.5367/000000008785633622?journalCode=teua.

37 - For a discussion about the relationship between recreation opportunities and economic growth, see: Johnson KM and Beale CL. 2002. Nonmetro Recreation Counties: Their identification and rapid growth. *Rural America* 17(4):12-19.

# Living Near Public Lands

## Selected Counties

## Endnotes (cont.)


38 - For an example of how tourism can stimulate permanent migration, see: Johnson JD and Rasker R. 1995. The Role of Economic and Quality of Life Values in Rural Business Location. *Journal of Rural Studies* 11(4):405-416.

39 - For a review of the importance of quality of life to business location decisions, see Salvesen D and Renski H. 2003. *The Importance of Quality of Life in the Location Decisions of New Economy Firms*. Chapel Hill, NC: Center for Urban and Regional Studies, University of North Carolina. http://curs.unc.edu/files/2013/05/neweconomyreport.pdf.

40 - For an analysis of the wages people are willing to forego to live in proximity to amenities, see Schmidt L and Courant PN. 2006. Sometimes Close is Good Enough: The Value of Nearby Environmental Amenities. *Journal of Regional Science* 46(5):931-951.

41 - For an analysis of the distribution of amenity-driven activity in the Intermountain West, comparing "New West" to "Old West" communities, see Winkler R, Field DR, Luloff AE, Krannich RS, and Williams T. 2007. Social Landscapes of the Inter-Mountain West: A Comparison of "Old West" and "New West" Communities. *Rural Sociology* 72(3):478-501.

42 - For a detailed discussion of the history and challenges of economic analysis related to federal public lands, see: Nelson RH. 2006. Valuing Nature: Economic Analysis and Public Land Management, 1975–2000. *American Journal of Economics and Sociology* 65(3):525-557.

43 - For results of a national survey of rural elected officials and their environmental and economic development attitudes, see: Foster RH and McBeth MK. 1996. Urban-Rural Influences in U.S. Environmental and Economic Development Policy. *Journal of Rural Studies* 12(4):387-397. The authors found that "Empirical studies have demonstrated the importance of environmental quality of life factors in the lives of rural residents" and that "rural-based officials were more likely to see the importance of environmental quality of life features in the lives of rural residents."

44 - For a discussion of the relationship between amenities and tourism, see: Marcouiller DW, Kim K-K, and Deller SC. 2004. Natural Amenities, Tourism and Income Distribution. *Annals of Tourism Research* 31(4):1031-1050.

# National Forest Socioeconomic Indicators

## Selected Counties

**Selected Geographies:**

**Dolores County, CO; Montezuma County, CO**

**Benchmark Geography:**

**U.S.**

**Report Date:**

**September 19, 2023**

## Headwaters Economics

### National Forest Socioeconomic Indicators

The National Forest Socioeconomic Indicators reporting tool makes socioeconomic data accessible and useful for Forest Service planning. The reporting tool is free and an ideal solution for Forest NEPA project documentation at all levels, from forest plans to categorical exclusions to large landscapes. The tool delivers county and Forest-level socioeconomic indicators that are defensible (accurate, relevant, and reliable) and establish appropriate context for monitoring National Forest contributions and impacts on surrounding communities.

For more detailed reports, try these other tools by Headwaters Economics:

### Populations at Risk

Populations at risk are more likely to experience adverse social, health, and economic outcomes due to their race, age, gender, poverty status, and other socioeconomic measures.

**Free and easy-to-use**
Quickly create reports of current socioeconomic data in convenient formats, including Excel and PDF.

**Available nation-wide**
Build reports for geographies from states to census tracts. Aggregate multiple geographies into custom study areas.

**Updated continuously**
Make use of reliable, published government data. The Populations at Risk report always shows the latest available data and trends.

**headwaterseconomics.org/par**

### Economic Profile System

The Economic Profile System (EPS) generates reports on a range of topics including local economics, demographics, and income sources while providing historic context and trends.

**Free and easy-to-use**
Like Populations at Risk, EPS is free, updated continuously, and easy-to-use.

**Integrates federal data sources**
Access data from many sources, including the Census, Bureaus of Economic Analysis, Labor Statistics, and others.

**Widely used**
For more than a decade, EPS has been used by researchers, economic developers, grant writers, elected officials, cities, planners, federal agencies, reporters, and others.

**headwaterseconomics.org/eps**

# National Forest Socioeconomic Indicators

## County Region

## Table of Contents

Region Benchmarks ..... 4
County Benchmarks ..... 6
Trends in Population, Employment, and Personal Income ..... 8
Components of Population Change ..... 10
Employment by Industry ..... 12
Average Earnings per Job and Per Capita Income ..... 16
Non-Labor Income ..... 18
Unemployment Rate ..... 20
Families in Poverty ..... 22
Households Receiving Public Assistance ..... 24
Race and Ethnicity ..... 26
Federal Land Payments by Geography of Origin ..... 28
Literature Cited ..... 30

*Click the links above for quick access to report sections.*

# National Forest Socioeconomic Indicators

## Selected Counties

## Region Benchmarks

| | Indicators | Combined Counties | United States | Percent Difference Combined Counties vs. United States |
|---|---|---|---|---|
| Trends | Population,% change, 2000-2021 | 11.2% | 17.6% | |
| | Employment, % change, 2000-2021 | 11.0% | 21.6% | |
| | Personal Income, % change, 2000-2021 | 55.6% | 56.4% | |
| | Avg. Earnings per Job, % change, 2000-2021 | 8.6% | 13.1% | |
| | Per Capita Income, % change, 2000-2021 | 39.9% | 32.9% | |
| Prosperity | Avg. Earnings per Job, 2021 | $43,764 | $76,699 | |
| | Per Capita Income, 2021 | $53,997 | $69,275 | |
| | Services, Avg. Annual Wages, 2021 | $46,621 | $72,327 | |
| | Non-Services, Avg. Annual Wages, 2021 | $44,859 | $78,861 | |
| | Government, Avg. Annual Wages, 2021 | $45,776 | $70,384 | |
| Stress | Unemployment Rate, change 2000-2021 | 1.7% | 1.3% | |
| | Unemployment Rate, 2021 | 5.9% | 5.3% | |
| Structure | Proprietors, % of Jobs, 2021 | 36.1% | 24.5% | |
| | Non-Labor Income, % of Pers. Income, 2021 | 52.9% | 40.1% | |
| | Services, % of Jobs, 2021 | 58.8% | 73.5% | |
| | Non-Services, % of Jobs, 2021 | 23.2% | 14.5% | |
| | Government, % of Jobs, 2021 | 17.6% | 12.0% | |




CITATION: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.; U.S. Department of Labor. 2023. Bureau of Labor Statistics, Local Area Unemployment Statistics, Washington, D.C.; U.S. Department of Labor. 2023. Bureau of Labor Statistics, Quarterly Census of Employment and Wages, Washington, D.C.

# National Forest Socioeconomic Indicators

## Selected Counties

## Region Benchmarks

### What do we measure on this page?

This page shows a quick comparison for indicators of economic performance that highlight how the region differs from the selected benchmark geography.

The percent, or relative, difference between the selected geography and the benchmark is calculated by dividing the difference between the values by the arithmetic mean of the values.

The term "benchmark" in this report should not be construed as having the same meaning as in the National Forest Management Act (NFMA).

### Why is it important?

These indicators can be analyzed to get a comprehensive view of the economy.

When considering the benefits of growth, it is important to distinguish between standard of living (such as earnings per job and per capita income) and quality of life (such as leisure time, crime rate, and sense of well-being).

In some cases it may be appropriate to compare a local economy to the U.S. economy. In most cases, however, it will be more useful to compare county or regional economies with other similar county or regional economies. For example, if the region being analyzed is rural, it should be compared to similar regions because comparing against the U.S. will include data from large metropolitan areas.

