but most have focused on even-aged managed stands. Sartwell (1971) indicated that slow growth and crown ratios ≤30% were associated with nearly all ponderosa pines killed by mountain pine beetle in the Pacific Northwest in second-growth even-aged stands. This author also reported increased mortality levels caused by mountain pine beetle with increasing stand density and suggested that tree competition, primarily for soil moisture, fosters an increased likelihood of mountain pine beetle attack.

In the Black Hills, Sartwell and Stevens (1975) examined 44 groups of mountain pine beetle infestation in second-growth even-aged ponderosa pine stands and found that stands with basal area >34.4 $m^2$/ha were more susceptible to mountain pine beetle. Schmid and Mata (1992) established long-term plots to determine the relationship between stand density and occurrence of mountain pine beetle in partially cut even-aged ponderosa pine stands. Their results suggested a critical threshold for susceptibility to mountain pine beetle at a basal area of 27.5 $m^2$/ha. Their later work (Schmid and Mata, 2005) indicated that perhaps the threshold for high susceptibility may be closer to 22.3 $m^2$/ha. Also in the Black Hills, Olsen et al. (1996) examined spatial variation in even-aged ponderosa pine stands in the Black Hills and concluded that stocking was higher in areas prone to mountain pine beetle infestation. The authors suggested that variation in stand conditions resulted in clusters of trees with different probabilities of infestation.

Most of the knowledge from uneven-aged ponderosa pine stands comes from the Colorado Front Range, the eastern slope of the continental divide in north-central Colorado. McCambridge et al. (1982) examined the characteristics of ponderosa pine stands infested by mountain pine beetle in north-central Colorado. Basal area prior to infestation was significantly higher in areas that experienced large amounts of tree mortality. Negrón and Popp (2004) also reported that stands infested by mountain pine beetle had significantly higher total basal area, ponderosa pine basal area, stem density, and stand density index. The authors developed several classification models for estimating the probability of infestation by mountain pine beetle based on stocking levels. Increased likelihood of attack was observed with a ponderosa pine basal area >17.1 $m^2$/ha.

Based on these studies and many others (see Fettig et al., 2007) it is clear that stand density plays a major role in determining stand susceptibility to mountain pine beetle. As land managers increase the application of uneven-aged management, information on stand and tree susceptibility to mountain pine beetle in these stands will be essential. It is important to examine uneven-aged ponderosa pine susceptibility to mountain pine beetle across the range of the species as differences in forest structure are common. Growing conditions for ponderosa pine are much more favorable in the Black Hills compared to the poor sites typical of the Colorado Front Range (Mogren, 1956; Schubert, 1974; Shepperd and Battaglia, 2002). Sartwell (1971) and Sartwell and Stevens (1975) indicated that poor sites experienced higher levels of mountain pine beetle-caused tree mortality than did high quality sites of similar initial stocking. Ponderosa pine forests in the Black Hills are denser (Shepperd and Battaglia, 2002) with a rather even distribution of trees and are intensively managed. This contrasts with Colorado Front Range forests that are characterized by a clumpy tree distribution mixed with meadows (Peet, 1981) and are scantly managed.

In this study, our objective is to examine stand and tree conditions in uneven-aged ponderosa pine forests in the Black Hills stands to identify characteristics that may be conducive to mountain pine beetle infestation. This knowledge will be of benefit in managing uneven-aged ponderosa pine stands by providing guidelines for minimizing mountain pine beetle-caused mortality.

## 2. Methods

### 2.1. Study site

The Black Hills are located in the western part of South Dakota and northeastern Wyoming. Ponderosa pine is the dominant forest tree across the Black Hills, with quaking aspen, *Populus tremuloides* Michx, white spruce, *Picea glauca* (Moench) Voss, and bur oak, *Quercus macrocarpa* Michx, present to a lesser degree. Elevation ranges from 1219 m east of the Hills to 2164 m in the west. Precipitation increases with northing and in higher elevations. Mean annual precipitation is about 41 cm in the southern Hills and 49 cm in the northern Hills with November through February being the driest months and May and June the wettest. Temperatures are also generally cooler in the northern Hills and higher elevations. Mean annual temperatures range from about 9 to 2.9 °C, mean annual highs from 17.9 to 11.4 °C, and mean annual low temperatures from 2.1 to −5.6 °C, from south to north, respectively. Soils are quite variable across the area and include 107 different series (Shepperd and Battaglia, 2002).

### 2.2. Plot establishment and data collection

The study was conducted during the summer of 2004. We used aerial detection flight data collected by the USDA Forest Service, Forest Health Management, to identify areas where mountain pine beetle-caused pine mortality was present. Using Black Hills National Forest vegetation data we overlaid a map portraying uneven-aged stands over the aerial survey data. We then randomly selected areas for sampling and plot establishment.

As uneven-aged stands have an irregular stocking distribution (Smith, 1986) we used a cluster sampling approach to minimize the influence of irregular stocking. We established a total of 84 clusters of four plots. Each cluster included one infested plot and three uninfested plots. Infested plots included at least one ponderosa pine killed by mountain pine beetle. Uninfested plots included at least one ponderosa pine ≥15.2 cm in diameter at breast height (1.4 m) (dbh hereafter) and no trees killed by mountain pine beetle. To determine plot center for infested plots, we would approach a group of trees killed by mountain pine beetle and identify trees that were initially killed by the insect within these groups. Trees initially killed were determined by foliage discoloration and the presence or

Case No. 1:23-cv-01501-RMR Document 17-2 filed 09/29/23 USDC Colorado pg 2 of 380



absence of small branches. At this point, random numbers for distance and azimuth were obtained that would determine the precise location of plot center. Uninfested plots were located at azimuths of 75°, 195°, and 315° from the center of the infested plot and at a distance of 40.6 m. If infested trees were present where the uninfested plot was to be located we adjusted by increasing the distance by 20.3 m until a location for an uninfested plot was identified. Plots were circular and comprised an area of 0.02 ha.

For all plot trees ≥2.54 cm dbh, we recorded species, dbh, crown position, and tree status using the following categories: live, mountain pine beetle-killed, currently infested, pitchout (unsuccessful mountain pine beetle attack), or dead from other causes. Site information for plots included elevation, landform position, slope, and aspect.

### 2.3. Data analysis

We calculated mean dbh for all species combined and for ponderosa pine, total basal area, trees per hectare, and stand density index (SDI) for all species combined and for ponderosa pine for all plots. Stand density index values were obtained by summation of the individual tree utilization of the site (Stage, 1968; Long and Daniel, 1990). We also calculated the basal area per plot and mean tree diameter comprised of trees equal to or greater than 20.3, 25.4, 30.5, 35.6, and 40.6 cm.

To compare variables measured between infested and uninfested plots we first checked for normality by using the Shapiro–Wilk test. As most of the variables measured were not normally distributed for infested or uninfested plots we used the Wilcoxon rank-sum test to examine differences (Hollander and Wolfe, 1999).

To identify variables that may identify plots more likely to be attacked by mountain pine beetle we used classification trees. This approach identifies variables that can split the data into homogenous groups (Breiman et al., 1984). Linear regression and regression trees were used to model the extent of mortality in infested plots in terms of basal area killed using the variables measured as independent factors.

We then prepared graphs portraying the number of ponderosa pine trees per diameter class in uninfested and infested plots and compared their distributions using a Chi-square test. We also examined the number and percent of trees killed by mountain pine beetle across 5 cm diameter classes in the infested plots.

Probability of individual tree attack within infested plots was examined using logistic regression with a logit function (SAS Institute, 1999). Using the logistic approach, models take the form:

$$P(\text{infestation}) = \frac{1}{(1 + \mathrm{e}^{-b'X})},$$

where $b'X$ represents a linear combination of explanatory variables $X$ with their estimated parameters $b$, and e is the base of natural logarithms.

Predictor variables tested were plot measurements and tree diameter. Model performance was tested in a cross-validation framework. Observations were randomly divided into six groups with an equal number of infested trees assigned to each group. A model was parameterized using data from five of the six groups and its predictive value tested with the sixth group. The process was repeated five times so that every group was used for model construction and for model testing. We then examined model response across a range of diameter classes and stand density indices.

## 3. Results

Significant differences between infested and uninfested plots were observed for total basal area, ponderosa pine basal area, stand density index for all species and for ponderosa pine, for basal area in trees ≥25.4 cm dbh, percent basal area in ponderosa pine, and slope (Table 1). Infested plots had higher values than uninfested plots for all stocking variables and percent basal area in ponderosa pine. Although differences were detected for slope they are negligible and are of no biological importance.

Table 1
Mean (S.E.M.) stand conditions in uninfested *Pinus ponderosa* stands and those infested by *Dendroctonus ponderosae*, Black Hills NF, South Dakota and Wyoming, Summer 2004

| Variable | Uninfested stands $N = 224$ | Infested stands $N = 84$ | $P$-value[a] |
|---|---|---|---|
| Trees per hectare – all species | 582.8 (34.7) | 629.9 (34.6) | .6978 |
| DBH (cm) – all species | 21.1 (0.7) | 22.8 (0.9) | .2247 |
| Total basal area ($m^2$/ha) – all species | 22.0 (1.0) | 26.3 (1.2) | .0157 |
| Stand density index – all species[b] | 415.1 (19.0) | 495.0 (25.3) | .0269 |
| Trees per hectare – ponderosa pine | 503.0 (30.8) | 555.2 (39.5) | .4876 |
| DBH (cm) – ponderosa pine | 22.1 (0.7) | 23.3 (0.9) | .3739 |
| Basal area ($m^2$/ha) – ponderosa pine | 20.8 (1.0) | 25.4 (1.2) | .0048 |
| Stand density index – ponderosa pine | 387.7 (17.8) | 475.2 (24.7) | .0123 |
| Percent basal area in ponderosa pine | 95.0 (1.0) | 97.0 (1.0) | .0004 |
| Basal area ($m^2$/ha) in trees ≥25.4 cm | 15.6 (0.9) | 18.5 (1.0) | .0153 |
| Elevation (m) | 1814 (23) | 1827 (22) | .7583 |
| Slope | 3.2 (0.2) | 3.0 (0.3) | .0502 |

[a] Wilcoxon rank sum test.
[b] The stand density values in the table are calculated on a per hectare basis. For a per acre value: SDI acre = SDI hectare/2.47.

Case No. 1:23-cv-01501-RMR Document 17-2 filed 09/29/23 USDC Colorado pg 3 of 380






Fig. 1. Classification tree for discriminating between uninfested *Pinus ponderosa* plots and those infested by *Dendroctonus ponderosae*. ba25 is the basal ($m^2$/ha) comprised by trees $\geq$ 25.4 cm and sdi.pp is the stand density index including ponderosa pine only. Numbers in parenthesis indicate the number of infested and uninfested plots in each node. Probability infested = (number infested in node/number infested in root node)/(number infested in node/number infested in root node) + (number uninfested in node/number uninfested in root node), Black Hills NF, South Dakota and Wyoming, Summer 2004.

Classification tree analysis identified basal area comprised by trees equal to or greater than 25.4 cm dbh (ba25 hereafter) and ponderosa pine stand density index as useful variables for classifying infested and uninfested plots (Fig. 1). When ba25 is less than 6.0 $m^2$/ha the estimated probability of infestation was only 0.06. When ba25 is equal to or greater than 6.0 $m^2$/ha, the estimated probability of infestation was 0.55. When ba25 is equal to or greater than 6.0 $m^2$/ha, another split in the data using ponderosa pine stand density index can be used. When ponderosa pine stand density index is less than 601 the estimated probability of infestation was 0.32 and when ponderosa pine stand density index is equal to or greater than 601, then the estimated probability of infestation was 0.68.

A regression tree was constructed for estimating the average expected mortality on infested plots given an initial ponderosa pine basal area (Fig. 2). Splitting basal area levels were 38.1 and 27.8 $m^2$/ha. Expected mortality when ponderosa pine basal area is $\geqslant$38.1 $m^2$/ha is 19.3 $m^2$/ha. With ponderosa pine basal area <38.1 $m^2$/ha but $\geqslant$27.8 $m^2$/ha the expected mortality is 12.2 $m^2$/ha. When ponderosa pine basal area is <27.8 $m^2$/ha, then expected mortality is 7.4 $m^2$/ha. Linear regression also produced models to estimate the extent of observed mortality in the infested plots. Increasing ponderosa pine basal area or ponderosa pine stand density index resulted in increased estimated mortality (Fig. 3a and b).

Examination of the number of ponderosa pines across diameter classes portrays the similarity between infested and




Fig. 2. Regression tree for estimating extent of mortality in *Pinus ponderosa* stands infested with *Dendroctonus ponderosae*. ppba is the basal area ($m^2$/ha) comprised by ponderosa pine only. Numbers in parenthesis inside boxes indicate the standard error of the mean, Black Hills NF, South Dakota and Wyoming, Summer 2004.




Fig. 3. Linear regression for describing the relationship between initial *Pinus ponderosa* basal area (ppba) (a) or *Pinus ponderosa* stand density index (ppsdi) (per hectare) (b) and *Pinus ponderosa* basal area killed by *Dendroctonus ponderosae*. Numbers in parenthesis indicate the standard error of the mean, Black Hills NF, South Dakota and Wyoming, Summer 2004.

FS-003924




Fig. 4. Number of *Pinus ponderosa* per diameter classes across all uninfested and infested plots, Black Hills NF, South Dakota and Wyoming, Summer 2004.




Fig. 5. Number and percent of *Pinus ponderosa*, trees killed by *Dendroctonus ponderosae* by diameter classes, Black Hills NF, South Dakota and Wyoming, Summer 2004.

uninfested plots (Fig. 4). Although the distributions were statistically different from one another (Chi-square = 49.6, df = 12, $P < 0.01$), this was likely the result of a deficit in uninfested plots in the 12.5 cm class which is larger than the deficit observed in infested plots as these relate to the rest of the size classes. In both cases the largest number of trees was in the 22.5 cm class. The differences in the number of trees observed, being higher numbers in the uninfested plots, only reflects that more uninfested plots were sampled in the study. Most of the mountain pine beetle-killed trees in the infested plots were in the 17.5–37.5 cm classes (Fig. 5). The percent of trees killed by diameter classes increased with diameter class with the exception of the 42.5 cm class; there were only 6 and 3 trees in the 52.5 and 57.5 cm diameter classes, respectively. No trees were killed by mountain pine beetle in the two smallest diameter classes (Fig. 5).

Logistic regression modeling for estimating the probability of attack on an individual tree in infested plots produced two models (Table 2). A one-variable model indicated that the estimated probability of attack increased with tree diameter. A two-variable model indicated that in addition to increasing tree diameter, increased ponderosa pine stand density index was associated with increased estimated probability of attack. Cross-validation analysis indicated estimated correct classification ranging from 65 to 73%. Correct classifications were higher for infested trees, ranging from 62 to 89% (Table 3).

Table 2
Logistic model parameters for estimating probability of individual *Pinus ponderosa* tree attack by *Dendroctonus ponderosae* within infested plots, Black Hills NF, South Dakota and Wyoming, Summer 2004

| Model | Variable | Estimate | S.E. | *P*-value |
|---|---|---|---|---|
| 1 variable | Intercept | −3.5 | 0.3 | <0.0001 |
| | Tree DBH | 0.3 | 0.02 | <0.0001 |
| 2 variable | Intercept | −4.2 | 0.4 | <0.0001 |
| | Tree DBH | 0.3 | 0.02 | <0.0001 |
| | Ponderosa pine stand density index | 0.003 | 0.001 | 0.0487 |

Model performance for the one-variable model using tree diameter and the two-variable model using tree diameter and ponderosa pine stand density index is presented in Fig. 6a and b. The estimated probability of attack attains 0.92 when dbh is 61 cm, the largest tree size observed in our study. When ponderosa pine stand density is included then the estimated probability of individual tree infestation for a 61 cm dbh tree is 0.9 at a ponderosa pine stand density index of 250 and 0.96 with a ponderosa pine stand density index of 1250.

## 4. Discussion

Our classification tree model identified higher basal area in trees ≥25.4 cm dbh and ponderosa pine stand density index as being correlated with a higher estimated probability of plot infestation. This is similar to the findings of Negrón and Popp (2004) in the Colorado Front Range where total basal area and ponderosa pine basal area were associated with the probability of infestation. Our data indicates however, that in the Black Hills it is the basal area comprised by mid- to large-size that make a stand more susceptible. This contrasts with even-aged stands where it is the total contribution of ponderosa pine that is a factor in stand susceptibility.

Table 3
Results of cross-validation analysis for a model estimating the probability of individual *Pinus ponderosa* tree infestation by *Dendroctonus ponderosae* within infested plots using tree diameter and ponderosa pine stand density index, Black Hills NF, South Dakota and Wyoming, Summer 2004

| Group | Overall correct classification | Uninfested trees correct classification | Infested trees correct classification |
|---|---|---|---|
| 1 | 0.67 | 0.58 | 0.76 |
| 2 | 0.65 | 0.62 | 0.67 |
| 3 | 0.65 | 0.68 | 0.62 |
| 4 | 0.73 | 0.61 | 0.86 |
| 5 | 0.73 | 0.58 | 0.89 |
| 6 | 0.72 | 0.59 | 0.84 |




Fig. 6. Probability of *Pinus ponderosa* individual tree infestation by *Dendroctonus ponderosae* within infested plots as influenced by (a) tree diameter and (b) by the combination of tree diameter and *Pinus ponderosa* stand density index, Black Hills NF, South Dakota and Wyoming, Summer 2004.

Regression trees and linear regression modeled increased mortality levels with increasing stocking levels. Although the $R^2$ in the linear relationships are modest, the relationship is consistent with many other studies. The split at 27.8 $m^2$/ha identified in the regression tree is consistent with studies conducted by Schmid and Mata (1992) that suggested that this may be the threshold for high susceptibility in even-aged stands. Although Schmid and Mata (2005) later suggested that the threshold may be more around 23 $m^2$/ha. Results from the regression tree divide the data in what can be considered low, medium, and high potential tree mortality classes. These are represented by the reference lines over the linear regression using initial basal area (Fig. 3a). It should be noted that these damage classes are derived from empirical data and are not arbitrary levels as the regression tree groups these into classes with the least variance. These classes should prove useful for managers in identifying potential mortality levels in uneven-aged ponderosa pine stands.

Previous studies have indicated that given the presence of suitable diameter classes, increased basal area is associated with increased likelihood and increased levels of bark beetle-caused tree mortality (see Fettig et al., 2007). McCambridge et al. (1982) indicated increased mountain pine beetle-caused mortality in ponderosa pine in Colorado in areas of higher basal area and higher trees per hectare when compared to areas of less stocking. Sartwell and Stevens (1975) reported higher ponderosa pine mortality levels caused by mountain pine beetle in the Black Hills of South Dakota and suggested 34.4 $m^2$/ha as a threshold beyond which stands are more likely to become infested. Also working in the Black Hills, Schmid and Mata (1994) lowered the threshold in even-aged stands to growing stocking level (GSL) of 120 (GSL = basal area when average stand diameter is 25.4 cm so GSL 120 $\approx$ 27.5 $m^2$/ha). Schmid and Mata (2005) further suggest that the threshold may be closer to GSL 100 ($\approx$ 23.0 $m^2$/ha). In southwestern ponderosa pine, roundheaded pine beetle, *Dendrocotnus adjunctus* Blandford, caused tree mortality is correlated with increasing basal area and associated reduced growth rates (Negrón, 1997; Negrón et al., 2000).

Studies in other forest types and associated bark beetles have also reported similar results. Some include lodgepole pine, *Pinus contorta* Dougl. ex. Loud.; white spruce, *Picea glauca* (Moench) Voss; Sitka spruce, *Picea sitchensis* (Bong.) Carr.; Lutz spruce, *Picea X lutzii* Little; Douglas-fir, *Pseudotsuga menziesii* (Mirb.) Franco; and whitebark pine, *Pinus albicaulis* Engelm. (Amman et al., 1977; Amman et al., 1988; Amman and Logan, 1998; Holsten, 1984; Reynolds and Holsten, 1994, 1996; Furniss et al., 1979; Furniss et al., 1981; Negrón et al., 1999; Perkins and Roberts, 2003). Stand density index has also been used to estimate lodgepole pine stand susceptibility to mountain pine beetle (Anhold and Jenkins, 1987) and stand density diagrams have been proposed for managing lodgepole pine stands (Anhold et al., 1996). Stand density index was also a good predictor of piñon pine, *Pinus edulis* Engelm., mortality caused by the piñon ips, *Ips confusus* (LeConte) (Negrón and Wilson, 2003). For an extensive review on the relationship between stand conditions and bark beetle-caused mortality, and explanations of causal mechanisms the reader is referred to Fettig et al. (2007).

Examination of the size of trees killed by mountain pine beetle indicates that more trees were killed in the mid-size diameter classes although a higher percentage of the larger trees were killed. This is consistent with the identification of ba25 as a discriminating variable in the classification tree analysis. Negrón and Popp (2004) in the Colorado Front Range also reported a higher percentage of trees killed in the larger diameter classes. This is consistent with data presented by Schmid and Mata (2005) for even-aged stands. Also from the Colorado Front Range, McCambridge et al. (1982) observed increased number of ponderosa pines killed by mountain pine beetle as dbh increased to 22.9 cm, about the same percent of trees killed in diameter classes between 20.3 and 35.6 cm and no trend with trees larger than 35.6 cm, although the sample size in this class was small.

Our logistic regression modeling of the probability of individual tree infestation in infested plots indicated a higher estimated probability of attack with increasing tree diameter. The model using tree diameter and ponderosa pine stand

density index indicated that the probability of individual tree attack is modified by stand density. The estimated probability of individual tree attack surpassed 0.5 with a tree diameter from 30.5 cm at the higher stand density index evaluated to 40.6 cm at the lowest. Under higher stand density an estimated probability of attack approached 1 with a smaller diameter tree. Trees in the same diameter class have a higher likelihood of being attacked in a denser stand. To our knowledge, this is the first quantitative description of this interaction between tree diameter, stand density, and individual tree susceptibility. This suggests that when describing tree diameter preferences for bark beetles stocking levels need to be considered.

Studies in lodgepole pine indicate that mountain pine beetle preferentially selects the larger trees in a stand (Cole and Amman, 1969; Mitchell and Preisler, 1991). Olsen et al. (1996) indicated that mountain pine beetle did not exhibit preference for larger trees in an even-aged Black Hills ponderosa pine stand. In our study, it is not known if larger diameter trees were first attacked, but over the course of the outbreak a higher percentage of the larger trees were killed.

Reduced susceptibility with lower stocking has been attributed to be a result of increased vigor (Larsson et al., 1983) and subsequent effect on tree resistance (Kolb et al., 1998). Alternatively, it has been suggested to be as a result of different stand microclimates with more open stands being less conducive to beetle populations (Bartos and Amman, 1989; Amman and Logan, 1998). More than likely a combination of these factors is important in determining why bark beetles attack more frequently and cause more mortality in high density stands.

Uneven-aged management in the Black Hills is used to create more open and diverse forests with high structural and spatial diversity which would be less susceptible to stand replacement fire (Agee and Skinner, 2005) or insect outbreaks (Fettig et al., 2007). This can be accomplished with moderate stocking of small diameter trees and retention of larger diameter trees with a basal area of 13.7 $m^2$/ha or less (Shepperd and Battaglia, 2002). This basal area level is below what has been suggested as a threshold for low susceptibility to mountain pine beetle in even-aged stands (Schmid and Mata, 2005). It is also below the level reported to increase the probability of infestation in uneven-aged ponderosa pine in the Colorado Front Range (Negrón and Popp, 2004). The Colorado Front Range growing sites are poor (Mogren, 1956; Schubert, 1974), particularly when compared to the Black Hills (Shepperd and Battaglia, 2002). This agrees with the work of Sartwell and Stevens (1975) who suggested that better sites can carry higher basal area levels while maintaining lower susceptibility to mountain pine beetle. Sartwell (1971) also observed higher mortality levels in poor sites.

From a managerial perspective use of the first split, ba25, in the classification tree for the estimated probability of attack should suffice. Inclusion of the second split, stand density index, can further refine the ability to identify susceptible stands as the estimated probability of attack doubles when ponderosa pine stand density index is greater or equal to 601.

In summary, plots infested by mountain pine beetle exhibited a higher stocking level which is also the case in even-aged stands. Stocking levels play a major factor in influencing mountain pine beetle susceptibility in uneven-aged stands much like it does in even-aged stands. However, in uneven-aged stands it is the presence of mid- to large-diameter classes that plays a major role. The estimated probability of individual tree attack increased with tree diameter in the infested plots, but it was also influenced by stand density. A tree of a given diameter size is more likely to be infested in a denser stand. In plots with of similar stand density, those with a higher basal area in trees in mid to large size classes, as compared to those with a higher proportion in small dbh trees, are more susceptible to mountain pine beetle attack. If retention of larger diameter trees is a management objective, regulating stocking levels with particular attention to the basal area in trees larger than 25 cm dbh will be of benefit.

## Acknowledgments

This study was supported with funding from the USDA Forest Service, Forest Health Protection, Washington Office in cooperation with the Rocky Mountain Research Station. We thank the following individuals for their tireless efforts establishing plots: Bart Roepke, Jesse Brown-Nelson, and Tom Gerg. We thank Kenneth Marchand and Daniel Long for their assistance in preparing GIS products; Joel Mcmillin, Wayne Shepperd, and Chris Fettig for earlier reviews of this manuscript; Rudy M. King and Laurie Porth for statistical support; and the anonymous reviewers whose comments substantially improved the manuscript.

## References

Agee, J.K., Skinner, C.N., 2005. Basic principles of forest fuel reduction treatments. For. Ecol. Manage. 211, 83–96.

Amman, G.D., Logan, J.A., 1998. Silvicultural control of mountain pine beetle: prescriptions and the influence of microclimate. Am. Entomol. 44, 166–177.

Amman, G.D., McGregor, M.D., Cahill, D.B., Klein, W.H., 1977. Guidelines for Reducing Losses of Lodgepole Pine to the Mountain Pine Beetle in Unmanaged Stands in the Rocky Mountains. GTR-INT-36. U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT, p. 19.

Amman, G.D., McGregor, M.D., Schmitz, R.F., Oakes, R.D., 1988. Susceptibility of lodgepole pine to infestation by mountain pine beetles following partial cutting of stands. Can. J. For. Res. 18, 688–695.

Anhold, J.A., Jenkins, M.J., 1987. Potential mountain pine beetle (Coleoptera: Scolytidae) attack of lodgepole pine as described by stand density index. Environ. Entomol. 16, 738–742.

Anhold, J.A., Jenkins, M.J., Long, J.N., 1996. Management of lodgepole pine stand density to reduce susceptibility to mountain pine beetle attack. West. J. Appl. For. 11, 50–53.

Bartos, D.L., Amman, G.D., 1989. Microclimate: an Alternative to Tree Vigor as a Basis for Mountain Pine Beetle Infestations. RP-INT-400. U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT, p. 10.

Breiman, L., Friedman, J.H., Olshen, R.A., Stone, C.J., 1984. Classification and Regression Trees. Chapman & Hall, New York, p. 358.

Cole, W.E., Amman, G.D., 1969. Mountain pine beetle infestations in relation to lodgepole pine diameters. Research Note INT-95. USDA Forest Service, Intermountain Forest and Range Experiment Station, Ogden UT, p. 7.

Fettig, C.J., Klepzig, K.D., Billings, R.F., Munson, A.S., Nebeker, T.E., Negrón, J.F., Nowak, J.T., 2007. The effectiveness of vegetation management practices for prevention and control of bark beetle outbreaks in coniferous

forests of the western and southern United States. For. Ecol. Manage. 238, 24–53.

Furniss, M.M., McGregor, M.D., Foiles, M.W., Partridge, A.D., 1979. Chronology and Characteristics of a Douglas-fir Beetle Outbreak in Northern Idaho. GTR-INT-59. U.S. Department of Agriculture. Forest Service, Intermountain Forest and Range Experiment Station, Ogden, UT, p.19.

Furniss, M.M., Livingston, R.L., McGregor, M.D., 1981. Development of a stand susceptibility classification for Douglas-fir beetle. In: Hedden, R.L., Barras, S., Coster, J.E. (Eds.), Symposium Proceedings: Hazard-rating Systems in Forest Insect Pest Management. GTR-SRS-27. U.S. Department of Agriculture, Forest Service, Athens, GA, pp. 115–128.

Hollander, M., Wolfe, D.A., 1999. Nonparametric Statistical Methods, second ed. John Wiley & Sons, New York, p. 787.

Holsten, E.H., 1984. Factors of susceptibility in spruce beetle attack on white spruce in Alaska. J. Entomol. Soc. Brit. Columbia 81, 39–45.

Kolb, T.E., Holmberg, K.M., Wagner, M.R., Stone, J.E., 1998. Regulation of ponderosa pine foliar physiology and insect resistance mechanisms by basal area treatments. Tree Physiol. 18, 375–381.

Larsson, S., Oren, R., Waring, R.H., Barrett, J.W., 1983. Attacks of mountain pine beetle as related to tree vigor of ponderosa pine. For. Sci. 29, 395–402.

Long, J.N., Daniel, T.W., 1990. Assessment of growing stock in uneven-aged stands. West. J. Appl. For. 5, 93–96.

McCambridge, W.F., Hawksworth, F.G, Edminster, C.B., Laut, J.G., 1982. Ponderosa pine mortality resulting from a mountain pine beetle outbreak. Research Paper RM-235, USDA Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO, 7 pp.

Mitchell, R.G., Preisler, H.K., 1991. Analysis of spatial patterns of lodgepole pine attacked by outbreak populations of the mountain pine beetle. For. Sci. 37, 1390–1408.

Mogren, E.W., 1956. A site index classification for ponderosa pine in northern Colorado. Number 5, Sch. For. Range Manage., Colorado A & M College, Fort Collins, CO, 2 pp.

Negrón, J., 1997. Estimating probabilities of infestation and extent of damage by the roundheaded pine beetle in ponderosa pine in the Sacramento Mountains, New Mexico. Can. J. For. Res. 27, 1936–1945.

Negrón, J.F., Popp, J.B., 2004. Probability of ponderosa pine infestation by mountain pine beetle in the Colorado Front Range. For. Ecol. Manage. 19, 17–27.

Negrón, J.F., Wilson, J.L., 2003. Attributes associated with probability of infestation by the pinon ips, *Ips confusus* (Coleoptera: Scolytidae), in pinon pine, *Pinus edulis*. West. No. Am. Nat. 63, 440–451.

Negrón, J.F., Schaupp, W.C., Gibson, K.E., Anhold, J., Hansen, D., Thier, R., Mocetini, P., 1999. Estimating extent of mortality associated with the Douglas-fir beetle in the Central and Northern Rockies. West. J. Appl. For. 14, 121–127.

Negrón, J.F., Wilson, J.L., Anhold, J.A., 2000. Stand conditions associated with roundheaded pine beetle (Coleoptera: Scolytidae) infestations in Arizona and Utah. Environ. Entomol. 29, 20–27.

Olsen, W.K., Schmid, J.M., Mata, S.A., 1996. Stand characteristics associated with mountain pine beetle infestations in ponderosa pine. For. Sci. 42, 310–327.

Peet, R.K., 1981. Forest vegetation of the Colorado Front Range. Vegetatio 45, 3–75.

Perkins, D.L., Roberts, D.W., 2003. Predictive models of whitebark pine mortality from mountain pine beetle. For. Ecol. Manage. 17, 495–510.

Reynolds, K.M., Holsten, E.H., 1994. Classification of spruce beetle hazard in Lutz spruce (*Picea X lutzii*) stands on the Kenai Peninsula, Alaska. Can. J. For. Res. 24, 1015–1021.

Reynolds, K.M., Holsten, E.H., 1996. Classification of spruce beetle hazard in Lutz and Sitka spruce stands on the Kenai Peninsula, Alaska. For. Ecol. Manage. 84, 251–262.

Sartwell, C., 1971. Thinning ponderosa pine to prevent outbreaks of mountain pine beetle, pp. 41–52. In: Baumgartner, D.M. (Ed.) Proceedingg of the Precommercial Thinning of Coastal and Intermountain Forests in the Pacific Northwest. 3–4 Feb. 1971. Pullman, WA. Coop. Ext. Serv., Dep. For. Range Manage., Washington State University, Pullman, WA, 109 pp.

Sartwell, C., Stevens, R.E., 1975. Mountain pine beetle in ponderosa pine: prospects for silvicultural control in second growth stands. J. For. 73 (136), 140.

SAS Institute, 1999. SAS/STAT® User's Guide, Version 8. SAS Institute Inc., Cary, NC.

Schmid, J.M., Mata, S.A. S, 1992. Stand density and mountain pine beetle-caused tree mortality in ponderosa pine stands. Research Note RM-515 USDA Forest Service. Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO, p. 4.

Schmid, J.M., Mata, S.A., 1994. Hazard rating ponderosa pine stands for mountain pine beetles in the Black Hills. Research Note RM-529. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO, p. 4.

Schmid, J.M., Mata, S.A., 2005. Mountain pine beetle-caused tree mortality in partially cut plots surrounded by unmanaged stands. Research Paper RMRS-RP-54, USDA Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 11 p.

Schubert, G.H., 1974. Silviculture of southwestern ponderosa pine: the status of our knowledge. Research Paper RM-123, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO, 71 pp.

Shepperd, W.A., Battaglia, M.A., 2002. Ecology, silviculture, and management of Black Hills ponderosa pine. General Technical Report RMRS-GTR-97, USDA Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 112 p.

Smith, D.M., 1986. The Practice of Silviculture. John Wiley & Sons, New York, p. 527.

Stage, A.R., 1968. A tree-by-tree measure of site utilization for grand fire related to stand density index. Research Paper, INT-77, USDA Forest Service, Intermountain Forest and Range Experiment Station, Ogden, UT, 7 pp.

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/335101445

# Historical Range of Variability and Current Landscape Condition Analysis: South Central Highlands Section, Southwestern Colorado & Northwestern New Mexico

**Chapter** · May 2009

CITATIONS
41

READS
325

**10 authors**, including:


William H. Romme
Colorado State University
**220** PUBLICATIONS **19,600** CITATIONS

SEE PROFILE


M. Lisa Floyd
Natural History Institute
**47** PUBLICATIONS **3,784** CITATIONS

SEE PROFILE


Michele R. Crist
BLM - The Bureau of Land Management
**25** PUBLICATIONS **566** CITATIONS

SEE PROFILE

**Some of the authors of this publication are also working on these related projects:**

Project Lagoon Microbialites of the Gulf of Mexico View project

Project Conservation Biology of Livestock Grazing View project

All content following this page was uploaded by M. Lisa Floyd on 10 August 2019.

The user has requested enhancement of the downloaded file.



# Historical Range of Variability and Current Landscape Condition Analysis: South Central Highlands Section, Southwestern Colorado & Northwestern New Mexico

William H. Romme, M. Lisa Floyd, David Hanna

with contributions by Elisabeth J. Bartlett, Michele Crist, Dan Green, Henri D. Grissino-Mayer, J. Page Lindsey, Kevin McGarigal, & Jeffery S.Redders

Produced by the Colorado Forest Restoration Institute at Colorado State University, and Region 2 of the U.S. Forest Service

May 12, 2009

# Table of Contents

EXECUTIVE SUMMARY … *p 5*

AUTHORS' AFFILIATIONS … *p 16*

ACKNOWLEDGEMENTS … *p 16*

CHAPTER I. INTRODUCTION
- A. Objectives and Organization of This Report … *p 17*
- B. Overview of Physical Geography and Vegetation … *p 19*
- C. Climate Variability in Space and Time … *p 21*
  - 1. Geographic Patterns in Climate
  - 2. Long-Term Variability in Climate
- D. Reference Conditions: Concept and Application … *p 25*
  - 1. Historical Range of Variability (HRV) Concept
  - 2. The Reference Period for this Analysis
  - 3. Human Residents and Influences during the Reference Period
- E. Overview of Integrated Ecosystem Management … *p 30*
- F. Literature Cited … *p 34*

CHAPTER II. PONDEROSA PINE FORESTS
- A. Vegetation Structure and Composition … *p 39*
- B. Reference Conditions … *p 40*
  - 1. Reference Period Fire Regimes
  - 2. Other agents of disturbance
  - 3. Pre-1870 stand structures
- C. Legacies of Euro-American Settlement and Current Conditions … *p 67*
  - 1. Logging ("High-Grading") in the Late 1800s and Early 1900s
  - 2. Excessive Livestock Grazing in the Late 1800s and Early 1900s
  - 3. Fire Exclusion Since the Late 1800s
  - 4. Interactions: Logging, Grazing, Fire, Climate, and the Forests of Today
- D. Summary … *p 83*
- E. Literature Cited … *p 84*

CHAPTER III. SPRUCE-FIR FORESTS
- A. Vegetation Structure and Composition … *p 92*
- B. Reference Conditions … *p 96*
  - 1. High-Elevation Fire Regimes: General
  - 2. Fire History in Spruce-Fir Forests of the Western San Juan Mountains
  - 3. Ancient Forests in the South Central Highlands Section
  - 4. Insects and Diseases in High-Elevation Forests
  - 5. Interactions Among Disturbances
- C. Legacies of Euro-American Settlement and Current Conditions … *p 109*
  - 1. Effects of 20th Century Fire Suppression
  - 2. Legacies of Logging and Road-Building

D. Summary … *p 113*
E. Literature Cited … *p 115*

CHAPTER IV. ASPEN FORESTS
A. Vegetation Structure and Composition … *p 121*
1. Aspen Morphology, Population Structure, and Genetic Variability
2. Stable vs. Seral Aspen Communities
3. Aspen and Wildlife
B. Reference Conditions … *p 126*
1. Effects of Fire in Aspen Forests
2. Fire History in Aspen Forests of the San Juan National Forest
3. Fire Behavior in Aspen Forests
C. Legacies of Euro-American Settlement and Current Conditions … *p 136*
1. Stand-Level Effects of Logging in Aspen Forests
2. Effects of Livestock Grazing and Native Ungulate Browsing
3. Sudden Aspen Decline (SAD)
4. Is Aspen Declining in the South Central Highlands Section?
D. Summary … *p 142*
E. Literature Cited … *p 143*

CHAPTER V. MIXED CONIFER FORESTS
A. Vegetation Structure and Composition … *p 150*
B. Reference Conditions … *p 154*
1. Warm-Dry Mixed Conifer Forests
2. Cool-Moist or Cold-Wet Mixed Conifer Forests
3. Other Agents Of Disturbance In Mixed Conifer Forests
4. Alternative Successional Trajectories in Mixed Conifer Forests
5. Landscape Patterns in Mixed Conifer Forests of the Hermosa Unit
C. Legacies of Euro-American Settlement and Current Conditions … *p 167*
1. Legacies of Grazing and Fire Exclusion
2. Legacies of Logging and Road Building
D. Summary … *p 169*
E. Literature Cited … *p 171*

CHAPTER VI. OTHER VEGETATION TYPES
A. Piñon-juniper Woodlands … *p 174*
1. Vegetation Structure and Composition
2. Reference Conditions in Piñon-Juniper Woodlands
3. Legacies of Euro-American Settlement and Current Conditions
4. Literature Cited
B. Mountain Grasslands … *p 184*
1. Vegetation Structure and Composition
2. Reference Conditions in Mountain Grasslands
3. Legacies of Euro-American Settlement and Current Conditions
4. Literature Cited

C. Riparian Vegetation and Wetlands … *p 191*
1. Vegetation Structure and Composition
2. Reference Conditions in Riparian Vegetation
3. Legacies of Euro-American Settlement and Current Conditions
4. Literature Cited
D. Alpine Ecosystems … *p 202*
1. Vegetation Structure and Composition
2. Reference Conditions in Mountain Grasslands
3. Legacies of Euro-American Settlement and Current Conditions
4. Literature Cited
E. Mountain Shrublands … *p 205*
F. Lodgepole Pine Forests … *p 208*
G. Bristlecone Pine Forests … *p 210*

CHAPTER VII. MANAGEMENT CHALLENGES AND OPPORTUNITIES
A. Challenges: Forest Fragmentation by Roads and Logging … *p 212*
1. General Ecological Impacts of Roads
2. Road Densities in Forests of the San Juan National Forest
3. Effects of Roads and Logging on a High-Elevation Landscape
B. Challenges: Outdoor Recreation and Exurban Development … *p 227*
1. Ecological Impacts of Outdoor Recreation
2. Ecological Impacts of Exurban Development
C. Challenges: Climate Change … *p 230*
D. Opportunities: Principles of Ecological Restoration … *p 230*
E. Opportunities: Passive Restoration of Fire and Sustainable Grazing … *p 233*
1. Restoring Natural Fire Regimes
2. Innovative Management of Livestock Grazing in Mountain Grasslands
F. Opportunities: Active Restoration in Ponderosa Pine Forests … *p 235*
1. The Restoration Approach
2. Potential Pitfalls and Hazards
G. Opportunities: Emulating Natural Disturbance Processes in Forests … *p 244*
H. Summary … *p 248*
I. Literature Cited … *p 251*

# EXECUTIVE SUMMARY

The South Central Highlands Section encompasses 11,475,000 acres (46,000 $km^2$) of the southern Rocky Mountains in southwestern Colorado and northwestern New Mexico, and includes all or a portion of the San Juan, Rio Grande, Uncompahgre, Gunnison, Carson, and Santa Fe National Forests. The purposes of this study were to (1) characterize the range of variability in structure, composition, function, and dynamics of the ecosystems of the south central highlands section during an appropriate reference period, defined here as the period of indigenous settlement prior to major impacts of Euro-American settlement in the late 1800s, (2) assess the current state of these ecosystems in terms of the extent to which their structure, composition, function, and dynamics depart from that range of variability, (3) evaluate the ecological significance of specific departures from the reference range of variability, i.e., identify any risks associated with current conditions, and (4) suggest opportunities and challenges related to restoring the altered structure, composition, function, or dynamics to something more closely resembling the reference period, in those situations where this is a desired management objective.

Three important themes underlie all of what follows. First, the pronounced elevational and topographic variability of the South Central Highlands Section has produced a great variety of vegetation types, each with its own distinctive landscape structure and disturbance regime. Therefore, issues related to natural ecological patterns and processes, disturbance regimes, and the magnitude of human-induced changes, need to be evaluated individually for each vegetation type. There is considerable risk in extrapolating from one vegetation type to another, because some of the differences in ecology and history are profound.

A second major theme of this report is that we are not starting with a "blank slate" in terms of choices and options in management, but that we have several important legacies of past forest use and management that must be dealt with in developing future management strategies. Some of these legacies, such as over-cutting of mature ponderosa pine in the early 1900s, may reduce our management options today. In this paper we identify some of these major legacies, and suggest ways of compensating for what society may now regard as poor choices in the past. In some situations, this will entail restoration of ecological components and processes that have been lost.

The third major idea underlying this analysis is that our understanding of the ecology of the ecosystems in the southern Rocky Mountains is still inadequate to permit complete confidence in our management decisions today. We must acknowledge that we are going to make some mistakes. However, the seriousness of these mistakes can be reduced by placing forest management into a consciously experimental framework, by carefully observing the system's response to our well-intentioned efforts -- e.g., testing explicit ecological hypotheses with each timber sale, prescribed burn, or road closure -- and by modifying our actions appropriately as we learn more about the system (i.e., practicing adaptive management).

The organization of this report is structured around the three major themes outlined above. Following an overview of the South Central Highland Section's geography, climate, and vegetation, we describe and justify the concept of reference conditions, and then present a brief review of the principles of ecosystem management and adaptive management that are emerging from studies throughout North America. This introduction is then followed by a detailed analysis of each major vegetation type in the South Central Highlands Section, with respect to (i) vegetation structure, composition, and distribution, (ii) reference conditions, and (iii) legacies of past human land use; and we close the report with an overview of management challenges and opportunities for the region as a whole within the context of ecosystem management and adaptive management.

Ponderosa Pine Forests

Ponderosa pine forests are found at lower to middle elevations throughout the South Central Highlands Section. Ponderosa pine (*Pinus ponderosa* var. *scopulorum*) is the major canopy species, often with Gambel oak (*Quercus gambelii*) dominating the understory. Many ponderosa pine forests were composed historically of open stands of large trees, but denser stands also were present. Pre-1900 canopy densities and basal areas in open stands in the San Juan Mountains and Uncompahre Plateau were generally higher than in ponderosa pine forests of northern Arizona. Trees typically grew in clumps interspersed with open areas, and there was wide variation in the size of clumps and open areas.

The most important natural disturbance process in ponderosa pine forests prior to Euro-American settlement was fire; other natural disturbances included various tree-killing insects (notably bark beetles), pathogens, and parasites. Located geographically between the Southwest and the Colorado Front Range, historical fire regimes of ponderosa pine forests in the South Central Highlands Section were intermediate between the Southwestern model of frequent, low-severity fires and the variable-severity model of the Front Range which included a component of high-severity fire. Major fire years in the South Central Highlands Section, as in the Southwest, usually occurred when one to three very wet El Niño years -- in which abundant fine fuels were produced -- were followed by a very dry La Niña year -- when the accumulated fine fuels dried out and carried extensive fires. Approximately half of documented fires before 1900 in the San Juan Mountains burned in the summer season, and half burned in dormant seasons (spring or fall). However, in the years with very extensive fires (e.g., 1748, 1820, 1851, and 1879), fires apparently burned all summer long.

After about 1870 (earlier in some places), most of the ponderosa pine forests in the region were altered dramatically by livestock grazing, logging, and fire suppression by Euro-American settlers. By the mid-20th century, nearly all of the old growth ponderosa pine forests of this region had been liquidated. Consequently, unlogged, old-growth ponderosa pine stands today are very few in number. The most obvious legacy of the early logging of ponderosa pine forests is the general lack of large, old trees and snags

in these forests today; most stands are dominated by relatively small, young trees. Early livestock grazing was largely unregulated, and range conditions began deteriorating as early as the 1890s. As a result, some highly palatable species, such as the bunchgrasses *Muhlenbergia montana* and *Festuca arizona*, may have been locally extirpated from many stands, and the relative abundance of surviving species has been drastically altered. Heavy livestock grazing also disrupted the historical fire regime as the animals removed the grasses and herbs that formerly carried light fires through the forest. Lightning and humans still started fires, but they could not spread across bare ground. Grazing began to be regulated more effectively on federal lands beginning in the 1930s, but by this time the Forest Service was developing an effective fire suppression capability. Over most of the ponderosa pine zone in the South Central Highlands Section, there were no extensive fires throughout the 20th century. When fires occur today in ponderosa pine forests, they sometimes are more severe than before 1900, in part because of the greater fuels that have accumulated during 100+ years without fire. Earlier springs, earlier snow-melt, and longer fire seasons since the mid-1980s also have contributed to larger and more severe fires in ponderosa pine and other vegetation types throughout the West.

<u>Spruce-Fir Forests</u>

Spruce-fir forests, dominated by Engelmann spruce (*Picea engelmannii*) and subalpine fir (*Abies lasiocarpa*), are the coldest and wettest forest type in the South Central Highlands Section, occurring at elevations of 2,720 – 3,580 m. The ground layer vegetation in these forests is highly variable but typically includes a rich mixture of mesophytic herbs.

The two most important and ubiquitous kinds of disturbance in high-elevation landscapes during the period of indigenous settlement were stand-destroying fire and bark beetle outbreaks. Stand-destroying fires generally initiated stand development and maintained a relatively coarse-grained mosaic of successional stages across the subalpine landscape. During the long intervals between fires, however, and especially as stands reached the later stages of development, the disturbance regime of individual stands was dominated by chronic, fine-scale processes involving insects, fungi, and wind, that killed individual trees or small groups of trees

Fires in high-elevation forests of the Rocky Mountains were infrequent and usually very small, because late-lying snowpacks and frequent summer rain showers kept fuels too wet to burn throughout most of the growing season. However, in the rare dry years when weather and fuel conditions were suitable for extensive burning, large portions of the subalpine landscape were burned in severe, stand-destroying fires. We determined that the fire turnover time (the average time required to burn an area equal in size to the entire study area, or the average interval between successive fires at a single site) in a spruce-fir dominated landscape of the western San Juan Mountains was ca. 300 years. Many individual stands escaped fire for many hundreds of years. For example, an ancient spruce-fir forest comprising 180 ha at the headwaters of Martinez Creek in the San Juan National Forest apparently has not burned for 600

years or longer, nor has it been affected by major windthrow events or severe insect outbreaks. Fires often were followed by rapid development of aspen forests with spruce and fir in the understory, especially in the lower-elevation portion of the spruce-fir zone. At the highest elevations, and in other places where aspen was not present, spruce and fir directly re-colonized burned sites; this was a very slow process and hundreds of years were required for a forest to again develop under these circumstances.

The spruce beetle (*Dendroctonus rufipennis*) is a native insect whose larvae feed on the phloem of large, living or dead, Engelmann spruce trees. Most of the time, the beetles persist in low-density, endemic populations that have little impact on forest structure. Periodically, however, populations explode into an outbreak, and the beetles may kill many or most of the large-diameter spruce trees over areas of thousands of hectares. However, small-diameter host trees and other tree species usually are not attacked by the beetles. Beetle outbreaks are followed not by establishment of new tree seedlings, but by accelerated growth of previously suppressed sub-canopy and understory individuals. Return intervals of extensive mountain pine beetle and spruce beetle outbreaks are shorter than the intervals between successive stand-destroying fires, but are still in the range of decades to centuries

In general, the effects of Euro-American activities have been less ubiquitous, or less intense, in spruce-fir forests than in lower-elevation forest types of the South Central highlands Section--although in localized areas the impacts have been just as great. Despite policies of fire exclusion throughout much of the 20th century, the fire regime in spruce-fir forests apparently has changed relatively little during the past century, primarily because large fires in subalpine forests are controlled primarily by regional weather conditions. Few large fires have occurred in spruce-fir forests of the South Central Highlands Section during the 20th century, but given the long fire-return intervals that naturally characterize these systems, the current fire-free intervals may not be far outside the range of variability in fire intervals that characterized the period of indigenous settlement. Certainly the time that has elapsed since the last fire in any individual stand is not exceptionally long, but larger landscape units (e.g., watersheds) may have gone for longer than usual without a large fire.

The most conspicuous anthropogenic disturbances in spruce-fir forests are clear-cut logging and road-building. These activities generally came later to the spruce-fir forest zone than to forests at lower elevations. For example, there was almost no logging and little road building in spruce-fir forests in a large portion of the central San Juan Mountains as late as 1950 Clear-cutting was used extensively during the 1950s - 1970s, but generally has been discontinued in spruce-fir forests because of problems with stand regeneration. Since the 1970s, silvicultural methods have emphasized partial cutting techniques rather than clear-cutting. Since most partial cutting involves selective removal of the larger trees, there is a gradual shift to smaller size classes. Large snags and fallen logs--key structural elements for many wildlife species and soil processes--gradually may disappear. Of all the novel kinds of disturbances that humans have introduced in high-elevation forest

of the South Central Highlands Section during the last century, roads may be the most ubiquitous and significant long-term legacy of our activities.

Aspen Forests

Aspen forests form an important vegetation type between about 2,000 and 3,300 m throughout the mountainous portions of Colorado, Utah, and northern New Mexico These forests grow on a wide variety of geologic substrates and soil types, although best growth usually is seen on deep, loamy soils having high nutrient availability. Aspen is a clonal species in which a single genetic individual may cover a large area (up to several hectare) and be represented by tens, hundreds, or even thousands of individual stems. Ranging from pure aspen stands ("stable aspen") to stands that are co-dominated by aspen and conifer species (seral aspen"), aspen forests generally are characterized by a luxuriant understory of deciduous shrubs and herbs and provide some of the most important wildlife habitats in the South Central Highlands Section.

In a survey of 100 stable and seral aspen forests in the western portion of the San Juan National Forest, stable aspen stands were strongly associated with lower elevations near the ponderosa pine zone, and weakly associated with shale substrates rather than sandstones or igneous rocks, whereas seral stands were found primarily at the higher elevations. This pattern suggests that stable aspen stands in the South Central Highlands Section may have developed in response to very short fire intervals in the past, but more research is needed to fully explain the distribution of stable vs. seral aspen in this region.

The most important natural agent of disturbance in aspen forests during the reference period was fire; other natural disturbances included windthrow, fungal diseases, tent caterpillars and other insects, snow damage, hail, lightning, and sunscald. Aspen stems are easily killed even by relatively low-intensity fire. However, the aspen root system usually is unharmed by fire, and it typically produces abundant root sprouts within the first growing season after the fire. A detailed study of fire history in the western portion of the San Juan National Forest revealed that there were extensive fires in the 1870s and 1860s, but no large fires after that time. Median aspen stand age in the 1880s was about 70 years. If half of the landscape had burned within the previous 70 years, then it would require about twice this length of time, or 140 years, for a cumulative area equal to the entire landscape to burn. This is our best estimate of the fire turnover time in this aspen-dominated landscape during the period of indigenous settlement.

Aspen in the Rocky Mountains is usually harvested by clear-cutting small blocks up to about 40 acres in size. Clear-cutting usually is followed by prolific sprouting of new stems from the root system, and often leads to increased understory production as well. However, some clear-cuts have failed to produce sufficient sprouts to regenerate the cut stand, especially on relatively flat sites having a high water table or heavy browsing by native or domestic ungulates

Extensive and seemingly precipitous mortality of mature aspen stems has been observed in many parts of Colorado and other western states since about 2000. The phenomenon has been labeled "Sudden Aspen Decline" or

"SAD." The cause of the mortality has not been determined.

Aspen cover has decreased in many areas since the early 1900s, leading to concerns about aspen decline. However, the area covered by aspen forests actually has remained stable or even increased throughout the past century in other areas. Assessing the magnitude and significance of aspen decline is complicated by the fact that investigators have used multiple, and often conflicting, concepts of "decline," and different definitions of aspen decline lead to very different conclusions. We evaluated two different ecological processes that have been interpreted as "aspen decline:" (i) replacement of aspen by conifers in the absence of fire or logging, and (ii) failure of aspen to regenerate because of chronic heavy browsing by native or domestic ungulates. We view the first process—a trend of increasing conifer dominance--as a natural successional process that has always occurred during long periods without major stand disturbance and that is not a serious threat to the long-term persistence or ecological function of aspen. Future fires will reduce the conifer component and once again increase aspen dominance. The second process—failure of stands to regenerate because of excessive browsing—appears to be a more serious form of aspen decline that could lead to loss of aspen clones over a long period of time. Unfortunately, we do not have a good estimate of how much of the aspen in this region is declining as a result of excessive ungulate browsing; this is an important topic for future research. Nevertheless, aspen does not appear to be in imminent danger of disappearing from landscapes of the South Central Highlands Section.

Mixed Conifer Forests

The mixed conifer forest type occurs at elevations ranging from about 2270 – 3030 m (7,500 – 10,000 ft). Mixed conifer forests are perhaps the most variable and complex of any forest type in the southwestern mountains, in terms of species composition, stand structure, and dynamics. They also have received relatively little research attention Consequently, we have a relatively poor understanding of the long-term ecological dynamics and interactions that have shaped the mixed conifer landscape in the past, and that explain biotic responses to current management activities.

Environmental conditions, species composition, and disturbance regimes in the mixed conifer zone are intermediate between characteristics of the adjacent ponderosa pine zone at lower elevations and characteristics of the adjacent spruce-fir zone at higher elevations. Mixed conifer forests in the South Central Highlands Section can be divided into either two or three general sub-types or "phases." The two-phase classification recognizes a **warm-dry** phase, generally at lower elevations, and a **cool-moist** phase, generally at higher elevations. **Warm-dry** mixed conifer forests resemble ponderosa pine forests in general stand structure, but Douglas-fir and white fir are also important components of these forests. **Cool-moist** mixed conifer forests typically lack ponderosa pine, have a greater abundance of Douglas-fir and white fir, and, on some sites, include subalpine/corkbark fir and Engelmann spruce. The three-phase classification of mixed conifer forests retains the same **warm-dry** phase, but subdivides the

cool-moist phase into two units: a **cool-moist** phase with the same name as before but a different definition, and a new **cold-wet** phase. Ponderosa pine is the key indicator of the **warm-dry** phase, and subalpine/corkbark fir and Engelmann spruce are the key indicators of the **cold-wet** phase. Douglas-fir and white fir are the constant species occurring throughout the mixed conifer forest type in this three-phase classification, while ponderosa pine, Engelmann spruce, and subalpine/corkbark fir are absent or only minor components in the **cool-moist** mixed conifer phase of the three-phase classification.

During the period of indigenous settlement, many of the **warm-dry** mixed conifer forests of the South Central Highlands Section appear to have been composed of relatively open stands dominated by large ponderosa pine, Douglas-fir, and white fir trees. The understory contained saplings of white fir, Douglas-fir, aspen in some places, Gambel oak, and other shrubs. This kind of stand structure was maintained in part by recurrent fires of relatively low to moderate intensity, although patches of stand-replacing fire probably also were present, and relatively dense stands could be found in places. Fire intervals in **warm-dry** mixed conifer forests typically were measured in decades, and were longer than in ponderosa pine forests but shorter than in forest types at higher elevations. **Cool-moist** or **cold-wet** mixed conifer forests grow in areas that are too wet for the frequent fires that characterize the lower-elevation forest types. Late-lying snowpacks and more frequent summer rains keep fuels moist throughout most of the fire season in most years. Consequently, stands regularly may persist for many decades or centuries without fire. When fires finally do occur during prolonged dry periods, the fuel bed that has developed during the long fire-free period can support a high-intensity fire that kills most of the above-ground vegetation in the stand. Pre-1900 fires in **cool-moist** or **cold-wet** mixed conifer forests occurred at intervals of many decades to centuries, and typically burned at mixed severity, with patches of lethal fire interspersed with patches of low tree mortality. The result was a spatially complex and temporally variable landscape mosaic of stands having a spectrum of structural and compositional characteristics.

In addition to fire, other important agents of natural disturbance in all mixed conifer forests during the reference period included windthrow, fungal diseases, and outbreaks of various insect species. Although these disturbances were important in localized areas, they probably had far less impact on landscape-scale forest dynamics than fire – with the exception of spruce budworm outbreaks, which may have been as important as fire.

The major Euro-American impacts on **warm-dry** mixed conifer forests are generally similar to impacts in ponderosa pine forests. Extensive and unregulated livestock grazing, which began in the late 1800s, removed fine herbaceous fuels that formerly carried low-intensity surface fires, and resulted in a relatively sudden and dramatic drop in fire frequency. Today, many **warm-dry** mixed conifer stands have not burned in over one hundred years, and many have greater tree densities than was typical of the reference period. Euro-American impacts on **cool-moist** or **cold-wet** mixed conifer forests are

generally similar to impacts in spruce-fir forests. Fire regimes of **cool-moist** or **cold-wet** mixed conifer were not so strongly affected by early grazing and fire suppression. Fire frequency and behavior in these and other high elevation forests were controlled primarily by weather conditions, not fuels, and most fires that covered large areas were severe, stand-replacing fires. There were few large fires during the 20th century in **cool-wet** mixed conifer and other high elevation forests of the South Central Highlands Section, but this may be due as much to wet weather conditions and limited ignitions as to active fire suppression efforts. Many **cool-moist** or **cold-wet** mixed conifer forests have high tree densities today, but this does not represent a major departure from historical conditions in these forests.

Extensive logging occurred throughout the lower elevation forests of the South Central Highlands Section, beginning in the late 1800s and especially during the first half of the 20th century. In nearly all of the accessible stands of ponderosa pine and **warm-dry** mixed conifer forest, the large trees were selectively removed. The combination of fire exclusion, selective logging, and favorable climatic conditions for young tree establishment in the early 20th century, has created an unusual stand structure in many **warm-dry** mixed conifer forests today. The large, old ponderosa pine and Douglas-fir trees that formerly dominated the canopy are gone, and the stands now are dominated by smaller, young individuals of pine, Douglas-fir, and white fir. White fir especially has increased in density during the long fire-free period of the 20th century, and establishment of new ponderosa pine and Douglas-fir individuals has tapered off or stopped in many stands, probably because of the dense stand conditions.

In contrast to lower-elevation forests, the **cool-moist** or **cold-wet** mixed conifer forests and other high elevation forest types were not subjected to extensive logging until the middle of the 20th century in many portions of the South Central Highlands Section. Nearly all of the timber harvests in mixed conifer forests have involved road building and some form of partial cutting; little clear-cutting has occurred in this forest type. Selective removal of the high-value canopy trees, with little disturbance to the smaller trees or the species of lower economic value, has created some unusual stand structures that do not resemble the kinds of structures resulting from natural disturbances. Some of these stands are now dominated by a dense growth of small to moderate sized firs and shrubs, with little or no Douglas-fir regeneration. Douglas-fir may not become re-established in such stands for centuries, unless fire occurs or an active restoration treatment is applied.

<u>Other Vegetation Types</u>

This report also gives a brief treatment of seven other vegetation types that are of relatively limited extent in the South Central Highlands Section. However, these types are ecologically important where they occur. They include piñon-juniper woodlands, mountain grasslands, riparian vegetation and wetlands, alpine ecosystems, mountain shrublands, lodgepole pine forests, and bristlecone pine forests.

Challenges and Opportunities

Many of the ecosystems of the South Central Highlands Section today are substantially different from the ecosystems that existed during the reference period, and many of these changes are regarded as undesirable. In this chapter we first review some of the major challenges facing land managers in the South Central Highlands Section, and then explore some of the opportunities for mitigation and restoration of damaged or degraded components of the ecosystems in the region.

**A. Challenges: Forest Fragmentation by Roads & Logging**: One of the major global challenges to biodiversity and ecological integrity is fragmentation of wildland habitats by roads, logging, agriculture, home building, and other human developments. Roads are unprecedented features in ecological history, and have greater impacts on plants, wildlife, and natural ecological processes than almost any other feature of the human-influenced landscape. Road densities are surprisingly high throughout the South Central Highlands Section. For example ponderosa pine forests in the San Juan National Forest in southwestern Colorado contain 2.60 miles of road per square mile.

To evaluate quantitatively the effects of road-building and logging on high-elevation forests, we reconstructed logging history in the Pagosa District of the San Juan National Forest. Although logging began in the late 1800s in most of the ponderosa pine forests of the region, very little logging occurred in high-elevation forests of this district prior to 1950. The number of acres affected by logging each year increased through the 1950s and 1960s, reached a peak in the 1970s, and then declined through the 1980s and 1990s. This half-century of logging has directly affected only a small proportion (ca. 5 %) of the total spruce-fir forest acreage on the Pagosa District. However, nearly all (85%) of the suitable timber base in spruce-fir has been entered at least once for timber removal. We also measured changes in several metrics of landscape structure between 1950 and 1992 using the program FRAGSTATS. For all 45 landscape metrics reported by FRAGSTATS, the average percentage change from 1950 - 1993 was 15 - 25 % when roads were included, but only 3 - 8 % when roads were excluded. The number of distinct patches has increased, average patch size has decreased, edge density (meters of edge between two different cover types) has increased, and mean core area (patch area >50 m from an edge) has decreased

**B. Challenges: Outdoor Recreation, Roads, and Exurban Development**: Outdoor recreation is now the principal use of most forests in the southern Rocky Mountains. Although often regarded as a benign activity that has little or no adverse impact on ecological conditions or processes, outdoor recreation actually poses a major threat to biodiversity and ecological integrity. Of all species federally listed as endangered or threatened, outdoor recreation affects more of these species than any other activity except water development. Outdoor recreation affects plant and wildlife species via direct harvest (hunting, fishing, and collecting), disturbance (either accidental or intentional), habitat modification, and pollution.

The human population in the Rocky Mountain region is one of the fastest growing in the nation, and much of the new development is occurring in formerly rural or undeveloped areas. Exurban development poses several important ecological and social challenges in the South Central Highlands Section. First, the houses and access roads fragment natural habitats and displace sensitive wildlife. Second, exurban development often occurs in ponderosa pine forests and other vegetation types where fire was formerly an important ecological process. Not only are these houses vulnerable to loss in wildfire, but restoration of a natural fire regime is severely constrained by the presence of vulnerable structures that must be protected from fire. Finally, the costs to local governments of maintaining roads and providing services (fire protection, police, and schools) to these scattered residents usually exceed the revenues generated by property taxes; in effect, residents in town are subsidizing the exurban life style. The ecological and social costs of exurban development can be reduced in a number of ways, e.g., by clustering developments and protecting agricultural land through the use of conservation easements.

**C. Challenges: Climate Change**: The earth's climate is changing, global temperatures are increasing, shifts in precipitation patterns are likely to become pronounced in the next century, and weather related disturbances (e.g., hurricanes and droughts) are likely become more frequent and severe. The potential for large, severe fire also is increasing. An upsurge in the frequency of large fires began in the mid-1980s and is expected to continue. Climate change complicates all of our efforts in land management.

**D. Opportunities: Principles of Ecological Restoration**: One of the major land management activities in the twenty-first century likely will be restoration of ecosystems that were degraded during the past century. *Passive restoration* involves removal of the stressors that have degraded an ecosystem, e.g., regulating livestock grazing and recreational activity, and allowing lightning-ignited fires to burn without interference. *Active restoration* involves conscious modification of an ecosystem to achieve a desired result, e.g., selective logging and manager-ignited prescribed fire. Active restoration is not needed (nor is it feasible) in every location throughout the South Central Highlands Section. An important component of all restoration programs is protecting and maintaining those areas that have been little altered, to serve as reference areas for restoration treatments in degraded areas.

**E. Opportunities: Passive Restoration**: Two major stressors in the South Central Highlands Section are excessive fire suppression and poorly conducted livestock grazing. Land management agencies now have opportunities to allow fires or portions of fires to burn naturally with minimal human interference (2009 Implementation Guidelines for Fire Management on Federal Lands). Innovative new grazing management practices, such as those being conducted by the Quivira Coalition, headquartered in Santa Fe, New Mexico, are available to help manage and passively restore these grasslands for long-term viability and sustainability.

**F. Opportunities: Active Restoration of Ponderosa Pine Forests**: Perhaps the clearest opportunities and methods for active ecological restoration in the South Central Highlands Section are seen in ponderosa pine forests. The basic approach involves mechanical thinning to reduce tree density and basal area and to restore a clumped pattern of tree dispersion in the stand, followed by a low-severity prescribed fire. In conjunction with the prescribed burning program, it is necessary to protect recently treated stands from excessive livestock grazing and to mitigate invasive, non-native plants. Monitoring is implemented before treatment, repeated just after treatment, and then continued for several years to detect short-term and long-term effects. It is important to emphasize that restoration of an open stand structure should be applied only to some, not all, ponderosa pine forests throughout the South Central Highlands Section.

**G. Opportunities: Emulating Natural Disturbance Processes in High-Elevation Forest Landscapes**: Where the management emphasis is not on ecological restoration per se, but on sustainably harvesting an economic product in such a way that ecosystem services are not impaired or degraded, innovative new approaches to silviculture are being developed, based on mimicking the kinds of natural disturbances that have shaped these forests for hundreds or thousands of years. Because the native biota are already adapted to these kinds of disturbances, anthropogenic disturbances of similar kind and intensity are less likely to produce unexpected or undesirable ecological surprises than are human disturbances that do not resemble the natural disturbance regime. Possible strategies for making anthropogenic disturbances mimic more closely the natural disturbance regime in high-elevation landscapes involve: (i) revising the size, shape, and spatial arrangement of logging units, (ii) providing "biological legacies" of the former stand in logged areas by means of variable retention harvest systems and retaining coarse wood, and (iii) reducing the extent and impact of roads.

## AUTHORS' AFFILIATIONS


- Elisabeth J. Bartlett … Biology Department, Fort Lewis College, Durango, CO 81301
- Michele Crist … Department of Forestry and Wildlife Management, University of Massachusetts, Amherst, MA 01003
- M. Lisa Floyd … Environmental Studies Program, Prescott College, Prescott, AZ 86301
- Dan Green … San Juan National Forest, Supervisor's Office, Durango, CO 81301
- Henri D. Grissino-Mayer … Department of Geography, University of Tennessee, Knoxville, TN 37996
- David D. Hanna … Environmental Studies Program, Prescott College, Prescott, AZ 86301
- J. Page Lindsey … Biology Department, Fort Lewis College, Durango, CO 81301
- Kevin McGarigal … Department of Forestry and Wildlife Management, University of Massachusetts, Amherst, MA 01003
- Jeffery S.Redders … San Juan National Forest, Dolores Ranger District, Dolores, CO 81323
- William H. Romme … Department of Forest, Rangeland, and Watershed Stewardship, Colorado State University, Fort Collins, CO 80523


## ACKNOWLEDGMENTS


The research and analysis reported here was supported by grants from the San Juan National Forest. Jim Powers and Thurman Wilson, San Juan National Forest, were especially helpful in facilitating this work. Time for synthesis and writing was provided by a sabbatical leave from Fort Lewis College and a Bullard Fellowship at Harvard Forest awarded by Harvard University to WHR. Dr. Albert Spencer, professor emeritus at Fort Lewis College, freely shared with us his insights about the ecology of the San Juan Mountains country, gained from over 40 years of careful observation throughout the region. Kathy Peckham, San Juan National Forest, shared several key references on wildlife needs in ponderosa pine forests. Facilities for dendrochronological analysis were made available by the Laboratory of Tree Ring Research at the University of Arizona. Ethan Somers contributed valuable assistance with the GIS analyses. Stu Sarnow provided valuable assistance in compiling the logging history in the Pagosa District of the San Juan National Forest. Jason Isherwood of Colorado State University prepared the map of the South Central Highlands Section (Figure I-1). Bill Baker, Dan Binkley, Dan Randolph, Claudia Regan, Tom Veblen, and two anonymous reviewers provided very helpful comments and suggestions on an earlier draft of this report. We are grateful to the following individuals who assisted with field data collection: Alexis Backrack, Lana Jo Chapin, Kerrin Griffiths, Dustin Hanna, Pilar Johnson, Matt Levy, Ross Martin, Matt Romme, Lynn Moore, Daniel Tinker, Sally Tinker, Joe VanLandschoot, and Owen Williams. To all of these people and institutions we offer our deep thanks and appreciation.

# CHAPTER 1: INTRODUCTION AND OVERVIEW

William H. Romme, M. Lisa Floyd, David Hanna

## A. OBJECTIVES AND ORGANIZATION OF THIS REPORT

The South Central Highlands Section encompasses 11,475,000 acres (46,000 km$^2$) of the southern Rocky Mountains in southwestern Colorado and northwestern New Mexico, and includes all or a portion of the San Juan, Rio Grande, Uncompahgre, Gunnison, Carson, and Santa Fe National Forests (Figure I-1). The purposes of this study were to (1) characterize the range of variability in structure, composition, function, and dynamics of the ecosystems of the south central highlands section during an appropriate reference period, defined here as the period of indigenous settlement prior to major impacts of Euro-American settlement in the late 1800s, (2) assess the current state of these ecosystems in terms of the extent to which their structure, composition, function, and dynamics depart from that range of variability, (3) evaluate the ecological significance of specific departures from the reference range of variability, i.e., identify any risks associated with current conditions, and (4) suggest opportunities and challenges related to restoring the altered structure, composition, function, or dynamics to something more closely resembling the reference period, in those situations where this is a desired management objective.

Three important themes underlie all of what follows. First, the pronounced elevational and topographic variability of the South Central Highlands Section has produced a great variety of vegetation types, each with its own distinctive landscape structure and disturbance regime. Therefore, issues related to natural ecological patterns and processes, disturbance regimes, and the magnitude of human-induced changes, need to be evaluated individually for each vegetation type. There is considerable risk in extrapolating from one vegetation type to another, because some of the differences in ecology and history are profound.

A second major theme of this report is that we are not starting with a "blank slate" in terms of choices and options in management, but that we have several important legacies of past forest use and management that must be dealt with in developing future management strategies. Some of these legacies, such as over-cutting of mature ponderosa pine in the early 1900s, may reduce our management options today. In this paper we identify some of these major legacies, and suggest ways of compensating for what society may now regard as poor choices in the past. In some situations, this will entail restoration of ecological components and processes that have been lost.

The third major idea underlying this analysis is that our understanding of the ecology of the ecosystems in the southern Rocky Mountains is still inadequate to permit complete confidence in our management decisions today. We must acknowledge that we are going to make some mistakes. However, the seriousness of these mistakes can be reduced by placing




Figure I-1. Major features of the South Central Highlands Section in southwestern Colorado and northwestern New Mexico.

forest management into a consciously experimental framework, by carefully observing the system's response to our well-intentioned efforts -- e.g., testing explicit ecological hypotheses with each timber sale, prescribed burn, or road closure -- and by modifying our actions appropriately as we learn more about the system (i.e., practicing adaptive management).

The organization of this report is structured around the three major themes outlined above. Following an overview of the South Central Highland Section's geography, climate, and vegetation, we describe and justify the concept of reference conditions, and then present a brief review of the principles of ecosystem management and adaptive management that are emerging from studies throughout North America. This introduction is then followed by a detailed analysis of each major vegetation type in the South Central Highlands Section, with respect to (i) vegetation structure, composition, and distribution, (ii) reference conditions, and (iii) legacies of past human land use; and we close the report with an overview of management challenges and opportunities for the region as a whole within the context of ecosystem management and adaptive management.

The analyses reported here are based primarily on recent ecological investigations conducted in the San Juan National Forest by the authors, databases available for the San Juan National Forest, and the ecological literature. As a result, our analysis and examples emphasize the San Juan National Forest portion of the South Central Highlands Section. However, extrapolation to the remainder of the Section is made wherever warranted or possible, and major gaps in data and analysis for other parts of the Section are identified. A companion report (Romme and McGarigal 2006) provides more detail on the plant communities and vegetation dynamics of the Uncompahgre Plateau, located in the northwestern corner of the South Central Highlands Section. In addition, the historical range of variability of ecosystems in the San Juan Mountains and Uncompahgre Plateau has been described by means of a dynamic landscape simulation model (RMLANDS), which provides a somewhat different but complementary picture of the natural ecological dynamics of this region based on a different kind of methodology (McGarigal and Romme 2005).

## B. OVERVIEW OF THE REGION'S PHYSICAL GEOGRAPHY AND VEGETATION

The South Central Highlands Section is centered on the massive San Juan Mountains system, which extends from west to east across southwestern Colorado, and the South San Juan Mountains which run southward from the east end of the San Juan Mountains into northwestern New Mexico. Associated with the central San Juan system are several smaller but nevertheless impressive mountain ranges and high plateaus, including the Uncompaghre Plateau, the Mesa Verde cuesta, the La Plata and La Garita Mountains in Colorado, and the Nacimiento and Jemez Mountains in New Mexico (Figure I-1). Most of the area lies within the southern Rocky

Mountains province but it also includes a portion of the Colorado Plateau (Blair 1996a). Elevations range from approximately 1,500 m (5,000 ft) in the basins and valleys of northwestern New Mexico to over 4,200 m (14,000 ft) in the central San Juan Mountains of Colorado. The continental divide runs along the crest of the South San Juan Mountains, and several important rivers rise in the high mountains of the South Central Highlands Section, including the Chama, Conejos, Rio Grande, San Juan, Dolores, and major tributaries of the Gunnison.

The geology of the South Central Highlands Section is complex. The mountains and basins are composed of material dating from ancient Precambrian rocks to recent alluvial deposits (Ellingson 1996a, Campbell 1996, Campbell and Brew 1996). The landforms we see today were created by a variety of geological processes, including plate tectonics, volcanism, glaciation, and erosion (Brew 1996, Ellingson 1996b, Blair 1996a).

The vegetation, flora, and fauna of the South Central Highlands Section are rich and complex, as would be expected in such a topographically and climatically diverse region. Povilitis (1993, 2000) analyzed the Greater San Juan Mountain Area, which encompasses most of the South Central Highlands Section plus some adjacent areas. The Greater San Juan Mountain Area supports some 507 native vertebrate species, as well as biotic communities representative of eleven potential natural vegetation types (sensu Kuchler 1964). Thirty-two species of vascular plants and 40 species of vertebrates are officially recognized as endangered, threatened, or of special concern at the state or federal level. Little is known about the invertebrate fauna, but there is a rare, endemic butterfly (the Uncompahgre fritillary) known from only two sites in the San Juan Mountains. There also are several species of moss that are found primarily in northern Canada and Alaska but exist also as small disjunct populations in cool, wet habitats of the San Juan Mountains (D. W. Jamieson, personal communication 1996).

A great variety of vegetation types is found in the region, each having a unique ecological setting and history (Romme et al. 1992, Spencer and Romme 1996, Floyd-Hanna et al. 1996, Jamieson et al. 1996, Somers et al. 1996), as well as distinctive human impacts and changes since Euro-American settlement (Table I-1). At the lowest elevations the vegetation is dominated by pinon-juniper woodlands and various kinds of semi-arid grasslands and shrublands. Moving into the foothills of the mountains, and on the tops of broad plateaus and mesas adjacent to the mountains, we find extensive forests of ponderosa pine interspersed with tall shrub-dominated stands (Petran chaparral). The middle slopes of the mountains are covered by a mosaic of mixed conifer and aspen stands, broken by occasional meadows and grasslands. At the highest elevations are extensive spruce-fir forests, subalpine meadows, and treeless alpine communities on the highest peaks. Running through all of these vegetation types are riparian woodlands and meadows along the borders of perennial rivers and streams.

For the purposes of this analysis, we focus on four major vegetation types that are of particular ecological and economic significance throughout the South Central Highlands Section:

ponderosa pine forests, spruce-fir forests, aspen forests, and mixed conifer forests. Ponderosa pine and spruce-fir forests grow at the lowest and highest elevations, respectively, and differ the most among forest types in historical structure and dynamics and in the type and magnitude of change during the past century. Aspen and mixed conifer forests grow at intermediate elevations and share many characteristics with the forests at higher and lower elevations. Therefore, we first cover ponderosa pine and spruce-fir forests, and then examine aspen and mixed conifer forests. We also provide a brief review and assessment of six other vegetation types that are less widespread within the South Central Highlands Section but also important: piñon-juniper woodlands, mountain grasslands, riparian areas and wetlands, alpine ecosystems, mountain shrublands, lodgepole pine forests, and bristlecone pine forests.

In general, the vegetation at lowest elevations has had the longest and most intensive impacts from Euro-American settlement, whereas at the highest elevations the impacts have been somewhat lighter and more recent. For example, grazing and fire exclusion began to significantly change the structure of ponderosa pine forests as early as the mid-1800s in the southern portion of the South Central Highlands Section. In contrast, extensive logging and road-building in spruce-fir forests of the central portion of the Section did not begin until 1950. There are important exceptions to this generalization. For example, fire exclusion has profoundly altered some lower and mid-elevation ponderosa pine, aspen, and mixed conifer forests, but has had relatively little impact on the broad-scale structure and function of piñon -juniper woodlands and spruce-fir forests -- which represent both the uppermost and lowermost forest zones. All of these topics are developed more fully in the chapters that follow.

## C. CLIMATIC VARIABILITY IN SPACE AND TIME

### 1. <u>Geographic Patterns in Climate</u>

The climate of the South Central Highlands Section is extremely variable because of the tremendous range in elevation and topography. Generally, the higher elevations are cooler and wetter than the lower elevations, and north-facing aspects are cooler and wetter than south-facing aspects. The eastern and northeastern portions of the South Central Highlands Section, in the lee of the main crest of the San Juan range, lie within a rain shadow, since most major winter storm systems move into the region from the west or southwest; these eastern and northeastern areas generally receive less precipitation than do areas at comparable elevations in the western and southern portions of the Section. Overall, the region is arid, and precipitation exceeds evaporative demands only at the highest elevations (Spencer and Romme 1996).

Climatological stations are few in number, but the range of climatic variability within the region is illustrated by the following examples (Keen 1996;125). In Cortez, Colorado, located in a broad basin near the foot of the mountains at 1,880 m (6,200 ft), temperatures range from an average high of 31 $^{o}$ C (88 $^{o}$ F) in July to an average low of -11 $^{o}$ C (12 $^{o}$ F) in January. In

Table I-1. Overview of major vegetation types in the South Central Highlands Section. Environmental data provided by Jeffery S. Redders, San Juan National Forest.

| Vegetation Type | Environment | Dominant Species |
|---|---|---|
| Piñon -juniper woodlands & Petran chaparral | lower elevations (1500-2600 m), warm, dry | Colorado piñon, Utah juniper, Rocky Mountain juniper, Gambel oak, Utah serviceberry, bitterbrush, muttongrass |
| Ponderosa pine forests | lower elevations (2100-2600 m), warm (90-110 frost-free days/yr), dry (50-65 cm/yr) | Ponderosa pine, Gambel oak, snowberry, Arizona fescue, muttongrass, elksedge |
| Mixed conifer forests | middle elevations (2400-2900 m), cool (75-90 frost-free days/yr), moist (60-75 cm/yr) | Ponderosa pine, Douglas-fir, white fir, blue spruce, southwestern white pine, trembling aspen, Gambel oak, snowberry, elksedge |
| Aspen forests | middle elevations (2400-3400 m), cool (55-90 frost-free days/yr), moist (60-90 cm/yr) | Trembling aspen, snowberry, Douglas-fir, white fir, subalpine fir, blue spruce, Engelmann spruce, snowberry, geranium, heartleaf arnica, meadow-rue |
| Spruce-fir forests | high elevations (2700-3600 m), cold (45-75 frost-free days/yr), wet (75-100 cm/yr) | Engelmann spruce, subalpine fir, whortleberry, geranium, strawberry, heartleaf arnica, daisy |
| Grasslands & meadows | all elevations and climatic zones; may be on drier sites than nearby forest vegetation | Big sagebrush, Arizona fescue, Thurber fescue, mountain muhly, Parry's oatgrass, other grasses & forbs |
| Riparian vegetation | permanently moist sites in all elevation and climatic zones | Cottonwoods, willows, thin-leaf alder, sedges |
| Lodgepole pine forests | high elevations; mostly on the northeastern flank of the San Juan & La Garita Mountains | Lodgepole pine, other species of spruce-fir and mixed conifer forests |
| Bristlecone pine woodlands | high elevations; mostly on the eastern sides of the San Juan, South San Juan, and La Garita Mountains | Bristlecone pine, some Engelmann spruce, xerophytic shrubs and forbs of spruce-fir forests |

Silverton, Colorado, located at 2,800 m (9,300 ft) within a deep valley receiving cold air drainage from surrounding high peaks in the central San Juan Mountains, temperatures range from an average high of 23 $^{o}$ C (73 $^{o}$ F) in July to an average low of -18 $^{o}$ C (- 1 $^{o}$ F) in January. Mean annual precipitation may exceed 148 cm (60 in) per year on some of the highest peaks in Colorado, but is less than 25 cm (10 in) per year in portions of the San Juan Basin in northwestern New Mexico (Keen 1996;123). Seasonal distribution of precipitation also is uneven. Highest precipitation usually falls in late summer (July and August) and winter (January through March); May and June are usually relatively dry (Keen 1996). Even within one geographic area, there may be significant variation among sites, as illustrated by Figure I-2 which depicts monthly precipitation and temperature at six climatological stations on the southern and western flanks of the San Juans.

2. Long-Term Variability in Climate

The climate in the South Central Highlands Section is influenced not only by local effects of latitude and topography, but also by atmospheric processes occurring thousands of miles away in the Pacific and Atlantic Oceans. These teleconnections have received increasing attention during the past 20 years, and our understanding of how these far-away phenomena produce long-term variability in our local climate has improved greatly. The explanation below draws heavily from the summary provided by Kulakowski and Veblen (2006) for the Grand Mesa National Forest, to which the reader is referred for additional details and documentation.

One of the most important broad-scale influences on the climate of the southwestern U.S. is the El Niño – Southern Oscillation (ENSO), which results from anomalous water temperatures in the tropical Pacific Ocean. ENSO produces alternating periods of wet (El Niño) vs. dry (la Niña) winters and springs in the Southwest, with a periodicity of 2–6 years (Diaz and Kiladis 1992, Michaelsen and Thompson 1992, Woodhouse 1993, Swetnam and Betancourt 1998, Veblen et al. 2000). The Pacific Decadal Oscillation (PDO) and the Atlantic Multidecadal Oscillation (AMO) reflect variation in water temperatures in the northern Pacific and northern Atlantic Oceans, respectively, and both of these phenomena alternate between warm and cold phases with a periodicity of 20-30 years (PDO) or 60-80 years (AMO). The warm phase of PDO is associated with increased precipitation in the central and southern Rocky Mounains (Gray et al. 2003), but the warm phase of AMO is associated with drought in the western U.S. (McCabe et al. 2004). Severe drought in the Southwest occurs when the cold phase of PDO coincides with the warm phase of AMO, as occurred in the 1950s. Although the correlations between PDO/AMO phases and climate in the South Central Highlands Section are now well documented, the mechanisms involved are not yet well understood. Nevertheless, the correlations are important: for example, fire occurrence tends to increase throughout the region during drought periods associated with ENSO, PDO, and AMO.




Figure I-2. Monthly temperature and precipitation at two high-elevation sites in the San Juan Mountains, CO.




Figure I-2 (cont.). Monthly temperature and precipitation at two mid-elevation sites in the San Juan Mountains, CO.




Figure I-2 (cont.). Monthly temperature and precipitation at two low-elevation sites in the San Juan Mountain country, CO.

Climatic fluctuation during the 20th century, associated in part with variation in ENSO, PDO, and AMO, can be seen in the record for Grand Junction, Colorado (Fig. I-3).

In addition to decadal-scale fluctuations, climatic variation occurs over centuries-long time scales. The "Little Ice Age," which occurred roughly from 1550 – 1850 A.D., was a generally colder and drier period in much of the world including the southern Rocky Mountains. (Note that Hughes and Funkhouser (1998) prefer to call this the "1600-1850 period of anomalous climate" because climatic changes were neither consistent nor synchronous from region to region.) The colder temperatures of the Little Ice Age were reflected in the advance of small mountain glaciers in northern Colorado (Benedict 1973, Grove 1988), changes in fossil pollen preserved in ponds of southwestern Colorado (Fall 1988, Petersen 1994), and narrow tree-rings in many parts of the Southwest (Grissino-Mayer 1995, Figure I-4). In contrast, much of the 20th century has been characterized by warmer and wetter conditions. For example, the period from 1976-1995 was one of the wettest in the Southwest in the last thousand years (Grissino-Mayer 1995). In interpreting recent ecological changes in the South Central Highlands Section, it is important to remember that Euro-American settlement of this region coincided with the transition from colder, drier Little Ice Age conditions to the warmer, wetter climate of the 20th century.

## D. REFERENCE CONDITIONS: CONCEPT AND APPLICATION

### 1. Historical Range of Variability Concept

To evaluate current ecological conditions in the South Central Highlands Section, we need a benchmark or reference period of relatively stability and ecological health to compare with the present (Leopold 1966). The "historical range of variability" (HRV) provides such a benchmark. HRV can be defined in a number of ways that all express the same basic idea, e.g.,

-- "the ecological conditions, and the spatial and temporal variation in these conditions, that are relatively unaffected by people, within a period of time and geographical area appropriate to an expressed goal" (Landres et al. 1999) …

-- "the estimated range of ecological conditions and processes that occurred in the past, often expressed as a probability distribution of likely states" … "a dynamic set of boundaries between which most native biodiversity variables have persisted–with fluctuations-through time and across space" (Binkley et al. 2007)

A number of synonyms for HRV express this same basic idea that we are concerned not with a static description of a single time in the past, but with a range of historical conditions in which the current biota developed. These synonyms include "range of natural variability," "natural range of variability," "reference variability," and "natural variability" (from Landres et al. 1999). For this report we use the term "historical range of variability" or HRV.




Figure I-3. Twentieth-century trends in spring and summer temperature and precipitation at Grand Junction, Colorado (copied from Kulakowski and Veblen 2006).




Figure I-4. Long-term variability in total winter precipitation as re-constructed from tree-rings in El Malpais National Monument, western New Mexico (H.D. Grissino-Mayer, personal communication 1995). Time periods depicted in black above the zero line were relatively wet (and the higher the line the wetter the climate), while time periods below the line were relatively dry (and the lower the line the drier the climate).

## 2. The Reference Period for this Analysis

There is no single "correct" reference period for an assessment of HRV. Different questions may require insights from different time periods in the past. It is also important to recognize that the San Juan Mountain country has never been static; there have been continual changes in the climate, geomorphology, vegetation, and human influences at least since the end of the Pleistocene ice age some 14,000 years ago. Thus, selection of a benchmark period of relative stability against which we can compare present ecological conditions is somewhat problematic (Lertzman and Fall 1998). Nevertheless, against the background of continual change, we can recognize several long periods characterized by relatively small-scale changes that were punctuated by brief but intense periods of rapid change in climate, human influences, or other factors.

Rapid and substantial global warming around 14,000 years ago brought about the end of the Pleistocene ice age and ushered in the Holocene period that has continued to the present. This huge climatic change resulted in drastic readjustments in the distribution and abundance of the biota. Cold-adapted plants and animals became extinct or migrated to the highest elevations while more warmth-tolerant species expanded out of local warm sites in the foothills or migrated into the region from outside (Pielou 1991). Since the end of the Pleistocene, however, the regional climate has been comparatively stable, though there have been important periods of smaller-scale variability -- such as the warmer and drier conditions of the altithermal (ca. 4000 years ago), the prolonged droughts that coincided with ancestral Pueblo people's abandonment of the region around 1300 AD, and the Little Ice Age that lasted from about 1600 AD until the early 1800s. Nevertheless, general vegetational zonation and species composition apparently have remained roughly the same throughout the latter half of the Holocene period (Petersen 1981, Betancourt 1990).

Humans have been present in the country now called the South Central Highlands for at least 11,000 years, and have influenced ecosystems throughout the time of their occupancy (Duke 1995, 1996; Paulson and Baker 2006). The extent and magnitude of human influences on local ecosystems during the Paleo-Indian and Archaic periods (prior to ca. 1 A.D.) is poorly understood, but people probably had substantially less ecological impact during that early period of apparently low population densities than they had in later periods. There probably was a dramatic change in the extent, magnitude, and kinds of human impacts during the Ancestral Pueblo (formerly called Anasazi) period in southwestern Colorado and northwestern New Mexico (ca 1 A.D. to 1300 A.D.), when human population densities reached levels comparable to those of today and agricultural and subsistence activities affected large extents of land area. Following abandonment of the region by ancestral Pueblo people around 1300 A.D., human populations apparently fell to relatively low levels in southwestern Colorado and northwestern New Mexico, and remained comparatively low until the arrival of large numbers of

Euro-American settlers in the middle to late1800s.

Two periods of relative stability of climate, vegetation, and human influences potentially could provide a general reference period for this analysis of current ecological conditions in the South Central Highlands section: (i) the period between the end of the Ice Age and the rise of ancestral Pueblo culture, and (ii) the period from ancestral Pueblo abandonment to Euro-American settlement. The first of these periods is difficult to work with because of the paucity of specific ecological information available ( the "fading record;" Swetnam et al. 1999). Therefore, we selected the second period (from about 1500 until the mid to late 1800s) as our principal reference, or benchmark, for evaluating the current ecological state of the South Central Highlands. We refer to this time as the *period of indigenous settlement*, in contrast to the period of Euro-American settlement that began in the mid to late 1800s.

It cannot be emphasized too strongly that the period of indigenous settlement was *not* a time of stasis, climatically, ecologically, or culturally (Paulson and Baker 2006). For example, the Little Ice Age occurred during this time, and was associated with small shifts in the position of the upper timberline and in the elevational breadth of the forest zone on the middle slopes of the mountains (Petersen 1981, Millar and Woolfenden 1999). Local human inhabitants obtained horses and new technology and were affected by disease and displacement of other tribes brought about by European colonization farther to the east (Whitney 1994). Nevertheless, compared with some other periods in history, the period from about 1500 - 1870 AD was a time of relatively consistent environmental and cultural conditions in this region -- and a time for which we have a reasonable amount of specific information.

It also is important to emphasize that our goal today should not be to attempt to recreate all of the ecological conditions of the 1500s through 1800s. Complete achievement of such a goal would be impossible, given the climatic, cultural, and ecological changes that have occurred in the last century. It also would be unacceptable socially, economically, and politically. Nor do we suggest that the reference period was completely "natural" or preferable in all ways to today's landscape. However, the period of indigenous settlement does provide a good benchmark for evaluating current conditions, because it appears to have been a time when the ecosystems of the South Central Highlands Section were intact and functioning well. These ecosystems apparently supported rich biodiversity, conserved soils and nutrients, and ran sustainably on solar energy (Kaufmann et al. 1994). Some of the ecological characteristics of the period of indigenous settlement have been lost to a greater or lesser degree in some portions of the South Central Highlands section, but there are opportunities to restore those ecological structures and processes that have been lost or altered -- should we decide to do so.

## 3. Human Residents and Influences During the Reference Period

During the period from the 1500s through the late 1800s, the major inhabitants of the San Juan Mountain country in southwestern Colorado apparently were the Ute people

(Callaway et al. 1986, Ellis 1996, Paulson and Baker 2006). The Navajo also may have used the area occasionally (Duke 1995). Little is known about the prehistory of the Utes; it is not even certain when they moved into the region (Duke 1995). However, the information that is available suggests that they were relatively few in number and scattered over an enormous area. Rockwell (1956) estimates that when Europeans arrived in Colorado there were only about 1,000 Utes living in southwestern Colorado, and that all seven bands of Utes throughout Colorado never comprised more than 10,000 people. Moreover, when Dominguez and Escalante traveled through southwestern Colorado in August of 1776, they never saw an Indian, which suggests that there were not many people living in the area although they simply may have all been up in the high country at that time (Bolton 1950). It is possible that Ute numbers were much higher before the late 1700s, but that they were decimated by disease as with many other North American tribes (Whitney 1994). However, there is no documented evidence either supporting or refuting this hypothesis.

The Ute people during this period were generalized hunters and gatherers who moved about frequently in response to changing resource availability (Callaway et al. 1986, Fowler 1986, Harper 1986, Duke 1995, Ellis 1996, Paulson and Baker 2006). Loosely organized bands tended to gather in the lower river valleys during the winter, but in the summer the population became widely scattered as individual family groups moved into the mountains to hunt, fish, and gather (Rockwell 1956, Aikens and Madsen 1986). Oral histories indicate that the Utes set fires on occasion (Marilyn Colyer, Mesa Verde National Park, personal communication 1996), but almost nothing is documented about specific Ute cultural practices with fire. Some tribes in the Great Basin region are known to have ignited fires to favor wild tobacco and seed crops (Harper 1986), and indigenous people elsewhere in North America burned forests and grasslands to improve forage for game animals (Barrett and Arno 1982, Whitney 1994, Vale 2002). However, some early settlers in southwestern Colorado reported that the Utes did not use fire to as great an extent as some other tribes (Anonymous 1971;122). In short, we simply do not know enough about the Utes' former hunting, gathering, and burning practices to allow any definitive conclusions about their impact on local ecosystems. Given a low population, widely dispersed over a huge area, it seems likely that Ute subsistence would have had relatively little influence on plant and animal populations and fire regimes, except locally in areas near popular encampments.

The magnitude and extent of indigenous peoples' influences on the ecosystems of the South Central Highlands Section during the reference period is one of the big questions about this region that requires more research. In a pioneering assessment of this general issue, Whitney (1994) summarized the available information on effects of indigenous peoples in eastern North America prior to European settlement. He concluded that people significantly altered ecosystems in certain areas (e.g., coastal regions, major river valleys, around the Great Lakes), but that there were extensive areas where human impact was minimal (e.g.,

northern New England, portions of the Allegheny Plateau). Baker (2002) and Vale (2002) recently suggested a similar interpretation for western North America, and Paulson and Baker (2006) concluded the same for southwestern Colorado. We expect that the situation was generally similar throughout the South Central Highlands Section -- local sites of intense human effects and extensive areas with little human influence -- but we emphasize that our current understanding of the human occupants of this region during the 1500 - 1800 period is inadequate.

Given the probably low population densities of the Native American inhabitants of the South Central Highlands Section during the period of indigenous settlement, and especially considering the paucity of specific information regarding their effects on ecosystems of the region, this report describes reference conditions primarily in terms of climatic and biological processes and influences. It is important to recognize, however, that the human history and cultures in the southernmost portion of the South Central Highlands Section were different in important ways from those of the northern portion of the Section during the period of indigenous settlement. Notably, the Jemez and Zia Pueblos, as well as several other pueblos along the Rio Grande, were permanent settlements throughout this period, and their occupants made use of adjacent highland areas. The interactions of these more southerly inhabitants with their local physical and biological systems are not treated in any detail in this report, but see Scurlock (1998) and Allen (2002) for more on this topic.

## E. OVERVIEW OF INTEGRATED ECOSYSTEM MANAGEMENT

The general approach and specific analyses of this report were undertaken partly in response to recent changes in the direction of U. S. Forest Service management across the nation (e.g., Kessler et al. 1992, Kaufmann et al. 1994, Haynes et al. 1996, Quigley et al. 1996, Kaufmann et al. 1998).

As Vogt et al. (1997;1) put it:

-- "The management of natural resources has entered a period of unprecedented change and uncertainty. Our former paradigm, which stressed land allocation measures, maximum sustained yield principles, and multiple-use objectives, is being rapidly replaced by a new paradigm, which emphasizes *sustainable ecosystems* rather than *sustainable yield*. This new paradigm, termed *ecosystem management*, focuses on management of "whole systems" for a variety of purposes, rather than simply focusing on commodity production for a single resource."

According to Kaufmann et al. (1994;3):

-- "Our guiding premise for sustaining ecosystems and protecting biodiversity now and into the future is to manage ecosystems such that structure, composition, and function of all elements, including their frequency, distribution, and natural extinction, are conserved."

Christensen et al. (1996;668-669) defined ecosystem management as

-- "... management driven by explicit goals, executed by policies, protocols, and practices, and made adaptable by monitoring and research based on our best understanding of the ecological interactions and processes necessary to sustain ecosystem structure and function."

Table I-2 provides several other characterizations of ecosystem management.

------------------------------------------------------------

Table I-2. Characterizations of ecosystem management.

A. Some elements of ecosystem management (Christensen et al. 1996;669-670):

(1) Long-term sustainability as a fundamental value.
(2) Clear operational goals.
(3) Sound ecological models and understanding.
(4) Understanding complexity and interconnectedness.
(5) Recognition of the dynamic character of ecosystems.
(6) Attention to context and scale.
(7) Acknowledgment of humans as ecosystem components.
(8) Commitment to adaptability and accountability.

B. Some principles of effective or "good" ecosystem management (Vogt et al. 1997;101-102):

(1) Spatial and temporal scales are critical.
(2) Limits to system capacity are considered.
(3) Ecosystem managers look for the root of the problem, rather than treating one symptom at a time.
(4) Social constraints are considered.
(5) Science is used to inform decisions.
(6) System function as well as structure is investigated.

C. Ten guiding principles for sustaining biodiversity, ecosystem function, and ecological resilience while producing commodities from natural landscapes (Fischer et al. 2006):

(1) Maintain and create large, structurally complex patches of native vegetation.
(2) Maintain structural complexity throughout the landscape.
(3) Create buffers around sensitive areas.
(4) Maintain or create corridors and stepping stones.
(5) Maintain landscape heterogeneity and capture environmental gradients.
(6) Maintain key species interactions and functional diversity.
(7) Apply appropriate disturbance regimes.
(8) Control aggressive, over-abundant, and invasive species.
(9) Minimize threatening ecosystem-specific processes.
(10) Maintain species of particular concern.

------------------------------------------------------------

It also is instructive to review some of the things that ecosystem management is *not*. It is not focused on maximizing the abundance or production of a single species or a single commodity (Franklin 1989). Rather, ecosystem management seeks to sustain a variety of "ecosystem goods and services "(Christensen et al. 1996;667), as illustrated in Table I-3. However, ecosystem management is not merely the old policy of multiple use with a new name. Ecosystem management explicitly acknowledges that not everything can be maximized on one piece of ground, because of inherent limits within ecosystems and the presence of strong feedbacks and interactions among the components and processes of all ecosystems.

---------------------------------------------------------------

Table I-3. Examples of ecosystem goods and services (from Christensen et al. 1996;667). "Goods" are things that have monetary value in the marketplace, whereas "services" are valued by society but rarely bought and sold.

Ecosystem goods:

-- food
-- construction materials
-- medicinal plants
-- wild genes for domestic plants and animals
-- tourism and recreation

Ecosystem services:

-- maintaining hydrological cycles
-- regulating climate
-- cleansing water and air
-- maintaining the gaseous composition of the atmosphere
-- pollinating crops and other important plants
-- generating and maintaining soils
-- storing and cycling essential nutrients
-- absorbing and detoxifying pollutants
-- providing beauty, inspiration, and research

---------------------------------------------------------------

Whereas the old multiple use idea suggested that everyone's desired goods and services could be maximized by effective management, ecosystem management recognizes that tradeoffs are inevitable and that some sacrifices will have to be made (Vogt et al. 1997;369). Finally, ecosystem management emphasizes neither a purely anthropocentric nor a purely biocentric approach to managing public lands. Human values and choices are central to ecosystem management, but so are the inherent limits of the ecosystems being

managed. Ecosystem management "acknowledges the importance of human needs while at the same time confronting the reality that the capacity of our world to meet those needs in perpetuity has limits and depends on the functioning of ecosystems" (Christensen et al. 1996;666).

Additional descriptions of some of the new approaches to forest management being carried out in the spirit of ecosystem management, adaptive management, and emulating natural disturbance processes, are provided in books by Kohm and Franklin (1997), Perera et al. (2004, and Stanturf and Madsen (2005).

Closely related to the idea of ecosystem management is rapidly evolving practice of ecological restoration. The term "restoration" is often used in a loose sense to refer to any desirable change or management activity on a landscape, but in fact it has a precise meaning as defined by the Society for Ecological Restoration (http://www.ser.org/):

-- "Ecological restoration is the process of assisting the recovery of an ecosystem that has been degraded, damaged, or destroyed."

-- "Ecological restoration is an intentional activity that initiates or accelerates the recovery of an ecosystem with respect to its health, integrity and sustainability."

-- "Restoration attempts to return an ecosystem to its historic trajectory."

-- "Restoration represents an indefinitely long-term commitment of lands and resources, and a proposal to restore an ecosystem requires thoughtful deliberation."

Recent essays by Veblen (2003) and by Brown (2004) have clarified the distinctions between genuine ecological restoration and other management objectives such as fuel reduction and wildfire mitigation. Great advances have been made in the past decade in restoration of southwestern ponderosa pine forests, as summarized in the recent book by Friederici (2003), which also contains a case study of forest restoration on the San Juan National Forest (Romme et al. 2003).

This report constitutes only a portion of the larger ecosystem management approach, i.e., we provide an assessment of current ecological conditions in relation to the historic bounds of variability in the ecosystems and landscapes of the South Central Highlands Section. Although our assessment is based on a considerable body of research and analysis, we must acknowledge at the outset that there still is substantial uncertainty about many of the ecological characteristics and processes that we address. However, uncertainty is the rule, not the exception, in efforts to understand and deal with complex systems of this kind (Walters 1986, Christensen et al. 1996;676). Therefore, it is essential that managers embrace this uncertainty, and have procedures and policies in place to deal with unexpected events and new information -- i.e., to practice adaptive management (e.g., Walters 1986).

There can never be enough scientific research to allow certain prediction of the consequences of management actions before those actions occur, although often we can make reasonable predictions about the probability of certain possible outcomes (e.g., Bayesian analysis; Walters 1986, Vogt et al. 1997). However, management itself can be viewed as one of our best sources of new scientific understanding, since each management

action (e.g., logging a forest or closing a road) is in effect an experiment from which we can learn if we ask the right questions in advance and do the right kinds of monitoring (Walters 1986, Vogt et al. 1997). Even if management experiments turn out badly—i.e., if the results of an action have unexpectedly negative consequences--we still can learn from the experience if the action was carried out in an explicitly experimental framework. Writing about ecosystem restoration, Ewel (1987;31) made a comment that applies equally well to our attempts at ecosystem management:

-- "Ecosystem restoration is an activity at which everyone wins: when successful, we are rewarded by having returned a fragment of the earth's surface to its former state; when we fail, we learn an immense amount about how ecosystems work, provided we are able to determine why the failure occurred ... The ecologist capable of creating [a restored] ecosystem that [meets certain rigorous criteria] earns high marks; the one who fails is sure to gain new insights into ecosystem structure and function."

## F. LITERATURE CITED

Aikens, C. M., and D. B. Madsen. 1986. Prehistory of the eastern areas. Pages 149-160 in D'Azevedo (1986).

Allen, C. D. 2002. Lots of Lightning and Plenty of People: An Ecological History of Fire in the Upland Southwest Chapter 5 in: Vale, T. R. (editor), Fire, native peoples, and the natural landscape. Island Press.

Anonymous, 1971 (?). Forest History - Index for Volume I, 1905 - 1971, San Juan and Montezuma National Forests, Colorado. Available in Southwest Studies archives of Fort Lewis College, Durango, CO.

Baker, W. L. 2002. Indians and Fire in the Rocky Mountains: The Wilderness Hypothesis Renewed. Chapter 2 in: Vale, T. R. (editor), Fire, native peoples, and the natural landscape. Island Press.

Barrett, S. W., and S. F. Arno. 1982. Indian fires as an ecological influence in the Northern Rockies. Journal of Forestry 80:647-651.

Benedict, J.B. 1973. Chronology of cirque glaciation, Colorado Front Range. Quaternary Research 3:584-599.

Betancourt, J. L. 1990. Late Quaternary biogeography of the Colorado Plateau. Chapter 12 (p. 259-447) in: Betancourt, J. L., T. R. Van Devender, and P. S. Martin (editors), Packrat middens: the last 40,000 years of biotic change. University of Arizona Press, Tucson.

Binkley, and S.L. Duncan. 2007. The past and future of Colorado's forests: Connecting people and ecology. Report of the Future Forests of Colorado workshop held at Glenwood Springs in April 2006. Colorado Forest Restoration Institute, Colorado State University.

Blair, R. 1996a. Origin of landscapes. Pages 3-18 in Blair (1996b)

Blair, R. (managing editor). 1996b. The western San Juan Mountains: their geology, ecology, and human history. University Press of Colorado, Niwot, Colorado. 406 p.

Bolton, H. E. 1950. Pageant in the Wilderness: The Story of the Escalante Expedition to the Interior Basin, 1776. Utah State Historical Society, Salt Lake City, UT (also published as Utah Historical Quarterly Vol. XVIII)

Brew, D. C. 1996. Paleotectonic history. Pages 18-37 in Blair (1996b).

Brown, R. T. 2004. Forest restoration and fire: principles in the context of place. Conservation Biology 18:903-912.

Callaway, D., J. Janetski, and O. C. Stewart. 1986. Ute. Pages 336-367 in D'Azevedo (1986).

Campbell, J. A. 1996. Paleozoic history. Pages 44-53 in Blair (1996b).

Campbell, J. A., and D. C. Brew. 1996. Mesozoic and early cenozoic history. Pages 54-67 in Blair (1996b).

Christensen, N. L., and several others. 1996. The report of the Ecological Society of America committee on the scientific basis for ecosystem management. Ecological Applications 6:665-691.

D'Azevedo, W. L. (editor). 1986. Handbook of North American Indians. Volume 11: Great Basin. Smithsonina Institution, Washington, D.C.

Diaz, H.F. and G.N. Kiladis. 1992. Atmospheric teleconnections associated with the extreme phases of the Southern Oscillation. Pages 7-28 *in* H.F. Diaz and V. Markgraf, editors, El Niño: historical and paleoclimatic aspects of the Southern Oscillation. Cambridge University Press, Cambridge.

Duke, P. 1995. Working through theoretical tensions in contemporary archaeology: a practical attempt from southwestern Colorado. Journal of Archaeological Method and Theory 2:201-229.

Duke, P. 1996. The foragers of the forest. Pages 193-200 in Blair (1996b).

Ellingson, J. A. 1996a. Precambrian rocks. Pages 38-43 in Blair (1996b).

Ellingson, J. A. 1996b. Volcanic rocks. Pages 68-79 in Blair (1996b).

Ellis, R. N. 1996. The Utes. Pages 225-233 in Blair (1996b).

Ewel, J. J. 1987. Restoration is the ultimate test of ecological theory. Pages 31-33 in: Jordan, W. R. III, M. E. Gilpin, and J. D. Aber (editors), Restoration ecology: a synthetic approach to ecological research. Cambridge University Press, Cambridge, England. 342 p.

Fall, P.L. 1988. Vegetation dynamics in the southern Rocky Mountains: Late Pleistocene and Holocene timberline fluctuations.  Ph.D. Dissertation, University of Arizona, Tucson, AZ.

Fischer, J., D. B. Lindenmayer, and A. D. Manning. 2006. Biodiversity, ecosystem function, and resilience: ten guiding principles for commodity production landscapes. Frontiers in Ecology and the Environment 4:80-86.

Floyd-Hanna, L., A. W. Spencer, and W. H. Romme. 1996. Biotic communities of the semiarid foothills and valleys. Pages 143-158 in Blair (1996b).

Fowler, C. S. 1986. Subsistence. Pages 64-97 in: D'Azevedo (1986).

Franklin, J. 1989. Toward a new forestry. American Forests 95(12):37-45.

Friederici, P. (editor). 2003. Ecological restoration of southwestern ponderosa pine forests. Island Press and Ecological Restoration Institute, Northern Arizona University.

Gray, S.T., J.L. Betancourt, C.L. Fastie and S.T. Jackson. 2003.  Patterns and sources of multidecadal oscillations in drought-sensitive tree-ring records from the central

and southern Rocky Mountains. Geophysical Research Letters, Vol. 30, No. 6: 1316-1320.

Grissino-Mayer, H.D. 1995. Tree-ring reconstructions of climate and fire history at El Malpaís National Monument, New Mexico. Ph.D. Dissertation, University of Arizona, Tucson, Arizona.

Grove, J.M. 1988. The Little Ice Age. Methuen & Co. Ltd., New York, New York.

Harper, K. T. 1986. Historical environments. Pages 51-63 in D'Azevedo (1986).

Haynes, R. W., R. T. Graham, and T. M. Quigley (technical editors). 1996. A framework for ecosystem management in the Interior Columbia Basin including portions of the Klamath and Great Basins. USDA Forest Service General Technical Report PNW-GTR-374.

Hughes, M.K. and G. Funkhouser. 1998. Extremes of moisture availability reconstructed from tree rings for recent millenia in the Great Basin of Western North America. Pages 99-108 *in* M. Beniston and J.L. Innes, eds. The Impacts of Climate Variability on Forests. Springer, Berlin.

Jamieson, D. W., W. H. Romme, and L. P. Somers. 1996. Biotic communities of the cool mountains. Pages 159-174 in Blair (1996b).

Kaufmann, M. R., and several others. 1994. An ecological basis for ecosystem management. USDA Forest Service General Technical Report RM-246.

Kaufmann, M. R., L. S. Huckaby, C. M. Regan, and J. Popp. 1998. Forest reference conditions for ecosystem management in the Sacramento Mountains, New Mexico. USDA Forest Service General Technical Report RMRS-GTR-19.

Keen, R. A. 1996. Weather and climate. Pages 113-126 in Blair (1996b).

Kessler, W. B., H. Salwasser, C. W. Cartwright Jr., and J. A. Caplan. 1992. New perspectives for sustainable natural resources management. Ecological Applications 2:221-225.

Kohm, K. A., and J. F. Franklin. 1997. Creating a forestry for the 21st century: The science of ecosystem management. Island Press, Washington, D.C..

Kuchler, A. W. 1964. Potential natural vegetation of the conterminous United States. American Geographical Society Special Publication 36. 116 p.

Kulakowski, D., and T.T. Veblen. 2006. Historical range of variability for forest vegetation of the Grand Mesa National Forest, Colorado. Final Report to U.S. Forest Service. Department of Geography, University of Colorado at Boulder, and Colorado Forest Restoration Institute, Colorado State University.

Landres, P.B., P. Morgan, and F.J. Swanson. 1999. Overview of the use of natural variability concepts in managing ecological systems. Ecological Applications 9:1179-1188.

Leopold, A. 1966. A Sand County almanac, with essays on conservation from Round River. Ballantine Books, New York, NY.

Lertzman, K., and J. Fall. 1998. From forest stands to landscapes: spatial scales and the roles of disturbances. Chapter 16 in: Peterson, D. L., and V. T. Parker (editors), Ecological scale: theory and applications. Columbia University Press,.

McCabe, GJ, Palecki, MA, and J. Betancourt. 2004. Pacific and Atlantic ocean influences on multidecadal drought frequency in the United States. PNAS 101:4136-4141.

McGarigal, K., and W. H. Romme. 2005. Historic range of variability in landscape structure and wildlife habitat, San Juan National Forest (http://www.umass.edu/landeco/research/rmlands/rmlands.html)

Michaelsen, J. and L.G. Thompson. 1992. A comparison of proxy records of El Niño/Southern Oscillation. Pages 323-346 *in* H.F. Diaz and V. Markgraf, editors, El Niño: historical and paleoclimatic aspects of the Southern Oscillation. Cambridge University Press, Cambridge.

Millar, C.I., and W. W. Woolfenden. 1999. The role of climate change in interpreting historical variability. Ecological Applications 9:1207-1216.

Paulson, D.D., and W.L. Baker. 2006. The nature of southwestern Colorado: recognizing human legacies and restoring natural places. University Press of Colorado. 386 p.

Perera, A. H., L. J. Buse, and M. G. Weber. 2004. Emulating natural forest landscape disturbances: Concepts and Applications. Columbia University Press, New York.

Petersen, K. L. 1981. 10,000 years of climatic change reconstructed from fossil pollen, La Plata Mountains, southwestern Colorado. Dissertation, Washington State University, Pullman, WA.

Petersen, K.L. 1994. A warm and wet Little Climatic Optimum and a cold and dry Little Ice Age in the southern Rocky Mountains, U.S.A. Climatic Change 26:243-269.

Pielou, E. C. 1991. After the Ice Age: the return of life to glaciated North America. University of Chicago Press, Chicago, IL. 366 p.

Povilitis, T. 1993. Applying the biosphere reserve concept to a greater ecosystem: the San Juan Mountain area of Colorado and New Mexico. Natural Areas Journal 13:18-28.

Povilitis, T. 2000. Slipping through our hands: imperiled wildlife of the Greater San Juans. Life Net Publishing, HCR Route 3, Box 3845, Willcox, AZ 85643.

Quigley, T. M., R. W. Haynes, and R. T. Graham (technical editors). 1996. Integrated scientific assessment for ecosystem management in the interior Columbia basin and portions of the Klamath and Great Basins. USDA Forest Service General Technical Report PNW-GTR-382.

Rockwell, W. 1956. The Utes, A Forgotten People. Sage Books, Denver, CO

Romme, W. H., and several others. 1992. Old-growth forests of the San Juan National Forest in southwestern Colorado. Pages 154-165 in: Kaufmann, M. R., W. H. Moir, and R. L. Bassett (technical coordinators), Old-growth forests in the southwest and Rocky Mountain regions: proceedings of a workshop, 1992, Portal, Arizona. USDA Forest Service General Technical Report RM-213.

Romme, W. H., M. Preston, D. L. Lynch, P. Kemp, L. Floyd-Hanna, D. D. Hanna, and S. Burns. 2003. The ponderosa pine forest partnership in southwestern Colorado: Ecology, economics, and community involvement in forest restoration. In: Friederici, P. (editor) Ecological restoration of southwestern ponderosa pine forests. Island Press and Ecological Restoration Institute, Northern Arizona University.

Romme, W. H., and K. McGarigal. 2006. Plant communities and vegetation dynamics on the Uncompahgre Plateau, western Colorado. Unpublished report to USDA Forest Service, Region 2. Available from Department of Forest, Rangeland, and Watershed Stewardship, Colorado State University, Fort Collins, CO 80523.

Scurlock, D. 1998. From the Rio to the Sierra: an environmental history of the Middle Rio Grande Basin. USDA Forest Service General Technical Report RMRS-GTR-5.

Somers, L. P., and L. Floyd-Hanna. 1996. Wetlands, riparian habitats, and rivers. Pages 175-189 in Blair (1996b).

Spencer, A. W., and W. H. Romme. 1996. Ecological patterns. Pages 129-142 in Blair (1996b).

Stanturf, J. A., and P. Madsen. 2005. Restoration of boreal and temperate forests. CRC Press, Boca Raton, FL.

Swetnam, T.W. and J.L. Betancourt. 1998. Mesoscale disturbance and ecological response to decadal variability in the American Southwest. Journal of Climate 11:3128-3147.

Swetnam, T. W., C. D. Allen, and J. L. Betancourt. 1999. Applied historical ecology: using the past to manage for the future. Ecological Applications 9:1189-1206.

Vale, T. R. 2002. The pre-European landscape of the United States: pristine or humanized? Chapter 1 in: Vale, T. R. (editor), Fire, native peoples, and the natural landscape. Island Press.

Veblen, T. T. 2003. Key issues in fire regime research for fuels management and ecological restoration. Pages 259-275, in: Omi, P. N., and L. A. Joyce (technical editors), Fire, fuel treatments, and ecological restoration. Conference Proceedings; 2002 16-18 April, Fort Collins, CO. USDA Forest Service Proceedings RMRS-P-29.

Veblen, T.T., T. Kitzberger and J. Donnegan. 2000. Climatic and human influences on fire regimes in ponderosa pine forests in the Colorado Front Range. Ecological Applications 10:1178-1195.

Vogt, K. A., and several others. 1997. Ecosystems: balancing science with management. Springer-Verlag, New York. 470 p.

Walters, C. 1986. Adaptive management of renewable resources. MacMillan Publishing Company, New York. 374 p.

Whitney, G. G. 1994. From coastal wilderness to fruited plain: a history of environmental change in temperate North America from 1500 to the present.

Woodhouse, C.A. 1993. Tree-growth response to ENSO events in the central Colorado Front Range. Physical Geography 14:417-435.

# CHAPTER II: PONDEROSA PINE FORESTS

William H. Romme, M. Lisa Floyd, David Hanna, Henri D. Grissino-Mayer, Dan Green, Jeffery S. Redders

## A. VEGETATION STRUCTURE AND COMPOSITION

Ponderosa pine forests are found at lower to middle elevations throughout the South Central Highlands Section (Figure I-1), just above the piñon-juniper zone, in the foothills of the major mountain ranges, and on broad mesas and plateaus such as the Uncompahgre Plateau and the Glade area north of Dolores, Colorado. They also cover a large area on the extensive lava and ash flows of the Jemez Mountains. The ponderosa pine forests in the South Central Highlands Section are characterized by cold winters and a large proportion of the annual precipitation falling during the high sun period (April - September). In the San Juan National Forest, ponderosa pine forests are found at elevations of 2,100 - 2,600 m (6,900 - 8,600 feet), and they occupy about 16% of the Forest. Mean annual precipitation is about 45 - 70 cm (18 - 28 in), and the frost-free period is about 70 - 105 days each year. These forests are associated with the frigid soil temperature regime and the ustic soil moisture regime. The ponderosa pine forest type is widespread in western North America, with generally similar climatic conditions throughout the region (Moir et al. 1997; but see Pearson 1951). Within this broad category of ponderosa pine forest climates (including areas outside the South Central Highlands Section), mean annual air temperatures range from 4 - 7 $^{o}$ C (39 – 45 $^{o}$ F), and mean annual precipitation ranges from 52 - 66 mm (20 – 26 in) (Moir et al. 1997).

Ponderosa pine forests in the South Central Highlands Section are generally dominated almost exclusively by ponderosa pine trees (*Pinus ponderosa* var. *scopulorum*). Rocky Mountain juniper (*Juniperus scopulorum*) is often present, usually in low densities. Gambel oak (*Quercus gambelii*) is an understory dominant in many of these forests. Other common shrub species in ponderosa pine forests of the South Central Highlands Section include mountain mahogany (*Cercocarpus montanus*), serviceberry (*Amelanchier utahensis* and *A. alnifolia*), buckbrush (*Ceanothus fendleri*), bitterbrush (*Purshia tridentata*), and snowberry (*Symphoricarpos rotundifolia*). The ground layer vegetation of ponderosa pine forests is extremely variable, depending on aspect, soil type, overstory canopy cover, grazing and fire history. Common ground layer species include the graminoids *Carex geyeri*, *Danthonia parryi*, *Elymus elymoides*, *Festuca arizonica*, *Koelaria macrantha*, *Muhlenberia montana*, *Poa fendleriana*, *P. pratensis*, and the forbs *Achillea lanulosa*, *Antennaria rosea*, *Arctostaphylos uva-ursi*, *Erigeron formosissimus*, *Fragaria virginiana*, *Geranium caespitosum*, *Lathyrus leucanthus*, *Mahonia repens*, *Penstemon barbatus*, *Potentilla hippiana*, *Pseudocymopterus montanus*, *Pulsatilla patens*, and *Solidago simplex*.

Elements of the nearby piñon-juniper woodlands may be present in low densities at the lower elevations and in drier or warmer areas within ponderosa pine forests, e.g., Colorado piñon (*Pinus edulis*) and Utah juniper (*Juniperus osteosperma*). White fir (*Abies concolor*) and Douglas-fir (*Pseudotsuga menziesii*), elements of the nearby warm, dry mixed conifer forests, may be present in low densities at the higher elevations and in moister or cooler areas within ponderosa pine forests. Quaking aspen (*Populus tremuloides*) also grows with ponderosa pine in some places. The remainder of this chapter focuses on forests where ponderosa pine is the only major tree species present. The warm, dry mixed conifer type, where ponderosa pine may be a substantial component, is discussed in chapter V (mixed conifer forests), and aspen forests are discussed in chapter IV. Ponderosa pine forests of the South Central Highlands Section are associated with the *Pinus ponderosa* series, and the *Pinus ponderosa/Quercus gambelii* and *Pinus ponderosa/Festuca arizonica* plant associations (potential natural vegetation types) of DeVelice et al. (1986).

Although a single species -- ponderosa pine -- dominates the extensive lower-elevation forests of the South Central Highlands Section, there is considerable genetic differentiation among sub-populations of ponderosa pine, and probably within the major shrub and herbaceous species as well. For example, Linhart (1988) and colleagues have demonstrated significant genotypic differences along elevational gradients and even between adjacent slopes having different aspects. In this report we will deal mainly with the importance of structural heterogeneity in ponderosa pine forests, e.g., variation in tree sizes, densities, and spatial aggregation, as well as spatial and temporal variability in disturbance history (see below). However, although we do not treat genetics per se in our analysis, it is important to acknowledge that ponderosa pine and its associated species also display a great deal of genetic heterogeneity and fine-scale adaptation to local environmental conditions and history. One of the goals of ecosystem management is to conserve this kind of within-species genetic diversity (Kaufmann et al. 1994).

## B. REFERENCE CONDITIONS

The reference period for this analysis is the two to three centuries prior to about 1870. Localized mining began in the San Juan Mountains in the 1860s (Smith 1996) and Hispanic settlers were present in portions of the Jemez Mountains as early as the mid-1700s (Touchan et al. 1996), but extensive Euro-American settlement began around 1870 in most of the South Central Highlands Section. After 1870, many or most of the ponderosa pine forests in the region were altered dramatically by livestock grazing, logging, and fire suppression by Euro-American settlers, as discussed in the section on legacies of past human land use (below). The most important natural disturbance process in ponderosa pine forests during the reference period was fire; consequently this section emphasizes variability in fire regimes. Other somewhat less important disturbances included various tree-killing insects (notably bark beetles), pathogens, and parasites. A severe and

prolonged drought in the late 1500s also probably killed great numbers of ponderosa pine and other tree species (Swetnam and Brown 1992, Brown and Wu 2005).

1. Reference Period Fire Regimes in Ponderosa Pine Forests

Historical fire regimes of forests in the South Central Highlands Section were variable through time and space, and can be best understood when viewed in a broad context of latitudinal gradients in ponderosa pine forests throughout the Southwest and Rocky Mountain regions. Forests dominated by ponderosa pine are found from southern Arizona and New Mexico to the Black Hills and British Columbia. Despite the similarity in canopy composition, understory characteristics and local climatic conditions differ substantially along this latitudinal gradient, and historical fire regimes varied along the same gradient.

Ponderosa pine forests in many parts of the Southwest (Arizona and New Mexico) were typically composed of open stands of large trees and grass-dominated understories. The southwestern climate is characterized by a dry period of several weeks in late spring and early summer, followed by a rainy late summer and fall. This fuel structure and climate, combined with frequent ignitions by lightning and indigenous peoples (Allen 2002), resulted in a fire regime dominated by frequent, low-severity fires—referred to below as the "Southwestern model" (e.g., Weaver 1951, Dieterich and Swetnam 1984, Covington and Moore 1994, and Fule et al. 1997, 2002, in northern Arizona … Weaver 1951, Cooper 1960, Baisan and Swetnam 1990 in east-central and southern Arizona … Savage and Swetnam 1990, Savage 1991 in northwestern New Mexico and northeastern Arizona … Grissino-Mayer 1995 in west-central New Mexico … Swetnam and Baisan (1996), Touchan et al. 1996, Allen 2002 in the Jemez Mountains of northern New Mexico). These fires rarely killed canopy trees, but consumed grass, dead leaves, and dead woody material, and killed small pines and the above-ground portions of shrubs and herbs, thereby periodically thinning the understory and maintaining open stand conditions. Shrubs and herbs responded by rapidly re-sprouting from surviving below-ground structures, and pine seedlings became established in patches of mineral soil exposed by the fire (Cooper 1960, 1961; White 1984; Covington and Moore 1994).

In contrast, ponderosa pine forests in many parts of the central and northern Rocky Mountains have shrub-dominated or generally sparse herbaceous understories. The climate in these regions is characterized by a typically wet spring and early summer followed by a dry late summer and fall. Ignitions by lightning and humans prior to 1870 were somewhat less frequent than in the Southwest (Baker 2002). The result was less frequent fire in the north (Brown and Shepperd 2001), but more variable fire severity—including an important component of high-severity (stand-replacing) fire—referred to below as the "variable-severity model." This complex, variable-severity fire regime has been documented notably in the Colorado Front Range (e.g., Brown et al. 1999, Veblen et al. 2000, Ehle and Baker 2003, Kaufmann et al. 2006, Baker et al. 2006). Low-severity fires that thinned the understory but did not kill the canopy occurred throughout the ponderosa pine zone, and were the

dominant fire type primarily at lower elevations (Sherriff 2004). Less frequent but high-severity fires that killed most of the canopy were especially important on wetter sites and at higher elevations within the ponderosa pine zone (Sherriff 2004). Individual fires often burned at variable severity, i.e., as a stand-replacing crown fire during periods of low humidity and high wind, then as a low-severity surface fire when humidity rose and winds dropped (Kaufmann et al. 2006). Only about 20% of the ponderosa pine zone in Boulder County, Colorado, was characterized by a fire regime of predominantly low-severity fires; the remainder of the area had a mix of low-severity and high-severity fires (Sherriff 2004).

In addition to the geographic gradient just described, fire regimes varied with climatic fluctuations. It is becoming increasingly clear that continental-scale climatic processes and hemispheric teleconnections have important influences on local fire regimes in western North America. In the southwestern U.S. (including the South Central Highlands Section), for example, fires are more numerous and burn greater areas during la Nina episodes than during el Nino episodes (Swetnam and Betancourt 1990, 1998). Recent research in ponderosa pine forests of northern Colorado and Idaho has shown that large erosion events, producing mudflows laden with charcoal and therefore indicating severe fires in the watershed, have occurred during warm periods of the past millennium, whereas cool periods have produced few or no such erosion events, apparently because fires were less severe during those periods (Elliott and Parker 2001, Pierce et al. 2004, Whitlock 2004).

The South Central Highlands Section is located geographically between the Southwest and the Colorado Front Range, and consequently the historical fire regimes in this region likely include elements of both the Southwestern model and the variable-severity model. The Southwestern model of frequent, low-severity fires fits best in the southern extremity of the South Central Highlands Section, notably in the Jemez Mountains where the climate is strongly southwestern and many ponderosa pine understories are grass-dominated. In the Rio Frijoles watershed on the eastern flanks of the Jemez Mountains, for example, composite mean fire intervals at the stand level ranged from 5-18 years during the period 1598-1899, and extensive fires burned a large portion of the watershed at intervals of 5-16 years (Allen 1989, 2002, Baisan and Swetnam 1996, Touchan et al. 1996). However, historical fire regimes probably had more of a variable-severity component in the northern portions of the South Central Highlands Section, notably in the San Juan Mountains and the Uncompahgre Plateau. Climate-wise, the San Juans and Uncompahgre Plateau are quite similar to the Southwest, with a pronounced dry period and frequent ignitions in early summer; but understories are more similar to those farther north. The most important understory characteristic of ponderosa pine forests in the northern portion of the South Central Highlands Section is the abundance of tall shrubs, especially Gambel oak. Oak foliage dries more slowly than grasses, meaning that longer dry periods are needed to promote extensive fire spread, but once ignited the oak foliage releases a great amount of heat and produces high flame lengths

that can reach into the ponderosa pine canopy and produce a crown fire, especially under high-wind conditions. It is sometimes suggested that oak was not formerly abundant in the San Juan country, but has increased unnaturally during the past century because of past fire exclusion. However, available evidence refutes this notion; oak was clearly an important component of these forests prior to 1870 (see the section below entitled "Pre-1870 stand structures in ponderosa pine forests" for details).

We have considerable fire history data for ponderosa pine forests in the San Juan Mountains and Uncompahgre Plateau, based mainly on fire-scar analysis, which primarily reveals the low-severity component of the historical fire regime (Brown and Shepperd 2001, Grissino-Mayer et al. 2004, Brown and Wu 2005). Investigation of the high-severity component of the historical fire regime requires both sampling of fire scars and detailed analysis of tree age structures to detect cohorts of trees that established following a high-severity fire, or stands in which maximum tree ages are much younger than the potential life span of the species but coincide with a documented fire event (e.g., Baker et al. 2006). Brown and Wu (2005) conducted this kind of analysis in a 307-ha unlogged ponderosa pine stand on Archuleta Mesa near Pagosa Springs, and concluded that there was little evidence of extensive high-severity fire; this interpretation was based on the abundance of old trees and fire scars, plus a wide spectrum of canopy tree ages,. They did detect pulses of tree establishment in the early 1600s, early 1700s, and mid 1800s, but interpreted these cohorts as representing improved survival during periods of relatively wet climatic conditions and infrequent fires rather than even-aged recruitment following high-severity fire (cf. Baker et al. 2006).

Additional investigations of this kind are needed in other parts of the South Central Highlands Section before we can confidently determine the importance, or lack of importance, of high-severity fire in ponderosa pine forests during the pre-1870 reference period. Considering the climatic and fuels characteristics of the San Juan region, we hypothesize that the historical fire regime in ponderosa pine forests of this portion of the South Central Highlands Section was a mixed-severity model of some kind, roughly intermediate between the fire regimes found to the north and south. Fire regimes in ponderosa pine of southwestern Colorado could have resembled the fire regimes of the Colorado Front Range, where high-severity fires were especially important, because of the fuel structure created by Gambel oak and other shrubs in the understory. Fire regimes also could have resembled those of Arizona and New Mexico, with an important element of low-severity surface fire, because of the southwestern climate (notably the early summer dry period) and relatively abundant native bunchgrasses along with the shrubs in the understory (this bunchgrass component has been diminished in many stands since EuroAmerican settlement, as described in the section below). We stress, however, that the importance (or lack of importance) of high-severity fires in ponderosa pine forests of the San Juan Mountains and Uncompahgre Plateau has not yet been investigated adequately.

In the sections below, we summarize fire frequency and

seasonality for ponderosa pine forests in the San Juan National Forest during the two to three centuries prior to EuroAmerican settlement in the region, based on the fire scar analyses of Grissino-Mayer et al. (2004). Although we have no information on the overall severity of the fires documented in this study, we suspect that many were of variable severity, especially those that burned in very dry years and were documented in multiple locations.

*Fire Intervals*:

Intervals between successive fires varied greatly, both through time and across the landscape (Grissino-Mayer et al. 2004). Fire history was reconstructed at nine sites in the San Juan National Forest, representing a wide range of environmental conditions throughout the zone where ponderosa pine is an important species (Figure II-1, Table II-1). The sites were not selected at random, but were chosen to represent a broad elevational gradient across the full extent of the San Juan National Forest. They also were located in places where fire scars could be found—thus they emphasize the surface fire component of the fire regime as noted above. Each site was approximately 50 ha in extent. The sites are arranged in Table II-1 in order from lowest elevation to highest elevation. The first six sites listed are dominated by ponderosa pine, and are discussed here. The last three listed are more appropriately regarded as mixed conifer stands, although they do contain ponderosa pine, and are discussed later in chapter V. Figure II-2 presents the master fire chronology, i.e., a compilation of all fire years detected in any of the nine study sites in the San Juan National Forest. This fire history is based on nearly 200 individual fire scar samples -- one of the larger collections of fire scars anywhere in the southwest.

Fire interval statistics for the period of indigenous settlement are presented in Table II-2. These values are derived from the Weibull distribution, a fire history model that does not require normally distributed data and is being used increasingly for comparisons of fire history among different areas (Johnson and Van Wagner 1985, Johnson and Gutsell 1994, Finney 1995, Grissino-Mayer 1995). The “ *> 95% interval* ” is defined as the fire interval that is exceeded by 95% of documented intervals between successive fires; smaller intervals can be regarded as significantly short. The “ *median interval* ” is the midpoint in documented fire intervals: half of the intervals are shorter, half are longer. The “ *> 5% interval* ” is the fire interval that is exceeded by only 5% of documented fire intervals; larger intervals can be considered significantly long. The table lists two kinds of fire interval statistics: those that describe intervals between successive fires of any size (i.e., that scarred one or more trees anywhere within the study area of ca 1 $km^2$), and those that describe intervals between relatively extensive fires that scarred at least 50% of the recorder trees within the area (recorder trees are those that were alive at the time of a fire and had already been scarred at least once, hence were capable of recording the fire event). The statistics for the extensive fires (> 50% scarred) probably give the best picture of how frequently fire re-visited a stand as a whole, since the statistics developed from all fires include tiny fires that may have gone out before burning more than a single tree or a few square meters (Baker and Ehle 2001).

Table II-1. Characteristics of sites where fire history was reconstructed in the San Juan National Forest (Grissino-Mayer et al. 2004). See Figure II-2 for locations.

| Site | Ranger District | Elevation (feet) | Size of Area | Topography | Aspect | Substrate | Vegetation |
|---|---|---|---|---|---|---|---|
| Five Pine Canyon (FPC) | Dolores | 7400-7800 | 200 ha | gentle slopes & shallow ravines | SW | Dakota sandstone | Pipo/Quga at lower ecotone with piñon-juniper & mountain shrub |
| Plateau Creek (PLT) | Dolores | 7900-8000 | 150 ha | gentle slopes, nearly flat | N | Dakota sandstone with some shale or loess | pure Pipo overstory; sparse Quga, high cover of grasses & forbs (inc. Fear) |
| Turkey Springs (TRS) | Pagosa | 8000-8100 | 200 ha | gentle slopes, nearly flat | N | Dakota sandstone with some shale or loess | pure Pipo overstory; sparse Quga, high cover of grasses & forbs (inc. Fear) |
| Hermosa Creek (HCK) | Colum-Bine | 7900-8400 | 50 ha | steep slopes & deep ravines | SW | Pennsyl-vanian sandstone, limestone, & shale | Pipo/Quga on southerly aspects, Pipo-Psme / Quga-Syor on northerly aspects |
| Benson Creek (BCK) | Pagosa | 8000-8400 | 200 ha | moderate slopes & ravines | W | Dakota sandstone (?) | Pipo/Quga |
| Smoothing Iron (SMI) | Dolores | 8100-8400 | 200 ha | broad ridgetop | SW | Dakota sandstone | Pipo/Quga |
| Monument (MNT) | Pagosa | 8100-8400 | 200 ha | moderate slopes & ravines | E | Dakota sandstone with some shale (?) | Mixed conifer: Abco, Psme, Pipo, Potr ... diverse shrubs & herbs |
| Taylor Creek (TCK) | Dolores | 8300-8700 | 100 ha | steep slopes & deep ravines | S | Jurassic siltstone, sandstone, limestone, & shale | Mixed conifer: Psme, Pipo, Potr ... diverse shrubs & herbs |
| Burnette Canyon (BCN) | Dolores | 9000-9300 | 50 ha | narrow ridge & adjacent slopes | N | Triassic siltstone & sand-stone | Mixed conifer: Psme, Abla, Pipo, Potr ... diverse shrubs & herbs |

Table II-2 Fire intervals during the pre-1870 reference period in ponderosa pine forests of the San Juan National Forest. The " > *95% interval* " is defined as the fire interval that is exceeded by 95% of documented intervals between successive fires; smaller intervals can be regarded as significantly short. The " *median interval* " is the midpoint in documented fire intervals: half of the intervals are shorter, half are longer. The " > *5% interval* " is the fire interval that is exceeded by only 5% of documented fire intervals; larger intervals are significantly long. The time period selected includes the period when there were 6 or more "recorder" trees (living trees susceptible to fire-scarring) at the site, and therefore varies somewhat among sites. The last three sites (Monument, Taylor Creek, and Burnette Canyon) are mixed conifer stands in which ponderosa pine is co-dominant with other tree species. See Table II-1 for a description of each site.

| | ---------- ALL FIRES -------- | | | - FIRES THAT SCARRED 50% - OR MORE OF RECORDERS | | | |
|---|---|---|---|---|---|---|---|
| SITE | > 95% interval | Median interval | > 5% interval | > 95% interval | Median interval | > 5% interval | PERIOD |
| Five Pine Canyon | 2 | 6 | 12 | 5 | 13 | 23 | 1748-1864 |
| Plateau | 2 | 6 | 12 | 5 | 12 | 20 | 1685-1872 |
| Turkey Springs | 3 | 10 | 21 | 7 | 18 | 33 | 1748-1880 |
| Hermosa | 2 | 10 | 25 | 9 | 17 | 25 | 1715-1890 |
| Benson Creek | 2 | 7 | 14 | 6 | 13 | 21 | 1767-1889 |
| Smoothing Iron | 2 | 10 | 31 | 14 | 30 | 47 | 1729-1879 |
| Monument | 3 | 18 | 47 | 4 | 21 | 59 | 1654-1880* |
| Taylor Creek | 5 | 18 | 39 | 14 | 22 | 29 | 1786-1879 |
| Burnette Canyon | 5 | 28 | 73 | 4 | 27 | 82 | 1729-1880* |

* During portions of the early part of this period, there were < 6 recorder trees. It was necessary to include this portion of the record to obtain a *statistically* adequate sample for analysis.




Figure II-1. Locations of fire history study sites in the San Juan National Forest (Grissino-Mayer et al. 2004). See Table II-1 for a description of each site.

-------------------------------------------------------------

Minimum, median, and maximum fire intervals during the reference period generally increased with increasing elevation. Three sites at lower elevations with nearly pure stands of ponderosa pine (Five Pine Canyon, Plateau, and Turkey Springs) had extensive fires every 5 - 33 years ("extensive" fires are those that scarred at least 50% of the recorders, Table II-2). The median interval between extensive fires at these sites ranged from 12 - 18 years. Three sites at somewhat higher elevations with predominantly ponderosa pine but also some Douglas-fir (Hermosa, Benson Creek, and Smoothing Iron) had extensive fires every 6 - 47 years, with median fire intervals of 13 - 30 years.

Fire intervals for fires scarring at least 50% of recorders at the Smoothing Iron site were approximately twice as long as the intervals at the other ponderosa pine sites, even though the elevation of the Smoothing Iron site is about the same as the others. This may be because of the topographic position of the Smoothing Iron site: it lies atop a narrow plateau with steep, poorly vegetated slopes to the west and south. These slopes would retard fires spreading into the area from the west or south, so to burn the Smoothing Iron site fires either would have to be ignited within the site itself or spread from the east or north, against the prevailing winds. In contrast, all of the other five ponderosa pine sites in Table II-2 have no topographic barriers to fire spread, and probably were affected by extensive fires that were ignited some distance away from the site.




Figure II-2. Master fire chronologies for the nine sites sampled in the San Juan National Forest (Grissino-Mayer et al. 2004). See Figure II-1 and Table II-1 for site locations and descriptions.

Similar fire histories during the period of indigenous settlement have been documented for ponderosa pine forests throughout the mountains of Arizona and New Mexico (Swetnam and Baisan 1996;21-23). The median fire intervals from the San Juan Mountains appear to be a little longer than median intervals from comparable sites in central and southern Arizona; e.g., for all fires the median intervals are 6 - 10 years in the San Juans but only 2 - 5 years in many of the other study areas. However, it is difficult to make direct comparisons because of differences in sample sizes, extent of sampling area, and time periods. The trend of lengthening fire intervals with increasing elevation that we documented in the San Juan National Forest (Table II-2) also can be seen in other parts of the southwest, though the pattern is weaker when all sites in New Mexico and Arizona are examined together (Swetnam and Baisan 1996).

When the fire history data for the Jemez Mountains, located in the southern portion of the South Central Highlands Section (Touchan et al. 1996;39), are compared with those from the San Juan National Forest in the northern part of the Section, the similarities are more striking than the differences. The Jemez sites do appear to have slightly shorter median fire intervals: 4 - 17 years for all fires in Jemez ponderosa pine sites, compared to 6 - 10 years for all fires in the San Juans; and 8 - 22 years for more extensive Jemez fires compared to 12 - 30 years for extensive fires in the San Juans. In general, however, the data suggest that fire frequencies during the period of indigenous settlement were relatively similar in ponderosa pine forests throughout the South Central Highlands Section.

It is important to consider the variation in fire intervals as well as the median fire intervals during the reference period. Figure II-3 shows the statistical frequency of fire intervals detected at each of the nine study sites in the San Juan National Forest. Fires at short intervals may have played an essential role in ponderosa pine seedling recruitment, by creating patches of mineral soil and top-killing competing shrubs such as Gambel oak (Harrington 1985, 1987). However, fires at short intervals also would kill young pine seedlings, so occasional long intervals also would be required to allow pine seedlings to grow large enough to survive fire (Pearson 1950, White 1984). It can be seen in Table II-2 that the minimum, median, and maximum fire intervals in ponderosa pine forests were generally twice as long for extensive fires (>50% scarred) as for fires of any size (all fires). This indicates that many fires were small and localized; thus there would have been patches that escaped fire long enough for new pine saplings to become established, even though the stand as a whole was burning frequently.

*Temporal Variability, Synchrony, and Seasonality of Fires*:

Fire frequency varied not only from place to place, e.g., along an elevational gradient, but also varied through time. The fire chronology at each of the nine study sites is summarized in Figure II-4, for all fires in the top portion of the figure and for the more extensive fires (those that scarred at least 25% of recorder trees) in the bottom portion. There were two periods




Figure II-3. Statistical frequency of fire intervals at nine fire history sites in the San Juan National Forest (Grissino-Mayer et al 2004). See Figure II-1 and Table II-1 for site locations and descriptions.

Table II-3. Fire occurrence by year and site (see Table II-1 for abbreviations and site descriptions). Numbers indicate the number of fire scars detected in a given year, with the number of recorders (trees that could have been fire-scarred in that year) present in our sample. A dash indicates that no fire scars were detected, even though at least one recorder tree was present. The sites are listed by longitude, from the western-most site on the left to the eastern-most site on the right. General forest type of each site is indicated in parenthesis (pine = ponderosa pine; mc = mixed conifer with ponderosa pine component). In the column titled "Major fire yr" is the number of sites recording fire in those years for which 4 or more of the 9 sites recorded fire; these are the major years of extensive fire in the San Juan National Forest. The letter in parentheses indicates whether fires were recorded only in the eastern (E) or western (W) portions of the Forest; if no letter is present, then fires were recorded throughout the geographic extent of the Forest. An asterisk in this column designates years that also were among the top 20 most extensive fire years in New Mexico and Arizona, based on a regional network of 63 fire history sites (Swetnam and Baisan 1996).

| Year | Major fire yr | FPC (pine) | PLT (pine) | SMI (pine) | TCK (mc) | BCN (mc) | HCK (pine) | MNT (mc) | TRS (pine) | BCK (pine) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1700 | | -- | 2/9 | -- | -- | -- | -- | -- | -- | -- |
| 1703 | | 2/4 | -- | -- | -- | -- | -- | -- | -- | -- |
| 1704 | | -- | -- | -- | -- | -- | 4/6 | -- | -- | -- |
| 1707 | | -- | 12/12 | -- | -- | -- | -- | -- | 4/4 | -- |
| 1713 | | -- | 9/14 | -- | -- | -- | -- | -- | -- | -- |
| 1714 | | -- | -- | -- | -- | -- | 6/8 | -- | -- | -- |
| 1715 | | -- | 1/12 | -- | -- | -- | -- | -- | -- | -- |
| 1723 | | 3/3 | -- | -- | -- | -- | -- | -- | -- | -- |
| 1724 | 4 * | -- | 12/13 | 5/5 | -- | -- | -- | -- | 3/3 | 6/6 |
| 1729 | 6 * | 3/4 | 9/13 | 5/6 | 1/1 | 2/2 | -- | -- | -- | 2/4 |
| 1733 | | -- | -- | -- | -- | -- | -- | -- | 2/2 | -- |
| 1735 | 5 | -- | 8/13 | -- | -- | 1/2 | 8/10 | 1/5 | 1/1 | -- |
| 1737 | | 2/4 | -- | -- | -- | -- | -- | -- | -- | 2/3 |
| 1739 | | 1/5 | -- | -- | -- | -- | -- | -- | -- | -- |
| 1740 | | -- | 4/13 | -- | -- | -- | -- | -- | -- | -- |
| 1748 | 8 * | 7/7 | 15/16 | 9/9 | 3/3 | -- | 10/12 | 4/6 | 6/6 | 5/5 |
| 1752 | | -- | -- | -- | -- | -- | -- | 8/9 | -- | -- |
| 1754 | | 1/6 | -- | 1/9 | -- | -- | -- | -- | -- | -- |
| 1757 | | -- | 1/15 | -- | -- | -- | 1/12 | -- | -- | -- |
| 1761 | | -- | 1/15 | -- | -- | -- | -- | -- | -- | -- |
| 1765 | | -- | 1/15 | -- | -- | -- | -- | -- | -- | -- |
| 1767 | | -- | -- | -- | -- | -- | -- | -- | -- | 7/7 |
| 1768 | | 4/7 | -- | -- | -- | -- | 6/11 | -- | -- | -- |
| 1772 | | -- | 2/16 | -- | -- | -- | -- | -- | 9/9 | -- |
| 1773 | | 9/9 | 16/18 | -- | -- | -- | -- | 6/10 | -- | -- |
| 1774 | | -- | -- | -- | 4/5 | -- | -- | -- | -- | 8/9 |
| 1777 | | 1/8 | -- | -- | -- | -- | -- | -- | -- | -- |
| 1778 | 4 (E) | -- | -- | -- | -- | 3/3 | 10/14 | -- | 1/8 | 1/10 |
| 1780 | | -- | -- | -- | -- | -- | -- | 10/12 | -- | -- |
| 1782 | | 6/9 | -- | -- | -- | -- | -- | -- | -- | -- |
| 1783 | | -- | 10/17 | -- | -- | -- | -- | -- | -- | -- |
| 1785 | | -- | 1/17 | 7/10 | -- | -- | -- | -- | -- | -- |
| 1786 | 5 | 2/9 | 4/17 | -- | 2/6 | -- | -- | -- | 3/10 | 8/12 |
| 1787 | | -- | -- | 1/10 | -- | -- | -- | -- | -- | -- |
| 1789 | | 1/9 | -- | -- | -- | -- | -- | -- | 4/10 | 3/12 |
| 1790 | | -- | 1/17 | -- | -- | -- | -- | -- | -- | -- |
| 1795 | | -- | -- | -- | -- | -- | -- | -- | 7/10 | -- |

*Cont. next page*

| Year | Major fire yr | FPC (pine) | PLT (pine) | SMI (pine) | TCK (mc) | BCN (mc) | HCK (pine) | MNT (mc) | TRS (pine) | BCK (pine) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1796 | | 7/10 | 10/17 | 2/12 | -- | -- | -- | -- | -- | -- |
| 1798 | | -- | -- | 4/14 | -- | -- | 10/13 | -- | -- | -- |
| 1800 | | -- | -- | 1/13 | -- | -- | -- | -- | -- | -- |
| 1801 | | 4/10 | -- | -- | -- | -- | -- | -- | -- | 10/15 |
| 1806 | | -- | 15/17 | -- | -- | -- | -- | -- | 2/10 | 6/14 |
| 1810 | | -- | 1/18 | -- | -- | -- | -- | -- | -- | -- |
| 1813 | | 7/9 | 16/17 | -- | -- | -- | -- | -- | -- | -- |
| 1814 | | -- | -- | -- | 12/12 | -- | -- | -- | -- | -- |
| 1817 | | -- | -- | 1/12 | -- | -- | 10/14 | -- | 1/10 | -- |
| 1818 | | 6/9 | -- | -- | -- | -- | 1/12 | -- | -- | -- |
| 1819 | | -- | 5/18 | -- | -- | -- | -- | -- | -- | 14/16 |
| 1820 | | -- | -- | -- | -- | -- | -- | 13/14 | 15/16 | -- |
| 1821 | | 1/8 | -- | -- | -- | -- | -- | -- | -- | -- |
| 1822 | | -- | -- | -- | -- | -- | 3/13 | -- | -- | -- |
| 1824 | | -- | -- | 16/16 | -- | -- | -- | -- | -- | -- |
| 1825 | | 2/9 | -- | -- | -- | -- | -- | -- | -- | -- |
| 1826 | | 1/9 | -- | -- | -- | -- | -- | -- | -- | -- |
| 1829 | | 4/8 | 17/19 | -- | -- | 6/6 | -- | -- | -- | -- |
| 1830 | | -- | -- | -- | -- | -- | 5/14 | -- | -- | -- |
| 1831 | | 1/8 | -- | -- | -- | -- | -- | -- | -- | 5/14 |
| 1836 | | -- | 1/16 | -- | -- | -- | -- | -- | -- | -- |
| 1837 | | -- | -- | -- | 1/13 | -- | -- | -- | -- | -- |
| 1838 | | -- | -- | -- | -- | -- | 12/14 | -- | -- | -- |
| 1842 | 4 (W)* | 3/8 | -- | 16/18 | 10/14 | -- | 4/15 | -- | -- | -- |
| 1843 | | -- | -- | -- | -- | -- | -- | -- | -- | 12/15 |
| 1847 | 4 * | 7/10 | 12/14 | 1/16 | -- | -- | -- | 1/11 | -- | -- |
| 1851 | 5 (E)* | -- | -- | -- | -- | 5/7 | 17/19 | 7/10 | 24/25 | 17/20 |
| 1854 | | -- | 4/12 | -- | -- | -- | -- | -- | -- | -- |
| 1860 | | -- | -- | -- | 14/16 | -- | -- | -- | -- | 15/21 |
| 1861 | | -- | 8/11 | -- | -- | -- | -- | -- | 17/23 | -- |
| 1864 | | 8/10 | -- | -- | -- | -- | -- | -- | -- | 4/21 |
| 1868 | | -- | 8/10 | -- | -- | -- | -- | -- | -- | -- |
| 1871 | | -- | -- | -- | -- | -- | -- | -- | 13/21 | 4/21 |
| 1872 | | -- | 2/6 | -- | -- | -- | -- | -- | -- | -- |
| 1873 | | 1/4 | -- | -- | -- | -- | -- | -- | -- | 6/22 |
| 1878 | | -- | -- | -- | -- | -- | 17/20 | -- | -- | 9/22 |
| 1879 | 5 * | 4/4 | 5/5 | 10/13 | 7/14 | -- | -- | -- | -- | 8/20 |
| 1880 | | -- | -- | -- | -- | 3/7 | -- | 4/9 | 17/21 | -- |
| 1889 | | -- | -- | -- | -- | -- | -- | -- | -- | 1/20 |
| 1890 | | -- | -- | -- | -- | -- | 16/23 | -- | -- | -- |
| 1904 | | -- | 1/2 | -- | -- | -- | -- | -- | -- | -- |
| 1911 | | -- | -- | -- | -- | -- | -- | -- | -- | 1/19 |
| 1929 | | -- | -- | -- | -- | -- | 1/22 | -- | -- | -- |
| 1930 | | 2/3 | 1/1 | -- | -- | -- | -- | -- | -- | -- |
| 1932 | | -- | -- | -- | -- | -- | 1/22 | -- | -- | -- |
| 1939 | | -- | -- | 1/9 | -- | -- | -- | -- | -- | -- |
| 1946 | | -- | 1/1 | 1/9 | -- | -- | -- | -- | -- | -- |
| 1948 | | -- | -- | -- | -- | -- | -- | -- | -- | 1/16 |
| 1953 | | -- | -- | 1/8 | -- | -- | -- | -- | -- | -- |

*Cont. next page*

| Year | Major fire yr | FPC (pine) | PLT (pine) | SMI (pine) | TCK (mc) | BCN (mc) | HCK (pine) | MNT (mc) | TRS (pine) | BCK (pine) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1957 | | -- | -- | -- | 1/10 | -- | -- | -- | -- | -- |
| 1966 | | 1/3 | -- | -- | -- | -- | -- | -- | -- | -- |
| 1970 | | 1/3 | | -- | -- | -- | -- | -- | -- | -- |
| 1973 | | -- | -- | 1/7 | -- | -- | -- | -- | -- | -- |
| 1976 | | 2/4 | | -- | -- | -- | -- | -- | -- | -- |
| 1977 | | -- | -- | 2/9 | -- | -- | -- | -- | -- | -- |
| 1986 | | 3/5 | | -- | -- | -- | -- | -- | -- | -- |
| 1987 | | 1/5 | | -- | -- | -- | -- | -- | -- | -- |
| 1989 | | -- | -- | -- | -- | -- | 11/21 | -- | -- | -- |

---------------------------------------------------------------------




Figure II-4. Fire chronologies, representing (A) all fires and (B) fires that scarred ≥25% of the sampled trees (i.e., widespread fires), for each of the nine fire history study sites in the San Juan National Forest (Grissino-Mayer et al. 2004). See Figure II-1 and Table II-1 for site locations and descriptions.

---------------------------------------------------------------------

in which fire frequency was reduced relative to the long-term average. First was from about 1750-1770, which is especially apparent in the lower portion of Figure II-4. This hiatus in fire occurrence may have been related to a shift in broad-scale atmospheric and climatic processes, such as El Niño -

Southern Oscillation (ENSO) or the Pacific Decadal Oscillation (Grissino-Mayer et al. 2004). Alternatively, the very large fires in 1748 may have reduced fuels so extensively that large fires could not occur until fuels had re-developed. Both mechanisms may have come into play to dramatically reduce the frequency of extensive fires during this period of 1750-1770. The second period of reduced fire frequency was from about 1880 to the present, and was mostly a consequence of Euro-American settlement as discussed below.

Each of the nine sites described in Table II-1 has its own more-or-less unique list of fire years during the reference period, i.e., in most fire years there was a fire at one or two sites but not at any of the others. However, there were a few key fire years when many or most of the sites experienced fire (Table II-3). More than half of our nine sites recorded fires in 1729, 1735, 1748, 1786, 1851, and 1879. During these summers the San Juan Mountains must have been shrouded in smoke for several weeks or months as large fires burned across the landscape. The years 1729, 1748, 1851, and 1879 also were major fire years throughout the southwest, apparently because of dry conditions across the entire region (Swetnam and Baisan 1996). The synchronous occurrence of major fire years throughout the Southwest and southwestern Colorado indicates a strong regional climatic control on fire frequency, both during the reference period and continuing today. For example, there tends to be little area burned in the Southwest during the wet El Nino phase of ENSO, but extensive fire activity occurs during the dry La Nina phase (Swetnam and Betancourt 1990). In fact, the major fire years in the Southwest tend to occur when one to three very wet El Niño years -- in which abundant fine fuels are produced -- are followed by a very dry La Niña year -- when the accumulated fine fuels dry out and carry extensive fires (Swetnam and Betancourt 1990, 1998; Grissino-Mayer et al. 2004). Recognition of this climatic pattern in fire occurrence has permitted improved forecasting of upcoming fire seasons in the Southwest.

There also was considerable variation in the seasons of fire occurrence during the reference period among the nine study sites in the San Juan National Forest (Table II-4). Summer fires would generally consume more organic matter and cause greater plant mortality than dormant season fires, because of higher temperatures and large amounts of nutrients and energy reserves in above-ground plant parts during the growing season (Harrington 1985). Thus, the variability in season of burn during the reference period, like the variability in extent of burn and interval between successive burns, was a significant component of the fire regime during the reference period, and may have contributed to pine regeneration and floristic diversity as described above. Over all sites and all fire scars combined, approximately half of the fire scars recorded summer burns and half recorded dormant season burns (spring or fall). However, in the years with big fires (e.g., 1748, 1820, 1851, and 1879), we found fire scars that were formed in all seasons (Figure II-5), suggesting that these very extensive fires burned all summer long.

Table II-4. Number and percentage of fire scars that were formed during different seasons of annual ring growth during the pre-1870 reference period in ponderosa pine forests (Grissino-Mayer et al. 2004). Some fire years are represented by more than one value, since fires in those years scarred more than one tree. Moreover, many prehistoric fires burned through more than one season. Therefore, this table indicates the *relative amount of area burned* during various seasons, not necessarily the seasons when individual fires occurred.

Season of fire scarring is determined by noting where a fire injury is located within an annual ring. This is a well-established dendrochronological method, and the data below on position within annual rings can be regarded as very reliable. However, we do not yet have a complete understanding of the specific months in which annual ring formation occurs in the San Juan Mountains. Moreover, the timing of ring formation probably varies at least somewhat from year to year and among different elevations and topographic positions, in response to variation in temperature and moisture conditions. Based on experience elsewhere in the southwest and on a pilot study conducted in 1995 in the Hermosa Creek area, we estimated the likely month that corresponds to specific positions within an annual ring. These interpretations of month of fire must be regarded as *tentative*, however.

D = dormant season, in the spring before ring growth has begun, or in the fall after ring growth is completed (possibly in April & May and in September & October)
E = early early wood (possibly early to mid June)
M = middle early wood (possibly late June to early July
L = late early wood (possible mid to late July)
A = latewood (possibly August)

| SITE | D (spring/fall) | E | M | L | A | EMLA (summer) | PERIOD |
|---|---|---|---|---|---|---|---|
| | ---------------------- NUMBER (%) OF FIRE SCARS ------------------------ | | | | | | |
| Five Pine Canyon | 31 (52) | 7 (12) | 7 (12) | 7 (12) | 7 (12) | 28 (48) | 1748-1864 |
| Plateau | 142 (82) | 5 (3) | 0 (0) | 9 (5) | 18 (10) | 32 (18) | 1685-1872 |
| Turkey Springs | 31 (36) | 6 (7) | 6 (7) | 35 (40) | 9 (10) | 56 (64) | 1748-1880 |
| Hermosa | 53 (47) | 5 (4) | 18 (16) | 26 (23) | 10 (9) | 59 (53) | 1715-1890 |
| Benson Creek | 61 (62) | 4 (4) | 15 (15) | 15 (15) | 3 (3) | 37 (38) | 1767-1889 |
| Smoothing Iron | 26 (42) | 4 (6) | 1 (2) | 10 (16) | 21 (34) | 36 (58) | 1729-1879 |
| Monument | 16 (31) | 2 (4) | 4 (8) | 16 (31) | 13 (26) | 35 (69) | 1654-1880 |
| Taylor Creek | 29 (72) | 3 (8) | 0 (0) | 6 (15) | 2 (5) | 11 (28) | 1786-1879 |
| Burnette Canyon | 7 (50) | 0 (0) | 0 (0) | 6 (43) | 1 (7) | 7 (50) | 1729-1880 |




Figure II-5. Seasons when fire scars were formed, for four of the most extensive fire years documented in the San Juan National Forest (Grissino-Mayer et al. 2004). D = dormant season (early spring or late fall); EE = early growing season (mid-June to early July); ME = middle growing season (early July to mid-July); LE = middle to late growing season (mid-July to late July); L = late growing season (late July to August).

-------------------------------------------------------------

There were also striking differences among study sites, e.g., dormant season fires were more prevalent at the Plateau site, whereas summer burns predominated at Turkey Springs (Table II-4). What are the reasons for the differences among sites and over time in the dominant season of fire occurrence during the reference period? At this time we do not know. The Turkey Springs site is adjacent to a popular Ute camping area that was occupied almost continuously during the reference period (Duke 1995), so the abundance of summer burns there could reflect anthropogenic burning. However, the fire interval statistics for the Turkey Springs site (Table II-2) are not much different from the other ponderosa pine sites, suggesting that the Utes camping in this area, in fact, may not have added many ignitions to those caused by lightning. In particular, the Hermosa site, located in a rugged and mostly brushy or densely forested area, probably had less intensive use by Native Americans than the gently rolling forests and grasslands of the Turkey Springs site -- yet fire interval statistics are almost identical at Turkey Springs and Hermosa. These data suggest that the fire history of ponderosa pine forests in this area was controlled more by climate and fuels than by anthropogenic ignitions. Swetnam and Baisan (1996) and Allen (2002) suggest that this same conclusion applies in much of the Southwest. In contrast, anthropogenic ignitions may be more important in ponderosa pine forests of the northern Rockies where lightning is less frequent, but even there lightning may be sufficient to account for fire histories in most areas (Baker 2002). An early written account of the history of the San Juan National Forest (Anonymous 1971;122) states that although Indians were known to set fires to aid in hunting and improve forage in other regions, they rarely did so in the San Juans. Undoubtedly there were localized areas in the West where human activities significantly influenced the fire regime (e.g., Barrett and Arno 1982, Kaye and Swetnam 1999), but our data do not indicate any major human effects on fire frequency, or extent, in ponderosa pine forests during the period of indigenous settlement.

*Fire history in ponderosa pine forests of the Uncompahgre Plateau*

The most extensive fire history data available for ponderosa pine forests in the South Central Highlands Section are from the Jemez Mountains (Allen 1989, 2002) and from the San Juan National Forest (Grissino-Mayer et al. 2004, and above). We also have information from the Uncompahgre Plateau in an unpublished report by Brown and Shepperd (2003). On the Uncompahgre, mean fire intervals in five stands distributed across the Plateau ranged from 9-17 years (all fires) and from 15-44 years ( fires that scarred ≥25% of recorder trees). These results are similar to the median fire intervals documented in the San Juan National Forest (Table II-2), but are longer than typical mean fire intervals from Arizona and New Mexico.

2. Other agents of disturbance in ponderosa pine forests

Although fire probably was the major form of disturbance in ponderosa pine forests during the reference period -- at least it is the disturbance about which we know the most -- there were

other important kinds of disturbances as well. Approximately 200 species of insects are known to affect ponderosa pine at some stage from cone to maturity (Schmidt 1988). Perhaps the most important insect in ponderosa pine forests was the mountain pine beetle (*Dendroctonus ponderosae*), discussed below. Dwarf mistletoes and various fungus diseases also are important components of ponderosa pine forests today, and were surely important in the past as well (Hawksworth and Shaw 1988). Unfortunately, we have very little specific information about the intensity and extent of disturbance by these agents during the period of indigenous settlement, and so we have a poor understanding of the overall importance of these disturbances relative to the well-documented effects of fire (Schmid and Mata 1996).

*The Mountain Pine Beetle (Dendroctonus ponderosae)*:

In the 20th century there have been several outbreaks of the mountain pine beetle in ponderosa pine and lodgepole pine forests throughout the Central Rocky Mountain region (McCambridge et al. 1982a, Schmid and Mata 1996). Photos taken by Phillip Coolige in 1908 in what is now the San Juan National Forest (on file at the San Juan National Forest supervisor's office) show ponderosa pine trees described as having been killed by the Black Hills Beetle [mountain pine beetle]. This native bark beetle infests and often kills live trees (Furniss and Carolin 1977). It prefers larger trees (>20 cm (8 in) dbh), though it sometimes kills smaller trees (Sartwell and Stevens 1975). Although the intensity and extent of these recent outbreaks may have been influenced by 20th century conditions such as fire exclusion and unusually high tree densities (see below), it is likely that more-or-less comparable beetle outbreaks also occurred in ponderosa pine forests during the reference period (also see Baker and Veblen 1990). Schmid and Amman (1992) estimated that the intervals between successive mountain pine beetle outbreaks may range from 50 - 100 years, depending on the intensity of the previous outbreak. Outbreaks may last from 2 - 14 years (Schmid and Mata 1996). Between outbreaks (which is most of the time), the beetles persist at low, endemic populations, killing an occasional tree but having little impact on the forest as a whole.

From a timber production standpoint, mountain pine beetle outbreaks are clearly detrimental, because they selectively kill the larger, more valuable trees in a stand, and may in fact destroy a timber stand (Schmid and Amman 1992). From a broader ecosystem perspective, however, the effects are more complex. In lodgepole pine forests, and probably also in dense ponderosa pine, primary productivity shifts from an overwhelming concentration in the canopy to a more equitable distribution among canopy, understory, and ground layer strata (Romme et al. 1986). Herbaceous growth may increase because of increased light and water availability beneath the dead canopy trees (McCambridge et al. 1982b), and surviving canopy and understory trees also show increased growth rates immediately after the outbreak (Romme et al. 1986). Elk, deer, and other grazers and browsers may benefit from the increased forage production, and the large dead trees may provide feeding,

nesting, and perching sites for a variety of bird species -- whereas other animal species, such as the red squirrel that eats pine seeds, and bark and foliage gleaning birds like chickadees, nuthatches, and brown creepers, may decrease in abundance after the outbreak (Schmid and Amman 1992).

In stands of mixed species composition, selective mortality of the dominant canopy pine can hasten the process of succession, shifting canopy dominance to the more shade-tolerant Douglas-fir, white fir, or other species not attacked by the beetles. If the beetle outbreak is not followed by fire, then ponderosa pine may not become reestablished on the site because its seedlings generally do not tolerate deep organic litter layers or shade (discussed below). Thus, it is possible (though never documented) that severe mountain pine beetle outbreaks in the past may have converted stands having low initial density of ponderosa pine to forests composed entirely of other tree species -- or even conceivably to shrublands of Gambel oak, which are commonly found within extensive tracts of ponderosa pine forest throughout the South Central Highlands Section, and whose origin is difficult to explain.

The reduction in canopy transpiration following a severe beetle outbreak potentially may lead to increased groundwater recharge and stream flow for several years if heavy mortality occurs over a large portion of a watershed (documented for outbreaks in lodgepole pine and spruce-fir forests, but not for ponderosa pine per se; Schmid and Amman 1992). Risk of crown fire increases during and for about 2 years after the outbreak, while beetle-killed trees are covered with dead needles (Schmid and Amman 1992, Bentz et al. 2009), but then may actually decrease because the standing defoliated trees reduce the continuity of canopy fuels. As the large beetle-killed trees gradually fall over a period of several decades, they increase the heavy fuels on the ground and the chances of very intense surface fires (Brown 1975).

*Other Disturbances*:

There were many other agents of disturbance in ponderosa pine forests of the reference period. Dwarf mistletoe (*Arceuthobium vaginatum*) is a parasitic vascular plant that grows on branches and stems of ponderosa pine, causing reduced tree growth, distortion of stems and branches, and eventual death of the tree in some situations (Hawksworth and Wiens 1995). Although mistletoe is considered a pest from the viewpoint of timber production, it is a component of the native flora, and its abundance is positively correlated with bird density and diversity (Bennetts et al. 1996). *Armillaria* spp. and other pathogenic fungi cause root diseases and eventually may kill ponderosa pine trees (Hawksworth and Shaw 1988). Pandora moth (*Coloradia pandora*) defoliates ponderosa and lodgepole pines, causing reduced tree growth and sometimes mortality (Schmid and Mata 1996). Severe, localized windstorms can blow down all or most of the trees within small areas of a few hectares or less. We know almost nothing about the intensity and extent of these disturbances in ponderosa pine forests of the reference period (Schmid and Mata 1996), but they probably had much less impact on forest structure and function at the landscape scale than did periodic fire and mountain pine beetle outbreaks. Perhaps the most important effect of

mistletoe and root diseases at the landscape scale was their interaction with fire and beetles (Knight 1987). Trees weakened by mistletoe, insects, or disease may be more susceptible to beetle infestation, and the witches brooms produced by mistletoe-infested trees may ignite more readily than normal branches.

3. Pre-1870 stand structures in ponderosa pine forests

In ponderosa pine forests where fires were frequent and of low severity during the reference period (i.e., where the fire regime was the Southwestern model), these fires thinned out the smaller trees and brush, and maintained open forests of large, widely spaced trees with abundant herbaceous growth in the open areas between trees. This interpretation is supported in part by numerous photographs and accounts of 19th-century travelers in the Southwest, who described "park-like" forests in which one could see for great distances and which provided ample forage for pack animals. Table II-5 contains a sampling of these early accounts. A similar open structure of ponderosa pine forests also is suggested by early written accounts and photographs from elsewhere in the Mountain West, e.g., the Colorado Front Range (Veblen and Lorentz 1991), the Black Hills of South Dakota (Progulske 1974, Grafe and Horsted 2002; but see Shinneman and Baker 1997), western Montana (Gruell et al. 1982), and the interior Columbia River Basin (Everett et al. 1994, Skovlin and Thomas 1995). However, early photos and written descriptions of dense ponderosa pine stands also exist, e.g., from the Black Hills (Shinneman and Baker 1997) and several other locations throughout the Rocky Mountains (Baker et al. 2006).

------------------------------------------------------------------

Table II-5. Some descriptions of ponderosa pine forests written by early Euro-American explorers in the South Central Highlands Section.

"In the beautiful valley of the Conejos River, after striking the timbered region, we found luxuriant bunch-grass covering the ground as thickly as it could stand. In November it was still green about the roots, and was eagerly eaten by our starved mules. Pinus ponderosa formed open clumps, and under protection of these trees it attained what seemed to be its maximum growth."
-- J. T. Rothrock, 1878 (cited in Cooper 1960;131)

"Throughout the bull [ponderosa pine] type there is good cattle range, consisting of blue-stem grass beneath the trees and bunch grass in the parks. The underbrush is very heavy, chiefly oak brush, choke-cherry, scarlet thorn, and wild rose. Reproduction of bull pine is poor."
-- C. DuBois, 1903 (DuBois 1903;7)

"Pagosa lies in the heart of that splendid pine forest, which coveres a tract one hundred and thirty miles east and west by from twenty to forty miles north and south. Here the trees grow tall and straight, and of enormous size. No underbrush hides their bright, clean shafts, and curiously enough, it is only in special locations that any low ones are to be found."
-- Ernest Ingersoll, 1885 (cited in Paulson and Baker 2006; 177)

------------------------------------------------------------------

Some caution must be used in interpreting these early written records and photographs (Forman and Russell 1983, Whitney 1994). Early travelers and explorers obviously were not unbiased observers on a mission to collect objective data for the benefit of future ecologists. Many may have placed undue emphasis on things like grass cover because forage was so important for their pack animals. Their observations also were strongly influenced by their previous experiences and expectations. Nevertheless, taken together, the contemporary written and photographic evidence suggests that an open forest structure characterized many—though not all--of the ponderosa pine forests throughout western North America when numbers of literate Europeans first encountered them in the mid to late 1800s.

Ponderosa pine forests of the volcanic Jemez Mountains, in the southernmost portion of the South Central Highlands Section, were similar in structure to other ponderosa pine forests of the Southwest during the reference period, i.e., a predominance of open stands of large trees (Allen 1989, 2002). The picture is less clear for the northern portions of the South Central Highlands Section. The only 19th-century written record we know of is an account of forests in the Conejos River Valley in 1878 (Table II-5). We also have DuBois' 1903 description of the proposed San Juan Forest Reserve, which may be colored somewhat by the effects of early grazing and timber cutting (see the section on legacies of previous land use, below). Zier and Baker (2006) present seven early photos (1874 - 1948) of the San Juan Mountain country, including two in which ponderosa pine is prominent. Unfortunately, most of the historic photographs of this region date from the early to mid 20th century, when major changes in forest structure already may have begun to develop.

Despite the paucity of direct evidence, we can infer from contemporary writings and from observations today, that there were some important differences between ponderosa pine forests of southwestern Colorado and those in other portions of the Southwest during the period of indigenous settlement. For example, most forests in southwestern Colorado probably did not have quite the abundance of grass described for ponderosa pine forests in Arizona. The early explorers noted that grass was more abundant on soils derived from lava flows than on soils derived from sedimentary rocks (Cooper 1960;131), and most ponderosa pine forests of the San Juan Mountains and Uncompahgre Plateau are found on sedimentary substrates. Nevertheless, a number of native bunchgrasses are found in ponderosa pine forests of southwestern Colorado, especially in places that have received only light grazing (Paulson and Baker 2006), suggesting that grass cover was somewhat abundant in these forests during the reference period—though it probably is impossible to know just how abundant the grass cover was in any particular place.

The abundance of shrubs (notably Gambel oak) in ponderosa pine forests of the South Central Highlands Section, especially in the northern portions of the Section, is one of the features that makes this region especially distinctive. Although the cover and density of shrubs may have changed in some areas during the last century (see the section on legacies of past land use,

below), oak and other shrubs certainly were present, and probably abundant, in many ponderosa pine forests of the South Central Highlands Section during the period of indigenous settlement, especially in portions of southwestern Colorado. For example, Dominguez and Escalante, in writing of their trip through southwestern Colorado in 1776 (near present-day Pagosa Springs, Durango, and Mancos), made frequent mention of small or dwarf oak and other shrubs growing in association with pines (Bolton 1950;140151). DuBois (1903; p. 7), in an early survey of the proposed San Juan Forest Reserve, wrote of the bull pine [ponderosa pine] type that "The underbrush is very heavy, chiefly oak brush, choke-cherry, scarlete thorn, and wild rose." Similarly, a local Forest Ranger with the initials R.S.W. wrote in 1915 that "Oakbrush, in the vicinity of the Durango National Forest, occupies a wide belt ranging in altitude from approximately 1,800 – 2,700 m (6,000 - 9,000 ft), which is identical with that of western yellow pine [ponderosa pine] with which oakbrush is always associated to a certain extent, depending on the density of the pine stand." ("Cumulative silvical report – San Juan National Forest;" on file at San Juan National Forest supervisor's office, includes entries from 1909-1958). The few photos of ponderosa pine forests from ca. 1900 clearly show oak present in the understory of ponderosa pine stands (W. Baker, personal communication).

In addition to the written and photographic evidences described above, we have a few direct measurements of likely ponderosa pine forest structure during the period of indigenous settlement. Based on detailed sampling of extant trees, dead trees, and stumps, Fule et al. (1997) determined that a stand in northern Arizona had an average of 65 ponderosa pine per hectare in 1883 (plus 83 tree-sized stems/ha of Gambel oak and other species). Basal area of ponderosa pine trees was approximately 12 $m^2$/ha. In another northern Arizona stand, using similar methods, Covington and Moore (1994), estimated that the density and basal area of ponderosa pine, prior to European settlement in the late 1800s, were 43 trees/ha and 14 $m^2$/ha, respectively. Madany and West (1983) found 56 ponderosa pine > 100 years old per hectare on two isolated mesas in southern Utah that had never been logged or grazed by livestock (though the fire history on these mesas was unique in some respects; see Madany and West 1983).

In the San Juan National Forest, we estimated the density and spatial pattern of ponderosa pine trees in pre-1900 forests by measuring the old stumps and occasional old trees left by early 20th-century century loggers at the Plateau, Smoothing Iron, and Five Pine Canyon sites (Table II-1). Sampling quadrats ranging in size from 25 - 10,000 square meters (8 replicates of each size) were randomly located, and the number of old stumps and trees was tallied in each quadrat. Care was taken to avoid counting stumps of younger trees produced by recent logging operations; the old stumps were recognizable from their weathered condition. Living trees old enough to have been present in the stand before 1900 were distinguished from younger trees (post-1900) by the deeply furrowed, yellow bark and stout branches of old trees. A few of the trees may have been misclassified, but these morphological characteristics are reasonably reliable for distinguishing

trees older or younger than about 100 years (Pearson 1950, White 1984). Within the same quadrats we also tallied the number of trees that had become established after 1900 (discussed below).

The density of pre-1900 and post-1900 trees was computed using the data from the largest quadrats (5000, 7500, and 10000 square meters), and the data from all quadrats was used to compute Morisita's index (Morisita 1959, Brower and Zar 1977). Morisita's Index is related to the variance/mean ratio, and is widely used to detect the spatial scale at which organisms are aggregated. In general, the quadrat size for which Morisita's Index is highest is approximately the size of the clumps themselves. There can be more than one scale of clumping in a stand.

The results of this analysis indicated that these ponderosa pine forests in the San Juan Mountains contained an average of 25 - 65 trees/ha during the late 1800s (Table II-6a). Average stump diameter ranged from 51 – 69 cm (Table II-6b). The reasons for the differences among sites are unknown; there are no obvious patterns related to elevation, topography, or geographic location. Our sampling procedure probably under-estimates the density of pre-1900 trees, and over-estimates their average size, since some of the smaller stumps may have completely decomposed. Nevertheless, these results indicate that there were comparable densities of large trees in at least some parts of northern Arizona and southwestern Colorado during the period of indigenous settlement. The variability in tree density is as important as mean density. By computing the mean, plus or minus one standard error of the mean, we can estimate the range of values expected to encompass 67% of all measured samples. This range, which represents our best estimate of the historical range of variability in ponderosa pine forest density, was from 11 - 98 trees/ha in the five sites in the San Juan National Forest (Table II-6a).

A similar reconstruction of historical forest structure was made for ponderosa pine forests on the Uncompahgre Plateau (Binkley et al. 2008). In eleven plots, 0.5-1.0 acre in size, average tree density in 1875 was estimated to be 55 trees/acre (range 30 - 90 trees/acre) and average basal area was estimated at 55 $ft^2$/acre (range 20 - 90 $ft^2$/acre). The stands in 1875 contained a few large trees (some with diameters >0.9 m (3 feet)), relatively numerous trees of medium size (0.3 – 0.6 m (1 - 2 ft) diameter), and a few smaller trees.

These results from the San Juan Mountains and the Uncompahgre Plateau demonstrate that ponderosa pine forests of the South Central Highlands Section were different in some important ways from ponderosa pine forests of northern Arizona. Both density and basal area tended to be higher in the South Central Highlands Section than in forests near Flagstaff, where basal area averaged 35 $ft^2$/acre and ranged from 13 - 62 $ft^2$/acre in 1910 (Moore et al. 2004).

Note that the sampling described above was conducted in places where stumps of trees that were alive prior to 1900 were visually conspicuous. This may have biased our sampling towards open stands of large trees. We do not know how common dense stands of small trees might have been in the pre-1900 landscape; additional research would be required to answer this question (e.g., Baker et al. 2006).

Table II-6. Pre-1900 stand structure in five sites dominated by ponderosa pine in the San Juan National Forest, Colorado, based on sampling old trees and stumps in quadrats of 4,000 - 10,000 $m^2$. See Table II-1 for site descriptions.

(a) Tree densities. Range of variability refers to the mean plus or minus one standard error. RD refers to ranger district.

(b) Stump diameters.

(a)

| Site | Mean density (trees/ha) | Range of variability (trees/ha) | Number of samples | Comments |
|---|---|---|---|---|
| Benson Creek | 24 | 11 - 36 | 32 | Pagosa RD ... thick brush ... trees & stumps |
| Smoothing Iron | 37 | 13 - 60 | 32 | Dolores RD ... thick brush ... trees & stumps |
| Plateau Creek | 42 | 22 - 63 | 36 | Dolores RD ... easy visibility ... mostly stumps |
| Five Pine Canyon | 50 | 30 - 70 | 32 | Dolores RD ... thick brush ...mostly stumps |
| Turkey Springs | 65 | 33 - 98 | 24 | Pagosa RD ... easy visibility ... trees & stumps |

(b)

| Site | Mean diameter (cm) | Standard deviation (cm) | Smallest - largest sample (cm) | Number of samples |
|---|---|---|---|---|
| Benson Creek | 51 | 14 | 20 – 90 | 216 |
| Smoothing Iron | 66 | 27 | 20 - 150 | 193 |
| Plateau Creek | 69 | 24 | 20 - 130 | 226 |

---------------------------------------------------------------------------

Although the relative extent of open vs. closed ponderosa pine forests in the low elevation landscapes of southwestern Colorado during the period of indigenous settlement is currently unknown, we do have some partial information. An 1888 photograph of Durango, taken from the slopes of Smelter Mountain, provides a clear view of Animas City Mountain on the north side of the town. In this photo, approximately one fourth to one third of the ponderosa pine forest area appears dense; the other two-thirds to three-fourths appears open and park-like. We believe that little logging had yet occurred on Animas City Mountain in 1888, so this photo may depict the patterns of forest structure that developed on the landscape through the action of fire, insects, and forest growth. However, it is a single snapshot that provides little detail on stand-level forest structure, and more information obviously is needed.

Another piece of evidence for a heterogeneous ponderosa pine forest landscape comes from a recently discovered map depicting a timber inventory of the westside pine zone in the San Juan National Forest made in the early 1920s, just before industrial-scale logging began in the area (southwestern archive collections, Fort Lewis College library). Despite some obvious biases and probable inaccuracies of this early map of timber volumes, it is apparent from the information on this map that the pre-logging pine forest was not uniform even throughout this area of relatively similar topography and climate.

The park-like scenario for pre-1800 ponderosa pine forests has been so well developed, both here and elsewhere in the West, that it may be tempting to assume that these forests were relatively homogeneous throughout the South Central Highlands Section. However, we stress that in fact there was considerable variability in density and structure. Because one important goal of ecosystem management is to conserve the natural heterogeneity and variability of the systems being managed, we need to be cognizant of the variation in ponderosa pine forests as well as the central tendencies (Kaufmann et al. 1994).

In addition to the landscape-level heterogeneity in ponderosa pine forest structure described above, there was important spatial variability at the stand level. The pre-1900 trees documented both in the San Juan Mountains and on the Uncompahgre Plateau were arranged in distinctly clumped patterns, which were conspicuous both visually and statistically. Early commentators also emphasized the clumping of ponderosa pine trees; e.g., the Cumulative Silvical Report in 1913, page 1 (on file at the San Juan National Forest supervisor's office) describes a "broad strip of semi-humid country, bounded approximately by the altitudinal lines of 6500 and 8500 feet. On this strip occurs an open stand of western yellow pine [ponderosa pine] timber, interspersed with pinon [sic] points, oak brush hillsides, open parks, spruce and balsam canyons, cottonwood bottoms and aspen slopes. The pine never occurs in broad dense stands evenly distributed, but always in clumps. These clumps vary in density and in their proximity to one another." Among the stands in the San Juan Mountains where we reconstructed pre-1900 stand structure, there was no single clump size; rather the size of the clumps differed from place to place: major peaks in Morisita's Index (i.e., sizes of clumps) for pre-1900 trees were detected at 100, 300, 800, and 2500 $m^2$ at Smoothing Iron; at 700 and 1600 $m^2$ at Five Pine Canyon; and at 900 and 2500 $m^2$ at Plateau (Figure II-6). The trees on the Uncompahgre Plateau also exhibited a clumped spatial pattern, aggregated at distances <23 m (75 ft) with either a random or relatively uniform arrangement. Ponderosa pine forests in northern Arizona showed similar strong aggregation of pre-1900 trees (Pearson 1950;121). Using nearest-neighbor analysis, White (1984) determined that clumps of pre-1900 ponderosa pine near Flagstaff, Arizona, generally contained 3 - 44 trees and covered areas of 200 - 2900 $m^2$.

A major gap in our understanding of ponderosa pine forest structure during the reference period has to do with snags and downed wood. Popp et al. (1992) and Mehl (1992) have developed criteria for old-growth ponderosa pine forests in the Southwest

and Rocky Mountains (these criteria are summarized in Table 5.1 of Paulson and Baker 2006). For example, the recommended minimum density of standing dead trees ranges from one 14 in (35 cm) dbh snag to two 10 in (25 cm) dbh snags, and downed logs should be a minimum of two pieces having 12 in (30 cm) diameter. However, these guidelines are based on sampling the structure of old forests as they exist today; it is uncertain to what degree these characteristics applied to ponderosa pine forests during the reference period. Relatively frequent fire would be expected to reduce the amount of dead wood on the forest floor via consumption, but might increase the density of snags via mortality. But this is speculation: in truth we simply do not know densities or quantities of dead wood in the pre-1870 ponderosa pine forests of the South Central Highlands Section.

-----------------------------------------------------------------




Figure II-6. Aggregation patterns of trees alive before 1900 in ponderosa pine forests of the San Juan Mountains. Spatial scales (horizontal axis) where values of Morisita's Index are highest (vertical axis) represent scales at which trees were aggregated, i.e., approximate sizes of clumps of trees (Morisita 1959, Brower and Zar 1977).

-----------------------------------------------------------------

*Functional Implications of Forest Structure during the Reference Period:*

The overall low density and clumped dispersion of ponderosa pine trees in many pre-1900 forests probably was an important component of the habitat that supported a diverse assemblage of wildlife. For example, Abert's squirrel is almost entirely dependent on ponderosa pine for all stages of its life history (Patton 1977). It nests in clumps of large trees with interlocking branches, and feeds on ponderosa pine seeds, buds, and twigs. Other species that prefer dense stands of ponderosa pine include sharp-shinned hawk, Cooper's hawk, and goshawk (Reynolds 1983), pygmy nuthatch, hermit thrush, western flycatcher, and black-headed grosbeak (Finch et al 1997). Another suite of species prefers more open habitats, and probably were concentrated in the little glades that existed between clumps of trees, e.g., deer mouse, brush mouse, Mexican woodrat, and cottontail (Patton 1988), rock wren, and spotted towhee (Finch et al. 1997).

Still other species, including deer and turkeys, probably foraged in the open spaces between clumps of trees, where herbaceous and shrub production was greater, then moved into the clumps of trees for roosting, thermal, and hiding cover (Patton 1988). Open glades probably also contained a distinctive set of plant species that required more light and could tolerate lower nitrogen availability (Moir 1966), while another set of plant species may have been concentrated in the special micro-habitat that existed under the clumps of trees. This description of pre-1900 patterns of herbaceous plant distributions is necessarily speculative, however, because these patterns were profoundly altered by heavy livestock grazing in the late 1800s (see below). Clumping of ponderosa pine trees may have retarded the spread of mistletoe, since the seed dispersal distance for this parasitic plant is limited.

In addition to providing diverse wildlife habitat, the clumping of mature ponderosa pine trees probably had an important influence on basic ecological processes of energy flow and material cycling. Parsons et al. (1994), measured soil nitrogen concentrations and rates of nitrogen mineralization and nitrification in closed-canopy stands of lodgepole pine and in gaps where trees were experimentally removed. Soil nitrogen levels were extremely low beneath the canopy, but greater in openings created by removal of 30 + trees. Openings within ponderosa pine forest canopies tend to accumulate more snow and to yield more water to below-ground water tables than do areas of closed pine canopy. Beneath a tree canopy, increased interception and transpiration act to reduce the amount of water percolating below the tree rooting zone (Brown et al. 1974, Baker 1988).

## C. LEGACIES OF EURO-AMERICAN SETTLEMENT AND CURRENT CONDITIONS

Many of the ponderosa pine forests of the South Central Highlands Section have been dramatically altered during the last century. The major agents of change have been logging, grazing, and elimination of fire, although climatic variability also has been involved. Native Americans cut some

trees and ignited some fires during the period of indigenous settlement, and some tribes (e.g., the Navajo) grazed substantial numbers of livestock in some areas. However, the logging, grazing, and fire exclusion introduced by Euro-American settlers in the late 1800s, were unprecedented in their intensity and extent. It was these recent human activities, interacting with the background biota, soils, and climatic variability, that created the ponderosa pine forests that we see in the area today. Thus, the ponderosa pine forest landscapes of the South Central Highlands Section represent a cultural landscape, i.e., a landscape that has been shaped as much by human activities as by natural processes (Foster 1993, Bunting and Romme 2001). We now examine each of these cultural legacies in turn.

1. <u>Legacies of Logging ("High-Grading") in the Late 1800s and Early 1900s</u>

There was extensive but scattered logging activity throughout the ponderosa pine forests of the South Central Highlands Section beginning in the late 1800s (Paulson and Baker 2006). However, most of the early logging is not well documented in historical records. Much of the logging was conducted by small, local outfits, who left no trace of their operations except a few stumps in the forest (Duane Smith, personal communication). Logging in the San Juan Mountains began as early as 1875, when small sawmills were constructed near Silverton and Parrott City to provide lumber for mining activities. The first sawmills in the Pagosa Springs area were built in 1901 - 1902, and sawmills operated in the Spring Creek and Canyon Creek areas beginning in 1907 (Anonymous, Forest History, Volume 1). Several small-scale logging operations are documented in the Dolores River Valley before 1905 (Dishman 1982). In addition to these commercial sawmills, ranchers and settlers obtained the timber, fence posts, and fuel wood that they needed from the private and national forest lands surrounding their homes. Nearly all of the timber produced in these early days was used locally for buildings, mine supports, and railroad ties, and ponderosa pine was the predominant timber species because of its easy accessibility (Anonymous, Forest History, Volume 1).

The scale and impact of logging increased dramatically in the 1890s with the advent of railroad logging. Ormes (1975) describes several small logging companies and narrow-gauge railroad companies that operated in the vicinity of Tierra Amarilla, Chama, and Pagosa Springs from the mid 1890s through the early 1920s. To be commercially feasible, a railroad logging operation generally had to remove nearly all merchantable trees within reach of the tracks (Pearson 1950, Whitney 1994). According to the San Juan National Forest (1962, p. 38), "Most of the accessible ponderosa pine timber in the vicinity of Pagosa Springs and south into New Mexico was railroad-logged prior to 1918." DuBois (1903;9) wrote at the turn of the 20th century that "The supply of bull pine [ponderosa pine] on the lower slopes is nearly exhausted, and as soon as it is, the sawmill men will move on to the spruce."

Large-scale, commercial timber operation in the western San Juan Mountains began in 1924 when the New Mexico Lumber Company purchased 4

million board feet in what was then called the Montezuma National Forest north of Dolores (Figure II-1), and began construction of a large mill in McPhee as well as an extensive network of roads and railroads for hauling timber to the mill (Mausolf 1982, Smith 1982). Timber was hauled to the mill by railroad and also by trucks beginning in the 1930s. By 1950, essentially all of the old growth ponderosa pine forests of this region had been liquidated. Heavy logging of ponderosa pine stands in the Piedra River and Pine River Districts of the San Juan National Forest occurred between 1935 and 1955 (San Juan National Forest 1962, p. 38).

In sum, it appears that nearly all of the accessible ponderosa pine forests were affected by the logging operations of the late 1800s and the first half of the 20th century. This early logging usually involved “high-grading”, i.e., selectively removing the highest quality trees (generally the large, old-growth trees) and leaving the smaller individuals or species of lesser monetary value. Consequently, unlogged, old-growth ponderosa pine stands today are very few in number, and nearly all are in locations where it was physically impossible or uneconomic to log.

*Direct Effects of Early High-Grade Logging:*

The most obvious effect of the early logging of ponderosa pine forests is the general lack of large, old trees and snags in these forests today. Tables II-7 and II-8 summarize the current size and age class distributions of ponderosa pine in the westside pine zone, based on RIS data from the San Juan National Forest. This180,000-acre area north of Dolores, Colorado, is where the Montezuma Lumber Company operated from the mid-1920s to late 1940s (Smith 1982).

The forest today is overwhelmingly dominated by relatively small, young trees. Eighty-four percent of stems greater than breast height are 30 cm (12 in) or smaller in diameter; 94% are 40 cm (16 in) or smaller (Table II-7). Very large trees (> 60 cm (24 in) dbh) comprise less than 1% of the population. Average tree size in the entire study area today is only about 20 cm (8 in), whereas the average diameter of stumps in the Plateau Creek study area (located within the westside pine zone) is 68 cm (27 in) (Table II-6).

Almost 90% of sampled trees were 90 years old or less; 94 % were 110 years old or less (Table II-8). Trees that germinated prior to 1870 (>120 years old today) comprise less than 4% of the population. (These are ages at breast height that were collected in the late 1970s and 1980s, so the trees actually are 10-20 years older than the numbers indicate.) For comparison, Table II-9 contains the age class distribution of ponderosa pine in the lower Hermosa drainage, near Durango, Colorado, which has never been logged (but which has been subjected to fire suppression). The Hermosa site contains a wide spread of tree ages, including many trees >300 years old. Presumably the westside pine zone had a similar age-class distribution prior to the heavy logging that began in the 1920s.

Not only are the very large trees scarce in the westside pine zone today, they are gradually disappearing through natural mortality. The diameters of trees that had died within the past five years at the time when stand exams were made were compared to the diameters of living trees in the study area. The ratio of percent recently died to percent live trees

-----------------------------------------------------------------

Table II-7. Size class distribution of ponderosa pine trees in the 180,000 acre westside pine zone of the San Juan National Forest as of 1994. Data from RIS files, San Juan National Forest.

| Diameter Class (inches at breast height) | Trees / acre | Cumulative % of Trees of This Size or Smaller |
|---|---|---|
| < breast height | 27 | 21 |
| 1 - 4 | 23 | 40 |
| 4 - 8 | 32 | 65 |
| 8 - 12 | 24 | 84 |
| 12- 16 | 13 | 94 |
| 16 - 20 | 5 | 98 |
| 20 - 24 | 2 | 99 |
| 24 + | < 1 | 100 |

Table II-8. Age class distribution of ponderosa pine trees in the 180,000 acre westside pine zone of the San Juan National Forest as of 1994. Data from RIS files, San Juan National Forest.

| Age Class (years at breast height) | Frequency (% of all trees sampled) | Cumulative % of Trees of This Age or Younger |
|---|---|---|
| 1 - 10 | 1 | 1 |
| 10 - 20 | 1 | 2 |
| 20 - 30 | 2 | 4 |
| 30 - 40 | 8 | 12 |
| 40 - 50 | 14 | 26 |
| 50 - 60 | 21 | 47 |
| 60 - 70 | 24 | 71 |
| 70 - 80 | 13 | 84 |
| 80 - 90 | 5 | 89 |
| 90 - 100 | 3 | 92 |
| 100 - 110 | 2 | 94 |
| 110 - 120 | 2 | 96 |
| 120 + | 4 | 100 |

-----------------------------------------------------------------

reveals that there is a disproportionate mortality occurring in the very small and very large size classes; i.e., they are dying in greater numbers than would be predicted solely on the basis of their abundance (Table II-10). Trees in the middle range of size classes (30 – 60 cm (12 - 24 in)) are dying at lower rates than would be predicted by their abundance alone. This pattern is to be expected, since the middle-sized trees are around 100 years old, at their prime; the smaller

trees are subject to suppression by larger trees; and many of the very large trees are approaching their maximum life spans.

The scarcity of large, old trees in the westside pine zone today is due primarily to the intensive logging of the early 20th century. However, the abundance of 50-80 year old trees is the result of a complex of interactions among early high-grade logging, grazing, fire exclusion, some unique climatic events in the early 20th century, and the forest management that has been practiced in these forests since about 1950. These interactions, and the current conditions in ponderosa pine forests of the South Central Highlands Section, are discussed below.

------------------------------------------------------------------

Table II-9. Age class distribution of canopy trees in the Hermosa area north of Durango, CO, in 1993. This area has never been logged, though fires have been suppressed.

| **Age Class (years at breast height)** | **Trees / ha** | **Cumulative % of Trees of This Age or Younger** |
|---|---|---|
| 1 - 20 | 0 | 0 |
| 20 - 40 | 0.5 | 1 |
| 40 - 60 | 1.0 | 3 |
| 60 - 80 | 6.0 | 17 |
| 80 - 100 | 7.5 | 33 |
| 100 - 120 | 1.0 | 36 |
| 120 - 140 | 2.0 | 40 |
| 140 - 160 | 6.0 | 53 |
| 160 - 180 | 8.5 | 72 |
| 180 - 200 | 4.5 | 82 |
| 200 - 220 | 1.5 | 86 |
| 220 - 240 | 2.0 | 90 |
| 240 - 260 | 1.0 | 92 |
| 260 - 280 | 0.5 | 93 |
| 280 - 300 | 1.0 | 96 |
| 300 + | 2.0 | 100 |

------------------------------------------------------------------

*Indirect Effects of Early Logging:*

Many or even most of the ponderosa pine forests throughout the South Central Highlands Section today have a dense canopy of similar-sized and similar-aged pine. Only in a few places does one find pine stands with trees of many sizes (including very large) and multiple canopy layers. This homogeneous forest structure provides good habitat for some wildlife species, e.g., turkey, elk, and deer. However, many of the species that could potentially inhabit the area probably are absent, or at unusually low densities because of unsuitable habitat. For

example, many species of cavity-nesting birds do best in old stands containing large ponderosa pine or Douglas-fir trees. There are only a few threatened or endangered plant species in the ponderosa pine forests of the South Central Highlands Section, but many herbaceous plant species probably are greatly reduced in numbers or even locally extirpated because they cannot tolerate the shade and deep organic litter on the forest floor of the extensive, homogeneous ponderosa pine forests that now dominate these areas.

-----------------------------------------------------------------

Table II-10. Ratio of the density of recently dead trees to the density of living trees of different size classes in the 180,000 acre westside pine zone of the San Juan National Forest as of 1994. Data from RIS files, San Juan National Forest

| **Diameter Class (inches at breast height)** | **Ratio: Dead Trees / Acre / Live Trees / Acre** |
|---|---|
| 1 - 4 | 1.7 |
| 4 - 8 | 1.5 |
| 8 - 12 | 0.4 |
| 12- 16 | 0.2 |
| 16 - 20 | 0.2 |
| 20 - 24 | 0.2 |
| 24 - 28 | 0.8 |
| 28 - 32 | 1.1 |
| 32 - 36 | 0.9 |

-----------------------------------------------------------------

An important component of forest wildlife habitat that can be quantified with existing data is the availability of nesting sites for cavity-nesting birds. Secondary cavity nesters (birds that cannot excavate their own holes, so must nest in natural cavities or holes created by woodpeckers and other primary cavity nesters) make up approximately one-third of breeding bird species in ponderosa pine forests, and may comprise 40 - 55 % of all breeding pairs. Examples of birds that depend heavily on snags include the violet-green swallow, pygmy nuthatch, western bluebird, and mountain chickadee (Balda 1975). Researchers have recommended minimum suitable tree diameters for cavity nesters, ranging from 10 in (25 cm) (Reynolds et al. 1985) to 20 in (50 cm) (Horton and Mannan 1988; also see Scott 1978,Cunningham et al. 1980). Minimum recommended densities of snags range from 1.73 - 2.68 snags/acre (Balda 1975) to 5.2 snags/acre (Cunningham et al. 1980; also see Scott 1978, 1979). It has been suggested recently that these recommended densities are higher than actually existed prior to the era of fire exclusion in ponderosa pine forests, and higher than is really necessary to maintain functional communities; research is underway to better characterize snag requirements and snag dynamics. Nevertheless, we

based this assessment on the current recommendations for snag densities.

We determined the availability of snags within the westside pine zone, north of Dolores, Colorado, where industrial-scale logging occurred in the 1920s - 1940s (described above), using RIS data from the San Juan National Forest. Three classes of trees that could provide cavity-nesting habitat were: large living trees with broken tops, large hard snags (i.e., undecomposed standing dead stems), and large soft snags (partially decomposed standing dead trees). Using even the lowest recommendations for suitable tree diameter and snag density, and including live trees with broken tops (which usually are not included in snag densities), we found that the availability of cavity-nesting trees in the westside pine zone is well below any recommended level (Table II-11). Live trees >25 cm (10 in) dbh with broken tops were found to be only 0.1 tree/acre; soft snags >25 cm (10 in) dbh were 0.3 stems/acre; and hard snags >25 cm (10 in) dbh were 0.04 stems/acre. These results indicate that all classes of cavity-nesting trees combined, amount to only 0.44 stems/ha in the westside pine zone -- compared to recommended densities of at least 1.73 snags/acre.

-----------------------------------------------------------------

Table II-11. Availability of snags in the 180,000 acre westside pine zone of the San Juan National Forest as of 1994 (data from RIS files, San Juan National Forest). Recommended snag densities are from the literature (see text).

| **Snag Category** | **Snags / Acre** |
|---|---|
| Snags > 10 inches dbh with broken tops | 0.1 |
| Soft (decayed) snags > 10 inches dbh | 0.3 |
| Hard snags (not decayed) > 10 inches dbh | 0.04 |
| | |
| *Total snags (all categories)* | *0.44* |
| *Minimum recommended snag density (all categories)* | *1.73* |

-----------------------------------------------------------------

The scarcity of cavity nesting sites in these forests suggests that bird populations are probably well below the numbers that may have been sustained during the period of indigenous settlement. This is significant not only in relation to the aesthetic pleasures of seeing and hearing wild birds, but also in relation to overall forest health. Woodpeckers, for example, are primary cavity nesters, and one of their preferred foods is bark beetles (a current threat to ponderosa pine forests in the region; see below). There is some evidence that woodpecker predation can retard or even prevent mountain pine beetle outbreaks. Studies also have shown that predation by small insect-eating birds, such as warblers, can substantially reduce populations of plant-injuring insects. In the ponderosa pine forests studied by Balda (1975) in northern Arizona, 81% of the secondary cavity nesting species were insectivorous, and many fed on

insects not only in summer but also throughout the winter when some insect populations may be especially vulnerable to predation. Thus, the lack of snags in ponderosa pine forests of the South Central Highlands Section may interact with other current stand conditions (tree density and fire exclusion; see below) to impair the natural regulation of insect populations and increase the risk of devastating insect outbreaks.

Another indirect effect of early logging in ponderosa pine forests is related to present-day timber supplies. Large diameter, high-quality saw logs are becoming increasingly scarce in southwestern Colorado, and throughout the west. Given current ecological and socio-political conditions, it seems unlikely that such material will become much more available for a long time. At the same time, we have excessive quantities of small diameter material (anonymous, undated report entitled "Changing conditions in southwestern forests and implications on land stewardship," USDA Forest Service, Southwestern Region). There is a great need and opportunity now to create new technologies and markets that can make use of these smaller diameter logs, as described below.

The legacy of early high-grade logging will be with us for a long time. One cannot quickly re-grow large, old trees and snags. The best means now available for increasing the availability of suitable nesting cavities for birds and bats probably is to (i) protect existing snags and large trees from damage by fire, logging, and firewood gathering, and (ii) increase the numbers of very large trees. As these large trees gradually age and die, they will create good nesting conditions. These ideas are developed more fully in Chapter VII.

2. <u>Legacies of Excessive Livestock Grazing in the Late 1800s and Early 1900s</u>

Fleischner (1994;630) writes that "Livestock grazing is the most widespread influence on native ecosystems of western North America." Since almost no areas escaped heavy livestock grazing in the late 1800s and early 1900s, we have no good reference areas against which to measure specific effects and legacies of early, uncontrolled grazing. The few ungrazed sites that have been found in the southwest usually are rugged, inaccessible, and small in extent -- and therefore not representative of the pre-grazing landscape as a whole. It is difficult, therefore, to reconstruct the structure, composition, and dynamics of herbaceous plant communities in the South Central Highlands Section prior to the arrival of great numbers of sheep and cattle in the late 1800s, or to quantify the changes brought about by early livestock grazing. It is also difficult to disentangle the specific effects of grazing from effects of fire exclusion and climatic variability, since, as Leopold (1924) observed early on, all of these influencing agents have been operating together and have interacted with one another to produce the conditions that we see today.

Nevertheless, we do know that the impact of early grazing on herbaceous plant communities throughout the west was substantial (Fleischner 1994, Belsky and Blumenthal 1997). Since those early days, livestock have been regulated on the public lands, and techniques of

sustainable grazing have been developed for both public and private lands; indeed, grazing can be a valuable tool of land stewardship when conducted wisely (Knight 2002, White 2008). However, many of the legacies of the uncontrolled grazing that occurred in the late 1800s and early 1900s are with us still.

*Timing and Intensity of Early Livestock Grazing:*

Tewa Puebloan people may have had livestock in portions of the Jemez and Nacimiento Mountains (Figure I-1) as early as the late 1600s, though this is not yet well documented (Touchan et al. 1996). However, it is fairly certain that Hispanic settlers were grazing animals by the mid-1700s or even earlier in other portions of the Jemez and Nacimiento Ranges (Cerro Pedernal site, Touchan et al. 1996). The Navajo people began grazing sheep and goats as early as the mid-1700s in the Chuska Mountains of northwestern New Mexico and northeastern Arizona (Savage 1991) and in portions of the Jemez and Nacimiento Ranges (Continental Divide site, Touchan et al. 1996). Prior to the Civil War, there were more livestock, mainly sheep, in the upper Rio Grande region of New Mexico than anywhere else in the southwest (Denevan 1967). Exact numbers of grazing animals in any particular area prior to the late 1800s are unknown, but they apparently were high at some times and in some places. According to one estimate, there were half a million sheep on the Navajo Reservation in 1846 (Savage 1991;281). Ponderosa pine forests may have been favored locations for grazing sheep and other livestock, because they offered excellent pasturage, water, and isolation from raiders (Savage 1991).

The ecological effects of Native Americans' and early Hispanic settlers' livestock in ponderosa pine forests of the South Central Highlands Section may have been locally intense, but they apparently did not affect all of the forests in the region. Ubiquitous impacts of heavy livestock grazing were not felt until the 1870s and 1880s, when Anglo settlers began to arrive in increasing numbers (Savage 1991). Development of railroads also facilitated rapid increases in numbers of livestock. Denevan (1967;696) reports that the number of sheep in New Mexico rose from several hundred thousand to 4 - 5 million in the 1880s. In the northern portions of the South Central Highlands Section (e.g., the San Juan National Forest and Uncompahgre Plateau), major effects of livestock grazing began in the 1870s and 1880s.

Cattlemen arrived in the Dolores River valley in the mid-1870s and were the first homesteaders in that area (Dishman 1982). Charles Goodnight brought some 1500 head of cattle to the Pagosa Junction area in 1875; the Pine - Vallecito River country began to be settled by ranchers in the late 1870s; ranches were established in Montezuma County beginning in 1878; and cattle were brought into the Florida - Pine River areas in 1879 (Anonymous, Forest History, Volume 1). The first ranches in the Uncompahgre country were established in the late 1870s but livestock grazing began to increase rapidly after expulsion of the Ute people in 1881; by 1890 there were reported to be 30,000 cattle in the Norwood area (Rockwell 1999;74). Ralph Shaw, a Forest Ranger from 1907 - 1920, reported that there were several large herds of 10,000 or more head, as well as numerous smaller herds up to 5,000

animals in the San Juan Mountain country during the 1880s and 1890s (Anonymous, Forest History, Volume 1). Evidently the major livestock in most of the San Juan Mountains and Uncompahgre Plateau in the late 1800s were cattle. Sheep were not abundant in the Dolores area until after 1900 (Dishman 1982) or on the Uncompahgre Plateau until 1915 (Rockwell 1999;55). DuBois (1903) indicates that cattle were the major grazers in ponderosa pine forests, at least in the area around Pagosa Springs, and that sheep were grazed primarily at the higher elevations in summer and below the forest zone in winter.

Heavy livestock grazing continued into the 20th century. As homesteads occupied more and more of the productive river bottom lands, stockmen made more extensive use of upland forests and meadows in the national forests. DuBois (1903;11) estimated that 268,000 sheep were being grazed in the San Juan Mountains, ranging from the foothills to the crest of the range over the course of a summer season. He also estimated 19,160 cattle in the country around Pagosa Springs and upper Rio Grande valley (DuBois 1903;17). In 1931, there were reported to be 19,000 cattle and 149,000 sheep grazing on the Montezuma and San Juan National Forests (Anonymous, Forest History, Volume 1). However, all of the commentators of the time emphasized the difficulty of obtaining accurate estimates of the total number of livestock in the area, due to inadequate record-keeping by officials and the number and diversity of livestock operators. Also, because of an obvious bias against Hispanic sheepherders on the part of the predominantly Anglo writers of the time, the number of animals being herded by Hispanic people may have been either downplayed or exaggerated significantly, depending on the particular conclusions being advanced by the writer.

The early grazing was largely unregulated, and soon became excessive in many areas (Dishman 1982). Range conditions reportedly began deteriorating in the 1890s (Rockwell 1999;53), and this degradation accelerated over extensive areas between 1904 and 1920 (Anonymous, Forest History, Volume 1). At the beginning, in the 1880s, a quarter-section of grassland was thought sufficient to support five or six head of cattle; as individual sites became overgrazed, cattlemen simply found new unexploited grassland areas for their animals. However, a shortage of grazing lands was reported in the Dolores Valley area as early as the late 1880s and 1890s, due to homesteading and overgrazing. Sheep were introduced in the Dolores country around 1910, in part because "sheep could graze on winter ranges and depleted grasslands that could no longer support cattle (Dishman 1982;32). In 1903, DuBois (1903;8) wrote: "Although at present sheep raising brings more money into the country than any of the others [industries], unless regulated it will soon destroy the summer range and have to be given up...." DuBois (1903;17) also described 11 out of 31 valleys as either "plainly overstocked" or "showing signs of overstocking" with cattle.

*Ecological Impacts of Early Heavy Livestock Grazing:*

What were the specific ecological effects of early livestock

grazing in ponderosa pine forests of the South Central Highlands Section? We will never know fully. However, we can gain some insights from the commentaries of people who were present at the time. DuBois (1903;11) wrote of early cattle grazing: "In low gulches and flats where large herds of cattle have been ranged year after year, the bunch grass is pulled up by the roots and gradually dies out. On overstocked cow ranges the white roots of bunchgrass can be seen all over the ground." He goes on to say that cattle grazing has had little impact on the vegetation of high-elevation forests, but "In the pine type, where the range is blue-stem grass, cattle do good [enhance tree reproduction] by keeping down the grass and preparing a seedbed. They never touch pine seedlings." (DuBois 1903;18).

Even though comparisons of grazed areas with ungrazed relict areas are not ideal, since the ungrazed areas usually are at least somewhat different from the grazed areas in terms of environment and history, these kinds of comparisons provide some our only current opportunities to elucidate grazing-induced changes (Belsky and Blumenthal 1997, Paulson and Baker 2006). Madany and West (1983) studied two small, inaccessible mesas in southern Utah that had never been grazed, and compared them with an extensive plateau area nearby that had a long history of livestock grazing. All three study areas were at comparable elevations and supported forests of ponderosa pine with Gambel oak understory. Cover of graminoids and forbs combined was 49% on the ungrazed mesas but only 5% in the grazed area. Herbaceous plants were co-dominant with the woody plants (shrubs and tree saplings) on the ungrazed mesas, but only sparsely represented in the woody-dominated understory of the grazed area. Grazing did not appear to have completely extirpated any herbaceous species, although at least one species (*Muhlenbergia montana*, a warm-season bunchgrass) was present in the grazed area only in a spot where grazing pressure was lighter than in the area as a whole.

In an earlier study, Rummell (1951) compared the herbaceous plant communities in open ponderosa pine forests growing on two small basalt mesas in central Washington. Both were dominated by unlogged ponderosa pine forest, but one had been heavily grazed for 40 years while the other was ungrazed. Total percent ground cover in the grazed forest was less than half the cover in the ungrazed forest. Species richness was 1/3 greater in the ungrazed forest, and a dense growth of graminoids (especially *Calamagrostis rubescens* and *Carex geyeri*) created a distinctive hummock type of vegetation in portions of the ungrazed forest that was not present in the grazed forest. Total graminoid cover and biomass in the grazed forest were less than one-third the cover and biomass in the ungrazed forest. Arnold (1950) observed similar compositional differences in grazed and ungrazed (exclosures) ponderosa pine forests near Flagstaff, Arizona. The plants most sensitive to grazing were highly palatable bunchgrasses (*Muhlenbergia montana, Festuca arizonica, Poa fendleriana,* and *Blepharoneuron tricholepis*); these decreased rapidly under heavy grazing. Grasses that were more resistant to grazing (e.g. *Boutelous gracilis, Sitanion hystrix Sporobolus interruptus, Aristida fendleri*, and *A. arizonica*), as well as

several unpalatable perennials and weeds, increased in importance as the bunchgrasses declined under continual grazing pressure.

In sum, heavy livestock grazing, especially that which occurred in the late 1800s and early 1900s, has left a long-lasting legacy of altered plant community composition in ponderosa pine forests throughout the South Central Highlands Section. Some highly palatable species, such as the bunchgrasses *Muhlenbergia montana* and *Festuca arizona*, may have been locally extirpated from many stands, and the relative abundance of surviving species has been drastically altered. Grazing, along with fire exclusion and some climatic events (see below), led to a shift from dominance or co-dominance of herbs in the ground layer of ponderosa pine forests to an overwhelming dominance of woody vegetation (shrubs and tree saplings) in many areas. We may never know the pre-grazing composition of many ponderosa pine forests, though we can make some reasonable guesses (see below). One more key legacy of early, heavy livestock grazing is the virtual elimination of low-severity surface fire as a dominant ecological process in ponderosa pine forests of the southwest. This effect is described in the next section.

3. Legacies of Fire Exclusion

The formerly frequent occurrence of widespread, low-intensity fire ended abruptly around 1880 in most ponderosa pine forests throughout the Southwest (Swetnam and Baisan 1996). A dramatic reduction in fire frequency occurred earlier in some areas, e.g. in the mid-1700s in portions of Jemez Mountains (Touchan et al. 1996), and in the 1830s in the Chuska Mountains of northwestern New Mexico and northeastern Arizona (Savage and Swetnam 1990, Savage 1991). Also, reduced fire frequency was not apparent until much later -- the middle of the 20th century -- in isolated portions of El Malpais in west-central New Mexico (Grissino-Mayer 1995). Despite these exceptions, however, most ponderosa pine forests of the southwest -- including the South Central Highlands Section -- experienced a sudden and remarkably synchronous alteration of fire regimes in the latter part of the 19th century (Covington and Moore 1994, Swetnam and Baisan 1996).

Small fires continued well into the 20th century in many areas, indicating that lightning and humans were still igniting fires. The major change, however, was that these fires were nearly all very small. The extensive fires of the previous centuries were no longer a part of the landscape. For example, we documented a few wildfires in the 20th century in several of our study sites in the San Juan National Forest, as well as a prescribed fire within the last decade at the Hermosa site (Figures II-1 and II-2). However, none of these fires was extensive, and the intervals between even these small fires have been significantly longer than the intervals between extensive fires during the reference period. Over most of the ponderosa pine zone in the South Central Highlands Section, there were no extensive fires in over 100 years -- prior to the Cerro Grande fire in 2000, and the Missionary Ridge, Million, and Burned Canyon fires of 2002.

What caused this abrupt cessation of formerly frequent and

extensive fires in ponderosa pine forests of the southwest? It was not Smoky Bear, because organized and effective fire control programs were not instituted over large areas until well into the 20th century (Pyne 1982). The current consensus among researchers is that the single most important cause of the initial alteration of fire regimes in the southwest was the introduction of large herds of livestock by Euro-American settlers. The animals grazed off the grasses and herbs that formerly carried light fires through the forest. Lightning and humans still started fires, but they could not spread across bare ground. Throughout most of the southwest region, the cessation of frequent, extensive fires coincided with the arrival of large herds of cattle and sheep in the late 1800s (Swetnam and Baisan 1996). In those areas where livestock grazing began earlier than the late 1800s, e.g., in portions of the Jemez and Chuska Mountains, fire frequencies in ponderosa pine forests also decreased at about the same time (Touchan et al. 1996, Savage and Swetnam 1990, Savage 1991). Well into the 20th century, heavy grazing was seen as a tool for reducing fire danger in southwestern forests (e.g., Leopold 1924).

Grazing began to be regulated more effectively on federal lands beginning in the 1930s (e.g., with the Taylor grazing act of 1934), but by this time the Forest Service was developing an effective fire suppression capability. The "10 am policy", which sought to control any wildfire by 10 am the next morning after it was discovered, was introduced in the late 1930s (Pyne 1982). In retrospect, it now appears that it was a mistake to put out all of the fires in ponderosa pine forests, but at that time it was commonly believed that all fires were a threat to the forests. We now know that by suppressing all fires we simply created the potential for even more severe fires in the future (Covington and Moore 1994).

When fires occur today in ponderosa pine forests, they sometimes are much hotter and destructive than they were before 1880, because of the great quantities of dead pine needles, branches, and other heavy fuels that have accumulated during 100+ years without fire. Cooper (1960) determined from early written accounts and interviews with "old-timers" that crown fires were rare in Arizona ponderosa pine forests before the turn of the 20th century. However, several recent fires in ponderosa pine forest have been destructive crown fires. Fires of the intensity and extent of some recent burns probably are unprecedented when compared to fire behaviors during the reference period. For example, portions of the 2000 Cerro Grande and 2002 Missionary Ridge fires may have been unprecedented with respect to the size of patches of high-severity burn -- though other portions of the Cerro Grande and Missionary Ridge fires burned in a manner similar to pre-1870 fires. Savage and Mast (2005) sampled ponderosa pine forests in Arizona and New Mexico that had burned as crown fires in the late 1940s through mid 1970s, and found that most of these areas were either regenerating as dense ponderosa pine stands (vulnerable to another stand-replacing fire) or had been converted at least temporarily to non-forested grass or shrub communities.

Fires also are becoming increasingly difficult to control. Indeed, wildfire statistics show that over the last decade the amount of acreage burned each year on national forests in New

Mexico and Arizona has been steadily rising -- despite continued, aggressive fire suppression (Moir et al. 1997). This is due in part to the dry summers we have experienced recently, but another important reason is the fuel conditions that now exist in many ponderosa pine forests (Covington and Moore 1994). A more recent analysis by Westerling et al. (2006) reveals a dramatic increase in the frequency of large fires since the mid-1980s throughout the western U.S. This increase is associated with earlier springs, earlier snow-melt, and longer fire seasons, and may be a harbinger of what the future holds with global climate change. Thus, the issue of fuel conditions in ponderosa pine forests of the South Central Highlands Section (and elsewhere) is even more pressing as we anticipate ever more fires in the future.

Thus, an important legacy of the last century of human activity is the absence of what was once a key ecological process -- fire. Ironically, the ponderosa pine forests of the South Central Highlands Section, which were profoundly shaped by an environment containing frequent fire, are now seriously at risk from uncontrollable and damaging wildfires.

4. Interactions: Logging, Grazing, Fire, Climate, and Today's Forests

A unique combination of historical events -- the elimination of extensive fires, removal of grass competition by livestock, and periods of unusually wet weather coinciding with good cone crops -- all came together in the early decades of the 20th century, and allowed an abundant cohort of ponderosa pine seedlings to become established throughout the Southwest (Covington and Moore 1994). This early 20th century age class dominates many ponderosa pine forests today (Table II-8), and is conspicuous even in the rare stands that have never been logged (e.g., Table II-9). At about the same time that this "irruption" of young trees (Covington and Moore 1994) was occurring, the older trees were being removed by high-grade logging. Thus, many or even most of the ponderosa pine forest stands present today in the South Central highlands Section have a relatively uniform stand structure: they tend to be relatively dense, most of the trees are small to medium sized, and most are 70 - 100 years old (e.g., Table II-12). In two of the stands where we sampled density and dispersion of stumps to reconstruct the canopy structure of pre-1900 forests -- Five Pine Canyon and Plateau Creek (Tables II-1 and II-6) -- the current canopy tree density is about seven times greater than before 1900. The strong clumping pattern of the forests during the reference period also has been largely lost in today's dense stands. Trees that established after 1900 have filled in many of the former open spaces between clumps, and the trees are thicker in the areas of the former clumps as well.

In addition to the changes just described for ponderosa pine forests subjected to grazing, logging, and fire exclusion in the late 19th and early 20th centuries, ponderosa pine has expanded into grasslands and shrublands in many areas during the past hundred years. In an analysis of 146 pairs of historic and modern photographs, Zier and Baker (2006) found that in about of half the photos showing an ecotone between ponderosa pine forest and either grassland or shrubland, the forest edge had moved outward during the period

between photos. Some of this forest expansion was probably due to effects of grazing and fire exclusion, but it was seen even in locations where grazing and fire exclusion were likely minor factors - - suggesting that climate changes during the 20th century were a major mechanism driving the expansion of ponderosa pine forests (Zier and Baker 2006).

-----------------------------------------------------------------

Table II-12. Age class distribution of canopy ponderosa pine trees in the Plateau Creek study site (Table II-1) in 1994. This 0.25-ha stand was heavily logged between 1924 and 1948.

<table>
<tr><th>Decade of Germination</th><th>Trees / Hectare</th><th>% of Total Trees</th></tr>
<tr><td>1830</td><td>10</td><td rowspan="7">14</td></tr>
<tr><td>1840</td><td>10</td></tr>
<tr><td>1850</td><td>20</td></tr>
<tr><td>1860</td><td>20</td></tr>
<tr><td>1870</td><td>10</td></tr>
<tr><td>1880</td><td>10</td></tr>
<tr><td>1890</td><td>10</td></tr>
<tr><td>1900</td><td>270</td><td rowspan="4">83</td></tr>
<tr><td>1910</td><td>80</td></tr>
<tr><td>1920</td><td>90</td></tr>
<tr><td>1930</td><td>80</td></tr>
<tr><td>1940</td><td>20</td><td>3</td></tr>
<tr><td>Total</td><td>630</td><td>100</td></tr>
</table>

-----------------------------------------------------------------

Forest management in many areas since about 1950 has emphasized selective logging of these ponderosa pine forests that are developing after the unique historical events of the early 1900s. By continually removing the larger trees as they enter the saw-timber size classes, current management in many areas tends to perpetuate a stand structure of relatively homogeneous, small, dense trees, a sparse herb stratum, and a thick organic litter layer on the forest floor. This strategy may maximize wood fiber production, and the resultant forests are aesthetically appealing to many people, but there is a growing sense that the ponderosa pine forests covering much of the South Central Highlands Section today are at risk.

One consequence of the high density and small tree size of many ponderosa pine stands is that the forests are vulnerable to outbreaks of insects and disease. The most serious threat is the mountain pine beetle, which has experienced dramatic outbreaks elsewhere in the west in recent years (Schmid and Mata 1996, Bentz et al. 2009, Raffa et al. 2008). In the 180,000-acre westside pine zone of the San Juan National Forest, nearly 40,000 acres (41% of the lands that were inventoried) recently were rated at moderate or high

risk for a major mountain pine beetle outbreak (Angwin and Raimo 1994:5). Some 58,000 acres (59 % of inventoried lands) were rated at low risk (Table II-13). However, Angwin and Raimo (1994) emphasized that their method, developed originally for the Black Hills region in South Dakota, probably underestimates actual beetle risk. A second, less intensive, inventory conducted in 1994 suggested that most of the study area actually may be in the moderate to high risk category (Angwin and Raimo 1994:6). The risk rating is based primarily on stand density and tree diameter; dense stands of small trees usually receive a relatively high rating because the trees are under stress and therefore vulnerable to attack by the beetles. The lack of snags and suitable habitat for cavity-nesting birds and bats may also be holding populations of insectivores at abnormally low levels, thereby increasing the likelihood of outbreaks.

---------------------------------------------------------------

Table II-13. Mountain pine beetle risk in the 180,000 acre westside pine zone of the San Juan National Forest, based on stand structure, as of 1994 (data from Angwin and Raimo 1994).

| **Risk Rating** | **Number of Acres** |
|---|---|
| Low Risk | 57,000 |
| Moderate Risk | 31,000 |
| High Risk | 8,000 |
| Not Inventoried | 19,000 |
| *Total* | *115,000* |

---------------------------------------------------------------

The forests also are at risk of uncontrollable, destructive wildfires. As described above, fuel loads appear to be substantially higher in many stands than they would have been before 1870, because of the lack of recent, extensive fires. The fuels are comprised of un-decomposed litter and duff on the forest floor, as well as the closely-spaced crowns of trees and shrubs. If fires are ignited today under dry weather conditions, there is a greater probability of the fire burning the canopy and inflicting significant tree damage and mortality than was usual in pre-1870 fires. The risk of personal property loss is also rising as expensive homes are built in ponderosa pine forests on private lands adjacent to National Forest lands (Theobald and Romme 2007). The heightened risk of destructive forest fire in ponderosa pine forests of the South Central highlands was brought home to local residents during the severe fire seasons of 2000 (e.g., Cerro Grande fire) and 2002 (e.g., Missionary Ridge and Million fires).

A final concern about the current age and size class structure of ponderosa pine forests in the South Central Highlands Section has to do with pine regeneration -- or lack thereof. In the westside pine zone of the San Juan National Forest, less than about 20% of

the pine stands for which data are available have adequate regeneration (defined as 50+ trees/acre with dbh less than or equal to 2 inches (5 cm)). Regeneration of pine in pine-oak stands has been a problem throughout southern Colorado, since the early years of the 20th century (e.g., DuBois 1903). The reasons why pine regenerates poorly are not well understood, but they probably involve seedling suppression by the thick organic layer on the forest floor, competition from oak and other perennial plants (Harrington 1985, 1987), and possibly poor seed crops or drought in the years after good seed crops.

## D. SUMMARY

Ponderosa pine forests are found at lower to middle elevations throughout the South Central Highlands Section. Ponderosa pine (*Pinus ponderosa* var. *scopulorum*) is the major canopy species, often with Gambel oak (*Quercus gambelii*) dominating the understory. Many ponderosa pine forests were composed historically of open stands of large trees, but denser stands also were present. Pre-1900 canopy densities and basal areas in open stands in the San Juan Mountains and Uncompahre Plateau were generally higher than in ponderosa pine forests of northern Arizona. Trees typically grew in clumps interspersed with open areas, and there was wide variation in the size of clumps and open areas.

The most important natural disturbance process in ponderosa pine forests prior to Euro-American settlement was fire; other natural disturbances included various tree-killing insects (notably bark beetles), pathogens, and parasites. Located geographically between the Southwest and the Colorado Front Range, historical fire regimes of ponderosa pine forests in the South Central Highlands Section were intermediate between the Southwestern model of frequent, low-severity fires and the variable-severity model of the Front Range which included a component of high-severity fire. Major fire years in the South Central Highlands Section, as in the Southwest, usually occurred when one to three very wet El Niño years -- in which abundant fine fuels were produced -- were followed by a very dry La Niña year -- when the accumulated fine fuels dried out and carried extensive fires. Approximately half of documented fires before 1900 in the San Juan Mountains burned in the summer season, and half burned in dormant seasons (spring or fall). However, in the years with very extensive fires (e.g., 1748, 1820, 1851, and 1879), fires apparently burned all summer long.

After about 1870 (earlier in some places), most of the ponderosa pine forests in the region were altered dramatically by livestock grazing, logging, and fire suppression by Euro-American settlers. By the mid-20th century, nearly all of the old growth ponderosa pine forests of this region had been liquidated. Consequently, unlogged, old-growth ponderosa pine stands today are very few in number. The most obvious legacy of the early logging of ponderosa pine forests is the general lack of large, old trees and snags in these forests today; most stands are dominated by relatively small, young trees. Early livestock grazing was

largely unregulated, and range conditions began deteriorating as early as the 1890s. As a result, some highly palatable species, such as the bunchgrasses *Muhlenbergia montana* and *Festuca arizona*, may have been locally extirpated from many stands, and the relative abundance of surviving species has been drastically altered. Heavy livestock grazing also disrupted the historical fire regime as the animals removed the grasses and herbs that formerly carried light fires through the forest. Lightning and humans still started fires, but they could not spread across bare ground. Grazing began to be regulated more effectively on federal lands beginning in the 1930s, but by this time the Forest Service was developing an effective fire suppression capability. Over most of the ponderosa pine zone in the South Central Highlands Section, there were no extensive fires throughout the 20th century. When fires occur today in ponderosa pine forests, they sometimes are more severe than before 1900, in part because of the greater fuels that have accumulated during 100+ years without fire. Earlier springs, earlier snow-melt, and longer fire seasons since the mid-1980s also have contributed to larger and more severe fires in ponderosa pine and other vegetation types throughout the West.

## E. LITERATURE CITED


Allen, C. D. 1989. Changes in the landscape of the Jemez Mountains, New Mexico. Dissertation, University of California-Berkeley.

Allen, C. D. (technical editor). 1996. Fire effects in southwestern forests: proceedings of the second La Mesa fire symposium, Los Alamos, 1994. USDA Forest Service General Technical Report RM-GTR-286.

Allen, C. D. 2002. Lots of Lightning and Plenty of People: An Ecological History of Fire in the Upland Southwest Chapter 5 in: Vale, T. R. (editor), Fire, native peoples, and the natural landscape. Island Press.

Angwin, P., and B. Raimo. 1994. Risks of insect and disease in the westside pine zone of the San Juan National Forest. Unpublished report, available from Supervisor's Ofiice, San Juan National Forest, Durango, CO.

Anonymous, 1971 (?). Forest History - Index for Volume I, 1905 - 1971, San Juan and Montezuma National Forests, Colorado. Available in Southwest Studies archives of Fort Lewis College, Durango, CO.

Arnold, J. F. 1950. Changes in ponderosa pine bunchgrass ranges in northern Arizona resulting from pine regeneration and grazing. Journal of Forestry 48:118-126.

Baisan, C. H., and T. W. Swetnam. 1990. Fire history on a desert mountain range. Canadian Journal of Forest Research 20:1559-1569.

Baker, M. B. Jr. 1988. Selection of silvicultural systems for water. Pages 201-209 in Baumgartner and Lotan (1988).

Baker, W. L. 2002. Indians and Fire in the Rocky Mountains: The Wilderness Hypothesis Renewed. Chapter 2 in: Vale, T. R. (editor), Fire, native peoples, and the natural landscape. Island Press.

Baker, W. L., and T. T. Veblen. 1990. Spruce beetles and fires in the nineteenth-century subalpine forests of western Colorado, U.S.A. Arctic and Alpine Research 22:65-80.

Baker, W. L., and D. Ehle. 2001. Uncertainty in surface-fire history: The case of ponderosa pine forests in the western United States. Canadian Journal of Forest Research 31:1205-1226.

Baker, W. L., T. T. Veblen, and R. L. Sherriff. 2006. Fire, fuels and restoration of ponderosa pine - Douglas fir forests in the Rocky Mountains, USA. Journal of Biogeography 34:251-269.

Balda, R. P. 1975. The relationship of secondary cavity nesters to snag densities in western coniferous forests. Southwest Wildlife Habitat Technical Bulletin No. 1, USDA Forest Service, Albuquerque, NM.

Barrett, S. W., and S. F. Arno. 1982. Indian fires as an ecological influence in the Northern Rockies. Journal of Forestry 80:647-651.

Baumgartner, D. M., and J. E. Lotan (editors), 1988. Ponderosa pine: the species and its management. Proceedings of a symposium held in 1987. Sponsored by Intermountain Research Station (U. S. Forest Service), University of Idaho, Washington State University, and Society of American Foresters.

Belsky, A. J., and D. M. Blumenthal. 1997. Effects of livestock grazing on stand dynamics and soils in upland forests of the interior West. Conservation Biology 11:315-327.

Bennetts, R.E., G.C. White, F.G. Hawksworth, and S.E. Severs. 1996. The influence of dwarf mistletoe on bird communities in Colorado ponderosa pine forests. Ecological Applications 6:899-909.

Bentz, B., and several others. 2009. Bark beetle outbreaks in western North America: Causes and consequences. University of Utah Press, ISBN 978-0-87480965-7, 42 p.

Binkley, D., B. Romme, and T. Cheng. 2008. Historical forest structure on the Uncompahgre Plateau: Informing restoration prescriptions for mountainside stewardship. Unpublished report, Colorado Forest Restoration Institute, Colorado State University.

Bolton, H. E. 1950. Pageant in the wilderness: the story of the Escalante expedition to the interior basin, 1776. Utah State Historical Society, Salt Lake City, UT (also published as Utah Historical Quarterly Volume XVIII).

Brower, J. E., and J. H. Zar. 1977. Field and laboratory methods for general ecology. Chapter 3c, Population dispersion, p. 118-126. William C. Brown Company, Publishers. Dubuque, Iowa.

Brown, J. K. 1975. Fire cycles and community dynamics in lodgepole pine forests. Pages 429-456 in: Baumgartner, D. M. (editor), Management of lodgepole pine ecosystems: proceedings of a symposium, October 1973. Published by Washington State University Cooperative Extension Service, Pullman, Washington.

Brown, P.M., and W.D. Shepperd. 2001. Fire history and fire climatology along a $5^0$ gradient in latitude in Colorado and Wyoming, USA. Palaeobotanist 50:133-140.

Brown, P. M., and W. D. Shepperd. 2003. Preliminary fire history in ponderosa pine forests of the Uncompahgre Plateau. Final Report, Rocky Mountain Tree-Ring Research, Fort Collins, CO (www.rmtrr.org).

Brown, P. M., and R. Wu. 2005. Climate and disturbance forcing of episodic tree recruitment in a southwestern ponderosa pine landscape. Ecology 86:3030-3038.

Brown, H. E., and several others. 1974. Opportunities for increasing water yields and other multiple use values on ponderosa pine forest lands. USDA Forest Service Research Paper RM-129.

Brown, P. M., M. R. Kaufmann, and W. D. Shepperd. 1999. Long-term, landscape patterns of past fire events in a montane ponderosa pine forest of central Colorado. Landscape Ecology 14:513-532

Bunting, R., and W. H. Romme. 2001. History of the San Juan National Forest, Colorado. Unpublished report, San Juan National Forest Supervisor's Office, Durango, CO.

Cooper, C. F. 1960. Changes in vegetation, structure, and growth of southwestern pine forests since white settlement. Ecological Monographs 30:129-164.

Cooper, C. F. 1961. Pattern in ponderosa pine forests. Ecology 42:493-499.

Covington, W. W., and M. M. Moore. 1994. Southwestern ponderosa forest structure: changes since Euro-American settlement. Journal of Forestry 92:39-47.

Cunningham, J. B., R. P. Balda, and W. S. Gaud. 1980. Selection and use of snags by secondary cavity-nesting birds of the ponderosa pine forest. USDA Forest Service Research Paper RM-222.

Denevan, W. M. 1967. Livestock numbers in nineteenth-century New Mexico, and the problem of gullying in the southwest. Annals of the Association of American Geographers 57:691-703.

DeVelice, R. L., J. A. Ludwig, W. H. Moir, and F. Ronco Jr. 1986. A classification of forest habitat types of northern New Mexico and southern Colorado. USDA Forest Service General Technical Report RM-131.

Dieterich, J. H., and T. W. Swetnam. 1984. Dendrochronology of a fire scarred ponderosa pine. Forest Science 30:238-247.

Dishman, Linda. 1982. Ranching and farming in the lower Dolores River Valley. Pages 23-41 in Kendrick 1982.

DuBois, Coert. 1903. Report on the proposed San Juan Forest Reserve, Colorado. Unpublished report, on file at the supervisor’s office, San Juan National Forest, Durango, Colorado.

Duke, P. 1995. Working through theoretical tensions in contemporary archaeology: a practical attempt from southwestern Colorado. Journal of Archaeological Method and Theory 2:201-229.

Ehle, D. S., and W. L. Baker. 2003. Disturbance and stand dynamics in ponderosa pine forests in Rocky Mountain National Park, USA. Ecological Monographs 73:543-566.

Elliott, J. G., and R. S. Parker. 2001. Developing a post-fire flood chronology and recurrence probability from alluvial stratigraphy in the Buffalo Creek watershed, Colorado, USA. Hydrological Processes 15:3039-3051.

Everett, R., P. Hessburg, J. Lehmkuhl, M. Jensen, and P. Bourgeron. 1994. Old forests in dynamic landscapes: dry-site forests of eastern Oregon and Washington. Journal of Forestry 92:22-25.

Finch, D. M., J. L Ganey, W. Yong, R. T. Kimball, and R. Sallabanks. 1997. Effects and interactions of fire, logging, and grazing. Pages 103-136 in Block and Finch (1997).

Finney, M. A. 1995. The missing tail and other considerations for the use of fire history models. International Journal of Wildland Fire 5:197-202.

Fleischner, T. L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology 8:629-644.

Forman, R. T. T., and E. W. B. Russell. 1983. Evaluation of historical data in ecology. Bulletin of the Ecological Society of America 64:217-218.

Foster, D. R. 1993. Land-use history and forest transformations in central New England. Pages 91-110 inMcDonnell, M. J., and S. T. A. Pickett (editors), Humans as components of ecosystems. Springer-Verlag, New York.

Fule, P. Z., W. W. Covington, and M. M. Moore. 1997. Determining reference conditions for ecosystem management of southwestern ponderosa pine forests. Ecological Applications 7:895-908.

Fule, P. Z., W. W. Covington, M. M. Moore, T. A. Heinlein, and A. E. M. Waltz. 2002. Natural variability in forests of Grand Canyon, USA. Journal of Biogeography 29:31-47.

Furniss, R. L., and V. M. Carolin. 1977. Western forest insects. USDA Forest Service Miscellaneous Publication Number 1339. Washington, D.C. 654 p.

Grafe, E., and P. Horsted. 2002. Exploring with Custer: the 1874 Black Hills expedition. Golden Valley Press, Custer, SD.

Grissino-Mayer, H. D. 1995. Tree-ring reconstructions of climate and fire history at El Malpais National Monument, New Mexico. Dissertation, University of Arizona, Tucson.

Grissino- Mayer, H. D., W. H. Romme, M. L. Floyd, and D. D. Hanna. 2004. Climatic and human influences on fire regimes of the southern San Juan Mountains, Colorado, USA. Ecology 85:1708-1724.

Gruell, G. E., W. C. Schmidt, S. F. Arno, and W. J. Reich. 1982. Seventy years of vegetative changes in a managed ponderosa pine forest in western Montana -- implications for resource management. USDA Forest Service General Technical Report INT-130.

Harrington, M. G. 1985. The effects of spring, summer, and fall burning on Gambel oak in a southwestern ponderosa pine stand. Forest Science 31:156-163.

Harrington, M. G. 1987. Phytotoxic potential of Gambel oak on ponderosa pine seed germination and initial growth. USDA Forest Service Research Paper RM-277.

Hawksworth, F. G., and C. G. Shaw. 1988. Damage and control of major diseases of ponderosa pine. Pages 99-107 in Baumgartner and Lotan (1988).

Hawksworth, F. G., and D. Wiens. 1995. Dwarf mistletoes: biology, pathology, and systematics. Agriculture Handbook 709. USDA Forest Service, Washington, DC. 410 p.

Horton, S. P., and R. W. Mannan. 1988.Effects of prescribed fire on snags and cavity-nesting birds in southeastern Arizona pine forests. Wildlife Society Bulletin 16:37-44.

Johnson, E. A., and C. E. Van Wagner. 1985. The theory and use of two fire history models. Canadian Journal of Forest Research 15:214-219.

Johnson, E. A., and S. L. Gutsell. 1994. Fire frequency models, methods and interpretations. Advances in Ecological Research 25:239-287.

Kaufmann, M. R., and several others. 1994. An ecological basis for ecosystem management. USDA Forest Service General Technical Report RM-246.

Kaufmann, M. R., T. T. Veblen, and W. H. Romme. 2006. Historical fire regimes in ponderosa pine forests of the Colorado Front Range, and recommendations for ecological restoration and fuels management. Front Range Fuels Treatment Partnership Roundtable (www.frftp.org/roundtable/pipo.pdf).

Kaye, M., and T. W. Swetnam. 1999. An assessment of fire, climate, and Apache history in the Sacramento Mountains, New Mexico. Physical Geography 20:305-330.

Kendrick, Gregory D. (editor). 1982. The River of Sorrows: The History of the Lower Dolores River Valley. USDI National Park Service and Bureau of Reclamation. Printed by U.S. Government Printing Office, Denver, CO. 74 pp.

Knight, D. H. 1987. Parasites, lightning, and the vegetation mosaic in wilderness landscapes. Pages 59-83 in: Turner, M. G. (editor), Landscape heterogeneity and disturbance. Springer-Verlag, New York.

Knight, R.L., W.C. Gilgert, and E. Marston (editors). 2002. Ranching west of the 100th meridian: Culture, ecology, and economics. Island Press, Washington, D.C.

Leopold, A. 1924. Grass, brush, timber, and fire in southern Arizona. Journal of Forestry 22(6):1-10.

Linhart, Y. B. 1988. Ecological and evolutionary studies of ponderosa pine in the Rocky Mountains. Pages 77-89, in Baumgartner and Lotan (1988).

Madany, M. H., and N. E. West. 1983. Livestock grazing - fire regime interactions within montane forests of Zion National Park, Utah. Ecology 64:661-667.

Mausolf, Lisa. 1982. McPhee, Colorado: A 20th Century Lumber Company Town. Pages 57-72 in Kendrick, Gregory D. (editor), The River of Sorrows: The History of the Lower Dolores River Valley. USDI National Park Service and Bureau of Reclamation. Printed by U.S. Government Printing Office, Denver, CO. 74 pp.

McCambridge, W. F., F. G. Hawksworth, C. B. Edminster, and J. G. Laut. 1982a. Ponderosa pine mortality resulting from a mountain pine beetle outbreak. USDA Forest Service Research Paper RM-235.

McCambridge, W. F., M. J. Morris, and C. B. Edminster. 1982b. Herbage production under ponderosa pine killed by the mountain pine beetle in Colorado. USDA Forest Service Research Note RM-416.

Mehl, M.S. 1992. Old-growth descriptions for the major forest cover types in the Rocky Mountain region. Pages 106-120 *in*: Kaufmann, M.R., W.H. Moir, and R.L. Bassett (editors), Old-growth forests in the Southwest and Rocky Mountain regions: Proceedings of a workshop. USDA Forest Service General Technical Report RM-213.

Moir, W. H. 1966. Influence of ponderosa pine on herbaceous vegetation. Ecology 47:1045-1048.

Moir, W. H., B. Geils, M. A. Benoit, and D. Scurlock. 1997. Ecology of southwestern ponderosa pine forests. Pages 3-27 in Block and Finch (1997).

Moore, M.M., D.W. Huffman, P.Z. Fule, W.W. Covington, and J.E. Crouse. 2004. Comparison of historical and contemporary forest structure and composition on permanent plots in southwestern ponderosa pine forests. Forest Science 50:162-176.

Morisita, M. 1959. Measuring the dispersion of individuals and analysis of the distributional patterns. Mem. Fac. Sci. Kyushu Univ. Ser. E. Biol. 2:215-235.

Ormes, R. M. 1975. Tracking ghost railroads in Colorado. Century One Press, Colorado Springs, CO.

Parsons, W. F. J., D. H. Knight, and S. L. Miller. 1994. Root gap dynamics in lodgepole pine forest: nitrogen transformations in gaps of different size. Ecological Applications 4:354-362.

Patton, D. R. 1977. Managing southwestern ponderosa pine for the Abert squirrel. Journal of Forestry 75 :264-267.

Patton, D. R. 1988. Selection of silvicultural systems for wildlife. Pages 179-184 in Baumgartner and Lotan (1988).

Paulson, D. D., and W. L. Baker. 2006. The nature of southwestern Colorado: Recognizing human legacies and restoring natural places. University Press of Colorado.

Pearson, G. A. 1950. Management of ponderosa pine in the southwest, as developed by research and experimental practice. USDA Forest Service, Agriculture Monograph Number 6, U. S. Government Printing Office. 218 p.

Pearson, G. A. 1951. A comparison of the climate in four ponderosa pine regions. Journal of Forestry 49:256-258

Pierce, J. L., G. A. Meyer, and A. J. Timothy Jull. 2004. Fire-induced erosion and millennial-scale climate change in northern ponderosa pine forests. Nature 432:87-90.

Popp, J.B., P.D. Jacksno, and R.L. Bassett. 1992. Old-growth concepts from habitat type data in the Southwest. Pages 100-105 *in*: Kaufmann, M.R., W.H. Moir, and R.L. Bassett (editors), Old-growth forests in the Southwest and Rocky Mountain regions: Proceedings of a workshop. USDA Forest Service General Technical Report RM-213.

Progulske, D. R. 1974. Yellow ore, yellow hair, and yellow pine: a photographic study of a century of forest ecology. South Dakota State University, Brookings, Bulletin 616. 169 p.

Pyne, S. J. 1982. Fire in America: a cultural history of wildland and rural fire. Princeton University Press, Princeton, NJ.

Raffa, K.F., B.H. Aukema, B.J. Bentz, A.L. Carroll, J.A. Hicke, M.G. Turner, and W.H. Romme. 2008. Cross-scale drivers of natural disturbances prone to anthropogenic amplification: the dynamics of bark beetle eruptions. BioScience 58:501-517.

Reynolds, R. T. 1983. Management of western coniferous forest habitat for nesting accipiter hawks. USDA Forest Service General Technical Report RM-102.

Reynolds, R. T., B. D. Linkhart, and J. J. Jeanson. 1985. Characteristics of snags and trees containing cavities in a Colorado conifer forest. USDA Forest Service Research Note RM-455.

Rockwell, W. 1999. Uncompahgre Country. Western Reflection, Inc. Ouray, CO (originally published in 1965).

Romme, W. H., D. H. Knight, and J. B. Yavitt. 1986. Mountain pine beetle outbreaks in the Rocky Mountains: regulators of primary productivity? American Naturalist 127:484-494.

Rummell, R. S. 1951. Some effects of livestock grazing on ponderosa pine forest and range in central Washington. Ecology 32:594-607.

San Juan National Forest. 1962. Timber Management Plan, San Juan Working Circle, July 1, 1962 - June 30, 1972. Unpublished report on file, supervisor's office, San Juan National Forest.

Sartwell, C., and R. E. Stevens. 1975. Mountain pine beetle in ponderosa pine -- prospects for silvicultural control in second-growth stands. Journal of Forestry 73:136-140.

Savage, M. 1991. Structural dynamics of a southwestern pine forest under chronic human influence. Annals of the Association of American Geographers 81:271-289.

Savage, M., and T. W. Swetnam. 1990. Early 19th-century fire decline following sheep pasturing in a Navajo ponderosa pine forest. Ecology 71:2374-2378.

Savage, M., and J. N. Mast. 2005. How resilient are southwestern ponderosa pine forests after crown fires? Canadian Journal of Forest Research 35:967-977.

Schmid, J. M. 1988. Insects of ponderosa pine: impacts and control. Pages 93-97 in Baumgartner and Lotan (1988).

Schmid, J. M., and G. D. Amman. 1992. Dendroctonus beetles and old-growth forests in the Rockies. Pages 51-59, in: Kaufmann, M. R., W. H. Moir, and R. L. Bassett (technical coordinators), Old-growth forests in the southwest and Rocky Mountain regions: proceedings of a workshop. USDA Forest Service General Technical Report RM-213.

Schmid, J. M., and S. A. Mata. 1996. Natural variability of specific forest insect populations and their associated effects in Colorado. USDA Forest Service General Technical Report RM-GTR-275.

Scott, V. E. 1978. Characteristics of ponderosa pine snags used by cavity-nesting birds in Arizona. Journal of Forestry 76:26-28.

Scott, V. E. 1979. Bird response to snag removal in ponderosa pine. Journal of Forestry 77:26-28.

Scurlock, D., and D. M. Finch. 1997. A historical review. Pages 43-68 in Block and Finch (1997).

Sherriff, R. L. 2004. The historic range of variability of ponderosa pine in the northern Colorado Front Range: past fire types and fire effects. Dissertation, University of Colorado – Boulder.

Shinneman, D. J., and W. L. Baker. 1997. Nonequilibrium dynamics between catastrophic disturbances and old-growth forests in ponderosa pine landscapes of the Black Hills. Conservation Biology 11:1-13.

Skovlin, J. M., and J. W. Thomas. 1995. Interpreting long-term trends in Blue Mountain ecosystems from repeat photography. USDA Forest Service Research Paper (General Technical Report) PNW-GTR-315.

Smith, D.A. 1982. "Valley of the River of Sorrows": A historical overview of the Dolores River Valley. Pages 9-21, in Kendrick, Gregory D. (editor), The River of Sorrows: The History of the Lower Dolores River Valley. USDI National Park Service and Bureau of Reclamation. Printed by U.S. Government Printing Office, Denver, CO. 74 p.

Smith, D.A. 1996. The miners: "They builded better than they knew." Pages 234-246 *in*: Blair, R. (managing editor). 1996. The western San Juan Mountains: their geology, ecology, and human history. University Press of Colorado, Niwot, Colorado. 406 p.

Swetnam, T. W., and J. L. Betancourt. 1990. Fire - Southern Oscillation relations in the southwestern United States. Science 249:1017-1020.

Swetnam, T.W. and J.L. Betancourt. 1998. Mesoscale disturbance and ecological response to decadal variability in the American Southwest. Journal of Climate 11:3128-3147.

Swetnam, T. W., and C. H. Baisan. 1996. Historical fire regime patterns in the southwestern United States since AD 1700. Pages 11-32 in Allen (1996).

Swetnam, T.W., and P.M. Brown. 1992. Oldest known conifers in the southwestern United States: temporal and spatial patterns of maximum age. Pages 24-38 in: Kaufmann, M.R., W. H. Moir and R.L. Bassett (Technical Coordinators). Old-growth forests in the southwest and Rocky Mountain regions: Proceedings of a Workshop. USDA Forest Service General Technical Report RM-213.

Swezy, D. M., and J. K. Agee. 1991. Prescribed fire effects on fine-root and tree mortality in old-growth ponderosa pine. Canadian Journal of Forest Research 21:626-634.

Theobald, D.M. and W.H. Romme. 2007. Expansion of the US wildland-urban interface. Landscape and Urban Planning 88:340-354.

Touchan, R., C. D. Allen, and T. W. Swetnam. 1996. Fire history and climatic patterns in ponderosa pine and mixed conifer forests of the Jemez Mountains, northern New Mexico. Pages 33-46 in Allen (1996).

Veblen, T. T., and D. C. Lorenz. 1991. The Colorado Front Range: a century of ecological change. University of Utah Press. Salt Lake City, Utah. 186 p.

Veblen, T.T., T. Kitzberger and J. Donnegan. 2000. Climatic and human influences on fire regimes in ponderosa pine forests in the Colorado Front Range. Ecological Applications 10:1178-1195.

Weaver, H. 1951. Observed effects of prescribed burning on perennial grasses in the ponderosa pine forests. Journal of Forestry 49:267-271.

Westerling, A. L., H. D. Hidalgo, D. R. Cayan, and T. W. Swetnam. 2006. Warming and earlier spring increases western U.S. forest wildfire activity. Science 313:940-943.

White, A. S. 1984. Presettlement regeneration patterns in a southwestern ponderosa pine stand. Ecology 66:589-594.

White, C. 2008. Revolution on the range: The rise of a new ranch in the American West. Island Press / Shearwater Books, Washington, D.C.

Whitlock, C. 2004. Forests, fires and climate. Nature 432:28-29.

Whitney, G. G. 1994. From coastal wilderness to fruited plain: a history of environmental change in temperate North America from 1500 to the present. Cambridge University Press, Cambridge. 451 p.

Zier, J. L., and W. L. Baker. 2006. A century of vegetation change in the San Juan Mountains, Colorado: an analysis using repeat photography. Forest Ecology and Management 228:251-262.

# CHAPTER III: SPRUCE-FIR FORESTS

William H. Romme, M. Lisa Floyd, David Hanna, Jeffery S. Redders, J.Page Lindsey

## A. VEGETATION STRUCTURE AND COMPOSITION

Forests at the highest elevations in the South Central Highlands Section are dominated by Engelmann spruce (*Picea engelmannii*) and subalpine fir (*Abies lasiocarpa*). The taxonomic status of the fir in this region is somewhat problematic: one can find individuals that look like the corkbark fir (*Abies lasiocarpa* var. *arizonica*) of New Mexico and Arizona, others that resemble *Abies lasiocarpa* var. *lasiocarpa* of northern Colorado and the northern Rocky Mountains, and still others that appear intermediate between these two forms. Because the San Juan Mountains are at the boundary between the two varieties of subalpine fir, apparently both grow here and probably interbreed as well. In this report, we refer simply to *A. lasiocarpa* (or *A. bifolia* Murray, as recommended in the new Flora of North America).

Spruce-fir forests are the coldest and wettest forest type in the South Central Highlands Section, occurring at elevations of 2,720 – 3,580 m. They are associated with the subalpine climatic zone, the cryic soil temperature regime, and the udic soil moisture regime.

Spruce-fir forests cover a large portion of the high slopes, ridges, and valleys of the South Central Highlands Section, and because of underlying environmental variation throughout this extensive habitat, the forests are quite variable in composition and structure (DeVelice et al. 1986, Spencer and Romme 1996). On the eastern side of the continental divide, where winter snowfall is generally reduced by a rain shadow effect, some stands lack the subalpine fir component (e.g., in the vicinity of Creede, CO). These stands may be pure Engelmann spruce, a mix of Engelmann spruce and bristlecone pine (*Pinus aristata*), or even pure bristlecone pine on very dry sites. On the west side of the continental divide, nearly all stands contain both spruce and fir, and bristlecone pine is rare or absent. Throughout the South Central Highlands Section, however, fir gradually becomes less abundant as one approaches upper timberline, such that stands just below timberline tend to be predominantly spruce (Alexander 1974). On warmer, drier sites at lower elevations, a warm-dry phase of spruce-fir forest can be recognized where species from the mixed conifer zone, especially Douglas-fir (*Pseudotsuga menziesii*) and white fir (*Abies concolor*), grow alongside Engelmann spruce and subalpine fir. Quaking aspen (*Populus tremuloides*) also occurs in many places throughout the spruce-fir forest type.

Near alpine timberline, spruce and fir typically grow sparsely, and often in a stunted, wind-shaped growth form called krummholz. A recent study using repeat photography documented some 20th-century establishment of spruce and fir in areas above the previous timberline, though overall the magnitude of change was small (Zier and Baker 2006).

The ground layer vegetation also is highly variable throughout the spruce-

fir forest type. A rich mixture of mesophytic herbs (e.g., *Anticlea elegans, Aquilegia elegantula, Arnica cordifolia, Artemisia franserioides, Bromopsis canadensis, Carex geyeri, Erigeron eximius, Fragaria vesca, Geranium richardsonii, Goodyera oblongifolia, Lathyrus leucanthus, Ligusticum porteri, Luzula parviflora, Maianthemum stellatum, Mertensia ciliata, Oreochrysum parryi, Orthilia secunda, Osmorhiza depauperata, Pedicularis racemosa, Pyrola minor*, and *Viola canadensis*) and shrubs (e.g., *Lonicera involucrata, Ribes montigenum, Rubacer parviflorum, Sambucus microbotrys,* and *Vaccinium myrtillus*) may be present, but composition varies among, and within, sites. Table III-1 depicts the composition of the ground layer in an old-growth spruce-fir forest, growing on a relatively moist site at 3,300 m, in the central San Juan Mountains (Romme et al. 1996). The canopy and understory of this stand are composed almost exclusively of Engelmann spruce and subalpine fir, with spruce exceeding fir in terms of both stem density and basal area (Table III-2).

---

Table III-1. Ground layer species having at least 1 % cover, and percentage of sample plots in which each species was recorded at >1%, >5%, and >25% (n = 49), in an old-growth spruce-fir forest growing at 3,300 m near the head of Martinez Creek in the San Juan National Forest.

| Species | Percent of Plots Where Cover >1 % | Percent of Plots Where Cover >5 % | Percent of Plots Where Cover >25% |
|---|---|---|---|
| Aconitum columbianum | 2 | 0 | 0 |
| Actaea rubra ssp. arguta | 53 | 0 | 0 |
| Androsace septentrionalis | 2 | 0 | 0 |
| Alnus tenuifolia | 2 | 0 | 0 |
| Aquilegia elegantula | 20 | 0 | 0 |
| Arnica cordifolia | 65 | 2 | 0 |
| Bromopsis ciliata | 69 | 0 | 0 |
| Caltha (Psychrophila)leptosepala | 4 | 0 | 0 |
| Cardamine cordifolia | 16 | 4 | 0 |
| Carex geyeri | 43 | 0 | 0 |
| Carex spp (other than C. geyeri) | 33 | 0 | 0 |
| Corydalis caseana | 6 | 0 | 0 |
| Corallorhiza maculata | 2 | 0 | 0 |
| Corallorhiza trifida | 2 | 0 | 0 |
| Delphinium barbeyi | 41 | 10 | 0 |
| Epilobium (Chamerion) angustifolium | 90 | 0 | 0 |
| Epilobium hornemannii | 14 | 0 | 0 |
| Erigeron eximius | 65 | 20 | 0 |
| Fragaria spp (americana and ovalis) | 96 | 0 | 0 |
| Galium boreale | 8 | 0 | 0 |
| Geranium richardsonii | 100 | 12 | |
| Goodyera oblongifolia | 50 | 0 | 0 |
| Haplopappus (Oreochrysum) parryi | 31 | 2 | 0 |

| | | | |
|---|---|---|---|
| Heracleum (lanatum) sphondylium ssp. montanum | 10 | 0 | 0 |
| Lathyrus leucanthus | 90 | 4 | 0 |
| Ligusticum porteri | 82 | 8 | 0 |
| Listera cordata | 10 | 0 | 0 |
| Lonicera (Distegia) involucrata | 98 | 0 | 0 |
| Luzula parviflora | 57 | 0 | 0 |
| Mertensia ciliata | 100 | 6 | 0 |
| Mitella spp (pentandra and stauropetala) | 29 | 0 | 0 |
| Moneses uniflora | 27 | 0 | 0 |
| Osmorhiza obtusa (depauperata) | 100 | 0 | 0 |
| Oxypolis fendleri | 29 | 2 | 0 |
| Pedicularis racemosa | 86 | 0 | 0 |
| Polemonium occidentale | 2 | 0 | 0 |
| Potentilla pulcherrima | 4 | 0 | 0 |
| Pseudocymopterus montanus | 65 | 0 | 0 |
| Pyrola minor | 76 | 0 | 0 |
| Ranunculus inamoenus | 2 | 0 | 0 |
| Ribes montigenum | 59 | 0 | 0 |
| Ribes spp (wolfii and coloradense) | 98 | 2 | 0 |
| Rosa woodsii | 2 | 0 | 0 |
| Rubus parviflora | 63 | 2 | 0 |
| Sambucus microbotrys | 14 | 0 | 0 |
| Saxifraga odontoloma | 6 | 0 | 0 |
| Senecio triangularis | 20 | 0 | 0 |
| Smilacina racemosa (Maianthemum amplexicaule) | 2 | 0 | 0 |
| Smilacina (Maianthemum) stellata | 73 | 0 | 0 |
| Sorbus scopulina | 2 | 0 | 0 |
| Streptopus amplexifolius | 86 | 0 | 0 |
| Symphoricarpos oreophilus | 20 | 0 | 0 |
| Taraxacum officinale | 33 | 0 | 0 |
| Thalictrum spp (fendleri and sparsiflorum) | 88 | 0 | 0 |
| Vaccinium myrtillus | 86 | 57 | 10 |
| Valeriana capitata | 2 | 0 | 0 |
| Veratrum californicum (tenuipetalum) | 2 | 0 | 0 |
| Vicia americana | 18 | 0 | 0 |
| Viola spp (canadensis and adunca) | 94 | 0 | 0 |
| Zygadenus (Anticlea) elegans | 57 | | |

-----------------------------------------------------------------

Table III-2. Density, basal area, and diameter at breast height of living, standing dead, and fallen dead trees, and ages at breast height of canopy and understory trees, in an ancient forest growing at 3,300 m near the head of Martinez Creek, San Juan National Forest, Colorado. Numbers under each tree species are means, with standard deviations in parentheses and sample size indicated by n. The column titled P indicates the significance of the difference between spruce and fir, based on the Wilcoxon signed rank test for density and basal area, and on a pooled variance t-test for diameters and ages. Species were combined for density and basal area of fallen dead trees because of difficulty in identifying boles in advanced stages of decomposition.

| | *Picea engelmannii* | *Abies lasiocarpa* | P |
|---|---|---|---|
| Density of living canopy trees (stems/ha) | 201 (84) n = 49 | 121 (90) n = 49 | 0.000 |
| Density of living understory trees (stems/ha) | 478 (360) n = 49 | 328 (265) n = 49 | 0.024 |
| Density of standing dead canopy trees (stems/ha) | 15 (15) n = 49 | 20 (24) n = 49 | 0.138 |
| Density of fallen dead trees, all species combined (stems/ha) | 204 (67) n = 49 | | |
| Basal area of living canopy trees ($m^2$/ha) | 28.63 (13.88) n = 49 | 11.67 (8.33) n = 49 | 0.000 |
| Basal area of living understory trees ($m^2$/ha) | 4.51 (2.78) n = 49 | 3.22 (2.58) n = 49 | 0.019 |
| Basal area of standing dead canopy trees ($m^2$/ha) | 3.26 (4.03) n = 49 | 2.61 (2.73) n = 49 | 0.361 |
| Basal area of fallen dead trees, all species combined ($m^2$/ha) | 22.43 (11.91) n = 49 | | |
| Diameter of living canopy trees (cm) | 40 (13) n = 240 | 36 (11) n = 208 | 0.000 |
| Diameter of living understory trees (cm) | 9 (6) n = 643 | 9 (6) n = 1023 | 0.112 |
| Diameter of standing dead canopy trees (cm) | 50 (19) n = 58 | 39 (11) n = 75 | 0.000 |
| Diameter of fallen dead trees that could be identified by species (sound or in early stages of decomposition) | 49 (19) n = 141 | 40 (12) n = 141 | 0.000 |
| Age at breast height of living canopy trees in 1994 (years) | 157 (54) n = 67 | 122 (40) n = 48 | 0.000 |
| Age at breast height of living understory trees in 1994 (yr) | 84 (37) n = 78 | 89 (35) n = 43 | 0.425 |

## B. REFERENCE CONDITIONS

High-elevation landscapes of the South Central Highlands Section during the period of indigenous settlement were composed of intermingling spruce-fir, aspen, cold-wet and cool-moist mixed conifer forests, bristlecone pine woodlands, meadows, grasslands, willow carrs, and sparsely vegetated rock fields. This assemblage of distinctive vegetation types formed a coarse-grained mosaic (scale of 10 – 10,000s of ha) produced in part by abiotic gradients and discontinuities in elevation, topography, and substrate (Peet 1981, 1988). Within the forest patches was a somewhat finer-grained but still relatively coarse mosaic (scale of 1 - 1000s of ha) of successional stages following stand-replacing fires that had occurred at various times in the past (Patten and Stromberg 1995, Wadleigh and Jenkins 1996). Finally, within the patches of late successional conifer forest, was a fine-grained mosaic (scale of 0.1 - 10s of ha) of living and dead trees produced by periodic insect outbreaks.

The two most important and ubiquitous kinds of disturbance in high-elevation landscapes during the period of indigenous settlement were stand-destroying fire and bark beetle outbreaks (Baker and Veblen 1990, Veblen et al. 1994, Veblen 2000). There also were numerous other kinds of disturbances, including: snow avalanches, windthrow, spruce budworm outbreaks, and a variety of other tree-killing insects and fungi. Stand-destroying fires generally initiated stand development and maintained a relatively coarse-grained mosaic of successional stages across the subalpine landscape. During the long intervals between fires, however, and especially as stands reached the later stages of development, the disturbance regime of individual stands was dominated by chronic, fine-scale processes involving insects, fungi, and wind, that killed individual trees or small groups of trees (Veblen et al. 1989, 1991a; Lertzman and Krebs 1991, Roovers and Rebertus 1993, and see below).

1. <u>High-Elevation Fire Regimes: General</u>

*Fire Frequency and Fire Size*:

Fires in high-elevation forests of the Rocky Mountains were infrequent and usually very small, because late-lying snowpacks and frequent summer rain showers kept fuels too wet to burn throughout most of the growing season. However, in the rare dry years when weather and fuel conditions were suitable for extensive burning, large portions of the subalpine landscape were burned in severe, stand-destroying fires. These infrequent but extensive lethal fires left a lasting imprint on the landscape, in the form of patches of forest undergoing succession more-or-less synchronously (Romme 1982, Johnson 1992, Veblen et al. 1994, Veblen 2000).

We determined that the fire turnover time (the average time required to burn an area equal in size to the entire study area, or the average interval between successive fires at a single site) in a spruce-fir dominated landscape of the western San Juan Mountains (Figure I-1) was ca. 300 years during the reference period from the mid - 1700s through the mid - 1900s (see below). Many individual stands escaped fire for many hundreds of years. Despite our

inability to pinpoint the exact fire turnover time (because fire intervals are commonly longer than the life spans of individual trees), it is clear that during the period of indigenous settlement, extensive fires were far less frequent in the spruce-fir zone than in the forest zones at lower elevations. Fire history studies in high-elevation forests elsewhere in the Rocky Mountains have found similar results. Return intervals of major, stand-destroying fires varied with elevation, topography, and geographic area -- but usually were in the hundreds of years (Romme and Knight 1981, Romme 1982, Baker and Veblen 1990, Veblen et al. 1994, Wadleigh and Jenkins 1996, Romme et al. 1996, Baker and Kipfmueller 2001, Buechling and Baker 2004). In general, fire intervals were longest at the highest elevations and in moist depressions and valley bottoms, and somewhat shorter near the lower elevational border of the spruce-fir zone and on dry slopes and ridges.

*Post-fire Succession in Spruce-Fir Forests*:

Fire was followed by either rapid or gradual re-establishment of the dominant tree species via seedling establishment of the conifers, or root-sprouting of aspen (Stahelin 1943, DeByle and Winokur 1985, Johnson and Fryer 1989, Veblen et al. 1991a, Little et al. 1994, Patten and Stromberg 1995, Turner et al. 1997). Especially in the lower-elevation portion of the spruce-fir zone, fires often were followed by rapid development of aspen forests with spruce and fir in the understory (see Chapter IV). After several hundred years without further disturbance, the spruce and fir largely displaced the aspen and created a nearly pure spruce-fir forest once again. At the highest elevations, and in other places where aspen was not present, spruce and fir directly re-colonized burned sites; this was a very slow process and hundreds of years were required for a forest to again develop under these circumstances. In limited areas, especially in the northeastern portion of the South Central Highlands Section, burned forests were initially colonized by lodgepole pine (*Pinus contorta* var. *latifolia*). This is a rare forest type in the South Central Highlands Section (see chapter VI), but it is very common in northern Colorado and the northern Rocky Mountains. The overall result of variability in the physical environment, disturbance history, and trajectories of post-disturbance succession, was a complex landscape mosaic of stands that each had a more-or-less distinctive structure and composition.

Aplet et al. (1988) described the general successional sequence following fire in subalpine forests of the central Rocky Mountains where neither lodgepole pine nor aspen is an important pioneer species. Both Engelmann spruce and subalpine fir seedlings become established at roughly the same time after the fire (colonization phase). Once a closed canopy is formed, spruce recruitment drops to a very low level, but the more shade-tolerant fir continues to establish (spruce exclusion phase). After about 300 years, the aging individuals of the pioneer tree cohorts begin to die and canopy gaps are created. This results in a second episode of spruce recruitment, and produces a bimodal size and age distribution of spruce (spruce re-initiation phase). If a stand escapes fire for many centuries, all of the pioneer fir and spruce will die and the forest will

be comprised entirely of individuals that became established beneath the canopy (second generation spruce-fir forest phase). The bimodal structure of spruce may be lost, and the forest structure may reach a more-or-less "steady-state" condition (Peet 1981).

This final "steady-state" stage of stand development has not been described in detail for Rocky Mountain spruce-fir forests, because most stands burn again before they reach this late stage of succession. In fact, nearly every stand of aspen, lodgepole pine, or spruce-fir forest in the central Rocky Mountain region, including even old-growth stands, still contains living trees that became established in the aftermath of the last stand-destroying fire (Aplet et al. 1988, Roovers and Rebertus 1993, Brown et al. 1995; but see the section on ancient forests below). However, several studies have characterized the structure and dynamics of stands in the spruce re-initiation phase, which is often regarded as "old growth." Engelmann spruce generally dominates or co-dominates the canopy but subalpine fir dominates the understory (Peet 1981, Alexander 1987, Veblen 1986a,b, Roovers and Rebertus 1993, Knight 1994). The abundance of fir is due to the greater ability of fir seedlings to establish on deep organic litter and to tolerate the shady conditions of the understory (Knapp and Smith 1982, Peet 1981, Veblen et al. 1989). Spruce maintains canopy dominance in the canopy because of its greater longevity and lower mortality rates (Oosting and Reed 1952, Veblen 1986a,b, Veblen et al. 1991a).

2. <u>Fire History in Spruce-Fir Forests of the Western San Juan Mountains</u>:

Although several studies have documented fire history in southwestern ponderosa pine forests, there have been few studies of fire history in southwestern spruce-fir forests (Grissino-Mayer et al. 1995, Veblen et al. 1994, Patten and Stromberg 1995, Wadleigh and Jenkins 1996). One reason for the paucity of spruce-fir studies is that the characteristic fire regime of infrequent but lethal fires leaves few fire-scarred trees from which prehistoric fire years can be determined. Therefore, it is necessary to use indirect methods, based on dating and measuring the spatial extent of stands that have developed in the wake of lethal fires, to estimate quantitative parameters of the fire regime (Johnson and Gutsell 1994). Because no previous research of this kind had been conducted within the South Central Highlands Section or nearby regions, we conducted a fire history study in a representative portion of the San Juan National Forest to provide basic information on the disturbance history of high-elevation landscapes in this region. Because fire scars are rare and postfire succession is slow and variable in spruce-fir forests, the results of this study were not nearly as precise as those from other forest types. Nevertheless, our estimates of historic fire years and turnover time for the spruce-fir forest type as a whole were sufficient for a broad initial characterization of the historical fire regime in spruce-forests of the South Central Highlands Section.

*Fire History Methods*:

We selected two Land Type Associations in the central and western portions of the San Juan Mountains that are dominated by high-elevation forest

types, comprising an area of several thousand hectares. The study area extended roughly from Molas Pass westward to the Dolores River. Using a GIS, we placed 100 random points within forested areas throughout these two land type associations, at a density of approximately one point per square kilometer. We then located as many of the points as possible on the ground and estimated the time that had elapsed since the last lethal fire (below). We were able to sample a total of 65 of these stands in 1996; the remaining points on the map were either physically inaccessible or proved not to be forested (due to edaphic factors or past clear-cutting).

The sampling procedure in each stand was as follows. We first visually assessed the stand for evidence of a fire within the last ca. 250 years. This evidence included charred wood on the forest floor and/or what appeared to be a roughly even-aged cohort of spruce trees with abundant lower branches (indicating that self-pruning due to light competition had not occurred or had begun to occur only recently). As discussed below, we had previously characterized stand structure in five stands having known fire dates within the past 150 years, and that information was the source of key characteristics to look for to estimate whether a stand of unknown fire history had likely burned within the past 250 years. If these evidences were not found, i.e., if there was little or no charred wood, and the trees appeared all-aged, including some obviously old trees that had shed most of their lower branches, then the stand was classified as > 250 years old and no additional sampling was done other than recording site information (elevation, aspect, slope, geologic substrate, and dominant plant species). However, in stands that had evidence of fire within the last ca. 250 years, we collected 15 - 20 increment cores from the spruce that appeared to form an even-aged cohort, in addition to the site information. The cores were returned to the lab, sanded, and their ages estimated by ring counting (cores were not cross-dated).

Once we had increment cores from stands that appeared to have developed after a lethal fire within the last ca. 250 years, it was necessary to determine how soon after the last fire the extant trees had become established, because there may be a considerable time lag in high-elevation forests (Stahelin 1943, Bollinger 1973, Little et al. 1994). We located five spruce-fir stands in which the year of the last fire could be determined precisely either from written records or from fire scars adjacent to the stand. These stands included the Lime Creek burn of 1879 (historical documentation) plus four stands near the headwaters of Rio de los Piños (fire scars dating from 1851 and 1864). In each of these stands we took an increment core from every tree within a circular plot of sufficient size to provide at least 20 samples from each major tree species in the stand. The cores were sanded and aged, and the lag time between the fire and tree establishment was ascertained as described below.

*Estimating Stand Ages and Prehistoric Fire Dates*:

Age structures for the five sampled stands having known fire history revealed that abundant establishment of spruce usually did not begin until several years after the fires, and that the delay was greater in stands

at higher elevations or where no adult trees survived the fire. The intervals between the year of the fire and the years of spruce establishment are summarized in Table III-3. A few spruce trees became established within the first 10 years in three of the four stands below 3,300 m (11,000 ft), but abundant spruce establishment did not occur in these stands until 10 - 30 years after the fire. In the Granite Lake stand, at 3,150 m (10,400 ft), initial establishment began somewhat later (10-20 years after the fire), and abundant establishment did not occur until 40 - 50 years after the fire. The longer delay at Granite Lake was probably due to inadequate local seed source resulting from complete mortality of trees in the pre-fire stand; in the other two stands at about this same elevation at least some of the adult trees had survived the fire and provided a seed source. We sampled only one stand above 3,300 m (11,000 ft), and in it there was a 30-year lag before the first spruce establishment occurred, and an 80-year delay before abundant spruce began to grow.

---------------------------------------------------------------

Table III-3. Intervals between year of fire (based on fire scars) and years of spruce establishment in spruce-fir stands that developed after documented fires in the San Juan National Forest, Colorado. Fire years were determined from written records (Molas Pass stand) or from fire scars collected in close proximity to the stand (all others).

| Study Area | Fire Year | Presence of relict spruce that survived the fire | Elevation (feet) | Years between fire and initial spruce establishment | Years between fire and abundant spruce establishment |
|---|---|---|---|---|---|
| Divide Lake South | 1851 or 1864 | absent or rare | 10,100 | 1 - 10 | 10 - 20 |
| Canon Paso | 1851 or 1864 | abundant | 10,300 | 10 | 30 |
| Molas Pass | 1879 | some | 10,400 | 1 - 10 | 30 |
| Granite Lake | 1851 or 1864 | absent or rare | 10,400 | 10 - 20 | 40 - 50 |
| Elk Lake | 1851 | few | 11,350 | 30 | 80 |

---------------------------------------------------------------

We used these patterns in timing of post-fire spruce establishment to help interpret the tree age data from the stands that we sampled in our extensive survey of spruce-fir fire history. For those stands having an apparent even-aged spruce cohort with persistent low-hanging branches, and charred wood on the forest floor, we examined the ages of dominant trees to identify the oldest individuals and the most abundant age classes. For stands below 3,000 m (10,000 ft), we estimated that the last fire had occurred within the decade prior

to the date of establishment of the oldest tree in the stand (unless it was so much older than all the others that it appeared to be a relict that survived the fire) or within two decades prior to the establishment of the most abundant age class. For stands between 3,000 – 3,300 m (10,000 - 11,000 ft), we estimated that the fire had occurred within one or two decades prior to the establishment of the oldest trees and within two to four decades prior to the dates of the most abundant age class. For stands above 3,300 m (11,000 ft), estimation of fire date is problematic, given the extremely long time lags that may occur between fire occurrence and tree establishment (Table III-3). However, none of the stands above 3,300 m (11,000 ft) in our random sample showed evidence of recent fire (i.e., none had an apparent even-aged cohort, persistent low branches, or charred wood on the forest floor), so all were classified as "too old to date the last fire," i.e., greater than 250 years old.

Once we had established an approximate decade within which the last fire had occurred in our extensive survey stands, we estimated the actual year of the fire as follows. We assumed that large fires in the subalpine zone occurred in the past -- as they do today -- only in unusually dry summers. In most years, the weather and fuels remain too wet throughout the fire season to allow for extensive fire spread in this high-elevation environment. In summers dry enough to allow fires in spruce-fir forests, we would expect an unusual number of fires at lower elevations, also. Past fires years in ponderosa pine forests of the San Juan National Forest are well documented by our collection of fire-scars from nine study areas distributed across the region (see chapter II of this report). Therefore, we summarized all of the years in which fires occurred at three or more of our nine ponderosa pine study sites (Table III-4), and assumed that these represented most of the years of severe burning conditions. Based on this information, the years in which extensive fires most likely would have occurred in the spruce-fir zone were determined. In summary, for each stand in our extensive spruce-fir survey we determined the likely decade of the last fire (as described above), and then selected the fire year from Table III-3 that most closely matched the decade of fire occurrence.

*Fire History and High-Elevation Fire Turnover Times*:

By this method, we estimated that eight major fire years occurred within our spruce-fir survey area during the last 250 years (Table III-5). The most extensive fires, as indicated by the relative number of sample stands that originated at these times, occurred in 1879, 1842, 1829, and 1806. We also detected apparently less extensive fires in 1851, 1817, 1786, and 1748. Some of these fires, especially the ones in the 1700s, probably were more extensive than our data indicate, because some of their area was burned again in more recent fires. Of the 65 stands that we examined, 27 had evidence of fire within the last 250 years, and were assigned one of the fire dates above. The remaining 38 stands (58% of the sample) had not burned within the last 250 years, and were so old that it was not possible to determine the actual time since the last fire without very intensive sampling which was not feasible in this study. For purposes of calculating fire history statistics (see below), we aggregated our

time-since-fire estimates into 50-year classes (Table III-5). This was because of the inherent uncertainty in the actual year of the last lethal fire in many of our sampled stands, because we had only tree establishment dates on which to base our estimates. However, even if some of our estimates are off by as much as a decade, we believe that they are all placed within the correct half-century, and so we assumed this resolution in our statistical analyses.

Johnson and Gutsell (1994) recommend applying time-since-fire data of the kind presented in Table III-5 to a statistical model such as the Weibull distribution, from which useful descriptive statistics can be obtained. However, our data did not fit the Weibull model, or any other standard distribution contained within the program "Best-Fit." The main reason for poor fit was the large number of old stands (> 250 years since fire) in our data set (Figure III-1). Therefore, rather than attempting to interpret fire history from a poorly fit statistical model, we derived some very simple fire history statistics from inspection of the distribution of stand ages.

It can be seen in Table III-5 that the median stand age in our sample was > 250 years. This means that half of the stands sampled were > 250 years old in 1996, and half were 250 years old or younger. The quartile of the distribution falls in the 150 - 200 year old class; meaning that a quarter of the stands are 150 - 200 years old or younger, and three-quarters are 150 - 200 years old or older. We cannot compute an actual fire interval or turnover time from these data, because the majority of sampled stands were too old to estimate the actual date of the last fire. However, it is apparent that the average interval between successive fires at a point in the landscape, or the time required for an area equal to an entire land type association to burn, would be measured in centuries.

What kind of a landscape mosaic existed in the spruce-fir zone during the period of indigenous settlement? We subtracted 100 years from the ages of the stands listed in Table III-5 to estimate the distribution of stand ages in 1896, near the end of the reference period. It can be seen in Table III-6 that about one-tenth of the landscape may have been covered by young stands (< 50 years old), and a little over a third by stands < 100 years old. Most (58 %) of the forest stands in the subalpine landscape were > 150 years old, i.e., mature or old-growth. Given that ca. half the stands were <150 years old, we assumed that approximately twice this amount of time would be required for the cumulative burned area to equal the size of the entire study area, resulting in an estimated turnover time of ca. 300 years.

Table III-4. Years of extensive prehistoric fires in the San Juan National Forest, determined from analysis of 180 fire scars collected in nine ponderosa pine forest stands distributed across the Forest. The table lists years, with time elapsed since the fire (as of 1996) in parentheses.

| **Years in which four or more of the nine ponderosa pine study areas recorded a fire** | **Years in which three of the nine ponderosa pine study areas recorded a fire** |
|---|---|
| | 1880 (116 yr) |
| 1879 (117 yr) | |
| 1851 (145 yr) | |
| 1847 (149 yr) | |
| 1842 (154 yr) | |
| | 1829 (167 yr) |
| | 1817 (179 yr) |
| | 1806 (190 yr) |
| | 1796 (200 yr) |
| | 1789 (207 yr) |
| 1786 (210 yr) | |
| 1778 (218 yr) | |
| | 1773 (223 yr) |
| 1748 (248 yr) | |
| 1735 (261 yr) | |
| 1729 (267 yr) | |
| | 1724 (272 yr) |
| 1685 (311 yr) | |
| | 1667 (329) |

Table III-5. Estimated dates of the last lethal fire in 65 spruce-fir forest stands in the San Juan National Forest.

| **Time Period** | **Total number of stands dating from fire during each 50-yr period** | **Individual Fire Years (number of stands dating from each)** |
|---|---|---|
| 1947 - 1996 | 0 | -- |
| 1897 - 1946 | 0 | -- |
| 1847 - 1896 | 7 stands | 1879 (5 stands) |
| | | 1851 (2 stands) |
| 1797 - 1846 | 17 stands | 1842 (4 stands) |
| (quartile) | | 1829 (7 stands) |
| | | 1817 (1 stand) |
| | | 1806 (5 stands) |
| 1747 - 1796 | 3 stands | 1786 (1 stand) |
| | | 1748 (2 stands) |
| pre – 1747 (median) | 38 stands | Unknown |

Table III-6. Distribution of sampled stand ages in spruce-fir forests of the San Juan National Forest at the end of the reference period (ca 1897), estimated by subtracting 100 years from 1996 stand ages.

| Stand Age (years) | Number (%) of Stands | Cumulative % of Stands Younger than a Specified Age |
|---|---|---|
| 0 - 50 | 7 (11 %) | 11 % < 50 yr old |
| 50 - 100 | 17 (26 %) | 37 % < 100 yr old |
| 100 - 150 | 3 (5 %) | 42 % < 150 yr old |
| > 150 | 38 (58 %) | |
| Total | 65 (100 %) | |

-----------------------------------------------------------------------




Figure III-1. Cumulative time-since-fire distribution for 65 spruce-fir forest stands sampled in the San Juan National Forest.

-----------------------------------------------------------------------

3. Ancient spruce-Fir Forests:

An area of special ecological significance in the South Central Highlands Section is an ancient spruce-fir forest comprising 180 ha at the headwaters of Martinez Creek in the San Juan National Forest (Tables III-1, 2; and Romme et al. 1996). This stand apparently has not burned for 600 years or longer, nor has it been affected by major windthrow events or severe insect outbreaks. In fact, this may be the oldest spruce-fir forest described to date in the

Rocky Mountain region, in terms of the time that has elapsed since the last lethal fire or other major disturbance. It contains no evidence of a post-fire tree cohort or of directional successional changes (Figure III-2). Instead, it appears to have more-or-less stable structure and composition, maintained by a chronic, fine-scale disturbance regime of individual tree deaths and small gap formation by fungi, insects, and wind (Peet 1981, Veblen 1986a,b, Aplet et al. 1988, Lertzman and Krebs 1991, Roovers and Rebertus 1993, Veblen 2000).

We do not know if this particular stand is unique, or if there are other comparably ancient stands on mesic sites in the South Central Highlands Section, because spruce-fir forests in this region have been little studied (Romme et al. 1992). Most research on Rocky Mountain subalpine forests has been conducted in areas farther north. Even though floristic composition is similar in spruce-fir forests throughout the region (Peet 1988), there are important ecological differences between the northern and southern forests. For example, northern Colorado and Wyoming are characterized by a wet spring and early summer, followed by a dry late summer and fall, whereas the southern Rockies have a dry early summer but a wet late summer and fall (Mitchell 1976). The southern Rocky Mountains also may receive a greater proportion of precipitation in the form of rain rather than snow (Alexander 1974).

The same spruce species, *Picea engelmannii*, is a dominant canopy tree in both northern and southern portions of the central Rockies, but the subalpine fir in the south (*Abies lasiocarpa* var *arizonica*, corkbark fir) is morphologically distinct -- and presumably also physiologically and ecologically distinct -- from the northern fir (*Abies lasiocarpa* var *lasiocarpa*). Engelmann spruce also appears to be physiologically and ecologically different in northern vs. southern populations. The most striking difference is in life span; spruce in Wyoming and northern Colorado may live from 500 - 850 years, but the oldest spruce yet documented in Arizona or southwestern Colorado (including the Martinez Creek study area) was less than 400 years old (Swetnam and Brown 1992, Brown et al. 1995). The reason(s) for shorter life spans in the southwest are unknown, but may be related to longer growing seasons with more reliable late summer moisture, resulting in more rapid tree growth and earlier onset of senescence (Kaufmann 1992), and/or enhanced activity of fungal and insect pathogens.

The relative youthfulness of the individual trees that dominate the ancient forest near the head of Martinez Creek was surprising. Despite the apparent absence of any major disturbance for 600+ years, the average age at breast height of the canopy trees was only 157 years for spruce and 122 years for fir. The oldest tree found in the area was a 400-year old spruce. Many of the trees, including some of the oldest, had narrow rings near the center, indicating that they had become established beneath a mature canopy and grew slowly for many decades before a local canopy gap developed and they were able to grow into the canopy. This finding of relatively young trees in a very old stand has important implications for efforts to evaluate old-growth status of spruce-fir forests in the southern Rockies. Some of the most ancient *stands* (in terms of time since the

last major disturbance) may be dominated by comparatively young trees. The striking differences in tree ages within old-growth spruce-fir forests also illustrates the potential hazards of extrapolating from relatively well-studied regions (e.g., northern Colorado and southeastern Wyoming) to less well-studied regions (e.g., the South Central Highlands Section).

---




Figure III-2. Age structure of canopy trees in an ancient spruce-fir forest near the head of Martinez Creek, San Juan National Forest.

4. Insects and Diseases in High-Elevation Forests:

*Disturbance by bark beetles*:

The spruce beetle (*Dendroctonus rufipennis*) is a native insect whose larvae feed on the phloem of large, living or dead, Engelmann spruce trees (Furniss and Carolin 1977, Schmid and Frye 1977, Schmid and Mata 1996). Most of the time, the beetles persist in low-density, endemic populations that have little impact on forest structure. Periodically, however, populations explode into an outbreak, and the beetles may kill millions of mature pine or spruce trees over areas of thousands of hectares. The mechanisms that cause a shift from endemic to outbreak conditions are poorly understood; however, it is known that spruce beetle outbreaks may begin when windthrow creates large quantities of dead, large-diameter spruce, in which the beetles can breed rapidly (Schmid and Mata 1996). Severe outbreaks may result in the death of nearly all large-diameter spruce trees in a stand, but small-diameter host trees and other tree species usually are not attacked by the beetles (Miller 1970, Veblen et al. 1991b, Veblen 2000).

Beetle outbreaks are followed not by establishment of new tree seedlings, but by accelerated growth of previously suppressed sub-canopy and understory individuals (Veblen et al. 1991b, 1994; Eisenhart and Veblen 2000). Return intervals of extensive mountain pine beetle and spruce beetle outbreaks are shorter than the intervals between successive stand-destroying fires, but are still in the range of decades to centuries (Veblen et al. 1994, Schmid and Mata 1996). A widespread spruce beetle outbreak during the late 1800s has been documented in the mountains of Colorado and northern New Mexico (Baker and Veblen 1990). In northwestern Colorado, widespread canopy disturbances (probably caused by spruce beetles) occurred in spruce-fir forests in the periods 1716-1750, 1827-1845, 1860-1870, and 1940-1960 (Eisenhart and Veblen 2000). The most recent major spruce beetle outbreak in Colorado began in 1998 in the mountains near Steamboat Springs, following a large blowdown in 1997, and is on-going (Baker et al. 2002, Kulakowski and Veblen 2002).

*Other Agents of Disturbance*:

Snow avalanches were localized but significant disturbances that removed forest cover from certain topographic locations (Johnson 1987, Veblen et al. 1994). Severe, localized windstorms also may blow down all or nearly all of the trees within an area ranging from tens to thousands of hectares (Baker et al. 2002, Veblen et al. 1989, 1991a, 2001). Windthrown trees often were predisposed to falling because of root rot (caused by fungal infection, e.g., *Armillaria* spp.), but with the extreme winds that occasionally occur in the high country even healthy trees can be felled. For instance, a severe storm in October, 1997, blew down a large percentage of trees in an area of more than 10,000 ha of subalpine forest on the Routt National Forest in northern Colorado. The greatest mortality of canopy trees generally was seen in older stands, in spruce-fir stands, in dense stands, and in stands located closer to ridgetops (Baker et al. 2002, Kulakowski and Veblen 2002). Stand-level characteristics such as density and species composition had the greatest influence on mortality

patterns in areas of moderate-severity wind-throw; stand-level characteristics had relatively little influence where the winds were most severe (Veblen et al. 2001). Although a recently blown down forest looks devastated, many of the smaller trees survive, and the response involves accelerated growth of the survivors as well as new seedling establishment (Veblen et al. 1989, Kulakowski and Veblen 2003). The frequency of major windthrow events appears to vary greatly throughout the Rocky Mountain region. Major blowdowns appear to be most frequent in the Front Range of Colorado (Veblen et al. 1989, 1991a), but less frequent in the South Central Highlands Section.

The western spruce budworm (*Choristoneura occidentalis*) is a native insect that feeds on new foliage of subalpine and other firs, and can kill or reduce growth rates in host trees. Despite its name, the spruce budworm usually does not feed on spruce trees, but prefers instead white fir, subalpine fir, and Douglas-fir (Furniss and Carolin 1977, Hadley and Veblen 1993, Swetnam and Lynch 1994). Low-level, endemic populations of spruce budworm are nearly always present in spruce-fir and mixed conifer stands, where they have little impact on stand structure or dynamics. However, periodic outbreaks of either local or regional extent may suppress or kill great numbers of trees over large areas (Swetnam and Lynch 1994, Schmid and Mata 1996). Spruce budworm outbreaks occurred at intervals of 20 - 33 years in southern Colorado and northern New Mexico during the 18th and 19th centuries (Swetnam and Lynch 1994). The spruce budworm kills predominantly smaller fir trees and saplings, whereas the spruce beetle tends to kill primarily the larger spruce trees in a stand.

Both spruce and fir may succumb to a variety of fungal pathogens, including *Armillaria* spp. which sometimes causes small, localized patches of heavy mortality (Holah et al. 1993). A variety of other tree-killing insects and fungi also influenced stand structure and development, but their effects generally were overshadowed by the disturbance agents described above (Schmid and Mata 1996).

5. Interactions Among Disturbances:

The ecological effects of fires, insect outbreaks, and other kinds of disturbance were spatially heterogeneous, and there were important interactions among these disturbances ((Baker and Veblen 1990, Veblen 2000). Wind-throw created conditions in which an extensive spruce beetle outbreak could develop, but young forests (< ca 100 yr old), developing after stand-destroying fire or avalanche, were rarely attacked by the beetles (Veblen et al. 1994, Bebi et al. 2003, Kulakowski et al. 2003). Young stands also appear to be generally less susceptible to wind-throw than older stands (Baker et al. 2002, Kulakowski and Veblen 2002).

It is widely believed or suggested that blow-downs and bark beetle outbreaks set the stage for catastrophic wildfires because of increased fuel loads (e.g., Geizler et al. 1980, Schmid and Amman 1992, McCullough et al. 1998). Although this interpretation sounds intuitive, there is very little scientific evidence to support it, and about an equal amount of scientific evidence to contradict it. For example, following the 1940s spruce beetle outbreak in the White River National Forest of northern

Colorado, which resulted in dead trees over an expanse of hundreds of square kilometers, there was no increase in the number of fires compared to unaffected subalpine forests (Bebi et al. 2003). Large severe fires did occur in this region in 2002 (a severe drought year), but the forests that were affected by the 1940s outbreak and by the on-going post-1998 outbreak did not burn more extensively or more severely than forests that had not been affected by outbreaks (Bigler et al. 2005). The major reason for the lack of strong effect of insect outbreaks on subsequent fire behavior in spruce-fir forests is that fires in these ecosystems are controlled primarily by weather conditions (Schoennagel et al. 2004), not by fuels. Under drought conditions, especially when accompanied by high winds, fires burn severely whether or not there has been previous insect-caused mortality.

## C. LEGACIES OF EURO-AMERICAN SETTLEMENT AND CURRENT CONDITIONS

In general, the effects of Euro-American activities have been less ubiquitous, or less intense, in high-elevation landscapes than in low-elevation landscapes of the American West -- although in localized areas the impacts certainly have been just as great. Furthermore, some elements of the current disturbance regime at high elevations appear to be little changed from the period of indigenous settlement. For example, insect outbreaks and major wind-throw events have continued to occur throughout the 20th century (Schmid and Mata 1996). Extensive outbreaks of mountain pine beetles occurred in the Front Range of Colorado during the 1970s, and a major spruce beetle outbreak affected the White River Plateau in northwestern Colorado in the 1940s (Miller 1970). Spruce budworm outbreaks affected many areas in northern New Mexico and southern Colorado in the 1970s (Swetnam and Lynch 1994). The most recent large blowdown occurred in October, 1997, when more than 1000 ha of subalpine forest were knocked over in a severe storm event on the Routt National Forest in northern Colorado (Baker et al. 2002, Kulakowski and Veblen 2002).

1. Effects of Suppression:

The effects of Euro-American activities on the fire regime are less straightforward in high-elevation landscapes than in low-elevation landscapes. Table III-5 shows that no fires occurred after 1879 among the 65 spruce-fir stands that we sampled, although some moderately large fires were reported in other parts of the spruce-fir zone during the early years of the 20th century by contemporary observers (Anonymous, Forest History, San Juan National Forest). Few large fires have occurred in spruce-fir forests of the South Central Highlands Section during the 20th century, but given the long fire-return intervals that naturally characterize these systems, the current fire-free intervals may not be far outside the range of variability in fire intervals that characterized the period of indigenous settlement. Certainly the time that has elapsed since the last fire in any individual stand is not exceptionally long, but larger landscape units (e.g.,

watersheds) may have gone for longer than usual without a large fire. There was an increase in fire frequency in high-elevation forests during the late 19th century period of European settlement in many parts of the Rocky Mountains, including much of Colorado and at least parts of Utah (Veblen and Lorenz 1991, Wadleigh and Jenkins 1996). The reasons for increased burning in the late 19th century included human ignitions, but climatic conditions during this period were equally or more important than increased ignitions (Veblen et al. 2001). Sherriff et al. (2001) concluded that fire suppression since the early 1900s had *not* reduced fire frequency in high-elevation forests of national parks and national forests in the Colorado Front Range.

Even though active fire suppression has been a widespread policy throughout most of the 20th century, our experience with the Yellowstone fires in 1988, and with recent fires in the Canadian Rockies (Romme and Despain 1989, Bessie and Johnson 1995, Weir et al. 1995) indicates that large fires in subalpine forests are controlled primarily by regional weather conditions, i.e., prolonged drought associated with persistent blocking high-pressure ridges, often accompanied by strong winds. Subtle differences in fuel loads, stand structure, and topography generally have only a small influence on fire frequency and severity in subalpine forests (Schoennagel et al. 2004), and fire suppression efforts are largely ineffective under the conditions of extreme fire weather under which the most extensive burning occurs. These observations suggest that fire control efforts in the high-elevation forests of the South Central Highlands Section would not have been very effective in controlling fires had severe fire weather conditions occurred more often than they have in this century. Thus, the principal reasons for the paucity of high-elevation fires during this century may be related more to lack of ignitions or wet weather conditions than to direct fire suppression (but see Baker and Kipfmueller 2001, who did find a measurable effect of fire suppression in a subalpine forest in southeastern Wyoming).

Perhaps the greatest effect of 20th century fire suppression on high-elevation forests actually has been indirect, i.e., by excluding the formerly frequent low-elevation fires that sometimes burned into higher elevations as well. Some studies suggest that low-elevation fires were a major source of fires in the higher elevation forests (Barrett 1994, Baisan and Swetnam 1997), but more research is needed to determine the relative importance of local lightning ignitions in subalpine forests vs. fires sweeping in from lower elevations. The behavior and ecological effects of the few high-elevation fires that have occurred during the 20th century, do not appear to be different from those of fires during the period of indigenous settlement.

Our recent recognition of the overarching influence of weather and climate on the fire regimes of spruce-fir forests (Schoennagel et al. 2004) leads to one additional important consideration for high-elevation landscapes of this region. The last extensive fires in high-elevation forests of the South Central Highlands Section occurred during the Little Ice Age. A warming trend has been documented during the 20th century in many parts of the world, and projections call for continued warming and potential shifts in precipitation

patterns during the next century (Overpeck et al. 1990, Flannigan and Van Wagner 1991, Dale et al. 2002, Whitlock et al. 2003, Westerling et al. 2006). Therefore, fire frequency and extent in high-elevation forests during the next century may be quite different from the reference period used in this study (the several centuries just prior to the late 1800s, i.e., the Little Ice Age). If the warming trend is associated with increased drought stress, then we may see increased fire frequencies and a shift in the landscape mosaic to younger age classes -- even in Wilderness Areas where logging does not occur (Romme and Turner 1991). However, if precipitation also increases during the next century, then the low fire frequencies of the 20th century may continue.

2. Legacies of Logging and Road-Building

Although the impacts of 20th century fire suppression are equivocal, other human activities since the late 1800s have clearly altered disturbance regimes and vegetation structure of high-elevation landscapes in the South Central Highlands Section (Table III-7). These activities are related mainly to timber harvest, and to the extensive network of roads that have been constructed to support timber harvest, fire control, and recreation. In some ways, these are novel kinds of disturbance -- unprecedented in the history of the landscape -- and as such, they may potentially cause more serious changes in these ecological systems than the fires, insect outbreaks, and other disturbances that the biota have experienced throughout their evolutionary history. In much of the South Central Highlands Section, these activities did not occur extensively until after World War II. For example, there still was almost no logging and little road building in spruce-fir forests of the central San Juan Mountains as late as 1950 (McGarigal et al. 2001).

*Effects of Logging*:

The most conspicuous anthropogenic disturbance in high-elevation forests of the late 20th century is clear-cut logging. This method was used extensively during the 1950s - 1970s, but generally has been discontinued in spruce-fir because of problems with stand regeneration (Noble and Ronco 1978). Although a relatively small proportion of the total land area was affected by clear-cutting without adequate reforestation, the legacy of this activity will last for many decades or centuries. Direct effects of clear-cutting, without adequate tree regeneration, include a reduction in total forest area and the fragmentation of mature forest. Indirect effects include a reduction in the future timber base, as well as reduced habitat quality for some old-growth forest species that are sensitive to habitat alteration, e.g., brown creeper, Swainson's thrush, red-backed vole, dusky shrew, masked shrew, and pine marten (Raphael 1988, Hansen and Urban 1992, Hutto et al. 1993, Ruggiero et al. 1994). The legacy of clear-cuts without reforestation is not altogether "bad": most of these areas appear to have adequate plant cover to retard erosion (predominantly herbs and shrubs rather than trees), and the removal of the forest probably increased stream flow for agriculture and municipalities (Troendle 1987), and improved habitat for non-forest species (e.g., elk, deer).

Table III-7. Major legacies of past forest use and management in high-elevation forested landscapes of the South Central Highlands Section.

| Human Activity | Direct Effects | Indirect Effects |
|---|---|---|
| Clear-cut logging, without adequate tree regeneration | * Reduction in total forest area<br>* Fragmentation of mature forest | -- Reduction in future timber base<br>-- Reduced habitat quality for old-growth plant & animal species<br>-- Improved habitat for non-forest species |
| Clear-cut logging, with adequate tree regeneration | *Fragmentation of mature forest<br>* Development of successional stands that lack snags & large, coarse woody debris<br>* Homogeneous disturbance intensity throughout logging units<br>* Shift to younger stand age classes on productive portions of landscape | -- Reduced habitat quality for old-growth plant & animal species<br>-- Inadequate habitat for some early successional species (cavity nesters & perching birds)<br>-- Long-term reduction of soil organic matter, soil microbial activity<br>-- Reduced landscape heterogeneity, sharper stand boundaries, compared to former fire-created patterns<br>-- Restriction of old-growth forests to less productive sites |
| Partial timber cuts | * Maintenance of some mature forest cover<br>* Reduced structural contrast between logged & unlogged areas | -- Eventual loss of large trees, snags, and large coarse woody debris, with associated effects on soil structure & biota<br>-- Eventual reduction in habitat quality for old-growth plant & animal species<br>-- Extensive road system & frequent re-entry required |
| Extensive road building for logging, grazing management, and fire control | * Fragmentation of the forest landscape<br>* Easy human access in most areas | -- Spread of non-native weeds<br>-- Human disturbance of wildlife<br>-- Easy accessibility & control for prescribed fire |
| Fire suppression | * Some reduction in total area burned, compared to previous century (maybe less than we think) | -- Loss of habitat for early post-fire successional species<br>-- False sense of security with regards to future uncontrollable fires |

Clear-cutting, even when followed by regeneration, results in fragmentation of mature forests and a shift in the forest patch mosaic to younger age classes. Moreover, the intensity of organic matter removal in clear-cutting is unprecedented in the evolutionary history of these forests, because fires, windstorms, and insect outbreaks all leave most of the large

woody material in place (Spies et al. 1988, Wei et al. 1997). Indeed, young stands developing after clear-cutting are structurally very different from young stands developing after stand-destroying fire (Hutto 1995). In particular, regenerating clear-cuts lack the large dead trees, both standing and fallen, that characterize recently burned forests. Clear-cuts also lack the blackened soil, the temporary reduction in herbaceous plant cover, and brief nutrient pulse associated with fire. The intensity of disturbance tends to be more spatially homogeneous in logged areas than in burned areas, and edges between disturbed and undisturbed patches are sharper.

Since the 1970s, silvicultural methods in spruce-fir forests have emphasized partial cutting techniques rather than clear-cutting. Although partial cutting has less immediate impact than clear-cutting, its long-term legacies may be just as significant, particularly if the partial cutting is simply the first entry in a long-term even-aged management strategy (Table III-7). Since most partial cutting involves selective removal of the larger trees, there is a gradual shift to smaller size classes. Large snags and fallen logs -- key structural elements for many wildlife species and soil processes -- gradually disappear. Also, if a stand is entered repeatedly for partial cutting over a long time period, then a road system must be maintained.

*Effects of Roads*:

Of all the novel kinds of disturbances that humans have introduced in high-elevation forest of the South Central Highlands Section during the last century, roads may be the most ubiquitous and significant long-term legacy of our activities. Please see Chapter VII (Opportunities and Challenges) for an assessment of the impact of roads on the landscapes of this region.

## D. SUMMARY

Spruce-fir forests, dominated by Engelmann spruce (*Picea engelmannii*) and subalpine fir (*Abies lasiocarpa*), are the coldest and wettest forest type in the South Central Highlands Section, occurring at elevations of 2,720 – 3,580 m. The ground layer vegetation in these forests is highly variable but typically includes a rich mixture of mesophytic herbs.

The two most important and ubiquitous kinds of disturbance in high-elevation landscapes during the period of indigenous settlement were stand-destroying fire and bark beetle outbreaks. Stand-destroying fires generally initiated stand development and maintained a relatively coarse-grained mosaic of successional stages across the subalpine landscape. During the long intervals between fires, however, and especially as stands reached the later stages of development, the disturbance regime of individual stands was dominated by chronic, fine-scale processes involving insects, fungi, and wind, that killed individual trees or small groups of trees

Fires in high-elevation forests of the Rocky Mountains were infrequent and usually very small, because late-lying snowpacks and frequent summer rain showers kept fuels too wet to burn throughout most of the growing season.

However, in the rare dry years when weather and fuel conditions were suitable for extensive burning, large portions of the subalpine landscape were burned in severe, stand-destroying fires. We determined that the fire turnover time (the average time required to burn an area equal in size to the entire study area, or the average interval between successive fires at a single site) in a spruce-fir dominated landscape of the western San Juan Mountains was ca. 300 years. Many individual stands escaped fire for many hundreds of years. For example, an ancient spruce-fir forest comprising 180 ha at the headwaters of Martinez Creek in the San Juan National Forest apparently has not burned for 600 years or longer, nor has it been affected by major windthrow events or severe insect outbreaks. Fires often were followed by rapid development of aspen forests with spruce and fir in the understory, especially in the lower-elevation portion of the spruce-fir zone. At the highest elevations, and in other places where aspen was not present, spruce and fir directly re-colonized burned sites; this was a very slow process and hundreds of years were required for a forest to again develop under these circumstances.

The spruce beetle (*Dendroctonus rufipennis*) is a native insect whose larvae feed on the phloem of large, living or dead, Engelmann spruce trees. Most of the time, the beetles persist in low-density, endemic populations that have little impact on forest structure. Periodically, however, populations explode into an outbreak, and the beetles may kill many or most of the large-diameter spruce trees over areas of thousands of hectares. However, small-diameter host trees and other tree species usually are not attacked by the beetles. Beetle outbreaks are followed not by establishment of new tree seedlings, but by accelerated growth of previously suppressed sub-canopy and understory individuals. Return intervals of extensive mountain pine beetle and spruce beetle outbreaks are shorter than the intervals between successive stand-destroying fires, but are still in the range of decades to centuries

In general, the effects of Euro-American activities have been less ubiquitous, or less intense, in spruce-fir forests than in lower-elevation forest types of the South Central highlands Section--although in localized areas the impacts have been just as great. Despite policies of fire exclusion throughout much of the 20th century, the fire regime in spruce-fir forests apparently has changed relatively little during the past century, primarily because large fires in subalpine forests are controlled primarily by regional weather conditions. Few large fires have occurred in spruce-fir forests of the South Central Highlands Section during the 20th century, but given the long fire-return intervals that naturally characterize these systems, the current fire-free intervals may not be far outside the range of variability in fire intervals that characterized the period of indigenous settlement. Certainly the time that has elapsed since the last fire in any individual stand is not exceptionally long, but larger landscape units (e.g., watersheds) may have gone for longer than usual without a large fire.

The most conspicuous anthropogenic disturbances in spruce-fir forests are clear-cut logging and road-building. These activities generally came later to the spruce-fir forest zone than to forests at lower elevations. For example, there was almost no logging and little road building in spruce-fir

forests in a large portion of the central San Juan Mountains as late as 1950 Clear-cutting was used extensively during the 1950s - 1970s, but generally has been discontinued in spruce-fir forests because of problems with stand regeneration. Since the 1970s, silvicultural methods have emphasized partial cutting techniques rather than clear-cutting. Since most partial cutting involves selective removal of the larger trees, there is a gradual shift to smaller size classes. Large snags and fallen logs--key structural elements for many wildlife species and soil processes--gradually may disappear. Of all the novel kinds of disturbances that humans have introduced in high-elevation forest of the South Central Highlands Section during the last century, roads may be the most ubiquitous and significant long-term legacy of our activities. The impacts of roads and logging in high-elevation forests of this region are assessed in Chapter VII (Opportunities and Challenges).

## F. LITERATURE CITED

Alexander, R. R. 1974. Silviculture of subalpine forests in the central and southern Rocky Mountains: The status of our knowledge. USDA Forest Service Research Paper RM-121.

Alexander, R. R. 1987. Ecology, silviculture, and management of the Engelmann spruce - subalpine fir type in the central and southern Rocky Mountains. USDA Forest Service, Agriculture Handbook No. 659. Washington, D.C.

Anonymous, 1971 (?). Forest History - Index for Volume I, 1905 - 1971, San Juan and Montezuma National Forests, Colorado. Available in Southwest Studies archives of Fort Lewis College, Durango, CO.

Aplet, G. H., R. D. Laven and F. W. Smith. 1988. Patterns of community dynamics in Colorado Engelmann spruce-subalpine fir forests. Ecology 69:312-319.

Baisan, C. H., and T. W. Swetnam. 1997. Interactions of fire regimes and land use in the central Rio Grande valley. USDA Forest Service Research Paper RM-RP-330.

Baker, W. L., and T. T. Veblen. 1990. Spruce beetles and fires in the nineteenth-century subalpine forests of western Colorado, U.S.A. Arctic and Alpine Research 22:65-80.

Baker, W. L., and K. F. Kipfmueller. 2001. Spatial ecology of pre-Euro-American fires in a southern Rocky Mountain subalpine forest landscape. Professional Geographer 53:248-262.

Baker, W. L., P. H. Flaherty, J. D. Lindemann, T. T. Veblen, K. S. Eisenhart, and D. W. Kulakowski. 2002. Effect of vegetation on the impact of a severe blowdown in the southern Rocky Mountains, USA. Forest Ecology and Management 168:63-75.

Barrett, S. W. 1994. Fire regimes on andesitic mountain terrain in northeastern Yellowstone National Park, Wyoming. International Journal of Wildland Fire 4:65-76.

Bebi, P., D. Kulakowski, and T. T. Veblen. 2003. Interactions between fire and spruce beetles in a subalpine Rocky Mountain forest landscape. Ecology 84:362-371.

Bessie, W. C., and E. A. Johnson. 1995. The relative importance of fuels and weather on fire behavior in subalpine forests. Ecology 76:747-762.

Bigler, C., D. Kulakowski, and T. T. Veblen. 2005. Multiple disturbance interactions and drought influence fire severity in rocky Mountain subalpine forests. Ecology 86:3018-3029.

Bollinger, W. H. 1973. The vegetation patterns after fire at the alpine – forest tundra ecotone in the Colorado Front Range. Dissertation, University of Colorado, Boulder, CO.

Brown, P. M., W. D. Shepperd, C. C. Brown, S. A. Mata, and D. L. McClain. 1995. Oldest known Engelmann spruce. USDA Forest Service Research Note RM-RN-534.

Buechling, A., and W. L. Baker. 2004. A fire history from tree rings in a high-elevation forest of Rocky Mountain National Park. Canadian Journal of Forest Research 34:1259-1273.

Dale, V. H., L. A. Joyce, S. McNulty, R. P. Neilson, M. P. Ayres, M. D. Flannigan, P. J. Hanson, L. C. Irland, A. E. Lugo, C. J. Peterson, D. Simberloff, F. J. Swanson, B. J. Stocks, and B. M. Wotton. 2002. Climate change and forest disturbances. BioScience 51:723-734.

DeByle, N. V., and R. P. Winokur (editors). 1985. Aspen: ecology and management in the western United States. USDA Forest Service General Technical Report RM-119.

DeVelice, R. L., J. A. Ludwig, W. H. Moir, and F. Ronco, Jr. 1986. A classification of forest habitat types of Northern New Mexico and southern Colorado. USDA Forest Service General Technical Report RM-131.

Eisenhart, K. S., and T. T. Veblen. 2000. Dendroecological detection of spruce beetle outbreaks in northwestern Colorado. Canadian Journal of Forest Research 30:1788-1798.

Flannigan, M. D., and C. E. Van Wagner. 1991. Climate change and wildfire in Canada. Canadian Journal of Forest Research 21:66-72.

Furniss, R. L., and V. M. Carolin. 1977. Western forest insects. USDA Forest Service Miscellaneous Publication Number 1339. Washington, D.C. 654 p.

Geizler, D. R., R. I. Gara, C. H. Driver, V. F. Gallucci, and R. E. Martin. 1980. Fire, fungi, and beetle influences on a lodgepole pine ecosystem of south-central Oregon. Oecologia 46:239-243.

Grissino-Mayer, H. D., C. H. Baisan, and T. W. Swetnam. 1995. Fire history in the Pinaleno Mountains of southeastern Arizona: effects of human-related disturbances. Pages 399-407 in: DeBano, L. F., et al. (technical coordinators), Biodiversity and management of the Madrean archipelago: the Sky Islands of southwestern United States and northwestern Mexico. USDA Forest Service General Technical Report RM-GTR-264.

Hadley, K. S. and T. T. Veblen. 1993. Stand response to western spruce budworm and Douglas-fir bark beetle outbreaks, Colorado Front Range. Canadian Journal of Forest Research 23: 479-491.

Hansen, A. J., and D. L. Urban. 1992. Avian response to landscape pattern: the role of species' life histories. Landscape Ecology 7:163-180.

Holah, J.C., M.V. Wilson, and E.M. Hansen. 1993. Effects of a native forest pathogen, Phellinus weirii, on Douglas-fir forest composition in western Oregon. Canadian Journal of Forest Research 23:2473-2480.

Hutto, R. L. 1995. Composition of bird communities following stand-replacement fires in northern Rocky Mountain (U.S.A.) conifer forests. Conservation Biology 9:1041-1058.

Hutto, R. L., S. J. Hejl, C. R. Preston, and D. M. Finch. 1993. Effects of silvicultural treatments on forest birds in the Rocky Mountains: implications and management recommendations. Pages 386-391 in Finch, D. M., and P. W. Stangel (editors), Status and management of neotropical migratory birds. USDA Forest Service General Technical Report GTR-RM-229.

Johnson, E. A. 1987. The relative importance of snow avalanche disturbance and thinning on canopy plant populations. Ecology 68:43-53.

Johnson, E. A. 1992. Fire and vegetation dynamics in the North American boreal forest. Cambridge University Press, Cambridge, England.

Johnson, E. A., and G. I. Fryer. 1989. Population dynamics in lodgepole pine - Engelmann spruce forests. Ecology 70:1335-1345.

Johnson, E. A., and S. L. Gutsell. 1994. Fire frequency methods, models, and interpretations. Advances in Ecological Research 25:239-287.

Kaufmann, M.R. 1992. Carbon, water, and nutrient relations -- distinguishing functional features of old-growth lodgepole pine forests. Pages 39-43 in: Kaufmann, M.R., W. H. Moir and R.L. Bassett (Technical Coordinators). Old-growth forests in the southwest and Rocky Mountain regions: Proceedings of a Workshop. USDA Forest Service General Technical Report RM-213.

Knapp, A,K., and W.K. Smith. 1982. Factors influencing understory seedling establishment of Engelmann spruce (*Picea engelmannii*) and subalpine fir (*Abies lasiocarpa*) in southeast Wyoming. Canadian Journal of Botany 60:2753-2761.

Knight, D. H. 1994. Mountains and plains: the ecology of Wyoming landscapes. Yale University Press, New Haven.

Kulakowski, D., and T. T. Veblen. 2002. Influences of fire history and topography on the pattern of a severe wind blowdown in a Colorado subalpine forest. Journal of Ecology 90:806-819.

Kulakowski, D., and T. T. Veblen. 2003. Subalpine forest development following a blowdown in the Mount Zirkel Wilderness, Colorado. Journal of Vegetation Science 14:653-660.

Kulakowski, D., T. T. Veblen, and P. Bebi. 2003. Effects of fire and spruce beetle outbreak legacies on the the disturbance regime of a subalpine forest in Colorado. Journal of Biogeography 30:1445-1456.

Lertzman, K.P. and Krebs, C.J. 1991. Gap-phase structure of a subalpine old-growth forest. Canadian Journal of Forest Research 21:1730-1741.

Little, R. L., D. L. Peterson, and L. L. Conquest. 1994. Regeneration of subalpine fir (*Abies lasiocarpa*) following fire: effects of climate and other factors. Canadian Journal of Forest Research 24:934-944.

McCullough, D. G., R. A. Werner, and D. Neumann. 1998. Fire and insects in northern and boreal forest ecosystems of North America. Annual Review of Entomology 43:107-127.

McGarigal, K., W. H. Romme, M. Crist, and E. Roworth. 2001. Cumulative effects of roads and logging on landscape structure in the San Juan Mountains, Colorado (USA). Landscape Ecology, 16:327-349.

Miller, P. C. 1970. Age distributions of spruce and fir in beetle-killed forests of the White River Plateau, Colorado. American Midland Naturalist 83:206-212.
Mitchell, V. L. 1976. The regionalization of climate in the western United States. Journal of Applied Meteorology 15:920-927.
Noble, D. L., and F. Ronco Jr. 1978. Seedfall and establishment of Engelmann spruce and subalpine fir in clearcut openings in Colorado. USDA Forest Service Research Paper RM-200.
Oosting, H. J, and J. F. Reed 1952. Virgin spruce-fir of the Medicine Bow Mountains. Ecological Monographs 22:69-91.
Overpeck, J. T., D. Rind, and R. Goldberg. 1990. Climate-induced changes in forest disturbance and vegetation. Nature 343:51-53.
Patten, D. T., and J. C. Stromberg. 1995. Dynamics of the landscape patches in the old growth forest on Mt. Graham (Pinaleno Mountains), Arizona. Pages 174-179 in:DeBano, L, F., G. J. Gottfried, R. H. Hamre, C. B. Edminster, P. F. Ffolliott, and A. Ortega-Rubio (Technical Coordinators), Biodiversity and management of the Madrean archipelago: the Sky Islands of southwestern United States and northwestern Mexico. USDA Forest Service General Technical Report RM-GTR-264.
Peet, R.K. 1981. Forest vegetation of the Colorado Front Range. Vegetatio 45:3-75.
Peet, R. K. 1988. Forests of the Rocky Mountains. Pages 46-101 in: Barbour, M. G., and W. D. Billings (editors), North American Terrestrial Vegetation. Cambridge University Press, New York.
Raphael, M. G. 1988. Habitat associations of small mammals in a subalpine forest, southeastern Wyoming. Pages 359-367 in Szaro, R. C., K. E. Severson, and D. R. Patton (technical coordinators), Management of amphibians, reptiles, and small mammals in North America. Proceedings of the symposium. USDA Forest Service General Technical Report RM-166.
Romme, W. H. 1982. Fire and landscape diversity in subalpine forests of Yellowstone National Park. Ecological Monographs 52:199-221.
Romme, W. H., and D. H. Knight. 1981. Fire frequency and subalpine forest succession along a topographic gradient in Wyoming. Ecology 62:319-326.
Romme, W. H., and D. G. Despain. 1989. Historical perspective on the Yellowstone fires of 1988. BioScience 39:695-699.
Romme, W. H., and M. G. Turner. 1991. Implications of global climate change for biogeographic patterns in the greater Yellowstone ecosystem. Conservation Biology 5:373-386.
Romme, W.H., D.W. Jamieson, J.S. Redders, G. Bigsby, J. P. Lindsey, D. Kendall, R. Cowen, T. Kreykes, A.W. Spencer, and J.C. Ortega. 1992. Old growth forests of the San Juan National Forest in southwestern Colorado. Pages 154-165 in: Kaufmann, M.R., W. H. Moir and R.L. Bassett (Technical Coordinators). Old-growth forests in the southwest and Rocky Mountain regions: Proceedings of a Workshop. USDA Forest Service General Technical Report RM-213.
Romme, W. H., M. L Floyd, J. P Lindsey, D. Hanna, and J. S. Redders. 1996. Composition, structure, and disturbance regime of an old-growth spruce-fir forest in the San Juan Mountains, southwestern Colorado, U.S.A. Final Report to U.S. Forest Service, Rocky Mountain Research Station, Fort Collins, CO.

Roovers, L.M., and A.J. Rebertus. 1993. Stand dynamics and conservation of an old-growth Engelmann spruce - subalpine fir forest in Colorado. Natural Areas Journal 13:256-267.

Ruggiero, L. F., et al. (technical editors). 1994. The scientific basis for conserving forest carnivores: American marten, fisher, lynx, and wolverine in the western United States. USDA Forest Service General Technical Report RM-254.

Schmid, J. M., and R. H. Frye. 1977. Spruce beetle in the Rockies. USDA Forest Service General Technical Report RM-49.

Schmid, J. M., and G. D. Amman. 1992. *Dendroctonus* beetles and old-growth forests in the Rockies. Pages 51-59 in: Kaufmann, M. R., W. H. Moir, and R. L. Bassett (technical coordinators), Old-growth forests of the southwest and Rocky Mountain regions: proceedings of a workshop. USDA Forest Service General Technical Report RM-213.

Schmid, J. M., and S. A. Mata. 1996. Natural variability of specific forest insect populations and their associated effects in Colorado. USDA Forest Service General Technical Report RM-GTR-275.

Schoennagel, T., T. T. Veblen, and W. H. Romme. 2004. The interaction of fire, fuels, and climate across Rocky Mountain forests. BioScience 54:661-676.

Sherriff, R. L., T. T. Veblen, and J. S. Sibold. 2001. Fire history in high elevation subalpine forests in the Colorado Front Range. Ecoscience 8:369-380.

Spencer, A. W., and W. H. Romme. 1996. Ecological patterns, Pages 129-142 in: Blair, R. (managing editor), The western San Juan Mountains: their geology, ecology, and human history. University Press of Colorado, Niwot, CO.

Spies, T. A., J. F. Franklin, and T. B. Thomas. 1988. Coarse woody debris in Douglas-fir forests of western Oregon and Washington. Ecology 69:1689-1702.

Stahelin, R. 1943. Factors influencing the natural re-stocking of high altitude burns by coniferous trees in the central Rocky Mountains. Ecology 24:19-30.

Swetnam, T.W., and P.M. Brown. 1992. Oldest known conifers in the southwestern United States: temporal and spatial patterns of maximum age. Pages 24-38 in: Kaufmann, M.R., W. H. Moir and R.L. Bassett (Technical Coordinators). Old-growth forests in the southwest and Rocky Mountain regions: Proceedings of a Workshop. USDA Forest Service General Technical Report RM-213.

Swetnam, T. W., and A. M. Lynch. 1994. Multicentury, regional-scale patterns of western spruce budworm outbreaks. Ecological Monographs 63:399-424.

Troendle, C. A. 1987. The potential effect of partial cutting and thinning on streamflow from the subalpine forest. USDA Forest Service Research Paper RM-274.

Turner, M. G., W. H. Romme, R. H. Gardner, and W. W. Hargrove. 1997. Effects of fire size and pattern on early succession in Yellowstone National Park. Ecological Monographs 67:411-433.

Veblen, Thomas T. 1986a. Age and size structure of subalpine forests in the Colorado Front Range. Bulletin Torrey Botanical. Club 113:225-240.

Veblen, T. T. 1986b. Treefalls and the coexistence of conifers in subalpine forests of the central Rockies. Ecology 67:644-649.

Veblen, T. T. 2000. Disturbance patterns in southern Rocky Mountain forests. Chapter 2 in Knight, R. L., F. W. Smith, S. W. Buskirk, W. H. Romme, and W. L. Baker

(editors), Forest fragmentation in the southern Rocky Mountains. University Press of Colorado.

Veblen, T. T., and D. C. Lorenz. 1991. The Colorado Front Range: a century of ecological change. University of Utah Press. Salt Lake City, Utah. 186 p.

Veblen, T. T., K. S. Hadley, M. S. Reid, and A. J. Rebertus. 1989. Blowdown and stand development in a Colorado subalpine forest. Canadian Journal of Forest Research 19:1218-1225.

Veblen, T. T., K. S. Hadley, and M. S. Reid. 1991a. Disturbance and stand development of a Colorado subalpine forest. Journal of Biogeography 18:707-716.

Veblen, T. T., K. S. Hadley, M. S. Reid, and A. J. Rebertus. 1991b. The response of subalpine forests to spruce beetle outbreak in Colorado. Ecology 72:213-231.

Veblen, T. T., K. S. Hadley, E. M. Nel, T. Kitzberger, M. Reid, and R. Villalba. 1994. Disturbance regime and disturbance interactions in a Rocky Mountain subalpine forest. Journal of Ecology 82:125-135.

Veblen, T. T., D. Kulakowski, K. S. Eisenhart, and W. L. Baker. 2001. Subalpine forest damage from a severe windstorm in northern Colorado. Canadian Journal of Forest Research 31:2089-2097.

Wadleigh, L., and M. J. Jenkins. 1996. Fire frequency and the vegetative mosaic of a spruce-fir forest in northern Utah. Great Basin Naturalist 56:28-37.

Wei, X., J. P. Kimmins, K. Peel, and O. Steen. 1997. Mass and nutrients in woody debris in harvested and wildfire-killed lodgepole pine forests in the central interior of British Columbia. Canadian Journal of Forest Research 27:148-155.

Weir, J. M. H., K. J. Chapman, and E. A. Johnson. 1995. Wildland fire management and the fire regime in the southern Canadian Rockies. Pages 275-280 in: Brown, J. K. et al. (technical coordinators), Proceedings: symposium on fire in wilderness and park management. USDA Forest Service General Technical Report INT-GTR-320.

Westerling, A. L., H. D. Hidalgo, D. R. Cayan, and T. W. Swetnam. 2006. Warming and earlier spring increases western U.S. forest wildfire activity. Science 313:940-943.

Whitlock, C. S. L. Shafer, and J. Marlon. 2003. The role of climate and vegetation change in shaping past and future fire regimes in the northwestern US and the implications for ecosystem management. Forest Ecology and Management 178:5-21.

Zier, J. L., and W. L. Baker. 2006. A century of vegetation change in the San Juan Mountains, Colorado: An analysis using repeat photography. Forest Ecology and Management 228:251-262.

# CHAPTER IV: ASPEN FORESTS

William H. Romme, M. Lisa Floyd, David Hanna, Elisabeth J. Bartlett

## A. VEGETATION STRUCTURE AND COMPOSITION

Aspen forests form an important vegetation type between about 2,000 and 3,300 m throughout the mountainous portions of Colorado, Utah, and northern New Mexico (Robbins 1910, Cottam 1929, Langenheim 1962, Mueggler 1976, Mitton and Grant 1996, Knight and Reiners, 2000). They are common between elevations of 2,730 – 3,330 m in the San Juan Mountains of southwestern Colorado (Romme et al. 1992). Rocky Mountain aspen forests are found in areas having cool, relatively dry summers, and snowy winters, with annual precipitation of 40 to >100 cm (16 to >40 in) (Mueggler 1976). The lower elevational limit of aspen roughly corresponds with an average annual temperature of 7 $^{0}$ C (45 $^{0}$ F) or with an annual water isopleth of at least 3 cm (7.5 in); the upper elevational limit probably is determined mainly by a short growing season (Jones and DeByle 1985a). Aspen grows on a wide variety of geologic substrates and soil types throughout the west, though best growth usually is seen on deep, loamy soils having high nutrient availability ((Mueggler 1976, Jones and DeByle 1985e). The San Juan Mountains in Colorado support some of the tallest aspen trees in the southwest, with individuals exceeding 30 m (100 ft) (Jones and Schier 1985). Aspen is dioecious; female trees tend to predominate at lower elevations whereas male trees are more common at higher elevations (Grant and Mitton 1979).

Aspen forests range from pure aspen stands to stands that are co-dominated by aspen and conifer trees. At the lowest elevations, aspen stands may interdigitate with ponderosa pine forests or grasslands, while at higher elevations the aspen is found in association with mixed conifer forests, spruce-fir forests, or meadows. Aspen forests vary greatly in species composition and stand structure. However, they are generally characterized by a luxuriant understory of deciduous shrubs and herbs with little bare ground exposed (Reynolds 1969). Forbs dominate the herbaceous stratum in most stands, but grasses and forbs are equally abundant in some stands (Mueggler 1985). Some common understory herbaceous species include *Bromus ciliatus, Carex geyeri, Delphinum barbeyi, Fragaria ovalis, Geranium richardsonii, Lathyrus leucanthus, Ligusticum porteri, Osmorhiza obtusa, Senecio serra, Thalictrum fendleri, Vicia americana,* and *Viola nuttallii* (Langenheim 1962, Morgan 1969). *Pteridium aquilinum* (brackenfern) is also very common (Jeffery Redders, *personal communication*) Snowberry (*Symphoricarpos oreophilus*) is a dominant shrub in many aspen forests of the San Juan Mountains and elsewhere in the South Central Highlands Section.

Aspen forests often are associated with relatively rich, fertile soils having a deep A1 horizon and nearly neutral soil pH, high organic

matter content and base saturation, and a relatively high availability of nitrogen, calcium, and other plant nutrients (Langenheim 1962, Morgan 1969, Bartos and DeByle 1981, Jones and DeByle 1985e). Pure or nearly pure stands of aspen often are found on mollisols, Argic Pachic Cryoborolls, and Pachic Cryoborolls, all of which are soils with a very dark, organically enriched mineral soil layer (Cryer and Murray 1992). Soils under aspen also usually support a great diversity and abundance of macro-invertebrates, such as earthworms, snails, spiders, and ants (Hoff 1957). It has been suggested that aspen and its associated species actually create these rich soil conditions (Jones and DeByle 1985e) by bringing up nutrients from deep soil layers (as much as 2 m deep) and returning them to the soil in the form of nutrient-rich, readily decomposable litter (Bartos and DeByle 1981, Parker and Parker 1983, Jones and DeByle 1985e). It has been further suggested that when conifers replace aspen through natural succession, the mollic horizon may be replaced by an albic horizon, soil pH may drop to 6.0 or lower, and there may be loss of base saturation, cation exchange capacity, nutrient availability, and soil organic matter (Cryer and Murray 1992).

However, these generalizations about aspen soils have not been adequately tested, and may be partially or wholly incorrect (Dan Binkley, personal communication). For example, Giardina et al. (2001) documented greater rates of litter decomposition and of C and N release under lodgepole pine stands than under nearby aspen stands. Moreover, Jeff Redders, ecologist on the San Juan National Forest, has conducted extensive vegetation and soils surveys, and has found that the commonly assumed differences in soils beneath aspen vs. conifer stands are not nearly as consistent as the literature cited above would suggest (Jeff Redders, *personal communication*). Binkley (personal communication) also reports that both aspen and conifer stands can be found on all of the soil types listed above. It is important to be aware of this fundamental uncertainty about aspen soil relationships, because it is sometimes assumed (i) that soils differences and species-driven changes over time are at least partially responsible for successional changes from aspen to conifer dominance, and (ii) that these kinds of soils characteristics constrain the capacity for aspen and conifers to become established on a given site following disturbance. Neither of these assumptions is well supported by research.

1. <u>Aspen Morphology, Population Structure, & Genetic Variability</u>

Aspen is a clonal species in which a single genetic individual may cover a large area (up to several ha) and be represented by tens, hundreds, or even thousands of individual stems, or ramets (Jones and DeByle 1985c, Mitton and Grant 1996). All or many of the ramets share a single extensive root system, although root connections tend to break as stands grow older, and some stems develop independent root systems even though they are genetically identical with the other ramets in the clone (Day 1944, Barnes 1966, Peterson and Peterson 1992, Shepperd 1993, Shepperd and Smith 1993). The root system consists of both shallow, laterally spreading roots, and deep sinker roots (Barnes 1966, Peterson and Peterson 1992) The stems of a single aspen clone

usually all have the same sex, stem form, branching habit, bark color, phenology, leaf morphology, spring and fall foliage color, and predisposition to disease and insect attack (Barnes 1966). An aspen clone could live almost indefinitely, as long as its root system remains intact and it continues to produce new stems via root sprouting or suckering. We have no methods for determining the absolute ages of aspen clones in the Rocky Mountains, but some may be thousands of years old (Baker 1925, Cottam 1954, Barnes 1966). Aspen regularly flower and produce viable seed that germinates readily in a greenhouse, but seedlings are rarely found in the wild because they cannot survive even temporary drying or competition from other established plants (Barnes 1966, Grant and Mitton 1979, Peterson and Peterson 1992, Romme et al. 1997). The great majority of aspen trees that one encounters in the South Central Highlands section probably originated as root sprouts from pre-existing clones. However, genetic studies in Yellowstone and Rocky Mountain National Parks reveal unexpectedly high levels of genetic diversity, which indicate that seedling recruitment must have occurred episodically in the studied populations (Tuskan et al. 1996 and unpublished data). It follows that at least some seedling establishment has occurred in the South Central Highlands Section, probably during cool, moist years of the 20th century, and perhaps especially near upper timberline (Elliott and Baker 2004).

Although individual trees within an aspen clone are genetically identical, the genetic variation among clones is tremendous. Substantial differences among clones, even among those growing adjacent to one another in the same habitat, have been documented with respect to timing of bud break and leaf expansion in the spring, leaf drop in the fall, susceptibility to fungus-caused diseases, leaf morphology, root and shoot growth patterns, carbohydrate reserves in the roots, root depths and diameters, and ability of new sprouts to form independent root systems (Cottam 1954, Egeberg 1963, Wall 1971, Barnes 1975, Schier and Campbell 1978, Hinds 1985, Peterson and Peterson 1992). Aspen stands that we recognize in the field may be composed of one or many genetically distinct clones.

2. Stable vs. Seral Aspen Communities

Aspen may be found in pure stands, without any other tree species, or as a seral species in stands going through succession towards eventual domination by conifers. The conifers that gradually replace aspen in seral stands of the South Central Highlands Section usually are Engelmann spruce (*Picea engelmannii*) and subalpine fir (*Abies lasiocarpa*) at higher elevations, and white fir (*Abies concolor*) and Douglas-fir (*Pseudotsuga menziesii*) at middle elevations. Ponderosa pine (*Pinus ponderosa*) is a co-dominant with aspen in some stands at the lowest elevations, but it is unclear whether either of these species is replacing the other or whether the mixed composition is stable.

The successional status of pure aspen stands is uncertain. Some people view pure aspen stands as a stable vegetation type that resists establishment of conifers, perhaps because of soil conditions unfavorable for conifers. This interpretation is untested, and probably is doubtful, considering the uncertainties outlined above about differences between aspen and conifer

soils. Other people suggest that that such stands were severely disturbed in the past and that successional conifer replacement will eventually occur over very long time periods (centuries or millennia). This interpretation also is untested. We report offer an interpretation of stable vs. successional aspen below, but stress that more research is needed before we can confidently interpret the long-term dynamics of aspen stands in this region.

Regardless of the long-term successional status of pure aspen stands, it probably makes sense to regard them as a stable vegetation type within the intermediate time scales that managers have to deal with (Fetherolf 1917, Baker 1925, Langenheim 1962, Morgan 1969, Severson and Thilenius 1976, Mueggler 1985, Crawford et al. 1998, Kurzel 2004, Kulakowski et al. 2004, Zier and Baker 2006). Stable aspen stands have an uneven age structure and lack conifers (Mueggler 1976, 1985, Betters and Woods 1981, Smith and Smith 2005). They tend to be associated with certain combinations of elevation, topography, and substrate, but the patterns of association are weak. Baker (1925) reported that "heavy-soiled flats" are not favorable for conifers and support primarily aspen, whereas rocky soils favor conifers. Pfister (unpublished dissertation, cited in Mueggler 1976) reported that stable aspen stands were common at lower elevations, but that higher-elevation aspen stands tended to be seral to conifers. Similarly, K. T. Harper (personal communication, cited in Mueggler 1985) has observed that stable aspen communities are commonly found at mid-elevations and on southerly exposures, but that seral communities predominate at higher elevations and on northerly exposures. Soils under pure aspen stands often are richer than soils under a mix of aspen and conifers (Parker and Parker 1983, Cryer and Murray 1992), but the generality and significance of this difference are uncertain, as described above.

*Stable vs. Seral Aspen in the Western San Juan National Forest*:

To better understand the patterns and causes of stable vs. seral aspen forests in the South Central Highlands Section, we surveyed 100 aspen stands in the western portion of the San Juan National Forest, representing the full range of elevation, substrate, and topographic conditions in this portion of the San Juan Mountains (Romme et al. 2001). We found that stable aspen stands were strongly associated with lower elevations, and weakly associated with shale substrates rather than sandstones or igneous rocks, whereas seral stands were found primarily at the higher elevations. Most of the stable stands were located adjacent to an extensive zone of ponderosa pine, where pre-1870 median fire intervals were around 10 years.

We suggest the following interpretation of this pattern. Fires were ignited frequently in the ponderosa pine and warm-dry mixed conifer zones, and probably often spread into the aspen forests located upwind and uphill. The resulting fire intervals in the low-elevation aspen forests were longer than in the ponderosa pine forests, but still shorter than the time required for conifer seedlings to reach reproductive age; hence conifer seed sources were eventually eliminated in this area. However, the aspen responded to frequent fire by re-sprouting from the roots, thus maintaining its local

dominance. Median fire intervals in aspen forests at the higher elevations, remote from the ponderosa pine and warm-dry mixed conifer zones, were substantially longer than in aspen at lower elevations. High-elevation aspen stands are in proximity to spruce-fir forests, where median fire intervals were > 100 years (chapter III). Hence, conifer seed sources persisted at the higher elevations, and most aspen stands remained seral. Baker (1925) similarly suggested that recurrent fires (ca 50-year rotation) may help maintain pure aspen forests by eliminating conifer seedlings and saplings. Based on this study and a review of the literature, we hypothesize that many stable aspen stands in the South Central Highlands Section, especially those at lower elevations, may have developed in response to very short fire intervals in the past, and now persist without conifer invasion even in the absence of fire because local conifer seed sources have been eliminated. However, the study we conducted is best described as a pilot study; more extensive and systematic investigation is needed to further test this and alternative hypotheses.

3. Aspen and Wildlife

Aspen forests provide some of the most important wildlife habitats in the South Central Highlands Section (DeByle 1985). Winternitz (1980) attributed the high density and diversity of breeding birds in western aspen forests to (1) the abundance and large size of insects living in the aspen understory, and (2) the availability of nesting holes resulting from fungal infections in the trees and the activity of primary hole-nesting birds such as woodpeckers.

Cavity nesters are a major component of the bird fauna in western aspen forests. Winternitz (1980) found that 38% of breeding bird species in Colorado aspen forests are cavity nesters; Scott et al. (1980) reported 17-60%. In a study of breeding bird populations in aspen forests of Stoner Mesa, located in the western San Juan National Forest, Scott et al. (1980) found nests of 12 cavity-nesting species in live aspen trees and snags, including: woodpeckers, swallows, house wren, black-capped chickadee, western flycatcher, and western bluebird. About half of the 104 nests were in snags and half in living trees. Preferred snags averaged 50 ft (15 m) tall and 16 in (40 cm) diameter (range 5 - 25 in (12 – 62 cm)) with no preference for broken-topped snags as is the case with conifers. Peterson and Peterson (1992) reported a similar study in aspen forests of Canada, where large aspen and poplar snags (>30 cm (12 in) diameter) were preferred nesting sites for flicker, yellow-bellied sapsucker, downy woodpecker, red-breasted and white-breasted nuthatches, black-capped chickadee, mountain bluebird, tree and violet-green swallows, house wren, kestrel, saw-whet owl, bufflehead, goldeneye, and big brown bat. Westworth and Telfer (1993) found that winter birds and woodpeckers especially preferred older aspen stands with large (>15 cm (6 in) diameter) trees and snags. Both Peterson and Peterson (1992), and Westworth and Telfer (1993) stated that many of the bird species associated with mature aspen forests cannot thrive in habitats where large aspen trees and snags are not available.

## B. REFERENCE CONDITIONS

The broad-scale geographic and elevational distribution of aspen during the pre-1870 reference period probably was similar to what we see today (described above). Floristic composition probably also was generally similar. However, landscape-scale patterns of stand age, structure, and composition varied through time in response to disturbance and successional processes. The most important natural agent of disturbance in aspen forests during the reference period was fire; other natural disturbances included windthrow, fungal diseases, tent caterpillars and other insects, snow damage, hail, lightning, and sunscald (Jones and DeByle 1985d, Jones et al.1985, Veblen 2000).

Jones and DeByle (1985b;77) observed that "... almost all even-aged aspen stands in the West appear to be the result of severe fire, whether or not the aspen type is climax on the site." Yet despite this widespread recognition of the importance of past fire in aspen forests, we have little specific information on aspen fire history. Baker (1925) studied fire scars in Ephraim Canyon in central Utah, and concluded that light fires had occurred every 7 - 10 years within the general region of his study area (actual extent of the study area not specified). Meineke (1929) determined that fires had occurred in every decade of the 19th century at the Great Basin Range Experiment Station in the Wasatch Range, Utah, but that the only severe fire was in 1867. Harniss and Harper (1982) found that the conifers were older in subalpine fir - aspen stands at higher elevations than in white fir - aspen stands at lower elevations, and suggested that this may reflect longer fire intervals at the higher elevations, but their study provided no estimates of actual fire intervals in the aspen zone.

### 1. Effects of Fire in Aspen Forests

Aspen stems, with their thin bark, are easily killed even by relatively low-intensity fire (Peterson and Peterson 1992). Most fire-killed aspen stems die within the first year, but some may take as long as 5 years to finally die (Brown and DeByle 1987, 1989). The aspen root system usually is unharmed by fire because it is insulated by the soil. With death of the canopy trees, the hormones that were formerly produced by living apical meristems no longer suppress development of root sprouts, and the root system responds by producing prolific suckers within the first growing season after the fire. Highest densities of sprouts are seen in the first or second year, and may be as high as five times the pre-fire density of aspen sprouts (Jones and Trujillo 1975, Bartos and Mueggler 1981, Brown and DeByle 1987, 1989). Patton and Avant (1970) measured 30,000 - 35,000 sprouts/ha after a prescribed fire in the Sangre de Cristo Mountains of northern New Mexico. Sprout density usually is highly variable within a single stand, because of fine-scale variability in pre-fire vegetation, animal effects (e.g., pocket gophers), and fire severity (Brown and DeByle 1989). More intense fires generally produce greater sprout densities because they kill more of the canopy trees and elevate soil temperatures--both of which stimulate the roots' sprouting response (Hungerford 1988, Brown and DeByle 1989, Peterson and Peterson 1992,

Bailey et al. 2002). However, extremely intense fires, especially those that burn for long periods on the soil surface, may injure the root system and therefore reduce aspen sprout density (Parker and Parker 1983).

Root sprouts may grow up to 2.5 m tall in the first year, but grow more slowly thereafter (Peterson and Peterson 1992). Sprout density rapidly decreases after the second year, with as much as an 80% reduction by year 5, as smaller, less vigorous sprouts having lower canopy positions die, and few new sprouts are produced (Bartos and Mueggler 1981, Peterson and Peterson 1992). If a regenerating aspen stand is re-burned after only 2 - 6 years, the second fire usually kills all or most of the sprouts, and the second sprouting response by the root system is much weaker than the first (Perala 1974, Quintilio et al. 1991). Indeed, frequent re-burning at very short intervals may essentially eliminate aspen from a site (Buckman and Blankenship 1965).

In addition to killing the canopy and stimulating root sprouts, fire has major effects on the understory of aspen forests. Total understory production typically increases substantially after fire, especially after fires of moderate to high intensity, and may remain elevated for a decade or longer. Generally grass and forb production increases, but shrub production is reduced after fire (Brown and DeByle 1989, Bartos et al. 1994). Species richness also may be increased by fire. Anderson and Bailey (1980) compared aspen stands in Alberta's aspen parkland that had been burned annually in the spring for 24 years with other stands that had not burned. The burned stands had twice the number of herbaceous species per quadrat but slightly fewer woody species.

Understory species that have been observed to increase in cover after fire in aspen forests include the forbs *Chenopodium fremontii, Dracocephalum parviflorum, Epilobium angustifolium, Galium boreale, Iliamna rivularis*, and the grasses *Agrostis scabra, Calamagrostis canadensis,* and *Calamagrostis rubescens*. The shrub snowberry (*Symphoricarpos rotundifolius*) has been observed to increase dramatically after prescribed fire in the Pagosa District of the San Juan National Forest (J. Redders, personal communication). Other species are injured by fire and exhibit reduced cover after burning, such as the herbs *Aquilegia coerulea, Astragalus miser, Fragaria vesca, Galium boreale, Linnea borealis, Lupinus spp, Maianthemum canadense, Thalictrum fendleri, Vaccinium spp,* and all the shrubs (Brown and DeByle 1989, Quintilio et al. 1991, Bartos et al. 1994).

## 2. Fire History in Aspen Forests of the San Juan National Forest

Given our lack of precise information on aspen fire history in the South Central Highlands Section during the reference period, we conducted a detailed study of fire history in a portion of the San Juan National Forest where aspen is the predominant vegetation type (Romme et al. 2001). This area is located on the western flanks of the La Plata Mountains in the western portion of the San Juan National Forest (Figure I-1), adjacent to the "pine zone" study area that was analyzed in the context of ponderosa pine forest history (Chapter II).

*Methodology*:

Reconstructing fire history is more difficult in aspen forests than in ponderosa pine forests, because aspen are easily killed by fire and few fire-scarred trees can be found with which to date past fires. Therefore, we used a less precise method of determining fire history that was based on the statistical distribution of current stand ages; i.e., the time since the last lethal fire (Johnson and Gutsell 1994). To develop this method, we began by sampling several aspen stands in 1995 within the Lime Creek burn, an area located near Silverton, Colorado, where an extensive fire in 1879 was documented by written records. In two aspen stands, we removed an increment core from every stem, at a height of about 1 meter, within a circular plot. We also collected increment cores from 15 - 20 of the largest and oldest appearing stems in three additional stands. The cores were glued to slotted boards, air dried, sanded, and stained. The number of annual rings was counted under 20x power magnification using a dissecting microscope. Additional years were added to the estimate of stem age to compensate for cores that had missed the center of the tree; the number of years added was based on the radius of curvature of the innermost rings. Three years were also added to the age of each stem as an estimate of the time required to grow to coring height.

The age structure of aspen stems in the 1879 Lime Creek burn was constructed from all readable cores (about 20% of the sampled increment cores were rotten, lacking centers, or otherwise unreadable). Because of small sample sizes, ages from the two study sites were aggregated for this analysis (Figure IV-1). We expected that the post-fire aspen cohort, which resprouted after the 1879 burn, would be approximately 115 years old in 1995. Nearly 60 % of the aspen trees in our sample were, in fact, 105-115 years old. Thus, the oldest living aspen stems in the stand today apparently represent the initial post-fire cohort, even though many individuals of younger age classes were present due to continued recruitment of stems into the canopy for several decades following the fire. The Lime Creek data also revealed that very few aspen trees had survived the fire in 1879. The three trees in Figure IV-1 between 120-130 years old actually may have become initiated after the burn but were misdated due to difficulty in counting annual rings in aspen (Jones et al.1985).

Figure IV-2 shows the age distribution of 53 large aspen stems sampled from among the dominant stems (not all stems as in Figure IV-1) in three additional sites in the 1879 burn. The greatest number of stems are clustered around the expected age, while a small number of sampled trees, although large in diameter, were later recruits into the population. These results demonstrated that we could estimate the time since the last major fire in an aspen stand from the oldest cohort present.




Figure IV-1. Age structure in 1995 of an aspen stand that regenerated after the 1879 Lime Creek burn. All stems > 5 cm (2 in) dbh within the plot were sampled.




Figure IV-2. Age structure in 1995 of dominant aspen stems within three stands that regenerated after the 1879 Lime Creek burn. Smaller aspen stems were not sampled in these stands.

*Landscape-Level Fire History*:

Once we had verified that post-fire aspen cohorts could still be detected in aspen stands that burned >100 years ago, we applied this method to a large area of unknown fire history in the Mancos and Dolores Districts of the San Juan National Forest (Figure I-1). The study site covered 77 $km^2$ and spanned elevations of 2650 -3310 m. Many stands, especially at the lowest elevations, contained only aspen in the tree canopy (stable stands); while at the higher elevations, we found mostly seral stands consisting of both aspen and conifer understory, as well as some stable stands. A 1 $km^2$ grid was overlaid on the 7.5 minute topographic quadrangles for the study area based upon the UTM 1,000 m grid tics. A sample point was randomly chosen within each 1 $km^2$ grid cell as follows: a smaller grid of 100 ha grid cells was placed over each 1 $km^2$ cell and a random number was generated to choose the sample point from these smaller cells. In this way, each unit of the total study area had an equal probability of being sampled (Johnson and Gutsell, 1994). The sampling sites identified on the map then were located in the field. If the sampling point appeared to have recent disturbances such as logging, we randomly selected another point within the 1 km grid cell. At each sampling point we visually classified the stand as "stable," lacking conifers in the understory, or "seral," including conifers in the understory, and sampled the 20 largest, sound trees. The tree species and diameter at breast height were recorded, and an increment core was taken at breast height. Cores were glued to boards, sanded, stained, and dated as described above.

We then summarized the ages of dominant aspen stems in each stand, and estimated the decade in which the most recent lethal fire had occurred and the current stand was generated. Criteria for identifying and dating the post-fire cohorts in the stands that were sampled are summarized in Table IV-1.

-----------------------------------------------------------------------

Table IV-1. Method used for estimating stand age (time since last stand-replacing fire) in aspen forests on the west side of the San Juan National Forest.

1. We assumed that no fires occurred in our aspen study area after 1880. This assumption was based on the fact that the fire record ended abruptly in 1880 within the five ponderosa pine stands on the west side of the San Juan National Forest where detailed fire histories were reconstructed using fire scars. In these five ponderosa pine stands (FPC, PLT, SMI, TCK, and BCN; chapter II), there was only one fire recorded after 1880, a 1904 burn that scarred a single tree. If there were few or no fires in the ponderosa pine zone after 1880, it seems unlikely that fires would continue to occur in the more mesic aspen forests adjacent to the pine zone.
2. We assumed that in the years when fires occurred in aspen forests there also were fires in the adjacent ponderosa pine zone. We have an extensive, high-resolution fire history for the pine zone (chapter 2 in this report). Therefore, we summarized the years in each decade in which fires were detected in the ponderosa pine study

area, and assumed that these were the likely years in each decade in which fires also occurred in aspen forests. Note that we assigned aspen stand origin dates only to a decade (not to individual fire years) because the relatively imprecise aspen stem age data did not allow determination of specific fire years. Fire dates on the west side of the San Juan National Forest include the following (*asterisk indicates years of extensive fires detected in >1 ponderosa pine study area*); in brackets are the maximum ages, in 1995, of post-fire cohorts that could have become established in each decade (e.g., the oldest stems in an 1879 post-fire cohort would be 116 years old in 1995, and the oldest stems in an 1872 cohort would be 123 years old in 1995):

-- 1904 … [ **91** ]
-- none in the 1890s
-- 1880 … [ indistinguishable from 1879 cohort, so lumped with 1879 ]
-- 1879* 1873 1872 … [ **116 - 123** ]
-- 1868 1864 1861 1860 … [ **127 - 135** ]
-- 1854 1851 … [ **141 - 144** ]
-- 1847* 1842* … [ **148 - 153** ]
-- 1837 1836 1831 … [ **158 - 164** ]
-- 1829* 1826 1825 1824 1821 … [ **166 - 174** ]
-- 1819 1818 1817 1814 1813* 1810 … [ **176 - 185** ]
-- 1798 1796* 1790 … [ **197 - 205** ]
-- 1789 1787 1786* 1785* 1783 1782 … [ **206 - 213** ]
-- 1775 1773* 1772 … [ **220 - 223** ]
-- 1768 1767 1765 1761 … [ **227 - 234** ]
-- 1754* … [ **241** ]
-- 1748* … [ **247** ]

3. We regarded the stems that established within 10 years after a fire date as a post-fire cohort. A post-fire cohort must be represented by at least 3 stems of the appropriate ages; we also recognized tentative cohorts based on only two stems of appropriate age.

4. Stands that contained no recognizable cohort were placed in one of two categories:

a) If there were one or more stems that established before 1880, we assumed that the stand originated long ago (before the 1760s, which is the earliest date for which we have a recognizable post-fire cohort) and most of the original post-fire cohort had died through natural causes (disease, etc.).

b) If there were no stems that established before 1880, then we assumed that the post-fire cohort had been removed by logging or other 20th century disturbances; such stands were deleted from the statistical analysis because their fire history could not be determined.

---------------------------------------------------------------------------

*Fire History and the Landscape Mosaic during the Reference Period*:

Table IV-2 summarizes the number of aspen stands that became established in each decade from the 1870s to the 1760s, as well as the number of stands that originated earlier than the 1760s, or in which stand age could not be determined. The table also distinguishes between seral and stable aspen stands. There were extensive fires in the 1870s and 1860s. Fewer stands date from the early to mid 1800s, either because there were fewer or less extensive fires during that time, or because evidence of these early fires has been destroyed by the fires of the later 1800s. We detected no stands originating from the 1770s through the first decade of the 1800s, but one stand had a clear post-fire cohort dating from the 1760s -- the oldest stand to which we could assign a specific fire decade. A substantial fraction of the sampled stands appeared to be even older -- to have last burned at some time prior to the 1760s -- but we could not assign specific fire decades to these stands, because the oldest post-fire trees apparently had disappeared through natural mortality.

What kind of a landscape mosaic existed in the aspen zone during the pre-1880 reference period? Table IV-3 summarizes the distribution of stand ages as they must have existed in the mid-1880s. These ages were determined by subtracting 110 years from the stand ages in 1995 (Table IV-2). Looking at all aspen stands combined (last column in Table IV-3), the median stand age in the 1880s was about 70 years. This means that about half of the stands in the landscape were > 70 years old and half were < 70 years old. If half of the landscape had burned within the previous 70 years, then it would require about twice this length of time, or 140 years, for a cumulative area equal to the entire landscape to burn. Thus, our best estimate of the fire turnover time in an aspen-dominated landscape, during the period of indigenous settlement, is about 140 years.

We also compared the distribution of stand ages in the mid-1880s for seral vs. stable aspen stands (Table IV-3). The median age appears substantially older for stable stands than for seral stands, but this is in part a statistical artifact resulting from the large number of stable stands that were either >120 years old or impossible to date. Had we found only one or two additional stable stands from the early or mid-1800s, the medians would be about the same for seral and stable stands. Looking at the 25% quartiles for seral and stable stands (Table IV-3), it is apparent that the youngest quarter of the stable stands were very young (ca 10 yr old) in the mid-1880s, whereas the youngest quarter of the seral stands were 10 - 30 years old.

We conclude from this analysis that within this aspen dominated landscape during the period from the mid-1700s to the late 1800s, approximately half of the aspen forest consisted of relatively young stands developing after fires within the preceding 70 years, and that half of the stands had escaped fire for more than about 70 years. Fires occurred somewhere within the 77-km2 study area nearly every decade, but it required more than a century for a cumulative area equal to the entire study area to be

burned. Some stands burned again at relatively short intervals (< 70 years), but many others persisted for more than a century without burning. The fire turnover time in seral stands was roughly comparable to that in stable stands.

---------------------------------------------------------------------------

Table IV-2. Summary of decades in which the last lethal fire occurred in aspen stands of the western San Juan National Forest, Colorado.

| Decade of Last Fire | Number of Seral Aspen Stands | Number of Stable Aspen Stands | Number of Aspen Stands (Seral & Stable Combined) |
|---|---|---|---|
| 1870s | 4 | 6 | 10 |
| 1860s | 4 | 2 | 6 |
| 1850s | 2 | 0 | 2 |
| 1840s | 3 | 0 | 3 |
| 1830s | 3 | 1 | 4 |
| 1820s | 2 | 0 | 2 |
| 1810s | 2 | 0 | 2 |
| 1800s | 0 | 0 | 0 |
| 1790s | 0 | 0 | 0 |
| 1780s | 0 | 0 | 0 |
| 1770s | 0 | 0 | 0 |
| 1760s | 1 | 0 | 1 |
| Pre - 1760s | 16 | 11 | 27 |
| Unknown | 6 | 13 | 19 |
| Total | 43 | 33 | 76 |
| Total, exc. unknown | 37 | 20 | 57 |

---------------------------------------------------------------------------

*Caveats:*

Three important weakness of our fire-dating method should be acknowledged. First, we cannot say in which particular years fires occurred, because dating fires from post-fire age cohorts is inherently less precise than dendrochronological dating based on fire-scarred trees. However, because fire scars are so rare in aspen forests, the decade-level precision that we achieved is probably about the best that can be done in aspen-dominated landscapes of the Rocky Mountains. A second weakness of our method is that it cannot distinguish between two or more fires within the same decade, nor can it depict actual sizes or shapes of patches created by individual fires. Finally, it is important to note that we probably detected only the relatively large fires that occurred in the past. Many smaller fires undoubtedly occurred in places between the locations of our sample points, and were not detected. This may not be a serious error from the standpoint of interpreting past fire effects, however, because a few large fires probably were responsible for most of the burned area; this is the case today in boreal forest and several other types

of fire-dominated landscapes (Johnson 1992, Moritz 1997).

It is also important to recognize that we have depicted the structure of the aspen forest mosaic at a single time at the very end of the reference period, viz., the 1880s. We do not know just how representative this particular time was of the entire period of indigenous settlement. The landscape mosaic in 1880 probably was similar in its broad features to earlier mosaics, but there must have been substantial fluctuations over time. Thus, in earlier periods, the median stand age probably was greater or less than the 70 years that we determined for the mid-1880s. Note, for example, the period in the late 1700s and early 1800s, a time when few aspen stands were regenerated by fire in our study area (Table IV-2). This was a period of reduced fire activity throughout the Southwest (Swetnam and Baisan 1996), when the age structure of the aspen forest mosaic probably shifted towards a predominance of older stands. In contrast, the middle and later 1800s was a time of greater fire frequency in the Southwest, when the aspen landscape mosaic may have been dominated by younger stands. Therefore, in evaluating today's age structures and developing desired future conditions, the 70-year median stand age that we determined for the 1880s should be viewed only as an approximate characterization of the reference period. In fact, this estimate may be towards the younger end of the spectrum of median stand ages that existed during the period of indigenous settlement, because of the extensive fires that occurred just prior to 1880.

---

Table IV-3. Summary of stand ages in the mid-1880s, at the end of the period of indigenous settlement in the western San Juan National Forest.

| Stand Age in 1880s | Number of Seral Aspen Stands | Number of Stable Aspen Stands | Number of Aspen Stands (Seral & Stable Combined) |
|---|---|---|---|
| 10 yr | 4 | 6 - *25% quartile* | 10 |
| 20 yr | 4 | 2 | 6 - *25% quartile* |
| 30 yr | 2 - *25% quartile* | 0 | 2 |
| 40 yr | 3 | 0 | 3 |
| 50 yr | 3 | 1 | 4 |
| 60 yr | 2 | 0 | 2 |
| 70 yr | 2 - *median* | 0 | 2 - *median* |
| 80 yr | 0 | 0 | 0 |
| 90 yr | 0 | 0 | 0 |
| 100 yr | 0 | 0 | 0 |
| 110 yr | 0 | 0 | 0 |
| 120 yr | 1 | 0 | 1 |
| > 120 yr | 16 | 11 - *median* | 27 |
| Total | 37 | 20 | 57 |

3. Fire Behavior in Aspen Forests

Aspen forests in the Rocky Mountain region often do not burn readily today (Perala 1974, Alexander 1982, Jones and DeByle 1985b, Brown and Simmerman 1986, Peterson and Peterson 1992). This is because of high moisture content in the herbaceous fuels that usually dominate the ground layer, the high spreading architecture of aspen tree crowns, and the absence of flammable volatile substances in aspen wood and foliage (as compared to conifer wood). Thus, the question arises how such forests could have burned as frequently in the past as is implied by our fire history analyses. Two considerations are important.

First, extensive aspen fires in the past probably occurred only in very dry years, when fuel moisture in the herbaceous vegetation was low enough in the summer to permit ignition and fire spread. During the extremely dry year of 2002, for example, fire-fighters in the San Juan National Forest observed more active and intense fire spread in aspen stands than had been seen in the previous several decades. It is likely that most of the cumulative aspen forest area burned in half a century during the reference period was burned in just a few individual years in which very dry conditions prevailed. For example, we documented fires in aspen forests during the decade of the 1840s (above); probably all or nearly all of the area that burned in this decade was burned in the one very dry year 1842. During “ordinary” years (i.e., when climatic conditions were close to average), small fires may have occurred in aspen forests in the spring and/or early fall. These are seasons when the herbaceous vegetation is dormant and has relatively low moisture content. However, the time period between snowmelt and greening of the herbaceous vegetation is relatively short. The time between herbaceous senescence and development of snow cover in the fall may be somewhat longer, but fall is often wet in the San Juan country and short days with low temperatures would further reduce fire spread. Consequently, fires in aspen forests during “ordinary” years probably were small.

A second consideration about fires in the aspen type prior to ca. 1880 has to do with the makeup of the herbaceous fuels. Prior to the onset of extensive and heavy grazing by livestock, the ground layer vegetation may have been dominated by different species that were more conducive to fire spread than are the species that dominate aspen forests today. Baker (1925) wrote that aspen litter was too scant to carry fire in stands grazed heavily by livestock, but that in ungrazed pockets one finds “... rank undergrowth of tall leafy grasses, such as Bromus, Agropyron, and Stipa, as well as herbs.” Similarly, Tanner and Hayward (1934;213), working in Utah’s in La Sal Mountains, stated that “Where grazing has been prevented for a number of years, there is a luxuriant growth of grasses and other plants among the aspens.” More recently, Jones and DeByle (1985b) reported that livestock grazing can reduce herbaceous fuels such that fire cannot spread readily, and Brown and Simmerman (1986) stated that “Grazing reduced fire behavior potential by 80 to 90 percent of ungrazed conditions.” Unfortunately, we simply do not know what the pre-1880 composition of aspen forests was in this area, or the extent to which

composition may have been changed by livestock grazing and other disturbances (see sections below). Therefore, we cannot determine the extent to which fire behavior in aspen forests may have been altered by human activities of the last hundred years.

In pure or nearly pure stands of aspen, where there was little or no conifer understory, fires in the past (as well as today) probably were surface fires; i.e., they burned through the fuels on the forest floor but did not burn into the tree crowns. However, even low-intensity surface fires can be stand-destroying fires in an aspen forest, because aspen is thin-barked and easily killed by fire (Jones and DeByle 1985b, Johnson 1992). In seral aspen stands containing a large conifer component, crown fires and higher-intensity surface fires probably occurred in the past, as they do today (Peterson and Peterson 1992). Parker and Parker (1983) noted that the moderate-intensity fires that tend to occur in aspen stands also stimulate the greatest amount of aspen sprouting after fire, thus contributing to aspen's continuing dominance on the site. In contrast, the higher-intensity fires of conifer or conifer-aspen forests usually produce less aspen sprouting, and may even provide an opportunity for conifers to establish dominance on sites that could support either aspen or conifers.

## C. LEGACIES OF EURO-AMERICAN SETTLEMENT AND CURRENT CONDITIONS

The aspen zone in the South Central Highlands Section has been used throughout the last century for timber production, livestock grazing, and recreation. To facilitate these activities, an extensive road network has been constructed in many portions of the aspen zone, and fires have been actively suppressed. Landscape-level impacts of roads and logging are evaluated in Chapter VII. Major impacts include fragmentation of mature forests, shifts in the age class structure of the landscape mosaic, development of successional stands that lack important structural components (e.g. large snags and fallen logs), and easy human access.

### 1. Stand-Level Effects of Logging in Aspen Forests

Aspen in the Rocky Mountains is usually harvested by clear-cutting small blocks up to about 40 acres in size. Clear-cutting removes the suppressing effects of hormones produced by apical meristems, just as fire does, and usually is followed by prolific sprouting of new stems from the root system (Shepperd 1993). As with fire, maximum sprout densities are seen in year one or two. Abundance of sprouts is directly related to the number of mature stems killed; clear-cutting stimulates more sprouts than partial cutting (Schier and Smith 1979). Documented sprout densities in the first two years after clear-cutting range from 35,000 - 75,000 stems/ha (Jones 1975, Bartos and Mueggler 1982, Crouch 1981, 1983a,b). Sprouts grow rapidly, and the dominant individuals may reach average heights of 4-5 ft (1.2 – 1.5 m) by the third year (Crouch 1981). After the second year, the density of sprouts declines rapidly as smaller, less vigorous sprouts die and few new sprouts are produced. Sprouts

also die from browsing by elk, sheep and voles (*Microtus montanus*), trampling by livestock, insect damage, bacterial or fungal disease, snow damage, frost, and other causes (Crouch 1981, 1983a,b, Hinds and Shepperd 1987).

Bartos et al. (1983; cited in Bartos et al. 1991) estimated that at least 10,000 healthy aspen suckers per hectare are needed initially to ensure development of an adequately stocked new stand after clear-cutting. This density is often achieved after clear-cutting, and many stands that were cut during the past 50 years appear to be regenerating adequately. However, some clear-cuts have failed to produce sufficient sprouts to regenerate the cut stand (Crouch 1986, Johnston 2001, Rolf 2001). Failed regeneration may be most likely to occur on relatively flat sites having a high water table or heavy browsing by native or domestic ungulates (Crouch 1986; Shepperd 1993, 1996).

Clear-cutting an aspen stand often leads to increased understory production (Bartos and Mueggler 1982), although in at least one documented situation no increase was observed (Crouch 1983a,b). In contrast to the effects of fire (increased species diversity, increased forage production, decreased shrub production; see above), clear-cutting apparently does not increase native plant species diversity, though it may facilitate establishment of invasive non-native species like cheatgrass and Canada thistle (Paulson and Baker 2006). Clear-cutting also may stimulate shrub production more than herbaceous production (Bartos and Mueggler 1982).

Logging has largely replaced fire as the major disturbance process in aspen forests of the South Central Highlands Section during the past century. How similar are the effects of fire and logging? Both kinds of disturbance kill the canopy and stimulate root sprouting, but logging is very different from fire in terms of post-disturbance environmental conditions, nutrient dynamics, and responses by animals and herbaceous plants. Notably, young stands of fire origin typically contain abundant snags and fallen logs from the forest that was burned. This "biological legacy" of the previous forest provided important habitat for birds and other fauna, and played a role in nutrient cycling and soil development (see chapter VII). In the young stands developing after logging today, these biological legacies are generally lacking. Consequently, species that evolved to thrive in young aspen stands of fire origin (e.g., many cavity nesting species; Winternitz 1980, Scott et al. 1980, Hutto 1995) may be suffering for lack of quality habitat -- not only because of the paucity of recent fires, but also from the fact that young stands of logging origin are not adequate substitutes for post-fire aspen stands in terms of key habitat characteristics. For example, Westworth and Telfer (1993) conducted a census of breeding birds in aspen forests of the Canadian Rockies, including recent clear-cuts and post-fire stands up to 80 yr old. They found the lowest richness (number of species) and lowest number of territories in the clear-cut, and the highest richness and number of territories found in a 14-year old post-fire stand that contained snags and logs from the previous stand.

Comparisons of burned vs. logged aspen stands also have shown that fire stimulates increased herbaceous production and species diversity in the understory, but logging either does not

enhance the herbaceous stratum or does so minimally (Anderson and Bailey 1980, Bartos and Mueggler 1982, Crouch 1983a,b). Fire also rapidly decomposes some of the litter and duff on the forest floor, providing a pulse of nutrients, and blackens the soil surface sufficiently to increase soil temperatures. The post-fire increase in nutrients and soil temperatures is transient, lasting only a few years at most, but it may be important in stimulating herbaceous growth as well as aspen suckers.

2. Effects of Livestock Grazing and Native Ungulate Browsing

Baker (1925;17) wrote that "Mammals are the chief living enemies of aspen" and went on to say that sheep can eliminate aspen sprouts in clear-cut areas within 3 years. Similarly, Fleischner (1994) argues that livestock grazing has dramatically altered nearly every plant community throughout the west. The effects of heavy cattle and sheep grazing in the late 19th and early 20th centuries have been fairly well documented for ponderosa pine forests of the South Central Highlands Section (Chapter II), but we have little specific information on effects of livestock grazing on aspen forests of this region. Anecdotal references (e.g., Baker 1925, Tanner and Hayward 1934) suggest that the herbaceous component of aspen forests may have been altered substantially by livestock grazing (in particular, abundance of grasses may have been reduced), but reliable quantitative data on species composition during the pre-1870 reference period are not available.

In some portions of the Rocky Mountain region, native ungulates (deer and elk) have strongly affected aspen stand structure and dynamics. Deer and elk prefer aspen browse over that of any conifer (Packard 1942, Jones 1974). Continual heavy browsing on aspen sprouts and on bark of mature trees results in death of canopy trees and lack of regeneration, with eventual deterioration or loss of the stand (e.g., Gysel 1960, Krebill 1972, Mueggler 1985, Kay 1997). Heavy browsing by livestock and deer between about 1905 and 1934 is believed to have prevented establishment of new aspen stems during that period in a portion of the Fishlake National Forest in Utah, and deer apparently eliminated the aspen sprouts in a clear-cut in Arizona (Jones 1974, Mueggler and Bartos 1977). Aspen clones appear to vary greatly in their susceptibility to damage from heavy ungulate browsing, but once an aspen stand begins to deteriorate, it may lose nearly all of its canopy trees within a few decades (Schier 1975, Shields and Bockheim 1981). There is considerable controversy as to whether the effects of native ungulates on aspen forests in the west are "natural" or have been significantly altered by human activities (e.g., Romme et al. 1995, Kay 1997, Hessl 2002, Hessl and Graumlich 2002). Ungulate populations, particularly elk, are much higher now than they were in the early part of the 20th century, but they had been reduced to unnaturally low levels at the turn of century by indiscriminate hunting. We simply do not know what ungulate population densities were like during the pre-1870 reference period, nor the extent to which they naturally fluctuated in response to climatic variability and other factors.

3. Sudden Aspen Decline (SAD)

Extensive and seemingly precipitous mortality of mature aspen stems has been observed in many parts of Colorado and other western states since the early 2000s (Worrall et al. 2008). The phenomenon has been labeled "Sudden Aspen Decline" or "SAD." The cause of the mortality has not been determined. A number of insects and fungi are found on the dead and dying trees, but most are "secondary" species that feed on trees that have been killed by other agents. It is possible that the mortality is primarily a result of the severe drought that affected Colorado from the late 1990s through early 2000s. The fact that mortality appears greater on drier and lower-elevation sites supports this interpretation. Some affected stands appear to have enough healthy sprouts to regenerate the stand, but in other stands the root systems appear to be dead, and regeneration is not assured. Overall, there is great uncertainty about the causes, the spatial patterns, and the likely consequences of SAD, but research is underway to answer some of the questions.

4. Is Aspen Declining in the South Central Highlands Section?

Charles Kay published a provocative paper in 1997 entitled "Is aspen doomed?" in which he argued that western aspen stands are being destroyed by lack of fire coupled with excessive browsing by unnaturally high populations of native ungulates, mainly elk. Kay recommended more intensive management of ungulates and vegetation to alleviate aspen decline. Similarly, Johnson (1994) compared forest inventory data from New Mexico and Arizona in 1962 and 1986, and found that the total area classified as aspen had declined by 222,000 acres (46%), presumably because of increased growth of conifers (especially in smaller size classes) and poor establishment of new aspen stems. He concluded that "If such trends continue, unchanged by either prescribed fire or cutting, aspen will cease to exist as a distinct cover type in about 25 years ..." (Johnson 1994:16), and argued that we need more logging and prescribed fire to recreate more natural conditions in forests of the southwest. A recent report by Club 20 in 1998, entitled "Decline of the aspen," reiterates these same points. However, the area covered by aspen forests actually has remained stable or even increased throughout the past century in some parts of Colorado, notably around Grand Mesa (Kulakowski et al. 2004), the Gunnison Basin (Crawford et al. 1998, Manier and Laven 2002), the Uncompahgre Plateau (Jensen 2000, Smith and Smith 2005), and parts of the San Juan Mountains (Elliott and Baker 2006).

A key issue that confounds our attempts to evaluate the status of aspen in the West is the tremendous variability, at both regional and local scales, in aspen history and current trends (Romme et al. 2001, Hessl 2002). Rogers (2002) made a broad regional assessment of aspen status throughout much of Idaho, Wyoming, and Colorado, based on recently collected Forest Health Monitoring data, and determined that aspen was being replaced by other species in 61% of the surveyed plots. In the remaining 39% of plots, aspen appeared stable, with multi-layered stands and no active conifer invasion. Replacement by conifers was most

prominent in eastern parts of the study area, whereas stable stands were especially numerous in the western area, including parts of Colorado.

Another fundamental difficulty in assessing the magnitude and significance of aspen decline is the fact that investigators have used multiple, and often conflicting, concepts of "decline." Kashian et al. (2007) evaluated aspen forests in northern Colorado and determined that different definitions of aspen decline led to very different conclusions. In the sections below we evaluate the status of aspen in the South Central Highlands Section in the context of two different ecological processes that have been interpreted as "aspen decline." These processes are (i) replacement of aspen by conifers in the absence of fire or logging, and (ii) failure of aspen to regenerate because of chronic heavy browsing by native or domestic ungulates.

*Replacement of Aspen by Conifers*

The frequency and extent of fires in aspen forests during the 20th century have been substantially reduced in comparison with the pre-1870 reference period. As a result, the age structure of aspen stands across the landscape has shifted towards an increasing prevalence of older stands in at least some areas. Bartos et al. (1991) reported that two-thirds of the aspen stands in the Intermountain Region of the National Forests are > 95 years old.

From a silvicultural perspective, these aging stands are becoming increasingly susceptible to disease and mortality (Hinds 1985). Once aspen stems reach an age of about 60 years, the incidence of decay begins to rise in a fairly linear fashion with increasing age; in one study, 6 - 7% of 60-year old stems were classified as cull (unsuitable for timber, usually because of decay or deformity), whereas 44 - 53% of 160-year old trees were so classified (Hinds and Wengert 1977). Meineke (1929) also reported a high incidence of cull in stands greater than 90 years old, with almost 45% gross cull in the 121 - 130 age class. In the context of evaluating aspen decline, it is also important to note that conifers are becoming increasingly dominant in many successional aspen stands. For example, conifer basal area increased from 10 to 23 $m^2$/ha while aspen basal area decreased from 21 to 18 $m^2$/ha between 1979 and 2001 in aspen stands with conifer understories on the Uncompahgre Plateau (Smith and Smith 2005). Similarly, Kashian et al. (2007) reported increasing conifer dominance in a third of the stands sampled in the Colorado Front Range. If we define "aspen decline" as a decrease in aspen density, basal area, or cover over time, then aspen is declining in these portions of Colorado's Uncompahgre Plateau and Front Range.

From a different perspective, however, we can view these changes in conifer abundance as natural successional processes that have always occurred during long periods without major stand disturbance. In fact, this is how Smith and Smith (2005) interpreted the changes that they documented on the Uncompahgre Plateau. Kaye et al. (2003) evaluated 123 patches of aspen within a 340 km2 portion of Rocky Mountain National Park in northern Colorado; they found that aspen was mixed with conifers in two-thirds of the patches, but concluded that aspen was not declining when viewed over an appropriately long time span of many

decades or centuries. Kashian et al. (2007) documented a cyclic alternation of aspen dominance after fire followed by conifer dominance during long intervals between fires. In a further analysis of aspen in Rocky Mountain National Park, Kaye et al. (2005) found that a dense growth of conifers resulted in reduced establishment of new aspen stems but did not reduce growth or increase mortality rates in already-established aspen.

Our interpretation of aspen in the South Central Highlands Section is that increasing conifer abundance does not pose a serious threat to the long-term persistence or ecological function of aspen. Thus, conifers are not causing aspen to decline in this region. Even though aspen cover has declined in some areas (Johnson 1994), we view this trend as a natural successional process during a century of infrequent fire that followed the extensive fires of the second half of the 19th century. Fires have become more frequent in the past decade, and will likely become even more frequent in the coming century (Westerling et al. 2006). These fires will reduce the conifer component and once again increase aspen dominance as described by Kashian et al. (2007).

*Suppression of Aspen Regeneration by Chronic Heavy Ungulate Browsing*

Aspen sprouts are a favored browse of native ungulates, including deer and elk Hessl 2002, Hessl and Graumlich 2002), as well as domestic ungulates such as cattle and sheep (Baker 1925, Fleischner 1994). Chronic heavy browsing can prevent aspen root sprouts from growing into new trees. If canopy trees are dying, either gradually through natural aging processes or suddenly due to fire, insects, disease, or SAD (see above), then failure of the root sprouts to regenerate the stand can lead to loss of the stand and loss of the clone(s) represented in the stand (Kay 1997). This would represent aspen decline by almost any definition.

Declining stands of this kind are found in places throughout the West, including the South Central Highlands Section. However, we do not have a good estimate of how much of the aspen in this region is declining as a result of excessive ungulate browsing. One can find aspen stands with good regeneration following fire or clear-cutting as well as other stands where browsing has inhibited regeneration (e.g., Crouch 1981, Shepperd and Fairweather 1994, Paulson and Baker 2006). Consequently, we cannot say how extensive or ecologically significant is aspen decline due to excessive browsing in the South Central Highlands Section; this is a topic for additional research.

Although ungulate browsing appears to be a more significant process of aspen decline than replacement of aspen by conifers, and "SAD" may become of greater importance in the future (especially if we see increasing drought and warming temperatures), our overall assessment is that aspen does not appear to be in imminent danger of disappearing from landscapes of the South Central Highlands Section.

## D. SUMMARY

Aspen forests form an important vegetation type between about 2,000 and 3,300 m throughout the mountainous portions of Colorado, Utah, and northern New Mexico These forests grow on a wide variety of geologic substrates and soil types, although best growth usually is seen on deep, loamy soils having high nutrient availability. Aspen is a clonal species in which a single genetic individual may cover a large area (up to several hectare) and be represented by tens, hundreds, or even thousands of individual stems. Ranging from pure aspen stands ("stable aspen") to stands that are co-dominated by aspen and conifer species (seral aspen"), aspen forests generally are characterized by a luxuriant understory of deciduous shrubs and herbs and provide some of the most important wildlife habitats in the South Central Highlands Section.

In a survey of 100 stable and seral aspen forests in the western portion of the San Juan National Forest, stable aspen stands were strongly associated with lower elevations near the ponderosa pine zone, and weakly associated with shale substrates rather than sandstones or igneous rocks, whereas seral stands were found primarily at the higher elevations. This pattern suggests that stable aspen stands in the South Central Highlands Section may have developed in response to very short fire intervals in the past, but more research is needed to fully explain the distribution of stable vs. seral aspen in this region.

The most important natural agent of disturbance in aspen forests during the reference period was fire; other natural disturbances included windthrow, fungal diseases, tent caterpillars and other insects, snow damage, hail, lightning, and sunscald. Aspen stems are easily killed even by relatively low-intensity fire. However, the aspen root system usually is unharmed by fire, and it typically produces abundant root sprouts within the first growing season after the fire. A detailed study of fire history in the western portion of the San Juan National Forest revealed that there were extensive fires in the 1870s and 1860s, but no large fires after that time. Median aspen stand age in the 1880s was about 70 years. If half of the landscape had burned within the previous 70 years, then it would require about twice this length of time, or 140 years, for a cumulative area equal to the entire landscape to burn. This is our best estimate of the fire turnover time in this aspen-dominated landscape during the period of indigenous settlement.

Aspen in the Rocky Mountains is usually harvested by clear-cutting small blocks up to about 40 acres in size. Clear-cutting usually is followed by prolific sprouting of new stems from the root system, and often leads to increased understory production as well. However, some clear-cuts have failed to produce sufficient sprouts to regenerate the cut stand, especially on relatively flat sites having a high water table or heavy browsing by native or domestic ungulates

Extensive and seemingly precipitous mortality of mature aspen stems has been observed in many parts of Colorado and other western states since about 2000. The phenomenon has been labeled "Sudden Aspen Decline" or "SAD." The cause of the mortality has not been determined.

Aspen cover has decreased in many areas since the early 1900s,

leading to concerns about aspen decline. However, the area covered by aspen forests actually has remained stable or even increased throughout the past century in other areas. Assessing the magnitude and significance of aspen decline is complicated by the fact that investigators have used multiple, and often conflicting, concepts of "decline," and different definitions of aspen decline lead to very different conclusions. We evaluated two different ecological processes that have been interpreted as "aspen decline:" (i) replacement of aspen by conifers in the absence of fire or logging, and (ii) failure of aspen to regenerate because of chronic heavy browsing by native or domestic ungulates. We view the first process—a trend of increasing conifer dominance--as a natural successional process that has always occurred during long periods without major stand disturbance and that is not a serious threat to the long-term persistence or ecological function of aspen. Future fires will reduce the conifer component and once again increase aspen dominance. The second process—failure of stands to regenerate because of excessive browsing—is a more serious form of aspen decline. Unfortunately, we do not have a good estimate of how much of the aspen in this region is declining as a result of excessive ungulate browsing; this is an important topic for future research.

## E. LITERATURE CITED

Alexander, M. E. 1982. Fire behavior in aspen slash fuels as related to the Canadian fire weather index. Canadian Journal of Forest Research 12:1028-1029.

Anderson, H. G. and Bailey, A. W. 1980. Effects of annual burning on grassland in the aspen parkland of east-central Alberta. Canadian Journal of Botany 58:985-996.

Bailey, J. K., and T. G. Whitham. 2002. Interactions among fire, aspen, and elk affect insect diversity: reversal of a community response. Ecology 83:1701-1712.

Baker, F. S. 1925. Aspen in the central Rocky Mountain Region. USDA Department Bulletin Number 1291.

Barnes, B. V. 1966. The clonal growth habit of American aspens. Ecology 47:439-447.

Barnes, B. V. 1975. Phenotypic variation of trembling aspen in western North America. Forest Science 21:319-328.

Bartos, D. L. and DeByle, N. V. 1981. Quantity, decomposition, and nutrient dynamics of aspen litterfall in Utah. Forest Science 27:381-390.

Bartos, D. L. and Mueggler, W. F. 1981. Early succession in aspen communities following fire in western Wyoming. Journal of Range Management 34:315-318.

Bartos, D. L. and Mueggler, W. F. 1982. Early succession following clearcutting of aspen communities in northern Utah. Journal of Range Management 35:764-768.

Bartos, D. L.; Mueggler, W. F., and Campbell, R. B. Jr. 1991. Regeneration of aspen by suckering on burned sites in western Wyoming. USDA Forest Service Research Paper INT-448.

Bartos, D. L.; Brown, J. K., and Booth, G. D. 1994. Twelve years biomass response in aspen communities following fire. Journal of Range Management 47:79-83.

Betters, D. R. and Woods, R. F. 1981. Uneven-aged stand structure and growth of Rocky Mountain aspen. Journal of Forestry 79:673-676.

Binkley, D., C. S. White, and J. R. Gosz. 2004. Tree biomass and net increment in an old aspen forest in New Mexico. Forest Ecology and Management 203:407-410.

Brown, J. K. and DeByle, N. V. 1987. Fire damage, mortality, and suckering in aspen. Canadian Journal of Forest Research 17:1100-1109.

Brown, J. K. and DeByle, N. V. 1989. Effects of prescribed fire on biomass and plant succession in western aspen. USDA Forest Service Research Paper INT-412.

Brown, J. K. and Simmerman, D. G. 1986. Appraising fuels and flammability in western aspen: a prescribed fire guide. USDA Forest Service General Technical Report INT-205.

Buckman, R. E. and Blankenship, L. H. 1965. Repeated spring burning reduces abundance and vigor of aspen root suckering. Journal of Forestry 63:23-25.

Cottam, W. P. 1929. Some phytogeographical features of Utah. Utah Academy of Sciences 6:6-7.

Cottam, W. P. 1954. Prevernal leafing of aspen in Utah mountains. Journal of the Arnold Arboretum 35:239-250.

Crawford, J. L., S. P. Mcnulty, J. B. Sowell, and M. D. Morgan. 1998. Changes in aspen communities over 30 years in Gunnison County, Colorado. American Midland Naturalist 140:197-205.

Crouch, G. L. 1981. Regeneration on aspen clearcuts in northwestern Colorado. USDA Forest Service Research Note RM-407.

Crouch, G. L. 1983a. Aspen regeneration after commercial clearcutting in southwestern Colorado. Journal of Forestry 81:316-319.

Crouch, G. L. 1983b. Effects of commercial clearcutting of aspen on understory vegetation and wildlife values in southwestern Colorado. USDA Forest Service Research Paper RM-246.

Crouch, G.L. 1986. Aspen regeneration in 6- to 10-year old clearcuts in southwestern Colorado. USDA Forest Service Research Note RM-467.

Cryer, D. H. and Murray, J. E. 1992. Aspen regeneration and soils. Rangelands 14:223-226.

Day, M. W. 1944. The root system of aspen. American Midland Naturalist 32:502-509.

DeByle, N. V. 1985. Wildlife. Pages 135-152 in DeByle et al.. (1985).

DeByle, N. V., and R. P. Winokur (editors), Aspen: Ecology and management in the western United States. USDA Forest Service General Technical Report RM-119.

Egeberg, R. Jr. 1963. Inherent variations in the response of aspen to frost damage. Ecology 44:153-156.

Elliott, G. P., and W. L. Baker. 2004. Quaking aspen (*Populus tremuloides* Michx.) at treeline: a century of change in the San Juan Mountains, Colorado, USA. Journal of Biogeography 31:733-745.

Fetherolf, J. M. 1917. Aspen as a permanent forest type. Journal of Forestry 15:757-760.

Fleischner, T. L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology 8:629-644.

Giardina, C.P., M.G. Ryan, R.M. Hubbard, and D. Binkley. 2001. Tree species and soil textural controls on carbon and nitrogen mineralization rates. Journal of the Soil Science Society of America 65:1272-1279.

Grant, M. C. and Mitton, J. B. 1979. Elevational gradients in adult sex ratios and sexual differentiation in vegetative growth rates of *Populus tremuloides* Michx. Evolution 33:914-918.

Gysel, L. W. 1960. An ecological study of the winter range of elk and mule deer in the Rocky Mountain National Park. Journal of Forestry 58:696-703.

Harniss, R. O. and Harper, K. T. 1982. Tree dynamics in seral and stable aspen stands of central Utah. USDA Forest Service Research Paper INT-297.

Hessl, A. 2002. Aspen, elk, and fire: the effects of human institutions on ecosystem processes. BioScience 52:1011-1022.

Hessl, A. E., and L. J. Graumlich. 2002. Interactive effects of human activities, herbivory and fire on quaking aspen (*Populus tremuloides*) age structures in western Wyoming. Journal of Biogeography 29:889-902.

Hinds, T. E. 1985. Diseases. Pages 87-106 in DeByle et al.. (1985).

Hinds, T. E. and Shepperd, W. D. 1987. Aspen sucker damage and defect in Colorado clearcut areas. USDA Forest Service Research Paper RM-278.

Hinds, T. E. and Wengert, E. M. 1977. Growth and decay losses in Colorado aspen. USDA Forest Service Research Paper RM-193.

Hoff, C. C. 1957. A comparison of soil, climate, and biota of conifer and aspen communities in the central Rocky Mountains. American Midland Naturalist 58:115-140.

Hungerford, R. D. 1988. Soil temperatures and suckering in burned and unburned aspen stands in Idaho. USDA Forest Service Research Note INT-378.

Hutto, R. L. 1995. Composition of bird communities following stand-replacement fires in northern Rocky Mountain (U.S.A.) conifer forests. Conservation Biology 9:1041-1058.

Jensen, M. H. 2000. What is happening to the parks of the Uncompahgre Plateau? Rangelands 22(3):30-31.

Johnson, E. A. 1992. Fire and vegetation dynamics in the North American boreal forest. Cambridge University Press, Cambridge, England.

Johnson, M. 1994. Changes in southwestern forests: stewardship implications. Journal of Forestry 92(12):16-19.

Johnson, E. A., and S. L. Gutsell. 1994. Fire frequency models, methods and interpretations. Advances in Ecological Research 25:239-287.

Johnston, B.C. 2001. Multiple factors affect aspen regeneration on the Uncompahgre Plateau, west-central Colorado. Pages 395-414 *in*: Shepperd et al. (2001).

Jones, J. R. 1974. Silviculture of southwestern mixed conifers and aspen: the status of our knowledge. USDA Forest Service Research Paper RM-122.

Jones, J. R. 1975. Regeneration on an aspen clearcut in Arizona. USDA Forest Service Research Note RM-285.

Jones, J. R. and DeByle, N. V. 1985a. Climates. Pages 57-64 in DeByle et al.. (1985).

Jones, J. R. and DeByle, N. V. 1985b. Fire. Pages 77-81 in DeByle et al.. (1985).

Jones, J. R. and DeByle, N. V. 1985c. Morphology. Pages 11-18 in DeByle et al.. (1985).

Jones, J. R. and DeByle, N. V. 1985d. Other physical factors. Pages 83-86 in DeByle et al.. (1985).

Jones, J. R. and DeByle, N. V. 1985e. Soils. Pages 65-70 in DeByle et al.. (1985).

Jones, J. R., DeByle, N. V., and Bowers, D. M. 1985. Insects and other invertebrates. Pages 107-114 in DeByle et al.. (1985).

Jones, J. R. and Schier, G. A. 1985. Growth. Pages 19-24 in DeByle et al.. (1985).

Jones, J. R. and Trujillo, D. P. 1975. Development of some young aspen stands in Arizona. USDA Forest Service Research Paper RM-151.

Kashian, D. M., W. H. Romme, and C. M. Regan. 2007. Variation in quaking aspen dynamics and decline in the northern Colorado Front Range, U.S.A. Ecological Applications 17:1296-1311.

Kay, C. E. 1997. Is aspen doomed? Journal of Forestry 95:4-11.

Knight, D. H., and W. A. Reiners. 2000. Natural patterns in southern Rocky Mountain landscapes and their relevance to forest management. Chapter 2 in Knight, R. L., F. W. Smith, S. W. Buskirk, W. H. Romme, and W. L. Baker (editors), Forest fragmentation in the southern Rocky Mountains. University Press of Colorado.

Krebill, R. G. 1972. Mortality of aspen on the Gros Ventre elk winter range. USDA Forest Service Research Paper INT-129.

Kulakowski, D., T. T. Veblen, and S. Drinkwater. 2004. The persistence of quaking aspen (*Populus tremuloides*) in the Grand Mesa area, Colorado. Ecological Applications 14:1603-1614.

Kurzel, B. P. 2004. Regeneration dynamics of persistent quaking aspen (*Populus tremuloides*) in western Colorado. Thesis, Department of Geography, University of Colorado, Boulder.

Langenheim, J. H. 1962. Vegetation and environmental patterns in the Crested Butte area, Gunnison County, Colorado. Ecological Monographs 32:249-285.

Manier, D. J., and R. D. Laven. 2002. Changes in landscape patterns associated with the persistence of aspen (*Populus tremuloides* Michx.) on the western slope of the Rocky Mountains, Colorado. Forest Ecology and Management 167:263-284.

Meinecke, E. P. 1929. Quaking aspen: a study in applied forest pathology. United States Department of Agriculture, Technical Bulletin No. 155.

Mitton, J. B. and Grant, M. C. 1996. Genetic variation and the natural history of quaking aspen. BioScience 46:25-31.

Morgan, M. D. 1969. Ecology of aspen in Gunnison County, Colorado. American Midland Naturalist 82:204-227.

Moritz, M. A. 1997. Analyzing extreme disturbance events: fire in Los Padres National Forest. Ecological Applications 7:1252-1262.

Mueggler, W. F. 1976. Type variability and succession in Rocky Mountain aspen. Pages 16-19 in: Proceedings of the symposium, Utilization and marketing as tools for aspen management in the Rocky Mountains, USDA Forest Service General Technical Report RM-29.

Mueggler, W. F. 1985. Vegetation associations. Pages 45-55 in DeByle et al.. (1985).

Mueggler, W. F. and Bartos, D. L. 1977. Grindstone Flat and Big Flat exclosures - a 41-year record of changes in clearcut aspen communities. USDA Forest Service Research Paper INT-195.

Packard, F. M. 1942. Wildlife and aspen in Rocky Mountain National Park, Colorado. Ecology 23:478-482.

Parker, A. J. and Parker, K. C. 1983. Comparative successional roles of trembling aspen and lodgepole pine in the southern Rocky Mountains. Great Basin Naturalist 43:447-455.

Patton, D. R. and Avant, H. D. 1970. Fire stimulated aspen sprouting in a spruce-fir forest in New Mexico. USDA Forest Service Research Note RM-159.

Paulson, D.D., and W.L. Baker. 2006. The nature of southwestern Colorado: recognizing human legacies and restoring natural places. University Press of Colorado. 386 p.

Perala, D. A. 1974. Prescribed burning in an aspen - mixed hardwood forest. Canadian Journal of Forest Research 4:222-228.

Peterson, E. B. and Peterson, N. M. 1992. Ecology, management, and use of aspen and balsam poplar in the prairie provinces, Canada. Forestry Canada, Northwest Region, Northern Forestry Centre, Special Report 1.

Quintilio, D.; Alexander, M. E., and Ponto, R. L. 1991. Spring fires in a semimature trembling aspen stand in central Alberta. Forestry Canada, Northwest Region, Northern Forestry Centre, Information Report NOR-X-323.

Reynolds, H. G. 1969. Aspen grove use by deer, elk, and cattle in southwestern coniferous forests. USDA Forest Service Research Note RM-138.

Ripple, W. J., and E. J. Larsen. 2000. Historic aspen recruitment, elk, and wolves in northern Yellowstone National Park. Biological Conservation 95:361-370.

Robbins, W. W. 1910. Climatology and vegetation in Colorado. Botanical Gazette 49:256-280.

Rogers, P. 2002. Using Forest Health Monitoring to assess aspen forest cover change in the southern Rockies ecoregion. Forest Ecology and Management 155:223-236.

Rolf, J.M. 2001. Aspen fencing in northern Arizona: a 15-year perspective. Pages 193-196 *in*: Shepperd et al. (2001).

Romme, W.H., et al. 1992. Old-growth forests of the San Juan National Forest in southwestern Colorado. Pages 154-165 in: Old-growth forests in the southwest and Rocky Mountain regions. USDA Forest Service General Technical Report RM-213.

Romme, W. H., M. G. Turner, L. L. Wallace, and J. S. Walker. 1995. Aspen, elk, and fire in northern Yellowstone National Park. Ecology 76:2097-2106.

Romme, W.H., M.G. Turner, R.H. Gardner, W.W. Hargrove, G.A. Tuskan, D.G. Despain, and R. Renkin. 1997. A rare episode of sexual reproduction in aspen (*Populus tremuloides* Michx.) following the 1988 Yellowstone fires. Natural Areas Journal 17:17-25.

Romme, W. H., L. Floyd-Hanna, D. D. Hanna, and E. Bartlett. 2001. Aspen's ecological role in the West. Pages 243-259 in: Shepperd et al. (2001

Schier, G. A. 1975. Deterioration of aspen clones in the middle Rocky Mountains. USDA Forest Service Research Paper INT-170.

Schier, G. A. and Campbell, R. B. 1978. Aspen sucker regeneration following burning and clearcutting on two sites in the Rocky Mountains. Forest Science 24:303-308.

Schier, G. A.; Shepperd, W. D., and Jones, J. R. 1985. Regeneration. Pages 197-208 in DeByle (1985).

Schier, G. A. and Smith, A. D. 1979. Sucker regeneration in a Utah aspen clone after clearcutting, partial cutting, scarification, and girdling. USDA Forest Service Research Note INT-253.

Scott, V. E.; Whelan, J. A., and Svoboda, P. L. 1980. Cavity-nesting birds and forest management. Pages 311-324, in: DeGraff, Richard M. (technical coordinator), Workshop proceedings: management of western forests and grasslands for nongame birds. USDA Forest Service General Technical Report INT-86.

Severson, K. E. and Thilenius, J. F. 1976. Classification of quaking aspen stands in the Black Hills and Bear Lodge Mountains. USDA Forest Service Research Paper RM-166.

Shepperd, W. D. and F. W. Smith. 1993. The role of near-surface lateral roots in the life cycle of aspen in the central Rocky Mountains. Forest Ecology and Management 61:157-170.

Shepperd, W. D. 1993. Initial growth, development, and clonal dynamics of regenerated aspen in the Rocky Mountains. USDA Forest Service Research Paper RM-312.

Shepperd, W. D. 1996. Response of aspen root suckers to regeneration methods and post-harvest protection. USDA Forest Service Research Paper RM-RP-324.

Shepperd, W. D. and M. L. Fairweather. 1994. Impact of large ungulates in restoration of aspen communities in a southwestern ponderosa pine ecosystem. Pages 344-347 in: Covington, W. Wallace, and Leonard F. DeBano (technical coordinators), Sustainable ecological systems: implementing an ecological approach to land management. USDA Forest Service General Technical Report RM-247.

Shepperd, W. D., D. Binkley, D. L. Bartos, T. J. Stohlgren, and L. G. Eskew (compilers). 2001. Sustaining aspen in western landscapes: symposium proceedings; 13-15 June 2000; Grand Junction, CO. USDA Forest Service, Rocky Mountain Research Station, Proceedings RMRS-P-18.

Shields, W. J. Jr. and Bockheim, J. G. 1981. Deterioration of trembling aspen clones in the Great Lakes region. Canadian Journal of Forest Research 11:530-537.

Smith, A. E., and F. W. Smith. 2005. Twenty-year change in aspen dominance in pure aspen and mixed conifer/aspen stands on the Uncompahgre Plateau, Colorado, USA. Forest Ecology and Management 213:338-348.

Swetnam, T. W., and C. H. Baisan. 1996. Historical fire regime patterns in the southwestern United States since AD 1700. Pages 11-32 in: Allen, C. D. (technical editor), Fire effects in southwestern forests: proceedings of the second La Mesa fire symposium, Los Alamos, 1994. USDA Forest Service General Technical Report RM-GTR-286.

Tanner, V. M. and Hayward, C. L. 1934. A biological study of the La Sal Mountains, Utah. Report No. 1 (Ecology). Proceedings of the Utah Academy of Sciences, Arts and Letters XI:209-235.

Tuskan, G. A., K. E. Francis, S. L. Russ, W. H. Romme, and M. G. Turner. 1996. RAPD markers reveal diversity within and among clonal and seedling stands of aspen in Yellowstone National Park, U.S.A. Canadian Journal of Forest Research 26:2088-2098.

Veblen, T. T. 2000. Disturbance patterns in southern Rocky Mountain forests. Chapter 2 in Knight, R. L., F. W. Smith, S. W. Buskirk, W. H. Romme, and W. L. Baker (editors), Forest fragmentation in the southern Rocky Mountains. University Press of Colorado.

Veblen, T. T., T. Kitzberger, and J. Donnegan. 2000. Climatic and human influences on fire regimes in ponderosa pine forests in the Colorado Front Range. Ecological Applications 10(4):1178-1195.

Wall, R. E. 1971. Variation in decay in aspen stands as affected by their clonal growth pattern. Canadian Journal of Forest Research 1:141-146.

Westerling, A. L., H. D. Hidalgo, D. R. Cayan, and T. W. Swetnam. 2006. Warming and earlier spring increases western U.S. forest wildfire activity. Science 313:940-943.

Westworth, D. A. and Telfer, E. S. 1993. Summer and winter bird populations associated with five age-classes of aspen forest in Alberta. Canadian Journal of Forest Research 23:1830-1836.

Winternitz, B. L. 1980. Birds in aspen. Pages 247-257, in: DeGraff, Richard M. (technical coordinator), Workshop proceedings: management of western forests and grasslands for nongame birds. USDA Forest Service General Technical Report INT-86.

Worrall, J.J. and several others. 2008. Rapid mortality of *Populus tremuloides* in southwestern Colorado, USA. Forest Ecology and Management 255:686-696.

Zier, J. L., and W. L. Baker. 2006. A century of vegetation change in the San Juan Mountains, Colorado: An analysis using repeat photography. Forest Ecology and Management 228:251-262.

# CHAPTER V: MIXED CONIFER FORESTS

William H. Romme, Jeffery S. Redders, M. Lisa Floyd, David Hanna

## A. VEGETATION STRUCTURE AND COMPOSITION

Mixed conifer forests are perhaps the most variable and complex of any forest type in the southwestern mountains, in terms of species composition, stand structure, and dynamics. They also have received relatively little research attention (Romme et al. 1992). Consequently, we have a relatively poor understanding of the long-term ecological dynamics and interactions that have shaped the mixed conifer landscape in the past, and that explain biotic responses to current management activities.

The mixed conifer forest type occurs at elevations ranging from about 2270 – 3030 m (7,500 – 10,000 ft). It is associated with the montane and subalpine climatic zones, the frigid and cryic soil temperature regimes, and the ustic and udic soil moisture regimes throughout the South Central Highlands Section. This diverse forest type includes the following major tree species: white fir (*Abies concolor*), Douglas-fir (*Pseudotsuga menziesii*), ponderosa pine (*Pinus ponderosa*), Engelmann spruce (*Picea engelmannii*), subalpine/corkbark fir (*Abies lasiocarpa*/*arizonica*), and quaking aspen (*Populus tremuloides*). Blue spruce (*Picea pungens*) or southwestern white pine (*Pinus strobiformis*) also may be locally important, but are often absent or rare in mixed conifer stands. The distribution and abundance of these species within an individual stand is dependent on microclimate (as reflected by soil temperature and moisture regimes, aspect, and topography), previous disturbance by fire or insects, and past management practices (particularly timber harvest and fire exclusion). Timber harvest has selectively removed Douglas-fir, ponderosa pine, and Engelmann spruce from many of these forests, while fire exclusion has allowed white fir to increase on many sites.

Environmental conditions, species composition, and disturbance regimes in the mixed conifer zone are intermediate between the adjacent ponderosa pine zone at lower elevations (Chapter II) and the adjacent spruce-fir zone at higher elevations (Chapter III). The high elevation spruce-fir and low elevation ponderosa pine forests have distinctive and very different structural and dynamic characteristics, and the mid-elevation mixed conifer forests represent a transition between these two distinctive types, with characteristics of both spruce-fir and ponderosa pine forest types. This is one reason why mixed conifer forests are so very complex and heterogeneous in structure, composition, and disturbance history.

To help make sense of this complexity and variability within the mixed conifer zone, either two or three general sub-types or "phases" are commonly recognized within the wide spectrum of the mixed conifer forest type in the South Central Highlands Section. The phases of mixed conifer forest are distinguished on the basis of (i) soil and climatic conditions, (ii) tree

species composition, and (iii) predominant disturbance regimes during the reference period. Unfortunately, research to date is not sufficient to permit a confident conclusion as to which of these two classification systems is most appropriate, and indeed, each is useful for different purposes. Therefore, in this chapter we briefly describe each classification, and then refer to one or the other throughout the remainder of the text, depending on which system works better for a particular question at hand. A high priority for research is to improve our understanding of the basic patterns of historical species distributions, the range of stand and landscape structures, and disturbance regimes of the mixed conifer forest zone.

The two-phase classification recognizes a **warm-dry** phase of mixed conifer forests, generally at lower elevations, and a **cool-moist** phase, generally at higher elevations (Table V-1a). Ponderosa pine is the key indicator species for the **warm-dry** phase, and many stands contain additional species from the ponderosa pine forests of lower elevations, e.g., Gambel oak (*Quercus gambelii*), *Mahonia repens*, and *Poa fendleriana*. Indeed, **warm-dry** mixed conifer forests resemble ponderosa pine forests in terms of general stand structure and disturbance regimes. However, **warm-dry** mixed conifer forests differ significantly from ponderosa pine forests in that Douglas-fir and white fir are also important components of most **warm-dry** mixed conifer forests, and historical disturbance regimes also differ, as explained below. The second sub-type of mixed conifer forest, the **cool-moist** phase, is characterized by the absence (or near-absence) of ponderosa pine, a greater abundance of Douglas-fir and white fir, and, on some sites, the occurrence of several species more typical of the spruce-fir zone, notably subalpine/corkbark fir and Engelmann spruce. Disturbance regimes in the **cool-moist** mixed conifer zone also resemble the spruce-fir zone, as explained below.

The three-phase classification of mixed conifer forests (Table V-1b) retains the same **warm-dry** phase as in the two-phase classification, but subdivides the former cool-moist phase into two units: a **cool-moist** phase with the same name as before but a different definition, and a new **cold-wet** phase. The **warm-dry** and **cold-wet** phases represent the extremes in variability of stand structure, composition, and dynamics within this remarkably heterogeneous forest type, while the **cool-moist** phase is intermediate. Douglas-fir and white fir are the constant species occurring throughout the mixed conifer forest type in this three-phase classification, while ponderosa pine is the key indicator species for the **warm-dry** phase, and subalpine/corkbark fir and Engelmann spruce are the key indicator species for the **cold-wet** phase. Ponderosa pine, Engelmann spruce, and subalpine/corkbark fir are absent or only minor components in the **cool-moist** mixed conifer phase.

We can see the transition from **warm-dry** to **cool-moist** (in the two-phase classification) or **cold-wet** (in the three-phase classification) mixed conifer forests in the Sand Bench area, located in the Pagosa District of the San Juan National Forest. Sand Bench is a relatively flat ridge-top underlain by Dakota sandstone and surrounded by deep rugged canyons.

----------------------------------------------------------------

Table V-1. Distinguishing features of mixed conifer forests in the South Central Highlands Section. (a) Comparison of **warm-dry** and **cool-moist** mixed conifer forests in the two-phase classification system (see text). (b) Comparison of **warm-dry**, **cool-moist**, and **cold-wet** mixed conifer forests in the three-phase classification system (see text).

(a)

| | Warm-Dry Mixed Conifer | Cool-Moist Mixed Conifer |
|---|---|---|
| Environments | lower elevations, mostly southerly aspects | higher elevations, mostly northerly aspects |
| Major Species | ponderosa pine, Douglas-fir, white fir, Gambel oak, other shrubs | white fir, subalpine fir, Douglas-fir, aspen, Engelmann spruce, snowberry, other shrubs |
| Disturbance Regime | recurrent, non-lethal fires (20-50 yr intervals); rare lethal fires (>100 yr. intervals) | lethal fires at long intervals (>100 yr.); occasional small non-lethal fires; landscape patch mosaic |
| Common Stand Structure | overstory of ponderosa pine and/or Douglas-fir; understory of white fir, and oak | even-aged or all-aged stands of variable species composition and structure |
| Regeneration of Canopy Trees | episodic establishment of pine and Douglas-fir, perhaps mainly after fire; adult trees survive non-lethal fire | Episodic or continual establishment of conifers between fires; aspen and possibly Douglas-fir establish primarily after fire |
| Regeneration of Understory Species | continual establishment of white fir during intervals between fires; both mature and juvenile fir killed by most fires | continual establishment of white fir and other shade-tolerant conifers during intervals between fires; most trees killed by most fires |

(b)

| | Warm-Dry Mixed Conifer | Cool-Moist Mixed Conifer | Cold-Wet Mixed Conifer |
|---|---|---|---|
| Environments | lower elevations, mostly southerly aspects | middle elevations and all aspects | higher elevations, mostly northerly aspects |
| Major Species | ponderosa pine, Douglas-fir, white fir, Gambel oak, other shrubs | white fir, Douglas-fir, aspen, snowberry, other shrubs | Engelmann spruce, white fir, subalpine fir, Douglas-fir, aspen, snowberry, other shrubs |
| Disturbance Regime | recurrent, non-lethal fires (20-50 yr intervals); rare lethal fires (>100 yr. intervals) | fires of mixed severity (lethal and non-lethal) and highly variable interval (50 – 200 yr) | lethal fires at long intervals (>200 yr.); occasional small non-lethal fires; landscape patch mosaic |
| Common Stand Structure | overstory of ponderosa pine, Douglas-fir and white fir; understory of white fir and oak | even-aged or all-aged stands of variable species composition and structure | even-aged or all-aged stands of variable species composition and structure |
| Regeneration of Canopy Trees | episodic establishment of pine and Douglas-fir, perhaps mainly after fire; adult trees survive non-lethal fire | Episodic or continual establishment of conifers between fires; aspen and possibly Douglas-fir establish primarily after fire | Episodic or continual establishment of conifers between fires; aspen and possibly Douglas-fir establish primarily after fire |
| Regeneration of Understory Species | continual establishment of white fir during intervals between fires; both mature and juvenile fir killed by most fires | continual establishment of white fir and other shade-tolerant conifers during intervals between fires; most trees killed by most fires | continual establishment of white fir and other shade-tolerant conifers during intervals between fires; most trees killed by most fires |

-------------------------------------------------------------------

The elevation gradually increases from 2,700 m (9,000 ft) at the south end of the ridge to 2,900 m (9,600 ft) at the north end, over a distance of 2 miles. Jamieson and Romme (1991) characterized plant composition and forest structure in six unlogged stands on Sand Bench, including two stands at the lower end, two in the middle, and two at the upper end. At the lower end of Sand Bench, one finds **warm-dry** mixed conifer forest with ponderosa pine, Douglas-fir, white fir, aspen, the shrubs Gambel oak, *Arctostaphylos uva-ursi*, and *Chimaphila umbellatum*, the herbs *Delphinium nelsoni* and *Mertensia fusiformis*, and other species characteristic of lower elevations (Table V-2). In contrast, the upper end of Sand Bench supports **cool-moist** or **cold-wet** mixed conifer forest, with Douglas-fir, white fir, subalpine fir, Engelmann spruce, aspen, the shrubs *Lonicera involucrata*, *Sambucus microbotrys*, and *Vaccinium myrtillis*, the herbs *Arnica cordifolia*, *Erythronium grandiflorum*, *Geranium richardsonii*, *Pedicularis racemosa*, and other species characteristic of higher elevations (Table V-2).

Other common understory species found in **warm-dry** mixed conifer forests of the South Central Highlands Section include the shrubs *Amelanchier alnifolia*, *Arctostaphylos uva-ursi*, *Mahonia repens*, *Symphoricarpos rotundifolius*, and the herbs *Achillea lanulosa*, *Antennaria rosea*, *Carex geyeri*, *Elymus elymoides*, *Erigeron formosissimus*, *Geranium caespitosum*, *Koeleria macrantha*, *Lathyrus leucanthus*, *Poa fendleriana*, *Poa pratensis*, *Potentilla hippiana*, *Pseudocymopterus montanus*, and *Solidago simplex*.

Other common understory species found in **cool-moist** or **cold-wet** mixed conifer forests of the South Central Highlands Section include the shrub *Rubus parviflorus*, and the herbs *Actaea rubra*, *Aquilegia elegantula*, *Artemisia franserioides*, *Bromopsis canadensis*, *Carex geyeri*, *Erigeron eximius*, *Fragaria vesca*, *Goodyera oblongifolia*, *Lathyrus leucanthus*, *Ligusticum porteri*, *Luzula parviflora*, *Maianthemum stellatum*, *Mertensia ciliata*, *Oreochrysum parryi*, *Orthilia secunda*, *Osmorhiza depauperata*, *Pyrola minor*, and *Viola canadensis*.

As emphasized previously, much additional research is needed to clarify species distribution patterns in this remarkably complex and heterogeneous forest type. For example, an especially curious and unexplained distribution pattern is seen in white fir, which is present (often abundant) in most of the mixed conifer forests of the South Central Highlands Section, but is rare or absent in the country west of the Animas River watershed and throughout the Uncompahgre Plateau -- even though soils, topography, and climate in these latter areas do not appear to be strikingly different.

## B. REFERENCE CONDITIONS

In the paragraphs below we summarize the results of empirical studies on historical fire regimes in mixed conifer forests of the South Central Highlands. We also have reconstructed historical landscape patterns and changes by means of a dynamic landscape simulation model (RMLANDS), which provides a somewhat different but complementary

---------------------------------------------------------------

Table V-2. Density of tree species (stems/ha, all size classes > 1 m tall), determined by the point-quarter-distance method, and percent cover of selected shrub and herbaceous species, visually estimated, along an elevational gradient in the Sand Bench study area, San Juan National Forest. See Jamieson and Romme (1991) for sampling details and for complete floristic list (12 species of shrubs, 48 forbs, 10 graminoids, 1 fern, 1 lichen, and 10 bryophytes).

| Species | Upper Stands (9,500 - 9,600 ft) | Middle Stands (9,200 - 9,300 ft) | Lower Stands (9,000 - 9,100 ft) |
|---|---|---|---|
| Trees: | | | |
| *Abies lasiocarpa* | 520 | 76 | 0 |
| *Picea engelmannii* | 502 | 313 | 0 |
| *Populus tremuloides* | 82 | 152 | 45 |
| *Pseudotsuga menziesii* | 39 | 110 | 105 |
| *Abies concolor* | 18 | 30 | 92 |
| *Pinus ponderosa* | 0 | 0 | 53 |
| Shrubs: | | | |
| *Vaccinium myrtilus* | 50 - 75 % | 50 - 75 % | 25 - 50 % |
| *Sambucus microbotrys* | 1 - 5 % | 0 | 0 |
| *Lonicera involucrata* | 1 - 5 % | 0 | 0 |
| *Symphoricarpos oreophilus* | 1 - 5 % | 1 - 5 % | 1 - 5 % |
| *Pachystima myrsinites* | 1 - 5 % | 1 - 5 % | 1 - 5 % |
| *Mahonia repens* | 0 | 1 - 5 % | 1 - 5 % |
| *Rosa sp.* | 0 | 1 - 5 % | 1 - 5 % |
| *Quercus gambelii* | 0 | 0 | 1 - 5 % |
| *Arctostaphylos uva-ursi* | 0 | 0 | 1 - 5 % |
| *Chimaphila umbellata* | 0 | 0 | 1 - 5 % |
| Herbs: | | | |
| *Erythronium grandiflorum* | 5 - 25 % | 1 - 5 % | 1 - 5 % |
| *Geranium richardsonii* | 5 - 25 % | 1 - 5 % | 0 |
| *Pedicularis racemosa* | 5 - 25 % | 1 - 5 % | 0 |
| *Arnica cordifolia* | 5 - 25 % | 25 - 50 % | 0 |
| *Carex geyeri* | 1 - 5 % | 25 - 50 % | 1 - 5 % |
| *Bromus carinatus* | 1 - 5 % | 5 - 25 % | 1 - 5 % |
| *Claytonia lanceolata* | 0 | 0 | 1 - 5 % |
| *Delphinium nelsoni* | 0 | 0 | 1 - 5 % |
| *Mertensia fusiformis* | 0 | 0 | 1 - 5 % |
| Mosses: | | | |
| *Mnium arizonicum* | 1 - 5 % | 1 - 5 % | 0 |
| *Ceratodon purpureus* | 0 | 0 | 1 - 5 % |

---------------------------------------------------------------

picture of the spatial and temporal variability that characterized this complex vegetation type. We do not present the results of RMLANDS in this report, but refer the reader to McGarigal and Romme (2005).

1. **Warm-Dry** Mixed Conifer Forests

During the period of indigenous settlement, many of the **warm-dry** mixed conifer forests of the South Central Highlands Section appear to have been composed of relatively open stands dominated by large ponderosa pine, Douglas-fir, and white fir trees. The understory contained saplings of white fir, Douglas-fir, aspen in some places, Gambel oak (*Quercus gambelii*), and other shrubs. This kind of stand structure was maintained in part by recurrent fires of relatively low to moderate intensity, although patches of stand-replacing fire probably also were present. Research to date is not sufficient to permit any confident estimates of how large or how frequent these patches of stand-replacing fire may have been. Similar stand structures and dynamics (but different composition in places) have been described for mixed conifer forests in northern Arizona (Fule et al. 2003, Mast and Wolf 2004), western Montana (McCune 1983), the eastern Cascades of Washington and Oregon (Agee 1993), eastern California (Taylor 1993, Taylor and Skinner 1998, Urban et al. 2000, Stephens 2001) Baja California (Stephens et al. 2003, Stephens and Gill 2005), and in the southwestern region as a whole (Jones 1974).

We documented pre-1880 fire history in three warm-dry mixed conifer stands (Monument, Taylor Creek, and Burnette Canyon; see Tables II-1 and II-2 in Chapter II), as part of a broader study of fire history in ponderosa pine forests of the San Juan National Forest (Grissino-Mayer et al. 2004). Median fire intervals in these three stands during the pre-1870 reference period ranged from 18 - 28 years when all fires are considered, or from 21 - 27 years for extensive fires that scarred at least 50 % of recorder trees. (See Chapter II for a discussion of fire history methodology and statistics.) Note that there is little difference in these statistics for all fires and for extensive fires only, indicating that most fires in warm-dry mixed conifer forests were relatively extensive. This is in contrast to fire history in pure ponderosa pine forests where many fires were very small and patchy, such that median intervals for extensive fires were about twice as long as the intervals for fires of any size (Chapter II). When we considered all fire intervals (rather than the median intervals referred to above), we determined that ninety percent of fire intervals during the reference period would be expected to lie between 3 and 73 years for fires of any size, or between 4 and 82 years for extensive fires. These intervals are longer than the intervals documented for pure ponderosa pine forests (Chapter II), but substantially shorter than intervals between successive fires in spruce-fir forests (Chapter III). With respect to fire intervals, as with many other ecological characteristics, mixed conifer forests are intermediate between the extremes of low-elevation and high-elevation forests of the South Central Highlands Section.

Wu (1999) conducted a similar fire history study at three sites in the Pagosa District of the San Juan National Forest. The sites were predominantly

warm-dry mixed conifer forest, although portions of two of the sites could be classified as cool-moist mixed conifer. Median fire intervals (for fires that scarred ≥25% of recorder trees) at these three sites prior to 1880 ranged from 18-41 years (Table 3.1, p. 74 in Wu 1999). These intervals are similar to those found by Grissino-Mayer et al. (2004), but the greater range in Wu's study further illustrates the variability in fire history of mixed conifer forests.

Roughly half of the fire scars detected in the three mixed conifer stands sampled by Grissino-Mayer et al. (2004) were formed during the summer growing season, and half were formed during the dormant season, either spring or early fall (Table II-4 in Chapter II). Similarly, Wu (1999) found that most fires burned either in the dormant season or early in the growing season. These fires apparently killed few of the mature canopy trees, but probably killed most of the small understory trees and shrubs. During the longer intervals between fires, the understory species increased in density and size, and some white fir and Douglas-fir grew into the canopy. However, these species are relatively fire-sensitive, especially when small, and many individuals were killed by the next fire. In contrast, the mature ponderosa pine and Douglas-fir trees have thick bark that would enable them to survive most fires. Large, old white fir also have relatively thick bark, and some of these probably also survived low to moderate intensity fires. Occasionally, especially under conditions of severe and prolonged dry weather, the warm-dry mixed conifer stands probably were subjected to intense crown fires that killed even the mature pine and Douglas-fir (Fule et al. 2003).

It has been suggested that recruitment of ponderosa pine, and possibly also Douglas-fir, may have been at least partially dependent on periodic, low-intensity fires of the kind documented in warm-dry mixed conifer forests; the reasoning is that such fires would create suitable seed beds but not kill the seed source in the canopy. However, Wu (1999) found only weak correlations between local fire dates and tree establishment. Abundant aspen recruitment (sprouting from surviving root systems – Chapter IV) occurred consistently after fire, but ponderosa pine, Douglas-fir, and white fir established after some fires in some locations and not in others. More recent research by Brown and Wu (2005) indicates that ponderosa pine recruitment in the San Juan Mountains is more closely associated with moist climatic periods than with fire. Nevertheless, when climatic conditions are suitable, pine seedlings may become established most readily in an environment of bare mineral soil and freedom from competition. These conditions are created by a low-severity fire, but they gradually disappear within several years after fire. Thus, it has been suggested that the canopy was composed of several, relatively discrete age classes of pine and Douglas-fir that had established after fires in the past—although Wu's (1999) age structure data do not support this idea. In contrast to the shade-intolerant pine, white fir seedlings establish readily in a litter-covered soil under moderately shady conditions. Thus, there was continual recruitment of white fir during the intervals between fire, but heavy mortality of fir in all age classes whenever fire occurred (Wu 1999). Aspen and Gambel oak also are easily top-killed by fire, but both

reproduce vegetatively via root sprouting. These two species usually produce a large cohort of new stems immediately after a fire, but also recruit new stems for at least a portion of the time between successive fires (as long as the canopy remains relatively open). A more extensive study of mixed conifer age structure and fire history is underway in the Piedra region of the San Juan National Forest (Brown and Wu, unpublished data), which will improve our understanding of relationships between tree establishment, fire, and climate.

2. **Cool-Moist** or **Cold-Wet** Mixed Conifer Forests

The **cool-moist** or **cold-wet** phase of mixed conifer forests historically had a very different stand structure and disturbance regime than the warm-dry mixed conifer forests. **Cool-moist** or **cold-wet** mixed conifer forests grow in areas that are too wet for the frequent fires that characterize the lower-elevation forest types. Late-lying snowpacks and more frequent summer rains keep fuels moist throughout most of the fire season in most years. Consequently, stands regularly may persist for many decades or centuries without fire. When fires finally do occur during prolonged dry periods, the fuel bed that has developed during the long fire-free period can support a high-intensity fire that kills most of the above-ground vegetation in the stand. Carissa Aoki (Colorado State University, unpublished data) is completing a study of fire history in a **cool-moist** mixed conifer forest near Pagosa Springs, Colorado. Pre-1900 fires in this area burned at mixed severity, with patches of lethal fire interspersed with patches of low tree mortality, resulting in a spatially complex and temporally variable landscape mosaic of stands having a spectrum of structural and compositional characteristics.

The successional process that may occur after lethal fires in **cool-moist** or **cold-wet** mixed conifer forests is extremely variable, and depends on the nature of the stand that burned as well as the details of fire intensity and behavior. If the fire is large and intense enough to kill all of the conifers and conifer seed in the canopy, then the stand may come back as an aspen forest. In a smaller or less intense fire, sufficient conifer seed may survive in the crowns of the fire-killed trees or may be dispersed into the area from nearby survivors to restock the stand at something very nearly like its pre-fire composition. Therefore, it is possible to find a wide range of variation in stand structure within **cool-moist** or **cold-wet** mixed conifer forests, as a result of variation in the time since the last fire, in the nature of that last fire, and in the nature of the forest that burned. At a landscape scale, **cool-moist** or **cold-wet** mixed conifer forest may include conifer-dominated stands, mixed stands of conifers and aspen, and aspen-dominated patches.

3. Other Agents Of Disturbance In Mixed Conifer Forests:

In addition to fire, other important agents of natural disturbance in all mixed conifer forests during the reference period included windthrow, fungal diseases, and outbreaks of various insect species. Although these disturbances were important in localized areas, they probably had far less impact on landscape-scale forest dynamics than fire – with the exception of spruce

budworm outbreaks, which may have been as important as fire.

The western spruce budworm (*Choristoneura occidentalis*) is a native insect that feeds on the new foliage of conifers, and can kill or reduce growth rates in host trees. Despite its name, the spruce budworm usually does not feed on spruce trees, but prefers instead white fir, subalpine fir, and Douglas-fir (Furniss and Carolin 1977, Hadley and Veblen 1992, Swetnam and Lynch 1994). Low-level, endemic populations of spruce budworm are nearly always present in mixed conifer and spruce-fir stands, where they have little impact on stand structure or dynamics. However, periodic outbreaks of either local or regional extent may suppress growth or kill great numbers of trees over large areas (Swetnam and Lynch 1994, Schmid and Mata 1996). The spruce budworm kills predominantly smaller fir or Douglas-fir trees and saplings. Individual Douglas-fir trees differ substantially in their resistance or susceptibility to western spruce budworm defoliation (Chen et al. 2001). Spruce budworm outbreaks occurred at intervals of 20 - 33 years in southern Colorado and northern New Mexico during the 18th and 19th centuries (Swetnam and Lynch 1994). The most recent major outbreak in the San Juan National Forest was in the late 1970s and early 1980s (personal observations).

With respect to disturbance history and landscape-scale dynamics, the mixed conifer forests probably are the least well understood of all of the forest types in the South Central Highlands Section. One reason is their inherent compositional variability and complexity. Another is the fact that – until the Missionary Ridge and Million fires in 2002 -- there were few recent fires in this forest type to provide us with direct information on fire effects and biotic responses. Post-fire studies in the areas burned in 2002 will provide important insights into fire effects and ecosystem responses to fires of variable intensity throughout a variety of mixed conifer forest stands. We also need additional research on disturbance history and successional processes in the full range of mixed conifer forest types. The Williams Creek Research Natural Area is an excellent potential location for reconstructing stand dynamics in **cool-moist** or **cold-wet** mixed conifer forests, but this potential has not yet been realized. As discussed in Chapter VII on management challenges and opportunities, we also can gain important insights into the basic ecology of this forest type by including a research component in upcoming timber harvests and other management activities.

## 4. Alternative Successional Trajectories in Mixed Conifer Forests

One of the key questions that should be addressed in future research is the extent to which stand composition and structure vary over time on any individual site within the mixed conifer forest zone. Jones (1974) suggested that different successional trajectories could occur in mixed conifer forests, depending on local site conditions, the nature and intensity of the disturbance, and other events (e.g., herbivory) happening after disturbance. Unfortunately, Jones' prescient ideas have not been further tested, and this question remains very uncertain. We suggest that the physical environments of the lowermost and uppermost portions of the mixed conifer zone in the South

Central Highlands Section can support only a **warm-dry** or a **cold-wet** type of mixed conifer forest, respectively. However, we hypothesize that the environment within the broad middle portion of the mixed conifer zone (the **cool-moist** mixed conifer phase in the three-phase classification) is potentially suitable for the entire suite of mixed conifer forest structures -- from warm-dry mixed conifer forest, to cold-wet mixed conifer forest, to nearly pure aspen forest. We hypothesize further that many individual sites have switched back and forth among these structural types over the last thousands of years in response to variability in disturbance frequency, intensity, and type. This hypothesis is summarized in Figure V-1, using the three-phase classification of mixed conifer forests. We emphasize that this figure is intended mainly for heuristic purposes; the model of alternative successional trajectories that it depicts has not yet been adequately tested.

We begin with a "generic" mixed conifer stand (upper center portion of Figure V-1). Such a stand may contain any of the major tree species of the mixed conifer zone, and may exhibit a wide array of structural and compositional characteristics, depending on its past history. This generic mixed conifer stand may initially undergo any one of three major successional trajectories, in response to the environmental gradients of elevation, aspect, and micro-climate (temperature and moisture).

The trajectory to the left of the generic mixed conifer forest in Figure V-1 takes one to warm, dry sites that normally occur at lower elevations and often on southerly aspects, and leads to the development of a "classic" **warm-dry mixed conifer forest** that has a relatively open canopy and that is maintained by non-lethal fires. If non-lethal fires occur at relatively short intervals (3 to 30 years), the canopy remains dominated by large ponderosa pine, Douglas-fir, and white fir, and the open stand structure provides opportunities for the shade-intolerant ponderosa pine component to regenerate when favorable climatic conditions occur. Thus, the classic **warm-dry** mixed conifer forest structure is maintained in part by recurrent, non-lethal fires, especially on relatively mesic sites at lower elevations that potentially could support a canopy of shade-tolerant species in the absence of disturbance.

If non-lethal fires occur in **warm-dry mixed conifer forests** at very long intervals (hundreds of years), or occur on the long end of the fire return interval (40 to 73 years), many of the understory individuals (including ponderosa pine) will grow into the overstory canopy, and thus perpetuate the species composition and the regeneration potential of the warm-dry mixed conifer type. This latter scenario however may reduce the competitiveness of the ponderosa pine component in the future, as the more closed overstory canopy will favor the regeneration of the more shade-tolerant white and Douglas fir trees.

The trajectory moving further down from the **warm-dry** phase on the left side of Figure V-1 results from lethal fire and produces, at least initially, a **seral Gambel oak-dominated shrubland**. Because Gambel oak re-sprouts readily and abundantly after fire, whereas the conifers have to become reestablished more slowly via seed germination, the stand is initially

---

MIXED CONIFER FORESTS – SUCCESSIONAL TRAJECTORIES




Figure V-1. Hypothesized alternative successional trajectories in mixed conifer forests of the South Central Highlands Section. More research is needed to test this model.

---

converted to a Gambel oak-dominated community. If another fire does not occur within the next few centuries, then succession may return the stand to something like its original mixed composition. However, if the Gambel oak stand burns again within 50 years or so (i.e., before the young conifers become reproductive), then the stand may be converted to a **stable Gambel oak-dominated shrubland** that persists for a very long time (potentially centuries) even without subsequent fires (see Chapter VI). Hanks and Dick-Peddie (1974) suggest a similar prolonged successional stage dominated by *Quercus gambelii* or *Robinia neomexicana* in the White Mountains of southeastern New Mexico.

The trajectory to the right of the generic mixed conifer forest in Figure V-1 takes one to cold, wet sites that normally occur at higher elevations and often on northerly aspects, and leads to the development of a "classic" **cold-wet mixed conifer forest** that has a closed canopy and a very long fire-free disturbance interval (hundreds of years). Stands are dominated by shade-tolerant white and subalpine firs, Engelmann spruce, and Douglas-fir in both the overstory canopy and understory strata. This forest structure may persist indefinitely in the absence of disturbance. We note that Douglas-fir is somewhat less shade-tolerant than the firs and spruce, so it may gradually decrease in abundance over extremely long time periods without major disturbance. However, because we currently have no detailed age structure data from very old stands of **cold-wet** mixed conifer forest, the trends described here are necessarily speculative. A high research priority should be to locate and sample age structure in several old stands of undisturbed **cold-wet** mixed conifer forest, to improve our understanding of long-term successional dynamics in this little-studied forest type.

The trajectory moving straight down from the generic mixed conifer forest in Figure V-1 takes one to cool, moist sites that normally occur at elevations between those of the **warm-dry** and **cold-wet mixed conifer phases,** and leads to the development of a "classic" **cool-moist mixed conifer forest** that has a relatively closed canopy and a long fire-free disturbance interval (many decades to centuries). Stands are dominated by shade-tolerant white fir and Douglas-fir in both the overstory canopy and understory strata. This forest structure may persist indefinitely in the absence of disturbance, although Douglas-fir is somewhat less shade-tolerant than white fir, so it may gradually decrease in abundance over extremely long time periods without major disturbance.

We must stress again that the successional trajectories in Figure V-1 are partly speculative. The mixed conifer forest type is perhaps the most complex and least well understood of all the types in the South Central Highlands Section. It appears that a wide range of stand structures and dynamics is possible within this elevational zone, depending on local climatic and soils conditions and on the local disturbance history. The mixed conifer forest type contains elements of the ecology of both the ponderosa pine forests at lower elevations and the spruce-fir forests at higher elevations. A high priority for future research should be to rigorously test ideas like those embodied in Figure V-1, to improve our understanding of the long-term successional dynamics and

inherent variability of mixed conifer forests in the South Central Highlands Section.

5. Landscape Patterns in Mixed Conifer Forests of the Hermosa Unit

We can gain a glimpse into the natural patterns and processes of mid-elevation landscapes of the South Central Highlands Section by examining the Hermosa unit, a roadless area located just north of Durango in the San Juan National Forest. This 80,000-acre area is relatively pristine; no logging has occurred, except around the fringes, but fires have been suppressed, and livestock grazing and recreation are important uses. In 1993, a team of Fort Lewis College researchers sampled floristic composition, stand structure, and stand age in 85 forest stands (10x30 m) distributed throughout the Hermosa area (Romme et al. 1996). The sample stands were stratified into five general sub-regions, which represented the full range of elevation and topographic conditions within the study area.

The Hermosa unit contains mostly steep, rugged topography underlain by finely inter-bedded sandstones, shales, and limestones of the Hermosa Formation (Pennsylvanian Period). Elevations range from 2,070 m (6,850 ft) in the Jones Creek region to 3,740 m (12,340 ft) in the Monument Hill region on the north slopes of the La Plata Mountains. In this study the vegetation was classified according to habitat types – a classification system based on the species that would dominate a site following a very long period without disturbance (DeVelice et al. 1986). A great variety of mixed conifer forest types are represented in the Hermosa area: the *Abies concolor*, *Pseudotsuga menziesii*, and *Picea pungens* series at middle elevations (corresponding to **cool-moist** mixed conifer forests), the *Pinus ponderosa* series at the lowest elevations (corresponding to ponderosa pine and **warm-dry** mixed conifer forests), the *Abies lasiocarpa* and *Picea engelmannii* series at the highest elevations (corresponding to **cold-wet** mixed conifer forests or spruce-fir forests), and riparian series along perennial streams (DeVelice et al. 1986, Romme et al. 1996).

The structure, composition, and distribution of plant communities are strongly controlled by gradients in elevation and topography. At lower elevations, below about 2,700 m (9,000 ft), south-facing slopes are dominated either by open forests of ponderosa pine with Gambel oak in the understory, or by oak-dominated shrublands. North-facing slopes, at this elevation, generally support closed forests of ponderosa pine and Douglas-fir. Middle elevations (2,700 – 3,000 m (9,000 - 10,000 ft)) are mostly forested with Engelmann spruce, subalpine/corkbark fir, and Douglas-fir stands on north-facing slopes, and predominantly aspen stands on south-facing slopes. At the highest elevations (>3,000 m (10,000 ft)) the forests are mostly spruce-fir or aspen, with alpine meadows and rock fields at elevations above timberline. Narrow strips of riparian forest extend along major creeks and support a diverse assemblage of trees, shrubs, and herbs. Small meadows are found throughout the area on deep alluvial soils along streams or on shallow soils on ridgetops and south-facing slopes.

The richness of vascular plants (number of species per 10 x 30 m plot) within the Hermosa study area was

strongly influenced by elevation. The greatest richness (40 + species per plot) was seen most often in stands at lower to middle elevations (<2,700 m (9,000 ft)), whereas higher elevation stands (>2,700 m (9,000 ft)) usually had < 30 species per plot (Table V-3). Aspect, steepness of the slope, and forest habitat type did not have significant effects on species richness.

The Hermosa landscape has been shaped not only by gradients in elevation and topography, but also by past fires. Both of the major types of fire regimes that characterize the South Central Highlands Section -- the low-elevation fire regime of frequent low-severity fires, and the high-elevation fire regime of infrequent high-severity fires -- were important in the Hermosa landscape during the pre-1870 reference period. The pure ponderosa pine forests and **warm-dry** mixed conifer forests were affected primarily by frequent, low-severity fires that maintained an open stand structure with a broad range of tree sizes and ages. In contrast, the **cold-wet** mixed conifer forests, spruce-fir forests, and aspen forests, all were influenced mainly by infrequent stand-replacing fires that created a mosaic of stands of varying ages across the middle and high elevation portions of the landscape. However, it is important to recognize that low-severity fires occasionally occurred in the high elevation stands, and intense fires sometimes killed all of the trees in patches of the low elevation forests. The result is a complex and variable landscape pattern that apparently was characteristic of mixed conifer forests throughout the South Central Highlands Section during the period of indigenous settlement.

---

Table V-3. Richness of vascular plants (number of species per 10 x 30 m plot) in the Hermosa study area as a function of elevation zone. The numbers in the cells of the table depict the number of sample stands within each elevational zone that had the indicated number of vascular plant species.

| | Elevation (feet) | | | |
|---|---|---|---|---|
| Number of Species | < 8,000 | 8,000 - 9,000 | 9,001 - 10,000 | > 10,000 |
| < 30 | 1 | 8 | 9 | 10 |
| 30 - 39 | 3 | 20 | 5 | 3 |
| 40 + | 7 | 16 | 1 | 2 |

---

*Spatial Patterns in Fire History in the Hermosa Unit*:

Although the disturbance history of the Hermosa unit is complex and not completely understood, we can identify some of the major spatial patterns in fire history and fire effects from the distribution of stand ages in different parts of the landscape. We collected 5 - 10 increment cores from the dominant trees in each of the 85 sample stands, and estimated the approximate date of stand origin from the age structure of the

dominant tree cohort. This was possible in most of the higher-elevation stands, and some lower-elevation stands, where the last disturbance was severe enough to be followed soon afterwards by establishment of a more or less even-aged cohort of trees. It was not possible in many lower-elevation stands, and some higher elevation stands, where repeated low-severity fires had maintained an all-aged tree population. In many stands, especially at the higher elevations, the last stand-replacing disturbance had occurred so long ago that the initial post-fire tree cohort was no longer intact or recognizable. We were unable to assign a precise stand age to these stands, but we did determine that they were at least as old as the oldest tree sampled (see Romme and Knight 1981, and Chapters III and IV in this report, for further discussion of the issues related to estimating stand age in Rocky Mountain forests).

Minimum, maximum, and median stand ages generally increased with increasing elevation (Table V-4), although the oldest stand actually was found at a middle elevation. This trend indicates that fire intervals gradually lengthen as elevation increases, probably because of wetter conditions at the higher elevations. This interpretation is further supported by the very different fire frequencies that we have documented for ponderosa pine forests at the lowest elevations and spruce-fir forests at the highest elevations (Chapters II and III). What is interesting here is that the mixed conifer forest type is intermediate between these two extremes of fire regimes and exhibits some characteristics of each extreme.

One reason why stand ages do not increase monotonically with elevation is because of the effects of aspect. At any elevation the north-facing slopes are relatively cooler and wetter than the south-facing slopes. Accordingly, minimum, maximum, and median stand ages are greater on mesic north-facing aspects than on xeric south-, west-, and east-facing aspects (Table V-5).

Stand ages also differed among habitat types. Minimum, maximum, and median stand ages were greatest in spruce-fir habitat types (*Abies lasiocarpa* series), somewhat less in **cool-moist** mixed conifer types (*Abies concolor*, *Pseudotsuga menziesii*, and *Picea pungens* series), and least in the aspen types (Table V-6). This pattern probably reflects the gradient in moisture conditions from relatively dry aspen forests (mostly on south-facing slopes in the Hermosa area) to the wettest conditions in high-elevation spruce-fir forests (mostly on north-facing slopes in the Hermosa area). Once again, the mixed conifer forests are intermediate in this gradient from wet to dry.

In addition to effects of elevation, aspect, and habitat type, landscape context (location of a stand with respect to other elements of the landscape) influences fire intervals. The minimum, maximum, and median stand ages are greater in stands located on the west side of Hermosa Creek than in stands located on the east side (Table V-7). This indicates that fire intervals have been generally longer on the west side of the creek, even though elevations are comparable on both sides. The mechanism for this difference in fire history may be related to the presence of a high alpine ridge (Indian Trail Ridge) that extends along the western border of the study area. The ridge may act as a barrier to fires spreading into the

Hermosa area from the west (the direction of prevailing winds). Thus, fires would have to be ignited directly within the forests on the west side of Hermosa Creek to burn in that area. In contrast, fires ignited almost anywhere within the Hermosa unit could be driven by the wind into the area on the east side of the creek. Subtle variation in disturbance history, similar to this example in the Hermosa area, most likely characterize mixed conifer forests throughout the South Central Highlands Section.

---

Table V-4. Stand ages (time since last stand-replacing disturbance) with respect to elevation in mixed conifer forests of the Hermosa study area.

| Elevation (feet) | Number of Stands | Minimum Stand Age | Median Stand Age | Maximum Stand Age |
|---|---|---|---|---|
| < 8,000 | 4 | 85 | 115 | 160 |
| 8,001 - 9,000 | 22 | 95 | 183 | > 322 |
| 9,001 - 10,000 | 8 | 50 | 138 | 220 |
| > 10,000 | 4 | 195 | 220 | > 243 |

Table V-5. Stand ages (time since last stand-replacing disturbance) with respect to aspect in mixed conifer forests of the Hermosa study area.

| Aspect | Number of Stands | Minimum Stand Age | Median Stand Age | Maximum Stand Age |
|---|---|---|---|---|
| *Xeric* (east, southeast, south, southwest, & west) | 19 | 50 | 135 | > 311 |
| *Mesic* (north, northwest, & northeast) | 18 | 100 | 198 | > 322 |

Table V-6. Stand ages (time since last stand-replacing disturbance) with respect to habitat type series (DeVelice et al. 1986) in mixed conifer forests of the Hermosa study area.

| Habitat Type Series | Number of Stands | Minimum Stand Age | Median Stand Age | Maximum Stand Age |
|---|---|---|---|---|
| *Populus tremuloides* | 3 | 50 | 95 | 120 |
| *Abies concolor* | 10 | 70 | 125 | > 296 |
| *Abies lasiocarpa* | 23 | 110 | 200 | > 322 |

Table V-7. Stand ages (time since last stand-replacing disturbance) with respect to landscape context (location east or west of Hermosa Creek) in mixed conifer forests of the Hermosa study area.

| Landscape Context | Number of Stands | Minimum Stand Age | Median Stand Age | Maximum Stand Age |
|---|---|---|---|---|
| East of Hermosa Creek | 22 | 50 | 158 | > 320 |
| West of Hermosa Creek | 16 | 95 | 220 | > 322 |

---

## C. LEGACIES OF EURO-AMERICAN SETTLEMENT AND CURRENT CONDITIONS

The major Euro-American impacts on **warm-dry** mixed conifer forests are similar to impacts in ponderosa pine forests, which are detailed in Chapter II of this report. Impacts in **cool-moist** or **cold-wet** mixed conifer forests are similar to impacts in spruce-fir forests (Chapter III). A brief summary of the major effects is provided below.

1. <u>Legacies of Grazing and Fire Exclusion</u>

The introduction of large herds of cattle and sheep, beginning in the 1870s, led to possibly profound changes in the herbaceous component of the forest communities (Fleischner 1994). Livestock grazing also removed fine herbaceous fuels that formerly carried low-intensity surface fires over extensive areas, and resulted in a relatively sudden and dramatic drop in fire frequency in the late 19th century (Swetnam and Baisan 1996). The Forest Service also actively suppressed fires throughout most of the 20th century. As a result of heavy grazing and active fire control, many mixed conifer forest stands that formerly burned every 5 - 40 years, now have had no fire for over 100 years. Livestock use on the National Forests has been regulated since the early 1930s, but many areas at lower elevations (including ponderosa pine and **warm-dry** mixed conifer forests) may still show the effects of excessive grazing at the turn of the 20th century. These effects include altered herbaceous communities and unusually long fire intervals.

In contrast with the striking impacts of Euro-American settlement in lower elevation forests, the fire regimes of **cool-moist** or **cold-wet** mixed conifer and other high elevation forests, were not so strongly affected by early grazing and fire suppression. Fire frequency and behavior in high elevation forests were controlled primarily by weather conditions, not fuels, and most fires that covered large areas were severe, stand-replacing fires. Thus, removal of fine herbaceous fuels by livestock grazing did not have as much impact on fire spread in these crown-fire ecosystems as it did in lower elevation forests. There were few large fires during the 20th century in cool, wet mixed conifer and

other high elevation forests of the South Central Highlands Section, but this may be due as much to wet weather conditions and limited ignitions as to active fire suppression efforts. It should be noted that fire exclusion at lower elevations (e.g., ponderosa pine forests) may partially explain the lack of fires at higher elevations during the last century; in previous centuries, fires may have commonly ignited at lower elevations and then spread into higher elevations when weather conditions were suitable. This hypothesis needs further testing, however.

2. Legacies of Logging and Road Building

Extensive logging occurred throughout the lower elevation forests of the South Central Highlands Section, beginning in the late 1800s and especially during the first half of the 20th century. In nearly all of the accessible stands of ponderosa pine forest, the large trees were selectively removed. As a result, current stand structures are dominated by younger trees that became established over the first three decades of the 20th century. Much of the **warm-dry** mixed conifer forest zone also was logged in this manner. The combination of fire exclusion, selective logging, and favorable climatic conditions for young tree establishment in the early 20th century, has created an unusual stand structure in many warm-dry mixed conifer forests today. The large, old ponderosa pine and Douglas-fir trees that formerly dominated the canopy are now gone, and the stands are dominated by smaller, young individuals of pine, Douglas-fir, and white fir. White fir especially has increased in density during the long fire-free period of the 20th century, and establishment of new ponderosa pine and Douglas-fir individuals has tapered off or stopped in many stands, probably because of the dense stand conditions (Wu 1999). A comparison of historic photos from the San Juan Mountains with the same scenes today reveals increased conifer density in many places (Zier and Baker 2006). However, the exact mechanism underlying the increase in conifer density cannot be determined from the photos alone, and it may be a combination of the factors described above. Moreover, we must stress that not all forests in the South Central Highlands Section have become more dense in the last century: Manier et al. (2005) compared forest cover in 1937 and 1994 on the Uncompahgre Plateau (Figure I-1), and found a very slight net change, as small increases in conifer cover in some areas were balanced by small decreases in other areas, with a complex spatial pattern of increases and decreases.

In contrast to lower-elevation forests, the **cool-moist** or **cold-wet** mixed conifer forests and other high elevation forest types were not subjected to extensive logging until the middle of the 20th century in many portions of the South Central Highlands Section. Nearly all of the timber harvests in mixed conifer forests have involved some form of partial cutting; little clear-cutting has occurred in this forest type. Both partial cutting and clear-cutting usually require roads for access. The history and impacts of logging and road-building on the San Juan National Forest are discussed in Chapter VII.

Many of the partial cuts in mixed conifer forests during the 1950s - 1970s emphasized selective removal of the

high-value canopy trees, with little disturbance to the smaller trees or the species of lower economic value. This kind of treatment created some unusual stand structures that do not resemble the kinds of structures resulting from natural disturbances. In **warm-dry** mixed conifer forests, for example, low-severity fires formerly removed mainly smaller tree size classes and left most of the canopy dominants intact. The fires also created suitable seedbeds for pine and Douglas-fir regeneration. Some of the selective logging operations of the 1950s - 1970s did just the reverse: they removed the canopy dominants and left the understory intact, and did not create forest floor conditions conducive to pine or Douglas-fir regeneration.

Similarly, in some **cool-moist** or **cold-wet** mixed conifer forests, selective removal of the large Douglas-fir produced stand structures that would not develop through natural successional processes. Natural fires or budworm outbreaks would kill a large proportion of small trees, as well as some large ones, and would affect both Douglas-fir and true firs. In contrast, partial timber harvests of the 1950s - 1970s generally focused on large individuals of commercially valuable species, and left most of the true firs and small stems of all species. Some of these stands are now dominated by a dense growth of small to moderate sized firs and shrubs, with little or no Douglas-fir regeneration. Douglas-fir may not become re-established in such stands for centuries, unless fire or restoration treatment is applied. See Chapter VII for some ideas on how to deal with these issues.

## D. SUMMARY

The mixed conifer forest type occurs at elevations ranging from about 2270 – 3030 m (7,500 – 10,000 ft). Mixed conifer forests are perhaps the most variable and complex of any forest type in the southwestern mountains, in terms of species composition, stand structure, and dynamics. They also have received relatively little research attention Consequently, we have a relatively poor understanding of the long-term ecological dynamics and interactions that have shaped the mixed conifer landscape in the past, and that explain biotic responses to current management activities.

Environmental conditions, species composition, and disturbance regimes in the mixed conifer zone are intermediate between characteristics of the adjacent ponderosa pine zone at lower elevations and characteristics of the adjacent spruce-fir zone at higher elevations. Mixed conifer forests in the South Central Highlands Section can be divided into either two or three general sub-types or "phases." The two-phase classification recognizes a **warm-dry** phase, generally at lower elevations, and a **cool-moist** phase, generally at higher elevations. **Warm-dry** mixed conifer forests resemble ponderosa pine forests in general stand structure, but Douglas-fir and white fir are also important components of these forests. **Cool-moist** mixed conifer forests typically lack ponderosa pine, have a greater abundance of Douglas-fir and white fir, and, on some sites, include subalpine/corkbark fir and Engelmann spruce. The three-phase classification of mixed conifer forests retains the same

**warm-dry** phase, but subdivides the cool-moist phase into two units: a **cool-moist** phase with the same name as before but a different definition, and a new **cold-wet** phase. Ponderosa pine is the key indicator of the **warm-dry** phase, and subalpine/corkbark fir and Engelmann spruce are the key indicators of the **cold-wet** phase. Douglas-fir and white fir are the constant species occurring throughout the mixed conifer forest type in this three-phase classification, while ponderosa pine, Engelmann spruce, and subalpine/corkbark fir are absent or only minor components in the **cool-moist** mixed conifer phase of the three-phase classification.

During the period of indigenous settlement, many of the **warm-dry** mixed conifer forests of the South Central Highlands Section appear to have been composed of relatively open stands dominated by large ponderosa pine, Douglas-fir, and white fir trees. The understory contained saplings of white fir, Douglas-fir, aspen in some places, Gambel oak, and other shrubs. This kind of stand structure was maintained in part by recurrent fires of relatively low to moderate intensity, although patches of stand-replacing fire probably also were present, and relatively dense stands could be found in places. Fire intervals in **warm-dry** mixed conifer forests typically were measured in decades, and were longer than in ponderosa pine forests but shorter than in forest types at higher elevations. **Cool-moist** or **cold-wet** mixed conifer forests grow in areas that are too wet for the frequent fires that characterize the lower-elevation forest types. Late-lying snowpacks and more frequent summer rains keep fuels moist throughout most of the fire season in most years. Consequently, stands regularly may persist for many decades or centuries without fire. When fires finally do occur during prolonged dry periods, the fuel bed that has developed during the long fire-free period can support a high-intensity fire that kills most of the above-ground vegetation in the stand. Pre-1900 fires in **cool-moist** or **cold-wet** mixed conifer forests occurred at intervals of many decades to centuries, and typically burned at mixed severity, with patches of lethal fire interspersed with patches of low tree mortality. The result was a spatially complex and temporally variable landscape mosaic of stands having a spectrum of structural and compositional characteristics.

In addition to fire, other important agents of natural disturbance in all mixed conifer forests during the reference period included windthrow, fungal diseases, and outbreaks of various insect species. Although these disturbances were important in localized areas, they probably had far less impact on landscape-scale forest dynamics than fire – with the exception of spruce budworm outbreaks, which may have been as important as fire.

The major Euro-American impacts on **warm-dry** mixed conifer forests are generally similar to impacts in ponderosa pine forests. Extensive and unregulated livestock grazing, which began in the late 1800s, removed fine herbaceous fuels that formerly carried low-intensity surface fires, and resulted in a relatively sudden and dramatic drop in fire frequency. Today, many **warm-dry** mixed conifer stands have not burned in over one hundred years, and many have greater tree densities than was typical of the reference period. Euro-American impacts on **cool-moist**

or **cold-wet** mixed conifer forests are generally similar to impacts in spruce-fir forests. Fire regimes of **cool-moist** or **cold-wet** mixed conifer were not so strongly affected by early grazing and fire suppression. Fire frequency and behavior in these and other high elevation forests were controlled primarily by weather conditions, not fuels, and most fires that covered large areas were severe, stand-replacing fires. There were few large fires during the 20th century in **cool-wet** mixed conifer and other high elevation forests of the South Central Highlands Section, but this may be due as much to wet weather conditions and limited ignitions as to active fire suppression efforts. Many **cool-moist** or **cold-wet** mixed conifer forests have high tree densities today, but this does not represent a major departure from historical conditions in these forests.

Extensive logging occurred throughout the lower elevation forests of the South Central Highlands Section, beginning in the late 1800s and especially during the first half of the 20th century. In nearly all of the accessible stands of ponderosa pine and **warm-dry** mixed conifer forest, the large trees were selectively removed. The combination of fire exclusion, selective logging, and favorable climatic conditions for young tree establishment in the early 20th century, has created an unusual stand structure in many **warm-dry** mixed conifer forests today. The large, old ponderosa pine and Douglas-fir trees that formerly dominated the canopy are gone, and the stands now are dominated by smaller, young individuals of pine, Douglas-fir, and white fir. White fir especially has increased in density during the long fire-free period of the 20th century, and establishment of new ponderosa pine and Douglas-fir individuals has tapered off or stopped in many stands, probably because of the dense stand conditions

In contrast to lower-elevation forests, the **cool-moist** or **cold-wet** mixed conifer forests and other high elevation forest types were not subjected to extensive logging until the middle of the 20th century in many portions of the South Central Highlands Section. Nearly all of the timber harvests in mixed conifer forests have involved road building and some form of partial cutting; little clear-cutting has occurred in this forest type. Selective removal of the high-value canopy trees, with little disturbance to the smaller trees or the species of lower economic value, has created some unusual stand structures that do not resemble the kinds of structures resulting from natural disturbances. Some of these stands are now dominated by a dense growth of small to moderate sized firs and shrubs, with little or no Douglas-fir regeneration. Douglas-fir may not become re-established in such stands for centuries, unless fire occurs or an active restoration treatment is applied.

## E. LITERATURE CITED

Agee, J. K. 1993. Fire ecology of Pacific Northwest forests. Island Press, Washington, D.C.

Brown, P. M., and R. Wu. 2005. Climate and disturbance forcing of episodic tree recruitment in a southwestern ponderosa pine landscape. Ecology 86:3030-3038.

Chen, Z., T. E. Kolb, and K. M. Clancy. 2001. Mechanisms of Douglas-fir resistance to spruce budworm defoliation: bud burst phenology, photosynthetic compensation and growth rate. Tree Physiology 21:1159-1169.

DeVelice, R. L., J. A. Ludwig, W. H. Moir, and F. Ronco, Jr. 1986. A classification of forest habitat types of Northern New Mexico and southern Colorado. USDA Forest Service General Technical Report RM-131.

Fleischner, T. L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology 8:629-644.

Fule, P. Z., J. E. Crouse, T. A. Heinlein, M. W. Moore, W. W. Covington, and G. Verkamp. 2003. Mixed-severity fire regime in a high-elevation forest of Grand Canyon, USA. Landscape Ecology 18:465-486.

Furniss, R. L., and V. M. Carolin. 1977. Western forest insects. USDA Forest Service Miscellaneous Publication Number 1339. Washington, D.C. 654 p.

Grissino- Mayer, H. D., W. H. Romme, M. L. Floyd, and D. D. Hanna. 2004. Climatic and human influences on fire regimes of the southern San Juan Mountains, Colorado, USA. Ecology 85:1708-1724.

Hadley, K. S. and T. T. Veblen. 1992. Stand response to western spruce budworm and Douglas-fir bark beetle outbreaks, Colorado Front Range. Canadian Journal of Forest Research 23: 479-491.

Hanks, J. P., and W. A. Dick-Peddie. 1974. Vegetation patterns of the White Mountains, New Mexico. Southwestern Naturalist 18:371-382.

Jamieson, D. W., and W. H. Romme. 1991. A floristic and ecological assessment of the Sand Bench area, Archuleta and Hinsdale Counties, Colorado, San Juan National Forest. Unpublished report to the Colorado Natural Areas Program, Colorado State University, Fort Collins, CO 80523.

Jones, J. R. 1974. Silviculture of southwestern mixed conifers and aspen: the status of our knowledge. USDA Forest Service Research Paper RM-122.

Manier, D. J., N. T. Hobbs, D. M. Theobald, R. M. Reich, M. A. Kalkhan, and M. R. Campbell. 2005. Canopy dynamics and human caused disturbance on a semi-arid landscape in the Rocky Mountains, USA. Landscape Ecology 20:1-17.

Mast, J. N., and J. J. Wolf. 2004. Ecotonal changes and altered tree spatial patterns in lower mixed conifer forests, Grand Canyon National Park, Arizona, U.S.A. Landscape Ecology 19:167-180.

McCune, B. 1983. Fire frequency reduced two orders of magnitude in the Bitterroot Canyons, Montana. Canadian Journal of Forest Research 13:212-218.

McGarigal, K., and W. H. Romme. 2005. Historic range of variability in landscape structure and wildlife habitat, San Juan National Forest (http://www.umass.edu/landeco/research/rmlands/rmlands.html).

Romme, W. H., and D. H. Knight. 1981. Fire frequency and subalpine forest succession along a topographic gradient in Wyoming. Ecology 62:319-326.

Romme, W.H., D.W. Jamieson, J.S. Redders, G. Bigsby, J. P. Lindsey, D. Kendall, R. Cowen, T. Kreykes, A.W. Spencer, and J.C. Ortega. 1992. Old growth forests of the San Juan National Forest in southwestern Colorado. Pages 154-165 in: Kaufmann, M.R., W. H. Moir and R.L. Bassett (Technical Coordinators). Old-growth forests in the southwest and Rocky Mountain regions: Proceedings of a Workshop. USDA Forest Service General Technical Report RM-213.

Romme, W. H., D. W. Jamieson, D. Kendall, A. W. Spencer, S. Allerton, J. Follett, D. Grant, K. Kanigel, D. Kinnibrugh, M. March, Y. Potemkin, S. Sage, and T. Tichy. 1996. Biological diversity in the Hermosa unit, San Juan National Forest. Final report to San Juan National Forest, June 15, 1996. Biology Department, Fort Lewis College, Durango, CO 81301.

Schmid, J. M., and S. A. Mata. 1996. Natural variability of specific forest insect populations and their associated effects in Colorado. USDA Forest Service General Technical Report RM-GTR-275.

Stephens, S. L. 2001. Fire history differences in adjacent Jeffrey pine and upper montane forests in the eastern Sierra Nevada. Internationa Journal of Wildland Fire 10:161-167.

Stephens, S. L., and S. J. Gill. 2005. Forest structure and mortality in an old-growth Jeffry pine - mixed conifer forest in north-western Mexico. Forest Ecology and Management 205:15-28.

Stephens, S. L., C. N. Skinner, and S. J. Gill. 2003. Dendrochronology-based fire history of Jeffrey pine - mixed conifer forests in the Sierra San Pedro Martir, Mexico. Canadian Journal of Forest Research 33:1090-1101.

Swetnam, T. W., and A. M. Lynch. 1994. Multicentury, regional-scale patterns of western spruce budworm outbreaks. Ecological Monographs 63:399-424.

Swetnam, T. W., and C. H. Baisan. 1996. Historical fire regime patterns in the southwestern United States since AD 1700. Pages 11-32 in Allen, C. D. (technical editor). 1996. Fire effects in southwestern forests: proceedings of the second La Mesa fire symposium, Los Alamos, 1994. USDA Forest Service General Technical Report RM-GTR-286.

Taylor, A. H. 1993. Fire history and structure of red fir (Abies magnifica) forests, Swain Mountain Experimental Forest, Cascade Range, northeastern California. Canadian Journal of Forest Research 23:1672-1678.

Taylor, A. H., and C. N. Skinner. 1998. Fire history and landscape dynamics in a late-successional reserve, Klamath Mountains, California, USA. Forest Ecology and Management 111:285-301.

Urban, D. L., C. Miller, P. N. Halpin, and N. L. Stephenson. 2000. Forest gradient response in Sierran landscapes: the physical template. Landscape Ecology 15:603-620.

Wu, R. 1999. Fire history and forest structure in the mixed conifer forests of southwest Colorado. Thesis, Department of Forest Sciences, Colorado State University, Fort Collins, CO 80523.

Zier, J. L., and W. L. Baker. 2006. A century of vegetation change in the San Juan Mountains, Colorado: An analysis using repeat photography. Forest Ecology and Management 228:251-262.

# CHAPTER VI: OTHER VEGETATION TYPES

William H. Romme, Jeffery S. Redders, Lisa Floyd-Hanna, and David D. Hanna

In this chapter we examine seven types of vegetation that cover relatively small areas within the mountainous portions of the South Central Highlands Section but are nevertheless of great importance ecologically. Piñon-juniper woodlands (A) are very extensive in the Four Corners region, but occupy only the lower elevation landscapes around the margins of the mountainous area that is the main focus of this report. Mountain grasslands (B) and riparian vegetation and wetlands (C) are found over a large range of elevation throughout the region, but they tend to have patchy distributions and the total area covered by these types of vegetation is small. Alpine ecosystems (D) are found above the upper timberline, and are most extensive in the San Juan Mountains. Mountain shrublands (E) are interspersed within piñon –juniper woodlands and ponderosa pine forests, primarily at the lower elevations throughout the South Central Highlands Section. Lodgepole pine forests (F) are very extensive in the mountains to the north of our study area, but native stands cover only a small area in the northeastern portion of the South Central Highlands Section, and other small stands have been planted elsewhere. Bristlecone pine forests (G), are restricted to high elevations primarily on the east sides of high mountain masses, and cover only a small total area.

Another set of distinctive vegetation types is found in the low-elevation landscapes of the Uncompahgre Plateau, which comprises the northwestern portion of the South Central Highlands Section. These semi-arid vegetation types (e.g., salt desert and semi-desert grassland) are not treated here, because this report focuses on the higher-elevation ecosystems of the mountainous portions of the South Central Highlands Section. However, we provide a detailed treatment of the low-elevation, semi-arid vegetation types in a companion report that focuses on the Uncompahgre Plateau area (Romme, W. H. 2003, Vegetation types, condition classes, and successional trajectories in the Uncompahgre Plateau region, southwestern Colorado, unpublished report to GMUG National Forest, Delta, CO).

## A: PINYON-JUNIPER WOODLANDS

### 1. Vegetation Structure and Composition

Piñon-juniper vegetation covers a vast area in western North America, and exhibits a wide range of stand structures and dynamics (Romme et al. 2009). Between 1650-2300 m elevations in Arizona, New Mexico, Colorado, and Utah, woodlands of *Pinus edulis* and *Juniperus osteosperma* (Colorado piñon pine and Utah juniper) form the dominant vegetative community (Floyd 2003). *Juniperus monosperma* is also important in the southernmost portions of the South Central highlands Section (Romme et al. 2009). At the lowest and

driest elevations, the woodland is represented by only scattered juniper situated on sites that minimize competition from shrubs and herbs. At this low end of the zone, annual precipitation may be less than 30 cm (12 in). Juniper becomes more abundant as mean annual precipitation increases with elevation. Piñon appears and becomes more common than juniper as the average annual precipitation approaches 35 cm (14 in) and increases to 45 cm (18 in). Piñon-juniper stands in this upper portion of the zone grow taller and closer together than in lower-elevation stands. Piñon-juniper stands continue to occupy sites on steep slopes with south exposures up to about 2600 m, especially those protected against fire by cliffs or barren areas. The Utah juniper of lower elevations is replaced by *Juniperus scopulorum* (Rocky Mountain juniper) as moisture increases and mean annual temperature declines. Piñon pine and Rocky Mountain juniper continue as subordinate elements of the Gambel oak-Ponderosa pine community up to about 2900 m.

As a rule, the distribution of piñon-juniper woodland is bounded below by the 30 cm (12 in) isohyet and above by the 45 - 50 cm (18 – 20 in) isohyet. The upper boundary, however, is not a physiological limit for any of the tree species; rather the more moist climate at higher elevations apparently permits relatively more mesophytic species, e.g., ponderosa pine, Gambel oak, and Douglas-fir, to out-compete piñon and juniper.

Precipitation patterns alone do not drive vegetation patterns. A heterogeneous vegetational mosaic also arises out of the complex dissection of the region into canyons and mesas, hills and valleys, and south-facing and north-facing slopes. Even if the land were completely flat, recurring natural disturbances such as fire and disease would create a mosaic of habitats. Differences in soils arising out of various parent rocks, depositional processes, and weathering create diverse microhabitats as well. Long-term climatic variability, as well as local anomalies such as the rain shadow in the lee of Sleeping Ute Mountain near Cortez, Colorado, prevent the establishment of a single, uniform type of vegetation over any large portion of the area. Generally, pinon and juniper form an open woodland on drier sites, but can form a closed-canopy forest on wetter sites, e.g., in parts of the Mesa Verde cuesta. Woodlands may include a prominent component of grass or shrubs, or may simply support very sparse vegetation with much exposed rock or bare soil.

Although piñon-juniper woodlands and forests are often thought of as low-diversity ecosystems, especially where the trees form a closed canopy (Huber et al 1999, Naillon et al. 1999), they can support a rich understory flora. In Mesa Verde National Park, variation in canopy density had little effect on species richness in the understory. In a comprehensive vegetation study involving nearly 400 sampling areas, the number of understory forbs and shrubs was the same in open and dense canopies (averaging 12 species per 100 $m^2$), with a slightly greater number (16 species per 100 $m^2$) in the intermediate canopies (Floyd and Colyer 2003). Fungi, mosses, and organisms that form soil crusts also are very diverse in the old piñon-juniper woodlands on the Mesa Verde cuesta (Belnap 2003, Belnap and Lindsey 2003). Similar understory diversity is reported from the Uncompahgre Plateau in western Colorado (P. Lyons, personal

communication) and northeastern Utah (Austin 1999). *Purshia tridentata* (bitterbrush) is the dominant understory shrub on much of the Mesa Verde cuesta, and other common species include Gambel oak, Utah serviceberry, big sagebrush, *Artemisia nova* (black sagebrush), *Fendlera rupicola* (fendlerbush), and *Peraphyllum ramossisimum* (squaw apple). The forb layer varies considerably across elevations and among microsites, but common forbs include *Astragalus scopulorum, Calochortus nuttallii, Commandra umbellata, Cryptantha bakerii, Cymopterus bulbosus, C. purpurescens, Eriogonum racemosa, Lupinus ammophila, Lomatium triternatum, L. grayii, Penstemon linearoides, Pedicularis centranthera, Petradoria pumila*, and *Yucca baccata*. Grasses are abundant in some places, but not in others, depending on local soil conditions and history of grazing and fire. Dense patches of the common *Poa fendleriana* (muttongrass) attain 80% cover in some areas on the Mesa Verde cuesta,, providing soil stability through the plant's intricate root system. Muttongrass may be accompanied by *Agropyron smithii* (western wheatgrass), *A. trachycaulum* (slender wheatgrass), *Koeleria cristata* (june grass), *Oryzopsis hymenoides* (Indian rice grass), *Sitanion hystrix* (squirrel-tail grass), *Stipa comata* (needle and thread grass), and *S. viridis* (green needle grass).

2. <u>Reference Conditions in Piñon-Juniper Woodlands</u>

In addition to variation in structure and composition related to gradients of elevation, substrate, and topography, piñon-juniper woodlands were shaped in part by a variety of disturbance processes. Three fundamentally different kinds of piñon-juniper vegetation can be identified based on canopy structure, understory characteristics, and historical disturbance regimes (Romme et al. 2008, 2009). The three kinds--**persistent piñon-juniper woodlands**, **piñon-juniper savannas**, and **wooded shrublands**--are summarized in Table VI-A-1. It is important to distinguish among these kinds of piñon-juniper vegetation when discussing reference conditions, because disturbance dynamics (especially with regards to fire) differed greatly among them. There is great diversity within each of these general types with respect to species composition and stand structure, but this classification represents much of the variability in piñon-juniper vegetation across the western U.S. Two types, persistent woodlands and wooded shrublands, are common in the South Central Highlands Section. The third type, savannas, is uncommon in our region but becomes more prevalent in central and southern New Mexico and Arizona. In the sections below we summarize the main features of historical disturbance regimes in the different kinds of piñon-juniper vegetation. See Romme et al. (2008, 2009) for additional details and documentation.

*Fire*

Piñons and junipers are easily killed by even relatively low-intensity fire, because their bark is relatively thin and provides little insulation for the sensitive cambium located just below the bark. Their foliage also is very flammable, and often low-hanging, such that flames from a fire burning on the ground can sweep into the crowns of the

Table VI-A-1. Three general types of piñon and juniper vegetation in the western U.S. A field key to the three types is provided in Romme et al. (2007).

**Persistent Piñon-Juniper Woodlands**

*Canopy* -- ranging from sparse stands of scattered small trees growing on poor substrates to relatively dense stands of large trees on more productive sites. The canopy may be dominated by either piñon or juniper or both

*Understory* -- variable cover of shrubs, sub-shrubs, forbs, and grasses, but often sparse with extensive areas of litter (beneath canopies) and bare soil or rock (intercanopy)

*Site conditions* -- associated with a wide variety of substrates and topographic settings, but most commonly found on rugged uplands with shallow, coarse-textured, and often rocky soils that support relatively sparse herbaceous cover; site conditions (soils and climate) and disturbance regimes (notably infrequent fire) are inherently favorable for tree growth

*Regional Distribution* -- found in appropriate upland locations throughout the West. Persistent woodlands appear to be especially prevalent on portions of the Colorado Plateau, where precipitation is bimodal with small peaks in winter and summer

**Piñon-Juniper Savannas**

*Canopy* -- low to moderate density and cover of piñon or juniper or both

*Understory* -- well-developed and nearly continuous grass (with forb) cover; shrubs may be present but are usually only a minor component

*Site conditions* -- typically found on moderately deep, coarse to fine-textured soils in gentle upland and transitional valley settings, or where local conditions are inherently favorable for grasses

*Regional Distribution* -- especially prevalent in basins and foothills of New Mexico and Arizona where a large proportion of annual precipitation comes during the growing season

**Wooded Shrublands**

*Canopy* -- variable tree component that may range from very sparse to relatively dense

*Understory* -- well developed shrub stratum with variable grass-forb cover and composition; shrubs constitute the underlying biotic community in these ecosystems

*Site conditions* -- associated with a wide variety of substrates and topographic settings, including shallow rocky soils on mountain slopes to deep soils of inter-montane valleys; site conditions are inherently favorable for shrub growth, thus the tree component naturally waxes and wanes over time in response to a variety of climatic and disturbance factors ("areas of potential expansion and contraction" in Romme et al. 2007)

*Regional Distribution* -- especially prevalent in the Great Basin, where the precipitation pattern is winter-dominated and *Artemisia tridentata* is a dominant shrub species; however, wooded shrublands can be found throughout the West where local substrates favor shrub dominance

trees and consume all of the needles and small twigs (Leopold 1924, Barney and Frischknect 1974, Koniak 1985). After severe fire, piñons and junipers can be very slow to re-establish (Erdman 1970). They do not re-sprout, so seeds must be transported by birds and mammals into the burned area and buried in suitable growing locations. The young seedlings are vulnerable to spring drought, winter freezing and thawing, and herbivory by birds and small mammals. A new piñon or juniper tree takes many decades to grow to maturity, and a stand of piñon-juniper woodland requires centuries to develop the old-growth structural characteristics (Erdman 1970, Tress and Klopatek 1987).

Spreading, low-intensity surface fires had a very limited role in molding stand structure and dynamics of many or most piñon and juniper woodlands in the historical landscape. Historical fires generally did not "thin from below," i.e., they did not kill predominantly small trees. Instead, the dominant fire effect was to kill most or all trees and to top-kill most or all shrubs within the burned area regardless of tree or shrub size. This statement also is true of most ecologically significant fires today (Romme et al. 2008, 2009).

In many piñon and juniper woodlands, stand dynamics are driven more by climatic fluctuation, insects, and disease than by fire (Eisenhart 2004, Romme et al. 2008, 2009). Although increases in piñon and juniper density have received much attention in many areas (see below), loss of piñon and juniper (especially from marginal sites) also has occurred recently and in the past. For example, a widespread and severe piñon mortality event occurred in 2002-2004 in the Four Corners region as a result of drought, high temperatures, and bark beetle outbreaks (Breshears et al. 2005).

Historical fire rotations (i.e., the time required for the cumulative area burned to equal the size of the entire area of interest) and fire intervals at the stand level, varied from place to place in piñon and juniper woodlands but in many places were very long (generally measured in centuries). Indeed, some piñon and juniper woodlands have been stable for hundreds of years without fire, other than isolated lightning ignitions that burned only single trees or small patches and produced no significant change in stand structure. Many piñon and juniper woodlands today show no evidence of past widespread fire, although they may have burned extensively many hundreds or thousands of years ago. It appears that the longest fire rotations generally occurred in **persistent woodlands**,, and were shorter in **wooded shrublands** and **savannas**—although we have inadequate empirical data on fire histories in the latter two types of piñon and juniper vegetation (Romme et al. 2008, 2009).

*Insects and Fungal Diseases*

Stand structure and dynamics during the reference period also were influenced by bark beetle outbreaks and, at least in places, a black stain root disease. The bark beetles and the black stain fungus attack only piñon – insects and diseases generally have far less influence on juniper trees, which may be one reason why junipers often live longer than piñon. The two most important bark beetles in pinyon trees of the South Central Highlands Section are the pine engraver (*Ips pini*) and the piñon Ips (*Ips confusus*). Both species have a similar life cycle (Furniss and Carolin 1977). Adults bore through the

bark of piñon trees, and create "galleries" or tunnels, where they lay eggs. The larvae hatch and eat the inner bark, forming new galleries and killing the tree. Within two to several months, the larvae pupate and then emerge as adults to attack new trees. Trees that are infested with large numbers of beetles die in the same season that they are attacked, and their foliage turns brown in late summer or fall. Several generations may be produced in a single season, depending on temperatures and food supply.

The most important black stain root disease in piñon trees of southwestern Colorado is *Leptographium wageneri* var. *wageneri* (Kearns and Jacobi 2005). The fungus is transmitted from tree to tree via root contacts -- and possibly also an insect vector, but the vector has not yet been identified (James Worrall, personal communication). Because dispersal distances apparently are limited, piñon mortality from black stain root fungus tends to occur in patches. Thirty such patches were analyzed in the western portion of the San Juan National Forest (Kearns and Jacobi 2005): an average of 68% of adult piñon trees had died within the patches, which ranged from 0.07 - 0.63 ha in size and were expanding outward at an average rate of 1.1 m/year,

Part of the architectural diversity in mature and old-growth piñon-juniper forests is a result of canopy gaps formed by bark beetle outbreaks and spread of root disease. Bark beetle outbreaks commonly occur during drought conditions, when water stress reduces the host trees' ability to resist the beetle attack. Outbreaks also occur following any disturbance that creates large quantities of fresh piñon boles, e.g., windthrow or mechanical thinning operations (Furniss and Carolin 1977). In contrast, black stain root fungus produces the greatest piñon mortality following years of well-distributed, heavy summer rain (J. Worrall, personal communication). Extensive mortality from black stain rot fungus was observed in Mesa Verde National Park following moist periods in 1932-1934 (J. Worrall, personal communication) and in the early 1980s (personal observations). In the Mesa Verde region, and perhaps elsewhere in the South Central Highlands Section, the bark beetles and root stain may interact so closely that they can be treated as a single integrated agent of piñon mortality. Individual trees infected with black stain root fungus may be more susceptible to bark beetle attack, and thus may sustain endemic bark beetle populations during moist periods when piñon trees are otherwise resistant to bark beetle attack (J. Lundquist, personal communication). These endemic beetle populations then explode into an outbreak when drought conditions again arrive.

A major mortality event occurred from 2002 - 2004 in piñon populations of southwestern Colorado, northwestern New Mexico, and adjacent parts of Arizona and Utah (Breshears et al. 2005). An outbreak of Ips beetles contributed to the mortality of piñon trees, although many trees appear to have died from direct effects of drought stress. In addition to severe drought, the past decade has been characterized by anomalously warm temperatures in the Four Corners region (and elsewhere); these high temperatures probably intensified the water stress to which the trees were subjected, and may have accelerated growth and development in the bark beetles as well (Breshears et al. 2005).

### 3. <u>Legacies of Euro-American Settlement and Current Conditions</u>

Piñon-juniper vegetation throughout its range of distribution has been heavily used, and in some places

greatly altered, during the last 120 years. The most important impacts are those related to grazing, mechanical tree removal, wood cutting, fire suppression, and exurban development (Scurlock 1998).

*Grazing Impacts*:

In most of the South Central Highlands Section, the first large herds of livestock were introduced in the late 1800s as Euro-American settlers moved into the region (see Chapter II for details). Because the piñon-juniper zone was readily accessible, it received relatively heavy and year-round grazing pressure by sheep and cattle throughout most of the South Central Highlands Section. Apparently almost no portion of the piñon-juniper zone escaped heavy grazing during the late 1800s and early 1900s, but grazing has been largely excluded from some areas for the last several decades, e.g., in Mesa Verde National Park (Floyd 2003). Grazing continues on most public lands and many private lands throughout the South Central Highlands Section, but ecologically appropriate and sustainable grazing practices now are being used in many areas (Knight et al. 2002, White 2008).

Where grazing continues to be heavy and chronic, substantial changes in the flora have taken place (e.g., Fleischner 1994). Even where grazing is now sustainable, there may be persistent legacies of the very heavy grazing that occurred a century ago, e.g., some palatable species may have been locally extirpated and not yet recovered. However, because we have almost no specific information about composition and structure of non-woody species during the reference period, it is impossible to determine the magnitude and locations of persistent changes induced by previous grazing. See Chapter II and the discussion of grassland ecosystems below for additional discussion of this topic.

*Mechanical Tree Removal and Wood Cutting*:

Extensive programs of mechanical tree reduction were carried out in piñon-juniper woodlands during the 1950s and 1960s with a primary goal of increasing forage production for livestock. A commonly used technique was "chaining" in which a large anchor chain was attached to a pair of bulldozers and pulled through a stand, knocking down the canopy trees (Paulson and Baker 2006). Chaining has been much less utilized in the last two decades, but continues in some areas. Other techniques for thinning or removing the piñon-juniper canopy also are being experimented with, including herbicide application, mowing, and "hydro-mulching."

An important consequence of chaining is fragmentation of piñon-juniper forests and woodlands (Knight et al. 2000). However, the ecological effects of this fragmentation have not received much research attention. The effects of chaining also are usually transient, because in many places the canopy becomes re-established within one to a few decades. At one site on the western side of the Unompahgre Plateau, chaining in the 1960s had removed all canopy trees, but had not removed the small piñon and juniper saplings. The saplings grew rapidly after removal of the canopy, and today the area is covered by a dense, closed canopy stand of piñon and juniper trees (personal observations). Thinning for fuel reduction and wildfire mitigation is now being conducted over extensive areas of piñon-juniper woodland in southwestern Colorado and elsewhere in the region. However, the potential impacts of this thinning on the native biota and

ecological processes such as nutrient cycling have not been examined in any detail.

*Increasing Tree Densities*

A striking pattern in many areas is a dramatic increase in density and canopy coverage of piñon and juniper during the last 150 years. Former grasslands and shrublands in some regions also have been converted to savanna or woodland as trees have expanded into previously non-woodland sites. However, piñon and juniper densities have not changed substantially in many other woodlands, and have even declined in others; similarly, expansion of trees into formerly non-woodland sites has been less common or nearly lacking in many regions.

Although the *pattern* of increasing tree density is well documented in many areas, the *mechanisms* driving these changes are unclear. This is an important issue, because infill and expansion often are attributed primarily to effects of fire exclusion; consequently vegetation treatments designed to reduce or eliminate piñons and junipers often are justified in part by the assumption that past and present land uses have produced "unnatural" increases in tree density. Although this assumption is probably correct in some situations, clearly it is not correct in all. For example, exclusion of low-severity surface fires during the 20th century cannot be the primary reason for infill of **persistent woodlands**, because low-severity fire was never frequent in these ecosystems even before Euro-American settlement (Romme et al. 2008, 2009). Furthermore, in many places we can explain increasing tree density as recovery from severe fire or anthropogenic clearing in the past, or as natural range expansion near the biogeographical limits of a tree species. Unfortunately, the mechanisms underlying increasing tree density in existing piñon and juniper woodlands, and expansion of piñon and juniper into grasslands and shrublands, are not well understood in most situations. Possible mechanisms include recovery from past severe disturbance, natural ongoing Holocene range expansion, livestock grazing, fire exclusion, and effects of climatic variability and rising atmospheric $CO_2$. In general there is much uncertainty about the ecological process(es) driving tree density increases in any particular location. The evidence for and against each of these potential mechanisms is evaluated in Romme et al. (2009).

*Large Severe Fires*

An upsurge of large fires (>400 ha) in forested landscapes throughout much of the western U.S began in the mid-1980s (Westerling et al. 2006). Increasing trends in large fire frequency and total area burned are particularly noticeable in some regions having extensive piñon-juniper woodlands, including the South Central Highlands Section. For example, a greater proportion of the piñon-juniper woodland on the Mesa Verde cuesta burned in the decade between 1995 and 2005 than had burned throughout the previous 200 years (Floyd et al. 2004). We know that large severe fires occurred in piñon-juniper woodlands in the past, although we have little information on spatial extent or patterns of those fires. Truncated age structures of live piñon trees and abundant charred juniper snags

document the occurrence of large fires (at least hundreds of hectares in extent) in the 1700s on the Mesa Verde cuesta. Thus, it follows that the recent occurrence of high-severity fires in piñon and juniper woodlands is not unprecedented; however, we have inadequate historical information with which to confidently evaluate how the frequency and extent of recent high-severity fires in this vegetation type compare with historical fire events.

Changes in fuel structure probably have contributed to the recent increase in large fires in some parts of the West. Invasion by highly flammable annual grasses (e.g., cheatgrass, *Bromus tectorum*) has increased horizontal fuel continuity and likelihood of extensive fire spread in many semi-arid vegetation types, including piñon-juniper woodlands and shrublands of the Great Basin and Colorado Plateau (Whisenant 1990; Knapp 1996). However, an equal or possibly more important mechanism involves the warmer temperatures, longer fire seasons, and high amplitude of wet/dry years that have occurred in recent decades (Westerling et al. 2006).

Given the very long fire rotations that naturally characterize piñon and juniper woodlands, especially **persistent woodlands**, we cannot yet determine whether the recent increase in frequency of large fires occurring in this vegetation type represents genuine directional change related to changing climate or fuel conditions, or is simply a temporary episode of increased fire activity, comparable to similar episodes in the past. In any event, the suite of current and upcoming broad-scale environmental changes--warming temperatures, increasing tree densities in some areas, and expansion of fire-promoting species such as cheatgrass—all may all interact to dramatically increase the amount of burning in piñon-juniper and other vegetation types over the next century.

4. Literature Cited

Austin, D. D. 1999. Changes in plant composition within a pinyon-juniper woodland. In Monsen, S. B., and R. Stevens (compilers), Proceedings: Ecology and management of pinyon-juniper communities within the interior west. USDA Forest Service Proceedings RMRS-P-9.

Barney, M. A., and N. C. Frischknecht. 1974. Vegetation changes following fire in the pinyon-juniper type of west-central Utah. Journal of Range Management 27:91-96.

Belnap, J. 2003. Magnificent microbes: biological soil crusts in pinyon-juniper communities. Pages 75-88 in Floyd (2003).

Belnap, J., and J.P. Lindsey. 2003. At the ground level: fungi and mosses. Pages 61-74 in Floyd (2003).

Breshears, D. D., N. S. Cobb, P. M. Rich, K. P. Price, C. D. Allen, R. G. Balice, W. H. Romme, J. H. Kastens, M. L. Floyd, J. Belnap, J. J. Anderson, O. B. Myers, and C. W. Meyer. 2005. Regional vegetation die-off in response to global-change-type drought. Proceedings of the National Academy of Sciences 102(42):15144-15148.

Eisenhart, K. S. 2004. Historic range of variability and stand development in piñon-juniper woodlands of western Colorado. Dissertation, Geography Department, University of Colorado, Boulder, CO.

Erdman, J. A. 1970. Piñon-juniper succession after natural fires on residual soils of Mesa Verde, Colorado. Brigham Young University Biological Series Vol. XI (2). 58 pp.

Fleischner, T. L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology 8:629-644.

Floyd, M. L. (editor). 2003. Ancient piñon-juniper woodlands: A natural history of Mesa Verde country. University Press of Colorado, Niwot, CO.

Floyd, M. L.,and M. Colyer. 2003. Beneath the trees: shrubs, herbs, and some surprising rarities. Pages 31-60 in Floyd (2003).

Floyd, M. L., D. D. Hanna, and W. H. Romme. 2004. Historical and recent fire regimes in piñon-juniper woodlands on Mesa Verde, Colorado, USA. Forest Ecology and Management 198:269-289.

Furniss, R. L., and V. M. Carolin. 1977. Western forest insects. USDA Forest Service Miscellaneous Publication No. 1339. Washington, D.C.

Huber, A. S. Goodrick, K. Anderson. 1999. Diversity with successional status in the pinyon-juniper/mountain mahogany/bluebunch wheatgrass community types near Dutch John, Utah. In Monsen, S., R. Stevens comps. Proceedings: ecology and management of pinyon-juniper communities with the Interior West, 1997 September 15-18, Provo, UT. Proc. RMRS-P-9. Ogden, UT.

Kearns, H. S. J., and W. R. Jacobi. 2005. Impacts of black stain root disease in recently formed mortality centers in the piñon-juniper woodlands of southwestern Colorado. Canadian Journal of Forest Research 35:461-471.

Knapp, P.A. 1996. Cheatgrass (Bromus tectorum L.) dominance in the Great Basin desert: history, persistence, and influences of human activities. Global Environmental Change 6:37-52.

Knight, R. L., F. W. Smith, S. W. Buskirk, W. H. Romme, and W. L. Baker (editors). 2000. Forest fragmentation in the southern Rocky Mountains, University Press of Colorado.

Knight, R.L., W.C. Gilgert, and E. Marston (editors). 2002. Ranching west of the 100th meridian: Culture, ecology, and economics. Island Press, Washington, D.C.

Koniak, S. 1985. Succession in pinyon-juniper woodlands following wildfire in the Great Basin. Great Basin Naturalist 45:556-566.

Leopold, A. 1924. Grass, brush, timber, and fire in southern Arizona. Journal of Forestry 22(6):1-10.

Naillon, D. K. Memmott, and S. B. Monsen. 1999. A comparison of understory species at three densities in a pinyon-juniper woodland. In Monsen, S., R. Stevens comps. Proceedings: ecology and management of pinyon-juniper communities with the Interior West, 1997 September 15-18, Provo, UT. Proc. RMRS-P-9. Ogden, UT.

Paulson, D. D., and W. L. Baker. 2006. The nature of southwestern Colorado: Recognizing human legacies and restoring natural places. University Press of Colorado.

Romme, W., C. Allen, J. Bailey, W. Baker, B. Bestelmeyer, P. Brown, K. Eisenhart, L. Floyd-Hanna, D. Huffman, B. Jacobs, R. Miller, E. Muldavin, T. Swetnam, R. Tausch, and P. Weisberg. 2007. Historical and modern disturbance regimes of piñon-juniper vegetation in the western U.S. Report by the Nature Conservancy, Fire Learning Network. 13 p. [a short version of Romme et al. 2008.

Romme, W., C. Allen, J. Bailey, W. Baker, B. Bestelmeyer, P. Brown, K. Eisenhart, L. Floyd-Hanna, D. Huffman, B. Jacobs, R. Miller, E. Muldavin, T. Swetnam, R. Tausch, and P. Weisberg. 2008. Historical and modern disturbance regimes of piñon-juniper vegetation in the western U.S. Report published by Colorado Forest Restoration Institute, Colorado State University, Fort Collins (http://www.cfri.colostate.edu/).

Scurlock, D. 1998. From the Rio to the Sierra: An environmental history of the Middle Rio Grande Basin. USDA Forest Service General Technical Report RMRS-GTR-5.

Tress, J. A., and J. M. Klopatek. 1987. Successional changes in community structure of pinyon-juniper woodlands of north-central Arizona. Pages 80-85 in:Everett, R. L. (compiler), Proceedings – pinyon-juniper conference. USDA Forest Service General Technical Report INT-215.

Westerling, A.L., H.D. Hidalgo, D.R. Cayan, and T.W. Swetnam. 2006. Warming and earlier spring increase western U.S. forest wildfire activity. *Science* 313:940-943.

Whisenant, S.G. 1990. Changing fire frequencies on Idaho's River Plains: ecological and management implications. *In:* E.D. McArthur, E.M. Romney, S.D. Smith, and P.T. Tueller (compilers), Proceedings – Symposium on cheatgrass invasion, shrub die-off, and other aspects of shrub biology and management. U.S. Forest Service General Technical Report INT-276. p. 4-10.

White, C. 2008. Revolution on the range: The rise of a new ranch in the American West. Island Press / Shearwater Books, Washington, D.C.

## B: MOUNTAIN GRASSLANDS

### 1. Vegetation Structure and Composition of Mountain Grasslands

Mountain grasslands are intermixed in forest-dominated landscapes throughout the South Central Highlands Section. These herbaceous communities occur as openings in ponderosa pine, aspen, mixed-conifer, and spruce-fir forests at elevations ranging from about 2,300 – 3,500 m (7,500 - 11,600 ft). They occur on upland sites with well-drained soils in mountain and mesa landscapes. Although these grasslands are small in extent, they represent a significant component of the Section's biological diversity (Mullen 1992). They are described as Sensitive Plant Communities in the Rocky Mountain Region of the Forest Service because of their limited extent, and because they have been heavily impacted by livestock grazing and land development (Mullen 1992). Grasslands are devoid of trees and shrubs due to many factors including competition from herbaceous plants, temperatures, grazing, soil heaving, and fire (Paulsen 1975).

Within the general mountain grassland type, three more specific grassland types are dominant in the South Central Highlands Section. The **Arizona fescue type** (dominated by *Festuca arizonica*) occurs at elevations from about 2,300 – 2,700 m (7,500 – 9,000 ft), and is primarily associated with ponderosa pine and warm-dry mixed-conifer forests. The **Thurber fescue type** (dominated by *Festuca*

*thurberi*) occurs at higher elevations from about 2,600 – 3,500 m (8,500 to 11,600 ft), and is primarily associated with spruce-fir, cool-moist and cold-wet mixed-conifer forests. The **Kentucky bluegrass type** (dominated by *Poa pratensis*) occurs at elevations from about 2,300 – 3,500 m (7,500 – 11,600 ft), and is associated with all forest types.

The **Arizona fescue** and **Thurber fescue types** are tall, bunchgrass communities dominated by Arizona and Thurber fescue respectively. Arizona and Thurber fescue can be described as keystone species for these types because of the pivotal role they play in these ecosystems (Noss and Cooperrider 1994. Forbs, sod-forming grasses, and sedges occupy the spaces between bunchgrasses. Sites in good ecological condition display high canopy cover of Arizona or Thurber fescue, abundant litter, minimal bare soil, and soils with thick, organic-matter-rich surface horizons. Sites where ecological conditions are not as good display lower canopy-cover of Arizona or Thurber fescue, higher cover of annuals and exotics including Kentucky bluegrass and dandelion, less litter, more bare soil, possible soil erosion and compaction problems, and higher cover of native increaser species including cinquefoil, mulesears, pussytoes, sneezeweed, strawberry, trailing fleabane, and yarrow. (See Table VI-B-1 for scientific names.)

The **Kentucky bluegrass type** is a short, sod-forming type dominated by the non-native Kentucky bluegrass and the native increaser species mentioned above. Dandelion and annual forbs are common, and noxious weeds may be present. Arizona and Thurber fescue are absent or minor components. This type commonly displays high amounts of bare soil, minimal litter, and soil erosion and compaction problems that reduce soil productivity. These grasslands can be regarded as a zootic disclimax that persists because of sustained livestock grazing (Turner and Paulsen 1976). These grasslands have undergone a process of retrogression in which the native, late-seral grass species have been replaced by exotics, forbs, and annuals (Barbour et al. 1987). The amount of litter on these sites is low while the amount of bare soil is high, which makes these grasslands highly susceptible to runoff, erosion, compaction, and weed invasions. Structural conditions reflect the open canopy associated with the great amount of bare soil and the sod-forming nature of Kentucky bluegrass, which tends to occur in a patchy pattern. The short, sparse foliage of the bluegrass and forbs provide limited litter and organic matter for nutrient cycling and soil development processes, and limited protection to the soil surface.

Some mountain grasslands in the South Central Highlands Section are dominated by other exotic species, notably crested wheatgrass, intermediate wheatgrass, orchardgrass, smooth brome, or timothy. These exotic species were purposely seeded in some grassland sites to improve forage conditions for livestock. They were also introduced throughout the region to re-vegetate roads, trails, and other disturbed sites.

Common species of the **Arizona fescue type**, in addition to Arizona fescue, include the shrubs big sagebrush and black sagebrush, and the herbs mountain muhly, Parry oatgrass, junegrass, bottlebrush squirreltail, mountain brome, blue grama, needle-

and-thread, needlegrass, pine dropseed, muttongrass, elk sedge, Kentucky bluegrass, American vetch, daisy, trailing fleabane, yarrow, dandelion, mulesears, lupine, fringed sage, cinquefoil, buckwheat, peavine, geranium, and goldenrod. Common species of the **Thurber fescue type** (Moir 1967), in addition to Thurber fescue, include the shrubs shrubby cinquefoil and snowberry, and the herbs timber oatgrass, junegrass, mountain brome, needlegrass, wild rye, sedge, Kentucky bluegrass, cinquefoil, American vetch, trailing fleabane, daisy, yarrow, sneezeweed, dandelion, harebell, meadowrue, and geranium. (See Table VI-B-1 for scientific names.)

Mountain grasslands in the region also have been described as Mountain Grassland “potential-natural-vegetation” Type (Kuchler 1964), Mountain Grassland Type (Paulsen 1975, Turner and Paulsen 1976), Mountain Grassland Ecosystem (Kingery 1998, Garrison et al. 1977), Arizona fescue, Thurber fescue, and Kentucky bluegrass series (Johnston 1987, 2001, Dick-Peddie 1993, Komarkova 1986), Arizona fescue-Mountain muhly, Arizona fescue-Danthonia parryi, and Thurber fescue-Arizona fescue plant association (Johnston 1987), and Arizona fescue and Thurber fescue types (Turner and Paulsen 1976, Currie 1975, Johnston 2001).

2. <u>Reference Conditions in Mountain Grasslands</u>

Descriptions such as the following give us insight and help paint a picture of what the mountain grasslands in the South Central Highlands Section looked like during the period of indigenous settlement:

-- J.T.Rothrock in 1878 (cited in Cooper 1960) wrote as he traveled through southwest Colorado, "In the beautiful valley of the Conejos River, we found luxuriant bunch-grass covering the ground as thickly as it could stand".

-- E.F.Beale in 1858 (cited in Cooper 1960) wrote as he traveled through northern Arizona, "We came to a glorious forest of lofty pines, through which we have traveled ten miles. The country was beautifully undulating, every foot being covered with the finest grass, and beautiful broad grassy vales extending in every direction."

Aside from historic anecdotal descriptions, there is little information or scientific data pertaining to the condition of mountain grasslands in the South Central Highlands Section during the reference period. Furthermore, intensive livestock grazing since the reference period has eliminated many undisturbed reference sites that could have been used to represent reference-period conditions. It is therefore difficult to accurately reconstruct the composition and structure of these plant communities prior to the arrival of domestic livestock in the late 1800s. That considered the following description is based on the best reference sites available, and extensive field reconnaissance within this Section.

During the reference period many of the mountain grasslands of the South Central Highlands Section apparently displayed high diversity and cover of herbaceous species, particularly the native bunchgrass species Arizona and Thurber fescue that displayed a

combined canopy cover greater than 50%. Forbs, sod-forming grasses, and sedges occupied the spaces between bunchgrasses. Litter amounts were high due to the large biomass associated with the robust bunchgrasses. Total vegetation cover (including litter) was about 80-90%. Bare soil occupied about 10-20% of the ground surface. Exotic species (including Kentucky bluegrass and dandelion) and noxious weeds were absent. Annual forbs and native increaser species such as yarrow, strawberry, cinquefoil, sneezeweed, and mulesears occurred to a minor extent. Soil erosion and compaction were absent or minimal. Soils had thick, organic matter-rich surface horizons formed from the consistent supply of plant material associated with the abundant and well-distributed vegetation. Structural conditions displayed a relatively closed canopy, reflecting the high density and well-distributed arrangement of the robust bunchgrasses. The tall, thick foliage of these bunchgrasses provided an abundance of litter and organic matter for energy flow, nutrient cycling, and soil development processes, and influenced hydrologic processes by protecting the soil surface from raindrop impacts, runoff, compaction, and erosion.

The function of mountain grasslands of this Section during the reference period was associated with the ecological processes of grazing by wild ungulates and fire. Intermountain grasslands of North America evolved with light grazing by wild herbivores, including elk and deer (Mack and Thompson 1982). The numbers of wild ungulates and patterns of their grazing likely varied from year to year. The animals were free to move to new areas when the abundance or palatability of desired forage species decreased. Since the plant species associated with the grasslands of this Section presumably were well adapted to the frequency, intensity, extent, and magnitude of historic grazing by wild ungulates, the composition, structure, function, and productivity of these ecosystems were maintained during the reference period.

Periodic fire was a part of the natural-disturbance regime of many North American grasslands (Sims 1988, Wright and Bailey 1982). The grasslands of the Arizona fescue type were part of the overall forest-dominated landscape associated with the fire-adapted ponderosa pine and warm-dry mixed-conifer forests (Currie 1975, Clary 1975). Since these forests were characterized by frequent, low-intensity fires throughout the reference period (Chapters II and V), we assume that frequent fires also played a significant role in maintaining the composition, structure, and function of the adjacent mountain grasslands during the reference period. The grasslands had plenty of biomass serving as fine fuel to carry a fire through them. Fire functions to reduce litter, recycle nutrients to the soil, stimulate new herbaceous growth, and restrict woody-plant establishment in grasslands. Fire probably was less important in the Thurber fescue type, since fire frequencies are much longer in the higher-elevation spruce-fir and cool-moist mixed-conifer forests with which these grasslands are associated (Chapters III and V).

### 3. Legacies of Euro-American Settlement and Current Conditions

Relative to the reference period, the current state of the mountain grasslands in the South Central

Highlands Section reflects impacts associated with livestock grazing, land development, and land management activities.

Heavy and unsustainable grazing occurred in grasslands throughout most of the South Central Highlands Section during the late 1800s and early 1900s (see Chapter II for details). Cattle graze extensively in mountain grasslands because these areas tend to be easily accessible, forage is typically more abundant than in forests, and many grassland plant species are highly palatable (Clary 1975, Paulsen 1975). Poorly managed or excessive livestock grazing can lead to (i) alteration of species composition, including decreases in density and biomass of individual species, and reduction of species richness; (ii) disruption of ecosystem functioning, including interference in nutrient cycling and ecological succession; (iii) alteration of ecosystem structure, including changes in vegetation stratification and community organization; (iv) a decrease in biological diversity; and (v) an increase in soil erosion (Fleischner 1994). However, it is important to recognize that livestock grazing today is being conducted in ecologically appropriate and sustainable ways in many parts of the South Central Highlands Section, where these new grazing systems are providing numerous ecological and social benefits (Knight et al. 2002, White 2008).

The excessive livestock grazing of the late 1800s and early 1900s has resulted in a legacy of significant ecological changes in many of the mountain grasslands of the South Central Highlands Section. Altered plant-community composition is the most obvious change. The dominant bunchgrasses that are so critical to the ecological integrity of these ecosystems have been extirpated in many areas, and the abundance and distribution of remaining bunchgrasses have been drastically reduced in others. Exotic species (including Kentucky bluegrass, dandelion, and noxious weeds), and native increaser species (including yarrow, cinquefoil, mulesears, sneezeweed, and annual forbs) have taken the place of bunchgrasses in many places. This change in species composition has altered the structure of many of these grasslands from tall, bunchgrass-dominated community types to short, sod-dominated or forb-dominated types. Additional livestock grazing-related changes in mountain grasslands include the reduction of litter, an increase in bare soil, increases in soil erosion and compaction resulting in a loss of soil productivity, and a decrease in native species richness. These changes in turn decreased the amount of organic matter available for nutrient cycling in the soil, changed successional pathways, and lessened the likelihood of low-intensity fires carrying through these grasslands.

Land development and recent land management activities also have introduced exotic plants and noxious weeds into the mountain grasslands of the South Central Highlands Section (see Chapter VII). Roads and trails needed for home sites, recreation, timber sales, livestock grazing, mining, pipelines, communication towers, and fire suppression have been conduits for the introduction and spread of exotic plants into the forested landscapes where the grasslands occur. Mountain grasslands that have lost native species often have much bare soil exposed, which makes them susceptible to the establishment of

exotic plants. In addition, many roads and grasslands were purposely seeded with exotic species for erosion control and to improve forage conditions for livestock (e.g., smooth brome, intermediate wheatgrass, timothy, orchardgrass, Kentucky bluegrass, and yellow sweet clover). In many areas these non-native species still dominate the plant community.

4. Literature Cited

Barbour, M.G., J.H. Burk, W.D. Pitts.1987. Terrestrial plant ecology. 2nd edition. Benjamin/Cummings.

Clary, W. P. 1975. Range Management and its Ecological Basis in the Ponderosa Pine Type of Arizona: The Status of Our Knowledge. USDA Forest Service Research Paper RM-158.

Cooper, C.F. 1960. Changes in vegetation, structure, and growth of southwestern pine forests since white settlement. Ecological Monographs 30:129-164.

Currie, P. O. 1975. Grazing Management of Ponderosa Pine-Bunchgrass Ranges of the Central Rocky Mountains: The Status of Our Knowledge. USDA Forest Service Research Paper RM-159.

Dick-Peddie, W. A. 1993. New Mexico vegetation, past, present, and future. University of NM Press.

Fleischner, T. L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology 8:629-644.

Johnston, B. C. 1987. Plant Associations of Region Two. Edition 4. USDA Forest Service. R2-ECOL-87-2.

Johnston, B. C. 2001. Ecological Types of the Upper Gunnison Basin. USDA Forest Service. Technical Report R2-RR-2001-01.

Kingery, H.E. 1998. Colorado Breeding Bird Atlas. Published by Colorado Bird Atlas Partnership and Colorado Division of Wildlife.

Knight, R.L., W.C. Gilgert, and E. Marston (editors). 2002. Ranching west of the 100th meridian: Culture, ecology, and economics. Island Press, Washington, D.C.

Komarkova, V. 1986. Habitat types on selected parts of the Gunnison and Uncompahgre National Forests. Final Report to USDA Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado.

Kuchler, A.W. 1964. Potential Natural Vegetation of the conterminous U.S. American Geographic Society Special Publication 36.

Mack, R.N. and J.N. Thompson 1982. Evolution in steppe with few large, hooved mammals. American Naturalist 119:757-772.

Moir, W.H. 1967. The Subalpine Tall Grass, Festuca thurberi, community of Sierra Blanca, NM. The Southwestern Naturalist 12(3): 321-328.

Mullen, L. D.1992. Biological Diversity Assessment, Rocky Mountain Regional Guide, USDA Forest Service Region 2, Lakewood, Colorado.

Noss, R.F. and Cooperrider, A.Y. 1994. Saving Nature's Legacy - Protecting and Restoring Biodiversity. Island Press.

Paulsen, H. A. Jr. 1975. Range Management in the Central and Southern Rocky Mountains: A summary of the status of our Knowledge by Range Ecosystems. USDA Foret Service Research Paper RM-154.

Sims, P. L. 1988. Grasslands. In: North American Terrestrial Vegetation, Barbour, M.G. and Billings, W.D. editors. Cambridge University Press.

Turner, G.T. and Paulsen, H.A. 1976. Management of Mountain Grasslands in the Central Rockies: The Status of our Knowledge. USDA Forest Service Research Paper RM-161.

Wright, H.A. and A.W. Bailey. 1982. Fire Ecology: United States and Southern Canada. John Wiley and Sons.

White, C. 2008. Revolution on the range: The rise of a new ranch in the American West. Island Press / Shearwater Books, Washington, D.C.

------------------------------------------------------------------------

Table VI-B-1. Plant species mentioned in the mountain grasslands section (alphabetical order by common name)

SHRUBS - big sagebrush (*Seriphidium tridentatum ssp tridentatum*), black sagebrush (*Seriphidium novum*), shrubby cinquefoil (*Pentaphylloides floribunda*), and snowberry (*Symphoricarpos rotundifolius*).

FORBS - American vetch (*Vicia americana*), beardstongue (*Penstemon barbatus*), buckwheat (*Eriogonum umbellatum*), butterweed (*Packera neomexicana*), cinquefoil (*Potentilla hippiana*), daisy (*Erigeron formosissimus*), dandelion (*Taraxacum officinale*), deervetch (*Lotus wrightii*), fringed sage (*Artemisia frigida*), geranium (*Geranium caespitosum*), goldenrod (*Solidago simplex*), hairy goldenaster (*Heterotheca villosa*), harebell *(Campanula rotundifolia*), lupine (*Lupinus argenteus*), meadowrue (*Thalictrum fendleri*), mountain parsley (*Pseudocymopterus montanus*), mulesears (*Wyethia arizonica*), owlclover (*Orthocarpus luteus*), paintbrush (*Castilleja integra*), peavine (*Lathyrus leucanthus*), pussytoes (*Antennaria rosea*), sneezeweed (*Dugaldia hoopesii*), strawberry (*Fragaria vesca* and *virginiana*), trailing fleabane (*Erigeron flagellaris*), and yarrow (*Achillea lanulosa*).

GRAMINOIDS - Arizona fescue (*Festuca arizonica*), blue grama (*Chondrosum gracile*), bottlebrush squirreltail (*Elymus elymoides*), crested wheatgrass (*Agropyron cristatum*), elk sedge (*Carex geyeri*), Indian ricegrass (*Achnatherum hymenoides*), intermediate wheatgrass (*Thinopyrum intermedium*), junegrass (*Koeleria macrantha*), Kentucky bluegrass (*Poa pratensis*), mountain muhly (*Muhlenbergia montana*), mountain brome (*Bromopsis pumpelliana),* muttongrass (*Poa fendleriana*), needle-and-thread (*Hesperostipa comata*), needlegrass (*Achnatherum nelsonii*), orchardgrass (*Dactylis glomerata*), Parry oatgrass (*Danthonia parryi*), ryegrass (*Elymus glauca*), sedge (*Carex*), smooth brome (*Bromopsis inermis*), Thurber fescue (*Festuca thurberi*), timber oatgrass (*Danthonia intermedia*), timothy (*Phleum pratense*), western wheatgrass (*Pascopyrum smithii*), and wild rye (*Elymus canadensis*).

------------------------------------------------------------------------

# C: RIPARIAN VEGETATION AND WETLANDS

Riparian areas and wetlands occur at all elevations throughout the South Central Highlands Section. They occur on valley floors and in other low-lying landscape positions, and are primarily associated with perennial streams. Although limited in extent, riparian and wetland ecosystems contribute a great diversity of native vegetation communities and bird, fish, and vertebrate species to southwestern landscapes (Howe and Knopf 1991, Durkin et al. 1995). Riparian areas and wetlands store water, stabilize valley floors, enhance water quality, provide recreation and esthetic values, and provide wildlife species with habitat, water, food, cover, and travel routes.

Riparian areas and wetlands are defined here together, as the interface between the riverine aquatic ecosystem and the adjacent upland ecosystem, where the water table is usually at or near the land surface (Gregory et al. 1991, Brinson et al. 1981). They are frequently flooded, or at least seasonally saturated by a fluctuating water table, and have plant species, soils, and topography that differ considerably from those of the adjacent uplands. Riparian areas and wetlands support a prevalence of hydrophytic vegetation adapted for life in saturated soil conditions (Corps of Engineers 1987).

## 1. Riparian Vegetation Structure and Composition

The structure and composition of riparian and wetland vegetation is typically complex and varies at fine spatial scales, especially in rugged mountainous regions like the Couth Central Highlands Section. Consequently, there is no single, universally acceptable classification system for these ecosystems. Baker (1989) sampled 115 stands distributed along most of the major rivers in western Colorado, representing an elevational gradient of 1,700 m and a latitudinal gradient of 300 km. Four major vegetation types were identified, each of which could be subdivided into numerous subtypes as influenced primarily by interacting elements of valley morphology, elevation, and flood history. The four types were montane riparian forests (below about 2620 m) dominated by *Populus angustifolia* and *Picea pungens*; subalpine riparian forests (above about 2620 m) dominated by and *Abies lasiocarpa Picea engelmannii*; lower subalpine carrs (generally at 2620-3110 m elevation) dominated by tall willows including *Salix drummondiana*, *S. geyeri*, and *S. monticola*; and upper subalpine carrs (above 3110 m) dominated by short willows including *Salix brachycarpa*, *S. planifolia*, and *S. wolfii*.

Focusing just on montane riparian forests along the Animas River in the San Juan Mountains of southwestern Colorado, Walford and Baker (1995) developed a finer-scale classification of eight riparian vegetation types dominated by various combinations of *Populus angustifolia*, *P. tremuloides*, *Picea pungens*, *Pseudotsuga menziesii*, and various shrubs and herbs. A far more detailed classification of riparian and wetland vegetation types in the South Central Highlands Section is described in Table VI-C-1 within a hierarchy at the Subclass, Alliance, and Community Type levels (Grossman et al. 1998,

Muldavin et al. 2000, Redders 2000). See also Kittel et al. (1999) and Johnston (2001).

2. Reference Conditions in Riparian Vegetation

Specific information about riparian areas and wetlands during the reference period in the South Central Highlands Section is limited. Reference sites at low to middle elevations that could have been used to represent reference-period conditions are especially rare due to extensive human impacts since EuroAmerican settlement (Baker 1989). However, we can infer some of the important features of riparian and wetland vegetation during the reference period based on the ecological processes that probably have not been greatly altered.

It is important to recognize that riparian areas, especially those situated in rugged mountainous landscapes, are dynamic ecosystems shaped both by relatively stable features of the landscape, including valley morphology and elevation, and by contingent factors such as periodic flooding and resultant changes in channel morphology and substrate characteristics (Baker 1989). Major floods, as occurred along the Animas River in southwestern Colorado in 1911, 1927, 1941, and 1957, periodically wash out riparian vegetation, deposit new sediments, and initiate new successional processes (Baker 1990, Baker and Walford 1995). Beavers also play a large role in riparian and wetland dynamics by creating ponds, which eventually washed out leaving moist sediments ideal for establishment of willows and water-loving herbs (Wohl 2001). Thus, riparian vegetation along the rivers and streams of the South Central Highlands Section is best viewed as a continually shifting, fine-scale mosaic of patches, reflecting the dynamic interplay between stable landscape features (valley morphology and elevation) and periodic disturbance (floods and beavers).

3. Legacies of Euro-American Settlement and Current Conditions

Riparian areas and wetlands have changed dramatically during the last century and a half in the southwestern United States due to human impacts. In New Mexico, riparian vegetation has probably been impacted more by human activities than any other type of vegetation (Dick-Peddie 1993). Human impacts that have occurred in the South Central Highlands Section include urbanization, agriculture, logging, livestock grazing, mining, recreation, roads, dams, diversions, and the introduction of exotic species.

Riparian areas and wetlands in the San Juan Mountains are among the lands that were first settled and developed for townsites, agriculture, and roads. Riparian trees were cut for fuel and shelter, and to clear land for agriculture and settlement (Dahms and Geils 1997). Settlement and agriculture occurred along riparian areas near towns throughout the South Central Highlands Section.

The construction of dams, reservoirs, and diversions not only cleared the vegetation and modified the topography, but also decreased and regulated water flow, blocked movements of aquatic organisms, and changed the natural geomorphic stream processes of channel formation and erosion/deposition. The associated drop in water tables and lack of flooding have

resulted in significant changes in the abundance, distribution, and reproductive mechanisms (germination and seedling survival) of native riparian area/wetland plant species, particularly willows and cottonwoods (Glinski 1977, Brady et al. 1985). Regulated stream flow is thought to be the most important factor contributing to the decline of cottonwood and willow riparian ecosystems in the West (Brown et al. 1977, Fenner et al. 1985, Rood and Heinze-Milne 1989, Rood and Mahoney 1990, 1993). Numerous dams and reservoirs have been built throughout the South Central Highlands Section and include, e.g., Big Meadows, Electra, Lemon, McPhee, Platoro, Rio Grande, Santa Marie, Vallecito, and Williams.

Heavy and unsustainable grazing occurred in grasslands throughout most of the South Central Highlands Section during the late 1800s and early 1900s (see Chapter II for details). The effects of livestock grazing on riparian areas and wetlands are well documented in the literature (Kauffman and Krueger 1984, Platts and Raleigh 1984, Skovlin 1984, Clary and Webster 1989, Clary and Medin 1990, Schulz and Leininger 1990, Fleischner 1994). The reduction or elimination of woody riparian species by livestock is particularly detrimental to riparian areas and wetlands that are dependant on those species to stabilize banks and hold those systems together. Even when environmental conditions are conducive to cottonwood and willow regeneration, stands of cottonwood and willow can be destroyed by excessive grazing by livestock (Glinski 1977, Carothers 1977, Kauffman et al. 1983). However, it is important to recognize that livestock grazing today is being conducted in ecologically appropriate and sustainable ways in many parts of the South Central Highlands Section, where these new grazing systems are providing numerous ecological and social benefits (Knight et al. 2002, White 2008).

High-elevation mining without adequate handling of mine waste has caused severe degradation of many streams in the South Central Highlands Section, notably in portions of the western San Juan Mountains (Somers and Floyd-Hanna 1996, Paulson and Baker 2006). Logging also can affect riparian areas and wetlands by removing vegetation, which decreases the interception and infiltration of water, and increases runoff. With increased surface runoff, erosion increases and more sediment is dumped into stream systems. Roads, built and maintained for logging activities, are the dominant source of soil erosion and stream sediment in forest environments (Swank and Crossley 1988). Sediment fills gravel and cobble beds that are sites of attachment for insect eggs, larvae, macroinvertebrates, and fish eggs (Noss and Cooperrider 1994). This greatly diminishes critical fish habitat.

The reduction or elimination of native riparian and wetland plant species due to human impacts described above, has allowed exotic species such as Russian olive and salt cedar (tamarisk) to become established and highly competitive in these ecosystems. The diversity of Southwestern riparian ecosystems has been greatly reduced by these two plants (Dick-Peddie 1993). Salt cedar and Russian olive apparently outcompete native cottonwoods and willows, limiting the regeneration success of native woody plants (Finch et al. 1995).

We lack details about changes since the reference period in most

specific areas of the South Central Highlands Section. Nevertheless, we offer the following brief descriptions based on the best reference sites available and field reconnaissance within the South Central Highlands Section.

Evergreen Forests - These forests have probably been the least affected by human impacts due to their more remote locations and the limited access to them. During the reference period they looked much like they do today, with subalpine fir, Engelmann spruce, and blue spruce displaying a relatively open and patchy canopy cover along the stream channel and throughout the valley floor.

Deciduous Forests and Mixed Evergreen-Deciduous Forests - These forests have probably been the most affected by human impacts due to their easy access and their desirability for settlement, agriculture, livestock grazing, and roads (as described below). During the reference period, cottonwood trees and willows were abundant and well distributed along most perennial and intermittent streams, much more so than what is displayed in most places today. Palatable herbs, particularly graminoids, were also more abundant and well distributed than what is displayed in most places today. [An exception to this general pattern is seen in photographs of the Animas River where the town of Durango now lies. The photos show almost no trees along the river. We do not know if this is just a curious anomaly, perhaps reflecting local cutting or burning just before the photos were taken, or if there is more to the story of riparian forests during the reference period than we now recognize. Again, we emphasize the paucity of specific historical information about these ecosystems.]

Deciduous Shrublands - These shrublands have been significantly affected by human impacts due to their easy access and their desirability for settlement, agriculture, livestock grazing, and roads. During the reference period willows were abundant and well distributed along perennial and intermittent streams, much more so than what is displayed in most places today. Palatable herbs, particularly graminoids, were also more abundant and well distributed than what is displayed in most places today. The extensive removal of beavers in the 19th century also eliminated one of the key processes that formerly created moist sediments conducive to willow seedling establishment (Wohl 2001).

Perennial Forbs and Perennial Graminoids - During the reference period these wetlands looked much like they do today, but total acreage has been reduced due to human impacts associated with their desirability for settlement, agriculture, livestock grazing, and roads.

## 4. Literature Cited

Baker, W.L. 1989. Macro- and microscale influences on riparian vegetation in western Colorado. Annals of the Association of American Geographers 79:65-78.

Baker, W.L. 1990. Climatic and hydrologic effects on the regeneration of *Populus angustifolia* James along the Animas River, Colorado. Journal of Biogeography 17:59-73.

Baker, W.L., and G.M. Walford. 1995. Multiple stable states and models of riparian vegetation syccession on the Animas River, Colorado. Annals of the Association of American Geographers 85:320-338.

Brinson, M., B. Swift, R. Plantico, and J. Barclay. 1981. Riparian ecosystems: their ecology and status. U.S. Fish and Wildlife Service, FWS/OBS-81/17.

Brown, D.E., Lowe, C.H., and J.F. Hausler. 1977. Southwestern riparian communities: Their biotic importance and management in Arizona: 201-211. In: Johnson, R. R., Jones, D.A., technical coordinators. Importance, preservation, and management of riparian habitats: A symposium, July 9, 1977. Tucson, AZ. USDA Forest Service General Technical Report RM-43.

Carothers, S.W. 1977. Importance, preservation, and management of riparian habitats: An overview: Pages 2-4 *in*: Johnson, R. R., Jones, D.A., technical coordinators. Importance, preservation, and management of riparian habitats: A symposium, July 9, 1977. Tucson, AZ. General Technical Report RM-43.

Clary, W. P. and B.F. Webster. 1989. Managing grazing of riparian areas in the Intermountain Region. USDA Forest Service, Intermountain Research Station. General Technical Report INT-263.

Clary, W. P. and D.E. Medin. 1990. Differences in vegetation biomass and structure due to cattle grazing in a northern Nevada riparian ecosystem. USDA Forest Service Research Paper INT-427.

Corps of Engineers Wetlands Delineation Manual 1987. ADA-176-734. Technical Report Y-87-1.

Dahms, W.C. and B.W. Geils. 1997. An Assessment of Forest Ecosystem Health in the Southwest. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station and Southwestern Region. General Technical Report RM-GTR-295.

Dick-Peddie, W. A. 1993. New Mexico vegetation, past, present, and future. University of NM Press.

Durkin, P., E. Muldavin, M. Bradley, S.E. Carr, A. Metcalf, R.A. Smartt, S.P. Platania, C. Black, and P. Mehlhop. 1995b. The biodiversity of riparian ecosystems of the Ladder Ranch. Unpublished Final Report prepared by The Nature Conservancy, New Mexico Field Office, Santa Fe, NM and the New Mexico Natural Heritage Program, University of NM, Department of Biology, Albuquerque, NM.

Fenner, P., Brady, W.W., and R. David. 1985. Effects of regulated water flows on regeneration of Freemont cottonwood. Journal of Range Management. 38:135-138.

Finch D.M., G.L. Wolters, and W. Yong. 1995. Plants, Arthrpods, and Birds of the Rio Grande. Chapter 7 In: Finch D.M. and J.A.Tainter. 1995. Ecology, Diversity, and Sustainability of the Middle Rio Grande Basin. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station. General Technical Report RM-GTR-268.

Fleischner, T. L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology 8:629-644.

Glinski, R.L. 1977. Regeneration and distribution of sycamore and cottonwood trees along Sonoita Creek, Santa Cruz County, AZ. In: Johnson, R. R., and D.A. Jones

tech. Cords. Importance, preservation and management of riparian habitats: A symposium, Tucson, AZ. 1977. GTR-RM-43.
Gregory, S.V., F.J. Swanson, W.A McKee, and K.W. Cummins. 1991. An ecosystem perspective of riparian zones. Bioscience 41 (8): 540-551.
Grossman, D.H., D.Faber-Langendoen, A.S. Weakley, M. Anderson, P. Bourgeron, R. Crawford, K. Goodin, S. Landaal, K. Metzler, K. Patterson, M. Pyne, M. Reid, and L. Sneddon. 1998. Terrestrial Vegetation of the United States. Volume 1, The National Vegetation Classification System. The Nature Conservancy.
Howe, W.H. and F.L.Knopf. 1991. On the imminent decline of Rio Grande cottonwoods in central New Mexico. The Southwestern Naturalist 36 (2): 218-224.
Johnston, B. C. 2001. Ecological Types of the Upper Gunnison Basin. USDA Forest Service. Technical Report R2-RR-2001-01.
Kauffman, J. Boone and W. C. Krueger. 1984. Livestock Impacts on riparian ecosystem and streamside management implications – A Review. Journal of Range Management 37 (5): 430-438.
Kauffman, J. Boone, W. C. Krueger, and M. Vavra. 1983. Impact of cattle on streambanks in Northeastern Oregon. Journal of Range Management 36: 683-685.
Kittel, G., E. VanWie, M. Damm, R. Rondeau, S. Kettler, A. McMullen, and J. Sanderson. 1999c. A Classification of Riparian Wetland Plant Associations of Colorado: A User Guide to the Classification Project. Colorado Natural Heritage Program, Colorado State University, Fort Collins, CO.
Knight, R.L., W.C. Gilgert, and E. Marston (editors). 2002. Ranching west of the 100th meridian: Culture, ecology, and economics. Island Press, Washington, D.C.
Muldavin, E., P. Durkin, M. Bradley, M. Stuever, and P. Mehlhop. 2000. Handbook of Wetland Vegetation Communities of New Mexico. Volume 1: Classification and Community Descriptions.
Mullen, L. D. 1992. Biological Diversity Assessment. Rocky Mountain Regional Guide, USDA Forest Service.
Noss, R.F. and Cooperrider, A.Y. 1994. Saving Nature's Legacy - Protecting and Restoring Biodiversity. Island Press.
Paulson, D. D., and W. L. Baker. 2006. The nature of southwestern Colorado: Recognizing human legacies and restoring natural places. University Press of Colorado.
Platts, W.S. and R.F. Raleigh. 1984. Impacts of grazing on wetlands and riparian habitat. In: Developing strategies for rangeland management. National Research Council/National Academy of Sciences. Westview Press, Boulder, CO. pp.1105-1118.
Redders, J. S. 2000. Riparian Area and Wetlands Classification for the San Juan National Forest.
Rood, S.B. and J.M Mahoney. 1990. The collapse of riparian poplar forests downstream from dams on the Western prairies: Probable causes and prospects for mitigation. Environmental Management. 14: 451-464.
Rood, S.B. and J.M Mahoney. 1993. River damming and riparian cottonwoods: Management opportunities and problems. In: Tellman, B. Cortner, H.J., Wallace, M.G., DeBano, L.F., Hamre, R.H., tech coords. Riparian Management: Common threads and shared interests; A western regional conference on river management

strategies. 1993 Albuquerque, NM. USDA Forest Service General Technical Report RM-226.

Rood, S.B. and S. Heinze-Milne 1989. Abrupt riparian forest decline following river damming in Southern Alberta. Canadian Journal of Botany. 67: 1744-1749.

Schulz, T.T. and W.C. Leininger. 1990. Differences in riparian vegetation structure between grazed areas and exclosures. Journal of Range Management 43 (4): 295-299.

Skovlin, J. M. 1984. Impacts of grazing on wetlands and riparian habitat: A review of our knowledge. In: Developing strategies for rangeland management. National Research Council/National Academy of Sciences. Westview Press, Boulder, CO. pp.1001-1103.

Somers, L.P., and L. Floyd-Hanna. 1996. Wetlands, riparian habitats, and rivers. Pages 175-189 *in*: Blair, Rob, Casey, Tom A., Romme, W. H., and R.N. Ellis. 1996. The Western San Juan Mountains, Their Geology, Ecology, and Human History. University Press of Colorado.

Swank, W.T. and D.A. Crossley Jr. 1988. Forest hydrology and ecology at Coweeta. Ecological Studies (66): 313-324. Springer-Verlan, New York.

Walford, G.M., and W.L. Baker. 1995. Classification of the riparian vegetation along a 6-km reach of the Animas River, southwestern Colorado. Great Basin Naturalist 55:287-303.

Wohl, E.E. 2001. Virtual rivers: Lessons from the mountain rivers of the Colorado Front Range. Yale University Press.

White, C. 2008. Revolution on the range: The rise of a new ranch in the American West. Island Press / Shearwater Books, Washington, D.C.

---------------------------------------------------------------------------

Table VI-C-1. Riparian and wetland vegetation of the South Central Highlands Section (based on Grossman et al. 1998, Muldavin et al. 2000, Redders 2000). Community types are plant communities with definite floristic composition and uniform physiognomy, and named by species that dominate the uppermost canopy layer and a diagnostic species that occurs in the underlying strata (Grossman et al. 1998). Alliances are aggregations of community types named by species that dominate the uppermost canopy layer. Subclasses are aggregations of alliances, and based on the predominant leaf phenology of the life form in the upper canopy layer. Scientific names are listed at the end of this document. Alliances marked with an asterisk (*) have been described by the Forest Service as Sensitive Plant Communities that may need some type of special management or protection within the South Central Highlands Section (Mullen 1992). See Table VI-C-2 for a list of plant species names used in this table.

Subclass: Evergreen Forests

Alliances: Subalpine Fir-Engelmann Spruce and Blue Spruce*.

Community Types: Subalpine Fir-Engelmann Spruce/Alder,
Subalpine Fir-Engelmann Spruce/ Drummond Willow,
Subalpine Fir-Engelmann Spruce/Currant,
Subalpine Fir-Engelmann Spruce/ Honeysuckle,

Subalpine Fir-Engelmann Spruce/Bluejoint Reedgrass,
Subalpine Fir-Engelmann Spruce/Mesic Forb,
Subalpine Fir-Engelmann Spruce/Mountain Bluebells,
Blue Spruce/Alder, and
Blue Spruce/Red-osier Dogwood.

This subclass is dominated by evergreen trees that occur throughout the South Central Highlands Section at elevations ranging from about 2,400 – 3,000 m (8,000 – 10,000 ft). Subalpine fir, Engelmann spruce, and blue spruce trees occur along the stream channel and throughout the valley floor, and commonly display a relatively open and often patchy canopy cover. Alder and Drummond willow are found along the stream channel and usually display high cover in the community types named after them. Honeysuckle, red-osier dogwood, and gooseberries occur throughout the valley floor (including along the channel) and display low to high cover in the community types named after them. Bluejoint reedgrass, mountain bluebells, and mesic forbs tend to be found in herb-dominated patches between trees in the community types named after them.

Common shrubs and herbs associated with the Evergreen Forest type include alder, Drummond willow, honeysuckle, red-osier dogwood, currents, bittercress, cow parsnip, bluebells, Fendler cowbane, brook saxifrage, twisted stalk, horsetail, arrowleaf groundsel, goldenglow, geranium, and bluejoint reedgrass.

Subclass: Deciduous Forests
Alliances: Narrowleaf Cottonwood*,
Box Elder,
Box Elder-Narrowleaf Cottonwood*, and
Rio Grande Cottonwood*.
Community Types: Narrowleaf Cottonwood/Alder,
Narrowleaf Cottonwood/Red-osier Dogwood,
Narrowleaf Cottonwood/Hawthorn,
Narrowleaf Cottonwood/Serviceberry,
Narrowleaf Cottonwood/Skunkbrush,
Narrowleaf Cottonwood/Willow,
Narrowleaf Cottonwood/Coyote Willow, and
Box Elder/Red-osier Dogwood.

This subclass is dominated by broad-leaved deciduous trees that occur at elevations ranging from about 2,000 – 2,900 m (6,500 – 9,500 ft), with the Narrowleaf Cottonwood and Box Elder alliances occurring throughout the South Central Highlands Section at elevations from about 2,000 – 2,900 m (6,500 – 9,500 ft and the Rio Grande Cottonwood alliance occurring mostly in New Mexico at elevations below about 2,100 m (7,000 ft). Cottonwood and box elder trees occur along the stream channel and throughout the valley floor, and commonly display a relatively open and often patchy canopy cover. Alder and willows are found along the stream channel and usually display high cover in the community types named after them. Red-osier dogwood, serviceberry,

skunkbrush, and hawthorn occur throughout the valley floor (including along the channel) and display low to high cover in the community types named after them.

Common shrubs and herbs associated with the Deciduous Forest type include alder, honeysuckle, red-osier dogwood, maple, rose, serviceberry, gooseberry, skunkbrush, hawthorn, coyote willow, Bebb willow, strapleaf willow, mountain willow, whiplash willow, Drummond willow, Geyer willow, false Solomon seal, bittercress, cow parsnip, bluebells, Fendler cowbane, brook saxifrage, horsetail, goldenglow, geranium, and Kentucky bluegrass.

Subclass: Mixed Evergreen-Deciduous Forests
Alliances: Narrowleaf Cottonwood-Blue Spruce*,
Subalpine Fir-Engelmann Spruce-Narrowleaf Cottonwood*, and
Narrowleaf Cottonwood-Douglas-Fir.
Community Types: Narrowleaf Cottonwood-Blue Spruce/Alder,
Narrowleaf Cottonwood-Blue Spruce/Mixed Shrub, and
Narrowleaf Cottonwood-Blue Spruce/Willow.

This subclass is dominated by evergreen and broad-leaved deciduous trees that occur throughout the South Central Highlands Section at elevations ranging from about 2,300 – 2,900 m (7,500 – 9,500 ft). Narrowleaf cottonwood, subalpine fir, Engelmann spruce, and blue spruce trees occur along the stream channel and throughout the valley floor, and commonly display a relatively open and often patchy canopy cover. Douglas-fir usually occurs in the valley floor away from the channel. Alder and willows are found along the channel and usually display high cover in the community types named after them. Honeysuckle, red-osier dogwood, serviceberry, snowberry, and maple occur throughout the valley floor (including along the channel) and display low to high cover in the Mixed Shrub community type. Common shrubs and herbs associated with the Mixed Evergreen-Deciduous Forest type are described above for the Deciduous and Evergreen Forests.

Subclass: Deciduous Shrublands
Alliances: Bebb Willow*,
Drummond Willow*,
Geyer Willow*,
Strapleaf Willow*,
Mountain Willow*,
Coyote Willow*,
Shortfruit Willow*,
Planeleaf Willow*,
Wolf Willow*,
Bluestem Willow*,
Alder,
Drummond Willow-Alder,
Red osier Dogwood,
Hawthorn, Silverberry,
Shrubby Cinquefoil,

Bog Birch,
River Birch, and
Saltcedar.

Community Types: Alder/Horsetail,
Alder/Mesic Forb,
River Birch/Mesic Graminoid,
Shrubby Cinquefoil/Tufted Hairgrass,
Drummond Willow/Mesic Forb,
Mountain Willow/Mesic Forb,
CoyoteWillow/Mesic Graminoid,
Wolf Willow/Mesic Forb,
Coyote willow/Bare Ground,
Geyer willow/ Mesic Forb,
Shortfruit Willow/Mesic Forb,
Planeleaf Willow/Marsh Marigold,
Planeleaf Willow/ Water Sedge,
Wolf Willow/Water Sedge, and
Wolf Willow/Beaked Sedge.

This subclass is dominated by tall deciduous shrubs that occur along the channel and throughout the valley floor, and display low to high cover. Alder, river birch, saltcedar, and the willows are found along the stream channel and usually display high cover in the alliances named after them. The other shrubs and Bebb willow occur throughout the valley floor (including along the channel) and display low to high cover in the alliances named after them. The Bog Birch, Planeleaf Willow, Wolf Willow, Shortfruit Willow, and Geyer Willow alliances are wetland types that occur at elevations above about 2,900 m (9,500 ft). Drummond Willow, Mountain Willow, and Alder alliances occur at mid to high elevations above about 2,400 m (8000 ft). The Bebb, Strapleaf, and Coyote Willow alliances, and Red osier Dogwood, Hawthorn, Saltcedar, and River Birch alliances occur at elevations from about 2,100 – 2,700 m (7,000 - 9,000 ft). Graminoids and Forbs tend to be found in herb-dominated patches between shrubs in the community types named after them.

Common herbs associated with the Deciduous Shrubland type include marsh marigold, goldenglow, geranium, cow parsnip, bluebells, bedstraw, bittercress, Fendler cowbane, arrowleaf groundsel, brook saxifrage, pink stonecrop, strawberry, osha, elephant head, king’s crown, water sedge, beaked sedge, tufted hairgrass, mannagrass, Kentucky bluegrass, bluejoint reedgrass, and horsetail.

Subclass: Perennial Forbs
Alliances: Marsh Marigold and Bittercress-Bluebells

This subclass is dominated by forbs that occur at elevations above about 2,700 m (9,000 ft). Common herbs associated with this type include marsh marigold, bluebells, bittercress, Fendler cowbane, arrowleaf groundsel, brook saxifrage, pink stonecrop, tall larkspur, elephant head, star gentian, willowherb, water sedge, and tufted hairgrass.

Subclass: Perennial Graminoids
Alliances: Water Sedge*,
Beaked Sedge*,
Water Sedge-Beaked Sedge*,
Smallwing Sedge,
Mountain Sedge-Marsh Marigold,
Tufted Hairgrass*,
Reed Canarygrass,
Threesquare Bulrush,
Softstem Bulrush,
Broadleaf Cattail*,
Common Spikerush*, and
Baltic Rush.

This subclass is dominated by grasses, sedges, and rushes that occur at all elevations of the South Central Highlands Section. Common herbs associated with this type include those named in the alliances above and wooly sedge, elephant head, brook saxifrage, willowherb, arrowleaf groundsel, and bluejoint reedgrass.

---------------------------------------------------------------------------

Table VI-C-2. Plant names used in Table VI-C-2, classification of riparian plant communities (alphabetical order by common name).

<u>TREES</u> - blue spruce (*Picea pungens*), box elder (*Acer negundo*), Douglas-fir (*Pseudotsuga menziesii*), engelmann spruce (*Picea engelmannii*), narrowleaf cottonwood (*Populus angustifolia*), Rio Grande cottonwood (*Populus deltoides* ssp. *wislizeni*), and subalpine fir/corkbark fir (*Abies lasiocarpa*) – *Abies bifolia/Abies arizonica* (Weber). Subalpine fir and corkbark fir are grouped together and referred to as subalpine fir in this document, due to their ecological similarities and the difficulty of differentiating them in the field. They both grow in the South Central Highlands Section and probably interbreed as well.

<u>SHRUBS</u> – Alder (*Alnus incana* ssp. *tenufolia*), Bebb willow (*Salix bebbiana*), bluestem willow (*Salix irrorata*), bog birch (*Betula glandulosa*), coyote willow (*Salix exigua*), Drummond willow (*Salix drummondiana*), Geyer willow (*Salix geyeriana*), gooseberry (*Ribes montigenum*), hawthorn (*Crataegus rivularis*), honeysuckle (*Distegia involucrata*), maple (*Acer glabrum*), mountain willow (*Salix monticola*), planeleaf willow (*Salix planifolia*), red osier dogwood (*Cornus sericea*), river birch (*Betula fontinalis*), rose (*Rosa woodsii*), Russian olive (*Elaeagnus angustifolia*), saltcedar (*Tamarix ramosissima*), serviceberry (*Amelanchier alnifolia*), shortfruit willow (*Salix brachycarpa*), shrubby cinquefoil (*Pentaphylloides floribunda*), silverberry (*Shepherdia argentea*), skunkbush (*Rhus trilobata*), snowberry (*Symphoricarpos rotundifolius*), strapleaf willow (*Salix eriocephala* var. *ligulifolia*), and wolf willow (*Salix wolfii*).

<u>FORBS</u> – arrowleaf groundsel (*Senecio triangularis*), bedstraw (*Galium triflorum*), bittercress (*Cardamine cordifolia*), bluebells (*Mertensia ciliata* and *fransiscana*), broadleaf cattail (*Typha latifolia*), brook saxifrage (*Micranthes odontoloma*), cow parsnip (*Heracleum lanatum*), elephant head (*Pedicularis groenlandica*), false Solomon seal (*Maianthemum racemosum and stellatum*), Fendler cowbane (*Oxypolis fendleri*), geranium (*Geranium richardsonii*), goldenglow (*Rudbeckia ampla*), king's crown (*Rhodiola integrifolia*), marsh marigold (*Caltha leptosepala*), osha (*Ligusticum porteri*), pink stonecrop (*Sedum rhodanthum*), star gentian (*Swertia perennis*), strawberry (*Fragaria virginiana*), tall larkspur (*Delphinium barbeyi*), twisted stalk (*Streptopus amplexifolius*), and willowherb (*Epilobium hornmannii*).

<u>GRAMINOIDS</u> - baltic rush (*Juncus balticus*), beaked sedge (*Carex utriculata*), bluejoint reedgrass (*Calamagrostis canadensis*), common spikerush (*Eleocharis palustris*), horsetail (*Equisetum arvense* and *pratense*), Kentucky bluegrass (*Poa pratensis*), mannagrass (*Glyceria striata*), mountain sedge (*Carex scopulorum*), reed canarygrass (*Phalaris arundinacea*), smallwing sedge (*Carex microptera*), softstem bulrush (*Scirpus tabernaemontani*), threesquare bulrush (*Scirpus pungens*), tufted hairgrass (*Deschampsia cespitosa*), water sedge (*Carex aquatilis*), and wooly sedge (*Carex lanuginosa*).

---------------------------------------------------------------------------

## D: ALPINE ECOSYSTEMS

The alpine zone in the South Central Highlands Section occurs above timberline at elevations above about 3,500 m (11,500 ft). Mean annual precipitation ranges from about 75 – 125 cm (30 - 50 in). The alpine environment is characterized by short cool growing seasons, long cold winters, high wind, and intense light. Shaped by geologic uplift, erosion, frost action, and glaciation, the alpine landscape is steep and rugged in many places but gentle and smooth in others. Rock outcrop and talus slopes are common. Soils are shallow and rocky on steep slopes and exposed ridges, and deeper and more productive on other sites.

Much of the alpine zone in the western U.S. occurs on federal land, and much of it is in Wilderness Areas. Alpine lands are important watersheds for agricultural and metropolitan uses, and provide year-round snow accumulation and water storage for summer runoff of streams. They provide summer range for livestock, primarily sheep, and many wildlife species. They are lands associated with mineral resources and mining. These "lands above the trees" also display stunning panaramic vistas and a remote solitude that attracts recreationalists. Much of the alpine zone is unroaded and mostly undisturbed by human activities.

Wildlife species of note in the alpine include brown-capped rosy finch (*Leucosticte australis*) which nests exclusively in the alpine in deep crevices in solid rock or in cracks on looser rock surfaces, and the white-tailed ptarmigan (*Lagopus leucurus*) which is one of the only year-around residents of the alpine, spending the winter foraging in alpine tall willow communities (Kingery 1998).

Elk, lynx, marmot, pika, pocket gophers, and bighorn sheep are other common alpine occupants. The endangered Uncompahgre Fritillary butterfly (*Boloria acrochema*) also makes the alpine its home, utilizing the dwarf-willow vegetation type (Povilitis 2000).

1. Alpine Vegetation Structure and Composition

Alpine plants are uniquely adapted to their environment. The major adaptations include reduction in growth height, perennial life cycle, herbaceous habit, and belowground biomass (Thilenius 1975). High photosynthetic efficiency, resistance to drought, fleshy leaves, evergreen leaves, thick cuticles, epidermal hairs, and dark scales are other important adaptations. Alpine vascular plants grow slowly, an adaptation to low temperatures, high desiccation rates, and sudden microclimatic changes.

There is tremendous diversity of species and vegetation communities in the alpine zone, including mosses and lichens, which constitute a significant contribution to the total flora (Zwinger and Willard 1972, Hartman and Rottman 1985, Jamieson et al. 1996, Johnston 2001). Community types change abruptly over short distances, due to small-scale topographic changes that exert a significant influence on snow and moisture conditions and the associated vegetation.

Within the alpine zone of the South Central Highlands Section are four general and widespread vegetation types: fellfield, turf, wetland, and dwarf willow (Baker 1983, Thilenius 1975, Dick-Peddie 1993).

The fellfield type occurs on harsh, wind-swept sites with shallow, rocky soils. It is dominated by short cushion plants (forbs) and displays a relatively low canopy cover. Common species of this type include *Eremogone fendleri*, *Lidia obtusiloba*, *Myosotis asiatica*, *Paronychia pulvinata*, *Phlox caespitosa*, *Silene acaulis*, *Trifolium dasyphyllum*, and *Trifolium nanum*.

The turf type occurs on protected sites away from excessive wind, and tends to have deeper, moister, and more well-developed soils. It is dominated by forbs and graminoids, and usually displays a relatively high canopy cover. Within the general turf type, a number of community types can be recognized including *Carex elynoides*, *Festuca thurberi Geum rossii*, and *Kobresia myosuroides*. A combination turf/fellfield community (*Carex rupestris*/cushion plants) is also recognized (Baker 1983, Dick-Peddie 1993).

The wetland type primarily occurs on poorly-drained, low-lying sites where water accumulates. It tends to display high cover and includes the following community types: *Deschampsia cespitosa*, *Juncus drummondii*, *Potentilla fruiticosa*, herbaceous wetland, and tall willow. The tall willow type is composed of *Salix planifolia* and *S. glauca*, and occurs along riparian corridors that are often connected to lower elevation subalpine streams. The herbaceous wetland type is variable and displays a great diversity of species including *Caltha leptosepala*, *Carex* spp., *Clementsia rhodantha*, *Pedicularis groenlandica*, *Primula parryi*, and *Rhodiola integrifolia*.

The dwarf willow type is composed of *Salix arctica* and *S. reticulata*, and commonly occurs on sites

with a heavy snowpack that extends into the summer.

Krummholz, composed of dwarfed conifers (mostly Picea engelmannii) and alpine herbaceous species, is a transition type that occurs between spruce-fir forests of the subalpine climate zone and true alpine. A rockland or talus type is also recognized and dominated by *Senecio atratus*, *Ligularia soldanella*, and lichens (Dick-Peddie 1993

2. Reference Conditions in Alpine Vegetation

Specific information about the structure and function of alpine ecosystems during the reference period is almost nonexistant. Since the mid to late 1800s, most alpine ranges in the South Central Highlands Section have been used almost continuously for summer grazing, making it extremely difficult to reconstruct historical condition (Thilenius 1975). Because specific historical information is lacking, we cannot confidently describe vegetation composition and structure of alpine ecosystems during the reference period. We speculate that general vegetation structure and distribution resembled what we see today, but that species composition was different in places that have received heavy sheep grazing.

3. Legacies of Euro-American Settlement and Current Conditions in Alpine Ecosystems

Alpine ecosystems in the South Central Highlands Section today reflect impacts associated primarily with livestock grazing, mining, and recreation.

Since the late 1900s, sheep have been the principal domestic livestock using alpine lands. The early sheepmen moved their animals into the alpine zone for summer grazing where the sheep were grazed in tightly grouped bands and continuously bedded in the same location for several nights in a row. These practices resulted in large losses of forage through trampling and in soil damage from excessive trailing to and from the bedding ground to water (Thilenius 1975). Historic sheep driveways in the alpine also exhibit local range deterioration, including a lack forage plants and an increase in erosion and runoff. Management of sheep in the alpine zone has been better regulated andd more ecologically sound since the mid-1930s, and range conditions have improved greatly in many places, but legacies of uncontrolled grazing that occurred before that time are still with us.

Mining has been a widespread activity in alpine ecosystems of the South Central Highlands Section since the mid 1800s (Smith 1996). Old supply roads, deserted structures, settling ponds, and mine tailings are common mining features in many areas. When many of these mines were abandoned, steps to limit pollution from them were stopped or never initiated, causing major pollution problems (e.g., in the upper Animas River of the San Juan Mountains). Abandoned mine tailings often contain soils that are highly acidic and laden with toxic concentrations of heavy metals. Erosion, acid-water runoff, and sedimentation from mines often result in adverse impacts to vegetation, streams, and aquatic ecosystems (Somers and Floyd-Hanna 1996, Paulson and Baker 2006). Recreational use of high mountain areas,

including the alpine, has increased dramatically in the past half century; recreational impacts are discussed in Chapter VII.

4. Literature Cited

Baker, W. L. 1983. Alpine Vegetation of Wheeler Peak, New Mexico, USA: Gradient Analysis, Classification, and Biogeography. Arctic and Alpine Research, Vol. 15, No. 2, pp. 223-240, 1983.

Blair, R., Casey, T. A., Romme, W. H., and R.N. Ellis. 1996. The Western San Juan Mountains, Their Geology, Ecology, and Human History. University Press of Colorado. Fort Lewis College Foundation.

Dick-Peddie, W. A. 1993. New Mexico vegetation, past, present, and future. University of NM Press.

Hartman, E. L. and M. L. Rottman 1985. The Alpine Vascular Flora of Three Cirque Basins in the San Juan Mountains, Colorado. Madrono 32:253-272, 20 December 1985.

Jamieson, D.W., W.H. Romme, and P. Somers. 1996. Biotic communities of the cool mountains. Pages 159-174 in Blair (1996).

Johnston, B. C. 1987. Plant Associations of Region Two. Edition 4. USDA Forest Service. R2-ECOL-87-2.

Kingery, H.E. 1998. Colorado Breeding Bird Atlas. Published by Colorado Bird Atlas Partnership and Colorado Division of Wildlife.

Paulson, D. D., and W. L. Baker. 2006. The nature of southwestern Colorado: Recognizing human legacies and restoring natural places. University Press of Colorado.

Povilitis, T. 2000. Slipping through our hands: imperiled wildlife of he Greater San Juans. Life Net Publishing, HCR Route 3, Box 3845, Willcox, AZ 85643. ISNB 0-9675986-0-5.

Smith, D.A. 1996. The miners: “They builded better than they knew.” Pages 234-246 in Blair (1996).

Somers, P., and L. Floyd-Hanna. 1996. Wetlands, riparian habitats, and rivers. Pages 175-189 in Blair (1996).

Thilenius, J. F. 1975. Alpine Range Management In the Western United States – Principles, Practices, and Problems: The Status of Our Knowledge. USDA Forest Service Research Paper RM-157.

Zwinger A. H. and B. E. Willard 1972. Land Above the Trees, A Guide to American Alpine Tundra.

## E: MOUNTAIN SHRUBLANDS

Interspersed among piñon-juniper and ponderosa pine forests and woodlands are extensive tracts of mountain shrubland or Petran chaparral (Erdman 1970, Keeley and Keeley 1988, Spence et al. 1995, Floyd et al. 2000, Floyd 2003). The shrublands are dominated by species such as mountain-mahogany (*Cercocarpus montanus*), Utah serviceberry (*Amelanchier utahensis*), and fendlerbush

(*Fendlera rupicola*) on drier sites and at lower elevations, and by species such as Gambel oak (*Quercus gambelii*), and snowberry (*Symphoricarpos* spp) on wetter sites and at higher elevations. Nearly all of the dominant species have extensive root systems and the capacity to re-sprout after disturbance. Old oak-dominated stands (undisturbed for 100+ years) may contain relatively large individuals up to 10 cm (4 in) in diameter and 5 m (16 ft) tall, but in most stands the stems are < 5 cm (2 in) diameter and < 2 m (7 ft) tall. These shrublands are remarkably diverse in many places; for example, Spencer and Romme (1996) documented 32 species of shrubs and subshrubs on the slopes around Fort Lewis College in Durango, CO. Mountain shrublands cover a large area in the South Central Highlands Section. They are especially prominent along the southern and western slopes of the San Juan Mountains, on the Mesa Verde cuesta, and on the Uncompahgre Plateau. However, they have received little research attention, and we know little about their historical composition and dynamics.

The mechanisms explaining why mountain shrublands occur in environments that appear suitable for forest or woodland are poorly understood (Spencer and Romme 1996). Overall floristic composition of the shrublands generally is very similar to composition of adjacent forests or woodlands – except that the tree component is absent or very sparse. The species of shrubs and herbs found in the shrublands also can be found in nearby forests and woodlands – except that the shrub species are less abundant in the latter locations. This floristic similarity, coupled with the fact that the shrublands are not strongly associated with any particular elevational or topographical setting (i.e., they can be found across a very wide range of elevations and topographic conditions), suggests that the mountain shrublands are primarily a result of disturbance. The disturbance may be low-intensity but chronic, or high-intensity and acute. For example, steep slopes underlain by unstable Mancos shale at elevations where deep snow is frequent, are usually covered with mountain shrubland -- perhaps because the sprouting shrubs with short-lived stems can tolerate the chronic, low-intensity disturbance generated by soil erosion and snow-creep, whereas long-lived trees that reproduce only by seed cannot tolerate this chronic disturbance. In contrast, stable substrates of Dakota sandstone may support either ponderosa pine forest or oak shrubland in the vicinity of Durango, Colorado, with no obvious site differences between the forest and shrubland. It is possible that a intense disturbance at some undocumented time in the past killed the ponderosa pine forest locally (e.g., a severe fire followed shortly by another severe fire that killed the young trees re-establishing after the first fire, or a severe mountain pine beetle outbreak followed by severe fire), and the trees were subsequently unable to become re-established either because of inadequate seed sources or competition from the well-established shrubs that re-sprouted after the disturbance. We stress, however, that this is speculation, and that the exact reasons for the occurrence of shrubland in many places throughout the South Central Highlands are simply not understood.

One place where we have some specific information on the history and long-term dynamics of mountain shrublands is in Mesa Verde National Park. Shrublands of Gambel oak and Utah serviceberry dominate the upper

portions of the Mesa Verde cuesta (above about 1700 m), while the lower portions of the cuesta are mostly piñon-juniper forest. Floyd et al. (2000) determined that the fire turnover time in the shrublands (the time required to burn a cumulative area equal to the total extent of shrubland) was about 100 years, whereas the turnover time for the piñon-juniper forest was about 400 years. Piñon-juniper forest requires 300+ years to recover after fire (Erdman 1970), whereas burned shrublands recover within a decade or two (Floyd et al. 2000). Thus, it appears that the shrublands on Mesa Verde are maintained in large part by periodic fire. If fire were excluded for 300+ years, then the piñon-juniper forest probably could expand into the areas now dominated by shrubland, since scattered piñon and juniper trees do grow in this area today. However, such a long period without fire is highly unlikely. Indeed, Floyd et al. (2000) found that the cumulative area burned in Mesa Verde during the second half of the 20th century (when the policy was total fire suppression) was about the same as the cumulative area burned in the second half of the 19th century (when no fire suppression was attempted). Under conditions of high temperatue, low humidy, low fuel moisture, and high winds – conditions that occur about once or twice a decade in Mesa Verde – fires in piñon-juniper forest and mountain shrublands cannot be controlled even with modern fire-fighting technology (Omi and Emrick 1980, Floyd et al. 2000).

Mountain shrublands are used primarily for grazing, wood-cutting, and recreation. Opportunities and interest in restoring or improving or otherwise modifying this type of vegetation appear limited. Prescribed burning or mechanical removal of biomass is sometimes employed to improve forage for elk, deer, and livestock, but the effectiveness of such treatment is usually short-lived because of the rapid re-sprouting and growth of the shrubs. Dense stands of Gambel oak are also recognized as a fire hazard in the wildland-urban interface because they can burn intensely under extreme fire weather conditions (Romme et al. 2006). At least some component of tall, dense shrublands should be retained in the landscape because they provide valuable nesting habitat for several bird species, including green-tailed towhee and orange-crowned warbler.

<u>Literature Cited</u>

Erdman, J. A. 1970. Piñon-juniper succession after natural fires on residual soils of Mesa Verde, Colorado. Brigham Young University Biological Series Vol. XI (2). 58 pp.

Floyd, M. L. (editor). 2003. Ancient piñon-juniper woodlands: A natural history of Mesa Verde country. University Press of Colorado, Niwot, CO.

Floyd, M. L., W. H. Romme, and D. D. Hanna. 2000. Fire history and vegetation pattern in Mesa Verde National Park, Colorado, USA. Ecological Applications 10:1666-1680.

Keeley, J. E., and S. C. Keeley. 1988. Chaparral. Chapter 6 (pages 165-207) in: Barbour, M. G., and W. D. Billings (editors). North American terrestrial vegetation. Cambridge University Press, Cambridge, England.

Omi, P., and L. Emrick. 1980. Fire and resource management in Mesa Verde National Park. Contract CS-1200-9-B015. Unpublished report, on file at Mesa Verde National Park.

Romme, W. H., P. J. Barry, D. D. Hanna, M. L. Hanna, and S. White. 2006. A wildfire hazard assessment and map for La Plata Country, Colorado, USA. Fire Ecology 2:7-30 (on-line journal

Spence, J. R., W. H. Romme, L. Floyd-Hanna, and P. G. Rowlands. 1995. A preliminary vegetation classification for the Colorado Plateau. Pages 193-213 in: C. van Riper III (editor), Proceedings for the second biennial conference on research in Colorado Plateau national parks. National Park Service Transactions and Proceedings Series NPS/NRNAU/NRTP-95/11.

Spencer, A. W., and W. H. Romme. 1996. Ecological patterns, Pages 129-142 in: Blair, R. (managing editor), The western San Juan Mountains: their geology, ecology, and human history. University Press of Colorado, Niwot, CO.

## F. LODGEPOLE PINE FORESTS

Lodgepole pine (*Pinus contorta* var. *latifolia*) is a distinctly uncommon species in the South Central Highlands Section. Natural stands of lodgepole pine are found only in the northeastern portion of the area, at mid elevations on the northern slopes of the La Garita Range. Lodgepole pine also has been planted in the Lime Creek burn area near Molas Pass and Coal Bank Pass, just south of Silverton, CO, and several places on the Uncompahgre Plateau.

Lodgepole pine extends into south-central Colorado in the Sangre de Cristo Range which lies to the east of the South Central Highlands (Peet 1978, Allen et al. 1991). However, the lodgepole pine forests that grow on the northern flank of the La Garita Range are at the southernmost limit of distribution of this species in southwestern Colorado. Lodgepole pine is a major forest type in northern Colorado and Wyoming, where it has received extensive study (e.g., Peet 1988, Knight 1994, Knight and Reiners 2000, Veblen 2000). However, we are aware of no reseaerch conducted in the stands in the South Central Highlands Section. The extent to which we can extrapolate from studies conducted farther north to the lodgepole pine forests in our area is unknown. Therefore, rather than extensively summarizing that literature in this report, we conclude only that it may be applicable here or it may not, and that this vegetation type is simply not well understood in our area.

The lodgepole pine stands that were planted near Silverton are interesting in two respects. First, they were planted in the middle decades of the 20th century because of concern over the slow rate of natural re-forestation in the Lime Creek burn which occurred in 1879 and affected ca. 25,000 acres (10,000 ha) of spruce-fir, aspen, and cold wet mixed conifer forest at elevations of approximately 9,500 – 10,500 ft (2,900 – 3,200 m) (Paulson and Baker 2006). The second interesting aspect of these lodgepole pine stands is that they appear to be thriving. This is surprising given the fact that they are growing outside the pre-1900 range of the species. Two plausible explanations can be suggested. First, the species may not have occupied all potentially suitable

habitat even before 1900, because of barriers to dispersal or simply slow dispersal into the San Juan region from sources to the north. However, there are no obvious barriers between the La Garita population and the Lime Creek area, and broad-scale migration patterns of this species during the last thousand years are unknown. The second possible explanation is that the potentially suitable range for this species has expanded in the 20th century as a result of climatic warming. At this time, we are aware of no way to critically test these two hypotheses.

Although lodgepole pine is an important timber species in northern Colorado and Wyoming, it is of limited economic importance in the South Central Highlands Section because of its very restricted distribution and abundance. Consequently, opportunities for management of lodgepole pine in our region are limited. In fact, there is concern that lodgepole pine could become an undesirable invasive species in portions of the San Juan Mountains (Paulson and Baker 2006), as has occurred in other parts of the world such as Sweden (Engelmark et al. 2001).

Literature Cited

Allen, R. B., R. K. Peet, and W. L. Baker. 1991. Gradient analysis of latitudinal variation in southern Rocky Mountain forests. Journal of Biogeography 18:123-129.

Engelmark, O., and several others. 2001. Ecological effects and management aspects of an exotic tree species: the case of lodgepole pine in Sweden. Forest Ecology and Management 141:3-13.

Knight, D. H. 1994. Mountains and plains: The ecology of Wyoming landscapes. Yale University Press, New Haven and London.

Knight, D. H., and W. A. Reiners. 2000. Natural patterns in southern Rocky Mountain landscapes and their relevance to forest management. Chapter 2 in Knight, R. L., F. W. Smith, S. W. Buskirk, W. H. Romme, and W. L. Baker (editors), Forest fragmentation in the southern Rocky Mountains. University Press of Colorado.

Paulson, D. D., and W. L. Baker. 2006. The nature of southwestern Colorado: Recognizing human legacies and restoring natural places. University Press of Colorado.

Peet, R. K. 1978. Latitudinal variation in Rocky Mountain forests. Journal of Biogeography 5:275-289.

Peet, R. K. 1988. Forests of the Rocky Mountains. Chapter 3 (pages 63-101) in: Barbour, M. G., and W. D. Billings (editors), North American terrestrial vegetation. Cambridge University Press, Cambridge, England.

Veblen, T. T. 2000. Disturbance patterns in southern Rocky Mountain forests. Chapter 3 in Knight, R. L., F. W. Smith, S. W. Buskirk, W. H. Romme, and W. L. Baker (editors), Forest fragmentation in the southern Rocky Mountains. University Press of Colorado.

## G. **BRISTLECONE PINE FORESTS**

Bristlecone pine (*Pinus aristata*) is an uncommon species and forest type in the South Central Highlands, but adds an interesting and important component of biodiversity where it does occur. The oldest trees in Colorado are 2,400+ year old bristlecone pine (Brunstein and Yamaguchi 1992). Because bristlecone pine is relatively uncommon and unimportant commercially, it has received little research attention in the South Central Highlands Section. However, two recent studies by W. L. Baker and colleagues (below) provide baseline information about distribution and varaibility in community composition of bristlecone pine forests in the Colorado portion of the Section, while DeVelice et al. (1986) characterize some of the stands in northern New Mexico.

Bristlecone pine forests grow primarily on dry, steep, south-facing slopes at elevations of 2700-3700 m in the Front, Mosquito, Sawatch, Sangre de Cristo, and San Juan Mountain Ranges (Peet 1978, Baker 1992, Ranne et al. 1997). The environment generally is harsh: soils are poorly developed, temperatures are cool even in summer, and strong winds are common. Many trees, especially larger and older individuals, exhibit partial cambial mortality (strips of bare wood where the bark has died and sloughed off), perhaps because of wind or other damage. Most stands in the San Juan Mountains are on extrusive igneous substrates, including andesitic lavas, breccias, tuffs, and conglomerates (Ranne et al. 1997;22). Bristlecone pine in the San Juan Mountains is largely confined to the eastern and northeastern portions of the range, in the Rio Grande and Gunnison drainages (Baker 1992, Ranne et al. 1997, and *personal observations*). Ranne et al. (1997) identified two major plant associations dominated by bristlecone pine in the San Juan Mountains: a *Pinus aristata / Festuca arizonica* association at lower elevations, and a *Pinus aristata / Festuca thurberi* association at higher elevations. Bristlecone pine apparently is not a “climax” species, but requires disturbance for abundant regeneration (Baker 1992). Snow avalanches can remove large patches of bristlecone pine, and some cutting for mine timbers occurred in the late 19th century (Ranne et al. 1997;22).

Given the limited distribution and economic importance of bristlecone pine in the South Central Highlands Section, opportunities for restoration or management are limited. It does not appear to face any imminent threats. However, a potential future threat is white pine blister rust, an exotic fungal disease that has devastated five-needle pines in the the northern Rocky Mountains. White pine blister rust is rare in Colorado at this time, and has not been reported in the South Central Highlands Section. However, it exists in the Colorado Front Range and in the Sangre de Cristo Range, so could appear in this region at any time.

<u>Literature Cited</u>

Baker, W. L. 1992. Structure, disturbance, and change in the bristlecone pine forests of Colorado. Arctic and Alpine Research 24:17-26.

Brunstein, F. C., and D. K. Yamaguchi. 1992. The oldest known Rocky Mountain bristlecone pines (*Pinus aristata* Engelm.). Arctic and Alpine Research 24:253-256.

DeVelice, R. L., J. A. Ludwig, W. H. Moir, and F. Ronco, Jr. 1986. A classification of forest habitat types of Northern New Mexico and southern Colorado. USDA Forest Service General Technical Report RM-131.

Peet, R. K. 1978. latitudinal variation in southern Rocky Mountain forests. Journal of Biogeography 5:275-289.

Ranne, B. M., W. L. Baker, T. Andrews, and M. G. Ryan. 1997. Natural variability of vegetation, soils, and physiography in the bristlecone pine forests of the Rocky Mountains. Great Basin Naturalist 57:21-37.

# CHAPTER VIII. MANAGEMENT CHALLENGES AND OPPORTUNITIES

William H. Romme, Jeffery S. Redders, M. Lisa Floyd, David Hanna, Kevin McGarigal, Michele Crist

Many of the ecosystems of the South Central Highlands Section today are substantially different from the ecosystems that existed during the reference period. These changes have come about primarily through human activities during the last century although some key climatic events also have played a role. However, the magnitude and causes of change vary greatly among ecosystem types. Dramatic and extensive changes have occurred, for example, in mountain grasslands (due primarily to grazing), alpine ecosystems (grazing, mining, and recreation), riparian vegetation (grazing and water diversion), and ponderosa pine forests (logging, grazing, and fire exclusion). In contrast, much of the spruce-fir and cool moist mixed conifer forest in the region has been little altered, except in specific locations where logging and road-building have occurred. Many of the changes since the reference period are regarded as undesirable; for example, the ponderosa pine forests of the region are currently at risk from extensive insect outbreaks, uncontrollable wildfires, and reduced biological diversity. Long-term timber supply also is questionable in some areas.

One of the major land management activities in the twenty-first century likely will be restoration of ecosystems that were degraded during the past century. In this chapter we first review some of the major challenges facing land managers in the South Central Highlands Section, and then explore some of the opportunities for mitigation and restoration of damaged or degraded components of the ecosystems in the region.

## A. Challenges: Forest Fragmentation by Roads & Logging

One of the major global challenges to biodiversity and ecological integrity is fragmentation of wildland habitats by roads, logging, agriculture, home building, and other human developments. It can be argued that habitat fragmentation by roads and logging is a less serious issue in the Rocky Mountain region because the topography and vegetation of these landscapes are naturally heterogeneous, i.e., they are "naturally fragmented" to begin with and the biota are well adapted to such fragmentation. An alternative view is that additional anthropogenic fragmentation is especially deleterious in landscapes that are already highly fragmented (Buskirk et al. 2000, Knight and Reiners 2000). We do have some information about the ecological effects of roads and forest fragmentation in the Southern Rocky Mountains (Knight et al. 2000), but new research is needed to more fully evaluate the significance of natural and anthropogenic fragmentation of habitats in this region. In this section we first examine some general impacts of roads in any kind of landscape, and

then focus specifically on effects of roads and logging on forested landscapes in the South Central Highlands Section. We selected two representative areas for detailed analysis: (i) forested portions of the San Juan National Forest as a whole and (ii) the high-elevation portion of the Pagosa District of the San Juan National Forest.

1. General Ecological Impacts of Roads:

Roads have greater impacts on plants, wildlife, and natural ecological processes than almost any other feature of the human-influenced landscape. Roads are unprecedented features in ecological history (Forman 1995, Forman et al. 2003, Baker and Knight 2000, Ritters and Wickham 2003), and can cause greater fragmentation of mature forests than clear-cutting (Reed et al. 1996a, Tinker et al. 1997, McGarigal et al. 2001). The total extent of roads in the Southwest and Southern Rocky Mountain regions, including the South Central Highlands Section, is astonishing. For example, as of 1997 the Rio Grande and San Juan National Forests contained 5,150 miles of road, for a road density of 0.88 miles of road per square mile (Baker and Knight 2000; Table 5.1). These figures include the Wilderness Areas in those National Forests, so road density outside of Wilderness is even greater. Some of the adverse ecological effects of these roads include the following (Baker and Knight 2000; Table 5.1): (i) *direct on-road effects*, e.g., habitat loss and accidental road-kill; (ii) *road-zone effects*, e.g., wildlife avoidance of the corridor along the road, and increased human access for hunting and trampling of areas adjacent to the road; (iii) *connectivity effects*, e.g., providing avenues for the spread of non-native species while limiting the movement of some sensitive native species; and (iv) *landscape effects*, e.g., dissection of high-quality interior habitat patches, and increased habitat edge.

2. Road Densities in Forests of the San Juan National Forest

Road densities within the forested portions of the San Juan National Forest were estimated as follows. We overlaid the roads contained in a GIS cartographic features file over the area covered by each of the four major forest types -- ponderosa pine, aspen, mixed conifer (referred to as Douglas-fir / white fir in the data base), and spruce-fir -- within the Arc-Info environment. All kinds of roads, e.g., improved and primitive, were aggregated in the roads layer. We determined the total number of miles of roads within each forest type, as well as, the total square miles of each forest type. We then divided miles of roads by square miles of forest type to obtain a measure of miles of road per square mile of forest. This analysis was done first for the entire San Juan National Forest, including officially designated Wilderness and roadless areas, and then separately for the entire Forest but excluding designated Wilderness Areas.

Road densities are greatest in the ponderosa pine forest type, with 2.60 miles of road per square mile for the entire Forest including Wilderness Areas, or 2.61 miles of road per square mile excluding Wilderness Areas (Table VII-1). The reason for the small difference in these numbers is that very little ponderosa pine forest is contained within officially designated Wilderness Areas, which tend to be at higher elevations. Road density is somewhat

lower in spruce-fir forests: 1.07 miles of road per square mile for the entire Forest but 1.75 miles of road per square mile for those areas outside of Wilderness Areas. Road densities are also lower in the aspen type, with 1.11 miles of road per square mile for the entire Forest or 1.21 miles of road per square mile outside of Wilderness Areas. Lowest road densities are in the Douglas-fir/white fir (mixed conifer) type (0.87 miles of road per square mile in the entire Forest), but even this forest type has nearly a mile of road per square mile outside Wilderness Areas (Table VII-1).

For comparison, Reed et al. (1996a) found 2.52 km of road per $km^2$ (4.1 miles per $mi^2$) in a subalpine landscape of the Medicine Bow - Routt National Forest in southeastern Wyoming. Logging and road-building during the last 50 years had substantially fragmented the forest in this watershed, to the extent that it was now more fragmented than the Oregon Cascades (Reed et al. 1996b). Road densities in the San Juan National Forest are lower than this extreme example from southeastern Wyoming, but nevertheless relatively high.

---------------------------------------------------------------------

Table VII-1. Road densities in the four major forest types of the San Juan National Forest. Data are from RIS cover maps and cartographic feature files, overlain in Arc-Info environment. It should be noted that the road coverage is incomplete. Forest Service staff estimate that 20 - 30 % of the roads that actually exist on the ground are not included in the current GIS roads file. The roads GIS files will be updated within the next few years. However, the road densities in this table are under-estimates of actual road densities on the ground.

| Forest Type | Miles of Road per Square Mile: Entire San Juan National Forest Including Wilderness Areas (Total Number of Square Miles in Parentheses) | Miles of Road per Square Mile: San Juan NF Excluding Wilderness Areas (Total Number of Square Miles in Parentheses) |
|---|---|---|
| Ponderosa Pine | 2.60 miles/square mile (472.4 square miles) | 2.61 miles/square mile (470.5 square miles) |
| Aspen | 1.11 miles/square mile (480.6 square miles) | 1.21 miles/square mile (444.3 square miles) |
| Douglas-Fir & White Fir | 0.87 miles/square mile (381.2 square miles) | 0.97 miles/square mile (340.1 square miles) |
| Spruce-Fir | 1.07 miles/square mile (876.5 square miles) | 1.75 miles/square mile (537.3 square miles) |

---------------------------------------------------------------------

3. Effects of Roads and Logging on a High-Elevation Landscape of the Pagosa District

To obtain quantitative estimates of the impact of road-building and logging on high-elevation landscape structure in the South Central Highlands Section, we first reconstructed the history of road-building and logging in the area, and then measured changes in several metrics of landscape structure using the program FRAGSTATS, as explained below.

*Logging History in High-Elevation Forests of the Pagosa District*:

To evaluate quantitatively the effects of road-building and logging on high-elevation forests in a representative portion of the South Central Highlands Section, we needed a detailed history of logging operations during the 20th century. However, for most of the area, detailed records of this kind either do not exist, or are scattered throughout numerous informal reports, paper files, and recollections of individual foresters. To compile the records necessary for a rigorous analysis of landscape change as a result of logging and road building, we focused on the Pagosa District of the San Juan National Forest. This district is located near the approximate geographic center of the South Central Highlands Section, contains extensive high-elevation forests and other associated vegetation types, and still has most of the records of its logging history.

We reconstructed the logging history of the last half-century by tabulating the data contained in two timber atlases on file at the Pagosa Ranger Station ("Piedra timber management records" and "Pagosa timber management records"), and supplemented this information by interviewing Stu Sarnow, recently retired silviculturalist for the Pagosa District. Logging occurred in ponderosa pine forests as early as the late 1800s, and by the middle of the 20th century most of the large, old-growth ponderosa pine trees had been removed from lower-elevation forests in the Pagosa District and throughout the San Juan National Forest (Chapter II). However, because of inaccessibility and a short summer season, the high-elevation forests of the Pagosa District (and some other portions of the South Central Highlands Section) were not logged extensively until after World War II. Virtually no written records exist of logging operations prior to 1950. However, we are confident that little activity occurred in high-elevation forests prior to this date because nearly all of the roads that now exist in high-elevation areas were documented as having been constructed during the last 50 years. Therefore, we used the year 1950 as a baseline and measured the changes that have occurred since that time.

The number of acres cut each year (in all forest types combined) from 1951 – 1992 in the Pagosa District of the San Juan National Forest is presented in Figure VII-1. The number of acres affected by logging each year increased through the 1950s and 1960s, reached a peak in the 1970s, and then declined through the 1980s and 1990s. The amount of clear-cut area was greatest in the late 1960s, and was low in the 1980s and 1990s. Much of the clear-cutting in the 1960s was in spruce-fir forests, but nearly all of the recent clear-cutting has been in aspen forests. Both clear-cutting and partial cutting have been in predominantly small cutting units, < 250

acres, although a few relatively large units (up to 3,000 acres) exist (Table VII-2).

Logging history by forest type in the Pagosa District of the San Juan National Forest is summarized in Table VII-3. The most extensive logging activity in *spruce-fir forests* occurred during the 1960s and 1970s, decreased somewhat in the 1980s, and decreased further in the 1990s. No clear-cutting has been done in spruce-fir forests since the 1970s; recent logging has emphasized partial-cut, selective harvest, salvage sale, and shelter wood methods. Largely because much of the Pagosa District is in Wilderness Areas where logging is not permitted, a half-century of logging has directly affected only a small proportion (ca. 5 %) of the total spruce-fir forest acreage on the Pagosa District. However, nearly all (85%) of the suitable timber base in spruce-fir has been entered at least once for timber removal (last column in Table VII-3).

------------------------------------------------------------------




Figure VII-1. Logging history in high-elevation forests (spruce-fir, cool moist mixed conifer, and high-elevation aspen forests) of the Pagosa District, San Juan National Forest, 1950-1992.

------------------------------------------------------------------

Since 1950, only about 20 % of the *mixed conifer forest* acreage in the Pagosa District has been entered for timber harvest. However, much of the mixed conifer type grows on steep slopes or in administratively designated Wilderness Areas where logging is not possible. Of the mixed conifer forest lands currently considered suitable for timber harvest, approximately 70 % have received at least an initial harvest entry (Table VII-3).

The most extensive logging in *aspen forests* of the Pagosa District took



FS-004145

-----------------------------------------------------------

Table VII-1. Road densities in the four major forest types of the San Juan National Forest. Data are from RIS cover maps and cartographic feature files, overlain in Arc-Info environment. It should be noted that the road coverage is incomplete. Forest Service staff estimate that 20 - 30 % of the roads that actually exist on the ground are not included in the current GIS roads file. The roads GIS files will be updated within the next few years. However, the road densities in this table are under-estimates of actual road densities on the ground.

| Forest Type | Miles of Road per Square Mile: Entire San Juan National Forest Including Wilderness Areas (Total Number of Square Miles in Parentheses) | Miles of Road per Square Mile: San Juan NF Excluding Wilderness Areas (Total Number of Square Miles in Parentheses) |
|---|---|---|
| Ponderosa Pine | 2.60 miles/square mile (472.4 square miles) | 2.61 miles/square mile (470.5 square miles) |
| Aspen | 1.11 miles/square mile (480.6 square miles) | 1.21 miles/square mile (444.3 square miles) |
| Douglas-Fir & White Fir | 0.87 miles/square mile (381.2 square miles) | 0.97 miles/square mile (340.1 square miles) |
| Spruce-Fir | 1.07 miles/square mile (876.5 square miles) | 1.75 miles/square mile (537.3 square miles) |

-----------------------------------------------------------

place in the 1950s through 1970s, when a total of about 600 acres were cut. Aspen timber production then was substantially lower during the 1980s and early 1990s. By 1992, about 1 % of the total extent of aspen forests in the Pagosa District, and a little over 5 % of the aspen forests currently considered suitable for timber production, had been either clear-cut or partially cut (Table VII-3). It should be noted that a much higher proportion of the aspen forest and of the suitable timber base in aspen has been logged since 1950 in the Dolores District of the San Juan National Forest (data not shown).

Caveats: In interpreting the results of our fragmentation analysis, it is important to acknowledge some of the inherent problems with the database we had to work with. First, the timber cutting records are incomplete. Stu Sarnow believes that only 85-90 % of the actual cutting activity between 1950 and 1992 is contained within the two timber atlases. Additional logged areas were identified from the Forest Service RIS database and from recent landsat and aerial photo coverage of the area. These additional areas were included in the numbers presented in Table VII-3, but there may still be other areas that

were partially logged and are not represented in our data. Secondly, land classification systems have changed during the period from 1950 - 1992. In particular, the area of suitable timber base has been reduced. For the entire San Juan National Forest, there were 1,188,000 acres designated as suitable for commercial use in 1962, but only 375,000 acres so designated in 1992. In addition, some of the clear-cut areas that lack reforestation are currently classified as shrub, barren, or grass/forb cover-types whereas they were originally spruce-fir forest, and some recent logging units included portions of previously logged units.

---------------------------------------------------------

Table VII-2. Size distribution of timber cutting units in the Pagosa District, San Juan National Forest, from 1950 - 1992. Data were compiled from two timber atlases on file at the Pagosa Ranger Station ("Piedra timber management records" and "Pagosa timber management records"), and supplemented by personal communications from Stu Sarnow, silviculturalist for the Pagosa District. Stu Sarnow believes that 85-90 % of the actual cutting activity between 1950 and 1992 is contained within the two timber atlases. The category "acres partially cut" includes partial-cut, selective harvest, salvage sale, and shelterwood methods. This tabulation includes all timber cutting units within the Pagosa District, including cuts in spruce-fir, mixed conifer, aspen and ponderosa pine forests.

| Size of Unit (acres) | Number of Partial Cut Units | Number of Clear-cut Units | Total Number of Cutting Units |
|---|---|---|---|
| 1 - 250 | 113 | 41 | 154 |
| 251 - 500 | 23 | 4 | 27 |
| 501 - 750 | 24 | 0 | 24 |
| 751 - 1,000 | 10 | 0 | 10 |
| 1,001 - 1,250 | 15 | 0 | 15 |
| 1,251 - 1,500 | 2 | 0 | 2 |
| 1,501 - 1,750 | 4 | 0 | 4 |
| 1,751 - 2,000 | 2 | 0 | 2 |
| 2,001 - 2,250 | 2 | 0 | 2 |
| 2,251 - 2,500 | 2 | 0 | 2 |
| 2,501 - 2,750 | 0 | 0 | 0 |
| 2,751 - 3,000 | 0 | 0 | 0 |
| 3,001 - 3,250 | 1 | 0 | 1 |
| Total, all sizes | 198 | 45 | 243 |

---------------------------------------------------------

Table VII-3. Logging history in high-elevation forests of the Pagosa District, San Juan National Forest, 1950 - 1992. Data were compiled from two timber atlases on file at the Pagosa Ranger Station ("Piedra timber management records" and "Pagosa timber management records"), and supplemented by personal communications from Stu Sarnow, silviculturalist for the Pagosa District. The category "acres partially cut" includes partial-cut, selective harvest, salvage sale, and shelterwood methods. It must be noted that there are several irremediable problems with this data set:

(1) The timber cutting records are incomplete. Stu Sarnow believes that 85-90 % of the actual cutting activity between 1950 and 1992 is contained within the two timber atlases. Additional logged areas were identified from the Forest Service RIS database and from recent landsat and aerial photo coverage of the area. These additional areas are included in the numbers below.

(2) Land classification systems have changed during the period from 1950 - 1992. In particular, the area of suitable timber base has been reduced. For the entire San Juan National Forest, there were 1,188,000 acres designated as suitable for commercial use in 1962, but only 375,000 acres so designated in 1992. In addition, some of the clear-cut areas that lack reforestation are currently classified as shrub, barren, or grass/forb cover types.

| Decade | Acres Clear-cut | Acres Partially Cut | Total Acres Cut | Cumulative Total Acres Cut Since 1950 | Cumulative % of Total Forest Area Cut Since 1950[1] | Cumulative % of Total Suitable Timber Base Cut Since 1950[2] |
|---|---|---|---|---|---|---|
| | | | | | | |
| **Spruce-Fir Forest** | | | | | | |
| 1950-59 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1960-69 | 2,751 | 158 | 2,909 | 2,909 | 1.7 | 28.4 |
| 1970-79 | 722 | 2,542 | 3,264 | 6,173 | 3.6 | 60.4 |
| 1980-89 | 0 | 2,480 | 2,480 | 8,653 | 5.0 | 84.6 |
| 1990-92 | 0 | 0 | 0 | 8,653 | 5.0 | 84.6 |
| | | | | | | |
| **Mixed Conifer Forest** | | | | | | |
| 1950-59 | 0 | 3,087 | 3,087 | 3,087 | 2.6 | 9.5 |
| 1960-69 | 148 | 7,072 | 7,220 | 10,307 | 8.6 | 31.6 |
| 1970-79 | 0 | 9,483 | 9,483 | 19,790 | 16.5 | 60.7 |
| 1980-89 | 12 | 1,811 | 1,823 | 21,613 | 18.0 | 66.3 |
| 1990-92 | 21 | 1,047 | 1,068 | 22,681 | 18.9 | 70.0 |
| | | | | | | |
| **Aspen Forest** | | | | | | |
| 1950-59 | 81 | 167 | 248 | 248 | 0.4 | 2.0 |
| 1960-69 | 85 | 88 | 173 | 421 | 0.7 | 3.4 |
| 1970-79 | 177 | 0 | 177 | 598 | 1.0 | 4.8 |
| 1980-89 | 9 | 0 | 9 | 607 | 1.0 | 4.9 |
| 1990-92 | 36 | 10 | 46 | 653 | 1.1 | 5.3 |

[1] Total forest area on the Pagosa District:
Spruce-Fir forest = 173,793 acres
Mixed conifer forest = 120,279 acres
Aspen forest = 58,438

[2] Total suitable timber base:
Spruce-Fir forest = 10,226 acres
Mixed conifer forest = 32,619 acres
Aspen forest = 12,356 acres

Given these irremediable shortcomings of the database, we cannot have complete confidence in any specific estimates of the percent of the landscape or the percent of the suitable timber base that have been affected by logging of spruce-fir forests during the last 50 years. A high priority for the future should be to improve record-keeping, e.g., to regularly incorporate all timber harvest units and other activities into the Forest's GIS and other databases. Especially as older Forest Service staff members retire or leave the area, it will become more and more difficult to compile a database of logging history of the kind we have presented here. This kind of information will be increasingly valuable to future users and forest managers.

*Methods of Fragmentation Analysis*:

To obtain quantitative estimates of the impact of 50 years of road-building and logging on high-elevation landscape structure in the South Central Highlands Section, we measured changes in several metrics of landscape structure using the program FRAGSTATS. The following is a brief synopsis of results; see McGarigal et al. (2001) for additional details.

For this analysis we first identified a representative area of high-elevation forests in the Pagosa District of the San Juan National Forest. Initially we located all lands above 2,420 m (8,000 ft), using the GIS. The resulting map showed a large block of high-elevation landscape in the northern and eastern portions of the Pagosa District, along the main crest of the San Juan Mountain Range. In addition, there were numerous "islands" of high-elevation terrain surrounded by lower-elevation terrain in the foothills of the southern and western portions of the District. To minimize map-edge effects in the analysis, we subjectively smoothed this initial GIS map, deleting a few small, isolated islands of high-elevation terrain, and incorporating small portions of lower-elevation terrain to connect some of the larger high-elevation islands. The resulting map (Figure VII-2) depicted an area of 225,843 ha, representing the high-elevation landscape of the Pagosa District.

Within this study area, we then created two GIS maps: the landscape of 1950 and the landscape of 1993. We regarded the 1950 map as representative of the reference condition landscape, because we knew from our analysis of logging history that very little logging or road-building had occurred in this area prior to 1950 (see above). There also were no large fires or insect outbreaks in the area during the first half of the 20th century, so mature forests may have been more extensive and continuous in 1950 than at some earlier times during the period of indigenous settlement. However, the low frequency of fires during the 20th century may not be a great departure from the reference period range of variability of high-elevation forests in this region (see above). Both maps were created at a scale of 1 ha resolution (i.e., each pixel represents 1 ha).

To produce the 1993 landscape map, we began with a 1993 vegetation map of the area that was derived from aerial photos and satellite imagery. This map was reclassified (in the GIS environment) into 14 categories (Table VII-4).




Figure VII-2. High-elevation study area in the Pagosa District, San Juan National Forest, where logging history and forest fragmentation were studied.

------------------------------------------------------------------

We actually made four versions of the 1993 landscape map. First, we simply reclassified the entire vegetation map into these 14 categories. Areas that had been logged during the last 50 years were assigned to one of the vegetation classes, based solely on the structure of the remaining vegetation as perceived on the aerial photos and satellite imagery. Clear-cut areas were assigned to the seedling & sapling class, but many partially cut areas were classified as forests with medium or large trees because a large number of such trees had been left after logging. This map depicted a minimum impact of logging; i.e., it assumed that partial cutting produced no change in stand structure unless the canopy was almost completely removed.

---------------------------------------------------------------

Table VII-4. Vegetation categories used in the fragmentation analysis of a 225,843-ha high-elevation study area in the Pagosa District of the San Juan National Forest (Figure VII-2).

-- spruce-fir forest, large or very large trees (9 + inches dbh )
-- spruce-fir forest, medium-sized trees (5 - 8.9 inches dbh )
-- spruce-fir forest, seedlings & saplings (< 5 inches dbh)
-- mixed conifer forest, large or very large trees ( 9 + inches dbh )
-- mixed conifer forest, medium-sized trees (5 - 8.9 inches dbh )
-- mixed conifer forest, seedlings & saplings (< 5 inches dbh)
-- aspen forest, large or very large trees (9 + inches dbh )
-- aspen forest, medium-sized trees (5 - 8.9 inches dbh )
-- aspen forest, saplings (< 5 inches dbh)
-- other forest types (ponderosa pine, pinon-juniper)
-- shrubland (oak, snowberry, willow carrs)
-- riparian (water and riparian vegetation)
-- nonforest (meadows, grasslands, rocky slopes and scree)
-- roads

---------------------------------------------------------------

For the second 1993 landscape map, we overlaid the vegetation map described above with the timber harvest map that we had developed from historical records in the Pagosa District (see above), and classified all partially logged and clear-cut areas as separate vegetation types, regardless of the nature of the residual vegetation. This provided a maximum estimate of the impact of logging, because it assumed that any entry into a previously unlogged stand produced significant changes in stand structure or function. Both of these first two maps included roads as a land cover type. For the third and fourth versions of the 1993 map, we reclassified the road pixels as adjacent vegetation types. This effectively "removed" the roads from the maps, so that we could evaluate the relative contribution of roads to overall changes in landscape structure.

We created the 1950 landscape map from the 1993 map by reclassifying (in the GIS environment) all of the logged areas as large/very large trees of the forest type indicated by the major species of timber removed from the area according to the timber records. We thought it was reasonable to assume that the logged areas were all mature forest at the time of logging, because during this period most logging in high-elevation forests of this region was done as a first entry into mature and "over-mature" stands. Roads were then reclassified as the same cover types as surrounding pixels. In effect, we thereby "removed" all of the roads and timber-cutting patches from the landscape (with the exception of a few roads known to have existed in 1950, e.g., the main highway over Wolf Creek Pass).

*Results of the Fragmentation Analysis*:

A comparison of landscape metrics for the 1950 map and for the various 1993 maps reveals that the high-elevation landscape of the Pagosa District is more heterogeneous today than it was before the onset of extensive logging and road-building. Roads have had a larger impact on landscape structure than logging, even when partially cut areas are assigned their own unique cover type. FRAGSTATS determines 45 different metrics (measurements) of landscape structure. The average percentage change from 1950 - 1993, among all of these metrics, was 15 - 25 % when roads were included, but only 3 - 8 % when roads were excluded (Figure VII-3).

In what specific ways has the landscape changed since 1950? The number of distinct patches has increased -- by 2 - 14% excluding roads, or by 22 - 40 % if roads are included (Figure VII-4). Average patch size has decreased -- by 2 - 12 % without roads, or 18 - 29 % with roads (Figure VII-5). Including the effects of roads, the average size of a patch of any cover type was 55 ha in 1950, but only 35 - 45 ha in 1993. Edge density (meters of edge between two different cover types) has increased by 3 - 5 % without roads or 18 - 23 % with roads (Figure VII-6).

Of particular conservation significance is old-growth spruce-fir forest, which supports several species of plants, animals, and microbes that are thought to be sensitive to forest structural change and landscape fragmentation (Romme et al. 1992). Spruce-fir forests with large tree size classes (the cover class in our analysis that likely represents most of the old-growth forests in the area) occupied 21.5 % of the study area in 1950, but only 20.0 % of the study area in 1993 if partially cut areas are treated as a separate cover type (figure VII-7). This is a relatively small change in overall extent of late successional forests, and the changes in patch number and patch size are more impressive. The number of patches of spruce-fir forest with large trees increased from 240 in 1950 to 280 in 1993 (including roads, and treating partial cuts as a separate cover type; Figure VII-8). The average patch size of spruce-fir forests with large trees decreased from 200 ha in 1950 to 150 ha in 1993 (Figure VII-9).

A simple measure of the size of a patch of late successional forest may be misleading, because the perimeter of the patch is actually edge environment where meteorological conditions and biotic pressures (e.g., nest predation and parasitism, human disturbance, sources of alien plant species) are quite different from the interior of the patch. Therefore, we also computed the "core" area of each patch of spruce-fir forest with large trees, by subtracting the area of each patch lying within 50 m of the edge. Mean core area decreased from 160 ha in 1950 to 120 ha in 1993 (including roads, and treating partial cuts as a separate cover type; Figure VII-10).

*Evaluating the Significance of Forest Fragmentation in the Pagosa District*:

In some ways, the overall landscape structure of this portion of the San Juan National Forest has been changed very little by a half century of logging and road-building.




Figure VII-3. Average change over all FRAGSTATS indices from 1950 – 1993 in the high-elevation study area of the Pagosa District, San Juan National Forest.




Figure VII-4. Change in number of patches from 1950 - 1993 in the high-elevation study area




Figure VII-5. Change in mean patch size from 1950 – 1993 , in the high-elevation study area




Figure VII-6. Change in edge density from 1950 - 1993, in the high-elevation study area




Figure VII-7. Change in percent of landscape occupied by spruce-fir forests with large or very large trees from 1950 – 1993, in the high-elevation study area of the San Juan National Forest.




Figure VII-8. Change in number of patches of spruce-fir forest with large or very large trees from 1950 – 1993. in the high-elevation study area.




Figure VII-9. Change in mean size of patches of spruce-fir forest with large or very large trees from 1950 - 1993 in the high-elevation study area




Figure VII-10. Change in mean core area per patch of spruce-fir forest with large or very large trees from 1950 - 1993

For example, the total extent of late successional spruce-fir forest has decreased only from 21.5 % of the landscape to 20.0 %, even under the modeling assumptions that maximize the fragmenting effects of human activities (i.e., including roads and treating partially cut areas as a separate cover type; Figure VII-7). However, some of the more subtle landscape changes of the last 50 years are probably significant concerns for conservation of sensitive interior forest species, e.g., the reduction in average size of core areas within patches of late successional forest from 160 ha to only 120 ha (Figure VII-10). The magnitude of these quantitative estimates of landscape change also is buffered by the presence of a large Wilderness Area within the Pagosa District, where road-building and logging are administratively prohibited. A similar analysis for just those lands suitable for timber production would reveal much greater landscape change and fragmentation of mature forests. Additional FRAGSTATS analyses for the entire San Juan National Forest are in progress to evaluate the functional ecological significance of the changes we have detected in the high-elevation landscape structure of the Pagosa District (http://www.umass.edu/landeco/index.html).

A notable finding in our compilation of logging history was that nearly all of the suitable timber base in the Pagosa District has been entered at least once since the mid 20th century (Table VII-3). Does this matter for sensitive species or ecological processes, considering for example that ca. 90 % of spruce-fir forests lie outside the suitable timber base and therefore remain undisturbed? There are two important implications of our finding that virtually all of the spruce-fir forests considered suitable for timber production have already sustained at least some degree of timber harvest activity. First, there simply are few opportunities left for first entries into unlogged stands, which were a predominant type of logging operation during the last half century. Future silviculture will need to shift from an emphasis on first entries to utilization or restoration of forests that have already had some of the timber taken out.

The second implication has to do with the fact that lands designated suitable for timber production tend to be the more biologically productive areas on relatively gentle terrain. Recent theoretical developments in ecology suggest that heavy utilization of the most productive forests (i.e., the suitable timber base) may potentially impair the long-term maintenance of native biodiversity. Many species of plants and animals are now thought to exist as “meta-populations” consisting of numerous small subpopulations that are more or less discrete, but periodically exchange individuals via migration (Pulliam 1988, Gilpin and Hanski 1991, Robinson et al. 1995). Small populations are vulnerable to local extinction, due to environmental disturbances, genetic processes, or random drift. Individual subpopulations within the “meta-population” probably go extinct on a regular basis, but they are continually re-established by individuals migrating in from other subpopulations. From a conservation standpoint, the most critical subpopulations are those that sustain positive population growth, i.e., in which production of new individuals exceeds mortality in most years. These are referred to as “source” populations; whereas other

subpopulations, in which mortality usually exceeds recruitment, are called "sink" populations. Sink populations persist only because of the continued flow of individuals from the source populations. If a sink population is extirpated, it can be easily re-established if the source populations are still intact. However, if a source population is wiped out -- by natural catastrophe or by human activities -- then the entire meta-population may crash, even though many sink populations are still present, because the sink populations are not self-sustaining.

The practical difficulty in all of this is that we generally do not know which subpopulations are sinks and which are sources. Therefore, the fact that a species is relatively numerous and widely distributed does not necessarily mean that it is secure. Most of the individuals seen may in fact constitute sink populations. For example, the neotropical migrant bird populations in forest fragments of the upper Midwest region are now regarded as sink populations that persist only because of continued migration from source populations in extensive forests of the Southern Appalachians and Ozark Plateaus (Robinson et al. 1995). Even though neotropical migrant birds can be seen and heard mating and laying eggs every spring in the upper Midwest, very few of the eggs survive the predators and nest parasites associated with fragmented forests of agricultural landscapes. A top conservation priority is to maintain the source populations of these species; if habitats become unsuitable for successful breeding in the Southern Appalachians and Ozarks, then neotropical migrant populations may crash throughout eastern North America.

Where are the key source populations for various species in the South Central Highlands Section? We do not know. A better understanding of the meta-population structure of representative plants and animals of this region is a high research priority. Until specific information becomes available, it may be a good coarse-filter strategy to conserve habitats that have a high probability of supporting source populations. One such type of habitat may be mature forests growing on productive sites. The relatively high net primary productivity that is supported by these sites may also support relatively high densities of animals and allow for production of surplus individuals that can migrate to augment sink populations in marginal habitats (Hansen and Rotella 1999). Considering that nearly every spruce-fir stand growing in productive sites (i.e., the suitable timber base) has already had some level of timber cutting during the last 50 years, the few remaining old-growth spruce-fir stands within the suitable timber base probably should not be disturbed by future logging until the meta-population structure of high-elevation species in this region are better understood.

### B. Challenges: Outdoor Recreation and Exurban Development

Outdoor recreation is now the principal use of most forests in the southern Rocky Mountains (Knight, 2000). Recreational use of Wilderness Areas has increased ten-fold in the last 40 years (Cole and Landres 1995, cited in Knight, 2000). Outdoor recreation is often regarded as a benign activity that has little or no adverse impact on ecological conditions or processes.

Unfortunately, this idea is far from the truth: outdoor recreation actually poses a major threat to biodiversity and ecological integrity in many wildland areas. Of all species federally listed as endangered or threatened, 133 plants and 70 animals are strongly affected by outdoor recreation—compared with 112 plant and 61 animals affected by grazing, 51 and 77 affected by logging, and 33 and 17 affected by hardrock mining. Only water development has a greater impact than recreation, with 67 plants and 189 animals so affected (Losos et al. 1995, cited in Knight 2000, Figure 7.1). In addition to traditional forms of recreation, a new type of "recreation" has exploded in the last 20 years as increasing numbers of people build homes in the forests and other wildlands of the Mountain West. Roads, trails, and homes all fragment natural landscapes, affect native plants and wildlife, and constrain our options for managing natural disturbance processes such as fire.

1. Ecological Impacts of Outdoor Recreation:

Outdoor recreation affects plant and wildlife species via direct harvest (hunting, fishing, and collecting), disturbance (either accidental or intentional), habitat modification, and pollution (Knight 2000). Recreationists often are unaware that their activities are agitating or displacing wildlife, but these effects can be substantial. For example, a study of songbird distribution in ponderosa pine forests managed by the City of Boulder, Colorado, revealed that several species (e.g., pygmy nuthatch, chipping sparrow, and Townsend's solitaire) were far less abundant within 100 meters of a trail, whereas the cosmopolitan robin was most abundant in close proximity to trails (Miller et al. 1998). Other studies have demonstrated that human use of recreational trails disturbs bears, deer, and elk, and alters their distribution in comparison with otherwise similar areas that lack regularly used trails (Knight 2000). Trails also can function as conduits for dispersal of weeds and other alien plant species (Benninger-Traux et al. 1992).

Even more destructive impacts can result from off-road recreational vehicle use, especially in sensitive areas like the alpine zone. The "Alpine Loop" in the San Juan Mountains receives a great deal of traffic each summer, most of it conducted responsibly with vehicles remaining on the rough dirt roads that traverse this spectacular route that lies largely above timberline. However, even a single vehicle driving off the road can destroy the fragile alpine vegetation, leading to severe erosion and sedimentation which can become worse with the passing of time. High-visibility vehicle scars and erosion channels of this kind are very difficult to rehabilitate, and may remain on the landscape for decades.

Knight (2000) made a preliminary estimate that about 6 % of Forest Service lands in Colorado are directly affected by recreational trails. Trail density in the San Juan - Rio Grande National Forest was estimated to be 0.26 km of trail per square kilometer of land, which is relatively low compared with some other national forests in Colorado (Knight 2000). However, trail densities should be added to road densities and off-road or off-trail activities (unmeasured) to evaluate the total impact of recreational activities on native plant and animal communities.

Recreational impacts can be reduced in a number of ways. When new roads and trails are being developed, they can be consciously placed in less sensitive locations. Many older trails run along streams or lakes—visually appealing places but also sites of high biodiversity and wildlife use—but new roads and trails can be built in alternative locations and old roads and trails that were placed in especially sensitive habitats can be closed (see Baker and Knight 2000; Table 5.3).

2. Ecological Impacts of Exurban Development:

The human population in the Rocky Mountain region is one of the fastest growing in the nation. For example, growth rates in this region from 1990-1996 were two to three times the national average (Theobald 2000). Although much of this growth is occurring in urban and suburban areas, a recent trend has been accelerated expansion into rural and previously undeveloped landscapes. Many former ranches and farms are being converted to exurban housing developments, as are small private inholdings within tracts of public land (Knight 1997). The new developments in these areas cannot be classified as traditional rural developments, for typically the new residents do not make their living on the local landscape. Rather they telecommute to urban centers or live on investment income. The most common pattern is widely dispersed houses on large lots, all connected by an extensive road system. Especially popular are home sites nestled in forests adjacent to public land, where aesthetic and recreational values are superb. Being not quite rural but not quite suburban, this development pattern is referred to as *exurban*.

Exurban development poses several significant challenges for land managers and residents of the South Central Highlands Section. First, the houses and access roads fragment natural habitats and displace sensitive wildlife. For example, if recent rates and patterns of exurban development in La Plata County, Colorado, continue until ca. 2020, a quarter of waterfowl breeding areas, a third of waterfowl winter concentration areas, and a third of elk winter concentration areas will lie within or adjacent to rural subdivisions (Romme 1997). Second, exurban development often occurs in ponderosa pine forests and other vegetation types where fire was formerly an important ecological process. Not only are these houses vulnerable to loss in wildfire, but restoration of a natural fire regime is severely constrained by the presence of vulnerable structures that must be protected from fire. Finally, the costs to local governments of maintaining roads and providing services (fire protection, police, and schools) to these scattered residents usually exceed the revenues generated by property taxes; in effect, residents in town are subsidizing the exurban life style.

The ecological and social costs of exurban development can be reduced in a number of ways. For example, houses can be clustered rather than widely dispersed (Romme 1997, Paulson and Baker 2006). A clustered development pattern reduces the amount of habitat fragmentation and allows for more efficient provision of social services. Another strategy for protecting agricultural land from subdivision is the use of conservation easements that provide land owners with a financial

reward for keeping their land in production rather than selling it for development.

## C. Challenges: Climate Change

It has become increasingly apparent that the earth's climate is changing, that global temperatures are increasing, that shifts in precipitation patterns are likely to become pronounced in the next century, and that weather related disturbances (e.g., hurricanes and droughts) likely become more frequent and severe (IPCC 2007). The potential for large, severe fire also is increasing as snowpacks melt earlier in the spring, leading to longer fire seasons. An upsurge in the frequency of large fires began in the mid-1980s and is expected to continue (Westerling et al. 2006).

Climate change complicates all of our efforts in land management. One of the greatest challenges relates to the great uncertainty about how climate will change in any particular place. For example, although the global trend of increasing temperature is well documented and likely to increase, some localities may see no temperature increase or even a cooling trend in future decades. Similarly, precipitation is expected to decrease in some areas but remain the same or increase in other areas (IPCC 2007).

Climate research continues, and our forecasting ability will undoubtedly increase substantially in coming years. In the meantime, Millar et al. (2007) recommend that managers "accept uncertainty yet certain change as premises for decision-making." The Millar et al. (2007) article and Millar's website provide a "toolbox" for managers, with a variety of potentially useful adaptation and mitigation strategies.

## D. Opportunities: Principles of Ecological Restoration

One of the major land management activities in the twenty-first century likely will be restoration of ecosystems that were degraded during the past century. The Society for Ecological Restoration has defined and described restoration as follows (http://www.ser.org/content/ecological_restoration_primer.asp):

-- "Ecological restoration is an intentional activity that initiates or accelerates the recovery of an ecosystem with respect to its health, integrity and sustainability. Frequently, the ecosystem that requires restoration has been degraded, damaged, transformed or entirely destroyed as the direct or indirect result of human activities. In some cases, these impacts to ecosystems have been caused or aggravated by natural agencies such as wildfire, floods, storms, or volcanic eruption, to the point at which the ecosystem cannot recover its predisturbance state or its historic developmental trajectory.

-- "Restoration attempts to return an ecosystem to its historic trajectory. Historic conditions are therefore the ideal starting point for restoration design. The restored ecosystem will not necessarily recover its former state, since contemporary constraints and conditions

may cause it to develop along an altered trajectory. The historic trajectory of a severely impacted ecosystem may be difficult or impossible to determine with accuracy. Nevertheless, the general direction and boundaries of that trajectory can be established through a combination of knowledge of the damaged ecosystem's pre-existing structure, composition and functioning, studies on comparable intact ecosystems, information about regional environmental conditions, and analysis of other ecological, cultural and historical reference information. These combined sources allow the historic trajectory or reference conditions to be charted from baseline ecological data and predictive models, and its emulation in the restoration process should aid in piloting the ecosystem towards improved health and integrity.

-- "Restoration represents an indefinitely long-term commitment of land and resources, and a proposal to restore an ecosystem requires thoughtful deliberation. Collective decisions are more likely to be honored and implemented than are those that are made unilaterally. For that reason, it behooves all stakeholders to arrive at the decision to initiate a restoration project by consensus. Once the decision to restore is made, the project requires careful and systematic planning and a monitored approach towards ecosystem recovery. The need for planning intensifies when the unit of restoration is a complex landscape of contiguous ecosystems.

-- "Interventions employed in restoration vary widely among projects, depending on the extent and duration of past disturbances, cultural conditions that have shaped the landscape, and contemporary constraints and opportunities. In the simplest circumstances, restoration consists of removing or modifying a specific disturbance, thereby allowing ecological processes to bring about an independent recovery. For example, removing a dam allows the return of an historical flooding regime. In more complex circumstances, restoration may also require the deliberate reintroduction of native species that have been lost, and the elimination or control of harmful, invasive exotic species to the greatest practicable extent. Often, ecosystem degradation or transformation has multiple, protracted sources, and the historical constituents of an ecosystem are substantially lost. Sometimes the developmental trajectory of a degraded ecosystem is blocked altogether, and its recovery through natural processes appears to be delayed indefinitely. In all of these cases, however, ecological restoration aims to initiate or facilitate the resumption of those processes which will return the ecosystem to its intended trajectory.

-- "When the desired trajectory is realized, the ecosystem under manipulation may no longer require external assistance to ensure its future health and integrity, in which case restoration can be considered complete. Nevertheless, the restored ecosystem often requires continuing management to counteract the invasion of opportunist species, the impacts of various human activities, climate change, and other unforeseeable events. In this respect, a restored ecosystem is no different from an undamaged ecosystem of the same kind, and both are likely to require some level of ecosystem management.

Although ecosystem restoration and ecosystem management form a continuum and often employ similar sorts of intervention, ecological restoration aims at assisting or initiating recovery, whereas ecosystem management is intended to guarantee the continued well-being of the restored ecosystem thereafter."

Two broad approaches to ecological restoration are active restoration and passive restoration. *Passive restoration* involves removal of the stressors that have degraded an ecosystem. Possible methods include regulating livestock grazing, firewood gathering, and recreational activity, and allowing lightning-ignited fires to burn without interference. *Active restoration* involves conscious manipulation and modification of an ecosystem to achieve a desired result. Commonly used methods of active restoration in our region include selective logging and manager-ignited prescribed fire. It is important to emphasize that active restoration is not needed (nor is it feasible) in every location throughout the South Central Highlands Section. Many of the forests in the region, especially unlogged stands at higher elevations (spruce-fir, cool-moist mixed conifer, and aspen forests) but also including some ponderosa pine forests, are relatively unaltered and still retain many or most of their pre-1870 characteristics. In these kinds of areas, a *passive restoration* approach may be sufficient to maintain and augment the desirable ecological characteristics that already exist.

Even where active restoration is needed, only certain components of the ecosystem may require intensive treatment. For example, in many persistent pinyon-juniper woodlands and wooded shrublands of the region, overstory structure and composition are not significantly departed from reference conditions (see Chapter VI-A), but the herbaceous understory has been dramatically altered by heavy livestock grazing. Especially where cheatgrass has become a major component of the understory, its influence on the fire regime may lead eventually to significant functional changes in the system as well, viz., a shift from infrequent to frequent fires. Because piñon and juniper are not fire-resistant, a new fire regime of frequent surface fires carried by cheatgrass could potentially destroy the overstory and convert the woodland to a shrub or herb-dominated community composed largely of non-native species. Thus, an active program of understory restoration is needed to eliminate or at least reduce the cheatgrass component and augment the native graminoid and forb components of the herbaceous community.

An important component of all restoration programs is protecting and maintaining those areas that have been little altered, to serve as reference areas for restoration treatments in degraded areas. A number of established Research Natural Areas (RNAs) is available for this purpose in the South Central Highlands Section (e.g., Narraguinnep and Williams Creek RNAs on the San Juan National Forest), but other potential high-quality RNAs exist that have not received formal designation. Examples in the San Juan National Forest include (i) an intact bunchgrass park along the Piedra Road (Paulson and Baker 2006;209), (ii) ponderosa pine forests on Archuleta Mesa which have largely escaped logging and grazing because the site is

inaccessible (Brown and Wu 2005), and (iii) mixed conifer forests in the extensive Hermosa and Piedra roadless areas.

## E. Opportunities: Passive Restoration of Fire and Sustainable Grazing

Passive restoration involves removal of the stressors that have degraded an ecosystem. Two major stressors in the South Central Highlands Section are excessive fire suppression and poorly conducted livestock grazing. Note that neither fire suppression nor grazing is necessarily harmful; on the contrary, we must protect life, property, and resources from certain kinds of fire damage, and livestock grazing when well conducted actually can enhance ecological values (Knight et al. 2002, White 2008). The issue is not whether these activities are conducted, but how they are conducted. In the paragraphs below we explore opportunities for modifying fire suppression and livestock grazing programs to reduce their potential for adversely affecting ecosystems of the South Central Highlands Section.

### 1. Restoring Natural Fire Regimes

Throughout most of the 20th century wildland fire was viewed by most people and agencies in the U.S. as simply bad—destructive, usually human-caused, and largely unnatural (Pyne 1982). However, there is increasing recognition that fire is an essential ecological process in many ecosystems, including ecosystems of the South Central Highlands Section. Consequently, efforts are being made to return fire to the places where it is most needed and where its long absence has resulted in undesirable ecological changes. Ponderosa pine forest (Chapter II) may be the vegetation type most altered by fire exclusion in this region, but all vegetation types have been affected to at least some degree, and changes related to the absence of natural fire will only become greater in the future if fire continues to be excluded from these ecosystems.

Land management agencies have opportunities to allow fires or portions of fires to burn naturally with minimal human interference (the "2009 Implementation Guidelines for Fire Management on Federal Lands"). Fires burning under this policy always are monitored closely, and suppression actions can be initiated if they begin to threaten human life, property, or significant resources. In the past, a given fire was designated as either a "wildfire" to be suppressed or a "wildland fire use fire" to be allowed to burn, and this same management was applied to the entire area within the fire perimeter. However, the "2009 Implementation Guidelines for Fire Management on Federal Lands" recognizes that some areas burning within a single fire perimeter are accomplishing management goals while other parts of the same fire threaten life or property or resources; thus it is appropriate to manage different parts of the fire differently. For example, a fire in Yellowstone National Park was ignited by a falling powerline in July, 2008. One flank of the fire was burning towards a Park housing facility, and this flank was suppressed and contained. However, the head of the fire was moving into a large wilderness area, and this portion of the fire was allowed to

burn. Thus, two different management approaches were applied to the same fire, resulting in both protection of vulnerable structures in one area and ecological benefits of fire in another area. This fire (the LeHardy fire) was viewed by many as a test case of the new "appropriate management response" policy, and it was deemed successful.

Allowing fires to burn under conditions in which they achieve resource management goals can be regarded as a form of passive restoration, even though agencies energetically monitor and continually re-evaluate such fires. However, allowing fires to burn does not entail actively modifying ecosystem structure in the way that mechanical thinning or planting do, and allowing fires to burn naturally represents removal of the stressor that is excessive active fire suppression. In addition to the ecological benefits of returning natural fire to fire-dependant ecosystems, there is an economic benefit: the cost of monitoring a "wildland fire use fire" usually are far less than the costs of actively suppressing the fire (Dale et al. 2005).

2. Innovative Management of Livestock Grazing in Mountain Grasslands

Some of the greatest ecological changes since the reference period have been seen in mountain grasslands of the South Central Highlands Section (Paulson and Baker 2006). Many of these changes are clearly undesirable: ecological composition, structure, and function have been profoundly altered, and overall biological diversity has been reduced. Many of these undesirable changes are a legacy of poor livestock grazing practices over the past century, including continuous grazing, overstocking, and overutilization.

Updated resource information, innovative new management practices, and new livestock grazing methods are available to help us manage and passively restore these grasslands for long-term viability and sustainability. Especially noteworthy and encouraging in this regard is the philosophy of harmonizing human and natural communities and the adaptive experiments now being conducted by the Quivira Coalition, headquartered in Santa Fe, New Mexico (White 2008).

New approaches and closely monitored experiments like those of the Quivira Coalition are urgently needed in many of the region's mountain grasslands. Unfortunately, simple removal of livestock from grasslands that are in poor ecological condition may not improve those conditions. When grazing pressure is reduced or removed from a site, the progression of the vegetation back to a previous condition depends on the extent to which soils, seed banks, and vegetative regeneration potential of remaining plants has been modified. It cannot be assumed that the pathway of succession following reduction in grazing intensity will be a simple reversal of the pathway of retrogression. In fact, some grasslands may require an active restoration component, e.g., planting of formerly dominant native bunchgrass species that have disappeared altogether since the reference period. Nevertheless, passive restoration in the form of good livestock management will also be required. In fact, certain kinds of grazing actually can enhance the process of ecological recovery (White 2008).

## F. Opportunities: Active Restoration in Ponderosa Pine Forests

Perhaps the clearest opportunities and methods for active ecological restoration in the South Central Highlands Section are seen in ponderosa pine forests. As explained in Chapter II, many of the region's ponderosa pine forests differ substantially from reference conditions, with generally higher tree density and basal area, lower herbaceous ground cover, and more homogeneous structure in today's forests. These changes are generally regarded as undesirable, for they make the forests more vulnerable to high-severity fire and insect outbreaks, and biodiversity at both stand and landscape levels is probably lower than in the past. If the management approaches of the recent past are continued into the future, it is unlikely that conditions will improve in many ponderosa pine forests, since these past actions are in part responsible for the present condition. Similarly, if no action is taken, conditions probably will not improve for a long time. The dominant trees in many dense stands are all near the midpoint of their life spans and will not experience much natural thinning or mortality for several decades, and the deep organic litter layers and fuels will decompose only very slowly. In fact, with no action or a continuation of current management, there is a real possibility that an unusually large, uncontrollable fire or bark beetle outbreak will produce a disturbance event far outside the historical range of variability, thereby introducing additional undesirable ecological changes.

### 1. The Restoration Approach in Ponderosa Pine Forests

Table VII-5 summarizes some of the strategies that can be employed to restore a more open forest structure and reduce the risk of destructive fire and insect outbreaks in some ponderosa pine forests of the South Central Highlands Section. These techniques have been recently implemented on an experimental basis in the westside pine zone of the San Juan National Forest, and the results have been generally successful (Lynch et al. 2000, Berry et al. 2001, Romme et al. 2003). We also can learn much from the ongoing experiments in ponderosa pine forest restoration being conducted by the Ecological Restoration Institute at Northern Arizona University. For example, Wallin et al. (2004) recently reported variety of beneficial effects of restoration treatments on carbon, water, and nitrogen relations, as well as insect resistance, in the older (pre-1900) pines that the treatments were designed to preserve -- though responses were sensitive to the details of the restoration treatment (Skov et al. 2005). The basic approach involves mechanical thinning to reduce tree density and basal area and to restore a clumped pattern of tree dispersion in the stand, followed by a low-severity prescribed fire. Monitoring is implemented before treatment, repeated just after treatment, and then continued for several years to detect short-term and long-term effects.

Table VII-5. Summary of major changes in ponderosa pine forest ecosystems of the South Central Highlands Section, and opportunities and challenges for restoration of desired ecological components and processes that have been lost.

| Component or Process | Reference Conditions | Current Conditions | Restoration Opportunities | Pitfalls & Cautions |
|---|---|---|---|---|
| *Predominant canopy structure* | - low density, diversity of tree size and age classes, in most stands | - high density, little diversity of size and age classes, few large trees, in most stands | - restore diversity of tree sizes by thinning mostly small trees, with retention of larger trees and some smaller trees in a clumped pattern | - not all stands had open structure during reference period; need to retain some dense stands also ... risk of dwarf mistletoe spread |
| *Ground layer vegetation* | - diverse herb stratum co-dominant with shrubs & tree saplings | - depauperate herb layer; some species (e.g., Arizona fescue, mountain muhly) greatly reduced or locally extirpated | - stimulate herbaceous growth and diversity through canopy thinning, grazing control, and prescribed fire | - risk of alien weeds increasing or invading burned areas ... severely degraded communities may require planting |
| *Fire regime* | - frequent, low-intensity surface fire, causing little canopy mortality | - infrequent, high-intensity crown fire, destroying the canopy | - restore frequent, low-intensity fire regime through prescribed fire coupled with thinning and fuel reduction | - disproportionate mortality of remaining old-growth trees ... potential nutrient loss & reduced site productivity |
| *Organic litter layer on the forest floor and overall fuel loads* | - relatively shallow litter and low fuels in most areas, due to frequent fire, but patches of locally high fuels and deep litter | - continuous, relatively deep litter layer, and moderate to high fuel loads in most areas | - reduce litter layers and fuels with prescribed fire coupled with thinning | - a single prescribed burn unlikely to be adequate; requires long-term burning program |
| *Vertebrate communities* | - apparently diverse; poorly documented | - probably less diverse, lower densities of species dependent on large trees, snags, & logs | - restore large trees and snags through thinning of smaller trees and prescribed fire | - some species (e.g., deer, elk, turkey) are thriving in current stand conditions |
| *Soil organisms and soil processes* | - poorly understood | - probably altered by altered stand structure & fire regimes | - restore more heterogeneous stand structure and fire regime | - lack of information ... hard to assess significance |

### *Mechanical Thinning*

To restore a more open canopy containing greater diversity of tree sizes (including large trees), we can employ selective harvesting to remove predominantly smaller trees from a stand that is overly dense and homogeneous. The approach, recently developed in the westside pine zone project (Lynch et al. 2000, Romme et al. 2003), is to begin by identifying and marking clumps of the larger trees in the stand that resemble the clumps that existed in the forest prior to high-grade logging. There are no rigid criteria for identifying these clumps, because they apparently varied in size and shape even in the forests of the reference period. Stumps of the pre-1900 trees, if present, may give some clues to the former clumping patterns, or it may be necessary to rely on general familiarity with the pre-1900 forest structure. After marking the clumps, the loggers then remove most of the smaller trees plus a few larger trees from the spaces between clumps, and leave the trees of all sizes within the clumps. Total tree density and basal area are reduced to something a little higher than estimated pre-1900 density and basal area (see Chapter II) -- the extra is provided to compensate for subsequent tree mortality resulting from windthrow after logging, or from prescribed fire (below).

### *Prescribed Fire*

Selective logging is followed by prescribed fire, to reduce slash and litter, top-kill the shrubs, expose mineral soil for pine seedling establishment, and stimulate sprouting and growth of suppressed herbaceous plants. It may be appropriate in some stands to burn before thinning and then again afterwards, or to burn twice within a few years after the thinning operations, to significantly reduce organic litter and woody debris. Harrington (1987) recommends midsummer burning at 2-year intervals initially, to reduce Gambel oak cover and density and create mineral seed beds for establishment of new ponderosa pine seedlings. Harrington (1981) and others have offered burning prescriptions for reducing fuel loads in southwestern ponderosa pine forests.

Once the stand has been thinned and the fuel loads reduced in this way, it will be necessary to continue prescribed burning into the indefinite future—otherwise the undesirable stand conditions will re-develop over the next several decades. Two general approaches to designing a prescribed fire program are as follows. First, managers could schedule average intervals between fires, the variability in fire intervals, and the seasonality of burning, to mimic the pre-1870 fire regime of the area (Chapter II). Such an approach is problematic, however, for at least three reasons. First, it is important to emphasize that fire interval data are strongly influenced by details of sampling design, sampling intensity, and size of study area. For example, more historical fires will be detected in a larger study area and with a greater number of fire-scar samples than in a smaller study area or with a smaller sample size. Consequently, the average fire interval computed for an area of interest will be shorter with the former study design and longer with the latter. The data presented in Chapter II are for study areas of ca. 50 ha with intensive sampling; but the numbers would be different for a larger or smaller study area. The second problem with using the

numbers in Chapter II as an explicit guide to the appropriate frequency of prescribed burned is that historical fires did not burn uniformly; e.g., a 10-year fire interval does not necessarily mean that the fire at the beginning and at the end of that interval both burned every square meter of a stand. Composite fire intervals, of the kind reported in Chapter II, reflect fires that occurred somewhere within a stand, but do not tell us how much of the stand actually burned. Thus, the interval between fires at a single point on the ground (a statistic that is extremely difficult to calculate) actually is several times longer than the composite fire interval for the stand as a whole (Baker and Ehle 2001). Finally, attempting to replicate exactly the fire frequencies of the 1600s - 1800s is problematic because the climate and the overall ecological context (e.g., presence of invasive non-native plants) will be different in the 21st century.

Because of the problems associated with attempting to exactly replicate the reference period fire regime (described in the previous paragraph), a second approach to designing a prescribed fire program for restoration of ponderosa pine forests would entail a less precise and more flexible protocol for burning (e.g., Allen et al. 2002, Paulson and Baker 2006). Prescribed burning would be conducted somewhat opportunistically, whenever weather and fuel conditions and availability of personnel are become suitable for conducting burns. The reference period fire intervals in Chapter II would be used only as a very general guide, not as an explicit prescription. For example, the data in these tables indicate that prescribed fires could be somewhat less frequent at higher elevations. The key idea underlying this approach is that prescribed burning (perhaps coupled with selective logging) should set the ecosystem on a trajectory towards a more sustainable state. That state would resemble the pre-1870 state (e.g., lower tree density than today, periodic low-severity fire), but would not exactly replicate the pre-1870 state. Gradually the system would develop new characteristics that are similar to the 1870 characteristics but also congruent with 21st century climate and environmental context.

In any event, it is critical to maintain a natural range of variability in fire intervals, intensities, and seasons. For example, some intervals between successive fires in a stand probably should be as short as 2 - 3 years and as long as 15 - 20 years. There should be some summer burns as well as spring and fall burns. Two closely spaced fires during the growing season will knock back the shrubs, consume much of the litter layer, and create good seed beds for pine seedlings and native herbaceous plants. (Such fires may kill a few canopy trees also, but the resulting snags may benefit some animals.) During long intervals between fires, newly germinated pine seedlings and herbs will be able to grow large enough to survive the next fire. In any prescribed fire, there should be portions of a stand that burn relatively hot, others that burn only lightly, and still other places that do not burn at all. The shrubs are expected to be relatively resilient to fires of almost any frequency and intensity (within the historic range of variation) because most re-sprout readily from extensive root systems. Eventually it may be possible to allow most lightning-ignited fires to burn in treated forests, rather than relying entirely on manager-ignited fires.

In a recent analysis of the 2002 Rodeo and Chediski fires in Arizona ponderosa pine forests, Finney et al. (2005) found that fire severity was generally reduced in areas that had been prescribed burned within nine years prior to the 2000 fires -- even during the extreme fire weather that characterized the Rodeo-Chediski fire complex. Similarly, the 2002 Hayman fire in ponderosa pine forests of Colorado's Front Range essentially stopped spreading when it reached areas that had burned within the previous 12 months (Finney et al. 2003), although older prescribed burns in the Hayman area had substantially less effect on fire spread and severity.

These studies by Finney et al. (2003, 2005) demonstrate the potential effectiveness of prescribed burning in reducing the extent and severity of wildfires -- even when wildfires occur during extreme fire weather conditions. Nevertheless, a single prescribed fire probably will not be sufficient to reduce abnormal fuel loads and litter layers or to re-invigorate the long suppressed herbaceous community in some stands. A single prescribed fire did increase herbaceous cover and richness in the pilot studies conducted in ponderosa pine forests near Dolores, CO, but did not reduce woody fuel loads on the forest floor (Lynch et al. 2000, Romme et al. 2003). Abrahamson and Abrahamson (1996) examined responses to prescribed burning in pine forests of northern Florida, where fire history and community structure are similar in many respects to ponderosa pine forests of the South Central Highlands Section. Some of the stands were long unburned (>35 years) but others had burned relatively recently (<20 years before the prescribed burn of the current study). In all stands, the prescribed fire stimulated the sprouting and growth of long-lived woody species. However, the single prescribed fire did not re-invigorate the growth of suppressed herbaceous plants in the long unburned stands, though it did stimulate at least some of the herbs in the recently burned stands. The authors concluded that unnaturally long periods without fire now threaten the persistence of several fire-adapted species in Florida pine forests, and that a single prescribed fire was inadequate to recover those species. They recommended a fire management program that would mimic the historic fire regime in terms of variability in fire intervals, intensities, and seasons -- much like we recommend for ponderosa pine forests of the South Central Highlands Section.

In conjunction with the prescribed burning program, it is necessary to protect recently treated stands from excessive livestock grazing. Both domestic and native ungulates will be attracted by the increased quantity and quality of forage in thinned and burned forests, and potentially may wipe out the gains in the herbaceous vegetation that have been obtained through treatment. It also is critical that invasive, non-native plants be dealt with, as described below.

2. <u>Potential Pitfalls and Hazards of Active Restoration of Ponderosa Pine Forests</u>

Several important caveats and considerations must be dealt with before adopting a strategy like that described above at a landscape scale (Table VII-5). These include the potential hazards of prescribed fire, economic issues, weeds, and mistletoe.

*Hazards of Prescribed Fire*:

There are numerous potential pitfalls associated with a prescribed burning program of the magnitude called for above. For one thing, prescribed fire has the potential to actually hasten the demise of the few old-growth ponderosa pine that still remain in dense stands. Following experimental burns in Crater Lake National Park, Oregon, fire-induced mortality occurred up to several years after the fire, as weakened trees succumbed to bark beetles, other pathogens, and drought (Swezy and Agee 1991). Mortality of large, old ponderosa pine trees was significantly greater in the burned areas than in unburned areas, and where early spring burning had been conducted, the mortality of these trees was > 30%. One reason for high mortality with early-season burns was that fine root biomass near the soil surface was especially high during this season, and fire-caused loss of fine roots weakened the trees and made them susceptible to water stress and pathogens. Raking away the litter around the bases of the large old trees before the burn is a technique that has been used in northern Arizona to reduce injury to old-growth trees (W. Covington, personal communication). However, this technique did not reduce mortality in the Crater Lake study, possibly because this removal of the litter allowed the duff to dry and then burn more thoroughly than usual, generating a high heat flux into the fine root zone in the upper soil layers. Swezy and Agee (1991) concluded that current fuel loads in some ponderosa pine stands may be too great to allow spring burning (when the trees appear to be most susceptible to injury), and suggested that late-season burning be coupled with mechanical fuel reduction to reduce damage to the old-growth trees.

Prescribed fire also may cause significant nutrient loss, especially of nitrogen. The immediate, short-term effect of burning usually is an increase in available soil nitrogen (Kovacic et al. 1986, Monleon et al. 1997). However, over the next several years or decades, there may be changes in mineralization rate, quality of soil organic matter, and soil microbial activity, that result in reduced amounts of total nitrogen in the soil (Klemmedson 1976,Vance and Henderson 1984, Monleon et al. 1997, Kaye and Hart 1998, Neary et al. 1999, Tiedemann et al. 2000). In ponderosa pine forests in central Oregon, stands burned 4 months previously had increased soil inorganic nitrogen concentration, but there was reduced soil nitrogen concentration and net nitrogen mineralization in stands burned 5 and 12 years previously (Monleon et al. 1997). Loss of nitrogen, due to volatilization during the fire and then reduced substrate quality and quantity for several years after the fire, may lead to long-term decreases in site productivity and tree growth -- especially on nutrient poor volcanic soils like those in central Oregon. Many of the ponderosa pine forests in the South Central Highlands Section are growing on sedimentary substrates that may be inherently more fertile than the poor soils described in the Oregon study, and therefore the forests in our area may be less susceptible to nutrient loss and reduced site productivity after prescribed fire. However, no research has been conducted to address this question in the South Central Highlands, so managers should be aware of the possibility of

significant nutrient changes over the long term under the prescribed fire program recommended above. Another potential and very undesirable effect of prescribed burning relates to alien weeds, as discussed below.

A final concern related to prescribed burning is the risk of property damage and liability on private lands adjacent to or interspersed within public lands. The current trend of exurban development in many parts of the South Central Highlands Section is resulting in large numbers of expensive homes within fire-adapted ecosystems like ponderosa pine (Romme 1997, Theobald 2000, Theobald and Romme 2007). Many of the homes are extremely vulnerable to destruction by fire and cannot be easily defended from fire (Cohen 2000, Cohen and Stratton 2003). It may be tempting to conduct fuel reduction and prescribed burning programs in remote areas far from exurban development, to reduce these liability risks -- yet the areas around homes are some of the places most in need of treatment to reduce the hazards of uncontrollable wildfire. Education of new home buyers is needed, as is cooperation with local home-owners associations to reduce fire risk. The Falls Creek Ranch homeowners association, north of Durango, recently implemented a prescribed fire / fuels reduction program, in consultation with the San Juan National Forest and the Colorado State Forest Service. This collaboration could serve as a model for future cooperative efforts between federal land management agencies and private land owners to manage fire and reduce fire risks.

Despite all of these potential pitfalls, the prescribed fire program is a critical component of the overall restoration effort. Logging alone will not reduce fuel loads, create mineral soil and reduce shrub competition for new pine seedlings, or stimulate the growth of suppressed herbaceous plants. Grazing must be controlled also, especially in the first few years after treatment, because livestock will be attracted to the increased production and quality of forage in the burned areas, and may counteract the positive effects of burning on the herb layer.

*Issues related to Economics, Weeds, and Mistletoe*

Thinning operations may be difficult to implement in some areas because of economic factors. An economic assessment of three pilot projects conducted according to the prescription described above in the westside pine zone of the San Juan National Forest in 1995 and 1996 found that the loggers generally lost money on the smaller trees (products other than logs -- POL) because of poor markets, low financial value, and the cost of hauling the material to a distant mill that was willing to accept it (Lynch and Jones 1996, Lynch et al. 2000, Romme et al. 2003). However, they did make money on the sawlogs that were included in the harvest prescription. It was concluded that of the material cut in a stand (i.e., the trees *outside* the clumps being retained for restoration purposes), approximately 40% needed to be of sawtimber size for the operation to break even financially. They also noted that this percentage would vary depending on current market conditions and fuel costs. Nevertheless, this study indicates that the best candidates for restoration of open, diverse stand structure generally are stands that still have at least a small

component of larger trees. Stands having no or almost no sawtimber-size trees (which may include many that are in the greatest need of restoration) cannot be treated in this manner except in a below-cost mode of operation. If local timber industries are able to develop new technologies and markets to make better use of the smaller diameter material, then this prescription may be more broadly applicable. Development of such markets and technologies should be seen as a major challenge (and a potential opportunity) for the timber industry.

A second caution about thinning and prescribed fire has to do with the potential invasion of non-native plants following treatment. The conditions created by these treatments (increased light, nutrients, and bare mineral soil) are ideal for establishment of weedy species like cheatgrass (*Anisantha* (formerly *Bromus) tectorum*), Canada thistle (*Breea* (formerly *Cirsium) arvense*), muskthistle (*Carduus nutans*), and oxeye daisy (*Chrysanthemum leucanthemum*). These species are widely distributed, especially along roads and trails and in meadows and disturbed areas. If a stand is opened up and sources of these invasive species are close by, the weeds can become abundant in the area via sprouting from rhizomes (e.g., Canada thistle and oxeye daisy) or seed dispersal (e.g., cheatgrass and muskthistle). These aggressive species may dominate the stand for many decades, to the detriment of the native understory flora. Therefore, it is important to identify local weed populations and reduce or eradicate them before thinning or burning a stand. Discussions of restoration of ponderosa pine forests often focus on restoration of the canopy—but restoration (or protection) of the understory is equally important. Indeed, Keeley (2006) warns that the improvements gained through ecological restoration and wildfire mitigation, via thinning and prescribed burning, may be largely nullified by post-treatment invasion of non-native weed species. He concludes that treatments are necessary in many places, because the current forest conditions are unsustainable -- but we must not naively assume that all we need to do is thin forest canopies and re-introduce fire to achieve sustainability.

A third general caution involves dwarf mistletoe, a parasitic plant that usually does not kill its host tree directly but weakens the tree and distorts its growth (Hawksworth and Wiens 1995). This native plant generally is not a major threat to ecological integrity, but it can be a serious problem in areas devoted to wood fiber production. At present, mistletoe is not a big problem in the pine zone on the west side of the San Juan National Forest (Angwin and Raimo 1994:16). Some 2,100 acres of the study area (3% of the lands that were inventoried) received a moderate or high dwarf mistletoe rating; 22,000 acres (28%) were rated as low; and 55,000 acres (69%) had no mistletoe evident. However, where mistletoe is already present, thinning and prescribed fire can facilitate its spread into previously uninfected trees. Therefore, mistletoe needs to be explicitly considered in designing specific restoration treatments for ponderosa pine stands.

*Additional Considerations*:

We cannot be certain that the treatment program outlined above will necessarily accomplish all of our objectives. For example, even if we

create good seed beds by means of thinning and prescribed fire, a new cohort of pine seedlings will not become established if there is not an adequate seed crop produced soon after treatment or if severe drought occurs during the first few years (Brown and Wu 2005). The herbaceous community in many stands has been so severely degraded by past grazing and competition with woody plants that it may not recover simply from improved soil and light conditions. Many formerly important herbaceous species may have been locally extirpated, and will require planting or seeding from nearby surviving populations if they are to become reestablished.

Given these and other considerations, it is important to acknowledge that the ponderosa pine restoration forest program outlined above is still in its formative stages. Its ultimate effectiveness and unexpected side-effects are not yet known. Therefore, careful monitoring needs to be conducted to document successes and detect any undesirable outcomes or surprises early on. In effect, restoration of ponderosa pine forests is an experiment, and it should be linked to a research program built around explicit, testable hypotheses and questions. The results of the associated research will aid in assessing and modifying the treatment techniques, as well as provide valuable insights into the functioning of ponderosa pine forest ecosystems (Jordan et al. 1987).

Restoration of an open stand structure should be applied only to some, not all, ponderosa pine forests throughout the South Central Highlands Section. During the reference period, there apparently were some dense stands of small ponderosa pine trees, similar to the stands that dominate the landscape today (Shinneman and Baker 1997, Ehle and Baker 2003). These dense stands provide excellent habitat for many highly desirable species, e.g., elk, deer, and turkey, and so they should not be eliminated altogether. The main problem to be addressed through restoration is not that the dense, homogeneous stands we have today are undesirable in all respects, but that an excessive proportion of the landscape appears to be covered by stands of this kind -- a far higher proportion than occurred during the reference period.

Restoration efforts should be concentrated, at least initially, in areas that already have extensive road systems and a long history of logging. The few remaining roadless areas and tracts of unlogged ponderosa pine forest are not "pristine" -- they have the same legacies of early grazing and fire exclusion that characterize nearly all ponderosa pine forests in the region, and they may benefit in some ways from programs of thinning and prescribed fire. However, by virtue of their lack of roads and lack of logging history, they still retain certain characteristics of the reference period forests -- characteristics that are now gone from more heavily exploited stands, e.g., complete age structures in the tree populations and absence or very low abundance of alien plant species. These special, relict areas should not be subjected to experimental restoration efforts until the restoration techniques have been tested and improved in other areas already subjected to intensive human alterations.

A final consideration before embarking on an extensive program of ponderosa pine forest restoration is how these restored stands will be managed and used over the very long term (Allen

et al. 2002). The initial logging treatment can be done in one year, and a prescribed burning regimen can be established within a decade (then to be continued indefinitely). What next? What are the management objectives over the next century or two? Within several decades after initial treatment, the objectives of restoring large trees and snags, a re-invigorated herb layer, and a more appropriate fire regime, may be accomplished. At that time it may be desirable to enter the stands again to remove some of the new wood fiber that has been produced. However, it is not clear at this time just what kind of future timber management strategy should be employed in the restored ponderosa pine forests. It obviously is premature to try to make definitive plans, since so much is still unknown about the future trajectories of stand development in treated stands. Nevertheless, some general thinking and planning for the distant future may help clarify our specific goals for the present management of ponderosa pine forests in the South Central Highlands Section.

## G. Opportunities: Emulating Natural Disturbance Processes in High-Elevation Forest Landscapes

In many places the management emphasis is not on ecological restoration per se, but on sustainably harvesting an economic product in such a way that ecosystem services are not impaired or degraded. New and innovative approaches to silviculture are being developed in the Pacific Northwest, Canada, and elsewhere to address this goal. These approaches are based on mimicking the kinds of natural disturbances that have shaped these forests for hundreds or thousands of years (Kohm and Franklin 1997, Romme et al. 2000, Perera et al. 2004). The idea is that, because the native biota is already adapted to these kinds of disturbances, anthropogenic disturbances of similar kind and intensity are less likely to produce unexpected or undesirable ecological surprises than are human disturbances that do not resemble the natural disturbance regime.

The biota of the South Central Highlands Section are well adapted to the wide range of natural disturbances that have affected them during their evolutionary history, e.g., fires, insect outbreaks, wind storms, and climatic variability, as described in the chapters above. However, some recent anthropogenic disturbances probably are unprecedented; i.e., they are different in type and/or intensity from any of the natural disturbances to which the organisms are adapted. Therefore, a coarse-filter strategy for reducing the impacts of anthropogenic disturbance is to design the human-caused disturbances to mimic natural disturbances to the greatest extent possible (Romme et al. 2000, Fischer et al. 2006). Two types of forest in the South Central Highlands Section that appear especially well suited to this idea of silviculture that emulates natural disturbance processes are high-elevation spruce-fir and cool moist mixed conifer forests.

Strategies for making anthropogenic disturbances mimic more closely the natural disturbance regime in high-elevation landscapes involve three primary considerations: (1) revising the size, shape, and spatial arrangement of logging units, (2) providing biological legacies of the former stand in logged

areas, and (3) minimizing roads (Table VII-6).

Design of logging units since the 1970s has emphasized small cutting units widely dispersed across the landscape. The rationale has been reduction of aesthetic impacts of clear-cuts, enhancement of tree regeneration, and buffering of undesirable effects such as soil erosion and stream sedimentation. However, recent empirical and theoretical research has demonstrated clearly that this strategy maximizes fragmentation of mature and old-growth forest (Franklin and Forman 1987, Li et al. 1993, Forman 1995, Franklin et al. 1997). Moreover, the natural fire regime was one of infrequent but large disturbances rather than frequent, small, spatially dispersed burns. Native biota have numerous adaptations enabling them to become reestablished readily in large, as well as, small burned patches (Turner et al. 1997). Many of the problems of poor regeneration and erosion in large clear-cuts are related to the lack of biological legacies in clear-cuts rather than the initial disturbance itself (see below). Therefore, many ecologists are now recommending that logging units should be larger in size, and should be aggregated within a small portion of the landscape with patch sizes and shapes that resemble fire-created patches (Li et al. 1993, Crow and Gustafson 1997, Franklin et al. 1997). This design minimizes fragmentation of mature forest and assures at least some large patches of mature forest. It also mimics the natural disturbance regime with respect to spatial patterns of disturbance. This recommendation does not imply that a greater total area should be logged; rather it deals with the optimal spatial patterning of cutting units given the target for timber production that has been established through the broader planning process.

Recently logged areas in subalpine forests of the central Rocky Mountains usually bear little resemblance to areas of recent fires or insect outbreaks. Most conspicuous is the paucity of large standing and fallen dead trees in logged areas (Spies et al. 1988, Hutto 2008, Wei et al. 1997). These and other “biological legacies” are critical structural elements for numerous species and ecological processes involved in recovering from the disturbance (Franklin et al. 1997, Kaila et al. 1997, Spies 1997). Therefore, Franklin et al. (1997) and others are now recommending variable retention harvest systems, based on retaining structural elements of a harvested stand (e.g., large trees and snags) for at least the next rotation, to achieve three objectives: (i) “lifeboating” species and processes immediately after logging, (ii) “enriching” the new forest stand with structures that otherwise would be lacking, and (iii) “enhancing connectivity” between patches of unlogged forest habitat (Franklin et al. 1997;115). An additional technique that has been suggested, but not yet much studied or experimented with, is to follow a variable retention harvest with an extensive prescribed fire (not just burning of piles of slash) to rapidly decompose some of the smaller-sized organic matter, create blackened or mineral soil surfaces, and temporarily reduce herbaceous cover. These kinds of fire effects may be as important in natural forest recovery processes as the maintaining of biological legacies, but they obviously are not produced by a variable retention harvest alone.

Table VII-6. Opportunities for mitigating the adverse effects of past and present human activity by emulating natural disturbance processes in high-elevation forested landscapes of the South Central Highlands Section.

| Objective | Possible Mitigating Action(s) | Ecological Rationale |
|---|---|---|
| Minimize fragmentation of mature forest by timber cutting operations | Cut timber in a few large patches rather than in many small patches, disturbing the same total area but with different spatial pattern | Most of the area disturbed by fire in pre-1860 period was burned in a few large fires rather than many small fires |
| Minimize fragmentation of mature forest by roads | Minimize new road building; close existing roads wherever possible; implement logging techniques that do not require roads, if possible | Roads are anthropogenic landscape features that have no ecological precedence, but have negative effects on native biota |
| Provide heterogeneous stand structure within logged areas and softer boundaries between cutting units and uncut forest | Design logging units for less uniform cutting intensity, e.g., mix partial cuts & clear-cuts, leave patches of uncut or partially cut forest within and along edges of clear-cuts | Fire severity in large fires tends to be patchy, and creates a heterogeneous post-fire environment |
| Provide large snags, coarse woody debris, and other biological legacies of the previous stand in logged areas | Leave all large snags and fallen logs within logged areas, as well as some large & small canopy trees that will eventually become snags & fallen logs | Fires leave great quantities of snags & coarse woody debris in all size classes; this material is important in post-fire succession, wildlife habitat, and long-term soil development |
| Prevent the spread of alien plant species along roads and in logged areas | Avoid planting abandoned roads & logged areas, or plant with native genotypes; minimize road building | Native plant species are capable of rapidly re-vegetating bare soil areas created by fire, but the natives may be less competitive than the aliens in roads and logged areas |
| Restore early successional communities threatened by fire suppression | Introduce prescribed fire on a landscape scale | Young stands currently developing after logging lack key structural components of recently burned habitats, so are not adequate replacement |
| Provide old-growth forest stands on productive sites as well as less productive sites | retain existing old-growth & restore previously cut stands on productive sites | Pre-1860 landscape mosaic contained some old-growth on all kinds of sites, not just unproductive |

Another important biological legacy that is often missing after conventional forest harvest operations is coarse wood (dead material larger than about 7.5 cm (3 in) in diameter; it is sometimes referred to as "coarse woody debris" but we prefer the less pejorative term "coarse wood"). Dillon et al. (2003) have discussed the importance of this material in forests of the Southern Rocky Mountains:

-- "Natural disturbances do not remove large pieces of wood from forests. Even after an intensive fire, most of the wood remains in the form of dead standing trees (snags), which becomes [coarse wood] within two or three decades … The leaves, branches, and smaller wood are consumed by fires, but Tinker and Knight (2000) found that only about 8% of the wood >7.5 cm was burned after an intense fire in Yellowstone National Park [YNP]. Other estimates for the proportion of CWD consumed by canopy fires range from 12 to 65% (Tinker 1999). With time, the downed wood becomes incorporated into the forest floor … creating the impression that many 100+-yr-old stands have very little [coarse wood]. However, raking the forest floor reveals the remains of many decomposing logs. New [coarse wood] is added as the larger trees die and fall, one by one during stand development or in large numbers during a windstorm or after the next fire.

-- "Tinker and Knight (2000), using YNP and Medicine Bow National Forest data, also concluded that the amount of CWD remaining after several clearcuts is less than after the same number of fires on comparable sites. Moreover, and as might be expected, they found that the time required for [coarse wood] to cover 100% of the ground surface area after a fire was much less than after a clearcut, and that this time interval became similar for a clearcut and fire only when slash amounts left on the ground were doubled from average amounts left using current management practices (in other words, 200% of current [coarse wood] amounts in slash could keep practices within the HRV on some sites)."

Finally, attention should be given to reducing the extent and impact of roads, which have little or no precedent in the evolutionary history of the native biota, and which strongly facilitate the fragmentation of interior forest habitats, dispersal of alien species, and human-caused disturbance of wildlife. Some roads obviously are necessary for management purposes, but the current road system in the national forests -- containing more miles than the interstate highway system -- probably is more extensive than is really needed (Riebesame 1997). Another advantage of logging large, aggregated patches rather than small dispersed patches is that the former spatial pattern requires a less extensive road system. Necessary roads also can be placed in areas that minimize their fragmenting effects, e.g., running around a large patch of mature forest rather than bisecting it (Reed et al. 1996a), and unnecessary roads can be permanently closed. Implementing logging techniques that do not require roads and skid trails -- e.g., removing logs with horses in winter -- should also be considered. Economic limitations may preclude such techniques in many areas, but they should be explored and used where possible to reduce the heavy impact of roads and mechanized equipment in forest ecosystems.

In addition to modifying timber production strategies to minimize the adverse effects of anthropogenic fragmentation, managers should re-introduce fire as a natural process in high-elevation forests of the central Rocky Mountains. Some of the ecological effects of fire can never be entirely simulated by logging, even with variable retention techniques, and some native species like the black-backed woodpecker are almost completely dependent upon recently burned subalpine forests (Hutto 2008). Manager-ignited fire probably is not appropriate in most high-elevation forests, but many lightning-ignited fires can be allowed to burn without interference in order to provide unique early successional habitats that cannot be produced in any other way.

## H. Summary

Many of the ecosystems of the South Central Highlands Section today are substantially different from the ecosystems that existed during the reference period, and many of these changes are regarded as undesirable. In this chapter we first review some of the major challenges facing land managers in the South Central Highlands Section, and then explore some of the opportunities for mitigation and restoration of damaged or degraded components of the ecosystems in the region.

**A. Challenges: Forest Fragmentation by Roads & Logging**: One of the major global challenges to biodiversity and ecological integrity is fragmentation of wildland habitats by roads, logging, agriculture, home building, and other human developments. Roads are unprecedented features in ecological history, and have greater impacts on plants, wildlife, and natural ecological processes than almost any other feature of the human-influenced landscape. Road densities are surprisingly high throughout the South Central Highlands Section. For example ponderosa pine forests in the San Juan National Forest in southwestern Colorado contain 2.60 miles of road per square mile.

To evaluate quantitatively the effects of road-building and logging on high-elevation forests, we reconstructed logging history in the Pagosa District of the San Juan National Forest. Although logging began in the late 1800s in most of the ponderosa pine forests of the region, very little logging occurred in high-elevation forests of this district prior to 1950. The number of acres affected by logging each year increased through the 1950s and 1960s, reached a peak in the 1970s, and then declined through the 1980s and 1990s. This half-century of logging has directly affected only a small proportion (ca. 5 %) of the total spruce-fir forest acreage on the Pagosa District. However, nearly all (85%) of the suitable timber base in spruce-fir has been entered at least once for timber removal. We also measured changes in several metrics of landscape structure between 1950 and 1992 using the program FRAGSTATS. For all 45 landscape metrics reported by FRAGSTATS, the average percentage change from 1950 - 1993 was 15 - 25 % when roads were included, but only 3 - 8 % when roads were excluded. The number of distinct patches has increased,

average patch size has decreased, edge density (meters of edge between two different cover types) has increased, and mean core area (patch area >50 m from an edge) has decreased

**B. Challenges: Outdoor Recreation, Roads, and Exurban Development**: Outdoor recreation is now the principal use of most forests in the southern Rocky Mountains. Although often regarded as a benign activity that has little or no adverse impact on ecological conditions or processes, outdoor recreation actually poses a major threat to biodiversity and ecological integrity. Of all species federally listed as endangered or threatened, outdoor recreation affects more of these species than any other activity except water development. Outdoor recreation affects plant and wildlife species via direct harvest (hunting, fishing, and collecting), disturbance (either accidental or intentional), habitat modification, and pollution.

The human population in the Rocky Mountain region is one of the fastest growing in the nation, and much of the new development is occurring in formerly rural or undeveloped areas. Exurban development poses several important ecological and social challenges in the South Central Highlands Section. First, the houses and access roads fragment natural habitats and displace sensitive wildlife. Second, exurban development often occurs in ponderosa pine forests and other vegetation types where fire was formerly an important ecological process. Not only are these houses vulnerable to loss in wildfire, but restoration of a natural fire regime is severely constrained by the presence of vulnerable structures that must be protected from fire. Finally, the costs to local governments of maintaining roads and providing services (fire protection, police, and schools) to these scattered residents usually exceed the revenues generated by property taxes; in effect, residents in town are subsidizing the exurban life style. The ecological and social costs of exurban development can be reduced in a number of ways, e.g., by clustering developments and protecting agricultural land through the use of conservation easements.

**C. Challenges: Climate Change**: The earth's climate is changing, global temperatures are increasing, shifts in precipitation patterns are likely to become pronounced in the next century, and weather related disturbances (e.g., hurricanes and droughts) are likely become more frequent and severe. The potential for large, severe fire also is increasing. An upsurge in the frequency of large fires began in the mid-1980s and is expected to continue. Climate change complicates all of our efforts in land management.

**D. Opportunities: Principles of Ecological Restoration**: One of the major land management activities in the twenty-first century likely will be restoration of ecosystems that were degraded during the past century. *Passive restoration* involves removal of the stressors that have degraded an ecosystem, e.g., regulating livestock grazing and recreational activity, and allowing lightning-ignited fires to burn without interference. *Active restoration* involves conscious modification of an ecosystem to achieve a desired result, e.g., selective logging and manager-ignited prescribed fire. Active restoration is not needed (nor is it feasible) in every location throughout

the South Central Highlands Section. An important component of all restoration programs is protecting and maintaining those areas that have been little altered, to serve as reference areas for restoration treatments in degraded areas.

**E. Opportunities: Passive Restoration**: Two major stressors in the South Central Highlands Section are excessive fire suppression and poorly conducted livestock grazing. Land management agencies now have opportunities to allow fires or portions of fires to burn naturally with minimal human interference (2009 Implementation Guidelines for Fire Management on Federal Lands). Innovative new grazing management practices, such as those being conducted by the Quivira Coalition, headquartered in Santa Fe, New Mexico, are available to help manage and passively restore these grasslands for long-term viability and sustainability.

**F. Opportunities: Active Restoration of Ponderosa Pine Forests**: Perhaps the clearest opportunities and methods for active ecological restoration in the South Central Highlands Section are seen in ponderosa pine forests. The basic approach involves mechanical thinning to reduce tree density and basal area and to restore a clumped pattern of tree dispersion in the stand, followed by a low-severity prescribed fire. In conjunction with the prescribed burning program, it is necessary to protect recently treated stands from excessive livestock grazing and to mitigate invasive, non-native plants. Monitoring is implemented before treatment, repeated just after treatment, and then continued for several years to detect short-term and long-term effects. It is important to emphasize that restoration of an open stand structure should be applied only to some, not all, ponderosa pine forests throughout the South Central Highlands Section.

**G. Opportunities: Emulating Natural Disturbance Processes in High-Elevation Forest Landscapes**: Where the management emphasis is not on ecological restoration per se, but on sustainably harvesting an economic product in such a way that ecosystem services are not impaired or degraded, innovative new approaches to silviculture are being developed, based on mimicking the kinds of natural disturbances that have shaped these forests for hundreds or thousands of years. Because the native biota are already adapted to these kinds of disturbances, anthropogenic disturbances of similar kind and intensity are less likely to produce unexpected or undesirable ecological surprises than are human disturbances that do not resemble the natural disturbance regime. Possible strategies for making anthropogenic disturbances mimic more closely the natural disturbance regime in high-elevation landscapes involve: (i) revising the size, shape, and spatial arrangement of logging units, (ii) providing "biological legacies" of the former stand in logged areas by means of variable retention harvest systems and retaining coarse wood, and (iii) reducing the extent and impact of roads.

## I. Literature Cited


Abrahamson, W. G., and C. R. Abrahamson. 1996. Effects of fire on long-unburned Florida uplands. Journal of Vegetation Science 7:565-574.

Allen, C. D., M. Savage, D. A. Falk, K. F. Suckling, T. W. Swetnam, T. Schulke, P. B. Stacey, P. Morgan, M. Hoffman, and J. T. Klingel. 2002. Ecological restoration of southwestern ponderosa pine ecosystems: a broad perspective. Ecological Applications 12:1418-1433.

Angwin, P., and B. Raimo. 1994. Risks of insect and disease in the westside pine zone of the San Juan National Forest. Unpublished report, available from Supervisor's Ofiice, San Juan National Forest, Durango, CO.

Baker, W. L., and R. L. Knight. 2000. Chapter 5: Roads and forest fragmentation in the Southern Rocky Mountains. Pages 97-122 in Knight et al. (2000).

Baker, W. L., and D. Ehle. 2001. Uncertainty in surface-fire history: The case of ponderosa pine forests in the western United States. Canadian Journal of Forest Research 31:1205-1226.

Benninger- Traux, M., J. L. Vankat, and R. L. Schaefer. 1992. Trail corridors as habitat and conduits for movement of plant species in Rocky Mountain National Park, Colorado, USA. Landscape Ecology 6:269-278.

Berry, J. 2002. An ecological assessment of ponderosa pine forest restoration treatments in southwestern Colorado. Final report of the review panel. Report available from Supervisors' Office, San Juan National Forest, Durango, CO 81301, or from Dean, College of Natural Resources, Colorado State University, Fort Collins, CO 80523.

Brown, P. M., and R. Wu. 2005. Climate and disturbance forcing of episodic tree recruitment in a southwestern ponderosa pine landscape. Ecology 86:3030-3038.

Buskirk, S.W. W.H. Romme, F.W. Smith, and R.L. Knight. 2000. Chapter 1: An overview of forest fragmentation in the Southern Rocky Mountains. Pages 3-14 in Knight et al. (2000).

Cohen, J. D. 2000. Preventing disaster: home ignitability in the wildland-urban interface. Journal of Forestry 98(3):15-21.

Cohen, J., and R. Stratton. 2003.Home destruction within the Hayman fire perimeter. Pages 263-292, in: Graham, R. T. (technical editor), Hayman fire case study. USDA Foest Service General Technical Report RMRS-GTR-114. [http://www.fs.fed.us/rm/hayman_fire/]

Cole, D. N., and P. B. Landres. 1995. Indirect effects of recreation on wildlife. Pages 183-202 in Knight, R. L., and K. J. Gutzwiller (editors), Wildlife and recreationists: coexistence through management and research. Island Press, Washington, D. C., USA.

Crow, T. R., and E. J. Gustafson. 1997. Ecosystem management: managing natural resources in time and space. Pages 215-228 in Kohm and Franklin (1997).

Dale, L. G. Aplet, and B. Wilmer. 2005. Wildland fire use and cost containment: A Colorado case study. Journal of Forestry 103(6):314-318.

Dillon, G.K., D.H. Knight, and C.B. Meyer. 2003. Historic variability for upland vegetation in the Medicine Bow National Forest, Wyoming. Unpublished report

to Medicine Bow National Forest and USDA Forest Service Region 2, Department of Botany, University of Wyoming, Laramie, WY.

Ehle, D. S., and W. L. Baker. 2003. Disturbance and stand dynamics in ponderosa pine forests in Rocky Mountain National Park, USA. Ecological Monographs 73:543-566.

Finney, M., and several others. 2003.Fire behavior, fuel treatments, and fire suppression on the Hayman fire. Pages 33-179, in: Graham, R. T. (technical editor), Hayman fire case study. USDA Foest Service General Technical Report RMRS-GTR-114. [http://www.fs.fed.us/rm/hayman_fire/]

Finney, M. A., C. W. McHugh, and I. C. Grenfell. 2005. Stand- and landscape-level effects of prescribed burning on two Arizona wildfires. Canadian Journal of Forest Research 35:1714-1722.

Fischer, J., D. B. Lindenmayer, and A. D. Manning. 2006. Biodiversity, ecosystem function, and resilience: ten guiding principles for commodity production landscapes. Frontiers in Ecology and the Environment 4:80-86.

Forman, R. T. T. 1995. Land mosaics: the ecology of landscapes and regions. Cambridge University Press, Cambridge, England.

Forman, R. T. T., et al. 2003. Road ecology: Science and solutions. Island Press.

Franklin, J. F., and R. T. T. Forman. 1987. Creating landscape patterns by forest cutting: ecological consequences and principles. Landscape Ecology 1:5-18.

Franklin, J. F., D. R. Berg, D. A. Thornburgh, and J. C. Tappeiner. 1997. Alternative silvicultural approaches to timber harvesting: variable retention harvest systems. Pages 111-139 in Kohm and Franklin (1997).

Gilpin, M. E., and I. Hanski (editors). 1991. Metapopulation dynamics: empirical and theoretical investigations. Academic Press, San Diego.

Hansen, A. J., and J. R. Rotella. 1999. Abiotic factors. Chapter 5 in: Hunter, M. L. (editor), Maintaining biodiversity in forest ecosystems. Cambridge University Press.

Harrington, M. G. 1981. Preliminary burning prescriptions for ponderosa pine fuel reductions in southeastern Arizona. USDA Forest Service Research Note RM-402.

Harrington, M. G. 1987. Phytotoxic potential of Gambel oak on ponderosa pine seed germination and initial growth. USDA Forest Service Research Paper RM-277.

Hawksworth, F. G., and D. Wiens. 1995. Dwarf mistletoes: biology, pathology, and systematics. Agriculture Handbook 709. USDA Forest Service, Washington, DC. 410 p.

Hutto, R.L. 2008. The ecological importance of severe wildfires: some like it hot. Ecological Applications 18:1827-1834.

IPCC (Intergovernmental Panel on Climate Change). 2007. Climate change 2007: The physical science basis. Contribution of Working Group I to the fourth assessment report of the IPCC. Published by WMO and UNEP.

Jordan, W. R. III, M. E. Gilpin, and J. D. Aber (editors). 1987. Restoration ecology: a synthetic approach to ecological research. Cambridge University Press, Cambridge, England. 342 p.

Kaye, J. P., and S. C. Hart. 1998. Ecological restoration alters nitrogen transformations in a ponderosa pine – bunchgrass ecosystem. Ecological Applications 8:1052-1060.

Kaila, L., P. Martikainen, and P. Punttila. 1997. Dead trees left in clear-cuts benefit saproxylic Coleoptera adapted to natural disturbances in boreal forest. Biodiversity and Conservation 6:1-18.

Keeley, J. E. 2006. Fire management impacts on invasive plants in the western United States. Conservation Biology 20:375-384.

Klemmedson, J. O. 1976. Effect of thinning and slash burning on nitrogen and carbon in ecosystems of young, dense ponderosa pine. Forest Science 22:45-53.

Knight, R. L. 1997. Field report on the new west. In: Meine, C. (editor), Wallace Stegner and the continental vision: essays on literature, history, and landscape. Island Press, Washington, D.C.

Knight, R.L. 2000. Chapter 7: Forest fragmentation and outdoor recreation in the Southern Rocky Mountains. Pages 135-153 in Knight et al. (2000).

Knight, D.H., and W.A. Reiners. 2000. Chapter 2: Natural patterns in Southern Rocky Mountain landscapes and their relevance to forest management. Pages 15-30 in: Knight et al. (2000).

Knight, R.L., W.C. Gilgert, and E. Marston (editors). 2002. Ranching west of the 100th meridian: Culture, ecology, and economics. Island Press, Washington, D.C.

Knight, R. L., F. W. Smith, S. W. Buskirk, W. H. Romme, and W. L. Baker (editors). 2000. Forest fragmentation in the southern Rocky Mountains, University Press of Colorado.

Kohm, K. A., and J. F. Franklin (editors). 1997. Creating a forestry for the 21st century: the science of ecosystem management. Island Press, Washington, D.C.

Kovacic, D. A., D. M. Swift, J. E. Ellis, and T. E. Hakonson. 1986. Immediate effects of prescribed burning on mineral soil nitrogen in ponderosa pine in New Mexico.Soil Science 41:71-76.

Li, H., J. F. Franklin, F. J. Swanson, and T. A. Spies. 1993. Developing alternative forest cutting patterns: A simulation approach. Landscape Ecology 8:63-75.

Losos, E., J. Hayes, A. Phillips, D. Wilcove, and C. Alkire. 1995. Taxpayer-subsidized resource extraction harms species. BioScience 45:446-455.

Lynch, D. L., and C. S. Jones. 1996. Summary report: timber harvesting study for Unit 1 - “Smoothing Iron” ecosystem resotration project, ponderosa pine forest partnership, Montezuma County, Colorado. Unpublished report, Department of Forest Sciences, Colorado State University, Fort Collins, Colorado.

Lynch, D.L., W.H. Romme, and M. L. Floyd. 2000. Forest restoration in southwestern ponderosa pine. Journal of Forestry 98:17-24.

McGarigal, K., W. H. Romme, M. Crist, and E Roworth. 2001. Cumulative effects of roads and logging on landscape structure in the San Juan Mountains, Colorado (USA). Landscape Ecology, 16:327-349.

Millar, C.I., N.L. Stephenson, and S.L. Stephens. 2007. Climate change and forests of the future: managing in the face of uncertainty. *Ecological Applications* 17:2145-2151.

Miller, S.G., R.L. Knight, and C.K. Miller. 1998. Influence of recreational trails on breeding bird communities. Ecological Applications 8:162-169.

Monleon, V. J., K. Cromack Jr., and J. H. Landsberg. 1997. Short- and long-term effects of prescribed underburning on nitrogen availability in ponderosa pine stands in central Oregon. Canadian Journal of Forest Research 27:369-378.

Neary, D. G., C. C. Klopatek, L. F. DeBano, and P. F. Ffolliott. 1999. Fire effects on belowground sustainability: a review and synthesis. Forest Ecology and Management 122:51-71.

Paulson, D. D., and W. L. Baker. 2006. The nature of southwestern Colorado: Recognizing human legacies and restoring natural places. University Press of Colorado.

Perera, A. H., L. J. Buse, and M. G. Weber. 2004. Emulating natural forest landscape disturbances: Concepts and Applications. Columbia University Press, New York.

Pulliam, H. R. 1988. Sources, sinks, and population regulation. American Naturalist 132:652-661.

Pyne, S. J. 1982. Fire in America: a cultural history of wildland and rural fire. Princeton University Press, Princeton, NJ.

Reed, R. A., J. Johnson-Barnard, and W. L. Baker. 1996a. Contribution of roads to forest fragmentation in the Rocky Mountains. Conservation Biology 10:1098-1106.

Reed, R. A., J. Johnson-Barnard, and W. L. Baker. 1996b. Fragmentation of a forested Rocky Mountain landscape, 1950-1993. Biological Conservation 75:267-277.

Riebesame, W. E. (general editor). 1997. Atlas of the New West. W. W. Norton and Company, New York.

Ritters, K. H., and J. D. Wickham. 2003. How far to the nearest road? Frontiers in Ecology and the Environment 1(3):125-129.

Robinson, S. K., F. R. Thompson III, T. M. Donovan, D. R. Whitehead, and F. Faaborg. 1995. Regional forest fragmentation and the nesting success of migratory birds. Science 267:1987-1990.

Romme, W.H. Creating pseudo-rural landscapes in the mountain west. 1997. Chapter 8 in: Nassauer, J., and D. Karasov (editors), Placing nature: culture and landscape ecology. Island Press.

Romme, W.H., D.W. Jamieson, J.S. Redders, G. Bigsby, J. P. Lindsey, D. Kendall, R. Cowen, T. Kreykes, A.W. Spencer, and J.C. Ortega. 1992. Old growth forests of the San Juan National Forest in southwestern Colorado. Pages 154-165 in: Kaufmann, M.R., W. H. Moir and R.L. Bassett (Technical Coordinators). Old-growth forests in the southwest and Rocky Mountain regions: Proceedings of a Workshop. USDA Forest Service General Technical Report RM-213.

Romme, W. H., L. Floyd, D. Hanna, and J. S. Redders. 2000. Chapter 18: Using natural disturbance regimes as a basis for mitigating impacts of anthropogenic fragmentation. Pages 377-400 in Knight (2000).

Romme, W. H., M. Preston, D. L. Lynch, P. Kemp, L. Floyd-Hanna, D. D. Hanna, and S. Burns. 2003. The ponderosa pine forest partnership in southwestern Colorado: Ecology, economics, and community involvement in forest restoration. In: Friederici, P. (editor) Ecological restoration of southwestern ponderosa pine forests. Island Press and Ecological Restoration Institute, Northern Arizona University.

Shinneman, D. J., and W. L. Baker. 1997. Nonequilibrium dynamics between catastrophic disturbances and old-growth forests in ponderosa pine landscapes of the Black Hills. Conservation Biology 11:1-13.

Skov, K. R., T. E. Kolb, and K. F. Wallin. 2005. Difference in radial growth response to restoration thinning and burning treatments between young and old ponderosa pine in Arizona. Western journal of Applied Forestry 20:36-43.

Spies, T. 1997. Forest stand structure, composition, and function. Pages 11-30 in Kohm and Franklin (1997).

Spies, T. A., J. F. Franklin, and T. B. Thomas. 1988. Coarse woody debris in Douglas-fir forests of western Oregon and Washington. Ecology 69:1689-1702.

Swezy, D. M., and J. K. Agee. 1991. Prescribed fire effects on fine-root and tree mortality in old-growth ponderosa pine. Canadian Journal of Forest Research 21:626-634.

Theobald, D.M. 2000. Chapter 8: Fragmentation by inholdings and exurban development. Pages 155-174 in Knight et al. (2000).

Theobald, D.M. and W.H. Romme. 2007. Expansion of the US wildland-urban interface. Landscape and Urban Planning 88:340-354.

Tiedemann, A. R., J. O. Klemmedson, and E. L. Bull. 2000. Solution of forest health problems with prescribed fire: are forest productivity and wildlife at risk? Forest Ecology and Management 127:1-18.

Tinker, D.B. 1999. Coarse woody debris in Wyoming lodgepole pine forests. Dissertation, Department of Botany, University of Wyoming, Laramie, WY.

Tinker, D. B., C. A. C. Resor, G. P. Beauvais, K. F. Kipfmueller, C. I. Fernandes, and W. L. Baker. 1997. Watershed analysis of forest fragmentation by clearcuts and roads in a Wyoming forest. Landscape Ecology 12:1-17.

Tinker, D.B., and D.H. Knight. 2000. Coarse woody debris following fire and logging in Wyoming lodgepole pine forests. Ecosystems 3:472-483.

Turner, M. G., W. H. Romme, R. H. Gardner, and W. W. Hargrove. 1997. Effects of fire size and pattern on early succession in Yellowstone National Park. Ecological Monographs 67:411-433.

Vance, E. D., and G. S. Henderson. 1984. Soil nitrogen availability following long-term burning in an oak-hickory forest. Soil Science Society of America Journal 48:184-190.

Wallin, K. F., T. E. Kolb, K. R. Skov, and M. R. Wagner. 2004. Seven-year results of thinning and burning restoration treatments on old ponderosa pines at the Gus Pearson Natural Area. Restoration Ecology 12:239-247.

Wei, X., J. P. Kimmins, K. Peel, and O. Steen. 1997. Mass and nutrients in woody debris in harvested and wildfire-killed lodgepole pine forests in the central interior of British Columbia. Canadian Journal of Forest Research 27:148-155.

Westerling, A. L., H. D. Hidalgo, D. R. Cayan, and T. W. Swetnam. 2006. Warming and earlier spring increases western U.S. forest wildfire activity. Science 313:940-943.

White, C. 2008. Revolution on the range: The rise of a new ranch in the American West. Island Press / Shearwater Books, Washington, D.C.

View publication stats

United States Department of Agriculture

Forest Service

**Rocky Mountain Research Station**

General Technical Report RMRS-GTR-238

June 2010

# Mitigating Old Tree Mortality in Long-Unburned, Fire-Dependent Forests: A Synthesis

**Sharon M. Hood**









A SUMMARY OF KNOWLEDGE FROM THE

Joint Fire Science Program











FS-004186

Hood, Sharon M. 2010. **Mitigating old tree mortality in long-unburned, fire-dependent forests: a synthesis**. Gen. Tech. Rep. RMRS-GTR-238. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 71 p.

## Abstract

This report synthesizes the literature and current state of knowledge pertaining to reintroducing fire in stands where it has been excluded for long periods and the impact of these introductory fires on overstory tree injury and mortality. Only forested ecosystems in the United States that are adapted to survive frequent fire are included. Treatment options that minimize large-diameter and old tree injury and mortality in areas with deep duff and methods to manage and reduce duff accumulations are discussed. Pertinent background information on tree physiology, properties of duff, and historical versus current disturbance regimes are also discussed.

**Keywords:** smoldering, fire effects, tree mortality, duff mounds, fire exclusion, fuel treatment, prescribed fire, monitoring, old-growth, heat injury, reintroduction of fire, duff consumption

## Author

**Sharon Hood** is a Forester in the Fire, Fuels, and Smoke Program located at the Rocky Mountain Research Station's Fire Sciences Laboratory in Missoula, MT. She completed a B.S. degree in Forestry from Mississippi State University and an M.S. degree in Forestry from Virginia Polytechnic Institute and State University.

## Acknowledgments

I acknowledge funding from the Joint Fire Science Program under Project JFSP 07-S-09. I thank Morgan Varner, Michael Harrington, Dale Wade, Sally Haase, James Agee, Daniel Perrakis, Kevin Ryan, Donald Scott, James Reardon, Theresa Jain, Roger Ottmar, and Kevin Hiers for their helpful comments and insights during publication development. Reviews by Donald Scott, Morgan Varner, Michael Harrington, Sally Haase, Dale Wade, and Kevin Ryan greatly improved the manuscript. I also thank the survey respondents whose comments guided the content of this publication and provided valuable land management experiences about reintroducing fire into long-unburned forests (Appendix B).

You may order additional copies of this publication by sending your mailing information in label form through one of the following media. Please specify the publication title and number.

**Publishing Services**

**Telephone** (970) 498-1392

**FAX** (970) 498-1122

**E-mail** rschneider@fs.fed.us

**Web site** http://www.fs.fed.us/rmrs

**Mailing Address** Publications Distribution
Rocky Mountain Research Station
240 West Prospect Road
Fort Collins, CO 80526

## Preface

Forest managers around the country have expressed concerns about large-diameter and old tree mortality when prescribed burning in long-unburned forests. The synthesis herein suggests recommendations for maintaining and perpetuating old trees in fire-dependent ecosystems. It expands on efforts funded by the Joint Fire Science Program (JFSP) to define the issues surrounding burning in fire-excluded forests of the United States that are adapted to survive frequent fire. When the JFSP initially funded this synthesis, two JFSP projects were examining the effect of raking on reducing old ponderosa and Jeffrey pine (subsequently published in Fowler and others 2010; Hood and others 2007a). Another JFSP project examined the effect of prescribed burning under different duff moisture conditions on long-unburned old longleaf pine mortality (Varner and others 2007). Two other syntheses were also recently published on this subject: *Perpetuating old ponderosa pine* (Kolb and others 2007) and *The conservation and restoration of old growth in frequent-fire forests of the American West* (Egan 2007). The scope of the synthesis herein focuses only on limiting overstory tree mortality in species adapted to survive frequent fire; therefore, the implications of fire suppression and fuel treatments on other ecosystem components are not discussed.

---

*The use of trade or firm names in this publication is for reader information and does not imply endorsement by the U.S. Department of Agriculture of any product or service.*

---

# Contents

Preface . . . . . . i

Introduction . . . . . . 1
Organization and scope . . . . . . 2

Fire Impacts on Trees and Causes of Tree Death . . . . . . 3
First Order Tree Responses to Heat Injury . . . . . . 3
Crown injury . . . . . . 3
Cambium injury . . . . . . 5
Root injury . . . . . . 10
Delayed Tree Mortality From Bark Beetles . . . . . . 12

Properties of Soil and Duff . . . . . . 16
Differences Between Duff Mounds and Typical Forest Floor Duff . . . . . . 16
First-Entry Prescribed Burns . . . . . . 20
Factors Affecting Duff Consumption . . . . . . 29
Impacts of Moisture on Soil Heating . . . . . . 24

Historical and Current Fire Frequencies and Stand Characteristics . . . . . . 24
Red pine . . . . . . 26
Longleaf pine . . . . . . 26
Southwestern ponderosa pine . . . . . . 27
Pacific Northwest and California . . . . . . 28
Giant sequoia-mixed-conifer forests . . . . . . 28
Mixed-conifer, ponderosa, and Jeffrey pine forests . . . . . . 28
Interior West ponderosa pine, Douglas-fir, and western larch . . . . . . 29
Black Hills ponderosa pine . . . . . . 30

Treatment Effects on Old Tree Resilience . . . . . . 30
Radial Growth . . . . . . 31
Moisture Stress . . . . . . 31
Resistance to Insect Attacks . . . . . . 31

Management Options . . . . . . 32
General Management Issues . . . . . . 32
Treatment prioritizations . . . . . . 32
No action alternative . . . . . . 34
Defining prescribed burn and other management objectives . . . . . . 35
Landscape-Scale Options . . . . . . 35
Landscape restoration . . . . . . 35
Wildland fire use . . . . . . 36
Stand-Level Options . . . . . . 36
Prescribed burning . . . . . . 36
Thinning and prescribed burning . . . . . . 41

Treating Individual Trees . . . 42
Fire scars . . . 42
Raking . . . 43
Snow well burning . . . 51
Mixing . . . 52
Hand lining . . . 53
Foam . . . 53
Water . . . 53
Fire shelter wrap . . . 53
Mechanized equipment . . . 53
Management Implications . . . 54

Monitoring the Effects of Fire on Overstory Tree Mortality . . . 54
What to Monitor? . . . 55
How to Monitor? . . . 56
How Long to Monitor? . . . 56

Knowledge Gaps . . . 57
Climate Change . . . 57

References . . . 58

Appendix A: Determining Duff Moisture . . . 67
Gravimetric Versus Volumetric Moisture Content . . . 67
Sampling Location and Collection . . . 67
Duff Moisture Meter . . . 67
Oven-Drying . . . 68
Moisture Probes . . . 69
Large Scale Indices . . . 69

Appendix B: Survey Respondents . . . 70

# Mitigating Old Tree Mortality in Long-Unburned, Fire-Dependent Forests: A Synthesis

**Sharon M. Hood**

## Introduction

Historically, many forested ecosystems in the United States burned frequently, both from lightning ignited fires and from Native American burning. Frequent fire maintained low fuel loadings and shaped forests composed of tree species adapted to survive low-intensity frequent fire. Longleaf pine (*Pinus palustris* Mill.) forests burned as frequently as every 2 to 8 years (Christensen 1981; Frost 1993), and historical records and dendrochronological studies provide evidence that ponderosa pine (*Pinus ponderosa* C. Lawson), Douglas-fir (*Pseudotsuga menziesii* (Mirb.) Franco), western larch (*Larix occidentalis* Nutt.), giant sequoia (*Sequoiadendron giganteum* (Lindl.) J. Buchholz), red pine (*Pinus resinosa* Aiton), and many other forests also burned regularly. In the early 1900s, the United States government initiated a program to suppress all fires, both natural and anthropogenic. Many unintended consequences have resulted from over a century of fire suppression, such as increased tree densities and fuel, increased stress on older trees from competition, and greater risk of bark beetle attacks. These consequences are especially apparent in forests that historically burned frequently and have thus missed many fire cycles.

Maintaining old trees and perpetuating large-diameter trees is an increasing concern. Stands of old trees that were historically common across vast landscapes in the United States are now relatively rare on the landscape because of harvesting (Noss and others 1995). Though logging is no longer the principal threat to most old-growth forests, they now face other risks (Vosick and others 2007). Prescribed fire has become a major tool for restoring fire-dependent ecosystem health and sustainability throughout the United States and use will likely increase in the future. However, increased mortality of large-diameter and old trees following fire has been reported in many areas around the country, and there is increased concern about maintaining these on the landscape (Kolb and others 2007; Varner and others 2005). As early as 1960, Ferguson and others (1960) reported high longleaf pine mortality after a low-intensity prescribed burn consumed the majority of heavy duff accumulations around the base of the trees. Mortality of pre-settlement ponderosa pines in prescribed burn areas in Grand Canyon National Park was higher than in control plots (Kaufmann and Covington 2001). After beginning a forest restoration program that reintroduced fire by prescribed burning at Crater Lake National Park, excessive post-fire mortality of larger ponderosa pine was observed in the burn areas, and early season burns had an even higher mortality than late season burns (Swezy and Agee 1991). Both Swezy and Agee (1991) and McHugh and Kolb (2003) reported a U-shaped mortality distribution for ponderosa pine following wildfires, with smaller- and larger-diameter trees having higher mortality than mid-diameter trees.

Litter and duff accumulation around large-diameter trees has reached unprecedented levels in many areas as a result of 100+ years of fire exclusion. Abnormally high litter and duff accumulations after extended fire-free periods in fire-dependent ecosystems are well documented (Covington and others 1997; Dodge 1974; Haase and Sackett 1998; Sackett and Haase 1998; Sackett and others 1996; Swezy and Agee 1991; Varner and others 2005). Even with mechanical thinning to reduce ladder fuels and thus, the likelihood of crown injury, deep duff mounds remain, as does the potential for stem and root injury. Because flames are not typically associated with smoldering duff, forest floor consumption after the flaming front passes draws little attention, and its consequences are easily overlooked. However, restoration burns in areas with deep basal duff around trees may result in greater duff consumption and higher soil temperatures than trees subject to periodic low-intensity fires with shallower basal duff (Swezy and Agee 1991).

Several studies have attributed large-diameter tree mortality to basal injury caused by duff mound smoldering. Long-term smoldering can cause extended high soil heating, frequently above 140 °F (60 °C), which is the temperature required to kill living tissue. Hartford and Frandsen (1992) reported soil temperatures under smoldering duff mounds of 750 °F (400 °C), with duff temperatures above 212 °F (100 °C) for over 16 hours,

compared to soil temperatures of less than 176 °F (80 °C) and duff temperatures above 212 °F (100 °C) for 1 hour under burning slash. Temperatures in smoldering duff mounds exceeded 572 °F (300 °C) for 2 to 4 hours during a prescribed burn in Glacier National Park, resulting in 45 percent mortality of the cambium sampled (Ryan and Frandsen 1991).

Basal tree injury from smoldering duff can attract bark beetles that can greatly influence post-fire delayed tree mortality. Rust (1933) reported for the 1928 Tubb's Hill ground fire at Coeur d'Alene, ID, that bark beetles attacked a greater percentage of ponderosa pines containing severe basal injury (from long-duration smoldering of accumulated basal duff) than trees with severe crown injury. This type of fire injury, and subsequent insect attack, resulted in heavy losses in larger trees in more open stands (Rust 1933). Bradley and Tueller (2001) stated that a burned tree was nearly 25 times more likely to be attacked by bark beetles than an unburned tree, and trees with deep soil charring were nearly 10 times more likely to be attacked than all other trees combined.

Although some work has been done on the effect of duff and litter removal from the base of trees (Covington and others 1997; Feeney and others 1998; Laudenslayer and others 2008; Swezy and Agee 1991), little is known about the factors that determine its success or failure as a practical management tool. Successful removal treatments could widen the window of opportunity for prescribed burning to achieve management goals already constrained by weather, fuel conditions, air quality concerns, societal constraints, fire resource availability, and concern about potential large-diameter tree mortality. Sample sizes in most of these studies were small and there were no controls or raking-only treatments. Fowler and others (2010) reported that raking reduced cambium kill at the bases of old ponderosa pine. However, the cambium kill did not result in tree mortality, and three years after burning, no trees, either raked or unraked, died in the study.

It is important to distinguish between first-entry, initial burns and subsequent maintenance burns in areas that have not burned for long periods. Long-unburned stands usually have substantially higher fuel loadings and greater duff to litter ratios than more frequently burned stands. Therefore, extra care must be taken when reintroducing fire to forests after decades of fire absence (Wade and Johansen 1986). In areas with deep basal duff mounds, the initial prescribed burn will likely have the greatest impact on tree mortality compared to subsequent burns. In these areas, utmost precaution to limit duff consumption at the base of large trees is required. It will likely take either multiple low-severity fires to slowly reduce fuel loadings to historical levels or mechanical removal methods such as raking to maintain the large tree component (Arno 2000; Harrington and Sackett 1990). Fires that consume litter but little duff may create an environment that speeds up residual duff decomposition (Zeleznik and Dickmann 2004; S. Haase, personal communication; T. Jain, personal communication). Because litter is consumed very quickly during passage of the flaming front, residence times are short and do not cause basal injury to trees with thick bark.

## Organization and Scope

Maintaining large-diameter and old trees is only one aspect of forest restoration. Restoring and maintaining historic disturbance patterns and ecosystem functions is the larger goal of most restoration efforts. However, perpetuating the large-diameter tree component is key to restoring historical stand structure and many ensuing processes because old trees take longer than any other ecosystem component to replace (Kaufmann and Covington 2001). The forest restoration literature discusses in detail these broader issues for several fire-frequent ecosystems in the United States (Apostol and Sinclair 2006; Clewell and Aronson 2008; Friederici 2003; Stanturf and Madsen 2004). This report focuses on maintaining existing large and/or old trees and perpetuating future old trees when reintroducing fire into long-unburned areas. Old-growth forest definitions abound and vary by ecosystem. Rather than trying to define and limit the volume to only old-growth forests, I discuss the impact of fire on all large-diameter and/or old trees for species that current knowledge leads us to believe survived frequent low-intensity surface fire regimes. Only tree species that are adapted to survive frequent low-to-moderate intensity surface fire are included. The majority of the literature focuses on ponderosa and longleaf pine, but many other pertinent species are discussed (Table 1).

**Table 1**—Trees species included in this volume. Mature trees listed historically survived under a frequent, low-intensity fire regime.

| Species | |
|---|---|
| **Eastern U.S.** | **Western U.S.** |
| Red pine | Ponderosa pine |
| | Douglas-fir |
| | Sugar pine |
| | Western larch |
| | Incense cedar |
| **Southern U.S.** | White fir |
| Longleaf pine | Red fir |
| | Giant sequoia |

This synthesis is organized into seven sections: (1) Fire Impacts on Trees and Causes of Tree Death; (2) Properties of Soil and Duff; (3) Historical and Current Fire Frequencies and Stand Characteristics; (4) Treatment Effects on Old Tree Resilience; (5) Management Options; (6) Monitoring the Effects of Fire on Overstory Tree Mortality; and (7) Knowledge Gaps. The first two sections provide a background for fire-related tree injury and ground fuels in fire-excluded stands. The third section contrasts historical and current stand conditions and disturbance regimes for fire-dependent forest types. The fourth and fifth sections provide information on treatment options at various scales based on pertinent studies and makes general treatment recommendations by forest type. *Management Options* also discusses defining treatment objectives, treatment prioritization, no action, and monitoring techniques. Differences between stand and individual tree monitoring, what variables to monitor, and appropriate monitoring time lengths are discussed in the *Monitoring* section. The last section identifies gaps in the scientific literature and recommends topics for future research.

## Fire Impacts on Trees and Causes of Tree Death

When discussing fire effects on trees, it is helpful to first define some key terms. Injury and damage are not synonymous. Smith and Sutherland (2001) make the distinction: injury is an impairment or loss of function; damage involves loss of property, value, or usefulness. Damage is relative to management goals (Sutherland and Smith 2000), while injury is not.

The three basic types of fire are: crown fire, surface fire, and ground fire. Crown and surface fires consume surface and canopy fuels by active flaming. These two types can cause crown injury through convective and radiant heating, but typically cause little to no soil heating (Byram 1959; Hartford and Frandsen 1992). Ground fires burn through duff and organic soils by smoldering combustion. Smoldering combustion is a much slower process with higher residence times, more smoke production, and lower temperatures than active flaming (Hartford and Frandsen 1992). No flames are visible during smoldering and only wisps of smoke or a small, glowing front is visible during the glowing combustion phase (DeBano and others 1998). Ground fires and consumption of large-diameter surface fuels can cause root and basal stem injury by consuming fine roots growing in the duff layer and through long-term heating of the soil and cambium at the tree base (Hungerford and others 1994; Ryan and Frandsen 1991).

Trees can be killed immediately by fire, die several years post-fire from either direct fire injuries or indirectly though biotic or abiotic agents, or survive despite injuries (Loomis 1973). Fire injuries to a tree's crown, cambium, and roots are first order fire effects. These injuries often lead to tree death, depending on the extent of injury, and influence the tree's ability to withstand other factors such as post-fire bark beetle attacks and drought (Ryan 1982; Wade and Johansen 1986). These secondary factors that result from the interaction with the fire and the tree's response to fire-caused injuries are called second order fire effects.

### *First Order Tree Responses to Heat Injury*

**Crown injury**—Crown injury is typically cited as the most important factor determining post-fire tree survival (Fowler and Sieg 2004; Wagener 1961). Crown injury reduces a tree's photosynthetic capacity by reducing the volume of the live crown. However, this reduction in photosynthetic capacity is not directly proportional to the percentage of crown volume lost because the lower one-third of the crown is less photosynthetically productive than the upper two-thirds (Ryan 1998). Wallin and others (2003) found that ponderosa pine trees with greater than 50 percent crown scorch increased net photosynthetic rate, suggesting improved water relations in the remaining unscorched foliage after a prescribed burn in Arizona; Ryan (2000) also supported this finding.

Crown injury can be grouped into two major types: needle scorch and bud kill (Figure 1). Crown needle scorch is a measure of the amount of pre-fire crown where needles are killed by heated air (scorched) and can include areas with live and dead buds. Crown bud kill is the amount of pre-fire crown where buds are either killed by heated air or consumed by direct flame contact (Figure 2). These measurements are usually expressed as either percentage of pre-fire crown volume scorched/killed or percentage of pre-fire crown length scorched/killed.

For most species, the areas of the crown with needle scorch and bud kill are equal. However, the difference can be substantial for species with large buds, such as the southern pines, ponderosa pine, red pine, and Jeffrey pine (*Pinus jeffreyi* Balf.), or for those with protective features around the buds, such as the spur shoots on western larch branches. Larger buds require longer heat exposure to kill meristematic tissue; therefore, species with large buds are more resistant to crown injury. Long needles also form a protective sheath around the buds, offering additional protection (Ryan 1982; Wade and Johansen 1986). These species are capable of surviving very high levels of crown




**Figure 1**. Ponderosa pine showing the different types of crown injury. The uppermost, green portion of the crown was unaffected by the fire. The middle portion of the crown's needles were scorched and killed, but the buds survived. The lower portion of the crown's needles was scorched and both the needles and buds were killed.



**Figure 2**. Crown consumption from direct flame contact.

scorch if bud kill is minimal (Dieterich 1979; Wade and Johansen 1986; Wagener 1961). Burning during the dormant season may reduce bud kill more than burning during the growing season when buds are actively growing and ambient air temperature is lower (Ferguson 1955; Harrington 1993; Wade and Johansen 1986). Southern pines also undergo multiple needle flushes during the growing season. This ability to quickly refoliate increases the chance of tree survival if high crown scorch occurs early in the season compared to the same level of injury occurring after the last flush of the year (Weise and others 1989).

Crown scorch is most easily determined several weeks to several months after the fire when the needles have turned brown but have not fallen (Ryan 1982). Immediately after the fire, scorched needles have a dull green appearance making it more difficult to determine scorch levels than when the needles are brown. Crown scorch cannot be reliably measured beyond 1 year post-fire because many scorched needles have already fallen and tree crowns may begin fading due to other factors, such as bark beetle attacks (Figure 3) or disease.



**Figure 3**. Fading ponderosa pine tree from bark beetle attacks 1 year after fire. No needles on this tree were scorched by the fire.

Bud kill is most easily measured soon after bud break, during the first spring following the fire, or after the next needle flush for southern pines. At this time, new needle emergence is highly visible and the majority of scorched needles still remain in the crown. Areas of the crown with both needle scorch and bud kill retain scorched needles longer than areas where buds and branches are alive because the dead limbs cannot actively shed the dead needles. These scorched needles on dead branches eventually weather off with wind and precipitation. Areas of the scorched crown with little bud kill can abscise the dead needles, making the crown appear thin because of the lost scorched needles (Figure 4) (Ryan 1982).

**Cambium injury**—Cambium kill occurs when lethal temperatures reach the cambium layer between the bark and wood. The tree is girdled if cambium is killed around the entire tree circumference. Bark thickness is the principal factor determining the amount of heat transferred to the cambium during a fire (Martin 1963). Bark insulates the cambium from heat and is not easily combustible; therefore, thicker bark provides more protection. The rate of thickening differs by species, individual genetic differences, and environmental factors, and it influences how quickly this insulating layer forms (Hare 1965; Hengst and Dawson 1994). Species that develop thick bark early in life become fire-resistant sooner and are adapted to survive frequent, low-intensity fire. Bark thickness generally increases linearly with tree diameter (Spalt and Reifsnyder 1962).



**Figure 4**. Tree crown in left foreground was scorched and buds were killed by fire. Center tree's needles were scorched, but the buds survived. These buds flushed 1 year after the fire and the majority of scorched needles have already fallen.

However, Myers (1963) found old ponderosa pines in the Southwest had thinner bark than the younger ponderosa pines of equal diameter.

Species differences in bark and cambium moisture content, physical and thermal properties, and chemical composition also influence a tree's resistance to cambium kill from fire (Jones and others 2004; Martin 1963; Spalt and Reifsnyder 1962). For example, Hare (1965) reported that for equal bark thickness, longleaf and slash pines (*Pinus elliottii* Engelm.) were nearly twice as resistant to cambium kill compared to sweetgum (*Liquidambar styraciflua* L.), American holly (*Ilex opaca* Aiton), and black cherry (*Prunus serotina* Ehrh.). However, Martin (1963) and Dickinson and Johnson (2004) conclude that differences in thermal tolerance among species and growing seasons were relatively small when compared to the effects of bark thickness. Peterson and Ryan (1986) estimated the length of time necessary to kill portions of the cambium based on tree diameter for several species in the northern Rockies (Figure 5).

Cambium is killed at approximately 140 °F (60 °C) (Dickinson and Johnson 2004). Lethal temperatures may be reached after a few seconds for species with very thin bark. However, this can take hours for species with thick bark. Long-term heating of this kind only occurs when there is a large amount of fuel burning near the tree, such as a stump, log, or deep duff. Basal cambium injury on tree species adapted to survive frequent, low-intensity fire is typically not a problem in low-intensity surface fires because these species have thick bark, and little litter and duff accumulates between fires. However, in long-unburned areas, duff depth typically increases dramatically near the base of a tree, forming a basal mound. The long-term smoldering combustion of this fuel accumulation can increase cambium injury even for species with thick bark (Ryan and Frandsen 1991). This type of low-intensity, high-severity fire often produces a ring of charred, blackened bark near the groundline indicating the amount of duff that was consumed during the fire (Figure 6).




**Figure 5**. Critical time for predicted cambial kill as a function of tree diameter and species. Species are: Douglas-fir (DF), western larch (WL), ponderosa pine (PP), western hemlock (WH), grand fir (GF), Engelmann spruce (ES), western white pine (WP), western red cedar (WR), lodgepole pine (LP), and subalpine fir (SF). From Peterson and Ryan 1986.

Ryan and Frandsen (1991) developed a logistic regression model to predict the probability of ponderosa pine cambium death from prescribed burning. They measured duff consumption around old ponderosa pine trees during a prescribed burn in northwestern Montana. Cambium mortality was best predicted by the amount of duff consumed (Figure 7). This equation suggests that ponderosa pine duff depths deeper than 7 inches (18 cm) may cause substantial cambium mortality (>50 percent) if completely consumed. However, the results of this study are drawn from one research prescribed burn; additional research is needed to test this predictive model. Jones and others (2006) developed a physics-based stem heating model to predict cambium death during fire, but this model simulates stem heating and cambium death caused from flaming combustion and does not apply to long-term smoldering combustion.

A tree will likely die if the majority of its circumference is girdled by fire, or if additional injury to the crown also occurs. A girdled tree may take several years to die because the xylem is intact and can continue to transport water to support the crown, but photosynthate cannot be transported down to roots (Figure 8). The root system is eventually depleted of stored carbohydrate reserves



**Figure 6**. Using a drill to sample the base of a ponderosa pine for cambium kill after a prescribed burn. The charred, blackened area around the tree indicates the amount of litter and duff consumption. Arrows indicate the top of the duff pins radiating out from the tree base that were level with the surface litter prior to burning.




**Figure 7**. Logistic regression model for predicting the probability of cambium mortality in mature ponderosa pine resulting from duff consumption. $P_m$ is the probability of cambium mortality (0 to 1) and duff consumed is the amount of duff depth reduction (cm). From Ryan and Frandsen 1991.




**Figure 8**. Cross section of tree showing functional parts of a tree stem.

and stops producing fine roots, which absorb soil water. Therefore, the tree dies from water stress (Greene and Shilling 1987; Michaletz and Johnson 2007).

Partial cambium kill produces a fire scar. Although trees can be scarred numerous times from reoccurring fires and survive, exposed fire scars are particularly susceptible to further injury in subsequent fires, especially if decayed wood is present. The leeward side of the tree, usually the uphill side in sloped areas, is most susceptible to cambium injury because of increased residence times, flame lengths, and temperatures as flames wrap around the backside of the tree and create vortices (Gill 1974; Gutsell and Johnson 1996). Guyette and Stambaugh (2004) found 90 percent of fire scars were located on the uphill side of the tree in mixed oak-shortleaf pine (*Quercus* spp. - *Pinus echinata* Mill.) forests in Arkansas.

Ryan (1982) developed bark char codes to help indicate stem injury after fire (Table 2). However, bark char on species with thick bark is not a definitive indicator of actual cambium kill (Breece and others 2008; Hood and others 2008). Hood and others (2008) evaluated these codes for many western conifer species and found that deep char usually indicated underlying dead cambium for species with thinner bark (Table 3). However, moderate char was not clearly associated with either live or dead cambium for species with thick bark. Breece (2006; Breece and others 2008) also reported an ambiguous relationship between bark char codes and cambium kill for ponderosa pine.

Cambium kill is most easily determined several months after a fire by removing a small portion of the bark at groundline (Figure 6 and 9). It is important to sample as close to the groundline as possible, as this is where heat injury to the cambium is most likely to occur (Hood and others 2007b). Samples are most easily obtained with a hatchet, or alternatively, a drill with a hole-saw attachment, an increment borer, or an increment hammer can also be used (Lentile and others 2005). Drills provide an exposed area of uniform size and go through thick bark quickly, but are heavy and cumbersome to use in most field situations. Increment borers and hammers are time consuming, reveal a very small portion of the cambium, and are easily damaged when used on charred, resinous bark (S. Hood, personal observation, 2002; Lentile and others 2005).

Once cambium is exposed, its status can be determined visually or tested using a vital stain (Ryan 1982). Live tissue will feel moist, soft, and spongy and will be a light pink or salmon color. Live cambium is pliable and is usually easily peeled away from the wood and bark. Dead cambium either will be hardened, with a dark, shiny appearance or will feel sticky, with a darker color

**Table 2**—Bark char codes and description of bark appearance (adapted from Ryan 1982).

| Bark char code | Bark appearance |
|---|---|
| Unburned | No char |
| Light | Evidence of light scorching; can still identify species based on bark characteristics; bark is not completely blackened; edges of bark plates charred |
| Moderate | Bark is uniformly black except possibly in inner fissures; species bark characteristics still discernable |
| Deep | Bark has been burned into, but not necessarily to the wood; outer bark species characteristics are lost |

**Table 3**—Recommended management guidelines for using Ryan's (1982) bark char codes as a surrogate for direct cambium sampling after fire. Species/code combinations not listed are not clearly associated with either live or dead cambium and should be sampled directly to determine injury.

| Species | Bark char code | Probable cambium status |
|---|---|---|
| Lodgepole pine<br>Whitebark pine<br>Western white pine<br>Western red cedar<br>Engelmann spruce<br>Subalpine fir | Light, moderate, or deep | Dead |
| White fir<br>Incense cedar<br>Ponderosa pine<br>Douglas-fir<br>Sugar pine | Light | Alive |
| White fir<br>Incense cedar<br>Ponderosa pine (wildfire)<br>Douglas-fir (wildfire)<br>Sugar pine | Deep | Dead |
| Ponderosa pine (prescribed fire)[a] | Moderate or deep | Alive |
| Douglas-fir (prescribed fire)[a] | Moderate | Alive |
| Western larch | Light, moderate, or deep | Alive |

[a]If pre-fire duff mound depths are high and most duff is consumed in fire, then the probability of cambium mortality is higher.




**Figure 9**. Douglas-fir cambium. The upper portion of exposed cambium is alive, and the lower portion is dead.

and a sour smell. Sometimes the resin may have dried and have a whitish cast (Figure 9). Dead cambium will not easily separate from the wood and bark (Hood and others 2007b; Ryan 1982).

**Root injury**—Root mortality is a function of temperature and duration of heat. Instantaneous tissue death occurs at approximately 140 °F (60 °C). However, the effect of long-term elevated temperatures below 140 °F (60 °C) on tissue is poorly understood. Smoldering ground fires can kill roots growing near the soil surface or in the duff either directly as duff is consumed or from heating the soil to lethal temperatures. Literature on root location, production, and turnover is sparse for most tree species, although it is commonly accepted that the majority of fine roots occur in the upper mineral soil horizon in most areas (Persson 2000). Soil is a poor conductor of heat, but studies have shown that deep, smoldering duff can heat soil to over 140 °F (60 °C) at least 8 inches (20 cm) deep in ponderosa pine (Sackett and Haase 1998) and longleaf pine (Varner and others 2009). In mixed-conifer forests of California, lethal temperatures were common to 4 inches (10 cm) deep in mineral soil during prescribed burns (Haase and Sackett 1998). In that study, forest floor depths beneath tree canopies where soil temperatures were measured ranged from 2.4 to 10.9 inches (6 to 28 cm) and duff consumption was complete. Increasing the time that soil was heated above 140 °F (60 °C) caused a steep decline in the amount of coarse root non-structural carbohydrates when burning a fire-excluded longleaf stand (Varner and others 2009). The authors hypothesized that fire-injured trees were using available carbohydrates stored in coarse roots to replenish heat-killed fine roots, thus compromising the trees and making them vulnerable to second order fire effects, such as bark beetles, diseases, or climatic stress. Another study in long-unburned longleaf pine found that trees were 20 times more likely to die when basal duff consumption exceeded 30 percent compared to trees with less basal duff consumption (J. O'Brien, personal communication). Tree mortality was also attributed to mortality of fine roots located in the accumulated duff layer that were consumed during the fire.

Studies of root location in the soil and in proximity to the bole are conflicting. Location likely varies by tree species, site productivity, tree age, duff depth, and drought conditions. Average fine root content and concentration was higher at the dripline than halfway between the dripline and tree bole for large Douglas-fir (>17 inches; >43 cm diameter at breast height (DBH)) and ponderosa pine (>19 inches; >48 cm DBH) in Idaho (Dumm 2003). However, the relationship was the opposite for small trees. The majority of their roots were located in mineral soil, rather than in the forest floor. Duff at this study site was relatively shallow, with a mean depth of 1.4 inches (3.5 cm), and differences in depth between sample locations were not reported. In contrast, there were no significant differences in fine root biomass by tree age or by distance from bole in ponderosa pines growing in central Oregon (Andersen and others 2008). This study compared root biomass among 15 to 20, 50 to 60, and greater than 250-year-old trees. Sampling occurred at 50, 100, and 150 percent of the distance between tree bole and dripline. Fine root lifespan was greater than 1 year. However, no roots were sampled from the forest floor layers, and duff depths or time since fire was not reported. Curtis (1964) excavated the root system of a 16.9-inch (42.9-cm) DBH, 60-year-old ponderosa pine growing on the Boise Basin Experimental Forest, ID. He found 24 percent of fine roots were located within 5 inches (12.7 cm) of the tree bole.

It is speculated that fire exclusion has allowed fine roots to grow up into accumulated duff on some sites where frequent fire would typically limit duff development and contain roots mostly to the mineral soil horizons (Jain and Graham 2004; Wade 1986). The presence of fine roots in the duff is an important observation when determining potential tree mortality from prescribed burning. Gordon and Varner (2002) found no significant differences in biomass of longleaf pine roots <0.08 inches (<2 mm) diameter in the forest floor and upper 9.8 inches (25 cm) of mineral soil at the base of old trees in a fire-excluded stand. Old ponderosa pine tree mortality has been attributed to fire-caused injury to fine roots located in the duff in Oregon (Swezy and Agee 1991) and in shallow volcanic soils in Arizona (Fulé and others 2002b). Duff consumption near the tree bole during a prescribed fire was significant in predicting white fir (*Abies concolor* (Gord. & Glend.) Lindl. ex Hildebr.), sugar pine (*Pinus lambertiana* Douglas), and ponderosa pine mortality (Stephens and Finney 2002). Pre-burn duff moisture averaged 15.8 percent, resulting in almost complete duff consumption.

Detecting root kill after a fire is much more difficult than detecting crown or cambium injury. Ground char codes exist to provide a general assessment of potential root damage (Table 4) (Ryan 1982; Ryan and Noste 1985), but they have not been tested to determine if there is a relationship between increasing ground char and root kill.

**Table 4**. Ground char codes and descriptions (Ryan 1982; Ryan and Noste 1985).

| Ground char code | Ground appearance |
|---|---|
| Unburned | • Not burned |
| Light | • Litter charred to partially consumed<br>• Upper duff layer may be charred but the duff is not altered over the entire depth<br>• Surface appears black<br>• Where litter is sparse, charring may extend slightly into soil surface, but soil is not visibly altered<br>• Woody debris partially burned<br>• Logs are scorched or blackened but not charred<br>• Rotten wood is scorched to partially burned |
| Moderate | • Litter mostly to entirely consumed, leaving coarse, light colored ash (ash soon disappears, leaving mineral soil)<br>• Duff deeply charred, but not visibly altered<br>• Woody debris is mostly consumed<br>• Logs are deeply charred and burned out stump holes are evident |
| Deep | • Litter and duff completely consumed, leaving fine white ash (ash soon disappears leaving mineral soil)<br>• Mineral soil charred and/or visibly altered, often reddish<br>• Sound logs are deeply charred, and rotten logs are completely consumed |

Average ground char rating was significantly higher for dead ponderosa pine trees than live trees (McHugh and Kolb 2003; Thies and others 2006), but it was not significant in predicting either ponderosa pine or Douglas-fir tree mortality (Hood and Bentz 2007; McHugh and Kolb 2003; Thies and others 2006).

## *Delayed Tree Mortality From Bark Beetles*

Many bark beetle species are attracted to burned areas and cause post-fire tree mortality beyond what is expected from fire injury alone (Breece and others 2008; Hood and Bentz 2007; Hood and others 2007c; Lombardero and others 2006; McHugh and others 2003; Perrakis and Agee 2006; Ryan and Amman 1996). The influence of this secondary interaction between fire and bark beetles on delayed tree mortality varies with beetle population levels and host availability, but the widespread influence of bark beetles on post-fire delayed tree mortality is evident from previous studies. Of the 41 studies that have examined the effects of fire on old or large-diameter tree mortality in historically fire-frequent forests in the United States, 22 reported bark beetles caused additional mortality post-fire (Table 5). This secondary interaction is further documented in other forest types and younger stands (Fowler and Sieg 2004; Negrón and others 2008).

Bark beetles can have a major influence on the timing and amount of post-fire delayed tree mortality. Many studies have reported little additional mortality beyond the second post-fire year (Fowler and Sieg 2004). However, others have observed considerable tree mortality occurring over much longer periods where bark beetles attacked fire-injured trees (Hood and Bentz 2007; Sackett and Haase 1998; Weatherby and others 2001). Differences in the influence of beetle attacks on fire-injured trees among studies may, in part, be a function of the length of time trees are monitored post-fire. Fifteen of the 41 existing studies on post-fire old or large-diameter mortality in fire-dependent U.S. forests monitored mortality and bark beetle attacks for 5 years or longer; the remaining studies only report post-fire mortality for 3 years or fewer (Table 5). Records of the long-term effects of bark beetles and fire on mortality are even scarcer, only three studies have reported results from 10 years or more post-fire (Table 5). There is clearly a need for longer-term monitoring in order to fully understand the effect of bark beetle attacks and other secondary interactions on post-fire tree mortality. This is discussed further in the *Monitoring the Effects of Fire on Overstory Tree Mortality* section of this publication.

Bradley and Tueller (2001) found significant correlations between prescribed burning and bark beetle attacks on Jeffrey pine in the Lake Tahoe Basin, CA. Beetles attacked 24 percent of trees in burned plots compared to less than 1 percent of unburned plots. A burned tree had a 24.81 times greater chance of being attacked than a similar unburned tree. The majority of attacks were from red turpentine beetles (*Dendroctonus valens* LeConte). Though it is not typically considered a tree-killing beetle, it seemed to be attracted to fire-injured trees and to predispose the burned trees to attacks by more aggressive *Dendroctonus* beetle species. All burned trees attacked by Jeffrey pine beetle (*Dendroctonus jeffreyi* Hopkins) were also attacked by red turpentine beetles. No red turpentine beetle attacks were observed in the control plots.

Prescribed burning an old-growth mixed-conifer forest in the Sierra Nevada, CA, increased bark beetle attacks and subsequent large-diameter sugar and Jeffrey pine mortality compared to unburned units (Maloney and others 2008). No crown kill was observed in the burned units, leading the authors to speculate that a combination of bark beetle attacks and basal injury killed the trees. However, another study in the Sierra Nevada found no difference in probability of sugar pine mortality after mountain pine beetle (*Dendroctonus ponderosae* Hopkins) attack between small and large trees after prescribed burning (Schwilk and others 2006).

Western pine beetles (*Dendroctonus brevicomis* LeConte), alone or in conjunction with fire injury, were the largest mortality agent after prescribed burns in old-growth ponderosa pine units in Crater Lake National Park, OR (Perrakis and Agee 2006). In a separate study in Crater Lake National Park, 2 percent of large ponderosa pine died from insects or pathogens over 5 years in the control units compared to 6 percent in spring burn units and 13 percent in fall burn units (Agee and Perrakis 2008). Thomas and Agee (1986) reported that the proportion of beetle-killed ponderosa and sugar pines greater than 27.6 inches (70 cm) DBH was higher in prescribed burned areas than in unburned areas in Crater Lake.

Douglas-fir beetles (*Dendroctonus pseudotsugae* Hopkins) are attracted to large-diameter, moderately fire-injured Douglas-fir trees (Furniss 1965; Hood and Bentz 2007; Rasmussen and others 1996). Large Douglas-fir trees that initially survive fire injuries are susceptible to Douglas-fir beetle attack, which can cause high levels of delayed tree mortality. In areas with nearby Douglas-fir beetle populations, Hood and Bentz (2007) estimated that the Douglas-fir beetle was responsible for an additional 25 percent of observed mortality of Douglas-fir trees greater than 9 inches (23 cm) DBH 4 years after wildfire in Montana and Wyoming. Ryan and Amman (1996) found beetle attacks increased with increasing Douglas-fir basal girdling after wildfires in Yellowstone National Park.


FS-004203

**Table 5**—Studies that have examined the effects of fire on old or large-diameter tree mortality in historically fire-frequent forests in the United States. Studies are listed in alphabetical order. Main reference is the most recent report of mortality. Additional references listed report older or other pertinent results from the same study.

| Reference | Years monitored | Primary species[a] | Crown injury assessed | Basal injury assessed[b] | Root injury assessed | Basal duff depth assessed | Bark beetles influenced mortality | Additional references | Additional comments |
|---|---|---|---|---|---|---|---|---|---|
| Agee 2003 | 13 | Ponderosa pine<br>Douglas-fir<br>White fir | | | | | Yes | Thomas and Agee 1986 | Causal agent of mortality identified, but tree level fire injury not assessed |
| Agee and Perrakis 2008 | 5 | Ponderosa pine | | | | | Yes | Perrakis and Agee 2006 | Causal agent of mortality identified, but tree level fire injury not assessed |
| Breece and others 2008 | 3 | Ponderosa pine | x | x | | | Yes | | |
| Campbell and others 2008 | 1, 2 | Longleaf pine | | | | | Yes | | Causal agent of mortality identified, but tree level fire injury not assessed |
| Fettig and others 2008 | 2 | Jeffrey pine<br>Ponderosa pine<br>White fir | | | | | Yes | | Causal agent of mortality identified, but tree level fire injury not assessed |
| Fowler and others 2010 | 3 | Ponderosa pine | x | x | | x | No | | |
| Fulé and others 2007 | 5 | Ponderosa pine | x | x | | | No | Fulé and others 2002b; Roccaforte and others 2008; Waltz and others 2003 | Duff around all presettlement trees was raked prior to burning |
| Fulé and others 2005 | 5 | Ponderosa pine | x | x | | | No | Fulé and others 2002a | Duff around presettlement trees raked in some treatments |
| Ganz and others 2003 | 1 | Jeffrey pine<br>Ponderosa pine<br>Incense cedar<br>White fir | x | x | | x | Yes | | |
| Haase and Sackett 1998 | 9 | Giant sequoia<br>Sugar pine | x | x | x | x | No | | Root injury inferred from soil temperature measurements |
| Hanula and others 2002 | 2 | Longleaf pine<br>Slash pine | x | x | | | Yes | | |
| Henning and Dickmann 1996 | 2, 7 | Red pine | x | | | | No | | |
| Hood and Bentz 2007 | 4 | Douglas-fir | x | x | | | Yes | | |
| Hood and others 2007b | 2, 3, 4 | Jeffrey pine<br>Ponderosa pine<br>Incense cedar<br>White fir<br>Red fir | x | x | | | Yes | | |
| Hood and others 2007a | 2, 3 | Jeffrey pine<br>Ponderosa pine | x | x | | x | Yes | | |

**Table 5 (CONTINUED)**

| Reference | Years monitored | Primary species[a] | Crown injury assessed | Basal injury assessed[b] | Root injury assessed | Basal duff depth assessed | Bark beetles influenced mortality | Additional references | Additional comments |
|---|---|---|---|---|---|---|---|---|---|
| Jerman and others 2004 | 2 | Ponderosa pine | x | x | | x | No | | |
| Kaufmann and Covington 2001 | 3, 7 | Ponderosa pine | | x | | | No | | |
| Kobziar and others 2006 | 1 | Douglas-fir<br>Ponderosa pine<br>Incense cedar<br>White fir<br>Tan oak<br>Black oak | x | x | | | No | | |
| Kolb and others 2001 | 6 | Ponderosa pine | | | | | No | Covington and others 1997; Feeney and others 1998; Stone and others 1999; Wallin and others 2004 | Duff removed from site prior to burning |
| Lambert and Stohlgren 1988 | 2 to 8 | Giant sequoia | | x | | | | | |
| Laudenslayer and others 2008 | 6 | Jeffrey pine<br>Ponderosa pine<br>Sugar pine | | | | x | Yes | | |
| Loomis 1973 | Not reported | Black oak<br>White oak<br>Post oak<br>Scarlet oak | | x | | | No | | |
| Maloney and others 2008 | 3 | Jeffrey pine<br>Sugar pine<br>Incense cedar<br>White fir<br>Red fir | x | | | | Yes | | |
| McHugh and Kolb 2003 | 3 | Ponderosa pine | x | x | | | Yes | | |
| Menges and Deyrup 2001 | 7 | South Florida slash pine | x | x | | x | Yes | | |
| Methven 1971 | 1 | Red pine<br>Eastern white pine | x | | | | No | | |
| Miller and Patterson 1927 | 3 | Ponderosa pine | x | x | | | Yes | | |

Table 5 (CONTINUED)

| Reference | Years monitored | Primary species[a] | Crown injury assessed | Basal injury assessed[b] | Root injury assessed | Basal duff depth assessed | Bark beetles influenced mortality | Additional references | Additional comments |
|---|---|---|---|---|---|---|---|---|---|
| Mutch and Parsons 1998 | 5 | Giant sequoia<br>Jeffrey pine<br>Sugar pine<br>Incense cedar<br>White fir<br>Red fir<br>California black oak | x | | | | Yes | van Mantgem and others 2003 | |
| Outcalt and Foltz 2004 | 1 | Longleaf pine<br>Slash pine<br>South Florida slash pine | x | | | | | | |
| Regelbrugge and Conard 1993 | 2 | Ponderosa pine<br>Incense cedar<br>California black oak<br>Canyon live oak | | x | | | No | | |
| Rust 1933 | 5 | Ponderosa pine | x | x | | | Yes | | |
| Ryan and Frandsen 1991 | 1 | Ponderosa pine | x | x | | x | No | | |
| Sackett and Haase 1998 | 19, 20 | Ponderosa pine | x | x | | x | No | Sackett and others 1996 | |
| Santoro and others 2001 | 2 | Red pine | x | x | | | Yes | | |
| Schwilk and others 2006 | 2 | Sugar pine<br>White fir<br>Incense cedar | x | x | | | Yes | Knapp and others 2005 | |
| Sullivan and others 2003 | 3 | Longleaf pine | x | | | | Yes | Otrosina and others 2002 | |
| Swezy and Agee 1991 | 4, 10 | Ponderosa pine | x | | x | x | Yes | | |
| Varner and others 2007 | 2 | Longleaf pine | x | x | | x | Yes | | |
| Willard and others 1994 | 4 | Ponderosa pine | x | | | | No | | |
| Williams and others 2006 | 1 | Longleaf pine | x | x | | | No | | |
| Wright and others 2003 | 2, 3, 6, 7 | Ponderosa pine | | | | x | No | | |

[a]Tan oak (*Lithocarpus densiflorus* (Hook. & Arn.) Rehder); California black oak (*Quercus kelloggii* Newberry); Canyon live oak (*Q. chrysolepis* Liebm.); Black oak (*Q. velutina* Lam.); White oak (*Q. alba* L.); Post oak (*Q. stellata* Wangenh.); Scarlet oak (*Q. coccinea* Münchh.).
[b]Basal injury assessed directly or by noting bark char presence.



FS-004206

No differences in trap captures of southern pine beetles (*Dendroctonus frontalis* Zimmermann) or eastern five-spined ips (*Ips grandicollis* Eichhoff) were found between prescribed burn units and unburned, control units in 40-year-old longleaf pine stands in South Carolina. However, almost all dead trees in the burned units were attacked by the two bark beetles, suggesting that burned trees are more susceptible to attack than unburned trees (Sullivan and others 2003).

Bark beetles and pathogens can interact to cause extensive mortality after the first post-fire year. Most longleaf pine mortality after prescribed burns was not observed until 2 to 3 years post-fire (Otrosina and others 2002; Sullivan and others 2003). Fires that consumed more duff and killed fine roots resulted in the highest mortality. The authors hypothesized that root pathogenic fungi on the site may have opportunistically infected the trees through injured fine roots, predisposing the trees to subsequent bark beetle attacks (Sullivan and others 2003). The combination of root disease, root injury, and secondary bark beetle attacks could have resulted in the significant mortality observed after the low-intensity prescribed burns. The authors recommended dormant-season heading fires that consume litter but not duff to reduce longleaf pine mortality.

Concerns abound that bark beetle populations will increase after fire and attack neighboring unburned areas. Whether this phenomenon occurs regularly, however, is unclear. Miller and Patterson (1927) found western pine beetle attacks increased the first 2 years after fire, but dropped to pre-fire levels by year 3. Brood production decreased in the attacked, burned trees and no spillover effects were observed. Furniss (1965) expressed concern about Douglas-fir beetles spreading to adjacent unburned forests, but reported decreased brood production in attacked, burned trees. Douglas-fir beetles attacked adjacent unburned trees 2 years after wildfires in Yellowstone National Park (Amman and Ryan 1991). However, beetle populations were increasing before the fires occurred, making it difficult to conclude if fire further increased the populations. Beetles did not spread to adjacent unburned areas after wildfires or prescribed fires in south Florida slash pine (*Pinus elliottii* Engelm. var. densa Little & Dorman) (Menges and Deyrup 2001). According to Jenkins and others (2008), the likelihood of bark beetles attacking adjacent, unburned areas depends on: (1) susceptibility of stands in both burned and unburned areas before and after the fire, (2) extent and severity of fire damage, (3) local bark beetle populations before the fire, and (4) weather conditions before and after the fire.

## Properties of Soil and Duff

The forest floor includes all litter and decomposing organic layers above the mineral soil surface (Pritchett and Fisher 1987). The forest floor typically consists of three layers: litter, fermentation, and humus (Figure 10), although some layers may not be found or may not be distinguishable on all forested soils. The fermentation and humus layers are often collectively called duff and may be bound by mycelium to form a mat-like structure. The following is a detailed description of the layers:

**Litter layer (L) or $O_i$:** consists of unaltered, recently cast organic matter, such as leaves, needles, twigs, bark flakes, cones, and animal scat. This is the uppermost layer of the forest floor. The origin of the material is easily identifiable.

**Fermentation layer (F) or $O_e$:** consists of fragmented, partially decomposed organic material. This layer is found immediately below the L layer. The material is discolored, but the origin is still identifiable. This is also referred to as the upper duff layer. It has a higher bulk density and mineral content than litter.

**Humus layer (H) or $O_a$:** consists of well-decomposed, amorphous organic matter and possibly some mineral soil. This layer is found between the F layer and mineral soil. This is also referred to as the lower duff layer. It has a higher bulk density and mineral content than the F layer.

Sackett and Haase (1996) described the forest floor in terms of fire behavior called the fire intensity (FI) and fire severity (FS) layers (Figure 11). The FI layer consists of the L layer and upper portions of the F layer. These surface fuels burn by flaming combustion. The FI layer is often highly combustible because of its surface position and low bulk density, and it is a major component in determining rates of spread. The FS layer consists of the lower, denser portion of the F layer and the entire H layer. This layer is ground fuel that burns as smoldering combustion after the main flaming front has passed.

### *Differences Between Duff Mounds and Typical Forest Floor Duff*

In the absence of fire, litter and duff from bark and needle shedding accumulate rapidly around the bases of trees (first 3 to 4 ft (1 m) horizontally) to depths that can cause injury to the roots and stems when burned. This is especially evident in dry forest types that have slow decomposition rates. The forest floor is usually deepest at the bases of large, older trees that have higher crown masses (Figure 12). Depth then decreases rapidly from the bole to the dripline (Figure 13) (Gordon and Varner 2002; Ryan and Frandsen 1991; Swezy and Agee 1991).




**Figure 10**. Long-unburned longleaf pine forest floor profile. Photo by Morgan Varner.




**Figure 11**. Forest floor profile showing fire intensity and fire severity layers. Photo by Morgan Varner.

Composition of duff also changes in proximity to the tree base. Duff at the base of trees typically has a much higher proportion of bark flakes than duff away from tree bases (Gordon and Varner 2002). As bark sloughs off trees, it is deposited directly at the tree base and is largely responsible for the mound of fuel accumulation often seen around large trees.

Duff is generally drier under tree crowns than between them due to crown interception of precipitation and radiation (Hille and den Ouden 2005; Miyanishi and Johnson 2002). Tree crowns intercept precipitation, reducing moisture input directly beneath the crowns. At night, tree crowns reduce terrestrial radiational cooling at the ground surface, which limits dew formation (Miyanishi and Johnson 2002). Litter moisture changes diurnally and is more variable than duff moisture because it wets and dries more quickly than the lower duff layers due to its surface exposure and lower bulk density. A study in longleaf pine found litter moisture content increased sharply after all rain events, but moisture in deep duff layers at the base of mature longleaf pine trees only increased after heavy and sustained rain events (>0.8 inches (>20mm) precipitation in 24 hours) (Ferguson and others 2002). The average time lag for ponderosa pine duff 3.4 inches (8.7 cm) deep was 50 hours (Fosberg 1977). See Appendix A for a description of methods used to measure duff moisture.



**Figure 12**. Deep duff mound at base of ponderosa pine after 100+ years of fire suppression. Large pine cones at base are vectors that increase the likelihood of duff ignition and consumption.




**Figure 13**. Mean and standard deviation of duff depth (cm) as a function of the distance (cm) from the base of the tree. From Ryan and Frandsen 1991.

Duff depth varies greatly throughout a stand, and temporal changes in duff are the hardest to predict of all fuel components (Hall and others 2006). Duff consumption is often reported and modeled as a unit average, assuming uniform consumption throughout the burned area. In reality, duff consumption can be patchy, ranging from completely burned areas to unburned or scarcely burned areas (Miyanishi and Johnson 2002). The percentage of duff consumption is often much higher in the duff mounds than in the ambient duff found away from tree bases (Hille and den Ouden 2005). This is likely because duff moisture varies throughout the stand and because deep duff can sustain smoldering at higher moisture contents (Miyanishi and Johnson 2002). In numerous prescribed burns in ponderosa pine in Arizona, almost all duff and litter was consumed to mineral soil around trees greater than 18 inches (45.7 cm) DBH to the dripline. In contrast, the forest floor was consumed to mineral soil for only a few inches around pole-size trees, 4 to 11 inches (10.2 to 27.9 cm) DBH. And in doghair thickets, only the litter layer was consumed and very little mineral soil was exposed (Sackett and Haase 1998). Prescribed burns in Montana reduced average stand-level duff depths from 17 to 30 percent, but 100 percent of duff was consumed around large tree bases (Kalabokidis 1992). Hille and Stephens (2005) found the probability of duff existence after a fire goes from near 0 percent at the tree base to over 60 percent in tree gaps in mixed-conifer forests of north-central Sierra Nevada, CA (Figure 14). This variability in duff depth highlights the importance of measuring forest floor depths at different locations throughout a stand before and after prescribed burning, as fire effects can differ significantly among points (Covington and Sackett 1992).




**Figure 14**. Spatial variation of duff remaining in the moist (♦) and the dry (O) prescribed fires, related to absolute (a) and relative (b) distance from dominant sugar and ponderosa pine trees. The probability of duff remaining (y-axis) is calculated from the percentage of data points where duff survived the fire. The relative distance from the stem base is expressed as ratio to the crown perimeter. A relative distance of "1" marks the edge of the crown (Hille and Stephens 2005). Copyright 2005 by Society of American Foresters. Reproduced with permission of Society of American Foresters in the format Journal via Copyright Clearance Center.

## First-Entry Prescribed Burns

Long-unburned stands usually have greater duff to litter ratios than more frequently burned stands. Duff in old stands without recent disturbance is deeper and weighs more per unit area than younger stands (van Wagtendonk and others 1998), and duff bulk density generally increases with depth (Stephens and others 2004; van Wagtendonk and others 1998). Duff depth is deepest at the tree base and the high percentage of duff to total forest floor depth makes large trees more susceptible to fire injury during first-entry burns if the duff is consumed. Reducing basal duff consumption, either slowly through multiple burns under high duff moisture contents or by physical removal, is imperative to reduce cambium injury and possible tree mortality in areas with deep basal duff. Subsequent treatments normally do not require this intensive treatment because duff depths and, therefore, residence times are lower.

## Factors Affecting Duff Consumption

There are two main questions concerning the probability of duff consumption during a fire:

(1) What factors influence duff ignition?
(2) What factors influence continued duff smoldering after ignition begins?

Initiation of smoldering is influenced by fuel moisture and surface fuel load. Surface fires spread over the forest floor and ignite woody fuels and cones as the fire burns through fine fuels. Burning large surface fuels increases residence times, dries out underlying duff, and increases the likelihood of duff ignition (Harrington 1987; Hille and den Ouden 2005; Sandberg 1980; Valette and others 1994). Therefore, areas with higher surface loads will likely lead to increased duff ignition. Large pine cones can also smolder for long periods, up to 74 minutes for Jeffrey pine and 49 minutes for longleaf pine (Fonda and Varner 2004). Long-duration heating from large cones or long-burning surface fuels act as duff ignition vectors and greatly increase the chance of igniting the underlying duff (Figure 12). The continued influence of surface fuels on duff consumption once smoldering begins is unclear. Some studies have shown that surface loading strongly influences duff consumption (Hille and den Ouden 2005; Norum 1977). Others have found little to no relationship between surface loading and consumption after duff moisture and depth are accounted for (Brown and others 1985; Reinhardt and others 1991b).

After duff is ignited, the fire may spread laterally and downward in the duff layer through smoldering combustion (Figure 15). As smoldering progresses, an insulating ash layer develops that traps heat and helps support combustion at high duff moisture contents (Frandsen 1987; McMahon and others 1980). Smoldering ground fires move up to three orders of magnitude slower than the slowest spreading surface fire (1.2 to 4.7 inches/hour; 3 to 12 cm/hour) (Frandsen 1987). Very little heat is transferred to the mineral soil during the passage of a surface fire because of the fast rate of spread through the litter layer and the insulating duff layer. However, smoldering fires that consume most of the duff layer can transfer large amounts of heat into the mineral soil because of the slow movement, long duration, and direct soil contact.




**Figure 15**. Diagram of the smoldering process. (A) Shows the ignition point where smoldering is initiated by a passing surface fire. (B) Shows the lateral and downward spread as duff is consumed from the initial point. (C) Shows the pyrolysis and drying zones ahead of the glowing zone. The ash cap helps to trap heat and sustain smoldering. From Hungerford and others 1995.


FS-004211

Propagation of smoldering combustion is influenced by duff moisture, mineral content, bulk density, and depth (Table 6). The likelihood of sustained smoldering decreases as duff moisture, mineral content, or bulk density increase (Hartford 1989). Duff depth influences smoldering propagation by trapping heat inside and conserving convective heat lost at the surface layer. Therefore, thicker duff layers can burn under higher moisture contents (Miyanishi and Johnson 2002).

Duff moisture is widely considered the most important factor controlling duff consumption (Brown and others 1985; Hille and Stephens 2005; Sandberg 1980). However, moisture of extinction limits vary widely and there is great variability in the data (Hungerford and others 1995; Reinhardt and others 1991a). The moisture of extinction is the fuel moisture content at which a fire will not spread, or will spread only sporadically and unpredictably (Jenkins 2005). Reinhardt and others (1991b) evaluated 24 duff consumption equations using data from 449 prescribed fires in short and long needle conifer forests in the western United States and Canada. The authors found that at average duff moistures above 175 percent, less than 15 percent of duff was consumed, and at duff moistures below 50 percent, more than half of duff was consumed. This finding did not support the rule-of-thumb suggested by Brown and others (1985) and Sandberg (1980) that most duff is consumed at moistures less than 30 percent and little is consumed above 120 percent (Figure 16) (Reinhardt and others 1991b). However, the 120 percent upper level was confirmed in laboratory experiments on Scots pine (*Pinus sylvestris* L.) duff (Hille and den Ouden 2005). In this study, duff consumption below 120 percent was best modeled as a parabolic curve; above 120 percent, consumption was negligible and was best modeled as a linear function (Figure 17). Van Wagner (1970, 1972) reported that red pine duff consumption is minimal above 60 percent moisture content and ceases to burn around 140 percent.

Lower duff moisture was the most important variable in predicting duff consumption when prescribed burning mixed-conifer forests in the northern Sierra Nevada of California (Kauffman and Martin 1989). In this study, experimental burns were conducted during early spring, late spring, early fall, and late fall on three sites to test the relationship between burning and consumption under a wide range of moistures. Average pre-burn forest floor depths at the sites ranged from 6.3 to 8.8 inches (15.9 to 22.3 cm). Burns conducted when lower duff moisture was less than 50 percent always consumed at least 70 percent of the duff. One burn consumed 70 percent of duff even with average duff moisture of 120 percent (Figure 18). However, regression models developed to predict duff consumption from duff moisture only explained 51 percent of the variability. Site specific equations were more accurate, leading the authors to conclude that general equations to predict duff consumption may not be useful. Reinhardt and others (1991b) reached the same conclusion after evaluating 24 duff consumption equations using independent data. Ferguson and others (2002) approximated the moisture of extinction for longleaf pine in the panhandle of Florida as 3 to 8 percent for litter and 16 to 19 percent for duff based on volumetric moisture content. Volumetric moisture values are generally lower than the more commonly reported gravimetric moisture values (see *Gravimetric versus volumetric moisture content* in Appendix A). The authors concluded that current forest floor moisture was almost completely explained by the previous day's moisture content and precipitation in longleaf pine forests.

**Table 6**—Factors influencing duff consumption by smoldering combustion. Compiled from Frandsen 1987; Hartford 1989; Miyanishi and Johnson 2002; Otway and others 2007.

| Duff Variable | Influence | Impact on smoldering as variable increases |
|---|---|---|
| Moisture content | Heat sink | ↓ |
| Mineral content | Heat sink; increases space between burnable particles | ↓ |
| Bulk density | Increases packing ratio | ↓ |
| Depth | Traps heat more effectively; less heat is lost to surface convection | ↑ |




**Figure 16**. Percentage duff depth reduction versus lower duff moisture content. Equations 8 and 9 (solid lines) and Norum's (1977) curves (dashed line) are graphed. From Brown and others 1985.




**Figure 17**. Humus consumption (weight percentage of humus remaining) at different humus moistures. Different fuel loads were simulated with one (×), two (Δ), or three (O) bars of charcoal lighter as an ignition source. The lines show the parabolic relation for humus moisture <120 percent and an almost constant humus consumption percentage for higher humus moisture. © International Association of Wildland Fire 2005. Reproduced with permission from the International Journal of Wildland Fire 14(2): 153-159 (Marco Hille and Jan den Ouden) http://www.publish.csiro.au/nid/114/paper/WF04026.htm. Published by CSIRO PUBLISHING, Melbourne Australia.




**Figure 18**. Percentage of forest floor fuel loading consumed and corresponding lower duff moisture for experimental prescribed burns in Sierra Nevada mixed-conifer forests. Adapted from Kauffman and Martin 1989.

Duff mineral content is another important factor in duff consumption (Frandsen 1987; Reardon and others 2007). Inorganic matter in duff absorbs heat, which causes a net loss to the propagation of smoldering. Frandsen (1987, 1997) estimated the limits of smoldering combustion in peat moss by varying the moisture and inorganic ratios during a series of laboratory burns (Figure 19). Samples stopped smoldering when the inorganic ratio increased while the moisture ratio was held constant. He attributed different field estimates of smoldering combustion limits to differences in duff mineral contents that were not accounted for in other studies. More recent work in thick organic soil horizons in North Carolina substantiated Frandsen's earlier work that found the limits of sustained combustion were a function of moisture and mineral content (Reardon and others 2007).

Another factor that influences duff consumption is duff bulk density. As bulk density increases, the surface-to-volume ratio decreases, which causes heat exchange to decline (Otway and others 2007). The authors questioned whether sustained smoldering is possible in shallow duff layers less than 2 inches (5 cm) deep if bulk density is high. Duff bulk density is strongly correlated with mineral content. Mineral soil weighs much more than duff given the same sample volume. This is likely a contributing factor to observations of increasing bulk density in lower duff layers that are closer to the mineral soil layer.

There are many equations to predict duff consumption during fire (Brown and others 1985; Harrington 1987; Reinhardt and others 1991b; Sandberg 1980). All of these models, however, were developed to predict average stand duff consumption using relatively shallow duff layers as samples. Hood and others (2007a) compared consumption of deep duff at the base of old Jeffrey and ponderosa pine trees to values predicted by the First Order Fire Effects Model (FOFEM) (Reinhardt and others 1997). FOFEM underpredicted duff consumption, and the authors concluded that the model was not appropriate for use in areas of deep duff.




**Figure 19**. Ignition limit from Frandsen (1987, 1997). The line is the ignition limit based on moisture content and inorganic mineral soil content at an organic bulk density of 12.5 tons/acre/inch (110 kg/m3) from laboratory experiments burning peat moss. Successful ignitions are accomplished only when moisture content and inorganic content are within the triangle bounded by the axes and the ignition limit.

A general trend emerges from these studies of duff consumption. Complete duff consumption independent of adjacent burning fuels does not usually occur above 120 percent moisture content in relatively shallow duff. In areas of very deep duff, moisture contents greater than 150 percent are required to limit duff consumption. Duff consumption below these levels is extremely variable. These values reflect levels of reduced duff smoldering after ignition begins and do not pertain to the probability of duff igniting.

### *Impacts of Moisture on Soil Heating*

Wet duff limits heat transport to the mineral soil (Frandsen and Ryan 1986). Burning duff under wet soil conditions reduces soil temperatures and heat duration (Busse and others 2005; Frandsen and Ryan 1986; Valette and others 1994) (Figure 20). In an experimental study, Frandsen and Ryan (1986) monitored soil heating and duration when burning under different combinations of wet and dry peat moss and wet and dry sand. Burning wet moss over dry sand greatly reduced sand temperatures 0.8 inches (2 cm) below the surface compared to burning dry moss over dry sand, even though all moss was consumed in both experiments. Burning wet moss over wet sand consumed 0.4 of the 0.8-inch (1 cm of 2-cm) moss layer and drastically reduced sand temperatures compared to the other moisture regimes (Figure 21). Burning dry moss over wet sand was not tested, and the burns were not replicated.

## Historical and Current Fire Frequencies and Stand Characteristics

Reconstruction of historical fire regimes and stand characteristics provide insight to what forests may have looked liked before European settlement and to how disturbance shaped those characteristics. The historical record is best used to create a historical range of variation, not to recreate forest conditions from one point in time (Swetnam and others 1999).




**Figure 20**. Heat duration exceeding the plant lethal temperature of 140 °F (60 °C) when burning different depths of wood mulch in (a) dry and (b) moist soil. Bars are means (n = 3) plus standard errors for four depths in the soil profile. From Busse and others 2005.




**Figure 21**. Temperature histories in uncovered dry sand (– – –), dry sand covered with wet peat moss (—), and wet sand covered with wet peat moss (····). Two curves are shown for each profile. The upper curve is the temperature at the sand surface; the lower curve is 0.8 inches (2 cm) below the surface. From Frandsen and Ryan 1986.

The species discussed in this synthesis are fire-climax communities. Frequent low-intensity surface fires perpetuated their existence. These fires perpetuated open conditions, created mineral seedbeds for seedlings, kept fuel loadings low, and reduced fire-intolerant species establishment. Implementation of a national fire suppression policy and removal of Native Americans significantly reduced the amount of land that burned, resulting in these forests succeeding to more shade-tolerant, fire-intolerant species.

## *Red Pine*

Red pine occurs in a narrow zone about 1500 miles (2400 km) long and 500 miles (800 km) wide around the Great Lakes and the St. Lawrence River, most of it within or closely adjacent to the area glaciated during the late Pleistocene period. In the United States, red pine extends from Maine westward to southeastern Minnesota and eastward to Wisconsin, Michigan, northern Pennsylvania, northern New Jersey, Connecticut, and Massachusetts. It also grows locally in northern Illinois and eastern West Virginia (Burns and Honkala 1990). Prior to settlement, red pine/eastern white pine (*P. strobus* L.) forests comprised 97.7 million acres (39.5 million hectares). Today, red pine/eastern white pine forests cover approximately 20.5 million acres (8.3 million hectares), of which approximately 509,000 acres (206,000 hectares) are old-growth, late seral red pine/eastern white pine forests (Hauser 2008).

Red pine forests developed with both frequent low-intensity surface fires and infrequent, stand-replacement fires (Burgess and Methven 1977; Hauser 2008; Spurr 1954). A fire history study in a red pine dominated area in upper Michigan determined that the historic fire regime was characterized by frequent, low-severity, nonstand-replacing fires (Drobyshev and others 2008b). Fire return interval (FRI) was between 23 and 33 years, with a fire cycle (time required for all the study area to burn) of 150 years for sand ridges and 50 years for glacial outwash channels. More than half of fires were late-season (53 percent), and these fires burned a larger portion of the study area than the smaller, early-season fires. Two main cohort-initiation periods corresponded with large fire years and were likely due to higher-intensity, stand-replacement fires. Drobyshev and others (2008a) found duff depth and fine wood fuels were lower in stands that burned regularly. This frequent fire regime limited the establishment of other more fire-sensitive tree species, created multi-cohort stands, and maintained low fine fuel loadings and shallower duff depths (Burgess and Methven 1977; Drobyshev and others 2008a; Drobyshev and others 2008b).

Engstrom and Mann (1991) studied fire history of red pine in Vermont and also found evidence for a historically frequent, low-severity fire regime interspersed with small but high-intensity stand-replacing fires that allowed red pine regeneration to establish. The mean FRI was 37 years, but some stands had fires as frequent as every 3 to 5 years.

Seedling establishment is dependent on high-intensity surface or crown fire to create a mineral seedbed and full sun conditions. Red pine then develops thick bark by about 40 to 60 years of age that is resistant to bole injury (Henning and Dickmann 1996; Van Wagner 1970). Burgess and Methven (1977) reported that the majority of 30-year-old red pine survived a wildfire, even when over 50 percent of the cambium was killed. Trees can survive high levels of crown scorch. After prescribed burning two red pine stands on May 31 and June 15, Methven (1971) reported mortality of trees larger than 9 inches (22.9 cm) DBH began with 46 to 50 percent crown scorch, rose to 50 percent mortality with 81 to 85 percent scorch, and was 100 percent for trees with 96 to 100 percent scorch. In another study, trees survived much higher levels of crown scorch from an early season wildfire (April 12) due to little bud kill (Sucoff and Allison 1968). In that study, only 40 percent of trees with greater than 95 percent crown scorch and little to no bud kill were killed. Van Wagner (1970) found no tree mortality from basal cambium injury alone.

In the absence of fire, red pine declines dramatically (Spurr 1954; Van Wagner 1970). Today, most red pine in the Lake States are even-aged stands planted in the 1930s and 1940s after most of the native forests were clearcut (Palik and Zasada 2003). Without fire to create favorable seedling establishment conditions, red pine in the understory is now rare throughout much of its range (Burgess and Methven 1977; Engstrom and Mann 1991).

## *Longleaf Pine*

Once the dominant tree species of the southeast, stretching from Virginia down the coast to Florida and westward to eastern Texas, the longleaf pine ecosystem is now one of the most endangered ecosystems in the United States (Noss and others 1995). Approximately 2.7 million acres (1.1 million hectares; 3 percent) remain of the estimated 91.4 million acres (37 million hectares) of pre-settlement longleaf pine forest (Frost 1993; Landers and others 1995). Old-growth longleaf pine is even more imperiled— only 12,600 acres (5,095 hectares) are estimated to exist (Varner and Kush 2004). Therefore, historical structure and fuel conditions are extremely limited to historical accounts, photographs, and a few remnant stands. Frost (1993) estimated that 80 percent of the pre-settlement longleaf pine forests were dominated by longleaf pine, while the remaining 20 percent were mixed species stands with a large longleaf pine component.


FS-004217

Dendrochronology is rarely used to reconstruct historical longleaf fire regimes because so few stands remain (Bhuta and others 2008), but historical accounts and reconstructions estimate the forests burned very frequently by low-intensity lightning-caused fires or fires deliberately set by Native Americans. Frequency depended on the area, but most accounts agree forests burned every 1 to 5 years (Christensen 1981; Frost 1993). This frequent fire regime created open forest conditions. Most stands were uneven-aged and were clustered into small, even-aged groups (Platt and others 1998). In the southern extent of longleaf pine's range, tree density was very low, with a savanna appearance.

Heyward and Barnette (1936) described frequently burned longleaf pine forest floors as having, at most, 3 years of pine needle accumulation and dead grasses and no duff layers. The authors described a compact 2- to 3.5-inch (5- to 8.9-cm) thick uppermost mineral soil layer ($A_1$) intermixed with organic matter that was more typical of grassland than forests. They described this $A_1$ layer as a "fire climax" layer because it was formed and maintained by frequent fires. Their research occurred when fire suppression was just becoming widespread in the region. After 10 years of fire suppression, they reported that the "luxuriant ground cover" was replaced by a developing traditional forest floor consisting of true L, F, and H layers (Heyward and Barnette 1936).

Longleaf pine is extremely tolerant of fire, except for a brief period of time between the grass and sapling stages. Adaptations to frequent fire include large buds, protective dense needle clusters around buds, and thick bark that develops at an early age (Chapman 1932). Chapman (1923) noted that longleaf saplings as young as 3 to 4 years survive complete crown scorch from winter and early spring fires. Longleaf and slash pine can tolerate high crown scorch with little to no mortality if bud kill is kept to a minimum (Wade 1986). Storey and Merkel (1960) reported no mature longleaf or slash pine mortality unless a portion of the crown was consumed, even with 100 percent crown scorch. Mortality was only high (87 percent) when more than 50 percent of the crown was consumed. They hypothesized that no mortality occurred among trees with high needle scorch and no crown consumption because low ambient air temperature at the time of the burn limited bud kill.

The majority of longleaf pine forests was harvested for timber, cleared for agriculture, or destroyed for naval stores production beginning in the 1800s. Many areas failed to regenerate after harvesting due to lack of fire and the introduction of open range hogs (*Sus scrofa* L.) that ate the roots of longleaf seedlings (Frost 1993). Slash pine and loblolly pine (*Pinus taeda* L.) naturally regenerated much of the cutover longleaf pine forests (Frost 1993; McCulley 1950). In the 1900s, much of the second-growth longleaf forests were converted to loblolly and slash pine plantations (Brockway and Lewis 1997).

Longleaf pine establishment quickly declines in the absence of fire, allowing a midstory layer of hardwoods, primarily oaks, to develop (Gilliam and Platt 1999). Deep forest floor layers develop and herbaceous diversity drastically declines (Varner and others 2005). Brockway and Lewis (1997) reported forest floor accumulations of 5.9 to 9.8 inches (15 to 25 cm) in a second-growth longleaf pine stand that had not burned in 40 years.

### *Southwestern Ponderosa Pine*

Southwestern ponderosa pine forms almost a continuous belt for 400 miles (644 km) diagonally from northern Arizona southeastward across the Mogollon Rim to the Gila and Black Range Wildernesses in southwestern New Mexico (Kaufmann and others 2007). Historical stands were uneven-aged and had a clumpy or random distribution. A combination of good seed crop years once every 3 years, summer drought conditions, cone predation, and high fire frequency limited tree regeneration and maintained an open forested savanna (Bailey and Covington 2002; Schubert 1974; White 1985). Most reconstructed pre-settlement forests show low tree densities, averaging around 22.8 trees/acre (56.3 trees/hectare) (Covington and others 1997) to 24.9 trees/acre (61.5 trees/hectare) (Waltz and others 2003). However, densities as high as 74 trees/acre (183 trees/hectare) are also reported (Abella 2008). Basal area was concentrated in large ponderosa pine trees and averaged 17 to 57 $ft^2$/acre (4 to 13 $m^2$/hectare) (Waltz and others 2003).

Frequent surface fires typified the historical fire regime. No accounts of crown fires in Arizona exist before 1900, and surface fires rarely killed large trees (Cooper 1960). At Fort Valley Experimental Forest near Flagstaff, AZ, Dieterich (1980) determined that, prior to settlement, low-intensity surface fires occurred every 2 to 4 years.

Ponderosa pine is very tolerant of fire. Adaptations to survive surface fires include open crowns, self-pruning branches, thick bark, thick bud scales, high foliar moisture, a deep rooting habit, and tight needle bunches that enclose and protect meristems, then open into a loose arrangement that does not favor combustion or propagation of flames (Howard 2003). Ponderosa pine is able to survive high levels of crown scorch if little bud kill occurs (Dieterich 1979).

Today's southwestern ponderosa pine forests are much denser with heavier fuel loadings, largely due to fire suppression and grazing. Abundant research has been conducted and several syntheses have been written about

restoration of southwestern ponderosa pine forests (Egan 2007; Friederici 2003; Kolb and others 2007). Covington and others (1997) found tree density increased from 22.8 trees/acre (56.3 trees/hectare) in 1876 to 1253.5 trees/acre (3096 trees/hectare) in 1992 in an unlogged ponderosa pine forest near Flagstaff, AZ. At the nearby repeated burn study site at Fort Valley Experimental Forest, tree density was also high before treatments in 1976, with 993 trees/acre (2454 trees/hectare) (Covington and Sackett 1984).

Considerable within-stand variation of density can exist and can be separated into five conditions dominated by different size classes (sub-stands): sapling (doghair thickets), pole stands, mature, old-growth groves, and open areas in the groves without crowns overhead (Sackett and Haase 1996). Fuel loadings can differ dramatically within a stand depending on where sampling occurs.

As early as 1960, Cooper identified that 40 years of fire exclusion in the southwest had increased the potential of destructive wildfires by allowing excessive fuel buildup on the forest floor, thereby lowering the average crown base height of the trees making crown fire more likely and permitting the formation of dense stands of saplings over wide areas. Continued fire suppression has only exacerbated the conditions observed by Cooper and has created conditions far different than pre-settlement ponderosa pine forests (Covington and Moore 1994).

### *Pacific Northwest and California*

**Giant sequoia-mixed-conifer forests**—Giant sequoia-mixed-conifer forests are found at mid-elevation (4,920 to 7,545 ft (1,500 to 2,300 m)) on the west slope of the Sierra Nevada in California. These forests are dominated by giant sequoias in the upper canopy at heights of 147 to 246 ft (45 to 75 m), with a secondary canopy layer of giant sequoia, sugar pine, and white fir at 98 to 180 ft (30 to 55 m). On drier sites, incense cedar (*Calocedrus decurrens* (Torr.) Florin), ponderosa pine, or Jeffrey pine may be present. Red fir (*Abies magnifica* A. Murray) is likely on higher, cooler sites. Frequent, low-intensity surface fires were common, interspersed with some small, patchy crown fires likely occurring at longer intervals (Kaufmann and others 2007). Kilgore and Taylor (1979) reported a historic FRI of 3 to 35 years in sequoia-mixed-conifer forests, with a mean of 10 years on southwest aspects and 15 to 18 years on southeast aspects. These estimates are similar to the historic mean FRI of 2 to 3 years during drought periods and 10 to 25 years during cool periods that Kaufmann and others (2007) found.

Giant sequoia seedling and saplings are highly susceptible to fire. As giant sequoia age, they quickly become very fire-tolerant and exhibit the following adaptations to fire: rapid growth, thick bark, elevated canopies and self-pruned lower branches, latent buds, and serotinous cones (Habeck 1992). Frequent fire maintained relatively open conditions dominated by giant sequoia and ponderosa and Jeffrey pine and limited fuel accumulations (Kaufmann and others 2007). Periodic small crown fires created mineral seedbeds favorable to giant sequoia and pine establishment.

Sheep were introduced into the area in the 1860s. Heavy grazing reduced the fine fuel continuity and disrupted the frequent surface fires. Grazing and fire suppression have caused a significant increase in white fir tree density, with little giant sequoia regeneration (Kaufmann and others 2007). The increased density of shade-tolerant tree species creates more ladder fuels that increase the potential for crown fires (Stephenson 1999).

**Mixed-conifer, ponderosa, and Jeffrey pine forests**—Mixed-conifer and pine forests cover a broad area of California, Oregon, and Washington, occurring at elevations from 2,950 ft to 8,500 ft (900 to 2,600 m). Most precipitation occurs as snow during the winter months, with very little precipitation during the growing season (Kaufmann and others 2007).

Historically, the FRI was slightly longer and fires burned later in the season in the fire-frequent forests of the Sierra Nevada and Cascade Ranges, moving from south to north (Agee 1993; Beaty and Taylor 2008; McNeil and Zobel 1980). Prior to settlement, median fire occurrence was every 2.5 years, with a range of 1 to 13 years in a mixed-conifer forest in the San Jacinto Mountains of southern California (Everett 2008). The majority of these fires burned during mid to late summer. Mean historic FRI was 6.3 and 9.3 years for Jeffrey pine-dominated forests of Yosemite and Sequoia/Kings Canyon National Parks, respectively (Collins and Stephens 2007). Mixed-conifer forests on the west side of Lake Tahoe, CA, primarily burned during the dormant season, on average every 8 to 17 years (Beaty and Taylor 2008). Lower-elevation Jeffrey pine forests at Lassen Volcanic National Park, CA, burned an average of every 4 to 6 years (Taylor 2000). Fire history studies estimate the FRI in eastside Douglas-fir forests was 7 to 11 years in the Wenatchee Valley to 10 to 24 years in the Okanogan National Forest, WA. In the Blue Mountains of Oregon, the FRI averaged 10 years. Most fires were low intensity, although some higher-severity fires did occur (Agee 1993). Historic FRI in ponderosa pine-dominated forests in the Pacific Northwest averaged 7 to 20 years and likely burned frequently over small areas. In the ponderosa pine-white fir forests in Crater Lake National Park, mean FRI ranged from 9 to 42 years (McNeil and Zobel 1980).

Jeffrey pine/mixed-conifer forests in the Sierra San Pedro Martir, Mexico, have never been harvested or experienced widespread fire suppression. The vegetation is similar to forests of the southern Sierras and allows insight into historic forest structure, fire regime, and fuel loadings of the southern Sierra. Stephens (2004) reported an average surface fuel loading (1 to 1000 hour fuels) of 6.4 tons/acre (1.4 kg/m$^2$). Litter depth averaged 0.6 inches (1.6 cm) with an average loading of 3.5 tons/acre (0.8 kg/m$^2$); no duff was present. Fine fuel loading (1 to 100 hour fuels) was low at 0.87 tons/acre (0.2 kg/m$^2$). Snags averaged 2 trees/acre (5 trees/hectare), with 85 percent over 11.8 inches (30 cm) DBH. Snag distribution was patchy. Both snag distribution and fuel loadings were highly variable across the forest.

A reconstruction of forest structure of an old-growth mixed-conifer forest on the Teakettle Experimental Forest in California estimated tree density in 1865 was 27 stems/acre (67 stems/hectare) and a quadratic mean diameter of 19.5 inches (49.5 cm) (North and others 2007). The average historic FRI was 17 years, and the last widespread fire occurred in 1865. More than 140 years without fire had increased tree density to 190 stems/acre (469 stems/hectare), decreased quadratic mean diameter to 7.7 inches (19.6 cm), and altered species composition. Historically, shade-tolerant species comprised approximately 51 percent of the stems, mostly as white fir and incense cedar, and shade-intolerant Jeffrey and sugar pine comprised the remainder. Current forest structure revealed a dramatic decline in pine to only 14 percent of stems. White fir increased from an estimated 33.7 percent in 1865 to 67.2 percent of stems currently (North and others 2007).

Fire suppression has increased white fir density, created more homogeneous forests, and increased fuel loadings (Beaty and Taylor 2008; Knapp and others 2005; Stephens 2004). Frequent fire regulated tree density by killing seedlings and saplings still susceptible to fire because their bark was not yet thick enough to prevent cambium injury. Over 100 years of fire suppression has allowed many of these white firs to become resistant to low-to-moderate-intensity fires (Collins and Stephens 2007; Kilgore 1972; Thomas and Agee 1986). Youngblood and others (2004) suggested a tree density of 20 ± 1.5 trees/acre (50 ± 3.5 trees/hectare) and a mean diameter of 23.6 inches ± 0.6 inches (60.0 cm ± 1.55 cm) DBH as reference goals when restoring eastside ponderosa pine forests to mimic historic old-growth conditions in northern California and Oregon.

### *Interior West Ponderosa Pine, Douglas-Fir, and Western Larch*

Ponderosa pine in the Interior West stretches from Montana to the Colorado Front Range. An estimated 21 percent of the ponderosa pine/Douglas-fir forests in the inland northwest historically consisted of large (11.8 to 23.6 inches (30 to 60 cm) DBH), widely spaced (approximately 101 trees/acre (250 trees/hectare)) ponderosa pine (Jain and Graham 2004). Currently, only 5 percent of the landscape consists of mature, open ponderosa pine forests (Hann and others 1997).

The low-severity ponderosa pine fire regime in the southwest was not as ubiquitous in the Interior West, where many ponderosa pine/Douglas-fir forests historically developed under a mixed-severity fire regime, although many areas did burn as low-severity (Kaufmann and others 2004). Ponderosa pine at lower-elevation, drier sites in Montana typically burned under a low-severity fire regime, with average fire-free intervals from 5 to 20 years. Maximum fire-free intervals ranged from 21 to 30 years, with minimum intervals of 3 to 4 years (Arno 1980). Lake sediment cores in northwestern Montana indicate a slightly longer historic FRI of 30 years for low-elevation ponderosa pine (Power and others 2006), but more fires may go undetected with this method than with dendrochronological methods. While these forests experienced frequent low-intensity surface fires, infrequent high-severity fires also occurred (Baker and others 2007; Pierce and Meyer 2008).

Above the drier ponderosa pine zone, in cooler and moister climates, forests were still dominated by ponderosa pine and western larch, mixed with Douglas-fir and lodgepole pine (*Pinus contorta* Douglas ex Louden). Historically, fire regimes were mixed-severity. Mean FRI ranged from 15 to 30 years with maximum fire-free intervals of approximately 35 to 60 years (Arno 1980). A study of 11 ponderosa pine and western larch stands in western Montana showed all stands had historically experienced frequent low-intensity fires, while three of the western larch stands also had occasional stand-replacing fires (Arno and others 1995; Arno and others 1997). In the absence of fire, forests in this zone are seral to Douglas-fir.

Sherriff and Veblen (2007) estimated approximately 20 percent of ponderosa pine forests along the Colorado Front Range burned as low-severity fires, with the remaining burning as mixed-severity fires. Sites below 6,900 ft (2,100 m) likely burned approximately every 10 to 30 years as low-intensity surface fires. At higher-elevation sites, the majority of ponderosa pine forests along the Colorado

Front Range had fire-free intervals of 30 to 100+ years. Fires here burned as mixed-severity, with large areas of stand-replacement fire, which helped create very patchy, open ponderosa pine forests. Kaufmann (2007) estimated that 90 percent of the historical landscape had a canopy cover of 30 percent or less.

Widespread harvesting of ponderosa pine in the late 1800s and early 1900s contributed to the decline in pine dominance in the Interior West. Fire suppression further contributed to changes by increasing fuel loadings, tree densities, and Douglas-fir dominance in these dry forests (Arno and others 1997). In the Selway-Bitterroot Wilderness, MT, these changes have resulted in a shift from equal proportions of surface and stand-replacement fires to 45 percent surface fires and 55 percent stand-replacement fires (Brown and others 1994). Large, stand-replacing fire frequency is also increasing in other areas of the Interior West (Kaufmann and others 2007).

### *Black Hills Ponderosa Pine*

The Black Hills of southwestern South Dakota and northeast Wyoming support an isolated ponderosa pine forest covering almost 6000 miles$^2$ (15,540 km$^2$) that is surrounded by the Great Plains (Shepperd and Battaglia 2002). The majority of the Black Hills were logged within the past 100 years. While the extent of ponderosa pine forest remains relatively unchanged, Symstad and Bynum (2007) estimate that approximately only 5,130 acres (2,076 hectares) of old-growth ponderosa pine remain on public lands in the Black Hills.

Fire history studies and historical accounts show fire was a frequent disturbance agent in the area. Fire frequencies ranged from 10 to 13 years on the lower-elevation, warmer, and drier sites to 20 to 24 years at the higher-elevation sites (Shepperd and Battaglia 2002). The historical fire regime in the Black Hills was likely mixed-severity (Lentile and others 2005). Low-intensity surface fires that maintained ponderosa pine dominance, while controlling tree densities, were common. However, there is evidence of higher-intensity fires that killed large patches of trees and led to even-aged stand structures in areas (Shinneman and Baker 1997).

A century of fire suppression and livestock grazing has led to higher stand densities, fuel accumulations, and fuel continuity (Lentile and others 2005; Shepperd and Battaglia 2002). Favorable growing conditions and good seed crops often coincide, leading to abundant seedling establishment and dense stands in the absence of fire (Battaglia and others 2008; Shepperd and Battaglia 2002). These changes have led to several recent, large-scale fires in the Black Hills. Between 2000 and 2004, seven fires burned over 148,000 acres (60,000 hectares) (Keyser and others 2006). The 2000 Jasper Fire was approximately 25 percent larger than any recorded fire in Black Hills history (Lentile and others 2005).

## Treatment Effects on Old Tree Resilience

Old trees generally grow slower than young trees (Yoder and others 1994). This reduction in rate of wood production is not fully understood, but it is often attributed to increased maintenance respiration costs as living biomass increases (Ryan and others 1997). However, other reasons may better account for reduced growth rates, such as reduced photosynthetic rates and increased energy investment in fine root production (Grier and others 1981; Kaufmann and Ryan 1986; Ryan and others 1997). Yoder and others (1994) found net photosynthesis averaged 14 to 30 percent lower in foliage from old ponderosa and lodgepole pine trees, while growth efficiency (wood growth and leaf area) of old trees averaged 41 percent less than younger trees. The authors hypothesized that reduced hydraulic conductance in old trees because of their greater height and longer branches cause stomata to close about 2 hours earlier in the day than younger trees, thus reducing photosynthetic rates and, in turn, growth efficiency. Kaufmann and Ryan (1986) also found growth efficiency declined with age for lodgepole pine, Engelmann spruce (*Picea engelmannii* Parry ex Engelm.), and subalpine fir (*Abies lasiocarpa* (Hook.) Nutt.) trees.

Older trees in dense stands are often in competition with younger, more vigorously growing trees. Mortality of large-diameter (>39.4 inches (>100 cm) DBH) white fir, red fir, incense cedar, and sugar pine trees was significantly higher than expected in the Teakettle Experimental Forest, CA (Smith and others 2005). Mortality was also significantly higher in denser stands than in more open stands. Jeffrey pine was the only species for which mortality in the larger diameter classes was not higher, and these trees grew primarily in the more open, drier ridgetops. Teakettle Experimental Forest is a mixed-conifer, old-growth forest with a very limited logging history. The historic FRI was 17 years, but the last recorded widespread fire was in 1865. Fire suppression has resulted in significant increases in tree density on the forest. The authors hypothesize that this increase in density and competition is accelerating large-diameter, old tree mortality.

Silvicultural treatments to reduce stress may increase vigor of old trees and improve their resilience to fire, bark beetle attacks, and drought. Van Mantgem and others (2003) related pre-fire growth rates and crown injury to

tree survival between burned and unburned stands. They determined that the majority of white fir with greater than 50 percent crown volume scorched and radial growth greater than 0.2 inches/year (5.0 mm/year) survive; the majority of those growing less than 0.2 inches/year (5.0 mm/year) died. Thinning understory Douglas-fir increased branch production of old ponderosa pine and western larch in Montana (Sala and Callaway 2004). Kolb and others (2007) provide a review of studies examining the effect of management treatments to stimulate old ponderosa pine vigor. They concluded that careful thinning can increase resource uptake and growth of old ponderosa pines by reducing water stress and can cause increases in constitutive resin defenses against bark beetle attacks.

### Radial Growth

The few studies that have examined the effects of silvicultural treatments on old tree growth rates in fire-dependent forests primarily involve ponderosa pine. All but one study reported increased growth of old ponderosa pine trees after either thinning or thinning followed by burning. In Oregon, thinning stands dominated by old ponderosa pine significantly increased basal area increment (BAI) compared to old trees in unthinned stands for up to 15 years (McDowell and others 2003). Old trees in thinned units had decreased water stress and increased stomatal conductance, which improved carbon assimilation and growth. Treatment response time may take longer in old trees than in younger trees. In another Oregon study, lag time between thinning and increased growth varied by site and species for old trees, but growth rates for many of the trees did not increase until more than 5 years after treatment (Latham and Tappeiner 2002).

No differences in radial growth of pre-settlement ponderosa pine were observed compared to control trees 3 years after thinning from below and 1 year after burning an old-growth ponderosa pine stand near Flagstaff, AZ (Skov and others 2005). Measurements in this study may have been made too soon after treatment for the pre-settlement trees to respond. In contrast, pre-settlement trees on the Gus Pearson Natural Area, AZ, had increased BAI 3 years after thinning and thin/burn treatments (Feeney and others 1998). Prior to burning, litter ($O_i$) on the study plots was raked aside, and the duff layers ($O_e$ and $O_a$) were removed. The litter and dried native grass foliage were then rescattered over the plots to mimic historical forest floor loadings and to reduce potential injury to tree bases and roots (Covington and others 1997). Zausen and others (2005) compared long-term changes in ponderosa pine tree physiology among unmanaged stands, stands thinned 8 to 16 years ago, and similarly thinned/burned stands in Arizona. Mean BAI was significantly greater in thinned/burned ponderosa pine stands than in unmanaged stands. BAI was intermediate in thinned-only stands, and was not significantly different from either the unmanaged or the thinned/burned stands.

Thinning increased BAI in old ponderosa pines in Montana (Fajardo and others 2007). BAI of the 10 years following treatment was significantly higher for pre-settlement trees in thinned treatments compared to controls. BAI of pre-settlement trees in the thinned and burned treatments was intermediate between the thinned-only and control treatments, but not significantly different from the other two treatments.

### Moisture Stress

Thinning, both with and without burning, has been shown to reduce moisture stress in old ponderosa and Jeffrey pine trees. A second-growth Jeffrey pine stand (100+ years old) on the Tahoe National Forest, CA, was thinned to release dominant and codominant stems. Thinning reduced moisture stress over the 3-year study period, even though the treatment coincided with an extended drought (Walker and others 2006). Additionally, burning caused no detrimental effects on predawn water potential. Average flame length was 2.3 ft (0.7 m), although no descriptions of tree injury, such as crown scorch or cambium kill, were reported that could impact tree moisture stress. Thinning 90 percent of post-settlement trees on the Gus Pearson Natural Area, AZ, increased water uptake and foliar nitrogen concentration on old ponderosa pine trees the first year after thinning. Thinning also increased needle length and bud size of pre-settlement trees (Stone and others 1999), increased needle toughness (a measure of resistance to the defoliator pine sawfly (*Neodiprion* spp.)) and increased BAI compared to control pre-settlement trees (Feeney and others 1998; Wallin and others 2004) (see *Radial growth* for additional information). These positive treatment effects continued 3 to 7 years after thinning. Predawn water potential was significantly higher in ponderosa pine stands thinned 8 to 16 years ago, both with and without burning during the peak of the dry season (Zausen and others 2005). Thinning and thinning followed by prescribed burning caused a long-term decrease in water competition and improved growth rates across the northern Arizona study sites.

### Resistance to Insect Attacks

Increased resin production is thought to be a measure of a tree's resistance to bark beetle attacks. Many studies have found increased resin production after burning.

Ponderosa pine resin flows were significantly higher than control trees after both spring and fall burns (Perrakis and Agee 2006). Burned, unattacked Virginia pine (*Pinus virginiana* Miller), table mountain pine (*P. pungens* Lambert), pitch pine (*P. rigida* Miller), and eastern white pine in North Carolina produced more resin than unburned, unattacked trees for up to 18 months after fire (Knebel and Wentworth 2007). Resin production was lower 5 months after prescribed fire in Arizona for ponderosa pine trees with greater than 51 percent crown scorch compared to trees with less crown scorch, and only trees with higher crown scorch were attacked by bark beetles (Wallin and others 2003). Red pine resin production initially decreased after prescribed burning, then returned to pretreatment levels within 7 to 10 days, and then increased to twice that of control trees 55 days post-fire (Lombardero and others 2006). Agee and Perrakis (2008) found this same trend of decreased resin production after fire, followed by increased production in the subsequent 4 years post-fire. These results suggest that fire-injured trees may increase constitutive and induced resin defenses to help deter successful bark beetle attacks.

The effect of thinning in combination with burning on bark beetle attack success is unclear. In an Arizona study, bark beetle attack rates and colonization success were lower in thinned and burned units than in the control unit (Wallin and others 2008). Every ponderosa pine tree baited with pheromone lures in the control was attacked, compared to 50 percent and 7 percent of baited trees in the full and partial restoration treatments, respectively. Of the attacked trees, beetle success rates were 100 percent in the control, 33.3 percent in the partial restoration, and 3 percent in the full restoration. The partial restoration treatment removed 35 percent of the basal area by thinning post-settlement trees. The full restoration treatment removed 58 percent of basal area. Beetle populations were low in the study area, and no unbaited trees were successfully attacked. However, study results support thinning ponderosa pine stands to reduce the potential for bark beetle attacks. Thinning likely aids in pheromone plume dispersal and burning increases resin production that may reduce successful beetle attacks.

Bark beetle attacks increased in thinned units following burning at the Blacks Mountain Experimental Forest in northeastern California (Fettig and others 2008). Two-year post-fire mortality was low at 5 percent, and the authors attributed 28.8 percent of mortality to bark beetle attacks. No differences in attack rates were found among diameter classes, and large-diameter (>23.5 inches (>59.7 cm) DBH) Jeffery and ponderosa pine mortality was not higher than smaller diameter classes.

Bark beetle attack success may be influenced by the timing of prescribed burns and beetle flight. Lombardero and others (2006) cautioned against burning during peak *Ips* beetle flight due to decreased resin production the first several days after prescribed burning. The authors hypothesized that red pine may be particularly susceptible to bark beetle attack during this short window. *Ips* abundance doubled in May following an April prescribed fire in an old-growth red pine forest and returned to control levels by late summer. *Ips* attack preference was not related to pre-burn tree growth rates, but seemed to prefer charred areas on the lower bole. Half of attacked trees died within one year (Santoro and others 2001).

## Management Options

Management options relating to minimizing large-diameter and old tree injury and mortality when reintroducing fire into fire-dependent forests vary greatly depending on the scale of the treatment area. Landscape-level, stand-level, and individual tree-level treatments are all necessary to meet the multitude of resource management objectives for a given land area. Many small stand- or individual tree-level projects can be embedded within larger landscape-level projects. Regardless of scale, successful restoration of fire-dependent ecosystems typically includes reducing tree density and ladder fuels to reduce crown fire risk, protecting large trees from significant injury, restoring surface fires, and increasing native herbaceous ground cover and biodiversity levels (Allen and others 2002). Reducing tree density also reduces competition around large trees, which may improve vigor, and returns forest structure, and perhaps composition, closer to historical levels.

Our knowledge of appropriate treatment options in fire-dependent, old-growth ecosystems is limited by the relatively few existing studies on the subject (Table 5). Only a handful of these are long-term studies with prescribed fire treatments (Table 7).

### *General Management Issues*

**Treatment prioritizations**—Reducing the risk of high-intensity fire, including crown fire, should be the first treatment priority when restoring forests that historically burned frequently. Other key considerations in fuels management are a forest's proximity to communities and important watersheds, protection of old-growth and areas with sensitive species, and strategic placement of treatments to break-up continuous fuels (Allen and others 2002).


FS-004223

**Table 7**—Long-term restoration ecology studies that include fire effects on old-growth trees in forests that historically burned frequently.

| Study | Establishment year | Location | Dominant tree species | Treatments | Selected References |
|---|---|---|---|---|---|
| Gus Pearson Natural Area | 1992 | Arizona | Ponderosa pine | Control<br>Thinning<br>Thinning with area-wide forest floor removal, litter addition, and burning | Covington and others 1997; Feeney and others 1998; Stone and others 1999; Wallin and others 2004 |
| Chimney Springs, Fort Valley Experimental Forest | 1976 | Arizona | Ponderosa pine | Control<br>Burning every year<br>Burning every 2 years<br>Burning every 4 years<br>Burning every 6 years<br>Burning every 8 years<br>Burning every 10 years | Sackett and others 1996; Sackett and Haase 1996, 1998 |
| Limestone Flats, Long Valley Experimental Forest | 1977 | Arizona | Ponderosa pine | Control<br>Burning every year<br>Burning every 2 years<br>Burning every 4 years<br>Burning every 6 years<br>Burning every 8 years<br>Burning every 10 years | Sackett and others 1996; Sackett and Haase 1996, 1998 |
| Mt. Trumbull | 1997 | Arizona | Ponderosa pine | Control<br>Thinning, raking pre-settlement trees and snags, and burning | Fulé and others 2007; Waltz and others 2003 |
| Blacks Mountain | 1997 | California | Ponderosa and Jeffrey pine, white fir, incense cedar | Control<br>Burn only<br>Low structural diversity (thinning from above )<br>High structural diversity (thinning from below)<br>Low structural diversity and burning<br>High structural diversity and burning | Fettig and others 2008; Zhang and others 2008 |
| Wade Tract | 1982 | Georgia | Longleaf pine | Annual summer burning | Noel and others 1998; Platt and others 1998 |
| Tiger Corner | 1958 | South Carolina | Longleaf pine | Unburned control<br>Annual burning<br>Biennial burning<br>Triennial burning<br>Quadrennial burning | Glitzenstein and others 2003 |
| Osceola | 1958 | Florida | Longleaf pine | Unburned control<br>Annual burning<br>Biennial burning<br>Quadrennial burning | Glitzenstein and others 2003 |
| Lick Creek | 1991 | Montana | Ponderosa pine | Control<br>Thinning followed by spring burning<br>Thinning followed by fall burning<br>Thinning | Fajardo and others 2007; Sala and others 2005; Smith and Arno 1999 |

In the context of prioritizing treatments to perpetuate and develop areas of old-growth, Fiedler and others (2007) suggest classifying forests into one of three categories:

(1) Forests that currently feature old-growth structural components,
(2) Forests with developing old-growth structural components, or
(3) Forests lacking old-growth structural components.

Managers commonly identify category (1) forests as most likely to benefit from restoration treatments. However, treatments that foster the development of old-growth structural and functional conditions in categories (2) and (3) are also necessary to perpetuate old-growth on the landscape over a longer time period.

**No action alternative**—Choosing the no action alternative and letting nature take its own course is an intentional management decision (Cole and others 2008). However, there is a conflict between the no action philosophy and continued attempted fire exclusion. Often, the no action alternative may be more of a threat to old and large trees than restoration activities (Noss and others 2006). Even in some protected areas such as National Parks and wilderness areas there is growing concern that human-perceived valuable ecosystem conditions cannot be maintained without natural disturbance or human-implemented treatments (Cole and others 2008). It is important to recognize that some large-tree mortality must be anticipated when implementing restoration treatments. This mortality creates structural diversity and important habitat by creating large snags and woody debris that are often scarce on the landscape (Allen and others 2002).

Choosing the no action alternative can leave forests more susceptible to high-intensity wildfire. In fire-dependent, low-elevation forests, the likelihood of fire is very high because of long, dry seasons and high potential for natural and human ignitions. We cannot predict when or where these wildfires will occur, but research studies and numerous anecdotal examples show that fuel reduction treatments in these forests can often reduce fire severity, thus reducing overstory tree mortality from wildfire. For example, mortality of trees greater than 11.8 inches (30 cm) DBH was nearly 100 percent after a wildfire in an untreated ponderosa pine stand on the Blacks Mountain Experimental Forest, CA, compared to almost no mortality within adjacent thinned and burned units. Mortality from wildfire in thinned-only units was less than 20 percent. Treatments were implemented within 6 years of the wildfire; prior to that, the areas had not burned in over 100 years (Ritchie and others 2007).

It is helpful to know typical background mortality in the absence of large-scale disturbance in order to set reasonable and attainable burn objectives when conserving large or old trees. Background mortality is the expected mortality if the no action alternative is chosen and no large-scale disturbance occurs. Ten-year mortality of ponderosa pine greater than 8.7 inches (22 cm) DBH was less than 10 percent in unburned areas of Crater Lake National Park, OR (Swezy and Agee 1991). This area was dominated by ponderosa pine and white fir, with scattered lodgepole pine, sugar pine, and other conifers, on well-drained soils derived from Mount Mazama deposits. In a separate study in Crater Lake National Park, 5-year mortality of ponderosa pine larger than 7.9 inches (20 cm) DBH from insects or pathogens was 2.3 percent in the control units (Agee and Perrakis 2008). Most mortality occurred in low vigor trees. Mortality rates were 2.1 and 8.6 percent, respectively, for trees rated C and D (low vigor) using Keen's vigor classes (Perrakis and Agee 2006). No trees in the A or B vigor classes (high vigor) died. Thirteen years after another prescribed burn at Crater Lake (Thomas and Agee 1986), mortality of trees greater than 7.9 inches (20 cm) DBH in unburned areas was 10 percent for sugar pine, 4 percent for white fir, and 14 percent for ponderosa pine (Agee 2003). Sugar pine and white fir mortality was significantly higher in the burned areas at 36 and 25 percent, respectively. This was not the case for ponderosa pine, which had 17 percent mortality.

When established in 1934, the Blacks Mountain Experimental Forest, CA, was unlogged and dominated by ponderosa and Jeffrey pine, white fir, and incense cedar. A comparison of forest structure between a 1933/1934 tree census and another conducted in the late 1990s showed large trees had declined by about half and small tree density increased more than four-fold (Ritchie and others 2008). Basal area of ponderosa and Jeffrey pine declined, and white fir and incense cedar concomitantly increased. Fifty-four to 61 percent of the remaining living, large trees in the untreated units were rated as high risk, compared to 15 percent in the thinned unit and 17 percent in the thinned and burned unit. Five-year periodic mortality rate of the large tree component was 6 to 19 percent in untreated areas (Ritchie and others 2008). The authors predicted that the control would experience similar declines in the large tree component over the next 15 years. In this area, a no action alternative is leading to the eventual loss of all large trees, with little opportunity to replace ponderosa and Jeffrey pine. Lutz and others (2009) also reported decreases in large-diameter Jeffrey, ponderosa, and

sugar pine trees in unburned, low-elevation portions of Yosemite National Park, CA, whereas plots that had burned in the 20th century retained large-diameter ponderosa pine.

In another study of background mortality, the loss of old ponderosa pine in untreated areas increased from 0.2 trees/acre (0.5 trees/hectare) per decade in the 1920s to 2.4 trees/acre (5.9 trees/hectare) per decade in the 1970s at the Gus Pearson Natural Area, AZ (Mast and others 1999). This increased mortality rate was attributed to lack of fire that allowed numerous post-settlement ponderosa pine trees to establish and increase competition.

**Defining prescribed burn and other management objectives**—There are many appropriate objectives when planning prescribed burns and other fuel reduction treatments. Each objective should be measurable on a stated scale over a stated timeframe. Appropriate treatment options will vary by scale and forest type. For instance, small, remnant stands of old-growth can warrant intensive restoration efforts that are not economically or physically feasible on the landscape-scale. Objectives that pertain to maintaining large-diameter and old trees should first include descriptions of both the untreated forest structure and the desired post-treatment forest structure. This should include stand density, diameter distribution, age distribution, species composition, and spatial arrangement. These are all measurable objectives that will determine if immediate treatment goals were met (Fiedler and others 2007).

When using prescribed fire, both first order and second order fire effects should be included in the objectives. First order fire effects may include immediate mortality targets, duff and surface fuel consumption, acceptable crown scorch levels, or desired area burned under specified severity levels. These should be assessed within 1 year of the fire to determine if objectives were met. Second order fire effects and resource management objectives may include acceptable longer-term delayed tree mortality and changes in tree vigor, regeneration, or understory species diversity. Maintaining or reestablishing historical forest disturbance processes (for example, fire frequency, severity, intensity, season, and insect attack levels) may be other important objectives when prescribed burning (Agee 2003). Process and structural objectives should be considered together, as process goals can help create and perpetuate desired structural conditions. Monitoring programs that revisit treated areas are essential for determining if immediate and long-term treatment goals are being met. The only way to determine if goals are met is through the stated measurable objectives.

Identifying ecosystem components of interest is key to developing burn objectives and monitoring plans to assess fire effects beyond hazard reductions. Also, treatment results should be tied to the identified objectives. For example, if large-diameter tree retention is an objective for a prescribed burn, it is important to assess and report duff depth and moisture near the base of these large trees, in addition to the interspaces. Duff consumption is usually highly variable across a burned unit. This variability largely results from microsite changes in fuel moistures due to differences in canopy thickness and changes in surface fuel consumption. The tree crown shelters the forest floor immediately underneath it; therefore, fuels are deeper and drier there than in the areas between tree crowns. For example, an experimental prescribed burn in ponderosa pine at Chimney Spring, AZ, reduced forest floor fuel loadings by 63 percent. However, consumption was 100 percent from the bole to the dripline around all the large trees where the fuel loading was also the highest (Sackett and others 1996). In this case, reporting only the average stand fuel consumption would make it difficult to determine a possible cause of the later observed mortality in the larger-diameter trees.

## *Landscape-Scale Options*

**Landscape restoration**—Noss and others (2006) provide several recommendations for successful widespread restoration of southwestern ponderosa pine ecosystems that pertain to retaining old trees when reintroducing prescribed fire into long-unburned areas. Many of these recommendations are also suitable for other ecosystems that evolved with frequent fire.

(1) Think big. Plan conservation and restoration projects on landscape and regional scales. Restoring a natural fire regime can result in a heterogeneous landscape with multiple stands conditions that are likely to provide suitable habitat for a wide range of species. Focusing on just a small project area can be contentious and may make it hard to justify potentially adverse treatment impacts on threatened or endangered species. Planning restoration treatments on a landscape-scale can restore a frequent fire regime, while allowing for areas of denser stands and differences in fire severity in order to provide diverse structural conditions.

(2) Recognize that protected areas may require active management. Protected areas should not be automatically excluded from consideration for restoration treatments in areas that historically burned frequently. Though treatments in high-elevation

protected areas are probably not suitable, treatments in lower-elevation areas that have experienced fire exclusion may foster the qualities for which they were originally protected.

(3) Restoration strategies should encompass both wildlands and the wildland-urban interface (WUI). Restoration treatments should include both the WUI and the extended landscape away from human development. Treatment prescriptions will likely differ based on location to nearby communities, but restoration efforts are necessary across the whole landscape.

**Wildland fire use**—In some areas, naturally ignited fires are allowed to burn with minimal to no suppression efforts to meet resource benefit objectives. Federal agencies have used various terms to describe this activity since the program was first implemented in the late 1960s, including "let burn," "prescribed natural fire," and "wildland fire use" (van Wagtendonk 2007). Beginning in 2009, fires are no longer categorized by the latest term "wildland fire use for resource benefit" (WFU). Fires are now designated as wildfires or prescribed fires based on whether the ignition was planned. Based on the existing land management plan, wildfires will be managed for a combination of protection and resource objectives (U.S. Department of Agriculture, U.S. Department of the Interior 2009). WFU is used in this document, though it is outdated, because it is the term used by the references discussed in this report.

Differences in ponderosa pine forest structure and fire occurrence were compared in the Gila Wilderness, NM, and Saguaro Wilderness, AZ (Holden and others 2007). Fires in the Saguaro Wilderness have been managed as WFU fires since 1971 and in the Gila since 1975 (van Wagtendonk 2007). In both wilderness study areas, tree density was significantly lower in areas that had burned one or more times than in unburned areas. Small tree density was significantly lower in burned areas versus unburned areas in the Saguaro Wilderness. In the Gila Wilderness, small tree densities were lower in areas that had burned two or more times compared to less frequently burned areas. Average DBH was also significantly higher in the burned areas compared to unburned areas in the Gila, but no differences were found in the Saguaro. No differences in basal area or large tree density were found between burned and unburned areas in either wilderness, except for areas in the Saguaro wilderness that had burned two or more times and also in a pre-WFU fire. In these areas, large tree density was significantly higher than less frequently burned areas. These results suggest that in areas where fire can safely be allowed to burn, forest structure may more closely mimic historical forests while maintaining large tree density. However, it may take multiple fires to achieve these results.

Fulé and Laughlin (2007) investigated the effects of WFU fires on the North Rim of the Grand Canyon, AZ. They were able to compare changes in forest structure and fuels between burned and unburned plots established prior to the WFU fires. The low-elevation sites dominated by ponderosa pine historically burned every 3.2 to 5.5 years before livestock introduction and fire suppression caused large fire cessation in 1879. Before the 2003 WFU fire, these sites had burned three times since 1879, in 1892, 1924, and 1987 (Fulé and others 2003). The mid- and high-elevation sites had not burned since 1879. The WFU fire decreased tree density by 36 percent on the low-elevation site, with small trees (≤7.9 inches (≤20 cm) DBH) comprising 95 percent of mortality 2 years after the fire. Across all sites, large (≥14.8 inches (≥37.5 cm) DBH) ponderosa pine tree mortality constituted 7 percent of the total mortality (Fulé and Laughlin 2007). This study suggests that the WFU fires on the North Rim of the Grand Canyon moved the sites closer to historical reference conditions and are a viable management alternative.

Keane and others (2006) investigated the effects of a 2003 WFU fire on old ponderosa pine in the Bob Marshall Wilderness, MT. Before 1930, the area burned every 20 to 30 years, but no fires had occurred since then. During this fire-free period, thick duff layers of 6 to 15 inches (15 to 38 cm) accumulated at the base of the pre-settlement ponderosa pine, and Douglas-fir and lodgepole pine trees became established. The WFU fire was primarily a low-intensity surface fire. One year after the fire, 16 percent of trees greater than 20 inches (51 cm) DBH had died, and an additional 18 percent were noted as dying. Some dead and dying trees had relatively high levels of crown scorch, but the authors attributed much of the mortality to basal girdling from complete duff consumption and mountain pine beetle attacks. Many trees in this area were peeled by Native Americans for food and are living cultural artifacts (Figure 22). The fire killed approximately half of the historic bark-peeled trees. This study suggests that high mortality may occur after WFU fires in old-growth ponderosa pine stands in the northern Rockies that have missed several fire cycles. However, using other treatments in wilderness areas is greatly restricted, and not allowing fire at all is worse for the long-term perpetuation of ponderosa pine.



**Figure 22**. Native American peeled ponderosa pine tree in the Bob Marshall Wilderness, MT. Photo by Robert Keane.

### *Stand-Level Options*

**Prescribed burning**—It took decades of no fires to develop the thick basal duff layer that now exists in many stands. It will also likely take multiple treatments and broadcast burns to reduce fuel loadings in order to limit overstory tree mortality. This is especially true in the absence of other individual tree duff reduction treatments (for example, raking). Each consecutive prescribed broadcast burn should aim to remove only a portion of the accumulated duff around the bases of overstory trees.

Fire intensity, or fireline intensity, is the rate of energy or heat release per unit length of fire front and is mathematically related to flame length (Byram 1959). Fireline intensity or flame length is a good choice for predicting crown scorch; however, it is not a good indicator of the amount of heat transferred down into the soil (DeBano and others 1998; Wade 1986). Fire severity is the effect of the fire on an ecosystem (Ryan and Noste 1985). It relates to how the fire affects plant survival and consumption of forest floor material or surface fuels (in other words, the depth of burn). Therefore, fire severity is a better indicator of the amount of heat transferred into the soil (Wade 1986). It is possible to have a low-intensity, high-severity fire with little crown scorch but high duff and/or large surface fuel consumption. This type of fire may cause considerable stem and root injury through long-term smoldering combustion.

Manipulating fire intensity through ignition patterns is effective in achieving the desired above-ground fire effects. Heading fires have longer flame lengths, faster rates of spread, and higher fire intensities than backing fires. Backing fires have longer residence times than heading fires, which can increase the chance of duff ignition and lead to more smoldering (DeBano and others 1998). Backing fires consumed significantly more duff than heading fires in experimental prescribed burns in longleaf pine, but the amount of litter consumed was not affected by ignition pattern (Sullivan and others 2003).

Heading fires are effective at killing small-diameter, shorter trees by scorching most of their crowns. For thinning doghair thickets, lighting a spot fire in the center of the thicket, followed by a ring fire around the thicket is effective. Areas where flanking fires merge or heading and backing fires merge also increase fire intensity (Sackett and Haase 1998). Backing fires generally do not kill small-diameter trees, unless their bark is very thin.

*Prescribed burning long-unburned longleaf pine forests*—Introduction of growing season fires to long-unburned longleaf pine forests may cause delayed

mortality of the older trees. Several dormant season prescribed burns should be applied when lower duff is very moist to gradually reduce duff layers before switching to growing season burns (Brockway and others 2004; Kush and others 2004). Burns conducted under lower ambient air temperatures help to reduce crown scorch because more heat is required to reach 140 °F (60 °C), the lethal level for living tissue (Wade and Johansen 1986). Removing midstory hardwoods either by mechanical thinning or by applying herbicides also reduces fire intensity, crown injury to overstory trees, and competition. Thinning followed by prescribed burning promotes understory grasses and forbs while reducing hardwood sprouts, which promotes future low-intensity prescribed fires (Brockway and others 2004; Kush and others 2004). In small restoration burns, generous amounts of water can be applied during and after prescribed burns at the bases of trees with heavy duff accumulations to stop smoldering (Kush and others 2004).

Mortality of large-diameter longleaf pines after prescribed burning old-growth stands in the Florida Panhandle was directly related to duff consumption and duff moisture (Varner and others 2007). In this study, burns were conducted under three different gravimetric duff moisture conditions: dry (55 percent), moist (85 percent), and wet (115 percent) (note that moistures are not volumetric as reported in Varner and others 2007; R. Ottmar, personal communication). Stands had not burned for approximately 30 years prior to treatment (M. Varner, personal communication). Duff consumption was highly related to lower duff moisture content ($R^2$ = 0.78). Duff consumption around mature tree stems greater than 5.6 inches (15 cm) DBH was significantly higher in the dry burns than in the moist and wet burns at 46.5, 14.5, and 5 percent, respectively. Overstory tree mortality averaged 20.5 percent in the dry burns, with no significant differences in mortality among the wet, moist, and control units. Mortality rates increased with increasing tree diameter in the dry burns (Figure 23). Crown scorch and stem char height were not significantly different across burn treatments. Mortality did not begin until 12 to 18 months after the burns, and all pines that died were attacked by black turpentine beetle (*Dendroctonus terebrans*) and ambrosia beetle (*Playypus flavicornis*). The moist prescription is now widely used at Eglin Air Force Base, FL, to achieve moderate basal duff consumption with little overstory longleaf mortality when burning fire-excluded stands (M. Varner, personal communication). This condition is achieved by burning within 2 days of a 1-inch (2.5-cm) rain event (K. Hiers, personal communication).

Dale Wade, retired USDA Forest Service scientist at the Southern Research Station, recommends the following prescription when reintroducing fire into long-unburned southern forests that have a dense midstory of hardwoods. Under most conditions, the midstory creates a humid, sheltered environment and prevents the litter layer from drying quickly after rain, yet the lower duff layers are moist enough to limit consumption. Therefore, the primary




**Figure 23**. Diameter distribution of overstory longleaf pine trees (>6 inches (15 cm) DBH) killed following experimental prescribed fires of various duff moisture prescriptions in long-unburned longleaf pine forests in northern Florida. No overstory pines died in the unburned control treatment. From Varner and others 2007.

criterion for a successful first-entry prescribed burn is a very steep forest floor moisture gradient caused by the passage of two cold fronts in quick succession that wet the duff layer but bring wind to dry out fine surface fuels and push the fire quickly through the stand. The first cold front must bring precipitation and must be followed by a second, dry cold front. Ignition should occur within a few hours after the second front passes to utilize the high winds and to ensure the litter is wet enough to not carry a backing fire. Because of the sheltered conditions in the stand, the burn prescription is very narrow in level terrain and conditions may materialize only once or twice a year. The needles on the lower branches of the overstory pines may scorch, but residence times are short and little duff is consumed. This prescription topkills many small-diameter stems and widens the prescribed fire window for the next burn, which should occur in 1 to 2 years. The steep duff moisture gradient is necessary for ensuing prescribed burns until duff depths are greatly reduced. Brockway and others (2005) further describe this prescription and others appropriate for restoring longleaf pine ecosystems.

The chevron ignition technique proceeding down from the ridges is recommended in sloped areas. Igniters should never light from the bottom of the slope. The steep moisture gradient is the key to success, rather than season of the year. Hand removal of some understory and midstory fuels helps reduce fireline intensity and allows more wind into the stand, but cut material should not be left on site to burn. For the same reasons as thinning, herbicides also help to expand the prescribed fire burn window (D. Wade, personal communication).

Fire was successfully reintroduced into an old-growth longleaf pine forest in Flomaton, AL, using many of the techniques described above (Wade and others 1998). This 65-acre (26-hectare) tract had not burned in 45 years before the first prescribed burn was initiated in 1995. The area was burned when the duff layer was very moist and brisk, persistent winds were present to quickly push strip headfires through the stand. In this way, much of the hazardous midstory and understory layers were consumed, but not the duff layer. Two subsequent burns and thinning of the midstory have continued to slowly reduce fuel accumulations by 25 to 35 percent with limited overstory longleaf pine mortality (Kush and others 2004; Varner and others 2005; Varner and others 2000; Wade and others 1998).

Presence of fallen longleaf pine cones and mast years must be considered when scheduling burns in fire-excluded longleaf stands or duff consumption will be much higher than expected. At Eglin Air Force Base, FL, longleaf pine cones encountered along planar intercept fuel transects (Brown 1974) are recorded as 100-hour fuels because of their long burnout times (Fonda and Varner 2004; K. Hiers, personal communication). Longleaf pine typically produces heavy crops of cones every 8 to 10 years (Maki 1952). It is best to burn these areas before the heavy cone crop falls to the ground because cones take about 10 years to decompose. Mast years are known 1 year in advance, which gives the manager some leeway to complete the burn prior to cone fall (K. Hiers, personal communication).

*Prescribed burning long-unburned red pine forests*—A variety of mostly low-intensity surface fire with small patches of higher-intensity fire that causes some overstory mortality should both perpetuate overstory red pine and promote red pine seedling establishment. Van Wagner (1970) recommends the following when burning in red pine stands:

(1) a sparse but adequate stocking of mature red pines,
(2) a good red pine seed year,
(3) a considerable period of dry weather to promote mineral soil exposure,
(4) a summer surface fire of 200 to 500 Btu/ft/sec (690 to 1730 kW/m) and average flame lengths of 5 to 8 ft (1.6 to 2.4 m) to keep crown scorch of mature pine below 75 percent,
(5) satisfactory post-fire weather for germination and early growth, and
(6) no fire for several decades to allow red pine seedlings to become fire-resistant.

It should be noted that the stands Van Wagner studied likely did not have heavy basal duff accumulations caused from years of fire exclusion; therefore, these recommendations may be more suitable to promoting red pine seedling establishment than to limiting overstory red pine mortality. Henning and Dickmann (1996) support Van Wagner's recommendation to limit red pine crown scorch to less than 75 percent to minimize mortality, but suggest maximum flame lengths of 2 ft (60 cm).

*Prescribed burning long-unburned ponderosa pine forests*—Using prescribed fire to incrementally reduce basal duff depths in ponderosa pine forests seems more difficult and variable than in other forests types (M. Harrington, personal communication). This may be due to the generally dry summer conditions that rarely fully moisten lower duff layers.

Jain and Graham (2004) developed a method for incrementally reducing ponderosa pine basal duff depths in western Idaho by burning snow wells. They recommend burning when lower duff moisture is greater than 100 percent and temperatures are low (<28 °F; <-2 °C). This

prescription consumes the litter and some upper duff, while leaving lower duff intact. These conditions occur in the early spring when snow is usually still present throughout the stand but the areas at the bases of trees are clear. The authors stressed the need for repeated prescribed burns to slowly reduce duff depths around tree bases and to force fine roots to grow back down into the mineral soil layers rather than in the lower duff.

With the exception of southwestern ponderosa pine, early season prescribed burning seems to be the best option when reintroducing fire to an area that has excessive fuel accumulations due to past suppression activities. Burning under higher moisture conditions, such as in spring after snow melt, often results in patchier burns and reduced fuel consumption compared to burning under drier conditions. Therefore, spring burning can moderately reduce fuel build-up while limiting injury to vegetation from long-term heating.

Perrakis and Agee (2006) found higher mortality after fall prescribed burns compared to spring burning. Mortality was highest in the lowest vigor classes, and low vigor was associated with lower growth rates (Agee and Perrakis 2008). All burns in this study were low-intensity and caused little crown scorch. Fall burns consumed 51.8 percent of total dead fuels versus 17.9 percent consumed in spring burns. Four years post-fire, mortality of old ponderosa pine was 2.3 percent in the control units, 6.1 percent in the spring burn units, and 16.4 percent in the fall burn units. Only 24 of the 139 dead trees were due to direct fire effects or windthrow. Bark beetle attacks were the largest cause of mortality (Agee and Perrakis 2008; Perrakis and Agee 2006), but the authors did not report differences in bark beetle activity between spring and fall burns. The higher mortality observed in the fall burns was attributed to "intense burning at the root collar" that caused stem injury and breakage and led to bark beetle attacks (Perrakis and Agee 2006).

In the southwest, Sackett and others (1996) recommend conducting initial prescribed burns in ponderosa pine stands in the fall due to the monsoons the area experiences. Historically, most fires occurred at the beginning of the monsoon season, just after spring. The first few storms are usually dry and accompanied by lightning. Therefore, burning dense stands with high fuel loadings in the spring when fuel moisture is low and the fire season is approaching is riskier than doing so in the fall. Weather and fuel moisture conditions are more moderate in the fall than in the spring, and high winds are not as likely. Spring burning is a good option after the first or second burn, after fuel loadings have been reduced (Sackett and others 1996).

Sackett and others (1996) established an experimental prescribed burn study on ponderosa pine in Arizona in 1976 to determine the optimal burn rotation to restore stands to near pre-settlement conditions, decrease wildfire intensities, and maintain low fuel loadings. Treatment plots were burned at 1-, 2-, 4-, 6-, 8-, or 10-year intervals. Conditions in the 1- and 2- year burn interval units had enough fuel to carry fire, but burning was often not possible due to marginal weather conditions. The most effective rotation was to burn every 4 years. At this timeframe, fuel loadings were kept to a minimum, making the prescribed burns easier to implement, and optimal weather conditions usually occurred. Heading fires ignited on the 4-year interval plots did not cause overly high crown scorch. The 6-, 8-, and 10-year rotations all allowed sufficient fuel accumulations to cause undesirable fire intensities and crown injury to overstory trees.

*Prescribed burning long-unburned giant sequoia-mixed-conifer forests and mixed-conifer forests*—Haase and Sackett (1998) found sugar pine was more susceptible to cambium and root injury than giant sequoia from prescribed fires in California. Eight research prescribed burns in Sequoia-Kings Canyon National Park recorded lethal cambium and soil temperatures around giant sequoia and sugar pine. Sixty-seven percent of sugar pine died after the prescribed burns compared to no giant sequoia mortality (Haase and Sackett 1998). In addition, park personnel had not observed giant sequoia mortality that could be attributed to the prescribed burn program during the previous 26 years. During the research prescribed burns, in which fire ignited and carried over the surface litter layer, complete duff consumption occurred with duff moisture contents ranging from 7 to greater than 200 percent. High duff moisture slowed the combustion rate but did not stop consumption. Average forest floor depths at the base of the sampled giant sequoia where cambium temperatures were measured ranged from 3.2 to 21.4 inches (8.1 to 54.4 cm) and 2.0 to 13.3 inches (5.1 to 33.8 cm) for sugar pine. Lethal temperatures varied around each tree. The authors noted that a substantial portion of the giant sequoia root system appears to be located directly under the tree base where it is protected from soil heating. Sugar pine also had proportionally more beetle attacks after fire than ponderosa pine or white fir in Crater Lake National Park, OR (Thomas and Agee 1986). In that study, mountain pine beetles killed 25 percent of sugar pines greater than 7.9 inches (20 cm) DBH 2 to 4 years after the fire. The authors recommended burning in late spring when soil and duff are wet but surface fuels are dry enough to carry a low- to moderate-intensity fire (<87 Btu/ft/sec

(<300 kW/m)) and flame lengths (<3.5 ft (<1 m)) with low duration in order to minimize large pine mortality.

Early season burns consumed significantly less fuel and were patchier than fall burns in a Sierra Nevada mixed-conifer forest. The authors concluded that the resulting tree mortality was related to fire intensity rather than tree phenology (Knapp and others 2005; Schwilk and others 2006).

**Thinning and prescribed burning**—Thinning can be an effective fuels treatment to reduce crown fire potential and to lower fire intensity by removing ladder fuels and creating gaps in the overstory canopy. Thinning is also commonly used to achieve restoration objectives by returning stands closer to historical stand structures. Under extreme weather conditions, such as in wildfires, thinning can reduce crown fire potential and, therefore, lower the probability of immediate tree death from crown scorch. However, thinning creates activity fuels and does not raise individual tree crown heights or control shrubs, seedlings, and small trees (O'Hara and Waring 2004). Thinning alone can also increase the intensity of a subsequent wildfire if activity fuels are not treated (Stephens and Moghaddas 2005). Thinning also does not solve the problem of accumulated fuel around the bases of old trees. These treatments are best used in conjunction with prescribed burning to meet restoration goals.

Mechanical thinning to reduce understory tree density is often much easier than using fire alone to thin smaller trees. In long-unburned areas, understory trees may also develop thick bark and become more fire-tolerant, making them difficult to kill with fire alone. After 18 years of prescribed burning to attempt to "manipulate fuels and tree density in an overstocked post-settlement ponderosa pine stand so that it would survive a wildfire that would otherwise be stand-replacing," Sackett and others (1996) concluded that achieving post-settlement conditions by prescribed fire only would be difficult. This and other research has led to the conclusion that a combination of thinning and prescribed burning to reduce stand densities and fuel loadings would better meet restoration goals in southwestern ponderosa pine forests (Covington and others 1997). In southern and eastern forests that historically burned frequently, fire suppression has also allowed many hardwood species that are easily killed by fire when young to become fire-resistant (Abrams 2006). Thinning this in-growth of now fire-tolerant trees is likely necessary before prescribed burning, as fire alone will not return the stands closer to historical forest structures (Harmon 1984; Hutchinson and others 2008). Modeling efforts also suggest that careful thinning of northern hardwood stands may shorten the time required to reach structures more typical of old-growth forests (Choi and others 2007).

Fulé and others (2002a; 2005) compared 1-year and 5-year post-treatment effects of two levels of thinning and burning (FULL, MIN), burning only (BURN), and a control on ponderosa pine stand structure near the Grand Canyon South Rim, AZ, where many of the larger, mature trees had been harvested earlier in the past 100 years. The FULL thinning and burning treatment removed the majority of post-settlement trees to restore the pre-settlement pattern of tree species and spatial arrangement. The MIN thinning and burning treatment removed post-settlement trees growing in the immediate vicinity of old trees to help protect them from wildfire. In both the FULL and MIN treatments, the forest floor was raked approximately 12 inches (30 cm) from all old trees. Old trees in the BURN and control treatments were not raked. No significant differences in crown scorch or bole char were found across the burned treatments. Large tree (>14.8 inches (>37.5 cm) DBH) mortality was low across all treatments. Five years post-treatment, 1 large ponderosa pine tree (3 percent) died in the control, 1 tree (9 percent) died in the FULL, no trees died in the MIN, and 2 trees (13 percent) died in the BURN.

Modeling scenarios predicted the FULL treatment would return the area most quickly to near pre-settlement forest structure conditions and would best mitigate against future wildfire. The FULL treatment was also predicted to remain effective against reducing fire intensity for at least 40 years post-treatment. Disadvantages to the FULL treatment are high costs and the necessity of roads for heavy equipment. Over larger areas or where road access is limited, the MIN and BURN treatments may be more feasible. In more remote areas with remaining old-growth, thinning treatments similar to the MIN treatment offer extra protection for these trees against future wildfire (Fulé and others 2002a).

Fire behavior was modeled under 80th, 90th, and 97.5th percentile weather conditions after fuel treatments in mixed-conifer forests in California (Stephens and Moghaddas 2005). Treatments included: (1) thinning from below followed by mastication (mechanical), (2) mastication followed by a prescribed fire (mechanical+fire), (3) prescribed fire only (fire), and (4) untreated control. Treatments did not affect predicted large tree (>20 inches (>51 cm) DBH) mortality under 80th percentile weather conditions. Under 90th percentile weather conditions, only the mechanical+fire treatment lowered the predicted mortality of trees 20 to 30 inches (51 to 76 cm) DBH, but not for trees larger than 30 inches (76 cm) DBH. Predicted large tree mortality was significantly lower for all fuel treatments compared to the control under 97.5th percentile weather conditions.

Thinning and a combination of thinning and burning stabilized the large (>23.6 inches (>60 cm) DBH) ponderosa and Jeffrey pine tree component at a study at the Blacks Mountain Experimental Forest, CA (Ritchie and others 2008). Five years after treatment, the mortality rate of the large tree component was 1.2 percent in the thinned units, 8.4 percent in the thinned and burned units, and 6 to 19 percent in the controls. The burn-only treatment did not reduce the risk of large tree mortality compared to the control units. Fifty-four to 70 percent of the large trees in the control and burn-only units had a high risk rating compared to 15 to 17 percent in the thinned units. The authors predicted that the 15-year change in tree density estimated similar declines in the large tree component for the control and burn-only units, whereas in the thinned and thinned and burned units, small increases in large tree density were forecasted. While more large trees died in the thinned and burned stand than in the thin only stand, prescribed burning lowered fuel loadings, which could increase resiliency to wildfire in the long-term. The authors predicted that in similar forests to the Blacks Mountain Experimental Forest study area, untreated stands will likely eventually lose most large ponderosa and Jeffrey pine trees if current mortality rates continue. In a separate study on the Blacks Mountain Experimental Forest, a high structural thinning treatment both with and without prescribed burning did not cause any mortality of old dominant trees (≥30 inches (≥76.2 cm) DBH) 5 years after treatment (Zhang and others 2008). However, a complete census of the experimental units in the study showed western pine beetle attacked and killed 6 percent of the large trees (>23.5 inches (>59.7 cm) DBH) in one thinned and burned unit (Fettig and others 2008). Fuel consumption and post-fire tree injury were not reported. Large trees continued to grow after treatment application, and the thinned treatments appeared to have enhanced late seral attributes compared to untreated stands without significantly increasing mortality rates.

## *Treating Individual Trees*

Accumulated duff creates significantly greater potential for tree injury than deep litter when reintroducing fire. Deep litter layers will burn quickly during the flaming front without causing basal injury in thick-barked trees. Deep duff can smolder for many hours after the flaming front has passed. Smoldering basal duff, stumps, and logs near the tree bole typically result in basal and root injury; therefore, the decision to treat individual trees because of heavy fuel accumulations must focus on the duff layer around the base of trees.

**Fire scars**—Trees with exposed fire scars, or cat-faces, are especially vulnerable to prescribed fire. The scars are dry and often covered with pitch so they are easily ignited (Figure 24). Once ignited, the potential is high for the tree's heart wood to burn out, which usually kills the tree standing or burns it over (Figure 25). Duff adjacent to trees with fire scars should be mitigated before prescribed burning in order to minimize tree mortality. During snow well burning, filling cat-faces with snow before and during duff mound ignition reduces the potential of the scar igniting (Graham and Jain 2007; R. Taplin, personal communication). An alternative is to physically remove duff from the scar prior to burning using a rake or leaf blower.

Giant sequoias with fire scars seem to be the exception. Lambert and Stohlgren (1988) found giant sequoias with exposed fire scars did not have higher mortality rates than unscarred trees after prescribed burns in Sequoia and Kings Canyon National Parks. In that study, giant sequoia mortality rates in units prescribed burned between 1979 and 1984 were compared with unburned units. No



**Figure 24**. Exposed ponderosa pine fire scar burning.


FS-004233



**Figure 25**. Living ponderosa pine tree with exposed fire scar that ignited during a prescribed burn and fell over. Photo by Michael Harrington.

differences were found in mortality between trees with "extremely heavy ground fuels" removed around trees with large fire scars and those without fuel removal, as mortality was low for all treatments. Haase and Sackett (1998) also found low-intensity prescribed fire did not cause high rates of mortality in giant sequoia, even if fire scars were present.

**Raking**—Raking is a treatment to reduce the amount of litter and duff at the tree base in order to reduce potential bole and root injury from long-term smoldering (Figure 26). Researchers have reported mixed results, but treatment implementation and burn severity has differed greatly among studies, and only two studies (Fowler and others 2010; Hood and others 2007a) have specifically investigated the effectiveness of raking as a viable treatment to reduce old tree mortality.

In one of the first studies to examine raking, Swezy and Agee (1991) removed the litter layer around 3 trees before a prescribed burn in Crater Lake National Park, OR. The duff layer was left intact. These trees were compared to three unraked, burned trees and to three unraked, unburned trees. One high, moderate, and low vigor tree was chosen for each treatment. Four years post-fire, the low vigor raked and burned tree died after attack by western pine beetle. Duff moistures were not collected before the burn, but the authors hypothesized that raking only the litter layer dried the duff layer more quickly than duff around unraked trees. Perrakis and Agee (2006) also raked litter 3.3 to 6.5 ft (1 to 2 m) away from ponderosa pine trees greater than 7.9 inches (20 cm) DBH in a nearby area of Crater Lake National Park. Burn season and vigor were the only significant predictors of tree mortality; raking had no effect.

At Mt. Trumbull in northern Arizona, all pre-settlement ponderosa pine trees were raked after thinning and prior to burning to test the effectiveness of compressing slash prior to burning to reduce fire intensity (Jerman and others 2004). The majority of forest floor material was removed 1.6 to 3.3 ft (0.5 to 1 m) from the boles, but the areas were not raked to mineral soil. One unit was then broadcast burned with thinning slash intact. In a second




**Figure 26**. Infrared image of smoldering duff around an (a) unraked tree and (b) raked tree. Note the expanded black area around the base of the black tree indicating low temperatures.

treatment, a D-6 bulldozer compressed residual thinning slash throughout the unit before it was broadcast burned. No pre-settlement trees died within two growing seasons after burning in the slash compression treatment. In the burn-only treatment, raked pre-settlement tree mortality was 14 percent (3 of 22 trees) versus the 35 percent in post-settlement, unraked trees. Because raking was done as a precautionary measure around all pre-settlement trees instead of as a specific treatment, no comparison between raked and unraked pre-settlement trees was possible. Slash compression reduced fire intensity and crown scorch. The authors concluded that slash compression and raking treatments appear to reduce pre-settlement ponderosa pine mortality from broadcast prescribed burning in Arizona.

In a separate area of the Mt. Trumbull site, Fulé and others (2007, 2002b) observed high mortality of old ponderosa pine trees after burning. Accumulated duff and litter was raked 12 to 24 inches (30 to 60 cm) away from pre-settlement trees in the burned units prior to burning. This study was also not designed to test raking as a treatment; therefore, all trees in the burned units were raked. The high mortality only occurred in areas of shallow volcanic soils, leading the authors to hypothesize that the burns killed more fine roots that were growing near the soil surface and led to high rates of old-growth mortality (Fulé and others 2002b). Five years after treatment, an average of 4 large ponderosa pine trees/acre (>14.8 inches (>37.5 cm) DBH); 10 trees/hectare) had died in the thinned and burned units compared to 1.9 large ponderosa pine trees/acre (4.6 trees/hectare) in the control units. There was no difference in crown volume scorched between pre-settlement trees that died or survived (both were 30 percent) in the burned units (Fulé and others 2007). Prescribed burning on lava soils is currently suspended in Arizona due to concerns of excessive pre-settlement tree mortality, regardless of whether or not trees are raked (Waltz and others 2003).

Laudenslayer and others (2008) sampled 30 large (>24.0 inches (>61 cm) DBH) and 20 small (<24 inches (<61 cm) DBH) ponderosa, Jeffrey, and sugar pine trees in two units at Lassen Volcanic National Park in northern California. Half of the trees were raked around the first 3.3 ft (1 m) of the bole to mineral soil prior to prescribed burning. Trees were raked in September 1996 and prescribed burned in October 1996. Six years post-fire, 2 of the 10 large raked trees had died compared to 6 of 10 unraked trees in the Lake burn unit. In the Lost Creek burn unit, no raked trees (5 total) had died compared to 3 of 5 unraked trees. Pre-fire basal litter and duff depths, post-fire scorch heights, and bark beetle activity were greater in dead trees than in live trees, and the authors reported that most dead trees had heavy surface fuel loadings near the tree.

Fowler and others (2010, 2007) designed a study specifically to examine the effectiveness of raking treatments on ponderosa pine mortality in northern Arizona in 2004. Trees were assigned one of four treatments in both burned and unburned units: (1) no removal (unraked), (2) rake forest floor 9 inches (23 cm) away from bole, (3) rake forest floor 3.3 ft (1 m) away from bole, and (4) blow forest floor 9 inches (23 cm) (with leaf blower) from bole. All forest floor material was removed to mineral soil within 30 days of fall prescribed burns. Study trees were ≥ 18.1 inches (46 cm) DBH and had at least one measure of litter and duff ≥ 5 inches (13 cm) deep within 9 inches (23 cm) of bole before treatment. There were no woody fuels greater than 3 inches (8 cm) diameter around the first 3.3 ft (1 m) of the tree and trees showed no evidence of bark beetles, fire scars, dwarf mistletoe, or broken tops.

Forest floor removal by either raking or blowing around tree bases was effective at preventing cambium kill on the bole, and no differences were found among the removal treatments. Seventeen percent of the unraked, burned trees had areas of dead cambium, but there was no difference in mortality between raked and unraked trees 3 years post-fire, as only 3 trees had died. Two of these were struck by lightning and the third, an unraked burned tree, was mass attacked by western pine beetle. This study demonstrates that removing duff and litter as little as 9 inches (23 cm) away from the bole is as effective as greater removal distances at preventing cambium kill during fire. While duff removal was effective at reducing cambium kill, it had no effect on tree mortality within 3 years post-fire. The authors recommended that duff removal efforts in northern Arizona be limited to large trees (>18 inches (46 cm) DBH) to prevent cambial kill or to protect high fire-risk trees, such as those with rotten fire scars, pitch seams, or large nearby stumps, as well as those growing in droughty microsites.

Hood and others (2007a) also studied the effectiveness of raking treatments on old ponderosa and Jeffrey pine tree mortality. The authors chose sites dominated by ponderosa and Jeffrey pine sites in northern California that had not burned in over 100 years (Taylor 2000). Three units (two burned and one unburned) were located on the Lassen National Forest (LNF) and two units (one burned and one unburned) were on Lassen Volcanic National Park (LVNP). Ponderosa and Jeffrey pine trees greater than 25 inches (63.5 cm) DBH with no sign of insect attack were chosen randomly throughout the units. One tree in each pair was then randomly selected for raking to mineral soil in the first approximate 2 ft (60 cm) around the tree base unless a fire scar was

present. In this case, the tree with the fire scar was designated for raking. Raked material was spread out away and around the tree so as not to form a mound (Figure 27). Trees were raked in the late summer/fall of 2003 on the LNF units and in the late summer/fall of 2004 on the LVNP unit. The LVNP burn unit was prescribed burned in June 2005. Both LNF burn units were prescribed burned in October 2005. Raked areas were cleared of any newly fallen material since the first raking just prior to burning.

Average time to rake the duff away from the tree bole was 16 minutes/person. A crew of two or three people could clear duff and shrubs in approximately 6 minutes/tree. The time required was dependent on the depth of litter and duff at the tree base ($p<0.0001$) and the amount of shrubs in the duff removal area ($p = 0.0001$) (Figure 28). The presence of shrubs increased the amount of time necessary to clear the area to mineral soil by up to 10 minutes/tree.



**Figure 27**. Crews raking ponderosa pine basal litter and duff prior to prescribed burning.




**Figure 28**. Predicted time and upper and lower confidence intervals (CI) for one person to rake duff and litter to mineral soil 2 ft (60 cm) away from ponderosa and Jeffrey pine tree boles when no shrubs are present in the removal area. $T_r$ is raking time; brush is percent circumference of the raked area occupied by shrubs; duff depth is average duff depth (cm) immediately adjacent to tree base. From Hood and others 2007a.

Duff mound consumption was almost 100 percent in both LNF burned units (Figure 29). On the LVNP burned unit, duff consumption around the sample trees was lower and much more variable, with a median of 45 to 70 percent consumed around the first 4 ft (1.2 m) of the tree bole (Figure 29). Average duff mound moisture at burn time for the LNF units was 24 percent compared to 101 percent for the LVNP unit.

Raking reduced the probability of red turpentine beetle attacks in the burned units. Though the number of trees attacked by western pine beetle or Jeffrey pine beetle was low, most of the attacked trees in the burned units had previously been heavily attacked by red turpentine beetle. This seems to indicate that burned trees with numerous red turpentine beetle attacks were susceptible to attacks by primary bark beetles. This finding was also reported by Bradley and Tueller (2001). It is unclear if the red turpentine beetles were attracted to the charring of the tree bole, the cambium injury, or both.

Raking decreased cambium injury by limiting heating at the base of the trees in the burned units. However, tree mortality was very low (13 of 380 trees; <4 percent) and there was no difference in tree mortality among the treatments 3 years post-fire (LNF units) and 4 years post-fire (LVNP units). Raking did not appear to significantly reduce tree mortality in the study, but the authors cautioned that additional mortality could still occur and that trees need to be assessed for a longer period. They concluded that the decision to rake should be based on the management objectives for large trees in the prescribed fire area, current bark beetle activity, amount of duff around the large trees, and duff moisture prior to burning.

Five-year post-raking tree growth as determined by basal area increment (BAI) was compared between raked, unburned trees and unraked, unburned trees on the LNF unburned site (Noonan-Wright and others, in review). No differences in 5-year BAI (1.32 inches$^2$ unraked, 1.30 inches$^2$ raked (8.5 cm$^2$ unraked, 8.4 cm$^2$ raked); $p = 0.871$) or tree age (265 years for unraked, 267 years for raked; $p = 0.525$) were found between treatments. This suggests that raking alone does not stress the trees enough to influence growth or mortality.

Injury to raked and unraked old western larch trees was compared after a low-intensity fall prescribed burn in western Montana (Michael Harrington, unpublished data). Basal duff was very deep on unraked trees, and




**Figure 29**. Average litter and duff consumption for unraked trees by study site. The Lassen National Forest (LNF) burned sites were combined for simplicity due to very similar results. LVNP= Lassen Volcanic National Park. Solid bars in boxes are median values and dots are 5th and 95th percentile outliers.

the fire consumed 100 percent of basal duff at 35 percent duff moisture content on all but one tree, with virtually no crown scorch. All unraked trees had some cambium kill, while raked trees had none. No tree mortality occurred within 5 years of burning. Large western larch have extremely thick bark, and cambium was killed primarily in bark fissures even though a significant portion of the bark was consumed. Also, western larch is not susceptible to any primary *Dendroctonus* beetles. These features, in addition to being deciduous, make western larch highly fire-resistant. This study suggests that removing deep basal duff around western larch trees may not be necessary prior to fall prescribed burning.

Longleaf pine trees with red-cockaded woodpecker (*Picoides borealis* (Vieillot)) cavities were raked to test the effectiveness of reducing tree mortality from fire at Eglin Air Force Base, FL (Williams and others 2006). Red-cockaded woodpecker colonies are typically in stands where fire has not been excluded, so basal duff accumulation is usually not a concern (K. Hiers, personal communication). Cavity trees have copious amounts of sap streaming down the bole, and the goal when burning is to not ignite the sap, which increases the probability of tree death. Therefore, treatments were designed to reduce fire intensity around cavity trees, not necessarily to reduce duff loadings. Trees received one of six treatments:

(1) clearing with hand tools and light raking,
(2) mechanical clearing only (performed with a DR® mower),
(3) mechanical clearing and light raking,
(4) mechanical clearing and raking to mineral soil,
(5) burning out from the tree base prior to the actual burn, and
(6) control (burn-only).

Light raking consisted of removing all vegetation and the litter layer with fire rakes while leaving the organic duff layer intact. Deep raking removed all vegetation, litter, and the duff layer down to mineral soil. Protection treatments were applied from the bole to the dripline, an average of 10 ft (3 m) from the base of the tree. Mortality was significantly lower for treated trees (2.70 percent) compared to the burn-only treatment (6.18 percent) 1 year after burning. Among the protection treatments, mortality was lowest (0.86 percent) for trees receiving treatment (1), hand clearing and light raking, and highest (4.46 percent) for those receiving treatment (3), mechanical treatment and light raking. However, there was no significant difference in mortality among the protection treatments (Figure 30). Treatment implementation times varied from a minimum of 30 minutes/tree on average for mechanical clearing only to a maximum of 65 minutes/tree for burning around the tree prior to the broadcast burn (Figure 30).

Light and deep raking around longleaf pine were compared at the Ordway Biological Station, FL (M. Varner, personal communication). Light raking consisted of only removing litter approximately 3.3 ft (1 m) out from the tree base 1 to 2 weeks prior to prescribed burning. Deep raking removed all material to mineral soil from the bole out to the dripline. Mortality was low for both treatments; however, the light rake was much easier and quicker to implement. The prescribed fire only singed the remaining duff around the lightly raked trees and caused very little bark char (Figure 31).

Kolb and others (2007) and Perrakis and Agee (2006) recommend raking 1 or 2 years before burning if fine roots are growing in the duff. This may offset the immediate loss of fine roots by raking before any further loss occurs from prescribed burning, and it may encourage new roots to grow in mineral soil rather than in the lower duff. Ponderosa and Jeffrey pine stands were burned 1 and 3 years after raking with little tree mortality within 3 years post-fire (Hood and others 2007a). However, Fowler and others (2010) and Laudenslayer and others (2008) raked duff within approximately 1 month of prescribed burning and very little mortality occurred. More research about the timing of raking to burning treatments is needed to determine if waiting to burn is necessary after raking.

Raking around old ponderosa pine trees is becoming a common practice in some areas of the Blue Mountains, OR. Managers there are advised to rake orange, smooth-barked, ponderosa pine greater than 21 inches (53 cm) DBH and duff greater than 5 to 6 inches (13 to 15 cm) deep (D. Scott, personal communication). Large-diameter, young trees do not produce the exfoliating bark scales like old trees and typically do not have deep duff accumulations at the base, thus raking these is not usually a concern. Recommendations include raking trees to mineral soil, about 3 ft (1 m) out from the boles, using care to not create a berm of raked material around the trees. More recent recommendations state that leaving a couple of inches of duff at the tree base is satisfactory if the majority of the material is removed. A resting period of 1 to 2 years between raking and burning is also advised (Scott 2002, 2005).

Leaf blowers are an alternative to removing duff accumulations around tree bases. Raking and blowing both clear litter and duff to mineral soil and produce no differences in treatment effects (Fowler and others 2010). Leaf blowers ease the task of material removal, disperse it more effectively, and often require less time to clear away the accumulated forest floor than raking, but shrubs in the duff mound area can reduce the leaf blower effectiveness




**Figure 30**. Comparison of protection effort requirement and percent mortality (for all trees) among five red-cockaded woodpecker cavity tree fire protection methods on Eglin Air Force Base, FL, 1 year post-fire. MC/DR = mechanical clearing/deep raking, HC/LR = hand clearing/light raking, MC/LR = mechanical clearing/light raking, MC/NR = mechanical clearing/no raking. Different letters above treatment bars indicate significant differences at the alpha ≤0.05 level. From Williams and others 2006.



**Figure 31**. Longleaf pine with light raking treatment (litter removed approximately 3.3 ft (1 m) away from bole) after a prescribed burn on the Ordway Biological Station, FL. The fire barely carried over the raked surface and consumed no duff. Photo by Morgan Varner.

(M. Harrington, personal communication). Two people are necessary to effectively use a leaf blower in areas of very deep duff. One person should first loosen the duff with a pitch fork, while a second person follows operating the blower (Figure 32).

Time required to rake duff away from trees increases with forest floor depth, heavy fuels, and shrubs (Figure 28). Though raking is intensive and potentially costly to implement, it is a one-time cost. Raking pre-settlement trees is not necessary in subsequent burns. Scott and Spiegel (2007) reported an average raking cost of $16 to $20/tree for ponderosa pines in the Blue Mountains of Oregon. Basal duff depth and time to walk between trees will also impact treatment costs.

Duff removal around large-diameter and/or old trees allows managers to burn under a wider range of duff moisture scenarios without concern that the duff removal treatment alone will cause tree death. This is important because of the difficulty in predicting duff consumption in duff mounds based on pre-fire duff moistures.

(a)



(b)



**Figure 32**. (a) Loosening basal duff with a pitchfork and (b) using a leaf blower to clear loosened litter and duff away from the tree base and to spread material out before a prescribed burn. Photos by Michael Harrington.

In areas of deep duff, where the potential for basal cambium injury is high, raking minimizes injury to the tree bole near groundline from long-term duff smoldering (Fowler and others 2010; Hood and others 2007a). By reducing the residence time of the fire, the chance of cambium injury is reduced. Most studies examined duff mounds raked to mineral soil; however, this degree of removal may not be necessary. Raking the majority of the duff, but not to mineral soil, will prevent long residence times, reduce potential injury to roots in the mineral soil, and reduce the time required to rake. However, the exception is where fire scars exist on large-diameter or old trees. These scarred trees typically ignite with any flame contact, so duff removal to mineral soil adjacent to the scar is important. Raking is a viable option when there is concern that burning will cause large-diameter, old ponderosa, Jeffrey, and longleaf pine mortality. The effect of season on raking is not known. Most researchers have raked basal litter and duff in the fall when fine root growth is less active to minimize injury to roots growing in the lower duff layers.

The following raking techniques are recommended to remove forest floor accumulations from the bases of trees based on the available literature and expert knowledge:

- Rake the majority of litter and duff away from the tree base. Raking litter only is not advisable in areas with low summer precipitation because the duff will dry significantly and ignite without litter. In the southeastern United States, raking only litter prior to burning will reduce potential for fire spread around raked trees, thereby reducing basal injury; however, it will not ameliorate duff accumulation. Raking to mineral soil is not necessary except around fire scars. For trees without fire scars, leaving 2 to 3 inches (5 to 8 cm) of duff is acceptable in the West, and leaving 1 to 2 inches (3 to 5 cm) of duff is acceptable in the South.
- Remove litter and duff at least 9 inches (23 cm) away from the tree base. Expand raking to 3 ft (1 m) if shallow supporting roots are present. It is not necessary to remove material all the way to the dripline.
- Take care to spread raked material away from the tree in order to not create a new fuel mound around the tree.
- Rake during the fall or winter when fine root growth is minimal.
- If possible, allow at least one growing season between raking and burning to encourage new fine root development in the mineral soil on sites with numerous fine roots growing in the lower duff.

**Snow well burning**—Snow wells are areas immediately adjacent to trees that are free of snow, while snow is still present farther away from the tree base. Snow wells are usually about the size of the width of the tree crown (sometimes larger on steeper slopes and south and west aspects) compared to areas outside the tree wells that usually have a foot or more of snow. Snow well burning in the early spring when temperatures are below 40 °F (4 °C) and lower duff moistures are greater than 100 percent can consume litter and upper duff layers while leaving the lower duff intact. This treatment has been tested in ponderosa pine stands in Idaho (Graham and Jain 2007). The required burning conditions in Idaho usually occur when snow is still present throughout the stand but when the forest floor around the tree bases is clear. However, duff moistures and temperatures during the burn are the key factors, not the presence of snow (T. Jain, personal communication). Snow well burning around old ponderosa pine has been successful at Ponderosa State Park, ID, since 1995 (R. Taplin, personal communication).

The primary objective of snow well burning is to gradually reduce duff depths in order to force fine roots growing in the lower duff layer to migrate back down into the mineral soil. The area can be broadcast burned once the amount of fine roots in the duff layer is reduced—usually 1 to 2 years after the snow well burn. To burn the well, ring the tree with fire (Figure 33). Flame lengths are typically 6 inches and burn for approximately 2 to 3 minutes before going out, depending on upper duff moisture (T. Jain, personal communication).



**Figure 33**. Snow well burning around ponderosa pine trees on the Boise Basin Experimental Forest, ID. Photo by Theresa Jain.

Old ponderosa pine trees in the Boise Basin Experimental Forest, ID, were burned using the snow well technique followed by broadcast burning. This area had not burned in 100+ years. An unpublished fire history study of the area estimated a historic FRI of 8 to 30 years (T. Jain, personal communication). The snow wells around selected trees were first burned in 2002, and half of these were burned a second time in 2004. Snow well burning reduced root concentrations in the duff layer compared to unburned control trees. The unit was then broadcast burned in the spring of 2005 (Graham and Jain 2007). To date, approximately 11 old trees in the 90-acre unit have died (approximately 3 percent) (T. Jain, personal communication). In these cases, tree death was due to bark beetles and ignited fire scars that burned out the center of the tree (Graham and Jain 2007). A comparison was not made between snow well treated trees and broadcast-burn-only trees.

At Ponderosa State Park, burns are conducted when the duff is very moist, so little duff is consumed beyond the first 6 inches (R. Taplin, personal communication). Trees with fire scars are either packed with snow or are raked to remove duff from the scar area but not from the whole tree base. Snow well burning in the park reduces duff around trees by approximately 3 to 6 inches (7.5 to 15 cm). More consumption occurs on trees with larger snow wells, trees on south and west aspects, and during spring seasons with longer drying periods. Fire scars on unraked trees often ignite but can be extinguished by packing available snow in the scar area. Duff around the trees continues to break down or decompose over the summer, possibly due to warmer temperature from the blackened surface, nutrient release, or some combination of the two. Sometimes another 6 or more inches (15 cm) of duff decomposes after the initial fire treatment. Multiple snow well burns have reduced duff accumulations around some large ponderosa pine trees in the state park from over 20 inches (51 cm) down to mineral soil. Old ponderosa pine trees with very deep basal duff accumulations usually require two snow well burning treatments before conducting a broadcast prescribed burn, during which the remaining duff is expected to be consumed. Snow well burning in Ponderosa State Park is also used as a precautionary treatment to increase the probability of old tree survival in the event of a wildfire.

Benefits of snow well burning are: (1) only a few people are needed to conduct the burn, (2) firelines and suppression activities are not necessary, and (3) fire fighter safety concerns are minimal. The main drawbacks are the short window of adequate environmental conditions and uncertainty about the level of duff consumption. At Ponderosa State Park, adequate conditions occur every spring for about 4 to 7 days (R. Taplin, personal communication). Burning snow wells to gradually reduce duff layers should be tested in other areas to determine the treatment's applicability outside of Idaho. For example, Haase and Sackett (1998) reported that for prescribed burns in giant sequoia-mixed-conifer forests, 100 percent of duff consumption usually occurs if fire can carry through surface litter, even if duff moisture exceeds 200 percent. The prescribed burns described by Haase and Sackett (1998) were not conducted to test snow well burning prescriptions. However, many of the burns were conducted under the high duff moisture conditions recommended for snow well burning, and high duff moisture slowed the combustion process, but did not stop it.

**Mixing**—Mixing the litter and duff layers around tree bases may increase decomposition rates by allowing moisture and heat to penetrate through the forest floor (Graham and Jain 2007). The goal of mixing is to speed decomposition and to train fine roots to grow into the mineral soil, while broadening the prescribed burning window. Once the presence of fine roots in the duff layer is reduced, usually 1 to 2 years after mixing, the area can be broadcast burned. To mix, a hoe is used to break up and aerate the forest floor layers around a tree base, but material is left in place (Figure 34). This treatment was tested in ponderosa pine stands in the Boise Basin Experimental Forest, ID, in conjunction with the snow well treatments previously described. Mixing was applied to selected trees in 2002. Half of those were mixed a second time in 2004, followed by a broadcast burn in spring 2005 (Graham and Jain 2007). Mixing required approximately



**Figure 34**. Mixing duff mounds around a ponderosa pine tree on the Boise Basin Experimental Forest, ID. Photo by Theresa Jain.

3 to 5 minutes/tree at the study site (T. Jain, personal communication) and reduced root concentrations in the duff layer compared to unburned control trees. Eleven old trees in the 90-acre unit have died (approximately 3 percent) in four growing seasons post-fire, due to fire scars igniting and bark beetles (Graham and Jain 2007; T. Jain, personal communication). A comparison between mixed trees and broadcast-burn-only trees was not made.

**Hand lining**—Digging a fireline, or lining, is commonly used around snags or large jackpots of fuel to prevent them from burning. However, lining around trees to prevent the forest floor from burning does not solve the problem of deep duff accumulations. Therefore, it is not recommended as a way to reduce large tree injury and mortality from prescribed burning.

**Foam**—Spraying fire-retardant foam is sometimes cited as a technique to reduce old tree mortality during prescribed fire (Arno and others 2008). It has more typically been applied to create temporary fire breaks during prescribed burns. The only known study to examine the effectiveness of this treatment in reducing cambium mortality was conducted by Ryan and Steele (1989) on leave trees during prescribed burns in mixed-conifer shelterwood harvests on the Priest River Experimental Forest, ID. Though foam statistically reduced cambium mortality, the difference in mortality rates between foam-treated, burned trees and untreated, burned trees was less than 6 percent. A key deficiency is that foam is only effective for a relatively short time after application, usually less than one hour depending on weather conditions (Schlobohm 1995). Therefore, timing between application and ignition is critical and may be logistically difficult (Ryan and Steele 1989). If spraying, foam should be applied on the duff mound around the tree, not on the bole. The problem of heavy duff accumulations is not abated by spraying foam around individual trees. It may only prevent fire from burning surface fuels around selected trees during the broadcast prescribed fire. Therefore, it is not recommended as a way to reduce large tree injury and mortality from prescribed burning.

**Water**—Water has been successfully used to extinguish smoldering duff at the base of trees in small stands of longleaf pine (Kush and others 2004). Copious amounts are required to stop smoldering—enough to thoroughly saturate the area surrounding the tree base, because once duff begins to smolder it can be extremely difficult to stop. Duff can still smolder, even when no smoke is visible. Therefore, this method requires intense monitoring after the burn to make sure enough water is applied and smoldering is extinguished. Another concern is that fire fighters must be within the burn perimeter shortly after ignition, which exposes them to heavy smoke and the potential of falling snags.

This treatment is extremely labor-intensive and is probably only applicable to small areas or around unique trees with good accessibility. For example, hundreds of gallons of water were applied around the Nation's largest western larch tree in Montana (http://www.americanforests.org/resources/bigtrees/index.php) prior to burning the stand in order to limit forest floor consumption (S. Hood, personal observation, 2003). Another example is old-growth longleaf pine stands. These are very rare, and efforts to increase tree survivorship during fire can be justified that are not feasible in other areas.

**Fire shelter wrap**—Fire shelters wrapped around the bases of old trees is another technique that has been proposed to reduce old tree mortality during prescribed fire (Arno and others 2008). However, no studies exist regarding the effectiveness of this treatment, and it is not recommended as an option for reducing old tree mortality. Fire shelter material is expensive and wrapping tree bases is time-intensive. This treatment could prevent bole heating during passage of surface flames, but that is not normally an issue for fire-adapted thick barked trees. Fire shelters would do nothing to prevent lower stem heating from smoldering ground fires unless all duff was cleared to ground level during shelter placement. Unless the shelter material was placed in contact with mineral soil, deep duff accumulations could still girdle the tree directly at the ground line. In deeply fissured trees, shelters can create air currents between the tree and shelter that cause fire columns to funnel up through the shelter. This may actually increase stem heating (M. Varner, personal communication).

**Mechanized equipment**—Mowers were tested around red-cockaded woodpecker cavity trees prior to burning as a protection treatment in Florida (Williams and others 2006; see *Raking* for additional detail). Red-cockaded woodpeckers typically are not found in long-unburned longleaf pine forests, and the trees in this study did not have much duff accumulation at the bases (K. Hiers, personal communication). The mowing treatment was intended to reduce fire intensity by reducing midstory oaks and other hardwoods around a specific cavity tree so that the sap on the tree bole would not ignite. Mowing alone does not mediate basal duff accumulations. Trees were mowed either using a DR® mower alone or in conjunction with a raking treatment. One year after burning, burn-only trees had higher mortality rates than those receiving a protection treatment. However, no difference in mortality was found among the different protection treatments (Figure 30).

The authors concluded that mowing alone was the most cost effective treatment. It took 30 minutes/tree on average, required fewer personnel, and was faster than other protection treatments; all of which reduced costs and allowed more trees to be treated prior to burning. Mowing in late autumn remained effective for 6 months. When mowing, it is important to avoid damage to the bole of trees with the mower head or to fine roots by setting the blade too low. Mowers are not appropriate for use in wetland areas or in areas inhabited by the flatwood salamander (*Ambystoma cingulatum* Cope) (Williams and others 2006). Mowing around cavity trees is now the preferred preparation treatment at Eglin Air Force Base, FL. Managers there prepare approximately 2000 red-cockaded woodpecker trees a year on the largest tract of longleaf pine in existence. Mowing to reduce fire intensity is an appropriate option in long-unburned stands if used in conjunction with other duff abatement treatments (for example, burning under high duff moisture, raking, or blowing).

Using dozers to remove fuels around tree bases is not recommended. This treatment is hard to apply without causing injury to roots growing near the soil surface and duff interface from the dozer blade. Dozers have caused extensive mortality around longleaf pine red-cockaded woodpecker cavity trees (D. Wade, personal communication).

### *Management Implications*

Management options included in this section provide background information, guidance, and precautions for prescribed burning areas with deep basal duff. Basal duff less than 2 inches (5 cm) deep in the southeastern United States (K. Hiers, personal communication) and less than 5 inches (13 cm) deep in the western United States at the base of mature trees are generally not considered hazardous. In these cases, prescribed burns can be conducted in accordance with locally accepted methods, objectives, and prescriptions.

Management options exist for areas with deep duff, but are limited. The provided decision key (Figure 35) highlights the best available treatment options based on project scale. Options are: (1) burning when the basal duff layer is very moist during the dormant season and (2) reducing basal duff around individual trees by physical removal. The available burning window is narrow for prescribed burning when basal duff is very moist. It is also much more difficult to predict actual duff consumption, making it harder to achieve burn objectives. More overstory tree mortality should be expected if no individual tree treatments are implemented before broadcast burning. All individual tree treatments are labor-intensive and require extra time to implement before broadcast burning. However, individual tree treatments widen the broadcast burn prescription window and can be completed years before broadcast burning. They should be considered additional tools in the manager's toolbox when concerns exist that standard prescribed burning techniques will not meet objectives.

Thinning from below, followed by activity fuel treatments, will also reduce competition and increase water and nutrient resources available to old trees. Mechanical thinning can quickly manipulate stand structures to more closely resemble historical stand conditions and to be more resilient to future disturbances.

These efforts must be couched in the larger perspective of the importance of maintaining and perpetuating old trees on the landscape and with the realization that no action will likely result in significant tree mortality in forests that historically burned frequently. Acceptable levels of old tree mortality will vary by location and species. Places where little mortality is acceptable will warrant more intensive treatments. The high value of old trees on certain landscapes, especially at historically significant and high-use recreation sites, and the length of time required to produce large and old trees merit strong consideration of using the unconventional burning and individual tree treatments previously described. Some may hesitate to use a novel strategy to reduce overstory tree mortality when reintroducing fire to long-unburned areas because of the increased treatment costs or logistical difficulties. But remember that an individual tree treatment need only occur once to initially reduce the deep duff layer, and then regularly scheduled maintenance burning can be conducted without supplemental treatment.

## Monitoring the Effects of Fire on Overstory Tree Mortality

Monitoring is fundamental to successful land management programs. Without monitoring and treatment documentation, it is extremely difficult to understand the relationship between treatments and subsequent effects. This understanding leads to adaptive management, under which treatments are continually refined to better achieve management objectives (Mayfield and Smith 2008). It is important to distinguish between a record of post-burn observations and a true monitoring program. Monitoring requires pre-fire and during-fire measurements in order to relate the pre-fire conditions and silvicultural treatment to post-fire outcomes. When the primary objective is to reduce overstory tree mortality, long-term monitoring is key, as mortality may not occur until several years post-fire.


FS-004245




**Figure 35**. Decision key of treatment options when reintroducing fire to long-unburned forests to reduce overstory tree mortality. Treatment options apply to forests that historically burned frequently. See text for detailed treatment descriptions.

This section is not a how-to guide to build and implement a monitoring program, and it does not describe the different sampling methods. Many such guides are available (Elzinga and others 1998; Lutes and others 2009; Lutes and others 2006; U.S. Department of the Interior, Fish and Wildlife Service 1999; U.S. Department of the Interior, National Park Service 2001). This section provides general information about appropriate monitoring timeframes and sampling techniques pertinent to the objective of limiting overstory tree mortality from prescribed burning in historically fire-frequent forest types.

### *What to Monitor?*

Pre-burn and post-burn fuel loadings, weather and moisture conditions at the time of burn, fire behavior, tree characteristics, post-burn tree injury, resident insect populations and post-burn attack densities, and tree status should be evaluated during monitoring sessions to determine if tree mortality related objectives are met. Without one of these pieces, the burn and subsequent fire effects on tree mortality cannot be accurately connected. The following variables should be documented to determine tree mortality from first-entry prescribed burns:

- Fuel loadings: pre- and post-fire duff depth at base of trees desired for retention
- Weather: temperature, relative humidity, windspeed, time since last precipitation
- Fuel moisture: percent litter, duff, and fine fuel moisture at base of trees desired for retention

- Fire behavior: flame length, rate of spread
- Tree characteristics: DBH, species, condition
- Tree injury: percent crown volume or length killed. Basal injury is also helpful if feasible to assess.
- Post-fire insect attacks: species, intensity of attacks (mass or stripped)
- Tree status: alive or dead

## How to Monitor?

Monitoring overstory mortality from fire where heavy duff accumulations exist calls for slightly different strategies than standard monitoring techniques. The specific trees of interest must be evaluated and monitored over time in order to know if objectives are being met. Fixed area tree plots are best, but often include few large or old trees because of generally wide spacing between these trees. Three options to resolve this issue in order to most efficiently collect data on the trees of interest are: (1) install more plots, (2) install larger area plots, and (3) monitor individual trees.

Installing more or larger plots will increase the likelihood of capturing a greater number of larger and/or older trees. Fixed area plots will most accurately describe forest stand conditions, as tree density and basal area of all size classes are assessed. To save time, apply appropriate break-point diameters and plot sizes to most effectively sample the trees of interest. For example, if an objective is to limit mortality of trees >20 inches (>50 cm) DBH to 10 percent, set a break-point diameter of 20 inches (50 cm) DBH and only sample trees larger than this in the largest plot. The plot size should include at least one tree of interest per plot. If this criterion is not met, the plot size should be increased. Data on smaller trees can be collected on a smaller plot nested inside the larger plot. This way data on all size classes are collected, but less time is spent collecting data on the smaller trees.

Alternatively, individual trees can be monitored. Tagging and tracking individual trees ensures that information on the trees of most interest is collected, and it is a good way to increase sample size of these trees. However, it does not provide data on forest structural conditions. A mix of fixed area plots supplemented with individual tree monitoring may often be the most efficient way to collect the most pertinent data related to the identified prescribed burn objectives.

Fuels data are most commonly collected using the planar intercept method (Brown 1974). Though appropriate for describing stand-level fuels, site-level fuel transects will not provide information about fuels near large or old trees. Measure duff depths and collect moisture samples near the base of the sample trees (identified during plot establishment) to best describe conditions affecting individual trees. Document where data was collected to help clarify stand-level versus individual tree-level effects.

## How Long to Monitor?

Mortality from low-intensity, high-severity prescribed burns may not occur until several years after the burn and is often from the secondary effect of bark beetle attacks (Swezy and Agee 1991). Most studies of post-fire mortality have reported less than 5 years of results (Table 5), but long-term studies show that significant mortality may go unreported if not monitored for longer periods. For example, after prescribed burning old ponderosa pine in Oregon, 75 percent of the trees died 2 to 4 years post-fire (J. Agee, personal communication) and 35 percent died 3 to 4 years post-fire (Agee and Perrakis 2008). Mortality in the spring burns had returned to the control unit levels 4 years post-fire. Mortality in the fall burns was still slightly elevated, but was steeply declining. In another study in Crater Lake National Park, most small-diameter and younger trees died within the first year after a prescribed fire, while the majority of larger and older ponderosa and sugar pine died between 4 and 8 years post-fire. Larger, older white fir died mostly 8 to 13 years after the fire (Agee 2003; Thomas and Agee 1986). Drought and bark beetles were thought to significantly influence long-term post-fire tree mortality; however, it was not possible to know the exact impact of these second order fire effects and fire-caused tree injury. Mortality of old ponderosa pines at the Chimney Spring study site in Arizona began approximately 1.5 years after an initial prescribed burn in a stand that was long-unburned. Twenty years after the initial burn and other subsequent burns, 39 percent of the old trees had died compared to 16 percent in the control (Sackett and others 1996). The researchers attributed the higher mortality to the heavy fuel consumption at the base of the trees during the initial burn.

The above examples highlight the importance of long-term monitoring to determine prescribed fire effects on overstory tree mortality. In these cases, the fact that the prescribed burn tree mortality exceeded objectives would have gone undetected had monitoring been conducted for only a few post-burn years.

So, how long should prescribed burns be monitored? The first evaluation should occur within 1 year of the prescribed fire to capture first order fire effects. The timing of subsequent evaluations to capture bark beetle attacks, delayed tree mortality, and other second order fire effects will vary by location and forest type. In general, 3-year and 5-year post-burn monitoring is recommended. Filip and others (2007) recommended monitoring for at least

5 years to determine post-fire delayed tree mortality. If mortality has not stabilized between the 3- and 5-year assessments, then monitoring should continue. Developing an appropriate monitoring schedule should be an adaptive management process, whereby monitoring programs are continually evaluated to determine if they are capturing the treatment effects of interest.

It was only by repeated monitoring and adaptive management that delayed tree mortality was observed in some burn units after prescribed burning at Grand Canyon National Park, AZ. One of the park management's prescribed burning objectives is to limit overstory tree mortality to 20 percent as measured 5 years post-fire (Kaufmann and Covington 2001). Selected prescribed burns in the park appeared to meet this objective, but Kaufmann and Covington (2001) advised longer-term monitoring due to sustained higher levels of pre-settlement tree mortality in burned areas compared to unburned areas.

## Knowledge Gaps

This synthesis reports the current state-of-knowledge for reintroducing fire into long-unburned forests while limiting overstory tree mortality. However, there are still many unknown answers to the multitude of managerial questions on this topic. A literature search for research on old or large-diameter tree mortality in fire-dependent U.S. forests yielded 41 studies on the topic (Table 5). A cursory review of the table shows how limited the research is on relating post-fire tree mortality to first order fire injuries, pre-fire fuel loading, and bark beetle attacks. Many of these studies had primary objectives other than overstory tree mortality; however, Table 5 makes clear the need for long-term studies that document pre-fire forest and fuel conditions, fire and silvicultural treatments, and post-fire effects.

Research provides managers with statistically tested, peer-reviewed results. In the absence of applicable research, the expertise of experienced managers is often the best resource for deciding what treatments work on the local level. As these managers retire or change positions, local monitoring programs become even more important for determining appropriate treatment actions. Monitoring programs help bridge the gap between scientific research, local experience, and operational land management programs, especially where little to no applicable research exists for a given topic or region.

Abundant room exists for more research on limiting overstory tree mortality from prescribed fire in long-unburned forests. Research topics include but are not limited to the following:

- Define the relationship of time-temperature profiles of soil heating to actual root mortality.
- Characterize deep duff moisture-of-extinction limits for all fire-dependent forests.
- Determine the feasibility and parameters of reducing only a portion of deep basal duff layers during prescribed burns in the western United States.
- Determine critical microsite characteristics and parameters that affect basal duff consumption and potential cambium injury for fire-dependent species and overstory size classes.
- Determine if season of raking or timing of raking to prescribed burning affects tree mortality.
- Correlate level of cambium injury to insect attack level.
- Determine the horizontal and vertical distribution and abundance of fine roots adjacent to the tree bole for a variety of sites and species.
- Conduct long-term studies on the effects of fire on old trees and other ecosystem components.

### *Climate Change*

Restoring fire to fire-adapted ecosystems is important even in the face of climate change. Expert consensus suggests that fire frequency will increase as temperatures rise. Therefore, improving ecosystem resilience to fire makes sense. Restoration efforts that increase forests' resistance to wildfire, insects, pathogens, and invasive species will also increase resilience to these stresses under a changing climate (Fulé 2008).

The future effects of climate change on fire-adapted forests are certainly open to conjecture. Tree mortality across the western United States has increased over the past 50 years, likely due to increased temperatures and subsequent drought stress associated with climate change (van Mantgem and others 2009). However, fire and other disturbances have shaped these forests for millennia. Forests that more closely resemble historical reference conditions seem most likely to survive increased fire intensities and frequencies (Fulé 2008). Therefore, carefully restoring fire to long-unburned forests that historically burned frequently will reduce accumulated fuel and duff, retain old trees, and perpetuate these fire-dependent forests.

## References


Abella, S. R. 2008. A unique old-growth ponderosa pine forest in northern Arizona. Journal of the Arizona-Nevada Academy of Science. 40: 1-11.

Abrams, M. D. 2006. Ecological and ecophysiological attributes and responses to fire in eastern oak forests. In: Fire in eastern oak forests: Delivering science to land managers: Proceedings of a conference; November 15-17, 2005; Columbus, OH: Ohio State University. Gen. Tech. Rep. GTR-NRS-P-1. U.S. Department of Agriculture, Forest Service, Northern Research Station: 74-89.

Agee, J. K. 1993. Fire ecology of Pacific Northwest forests. Island Press, Washington, DC. 493 p.

Agee, J. K. 2003. Monitoring postfire tree mortality in mixed-conifer forests of Crater Lake, Oregon, USA. Natural Areas Journal. 23: 114-120.

Agee, J. K.; Perrakis, D. D. B. 2008. Why burning brings beetles: Fire-bark beetle interactions. Joint Fire Science Program Final Report 05-2-1-92. College of Forest Resources, University of Washington, Seattle. 96 p.

Agee, J. K. 2009. Personal communication. Professor of Forest Ecology, University of Washington, Seattle, WA.

Allen, C. D.; Savage, M.; Falk, D. A.; Suckling, K. F.; Swetnam, T. W.; Schulke, T.; Stacey, P. B.; Morgan, P.; Hoffman, M.; Klingel, J. T. 2002. Ecological restoration of southwestern ponderosa pine ecosystems: A broad perspective. Ecological Applications. 12: 1418-1433.

Amman, G. D.; Ryan, K. C. 1991. Insect infestation of fire-injured trees in the Greater Yellowstone Area. Res. Note INT-398.U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT. 9 p.

Andersen, C. P.; Phillips, D. L.; Rygiewicz, P. T.; Storm, M. J. 2008. Fine root growth and mortality in different-aged ponderosa pine stands. Canadian Journal of Forest Research. 38: 1797-1806.

Apostol, D.; Sinclair, M. 2006. Restoring the Pacific Northwest: the art and science of ecological restoration in Cascadia. Island Press. 508 p.

Arno, S. F. 1980. Forest fire history in the Northern Rockies. Journal of Forestry. 78: 460-465.

Arno, S. F. 2000. Fire in western forest ecosystems. In: J. K. Brown; J. K. Smith, eds. Wildland fire in ecosystems: effects of fire on flora. Gen. Tech. Rep. RMRS-GTR-42-vol. 2. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ogden, UT: 97-120.

Arno, S. F.; Fiedler, C. E.; Arno, M. K. 2008. Giant pines and grassy glades: The historic ponderosa pine ecosystem, disappearing icon of the American West. Forest History Today. Spring: 12-19.

Arno, S. F.; Scott, J. H.; Hartwell, M. G. 1995. Age-class structure of old growth ponderosa pine/Douglas-fir stands and its relationship to fire history. Res. Pap. INT-RP-481. U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT. 25 p.

Arno, S. F.; Smith, H. Y.; Krebs, M. A. 1997. Old growth ponderosa pine and western larch stand structures: Influences of pre-1900 fires and fire exclusion. Res. Pap. INT-RP-495. U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT. 20 p.

Bailey, J. D.; Covington, W. W. 2002. Evaluating ponderosa pine regeneration rates following ecological restoration treatments in northern Arizona, USA. Forest Ecology and Management. 155: 271-278.

Baker, W. L.; Veblen, T. T.; Sherriff, R. L. 2007. Fire, fuels and restoration of ponderosa pine-Douglas fir forests in the Rocky Mountains, USA. Journal of Biogeography. 34: 251-269.

Battaglia, M. A.; Smith, F. W.; Shepperd, W. D. 2008. Can prescribed fire be used to maintain fuel treatment effectiveness over time in Black Hills ponderosa pine forests? Forest Ecology and Management. 256: 2029-2038.

Beaty, R. M.; Taylor, A. H. 2008. Fire history and the structure and dynamics of a mixed conifer forest landscape in the northern Sierra Nevada, Lake Tahoe Basin, California, USA. Forest Ecology and Management. 255: 707-719.

Bhuta, A. A. R.; Kennedy, L. M.; Copenheaver, C. A.; Sheridan, P. M.; Campbell, J. B. 2008. Boundary-line growth patterns to determine disturbance history of remnant longleaf pine (*Pinus palustris* P. Mill.) in mixed forests of southeastern Virginia. The Journal of the Torrey Botanical Society. 135: 516-529.

Bradley, T.; Tueller, P. 2001. Effects of fire on bark beetle presence on Jeffrey pine in the Lake Tahoe Basin. Forest Ecology and Management. 142: 205-214.

Bradshaw, L. S.; Deeming, J. E.; Burgan, R. E.; Cohen, J. D. 1984. The 1978 National Fire-Danger Rating System: Technical documentation. Gen. Tech. Rep. INT-169. U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station, Ogden, UT. 44 p.

Breece, C. R. 2006. Effects of prescribed fire on bark beetle activity and tree mortality in southwestern ponderosa pine forests. Thesis. Northern Arizona University, Flagstaff, USA. 65 p.

Breece, C. R.; Kolb, T. E.; Dickson, B. G.; McMillin, J. D.; Clancy, K. M. 2008. Prescribed fire effects on bark beetle activity and tree mortality in southwestern ponderosa pine forests. Forest Ecology and Management. 255: 119-128.

Brockway, D. G.; Lewis, C. E. 1997. Long-term effects of dormant-season prescribed fire on plant community diversity, structure and productivity in a longleaf pine wiregrass ecosystem. Forest Ecology and Management. 96: 167-183.

Brockway, D. G.; Outcalt, K. W.; Tomczak, D. J. 2004. Restoring longleaf pine forest ecosystems in the southern U.S. In: J. A. Stanturf; P. Madsen, eds. Restoration of boreal and temperate forests. CRC Press, Boca Raton, FL: 501-519.

Brockway, D. G.; Outcalt, K. W.; Tomczak, D. J.; Johnson, E. E. 2005. Restoration of longleaf pine ecosystems. Gen. Tech. Rep. SRS-83. U.S. Department of Agriculture, Forest Service, Southern Research Station, Asheville, NC. 34 p.

Brown, J.; Arno, S.; Barrett, S.; Menakis, J. 1994. Comparing the prescribed natural fire program with presettlement fires in the Selway-Bitterroot Wilderness. International Journal of Wildland Fire. 4: 157-168.

Brown, J. K. 1974. Handbook for inventorying downed woody material. Gen. Tech. Rep. INT-16. U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station, Odgen, UT. 24 p.

Brown, J. K.; Marsden, M. A.; Ryan, K. C.; Reinhardt, E. D. 1985. Predicting duff and woody fuel consumed by prescribed fire in the Northern Rocky Mountains. Res. Pap. INT-337., U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station, Ogden, UT. 23 p.

Burgess, D. M.; Methven, I. R. 1977. The historical interaction of fire, logging, and pine: A case study at Chalk River, Ontario. Information Report PS-X-66. Canadian Forest Service, Ottawa, Ontario. 10 p.

Burns, R. M.; Honkala, B. H. 1990. Silvics of North America: Volume 1: Conifers; Volume 2: Hardwoods. Agric. Handb. 654. U.S. Department of Agriculture, Forest Service, Washington, DC. 2 vol. 877 p.

Busse, M. D.; Hubbert, K. R.; Fiddler, G. O.; Shestak, C. J.; Powers, R. F. 2005. Lethal soil temperatures during burning of masticated forest residues. International Journal of Wildland Fire. 14: 267-276.

Byram, G. M. 1959. Combustion of forest fuels. In: K. P. Davis, ed. Forest fire: Control and use. McGraw Hill, New York: 61–89.

Campbell, J. W.; Hanula, J. L.; Outcalt, K. W. 2008. Effects of prescribed fire and other plant community restoration treatments on tree mortality, bark beetles, and other saproxylic Coleoptera of longleaf pine, *Pinus palustris* Mill., on the Coastal Plain of Alabama. Forest Ecology and Management. 254: 134-144.

Chapman, H. H. 1923. The causes and rate of decadence in stands of virgin longleaf pine. Lumber Trade Journal. 84: 1, 16-17.

Chapman, H. H. 1932. Is the longleaf type a climax? Ecology. 13: 328-334.

Choi, J.; Lorimer, C. G.; Vanderwerker, J. M. 2007. A simulation of the development and restoration of old-growth structural features in northern hardwoods. Forest Ecology and Management. 249: 204-220.

Christensen, N. L. 1981. Fire regimes in southeastern ecosystems. In: H. A. Mooney; T. M. Bonnicksen; N. L. Christensen; J. E. Lotan; W. A. Reiners, eds. Proceedings of the conference: Fire regimes and ecosystem properties. Gen. Tech. Rep. WO-26. U.S. Department of Agriculture, Forest Service: 112-136.

Clewell, A.; Aronson, J. 2008. Ecological restoration: principles, values, and structure of an emerging profession. Island Press. 230 p.

Cole, D. N.; Yung, L.; Zavaleta, E. S.; Aplet, G. H.; Chapin, F. S., III; Graber, D. M.; Higgs, E. S.; Hobbs, R. J.; Landres, P. B.; Millar, C. I.; Parsons, D. J.; Randall, J. M.; Stephenson, N. L.; Tonnessen, K. A.; White, P. S.; Woodley, S. 2008. Naturalness and beyond: Protected area stewardship in an era of global environmental change. The George Wright Forum. 25: 36-56.

Collins, B. M.; Stephens, S. L. 2007. Managing natural wildfires in Sierra Nevada wilderness areas. Frontiers in Ecology and the Environment. 5: 523-527.

Cooper, C. F. 1960. Changes in vegetation, structure, and growth of southwestern pine forests since white settlement. Ecological Monographs. 92: 39-47.

Covington, W. W.; Fulé, P. Z.; Moore, M. M.; Hart, S. C.; Kolb, T. E.; Mast, J. N.; Sackett, S. S.; Wagner, M. R. 1997. Restoring ecosystem health in ponderosa pine forests of the Southwest. Journal of Forestry. 95: 23-29.

Covington, W. W.; Moore, M. M. 1994. Southwestern ponderosa forest structure: Changes since Euro-American settlement. Journal of Forestry. 92: 39-47.

Covington, W. W.; Sackett, S. S. 1984. The effect of a prescribed burn in southwestern ponderosa pine on organic matter and nutrients in woody debris and forest floor. Forest Science. 30: 183-192.

Covington, W. W.; Sackett, S. S. 1992. Soil mineral nitrogen changes following prescribed burning in ponderosa pine. Forest Ecology and Management. 54: 175-191.

Curtis, J. D. 1964. Roots of ponderosa pine. Res. Pap. INT-9. U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station, Ogden, UT. 10 p.

DeBano, L. F.; Neary, D. G.; Ffolliott, P. F. 1998. Fire's effects on ecosystems. John Wiley & Sons, Inc., New York. 333 p.

Deeming, J. E.; Burgan, R. E.; Cohen, J. D. 1977. The National Fire-Danger Rating System-1978. Gen. Tech. Rep. INT-39. U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station, Ogden, UT. 63 p.

Dickinson, M. B.; Johnson, E. A. 2004. Temperature-dependent rate models of vascular cambium cell mortality. Canadian Journal of Forest Research. 34: 546-559.

Dieterich, J. H. 1979. Recovery potential of fire-damaged southwestern ponderosa pine. Research Note RM-379, U.S. Department of Agriculture, Forest Service, Fort Collins, CO. 8 p.

Dieterich, J. H. 1980. Chimney Spring forest fire history. Res. Pap. RM-220. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 8 p.

Dodge, M. 1974. Forest fuel accumulation—a growing problem. Science. 177: 139-142.

Drobyshev, I.; Goebel, P. C.; Hix, D. M.; Corace, R. G., III; Semko-Duncan, M. E. 2008a. Interactions among forest composition, structure, fuel loadings and fire history: A case study of red pine-dominated forests of Seney National Wildlife Refuge, Upper Michigan. Forest Ecology and Management. 256: 1723-1733.

Drobyshev, I.; Goebel, P. C.; Hix, D. M.; Corace, R. G.; Semko-Duncan, M. E. 2008b. Pre- and post-European settlement fire history of red pine dominated forest ecosystems of Seney National Wildlife Refuge, Upper Michigan. Canadian Journal of Forest Research. 38: 2497-2514.

Dumm, G. 2003. Fire effects on fine roots and ectomycorrhizae of ponderosa pine and Douglas-fir following a prescribed burn in a central Idaho forest. M.S. Thesis. University of Idaho, Moscow, USA. 89 p.

Egan, D. 2007. The conservation and restoration of old growth in frequent-fire forests of the American West. Ecology and Society. 12: 171.

Elzinga, C. L.; Salzer, D. W.; Willoughby, J. W. 1998. Measuring and monitoring plant populations. Technical Reference 1730-1. U.S. Department of the Interior, Bureau of Land Management National Business Center, Denver, CO. 492 p.

Engstrom, F. B.; Mann, D. H. 1991. Fire ecology of red pine (*Pinus resinosa*) in northern Vermont, U.S.A. Canadian Journal of Forest Research. 21: 882-889.

Everett, R. G. 2008. Dendrochronology-based fire history of mixed-conifer forests in the San Jacinto Mountains, California. Forest Ecology and Management. 256: 1805-1814.

Fajardo, A.; Graham, J. M.; Goodburn, J. M.; Fiedler, C. E. 2007. Ten-year responses of ponderosa pine growth, vigor, and recruitment to restoration treatments in the Bitterroot Mountains, Montana, USA. Forest Ecology and Management. 243: 50-60.

Feeney, S. R.; Kolb, T. E.; Covington, W. W.; Wagner, M. R. 1998. Influence of thinning and burning restoration treatments on presettlement ponderosa pines at the Gus Pearson Natural Area. Canadian Journal of Forest Research. 28: 1295-1306.

Ferguson, E. R. 1955. Fire-scorched trees—will they live or die? In: A. B. Crow, ed. Modern forest fire management in the south. Proceedings of the fourth annual forestry symposium. Louisiana State University, Baton Rouge, LA: 102-113.

Ferguson, E. R.; Gibbs, C. B.; Thatcher, R. C. 1960. "Cool" burns and pine mortality. Fire Control Notes. 21: 27-29.

Ferguson, S. A.; Ruthford, J. E.; McKay, S. J.; Wright, D.; Wright, C.; Ottmar, R. 2002. Measuring moisture dynamics to predict fire severity in longleaf pine forests. International Journal of Wildland Fire. 11: 267-279.

Fettig, C. J.; Borys, R. R.; McKelvey, S. R.; Dabney, C. P. 2008. Blacks Mountain Experimental Forest: Bark beetle responses to differences in forest structure and the application of prescribed fire in interior ponderosa pine. Canadian Journal of Forest Research. 38: 924-935.

Fiedler, C. E.; Friederici, P.; Petruncio, M.; Denton, C.; Hacker, W. D. 2007. Managing for old growth in frequent-fire landscapes. Ecology and Society. 12: 20.

Filip, G. M.; Schmitt, C. L.; Scott, D. W.; Fitzgerald, S. A. 2007. Understanding and defining mortality in western conifer forests. Western Journal of Applied Forestry. 22: 105-115.

Fonda, R. W.; Varner, J. M. 2004. Burning characteristics of cones from eight pine species. Northwest Science. 78: 322-333.

Fosberg, M. A. 1977. Heat and water transport properties in conifer humus and humus. Res. Pap. RM-195. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experimental Station, Fort Collins, CO. 10 p.

Fowler, J. F.; Sieg, C. H. 2004. Postfire mortality of ponderosa pine and Douglas-fir: A review of methods to predict tree death. Gen. Tech. Rep. RMRS-GTR-132. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 25 p.

Fowler, J. F.; Sieg, C. H.; Wadleigh, L.; Haase, S. M. 2007. Effectiveness of litter removal in preventing mortality of yellow barked ponderosa pine in northern Arizona. JFSP Final Report 04-2-1-112. http://www.firescience.gov/projects/04-2-1-112/project/04-2-1-112_final_report.pdf [Assessed July 9, 2009]. 25 p.

Fowler, J. F.; Seig, C. H.; Wadleigh, L.; Haase, S. M. 2010. Effectiveness of litter removal to prevent cambial kill-caused mortality in northern Arizona ponderosa pine. Forest Science. 56: 166-171.

Frandsen, W. H. 1987. The influence of moisture and mineral soil on the combustion limits of smoldering forest duff. Canadian Journal of Forest Research. 17: 1540-1544.

Frandsen, W. H. 1997. Ignition probability of organic soils. Canadian Journal of Forest Research. 27: 1471-1477.

Frandsen, W. H.; Ryan, K. C. 1986. Soil moisture reduces belowground heat flux and soil temperatures under a burning fuel pile. Canadian Journal of Forest Research. 16: 244-248.

Friederici, P. 2003. Ecological restoration of southwestern ponderosa pine forests. Island Press. 584 p.

Frost, C. C. 1993. Four centuries of changing landscape patterns in the longleaf pine ecosystem. In: S. M. Hermann, ed. The longleaf pine ecosystem: Ecology, restoration, and management; proceedings of the 18th Tall Timbers fire ecology conference. Tall Timbers Research Station, Tallahassee, FL: 17-43.

Fulé, P. Z. 2008. Does it make sense to restore wildland fire in changing climate? Restoration Ecology. 16: 526-531.

Fulé, P. Z.; Covington, W. W.; Smith, H. B.; Springer, J. D.; Heinlein, T. A.; Huisinga, K. D.; Moore, M. M. 2002a. Comparing ecological restoration alternatives: Grand Canyon, Arizona. Forest Ecology and Management. 170: 19-41.

Fulé, P. Z.; Heinlein, T. A.; Covington, W. W.; Moore, M. M. 2003. Assessing fire regimes on Grand Canyon landscapes with fire-scar and fire-record data. International Journal of Wildland Fire. 12: 129-145.

Fulé, P. Z.; Laughlin, D. C. 2007. Wildland fire effects on forest structure over an altitudinal gradient, Grand Canyon National Park, USA. Journal of Applied Ecology. 44: 136-146.

Fulé, P. Z.; Laughlin, D. C.; Covington, W. W. 2005. Pine-oak forest dynamics five years after ecological restoration treatments, Arizona, USA. Forest Ecology and Management. 218: 129-145.

Fulé, P. Z.; Roccaforte, J. P.; Covington, W. W. 2007. Posttreatment tree mortality after forest ecological restoration, Arizona, United States. Environmental Management. 40: 623-634.

Fulé, P. Z.; Verkamp, G.; Waltz, A. E. M.; Covington, W. W. 2002b. Burning under old-growth ponderosa pines on lava soils. Fire Management Today. 62: 47-49.

Furniss, M. M. 1965. Susceptibility of fire-injured Douglas-fir to bark beetle attack in southern Idaho. Journal of Forestry. 63: 8-14.

Ganz, D. J.; Dahlsten, D. L.; Shea, P. J. 2003. The post-burning response of bark beetles to prescribed burning treatments. In: Fire, fuel treatments, and ecological restoration: conference proceedings, April 16-18, 2002. RMRS-P-29: 143-158.

Gill, A. M. 1974. Toward an understanding of fire-scar formation: Field observation and laboratory simulation. Forest Science. 20: 198-205.

Gilliam, F. S.; Platt, W. J. 1999. Effects of long-term fire exclusion on tree species composition and stand structure in an old-growth *Pinus palustris* (Longleaf pine) forest. Plant Ecology. 140: 15-26.

Glitzenstein, J. S.; Streng, D. R.; Wade, D. D. 2003. Fire frequency effects on longleaf pine (*Pinus palustris* P. Miller) vegetation in South Carolina and northeast Florida, USA. Natural Areas Journal. 23: 22-37.

Gordon, D. R.; Varner, J. M., III. 2002. Old growth longleaf pine restoration and management. Final Report to Eglin Air Force Base Jackson Guard, Niceville, FL. Award No. DAMD17-01-2-0052. The Nature Conservancy, Altamonte Springs, FL. 33 p.

Graham, R. T.; Jain, T. B. 2007. Stand and fuel treatments for restoring old-growth ponderosa pine forests in the Interior West. Joint Fire Science Program Final Report. Project 00-2-19. 19 p.

Greene, T. A.; Shilling, C. L. 1987. Predicting girdling probability for pine and hardwood species in low-intensity backfires. Forest Science. 33: 1010-1021.

Grier, C. C.; Vogt, K. A.; Keyes, M. R.; Edmonds, R. L. 1981. Biomass distribution and above- and below-ground production in young and mature *Abies amabilis* zone ecosystems of the Washington Cascades. Canadian Journal of Forest Research. 11: 155-167.

Gutsell, S. L.; Johnson, E. A. 1996. How fire scars are formed: Coupling a disturbance process to its ecological effect. Canadian Journal of Forest Research. 26: 166-174.

Guyette, R. P.; Stambaugh, M. C. 2004. Post-oak fire scars as a function of diameter, growth, and tree age. Forest Ecology and Management. 198: 183-192.

Haase, S. M.; Sackett, S. S. 1998. Effects of prescribed fire in giant sequoia-mixed conifer stands in Sequoia and Kings Canyon National Parks. In: T. L. Pruden; L. A. Brennan, eds. Fire in ecosystem management: Shifting the paradigm from suppression to prescription; proceedings of the 20th Tall Timbers fire ecology conference. Tall Timbers Research Station, Tallahassee, FL: 236-243.

Habeck, R. J. 1992. *Sequoiadendron giganteum*. In: Fire Effects Information System, [Online]. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fire Sciences Laboratory (Producer). Available: http://www.fs.fed.us/database/feis/ [2009, May 22].

Hall, S. A.; Burke, I. C.; Hobbs, N. T. 2006. Litter and dead wood dynamics in ponderosa pine forests along a 160-year chronosequence. Ecological Applications. 16: 2344-2355.

Hann, W. J.; Jones, J. L.; Karl, M. G.; Hessburg, P. F.; Keane, R. E.; Long, D. G.; Menakis, J. P.; McNicoll, C. H.; Leonard, S. G.; Gravenmier, R. A.; Smith, B. G. 1997. Landscape dynamics of the basin. In: T. M. Quigley; S. J. Arbelbide, eds. An assessment of ecosystem components in the Interior Columbia Basin and portions of the Klamath and Great Basins: Volume II. PNW-GTR-405. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Portland, OR: 337-1055.

Hanula, J. L.; Meeker, J. R.; Miller, D. R.; Barnard, E. L. 2002. Association of wildfire with tree health and numbers of pine bark beetles, reproduction weevils and their associates in Florida. Forest Ecology and Management. 170: 233-247.

Hare, R. C. 1965. Contribution of bark to fire resistance. Journal of Forestry. 63: 248-251.

Harmon, M. E. 1984. Survival of trees after low-intensity surface fires in Great Smoky Mountains National Park. Ecology. 65: 796-802.

Harrington, M. G. 1987. Predicting reduction of natural fuels by prescribed burning under ponderosa pine in southwestern Arizona. Res. Note RM-472. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 4 p.

Harrington, M. G. 1993. Predicting *Pinus ponderosa* mortality from dormant season and growing season fire injury. International Journal of Wildland Fire. 3: 65-72.

Harrington, M. G.; Sackett, S. S. 1990. Using fire as a management tool in southwestern ponderosa pine. In: J. S. Krammes, ed. Effects of fire management of southwestern natural resources. Gen. Tech. Rep. RM-191. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO: 122-133.

Harrington, M. G. 2009. Personal communication. Research Forester, U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fire, Fuels, and Smoke Program, Missoula, MT.

Hartford, R. A. 1989. Smoldering combustion limits in peat as influenced by moisture, mineral content, and organic bulk density. In: D. C. MacIver; H. Auld; R. Whitewood, eds. Proceedings, 10th conference on fire and forest meteorology; 1989 April 17-21; Ottawa, Canada. Forestry Canada, Ottawa, Canada: 282-286.

Hartford, R. A.; Frandsen, W. H. 1992. When it's hot, it's hot—or maybe it's not! (Surface flaming may not portend extensive soil heating). International Journal of Wildland Fire. 2: 139-144.

Hauser, A. S. 2008. *Pinus resinosa*. In: Fire Effects Information System, [Online]. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fire Sciences Laboratory (Producer). Available: http://www.fs.fed.us/database/feis/ [2008, October 29].

Hengst, G. E.; Dawson, J. O. 1994. Bark properties and fire resistance of selected tree species from the central hardwood region of North America. Canadian Journal of Forest Research. 24: 688-696.

Henning, S. J.; Dickmann, D. I. 1996. Vegetative responses to prescribed burning in a mature red pine stand. Northern Journal of Applied Forestry. 13: 140-146.

Heyward, F.; Barnette, R. M. 1936. Field characteristics and partial chemical analyses of the humus layer of longleaf pine forest soils. Tech. Bull. 302. University of Florida Agricultural Experimental Station, Gainesville, FL. 27 p.

Hiers, J. K. 2009. Personal communication. Prescribed Fire Program Manager, Natural Resource Section, Jackson Guard, Eglin Air Force Base, Niceville, FL.

Hille, M.; den Ouden, J. 2005. Fuel load, humus consumption and humus moisture dynamics in Central European Scots pine stands. International Journal of Wildland Fire. 14: 153-159.

Hille, M. G.; Stephens, S. L. 2005. Mixed conifer forest duff consumption during prescribed fires: tree crown impacts. Forest Science. 51: 417-424.

Holden, Z. A.; Morgan, P.; Rollins, M. G.; Kavanagh, K. 2007. Effects of multiple wildland fires on ponderosa pine stand structure in two southwestern wilderness areas, USA. Fire Ecology. 3: 18-33.

Hood, S. M.; Bentz, B. 2007. Predicting post-fire Douglas-fir beetle attacks and tree mortality in the Northern Rocky Mountains. Canadian Journal of Forest Research. 37: 1058-1069.

Hood, S. M.; Bentz, B.; Gibson, K.; Ryan, K. C.; DeNitto, G. 2007b. Assessing post-fire Douglas-fir mortality and Douglas-fir beetle attacks in the northern Rocky Mountains. Gen. Tech. Rep. RMRS-GTR-199 Supplement. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 18 p.

Hood, S.; Reardon, J.; Smith, S.; Cluck, D. 2007a. Prescribed burning to protect large diameter pine trees from wildfire—Can we do it without killing the trees we're trying to save? JFSP Final Report 03-3-2-04. 33 p.

Hood, S. M.; Smith, S. L.; Cluck, D. R. 2007c. Delayed tree mortality following fire in northern California. In: R. F. Powers, ed. Restoring fire-adapted ecosystems: Proceedings of the 2005 national silviculture workshop; 6-10 June 2005; Tahoe City, CA. Gen. Tech. Rep. PSW-GTR-203. U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station, Albany, CA: 261-283.

Hood, S. M.; Cluck, D. R.; Smith, S. L.; Ryan, K. C. 2008. Using bark char codes to predict post-fire cambium mortality. Fire Ecology. 4: 57-73.

Howard, J. L. 2003. *Pinus ponderosa* var. *scopulorum*. In: Fire Effects Information System, [Online]. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fire Sciences Laboratory (Producer): Available: http://www.fs.fed.us/database/feis/ [2009, May 22].

Hungerford, R. D.; Frandsen, W. H.; Ryan, K. C. 1995. Ignition and burning characteristics of organic soils. In: S. I. Cerulean; R. T. Engstrom, eds. Fire in wetlands: A management perspective; proceedings of the 19th Tall Timbers fire ecology conference. Tall Timbers Research Station, Tallahassee, FL: 78-91.

Hungerford, R. D.; Ryan, K. C.; Reardon, J. J. 1994. Duff consumption: New insights from laboratory burning. In: Proceedings of the 12th international conference on fire and forest meteorology; October 26-28, 1993; Jekyll Island, GA. Bethesda, MD: Society of American Foresters: 472-476.

Hutchinson, T. F.; Long, R. P.; Ford, R. D.; Kennedy Sutherland, E. 2008. Fire history and the establishment of oaks and maples in second-growth forests. Canadian Journal of Forest Research. 38: 1184-1198.

Jain, T. B.; Graham, R. T. 2004. Restoring dry and moist forests of the inland northwestern U.S. In: J. A. Stanturf; P. Madsen, eds. Restoration of boreal and temperate forests. CRC Press, Boca Raton, FL: 463-480.

Jain, T. 2009. Personal communication. Research Forester, U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Forest and Woodland Ecosystems Program, Moscow, ID.

Jenkins, M. J. 2005. Unit 5: Fuel moisture. Retrieved June 18, 2009, from Free Online Course Materials—USU OpenCourseWare Web site: http://ocw.usu.edu/Forest__Range__and_Wildlife_Sciences/Wildland_Fire_Management_and_Planning/Unit_5__Fuel_Moisture_8.html.

Jenkins, M. J.; Hebertson, E.; Page, W.; Jorgensen, W. P. 2008. Bark beetles, fuels, fires and implications for forest management in the Intermountain West. Forest Ecology and Management. 254: 16-34.

Jerman, J. L.; Gould, P. J.; Fulé, P. Z. 2004. Slash compression treatment reduced tree mortality from prescribed fire in southwestern ponderosa pine. Western Journal of Applied Forestry. 19: 149-153.

Jones, J. L.; Webb, B. W.; Butler, B. W.; Dickinson, M. B.; Jimenez, D.; Reardon, J.; Bova, A. S. 2006. Prediction and measurement of thermally induced cambial tissue necrosis in tree stems. International Journal of Wildland Fire. 15: 3-17.

Jones, J. L.; Webb, B. W.; Jimenez, D. M.; Reardon, J.; Butler, B. 2004. Development of an advanced one-dimensional stem heating model for application in surface fires. Canadian Journal of Forest Research. 34: 20-30.

Kalabokidis, K. D. 1992. Prescribed burning in uneven-aged stand management of ponderosa pine/Douglas-fir forests. Journal of Environmental Management. 34: 221-235.

Kauffman, J. B.; Martin, R. E. 1989. Fire behavior, fuel consumption, and forest-floor changes following prescribed understory fires in Sierra Nevada mixed conifer forests. Canadian Journal of Forest Research. 19: 455-462.

Kaufmann, G. A.; Covington, W. W. 2001. Effect of prescribed burning on mortality of presettlement ponderosa pines in Grand Canyon National Park. In: R. K. Vance; C. B. Edminster; W. W. Covington; J. A. Blake, eds. Ponderosa pine ecosystems restoration and conservation: steps toward stewardship: conference proceedings; 2000 April 25-27; Flagstaff, AZ. Proceedings RMRS-P-22. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO: 36-42.

Kaufmann, M. R.; Binkley, D.; Fulé, P. Z.; Johnson, M.; Stephens, S.; Swetnam, T. W. 2007. Defining old growth for fire-adapted forests of the western United States. Ecology and Society. 12: 15 pages.

Kaufmann, M. R.; Ryan, M. G. 1986. Physiographic, stand, and environmental effects on individual tree growth and growth efficiency in subalpine forests. Tree Physiology. 2: 47-59.

Kaufmann, M. R.; Ryan, K. C.; Fulé, P. Z.; Romme, W. H. 2004. Restoration of ponderosa pine forests in the interior western U.S. after logging, grazing, and fire suppression. In: J. A. Stanturf; P. Madsen, Editors. Restoration of boreal and temperate forests. CRC Press, Boca Raton, FL: 481-500.

Keane, R. E.; Arno, S.; Dickinson, L. J. 2006. The complexity of managing fire-dependent ecosystems in wilderness: relict ponderosa pine in the Bob Marshall Wilderness. Ecological Restoration. 24: 71-78.

Keetch, J. J.; Byram, G. M. 1968. A drought index for forest fire control. Res. Pap. SE-38. U.S. Department of Agriculture, Forest Service, Southeastern Forest Experiment Station, Asheville, NC. 35 p.

Keyser, T. L.; Smith, F. W.; Lentile, L. B.; Shepperd, W. D. 2006. Modeling postfire mortality of ponderosa pine following a mixed-severity wildfire in the Black Hills: The role of tree morphology and direct fire effects. Forest Science. 52: 530-539.

Kilgore, B. M. 1972. Fire's role in a sequoia forest. Naturalist. 23: 26-37.

Kilgore, B. M.; Taylor, D. 1979. Fire history of a sequoia-mixed conifer forest. Ecology. 60: 129-142.

Knapp, E. E.; Keeley, J. E.; Ballenger, E. A.; Brennan, T. J. 2005. Fuel reduction and coarse woody debris dynamics with early season and late season prescribed fire in a Sierra Nevada mixed conifer forest. Forest Ecology and Management. 208: 383-397.

Knebel, L.; Wentworth, T. R. 2007. Influence of fire and southern pine beetle on pine-dominated forests in the Linville Gorge Wilderness, North Carolina. Castanea. 72: 214-225.

Kobziar, L.; Moghaddas, J. J.; Stephens, S. 2006. Tree mortality patterns following prescribed fire in a mixed conifer forest. Canadian Journal of Forest Research. 36: 3222-3238.

Kolb, T. E.; Agee, J. K.; Fulé, P. Z.; McDowell, N. G.; Pearson, K.; Sala, A.; Waring, R. H. 2007. Perpetuating old ponderosa pine. Forest Ecology and Management. 249: 141-157.

Kolb, T. E.; Fulé, P. Z.; Wagner, M. R.; Covington, W. W. 2001. Six-year changes in mortality and crown condition of old-growth ponderosa pines in ecological restoration treatments at the G. A. Pearson Natural Area. In: R. K. Vance; C. B. Edminster; W. W. Covington; J. A. Blake, eds. Proceedings of a conference on ponderosa pine ecosystems restoration and conservation: steps toward stewardship. USDA For. Serv. Proc. RMRS-P-22: 61-66.

Kush, J. S.; Meldahl, R. S.; Avery, C. 2004. A restoration success: Longleaf pine seedlings established in a fire-suppressed old-growth stand. Ecological Restoration. 22: 6-10.

Lambert, S.; Stohlgren, T. J. 1988. Giant sequoia mortality in burned and unburned stands. Journal of Forestry. 86(2): 44-46.

Landers, J. L.; Van Lear, D. H.; Boyer, W. D. 1995. The longleaf pine forests of the southeast: Requiem or renaissance? Journal of Forestry. 93: 39-44.

Latham, P.; Tappeiner, J. 2002. Response of old-growth conifers to reduction in stand density in western Oregon forests. Tree Physiology. 22: 137-146.

Laudenslayer, W. F.; Steger, G. N.; Arnold, J. 2008. Survivorship of raked and unraked trees through prescribed fires in conifer forests in northeastern California. In: M. G. Narog, ed. Proceedings of the 2002 fire conference: Managing fire and fuels in the remaining wildlands and open spaces of the Southwestern United States. Gen. Tech. Rep. PSW-GTR-189. U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station, Albany, CA.

Lentile, L. B.; Smith, F. W.; Shepperd, W. D. 2005. Patch structure, fire-scar formation, and tree regeneration in a large mixed-severity fire in the South Dakota Black Hills, USA. Canadian Journal of Forest Research. 35: 2875-2885.

Lombardero, M. J.; Ayres, M. P.; Ayres, B. D. 2006. Effects of fire and mechanical wounding on *Pinus resinosa* resin defenses, beetle attacks, and pathogens. Forest Ecology and Management. 225: 349-358.

Loomis, R. M. 1973. Estimating fire-caused mortality and injury in oak-hickory forests. Res. Pap. NC-94, U.S. Department of Agriculture, Forest Service, North Central Forest Experiment Station. 6 p.

Lutes, D. C.; Benson, N. C.; Keifer, M.; Caratti, J. F.; Streetman, S. A. 2009. FFI: A software tool for ecological monitoring. International Journal of Wildland Fire. 18: 310-314.

Lutes, D. C.; Keane, R. E.; Caratti, J. F.; Key, C. H.; Benson, N. C.; Sutherland, S.; Gangi, L. J. 2006. FIREMON: The fire effects monitoring and inventory system. Gen. Tech. Rep. RMRS-GTR-164-CD. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 1 CD.

Lutz, J. A.; van Wagtendonk, J. W.; Franklin, J. F. 2009. Twentieth-century decline of large-diameter trees in Yosemite National Park, California, USA. Forest Ecology and Management. 257: 2296-2307.

Maki, T. E. 1952. Local longleaf pine seed years. Journal of Forestry. 50: 321-322.

Maloney, P. E.; Smith, T. F.; Jensen, C. E.; Innes, J.; Rizzo, D. M.; North, M. P. 2008. Initial tree mortality and insect and pathogen response to fire and thinning restoration treatments in an old-growth mixed-conifer forest of the Sierra Nevada, California. Canadian Journal of Forest Research. 38: 3011-3020.

Martin, R. E. 1963. Thermal properties of bark. Forest Products Journal. 13: 419-426.

Mast, J. N.; Fulé, P. Z.; Moore, M. M.; Covington, W. W.; Waltz, A. E. M. 1999. Restoration of presettlement age structure of an Arizona ponderosa pine forest. Ecological Applications. 9: 228-239.

Mayfield, C.; Smith, T. 2008. Adaptive forest management. Encyclopedia ID: p1286. In: Forest Encyclopedia Network, [Online]. Available: http://www.forestencyclopedia.net/p/p2/p1137/p1267/p1286 [2009, August 11].

McCulley, R. D. 1950. Management of natural slash pine stands in the flatwoods of south Georgia and north Florida. Circular No. 845. U.S. Department of Agriculture Washington, DC. 57 p.

McDowell, N.; Brooks, J. R.; Fitzgerald, S. A.; Bond, B. J. 2003. Carbon isotope discrimination and growth response of old *Pinus ponderosa* trees to stand density reductions. Plant, Cell & Environment. 26: 631-644.

McHugh, C.; Kolb, T. E. 2003. Ponderosa pine mortality following fire in northern Arizona. International Journal of Wildland Fire. 12: 7-22.

McHugh, C.; Kolb, T. E.; Wilson, J. L. 2003. Bark beetle attacks on ponderosa pine following fire in northern Arizona. Environmental Entomology. 32: 510-522.

McMahon, C. K.; Wade, D. D.; Tsoukalas, S. N. 1980. Combustion characteristics and emissions from burning organic soils. In: Proceedings of the 73rd annual meeting of the Air Pollution Control Association; 22-27 June 1980; Montreal, Quebec. Air Pollution Control Association, Pittsburgh, PA: 1-16.

McNeil, R. C.; Zobel, D. B. 1980. Vegetation and fire history of a ponderosa pine-white fir forest in Crater Lake National Park. Northwest Science. 54: 30-46.

Menges, E. S.; Deyrup, M. A. 2001. Postfire survival in south Florida slash pine: Interacting effects of fire intensity, fire season, vegetation, burn size, and bark beetles. International Journal of Wildland Fire. 10: 53-63.

Methven, I. R. 1971. Prescribed fire, crown scorch and mortality: Field and laboratory studies on red and white pine. Information Report PS-X-31. Department of the Environment, Canadian Forestry Service, Petawawa Forest Experiment Station, Chalk River, Ontario. 10 p.

Michaletz, S. T.; Johnson, E. A. 2007. How forest fires kill trees: A review of the fundamental biophysical processes. Scandinavian Journal of Forest Research. 22: 500-515.

Miller, J. M.; Patterson, J. E. 1927. Preliminary studies on the relation of fire injury to bark-beetle attack in western yellow pine. Journal of Agricultural Research. 34: 597-613.

Miyanishi, K.; Johnson, E. A. 2002. Process and patterns of duff consumption in the mixedwood boreal forest. Canadian Journal of Forest Research. 32: 1285-1295.

Mutch, L. S.; Parsons, D. J. 1998. Mixed conifer forest mortality and establishment before and after prescribed fire in Sequoia National Park, California. Forest Science. 44: 341-355.

Myers, C. A. 1963. Estimating past diameters of ponderosa pine in Arizona and New Mexico. Res. Note RM-RN-7. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 4 p.

Negrón, J. F.; Bentz, B. J.; Fettig, C. J.; Gillette, N.; Hansen, E. M.; Hayes, J. L.; Kelsey, R. G.; Lundquist, J. E.; Lynch, A. M.; Progar, R. A.; Seybold, S. J. 2008. US Forest Service bark beetle research in the western United States: Looking toward the future. Journal of Forestry. 106: 325-331.

Noel, J. M.; Platt, W. J.; Moser, E. B. 1998. Structural characteristics of old- and second-growth stands of longleaf pine (*Pinus palustris*) in the gulf coastal region of the U.S.A. Conservation Biology. 12: 533-548.

Noonan-Wright, E.; Hood, S. M.; Cluck, D. R. [In review]. Does raking basal duff affect tree growth rate or mortality? Western Journal of Applied Forestry.


FS-004253

North, M.; Innes, J.; Zald, H. 2007. Comparison of thinning and prescribed fire restoration treatments to Sierran mixed-conifer historic conditions. Canadian Journal of Forest Research. 37: 331-342.

Norum, R. A. 1977. Preliminary guidelines for prescribed burning under standing timber in western larch/Douglas-fir forests. Res. Note INT-229. U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station, Ogden, UT. 15 p.

Norum, R. A.; Miller, M. 1984. Measuring fuel moisture content in Alaska: Standard methods and procedures. Gen. Tech. Rep. PNW 171. U.S. Department of Agriculture, Forest Service, Pacific Northwest Forest and Range Experiment Station. 34 p.

Noss, R. F.; Beier, P.; Covington, W. W.; Grumbine, E. R.; Lindenmayer, D. B.; Prather, J. W.; Schmiegelow, F.; Sisk, T. D.; Vosick, D. J. 2006. Recommendations for integrating restoration ecology and conservation biology in ponderosa pine forests of the southwestern United States. Restoration Ecology. 14: 4-10.

Noss, R. F.; LaRoe, E. T., III; Scott, J. M. 1995. Endangered ecosystems of the United States: A preliminary assessment of loss and degradation. Biological Report 28. U.S. Department of the Interior, National Biological Service, Washington, DC. 74 p.

O'Brien, J. 2009. Personal communication. Research Ecologist, U.S. Department of Agriculture, Forest Service, Southern Research Station, Center for Disturbance Science, Athens, GA.

O'Hara, K. L.; Waring, K. M. 2004. Forest restoration practices in the Pacific Northwest and California. In: J. A. Stanturf; P. Madsen, eds. Restoration of boreal and temperate forests. CRC Press, Boca Raton, FL: 445-461.

Otrosina, W. J.; Walkinshaw, C. H.; Zarnoch, S. J.; Sung, S.-J. S.; Sullivan, B. T. 2002. Root disease, longleaf pine mortality, and prescribed burning. In: K. W. Outcalt, ed. Proceedings of the 11th biennial southern silvicultural research conference. Gen. Tech. Rep. SRS–48. Asheville, NC. U.S. Department of Agriculture, Forest Service, Southern Research Station: 551-557Ottmar, R. 2009. Personal communication. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Pacific Wildland Fire Sciences Laboratory, Seattle, WA.

Otway, S. G.; Bork, E. W.; Anderson, K. R.; Alexander, M. E. 2007. Predicting sustained smouldering combustion in trembling aspen duff in Elk Island National Park, Canada. International Journal of Wildland Fire. 16: 690-701.

Outcalt, K. W.; Foltz, J. L. 2004. Impacts of growing-season prescribed burns in the Florida pine flatwoods type. In: K. F. Connor, ed. Proceedings of the 12th biennial southern silvicultural research conference. Gen. Tech. Rep. SRS-71. U.S. Department of Agriculture, Forest Service, Southern Research Station, Asheville, NC: 30-34.

Palik, B.; Zasada, J. 2003. An ecological context for regenerating multi-cohort, mixed-species red pine forests. Res. Note NC-382. U.S. Department of Agriculture, Forest Service, North Central Research Station. 8 p.

Perrakis, D. D. B.; Agee, J. K. 2006. Seasonal fire effects on mixed-conifer forest structure and ponderosa pine resin properties. Canadian Journal of Forest Research. 36: 238-254.

Persson, H. 2000. Adaptive tactics and characteristics of tree fine roots. Developments in Plant and Soil Sciences. 87: 337-346.

Peterson, D. L.; Ryan, K. C. 1986. Modeling postfire conifer mortality for long-range planning. Environmental Management. 10: 797-808.

Pierce, J.; Meyer, G. 2008. Long-term fire history from alluvial fan sediments: The role of drought and climate variability, and implications for management of Rocky Mountain forests. International Journal of Wildland Fire. 17: 84-95.

Platt, W. J.; Evans, G. W.; Rathbun, S. L. 1998. The population dynamics of a long-lived conifer (*Pinus palustris*). The American Naturalist. 131: 491-525.

Power, M. J.; Whitlock, C.; Bartlein, P.; Stevens, L. R. 2006. Fire and vegetation history during the last 3800 years in northwestern Montana. Geomorphology. 75: 420-436.

Pritchett, W. L.; Fisher, R. F. 1987. Properties and management of forest soils. 2nd Edition. John Wiley & Sons. 494 p.

Rasmussen, L. A.; Amman, G. D.; Vandygriff, J. C.; Oakes, R. D.; Munson, A. S.; Gibson, K. E. 1996. Bark beetle and wood borer infestation in the Greater Yellowstone Area during four postfire years. Res. Pap. INT-RP-487, U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT. 10 p.

Reardon, J.; Hungerford, R.; Ryan, K. 2007. Factors affecting sustained smoldering in organic soils from pocosin and pond pine woodland wetlands. International Journal of Wildland Fire. 16: 107-118.

Regelbrugge, J. C.; Conard, S. G. 1993. Modeling tree mortality following wildfire in *Pinus ponderosa* forests in the Central Sierra Nevada of California. International Journal of Wildland Fire. 3: 139-143.

Reinhardt, E. D.; Fischer, W. C.; Brown, J. K.; Graham, R. T. 1991a. Woody fuel and duff consumption by prescribed fire in northern Idaho mixed conifer logging slash. U.S. Department of Agriculture Forest Service Intermountain Research Station, Ogden, UT. 22 p.

Reinhardt, E. D.; Keane, R. E.; Brown, J. K.; Turner, D. L. 1991b. Duff consumption from prescribed fire in the U.S. and Canada: A broadly based empirical approach. In: Proceedings of the 11th conference on fire and forest meteorology; April 16-19, 1991; Missoula, MT. Society of American Foresters, Bethesda, MD: 362-370.

Reinhardt, E. D.; Keane, R. E.; Brown, J. K. 1997. First Order Fire Effects Model: FOFEM 4.0 user's guide. Gen. Tech. Rep. INT-GTR-344. U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT. 65 p.

Ritchie, M. W.; Skinner, C. N.; Hamilton, T. A. 2007. Probability of tree survival after wildfire in an interior pine forest of northern California: Effects of thinning and prescribed fire. Forest Ecology and Management. 247: 200-208.

Ritchie, M. W.; Wing, B. M.; Hamilton, T. A. 2008. Stability of the large tree component in treated and untreated late-seral interior ponderosa pine stands. Canadian Journal of Forest Research. 38: 919-923.

Robichaud, P. R.; Gasvoda, D. S.; Hungerford, R. D.; Bilskie, J.; Ashmun, L. E.; Reardon, J. 2004. Measuring duff moisture content in the field using a portable meter sensitive to dielectric permittivity. International Journal of Wildland Fire. 13: 343-353.

Roccaforte, J. P.; Fulé, P. Z.; Covington, W. W. 2008. Landscape-scale changes in canopy fuels and potential fire behaviour following ponderosa pine restoration treatments. International Journal of Wildland Fire. 17: 293-303.

Rust, H. J. 1933. Final report on the study of the relation of fire injury to bark beetle attack in ponderosa pine (Tubb's Hill Burn) Unpublished Report on file at: U. S. Department of Agriculture, Forest Service, Bureau of Entomology, Forest Insect Investigations, Coeur d'Alene, ID. 22 p. + Figs.

Ryan, K. C. 1982. Techniques for assessing fire damage to trees. In: J. Lotan, ed. Proceedings of the symposium: Fire, its field effects; 19-21 October 1982; Jackson, WY. Intermountain Fire Council, Missoula, MT: 1-11.

Ryan, K. C. 1998. Analysis of the relative value of morphological variables in predicting fire-caused tree mortality. In: Proceedings of the III international conference on forest fire research and 14th conference on fire and forest meteorology; 16-20 November 1998; Coimbra, Portugal. Vol. II. Coimbra Portugal : Associacao para o Desenvolvimento da Aerodinamica Industrial: 1511-1526.

Ryan, K. C. 2000. Effects of fire injury on water relations of ponderosa pine. In: W. K. Moser; C. F. Moser, eds. Fire and forest ecology: Innovative silviculture and vegetation management; proceedings 21st Tall Timbers fire ecology conference. Tall Timbers Research Station, Tallahassee, FL: 58-66.

Ryan, K. C.; Amman, G. D. 1996. Bark beetle activity and delayed tree mortality in the Greater Yellowstone Area following the 1988 fires. In: J. Greenlee, ed. The ecological implications of fire in Greater Yellowstone: proceedings of the second biennial conference on the Greater Yellowstone Ecosystem; 19-21 September 1993;

Yellowstone National Park, WY. International Association of Wildland Fire, Fairfield, WA: 151-158.

Ryan, K. C.; Frandsen, W. H. 1991. Basal injury from smoldering fires in mature *Pinus ponderosa* Laws. International Journal of Wildland Fire. 1: 107-118.

Ryan, K. C.; Noste, N. V. 1985. Evaluating prescribed fires. In: J. Lotan; B. M. Kilgore; W. C. Fischer; R. W. Mutch, eds. Proceedings—symposium and workshop on wilderness fire; 15-18 November 1983; Missoula, MT. Gen. Tech. Rep. INT-182. U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station, Ogden, UT: 230-238.

Ryan, K. C.; Steele, B. M. 1989. Cambium mortality resulting from broadcast burning in mixed conifer shelterwoods. In: D. C. MacIver; H. Auld; R. Whitewood, eds. Proceedings, 10th conference on fire and forest meteorology; 1989 April 17-21; Ottawa, Canada. Forestry Canada, Ottawa, Canada: 108-116.

Ryan, M. G.; Binkley, D.; Fownes, J. H. 1997. Age-related decline in forest productivity: Pattern and process. Advances in Ecological Research. 27: 213-262.

Sackett, S. S.; Haase, S. M. 1996. Fuel loadings in southwestern ecosystems of the United States. In: P. F. Ffolliott; L. F. DeBano; M. B. Baker; G. J. Gottfried; G. Solis-Garza; C. Edminster; D. G. Neary; L. S. Allen; R. Hamre, eds. Effects of fire on Madrean province ecosystems: a symposium proceedings. Gen. Tech. Rep. RM-GTR-289. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO: 187-192.

Sackett, S. S.; Haase, S. M. 1998. Two case histories for using prescribed fire to restore ponderosa pine ecosystems in northern Arizona. In: T. L. Pruden; L. A. Brennan, eds. Fire in ecosystem management: Shifting the paradigm from suppression to prescription; proceedings of the 20th Tall Timbers fire ecology conference. Tall Timbers Research Station, Tallahassee, FL: 380-389.

Sackett, S. S.; Haase, S. M.; Harrington, M. G. 1996. Lessons learned from fire use for restoring southwestern ponderosa pine ecosystems. In: W. Covington; P. K. Wagner, eds. Conference on adaptive ecosystem restoration and management: Restoration of Cordilleran conifer landscapes of North America. Gen. Tech. Rep. RM-GTR-278. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO: 54-61.

Sala, A.; Callaway, R. 2004. Physiological responses of old growth ponderosa pine and western larch to restoration cutting and burning treatments. Final Report RJVA-99563. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Missoula, MT. 29 p.

Sala, A.; Peters, G. D.; McIntyre, L. R.; Harrington, M. G. 2005. Physiological responses of ponderosa pine in western Montana to thinning, prescribed fire and burning season. Tree Physiology. 25: 339-348.

Sandberg, D. V. 1980. Duff reduction by prescribed underburning in Douglas-fir. Res. Pap. PNW-RP-272. U.S. Department of Agriculture, Forest Service, Pacific Northwest Forest and Range Experiment Station, Portland, OR. 18 p.

Santoro, A. E.; Lombardero, M. J.; Ayres, M. P.; Ruel, J. J. 2001. Interactions between fire and bark beetles in an old growth pine forest. Forest Ecology and Management. 144: 245-254.

Schlobohm, P. 1995. Use of Class A foams on structures and wildlands. In: D. R. Weise; R. E. Martin, eds. The Biswell symposium: Fire issues and solutions in urban interface and wildland ecosystems; February 15-17, 1994; Walnut Creek, CA. Gen. Tech. Rep. PSW-GTR-158. U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station, Albany, CA: 81-84.

Schubert, G. H. 1974. Silviculture of southwestern ponderosa pine: The status of our knowledge. Res. Pap. RM-RP-123. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 71 p.

Schwilk, D. W.; Knapp, E. E.; Ferrenberg, S. M.; Keeley, J. E.; Caprio, A. C. 2006. Tree mortality from fire and bark beetles following early and late season prescribed fires in a Sierra Nevada mixed-conifer forest. Forest Ecology and Management. 232: 36-45.

Scott, D. W. 2002. Review of the prescribed fire program on Emigrant Creek Ranger District—2001. Report No. BMPMSC-02-03. U.S. Department of Agriculture, Forest Service, Wallowa-Whitman National Forest, Blue Mountains Pest Management Service Center, La Grande, OR. 44 p.

Scott, D. W. 2005. Fire effects and delayed mortality of mature ponderosa pine. Technology Transfer Paper No. BMPMSC-TTP-05-02. U.S. Department of Agriculture, Forest Service, Wallowa-Whitman National Forest, Blue Mountain Pest Management Service Center, La Grande, OR. 9 p.

Scott, D. W.; Spiegel, L. H. 2007. Review of prescribed fires on the Blue Mountain Ranger District. Unpublished letter to District Ranger of Blue Mountain Ranger District. On file at: U.S. Department of Agriculture, Forest Service, Wallowa-Whitman National Forest, Blue Mountains Pest Management Service Center, La Grande, OR. 8 p.

Scott, D. W. 2009. Personal communication. Forest Entomologist, U.S. Department of Agriculture, Forest Service, Blue Mountains Pest Management Service Center, La Grande, OR.

Shepperd, W. D.; Battaglia, M. A. 2002. Ecology, silviculture, and management of Black Hills ponderosa pine. Gen. Tech. Rep. RMRS-GTR-97. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 112 p.

Sherriff, R. L.; Veblen, T. T. 2007. A spatially-explicit reconstruction of historical fire occurrence in the ponderosa pine zone of the Colorado Front Range. Ecosystems. 10: 311-323.

Shinneman, D. J.; Baker, W. L. 1997. Nonequilibrium dynamics between catastrophic disturbances and old-growth forests in ponderosa pine landscapes of the Black Hills. Conservation Biology. 11: 1276-1288.

Skov, K. R.; Kolb, T. E.; Wallin, K. F. 2005. Difference in radial growth response to restoration thinning and burning treatments between young and old ponderosa pine in Arizona. Western Journal of Applied Forestry. 20: 36-43.

Smith, K. T.; Sutherland, E. K. 2001. Terminology and biology of fire scars in selected central hardwoods. Tree-Ring Research. 57: 141-147.

Smith, H. Y.; Arno, S. F., eds. 1999. Eighty-eight years of change in a managed ponderosa pine forest. Gen. Tech. Rep. RMRS-GTR-23, U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ogden, UT. 55 p.

Smith, T. F.; Rizzo, D. M.; North, M. 2005. Patterns of mortality in an old-growth mixed-conifer forest of the southern Sierra Nevada, California. Forest Science. 51: 266-275.

Spalt, K. W.; Reifsnyder, W. E. 1962. Bark characteristics and fire resistance: A literature survey. Occasional Pap. S0-193. U.S. Department of Agriculture, Forest Service, Southern Forest Experiment Station, New Orleans, LA. 19 p.

Spurr, S. H. 1954. The forests of Itasca in the nineteenth century as related to fire. Ecology. 35: 21-25.

Stanturf, J. A.; Madsen, P. 2004. Restoration of boreal and temperate forests. CRC Press, Boca Raton, FL. 600 p.

Stephens, S. 2004. Fuel loads, snag abundance, and snag recruitment in an unmanaged Jeffrey pine-mixed conifer forest in Northwestern Mexico. Forest Ecology and Management. 199: 103-113.

Stephens, S.; Finney, M. A.; Schantz, H. 2004. Bulk density and fuel loads of ponderosa pine and white fir forest floors: Impacts of leaf morphology. Northwest Science. 78: 93-100.

Stephens, S. L.; Finney, M. A. 2002. Prescribed fire mortality of Sierra Nevada mixed conifer tree species: Effects of crown damage and forest floor combustion. Forest Ecology and Management. 162: 261-271.


FS-004255

Stephens, S. L.; Moghaddas, J. J. 2005. Experimental fuel treatment impacts on forest structure, potential fire behavior, and predicted tree mortality in a California mixed conifer forest. Forest Ecology and Management. 215: 21-36.

Stephenson, N. L. 1999. Reference conditions for giant sequoia forest restoration: Structure, process, and precision. Ecological Applications. 9: 1253-1265.

Stone, J. E.; Kolb, T. E.; Covington, W. W. 1999. Effects of restoration thinning on presettlement *Pinus ponderosa* in northern Arizona. Restoration Ecology. 7: 172-182.

Storey, T. G.; Merkel, E. P. 1960. Mortality in a longleaf-slash pine stand following a winter wildfire. Journal of Forestry. 58: 206-210.

Sucoff, E. I.; Allison, J. H. 1968. Fire defoliation and survival in a 47-year old red pine plantation. Minnesota Forestry Research Notes No. 187. University of Minnesota, College of Forestry, St. Paul, MN. 2 p.

Sullivan, B. T.; Fettig, C. J.; Otrosina, W. J.; Dalusky, M. J.; Berisford, C. W. 2003. Association between severity of prescribed burns and subsequent activity of conifer-infesting beetles in stands of longleaf pine. Forest Ecology and Management. 185: 327-340.

Sutherland, E. K.; Smith, K. T. 2000. Resistance is not futile: The response of hardwoods to fire-caused wounding. In: D. Yaussy, ed. Proceedings: Workshop on fire, people, and the central hardwoods landscape; March 13-14, 2000; Richmond, KY. Gen. Tech. Rep. NE-274. U.S. Department of Agriculture, Forest Service, Northeastern Forest Experiment Station, Newtown, PA: 111-115.

Swetnam, T. W.; Allen, C. D.; Betancourt, J. L. 1999. Applied historical ecology: Using the past to manage for the future. Ecological Applications. 9: 1189-1206.

Swezy, D. M.; Agee, J. K. 1991. Prescribed-fire effects on fine-root and tree mortality in old-growth ponderosa pine. Canadian Journal of Forest Research. 21: 626-634.

Symstad, A. J.; Bynum, M. 2007. Conservation value of Mount Rushmore National Memorial's forest. Natural Areas Journal. 27: 293-301.

Taplin, R. 2009. Personal communication. Assistant Manager, Ponderosa State Park, McCall, ID.

Taylor, A. H. 2000. Fire regimes and forest changes in mid and upper montane forests of the southern Cascades, Lassen Volcanic National Park, California, U.S.A. Journal of Biogeography. 27: 87-104.

Thies, W. G.; Westlind, D. J.; Loewen, M.; Brenner, G. 2006. Prediction of delayed mortality of fire-damaged ponderosa pine following prescribed fires in eastern Oregon, USA. International Journal of Wildland Fire. 15: 19-29.

Thomas, T. L.; Agee, J. K. 1986. Prescribed fire effects on mixed conifer forest structure at Crater Lake, Oregon. Canadian Journal of Forest Research. 16: 1082-1087.

U.S. Department of Agriculture, U.S. Department of the Interior. 2009. Guidance for Implementation of Federal Wildland Fire Management Policy. Washington, DC. 20 p.

U.S. Department of the Interior, Fish and Wildlife Service. 1999. Fuel and fire effects monitoring guide, [Online]. Available: http://www.fws.gov/fire/downloads/monitor.pdf [2009, June 1].

U.S. Department of the Interior, National Park Service. 2001. Fire Monitoring Handbook. National Interagency Fire Center, Boise, ID. 283 p.

Valette, J. C.; Gomendy, V.; Marechal, J.; Houssard, C.; Gillon, D. 1994. Heat transfer in the soil during very low-intensity experimental fires: The role of duff and soil moisture content. International Journal of Wildland Fire. 4: 225-237.

van Mantgem, P. J.; Stephenson, N. L.; Mutch, L. S.; Johnson, V. G.; Esperanza, A. M.; Parsons, D. J. 2003. Growth rate predicts mortality of *Abies concolor* in both burned and unburned stands. Canadian Journal of Forest Research. 33: 1029-1038.

van Mantgem, P. J.; Stephenson, N. L.; Byrne, J. C.; Daniels, L. D.; Franklin, J. F.; Fulé, P. Z.; Harmon, M. E.; Larson, A. J.; Smith, J. M.; Taylor, A. H.; Veblen, T. T. 2009. Widespread increase of tree mortality rates in the western United States. Science. 323: 521-524.

Van Wagner, C. E. 1970. Fire and red pine. In: E. V. Komarek, Sr., ed. A quest for ecological understanding, proceedings of the 10th Tall Timbers fire ecology conference. Tall Timbers Research Station, Tallahassee, FL: 211-219.

Van Wagner, C. E. 1972. Duff consumption by fire in eastern pine stands. Canadian Journal of Forest Research. 2: 34-39.

van Wagtendonk, J. W. 2007. The history and evolution of wildland fire use. Fire Ecology. 3: 3-17.

van Wagtendonk, J. W.; Benedict, J. M.; Sydoriak, W. M. 1998. Fuel bed characteristics of Sierra Nevada conifers. Western Journal of Applied Forestry. 13: 73-84.

Varner, J. M., III; Gordon, D. R.; Putz, F. E.; Hiers, J. K. 2005. Restoring fire to long-unburned *Pinus palustris* ecosystems: Novel fire effects and consequences for long-unburned ecosystems. Restoration Ecology. 13: 536-544.

Varner, J. M., III; Hiers, J. K.; Ottmar, R. D.; Gordon, D., R.; Putz, F. E.; Wade, D. D. 2007. Overstory tree mortality resulting from reintroducing fire to long-unburned longleaf pine forests: The importance of duff moisture. Canadian Journal of Forest Research. 37: 1349-1358.

Varner, J. M., III; Kush, J. S. 2004. Remnant old-growth longleaf pine (*Pinus palustris* Mill.) savannas and forests of the southeastern USA: Status and threats. Natural Areas Journal. 24: 141-149.

Varner, J. M., III; Kush, J. S.; Meldahl, R. S. 2000. Ecological restoration of an old-growth longleaf pine stand utilizing prescribed fire. In: W. K. Moser; C. F. Moser, eds. Fire and forest ecology: Innovative silviculture and vegetation management; proceedings of the 21st Tall Timbers fire ecology conference. Tall Timbers Research Station, Tallahassee, FL: 216-219.

Varner, J. M., III; Putz, F. E.; Mitchell, R. J.; Hiers, J. K.; O'Brien, J. J.; Gordon, D. R. 2009. Post-fire tree stress and growth following smoldering duff fires. Forest Ecology and Management. 258: 2467-2474.

Varner, J. M., III. 2009. Personal communication. Assistant Professor of Wildland Fire Management, Humboldt State University, Arcata, CA.

Vosick, D. J.; Ostergren, D. M.; Murfitt, L. 2007. Old-growth policy. Ecology and Society. 12: 19.

Wade, D.; Johansen, R. W. 1986. Effects of fire on southern pines: observations and recommendations. Gen. Tech. Rep. SE-41. U.S. Department of Agriculture, Forest Service, Southeastern Forest Experiment Station. 14 p.

Wade, D.; Custer, G.; Thorsen, J.; Kaskey, P.; Kush, J.; Twomey, B.; Voltolina, D. 1998. Reintroduction of fire into fire-dependent ecosystems: some southern examples. In: T. L. Pruden; L. A. Brennan, eds. Fire in ecosystem management: Shifting the paradigm from suppression to prescription; proceeding of the 20th Tall Timbers fire ecology conference. Tall Timbers Research Station, Tallahassee, FL: 94-98.

Wade, D. D. 1986. Linking fire behavior to its effects on living plant tissue. In: Proceedings of the 1986 Society of American Foresters national convention; Birmingham, AL. Society of American Foresters, Bethesda, MD: 112-116.

Wade, D. D. 2009. Personal communication. Research Forester (retired), U.S. Department of Agriculture, Forest Service, Southern Research Station, Athens, GA.

Wagener, W. W. 1961. Guidelines for estimating the survival of fire-damaged trees in California. Miscellaneous Paper-60. Pacific Southwest Forest and Range Experiment Station, Berkeley, CA. 11 p.

Walker, R. F.; Fecko, R. M.; Frederick, W. B.; Johnson, D. W.; Miller, W. W.; Todd, D. E.; Murphy, J. D. 2006. Influences of thinning and prescribed fire on water relations of Jeffrey pine I. Xylem and soil water potentials. Journal of Sustainable Forestry. 23: 35-59.

Wallin, K. F.; Kolb, T. E.; Skov, K. R.; Wagner, M. R. 2003. Effects of crown scorch on ponderosa pine resistance to bark beetles in northern Arizona. Environmental Entomology. 32: 652-661.

Wallin, K. F.; Kolb, T. E.; Skov, K. R.; Wagner, M. R. 2004. Seven-year results of thinning and burning restoration treatments on old ponderosa pines at the Gus Pearson Natural Area. Restoration Ecology. 12: 239-247.

Wallin, K. F.; Kolb, T. E.; Skov, K. R.; Wagner, M. R. 2008. Forest management treatments, tree resistance, and bark beetle resource utilization in ponderosa pine forests of northern Arizona. Forest Ecology and Management. 255: 3263-3269.

Waltz, A. E. M.; Fulé, P. Z.; Covington, W. W.; Moore, M. M. 2003. Diversity in ponderosa pine forest structure following ecological restoration treatments. Forest Science. 49: 885-900.

Weatherby, J. C.; Progar, R. A.; Mocettini, P. J. 2001. Evaluation of tree survival on the Payette National Forest 1995-1999. FHP Report R4-01-01. U.S. Department of Agriculture, Forest Service, Intermountain Region, Ogden, UT. 29 p.

Weise, D. R.; Wade, D. D.; Johansen, R. W. 1989. Survival and growth of young southern pine after simulated crown scorch. In: D. C. MacIver; H. Auld; R. Whitewood, eds. Proceedings, 10th conference on fire and forest meteorology; 1989 April 17-21; Ottawa, Canada. Forestry Canada, Ottawa, Canada: 161-168.

White, A. S. 1985. Presettlement regeneration patterns in a southwestern ponderosa pine stand. Ecology. 66: 589-594.

Williams, B. W.; Moser, E. B.; Hiers, J. K.; Gault, K.; Thurber, D. K. 2006. Protecting red-cockaded woodpecker cavity trees predisposed to fire-induced mortality. Journal of Wildlife Management. 70: 702-707.

Wright, C. S.; Trayer, N. L.; Vihnanek, R. E. 2003. Monitoring fuel consumption and mortality from prescribed burning in old-growth ponderosa pine stands in eastern Oregon. In: 2nd International Wildland Fire Ecology and Fire Management Congress: Nov. 16-20, 2003, Orlando, Florida. American Meteorological Society, The Conference Exchange (CD format): 8.

Yoder, B. J.; Ryan, M. G.; Waring, R. H.; Schoettle, A. W.; Kaufmann, M. R. 1994. Evidence of reduced photosynthetic rates in old trees. Forest Science. 40: 513-527.

Youngblood, A.; Max, T.; Coe, K. 2004. Stand structure in eastside old-growth ponderosa pine forests of Oregon and northern California. Forest Ecology and Management. 199: 191-217.

Zausen, G. L.; Kolb, T. E.; Bailey, J. D.; Wagner, M. R. 2005. Long-term impacts of stand management on ponderosa pine physiology and bark beetle abundance in northern Arizona: A replicated landscape study. Forest Ecology and Management. 218: 291-305.

Zeleznik, J. D.; Dickmann, D. I. 2004. Effects of high temperatures on fine roots of mature red pine (*Pinus resinosa*) trees. Forest Ecology and Management. 199: 395-409.

Zhang, J.; Ritchie, M. W.; Oliver, W. W. 2008. Vegetation responses to stand structure and prescribed fire in an interior ponderosa pine ecosystem. Canadian Journal of Forest Research. 38: 909-918.



FS-004257

# Appendix A: Determining Duff Moisture

Duff moisture is probably the most important predictor of duff consumption; therefore, knowing duff moisture before prescribed burning helps determine if conditions are right to meet objectives. Tracking duff moisture levels prior to burning and then monitoring duff consumption after the burn allows for better prediction of future burn outcomes. Unfortunately, obtaining duff moisture is not nearly as straightforward as measuring other fuel components. Duff moisture meters for estimating volumetric duff moisture exist; however, currently there is no accurate way to immediately estimate gravimetric duff moisture in the field.

## Gravimetric Versus Volumetric Moisture Content

Gravimetric moisture content is the mass of water per unit mass of dry soil. This is most frequently used by the fire management community because it is the easiest, most direct measurement of moisture content. Woody fuel moistures are always reported as gravimetric moisture content. The calculation is as follows:

$$duff\ moisture\ content_{gravimetric} = \frac{weight_{wet\ sample} - weight_{dry\ sample}}{weight_{dry\ sample}} \times 100 \qquad \text{(eq. 1)}$$

Volumetric moisture content is the volume of water per unit volume of soil. Bulk density of the sample must be calculated to determine volumetric water content. Bulk density of the duff sample is calculated as follows:

$$bulk\ density = \frac{weight_{dry\ sample}}{volume_{sample}} \qquad \text{(eq. 2)}$$

Moisture probes and meters calculate only volumetric moisture content. Gravimetric moisture content can be calculated from volumetric moisture content and bulk density using the following equation:

$$duff\ moisture\ content_{gravimetric} = \frac{duff\ moisture\ content_{volumetric}}{bulk\ density_{sample}} \qquad \text{(eq. 3)}$$

## Sampling location and collection

It is important to sample duff near the base of large trees where heavy fuel has accumulated and tree mortality is a concern. In deep duff, collect the sample from the lower portion of the profile, being careful to not include mineral soil. A large handful of material is sufficient. For oven-drying, place the sample into an airtight container for transport to drying and weighing facilities. Duff samples taken to determine bulk density should also be collected at the base of large trees. For bulk density samples, measure duff depth around a sampling frame and then collect all duff within the frame. Volume is calculated from the dimensions of the frame and duff depth.

## Duff moisture meter

The duff moisture meter (DMM600) is a portable, battery-powered device that gives an immediate reading of volumetric duff moisture content (Robichaud and others 2004). The DMM600 consists of a cylinder that houses the electronics, sample chamber with a compression knob, and LCD readout (Figure 36). To measure duff water content, place the sample in the sample chamber and turn the compression knob until an audible indicator signals the sample is properly




**Figure 36**. Duff moisture meter (DMM600).

compressed and the measurement is complete. Total time for measurement is about 30 seconds. Readings are displayed in real-time only; measurements are not stored. The included sieve fits in the opening of the sample chamber and helps to break up large fragments and improve measurement accuracy in duff materials with a large range of fragment sizes. The meter's standard calibration converts the output of the measurement circuit to volumetric water content. This factory-supplied calibration is derived from laboratory measurements of duff moisture content from four forest cover types: Douglas-fir, western larch, lodgepole pine, and Engelmann spruce/subalpine fir. User-derived calibrations are possible using the included PCDMM software. If gravimetric moisture content is desired, the bulk density of several duff samples should be calculated first (eq. 2). Using the average bulk density, gravimetric moisture content can easily be calculated in the field from the duff moisture meter readings (eq. 3) (Robichaud and others 2004). A duff moisture meter costs $1,950.

Advantages: quick; easy; determines moisture in field

Disadvantages: gives volumetric moisture content; more expensive than oven-drying; requires calculation of bulk density to determine gravimetric moisture content

## *Oven-drying*

Oven-drying duff samples provides the most accurate measurement of gravimetric moisture content. Weigh sampled duff before drying to determine the weight of the wet sample. Place duff samples in paper bags or in other permeable, oven-safe containers and dry samples for at least 24 hours, or until weight stabilizes in a 212 °F (100 °C) oven. Weigh oven-dried sample and calculate gravimetric moisture content using equation 1. Norum and Miller (1984) provide more detailed instructions for collecting, drying, and weighing fuel to determine moisture content. Basic drying ovens cost around $400 and balances are around $200. Ovens stuffed full will not completely dry in 24 hours.

Advantages: most accurate measurement; gives gravimetric moisture content

Disadvantages: slow—requires 1 to 2 days to calculate; sample is invalid if any precipitation has occurred between sampling and the prescribed burn

### *Moisture probes*

Time domain reflectometry (TDR) moisture probes give an immediate reading of volumetric moisture content. There are several different designs based on either two or three probes that are inserted into the duff to provide a moisture reading. These probes were originally designed to estimate soil moisture. They do not work well in non-homogenous, low bulk density materials such as duff (Ferguson and others 2002; Robichaud and others 2004). Ferguson and others (2002) used moisture probes to generate a moisture index of prescribed burn units prior to burning. They cautioned that moisture probes should be inserted with minor disturbance, remain in place, and be calibrated once installed when determining moisture in organic soils. Calibration requires repeated sampling of a known volume of duff, then drying and weighing the samples to calculate volumetric moisture content. This setup is more appropriate for research burns when detailed moisture trends and values are needed. Miyanishi and Johnson (2002) used a simpler setup of a three-pronged moisture probe connected to a portable, battery-powered meter (Delta-T Devices, Ltd. Cambridge, U.K.) to determine multiple duff moisture readings in a unit prior to burning. However, no calibrations using oven-dried samples were made to determine accuracy of this sampling method. Moisture probes are not recommended to estimate duff moisture for typical field use because they are extremely dependent on contact along probe length and it is hard to achieve consistent readings.

### *Large scale indices*

The National Fire Danger Rating System (NFDRS) (Deeming and others 1977) and the Keetch-Byram Drought Index (KBDI) (Keetch and Byram 1968) are tools to predict fire intensity and fuel availability on a large scale. The NFDRS is a risk rating of fire potential throughout the United States. NFDRS areas are typically greater than 100,000 acres (40,468 hectares) using weather observations from one time during the day at one location. The system was designed for low-resolution, medium-to-large scale applications (Bradshaw and others 1984). KBDI uses measures of evapotranspiration and precipitation to estimate cumulative moisture deficiency in deep duff or upper soil layers that relates to the flammability of organic material in the ground. The purpose of the drought index is to provide managers with a continuous scale of reference for estimating deep-drying conditions in areas where such information may be useful in fire planning and preparedness levels (Keetch and Byram 1968). Some duff consumption studies have related the NFDRS 1000-hour fuel moisture estimate to duff consumption (Brown and others 1985; Sandberg 1980). While these rating systems provide valuable information about fire potential, general trends, and long-term drought, they are not appropriate to predict localized duff mound moisture and consumption.

## Appendix B: Survey respondents

| | |
|---|---|
| John K. Agar | Wenatchee National Forest, WA |
| James K. Agee | University of Washington, WA |
| Andy Aldrich | Stanislaus National Forest, CA |
| James Bennington | Camp Grafton Training Center-Army, ND |
| Bernie Bornong | Bighorn National Forest, WY |
| Tim Brickell | Gallatin National Forest, MT |
| Beth Buchanan | National Forests in North Carolina, NC |
| Larry Burd | Sequoia National Forest, CA |
| Jason Butler | Boise National Forest, ID |
| Kelly Cagle | Uwharrie National Forest, NC |
| Carol Carlock | Humboldt-Toiyabe National Forest, NV |
| Jonathan L. Casebeer | Department of Military Affairs, IL |
| Gerald Chonka | Gunnison National Forest, CO |
| Chris Church | Boise National Forest, ID |
| J. Allison Cochran | National Forests in Alabama, AL |
| Blaine Cook | Black Hills National Forest, SD |
| Diane Cote | Manti-La Sal National Forest, UT |
| Scott Dailey | Tahoe National Forest, CA |
| Dennis Divoky | Glacier National Park, MT |
| Gabe Dumm | Umpqua National Forest, OR |
| Rich Fairbanks | California Nevada Region, The Wilderness Society, CA |
| Calvin Farris | National Park Service, Klamath Network, OR |
| Roger D. Fryar | Ozark-St. Francis National Forest, AR |
| Peter Fulé | Northern Arizona University, AZ |
| Bill Gabbert | Sagacity Wildfire Services LLC, SD |
| Allen Gallamore | Colorado State Forest Service, CO |
| Sarah Gallup | Colorado State University, CO |
| Todd Gardiner | San Juan National Forest, CO |
| Bruce Greco | Coconino National Forest, AZ |
| Steve Hanna | Sequoia and Sierra National Forest, CA |
| Joseph Harris | Red Lake Department of Natural Resources, Forestry, MN |
| Hylton Haynes | MTC - Fort Pickett, VA |
| Reed Heckly | Umatilla National Forest, OR |
| Jennifer Hensel | Lassen National Forest, CA |
| Dan Huisjen | BLM, Montrose Interagency Fire, CO |
| Theresa Jain | U.S Forest Service, Rocky Mountain Research Station, ID |
| Jason Jerman | Idaho Panhandle National Forest, ID |
| Dale Johnson | BLM and Inyo National Forest, CA |
| Kim M. Johnson | Bitterroot National Forest, MT |
| Mike Johnson | Wallowa-Whitman National Forest, OR |
| Jeffrey Kane | Humboldt State University, CA |
| Tobin Kelley | U.S Forest Service, Rocky Mountain Research Station, MT |
| Alan Kelso | Cibola National Forest, NM |
| Eric E. Knapp | U.S. Forest Service, Pacific Southwest Research Station, CA |
| Thomas E. Kolb | Northern Arizona University, AZ |
| Mike Landram | U.S. Forest Service, Region 5, CA |
| George M. Libercajt | Fremont-Winema National Forest, OR |
| W. Scott MacDonald | Mt. Hood National Forest, OR |
| Steve Martin | Lewis and Clark National Forest, MT |
| Rob Martinez | Helena National Forest, MT |

| | |
|---|---|
| Bob Means | Wyoming BLM, WY |
| Anne Mileck | Modoc National Forest, CA |
| Lauren B. Miller | Wasatch-Cache and Uinta National Forests, UT |
| Dave Mills | Kaibab National Forest, AZ |
| Paul S. Minow | Rio Grande National Forest, CO |
| Steve Mooney | Fremont-Winema National Forest, OR |
| Caroline Noble | National Park Service, Southeast Region, GA |
| Shilow T. Norton | Apache-Sitgreaves National Forest, AZ |
| Tonja Opperman | Bitterroot National Forest, MT |
| Kara Paintner | Fire Management Program Center and Natural Resource Program Center, National Park Service, CO |
| Ed Paul | Prescott National Forest, AZ |
| Todd Pechota | Black Hills National Forest, SD |
| Stephen Pietroburgo | Little Pend Oreille National Wildlife Refuge, WA |
| Alicia Reiner | U.S. Forest Service, Enterprise team, CA |
| Michele Richards | Fort Custer Training Center, MI |
| Peter R. Robichaud | U.S Forest Service, Rocky Mountain Research Station, ID |
| Kevin Ryan | U.S Forest Service, Rocky Mountain Research Station, MT |
| Kristen Sanders | BLM, ID |
| Richard Taplin | Ponderosa State Park, ID |
| B. Walker Thornton | Coconino National Forest, AZ |
| Meg Trebon | Okanogan and Wenatchee National Forests, WA |
| Eric Trimble | Colville National Forest, WA |
| Jamie Tripp-Kahler | Flathead National Forest, MT |
| Russ Truman | Kaibab National Forest, AZ |
| Phillip van Mantgem | U.S. Geological Survey, Sequoia and Kings Canyon Field Station, CA |
| Morgan Varner | Humboldt State University, CA |
| Scott Wagner | San Juan National Forest, CO |
| Jon Warder | Bighorn National Forest, WY |
| Gary A. Weber | U.S Forest Service, Coeur d'Alene Dispatch Center, ID |
| Scott Weyenberg | Mississippi National River and Recreation Area, MN |
| Andrew White | San Isabel National Forest, CO |

Rocky Mountain Research Station

The Rocky Mountain Research Station develops scientific information and technology to improve management, protection, and use of the forests and rangelands. Research is designed to meet the needs of the National Forest managers, Federal and State agencies, public and private organizations, academic institutions, industry, and individuals. Studies accelerate solutions to problems involving ecosystems, range, forests, water, recreation, fire, resource inventory, land reclamation, community sustainability, forest engineering technology, multiple use economics, wildlife and fish habitat, and forest insects and diseases. Studies are conducted cooperatively, and applications may be found worldwide.

**Station Headquarters**
Rocky Mountain Research Station
240 W Prospect Road
Fort Collins, CO 80526
(970) 498-1100

**Research Locations**

Flagstaff, Arizona
Fort Collins, Colorado
Boise, Idaho
Moscow, Idaho
Bozeman, Montana
Missoula, Montana
Reno, Nevada
Albuquerque, New Mexico
Rapid City, South Dakota
Logan, Utah
Ogden, Utah
Provo, Utah

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, DC 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

USDA

United States Department of Agriculture

Forest Service

**Southwestern Region**

FR-R3-16-3

November 2011

# Diameter Caps and Forest Restoration

## Evaluation of a 16-inch Cut Limit on Achieving Desired Conditions

**F. Jack Triepke, Bruce J. Higgins, Reuben N. Weisz, James A. Youtz, and Tessa Nicolet**



## Citation

Triepke, F. J., B. J. Higgins, R. N. Weisz, J. A. Youtz, and T. Nicolet. 2011. Diameter caps and forest restoration — Evaluation of a 16-inch cut limit on achieving desired conditions. USDA Forest Service Forestry Report FR-R3-16-3. Southwestern Region, Regional Office, Albuquerque, NM. 31 pp.

## Summary

With forest plan revision in the U.S. Forest Service, the Southwestern Region is evaluating means for achieving desired conditions of the region. Some forests within the region have previously applied a diameter cap cutting limit as a means of responding to public concerns over the preservation of large diameter trees in forested ecosystems. We analyzed the effects of a 16-inch cap on forest structure in the coming decades, and the ability of managers to achieve and maintain desired conditions within two major forest ecosystems—ponderosa pine and dry mixed conifer. The effects of a cap on forest composition and fire behavior were also considered. The results suggest that a blanket policy of diameter-limit cutting impairs the ability of resource managers to achieve or maintain desired conditions, and is not sustainable in the mid to long term.

## Keywords

Uneven-aged management, forest restoration, diameter cap, diameter cutting limit, desired conditions, ponderosa pine, dry mixed conifer.

## The Authors

F. Jack Triepke is regional ecologist for the U.S. Forest Service Southwestern Region in Albuquerque, New Mexico.

Bruce Higgins is a retired planner and forester from the Kaibab National Forest. He currently works as a planning and forestry consultant on local and regional land management projects.

Reuben Weisz is a retired regional analyst from the U.S. Forest Service Southwestern Region in Albuquerque, New Mexico.

Jim Youtz is regional silviculturist for the U.S. Forest Service Southwestern Region in Albuquerque, New Mexico.

Tessa Nicolet is regional fire ecologist for the U.S. Forest Service Southwestern Region stationed in Payson, Arizona.

## Acknowledgements

The authors gratefully acknowledge Bob Davis, director of Ecosystem Assessment and Planning for the U.S. Forest Service Southwestern Region, and personnel from the Kaibab and Apache-Sitgreaves National Forests, including Jared Scott, for their key support in this effort. We also thank Don Vandendriesche of the U.S. Forest Service Forest Management Service Center for his help with calibration of the Forest Vegetation Simulator Model. Our thanks also go to Kristen Waring at Northern Arizona University, and to several staff of the Southwestern Region for their considered review of this paper.

*Cover: Photo taken by David A. Conklin, of the U.S. Forest Service Southwestern Region forestry staff, showing a ponderosa pine stand on the Mescalero Indian Reservation in southeastern New Mexico. The photo represents a managed uneven-aged forest stand structure and desired conditions for ponderosa pine forests of the Southwestern Region.*

# Introduction

Each national forest and grassland of the U.S. Forest Service (USFS) develops and periodically revises a land and resource management plan known as a "forest plan" as its chief policy document. The forest plan addresses the management of its resources with a framework of goals, standards, and guidelines. As outlined in the provisions of the 1982 Planning Rule (USDA Forest Service 1999; 36 CFR § 219), desired conditions are descriptions of goals to be achieved at some time in the future. Desired conditions, by their contributions to social, economic, and ecological sustainability, are the vision that drives the forest plan revision and implementation process. While the planning rule is currently under revision, the concept of desired condition is likely to persist. The proposed rule issued in February 2011 states that "A desired condition is a description of specific social, economic, and/or ecological characteristics of the plan area, or a portion of the plan area, toward which management of the land and resources should be directed" (draft new rule section 219.7(d)(10(i))). The 1982 rule (USDA Forest Service 1999) states that "The forest plan shall contain the following…multiple-use goals and objectives that include a description of the desired future condition of the forest or grassland…" (Section 219.11) with the following purpose and principles from Section 219.1:

> (a)(1) "The resulting plans shall provide for multiple use and sustained yield of goods and services from the National Forest System in a way that maximizes long-term net public benefits in an environmentally sound manner;
>
> (b)(1) "Establishment of goals and objectives for multiple-use and sustained-yield management of renewable resources without impairment of the productivity of the land;
>
> (b)(2) "Consideration of the relative values of all renewable resources, including the relationship of nonrenewable resources, such as minerals, to renewable resources;
>
> (b)(3) "Recognition that the national forests are ecosystems and their management for goods and services requires an awareness and consideration of the interrelationships among plants, animals, soil, water, air, and other environmental factors within such ecosystems; and
>
> (b)(4) "Protection and, where appropriate, improvement of the quality of renewable resources.…"

Desired conditions are an expression of ecological, economic, and social sustainability toward which management of the land and resources is to be directed over the life of the forest plan. Ecologically speaking, they describe species composition, structure, and landscape pattern. Desired conditions also incorporate the natural processes such as nutrient cycling, trophic interactions, fire, insects, and diseases. For forests and woodlands, desired conditions include age class diversity, tree density, overstory and understory composition, and the size and density of snags and woody debris. Desired conditions are aspirations and are not commitments or final decisions approving projects and activities. Ecosystem-based management may require long planning horizons and must, therefore, incorporate dynamics—spatial and temporal changes resulting from vegetation growth and succession and the periodic resetting of these by natural and human-caused disturbances such as fire, wind, insects, and tree harvest. For some plant communities, desired conditions may be achieved in a single management entry, followed by continued natural or human maintenance. For others, desired conditions may not even be achieved except over a long time period, involving multiple successive entries.

The Southwestern Region has established desired conditions for the management of vegetation across all major ecosystems of the region (USDA Forest Service 2010). Ecosystems are analyzed using a framework of potential natural vegetation types (PNVTs) (TNC 2006), a coarse map unit scheme building on similarities in site potential and historic fire regime. Desired conditions are described in terms of the variability of vegetation patterns across spatial and temporal scales within the respective PNVTs. Vegetation is quantified and categorized in terms of vegetation structure, composition, and dynamics to help characterize the desired vegetation conditions.

The Southwestern Region's desired conditions were developed by an interdisciplinary team that utilized historic range of variation concepts as a beginning point. Historic conditions (prior to approximately 1880) provide a strong inference of ecological sustainability (reference condition). Descriptions of historic conditions were modified for the desired conditions based upon socioeconomics, operational feasibility, Agency policy and direction, and legal requirements such as the Endangered Species Act. Other social, political, and economic factors are much different today than a century ago and there are valid considerations for leaving uncharacteristically high densities in some areas to meet management needs (USDA Forest Service 1992). Desired conditions are broad in theme and may require further modification based on the best available science or on specific management concerns and issues.

Desired conditions, particularly for dry forest systems, reflect a careful balance among ecological, economic, and social sustainability considerations. Identifying this balance is especially challenging in ponderosa pine and dry mixed conifer forests (AKA mixed conifer—frequent fire), where much of the region's social and economic desires for preservation and commodity production come to bear, and where much of the region's management activities are concentrated. The resulting desired conditions form standard regional direction for these systems, each reflecting overall sustainability, including the economic realities of the limited management options to restore and maintain desired composition and structure. In this study we focus on the ponderosa pine and dry mixed conifer PNVTs where diameter caps are the most relevant in regards to desired conditions and forest restoration.

## Ecosystem Description

### Ponderosa Pine Forest

The ponderosa pine forest ecosystem is widespread in the Southwest, occurring at elevations typically ranging from 6,000 to 7,500 feet (1,800 to 2,300 m) on igneous, metamorphic, and sedimentary parent soils with good aeration and drainage, and across elevational and moisture gradients (Fitzhugh et al. 1987, Romme et al. 2009). As currently described, this PNVT is comprised of both the "ponderosa pine/bunchgrass" (PPG) and "ponderosa pine/Gambel oak" (PPO) subclasses (Muldavin et al. 1996), collectively referred to as ponderosa pine forest. The dominant species in this system is ponderosa pine (*Pinus ponderosa* C. Lawson var. *scopulorum* Engelm.). Other trees, such as Gambel oak (*Quercus gambelii* Nutt.), pinyon pine (*Pinus edulis* Engelm.), evergreen oak trees (*Quercus* L.), and juniper species (*Juniperus* L.) may be present. There may be a shrubby understory mixed with grasses and forbs, although this type sometimes occurs as savannah with extensive grasslands interspersed between widely spaced clumps or individual trees. This system is adapted to drought during the growing season, and has evolved several mechanisms to tolerate frequent surface fires (Ffolliott et al. 2008). Historically, plant communities had over 10 percent tree canopy cover by definition of the PNVT. On contemporary landscapes, much of this type is dominated by closed forest structure (>30 percent tree cover) as a result of fire suppression and other past management practices.

### Dry Mixed Conifer

The dry mixed conifer PNVT (AKA mixed conifer—frequent fire) spans a variety of semimesic environments in the Rocky Mountain, Colorado Plateau, and Madrean biomes of the Southwest. Mixed conifer forests are typically found at elevations between 5,000 and 10,000 feet (1,500 to 3,050 m), often situated between ponderosa pine forests below and wet mixed conifer (AKA "mixed conifer with aspen") or spruce-fir forests above (Romme et al. 2009, Sesnie et al. 2009). For the most part, this frequent fire type occupies warmer and drier sites of the mixed conifer life zone, and are characterized by an historic fire regime of frequent (9 to 22 years; Baisan and Swetnam 1990; Dietrich 1983; Grissino-Mayer et al. 1995; Heinlein et al. 2005), low severity surface fires and infrequently mixed severity fires. Typically these types were dominated by ponderosa pine in an open forest structure (<30 percent tree cover) with Douglas-fir (*Pseudotsuga menziesii* (Mirb.) Franco var. *glauca* (Beissn.) Franco) and minor occurrence of quaking aspen (*Populus tremuloides* Michx.) and white pines (*Pinus strobiformis* Engelm. and *P. flexilis* James). Aspen in the dry mixed conifer (DMC) occurs within inclusions of

dissimilar site potential and not as a seral cover type as it does within the wet mixed conifer type (Moir and Ludwig 1979). More shade tolerant conifers, such as Douglas-fir, white fir, and blue spruce (*Picea pungens* Engelm.), tend to increase in cover in late succession, and would not typically achieve dominance under the characteristic fire regime (Brown et al. 2001, Heinlein et al. 2005). These species could achieve dominance in localized settings where aspect, soils, and other factors limited the spread of surface fire. Historically plant communities had over 10 percent tree canopy cover by definition of the PNVT. On contemporary landscapes, much of this type is dominated by closed structure (>30 percent tree cover) and climax conifer species as a result of fire suppression and other past management practices.

Historically ponderosa pine and dry mixed confer PNVTs were composed of mosaics of tree groups of one to many trees dominated by ponderosa pine in a generally uneven-aged structure, with occasional groups of even-aged forest structure present (Fule et al. 1997, Moore et al. 1999, TNC 2006). An understory of grasses, forbs, and sometimes shrubs was present and carried frequent surface fire. In the DMC PNVT, Douglas-fir frequently codominated plant communities with ponderosa pine. The abundance of Douglas-fir and other more shade tolerant tree species was limited by the high frequency of fire disturbance that favored the dominance of ponderosa pine due to its fire resistant characteristics. Historical inventories of ponderosa pine forests in the Southwest provide insight into structure conditions that are characteristic of these systems. From Woolsey (1911):

> "The typical western yellow pine forest of the Southwest is a pure park-like stand made up of scattered groups of from 2 to 20 trees, usually connected by scattering individuals. Openings are frequent, and vary greatly in size. Within the type are open parks of large extent.… In pure stand of yellow pine the ground cover is usually pine grass, bunch grass, and in openings grama of various species. The grasses are distributed in clumps or patches, interspersed with layers of pine leaves of various depths, according to the density of the sand [sic]. Underbrush is rare…
>
> Varying age classes give pure western yellow pine a variety of aspects. In places it is made up of thrifty pole stands of blackjack, with an occasional mature yellow pine fast declining in vigor. In others there may be an old mature stand of veterans, with complete reproduction beneath."

Three separate areas on the Kaibab National Forest in northern Arizona, ranging from 128 to 6,000 acres (52 to 2,430 ha), that were inventoried by Woolsey (1911) averaged about 30 $ft^2$/ac (7 $m^2$/ha) tree basal area. One sample area of about 500 acres (200 ha) on the northern rim of the Grand Canyon, had a basal area of about 55 $ft^2$/ac (13 $m^2$/ha)(Lang and Stewart 1910). This description is dated from about 25 years after the onset of heavy livestock grazing and the disruption of the characteristic fire regime to suggest that forest conditions may have been even more open than what are described in this excerpt.

## Desired Conditions – Ponderosa Pine Forest and Dry Mixed Conifer

The following description of desired conditions was abstracted from guidelines written for the USFS Southwestern Region (USDA Forest Service 2010). The description describes forest structure, composition, process, and spatial pattern for the ponderosa pine and dry mixed conifer systems.

Uneven-aged forest structures comprise a distribution of age classes within stands. Overall, the landscape is generally dominated by ponderosa pine, the tree species most resilient to wildfire effects. Juniper, pinyon, oak, and other hardwood species are collectively well represented depending on the plant association, and are regenerating successfully where local forest biophysical conditions are appropriate for development of these species. Aspen can occur in inclusions of dissimilar site potential. Overall, forests are vigorous with characteristic levels of native insect and disease occurrences. In the DMC Douglas-fir and white pine can occur as codominants. White pine is present through much of this PNVT, with a wide range of genetic diversity, and regenerating in suitable locations.

In both the ponderosa pine and dry mixed conifer systems, a variety of forest density, spatial arrangement, and age and structure conditions exists across the landscape similar to historic conditions. Conifer forest types are composed of a distribution of age classes that comprise a sustainable mix of structural stages (early, middle, and late succession). Forest canopy gaps and openings occur on 20 to 40 percent of each stand area, with the exception of designated Mexican spotted owl habitats, and goshawk nesting areas where canopy cover is more continuous, but gaps can still be present. These canopy gaps and forest openings mimic historic spatial patterns and provide for the regeneration of ponderosa pine and the development of herb and shrub species, and facilitate reintroduction and maintenance of frequent surface fire as an ecological process. Forest canopy gaps and openings are dynamic over time, shaped by small-scale disturbances including fire and subsequent vegetation development, with some areas regenerating new tree groups of one to many trees, while other areas remain as openings that contribute to ecosystem diversity by supporting tree group rooting zones and grass-forb and shrub habitat. Managed uneven-aged stands range from 15 to 45 percent of maximum stand density index (see appendix B). In areas outside of MSO nest/roost and replacement nest/roost habitats, basal areas average less than 80 $ft^2$/acre (18 $m^2$/ha), and bark beetle hazard is low. In most cases, ponderosa pine and mixed conifer forest stands exhibit open and uneven-aged characteristics (multistoried), except for stands managed for goshawk nest and MSO nest/roost and replacement nest/roost habitats (MSO habitat may or may not be multistoried).

Dwarf mistletoe is an element of the forest landscape. There is a varied level of mistletoe across the landscape, comparable with historic conditions (Conklin and Fairweather 2010) such that it does not impede achieving and sustaining desired uneven-aged forest conditions. Desired stand dwarf mistletoe infection levels do not exceed 20 percent infection of the host species (trees per acre basis) or 25 percent of the area infected for any given tree species. Dwarf mistletoe infections are irregularly distributed among tree groups, such that effects are limited to the forest group scale.

Detailed descriptions of desired conditions are in appendix A.

## Diameter Cap

An issue confronting the implementation of forest desired conditions is the concept of a diameter cut limit imposed with harvest prescriptions. In the past, diameter caps have been used as a means to preserve large trees, often those over 16 inches (23 cm) in diameter, leading to a so-called "16-inch cap." The approach originated in the environmental community over concerns for the preservation of large trees including:

- Impression that there are relatively few large trees remaining on the landscape (Abella et al. 2006);
- Loss of large trees through commercial logging;
- Harvesting trees is aesthetically unappealing; and
- The removal of large trees is a return to commercially-focused logging (Coughlan 2003, Larson and Mirth 2001).

The 16-inch threshold is an arbitrary value given its relation to forest restoration and desired conditions. There may be instances where the removal of small diameter trees (that happen to all be less than 16 inches in size) favor the desired tree age distribution and the restoration of an uneven-aged system. We differentiate the intent of such a prescription from an indiscriminate, broadly applied diameter cap, when considering disparities between existing and desired conditions.

Previous compromises were negotiated among local stakeholders resulting in project-level agreements to implement diameter caps. Diameter caps have since become a common practice on some national forests (Abella et al. 2006, Coughlan 2003, Fule et al. 2006, Larson and Mirth 2001). The few related empirics that have been generated to date suggest that such a policy is unsustainable (see "Related Studies"). The Southwestern Region has concerns that such constraints will limit achievement and maintenance of desired conditions for long-term forest structure, composition, and dynamics, particularly in frequent fire types characterized by open tree canopies and multistoried conditions.

## Related Studies

Abella and others (2006) recently assessed the effects of diameter cap constraints in ponderosa pine forest restoration focused treatments and considered arguments for and against the approach. Treatment objective outcomes were similar to Forest Service desired conditions: the treatment guidelines focused on reduction of tree densities to within historic ranges, and reestablishment of presettlement tree patterns of one to several trees clumped among forest openings, based on historical evidence (Covington et al. 1997). In the diameter cap scenario, guidelines were implemented only as the 16-inch cap would allow. Results are summarized here:

- Final basal area was 87 and 39 $ft^2$/acre (20 and 9 $m^2$/ha) for the cap and no-cap treatments, respectively, a difference of approximately 50 $ft^2$/acre (11 $m^2$/ha).
- Where there were relatively few trees greater than 16 inches in diameter in the current condition:
  - The effect of a diameter cap was negligible.
  - Tree groups and openings were effectively created in the diameter cap treatment.
  - The difference in foliar biomass (a metric positively linked to crown fire behavior) between the treatment types was negligible.
- Where the current conditions was comprised of a relatively high number of trees greater than 16 inches in diameter:
  - The diameter cap treatment retained an additional 28 trees/acre (69 trees/ha) compared to the no-cap treatment.
  - It was problematic to establish canopy gaps and retain tree groups necessary for an uneven-aged forest management prescription.
  - Foliar biomass was significantly higher in the cap-constrained treatment versus the no-cap treatment (51 percent vs. 21 percent).

Abella et al. (2006) also caution about assessing the effects of a diameter cap based on conditions immediately after treatment. The cap may respond to certain short-term management objectives of fuel reduction or large tree retention, but the cap essentially sets a minimum tree density, basal area, and canopy biomass, and limits the developmental dynamics typical of this forest ecosystem. The residual trees will continue growing and increasing biomass, canopy closure, and fire risk.

An unpublished study by Higgins (2011) has also challenged the notion that large trees have become rare in the Southwest. In an assessment of historic inventory data from the Kaibab National Forest and other forests in northern Arizona, Higgins compared contemporary and historic conditions in ponderosa pine forests. He determined that all ranger districts on the Kaibab have a greater number of trees 16 inches in diameter and larger than they did historically, based upon inventories reported in Woolsey (1911) and Lang and Stewart (1910). It's only at larger tree diameters that current and historic tree densities are approximately equivalent—20 inches on the Tusayan district, 22 inches on the Williams district, and over 24 inches on the North Kaibab Ranger District. Higgins' study included a similar assessment of conditions across broader scales in northern and central Arizona that are indicative of the region (figure 1). In this assessment, the current average and maximum density of trees 16 inches and over was compared with historic conditions as interpreted from Woolsey and Lang and Stewart.

Figure 1 suggests that the density of large trees, 16 inches and greater, has increased in recent decades compared to historic conditions. Though the density of large trees has increased, the overall proportion of large trees today has decreased with fire suppression and the increasing abundance of small trees. The historic stands of maximum density ("Max") reflect the efforts of early inventory crews charged with deliberately locating and measuring those stands with the highest densities of large trees. Today's large tree density in northern Arizona is greater than historic in all but the densest stands located in the

early 1900s. This assessment does not account for spatial variation, and it's likely that the spatial distribution of large trees is more homogenous than it was historically. Under a diameter cap scenario, the proportion of large trees continues to increase with each thinning treatment that targets only small trees. Figures 2 and 3 display similar trends but on a regional basis for the Southwest.

## Study Objectives

The current study seeks to supplement the work of Abella and others, including Fiedler et al. (2002), who have explored diameter cap strategies and related issues. With this study, we expand the scope of the evaluation of a diameter cap to include extended model simulations and additional empirics and model calibration for the analysis of structure.

A 16-inch diameter cap has been suggested, either specifically or in practical effect, as a programmatic approach to restoring forest systems that are at moderate to high risk of stand-replacing fire, as a management theme in forest plan revision processes currently underway in the region. This study represents an effort to compile, develop, and report available science on the effects of a diameter cap to achieving and maintaining desired conditions within uneven-aged forest ecosystems. We've documented the results of Vegetation Dynamics Development Tool (VDDT) (ESSA 2006) and Forest Vegetation Simulator (FVS) modeling (Dixon 2002), testing the effects of a programmatic application of a 16-inch diameter cap on management for desired conditions in ponderosa pine and dry mixed conifer types. This manuscript is based in large part on methodology recently developed to calibrate VDDT models using FVS (Weisz et al. 2010). We did not examine site-specific circumstances where application of a prescription incorporating a diameter cap may meet project objectives. Rather the study is focused on the effects of a diameter cap on achieving or maintaining desired conditions at the programmatic level, at the scale of national forests.

For the purposes of this analysis and discussion, three primary elements are considered to determine whether management strategies move conditions toward or away from desired conditions: (1) forest structure (age/size class distribution, density, spatial arrangement), (2) forest composition (species), and (3) ecological function (fire behavior).




*Figure 1. Current average and maximum density of trees ≥ 16 inches compared with historic conditions as interpreted from Woolsey (W) (1911) and Lang and Stewart (L&S) (1910). The proportion of all trees that is made up of those 16 inches and greater is also included. Historic data sources represent the Prescott NF (PNF), Tusayan NF (TNF) (now part of the Kaibab NF), and Coconino NF (CNF). "Max" reflects the densest stands located during the early 1900s inventories. Current conditions are represented by FIA (FIA-All) across the same region of north-central Arizona.*




*Figure 2. Tree density by size class for ponderosa pine forest types on nonreserve forest lands of national forests in Arizona and New Mexico, by inventory period.*




*Figure 3. Density of trees 15 inches in diameter and greater, for the ponderosa pine types on nonreserve forest lands of national forests in Arizona and New Mexico, by inventory period.*

# Methods

## Study Area

Our analysis was focused on the dry forest systems of the USFS Southwestern Region, as they occur on Forest Service lands of Arizona and New Mexico. All Forest Service lands have been mapped by PNVT, and the analysis specifically considered the ponderosa pine/grassland, ponderosa pine/Gambel oak, and dry mixed conifer PNVTs as represented by a probability sample of vegetation across these systems (see "Data"). Descriptions for these systems are included in the introduction. The analysis focused on actively managed lands.

## Data

Data for the modeling analysis were derived from the Forest Inventory Analysis (FIA) Program. The FIA established a systematic vegetation inventory where data are periodically gathered on permanent plots from all forested lands across the United States (U.S. Code 1998; 16 USC § 1642). Plots are randomly located on a sample design with approximately 5,000 meters between plots, and the exact plot locations are kept secret to prevent bias. Plots that occur on national forests in Arizona and New Mexico in PPG, PPO, and DMC were used as statistical samples for modeling with the Forest Vegetation Simulator (FVS) (see "FVS Modeling"). All plot data were used to calibrate natural growth in the absence of disturbance, while finer subsets were used to calibrate the effects of specific management activities (Moeur 2011). The FVS model is a well established stand simulator program (Dixon 2002) used to project stand growth over time under the influences of site productivity, natural disturbance, and silviculture. A detailed process of sample data compilation and synthesis, over several steps (Weisz et al. 2011), was required to stratify and prepare FIA tree list data sufficient to enable FVS model projections and the analysis of a diameter cap scenario.

## Stratification within Ecosystems

Both the ponderosa pine and dry mixed conifer systems have been stratified by ecosystem states of specific combinations of size, cover, canopy layering, and dominance type (Triepke et al. 2005). State and transition models have been built for each major ecosystem of the Southwest using the Vegetation Dynamics Development Tool (VDDT), a landscape analysis software developed to project vegetation conditions over time (Weisz et al. 2009). Each VDDT state represents an important phase in the ecosystem dynamics of a PNVT, either in terms of ecological processes or management themes. Table 1 summarizes the ecosystem states and their differentiating criteria for the ponderosa pine and dry mixed conifer systems. For each of the three PNVTs, FIA samples were respectively assigned to the appropriate model state (table 1), and then grouped with similar strata (table 2). Grouping by similar strata ensured the larger sample

**Table 1. Stratification of ponderosa pine and dry mixed conifer states A through M, according to key attributes of canopy layering, canopy cover, and predominant tree diameter**

| Canopy Layering | Canopy Cover | GFB-SHR[1] | Tree Diameter[2] | | | |
|---|---|---|---|---|---|---|
| | | | 0-5" | 5-10" | 10-20" | 20"+ |
| Single | Open[3] | A, N[4] | B | C | D | E |
| Single | Closed[3] | | F | G | H | I |
| Multi | Open | | | | J[5] | K[5] |
| Multi | Closed | | | | L | M |

[1] GFB-SHR – Plant communities with ≤10 percent tree canopy cover, dominated by grass, forb, or shrub species.

[2] Tree diameter classes determined by the size class (0–5", 5–10", 10–20", 20"+) with a plurality of basal area.

[3] Tree canopy cover classes include "open" (10–29.9 percent) or "closed" (≥30 percent).

[4] There are two grass-forb-shrub states differentiated by successional sequence, where state A represents the historic trajectory of reforestation following localized disturbance, and state N represents a static, uncharacteristic state with little or no tree regeneration following stand-replacing fire on contemporary landscapes.

[5] Desired condition, open multilayered (representing young, mid, and old trees), average diameter varying by site productivity

**Table 2. FIA sample plot numbers and proportion for each model stratum of the PPG, PPO, and DMC PNVTs**

| Model Stratum | PPG | | PPO | | DMC | | Total | |
|---|---|---|---|---|---|---|---|---|
| | n | Percent | n | Percent | n | Percent | n | Percent |
| JKLM | 84 | 30 | 48 | 33 | 91 | 48 | 223 | 33 |
| DEHI | 97 | 35 | 38 | 26 | 29 | 15 | 223 | 33 |
| CG | 57 | 21 | 46 | 32 | 42 | 22 | 145 | 22 |
| ABF | 40 | 14 | 14 | 10 | 28 | 15 | 82 | 12 |
| Total | 278 | 100 | 146 | 100 | 190 | 100 | 673 | 100 |

sizes necessary for reliable model projections, while still allowing for some evaluation of variance in the outputs.

## FVS Modeling

Simulations were conducted using FVS with the objective of modeling a 16-inch cap. Eighty-year simulations were used with successive prescribed cutting treatments to achieve and maintain 60 ft$^2$/ac of tree basal area, but with an overriding retention of all trees 16 inches and above in diameter. A value of 60 ft$^2$/ac is near the middle of the desired range of 30–80 ft$^2$/ac (7–18 m$^2$/ha) for ponderosa pine, which may be retained in this range for most of a 30-year period between scheduled treatments. For DMC, 60–80 ft$^2$/ac (14–18 m$^2$/ha) is considered a suitable range of mid-points given the greater target basal area range of 40–100 ft$^2$/ac (9–23 m$^2$/ha) for mixed conifer, but modeling results are based on 60 ft$^2$/ac. Accordingly, the FVS model was carefully parameterized to reflect cutting treatments designed to achieve or maintain stand densities at 60 ft$^2$/ac, while imposing strict retention of all trees over 16 inches. Where current stand conditions conflict with attainment of both objectives, retention of all trees greater than 16 inches in diameter was given preference over the density target for modeling the effects of this constraint. Two subsequent cuttings with the identical treatment prescriptions were scheduled in the model at 30 and 60 years following the initial treatment. Unlike other variants of FVS, the Southern Rockies variant used with this analysis does not include default imputation for tree regeneration. For parameterization of tree regeneration we followed Vandendriesche (2010), and assumptions involving stand density index are discussed in the following section, "Species Composition in Dry Mixed Conifer."

The FVS model is capable of reporting several stand variables to support the evaluation of silvicultural treatments and effects of stand dynamics. Averages and variance of the variables were reported for each stratum, along with values for individual plots, all computed for each decade of the simulation. The stratum averages include:

- Basal area (BA)
- Quadratic mean diameter (QMD)
- Stand density index (SDI)
- Trees per acre (TPA) by species and diameter class

The variables computed for each plot were given by the diameter classes of 0–5" (0–13 cm), 5–10" (13–25 cm), 10–20" (25-51 cm), and 20"+ (51 cm+) and include:

- BA
- TPA
- SDI

For ecological sustainability analysis in the Southwestern Region, a canopy cover threshold of 30 percent was established to differentiate open and closed forest canopies. Ecological syntheses by TNC (2006) and others have shown key differences in the fire regime and the resulting forest structure and wildlife habitat below and above this approximate value for ponderosa pine and dry mixed conifer systems. For purposes of this analysis, a basal area threshold of about 60 ft$^2$/ac (14 m$^2$/ha) is used to represent an equivalent level of forest structure to differentiate open and closed conditions by the basal area metric (Mitchell and Popovich 1996). Open states are those with basal area values less than about 60 ft$^2$/ac—states A, B, C, D, E, J, and K (table 1). Closed states—F, G, H, I, L, and M—are states with at least 60 ft$^2$/ac of basal area. Note that the PNVTs evaluated with this study

share the same naming convention for their respective model states.

The FVS also provides both age diversity and canopy layering, or storiedness, as a means to evaluate the uneven-agedness of a stand. Given the positive relationships of tree size and diameter, storiedness gives a useful inference of age diversity that is apparent. Storiedness is also one of the primary differentia of ecosystem states (table 1), and a key characteristic of these ecosystems, where uneven-aged and multistoried conditions reflect the desired condition (states J and K). Storiedness was reported, along with the variables listed above, immediately preceding the initial cutting treatment and then for every subsequent decade over the next 70 years of the simulation. The storiedness algorithm used in our analysis was used as an inference of tree age diversity, and is described in the following decision tree:

Is the basal area of trees that are ≥20" (51 cm) in diameter at least 20 percent greater than the basal area of trees that are ≥10" (25 cm) and <20"?

- NO – Single storied
- YES – Is the basal area of trees that are ≥20" in diameter at least 20 percent greater than the basal area of trees that are ≥0" and <10"?
    - NO – Single storied
    - YES – Multistoried

Results of FVS modeling for PPG, PPO, and DMC are reported by each decade of the 80-year simulation (table 3). The basal area and storiedness values calculated for each stratum and each decade were weighted by the number of FIA plots in each stratum, and then summarized into a percent attainment of desired conditions. Individual states within each stratum were identified by computations made for each decade according to differentiating values of basal area, storiedness, and dominant tree size range. The most frequent state was also identified for each decade and for the modeling period. These same variables were also averaged across each stratum to assess the attainment of desired conditions in each reporting year across the simulation.

# Results

The FVS modeling results are summarized by the proportion of stands that meet desired conditions with a 16-inch cap strategy (table 3). Conditions listed for 2010 reflect overall stand conditions just prior to the first treatment. As mentioned, prescribed cutting treatments were repeated two more times during the simulations in years 2030 and 2060. The table includes critical attributes of basal area (BA) and multistoried (MS) conditions, where storiedness is used as an inference of age diversity. In this study, whether overall desired conditions are met is determined by whether both attributes of basal area and storiedness are met.

In an effort to provide an unbiased accounting of the effects of a diameter cap policy, model simulations were made on the assumptions that regulatory framework and the availability of resources did not limit the access and treatment to all stands. In our modeling, each suitable stand was subject to the regular cutting treatments prescribed in FVS. And in this context for a stand to be suitable it must have had merchantable trees less than 16 inches in diameter in a stand that did not meet desired conditions.

The results in table 3 show that nearly all stands were considered multistoried at the beginning of the modeling period. In all three PNVTs, the percentage of stands that meet multistoried conditions continued to decline as the proportion of trees larger than 16 inches increased across the simulation and the positive effects of treatments were negated. The loss of multistoried conditions appears to accelerate in the first half of the modeling period. By the time the third treatment is implemented, conditions in both storiedness and basal area are more or less static, unless natural disturbance creates new canopy gaps (see "Discussion"). This analysis shows that within 3 decades, all simulation stands would be converted to conditions that are functionally even-aged, given that younger cohorts do not take on diameter growth typical of uneven-aged systems due to the poor physiological conditions of trees growing under high-density forest canopies, and given the lack of tree regeneration.

**Table 3. The proportion of forest ecosystems meeting desired conditions under a diameter cap policy are listed according to target ranges for basal area (BA) and multistoried (MS) conditions; results based on FVS modeling over an 80-year simulation**

| Year | PPO | | PPG | | DMC | |
|---|---|---|---|---|---|---|
| | BA | MS | BA | MS | BA | MS |
| 2010[A] | 14% | 100% | 10% | 100% | 15% | 100% |
| 2020 | 100% | 35% | 100% | 41% | 100% | 100% |
| 2030 | 14% | 35% | 10% | 41% | 100% | 100% |
| 2040 | 70% | 35% | 68% | 41% | 63% | 52% |
| 2050 | 35% | 14% | 10% | 10% | 100% | 37% |
| 2060 | 0% | 14% | 0% | 10% | 100% | 37% |
| 2070 | 14% | 14% | 10% | 10% | 100% | 37% |
| 2080 | 14% | 14% | 10% | 10% | 100% | 37% |

[A]Conditions prior to initial cutting treatment.

Results also show with all three PNVTs that basal area targets are achieved one decade after the initial treatment and, in the case of ponderosa pine, the percentages trend downward with time as fewer trees under 16 inches remain to present opportunities to modify stand conditions toward desired conditions. On the other hand, dry mixed conifer affords the ability to achieve basal area targets at least as reflected in the beginning 80 years of the management scenario, but with an increasing plurality of shade tolerant conifer species (see "Discussion"). In part this is due to differences in site types in mixed conifer that favor greater tree density and regeneration of shade tolerant species (see "Species Composition in Dry Mixed Conifer"). However, the cutting constraints can also force tradeoffs between basal area and desired species composition targets in dry mixed conifer forests (see "Discussion").

In nearly all stages of the simulations and across all three PNVTs, the inability to develop or maintain uneven-aged forest structure is the most limiting factor in achieving desired conditions. The ability to progress toward desired structure conditions is achievable through the first treatment in some stands, with overall percentages declining significantly approximately 40 years into the simulation to 14 percent, 10 percent, and 37 percent for PPG, PPO, and DMC, respectively. That multistoried conditions are achieved in DMC is enabled, in large part, by the regeneration of shade tolerant conifers, counter to the desired species composition for the PNVT (see "Discussion").

# Discussion

Our analysis indicates that maintaining desired conditions for the PPG, PPO, and DMC systems is problematic with a diameter cap policy, and that achieving desired conditions where they do not exist on contemporary landscapes is even more difficult. Tree density, as determined with basal area, and age diversity, as inferred from forest canopy storiedness, were the two principle attributes used to assess consistency with the desired conditions that have been formally defined for these three systems for the USFS Southwestern Region (USDA Forest Service 2010). In large measure, basal area and storiedness alone can be used for evaluation. In DMC, the composition of tree species is another primary consideration (Arno and Fiedler 2005).

Analysis by FVS suggests that desired conditions for basal area in ponderosa pine, 30–80 ft$^2$/ac, cannot be maintained over time and even in the short term can only be met on a minor percentage of the area. Examination of individual FIA samples tells us that in some cases where desired conditions have been met, too few large trees exist in the first place so that a diameter cap is irrelevant, and the "diameter cap" label does not fit the true silvicultural method. That only the mid-point of the target range was considered for modeling suggests that the likelihood of achieving lower values of the range, even more indicative of historic conditions, would be that much more difficult on a programmatic scale. And even when desired conditions are met for basal area, a much smaller minority of stands meet age diversity targets in most instances. Meeting composition targets in DMC is also unlikely (see "Species Composition in Dry Mixed Conifer").

At the beginning of the simulation nearly all stands were considered multistoried, suggesting that the algorithm used is very liberal in making the assignment—i.e., the stand is more likely to meet desired conditions by this algorithm. The current algorithm represents only a 2-class system, versus a 3-plus story system indicative of true uneven-aged conditions. The storiedness algorithm is being refined for the Southwestern Region to reflect a 3-class system to reflect forest plant communities that are truly uneven-aged.

Following implementation of a 16-inch cap, the percentage of stands that meet uneven-aged conditions declined precipitously due to the preservation of all large trees representing the upper cohorts, treatment tradeoffs between stand structural diversity and basal area targets, and the simultaneous reduction in opportunities for tree regeneration necessary to sustain the recruitment essential for an uneven-aged/diameter distribution within the plant community. Imposing diameter caps in managed density stands most often results in the elimination of small- and mid-sized diameter trees, due to the tradeoff forced between achievement of stand structure and density targets.

As expected, the manager can ostensibly progress toward desired conditions with diameter constraint following the initial entry on a minor percentage of the landscape; but, the effects of the harvest are short term so that the percentage moving toward desired conditions is reduced to less than half of the peak overall percentages only 40 years into the projection (table 3). Despite the immediate pulse in stands progressing toward desired density conditions, even a temporary diameter cap policy has a long-term liability on opportunities to manage for (implement or maintain) uneven-aged forest structure. All else equal, maintaining a diameter cap policy for even a short term reduces the number of stands suitable for treatment to achieve uneven-aged conditions, given the lost opportunities for ensuring continual tree regeneration and age diversity that an increasingly dense single-storied component of 16" plus trees forestalls. Growth rate is likewise affected. Forty years of sample data from the Taylor Woods study, at Fort Valley Experimental Forest in northern Arizona, show that, for example, a 12-inch tree (30 cm) will attain a 16 to 18 inch diameter in about a decade at a rate of disturbance commensurate with pre-European settlement disturbance regimes (Bailey 2008). Trees in lower density conditions grew significantly faster in diameter, crown length, and crown width; that is, the smaller size of younger cohorts is temporary as long as competition is sufficiently controlled by silvicultural treatments or other disturbance.

As mentioned, the FVS simulations in this study were conducted under the assumption that forest managers would have resources to consider treatment in all stands, without regulatory hindrance, to reduce complicating

factors in the analysis. In reality, resources, regulation, and policy will substantially limit the manager's ability to restore and maintain desired conditions on a broad scale. Results by this study suggest that the effects of a diameter cap policy would be further exacerbated by these limitations, given that managers will tend to focus their energy on the limited opportunities where the economics support harvest activities or where stand conditions favor successful outcomes. In these cases the likelihood of achieving desired conditions over the long term are reversed by a policy that incidentally favors dense single-storied forest conditions. The remainder of untreated stands will tend to average higher densities with time (see table 3, 2010 conditions).

Collateral effects of a diameter cap policy in PPG, PPO, and DMC involve changes in fire risk and habitat diversity associated with changing fire regimes and, in DMC, significant shifts toward shade tolerant, fire intolerant species of conifers, which impact long-term sustainability. The composition shifts also reduce biodiversity and key wildlife habitat components such as shade intolerant hardwood species, including aspen and oak.

## Effects of Stand Density

Stand level characteristics for desired conditions of PPG, PPO, and DMC have also been qualitatively described (see appendix A), and include spatial arrangement for trees within the plant community subject to local circumstances. Desired conditions for all three PNVTs specify an arrangement of trees into clusters or groups of one to many trees, some with high density, surrounded by openings of sparse tree cover that are dominated by grasses or shrubs (depending on the particular plant association). Under a diameter-cap policy, the characteristic spatial arrangement of trees in many areas is becoming increasingly difficult to attain as former openings regenerate, many now with trees over 16 inches in diameter (Moore et al. 2004). Also, since no trees over 16 inches would be cut to reach density objectives, the pressure to harvest more or all trees under 16 inches is likely to result in more homogenous structure, as trees under 16 inches are targeted to achieve the desired conditions for basal area. Regular interspersion of tree groups of differing ages is likewise important for biodiversity:

- According to Reynolds and others (1992), high interspersion is of moderate to high value for 11 of 14 goshawk prey species. The authors also report that an herb-shrub component characteristic of forest gaps is important for a separate set of 11 prey species. The limitations of diameter cap management are likely to inhibit tree group interspersion and the sustenance of an understory with characteristic composition.
- Reductions in overstory density to more heterogeneous patterns of openings among trees groups of moderate density levels are commensurate with objectives to increase understory plant diversity (Griffis et al. 2001, Laughlin et al. 2006, Moore and Dieter 1992).
- Even moderately dense tree cover reduces native plant abundance (Griffis et al. 2001, Sabo et al. 2008) and diversity (Bataineh et al. 2006)(Laughlin et al. 2004).

Similar studies on and near the Kaibab National Forest in northern Arizona show a strong correlation between overstory density and understory species diversity and production (Abella 2009, Bataineh et al. 2006, Moore and Deiter 1992). Deiter (1989) showed that the basal area of trees must be below about 65 $ft^2$/ac (36 $m^2$/ha) to produce a robust understory response, defined as at least 50 percent of site potential.

In DMC, as forests become denser under a diameter-cap policy, their ability to regenerate ponderosa pine sustainably is frustrated by the regeneration of shade tolerant conifers favored under scenarios of limited and infrequent disturbance (Heinlein et al. 2005) (see "Species Composition in Dry Mixed Conifer"). Though intervention is still necessary to control the growth of shade tolerants, canopy gaps facilitate the regeneration of ponderosa pine, the development and maintenance of uneven-aged forest structure, and the diversity and abundance of understory vegetation.

In summary, stand density provides strong inference for ecosystem dynamics and associated structure and habitat characteristics. Irregular forest density, for instance with canopy gaps and nonforest openings, can facilitate the reintroduction and maintenance by frequent surface fire and allow land managers more control over fire (Pollet and Omi 2002). This type of forest structure can also limit the transition of surface fire to crown fire during severe burning conditions, reducing the probability of uncharacteristically severe fire effects (DeBano et al. 1998, Scott 2003). The restoration of historic forest spatial patterns, including canopy gaps and tree groups, is critical to proper ecosystem function and related biodiversity.

**Table 4. Standard management activities evaluated using FVS, as represented by FIA samples across dry mixed conifer forests of the Southwest**

| Code | Management Activity |
|---|---|
| B | Free thin, all sizes to target basal area, 50 $ft^2$/ac (11 $m^2$/ha) |
| C | Thin from below to target basal area, 80 $ft^2$/ac (18 $m^2$/ha) |
| D | Thin under a 16-inch diameter cap to target basal area, 60 $ft^2$/ac (14 $m^2$/ha) |
| E | Group selection with matrix thin to target basal area, 70 $ft^2$/ac (16 $m^2$/ha) |
| F | Shelterwood seed cut to target basal area, 30 $ft^2$/ac (7 $m^2$/ha) |
| J | Prescribed fire, low intensity burning conditions |
| K | Prescribed fire, moderate intensity burning conditions |
| L | Prescribed fire, high intensity burning conditions |
| M | Thin under a 9-inch diameter cap, 150 $ft^2$/ac (34 $m^2$/ha) |

## Species Composition in Dry Mixed Conifer

The composition of tree species in dry mixed conifer forests is of particular interest to forest managers in the West (Arno and Fiedler 2005, North et al. 2009), and adds an important restoration component equal to tree density and vertical stratification. For analysis on the effects of a diameter cap on the restoration and maintenance of forest composition in DMC, we turn to related work by Moeur (2011) and to key concepts of stand density index (SDI).

First, in her recent analysis Moeur (2011) modeled changes in tree species composition in dry mixed conifer systems as the result of a standard set of management activities (table 4). Each management activity was evaluated by simulating silvicultural and fuels treatment prescriptions with FVS, using subsets of FIA plots associated with each VDDT model state. The FIA tree list data were compiled from samples occurring in DMC forests across USFS lands of the Southwest. Simulations were generated for each management theme, the results analyzed according to the effects by management on structure and composition.

Using white fir as a key successional indicator, results are summarized in figure 4 for all management activities. White fir has low resistance to fire, is shade tolerant (Burns and Honkala 1990), and is favored by infrequent fire and closed canopy conditions. Historically it was a subordinate component in DMC (as with desired conditions) and is now much more abundant, due primarily to fire suppression and the capacity of white fir to thrive in high stem densities (see following discussion on stand density index). Figure 4 shows the considerable disparity in the density of large white fir trees between the 16-inch diameter cap and uneven-aged management treatments. After one treatment, the density of white fir in the diameter cap scenario is about three times that of the group selection immediately following treatment. The diameter cap scenario points to the inability of managers to meaningfully affect composition of the residual stand.

This assessment provides an example of how a shade tolerant species is retained in higher than desired proportions relative to desired conditions as a result of the cutting constraint. This analysis does not examine species composition of tree species regeneration following treatment, and the subsequent cumulating effects on stand composition. Large white fir and other undesired species that are retained by this cutting constraint become seed trees that perpetuate shade tolerant species and jeopardize true restoration objectives. Stand density index can be

used to show that diameter cutting constraints are likely to result in profound shifts in tree species composition over time, favoring the regeneration and sustenance of shade tolerant and fire intolerant species.

The stand density index (SDI[1]) is a conceptual framework that relates an absolute density measure to forest stand developmental dynamics (detailed discussion in appendix B). The SDI provides a long accepted, operational methodology for stand dynamics. Long (1985) divided the stand density index into four zones based on the percent of the overall density of a tree stand relative to the biological maximum density, a species-specific value. Table 5 displays the four zones, and includes descriptions of the dynamics of tree regeneration establishment, competition, and growth based on stand density percentages relative to the maximum SDI values specified for each tree species.

The stratification of stand density index in table 5 provides a useful means for discussing stand dynamics relative to species composition, and the implications of varying the timing, scale, and intensity of density management to affect the variety of stand and tree characteristics (Long 1985, Long et al. 2004, Shaw and Long 2010):

- Regeneration of desired species can be initiated by maintaining stand density in zone 1, based on maximum SDI of desired species. The regeneration model utilized in FVS was based on this assumption (see "Methods").
- Open canopy stands with grassy understories and large diameter trees with long, heavy-limbed crowns can be developed by targeting densities in zones 1 and 2.
- Stands of moderate crown closure and intermediate sized trees with thrifty, well-pruned crowns can be




*Figure 4. Large white fir tree density (TPA) immediately before and after each management treatment scenario (table 4) simulated by FVS, as an indication of successional status and consistency with desired conditions (where white fir is subordinate).*

[1] Measure of stand density in relationship to number of trees in a stand to quadratic mean diameter expressed as a percentage of the maximum (SAF 1998).

**Table 5. Percent of maximum SDI (Langsaeter 1941) by density zone according to key stand dynamics (Long 1985)**

| Percent Maximum SDI* | Zone | Stand and Tree Characteristics |
|---|---|---|
| 0–24 percent<br>Low density | 1 | —Less than full site occupancy, maximum understory forage production.<br>—No competition between trees, little crown differentiation.<br>—Maximum individual tree diameter and volume growth.<br>—Minimum whole stand volume growth.<br>—Tree regeneration freely establishes. |
| 25–34 percent<br>Moderate density | 2 | —Less than full site occupancy, intermediate forage production.<br>—Onset of competition among trees, onset of crown differentiation.<br>—Intermediate individual tree diameter and volume growth.<br>—Intermediate whole stand volume growth. |
| 35–60 percent<br>High density | 3 | —Full site occupancy, minimum forage production.<br>—Active competition among trees, active crown differentiation.<br>—Declining individual tree diameter and volume growth.<br>—Maximum whole stand volume growth.<br>—Upper range of zone marks the threshold for the onset of density-related mortality. |
| >60 percent<br>Extremely high density | 4 | —Full site occupancy, minimum forage production.<br>—Severe competition among trees, active competition induced mortality.<br>—Minimum individual tree diameter and volume growth, stagnation.<br>—Declining whole stand volume growth due to mortality |

Percentages based upon individual species (Shaw and Long 2011). Examples include ponderosa pine maximum SDI = 450, Douglas-fir maximum SDI = 570, and white fir maximum SDI = 640. Note that the absolute density measure is calculated for the entire stand, but that developmental characteristics differ for each species within the stand based on the established maximum density for the species.

developed by targeting densities in the upper half of zone 2 and the lower half of zone 3.

- Clumpy, irregular stands containing groups of varying ages can be developed through periodic creation of canopy openings (zone 1), where growing space for tree regeneration is made available for seedling establishment.
- Longevity of existing large diameter trees could be enhanced by thinning adjacent smaller trees to create zone 2 or 3 growing conditions.
- Avoiding density related mortality and maintaining forest vigor can be achieved by maintaining densities at or less than the lower half of zone 3.

By considering SDI with these management strategies, stand density can be modified to favor the regeneration of shade intolerant conifers in dry mixed conifer, as a means of achieving desired conditions.

## Fire Behavior

While fire risk and postfire effects associated with high density forests in the western U.S. are well established, little is known about the direct responses of fire behavior to a diameter cap. What diameter cap treatments have been implemented in the Southwestern Region have occurred at project scales and only within the last 10 years so that observations on the potential impacts to

fire behavior and resulting fire regimes are problematic. An unpublished study by Nicolet (2011) was recently conducted on the Apache-Sitgreaves National Forests in Arizona, and considered the effects of a 16-inch cap on forest ecosystems including the potential for passive and active crown fire. The study was part of an environmental analysis to evaluate the effects of the proposed Rim Lakes Forest Restoration Project. In this study, the potential fire behavior was modeled for a range of management alternatives with the following assumptions:

- No action – No management other than fire suppression.
- Uneven-aged forest management – Areas outside of Mexican spotted owl habitat managed for large trees and the northern goshawk by implementing combinations of group selection cuttings to spatially distribute forest age classes and canopy openings. Mechanical treatments are followed with prescribed fire. Slash created from tree harvest is piled and burned, or lopped and scattered and burned. Broadcast burns are applied on a 2- to 15-year return interval over time in ponderosa pine forest types and 5 to 25 years in dry mixed conifer forest types.
- 16-inch diameter cap – The analysis area is managed as with the uneven-aged alternative, but cutting is limited to trees less than 16 inches in diameter. To the extent possible, similar spatial distribution of age classes is promoted, though the cutting constraint resulted in different outcomes. The two alternatives were similar in all other ways.

Potential fire behavior was modeled using FVS and the Fire and Fuels Extension (Reinhardt and Crookston 2003) and the FLAMMAP model (Finney 2006). Results assume that the time since treatment allowed for the recovery of fine fuels in treated areas, 2 to 4 years post treatment. Analysis results are reported in table 6.

Crown fire would be expected over about two thirds of the analysis area as a result of the "no action" scenario (23 percent active, 44 percent passive), suggesting higher tree mortality in a given fire event compared to the other two management alternatives. Results for the uneven-aged alternative showed a significant reduction in passive crown fire compared to the no action alternative (16 percent vs 44 percent), inferring reduced tree mortality and impacts to forest structure. The 16-inch cap alternative also exhibited a reduction in passive crown fire, but still had nearly double the potential for passive crown fire compared to uneven-aged management.

As with our analysis of basal area, the effects of diameter cap cutting are deceptively short lived (Abella et al. 2006). There are likewise implications for fire behavior, not only in the false sense of hazardous fuels reduction that such treatments provide for the longer term, but in the way such stands are modified to make restoration more difficult. The removal of one or more tree age class cohorts may require many decades to replace through recruitment and growth. The analyses reported here indicate that a diameter cap substantially effects stand structure, species composition, and ecological function, to constrain future management options and to lengthen the time necessary to achieve desired conditions.

## Economics

A diameter cap comes at a lower cost efficiency that, in turn, may impact the rate of restoration for a given administrative unit. Restoration treatments often cost more to implement than the value of the products produced by them—in a range of about $300 to $730 per acre ($740 to $1,800/ha) for cutting alone, and a

**Table 6. Projected fire behavior within the Rim Lakes study area as a proportion of the project area resulting from each alternative—no action, uneven-aged management, and 16-inch diameter cap.**

| Fire Behavior | No Action | Uneven-aged | 16-Inch Cap |
|---|---|---|---|
| No Fire | 1% | 1% | 1% |
| Surface Fire | 32% | 66% | 51% |
| Passive Crown Fire | 44% | 16% | 30% |
| Active Crown Fire | 23% | 17% | 18% |

cost of around $830 per acre ($2,050/ha) for associated fuels treatments and administrative costs (Hjerpe et al. 2009). Diameter caps affect the profitability of restoration projects, according to the merchantability of trees less than 16 inches, usually subordinate and codominants with inferior quality, and by the limit on the amount of wood that such a limit indirectly imposes. Larson and Mirth (2001) found that a "cap resulted in implementation cost increases of 5 to 19.4 percent, harvested fiber decreases of 10 to 39 percent on a volume basis, and reductions in operator net returns ranging from 22.3 to 176 percent. And this doesn't account for treatment longevity in relation to fuels and other restoration objectives. Even if the cost to implement diameter cap and uneven-aged treatments were equal, our analysis suggests that a more evenly distributed canopy (less gaps) resulting from a cap will close after the first decade or so, as opposed to uneven-aged management with irregular stand density (and gaps) that closes after 20 to 30 years. As a result, stands treated with a cap will require more frequent entries, as long as treatments are viable, leading to higher service costs.

Because Federal budgets are relatively limited, projects that require subsidies are also limited, and competition for available funding may well increase as other areas in the West seek to undertake large-scale restoration projects (USDA Forest Service 2011, WGA 2001). Even with a long-term contract in place, such as the White Mountain Stewardship Project (Sitko and Hurteau 2010), a taxpayer subsidy of about $480 per acre ($1,240/ha) is required (pers. comm.. Paul Fink, White Mountain Stewardship Project forester). With other factors being equal, lower costs to restore forests can translate to more acres restored in a given time period.

# Conclusion

Fire-adapted forest systems were historically driven by frequent fire burning through an herbaceous understory to maintain open, uneven-aged conditions in ponderosa pine and dry mixed conifer forests of the Southwest. Restoration treatments on today's landscapes are used to lower the overstory density and canopy continuity and reestablish forest openings to provide for recruitment of younger tree cohorts sufficient to reestablish these conditions and prevent uncharacteristic fire effects. Ultimately, the goals of restoration are to provide ecosystem function, including plants and animal habitat, largely as a byproduct of providing for economic and social benefits including lower fire risk to surrounding communities. The results of this study discredit the efficacy of thinning treatments under a preservation strategy that imposes diameter caps, and the sustainability of such a policy given that:

- The plurality of stands would trend toward a large diameter, single story, closed-canopy condition;
- Closed canopy forest stands do not allow for the sustainable growth of shade intolerant (fire resistant) tree species into the future (not to mention continued recruitment for the large diameter trees of the future);
- Closed canopy forest stands do not provide canopy gaps to support robust understory vegetation for plant diversity and wildlife habitat;
- In dry mixed conifer forests, a diameter cap favors the retention and regeneration of uncharacteristic proportions of shade tolerant, non-fire resistant conifer species;
- Without openings and canopy gaps, closed canopy, single-storied forest stands are more susceptible to crown fires and changes to fire regimes, along with long-term conversion of forested plant communities to shrub- and herb-dominated vegetation types (Savage and Mast 2005); and
- Subsidies are required that reduce the cost efficiency of forest management, and limit the amount of area that can be ultimately treated.

This analysis shows that within 3 decades, nearly all stands managed under the constraints of a cutting size cap would be converted to a functional even-aged condition. This level of landscape-scale homogeneity lacks biological diversity, and indicates an unstable ecosystem subject to synchronous large-scale disturbances.

Where diameter caps are applied, the continued growth of residual trees following treatments will favor greater tree densities and basal area, increased homogeneity of structure, and higher frequencies of uncharacteristic crown fires. If a diameter cap is considered for political or social reasons, then it should be prescriptive and not programmatic—narrowly focused, to achieve specific local objectives. Such treatments should be followed with deliberate long-term monitoring to enable the assessment and reporting of effects. Our results also suggest that a diameter cap would limit future flexibility in management in terms of the narrowing range in conditions of forest structure and composition.

# References

Abella, S. R. 2009. Tree canopy types constrain plant distributions in ponderosa pine—Gambel oak forests, northern Arizona. USDA Forest Service Research Note RMRS-RN-39. Rocky Mountain Research Station, Ft. Collins, CO. 7 pp.

Abella, S. R., P. Z. Fulé and W. W. Covington. 2006. Diameter caps for thinning southwestern ponderosa pine forests: Viewpoints, effects, and tradeoffs. Journal of Forestry 104:407–414.

Arno, S. F., and C. E. Fiedler. 2005. Mimicking Nature's Fire: Restoring Fire-Prone Forests in the West. Island Press, Washington, DC, USA.

Bailey, J. D. 2008. Forty years later at Taylor Woods: merging the old and new. Pp. 100-105 in S. D. Olberding and M. M. Moore, tech coords, Fort Valley Experimental Forest—A Century of Research 1908-2008, 7-9 August 2008. USDA Forest Service proceedings RMRS-P-55. Rocky Mountain Research Station, Fort Collins, CO. 282 pp.

Baisan, C. H., and T. W. Swetnam. 1990. Fire history on a desert mountain range: Rincon Mountain Wilderness, AZ, USA. Canadian Journal of Forest Research 20:1559-1569.

Bataineh, A. L., B. P. Oswald, M. M. Bataineh, H. M. Williams, and D. W. Coble. Changes in understory vegetation of a ponderosa pine forest in northern Arizona 30 years after a wildfire. Forest Ecology and Management 235:283-294.

Brown, P. M, M. W. Kaye, L. S. Huckaby, and C. H. Baisan. Fire history along environmental gradients in the Sacramento Mountains, New Mexico: Influences of local patterns and regional processes. Ecoscience 8:115-126.

Burns, R. M., and B. H. Honkala. 1990. Silvics of North America: Vol. 1. Conifers. USDA Forest Service, Agriculture Handbook 654. Washington Office, Washington, DC. 675 pp.

Conklin, D. A., and M. L. Fairweather. 2010. Dwarf mistletoes and their management in the Southwest. USDA Forest Service technical guide R3-FH-10-01. Forestry and Forest Health, Southwestern Region, Albuquerque, NM. 23 pp.

Covington, W. W., P. Z. Fule, M. M. Moore, S. C. Hart, T. E. Kolb, J. N. Mast, S. S. Sackett, and M. R. Wagner. 1997. Restoring ecosystem health in ponderosa pine forests of the Southwest. Journal of Forestry 95:23-29.

Coughlan, M. R. 2003. Large diameter trees and the political culture of "restoration": A case study with the Grand Canyon Forest Partnership, Flagstaff, AZ. Arizona Anthropology 15:48–71.

Daniel, T. W., J. A. Helms, and F. S. Baker. 1979. Principles of Silviculture. 2nd edn. McGraw Hill Bock Company, New York, USA.

DeBano, F. F., D. G. Neary, and P. F. Folliott. 1998. Fire's effects on ecosystems. John Wiley & Sons, Inc., New York, NY 10158-0012. p. 331.

Deiter, D. A. 1989. A comparison of ponderosa pine stand density measures for predicting understory productions on the Kaibab Plateau in Northern Arizona. Thesis. Northern Arizona University, Flagstaff, AZ.

Dieterich, J. H. 1983. Fire history of southwestern mixed-conifer: a case study. Journal of Forest Ecology and Management 6:13-31.

Dixon, G. E. 2002. Essential FVS: A user's guide to the Forest Vegetation Simulator. USDA Forest Service technical guide, on file. Forest Management Service Center. Fort Collins, CO. 240 pp.

Drew, T. J., and J. W. Flewelling. 1979. Stand density management: an alternative approach and its application to Douglas-fir plantations. Forest Science 25:518-532.

ESSA [ESSA Technologies Ltd.]. 2006. Vegetation dynamics development tool user guide, Version 5.1. ESSA Technologies Ltd., Vancouver, BC, Canada. Available online: http://essa.com/downloads/vddt/download.htm.

Fiedler, C. E, C. E. Keegan, S. H. Robertson, T. A. Morgan, C. W. Woodall, and J. T. Chmelik. 2002. A strategic assessment of fire hazard in New Mexico. Unpublished technical report on file. Final report submitted to the Joint Fire Sciences Program (11 February 2002). Joint Fire Sciences Program in cooperation with the USDA Forest Service, Pacific Northwest Research Station, Portland, OR.

Fiedler, C. E., C. E. Keegan, D. P. Wichman, and S. F. Arno. 1999. Product and economic implications of ecological restoration. Forest Products Journal 49:19 –23.

Finney, M. A. 2006. An overview of FlamMap fire modeling capabilities. Pp. 213-220 in P. L. Andrews and B. W. Butler, comps., Fuels management—How to measure cuccess: conference proceedings. 28-30 March 2006, Portland, OR. USDA Forest Service proceedings RMRS-P-41. Rocky Mountain Research Station, Ft. Collins, CO.

Fitzhugh, E. L., W. H. Moir, J. A. Ludwig, and F. Ronco. 1987. Forest habitat types in the Apache, Gila, and part of the Cibola National Forests, Arizona and New Mexico. USDA Forest Service general technical report RM-145. Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 116 pp.

Ffolliott, P. F., C. L. Stropki, and D. G. Neary. 2008. Historical wildfire impacts on ponderosa pine tree overstories: An Arizona case study. USDA Forest Service research paper RMRS-RP-75. Rocky Mountain Research Station, Ft. Collins, CO. 20 pp.

Fule, P. Z., W. W. Covington, and M. M. Moore. 1997. Determining reference conditions for ecosystem management of southwestern ponderosa pine forests. Ecological Applications 7(3): 895–908.

Fule, P. Z., W. W. Covington, M. T. Stoddard, and D. Bertolette. 2006. "Minimal-impact" restoration treatments have limited effects on forest structure and fuels at Grand Canyon, USA. Restoration Ecology 14: 357-368.

Griffis, K. L., J. A. Crawford, M. R. Wagner, and W. H. Moir. 2001. Understory response to management treatments in northern Arizona ponderosa pine forests. Forest Ecology and Management 146: 239-245.

Grissino-Mayer, H. D., Baisan, C. H. and Swetnam, T. W. 1995: Fire history in the Pinaleno Mountains of southeastern Arizona: Effects of humanrelated disturbances. Pp. 399-407 in L. F. Debano, G. J. Gottfried, R. H. Hamre, C. B. Edminster, P. F. Ffolliott, and A. Ortega-Rubio, eds., Biodiversity and management of the Madrean archipelago: the sky islands of southwestern United States and northwestern Mexico. USDA Forest Service general technical report RM-GTR-264. Rocky Mountain Research Station, Fort Collins, CO.

Higgins, B. J. 2011. Comparison of historic and current conditions of large trees in ponderosa pine and dry mixed conifer forests of the Kaibab NF. USDA Forest Service unpublished resource report on file. Kaibab NF, Williams, AZ. XX pp.

Heinlein, T. A., M. M. Moore, P. Z. Fule, and W. W. Covington. 2005. Fire history and stand structure of two ponderosa pine--mixed conifer sites: San Francisco Peaks, Arizona, USA. International Journal of Wildland Fire 14:307-320.

Hjerpe, E., J. Abrams, and D. R. Becker. 2009. Socioeconomic barriers and the role of biomass utilization in southwestern ponderosa pine restoration. Ecological Restoration 27:169-177.

Lang, D. M., and S. S. Stewart. 1910. Reconnaissance of the Kaibab National Forest. USDA Forest Service unpublished technical report on file. Kaibab NF, Williams, AZ.

Langsaeter, A. L. 1941. Om tynning i enaldret gran- og furuskog [On thinning in even-aged pine, spruce, and fir stands]. Meddel f. d. Norske Skogforsoksvesen 8:131-216.

Larson, D., and R. Mirth. 2001. Projected economic impacts of a 16-inch tree cutting cap for ponderosa pine forests within the greater Flagstaff urban-wildlands. Pp. 154–160 in R. K. Vance, C. B. Edminster, W. W. Covington, and J. A. Blake, comps., Ponderosa pine ecosystems restoration and conservation: Steps toward stewardship. USDA Forest Service proceedings RMRS-P-22. Rocky Mountain Research Station, Ogden, UT. 188 p.

Laughlin, D. C., J. D. Bakker, M. T. Stoddard, M. L. Daniels, J. D. Springer, C. N. Gildar, A. M. Green, and W. W. Covington. 2004. Toward reference conditions: Wildfire effects on flora in an old-growth ponderosa pine forest. Forest Ecology and Management 199:137–152.

Laughlin, D. C., M. M. Moore, J. D. Bakker, C. A. Casey, J. D. Springer, P. Z. Fule, and W. W. Covington. 2006. Assessing targets for the restoration of herbaceous vegetation in ponderosa pine forests. Restoration Ecology 14:548-560.

Long, J. N. 1985. A practical approach to density management. Forestry Chronicle 61:23-27.

Long, J. N., and T. W. Daniel. 1990. Assessment of growing stock in uneven-aged stands. Western Journal of Applied Forestry 5:93-96.

Long, J. N., T. J. Dean, and S. D. Roberts. 2004. Linkages between silviculture and ecology: examination of several important conceptual models. Forest Ecology and Management 200:249-261.

Long, J. N., and F. W. Smith. 1984. Relation between size and density in developing stands: A description and possible mechanism. Forest Ecology and Management 7:191-206.

Mitchell, J. E., and S. J. Popovich. 1997. Effectiveness of basal area for estimating canopy cover of ponderosa pine. Forest Ecology and Management 95:45-51.

Moeur, M. 2011. Region 3 analysis – Documentation of analysis to support FVS and VDDT. USDA Forest Service unpublished contractor report on file. Southwestern Region, Albuquerque, NM. 56 pp.

Moir, W. H., and J. A. Ludwig. 1979. A classification of spruce-fir and mixed conifer habitat types of Arizona and New Mexico. USDA Forest Service research paper RM-207. Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 47 pp.

Moore, M. M., W. W. Covington, and P. Z. Fule. 1999. Reference conditions and ecological restoration: A southwestern ponderosa pine perspective. Ecological Applications 9(4):1266–1277.

Moore, M. M., and D. A. Deiter. Stand density index as a predictor of forage production in northern Arizona pine forests. Journal of Range Management 45:267-271.

Moore, M. M., D. W. Huffman, P. Z. Fule, W. W. Covington, and J. E. Crouse. 2004. Comparison of historical and contemporary forest structure and composition on permanent plots in southwestern ponderosa pine forests. Forest Science 50:162-176.

Muldavin, E. H., R. L. DeVelice, and F. R. Ronco. 1996. A classification of forest habitat types: Southern Arizona and portions of the Colorado Plateau. USDA Forest Service general technical report RM-GTR-287. Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 130 pp.

Nicolet, T. 2011. Rim Lakes forest health project -- Fire and fuels specialist report. USDA Forest Service unpublished technical report on file. Southwestern Region, Albuquerque, NM. 28 pp. plus appendices.

North, M. P., P. Stine, K. O'Hara, W. Zielinski, and S. Stephens. 2009. An ecosystem management strategy for Sierran mixed-conifer forests. USDA Forest Service general technical report PSW-GTR-220. Pacific Southwest Research Station, Albany, CA.

Oliver, C. D., and B. C. Larson. 1996. Forest Stand Dynamics. McGraw-Hill, New York, USA. 467 pp.

Pollet, J., and P. N. Omi. 2002. Effect of thinning and prescribed burning on crown fire severity in ponderosa pine forests. International Journal of Wildland Fire 11:1-10.

Reineke, L. H. 1933. Perfecting a stand-density index for even-aged forests. Journal of Agricultural Research 46:627-638.

Reinhardt, E., and N. L. Crookston. The fire and fuels extension to the Forest Vegetation Simulator. USDA Forest Service general technical report RMRS-GTR-116. Rocky Mountain Research Station, Ft. Collins, CO. 209 pp.

Reynolds, R. T., R. T. Graham, M. H. Reiser, R. L. Bassett, P. L. Kennedy, D. A. Boyce Jr., G. Goodwin, R. Smith, and E. L. Fisher. 1992. Management recommendations for the Northern Goshawk in the southwestern United States. USDA Forest Service general technical report RM-217. Rocky Mountain Research Station, Ft. Collins, CO. 90 pp.

Romme, W. H., M. L. Floyd, and D. Hanna. Historical range of variability and current landscape condition analysis: South Central Highlands Section, southwestern Colorado and northwestern New Mexico. Colorado Forest Restoration Institute technical report. Colorado State University, Ft. Collins, CO. 256 pp.

Sabo, K. E., S. C. Hart, C. H. Sieg, and J. D. Bailey. 2008. Tradeoffs in overstory and understory net primary productivity in southwestern ponderosa pine stands. Forest Science 54:408-416.

Savage, M., and J. N. Mast. 2005. How resilient are southwestern ponderosa pine forests after crown fires? Canadian Journal of Forest Research. 35:967-977.

Scott, J. H. 2003. Canopy fuel treatment standards for the wildand-urban interface. Pp. 29-37 in P. N. Omi and L. A. Joyce, tech. eds., Fire, fuel treatments, and ecological restoration: conference proceedings, 16-18 April 2002. USDA Forest Service proceeding RMRS-P-29. Rocky Mountain Research Station, Ft. Collins, CO.

Sesnie, S. E., B. G. Dickson, J. M. Rundall, and T. D. Sisk. Preliminary stratification and characterization of the mixed conifer forest type on the Kaibab National Forest, North Kaibab Ranger District. Northern Arizona University technical report. Flagstaff, AZ. 22 pp.

Shaw, J. D., and J. N. Long. 2010. Consistent definition and application of Reineke's stand density index in silviculture and stand projection. Pp. 199-209 in T. B. Jain, R. T. Graham, and J. Sandquist, eds., proceedings of the 2009 National Silviculture Workshop, 15-19 June 2009, Boise, ID. USDA Forest Service proceedings RMRS-P-61. Rocky Mountain Research Station, Ft. Collins, CO.

Shaw, J. D., and J. N. Long. 2011. Definition of maximum stand density index for western forest types. In prep.

Sitko, S., and S. Hurteau. 2010. Evaluating the impacts of forest treatments: The first five years of the White Mountain Stewardship Project. The Nature Conservancy, Phoenix, AZ. Resource report available online: http://www.sierraforestlegacy.org/Resources/Community/Biomass/BM_White_Mtn_5years_ES.pdf.

Stage, A. R. 1968. A tree-by-tree measure of site utilization for grand fir related to stand density index. USDA Forest Service Research Note INT-77. Intermountain Forest and Range Experiment Station, Ogden, UT. 7 pp.

TNC [The Nature Conservancy]. 2006. Southwest Forest Assessment Project. Unpublished TNC technical report submitted to the USDA Forest Service Southwestern Region. Arizona Chapter, Phoenix, AZ. Appendix 2-B.

Triepke, F. J., W. A. Robbie, and T. C. Mellin. 2005. Dominance type classification – Existing vegetation classification for the Southwestern Region. USDA Forest Service Forestry Report FR-R3-16-1. Albuquerque, NM.

U.S. Code. 1998. Agricultural Research, Extension, and Education Reform Act of 1998 (36 CFR § 219). Amendment of 1978 Research Act.

USDA Forest Service. 2011. Agriculture Secretary Vilsack announces continued funding for collaborative forest restoration projects. News release no. 0240.11. Washington Office, Washington, DC.

USDA Forest Service. 2010. Desired conditions for ecosystem restoration in the Southwestern Region: Evolution and scientific basis (1985-2011). USDA Forest Service unpublished resource guide on file. R3 Vegetation Desired Condition Working Group, Regional Office, Albuquerque, NM.

USDA Forest Service. 1999. National Forest System Land and Resource Management Planning, 36 CFR § 219.

USDA Forest Service. 1992. Record of Decision for Amendment of Forest Plans: Arizona and New Mexico. Southwestern Region, Albuquerque, NM. 96 pp.

Vandendriesche, D. 2010. An empirical approach for estimating natural regeneration for the Forest Vegetation Simulator. Pp. 307-320 in T. B. Jain, R. T. Graham, and J. Sandquist, eds., proceedings of the 2009 National Silviculture Workshop, 15-19 June 2009, Boise, ID. USDA Forest Service proceedings RMRS-P-61. Rocky Mountain Research Station, Ft. Collins, CO.

Weisz, R., F. J. Triepke, and R. Truman. 2009. Evaluating the ecological sustainability a ponderosa pine ecosystem on the Kaibab Plateau in Northern Arizona. Fire Ecology 5:114-128.

Weisz, R., F. J. Jack Triepke, D. Vandendriesche, M. Manthei, J. Youtz, J. Simon, and W. Robbie. 2010. Evaluating the ecological sustainability of a pinyon-juniper grassland ecosystem in northern Arizona. Pp. 321-336 in T. B. Jain, R. T. Graham, and J. Sandquist, eds., proceedings of the 2009 National Silviculture Workshop, 15-19 June 2009, Boise, ID. USDA Forest Service proceedings RMRS-P-61. Rocky Mountain Research Station, Ft. Collins, CO.

Weisz, R. D. Vandendriesche, M. Moeur, M. Boehning, L. Wadleigh, F. J. Triepke, M. White, C. Nelson, J. Palmer, J. Youtz, B. J. Higgins, T. Nicolet, P. Bostwick, D. Mindar, M. Pitts, M. Manthei, and W. Robbie. 2011. Calibrating natural and anthropogenic events in state and transition models with FVS: A case study for ponderosa pine forest ecosystems. In draft proceedings of the State and Transition Modeling Conference, June 2011, Portland, OR. USDA technical report on file. USFS Southwestern Region, Albuquerque, NM.

WGA (Western Governors' Association). 2001. Western Governors' Association policy resolution 11-01 – Large scale forest restoration. WGA policy document. Available online: www.westgov.org/component/joomdoc/doc_download/1390-11-01.

Woolsey, T. S. 1911 Western yellow pine in Arizona and New Mexico. USDA Forest Service Bulletin 101. Government Printing Office, Washington, DC, USA. 64 pp.

Yoda, K., T. Kira, H. Ogana, and K. Hozumi. 1963. Self thinning in overcrowded pure stands under cultivated and natural conditions. Journal of Biology, Osaka City University 14:107-129.

# Appendix A: Desired Conditions for Ponderosa Pine and Dry Mixed Conifer (Mixed Conifer - Frequent Fire) Systems of the U.S. Forest Service Southwestern Region

## Overview (USDA Forest Service 2010)

As outlined in the provisions of the 1982 Planning Rule, desired conditions are descriptions of goals to be achieved at some time in the future. They are normally expressed in broad general terms and are timeless in that they have no specific date by which they are to be completed. Goals and desired conditions are the focus of the plan and are the basis for developing objectives and other plan components. Desired conditions, together with the other plan components, constitute a framework for sustainability and should clearly articulate management intent over the life of the forest plan.

## Tabled Desired Conditions

The following tables provide quantitative desired condition values for seral stages of major ecosystems of the Southwestern Region. Seral stages are defined by model states developed with the Vegetation Dynamics Development Tool (VDDT) (ESSA 2006) software used to simulate ecosystem dynamics. The seral stage proportions are a standard expression of the narratives from the R3 Vegetation Desired Conditions Working Group, and reflect the approximate mid-points of the ranges, as described but not quantified in the narratives. Only desired conditions for forest and woodland systems have been identified at this time. Reference conditions can be assumed for the remainder of systems.

The tabled seral stage values are used primarily as a performance measure for modeling management scenarios in VDDT, and as a starting point for modifications based on local circumstances. For instance, the R3 desired conditions state for ponderosa pine forest: “Denser tree conditions exist in some locations such as north-facing slopes and canyon bottoms.” Since the proportion of acres on north-facing slopes and canyons varies from one forest to the next, desired conditions may also vary so that modifications by individual forests may be necessary to reflect their local conditions. The proportion in each seral stage (model state) would be described in terms of the actual desired conditions and not in terms of management strategies and limitations. Desired condition values are updated in the accompanying tables, which are also used for area-weighting subtypes of some ecosystems. For example, on each forest, seral stage conditions for ponderosa pine forest are determined by weighting desired conditions for the ponderosa pine/Gambel oak and the ponderosa pine/bunchgrass subtypes, according to the amount of area within each subtype. The desired condition for ponderosa pine forest may, in effect, be specific for each forest according to their ratio of subtypes.

In phase II analysis of forest plan revision, desired condition values are enumerated as targets to shoot for and to be measured against. The objective of phase II modeling is to project and evaluate how conditions change over time under each management scenario. Each alternative is evaluated quantitatively, and compared among alternative management scenarios in terms of the numerical indicators of desired conditions. So, beginning with current conditions, alternative management themes are represented in VDDT. Each management theme has a unique combination of plan components such as plan objectives (which identify management actions), special areas, standards and guidelines (which put limitations on the use of management actions), and management opportunities (e.g., percent area in MSO PACs) that can vary in amount and timing. The end result of model simulations is the degree to which desired conditions are apparently achieved, usually measured in terms of a similarity index. If conditions are not trending toward the desired conditions from where they are now, either the plan alternative strategy or the desired conditions need to be modified. And, even if conditions are trending toward desired conditions, a given management scenario may be further refined to accelerate the trend.

Seral stage proportions for modeled states should be assessed only at landscape scales of 6th-code HUC units and greater, depending on the ecosystem. Applying seral

stage values for spruce-fir forests, for instance, that typically have long stand replacement intervals and large patch dynamics, may only be appropriate at subregional scales. A landscape perspective may not be appropriate for certain standards and guidelines and regulatory requirements, where seral stages are sometimes assessed only at the scale of the planning unit (e.g., for MSO habitat requirements).

The following tables are accompanied by abstracts from the R3 desired condition narratives.

## Ponderosa Pine Forest

| Current Trends Model | | | | Baseline Desired Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Ponderosa Pine/Gambel Oak | | Ponderosa Pine/ Bunchgrass | | Ponderosa Pine Forest - All (PPO/PPG) | |
| Source | State | Description | | S Stage | Description | S Stage | Description | S Stage | Description |
| USFS R3 Model PPF | A, N | GFB/SHR | = | 0% | Reference condition | 0% | Reference condition | 0% | *Reference condition |
| | B<br>F | SSO<br>SSC | =<br>= | 2% | *Conditions indicative of occasional even-aged stand dynamics and the development of MSO habitat. | 1% | *Conditions indicative of occasional even-aged stand dynamics and the development of northern goshawk nesting habitat. | 1.5% | *Conditions indicative of occasional even-aged stand dynamics and the development of closed mature forest habitat. |
| | C | SMO | = | 2% | *Conditions indicative of occasional even-aged stand dynamics and the development of MSO habitat. | 1% | *Conditions indicative of occasional even-aged stand dynamics and the development of northern goshawk nesting habitat. | 1.5% | *Conditions indicative of occasional even-aged stand dynamics and the development of closed mature forest habitat. |
| | D, J<br>E, K | MOS, MOM<br>VOS, VOM | =<br>= | 79% (Primarily as J and K) | **Based on reference condition, and the predominance of uneven-aged dynamics and open forest. The plurality of stands on low-productivity sites likely to occur as state J, versus high-productivity sites where state K is more likely. | 94% (Primarily in J and K) | Based on reference condition, and the predominance of uneven-aged dynamics and open forest. The plurality of stands on low-productivity sites likely to occur as state J, versus high-productivity sites where state K is more likely. | 86.5% (Primarily in J and K) | Based on reference condition, and the predominance of uneven-aged dynamics and open forest. The plurality of stands on low-productivity sites likely to occur as state J, versus high-productivity sites where state K is more likely. |
| Contemporary landscapes only | | | | | | | | | |
| USFS R3 Model PPF | G | SMC | = | 2% | *Conditions indicative of occasional even-aged stand dynamics and the development of MSO habitat. | 1% | *Conditions indicative of occasional even-aged stand dynamics and the development of northern goshawk nesting habitat. | 1.5% | *Conditions indicative of occasional even-aged stand dynamics and the development of closed mature forest habitat. |
| | H, L<br>I, M | MCS, MCM<br>VCS, VCM | =<br>= | 15% | Conditions indicative of MSO habitat, and occasional even-aged dynamics that occurred in the reference condition (Romme et al. 2010), particularly on north-facing slopes and canyons. The plurality of stands on low-productivity sites likely to occur as state H/L, versus high-productivity sites where state I/M is more likely. | 3% | Conditions indicative of northern goshawk nesting habitat, and occasional even-aged dynamics that occurred in the reference condition (Romme et al. 2010), particularly on north-facing slopes and canyons. The plurality of stands on low-productivity sites likely to occur as state H/L, versus high-productivity sites where state I/M is more likely. | 9% | Conditions indicative of mature closed forest habitat and occasional even-aged dynamics that occurred in the reference condition (Romme et al. 2010), particularly on north-facing slopes and canyons. The plurality of stands on low-productivity sites likely to occur as state H/L, versus high-productivity sites where state I/M is more likely. |

* Reflects percentage of seral forests necessary to sustain at least 15 percent MSO habitat in mature closed forest.

** Based on residual proportion of the landscape not including mature closed forest (states H, L, I, M) and early-mid even-aged states (B, F, C, G).

### R3 Desired Conditions (abstracted from R3 DC narratives, landscape and mid-scale)

At the landscape scale, the ponderosa pine forest vegetation community is composed of trees from structural stages ranging from young to old. Large trees are well distributed in the landscape. Forest appearance is variable but generally uneven-aged and open; occasional areas of even-aged structure are present. The forest arrangement is in individual trees, small clumps, and groups of trees interspersed within variably-sized openings of grass, forb, and shrub vegetation associations similar to historic patterns. Openings typically range from 10 percent of the total stand/state area in more productive sites to 70 percent in the less productive sites. Size, shape, number of trees per group, and number of groups per area are variable across the landscape. In the Gambel oak subtype, all sizes and ages of oak trees are present. Denser tree conditions exist in some locations such as north-facing slopes and canyon bottoms.

At the mid-scale the ponderosa pine forest vegetation community is characterized by variation in the size and number of tree groups depending on elevation, soil type, aspect, and site productivity. The more biologically productive sites contain more trees per group and more groups per area, resulting in less space between groups. Openings typically range from 10 percent in more productive sites to 70 percent in the less productive sites. Tree density within forested areas generally ranges from 20 to 80 square foot basal area per acre (5–18 $m^2$/ha).

The mosaic of tree groups generally comprises an uneven-aged forest with all age classes present. Infrequently patches of even-aged forest structure are present. Disturbances sustain the overall age and structural distribution.

Forest conditions in goshawk post-fledging family areas (PFAs) are similar to general forest conditions except these forests contain 10 to 20 percent higher basal area in mid-aged to old tree groups than in goshawk foraging areas and the general forest. Goshawk nest areas have forest conditions that are multiaged but are dominated by large trees with relatively dense canopies.

## Dry Mixed Conifer Forest (AKA Mixed Conifer – Frequent Fire)

| Current Trends Model | | | | Baseline Desired Conditions | |
|---|---|---|---|---|---|
| Source | State | Description | | S Stage | Description |
| USFS R3 Model MCD | A, N | GFB/SHR | = | 9% | *Reference condition and conditions indicative of even-aged stand dynamics and the development of MSO habitat. |
| | B, F | SSC, SSO | = | | |
| | C | SMO Intolerant | = | 3% | **Reference condition and conditions indicative of even-aged stand dynamics and the development of MSO habitat. |
| | D, J | MOS, MOM Intolerant | = | 60% | **Based on reference condition and the predominance of uneven-aged dynamics and open forest. The plurality of stands on low-productivity sites likely to occur as state J, versus high-productivity sites where state K is more likely. |
| | E, K | VOS, VOM Intolerant | = | | |
| | G | SMC Mixed Tolerant | = | 3% | **Reference condition and conditions indicative of even-aged stand dynamics and the development of MSO habitat. |
| | H, L | MCS, MCM Mixed Tolerant | = | 25% | Conditions indicative of MSO habitat and occasional even-aged dynamics that occurred in the reference condition (Romme et al. 2010), particularly on north-facing slopes and canyons. The plurality of stands of low-productivity sites likely to occur as state H/L, versus high-productivity sites where state I/M is more likely. |
| | I, M | VCS, VCM Mixed Tolerant | = | | |

* Reflects percentage of seral forests necessary to sustain at least 15 percent MSO habitat in mature closed forest.

** Based on residual proportion of the landscape not including mature closed forest (states H, L, I, M) and early-mid even-aged states (B, F, C, G).

### R3 Desired Conditions (abstracted from R3 DC narratives, landscape and mid-scale)

At the landscape scale, the dry mixed conifer vegetation community is a mosaic of forest conditions composed of structural stages ranging from young to old trees. Large trees are well distributed in the landscape. Forest appearance is variable but generally uneven-aged and open; occasional patches of even-aged structure are present. The forest arrangement is in small clumps and groups of trees interspersed within variably-sized openings of grass, forb, and shrub vegetation associations similar to historic patterns. Openings typically range from 10 percent of the total stand/state area in more productive sites to 50 percent in the less productive sites. Size, shape, number of trees per group, and number of groups per area are variable across the landscape. Where they naturally occur, groups or patches of aspen and all structural stages of oak are present. Denser tree conditions exist in some locations such as north-facing slopes and canyon bottoms.

At the mid-scale the dry mixed conifer forest vegetation community is characterized by variation in the size and number of tree groups depending on elevation, soil type, aspect, and site productivity. The more biologically productive sites contain more trees per group and more groups per area. Openings typically range from 10 percent in more productive sites to 50 percent in the less productive sites. Tree density within forested areas generally ranges from 30 to 100 square foot basal area per acre (7–23 $m^2$/ha).

The mosaic of tree groups generally comprises an uneven-aged forest with all age classes and structural stages. Occasionally small patches (generally less than 50 acres (20 ha)) of even-aged forest structure are present. Disturbances sustain the overall age and structural distribution.

Forest conditions in goshawk post-fledging family areas (PFAs) are similar to general forest conditions except these forests contain 10 to 20 percent higher basal area in mid-aged to old tree groups than in goshawk foraging areas and in the general forest. Goshawk nest areas have forest conditions that are multiaged but are dominated by large trees with relatively dense canopies.

# Appendix B: Stand Density Dynamics

Density management is the manipulation and control of growing stock (trees) in order to achieve management objectives. The most generally effective indices of growing stock are those that combine some expression of mean diameter and density (Long and Smith 1984). Stand density is a quantitative measure of stocking expressed as trees per acre (TPA) or square feet of basal area per acre (BA). Despite widespread use, density measures like TPA or BA have limited utility, as they have no inherent biological or physiological frame of reference (Smith 1986). Respectively, TPA and BA convey only the average distance between trees of unknown size and species, and the cross-sectional area of the tree at 4.5 ft (1.4 m) above the ground. Reineke's (1933) stand density index (SDI) was considered with our analysis, according to parameters described by Shaw and Long (2010), because SDI accounts for tree size, can be related to a species' maximum physiological density, and is independent of age and of site quality (Daniel, Helms, and Baker 1979).

Percent of maximum stand density is determined based on Reineke's stand-density index (Reineke 1933). Reineke discovered a predictable relationship between quadratic mean diameter-squared ($QMD^2$) and trees per unit area in dense even-aged stands. Stand density index is a value based on the number of trees per acre at an average stand diameter of 10 inches (25 cm).

The relationship between average size and density of trees in populations experiencing density related or suppression mortality has been shown to be predictable for a number of tree species. This "self-thinning rule" (Yoda et al. 1963) is a fundamental relationship found to be independent of both stand age and site quality. Because of this relationship, a stand density that is desired in the context of a specific set of management objectives can be projected forward or backward to a different stage of stand development.

Those who use SDI—or any index of stand density—as an estimate of growing stock, must assume that the index is proportional to site utilization (Long and Smith 1984). Since the contribution of individual stand components to both total SDI and total site utilization is additive (Stage 1968), SDI can also be used to assess control of growing stock in uneven-aged stands as well as even-aged stands (Long and Smith 1984). Although SDI and the maximum size-density relationship were originally described for pure, even-aged stands, Long and Daniel (1990) have proposed the extension of its utility to uneven-aged and multiaged situations.

Basal area is a widely used measure of stocking; however, SDI is a more descriptive means of expressing stand or group density because SDI is related to average diameter (quadratic mean diameter) and trees per acre. Table 7 is used to demonstrate the usefulness of SDI over basal area, taking two groups or stands of equal basal area, at 60 $ft^2$ (14 $m^2$/ha). Basal area alone reveals little difference. However, if stand A has an average tree diameter of 6 inches (15 cm) and stand B has an average diameter of 18 inches (46 cm), it becomes apparent that stand A is considerably more dense, with nine times the number of trees per acre. The more dense condition of stand A provides more canopy cover, hiding cover, and tree-to-tree competition than the condition in stand B. These stand structural differences cannot be detected by basal area stocking alone.

**Table 7. Example showing two stands of equal tree basal area but significantly different density**

| Stand Metric | Stand A | Stand B |
|---|---|---|
| Basal area | 60 $ft^2$/ac (14 m2/ha) | 60 $ft^2$/ac |
| Quadratic mean diameter | 6" (15 cm) | 18" (46 cm) |
| Density | 306 TPA (756 TPH) | 34 TPA (84 TPH) |
| Stand density index | 135 | 87 |

The SDI in the Southwestern Region of the USDA Forest Service is calculated based on all live trees larger than 1 inch in diameter (2.5 cm) using one of the following formulas:

(1a) Total stand SDI = total number of trees ≥1" X (quadratic mean diameter/10)1.6

(1b) Total stand SDI = (sum of all tree diameters ≥1"/10)1.6

Note: Formulas 1a and 1b yield similar results in even-aged stand conditions. Formula 1b is used to determine SDI in uneven-aged or multiaged stands.

In even-aged stands of a given quadratic mean diameter (QMD), Reineke (1933) observed that there was an upper limit to the number of trees per acre present in the densest stands. As QMD increases, the upper density limit decreases exponentially. Drew and Flewelling (1979) reached similar conclusions with regard to mean tree volume and density. The exponential slope of the upper limit curve is the same for all tree species. The intercept of that curve, however, is both regional and species specific—higher for tolerant species and lower for intolerant species. The upper limit curve is referenced to the theoretical maximum number of 10-inch diameter trees per acre. The published maximum SDI for ponderosa pine is 450, indicating that the upper limit, or reference, curve passes through 450 TPA when QMD equals 10 inches.

Stand density index is more often expressed as a percent of maximum (see table 5). An SDI of 180, for example, would be 40 percent of the maximum for local ponderosa pine. One would expect the densest possible stands to be clustered between 80 and 100 percent of maximum. Figure 5 illustrates these SDI concepts.

Knowledge of these relationships, along with basic knowledge of plant physiology and resource allocation, permits informed decisionmaking with regard to desired stand structure and development.

Plant foliage produces organic sugars that are allocated for growth and reproduction in this general priority: (1) maintenance respiration; (2) production of fine roots and foliage; (3) flower and seed production; (4) height growth; (5) crown expansion and root extension; and (6) diameter growth and defense mechanisms (Oliver and Larson 1996). To enable biochemical and physiological processes, including the production of carbohydrates, requires sunlight, water, mineral nutrients, suitable temperature, oxygen, and carbon dioxide. These growth factors, in aggregate, form an abstract, non-dimensional "growing space" on any given site. A site's productivity, also known as carrying capacity, will be limited by the scarcest of the six growth factors.




*Figure 5. The SDI for ponderosa pine in the southwestern U.S. is described by this family of curves derived from Reineke's equations (Reineke 1933). The top curve is the theoretical "upper density limit." Lower curves indicate percentage of the maximum. Any point on a given curve represents an equal level of physiological density.*

Implications of the maximum size-density relationship are as follows:

1. As mean tree size increases, the upper physiological limit of TPA decreases.
2. As a stand's size density trajectory approaches the maximum:
    - Tree competition increases
    - Tree growth slows
    - Trees lose vigor
    - Tree mortality increases

The prospects of individual trees improve as their share of growing space increases, either through superior competitive advantage, or the decline and death of their neighbors. As a tree grows, so does its volume of respiring tissue and the weight of its crown. In order to fuel this new tissue and support more weight, a tree must capture additional growing space. If it fails, the priorities of photosynthate allocation are engaged, reducing tree function in reverse order of priority. When a tree controls insufficient growing space to sustain even maintenance respiration, the tree dies (Oliver and Larson 1996).

## Site Occupancy and Growth

Site occupancy refers to the degree to which growing space is utilized by trees. The relationship of site occupancy to stand and individual tree growth is familiar to silviculturists as that depicted by the three zones of Langsaeter's growth curves (Langsaeter 1941). Long and Shaw (2010) have proposed the percent of maximum SDI that correlates with the zone thresholds within growth functions (Long 1985). Figures 6 and 7, and table 3 illustrate the relationship of Langsaeter's growth curves and Long's percent of maximum SDI values to site occupancy, competition among trees, diameter and volume growth in trees, volume growth in stands, species composition, and stem quality.




*Figure 6. Relationship of annual whole stand growth as a percentage of potential (max SDI), based on Langsaeter (1941), as described in Long (1985).*




*Figure 7. Relationship of annual individual tree growth as a percentage of potential (max SDI), based on Langsaeter (1941), as described in Long (1985).*

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political belief, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (Voice and TTY). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, SW, Washington, DC 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TTY). USDA is an equal opportunity provider and employer.