# National Forest Socioeconomic Indicators

## Selected Counties

## County Benchmarks

| Indicators | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Population, 2021 | 2,397 | 26,175 | 28,572 | 331,893,745 |
| **Trends** | | | | |
| Population % change, 1970-2021 | 46.8% | 100.6% | 94.6% | 62.9% |
| Employment % change, 1970-2021 | 91.2% | 191.0% | 180.0% | 120.4% |
| Personal Income % change, 1970-2021 | 251.0% | 445.5% | 426.2% | 256.8% |
| **Prosperity** | | | | |
| Unemployment rate, 2022 | 3.0% | 3.8% | 3.7% | 3.6% |
| Average earnings per job, 2021 (2022 $s) | $30,088 | $44,880 | $43,764 | $76,699 |
| Per capita income, 2021 (2022 $s) | $42,640 | $55,037 | $53,997 | $69,275 |
| **Economy** | | | | |
| Non-Labor % of personal income, 2021 | 50.7% | 53.1% | 52.9% | 40.1% |
| Services % of employment, 2021 | ~39.1% | 60.5% | ~58.8% | 73.5% |
| Government % of employment, 2021 | 18.2% | 17.5% | 17.6% | 12.0% |
| **Use Sectors*** | | | | |
| Timber % of private employment, 2020 | 0.0% | ~1.1% | ~1.1% | ~0.6% |
| Mining % of private employment, 2020 | ~2.2% | 0.8% | ~0.9% | ~0.4% |
| Fossil fuels (oil, gas, & coal), 2020 | ~2.2% | ~0.7% | ~0.8% | ~0.3% |
| Other mining, 2020 | 0.0% | ~0.1% | ~0.1% | ~0.2% |
| Agriculture % of employment, 2021 | 24.9% | 8.7% | 9.9% | 1.3% |
| Travel & Tourism % of priv. emp., 2020 | ~12.2% | ~20.7% | ~20.2% | ~13.6% |
| **Federal Land** | | | | |
| Federal Land % total land ownership | 61.2% | 38.5% | 46.3% | 27.5% |
| Forest Service % | 48.2% | 19.7% | 29.5% | 8.4% |
| BLM % | 13.0% | 14.6% | 14.0% | 10.5% |
| Park Service % | 0.0% | 4.1% | 2.7% | 3.4% |
| Military % | 0.0% | 0.0% | 0.0% | 1.1% |
| Other % | 0.0% | 0.0% | 0.0% | 4.1% |
| Fed. payments % of gov. revenue, 2017 | 0.2% | 0.1% | 0.2% | |
| **Development** | | | | |
| Residential land area % change, 2000-2010 | 133.2% | 39.6% | 41.7% | 12.3% |
| Wildland-Urban Interface % developed, 2010 | 5.6% | 12.0% | 8.9% | 16.3% |

Estimates for data that were not disclosed are indicated with tildes (~) and gray text.

*Data for timber, mining, and travel and tourism-related are from County Business Patterns which excludes proprietors. Data for agriculture are from Bureau of Economic Analysis which includes proprietors.

# County Benchmarks

## What do we measure on this page?

This page shows a quick comparison for indicators of economic performance and land characteristics. The table allows you to compare performance and characteristics between counties that make up the region and selected comparison geography.

Trends: Refers to general indicators of economic well-being (population, employment, and real personal income) measured over time.

Prosperity: Refers to common indicators of individual well-being or hardship (unemployment, average earnings per job, and per capita income).

Economy: Refers to three significant areas of the economy: non-labor income (e.g., government transfer payments, and investment and retirement income), and services and government employment.

Use Sectors: Refers to components of the economy (commodity sectors including timber, mining and agriculture, and industries that include travel and tourism) that have the potential for being associated with the use of public lands.

Federal Land: Refers to the amount and type of federal land ownership, and the dependence of county governments on payments related to federal lands. Federal land payments (e.g., PILT) compensate state and local governments for non-taxable federal lands within their borders, and can be an important source of government revenue.

Development: Refers to the residential development of private lands, including the wildland-urban interface. The wildland-urban interface data are available and reported only for the 11 western public lands states (not including Alaska and Hawaii).

Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics uses uses a starndardized method to estimate these data gaps.[1, 2] Estimated values are indicated with tildes (~) and gray text.

## Why is it important?

Land management actions may affect areas differently, depending on demographics, the makeup of the economy, and land use characteristics.

Use of this table is to explore similarities and differences within the counties that make up the region.

# National Forest Socioeconomic Indicators

## Selected Counties

## Trends in Population, Employment, and Personal Income

| | 1970 | 1980 | 1990 | 2000 | 2021 | Change 2000-2021 |
|---|---|---|---|---|---|---|
| Population | 14,680 | 18,327 | 20,237 | 25,694 | 28,572 | 2,878 |
| Employment (full & part-time jobs) | 5,796 | 7,874 | 10,273 | 14,613 | 16,227 | 1,614 |
| Personal Income (thous. of 2022 $s) | 293,214 | 553,611 | 658,372 | 991,752 | 1,542,791 | 551,039 |

Population and personal income are reported by place of residence, and employment by place of work on this page.

### Population Trends, Combined Counties

- From 1970 to 2021, population grew from 14,680 to 28,572 people, a 95% increase.




### Employment Trends, Combined Counties

- From 1970 to 2021, employment grew from 5,796 to 16,227, a 180% increase.




### Personal Income Trends, Combined Counties

- From 1970 to 2021, personal income grew from $293.2 million to $1,542.8 million, (in real terms), a 426% increase.




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.



FS-003570

# National Forest Socioeconomic Indicators

**Selected Counties**

## Trends in Population, Employment, and Personal Income

### What do we measure on this page?

This page describes trends in population, employment, and real personal income.

Population: The total number of people by place of residence.

Employment: All full and part-time workers, wage and salary jobs (employees), and proprietors (the self-employed) reported by place of work.

Personal Income: Income from wage and salary employment and proprietors' income (labor earnings), as well as non-labor income (dividends, interest, and rent, and transfer payments) reported by place of residence. All income figures in this report are shown in real terms (i.e., adjusted for inflation). Subsequent sections of this report define labor earnings and non-labor income in more detail.

### Why is it important?

Long-term, steady growth of population, employment, and real personal income is generally an indication of a healthy, prosperous economy. Erratic growth, no-growth, or long-term decline in these indicators are generally an indication of a struggling economy.

Growth can benefit the general population of a place, especially by providing economic opportunities, but it can also stress communities, and lead to income stratification. When considering the benefits of growth, it is important to distinguish between standard of living (such as earnings per job and per capita income) and quality of life (such as leisure time, crime rate, and sense of well-being).

Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

# National Forest Socioeconomic Indicators

## Selected Counties

## Components of Population Change

| | Change 2010-2022 |
|---|---|
| Population Growth, 2010-2022 | 1,278 |
| Avgerage Annual Population Change (Natural Change & Net Migration) | 112 |
| From Natural Change | 0 |
| Births | 256 |
| Deaths | 255 |
| From Net Migration | 114 |
| International Migration | 4 |
| Domestic Migration | 110 |
| From Residual | -2 |

### Factors Contributing to Population Change*, 2010-2022

| | |
|---|---|
| Natural Change | 0.4% |
| Net Migration | 97.7% |
| Residual | 1.8% |

* The absolute value of the individual component of population change divided by the sum of the absolute values of the three components (natural change, net migration, and the residual).

Average Annual Components of Population Change, Combined Counties, 2010-2022

- From 2010 to 2022, population grew by 1,278 people, a 5% increase.
- From 2010 to 2022, natural change contributed to % of population growth.
- From 2010 to 2022, migration contributed to 98% of population growth.




The Census Bureau makes a minor statistical correction, called a "residual" which is shown in the table above, but omitted from the figure. Because of this correction, natural change plus net migration may not add to total population change in the figure.

Data Sources: U.S. Department of Commerce. 2023. Census Bureau, Population Division, Washington, D.C.

# Components of Population Change

## What do we measure on this page?

This page describes various components of population change and total population growth (or decline). Total population growth (or decline) is the sum of natural change (births & deaths) and migration (international & domestic).

The Bureau of the Census makes a minor statistical correction, called a "residual." This is defined by the Bureau of the Census as resulting from "two parts of the estimates process: 1) the application of national population controls to state and county population estimates and 2) the incorporation of accepted challenges and special censuses into the population estimates. The residual represents change in the population that cannot be attributed to any specific demographic component of population change."

## Why is it important?

It is useful to understand the components of population change because it offers insight into the causes of growth or decline and it helps highlight important areas of inquiry. For example, if a large portion of population growth is from in-migration, it would be helpful to understand what the drivers are behind this trend, including whether people are moving to the area for jobs, quality of life, or both. If a large portion of population decline is from out-migration, it would similarly be important to understand the reasons, including the loss of employment in specific industries, youth leaving for education or new opportunities, and elderly people leaving for better medical facilities.[3, 4]

Data Sources: U.S. Department of Commerce. 2023. Census Bureau, Population Division, Washington, D.C.

# National Forest Socioeconomic Indicators

## Selected Counties

## Employment by Industry

| | 2001 | 2005 | 2010 | 2021 | Change 2010-2021 |
|---|---|---|---|---|---|
| Total Employment (number of jobs) | 14,435 | 15,273 | 15,023 | 16,227 | 1,204 |
| Non-services related | ~3,353 | ~3,592 | ~3,495 | ~3,772 | ~277 |
| Farm | 1,212 | 1,222 | 1,462 | 1,604 | 142 |
| Forestry, fishing, & ag. services | ~101 | ~97 | ~165 | ~269 | ~104 |
| Mining (including fossil fuels) | 175 | ~177 | ~291 | ~212 | -~79 |
| Construction | 1,295 | 1,551 | 1,084 | ~1,154 | ~70 |
| Manufacturing | 570 | 545 | 493 | ~533 | ~40 |
| Services related | ~8,216 | ~8,186 | ~8,147 | ~9,549 | ~1,402 |
| Utilities | 90 | 99 | 109 | 89 | -20 |
| Wholesale trade | ~235 | ~221 | ~252 | 288 | ~36 |
| Retail trade | 1,919 | 1,813 | 1,586 | 1,893 | 307 |
| Transportation and warehousing | ~276 | ~284 | ~260 | 376 | ~116 |
| Information | ~157 | 156 | ~125 | 119 | -~6 |
| Finance and insurance | ~387 | ~433 | ~397 | ~535 | ~138 |
| Real estate and rental and leasing | ~399 | ~554 | 638 | ~656 | ~18 |
| Professional and technical services | ~600 | ~622 | ~683 | 681 | -~2 |
| Management of companies and enterprises | ~34 | ~52 | 49 | 125 | 76 |
| Administrative and waste services | ~366 | ~382 | ~373 | 418 | ~45 |
| Educational services | ~91 | 76 | 88 | ~258 | ~170 |
| Health care and social assistance | ~1,370 | 1,230 | 1,580 | ~1,776 | ~196 |
| Arts, entertainment, and recreation | 201 | 218 | 221 | ~205 | -~16 |
| Accommodation and food services | 1,329 | 1,207 | 1,028 | ~1,227 | ~199 |
| Other services, except public administration | 762 | ~839 | ~758 | 903 | ~145 |
| Government | 3,014 | 3,408 | 3,295 | 2,848 | -447 |

### Percent of Total

| | 2001 | 2005 | 2010 | 2021 | % Change 2010-2021 |
|---|---|---|---|---|---|
| Total Employment | | | | | 8.0% |
| Non-services related | ~23.2% | ~23.5% | ~23.3% | ~23.2% | ~7.9% |
| Farm | 8.4% | 8.0% | 9.7% | 9.9% | 9.7% |
| Forestry, fishing, & ag. services | ~0.7% | ~0.6% | ~1.1% | ~1.7% | ~63.0% |
| Mining (including fossil fuels) | 1.2% | ~1.2% | ~1.9% | ~1.3% | -~27.1% |
| Construction | 9.0% | 10.2% | 7.2% | ~7.1% | ~6.5% |
| Manufacturing | 3.9% | 3.6% | 3.3% | ~3.3% | ~8.1% |
| Services related | ~56.9% | ~53.6% | ~54.2% | ~58.8% | ~17.2% |
| Utilities | 0.6% | 0.6% | 0.7% | 0.5% | -18.3% |
| Wholesale trade | ~1.6% | ~1.4% | ~1.7% | 1.8% | ~14.3% |
| Retail trade | 13.3% | 11.9% | 10.6% | 11.7% | 19.4% |
| Transportation and warehousing | ~1.9% | ~1.9% | ~1.7% | 2.3% | ~44.6% |
| Information | ~1.1% | 1.0% | ~0.8% | 0.7% | -~4.8% |
| Finance and insurance | ~2.7% | ~2.8% | ~2.6% | ~3.3% | ~34.8% |
| Real estate and rental and leasing | ~2.8% | ~3.6% | 4.2% | ~4.0% | ~2.8% |
| Professional and technical services | ~4.2% | ~4.1% | ~4.5% | 4.2% | -~0.3% |
| Management of companies and enterprises | ~0.2% | ~0.3% | 0.3% | 0.8% | 155.1% |
| Administrative and waste services | ~2.5% | ~2.5% | ~2.5% | 2.6% | ~12.1% |
| Educational services | ~0.6% | 0.5% | 0.6% | ~1.6% | ~193.2% |
| Health care and social assistance | ~9.5% | 8.1% | 10.5% | ~10.9% | ~12.4% |
| Arts, entertainment, and recreation | 1.4% | 1.4% | 1.5% | ~1.3% | -~7.2% |
| Accommodation and food services | 9.2% | 7.9% | 6.8% | ~7.6% | ~19.4% |
| Other services, except public administration | 5.3% | ~5.5% | ~5.0% | 5.6% | ~19.1% |
| Government | 20.9% | 22.3% | 21.9% | 17.6% | -13.6% |

All employment data are reported by *place of work*. Estimates for data that were not disclosed are indicated with tildes (~) and gray text.

Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

# Employment by Industry

## What do we measure on this page?

This page describes recent employment change by industry from 2001 to 2008. Industries are organized according to three major categories: non-services related, services related, and government. Employment includes wage and salary jobs and proprietors. The employment data are organized according to the North American Industrial Classification System (NAICS) and reported by place of work.[5]

Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics uses a standardized method to estimate these data gaps. Estimated values are indicated with tildes (~) and gray text.[1,2]

## Why is it important?

In most geographies the majority of new job growth in recent years has taken place in services related industries.[6, 10]

Services related industries encompass a wide variety of high and low-wage occupations ranging from jobs in accommodation and food services to professional and technical services.

It can be useful to ask what factors are driving a shift in industry makeup and competitive position. It may be the case that the economic role and contribution of public lands have changed along with broader economic shifts in many geographies.[7, 8, 9]

The terms non-services related and services related are not terms used by the U.S. Department of Commerce. They are used in these pages to help organize the information into easy-to-understand categories.[11]

Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

# National Forest Socioeconomic Indicators

## Selected Counties

## Employment by Industry

- In 2021 the three industry sectors with the largest number of jobs were government (2,848 jobs), retail trade (1,893 jobs), and health care and social assistance (1,776 jobs).
- From 2001 to 2021, the three industry sectors that added the most new jobs were health care and social assistance (406 new jobs), real estate and rental and leasing (257 new jobs), and educational services (167 new jobs).

Employment by Industry, Combined Counties




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

# Employment by Industry

## What do we measure on this page?

This page describes recent employment change by industry from 2001 to 2008. Industries are organized according to three major categories: non-services related, services related, and government. Employment includes wage and salary jobs and proprietors. The employment data are organized according to the North American Industrial Classification System (NAICS) and reported by place of work.[5]

Some data are withheld by the federal government to avoid the disclosure of potentially confidential information. Headwaters Economics uses a standardized method to estimate these data gaps. Estimated values are indicated with tildes (~) and gray text.[1,2]

## Why is it important?

In most geographies the majority of new job growth in recent years has taken place in services related industries.[6, 10]

Services related industries encompass a wide variety of high and low-wage occupations ranging from jobs in accommodation and food services to professional and technical services.

It can be useful to ask what factors are driving a shift in industry makeup and competitive position. It may be the case that the economic role and contribution of public lands have changed along with broader economic shifts in many geographies.[7, 8, 9]

The terms non-services related and services related are not terms used by the U.S. Department of Commerce. They are used in these pages to help organize the information into easy-to-understand categories.[11]

Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

# National Forest Socioeconomic Indicators

## Selected Counties

## Average Earnings per Job and Per Capita Income

| | 1970 | 1980 | 1990 | 2000 | 2021 | Change 2000-2021 |
|---|---|---|---|---|---|---|
| Average Earnings per Job, 2022 $s | $34,943 | $40,428 | $39,183 | $40,281 | $43,764 | $3,483 |
| Per Capita Income, 2022 $s | $19,974 | $30,207 | $32,533 | $38,599 | $53,997 | $15,398 |

| **Percent Change** | % Change 2000-2021 |
|---|---|
| Average Earnings per Job | 8.6% |
| Per Capita Income | 39.9% |

Average Earnings per Job & Per Capita Income, Combined Counties

- From 1970 to 2021, average earnings per job grew from $34,943 to $43,764 (in real terms), a 25% increase.
- From 1970 to 2021, per capita income grew from $19,974 to $53,997 (in real terms), a 170% increase.




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

# Average Earnings per Job and Per Capita Income

## What do we measure on this page?

This page describes how average earnings per job and per capita income (in real terms) have changed over time.

Average Earnings per Job: This is a measure of the compensation of the average job. It is total earnings divided by total employment. Full-time and part-time jobs are counted at equal weight. Employees, sole proprietors, and active partners are included.

Per Capita Income: This is a measure of income per person. It is total personal income (from labor and non-labor sources) divided by total population.

## Why is it important?

Average earnings per job is an indicator of the quality of local employment. A higher average earnings per job indicates that there are relatively more high-wage occupations. It can be useful to consider earnings against local cost of living indicators.[12, 13]

There are a number of reasons why average earnings per job may decline. These include: 1) more part-time and/or seasonal workers entering the workforce; 2) a rise in low-wage industries, such as tourism-related sectors; 3) a decline of high-wage industries, such as manufacturing; 4) more lower-paid workers entering the workforce; 5) the presence of a university with increasing an enrollment of relatively low-wage students; 6) an influx of workers with low education levels that are paid less; 7) the in-migration of semi-retired workers who work part-time and/or seasonally; and 8) an influx of people who move to an area for quality of life rather than profit-maximizing reasons.[14]

Per capita income is considered one of the most important measures of economic well-being. However, this measure can be misleading. Per capita income is total personal income divided by population. Because total personal income includes non-labor income sources (dividends, interest, rent and transfer payments), it is possible for per capita income to be relatively high due to the presence of retirees and people with investment income.[15] And because per capita income is calculated using total population and not the labor force as in average earnings per job, it is possible for per capita income to be relatively low when there are a disproportionate number of children and/or elderly people in the population.

Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

# National Forest Socioeconomic Indicators

## Selected Counties

## Non-labor Income

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Personal Income (thous. of 2022 $s) | 102,208 | 1,440,583 | 1,542,791 | 22,991,805,720 |
| Total Non-Labor Income | 51,856 | 764,819 | 816,675 | 9,221,688,000 |
| Dividends, Interest, Rent | 17,212 | 300,797 | 318,009 | 4,234,988,880 |
| Age-Related Transfer Payments | 16,836 | 207,240 | 224,076 | 2,154,845,160 |
| Social Security | 10,059 | 126,255 | 136,314 | 1,203,768,000 |
| Medicare | 6,777 | 80,985 | 87,762 | 951,077,160 |
| Hardship-Related Payments | 9,839 | 153,473 | 163,312 | 1,667,521,080 |
| Medicaid | 5,810 | 89,470 | 95,281 | 809,231,040 |
| Income maintenance ("welfare") | 2,378 | 41,901 | 44,279 | 511,472,880 |
| Unemployment ins. compensation | 1,650 | 22,102 | 23,752 | 346,817,160 |
| Other Transfer Payments | 7,969 | 103,308 | 111,278 | 1,164,332,880 |
| Veterans benefits | 1,905 | 24,481 | 26,387 | 184,074,120 |
| Education and training assistance | 507 | 5,498 | 6,005 | 86,227,200 |
| All other, incl. Workers' comp. | 5,558 | 73,329 | 78,886 | 894,031,560 |

### Percent of Total Personal Income

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Non-Labor Income | 50.7% | 53.1% | 52.9% | 40.1% |
| Dividends, Interest, Rent | 16.8% | 20.9% | 20.6% | 18.4% |
| Age-Related Transfer Payments | 16.5% | 14.4% | 14.5% | 9.4% |
| Social Security | 9.8% | 8.8% | 8.8% | 5.2% |
| Medicare | 6.6% | 5.6% | 5.7% | 4.1% |
| Hardship-Related Payments | 9.6% | 10.7% | 10.6% | 7.3% |
| Medicaid | 5.7% | 6.2% | 6.2% | 3.5% |
| Income maintenance ("welfare") | 2.3% | 2.9% | 2.9% | 2.2% |
| Unemployment ins. compensation | 1.6% | 1.5% | 1.5% | 1.5% |
| Other Transfer Payments | 7.8% | 7.2% | 7.2% | 5.1% |
| Veterans benefits | 1.9% | 1.7% | 1.7% | 0.8% |
| Education and training assistance | 0.5% | 0.4% | 0.4% | 0.4% |
| All other, incl. Workers' comp. | 5.4% | 5.1% | 5.1% | 3.9% |

### Components of Non-Labor Income, Combined Counties

- From 1970 to 2021, dividends, interest, and rent grew from $53 million to $318 million, an increase of 505 percent.
- From 1970 to 2021, age-related transfer payments grew from $19 million to $224 million, an increase of 1,102 percent.
- From 1970 to 2021, income maintenance transfer payments grew from $12 million to $163 million, an increase of 1,300 percent.




Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

# Non-labor Income

## What do we measure on this page?

This page describes the components of non-labor income, how they have changed over time (in real terms).

Dividends, Interest, and Rent: This includes personal dividend income, personal interest income, and rental income of persons with capital consumption adjustment that are sometimes referred to as "investment income" or "property income."

Age-Related Transfer Payments: This measures Medicare and Social Security benefits.

Hardship-Related Transfer Payments: These payments are associated with poverty and include Medicaid, Food Stamps (SNAP), Supplemental Security Income (SSI), Unemployment Insurance, and other income maintenance benefits.

Other Transfer Payments: All other components of transfer payments not identified in age and hardship-related categories including veterans benefits, education and training, Workers' Compensation Insurance, railroad retirement and disability, other government retirement and disability, and other receipts of individuals and non-profits.

## Why is it important?

In some geographies, non-labor income has grown rapidly over the last three decades, while in others it has not. Also, some geographies are more dependent on non-labor sources of income than others.[15, 16]

Because non-labor income is often so significant, it is important to understand component details. Some places may rely more on investment income, others on retirement benefits, and still others on welfare-related income streams. The table shows absolute values and percent of total non-labor income, while the figure shows key long-term trends.

Some important metrics include the largest components of non-labor income, whether non-labor income is growing, which components are growing the fastest, whether investment earnings are significant and growing, and whether age-related components of transfer payments are significant and growing. Also worth considering is whether the growth in non-labor income stems from new investment and age-related income and whether poverty-related components of transfer payments are significant and growing.[17, 18]

If age-related transfer payments are significant and growing, it may be important to consider whether public lands resources are meeting the needs of an aging population. If poverty-related transfer payments are significant and growing, it may be important to consider whether there are environmental justice issues related to public lands management.

Data Sources: U.S. Department of Commerce. 2022. Bureau of Economic Analysis, Regional Economic Accounts, Washington, D.C.

# National Forest Socioeconomic Indicators

## Selected Counties

## Unemployment Rate

| | 1976 | 1990 | 2000 | 2010 | 2022 | Change 2010-2022 |
|---|---|---|---|---|---|---|
| Unemployment Rate (Average Annual) | 8.2% | 7.1% | 4.2% | 10.2% | 3.7% | -6.5% |

Unemployment Rate (Average Annual), Combined Counties

- Since 1976, the annual unemployment rate ranged from a low of 3.6% in 2017 to a high of 12.6% in 1986.




| | Jan. | Feb. | March | April | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 6.2% | 5.8% | 5.3% | 4.0% | 3.2% | 3.3% | 3.2% | 3.1% | 3.0% | 3.0% | 3.9% | 4.3% |
| 2020 | 5.7% | 6.1% | 7.0% | 9.8% | 9.8% | 9.5% | 5.4% | 5.0% | 5.0% | 5.0% | 5.5% | 6.1% |
| 2021 | 7.5% | 8.2% | 7.4% | 6.6% | 6.0% | 6.3% | 5.6% | 5.4% | 4.6% | 4.6% | 4.6% | 4.5% |
| 2022 | 5.6% | 5.3% | 4.6% | 3.7% | 3.2% | 3.4% | 3.2% | 3.1% | 2.8% | 3.0% | 3.4% | 3.2% |
| 2023 | 4.5% | 4.7% | 3.8% | 3.2% | 3.2% | 3.4% | 3.7% | | | | | |

Unemployment Rate (Monthly), Combined Counties

- The lowest monthly unemployment rate was Sept of 2022. The highest monthly unemployment rate was April of 2020.




Data Sources: U.S. Department of Labor. 2023. Bureau of Labor Statistics, Local Area Unemployment Statistics, Washington, D.C.

# Unemployment Rate

## What do we measure on this page?

This page describes the average annual unemployment rate and the seasonality of the unemployment rate over time.

The figure Average Annual Unemployment Rate shows the rate of unemployment since 1990. The figure Seasonal Unemployment Rate shows the rate of unemployment for the last five years, for each month of the year. This figure is useful to see if there are higher rates of unemployment during certain months of the year, and whether this has changed over time.

Unemployment Rate: The number of people who are jobless, looking for jobs, and available for work divided by the labor force.

Data begin in 1990 because prior to that the Bureau of Labor Statistics used a different method to calculate the unemployment rate.

## Why is it important?

The rate of unemployment is an important indicator of economic well-being.[19] This figure can go up during national recessions and/or when more localized economies are affected by area downturns. There can also be significant seasonal variations in unemployment.

It is important to know how the unemployment rate has changed over time[20], whether there are periods of the year where the rate is higher or lower, and if this seasonality of unemployment has changed over time. Geographies that are heavily dependent on the tourism industry, for example, may show higher rates of unemployment during Spring and Fall "shoulder seasons." Places that rely heavily on the construction industry, for example, may have lower unemployment rates during the non-winter months.

As the economy of a place diversifies, it can become more resilient and less affected by downturns and rising unemployment rates. This is particularly true of places that are able to attract in-migration, retain manufacturing, and support a high-tech economy.[21]

Public land agencies sometimes provide seasonal employment and may have an effect on the local rate of unemployment.

Data Sources: U.S. Department of Labor. 2023. Bureau of Labor Statistics, Local Area Unemployment Statistics, Washington, D.C.

# National Forest Socioeconomic Indicators

## Selected Counties

## Families in Poverty

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total families for whom poverty status is determined, 2021* | 763 | 7,053 | 7,816 | 80,755,759 |
| Families in poverty | **41** | 605 | 646 | 7,181,779 |
| Families with children in poverty | **8** | 397 | 405 | 4,718,106 |
| Single mother families in poverty | 0 | 133 | 133 | 3,160,728 |
| **Percent of Total, 2021*** | | | | |
| Families in poverty | **5.4%** | 8.6% | 8.3% | 8.9% |
| Families with children in poverty | **1.0%** | 5.6% | 5.2% | 5.8% |
| Single mother families in poverty | **0.0%** | 1.9% | 1.7% | 3.9% |
| **Change in Percentage Points, 2010*-2021*** | | | | |
| For example, if the value is 3% in 2010* and 4.5% in 2021*, the reported change in percentage points is 1.5. | | | | |
| Families in poverty | -5.4 | -5.6 | -5.7 | -1.2 |
| Families with children in poverty | -3.0 | -6.1 | -6.0 | -2.0 |
| Single mother families in poverty | -4.0 | -4.8 | -4.8 | -0.9 |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

**Families in Poverty, Percent of Total, 2021***

- United States has the largest share of single mother families in poverty (3.9%).




**Families in Poverty, Change in Percentage Points, 2010*-2021***

- The largest change in the share of single mother familes in poverty occurred in Montezuma County, CO, which went from 6.7% to 1.9%.




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Families in Poverty

## What do we measure on this page?

This page describes the number of families living below the poverty line, and separately reports families with children and single mother families with children.

The Census defines a family as a group of two or more people who reside together and who are related by birth, marriage, or adoption.

The Census Bureau uses a set of income thresholds that vary by family size and composition to define who is poor. If the total income for a family or an unrelated individual falls below the relevant poverty threshold, then the family or an unrelated individual is classified as being "below the poverty level."

## Why is it important?

Families in poverty may lack the resources to meet their basic needs. Their challenges cross the spectrum of food, housing, health care, education, vulnerability to natural disasters, and emotional stress.

> To save money, families with low incomes often have to make lifestyle compromises such as unhealthy foods, less food, substandard housing, or delayed medical care.[22]
>
> Lack of financial resources makes families in poverty more vulnerable to natural disasters. This is due to inadequate housing, social exclusion, and an inability to re-locate or evacuate.[21, 23, 24]
>
> Inadequate shelter exposes occupants to increased risk from storms, floods, fire, and temperature extremes.[23] Households with low incomes are more likely to have unhealthy housing such as leaks, mold, or rodents.[24]
>
> The expense of running fans, air conditioners, and heaters makes low-income people hesitant to mitigate the temperature of their living spaces.[22, 23] Furthermore, those in high-crime areas may not want to open their windows.[23]
>
> Families in poverty are disproportionately affected by higher food prices, which are expected to rise in response to climate change.[22]
>
> Children in poor families, on average, receive fewer years of education compared to children in wealthier families.[25, 26]
>
> Low-income residents are less likely to have adequate property insurance, so they may bear an even greater burden from property damage due to natural hazards.[23]
>
> Living in poverty can lead to a lack of personal control over potentially hazardous situations such as increased air pollution or flooding. Impoverished families may be less likely to take proactive measures to prevent harm.[24]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# National Forest Socioeconomic Indicators

## Selected Counties

## Households Receiving Public Assistance

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Households, 2021* | 1,144 | 10,461 | 11,605 | 124,010,992 |
| Households receiving: | | | | |
| Supplemental Security Income (SSI) | **6** | 448 | 454 | 6,426,771 |
| Cash public assistance income | **21** | 209 | 230 | 3,248,323 |
| Food Stamp/SNAP | 122 | 1,222 | 1,344 | 14,105,231 |
| **Percent of Total, 2021*** | | | | |
| Supplemental Security Income (SSI) | **0.5%** | 4.3% | 3.9% | 5.2% |
| Cash public assistance income | **1.8%** | 2.0% | 2.0% | 2.6% |
| Food Stamp/SNAP | 10.7% | 11.7% | 11.6% | 11.4% |
| **Change in Percentage Points, 2010*-2021*** | | | | |
| For example, if the value is 3% in 2010* and 4.5% in 2021*, the reported change in percentage points is 1.5. | | | | |
| Supplemental Security Income (SSI) | -7.1 | 2.0 | 1.3 | 1.1 |
| Cash public assistance income | 0.7 | -0.6 | -0.6 | 0.2 |
| Food Stamp/SNAP | 5.9 | 3.3 | 3.4 | 2.1 |
| Median Household Income (MHI), 2021* (2022 $s) | $67,500 | $63,002 | na | $74,543 |
| Change in MHI, 2010*-2021* (2022 $s) | **$9,716** | **$3,816** | na | $4,874 |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

**Percent of Households Receiving Earnings, by Source, 2021***

- United States has the largest share of households receiving Supplemental Security Income (5.2%).
- United States has the largest share of households receiving cash pubic assistance (2.6%).
- Montezuma County, CO has the largest share of households receiving Food Stamps/SNAP (11.7%).




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# Households Receiving Public Assistance

## What do we measure on this page?

This page describes the number of households receiving public assistance.

Supplemental Security Income, or SSI, provides financial assistance to people with limited income who are aged, blind, or disabled. Unlike Social Security benefits, which are determined by the recipient's lifetime earnings, SSI benefits are not based on prior work.[27]

Cash public assistance can be from the Federal program, Temporary Assistance for Needy Families (TANF), or various state-level cash assistance programs. It does not include separate payments received for hospital or other medical care (vendor payments) or SSI or noncash benefits such as the Supplemental Nutrition Assistance Program.

The Supplemental Nutrition Assistance Program, or SNAP, (formerly known as food stamps), provides benefits to those who are unemployed, have no or low incomes, are elderly, are disabled with low incomes, or are homeless. The income threshold for SNAP varies with household size and other factors. SNAP benefits can be used to purchase grocery items such as breads, cereals, fruits, vegetables, meats, and dairy products.[28]

Median income can be used to identify areas of high or low income, but care should be taken to consider regional differences in cost of living.

## Why is it important?

The number of households receiving public assistance are indicative of households living in poverty or with insufficient resources.

In 2011, families receiving public assistance spent 77 percent of their household budget to meet the basic necessities of housing, food, and transportation.[29]

Payments associated with economic hardship are associated with lower household income and educational attainment, higher poverty and unemployment. They are often high in communities that are losing population.[15]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed. The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# National Forest Socioeconomic Indicators

## Selected Counties

## Race & Ethnicity

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Population, 2021* | 2,288 | 25,916 | 28,204 | 329,725,481 |
| White alone | 1,954 | 20,520 | 22,474 | 224,789,109 |
| All other races | 334 | 5,396 | 5,730 | 104,936,372 |
| Black or African American | **0** | **257** | **257** | 41,393,012 |
| American Indian | 106 | 3,145 | 3,251 | 2,722,661 |
| Other races | 228 | 1,994 | 2,222 | 60,820,699 |
| Hispanic ethnicity | 282 | 3,354 | 3,636 | 60,806,969 |
| Non-Hispanic ethnicity | 2,006 | 22,562 | 24,568 | 268,918,512 |

### Percent of Total, 2021*

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| White alone | 85.4% | 79.2% | 79.7% | 68.2% |
| All other races | 14.6% | 20.8% | 20.3% | 31.8% |
| Black or African American | **0.0%** | **1.0%** | **0.9%** | 12.6% |
| American Indian | 4.6% | 12.1% | 11.5% | 0.8% |
| Other races | 10.0% | 7.7% | 7.9% | 18.4% |
| Hispanic ethnicity | 12.3% | 12.9% | 12.9% | 18.4% |
| Non-Hispanic ethnicity | 87.7% | 87.1% | 87.1% | 81.6% |

**High Reliability**: Data with coefficients of variation (CVs) < 12% are in black to indicate that the sampling error is relatively small.
**Medium Reliability**: Data with CVs between 12 & 40% are in orange to indicate that the values should be interpreted with caution.
**Low Reliability**: Data with CVs > 40% are displayed in red to indicate that the estimate is considered very unreliable.

**People of Color, Percent of Total, 2021***

- United States has the largest share of people of color (31.8%).




**Hispanic Population, Percent of Total, 2021***

- United States has the largest share of Hispanics (18.4%).




* ACS 5-year estimates used. 2021 represents average characteristics from 2017-2021; 2010 represents 2006-2010.

CITATION: U.S. Department of Commerce. 2022. Census Bureau, American Community Survey Office, Washington, D.C.

# National Forest Socioeconomic Indicators

## Selected Counties

# Race & Ethnicity

## What do we measure on this page?

Race is self-identified by Census respondents who choose the race or races with which they most closely identify. Included in "Other Races" are "Asian," "Native Hawaiian or Other Pacific Islander," and respondents providing write-in entries such as multiracial, mixed, or interracial.

Ethnicity has two categories: Hispanic or Latino, and Non-Hispanic or Latino. The federal government considers race and Hispanic origin to be two separate and distinct concepts. Hispanics and Latinos may be of any race.

## Why is it important?

Race and ethnicity are strongly correlated with disparities in health, exposure to environmental pollution, and vulnerability to natural hazards.[22]

> Research consistently has found race-based environmental inequities across many variables, including the tendency for minority populations to live closer to noxious facilities and Superfund sites, and to be exposed to pollution at greater rates than whites.[22, 30]
>
> Many health outcomes are closely related to the local environment. Minority communities often have less access to parks and nutritious food, and are more likely to live in substandard housing.[22]
>
> Minorities tend to be particularly vulnerable to disasters and extreme heat events. This is due to language skills, housing patterns, quality of housing, community isolation, and cultural barriers.[31, 32]
>
> Blacks and Hispanics, two segments of the population that are currently experiencing poorer health outcomes, are an increasing percentage of the US population.[22, 33]

Research has identified measurable disparities in health outcomes between various minority and ethnic communities.

> Across races, the rates of preventable hospitalizations are highest among black and Hispanic populations. Preventable hospital visits often reflect inadequate access to primary care. These types of hospital visits are also costly and inefficient for the health care system.[25]
>
> Relative to other ethnicities and races, Hispanics and blacks are less likely to have health insurance, but rates of uninsured are dropping for both groups.[34]
>
> Compared to other races, blacks have higher rates of infant mortality, homicide, heart disease, stroke, and heat-related deaths.[25]
>
> Hispanics have higher rates of diabetes and asthma.[25]
>
> American Indians have a distinct pattern of health effects different from blacks and Hispanics. Native populations are less likely to have electricity than the general population.[23] They have high rates of infant mortality, suicide and homicide, and nearly twice the rate of motor vehicle deaths than the U.S. average.[25]

CHANGES IN BOUNDARIES: Data describing change over time can be misleading when geographic boundaries have changed.
The Census provides documentation about changes in boundaries at this site: www.census.gov/geo/reference/boundary-changes.html

# National Forest Socioeconomic Indicators

## Selected Counties

## Federal Land Payments by Geography of Origin

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Federal Land Payments to State and Local Gov., FY 2019 (FY 2022 $s) | 622,292 | 438,184 | 1,060,476 | 3,772,587,395 |
| PILT | 184,188 | 212,856 | 397,044 | 582,061,070 |
| Forest Service Payments | 428,989 | 219,773 | 648,762 | 276,486,202 |
| BLM Payments | 9,115 | 5,555 | 14,670 | 135,185,127 |
| USFWS Refuge Payments | 0 | 0 | 0 | 22,886,766 |
| Federal Mineral Royalties | 0 | 0 | 0 | 2,755,968,231 |
| **Percent of Total** | | | | |
| PILT | 29.6% | 48.6% | 37.4% | 15.4% |
| Forest Service Payments | 68.9% | 50.2% | 61.2% | 7.3% |
| BLM Payments | 1.5% | 1.3% | 1.4% | 3.6% |
| USFWS Refuge Payments | 0.0% | 0.0% | 0.0% | 0.6% |
| Federal Mineral Royalties | 0.0% | 0.0% | 0.0% | 73.1% |

### Components of Fed. Land Payments per FY, Combined Counties

- From FY 1986 to FY 2019, Forest Service revenue sharing payments grew from $146,155 to $648,762, an increase of 344 percent.
- From FY 1986 to FY 2019, BLM revenue sharing payments grew from $0 to $14,670.




### Components of Fed. Land Payments, FY 2019

- In FY 2019, Forest Service Payments made up the largest percent of federal land payments in Combined Counties (61.2%), and USFWS Refuge Payments made up the smallest (0%).




Data Sources: U.S. Department of Interior. 2020. Payments in Lieu of Taxes (PILT), , Washington, D.C.; U.S. Department of Agriculture. 2020. Forest Service, , Washington, D.C.; U.S. Department of Interior. 2018. Bureau of Land Management, , Washington, D.C.; U.S. Department of Interior. 2020. U.S. Fish and Wildlife Service, , Washington, D.C.; U.S. Department of Interior. 2020. Office of Natural Resources Revenue, , Washington, D.C.

# Federal Land Payments by Geography of Origin

## What do we measure on this page?

Federal land payments: These are federal payments that compensate state and local governments for non-taxable federal lands within their borders. Payments are funded by federal appropriations (e.g., PILT) and from receipts received by federal agencies from activities on federal public lands (e.g., timber, grazing, and minerals).
Payments in Lieu of Taxes (PILT): These payments compensate county governments for non-taxable federal lands within their borders. PILT is based on a maximum per-acre payment reduced by the sum of all revenue sharing payments and subject to a population cap.
Forest Service Revenue Sharing: These are payments based on USFS receipts and must be used for county roads and local schools. Payments include the 25% Fund, Secure Rural Schools & Community Self-Determination Act, and Bankhead-Jones Forest Grasslands.
BLM Revenue Sharing: The BLM shares a portion of receipts generated on public lands with state and local governments, including grazing fees through the Taylor Grazing Act and timber receipts generated on Oregon and California (O & C) grant lands.
USFWS Refuge: These payments share a portion of receipts from National Wildlife Refuges and other areas managed by the USFWS directly with the counties in which they are located.
Federal Mineral Royalties: These payments are distributed to state governments by the U.S. Office of Natural Resources Revenue. States may share, at their discretion, a portion of revenues with the local governments where royalties were generated.
Federal Fiscal Year: FY refers to the federal fiscal year that begins on October 1 and ends September 30.

## Why is it important?

State and local government cannot tax federally owned lands the way they would if the land were privately owned. A number of federal programs exist to compensate county governments for the presence of federal lands. These programs can represent a significant portion of local government revenue in rural counties with large federal land holdings.[35, 36]

Before 1976, federal payments were linked directly to receipts generated on public lands. Congress funded PILT with appropriations beginning in 1977 in recognition of the volatility and inadequacy of federal revenue sharing programs. PILT was intended to stabilize and increase federal land payments to county governments. More recently, the Secure Rural Schools and Community Self-Determination Act of 2000 (SRS) decoupled USFS payments from commercial receipts. SRS received broad support because it addressed several major concerns around receipt-based programs--volatility, the payment, and the incentives provided to counties by linking federal land payments directly to extractive uses of public lands.

PILT and SRS each received a significant increase in federal appropriations in FY 2008 through the Emergency Economic Stabilization Act of 2008. Despite the increased appropriations, SRS is authorized only through FY 2011, PILT only through FY 2012, and federal budget concerns are creating uncertainty for the future of both.[37]

Data Limitations: Local government distributions of federal land payments may be underreported due to data limitations from USFWS, ONRR, and some states that make discretionary distributions of mineral royalties and some BLM payments. USFWS data limitations are relatively insignificant at the federal level, but may be important to specific local governments with significant USFWS acreage. Federal mineral royalties represent a more significant omission in states that share a portion of royalties with local governments.

Data Sources: U.S. Department of Interior. 2020. Payments in Lieu of Taxes (PILT), , Washington, D.C.; U.S. Department of Agriculture. 2020. Forest Service, , Washington, D.C.; U.S. Department of Interior. 2018. Bureau of Land Management, , Washington, D.C.; U.S. Department of Interior. 2020. U.S. Fish and Wildlife Service, , Washington, D.C.; U.S. Department of Interior. 2020. Office of Natural Resources Revenue, , Washington, D.C.

# National Forest Socioeconomic Indicators

## Selected Counties

## Literature Cited

1 - Headwaters Economics. 2010. Regional Economic Information System (REIS) Data Compilation and Disclosure Estimation Process. See headwaterseconomics.org/wphw/wp-content/uploads/REIS_Documentation.pdf.

2 - Headwaters Economics. 2010. County Business Patterns (CBP) Data Compilation and Disclosure Estimation Process. See headwaterseconomics.org/wphw/wp-content/uploads/CBP_Documentation.pdf.

3 - For a glossary of U.S. Census Bureau terms, see: www.census.gov/popest/about/terms.html.

4 - U.S. Census Bureau Population Estimates Methodology: www.census.gov/popest/methodology/index.html.

5 - The employment data are organized according to the North American Industrial Classification System (NAICS) and reported by place of work. For online SIC and NAICS manuals and definitions of industry codes, see: bls.gov/bls/NAICS.htm

6 - The definitions of the service sectors can be found in the online NAICS manual available at: census.gov/cgi-bin/sssd/naics/naicsrch?chart=2007.

7 - For a review of the role of public lands amenities and transportation in economic development, see: McGranahan D. 1999. Natural Amenities Drive Rural Population Change. U.S. Dept. of Agricultural, Economic Research Service, Agricultural Economic Report No. 781. https://www.ers.usda.gov/webdocs/publications/41047/13201_aer781.pdf?v=0.

8 - To read more about the attraction of highly skilled service workers to places with amenities and quality of life (referred to by some as the "Creative Class"), see: McGranahan DA and Wojan TR. 2007. The Creative Class: A Key to Rural Growth. U.S. Dept. of Agriculture, Economic Research Service. Amber Waves 5(2): 16-21. https://researchgate.net/publication/241751697_The_Creative_Class_A_Key_to_Rural_Growth.

9 - For an overview of how historical changes in employment have affected rural America, see: Whitenar LA and McGranahan DA. 2003. Rural America: Opportunities and Challenges. U.S. Dept. of Agriculture, Economic Research Service. Amber Waves 1(1): 14-21. https://www.agclassroom.org/teen/ars_pdf/social/amber/rural_america.pdf.

10 - According to projections by the U.S. Department of Labor, from 2008 through 2018 "goods-producing" employment in the U.S. (mining, construction, and manufacturing) will not grow. By 2018, goods-producing sectors will account for 12.9 percent of all jobs, down from 14.2 percent in 2008. In contrast, "service-producing" sectors are expected to account for 96 percent of the growth in new jobs. The fastest growing are projected to be professional and business services, health care, and social assistance. See: Bartsch KJ. 2009. The Employment Projections for 2008-18. Monthly Labor Review 132(11): 3-10 at http://stats.bls.gov/opub/mlr/2009/11/art1full.pdf. See also http://stats.bls.gov/opub/mlr/2012/01/art1full.pdf for 2010-2020 projections.

11 - For additional online manuals and definitions of industry codes, see: https://www.census.gov/naics/.

12 - The Monthly Labor Review Online, published by the Bureau of Labor Statistics, contains several issues related to explaining earnings and wages by industry, sex, and educational achievement. See http://www.bls.gov/opub/mlr/.

13 - For a comprehensive cost of living index see: http://livingwage.mit.edu/.

## Literature Cited (cont.)

14 - For an example of why average earnings per job may decline, one study has recently documented that workers would accept lower wages in order to live closer to environmental amenities. See: Schmidt L and Courant PN. 2006. Sometimes Close is Good Enough: The Value of Nearby Environmental Amenities. Journal of Regional Science 46(5): 931-951.

15 - Lawson M, Rasker R, and Gude P. 2014. The Importance of Non-labor Income: An Analysis of Socioeconomic Performance in Western Counties by Type of Non-labor Income. The Journal of Regional Analysis & Policy 44(2): 175-190. headwaterseconomics.org/wphw/wp-content/uploads/non-labor-manuscript.pdf.

16 - For a glossary of terms used by the Bureau of Economic Analysis, see: bea.gov/regional/definitions.

17 - For U.S. Census Bureau population age data, see: census.gov/population/age/

18 - On the aging of the population and distribution of the elderly, see also: Frey WH. 2007. Mapping the Growth of Older America. Living Cities Census Series 2000. Washington, D.C.: The Brookings Institution. https://www.brookings.edu/wp-content/uploads/2016/06/0612demographics_frey.pdf.

19 - For more information on unemployment, see related Bureau of Labor Statistics resources at http://www.bls.gov/lau/.

20 - For more information on business cycles, see the National Bureau of Economic Research at nber.org.

21 - For research findings on economic resiliency, see: Chapple K and Lester TW. 2010. The resilient regional labor market? The U.S. case. Cambridge Journal of Regions, Economy and Society 3:85-104.

22 - County of Los Angeles Public Health. 2013. Health Atlas for the City of Los Angeles. https://wattscommunitystudio.files.wordpress.com/2013/06/healthatlas.pdf

23 - Wilkinson RG and Marmot MG, eds. 2003. Social Determinants of Health: The Solid Facts. Copenhagen, Denmark: World Health Organization. http://www.euro.who.int/__data/assets/pdf_file/0005/98438/e81384.pdf.

24 - Fothergill A and Peek LA. 2004. Poverty and disasters in the United States: A review of recent sociological findings. Natural Hazards 32(1): 89-110.

25 - Centers for Disease Control and Prevention. 2011. CDC Health Disparities and Inequalities Report — United States, 2011. Morbidity and Mortality Weekly Report (Supplement / Vol. 60). http://www.cdc.gov/mmwr/pdf/other/su6001.pdf.

26 - North Carolina Institute of Medicine, Prevention for the Health of North Carolina: Prevention Action Plan (October 2009): Chapter 11 Socioeconomic Determinants of Health. http://www.nciom.org/publications/?prevention

27 - U.S. Social Security Administration. 2016. Understanding Supplemental Security Income (SSI) Overview - 2016 Edition. https://www.ssa.gov/ssi/text-over-ussi.htm.

28 - USDA Food and Nutrition Service. Supplemental Nutrition Assistance Program, last modified March 14, 2016. http://www.fns.usda.gov/snap/facts-about-snap.

29 - Foster AC and Hawk WR. 2013. Spending patterns of families receiving means-tested government assistance. Beyond the Numbers 2(26). http://www.bls.gov/opub/btn/volume-2/spending-patterns-of-families-receiving-means-tested-government-assistance.htm.

# National Forest Socioeconomic Indicators

## Selected Counties

## Literature Cited (cont.)

30 - Ringquist EJ. 2005. Assessing evidence of environmental inequities: A meta-analysis. Journal of Policy Analysis and Management 24(2): 223-247.

31 - Fothergill A, Maestas EGM, and Darlington JD. 1999. Race, ethnicity and disasters in the United States: A review of the literature. Disasters 23(2): 156-173.

32 - Cooley H, Moore E, Heberger M, and Allen L. 2012. Social Vulnerability to Climate Change in California. Sacramento, CA: California Energy Commission Pub. # CEC-500-2012-013.

33 - Colby SL and Ortman JM. 2015. Projections of the Size and Composition of the US Population: 2014 to 2060. Washington, D.C.: U.S. Census Bureau. https://www.census.gov/content/dam/Census/library/publications/2015/demo/p25-1143.pdf.

34 - Smith JC and Medalia C. 2015. Health Insurance Coverage in the United States: 2014. Washington, D.C.: U.S. Census Bureau. https://www.census.gov/content/dam/Census/library/publications/2015/demo/p60-253.pdf.

35 - An Inquiry into Selected Aspects of Revenue Sharing on Federal Lands. 2002. A report to The Forest County Payments Committee, Washington, D.C. by Research Unit 4802 - Economic Aspects of Forest Management on Public Lands, Rocky Mountain Research Station, USDA Forest Service, Missoula, MT.

36 - Gorte RW, Corn ML, and Vincent CH. 1999. Federal Land Management Agencies' Permanently Appropriated Accounts. Washington, D.C.: Congressional Research Service Report RL30335.

37 - Trends in federal land payments are closely tied to commodity extraction on public lands. For more on the economic importance (in terms of jobs and income) of these activities, see Headwaters Economics' county payments research: headwaterseconomics.org/county-payments/county-payments-research/.

# A Profile of Timber and Wood Products

## Selected Counties

Selected Geographies:

Dolores County, CO; Montezuma County, CO

## United States

Comparison Geographies:

U.S.

Produced by
Headwaters Economics'
**Economic Profile System (EPS)**
https://headwaterseconomics.org/eps
September 19, 2023

# About the Economic Profile System (EPS)

EPS is a free web tool created by Headwaters Economics to build customized socioeconomic reports of U.S. counties, states, and regions. Reports can be easily created to compare or aggregate different areas. EPS uses published statistics from federal data sources, including the U.S. Census Bureau, Bureau of Economic Analysis, and Bureau of Labor Statistics.

The Bureau of Land Management and Forest Service have made significant financial and intellectual contributions to the operation and content of EPS.

See https://headwaterseconomics.org/eps for more information about the capabilities of EPS. For technical questions, contact Patty Hernandez at eps@headwaterseconomics.org or telephone 406-599-7425.

HEADWATERS ECONOMICS

headwaterseconomics.org

**Headwaters Economics** is an independent, nonprofit research group. Our mission is to improve community development and land management decisions.

www.blm.gov

**The Bureau of Land Management**, an agency within the U.S. Department of Interior, administers 249.8 million acres of America's public lands, located primarily in western states. It is the mission of the Bureau of Land Management to sustain the health, diversity, and productivity of public lands for the use and enjoyment of present and future generations.

www.fs.fed.us

**The Forest Service**, an agency of the U.S. Department of Agriculture, administers national forests and grasslands encompassing 193 million acres. The Forest Service's mission is to sustain the health, diversity, and productivity of the nation's forests and grasslands to meet the needs of present and future generations.

# Timber

## Selected Counties

## Table of Contents

**Timber Employment**

Timber Sectors ........ 4
Timber Employment Trends ........ 6
Timber Employment Trends (cont.) ........ 8
Self-Employment ........ 10

**Timber Wages**

Wages ........ 12
Wages and Employmnet (cont.) ........ 14

**Timber Benchmarks**

Comparisons ........ 16
Comparisons Over Time ........ 18

Data Sources & Methods ........ 20
Endnotes ........ 21

**Note to Users:**

This is one of 14 reports that can be created and downloaded from EPS. Topics include land use, demographics, specific industry sectors, the role of non-labor income, the wildland-urban interface, the role of amenities in economic development, and payments to county governments from federal lands. The EPS reports are downloadable as Excel or PDF documents. See https://headwaterseconomics.org/eps.

# Timber

## Selected Counties

## Timber Sectors

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Total Employment, 2022 | 589 | 9,264 | 9,853 | 149,986,826 |
| Timber | 0 | ˜106 | ˜106 | ˜882,424 |
| Growing & Harvesting | 0 | ˜14 | ˜14 | ˜76,250 |
| Forestry & Logging | 0 | 12 | 12 | ˜54,578 |
| Support Activities for Forestry | 0 | ˜2 | ˜2 | 21,672 |
| Sawmills & Paper Mills | 0 | ˜6 | ˜6 | ˜266,318 |
| Sawmills & Wood Preservation | 0 | ˜6 | ˜6 | 92,671 |
| Pulp, Paper, & Paperboard Mills | 0 | 0 | 0 | 88,170 |
| Veneer, Plywood, Engineered Wood | 0 | 0 | 0 | ˜85,477 |
| Wood Products Manufacturing | 0 | ˜86 | ˜86 | ˜539,856 |
| Other Wood Product Mfg. | 0 | ˜86 | ˜86 | ˜250,047 |
| Converted Paper Product Mfg. | 0 | 0 | 0 | 273,605 |
| Non-Timber | 589 | 9,158 | 9,747 | 149,104,402 |

### Percent of Total

| | Dolores County, CO | Montezuma County, CO | Combined Counties | United States |
|---|---|---|---|---|
| Timber | 0.0% | ˜1.1% | ˜1.1% | ˜0.6% |
| Growing & Harvesting | 0.0% | ˜0.2% | ˜0.1% | ˜0.1% |
| Forestry & Logging | 0.0% | 0.1% | 0.1% | ˜0.0% |
| Support Activities for Forestry | 0.0% | ˜0.0% | ˜0.0% | 0.0% |
| Sawmills & Paper Mills | 0.0% | ˜0.1% | ˜0.1% | ˜0.2% |
| Sawmills & Wood Preservation | 0.0% | ˜0.1% | ˜0.1% | 0.1% |
| Pulp, Paper, & Paperboard Mills | 0.0% | 0.0% | 0.0% | 0.1% |
| Veneer, Plywood, Engineered Wood | 0.0% | 0.0% | 0.0% | ˜0.1% |
| Wood Products Manufacturing | 0.0% | ˜0.9% | ˜0.9% | ˜0.4% |
| Other Wood Product Mfg. | 0.0% | ˜0.9% | ˜0.9% | ˜0.2% |
| Converted Paper Product Mfg. | 0.0% | 0.0% | 0.0% | 0.2% |
| Non-Timber | 100.0% | 98.9% | 98.9% | 99.4% |

- In 2022, Montezuma County, CO had the largest percent of total timber employment (1.14%), and Dolores County, CO had the smallest (0%).

Percent of Employment in Timber, 2022




Data Sources: U.S. Department of Labor. 2023. Bureau of Labor Statistics, Quarterly Census of Employment and Wages, Washington, D.C.



FS-003598