United States Department of Agriculture

Forest Service

**Rocky Mountain Research Station**

General Technical Report RMRS-GTR-310

September 2013

# Restoring Composition and Structure in Southwestern Frequent-Fire Forests:

## A science-based framework for improving ecosystem resiliency

Richard T. Reynolds, Andrew J. Sánchez Meador, James A. Youtz, Tessa Nicolet, Megan S. Matonis, Patrick L. Jackson, Donald G. DeLorenzo, Andrew D. Graves



Reynolds, Richard T.; Sánchez Meador, Andrew J.; Youtz, James A.; Nicolet, Tessa; Matonis, Megan S.; Jackson, Patrick L.; DeLorenzo, Donald G.; Graves, Andrew D. 2013. **Restoring composition and structure in Southwestern frequent-fire forests: A science-based framework for improving ecosystem resiliency.** Gen. Tech. Rep. RMRS-GTR-310. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 76 p.

## Abstract

Ponderosa pine and dry mixed-conifer forests in the Southwest United States are experiencing, or have become increasingly susceptible to, large-scale severe wildfire, insect, and disease episodes resulting in altered plant and animal demographics, reduced productivity and biodiversity, and impaired ecosystem processes and functions. We present a management framework based on a synthesis of science on forest ecology and management, reference conditions, and lessons learned during implementations of our restoration framework. Our framework focuses on the restoration of key elements similar to the historical composition and structure of vegetation in these forests: (1) species composition; (2) groups of trees; (3) scattered individual trees; (4) grass-forb-shrub interspaces; (5) snags, logs, and woody debris; and (6) variation in the arrangements of these elements in space and time. Our framework informs management strategies that can improve the resiliency of frequent-fire forests and facilitate the resumption of characteristic ecosystem processes and functions by restoring the composition, structure, and spatial patterns of vegetation. We believe restoration of key compositional and structural elements on a per-site basis will restore resiliency of frequent-fire forests in the Southwest, and thereby position them to better resist, and adapt to, future disturbances and climates.

***Keywords:*** dry-mixed conifer, ecosystem services, ecosystem processes and functions, frequent-fire forests, forest structure, ponderosa pine, restoration, species composition, spatial patterns

## Authors

**Richard T. Reynolds** is Research Wildlife Biologist with the U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, in Fort Collins, Colorado. He has investigated the relationship between the composition and structure of habitats and the demographic performance of apex avian predators in forested ecosystems for over 40 years. His recent research focuses on relationships between individual and population demographics of northern goshawks and the structure and composition of their habitats in ponderosa pine and dry mixed-conifer forests on the Kaibab Plateau, Arizona. He and his colleagues have written management recommendations for restoring the native biodiversity, food webs, and goshawk habitat in ponderosa pine and dry mixed-conifer forests. He received his B.S. degree in Life Science and M.S. degree and Ph.D. in Wildlife Ecology from Oregon State University.

**Andrew J. Sánchez Meador** is the Program Director of Biometrics and Forest Management with the Ecological Restoration Institute and Assistant Professor of Biostatistics and Quantitative Ecology in the School of Forestry at Northern Arizona University in Flagstaff, Arizona. Andrew's most recent research focused on:
(1) quantifying how natural and anthropogenic disturbances shape forested ecosystems;
(2) application of spatial statistics to characterize individual tree-, stand-, and landscape-scale patterns; (3) using state-transition-modeling to examine factors influencing treatment effectiveness and longevity; and (4) applications of remote sensing and computer vision techniques to quantify vegetation structure. He received his B.S. and M.S. degrees in Forestry from Mississippi State University and his Ph.D. in Forest Science from Northern Arizona University.

**James A. Youtz** is Regional Silviculturist with the U.S. Forest Service, Southwestern Region, in Albuquerque, New Mexico. He has been involved with the practice of silviculture and fire management in Southwestern forests since 1983. His program management responsibilities include training and certification of silviculturists in forest ecology and silvicultural practices and transfer of best available science to other managers to develop and incorporate strategies for ecological restoration of forest resiliency into program and project plans for National Forests in the Southwestern United States. He also has extensive experience serving with the U.S. Department of Interior in post-fire emergency stabilization and rehabilitation throughout the continental United States. He received a B.S. degree in Forest Management from Northern Arizona University.

**Tessa Nicolet** is the Regional Fire Ecologist with the U.S. Forest Service, Southwestern Region, in Payson, Arizona. She has been involved with fire ecology and fire management in the Southwestern Region since 2005. Her responsibilities include training, analysis, and transfer of best available science relating to fire and fuels management, fire ecology, fire regimes, fire analysis modeling, and restoring fire to fire adapted ecosystems for fire professionals across the Southwest. She received an M.F. degree in Forestry with emphasis in Fire Ecology from Northern Arizona University.

**Megan S. Matonis** is a Ph.D. student with the Graduate Degree Program in Ecology at Colorado State University. She is also a Graduate Student Cooperator with the Science Integration and Application program at the U.S. Forest Service, Rocky Mountain Research Station, in Fort Collins, Colorado. Her dissertation research focuses on collaborative landscape-scale restoration of ponderosa pine and dry mixed-conifer forests along the Colorado Front Range and Uncompahgre Plateau. She received a B.S. degree in Natural Resource Management from Colorado State University and an M.S. degree in Forestry from Michigan State University.

**Patrick L. Jackson** is Chief of Staff with the U.S. Forest Service, Southwestern Region, in Albuquerque, New Mexico. He led a Forest Service Team in the development of Desired Conditions for frequent-fire forests in the Southwestern United States that is being utilized in the Forest Plan Revision process. He also led the Regional Landscape-Scale Restoration efforts resulting in an ecological restoration strategy and program based on Desired Condition. He received a B.S. degree in Forestry and Range Management from Colorado State University and an M.S. degree in Watershed Management from the University of Arizona.

**Donald G. DeLorenzo** is Director of the Wildlife, Fish, and Rare Plant program with the U.S. Forest Service, Southwestern Region, in Albuquerque, New Mexico. Don has over 35 years of natural resource management experience with the U.S. Forest Service. He is a certified Wildlife Biologist and has held the positions of Research Associate at New Mexico State University and Assistant Professor at Oregon State University. He received a B.S. degree in Agriculture (Wildlife Science emphasis), and an M.S. degree in Wildlife Science from New Mexico State University.

**Andrew D. Graves** is a Forest Entomologist with the U.S. Forest Service, Forest Health, New Mexico Zone, Southwestern Region, in Albuquerque, New Mexico. He has worked in the forests of the upper Midwest, Alaska, and California primarily focusing on bark beetles in these systems. He has worked in the region as an Entomologist since 2010. His responsibilities include providing expertise for the Forest Health, Prevention, and Suppression Program; providing hazard tree training; and assisting public land managers with forest insect detection, identification, and disturbance mitigation. He received a B.S. degree in Forest Management and a Ph.D. in Forest Entomology from the University of Minnesota.

# Executive Summary

Many forest landscapes in the Southwestern United States (Arizona, New Mexico, southwest Colorado, and southern Utah) have become increasingly susceptible to large-scale, severe wildfire, insect, and disease episodes. As a result, these areas are experiencing altered plant and animal demographics, reduced structural and spatial heterogeneity of vegetation, reduced productivity and biodiversity, and impaired ecosystem processes, functions, and services. Increased susceptibilities are most evident in frequent-fire forests—forests that historically experienced frequent, low-severity fire, which in the Southwest include ponderosa pine and dry mixed-conifer forests. Changes to these frequent-fire forests largely resulted from unregulated livestock grazing around the turn of the 20th Century, logging, and human activities such as fire suppression, resource use, and infrastructure development.

We present a management framework for improving the resistance and resiliency of frequent-fire forest ecosystems to severe disturbances. This is accomplished by restoring the characteristic vegetation composition and structure in these forests. Frequent-fire forests had a characteristic uneven-aged structure consisting of a temporally shifting mosaic of different aged tree groups and scattered individual trees in an open grass-forb-shrub matrix—a spatial and temporal pattern that provided and sustained plant and animal habitat adjacency, local biodiversity, and food webs. Hence, the key compositional and structural elements of our restoration framework are: (1) species composition (tree and understory vegetation); (2) groups of trees; (3) scattered individual trees; (4) open grass-forb-shrub interspaces between tree groups and individual trees; (5) snags, logs, and woody debris; and (6) variation in arrangements of these elements in space and time. Our framework is informed by:

- reference conditions (conditions of ecosystems before significant industrial human disturbance),
- natural ranges of variability (ranges of reference conditions for a specific ecosystem and time period),
- observed changes in disturbance regimes, and
- lessons learned during applications of our framework in frequent-fire forests in the Southwest.

The types, frequencies, and severities of disturbances (e.g., fires, insects, and diseases) played an important role in shaping the historical composition, structure, and function of frequent-fire forests. Therefore, where forest composition and its structure allow, the framework recommends that fire, the primary historical disturbance agent in these forests, play a prominent role in their restoration. The framework also emphasizes that mechanical treatments may be necessary to initiate suitable compositions and structures before reintroducing fire. Where use of fire is limited, mechanical treatments may be the only available tool to create and maintain restored forests. Conversely, fire may be the only tool in some areas. Restoration provides opportunities for the re-establishment of the characteristic disturbance regimes as well as the spatial and temporal links between pattern and process (e.g., the feedback relationship between forest structure and fire) that sustained the characteristic composition and structure of these forests. Implementation of our framework should improve overall ecosystem productivity and function and enhance ecosystem services such as soil productivity, biodiversity, wildlife habitat, clean air, water quality and quantity, wood products, and recreation.

Natural ranges of variability are considered a “best” estimate of a resilient and functioning ecosystem because they reflect the evolutionary and historical ecology of forests. Natural ranges of variability are thereby a powerful template for improving the resiliency of frequent-fire forests. Natural variability in the composition and structure across sites in these forests results from and drives spatial differences in fire effects, plant species compositions, tree establishment patterns and densities, and numbers and distribution of snags, logs, and woody debris. Managers are encouraged to recognize the natural variability in ponderosa pine and dry mixed-conifer forests and to use historical evidence, such as old trees, stumps, and logs, and biophysical site attributes (e.g., soils, slopes, aspects, and climate) to guide the restoration of variability in these forests. Studies of reference conditions in Southwestern ponderosa pine and dry mixed-conifer showed that trees occurred in a range of spatial patterns, most often aggregated but with a random distribution on certain soils. Tree groups were separated by open grass-forb-shrub interspaces of variable sizes and shapes that often contained scattered individual trees. In areas exhibiting strong tree aggregation, openness was typically higher, but on sites with less tree aggregation, openness may have been lower depending on the arrangement of trees, their sizes, and crown widths (Table 1). The distribution and abundance of snags and logs varied with site and likely coincided with the type, severity, and scale of historical disturbance (Table 1). While reference condition literature on the fine-scale (<10 acres) composition and structure in dry mixed-conifer is more limited than

scales showed that mean tree densities and basal areas were slightly greater in dry mixed-conifer forests than ponderosa pine, and snag and log abundances appeared similar to or slightly greater in dry mixed-conifer than in ponderosa pine forests. Compared to today's forests, characteristic dry mixed-conifer forests had higher proportions of fire-resistant/shade-intolerant tree species; lower tree densities; a more open structure comprised of higher proportions of large, old trees; and more spatial heterogeneity (groups and patches of trees).

To illustrate implementation of our framework, we describe a restoration treatment in a ponderosa pine stand in New Mexico that had experienced incidental tree cutting and no fire since the 1880s. While the stand had a characteristic component of old trees, there was a preponderance of mid-aged trees. Fire behavior modeling of pre-treatment conditions showed that 11 percent of the stand could support torching and active crown fire under dry conditions and moderate wind speeds. Our restoration treatment moved the composition and structure of the stand towards characteristic conditions—distinct tree groups, scattered single trees, and open interspaces between tree groups. Implementation of the framework resulted in predicted crown fire behavior on only 1 percent of the stand. Post-treatment abundance of logs and snags was lower than desired, but these elements will accumulate over time.

Our framework incorporates knowledge of the historical compositions, structures, functions, and processes in Southwest frequent-fire forests and how these operated through feedback mechanisms to sustain their characteristic compositions and structures. Current forest conditions are reviewed in light of historical conditions and how human-caused changes to these forests lowered their resistance and resilience to disturbance agents, which have become more intense and frequent. Our framework is based on the assumption that managing these forest ecosystems towards references conditions and ranges of natural variation should allow the reestablishment of characteristic processes, thereby increasing ecosystem survival probabilities in the face of current disturbances, as well as any uncertain changes in disturbance types frequencies, and intensities due to climate change. Whereas, reference conditions and ranges of natural variability may not be sustainable in future climates, we believe their use in informing and guiding the restoration of frequent-fire forests is the most feasible means of increasing the probability for ecosystem survival which should lower uncertainties with respect to sustaining these forests through the near-term. We recognize that reference conditions in frequent-fire forest may become less relevant in changing climates, but believe that restoring their composition, structure, and characteristic processes today should aid the retention of ecosystem components while research and management develop options for whatever the future might bring. Our framework offers management recommendations for achieving the key compositional and structural elements for restoring frequent-fire forests. Once restored, these forests comprise a temporally shifting mosaic of groups of trees with interlocking crowns; scattered single trees; open grass-forb-shrub interspaces between tree groups; and dispersed snags, logs, and woody debris. It may not always be feasible or even desirable to restore exact reference compositions and structures. Instead, our framework's objective is to increase forest resiliency by managing forest composition and structure toward reference conditions. We believe restoration of key compositional and structural elements on a per-site basis will enhance the resiliency of frequent-fire forests in the Southwest, thereby positioning them to better adapt to future disturbances and climates. It is our intent that application of this framework be flexible and adaptive (i.e., learn-as-you-go), that it will evolve with accumulation of knowledge, and that its conceptual approach will provide a blueprint against which management plans and practices can be evaluated.

**Table 1.** Ranges of reference conditions for ponderosa pine and dry mixed-conifer forests in the Southwestern United States from studies detailed in Tables 3, 6, 7, and 9.

| | Reference conditions by forest type | |
|---|---|---|
| **Forest attribute** | **Ponderosa pine** | **Dry mixed-conifer** |
| Trees / acre | 11.7-124 | 20.9-99.4 |
| Basal area (ft$^2$ / acre) | 22.1-89.3 | 39.6-124 |
| Openness (%)[a] | 52-90 | 78.5-87.1 |
| Openness on sites with strong tree aggregation (%)[a] | 70-90 | 79-87 |
| Spatial patterns | Grouped or random | Grouped or random |
| Number of trees / group | 2-72 | Insufficient data |
| Size of groups (acres) | 0.003-0.72 | Insufficient data |
| Number of groups / acre | 6-7 | Insufficient data |
| Snags / acre | 1-10 | ≥ Ponderosa pine forests |
| Logs / acre | 2-20 | ≥ Ponderosa pine forests |

[a]Openness is the proportion of area not covered by tree crowns, estimated as the inverse of canopy cover. Openness data for dry mixed-conifer is limited; range of reference condition openness will likely change with additional studies.

# CONTENTS

**Executive Summary** .... ii

**Introduction** .... 1

**Science Review: Forest Ecology** .... 4
- Mechanisms Influencing Forest Composition .... 4
- Mechanisms Influencing Forest Structure .... 5
  - Spatial Patterns: Formation and Maintenance .... 9
- Southwestern Frequent-Fire Forests .... 11
- Ponderosa Pine .... 12
- Dry Mixed-Conifer .... 21

**The Restoration Framework** .... 29
- Spatial and Temporal Scales .... 29
- Key Elements by Forest Type: Ponderosa Pine .... 30
  - Ponderosa Pine: Fine-Scale Elements (<10 acres) .... 30
  - Ponderosa Pine: Mid-Scale Elements (10-1000 acres) .... 31
  - Ponderosa Pine: Landscape-Scale Elements (1000-10,000+ acres) .... 31
- Key Elements by Forest Type: Dry Mixed-Conifer .... 32
  - Dry Mixed-Conifer: Fine-Scale Elements (<10 acres) .... 32
  - Dry Mixed-Conifer: Mid-Scale Elements (10-1000 acres) .... 33
  - Dry Mixed-Conifer: Landscape-Scale Elements (1000-10,000+ acres) .... 33

**Implementation Recommendations** .... 35
- Classification of Site Variability .... 35
- Recommendations by Key Elements .... 35
  - Species Composition .... 35
  - Tree Groups and Individual Trees .... 35
  - Grass-Forb-Shrub Interspaces .... 36
  - Snags, Logs, and Woody Debris .... 36
  - Arrangement of Key Elements in Space and Time .... 36
- Management Feasibility .... 36

**Implementation of the Framework: Bluewater Demonstration Site** .... 38
- Pre-Treatment Conditions .... 38
- Prescription Description .... 38
- Post-Treatment Conditions .... 42
- Future Management .... 42

**Expected Outcomes of Framework Implementation** .... 44
- Ecosystem Resilience to Climate Change .... 44
- Disturbance Regimes .... 45
- Nutrient Cycling .... 46
- Biodiversity and Food Webs .... 46
- Old-Growth .... 47
- Hydrologic Function .... 48
- Wood Products .... 48
- Aesthetics and Recreation .... 49

**Monitoring, Adaptive Management, and Research Needs** .... 50

**Summary** .... 52

**Acknowledgments** .... 52

**Literature Cited** .... 52

**Glossary** .... 70

**APPENDIX 1. Scientific Names** .... 74

**APPENDIX 2. Ponderosa Pine Forests Subtypes** .... 76



FS-004307

# Restoring Composition and Structure in Southwestern Frequent-Fire Forests: A Science-Based Framework for Improving Ecosystem Resiliency

**Richard T. Reynolds[1], Andrew J. Sánchez Meador[2], James A. Youtz[3], Tessa Nicolet[4], Megan S. Matonis[1,5], Patrick L. Jackson[3], Donald G. DeLorenzo[3], Andrew D. Graves[3]**

[1]Rocky Mountain Research Station, USDA Forest Service, 240 Prospect St., Fort Collins, Colorado 80526, USA

[2]Ecological Restoration Institute and School of Forestry, Northern Arizona University, P.O. Box 15017, Flagstaff, Arizona 86011, USA

[3]Southwestern Regional Office, USDA Forest Service, 333 Broadway SE, Albuquerque, New Mexico 87102, USA

[4]Southwestern Regional Office, USDA Forest Service, 1009 East Highway 260, Payson, Arizona 85541, USA

[5]Colorado State University, Graduate Degree Program in Ecology, Room 237 Natural Resources, Fort Collins, Colorado 80523, USA

**Table 2.** Characteristic fire regimes of Southwestern forest types. Fire frequency refers to the mean number of years between fires, and fire severity relates to the effect of the fire on dominant overstory vegetation. Infrequent-fire forests (wet mixed-conifer and spruce-fir) are included for comparison to frequent-fire forests.

| Forest type (subtype) | Fire regime[a] | | Fire type[b] | Forest structure | Seral species[c] | Climax species |
|---|---|---|---|---|---|---|
| | Fire frequency | Fire severity | | | | |
| **Ponderosa pine** (all subtypes) | Regime I: 0-35 years | Low | Surface | Uneven-aged, grouped, open | **Dominant:** ponderosa pine | **Dominant:** ponderosa pine<br>Shade-intolerant species. |
| **Dry mixed-conifer** | Regime I (common): 0-35 years | Low | Surface | Uneven-aged, grouped, open | **Dominant:** ponderosa pine<br>**Subdominant:** aspen, oak, Douglas-fir, Southwestern white pine, and limber pine | **Dominant:** ponderosa pine<br>**Subdominant:** Douglas-fir and Southwestern white pine or limber pine<br>Shade-intolerant species. |
| | Regime III (rare): 35-100+ years | Mixed | Mixed | Uneven-aged, patched, open | | |
| **Wet mixed-conifer** | Regime III (common): 35-100+ years | Mixed | Mixed | Uneven-aged, patched, closed | **Dominant** (depending on plant association): aspen or Douglas-fir | **Dominant** (depending on plant association): white fir and/or blue spruce<br>Shade-tolerant species. |
| | Regime IV (rare): 35-100+ years | High | Stand-replacing | Even-aged, closed | | |
| **Spruce-fir** (mixed, lower subalpine) | Regime III and/or IV: 35-100+ years | Mixed / High | Mixed/ stand-replacing | Even-aged, closed | **Dominant** (depending on plant association): aspen or Douglas-fir | **Dominant** (depending on plant association): Engelmann spruce and/or white fir<br>Shade-tolerant species. |
| **Spruce-fir** (upper subalpine) | Regime V: 200+ years | High | Stand-replacing | Even-aged, closed | **Dominant** (depending on plant association): aspen, Douglas-fir, or Engelmann spruce | **Dominant:** Engelmann spruce and corkbark fir or subalpine fir<br>Shade-tolerant species. |

[a]Schmidt and others (2002)
[b]Smith (2006a, 2006b, 2006c)
[c]USDA Forest Service (1997)

# Introduction

There is increasing recognition that frequent-fire forests, defined as forests with fire return intervals <35 years (Table 2), have become progressively more susceptible to large-scale, severe wildfire (Covington and Moore 1994b; Steele and others 1986; Westerling and others 2006). These forests, which in the Southwestern United States include ponderosa pine and dry mixed-conifer forests (see Appendix 1 for scientific names of species referred to herein), are also increasingly prone to insect and disease epidemics and altered plant and animal habitats, all leading to reduced biodiversity, ecological function, resilience, and sustainability (Allen and others 2002; Benayas and others 2009; Carey and others 1992; Carey and others 1999; Colgan and others 1999; Covington and Moore 1994a; Kalies and others 2012; Lynch and others 2010). Reduced ecosystem resilience to disturbances is more evident in frequent-fire forests where the composition, structure (age, size, density, and spatial patterns of vegetation), processes (e.g., disturbances), and functions (e.g., food webs) have changed to a greater degree due to reductions in fire frequency than in forest types where fire was historically less frequent (Agee 2003; Covington and Moore 1994a; Crist and others 2009; Hessburg and others 1999). This reduction in fire frequency is, in part, a result of more than a century of intensive human activities, including fire suppression, livestock grazing, and logging. Important compositional and structural changes in these forests resulting from human activities, especially those that changed historical fire regimes, include:

- increased tree densities,
- reduced structural and spatial heterogeneity of vegetation,
- declines in grass-forb-shrub vegetation,
- loss of old trees, and
- reductions in the diversity and quality of plant and animal habitats and food webs (Abella 2009; Arnold 1950; Covington and others 1997; Kalies and others 2012; Larson and Churchill 2012).

In addition to increasingly frequent and uncharacteristic disturbances such as large-scale severe fire events (Allen 2007; Covington and Moore 1994b; Fitzgerald 2005; Graham and others 2004; Swetnam and others 1999) and insect epidemics (Ferry and others 1995; Hessburg and others 2005; Kolb and others 1998; Negrón 1997), these changes resulted in environments that differed from those in which the native fauna and flora evolved (Carey 2003; Carey and others 1992, 1999; Colgan and others 1999; Covington and Moore 1994b; Kalies and others 2012; Reynolds and others 1992, 2006a). Furthermore, ecosystem services such as clean air and water, water yield, wood products, recreation, aesthetic and spiritual experiences, old-growth, nutrient cycling, pollination, and carbon sequestration have been altered and are now more vulnerable to rapid degradation by uncharacteristic fire and insect epidemics (Benayas and others 2009; Ferry and others 1995; Finkral and Evans 2008; Hessburg and others 2005; Kolb and others 1998; Negrón 1997; reviewed in Evans and others 2011 and Hunter and others 2007).

Prior to human-influenced changes to the characteristic fire regime, the composition, structure, and spatial pattern in frequent-fire forests were maintained by frequent, low-severity fire through a functional relationship between pattern and process; that is, frequent low-severity fires resulted in forest structures that facilitated continued low-severity fire (Fitzgerald 2005; Graham and others 2004; Hiers and others 2009; Mitchell and others 2009; Thaxton and Platt 2006). Over time, shifting mosaics of tree groups and individual trees of varying ages were maintained within a grass-forb-shrub matrix by relationships among the severity and frequency of fire, presence of surface fuels (fuels on or near the surface of the ground), and tree regeneration sites that escaped fire (Larson and Churchill 2012). Some dry mixed-conifer forests and ponderosa pine-shrub communities experienced mixed-severity fires, which included combinations of surface and crown fires (see Table 2), sometimes resulting in larger patches of tree aggregation (Agee 1993; Arno and others 1995; Kaufmann and others 2007; Larson and Churchill 2012).

Forest restoration guided by reference conditions (conditions that characterized the status of ecosystems before significant industrial human disturbance; *sensu* Kaufmann and others 1994) provides for the approximation of the historical (i.e., natural) effects of characteristic disturbances. Restoration is the process of assisting the recovery of degraded, damaged, or destroyed ecosystems (SER 2004). Restoration initiates or accelerates ecosystem recovery with respect to ecological health (productivity), integrity (species composition, community and ecosystem structure), and sustainability (resistance and resilience to disturbance)

(SER 2004). Ecosystem resiliency is the ability of an ecosystem to absorb and recover from disturbances without altering its inherent function (SER 2004). A functioning ecosystem provides opportunities for sustaining plant and animal habitats and populations, increased biodiversity, nutrient cycling, carbon sequestration, air quality, water quality and quantity, wood products, forage, recreation, and aesthetic and spiritual experiences (Aronson and others 2007; Benayas and others 2009). Restoring forest composition and structure improves ecosystem function and resiliency (Bradshaw 1984; Cortina and others 2006).

A holistic approach to forest restoration based on appropriate science can also help meet multiple management objectives, including fuels reduction; reintroduction of characteristic disturbances; and the return of wildlife habitats, native biodiversity, and food webs (Covington and Moore 1994b; Kalies and others 2012; Reynolds and others 1992, 2006a). Management informed by reference conditions and natural ranges of variability (the range of ecological and evolutionary conditions appropriate for an area; *sensu* Landres and others 1999) allow for the restoration of the characteristic composition, structure, spatial pattern, processes, and functions of ecosystems. Managing forests guided by historical conditions also restores the evolutionary environment (Kalies and others 2012; Moore and others 1999), enhancing the capacity of organisms in ecosystems to adapt to stressors such as fire, insects, disease, and climatic variability and change.

We describe a framework, including assumptions, principles, values, concepts, and procedures, for restoring the composition, structure, and spatial pattern of ponderosa pine and dry mixed-conifer forests in the Southwest. Our framework is a science-based approach to restoration that will prove useful for developing strategic plans and management applications. The framework emphasizes vegetation composition and structure, describes expected outcomes, and presents management recommendations for implementation. Expected outcomes include: increased biodiversity, plant and animal habitats, and ecosystem services; increased resilience to insects, disease, and climate change; and reduced fuel loads and fire hazards. Key compositional and structural elements of our restoration framework are:

(1) species composition (tree and understory vegetation);

(2) groups of trees;

(3) scattered individual trees;

(4) open grass-forb-shrub interspaces;




**Figure 1.** Characteristic vegetation patterns at three spatial scales for frequent-fire forests in the Southwest. The landscape-scale illustrates the importance of multiple stands (patches), meadows, and grasslands. The mid- and fine-scales illustrate grass-forb-shrub interspaces and uneven-aged stand conditions consisting of single, random, and grouped trees of different vegetation structural stages (from young to old) represented by different shades and sizes at the fine-scale. Also depicted are two different tree spatial patterns at the mid-scale (separated by the dashed line): trees are randomly spaced on the left side of the dashed line and are aggregated on the right (given the definition of stand as a homogenous area, both patterns could not actually be present).


FS-004311

(5) snags, logs, and woody debris; and

(6) variation in arrangements of these elements in space and time (Fig. 1).

Ecosystems are structured hierarchically and their composition, structure, processes, and functions are temporally and spatially dynamic. Therefore, we characterize the key compositional and structural elements at three spatial scales: fine (<10 acres), mid (10-1000 acres), and landscape (1000-10,000+ acres) (Fig. 1). These scales generally correspond with structural features in frequent-fire forests. The fine scale is an area in which the species composition—age, structure, and spatial distribution of trees (single and grouped)—and grass-forb-shrub interspaces are expressed. Aggregates of fine-scale units comprise mid-scale patches or stands, which are relatively homogeneous in vegetation composition and structure. The landscape scale is composed of aggregates of mid-scale units and usually has variable elevations, slopes, aspects, soil types, plant associations, disturbance processes, and land uses. Understanding and incorporating temporal scales (e.g., seasonal, annual, decadal, and centuries) in a restoration framework is required to sustain vegetation dynamics of forests that result from growth, succession, senescence, and the historical and anthropogenic disturbances that periodically reset the dynamics.

Management recommendations for implementing our framework are tempered by our management and research experience in frequent-fire forests, as well as by lessons learned during implementations of the framework in the Southwest. The intent of our framework is to inform management strategies that will facilitate the resumption of historical processes and functions. Managing for the framework's key elements should increase the resilience of the forests and facilitate opportunities for the resumption of characteristic function and disturbance regimes. The spatial and temporal aspects of these elements reflect the reciprocal interactions between pattern and process in these forests and are an ecological basis (Turner 1989) for incorporating spatial information in forest restoration (Larson and Churchill 2012).

# Science Review: Forest Ecology

## *Mechanisms Influencing Forest Composition*

Plant species composition of a forest ecosystem is influenced by both deterministic and stochastic factors, including complex interactions among species' life histories, disturbance regimes, and chance events. The establishment, growth, and survival of under- and over-story species are affected by competition for space, light, nutrients, and moisture. For example, tree regeneration and growth is affected by species-specific shade tolerance (Fig. 2); open stand conditions favor the regeneration of shade-intolerant species while closed stands favor shade-tolerant species (Langsaeter 1944; Long 1985; USDA Forest Service 1990). Biophysical conditions, such as soils, temperature, and moisture regimes, also influence the establishment, development, and abundance of under- and over-story plant species. Disturbances (e.g., fire, insects, pathogens, drought, and wind) often interact with biophysical site characteristics to further influence composition and structure of forest ecosystems. Such disturbances have variable temporal and spatial effects on vegetation depending on their type, frequency, intensity, seasonality, and spatial scale, which collectively define a characteristic disturbance regime of an ecosystem. Species in a forest ecosystem evolved under its characteristic disturbance regime, resulting in a natural range of variability or the range of ecological and evolutionary conditions appropriate to an ecosystem (Landres and others 1999).

Fire is the primary disturbance agent in many Southwestern forests, and fire regimes are central to understanding an ecosystem's reference conditions and natural range of variability (Fig. 3; Table 2) (Fulé and others 2003). The species composition, as well as the structure and spatial pattern of vegetation in Southwestern frequent-fire forests developed in a feedback relationship with fire. Ponderosa pine and dry mixed-conifer forests are characterized by a frequent low-severity fire regime (Swetnam and Baisan 1996; Swetnam and Betancourt 1990) with historic mean fire return intervals ranging from 2-24 years (Brown and others 2001; Brown and Wu 2005; Evans and others 2011; Hunter and others 2007; Swetnam and Baisan 1996). Frequent low-severity fire favors shade intolerant and fire-resistant tree species (Fig. 2) and open forest conditions with discontinuous crowns and minimal fuels build-up, often with tree groups separated by open interspaces with grass-forb-shrub communities. In contrast, longer fire return intervals permit seedling development to larger, more fire-resistant tree sizes and favor survival of less fire-resistant species (Fig. 2) (Fulé and Laughlin 2007; Laacke 1990; Taylor and Skinner 2003).

Endemic forest insects and pathogens are important disturbance agents that do not threaten long-term stability and productivity of forests under endemic conditions




**Figure 2.** Dry mixed-conifer forests occupy the ecological gradient from warm/dry to cool/wet biophysical site conditions. Dry mixed-conifer is not a homogenous type, intergrading with ponderosa pine forest on warm/dry sites and wet mixed-conifer forests on cool/wet sites. Its structure and composition become more similar as it intergrades with adjacent forest. Common tree species in ponderosa pine and mixed-conifer forests also vary in their relative shade and fire tolerance.


FS-004313



**Figure 3.** Prescribed, low-severity surface fire carried by needles, cones, dried grass, and forbs on the Lincoln National Forest, 2010.

due to moderation by millions of years of evolution (Goheen and Hansen 1993). When large or uncharacteristic insect and disease outbreaks occur, profound changes to the composition, structure, processes, and functions of forests often take place. Insects and diseases affect nearly all aspects of forest stand dynamics, from seed viability to seedling survival, from bud, shoot, and leaf production to growth and maintenance, and, ultimately, the survival and distribution of mature trees (Castello and others 1995; Tainter and Baker 1996). Bark beetles, in particular, are considered primary sources of mortality in Southwestern ponderosa pine forests. In 2011 alone, bark beetles caused varying rates of ponderosa pine mortality on more than 144,000 acres in Arizona and New Mexico (USDA Forest Service 2012). Unlike bark beetles in ponderosa pine, the primary sources of mortality attributed to insects in mixed-conifer forests are typically defoliating insects. Damage from defoliators can range from large areas of widespread growth losses and infrequent mortality, as with the spruce budworm, to more localized, high levels of mortality caused by the Douglas-fir tussock moth (Wickman 1963).

While numerous species of dwarf mistletoe occur in frequent-fire forests, Southwestern (ponderosa pine) dwarf mistletoe and Douglas-fir dwarf mistletoe are the most prevalent. Dwarf mistletoes may be the most damaging of pathogens in Southwest forests with estimates of current infection being 30 percent or greater in ponderosa pine forests (Andrews and Daniels 1960; Maffei and Beatty 1988) and around 50 percent in mixed-conifer forests (Conklin and Fairweather 2010; Drummond 1982). Additionally, the presence and intensity of Southwestern dwarf mistletoe infection in ponderosa pine stands has been implicated as a source of mortality or as an exacerbating factor in bark beetle outbreaks (Negrón 1997; Stevens and Hawksworth 1984). Endemic soil fungi that cause root disease (e.g., armillaria and black-stain root diseases) also influence forest composition and structure (Rippy and others 2005). Root diseases are known to affect the ponderosa pine forests of the Southwest, with observations of mortality associated with root disease, mistletoe, and bark beetles as high as 25 percent (Wood 1983). In some locations, conifers killed by root disease are replaced by less susceptible conifers, hardwood species, or grass-forb-shrub interspaces. In the case of armillaria and related wood decay fungi, this shift in species composition can be maintained for decades due to remnant fungi in stumps and root systems (Roth and others 1980). In most situations, native root diseases do not cause irreplaceable loss of entire stands over large areas, nor do they threaten the existence of any host species. However, shifts in stand composition and other natural and human-caused disturbances have frequently resulted in increased damage from root diseases (Edmonds and others 2000).

## *Mechanisms Influencing Forest Structure*

Frequent-fire forests typically comprise a mosaic pattern of groups of trees, scattered single trees, grass-forb-shrub interspaces, snags, logs, and woody debris (Cooper 1960; Larson and Churchill 2012; Pearson 1950; White 1985). Structural heterogeneity in these forests is a consequence of interactions among biophysical site conditions (e.g., topography, soils, climate); disturbance types, frequencies, intensities, and extent; levels of competition among species; and tree demographic

**Table 3.** Historical spatial patterns and tree group characteristics in frequent-fire forests of the Southwest, arranged by forest type (PP: ponderosa pine, PO: pine-oak, DMC: dry mixed-conifer).

| Location | Parent material | Elevation (ft) | Forest type | Reference date | Tree sizes (dbh in inch.) | Group density (groups/acre) | Group size (acres) | Trees per group[a] | Percent basal area in groups | Citation |
|---|---|---|---|---|---|---|---|---|---|---|
| Malay Gap, Arizona | Basalt | 7200 | PP | 1952 | ≥ 4.0 | | 0.16-0.32 | | | Cooper 1960 |
| Gus Pearson Natural Area, Arizona | Basalt | 7398 | PP | 1875 | Unknown | | 0.05-0.72 | 3-44 | | White 1985 |
| Flagstaff, Arizona | Varying | 7800 | PP | 1880 | Unknown | 1-33 | | 2-25 | 28%-74% | Abella and Denton 2009 |
| Woolsey Plots, Arizona | Basalt | 7052 | PP | 1874 | ≥ 3.5 | 25-67 | 0.003-0.09 | 3-24 | 62%-75% | Sánchez Meador and others 2011 |
| Coulter Ranch, Arizona | Basalt | 7520 | PO | 1913 | ≥ 3.5 | | 0.01-0.1 | | | Sánchez Meador and Moore 2010 |
| Uncompahgre Plateau, Colorado | Shale | 8000 | PP / DMC | 1875 | Unknown | | 0.1-0.25 | | | Binkley and others 2008 |
| Numerous national forests in Arizona and New Mexico | Varying | 8650 | PP / PO / DMC | 1910 | ≥ 3.5 | 24-80 | 0.01-0.32 | 2-72 | 51%-85% | Sánchez Meador and others unpublished data[b] |

[a]Values should be not interpreted as "strict" densities of trees within groups as authors used different definitions and methods to define and characterize "groups." We suspect that as the number of species and site productivity increase the metric of "tree group" becomes less useful than this metric at the mid- to landscape-scale. For example, when tree density is fixed and numbers of tree species varies (i.e., compare ponderosa pine vs. ponderosa-pine Gambel oak vs. dry-mixed conifer forests), the area available to a "tree group" will likely decrease.

[b]Data based on 2.47-acre plots reconstructed prior to Euro-American settlement (1876-1890) in Arizona ($n$ = 17 plots) and New Mexico ($n$ = 7 plots) using the same methods as Sánchez Meador and others (2010, 2011). Historical and contemporary field methods, as well as contemporary conditions, are detailed in Sánchez Meador and others (2010) and Moore and others (2004) who reported forest structural reference conditions (size distributions, tree density ranges, spatial patterns, etc.) on a subset of these same plots. In brief, all live and dead tree structures were measured, including stumps, snags, and wind-fallen trees, that grew to at least breast height (4.5 ft). All tree structures were located using historical stem-maps and measured spatial coordinates, and dendrochronological reconstructions were used to quantify structural and spatial reference conditions (Baker and others 2008; Sánchez Meador and others 2010). Spatial attributes (e.g., group size and density) were quantified using methods described in Sánchez Meador and others (2011).



**Figure 4.** A group of ponderosa pine trees comprised of two clumps of trees.

rates. Variability in biophysical site conditions is a primary source of spatial and temporal variation in vegetation structure. Of studies that investigated the origin, distribution, and mortality of ponderosa pine forests, most reported uneven-aged reference conditions at the stand scale (Sánchez Meador and others 2010), but three different within-group age structures were identified. Cooper (1960) reported relatively even-aged tree groups, White (1985) and Abella (2008) reported groups of multi-aged trees, and Sánchez Meador and others (unpublished data; see Table 3 footnote) found mixtures of both types. Variation of tree ages within groups likely reflects the establishment and growth of a single, grouped cohort of trees and perhaps seedling establishment and growth of trees under, or adjacent to, tree groups (see Spatial Patterns: Formation and Maintenance) (Sánchez Meador and others 2009).

Heterogeneity of within-group tree sizes can generate from processes related to growth, competition, and disturbances and may result in a range of tree sizes irrespective of age (Mast and Veblen 1999; Pearson 1950; Sánchez Meador and others 2011; Taylor 2010; Woodall 2000). Trees on the perimeter of groups tend to have higher growth rates, attain larger sizes, lean away from the group center, and have asymmetrical crowns with larger lower limbs than interior trees (Pearson 1950). Heterogeneity in tree sizes and spacing within groups may decline over time due to mortality resulting in a gradual transition from dense to more uniform spacing of trees (Cooper 1961; Mast and Veblen 1999; Mast and Wolf 2004, 2006; Pielou 1960). However, tight clumps of trees sharing the same root ball often persist within groups (Fig. 4) (Larson and Churchill 2012). Mortality over time may also gradually reduce within-group tree density, resulting in increased variation in tree densities and ages within and among groups.

Like composition, the structure of forest vegetation is also affected by disturbances such as fire, insects, disease, wind, and drought (Brown and others 2001; Ehle and Baker 2003; Mast and others 1998, 1999). Numerous abiotic and biotic disturbances affect the composition, amount, arrangement, spatial continuity, and volatility of surface and canopy fuels (Franklin and others 2012), which in turn effects fire behavior (Van Wagner 1977). Dense forest structures can facilitate crown fire by providing a potential path for fire through tree crowns (Cruz and others 2003; Fulé and others 2001; Graham and others 2004; Stratton 2004; Van Wagner 1977, 1993). Forest density further influences surface and canopy fuels through interactions with insects and diseases. The effects of bark beetles in ponderosa pine stands are more pronounced during and following extended droughts and under dense stand conditions; both of which are conducive to the survival and reproduction of beetle populations. Negrón (1997) showed a link between roundheaded pine beetle attacks and higher densities of smaller, pole-sized trees in relatively homogenous stands of ponderosa pine in the Sacramento Mountains of New Mexico. Additionally, trees with heavy mistletoe infection are more susceptible to severe crown scorch and death from fires (Harrington and Hawksworth 1990; Hoffman and others 2007). Hawksworth and Wiens (1996) suggested that mistletoes have been important species in frequent-fire forests since fire first appeared on these landscapes.

The density and arrangement of forest canopies affects the penetration of sunlight, precipitation, humidity, and wind. In fact, dense forest structures can maintain relatively high fuel moistures and ameliorate wind

effects. Forest canopies also influence the composition and abundance of surface fuels, which are essential to facilitate fire as a disturbance agent. Surface fuels also offer nutrients to soils, help reduce erosion, and influence understory vegetation productivity, density, and diversity (Kalies and others 2012; Kerns and others 2003; Moore and others 1999). In general, more fuel accumulates and persists in forests with longer fire return intervals than in those with more frequent surface fire (Brewer 2008; Minnich and others 2000). Fine fuels (grass, needles, cones, and woody material less than 0.25 inches in diameter) and small branches accumulate more rapidly under tree groups than in interspaces between tree groups (Fig. 5). This accumulation facilitates fire, in turn restricting the establishment and persistence of trees and shrubs under tree groups. The amount and composition of surface fuels interact with weather conditions to influence fire behavior. Herbaceous fuels respond quickly to relative humidity and thus carry fire less readily when humidity is high, whereas pine needles will readily carry fire under these conditions (see moisture of extinction in Anderson 1982; Scott and Burgan 2005). Furthermore, needle and twig litter will burn with higher intensity than herbaceous fuel under similar weather conditions.

Forest structure affects the distribution, density, and composition of surface and canopy fuels, which affects the behavior of fire and, ultimately, post-fire forest structure. Historically, seedling establishment was more frequent in fire-created areas of bare mineral soil where competition with other vegetation and the abundance of surface fuels were reduced (Agee 1993; Cooper 1960; Stephens and others 2008). However, regeneration is less affected by the availability of bare mineral soil in some plant associations and soil types (Hanks and others 1983; USDA Forest Service 1997). A study in the Southwest showed a high density of tree regeneration on sites with one or more of the following: low clay soils, understories where screwleaf muhly was the dominant graminoid, and sites with high annual precipitation (Puhlick and others 2012). Depending on seed availability, some individuals and small groups of seedlings may establish throughout the stand, including under tree groups (Abella 2008; Sánchez Meador and others 2009; White 1985).




**Figure 5.** **(a)** Fine fuels (grasses, forbs, needles, branches, cones) beneath the crown of an individual tree and **(b)** under the canopy of a tree group.


FS-004317



**Figure 6.** A group of ponderosa pine saplings in a grass-forb interspace between mature tree groups that experienced faster growth and survived a prescribed fire. Shade-suppressed saplings in heavier fine fuel loadings under a mature group of pine did not survive the fire.

Tree seedlings that established in small forest openings are subsequently thinned by later fires and/or other sources of mortality (Fig. 6) (Cooper 1960, 1961; Sánchez Meador and others 2010; Stephens and Fry 2005; White 1985). Young tree groups in open areas reach fire-resistant sizes more rapidly than those beneath closed canopies (Fitzgerald 2005; Sackett and Hasse 1998; York and others 2004). Fire-caused thinning of young tree groups was more substantial if the group was overtopped by older trees due to suppressed seedling growth and increased litter accumulation (Agee 1993; Cooper 1960). Fire-spread through young tree groups may also be influenced by microclimate and fuel moisture in these groups (Harrington 1982). As trees grow, increasing needle and twig accumulations facilitate the spread of surface fire. Seedlings that establish some distance away from mature older trees are also more likely to survive fires due to less rapid accumulation of fine fuels and small branches from overstory trees (Fig. 5, 6), likely leading to less intense and severe fire (Cooper 1960) and variable spacing of tree groups. The seasonality and burning conditions of fire occurrence also result in variable outcomes.

## Spatial Patterns: Formation and Maintenance

Spatial patterns of vegetation are a component of forest structure. The historical spatial mosaic of tree groups, scattered individual trees, and openings in frequent-fire forests was maintained by interactions among the locations and types of fuels, the frequency and severity of fire, and tree regeneration and mortality patterns. A landscape mosaic of tree groups and scattered individual trees within an open grass-forb-shrub matrix, along with snags, logs, and woody debris, provides for the predominance of surface fire mixed with small-scale, variable fire behavior (e.g., torching). An open or grouped spatial structure reduces canopy continuity, decreasing a stand's vulnerability to active crown fire (Fitzgerald 2005; Fulé and others 2004; Roccaforte and others 2008; Stephens and others 2009). These interactions were mediated by small-scale variability in fire behavior and effects and often resulted in sites with aggregated tree regeneration that were temporarily "free" or "safe" from fire (Larson and Churchill 2012). The location of some safe-sites for tree regeneration appeared to be related to local areas of previously more intense fire associated with accumulations of coarse woody debris (logs and other dead woody material greater than 3 inches in diameter) originating from the death of individual trees (Sánchez Meador and Moore 2010; West 1969; White 1985) or tree groups (Cooper 1960; Stephens and Fry 2005; Taylor 2010; West 1969). Death of individuals or groups of old trees create new snags and logs that, when consumed by fire, result in "safe" sites for tree regeneration. Extended fire-free periods may allow tree regeneration in areas not typically fire "safe" (Fig. 7) (Fulé and others 2009), resulting in temporal shifting of tree locations where new cohorts develop to fire-resistant sizes. The cyclic repetition of forest vegetation dynamics stemming from disturbances and tree regeneration perpetuates a shifting mosaic of tree groups and individual trees in different stages of development in a grass-forb-shrub matrix (Fig. 8).



**Figure 7.** Ponderosa pine regeneration under a group of snags. This site is not currently fire "safe" due to the accumulation of surface fuels over an extended fire-free period. In the absence of fire, these seedlings could grow to fire-resistant sizes. If fire occurs prior to the trees attaining fire-resistant size, the seedlings would likely not survive. However, the reduction of surface fuels post-fire may create a temporary fire-safe site for future regeneration.



**Figure 8.** Tree groups and a single individual tree on the right in a grass-forb-shrub interspace.

Insects and diseases also shape spatial patterns of forested landscapes. Due to the slow spread of infection, it has been suggested that the current distribution of mistletoe throughout the Southwest is likely similar to its historical distribution, although spatial continuity and levels of infection may have changed (Conklin and Fairweather 2010). Under historical forest conditions, it is likely that large-scale, contiguous insect and disease outbreaks would have been rare. It is more likely that mistletoe would have thrived in denser multi-storied portions of stands that escaped fire pruning and thinning (see Conklin and Geils 2008 for additional discussion). In such portions, periodic tree deaths would have occurred directly from mistletoe, or infected trees would have had increased the likelyhood of succumbing to bark beetles or root disease. Localized mistletoe infections would have created pockets of tree death that could eventually serve as regeneration sites. In cases where regeneration occurred in larger openings between trees, trees may have escaped mistletoe infection altogether. Other scenarios can be envisioned. For instance, in cases of stands with relatively homogenous age and spacing, bark beetles may have had periodic population increases, causing high rates of local mortality. Localized beetle outbreaks likely occurred in stands with severe crown damage following fire (Breece and others 2008), and these infestations may have spilled over into undamaged trees nearby, creating larger openings. Root diseases also create scattered mortality, small openings, and increased volume of snags and downed large woody debris (Rippy and others 2005).

An understanding of forest processes and their effects at different spatial scales is important because landscapes are spatially dependent (Turner 1989). Inferences about patterns and processes in forests are contingent upon the scale at which they are investigated. For example, a fine-scale model for ponderosa pine regeneration showed that the majority of the variance (76 percent) in seedling density was explained by properties such as soil texture and pH, precipitation, seed tree proximity, and composition of the plant community (Puhlick and others 2012). However, at the mid- to landscape-scale, models including abiotic conditions and tree density at this broader scale accounted for less


FS-004319

of the variability in observed seedling densities (only 13 percent) (Puhlick and others 2012). Fire further shapes tree spatial patterns at varying scales through its influence on seedling survival, with variability in the severity, seasonality, and frequency of fire (Cooper 1960; Pearson 1950; Stephens and Fry 2005; Taylor 2010; West 1969; White 1985). An overall aggregated (grouped) historical tree pattern separated by openings has been frequently reported in Southwestern frequent-fire forests (Fig. 8) (Larson and Churchill 2012). However, Abella (2008), Binkley and others (2008), and Sánchez Meador and others (unpublished data, see Table 3 footnote) observed grouped and random (no aggregation) historical tree spatial patterns (Fig. 9). Schneider (2012) observed only random historical tree spatial patterns in Southwestern ponderosa pine.

Spatial heterogeneity can exist at any scale, and the value of metrics used to assess forest conditions varies in usefulness with scale. At mid- and landscape scales, elements such as single tree and group density become less useful as a metric and elements such as patches, the grass-forb-shrub matrix, stand density, canopy cover, and basal area become more appropriate. Patches are roughly synonymous with stands, being defined as an area of relatively homogeneous vegetation composition and structure differing from its surroundings (Forman 1995). Patches are the basic unit of the landscape, and their sources of variability are attributed to scale-appropriate factors such as elevation, topography, climate, and land use. Our restoration framework describes forest composition, structure, and spatial patterns at fine-, mid-, and landscape-scales (Fig. 1).



**Figure 9.** Random (i.e., not aggregated) distribution of ponderosa pine trees in a patch of old trees. Also displayed are snags, logs, and coarse woody debris.

### *Southwestern Frequent-Fire Forests*

The natural range of variability is a "best" estimate of a resilient and functioning ecosystem because it reflects the evolutionary ecology of these forests. Natural range of variability is therefore a powerful science-based foundation for developing a framework for restoring the composition and structure of forests (Kaufmann and others 1994; Keane and others 2009; Moore and others 1999). However, the relevance of reference conditions and natural ranges of variability as references against which to evaluate changes in ecosystems has been questioned on the basis of uncertainties in future ecological conditions due to climate change (Burkett and others 2005; Harris and others 2006; Millar and others 2007; Choi and others 2008; Bolt and others 2009; Wagner and others 2000). Two primary challenges to restoring and sustaining frequent-fire forests in the face of projected climate change are (1) uncharacteristically rapid alterations of environments and combinations of disturbances, and (2) non-native biotic factors resulting in unprecedented environmental conditions (Fulé 2008). Future climates and disturbances are unknown; therefore, historical reference conditions may not be sustainable. However, it is clear that frequent-fire forest ecosystems are being degraded or lost at a growing rate due to increasingly atypical disturbances. Concepts such as reference conditions and natural ranges of variability can inform plans and actions for restoring these ecosystems and for research needed to effectively respond to a changing future.

The natural range of variability can be estimated by pooling reference conditions across sites within a forest type. Reference conditions for a forest type typically vary from site to site due to differences in factors such as soil, elevation, slope, aspect, and micro-climate and manifests as differences in fire effects, tree densities, patterns of tree establishment and persistence, and numbers and dispersion of snags and logs. When pooled, these sources of variability comprise the natural range of variability of a site or forest type.

Our estimates of natural ranges of variability are derived from multiple lines of evidence based on historical ecology techniques (Egan and Howell 2001) such as written and oral historical records, historical photographs, early forest inventories, and dendrochronological studies (Table 4). While cultural accounts and early inventories provide a general context of historical conditions, they do not fully characterize forest structure by today's statistical standards. More recently, dendrochronological techniques for quantifying historical conditions, including spatial and temporal variation, have been developed (e.g., Covington and Moore 1994a; Covington and others 1997; Fulé and others 1997; Mast and others 1999; Sánchez Meador and others 2010; White 1985). Nonetheless, there is a clear need for additional reference condition data sets, including sites from a wider spectrum across environmental gradients (e.g., soils, moisture, elevations, slopes, aspects) occupied by frequent-fire forests in the Southwest, especially in dry mixed-conifer. While the quantity of reference data sets is increasing, existing data represent a largely unbalanced sampling across gradients (e.g., most data sets are from basaltic soils and on dry to typic plant associations), and there have been few studies quantitatively examining and reporting spatial patterns of trees and the sizes and shapes of grass-forb-shrub interspaces.

## Ponderosa Pine

Woolsey (1911) described Southwestern ponderosa pine forests as having "…pure park-like stand(s) made up of scattered groups of 2-20 trees, usually connected by scattering individuals. Openings are frequent and vary in size. Because of the open character of the stand and the fire-resisting bark, often 3 inches thick, the actual loss in yellow (ponderosa) pine by fire is less than with other more gregarious species." Others also described historical ponderosa pine forests as having low density, open stands consisting of groups of pine trees interspersed with grassy or shrubby openings (Dutton 1882; Lang and Stewart 1910; Pearson 1923; White 1985).

Tree density, structure, spatial pattern, and ecological functions in today's ponderosa pine forests of the Southwest are greatly altered from their historical conditions. Most Southwest ponderosa pine forests are at much greater risk of high-intensity, severe fire than they were prior to Euro-American settlement (Covington 1993; Fulé and others 2004; Moore and others 1999; Roccaforte and others 2008). Historical ponderosa pine

**Table 4.** Citations informing our restoration framework for frequent-fire forests arranged by information type.

| Information type | Citations (arranged alphabetically) |
|---|---|
| Reference conditions from old-growth, natural areas, and other restoration studies | Abella (2008); Abella and Denton (2009); Abella and others (2011); Agee (2003); Binkley and others (2008); Biondi (1996); Biondi and others (1994); Boyden and others (2005); Cocke and others (2005); Cooper (1960, 1961); Covington and Moore (1994a, 1994b); Covington and Sackett (1986); Covington and others (1997); Fornwalt and others (2002); Friederici (2004); Fulé and others (1997, 2002a, 2003, 2009); Harrod and others (1999); Heinlein and others (1999, 2005); Hessburg and others (1999); Johnson (1994); Larson and Churchill (2012); Madany and West (1983); Mast and others (1999); Menzel and Covington (1997); Moore and others (2002, 2004); Pearson (1950); Roccaforte and others (2010); Romme and others (2009); Sánchez Meador and Moore (2010); Sánchez Meador and others (2009, 2010, 2011); Schneider (2012); Smith (2006a, 2006b, 2006c); Taylor (2010); Waltz and Fulé (1998); West (1969); White (1985); White and Vankat (1993); Williams and Baker (2011, 2012); Youngblood and others (2004) |
| Reference conditions from observations of early explorers, scientists, and managers | Beale (1858); Dutton (1882); Greenamyre (1913); Lang and Stewart (1910); Leopold (1924); Liebeg and others (1904); Meyer (1934); Pearson (1923); Plummer (1904); Rasmussen (1941); Wheeler (1875); Woolsey (1911) |
| Disturbance histories | Agee (1993); Allen (2007); Andrews and Daniels (1960); Brown and others (2001); Brown and Wu (2005); Dieterich (1980); Ehle and Baker (2003); Ferry and others (1995); Fulé and others (2003); Fulé and others (2004); Grissino-Mayer and others (1995, 2004); Hart and others (2005); Heinlein and others (2005); Hessburg and others (1994); Hessburg and others (2005); Kaye and Swetnam (1999); Korb and others (2013); Littell and others (2009); Lynch and others (2010); Maffei and Beatty (1988); Minnich and others (2000); Scholl and Taylor (2010); Stephens and others (2008); Swetnam and Baisan (1996); Swetnam and Bentacourt (1990); Swetnam and Dieterich (1985); Taylor (2010); Taylor and Skinner (2003); Touchan and others (1996); Weaver (1951); Williams and Baker (2012) |

**Table 4.** *Continued.*

| Information type | Citations (arranged alphabetically) |
|---|---|
| Disturbance effects (fires, insects, and diseases) | Arno and others (1995); Barton (2002); Bentz and others (2009); Conklin and Geils (2008); Castello and others (1995); DeLuca and Sala (2006); Dhillon and Anderson (1993); Drummond (1982); Edmonds and others (2000); Fettig (2012); Fitzgerald (2005); Franklin and others (2012); Fulé and Laughlin (2007); Goheen and Hansen (1993); Harrington and Hawksworth (1980); Hawksworth and Wiens (1996); Hessburg and others (1994); Hoffman and others (2007); Jenkins and others (2008); Lundquist (1995); Madany and West (1983); Miller and Keen (1960); Miller (2000); Moeck and others (1981); Naficy and others (2010); Negrón (1997); Negrón and others (2009); Parsons and DeBenedetti (1979); Rippy and others (2005); Savage and Mast (2005); Stevens and Hawksworth (1984); Tainter and Baker (1996); Von Schrenck (1903); Wickman (1963); Wood (1983) |
| Effects of forest management on ecosystem functions and processes | Arnold (1950); Baker (1986, 2003); Benayas and others (2009); Beier and others (2008); Boerner and others (2009); Breece and others (2008); Carey (2003); Carey and others (1999); Cocke and others (2005); Colgan and others (1999); Conklin and Geils (2008); Cortina and others (2006); Covington and others (1997); Covington and Sackett (1986, 1992); Cram and others (2007); Dodd and others (2006); Douglass (1983); Feeney and others (1998); Fettig and others (2007); Ffolliott and others (1989); Finkral and Evans (2008); Fulé and others (2001); Harr (1983); Honig and Fulé (2012); Kolb and others (1998); Koonce and Roth (1980); Korb and others (2003); Long and Smith (2000); Mitchell and others (2009); Moore and others (2006); Pilliod and others (2006); Roccaforte and others (2008); Stephens and others (2009); Stratton (2004); Strom and Fulé (2007); Troendle (1983); Waltz and Covington (2003); Wightman and Germaine (2006) |
| Climate change projections and impacts | Bentz and others (2010); Breshears and others (2005); Brown and others (2004); Harris and others (2006); Honig and Fulé (2012); Karl and others (2009); McKenzie and others (2004); Millar and others (2007); Miller and others (2009); Overpeck and others (2012); Parker and others (2000); Price and Neville (2003); Seager and others (2007); Shafer and others (2001); Smith and others (2008); Spittlehouse and Stewart (2004); Spracklen and others (2009); Westerling and others (2006) |
| Approaches to restoration and/or monitoring | Allen and others (2002); Aronson and others (2007); Block and others (2001); Bradshaw (1984); Busch and Trexler (2003); Clewell and others (2005); Covington (1993, 2003); Covington and others (1997); Crist and others (2009); Egan and Howell (2001); Falk (2006); Fiedler and others (1996); Fitzgerald (2005); Fulé and others (2002b); Graham and others (2004); Kaufmann and others (1994); Keane and others (2009); Landres and others (1999); Laughlin and others (2006); Lindenmayer and Likens (2010); Long and others (2004); Moore and others (1999); Morgan and others (1994); Mulder and others (1999); Murray and Marmorek (2003); Noon (2003); Palmer and Mulder (1999); Reynolds and others (1992, 2006a); Roccaforte and others (2010); SER (2004); Sitko and Hurteau (2010); Swetnam and others (1999); Wagner and others (2000); Walters (1986); Williams and others (2009) |
| Science syntheses and tools for forest management | Abella (2008); Abella and others (2006); Anderson (1982); Brewer (2008); Brown and others (2003); Clary (1975); Conklin and Fairweather (2010); Cruz and others (2003); Evans and others (2011); Graham and others (1994); Hunter and others (2007); Long (1985); Noss and others (2006); Patton and Severson (1989); Pearson (1950); Schmidt and others (2002); Schubert (1974); Scott and Burgan (2005); Triepke and others (2011); USDA Forest Service (1990) |
| Vegetation classifications | Comer and others (2003); DeVelice and others (1986); Hanks and others (1983); USDA Forest Service (1997); Winthers and others (2005) |

forests had widely spaced, large trees, typically occurring in small groups with scattered single trees, and open forest conditions with a productive grass-forb-shrub understory (Cooper 1960; Dutton 1882; Lang and Stewart 1910; Pearson 1923, 1950; Sánchez Meador and others 2009, 2011; White 1985). The grass-forb-shrub vegetation and other fine fuels and branches carried fires started by lightning and, to an uncertain extent, by Native Americans (Allen and others 2002; Kaye and Swetnam 1999). Forest composition, structure, and spatial patterns were maintained by low-severity surface fires that occurred every 2-26 years (Fig. 3), rarely killing large trees, thinning regeneration, and maintaining an open forest structure (Dieterich 1980; Fiedler and others 1996; Fitzgerald 2005; Pearson 1950; Swetnam and Dieterich 1985; Weaver 1951; Woolsey 1911). Fire chronologies in Western U.S. frequent-fire forests are reviewed in Evans and others (2011), Hunter and others (2007), Smith (2006b), and Swetnam and Baisan (1996).

Bark beetles also influenced pre-Euro-American ponderosa pine structure. Various sources indicate that bark beetle outbreaks occurred periodically in the Western United States since at least the 1750s (Bentz and others 2009) and likely much longer. Current forested landscapes are experiencing outbreaks that are larger and more frequent than previously recorded (Lynch and others 2010). For example, bark beetles caused variable amounts of mortality on more than 700,000 acres in Arizona and New Mexico in 2003 (Fettig and others 2007; USDA Forest Service 2004). Although there is no direct evidence linking the effects of bark beetles to the structure of pre-Euro-American frequent-fire forests, evidence from today's beetle population dynamics suggests that homogenous, dense, even-aged stands are highly susceptible to beetle outbreaks (Fettig and others 2007; Negrón 1997). However, historical observations suggest that high-density, even-aged stand structures were infrequent or rare in frequent-fire forests (Woolsey 1911; reviewed in Covington and Moore 1994a, 1994b). Alternatively, spatial heterogeneity would have been promoted and maintained at the fine scale by bark beetle attacks on single or small groups of trees, or perhaps in high density groups or patches, which would have created growing space for regeneration or surviving trees (Fettig 2012; Lundquist 1995; Von Schrenck 1903). During droughts, it was likely that many more trees would have succumbed to bark beetles (Bentz and others 2010; Negrón and others 2009). Bark beetles evolved under the range of natural variability where there would have been sufficient hosts (e.g., fire-stressed, lightning struck, and broken top trees) to maintain endemic beetle populations (reviewed in Jenkins and others 2008 and Moeck and others 1981).

***Ponderosa Pine: Species Composition:*** Ponderosa pine is the dominant seral and climax tree species in Southwest ponderosa pine forests. Depending on locale, ponderosa pine forests may also have a mix of Gambel oak, evergreen oaks, junipers, pinyon pines (DeVelice and others 1986), with occasional presence of quaking aspen, New Mexico locust, Douglas-fir, or southwestern white pine. Ponderosa pine is one of the most fire-adapted conifer species in the West, and its resistance to surface fire increases as trees age (Miller 2000).

Composition of the grass-forb-shrub community in ponderosa pine forests is typically diverse, especially in open interspaces between trees (e.g., Fig. 8) (Abella and others 2011; Laughlin and others 2006; Moir 1966; Naumburg and DeWald 1999). Ponderosa pine plant associations (classified by understory plant assemblages, plant succession, and co-dominant tree species) are variable and are reflective of local biophysical site and climate conditions that both influence the type of disturbances and vegetation responses to disturbances (Table 5) (USDA Forest Service 1997). Southwestern ponderosa pine plant associations range from pure ponderosa pine to mixed tree species overstories with understories ranging from bunchgrass/forb to shrub-dominated types, and these can be broadly grouped into four forest subtypes: (1) ponderosa pine-bunchgrass, (2) ponderosa pine-Gambel oak, (3) ponderosa pine-evergreen oak, and (4) ponderosa pine-shrub (Appendix 2). The most mesic sites are the ponderosa pine-Gambel oak and some ponderosa pine-bunchgrass plant associations; the most xeric sites are the ponderosa pine-evergreen oak and some ponderosa pine-shrub plant associations. Bunchgrass plant associations generally occupy the mid-range of the moisture gradient for ponderosa pine forests in the Southwest.

Understory composition includes various combinations of grasses, forbs, shrubs, ferns, and cacti depending upon plant associations (Korb and Springer 2003; USDA Forest Service 1997), all of which contribute to the biodiversity found in frequent-fire forests (Laughlin and others 2006). The growth habit (e.g., bunchgrass, sod, or shrub) and spatial patterns of the understory influence the establishment and growth of trees (Biondi 1996; Boyden and others 2005; Sánchez Meador and others 2009; Youngblood and others 2004) and provide wildlife habitats (Dodd and others 2006; Reynolds and others 1992; Waltz and Covington 2003; Wightman and Germaine 2006; USDA Forest Service 1997). Variation in species

**Table 5.** Plant associations for the ponderosa pine series in the Southwestern United States sorted by ponderosa pine subtype, temperature-moisture gradient, dominant season of precipitation, and parent material type (USDA Forest Service 1997).

| Plant association (common name) | Ponderosa pine subtype | Temperature-moisture gradient[a] | Climate[b] | Dominant season of precipitation[c] | Parent material type[d] |
|---|---|---|---|---|---|
| **Ponderosa pine plant association series** | | | | | |
| Ponderosa pine/screwleaf muhly-Arizona fescue | Bunchgrass | Cool-wet | Cold | Summer | Variable |
| Ponderosa pine/screwleaf muhly-Arizona fescue/blue grama | Bunchgrass | Cool-wet | Cold | Summer | Variable |
| Ponderosa pine/screwleaf muhly-Arizona fescue/Gambel oak | Bunchgrass | Cool-wet | Cold | Summer | Variable |
| Ponderosa pine/screwleaf muhly | Bunchgrass | Cool-wet | Cold | Winter | Sed./rhy./tuff |
| Ponderosa pine/screwleaf muhly/Gambel oak | Bunchgrass | Cool-wet | Cold | Winter | Variable |
| Ponderosa pine/Arizona fescue | Bunchgrass | Typic | Cold | Winter | Variable |
| Ponderosa pine/Arizona fescue/Parry's oatgrass | Bunchgrass | Typic | Cold | Winter | Volcanic |
| Ponderosa pine/Arizona fescue/blue grama | Bunchgrass | Typic | Cold | Winter | Variable |
| Ponderosa pine/Arizona fescue/Gambel oak | Bunchgrass | Typic | Cold | Winter | Variable |
| Ponderosa pine/blue grama | Bunchgrass | Warm-dry | Cold | Summer | Variable |
| Ponderosa pine/blue grama/gray oak | Bunchgrass | Warm-dry | Cold | Summer | Variable |
| Ponderosa pine/blue grama/Gambel oak | Bunchgrass | Warm-dry | Cold | Summer | Variable |
| Ponderosa pine/mountain muhly | Bunchgrass | Warm-dry | Cold | Summer | Variable |
| Ponderosa pine/Arizona walnut | Bunchgrass | Warm-dry | Cold | Summer | Alluvium |
| Ponderosa pine/Indian ricegrass | Bunchgrass | Warm-dry | Cold | Winter | Aeolian |
| Ponderosa pine/rockland | Bunchgrass | Variable | Variable | Variable | Variable |
| Ponderosa pine/Gambel oak | Gambel oak | Cool-wet | Cold | Winter | Variable |
| Ponderosa pine/Gambel oak/Arizona fescue | Gambel oak | Cool-wet | Cold | Winter | Variable |
| Ponderosa pine/Gambel oak/mountain muhly | Gambel oak | Cool-wet | Cold | Winter | Variable |
| Ponderosa pine/Gambel oak/New Mexico locust | Gambel oak | Cool-wet | Cold | Winter | Variable |
| Ponderosa pine/Gambel oak/longtongue muhly | Gambel oak | Warm-dry | Cold | Winter | Sed./gran. |
| Ponderosa pine/Gambel oak/two needle pinyon | Gambel oak | Warm-dry | Cold | Winter | Variable |
| Ponderosa pine/Gambel oak/blue grama | Gambel oak | Warm-dry | Cold | Winter | Variable |

**Table 5.** *Continued.*

| Plant association (common name) | Ponderosa pine subtype | Temperature-moisture gradient[a] | Climate[b] | Dominant season of precipitation[c] | Parent material type[d] |
|---|---|---|---|---|---|
| **Ponderosa pine plant association series** | | | | | |
| Ponderosa pine/netleaf oak | Evergreen oak | Cool-wet | Mild | Summer | Volcanic |
| Ponderosa pine/silverleaf oak | Evergreen oak | Typic | Mild | Summer | Volcanic |
| Ponderosa pine/gray oak/mountain muhly | Evergreen oak | Warm-dry | Mild | Summer | Variable |
| Ponderosa pine/gray oak/longtongue muhly | Evergreen oak | Warm-dry | Mild | Summer | Variable |
| Ponderosa pine/Arizona white oak | Evergreen oak | Warm-dry | Mild | Summer | Variable |
| Ponderosa pine/Arizona white oak/blue grama | Evergreen oak | Warm-dry | Mild | Summer | Variable |
| Ponderosa pine/Emory oak | Evergreen oak | Warm-dry | Mild | Winter | Alluvium |
| Ponderosa pine/blue grama/big sagebrush | Shrub | Cool-wet | Cold | Winter | Sed. |
| Ponderosa pine/kinnikinnik | Shrub | Typic | Cold | Winter | Rhy./tuff/gran. |
| Ponderosa pine/black sagebrush | Shrub | Warm-dry | Cold | Winter | Sed. |
| Ponderosa pine/pointleaf manzanita | Shrub | Warm-dry | Mild | Summer | Variable |
| Ponderosa pine/wavyleaf oak | Shrub | Warm-dry | Cold | Summer | Variable |
| Ponderosa pine/Stansbury cliffrose | Shrub | Variable | Cold | Winter | Limestone |

[a]Typic refers to modal, mid-gradient temperature-moisture types.
[b]Climate refers to mean annual soil temperatures, with cold climates having frigid soils (mean annual soil temperatures <8 °C) and mild climates having mesic soils (mean annual soil temperatures >8 °C).
[c]Dominant season of precipitation refers to the 6-month period (winter = October-March, summer = April-September) that typically has higher average precipitation levels. Most ponderosa pine and dry mixed-conifer sites in the Southwestern United States receive bimodal precipitation, but the season listed in the table experiences higher average precipitation levels.
[d]Variable = multiple parent materials; sed. = sedimentary; rhy. = rhyolites; gran. = granites

composition among plant associations within forest subtypes influences forest dynamics. For example, within the ponderosa pine bunchgrass subtype, tree regeneration establishes rapidly following disturbance on sites with screwleaf muhly plant associations (the most mesic associations in the bunchgrass subtype), episodically on Arizona fescue plant associations (the typic associations in the bunchgrass subtype), and sparsely on blue grama plant associations (the most xeric associations in the bunchgrass subtype) (USDA Forest Service 1997). Tree establishment often occurs differently in shrub-dominated plant associations than in bunchgrass types, where rapid re-sprouting of shrub species (e.g., shrub live oak) following disturbances may inhibit pine regeneration. Other re-sprouting shrubs (e.g., New Mexico locust) are nitrogen-fixers and have been shown to facilitate pine seedling establishment (Fisher and Fulé 2004; USDA Forest Service 1997). Fire may also facilitate establishment of tree regeneration on sites with non-sprouting shrub species (e.g., black or big sagebrush species) by removing competition. Together, trees and the grass-forb-shrub community affect below- and aboveground microclimates (i.e., soil moisture, nutrients, etc.) as well as ecological processes and functions such as biodiversity, trophic interactions, food webs, disturbances, and hydrology (Abella 2009; Arnold 1950; Barth 1980; Covington and others 1997; Kalies and others 2012; Moir 1966; Parker and Muller 1982; Scholes and Archer 1997) (see Expected Outcomes of Framework Implementation). Environmental variables such as light intensity, soil pH, soil and litter depth, and percent litter cover are directly influenced by the presence of tree canopy cover (Evenson and others 1980). For example, Abella (2009) reported that understory species richness was greater and plant cover was up to eight times greater in openings than under tree canopies in a ponderosa pine/Gambel oak forest.

Mycorrhizal fungi are important species in ponderosa pine and play an important role in plant nutrition, nutrient cycling, soil structure, and food webs (Carey 2003; Johnson and others 1997). Two Arizona studies reported higher densities of mycorrhizal propagules in areas where grass cover was greater and tree cover was less, such as in areas following mechanical treatments and burning, and that increased light and soil moisture in restored stands likely increased photosynthesis and mycorrhizal infection (Korb and others 2003; Korb and Springer 2003). Other studies show that abundant arbuscular mycorrhizae can increase plant diversity and overall community structure (Klironomos and others 2000; van der Heijden and others 1998). Arbuscular mycorrhizae are particularly important in grass-dominated ecosystems (Dhillion and Anderson 1993; Koske and Gemma 1997), but little is known of their status in the grass-forb-shrub community in ponderosa forests (Korb and Springer 2003).

***Ponderosa Pine: Forest Structure:*** Structure in ponderosa pine forests emanates from the vertical and horizontal arrangement of trees and grass-forb-shrub species. Specifically, the vertical and horizontal architecture of a forest arises from variations in tree and grass-forb-shrub species and their ages, heights, crown spreads, densities, and spatial heterogeneity. Human activities since the late 19th Century resulted in changes to forest structure due to a reduction in fire frequency causing tree density and surface fuel load increases (Moore and others 2004; Naficy and others 2010; Parsons and DeBenedetti 1979; Scholl and Taylor 2010). For example, Moore and others (2004) reported a mean tree density increase by a factor of almost 7 (32-208 trees per acre) between 1909 and the 1990s. Tree encroachment into grass-forb-shrub forest openings has resulted in a decline in percent cover, abundance, and biodiversity of open grass-forb-shrub communities (Abella 2009; Bogan and others 1998; Clary 1975; Covington and Moore 1994b; Moore and others 2006; Moore and Deiter 1992; Swetnam and others 1999).

Differences in reference conditions for tree densities have been reported for fine- versus coarse-textured soils (Abella and Denton 2009; Puhlick 2011). Average plot-level reference conditions in ponderosa pine on basalt soils ranged between 0-220 trees per acre and 33-83 square ft per acre of basal area while sites on coarse-textured soils (primarily limestone) ranged between 8 and 262 trees per acre and 22 and 89 square ft per acre of basal area (Table 6; Fig. 10). In general, ranges reported for reference tree densities on coarse-textured soils were higher than those reported on fine-textured soils (Table 6). The minimum diameters reported in Table 6 may also result in a source of error that can lead to small underestimates of historical tree densities reported in studies. Additional error may result from missing fully decomposed structures at time of measurement and reconstruction (Fulé and others 1997; Mast and others 1999; Moore and others 2004).

To date, only six studies report tree spatial reference conditions in the Southwestern ponderosa pine forests. Based on these studies, the historical conditions in ponderosa pine exhibited as many as 67 tree groups per acre. Tree groups ranged between 0.003 and 0.72 acres in size and were composed of 2-72 trees (Table 3; Fig. 4). Tree groups were separated by grass-forb-shrub openings of variable sizes and shapes that contained scattered

**Table 6.** Historical forest structure of ponderosa pine (pine-oak shaded) forests of the Southwest, arranged by parent material and mean tree density.

| Location | Parent material | Elevation (ft) | Size/age reported | Reference date | Trees per acre | | | Basal area ($ft^2$/acre) | | | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Range | Mean | Std Err | Range | Mean | Std Err | |
| Gus Pearson Natural Area, Arizona | Basalt | 7398 | Age | 1875 | | 15.0 | | | | | White 1985 |
| Coconino National Forest, Arizona (avg)[a] | Basalt | 6907 | Size | 1910 | | 16.0 | | | 38.1 | | Woolsey 1911 |
| Gus Pearson Natural Area, Arizona[b] | Basalt | 7400 | Size | 1925 | | 21.8 | | | 56.6 | | Pearson 1950 |
| Gus Pearson Natural Area, Arizona | Basalt | 7300 | No | 1876 | | 22.8 | | | 46.2 | | Covington and others 1997 |
| Bar M Canyon, Arizona | Basalt | 7000 | No | 1867 | 21-24 | 23.0 | | | 65.0 | | Covington and Moore 1994b |
| Flagstaff, Arizona[c] | Basalt | 7355 | No | 1880 | 1-58 | 23.7 | 4.0 | | | | Abella and Denton 2009 |
| Gus Pearson Natural Area, Arizona | Basalt | 7300 | Age | 1876 | | 24.0 | | | | | Mast and others 1999 |
| San Francisco Peaks, Arizona | Basalt | 8594 | Age | 1876 | | 24.8 | 2.6 | | 33.0 | 4.9 | Cocke and others 2005 |
| Mt. Trumbull, Arizona | Basalt | 7740 | Age/Size | 1870 | | 25.2 | 3.5 | | 38.8 | 6.1 | Heinlein and others 1999 |
| Coconino National Forest, Arizona (max)[a] | Basalt | 6907 | Size | 1910 | | 34.5 | | | 81.2 | | Woolsey 1911 |
| Mt. Logan, Arizona[b] | Basalt | 7483 | Age/Size | 1870 | | 38.3 | 5.8 | | 46.2 | 7.8 | Waltz and Fulé 1998 |
| Mt. Trumbull, Arizona | Basalt | 6970 | Size | 1870 | 0-220 | 39.2 | 3.9 | 0-143 | 41.6 | 4.1 | Roccaforte and others 2010 |
| Chimney Spring, Arizona[a] | Basalt | 7380 | Size | 1920 | | 42.8 | | | | | Biondi and others 1994 |
| Coulter Ranch, Arizona[a] | Basalt | 7520 | Size | 1913 | 30-66 | 51.5 | 10.8 | 67-120 | 83.0 | 19.5 | Sánchez Meador and Moore 2010 |
| Camp Navajo, Arizona | Basalt | 7592 | Age/Size | 1883 | | 59.9 | 5.8 | | 56.2 | 6.1 | Fulé and others 1997 |
| Malay Gap, Arizona[b] | Basalt | 7200 | Age/Size | 1952 | | 124.0 | | | 70.1 | | Cooper 1960 |
| Woolsey Plots, Arizona[a] | Basalt | 7052 | Size | 1874 | 18-51 | 33.1 | 4.6 | 40-79 | 61.5 | 5.6 | Sánchez Meador and others 2010 |
| Flagstaff, Arizona[c] | Cinders | 7355 | No | 1880 | 7-74 | 22.5 | 6.2 | | | | Abella and others 2011 |
| Mt. Logan, Arizona[c] | Cinders | 7115 | Age/Size | 1870 | 34-38 | 29.9 | 6.4 | 60-64 | 60.3 | 9.1 | Waltz and Fulé 1998 |
| Red Cinder, Arizona | Cinders | 7631 | Age/Size | 1885 | | 74.1 | | | 65.3 | | Abella 2008 |
| Prescott National Forest, Arizona (avg)[a] | Granitic | 5320 | Size | 1910 | | 27.7 | | | 25.5 | | Woolsey 1911 |

| Location | Parent material | Elevation (ft) | Size/age reported | Reference date | Trees per acre | | | Basal area (ft2/acre) | | | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Range | Mean | Std Err | Range | Mean | Std Err | |
| Tusayan, Arizona (avg)[a] | Limestone | 7075 | Size | 1910 | | 10.7 | | | 22.1 | | Woolsey 1911 |
| Zion National Park, Utah | Limestone | 7096 | Age | 1881 | 3-25 | 14.0 | | | | | Madany and West 1983 |
| Flagstaff, Arizona[a] | Limestone | 7355 | No | 1880 | 14-34 | 22.0 | 2.2 | | | | Abella and others 2011 |
| Walnut Canyon National Monument, Arizona[d] | Limestone | 6808 | Size | 1876 | | 29.1 | | | 39.2 | | Menzel and Covington 1997 |
| North Kaibab, Arizona | Limestone | 7300 | No | 1881 | | 55.9 | | | | | Covington and Moore 1994a |
| Kaibab Plateau, Arizona[c] | Limestone | 7500 | No | 1929 | 40-55 | | | | | | Rasmussen 1941 |
| Grandview, Arizona | Limestone | 7422 | Age | 1887 | 4-247 | 64.6 | 10.4 | 19-281 | 74.1 | 12.6 | Fulé and others 2002 |
| Fire Point, Arizona | Limestone | 7671 | Age | 1887 | 16-126 | 61.8 | 61.8 | 28-132 | 89.3 | 9.1 | Fulé and others 2002 |
| Rainbow Plateau, Arizona | Limestone | 7612 | Age | 1879 | 8-228 | 56.7 | 5.7 | 1-99 | 39.6 | 2.6 | Fulé and others 2002 |
| Powell Plateau, Arizona | Limestone | 7533 | Age | 1879 | 8-262 | 63.6 | 9.4 | 20-337 | 78.0 | 10.9 | Fulé and others 2002 |
| Zuni, New Mexico (max)[a] | Rhyolite | 6557 | Size | 1910 | | 22.6 | | | 52.8 | | Woolsey 1911 |
| Cibola National Forest, New Mexico[a] | Rhyolite | 8382 | Age/Size | 1890 | 47-61 | 54.2 | 6.9 | | | | Moore and others 2004 |
| Carson, New Mexico (max)[a] | Shale | 6983 | Size | 1910 | | 38.4 | | | 79.9 | | Woolsey 1911 |
| Mogollon Plateau, Arizonac | Mixed | Mixed | No | 1890 | 33-76 | 57.3 | 30.7 | 48-79 | | | Williams and Baker 2011, 2012 |
| Uncompahgre Plateau, Colorado | Shale | 7500 | Size | 1875 | 30-90 | 55 | | 20-90 | 55 | | Binkley and others 2008 |

[a]Minimum tree DBH recorded = 3.5 inches
[b]Minimum tree DBH recorded = 6 inches
[c]Minimum tree DBH recorded = 4 inches
[d]Minimum tree DBH recorded = 10 inches

**Table 7.** Historical canopy cover and openness estimates of frequent-fire forests of the Southwest, arranged by forest type (PP: ponderosa pine, PO: pine-oak, DMC: dry mixed-conifer).

| Location | Parent material | Forest type | Method | Reference date | Canopy cover (%) | Openness[a] (%) | Citation |
|---|---|---|---|---|---|---|---|
| Gus Pearson Natural Area, Arizona | Basalt | PP | Standing age class | 1875 | 21.9 | 78.1 | White 1985 |
| Gus Pearson Natural Area, Arizona | Basalt | PP | Dendro-reconstruction | 1876 | 19.0 | 81.0 | Covington and others 1997 |
| Chimney Springs, Arizona | Basalt | PP | Standing size class | 1876 | 17.3 | 82.7 | Covington and Sackett 1986 |
| Woolsey Plots, Arizona | Basalt | PP/PO | Dendro-reconstruction | 1874 | 10.2-18.8 | 81.2-89.8 | Sánchez Meador and others 2011 |
| Rainbow Plateau, Arizona | Limestone | PP/PO | Dendro-reconstruction | 1879 | 48.3 | 51.7 | Fulé and others 2002a |
| Cheesman Lake, Colorado | Granitic | PP/DMC | FVS[b]-reconstruction | 1900 | 12.9-21.5 | 78.5-87.1 | Fornwalt and others 2002 |

[a]Openness is the proportion of area not covered by tree crowns, estimated as the inverse of canopy cover.
[b]Forest Vegetation Simulator




**Figure 10.** Theoretical diameter distributions representing reference conditions illustrating a superimposed basal area-diameter distribution (BDq) (where q = 1.2); (a) pure ponderosa pine present on basalt soils, (b) dry mixed-conifer on limestone soils. Seedling and sapling-sized tree distribution (i.e., trees in the 2-inch DBH class) on both sites may not be fully represented.

individual trees (Fig. 8). The proportion of the stand or mid-scale area not covered by vertical projections of tree crowns (referred to as "openness") has received little attention. However, several studies have reported the inverse of openness—canopy cover (Table 7); White (1985), Covington and Sackett (1986), and Covington and others (1997) reported 21.9, 19.0, and 17.3 percent canopy cover for ponderosa pine stand reference conditions on the Fort Valley Experimental Forest, Arizona, respectively. A nearby study of a reconstructed ponderosa pine/Gambel oak site on the Coconino National Forest, Arizona, reported a range of 10.2-18.8 percent canopy cover (Sánchez Meador and others 2011). Fulé and others (2002) reported an average canopy cover of 48.3 percent for the Rainbow Plateau, an area in the Grand Canyon National Park-North Rim where the authors suggested that contemporary conditions were statistically similar to historical reference conditions as determined by basal area comparisons. A reference condition study conducted in ponderosa pine near Cheeseman Lake, Colorado, reported a range of 12.9-21.5 percent canopy cover (Fornwalt and others 2002). Overall, the range of canopy cover for ponderosa pine


FS-004329



**Figure 11.** Interlocking or nearly interlocking crowns are components of groups of mid-aged to old trees.



**Figure 12.** Snags, logs, and woody debris are important components of frequent-fire forests. They provide structural diversity, nutrient cycling, and wildlife habitat.

for these studies was about 10-50 percent, giving reference conditions for openness (i.e., inverse of canopy cover) of 50-90 percent. If areas with strong tree aggregation (i.e., with interlocking crowns; Fig. 11) exhibit lower mid-scale canopy cover (10.2-21.9 percent; Table 7), then it stands to reason that sites with less tree aggregation would have higher mid-scale canopy cover due to tree arrangement and reduced crown overlap (Christopher and Goodburn 2008).

Snags, logs, and woody debris are important structural and functional elements in frequent-fire forests (Figs.



**Figure 13.** Litter, logs, and coarse woody debris contribute to fire spread and intensity. Old logs also provide local evidence of historical forest composition and structure. The excessive quantity of litter is a result of the lack of fire in this frequent-fire forest.

12 and 13), yet little is known about volumes of coarse woody debris under historical fire regimes. Nonetheless, studies using extensive, historical stem-maps and/or locations of historical evidences (e.g., logs, stumps, and snags) reported a mean of 2.3 snags and 2.7 logs per acre (Moore and others 2004), 1-8 snags and 3-23 logs per acre (Sánchez Meador and others 2010), and 10 snags and 20 logs per acre as reference conditions for southwestern ponderosa pine (Abella 2008). These densities suggest that the distribution and abundance of snags and logs varied with site and likely coincided with the type, severity, and scale of historical disturbance.

## Dry Mixed-Conifer

Mixed conifer forests can be divided into two subtypes: a warm-dry (dry mixed-conifer) type and a cool-moist (wet mixed-conifer) type. Dry mixed-conifer forests are similar to ponderosa pine forests in general stand structure, but Douglas fir, white fir, white pines, and, occasionally, blue spruce are also important components of these forests (Fig. 14). Wet mixed-conifer forests typically lack ponderosa pine, have a greater abundance of Douglas-fir and white fir, and, on some sites, include other fire-intolerant and shade-tolerant species such as blue spruce, subalpine/corkbark fir, and Engelmann spruce (Fig. 2). Dry mixed-conifer forests typically occupy the lower, warmer, and drier end of the elevation zone occupied by mixed-conifer forests. They intergrade with the cool/moist ponderosa pine types on warmer/drier sites at the lower end of the mixed-conifer zone and with wet mixed-conifer forests on cooler/moister sites at the upper end of the zone (Korb and others 2013; Romme and others 2009; Smith and others 2008).



**Figure 14.** Groups of dry mixed-conifer are similar to groups in ponderosa pine forests but often have more diverse assemblages of species and higher tree densities.

Dry mixed-conifer forests intergrade with or are adjacent to pure ponderosa pine forests and experience similar site conditions and ecological disturbances (types and frequencies) (Grissino-Mayer and others 1995). Romme and others (2009) suggested that the stand structure of dry mixed-conifer was maintained in part by recurrent fires of relatively low to moderate severity, although small areas of higher-severity crown fire were likely. While only a few studies report the extent of mixed-severity fires (Romme and others 2009), Fulé and others (2009) found no areas of high-severity fire larger than 158 acres as inferred by the current extent and presence of even-aged structures or early seral species.

Dry mixed-conifer forests occur on relatively warm sites at lower elevations or on southerly aspects at higher elevations and are characterized by historical frequent surface-fires synchronized by climate (approximately 9-30 years) (Brown and others 2001; Brown and Wu 2005; Fulé and others 2003, 2009; Grissino-Mayer and others 2004; Heinlein and others 2005). In contrast, wet mixed-conifer is typified by mixed-severity fire regime (Fulé and others 2003). Many studies based on fire-scarred trees show that dry mixed-conifer forests had frequent but variable fire return intervals. Some studies report fire return intervals that were similar to ponderosa pine, as frequently as every 4-14 years (Brown and others 2001; Touchan and others 1996; reviewed in Evans and others 2011), whereas other dry mixed-conifer forests experienced fires as infrequently as every 18-32 years (Fulé and others 2003; Korb and others 2013; Touchan and others 1996; reviewed in Evans and others 2011). A recent study in Southwestern Colorado warm/dry mixed conifer forests found a mean fire return interval ranging from 9-30 years on three different sites at similar latitude and elevation. Korb and others (2013) also showed significant influence of local site factors (e.g., topography, forest structure, and species composition) on fire frequency and severity. Departures from historical compositions, structures, and spatial patterns are likely greater on the warmer/drier than the cooler/wetter portion of the mixed-conifer environmental gradient due to a more severe disruption of the characteristic fire regime (Fulé and others 2002).

When direct evidence of historical fire regime is lacking (i.e., fire scars not present), plant associations that classify seral and climax species composition relative to the shade and fire tolerance of tree species and biophysical site conditions may assist in making inferences regarding fire regimes (see Tables 2 and 8). Openings in dry mixed-conifer include grasses, forbs, shrubs, ferns, and cacti (Korb and Springer 2003), but the specific assemblage of understory plants varies greatly by plant association, being broadly grouped as dominated by bunchgrasses or by forbs/shrubs (Table 8). Bunchgrass-dominated plant associations in dry mixed-conifer forests generally occur in warmer/drier conditions than sites dominated by forbs and shrub understories (e.g. white fir/Arizona fescue [warm/dry] compared to white fir/forest fleabane [cool/moist]; Table 8). For example, the U.S. Forest Service, Southwestern Region utilizes plant association classifications for mapping the spatial extent of dry and wet mixed-conifer forests on National Forest Lands.

***Dry Mixed-Conifer: Species Composition:*** Due to a predominance of frequent, low-severity fire, historical species composition in dry mixed-conifer forests was dominated by fire-resistant, shade-intolerant conifers such as ponderosa pine, Southwestern white pine, and Douglas-fir (Fig. 2) (Evans and others 2011; Fulé and others 2003). Dry mixed-conifer forests occur in environments that are wet enough to support trees such as white fir and aspen. However, these species are also more susceptible to death from fire than fire-resistant pines and Douglas-fir (Fig. 2) (Evans and others 2011; Fulé and others 2003). Consequently, species composition




**Figure 15.** Illustration of changes in forest type by elevation and aspect (adapted from LANL 2011).

in dry mixed-conifer forests was historically regulated by the balance between climate and disturbance agents such as fire. Periods of frequent fire in mixed-conifer gave fire-resistant species a competitive advantage, allowing them to establish dominance. During "fire-free" or less frequent-fire periods, ponderosa pine persisted due to its dominant positions in the forest canopy (Fulé and others 2009). As a result, shade-tolerant, less fire-resistant species were historically minor components on drier sites, such as ridge tops and southwest-facing slopes, and likely more frequent on cooler and/or more mesic sites in frequent-fire forests, such as drainages and north-facing slopes (Fig. 15) (Romme and others 2009).

Compared to early 1900s Southwestern forest inventories, the current species composition of dry mixed-conifer forests has shifted toward more shade-tolerant, less fire-resistant species (Fulé and others 2009; Johnson 1994; Romme and others 2009). For example, one study in northern Arizona found that ponderosa pine represented an average 64 percent of basal area in the 1870 forest (range 54-69 percent) but only 36 percent in the same forest in 2003 (range 27-46 percent) (Fulé and others 2009). A recent study in Southwestern Colorado found that species composition prior to the last fire record on two different sites (1861 and 1878) was dominated by ponderosa pine, but white fir and Douglas-fir increased in dominance since the cessation of fire (Korb and others 2013). Other studies similarly concluded that extended fire exclusion in dry mixed-conifer forests resulted in substantial increases in stand-level tree density, especially by shade-tolerant white fir and Douglas-fir (Fulé and others 2004; Heinlein and others 2005). These increases resulted in forests with greater homogeneity in species composition across landscapes (Cocke and others 2005; White and Vankat 1993). Furthermore, early selective logging of ponderosa pine and intensive grazing exacerbated the compositional shift toward mesic species (Cocke and

**Table 8.** Plant associations for dry mixed-conifer forests in the Southwestern United States sorted by plant association series, dry mixed-conifer subtype, temperature-moisture gradient, dominant season of precipitation, and parent material type (USDA Forest Service 1997).

| Plant association (common name) | Dry mixed-conifer subtype | Temperature-moisture gradient[a] | Climate[b] | Dominant season of precipitation[c] | Parent material type[d] |
|---|---|---|---|---|---|
| **Douglas-fir plant association series** | | | | | |
| Douglas-fir/Arizona fescue | Bunchgrass | Warm-dry | Cold | Winter | Variable |
| Douglas-fir/Arizona fescue/bristlecone pine | Bunchgrass | Warm-dry | Cold | Winter | Variable |
| Douglas-fir/Arizona fescue/limber pine | Bunchgrass | Warm-dry | Cold | Winter | Variable |
| Douglas-fir/Arizona fescue/quaking aspen | Bunchgrass | Warm-dry | Cold | Winter | Variable |
| Douglas-fir/fringed brome | Bunchgrass | Cool-wet | Cold | Winter | Variable |
| Douglas-fir/Gambel oak/Arizona fescue | Bunchgrass | Warm-dry | Cold | Winter | Variable |
| Douglas-fir/Gambel oak/screwleaf muhly | Bunchgrass | Warm-dry | Cold | Winter | Variable |
| Douglas-fir/mountain muhly/limber pine | Bunchgrass | Warm-dry | Cold | Winter | Variable |
| Douglas-fir/mountain muhly/two needle pinyon | Bunchgrass | Warm-dry | Cold | Winter | Variable |
| Douglas-fir/screwleaf muhly | Bunchgrass | Warm-dry | Cold | Winter | Variable |
| Douglas-fir (scree) | Forb-shrub | Variable | Variable | Summer or winter | Igneous |
| Douglas-fir/creeping barberry | Forb-shrub | Warm-dry | Cold | Winter | Variable |
| Douglas-fir/Gambel oak | Forb-shrub | Warm-dry | Cold | Winter | Variable |
| Douglas-fir/Gambel oak/rockspirea | Forb-shrub | Warm-dry | Cold | Winter | Variable |
| Douglas-fir/kinnikinnik | Forb-shrub | Warm-dry | Cold | Winter | Rhy./tuff |
| Douglas-fir/mountain ninebark | Forb-shrub | Warm-dry | Cold | Winter | Variable |
| Douglas-fir/silverleaf oak/Chihuahua pine | Forb-shrub | Warm-dry | Mild | Summer | Variable |
| Douglas-fir/silverleaf oak/netleaf oak | Forb-shrub | Warm-dry | Mild | Summer | Rhy./tuff |
| Douglas-fir/silverleaf oak/ponderosa pine | Forb-shrub | Warm-dry | Mild | Summer | Variable |
| Douglas-fir/Arizona white oak | Forb-shrub | Warm-dry | Mild | Summer | Variable |
| Douglas-fir/bigtooth maple | Forb-shrub | Typic | Cold | Summer | Sed. |
| Douglas-fir/rockspirea | Forb-shrub | Warm-dry | Cold | Winter | Variable |
| Douglas-fir/wavyleak oak | Forb-shrub | Warm-dry | Cold | Summer | Sed. |

**Table 8.** *Continued.*

| Plant association (common name) | Dry mixed-conifer subtype | Temperature-moisture gradient[a] | Climate[b] | Dominant season of precipitation[c] | Parent material type[d] |
|---|---|---|---|---|---|
| **White fir plant association series** | | | | | |
| White fir/Arizona fescue | Bunchgrass | Cool-wet | Cold | Winter | Variable |
| White fir/Arizona fescue/Gambel oak | Bunchgrass | Cool-wet | Cold | Winter | Variable |
| White fir/Arizona fescue/muttongrass | Bunchgrass | Cool-wet | Cold | Winter | Variable |
| White fir/screwleaf muhly | Bunchgrass | Cool-wet | Cold | Summer | Variable |
| White fir/Arizona walnut | Forb-shrub | Cool-wet | Cold | Winter | Alluvium |
| White fir/creeping barberry | Forb-shrub | Typic | Cold | Winter | Variable |
| White fir/creeping barberry/common juniper | Forb-shrub | Typic | Cold | Winter | Variable |
| White fir/creeping barberry/New Mexico locust | Forb-shrub | Typic | Cold | Winter | Variable |
| White fir/Gambel oak | Forb-shrub | Typic | Cold | Winter | Variable |
| White fir/Gambel oak/Arizona fescue | Forb-shrub | Typic | Cold | Winter | Variable |
| White fir/Gambel oak/pine muhly | Forb-shrub | Typic | Cold | Winter | Cong./tuff/and. |
| White fir/Gambel oak/rockspirea | Forb-shrub | Typic | Cold | Winter | Variable |
| White fir/Gambel oak/screwleaf muhly | Forb-shrub | Typic | Cold | Winter | Variable |
| White fir/kinnikinnik | Forb-shrub | Typic | Cold | Winter | Rhyolite |
| White fir/mountain snowberry/limber pine | Forb-shrub | Cool-wet | Cold | Winter | Variable |
| White fir/mountain snowberry/ponderosa pine | Forb-shrub | Typic | Cold | Winter | Variable |
| White fir/Nevada pea | Forb-shrub | Typic | Cold | Winter | Variable |
| White fir/New Mexico locust | Forb-shrub | Typic | Cold | Winter | Variable |
| White fir/New Mexico locust/dryspike sedge | Forb-shrub | Typic | Cold | Winter | Variable |
| **Blue spruce plant association series** | | | | | |
| Blue spruce/Arizona fescue | Bunchgrass | Typic | Cold | Winter | Rhy./basalt |
| Blue spruce/dryspike sedge | Bunchgrass | Typic | Cold | Winter | Rhy./basalt |

[a]Gradient based on all mixed conifer forests (dry and wet mixed-conifer types). Typic refers to modal, mid-gradient temperature-moisture types.
[b]Climate refers to mean annual soil temperatures, with cold climates having frigid soils (mean annual soil temperatures <8 ˚C) and mild climates having mesic soils (mean annual soil temperatures >8 ˚C).
[c]Dominant season of precipitation refers to the 6-month period (winter = October-March, summer = April-September) that typically has higher average precipitation levels. Most ponderosa pine and dry mixed-conifer sites in the Southwestern United States receive bimodal precipitation, but the season listed in the table experiences higher average precipitation levels.
[d]Variable = multiple parent materials; sed. = sedimentary; rhy.= rhyolites; cong. = conglomerate; and. = andesite

others 2005). The combination of fire exclusion, grazing, selective logging, and favorable climatic conditions for young tree establishment in the early 20th Century has created atypical stand compositions and structures in many of today's dry mixed-conifer forests (Moore and others 2004). In many locations, large, dominant ponderosa pine and Douglas-fir trees have been reduced to few or none, leaving today's stands dominated by young ponderosa pine, Douglas-fir, and white fir (Fulé and others 2003).

Dry mixed-conifer plant associations are highly variable and reflective of local biophysical site conditions that influence the type of disturbances and vegetation responses to disturbances (Table 8) (USDA Forest Service 1997). These plant associations are classified by forest series representing the most shade-tolerant conifer species that can establish and grow on a given site, absent disturbance. However, ponderosa pine typically dominates the species mix in dry mixed-conifer forest series under the characteristic fire regime. Dry mixed-conifer forest series include: (1) Douglas-fir, (2) white fir, and (3) those blue spruce plant associations that do not classify as wet mixed-conifer. These series can be subdivided by understory plant composition into the general subtypes of bunchgrass and forb-shrub. The most mesic dry mixed-conifer sites are the forb-shrub plant associations, and the most xeric are the bunchgrass plant associations. These subtypes differ in their relative fire frequencies; bunchgrass understories support more frequent surface fire, while forb-shrub understories facilitate less frequent surface fire and greater fuel accumulation (Anderson 1982; LANDFIRE 2007; Scott and Burgan 2005; USDA Forest Service 1997).

***Dry Mixed-Conifer: Forest Structure:*** Compared to ponderosa pine, there is considerably less literature on fine-scale forest structure and spatial pattern reference conditions in dry mixed-conifer forests. However, there are some historical references to similarities between structure and spatial pattern of these two forest types. Due to its frequent fire regime, the historical fine-scale structure and spatial pattern of dry mixed-conifer forests were similar to ponderosa pine in having a more open structure (Muldavin and Tonne 2003; Swetnam and Baisan 1996) and a similar aggregated arrangement of trees in some stands (Binkley and others 2008; Sánchez Meador and others unpublished data, see Table 3 footnote). Lang and Stewart (1910; p. 19) noted that "evidence indicates light ground fires over practically the whole forest, some of the finest stands of yellow pine show only slight charring of the bark and very little damage to poles and undergrowth." Dutton (1882) observed that within both the ponderosa pine and mixed ponderosa pine/Douglas-fir forest types "the trees are large and noble in aspect and stand widely apart, except in the highest parts of the [Kaibab] plateau where the spruces predominate. Instead of dense thickets where we are shut in by impenetrable foliage, we can look far beyond and see the tree trunks vanishing away like an infinite colonnade." These observations are consistent with statements that "pure ponderosa pine forests and warm-dry mixed conifer forests were affected primarily by frequent, low-severity fires that maintained an open stand structure with a broad range of tree sizes and ages" (Romme and others 2009).

Empirical evidence also indicates that historical dry mixed-conifer forests had lower tree densities and a more open structure comprised of a higher proportion of old and large trees, were more spatially heterogeneous (having groups and patches of trees), and were more uneven-aged compared to current conditions (Fig.16) (Binkley and others 2008; Fulé and others 2002a, 2003, 2009; Heinlein and others 2005; Moore and others 2004). However, as mixed conifer forests transition toward cooler and wetter site conditions, less frequent and more severe fires result in mixtures of even- and uneven-aged forest structures. At the landscape scale, wet mixed-conifer forests were historically more spatially heterogeneous than ponderosa pine forests because of a mixed-severity fire regime affected by topography, soils, land use, and vegetation (Binkley and others 2008; Fulé and others 2002a, 2003, 2009; Muldavin and Tonne



**Figure 16.** Aerial photo of a dry mixed-conifer forest on a north-facing slope in the Cibola National Forest. In this stand, about 60-70 percent of the area is under mid- to old-age tree cover and 30-40 percent is in grass-forb-shrub interspaces.

2003; Smith 2006a; Romme and others 2009; Touchan and others 1996). Variable forest structures and spatial patterns across landscapes resulted, in part, from variation among sites on the temperature/moisture continuum and their species compositions, successional status, and disturbance regimes. Warm, dry mixed-conifer sites likely experienced more frequent and less severe surface fire, resulting in more open forests with a mixture of small tree groups and areas with random tree spatial patterns. In contrast, cool, moist sites experienced mixed or high-severity fires at longer fire return intervals, resulting in relatively closed forests with tree cohorts distributed in larger patches (Fig. 14) (Fulé and others 2003; Romme and others 2009).

Studies of reference conditions for dry mixed-conifer forests reported mean tree densities and basal areas similar to those in ponderosa pine stands but with slight increases at the fine scale (Table 9; Fig. 17). For example, pre-Euro-American settlement dry mixed-conifer forests on limestone soils ranged between 36 and 100 trees per acre and 34 and 124 square ft of basal area per acre on sites in Arizona and New Mexico, respectively (Table 9; Fig. 10). For dry mixed-conifer forests on the Uncompahgre Plateau in Colorado, Binkley and others (2008) reported reference conditions for canopy cover ranging from 12.0-21.5 percent in areas that exhibit fine-scale aggregation; openness was therefore 78.5-88.0 percent in these areas. Fornwalt and others (2002) modeled reference canopy cover conditions of 13-22 percent (78-87 percent openness) for forests with fine-scale tree aggregation on the Colorado Front Range (Table 7). Based on reported studies, historical dry mixed-conifer forests were structurally similar to ponderosa pine with respect to tree groups with small meadows between them (Binkley and others 2008).

Abundance of snags, logs, and woody debris in dry mixed-conifer was likely similar to or slightly greater than that of ponderosa pine. Moore and others (2004) reported 4.9-34.9 snags per acre for dry mixed-conifer reference conditions as determined from extensive, historical stem-maps and relocation of historical evidences (e.g., logs, stumps, and snags). While the historical amount of these structural elements in dry mixed-conifer has received little attention, contemporary studies suggest that more productive dry mixed-conifer sites had higher fuel loads than ponderosa pine sites (Brown and others 2003; Graham and others 1994).

Despite the above similarities, dry mixed-conifer forests occur on a diverse range of sites and have more diversity in species composition, structure (Fig. 17), spatial pattern, processes (i.e., fire regimes and other disturbances), and functions than ponderosa pine forests. While studies demonstrate considerable similarity between dry mixed-conifer and ponderosa pine disturbance processes and forest structures, we point again to the limited numbers and geographical locations of studies of historic structural conditions in dry mixed-conifer and call for additional research to increase our understanding of historical ranges of conditions for these forests (see Monitoring, Adaptive Management, and Research Needs).




**Figure 17.** Distribution of reference conditions reported in Tables 6 and 9 for basal area and trees per acre in ponderosa pine and dry mixed-conifer forests. Lines bisecting boxes represent median values; lower and upper borders of boxes represent first and third quartile values; and whiskers (i.e., endpoints of dashed lines) represent maximum and minimum reported values.

**Table 9.** Historical forest structure of dry mixed-conifer forests of the Southwest, arranged by parent material and average tree density.

| Location | Parent material | Elevation (ft) | Size/age reported | Reference date | Trees per acre | | | Basal area ($ft^2$/acre) | | | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Range | Mean | Std Err | Range | Mean | Std Err | |
| San Francisco Peaks-East, Arizona | Basalt | 8318 | Age | 1892 | | 20.9 | 3.4 | | 39.6 | 3.9 | Heinlein and others 2005 |
| San Francisco Peaks-West, Arizona | Basalt | 8318 | Age | 1876 | | 21.0 | 1.7 | | 54.0 | 6.1 | Heinlein and others 2005 |
| Sitgreaves National Forest, Arizona (max)[a] | Basalt | 6300 | Size | 1910 | | 31.0 | | | 66.9 | | Woolsey 1911 |
| San Francisco Peaks, Arizona | Basalt | 9200 | Age | 1876 | | 65.1 | 6.8 | | 77.9 | 12.8 | Cocke and others 2005 |
| Blue and White Mountains, Arizona[b] | Basalt | 8950 | Size | 1912 | | 68.7 | | | 84.4 | | Greenamyre 1913 |
| Middle Mountain, Colorado | Granitic | 8520 | Size | 1870 | 51-59 | 57.3 | 4.0 | 43-60 | 47.9 | 4.6 | Fulé and others 2009 |
| Jemez, New Mexico (max)[a] | Limestone | 7013 | Size | 1910 | | 35.6 | | | 91.2 | | Woolsey 1911 |
| Kaibab Plateau, New Mexico[c] | Limestone | 7500 | Size | 1909 | | 45.3 | | | 60.7 | | Lang and Stewart 1910 |
| Alamo, New Mexico (max)[a] | Limestone | 8650 | Size | 1910 | | 46.5 | | | 97.9 | | Woolsey 1911 |
| Gila, New Mexico[a] | Limestone | 9055 | Age/Size | 1890 | | 65.6 | | | | | Moore and others 2004 |
| Jemez, New Mexico[a] | Limestone | 7825 | Age/Size | 1890 | 66-112 | 88.8 | 23.2 | | | | Moore and others 2004 |
| Little Park, Arizona | Limestone | 8640 | Age | 1880 | | 98.3 | 5.8 | | 76.7 | 9.1 | Fulé and others 2003 |
| Swamp Ridge, Arizona | Limestone | 8143 | Age | 1879 | 36-151 | 99.4 | 5.2 | 65-235 | 124.1 | 7.8 | Fulé and others 2002a |
| Black Mesa, Arizona[c] | Sedimentary | Mixed | No | 1890 | | 58.4 | 27.3 | | | | Williams and Baker 2011; 2012 |
| Uncompahgre Plateau, Colorado | Shale | 8000 | Size | 1875 | 30-110 | 60 | | 25-130 | 70 | | Binkley and others 2008 |

[a]Minimum tree DBH recorded = 3.5in.
[b]Minimum tree DBH recorded = 4 in.
[c]Minimum tree DBH recorded = 6 in



FS-004337

# The Restoration Framework

Here, we describe our framework for restoring resiliency to frequent-fire forests in the Southwest. We first provide an overview of our framework, including its ecological foundation, its key elements, and the sources of its science base. We then discuss the spatial and temporal scales at which forest structures are described, and follow this with a description of the desired key compositional and structural elements of a restored forest at those scales for ponderosa pine and then dry mixed-conifer forests. Finally, we provide recommendations for implementing the framework in these forests and finish with brief before and after descriptions of the composition and structure in a ponderosa pine area in New Mexico where we implemented our framework.

The framework is organized around key compositional and structural elements at three spatial scales and is based on a synthesis of reference conditions, literature on the ecology of frequent-fire forests (Table 4) (see Science Review: Forest Ecology), our understanding of the ecology of these forests, decades of collective experience of forest managers and researchers (e.g., Schubert 1974), and lessons learned during applications of our framework in Southwestern frequent-fire forests. Our framework is informed by the ranges of mean forest characteristics from reference conditions research plots, which were typically <10 acres and therefore best describe variability at the fine scale (Tables 3, 6, 7, and 9). Means across plots are more representative of mid-scale conditions than means reported for individual sample plots. Therefore, we point out that any point estimates with a range of mean values may not be appropriate for a given site and we recommend using local, site-specific biophysical conditions and historical evidences to inform specific treatments.

Forest ecology, historical (reference) conditions, and the natural range of variability are frequently used to define restoration goals, to estimate the restoration potential of sites, and to evaluate the success of restoration efforts. Natural range of variability is useful for understanding the natural variability in composition, structure, processes, and functions among sites and for understanding the dynamic nature of ecosystems. It is also a useful reference for establishing limits of acceptable change for ecosystem components and processes (Morgan and others 1994). Our framework is not intended to re-create specific reference conditions. Rather, the framework identifies key elements that characterized frequent-fire forests before industrial logging and the disruption of historical disturbance regimes. These key compositional and structural elements are:

(1) species composition (tree and understory vegetation);
(2) groups of trees;
(3) scattered individual trees;
(4) open grass-forb-shrub interspaces;
(5) snags, logs, and woody debris; and
(6) variation in arrangements of these elements in space and time.

The key elements provide inferences about species compositions, structural conditions, and the cumulative effects of disturbances on processes and functions that provide frequent-fire forests with resistance and resilience to disturbance.

Citations supporting our restoration framework appear mostly in the Science Review: Forest Ecology section but in other sections as needed. We recognize the limited number and geographic extent of scientific studies of reference conditions for ponderosa pine and especially for dry mixed-conifer, not only in the Southwest but throughout the western United States. Nonetheless, our framework is timely because of the growth in knowledge over the past decades regarding current and historical ecology of these forests. It is also timely because of increased frequencies, intensities, and extents of uncharacteristic disturbances, which may worsen under climate change (Littell and others 2009; Millar and others 2007; Miller and others 2009; Westerling and others 2006). We believe that moving current forest conditions toward their characteristic compositions, structures, and spatial patterns will increase their resistance and resilience to future disturbances and will result in outcomes as varied as fire fuels reduction, restoration of wildlife habitats, biodiversity, diverse food webs, and increased ability of these forests to provide ecosystem services.

## *Spatial and Temporal Scales*

Ecosystems are structured hierarchically and their composition, structure, process, and function are temporally and spatially dynamic. Therefore, we characterize the key compositional and structural elements at three spatial scales: the fine-scale (<10 acres),

mid-scale (10-1000 acres), and landscape-scale (1000-10,000+ acres) (Fig. 1). These scales generally correspond with structural features in frequent-fire forests. For example, the fine scale is an area in which the species composition, age, structure, and spatial distribution of trees (single and grouped), and open grass-forb-shrub interspaces are expressed. Aggregates of fine-scale units comprise mid-scale units, which are referred to as patches (i.e., stands) and are relatively homogeneous in vegetation composition and structure that differ from their surroundings. The landscape scale is composed of aggregates of mid-scale units and usually has variable elevations, slopes, aspects, soil types, plant associations, disturbance processes, and land uses. Understanding and incorporating temporal scales (seasonal, annual, decadal, and centuries) in a restoration framework is required to sustain vegetation dynamics of a forest that result from growth, succession, senescence, and the natural and anthropogenic disturbances that periodically reset the dynamics.

## *Key Elements by Forest Type: Ponderosa Pine*

Southwest ponderosa pine forests occur at elevations ranging from approximately 5000-9000 ft and typically intergrade with woodland types on warm/dry sites (typically at lower elevations) and mixed-conifer types on cool/moist sites (typically at higher elevations). The characteristic fire regime for ponderosa pine is frequent, low-severity fires (Fire Regime 1; Table 2). Surface fuels (fine fuels, branches, and coarse woody debris) and small trees facilitate this fire regime. Fires burn primarily on the forest floor and rarely spread to tree crowns and canopies. Individual trees or tree groups may occasionally torch during fires. Based on plant associations, a system for classifying plant communities on their potential climax species compositions (Table 5) (USDA Forest Service 1997), we differentiated four Southwestern ponderosa pine forests subtypes: (1) ponderosa pine-bunchgrass, (2) ponderosa pine-Gambel oak, (3) ponderosa pine-evergreen oak, and (4) ponderosa pine-shrub (Appendix 2).

### Ponderosa Pine: Fine-Scale Elements (<10 acres):

*Species composition:* Overstories are dominated by ponderosa pine but may occasionally contain other conifer or hardwood species. Herbaceous understories are typically grasses and forbs at the mid-point within the temperature/moisture gradient over which ponderosa pine occurs. At the warm/dry end of the gradient, ponderosa pine forest intergrades with pinyon-juniper or evergreen oak woodlands (e.g., juniper, pinyon, Emory oak, Arizona white oak, silverleaf oak, and grey oak) with a shrub component (e.g., manzanita, shrub live oak, sumac, or mountain mahogany). In the cool/moist portion of the gradient, Gambel oak is often a component of ponderosa pine forests, and grass and forb understories may include shrubs (e.g., ceanothus, and currants) (Table 5). At the cool/moist end of the gradient, ponderosa pine intergrades with dry mixed-conifer forests where there may be a minor presence of quaking aspen, Douglas-fir, Southwestern white pine, white fir, and blue spruce. Variation in overstory species composition influences forest structure, disturbance types and intensities, tree mortality rates, and the composition and structure of the grass-forb-shrub community.

- Trees typically occur in irregularly shaped, small groups with interlocking or nearly interlocking crowns when in the mid- to old-aged structures (Fig. 11), range in size from 2-72 trees, and occupy between 0.003 and 0.72 acres each (Table 3; Fig. 4). Groups can be even- or uneven-aged. Size, shape, number of trees per group, and number of groups per area are variable (see Science Review: Forest Ecology). If trees are aggregated (i.e., grouped), more productive sites will have more trees per group, and if not aggregated, will support more individual trees per acre. Where groups are even-aged, a high level of interspersion of groups of differing ages constitutes the desired uneven-aged structure at the fine- and mid-scale. Trees within groups are variably spaced with some tight clumps.
- Where reference conditions show the presence of scattered individual trees, their ages are variable (young to old) and they can comprise 15-70 percent of total stand basal area, with the remaining stand basal area being trees in groups (Table 3). Variability in number of individual trees is associated with various factors, such as soils, plant associations, climate, and disturbances.
- Grass-forb-shrub interspaces surround tree groups and individual trees (Fig. 8) and are variably shaped and sized.
- Snags, top-killed, lightning- and fire-scarred trees, and coarse woody debris (logs and other dead woody material greater than 3 inches in diameter) are generally large in diameter and height, scattered throughout the mid-scale, and concentrated in past disturbance sites in abundances of 1-10 snags and 3-10 tons per acre (Figs. 12 and 13). Overall, snags, logs, and coarse woody debris are spatially and temporally variable.



**Figure 18.** Uneven-aged forest comprised of an interspersion of tree groups of different ages.

### Ponderosa Pine: Mid-Scale Elements (10-1000 acres):

The mid-scale is an aggregate of fine-scale units (i.e., tree groups, scattered individual trees, and grass-forb-shrub interspaces) and is collectively referred to as a patch or stand. Mid-scale patches are relatively homogeneous in vegetation composition and structure and differ from surrounding patches.

- Tree species composition is relatively homogenous within patches and is a function of disturbance, time since disturbance, tree density and size/age structure, topography, soils, local climate, site history, ecological legacy, and stochasticity (e.g., mass seeding and weather events).
- Average total tree densities and basal areas generally range from 11-124 trees per acre and 22-90 square ft of basal area per acre (Table 6).
- More productive sites may have more trees per area. Aggregates of many randomly distributed trees (areas >10 acres) function as patches.
- For sustainability and biodiversity purposes, it is desirable that patches comprise uneven-aged forests with an approximate balance of age classes ranging from young to old (Fig. 18). Infrequently, patches of even-aged forest structure may be present.
- All age classes of appropriate hardwood species (e.g., Gambel and evergreen oaks and other hardwoods) are present depending on a site's plant association (Table 5).
- "Openness" (estimated as the inverse of canopy cover) ranges from 52-90 percent. In areas exhibiting fine-scale aggregation of trees, mid-scale openness is typically high (78-90 percent; Table 7), and on more productive sites, especially where tree arrangement is random, openness may be less (see discussion of openness in Science Review: Forest Ecology).

### Ponderosa Pine: Landscape-Scale Elements (1000-10,000+ acres):

- The landscape scale is an aggregate of mid-scale units and includes areas with variable topography (i.e., elevation, slope, and aspect), soils, plant associations, disturbance types, and land use legacies. The landscape is a functioning ecosystem that contains all components, processes, and functions that result from characteristic disturbances, including snags, downed logs, and old trees.
- Old-growth structural features occur throughout the landscape as tree groups or single trees within uneven-aged patches (stands) or occassionally as small even-aged patches. Old-growth structural features include old trees, snags, downed wood (coarse woody debris), and horizontal and vertical structural diversity in a grass-forb-shrub matrix (Table 10; Fig. 9). The location of old-growth structural features may shift on the landscape over time as a result of succession and disturbance.

**Table 10.** Essential structural features of old growth in frequent-fire forests. Note that whether or not a feature is essential may depend on scale—fine-, mid-, and landscape-scale. For example, age variability is possible at all scales, but snags and large dead and downed fuels may not exist in some groups and patches (adapted from Kaufmann and others 2007).

| Structural feature | Essential structural feature? | Comment |
|---|---|---|
| Large trees | No | Tree size depends on species and site characteristics (moisture, soils, and competition). Young trees may be large, and old trees may be small. |
| Old trees | Yes | Trees develop unique structural characteristics when old (e.g., dead tops, flattened crowns, branching characteristics, bark color and texture). |
| Age variability | No | An important feature in some old-growth forest types. Some forests regenerate episodically (even-aged) with most trees establishing in a few years to a decade, probably in conjunction with wet years and large seed crops and in concurrence with relatively long intervals between fires. Others may regenerate over decades (uneven-aged). |
| Snags and large dead and downed fuels | Yes | Snags and large logs are essential for old growth, but forests with more frequent fires may have fewer logs. Densities and sizes of snags and logs vary depending on forest type, precipitation, and other factors. Snags, logs, and woody debris typically distributed unevenly in landscapes. |
| Between-patch structural variability | Yes | High variability is a critical feature. Within-patch variability may be low, but variation among patches may be high. Proportions of patches with different developmental stages vary depending on forest type, climate, etc. |

- Plant associations vary across environmental gradients (e.g., changes in slope, aspect, climate, and soil type) and reflect their historical species composition, structure, and spatial aggregations.
- Denser tree conditions may exist as patches in locations such as north-facing slopes and canyon bottoms.
- Natural and anthropogenic disturbances such as fire or tree thinning treatments are sufficient to maintain desired overall species composition, tree density, age structures, snags, coarse woody debris, and nutrient cycling.

## *Key Elements by Forest Type: Dry Mixed-Conifer*

Southwest dry mixed-conifer forests generally occur at elevations ranging from 5500-9500 ft. At lower elevations within this range, dry mixed-conifer forests commonly occur on north-facing slopes or canyon bottoms and ponderosa pine forests on south-facing slopes and ridgetops. At the upper elevation range, dry mixed-conifer forests typically occupy south and west slopes, with wetter forest types (e.g., wet mixed-conifer) on north aspects. Dry mixed-conifer forests are dominated by shade-intolerant trees such as ponderosa pine, Douglas-fir, Southwestern white pine, limber pine, quaking aspen, and other hardwoods, with a lesser presence of shade-tolerant species such as white fir and blue spruce depending on biophysical site conditions and the frequency of low-severity fire. Aspen may occur individually or in groups of variable size. While less is known about historical conditions in dry mixed-conifer than in ponderosa pine, available information shows a similarity in the structure and spatial pattern of these two forest types.

Characteristic fire regimes for Southwestern dry mixed-conifer are frequent low-severity fires (Fire Regime 1) with infrequent mixed-severity fires (Fire Regime 3; Table 2) operating at all spatial scales. Surface fuels and small trees facilitate this fire regime. While fires burn primarily on the forest floor, occasionally individual trees or tree groups may torch. Crown fires rarely spread from tree group to tree group.

### Dry Mixed-Conifer: Fine-Scale Elements (<10 acres)

- Species composition: Overstories are dominated by fire-resistant, shade-intolerant trees such as ponderosa pine, Douglas-fir, Southwestern white pine, and limber pine, with occasional inclusion of aspen and other hardwoods. Shade-tolerant conifers, such as white fir and blue spruce, may be present but are subdominant in abundance. At the warm/dry end of the temperature/moisture gradient occupied by dry


FS-004341

mixed-conifer types, this forest type intergrades with ponderosa pine-bunchgrass and ponderosa pine-Gambel oak subtypes. At the cool/moist end of the gradient, dry mixed-conifer intergrades with the wet mixed-conifer type typified by a mixed-severity fire regime. Differences in overstory species composition influences structure (tree density, tree group size, number of individuals, regeneration), disturbance events (species-specific insect and diseases, fuel type and quantity), distribution of snags and coarse woody debris, and species composition of the grass-forb-shrub community.

- Where dry mixed-conifer forests occur at the warmer/drier end of the environmental gradient (Fig. 2), trees typically occur in irregularly shaped groups, trees within groups are variably spaced, and group sizes generally range from a few trees up to an acre (Fig. 14), similar to ponderosa pine forest types. Reference conditions show tree group sizes ranging from 0.01-0.33 acres (Table 3) (see Science Review: Forest Ecology). Trees within groups are of similar or variable ages and groups are composed of one or more species. Crowns of trees within the mid-aged to old groups are interlocking or nearly interlocking (Fig. 11). Size, shape, number of trees per group, and numbers of groups per area are variable (see Science Review: Forest Ecology). If aggregated, more productive sites will have more trees per group, or if not aggregated will support more trees per acre.
- No data are available on the proportion of stand basal area in individual trees verses tree groups. More research is needed (see Monitoring, Adaptive Management, and Research Needs).
- Grass-forb-shrub interspaces surround tree groups and individual trees (Figs. 14 and 16) and are variably shaped and sized.
- Snags, top-killed, lightning- and fire-scarred trees, logs, and coarse woody debris (>3 inches diameter) are generally large in height and diameter, scattered throughout, and concentrated at past disturbance events in abundances of 5-35 snags and 8-16 tons per acre (see Science Review: Forest Ecology). Overall, snags, logs, and coarse woody debris are spatially and temporally variable.

### Dry Mixed-Conifer: Mid-Scale Elements (10-1000 acres)

- The mid-scale is an aggregate of fine-scale units (i.e., tree groups, scattered individual trees, and grass-forb-shrub interspaces) and is collectively referred to as a patch or stand. At the mid-scale, patches can be relatively homogeneous in vegetation composition and structure and differ from surrounding patches. Vegetation is typically characterized by variation in the sizes and numbers of tree groups and the density and extent of patches of trees, each typically varying by elevation, soil type, aspect, and site productivity. Occasionally, patches may be composed of randomly arranged trees.
- In general, tree densities range from 20-100 trees per acre and 40-125 square ft basal area per acre (Table 9) (see Science Review: Forest Ecology). Stand density is likely to increase as site conditions transition toward the cooler/moister end of the environmental gradient for dry mixed-conifer forests and on more productive soil types.
- For sustainability and biodiversity purposes, it is desirable that patches have an uneven-aged forest structure with an approximate balance of age classes ranging from young to old. Infrequently, patches of even-aged forest structure may be present.
- Species composition may be variable within patches and is a function of disturbance, tree density, tree size and age structure, topography, soil, local climate, site history, ecological legacy, and stochasticity (e.g., weather events, mass seeding).
- It is desirable that all age classes of appropriate hardwood species (e.g., aspen, Gambel oak, and maple) are present depending on a site's plant association (Table 8).
- "Openness" is similar to ponderosa pine at the warmer/drier end of the environmental gradient occupied by dry mixed-conifer forests (Table 7) but is likely to decrease from the warmer/drier site conditions to the cooler/wetter end of the environmental gradient due to moister conditions, higher productivity, and less frequent low-severity fire.

### Dry Mixed-Conifer: Landscape-Scale Elements (1000-10,000+ acres)

- The landscape scale is an aggregate of mid-scale units and includes areas with variable topography, soils, plant associations, disturbance types, and land use legacies. The landscape is a functioning ecosystem that contains all its components, processes, and functions that result from characteristic disturbances, including snags, downed logs, and old trees.
- Old-growth structural features occur throughout the landscape as tree groups or single trees within uneven-aged patches (stands) or occassionally as small even-aged patches. Old-growth structural features

include old trees, dead trees (snags), downed wood (coarse woody debris), and horizontal and vertical structural diversity in a grass-forb-shrub matrix (Table 10). The location of old-growth may shift on the landscape over time as a result of succession and disturbance (tree growth and mortality).

- Plant associations vary across environmental gradients (e.g., changes in slope, aspect, climate, and soil type) and reflect their historical species composition, structure, and spatial aggregations.
- Denser tree conditions may exist as patches in some locations such as north-facing slopes and canyon bottoms.
- Natural and anthropogenic disturbances such as fire or tree thinning treatments are sufficient to maintain desired overall species composition, tree density, age structures, snags, coarse woody debris, and nutrient cycling.

# Implementation Recommendations

Here, we offer recommendations for implementing our framework. These were developed from our understanding of the body of forest ecology and management literature (see Science Review: Forest Ecology), our research and management experience, and lessons learned during implementations of our restoration framework. At the end of this section we present an overview of a case study on the implementation of our framework that illustrates its success in moving current forest conditions toward uneven-aged forest mosaics comprised mostly of fire-adapted species; tree groups; scattered individual trees; grass-forb-shrub interspaces; snags, logs, woody debris; and the spatial arrangement of these elements.

## *Classification of Site Variability*

Ecological classification of a site indicates its biological capabilities regarding species composition, structure, processes, and functions. Ecological classification is useful for implementing our restoration framework because classification depends on variability of local climate, soil, vegetation, geology and geomorphology, and a site's characteristic disturbances and vegetation responses (USDA Forest Service 1997). The variability within and among sites across landscapes is the basis for describing the range of variation in forest conditions in our restoration framework. Recognition of within- and among-site variability is paramount for developing localized restoration objectives. Example classification systems include the U.S. Forest Service Terrestrial Ecosystem Unit Inventory (Winthers and others 2005), which classifies land units by soil, climate, slope, geology, geomorphology, and plant associations, and NatureServe's Ecological Systems (Comer and others 2003). The biotic and abiotic variables used in these classification systems describe a site's biophysical characteristics.

## *Recommendations by Key Elements*

### Species Composition

- Manage for percent species composition as indicated by local historical evidence (live trees and snags and logs from trees that originated prior to 1880), biophysical site conditions, and other management objectives (e.g., favoring scarce species; preserving genetic diversity; enhancing wildlife habitat; resilience to climate change; or achieving other resource objectives, social values, and regulatory requirements).

### Tree Groups and Individual Trees

- Use a site's historical spatial patterns to inform restoration targets and treatments. Where information on reference conditions is not available, fine-scale spatial patterns may be informed by reference data in Table 3, 6, 7 and 9 and combined with local historical evidence (see Friederici 2004) such as grouped and individual old trees, large logs, and stumps, and a site's biophysical conditions.
- Evaluate current conditions in relation to desired conditions to develop management prescriptions. Avoid arbitrary constraints such as diameter limits for tree cutting (see Abella and others 2006; Triepke and others 2011).
- Where spatial heterogeneity is desired, consider combinations of burns, intermediate and free thinning, and individual tree or small group selection cutting methods to create a heterogeneous structure of groups, single trees, and grass-forb-shrub interspaces. Once heterogeneity is established, consider maintaining the desired structure and spatial pattern with fire and/or single tree and small group selection.
- Where trees are spatially aggregated, maintain interlocking or nearly interlocking crowns in mature and old groups and provide for variable tree spacing within groups; avoid thinning old tree groups.
- Manage young tree groups to create future variable tree spacing and interlocking crowns. Thin young tree-groups to facilitate development of desired within-group characteristics (e.g., variable tree spacing and interlocking or nearly interlocking crowns) in mid- to old-aged tree groups.
- Tree groups generally are small (2-72 trees per group, see Science Review: Forest Ecology) (Fig. 4). Use historical evidence and biophysical capabilities to determine a site's mean and range (minimum, maximum) of trees per group and numbers and spacing of tree groups per area.
- Mid-scale patches (stands) of less-aggregated or randomly arranged trees may be appropriate where

historical evidences do not exhibit spatial aggregation or for achieving other resource objectives.

- Where appropriate, retain or regenerate scattered individual trees between groups.
- Use historical evidence, biophysical site conditions, plant associations, and current conditions (e.g., competition from brush on certain plant association types, degree of disease or insect infestation) to inform regeneration treatments.
- Where management objectives are to maintain conifer dominance and where post-treatment dominance by shrub understories is undesired (e.g., in some ponderosa pine-evergreen oak, ponderosa pine-shrub, and dry mixed conifer-forb/shrub forest types), consider smaller interspaces to avoid excessive shrub response and increased ladder fuel accumulation.
- Consider temporary deviations from uneven-aged management to even-aged cutting methods to initiate recovery on sites damaged by epidemic (severe) insect or disease infestation or other disturbances.
- Manage fire (wildfire or prescribed) frequency and severity towards achieve desired forest structures, spatial arrangements, regeneration patterns, and fuel consumption objectives.
- Design and place regeneration treatments to favor recruitment of shade-intolerant, fire-resistant species.
- Vary treatment prescriptions (cutting and/or fire) to create a mosaic of groups of trees, scattered single trees, and grass-forb-shrub interspaces.

### Grass-Forb-Shrub Interspaces

- The grass-forb-shrub community is the matrix in which tree groups and scattered individual trees are arranged (Fig. 8).
- The size and arrangement of grass-forb-shrub interspaces reflect local site conditions and historical evidence. Where trees are grouped, interspaces may be as wide as 1-2 mature tree heights from nearest drip lines of adjacent tree groups. Binkley and others (2008) reported approximately 150 ft between historic groups of trees in dry mixed-conifer in Southwest Colorado; Pearson (1923) reported 100-150 ft diameter openings (interspaces) between historic tree groups in ponderosa pine forests in northern Arizona.
- Sizes of grass-forb-shrub interspaces are a less useful metric for tree spacing in areas where trees are more randomly spaced (i.e., not aggregated). Use a site's historical vegetation spatial patterns as a guide for restoration.
- Grass-forb-shrub interspaces are generally larger on dry sites. Interspaces provide rooting space to support grouped trees.
- Meadows, grasslands, and other non-forested areas may be present as inclusions in forested landscapes; these areas are not considered interspaces.

### Snags, Logs, and Woody Debris

- Manage for the continuous presence of snags, logs, and woody debris, especially large snags in various stages of decay throughout the landscape (Figs. 12 and 13). Frequent fires both recruit and consume these elements.

### Arrangement of Key Elements in Space and Time

- Recognize the importance of spatial and temporal heterogeneity in forest composition and structure to ecological processes and functions.
- Where objectives include sustainability of wildlife habitat, biodiversity, and wood products, manage for a balance of age classes from cohort establishment (seedling/saplings) to old forest structure, and for grass-forb-shrub interspaces (Figs. 18 and 19).
- Where threatened, endangered, or other rare species are a concern, alternative composition and structures may be needed.

## *Management Feasibility*

Our key elements focus on the compositional and structural features of frequent-fire forests with the goal of creating opportunities for the resumption of characteristic ecological processes and functions and to re-establish the pattern-process link. In some cases, fire can be used to develop the desired composition and structure, while in other cases, it may be more effective when it follows the restoration of forest composition and structure through mechanical treatments. Some of the recent wildfire events in the Southwest may present opportunities to initiate the post-fire “reset” of composition and structure toward desired conditions through broad-scale application of managed fires. In many Southwestern areas, restoration of frequent-fire forests will be labor intensive and costly. In other areas, implementation, or certain implementation tools, may be constrained by logistic, economic, social considerations, and special land designations (e.g., wilderness and protected areas). For example, degraded conditions in current forests may limit the use of fire. In such areas, mechanical treatments may be necessary before introducing fire. In areas where silvicultural treatments




**Figure 19.** Illustration of the development of tree groups from seedlings to old forest at the fine scale.

are constrained by operational feasibility (e.g., access, slope, or economics) or in wilderness areas, fire may be the only management tool.

- It may not be feasible for management to approximate historical composition and structure patterns and/or fully restore characteristic ecological processes and functions everywhere.
  - o Socio-economic considerations (e.g., smoke, operational capacity, and public safety) may limit the use of fire and prescribed cutting. Some areas may require combinations of treatments to create and maintain desired compositions, structures, processes, and functions.
- Existing conditions influence treatment prescription and choice of tools.
  - o Fire alone can be used where there may be less need for precise outcomes. Fire may result in more variable forest density, numbers, and sizes of groups, and greater distribution of age classes.
  - o Where sustained production of ecosystem services is desired, managing at the extremes of the natural range of variability may be desired. For example:
    - ▪ Higher forest density and a balance of forest structural stages may be desirable to ensure economic sustainability (i.e., to maintain some level of sustained wood products) and for maintaining denser tree habitat conditions for some wildlife species.
    - ▪ Lower forest density and open forest structure may be desirable to facilitate additional reductions in fire hazard and for maintenance of more open habitat for some wildlife species.
  - o Depending on existing conditions, achieving the key elements may require multiple treatments (e.g., prescribed cutting and fire) over long time periods.
- Past disturbances, such as those resulting from fire and insects, may provide early management opportunities (i.e., reforestation and fire management) to put recovering forests on trajectories toward development of key compositional and structural elements.
- Consider strategic placement of restoration treatments to capitalize on the use of wildfire, under appropriate conditions, across broad landscapes.

# Implementation of the Framework: Bluewater Demonstration Site

One of several implementations of our restoration framework was on the Cibola National Forest (Bluewater demonstration project) in New Mexico in 2010. Objectives of this project were to:

(1) create resilient forest composition and structure;

(2) move a predominately mid-aged forest toward uneven-aged conditions with an approximate balance of tree age classes;

(3) restore grass-forb-shrub interspaces;

(4) reduce fuels and fire hazard; and

(5) promote wildlife habitat, biodiversity, and wood products.

Our attempt to achieve the key compositional and structural elements in one treatment on the Bluewater site was limited by existing conditions; a portion of the mature and old trees had been harvested in prior treatments, there was little existing regeneration, and the site had a preponderance of mid-aged ponderosa pine trees. A comparison of pre- and post-treatment conditions (Figs. 20 and 21; unit 5A) attests to on-the-ground feasibility and utility of our framework recommendations for restoring the key elements in Southwestern ponderosa pine forests. Details for this project are available from the Forestry Staff with the USDA Forest Service Southwestern Region in Albuquerque, New Mexico.

### *Pre-Treatment Conditions*

The Bluewater demonstration site is a 73-acre ponderosa pine stand (Fig. 22) that contained three different plant associations: ponderosa pine/mountain muhly, ponderosa pine/Arizona fescue, and ponderosa pine/blue grama, all of which are characterized as bunchgrass plant associations. The ponderosa pine site index is 72 for a base age of 100 years (Minor 1964). Soils are moderately productive and variable throughout the unit, comprised of alluvium and residuum from granite, and residuum derived from sandstone and claystone. The climate is temperate, with an average 180-day frost-free growing season from mid-May through mid-September and annual precipitation ranging from 17-25 inches, with greater than half occurring during the growing season.

Sanitation and improvement harvests occurred in the stand in the mid-1980s to remove diseased, dying, and poorly formed trees and, with the exception of piled slash burning in that treatment, the site had not experienced fire since the early 1900s. Prior to treatment, stand density averaged 216 trees and 125 square ft of basal area per acre. The stand was uneven-aged but had a predominance of mid-aged trees (Table 11). Fire behavior modeling demonstrated that 11 percent of the area had potential to support torching and active crown fire under dry conditions (i.e., completely dried fuel) and 15-mile/hr unobstructed wind speed.

### *Prescription Description*

Tree marking occurred in spring 2010, tree cutting occurred in summer 2010, and prescribed burning is scheduled for fall and winter 2013. Treatment prescriptions were developed to produce the composition, structure, and spatial pattern identified in our framework for ponderosa pine: a predominant composition of ponderosa pine; re-establishment of a grass-forb-shrub community in interspaces between trees; groups of trees with interlocking or nearly interlocking crowns in the older age-classes; scattered individual trees; and retention of snags, logs, and woody debris.

The objective was to adjust stocking and spatial arrangement of residual trees (i.e., leave trees) to create or move the forest toward an uneven-aged and aggregated stand structure with a balance of age classes. Treatment prescriptions allowed within-site flexibility in numbers of trees per group and numbers and dispersions of groups per area as informed by historical evidence (i.e., old trees, logs, stumps with establishment date <1880) and existing forest structure. Treatment prescriptions used group selection to create grass-forb-shrub interspaces and regeneration sites and free thinning in immature leave tree groups to develop/retain interspersion of tree groups of different age classes and group sizes. Tree marking crews were instructed not to thin mature and old groups of trees except to remove young trees within these groups to reduce ladder fuel. Our intent was to have about 40 percent of the forested area occupied by mature-to-old tree groups, both of which meet old-growth objectives.




**Figure 20.** Aerial views of unit 5a on the Bluewater demonstration site in the Cibola National Forest, New Mexico. Prior to treatment (top image), forest density was substantially greater and more spatially homogenous than after the 2010 restoration treatment (bottom image) that applied the principles of our restoration framework.

Objectives were to favor retention of Southwestern white pine, ponderosa pine, and Douglas-fir; maintain minor components of pinyon pine and some juniper species; and favor Gambel oak and Rocky Mountain juniper trees for wildlife habitat. Leave-tree marking identified tree groups and single trees for retention. Leave trees were selected based on tree vigor and ages, with the objective of retaining an approximate balance of age classes. Special emphasis was also placed on within-group structure, including the retention of subdominant, dead-topped, and lightning-struck trees for wildlife habitat. Because no snags were present on the site, trees with declining vigor were retained for snag recruitment. Leave tree groups were either a single size or a blend of variably-sized trees. Trees within young groups were selected to encourage the development of future interlocking crowns. Overly dense young tree groups were thinned to facilitate vigor and future crown growth. Leave tree groups were generally 0.25-0.75 acres, but groups as small as a few trees and as large as 2 acres were also desired. After an initial training period, the marking crew successfully created the desired pattern of groups, scattered single trees, and grass-forb-shrub interspaces. However, they tended to mark numerous small-sized groups instead of a range of group sizes. To establish group size variability, we revisited the treatment area and added trees to some groups.



**Figure 21.** Paired photos from the same point before (left) and after (right) treatment in the Bluewater demonstration site, Cibola National Forest, New Mexico, USA. Colored boxes identify the same trees, cut stumps, or logs in before and after photos.

Interspaces between tree groups were created to provide for grass-forb-shrub vegetation and areas for root development. Desired interspace distances between leave groups ranged from 20-100 ft (drip line to drip line), with most distances ranging from 50-70 ft. To remedy a deficit of seedlings and saplings, regeneration sites ranging from 0.33-1.0 acre were created.

Treatment prescriptions specified the desired abundance of snags, logs, and woody debris: averages of 2 snags per acre with diameter at breast height (dbh) >12 inches and 3 downed logs per acre with dbh >12 inches. Where existing snag density was less than 2-3 per acre, live trees with broken tops or defects or fading green trees were retained for future snag and log recruitment.

The northern goshawk, tassel-eared squirrel, and Merriam's turkey were given special consideration. The treatment prescription was consistent with the restoration of habitats of plants and animals in the northern goshawk's food web (Reynolds and others


FS-004349




**Figure 22.** Location of the Bluewater demonstration project (108.45555° W, 38.45461° N) on the Cibola National Forest (green outline) in New Mexico, USA.

**Table 11.** Estimated proportion of stand area represented by different tree ages and sizes pre- and post-treatment on the Bluewater demonstration site.

| Tree structural classes | | Proportion of stand area under tree canopy | |
|---|---|---|---|
| Tree age[a] | dbh[b] range (inches) | Pre-treatment conditions | Post-treatment conditions |
| Seedling/sapling | 0-4.9 | 5% | 22% |
| Young | 5-11.9 | 35% | 26% |
| Mid-aged | 12-17.9 | 40% | 32% |
| Mature | 18-23.9 | 10% | 10% |
| Old | >24 | 10% | 10% |

[a]Tree ages are assumed to be related to sizes of dominant /co-dominant trees
[b]dbh = diameter at breast height

1992, 2006a, 2006b), including older tree groups with interlocking crowns for tassel-eared squirrels (Dodd and others 2003, 2006; Reynolds and others 1992) and high interspersion of grass-forb-shrub interspaces (foraging and brood habitat), closed-canopied tree groups (nesting and hiding cover), and large, old trees (roosting habitat) for Merriam's turkey (Hoffman and others 1993; Porter 1992).

## *Post-Treatment Conditions*

This restoration treatment succeeded in creating the key compositional and structural elements identified in our framework (Figs. 21 and 23). The treatment retained the uneven-aged structure in the stand, increased the degree of interspersion of age classes, and is on a trajectory toward an approximate balance of age classes. The stand still had fewer seedling-saplings and mature and old trees than desired due to deficits in pre-treatment conditions (Tables 11 and 12). Approximately 28 percent of the area in the post-treatment stand was under the crowns of mid- to old-aged trees and 72 percent was open with no tree cover (Fig. 20). Approximately 20 percent of the post-treatment open area is designated for future tree recruitment, which will result in a desired 52 percent openness and 48 percent under tree cover. Open interspaces between tree groups were created for grass-forb-shrub communities and fire-safe sites were created for tree regeneration (Fig. 23). Post-treatment stand densities averaged 57 trees and about 40-80 square ft of basal area per acre. Most leave trees were arranged in groups with interlocking crowns, but scattered individual trees were retained across the site. Tree group sizes ranged from a few trees to 0.47 acres based on the area covered by tree crowns estimated from aerial photographs.

The post-treatment composition, structure, and spatial pattern of the stand reduced the risk of crown fire from pre-treatment conditions. Post-treatment FlamMap simulations predicted surface fires across 99 percent of the area and passive crown fire on 1 percent. Post-treatment abundance of small diameter woody debris was higher than intended, but prescribed burning will consume much of this material. Post-treatment abundance of logs and snags was lower than desired; however, these key structural features are expected to accumulate over time and with maintenance treatments. Mechanical treatments moved this forest stand toward restored conditions, but many years and multiple follow-up treatments (fire, mechanical, or combinations of these) will be needed to produce and maintain the desired key elements.

## *Future Management*

Future plans are to broadcast burn the Bluewater site in the fall and winter of 2013 in order to initiate nutrient cycling and maintain fuels at desired levels. Subsequent entries will involve either tree felling, fire, or combinations of these to maintain or enhance the restoration treatment and manage for the desired mix and balance of tree age structures. Post-treatment conditions are being monitored at fixed photo-plots (Fig. 21) to determine whether compositional and structural objectives are being met and to inform future management.


FS-004351



**Figure 23.** Implementation of our framework in a ponderosa pine forest on the Bluewater demonstration site created groups of trees of a variety of vegetation structural stages (Table 11). The mechanical treatment also created open areas that will support grass-forb-shrub communities and tree regeneration.

**Table 12.** Post-treatment stocking level for the Bluewater demonstration site. All tree species are included in these estimates.

| **dbh[a] range (inches)** | **Trees/acre** | **Basal area ($ft^2$/acre)** |
|---|---|---|
| 1-4.9 | 3 | 0.4 |
| 5-8.9 | 17 | 4.6 |
| 9-12.9 | 23 | 16.2 |
| 13-16.9 | 5 | 6.1 |
| 17-20.9 | 5 | 10.2 |
| 21-24.9 | 2 | 4.3 |
| >25 | 2 | 6.1 |
| | **Total** 57 | 47.9 |

[a]dbh = diameter at breast height

# Expected Outcomes of Framework Implementation

Our restoration framework is intended to promote ecosystem resilience by using fire and prescribed cutting treatments to restore the species compositions, structures, and spatial patterns of Southwestern frequent-fire forests. Restoring these features should allow re-establishment of characteristic processes such as disturbance regimes, nutrient cycling, food webs, hydrologic function, and ecosystem services such as biodiversity, old-growth, wood products, aesthetics, and recreation. Restoring characteristic compositions, structures, processes, and functions should also re-establish the evolutionary environment to which plants and animals native to these forests were adapted. Having intact, self-regulating, productive, and adaptive ecosystems is a compelling strategy for allowing species in the ecosystem to adapt to changing environments and facilitate their migration in the face of uncertain climate changes and disturbances. The following description of expected outcomes from restoring forest composition, structure, and spatial pattern in Southwestern frequent-fire forests is intended as an overview of some important outcomes from the restoration of these forests; this overview is not a comprehensive review of the literature. Improved understandings of these and other outcomes will require additional research (see Monitoring, Adaptive Management, and Research Needs).

## *Ecosystem Resilience to Climate Change*

Restoring ecosystem resilience based on historical conditions has been a central concept in ecosystem management (Covington 2003; Folke and others 2004; Scheffer and others 2001). However, the relevance of historical conditions as reference points and targets for restoration has been questioned on the basis of uncertainty of future ecological conditions due to global climate change (Harris and others 2006; Millar and others 2007; Wagner and others 2000). Specific challenges for restoring and sustaining frequent-fire forests in the face of climate change are uncharacteristically rapid alterations of environments and combinations of disturbances and non-native biotic factors producing conditions never before documented in evolutionary time—conditions that may overwhelm characteristic ecological processes (Fulé 2008). In light of these challenges, we review the evolutionary history of these forests.

Over the past several million years, forests and woodlands in the Southwest, including their associated microbial, plant, and animal communities, have tracked favorable habitats and climates whose migrations across geographical and elevational ranges were driven by major climate fluctuations (Bonnicksen 2000; Covington 2003; Delcourt and Delcourt 1988). Since the end of the last major glacial period (14,000 years ago), ponderosa pine returned to the high elevation plateaus and mountains of Arizona about 10,000 years ago and to the central Rocky Mountains only about 5000 years ago (Baker 1986; Covington 2003; Latta and Milton 1999; Millar 1998). In the last 50 million years, frequent-fire forests survived wide swings in environmental conditions (Moore and others 1999). Component species of frequent-fire forests adapted over evolutionary time to arid environments that have been characterized by variable wet and dry periods, including prolonged droughts, and disturbances such as fire, insects, and diseases. These disturbances varied in frequency, intensity, and extent (Covington and Moore 1994b); served as checks on the demographic rates of component species; and resulted in self-regulating processes of nutrient cycling, productivity, and regeneration (Allen and others 2002; Cooper 1960; Covington and others 1997; Covington and Moore 1994b; Falk 2006).

The highest confidence in future climates is associated with projections that are consistent among climate change models and observed climate changes. Surface temperatures in the Southwest are predicted to increase substantially, with more warming in the summer and fall than in winter and spring; summer heat waves will become longer and hotter, with reductions of late winter/spring mountain snowpack due mostly to warmer temperatures (Overpeck and others 2012). Observed Southwest droughts have been exacerbated by warmer summer temperatures and are projected to become hotter, more severe, and more frequent, suggesting an increased drying in the Southwestern United States and that historical drought levels may become the norm (Overpeck and others 2012; Seager and others 2007). Such droughts will directly increase tree mortality and vulnerability to pathogen attacks (Breshears and others 2005) and enhance the size and severity of wildfires (Fulé 2008). Thus, current conditions in frequent-fire forests (i.e., high stand densities, accumulations of fuels on the forest


FS-004353

floor, and encroachment of fire-susceptible species; Cocke and others 2005; Cooper 1960) will increase the susceptibility to stand-killing fire (Fulé 2008). It is also likely that on some sites, fire-caused changes in vegetation (e.g., forest to grasslands or shrublands) may not at all resemble those of historical forests (Barton 2002; Savage and Mast 2005; Strom and Fulé 2007). Predicted changes to warmer climates in the American Southwest are expected to affect forests via geographical shifts in suitable environments for the dominate forest species. Shifts are expected to be to higher elevations and northward (Fulé 2008; Shafer and others 2001).

Uncertainties associated with future climate changes make the development of restoration strategies increasingly complex and challenging. The scenario of future hotter, more severe, and more frequent droughts in the Southwest (see Karl and others 2009) includes increased competition for water and increased frequency and extent of high-severity fire, insect, and disease disturbances. Restoring the characteristic composition, structure, and spatial pattern in frequent-fire forests would thereby:

- reduce tree densities and canopy continuity;
- recreate grass-forb-shrub plant communities;
- reduce competition for space, water, and nutrients (Covington and others 1997); and
- provide for the re-establishment of characteristic disturbance regimes (Covington and others 1997; Fulé and others 2002b; Kolb and others 1998).

Nonetheless, restoration strategies should account for an ecosystem's current condition as they may influence an ecosystem's development under future climate. Alternative successional pathways under future climactic variability may invalidate reference conditions as baselines for restoration (Clewell and others 2005; Pilliod and others 2006).

While climate forecasting remains imperfect, fire predictions for Western North America suggest substantial increases in occurrences, spread, and intensity (Brown and others 2004; Honig and Fulé 2012; McKenzie and others 2004; Spracklen and others 2009). Thus, managing frequent-fire forests toward the historical composition, structure, and spatial pattern is consistent with a reduced vulnerability to catastrophic loss (Allen and others 2002; Falk 2006; Honig and Fulé 2012). While we recognize that uncertainties in how species and communities can and will respond to rapid climate change, we agree with Fulé (2008) that it makes sense to restore fire and fire-related composition, structures, and spatial patterns to enhance resistance to catastrophic loss. Restoring the composition, structure, and spatial pattern of these forests should increase their resistance and resilience to climate changes, thereby providing opportunities for species to migrate or develop local adaptations. In fact, Fulé (2008) suggested a restoration strategy that focuses on mesic areas at higher latitudes and elevations (i.e., upper portions of the ponderosa zone and the transitional dry mixed-conifer zone) where forests are more likely to survive climate change. Fulé (2008) recommended using reference conditions from low and southerly areas to guide management in higher-elevation ecosystems to provide for the migration of species as climate warms.

In summary, both reference conditions and natural range of variability are useful guides for management because Southwest frequent-fire forests were historically resilient to drought, insect pathogens, and severe wildfire. Our restoration framework should therefore increase the resistance (by forestalling impacts), resilience (through improved recovery after disturbance), and response (allowing transitions or migrations to new conditions) of frequent-fire forests to climate change (Millar and others 2007; Parker and others 2000; Price and Neville 2003; Spittlehouse and Stewart 2003).

## *Disturbance Regimes*

Restoring the composition, structure, and spatial patterns of frequent-fire forests will provide for the re-establishment of feedback relationships between pattern and disturbance processes in these forests (Larson and Churchill 2012). Disturbances are temporary changes in environmental conditions that cause changes in ecosystem composition and structure. Restoring the composition and structure of frequent-fire forests will result in a more open forest structure and decrease the potential for epidemic outbreaks of insects and diseases and stand-replacing fire (Fitzgerald 2005; Fulé and others 2002, 2004; Graham and others 2004; Roccaforte and others 2008; Strom and Fulé 2007). The restoration of grass-forb-shrub interspaces and resultant separation of tree canopies will increase herbaceous plant development and provide fuels to carry frequent surface fires. In turn, restoration of characteristic fire regimes should sustain forest composition, structure, processes, and functions. Reduced tree densities result in reduced competition for resources, increased tree vigor, and reduced insect and disease infestations (Hessburg and others 1994; Kolb and others 1998).

The intent of our framework is not to eliminate insects and diseases but to return populations and their effects to an endemic, low background level of tree mortality (Miller and Keen 1960). In areas with higher tree densities that may have escaped repeated surface fire, bark beetles can be a significant agent for shaping forest structure and fine-scale spatial heterogeneity. Increasing the spacing between groups of trees can reduce the continuity of mistletoe occurrence across the landscape and reduce mistletoe spread between groups, creating the opportunity for groups of trees that are free of mistletoe (Hawksworth 1961). Frequent surface fires can elevate tree crown bases and increase tree spatial heterogeneity, both of which can slow mistletoe spread (Conklin and Geils 2008). Frequent surface fire can also reduce the severity of mistletoe infection by killing heavily infected trees (Conklin and Geils 2008; Koonce and Roth 1980).

## *Nutrient Cycling*

A restored fire regime can also improve soil nutrient conditions. Intense heat from fire volatilizes nitrogen from the soil and surface fuels, often causing the total nitrogen concentration of forest soils to decline (Boerner and others 2009; DeLuca and Sala 2006). However, nitrogen concentrations tend to recover and even increase two to four years following fire as soil microbes decompose ash and plant litter (Boerner and others 2009). Fire can also cause an immediate pulse of inorganic nitrogen due to the combustion of organic matter and mortality of soil microbes (DeLuca and Sala 2006). Soil ammonium concentrations in ponderosa pine forests may increase as much as 20-fold following fire followed by dramatic increases in nitrate levels after the first year (Covington and Sackett 1992). Frequent burning can maintain elevated levels of inorganic nitrogen in forest soils by depositing charcoal, which binds to inorganic nitrogen and slows its leaching, and by promoting the establishment of grasses and herbaceous vegetation (DeLuca and Sala 2006; Hart and others 2005). Grasses and herbaceous vegetation produce litter with higher nitrogen-to-carbon ratios than conifer vegetation; thus, the presence of herbaceous vegetation may stimulate decomposition and enhance the availability of inorganic nitrogen in forest soils (Hart and others 2005). Fires also kill large trees, creating snags that ultimately become coarse woody debris that plays an important role in nutrient cycling (Brown and others 2003; Cram and others 2007; Graham and others 1994; Harvey and others 1988; Lowe 2006).

## *Biodiversity and Food Webs*

Many ecosystem processes influence plant productivity, soil fertility, water availability, and other local and global environmental conditions. These processes are often controlled by the diversity and composition of plant, animal, and microbial species native to an ecosystem, and recent studies suggest that losses in biodiversity can alter the magnitude and stability of ecosystem processes (Naeem and others 1999). As a dominant species in frequent-fire forests, ponderosa pine influences the understory vegetation, soils, and plant and animal habitats and communities (Moore and others 1999). A community is a group of organisms that interact and share an environment. Organisms in a community may compete for resources, profit from presence of other organisms, or use other organisms as a food source. In the Southwest, ponderosa pine forests are occupied by over 250 species of vertebrates, invertebrates, soil organisms, and plant species (Allen and others 2002; Patton and Severson 1989), many of which adapted to high levels of the spatial heterogeneity and biodiversity that characterized historical frequent-fire forests. A compositionally and structurally diverse understory provides food and cover for many species of vertebrates and invertebrates, each contributing to ecological functioning and food webs. For example, the dispersion of mycorrhizal fungi, a root symbiont critical to the growth and health of trees, is likely reliant on small mammal transfer via feces (Johnson 1996).

Current frequent-fire forests are uncharacteristically homogeneous in composition and structure with reduced plant and animal habitats and lowered biodiversity (Allen and others 2002; Kalies and others 2012; Laughlin and others 2006; Patton and Severson 1989; Villa-Castillo and Wagner 2002; Waltz and Covington 2003). Achieving our restoration framework's key elements restores habitats at multiple spatial scales, especially through the re-establishment of species-rich grass-forb-shrub communities and the productivity, biodiversity, and trophic interactions they support (Abella 2009; Clary 1975; Kalies and others 2012; Oliver and others 1998; Reynolds and others 1992, 2006a; Rieman and Clayton 1997). Dense tree conditions in current frequent-fire forests favor plants and animals that do better in more close-canopied forests. Restoration to more open forest conditions may result in the decline of these species but should increase abundance of more open forest species (Kalies and others 2012). Nonetheless, because our framework creates a variety of forest age and structural stages, including groups and patches with dense forest structures,

declines of denser-forest obligates may be minimized (e.g., tassel-eared squirrel; Dodd and others 2003, 2006; Kalies and others 2012), resulting in higher overall species diversity (Noss and others 2006).

Another concern is that the fine-scale structural heterogeneity of forests resulting from restoration of frequent-fire forests may lower the abundance and viability of large-area-dependent species (e.g., spotted owl; Holthausen and others 1999; Prather and others 2008). These concerns might be ameliorated by developing specific desired conditions for breeding sites (e.g., on denser north slopes) and feeding sites with prey habitats (Prather and others 2008; Reynolds and others 1992). It is worth noting that breeding sites or entire refugia for imperiled species may receive protection from loss by encircling them with restored forests, lowering risk of catastrophic loss through fire or insects (Prather and others 2008). This indicates that restoration of these forests and the habitats they contain may provide for the historical distribution and abundance of plants and animals in Southwestern frequent-fire forests.

Restoration of frequent-fire forests should lead to more robust food webs by re-creating diverse habitats across landscapes. Species diverse and productive grass-forb-shrub communities in interspaces between tree groups support broad-based food webs that many invertebrates, birds, mammals, and their predators depend upon (Abella 2009; Dodd and others 2003; Ganey and others 1992; Kalies and others 2012; Linkhart and others 1998; Reynolds and others 1992, 2006a; Rosenstock 1998). The importance of diverse tree and grass-forb-shrub habitats and robust food webs at multiple spatial scales was demonstrated by temporal variations in the vital rates of northern goshawk (Reynolds and others 1992, 2005, 2006a, 2006b), a sensitive species that has been the subject of extensive research in the Southwest (Beier and Drennan 1997; Beier and others 2008; Boal and Mannan 1994; Ingraldi 2005). In the Southwest, goshawk reproduction typically varied extensively year-to-year and was strongly associated with the abundance and availability of food; in years when prey numbers were low, goshawk population reproduction was a fraction of reproduction in years when prey was abundant (Beier and others 2008; Reynolds and others 2005; Salafsky and others 2005, 2007). Goshawks typically feed on a broad suite of prey—from robins, jays, woodpeckers, doves, and grouse to tree squirrels, ground squirrels, rabbits, and hares, each occupying different habitats (Reynolds and others 1992, 2006a). Annual population highs and lows of each prey species are not always in phase; a year's population low of one or more prey is often compensated by higher abundances of other species (Salafsky and others 2005). Due to compensation, forest management strategies that provide a fine- to mid-scale interspersion of habitats are more likely to successfully maintain an entire suite of prey at higher total abundance through both good and poor prey years in individual goshawk home ranges (Reynolds and others 1992, 2006a). For the goshawk and the many other avian and mammalian predators (e.g., raptors, weasels, bobcats, and coyotes) in Southwestern frequent-fire forests, the grass-forb-shrub prey community is particularly important because it is occupied by a large proportion of the birds and mammals native to these forests as well as many important prey species, including rabbits, grouse, ground squirrels, mice, and voles. Prey species in this vegetation layer had larger body masses than most other species occurring in frequent-fire forests (Reynolds and others 1994; Salafsky and others 2005). Furthermore, several of these species are known to attain high population abundance in response to grass-forb-shrub productivity and biodiversity (Ernest and others 2000; Gross and others 1974; Hernández and others 2011; Hostetler and others 2012; McKay 1974). Others of our framework's key elements also create important habitats in Southwestern frequent-fire forests, including:

- dense groups and patches of older-aged trees with interlocking crowns for tree squirrels and species requiring denser forest conditions;
- snags for woodpecker foraging and nesting;
- snags for secondary-cavity nesters, bark gleaning birds, and hunting and sallying perches;
- logs for many invertebrate species (spiders, ants), woodpeckers, mice, rabbits, ground squirrels, grouse, and wild turkey; and
- woody debris for many small mammals.

## *Old-Growth*

The key elements described in the restoration framework provide and sustain old-growth tree components at all spatial scales. Old-growth components provide a number of ecosystem services—plant and animal habitat, biodiversity, carbon sequestration, hydrologic function, high-quality wood products, aesthetics, and spiritual values. Old-growth structure includes old trees, dead trees (snags), downed wood (coarse woody debris), and structural diversity (Figs. 9, 12, and 13) (Franklin and Spies 1991; Helms 1998; Kaufmann

and others 2007). The concept of old-growth includes multiple spatial and temporal scales, ranging from individual trees to tree groups and patches to landscapes and their development overtime. Definitive characteristics of old growth in the Southwest vary by forest type as a consequence of differences in species composition, tree longevities and sizes, and the characteristic types, frequencies, and severities of disturbances (Harmon and others 1986). Old-growth forests in the Southwest have been partitioned into three groups based on different fire regimes and resultant compositional and structural features (Table 10): frequent, low-severity fire; mixed-severity fire; and infrequent, high-severity fire (Table 2).

Old-growth in frequent-fire forests occurs as old trees in groups and as scattered individuals within uneven-aged forests. These forests are less dense and have fewer logs and woody debris than high-severity infrequent-fire forests. Old-growth structural features typically occur at the fine scale (Meyer 1934; Weaver 1951) and are composed of small, old tree groups interspersed with similarly sized groups of younger trees, seedlings to mid-aged (Table 10) (Cooper 1961; Harrod and others 1999; Morgan and others 2002; Pearson 1950; Woolsey 1911). The fine-scale age diversity through growth and development sustained the old-growth tree components. Our framework's key restoration elements in frequent-fire forests include all the essential structural features of old growth distributed throughout the uneven-aged forest (Kaufmann and others 2007).

In contrast to frequent-fire forests, old-growth in forests with a mixed-severity fire regime (Table 2) is characterized by adjacent forest patches burned by either low- or high-severity fire (Fulé and others 2003; Grissino-Mayer and others 1995). This results in landscapes with patches of old-growth intermixed with patches of different forest ages. Under an infrequent, high-severity regime (Table 2), old-growth forests are driven by mid- to landscape-scale, high-severity fire followed by vegetation recovery and succession occurring over long periods between fires. Infrequent, high-severity fire regimes typically have large (>100 acres) patches of forests dominated by large, old trees with multiple canopy layers with similar times since disturbance and vegetation origin dates.

## Hydrologic Function

We found no published studies that evaluated the long-term effects of restoration on hydrologic function and water yield in Southwestern frequent-fire forests (see Monitoring, Adaptive Management, and Research Needs). However, studies on the effects of different tree harvest prescriptions on hydrologic function and water yield offer insights into the probable effects of reducing current high tree densities through restoration of frequent-fire forests in the Southwest. Hydrologic function and water yield in forests are greatly influenced by the amount and distribution of vegetation, precipitation, snow melt, basin physiography, and soil type. In dense (92-140 $ft^2$/acre) ponderosa pine forests, reduction of residual basal area to less than 100 $ft^2$ per acre resulted in increased water yield, although large variations in yield are typical. In addition, initial mean increases in water yield of 15-45 percent can be realized in ponderosa pine forests on basalt-derived soils when high basal area in current forests is reduced. However, increases can be expected to decline with time as vegetation establishes and develops (Baker 1986; Douglas 1983; Harr 1983; MacDonald and Stednick 2003; Troendle 1983). Removal or reduction of forest cover can increase soil water storage, which then becomes available for groundwater recharge (Baker and others 2003). Soil water content was reported to be higher in thinned and thinned-and-burned areas than in untreated-control areas on basalt soils in northern Arizona. However, observed annual variation in water yield showed that the amount and timing of precipitation had a greater overall effect on water yield than did the removal of trees (Feeney and others 1998).

From the above it seems reasonable that restoring our framework's key elements will benefit hydrologic function by reducing stand density and creating open grass-forb-shrub interspaces, decreasing canopy transpiration and interception losses, concentrating snow in interspaces, and increasing soil infiltration, water storage, and stream and spring flow (Baker 1986; Ffolliott and others 1989). While an objective of increasing water yield may not be a sufficient justification for forest restoration, increases in water yield are a significant incidental benefit (Baker 2003).

## Wood Products

The re-establishment of frequent, low-severity fire is critical to the success of our restoration framework. However, because of limitations such as proximity to human developments, air quality restrictions, and workforce capacity, the use of fire will probably continue to be limited. Therefore, mechanical-only treatments, or perhaps combinations of fire and

mechanical treatments, are likely to be the restoration tools of choice in much of the Southwestern landscape. Another limitation to restoration is the economic viability of treatments; can treatments generate revenue to fund restoration or must they be subsidized? In the initial stages of forest restoration, an abundant supply of lower-valued wood products could help create local products, industries, and enterprises and generate some revenue. Establishment of small-diameter tree markets, followed by shifts to markets targeting the use of restoration by-products (e.g. traditional and emerging products utilizing a wider range of tree sizes), will be essential to long-term restoration and stable local industries. Yields between 400 and 700 cubic ft per acre seem reasonable from a cutting cycle of 25 to 30 years once restoration achieves an approximate balance of structural stages in frequent-fire forests (Youtz and Vandendrieshe 2012). Such yields would help offset costs of achieving multiple objectives.

### *Aesthetics and Recreation*

The public often judges the ecological health of a forest by appearance. Hill and Daniel (2008) found that acceptance of restoration activities may be contingent on public perceptions of aesthetics and knowledge of ecological benefits. People prefer landscapes with large trees, openings, and varied spatial distribution of vegetation that provide views through the site and into the landscape (Brush 1979). Recreational campers preferred camp-sites that were about 60 percent shaded (James and Cordell 1970), while others preferred uneven-aged forest landscapes over even-aged, dense stands (Brown and Daniel 1984, 1986, 1987; Ryan 2005). Restored forests meet these scenery preferences, suggesting greater public acceptance and support.

# Monitoring, Adaptive Management, and Research Needs

Frequent-fire forests in the Southwest are complex and dynamic, and our understanding of how they function and respond to disturbances is limited by available data. Knowledge gaps and unexpected events inevitably make forest management and restoration inherently challenging. Key to meeting restoration challenges are the conduct of ecological monitoring, adaptive management, and additional research. This framework and its application are intended to be dynamic and adaptive and will evolve with accumulations of new monitoring and research information.

Ecological monitoring is the means by which managers evaluate whether the current conditions of an ecological system match, or are on a trajectory to match, some desired condition (Noon 2003). Monitoring provides feedback on the impacts of management treatments (Lindenmayer and Likens 2010; Palmer and Mulder 1999) and is typically divided into three categories: implementation, effectiveness, and validation (Busch and Trexler 2003). Implementation monitoring occurs during implementation and determines whether treatments were carried out as intended. Effectiveness monitoring determines the extent to which treatments achieved their ultimate objectives. Validation monitoring assesses the degree to which underlying assumptions about ecosystem relationships are supported (Block and others 2001; Busch and Trexler 2003) and functions to identify knowledge gaps or research needs.

Adaptive management requires feedback obtained from monitoring regarding the success or failure of treatments (Walters 1986). Adaptive management is the "rigorous approach for learning through deliberately designing and applying management actions as experiments" (Murray and Marmorek 2003). In contrast to simply measuring treatment effects and making slight adjustments to future treatments, adaptive management depends on structured, adaptive decision making (Williams and others 2009). It is most useful when managers and scientists identify threshold values for triggering management actions (Noon 2003). A clear description in a plan of how monitoring will be used in decision-making is essential (Noon 2003; Williams and others 2009). This could be achieved administratively (Mulder and others 1999; Sitko and Hurteau 2010), legally via the National Environmental Policy Act process (Buckley and others 2001), or through collaborative agreements (Gori and Schussman 2005). Monitoring data should be compiled, analyzed, and reported in a timely manner so that managers are provided information to improve decision-making (Mulder and others 1999) and to identify knowledge gaps.

Although much is known about historical forest composition, structure, and disturbance in frequent-fire forests, our knowledge of the mechanisms of spatial pattern formation and maintenance is limited, indicating a research need (Larson and Churchill 2012). A limited understanding of reference conditions on different parent material, especially in dry mixed-conifer, is an important data limitation for designing and implementing appropriate resource management. While the number of reference data sets is increasing, existing data have focused largely on tree density. There is a clear need for studies on spatial patterns and the sizes and shapes of grass-forb-shrub interspaces, as well as the mechanisms for the formation and maintenance of spatial patterns. Additional research needs are:

- Increased understanding of reference conditions and the natural range of variation across ecological gradients such as latitude and longitude, soils, topography, and climate in Southwest frequent-fire forests, especially in dry mixed-conifer.
- Increased understanding of differences between ponderosa pine and dry mixed-conifer forests in reference conditions and the historical types, frequencies, severities of disturbances, and responses of vegetation. Of particular need are:
  (1) A greater understanding of variation of reference conditions (composition, structure, and spatial pattern) in forest subtypes and different plant associations.
  (2) How reference conditions influenced the effects of fire on tree regeneration and mortality in forest subtypes and in the transition zones between subtypes.
  (3) The effectiveness of restoration treatments at achieving desired objectives, especially on avoiding the conversion of these subtypes to alternative plant associations.
- Increased understanding of ecosystem processes and functions as they respond to restoration of the composition and structure of frequent-fire forests.

- Increased understanding of the mechanisms of spatial pattern formation (e.g., aggregated and random tree distributions) within- and among-groups, including the presence, abundance, and dispersion of individual trees.
- An understanding of historical roles of insect and disease in shaping forest composition, structure, and spatial pattern, and the effects of restoration on the frequency and severity of insect and disease disturbances at all scales.
- An understanding of the effects of exotic insect, disease, plant, and animal species, and how these may alter forest composition, structure, processes, and functions.
- Increased understanding of the efficacy of fire versus tree cutting only and cutting combined with fire at achieving the desired composition, structure, processes, and functions in frequent-fire forests at all scales.
- Identification of management strategies for restoring composition and structure in transitional zones between forest types and future directions given climate change.
- Development and refinement of new and existing tools and metrics for measuring spatial heterogeneity at ecologically meaningful scales.
- Improved understanding of wildlife habitat and wildlife uses of restored composition and structure of frequent-fire forests.
- Improved understanding of long-term effects of restoration and maintenance treatments (mechanical, fire, and a combination of the two) on water yield and quality.
- Assessment of ecological, economic, and social benefits and costs (e.g., invasive species) of different restoration methodologies and implementation practices, such as methods for treating slash, tree marking approaches, spatial scales of treatment, and frequency of maintenance treatments.
- Exploration of management applications to implement our framework on broad landscapes in an economically efficient manner.

# Summary

Our forest restoration framework provides managers and researchers a review of existing knowledge regarding the historical compositions and structures in Southwest frequent-fire forests and how these operated through feedback mechanisms that sustained their characteristic compositions, structures, and functions. Current forest conditions, the cumulative consequences of various human activities that altered historical conditions, are reviewed in light of historical conditions with a focus on how human-caused changes lowered the resistance and resilience of these forests to historical disturbance agents that themselves have become more intense and frequent. Guided by our understanding of how the composition, structure, and spatial pattern of historical frequent-fire forests affected their resistance, resilience, and responses to disturbances, our restoration framework identifies desired key compositional and structural elements of these forests and provides management recommendations for restoring those key elements. We believe implementation of our framework provides opportunities for re-establishing characteristic processes such as frequent, low-severity fire and ecological functions such as habitat, biodiversity, and food webs.

The key compositional and structural elements of historical frequent-fire ponderosa pine and dry mixed-conifer forests in the Southwest can be envisioned over time as a shifting mosaic of groups of trees with interlocking crowns; single trees; open grass-forb-shrub interspaces; and dispersed snags, logs, woody debris (Larson and Churchill 2012; Long and Smith 2000; Reynolds and others 1992). Research shows that the degrees of tree aggregation; sizes and numbers of tree groups; numbers and dispersion of single trees; sizes and shapes of grass-forb-shrub interspaces; and numbers, sizes, and dispersions of snags, logs, and woody debris in reference conditions varied among sites by soil, topography, climate, disturbance regime, and past stochastic events. Our restoration framework recognizes this site-to-site variability and articulates the importance of restoring that variability by using existing evidence (e.g., old trees, snags, stumps, and logs) and biophysical site indicators as guides for restoring local variability. In our view, restoration of spatial and non-spatial elements of forest structure on a per-site basis is the most practical, science-based strategy to return frequent-fire forest ecosystems in the Southwest to resistant, resilient, and responsive conditions that will best position them to adapt to future disturbance regimes and climates (Larson and Churchill 2012; Millar and others 2007). We intend this framework and its application to be flexible and adaptive (i.e., learn-as-you-go) and to evolve with accumulation of knowledge, and for its conceptual approach to provide a blueprint against which management plans and practices can be evaluated.

## Acknowledgments

We acknowledge the many valuable comments from the following reviewers: S. Baggett (USDA Rocky Mountain Research Station), M. Battaglia (USDA Rocky Mountain Research Station), M. Buford (USDA Forest Service) C. Fiedler (University of Montana), D. Huffman (Ecological Restoration Institute, Northern Arizona University), M. Kaib (USDI Fish and Wildlife Service), and three anonymous reviewers. We thank Forest Service colleagues C. Dawe, B. Higgins, E. Irwin, R. Maes, M. Manthei, and J. Stringer for participating in discussions during development of early desired condition drafts of this framework. We thank R. Davis, R. Periman, W. Robbie, J. Triepke, and M. Turner of the Southwestern Regional Office for helpful comments on an early draft, and comments and discussions of the many scientists, managers, and interested publics who attended our multiple restoration workshops. All of the above helped improve our understanding of the ecology and management challenges in frequent-fire forests and all contributed to the improvement of the manuscript. We thank Rocky Mountain Research Station, the Forest Service Southwestern Region, and the Ecological Restoration Institute and Northern Arizona University for allowing the authors' time and travel during the development of the framework.

## Literature Cited

Abella, S.R. 2008. Managing oak in southwestern ponderosa pine forests: The status of our knowledge. General Technical Report RMRS-GTR-218. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 27 pp.

Abella, S.R. 2009. Tree canopy types constrain plant distributions in ponderosa pine-Gambel oak forests, northern Arizona. Research Note RMRS-RN-39.

U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 7 pp.

Abella, S.R.; Denton, C.W. 2009. Spatial variation in reference conditions: Historical tree density and pattern on a *Pinus ponderosa* landscape. Canadian Journal of Forestry 39:2391-2403.

Abella, S.R.; Fulé, P.Z.; Covington, W.W. 2006. Diameter caps for thinning southwestern ponderosa pine forests: Viewpoints, effects, and tradeoffs. Journal of Forestry 104(8):407-414.

Abella, S.R.; Denton, C.W.; Brewer, D.G.; Robbie, W.A.; Steinke, R.W.; Covington, W.W. 2011. Using a terrestrial ecosystem survey to estimate the historical density of ponderosa pine trees. Research Note RMRS-RN-45. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 9 pp.

Agee, J.K. 1993. Fire Ecology of Pacific Northwest Forests. Washington, DC: Island Press.

Agee, J.K. 2003. Historical range of variability in eastern Cascade forests, Washington, USA. Landscape Ecology 18:725-740.

Allen, C.D. 2007. Interactions across spatial scales among forest dieback, fire, and erosion in Northern New Mexico landscapes. Ecosystems 10:797-808.

Allen, S.R.; Savage, M.; Falk, D.A.; [and others]. 2002. Ecological restoration of southwestern ponderosa pine ecosystems: A broad perspective. Ecological Applications 12(5):1418-1433.

American Heritage Dictionary. 2011. American Heritage Dictionary of the English Language, Fifth Edition. New York, NY: Houghton Mifflin Harcourt Publishing Co.

Anderson, H.E. 1982. Aids to determining fuel models for estimating fire behavior. General Technical Report INT-GTR-122. U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station, Ogden, UT. 22 pp.

Andrews, S.R.; Daniels, J.P. 1960. A survey of dwarf mistletoes in Arizona and New Mexico. Station Paper RM-SP-49. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 17 pp.

Arno, S.F.; Scott, J.H.; Hartwell, M.G. 1995. Age-class structure of old growth ponderosa pine/Douglas-fir stands and its relationship to fire history. Research Paper INT-RP-481. U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT. 25 pp.

Arnold, J.F. 1950. Changes in ponderosa pine bunchgrass ranges in northern Arizona resulting from pine regeneration and grazing. Journal of Forestry 48:118-126.

Aronson, J.; Milton, S.J.; Blignaut, J.N. (eds.). 2007. Restoring Natural Capital: Science, Business, and Practice. Washington, DC: Island Press.

Baker, M.B., Jr. 1986. Effects of ponderosa pine treatments on water yield in Arizona. Water Resources Research 22(1):67-73.

Baker, M.B., Jr. 2003. Hydrology. Pp. 161-174 in P. Friederici (ed.). Ecological Restoration of Southwestern Ponderosa Pine Forests. Washington, DC: Island Press.

Barth, R.C. 1980. Influence of pinyon pine trees on soil chemical and physical properties. Soil Science Society of America Journal 44:112-114.

Barton, A.M. 2002. Intense wildfire in southeastern Arizona: Transformation of a Madrean oak-pine forest to an oak woodland. Forest Ecology and Management 165:205-212.

Beale, E.F. 1858. Wagon Road from Fort Defiance to the Colorado River. Senate Executive Documents No. 124. 35th Congress, 1st Session, Washington, DC. 87 pp.

Beier, P.; Drennan, J.E. 1997. Forest structure and prey abundance in foraging areas of northern goshawks. Ecological Applications 7(2):564-571.

Beier, P.; Rogan, E.C.; Ingraldi, M.F.; Rosenstock, S.S. 2008. Does forest structure affect reproduction of northern goshawks in ponderosa pine forests? Journal of Applied Ecology 45(1):342-350.

Benayas, J.M.R.; Newton, A.C.; Diaz, A.; Bullock, J.M. 2009. Enhancement of biodiversity and ecosystem services by ecological restoration: A meta-analysis. Science 325:1121-1124.

Bentz, B.; Logan, J.; MacMahon, J.; Allen, C. 2009. Bark Beetle Outbreaks in Western North America: Causes and Consequences. Chicago, IL: University of Utah Press. 42 p.

Bentz, B.J.; Régnière, J.; Fettig, C.J.; Hansen, E.M.; Hayes, J.L.; Hicke, J.A.; Kelsey, R.G.; Negrón, J.F.; Seybold, S.J. 2010. Climate change and bark beetles of the western United States and Canada: Direct and indirect effects. BioScience 60:602-613.

Binkley, D.; Romme, B.; Cheng, T. 2008. Historical forest structure on the Uncompahgre Plateau: Informing restoration prescriptions for mountainside stewardship. Colorado State University, Colorado Forest Restoration Institute, Fort Collins, CO. 27 pp.

Biondi, F. 1996. Decadal-scale dynamics at the Gus Pearson Natural Area: Evidence for inverse (a)symmetric competition? Canadian Journal of Forest Research 26:1397-1406.

Biondi, F.; Myers, D.E.; Avery, C.C. 1994. Geostatically modeling stem size and increment in an old-growth forest. Canadian Journal of Forest Research 24:1354-1368.

Block, W.A.; Franklin, A.B.; Ward, J.P.; Ganey, J.L.; White, G.C. 2001. Design and implementation of monitoring studies to evaluate the success of ecological restoration on wildlife. Restoration Ecology 9:293-303.

Boal, C.W.; Mannan, R.W. 1994. Northern goshawk diets in ponderosa pine forests on the Kaibab Plateau. Studies in Avian Biology 16:97-102.

Boerner, R.E.J.; Huang, J.; Hart, S.C. 2009. Impacts of fire and fire surrogate treatments on ecosystem nitrogen storage patterns: Similarities and differences between forests of eastern and western North America. Canadian Journal of Forest Research 38:3056-3070.

Bogan, M.A.; Allen, C.D.; Muldavin, E.H.; Platania, S.P.; Stuart, J.N.; Farley, G.H.; Melhop, P.; Belnap, J. 1998. Regional trends of biological resources: Southwest. Pp. 543-592 in M.J. Mac, P.A. Opler, C.E. Puckett Haecker, P.D. Doran (eds.). Status and trends of the nation's biological resources. U.S. Department of the Interior, U.S. Geological Survey, Reston, VA. 528 pp.

Bolte, A.; Ammer, C.; Löf, M.; Madsen, P.; Nabuurs, G.; Schall, P.; Spathelf, P.; Rock, J. 2009. Adaptive forest management in central Europe: climate change impacts, strategies and integrative concept. Scandinavian Journal of Forest Research 24:473-482.

Bonnicksen, T.M. 2000. America's Ancient Forests: From the Ice Age to the Age of Discovery. New York, New York: Wiley.

Bosakowski, T.; Smith, D.G. 1992. Comparative diets of sympatric nesting raptors in the eastern deciduous forest biome. Canadian Journal of Zoology 70:984-992.

Boyden, S.; Binkley, D.; Shepperd, W. 2005. Spatial and temporal patterns in structure, regeneration, and mortality of an old-growth ponderosa pine forest in the Colorado Front Range. Forest Ecology & Management 219(1):43-55.

Bradshaw, A.D. 1984. Ecological principles and land reclamation practice. Landscape Planning 11:35-48.

Breece, C.R.; Kolb, T.R.; Dikson, B.G.; McMillin, J.D.; Clancy, K.M. 2008. Prescribed fire effects on bark beetle activity and tree mortality in southwestern ponderosa pine. Forest Ecology and Management 255:119-128.

Breshears, D.D.; Cobb, N.S.; Rich, P.M.; Price, K.P.; Allen, C.D.; Balice, R.G. 2005. Regional vegetation die-off in response to global-change-type drought. Proceedings of the National Academy of Science 102:15144-15148.

Brewer, D. 2008. Managing coarse woody debris in fire-adapted Southwestern forests. Working papers in Southwestern ponderosa pine forest restoration. Ecological Restoration Institute, Flagstaff, AZ. 12 pp.

Brown, J.K.; Reinhardt, E.D.; Kramer, K.A. 2003. Coarse woody debris: Managing benefits and fire hazard in the recovering forest. General Technical Report RMRS-GTR-105. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ogden, UT. 16 pp.

Brown, P.M.; Kaye, M.W.; Huckaby, L.; Baisan, C. 2001. Fire history along environmental gradients in the Sacramento Mountains, New Mexico: Influences of local patterns and regional processes. Ecoscience 8:115-126.

Brown, P.M.; Wu, R. 2005. Climate and disturbance forcing of episodic tree recruitment in a Southwestern ponderosa pine landscape. Ecology 86(11):3030-3038.

Brown, T.C.; Daniel, T.C. 1984. Modeling forest scenic beauty: Concepts and application to ponderosa pine. Research Paper RM-RP-256. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 35 pp.

Brown, T.C.; Daniel, T.C. 1986. Predicting scenic beauty of timber stands. Forest Science 32(2):471-487.

Brown, T.C.; Daniel, T.C. 1987. Context effects in perceived environmental quality assessment: Science selection and landscape quality ratings. Journal of Environmental Psychology 7:233-250.

Brown, T.J.; Hall, B.L.; Westerling, A.L. 2004. The impact of twenty-first century climate change on wildland fire danger in the western United States: An application perspective. Climate Change 62: 365-388.

Brush, R.O. 1979. The attractiveness of woodlands: Perceptions of forest landowners in Massachusetts. Forest Science 25:495-506.

Buckley, B.; Cloyd, C.; Mummey, D.; Obermeyer, E.; Sleeper, J.; Thomas, P. 2001. Five Rivers Landscape Management Project, Waldport Ranger District, Siuslaw National Forest: Final Environmental Impact Statement. U.S. Department of Agriculture, Forest Service, Siuslaw National Forest, Corvallis, OR.

Burkett, V.R.; Wilcox, D.A.; Stottlemeyer, R.; Barrow, W.; Fagre, D.; Baron, J.; Price, J.; Nielson, J.L.; Allen, C.D.; Peterson, D.L.; Ruggerone, G.; Doyle, T. 2005. Nonlinear dynamics in ecosystem response to climate change: case studies and policy implications. Ecological Complexity 2:357-394.

Busch, D.E.; Trexler, J.C. 2003. The importance of monitoring in regional ecosystem initiatives. Pp. 1-23 in D.E. Busch and J.C. Trexler (eds.). Monitoring Ecosystems: Interdisciplinary Approaches for Evaluating Ecoregional Objectives. Washington, DC: Island Press.

Carey, A.B. 2003. Biocomplexity and restoration of biodiversity in temperate coniferous forests: Inducing spatial heterogeneity with variable-density thinning. Forestry 76:127-136.

Carey, A.B.; Horton, S.P.; Biswell, B.L. 1992. Northern spotted owls: Influence of prey base and landscape character. Ecological Monographs 62:223-250.

Carey, A.B.; Kershner, J.; Biswell, B.; de Toledo, L.D. 1999. Ecological scale and forest development: Squirrels, dietary fungi, and vascular plants in managed and unmanaged forests. Wildlife Monographs 142:1-71.

Castello, J.D.; Leopold, D.J.; Smallidge, P.J. 1995. Pathogens, patterns, and processes in forest ecosystems. BioScience 45:16-24.

Choi, Y.D.; Temperton, V.M.; Allen, E.B.; Grootjans, A.P.; Halassy, M.; Hobbs, R.J.; Naeth, M.A.; Torok, K. 2008. Ecological restoration for future sustainability in a changing environment. Ecoscience 15:53-64.

Christopher, T.A.; Goodburn, J.M. 2008. The effects of spatial patterns on the accuracy of forest vegetation simulator (FVS) estimates of forest canopy cover. Western Journal of Applied Forestry 23(1):5-11.

Clary, W.P. 1975. Range management and its ecological basis in the ponderosa pine type of Arizona: The status of our knowledge. Research Paper RM-RP-157. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 35 pp.

Clewell, A.; Rieger, J.; Munro, J. 2005. Guidelines for developing and managing ecological restoration projects. Society for Ecological Restoration International, Tucson, AZ.

Cocke, A.E.; Fulé, P.Z.; Crouse, J.E. 2005. Forest change on a steep mountain gradient after extended fire exclusion: San Francisco Peaks, Arizona, USA. Journal of Applied Ecology 42:814-823.

Colgan, W., III.; Carey, A.B.; Trappe, J.M.; Molina, R.; Thysell, D. 1999. Diversity and productivity of hypogeous fungal sporocarps in a variously thinned Douglas-fir forest. Canadian Journal of Forest Research 29:1259-1268.

Comer, P.; Faber-Langendoen, D.; Evans, R.; [and others]. 2003. Ecological systems of the United States: A working classification of U.S. terrestrial systems. NatureServe, Arlington, VA.

Conklin, D.A.; Fairweather, M.L. 2010. Dwarf mistletoes and their management in the Southwest. R3-FH-10-01. U.S. Department of Agriculture, Forest Service, Southwestern Region, Albuquerque, NM. 23 pp.

Conklin, D.A.; Geils. B.W. 2008. Survival and sanitation of dwarf-mistletoe-infected ponderosa pine following prescribed underburning. Western Journal of Applied Forestry 23:216-222

Cooper, C.F. 1960. Changes in vegetation, structure, and growth of southwestern pine forests since white settlement. Ecological Monographs 30:129-164.

Cooper, C.F. 1961. Patterns in ponderosa pine forests. Ecology 42:493-499.

Cortina, J.; Maestre, F.T.; Vallejo, R.; Baeza, M.J.; Valdecantos, A.; Pérez-Devesa, M. 2006. Ecosystem structure, function, and restoration success: Are they related? Journal for Nature Conservation 14:152-160.

Covington, W.W. 1993. Conservation biology and restoration ecology: Implications for ponderosa pine/bunchgrass ecological systems. Pp. 92-97 in W.W. Covington and L.F. DeBano (tech. coords.). Sustainable ecological systems: Implementing an ecological approach to land management. General Technical Report RM-GTR-247. U.S. Department of Agriculture, Forest Service, Rocky Mountain

Forest and Range Experiment Station, Fort Collins, CO. 363 pp.

Covington, W.W. 2000. Helping western forests heal: The prognosis is poor for U.S. forest ecosystems. Nature 408:135-136.

Covington, W.W. 2003. The evolutionary and historical context. Pp. 26-47 in P. Friederici (ed.). Ecological Restoration of Southwestern Ponderosa Pine Forests. Washington, DC: Island Press.

Covington, W.W.; Fulé, P.Z.; Moore, M.M.; Hart, S.C.; Kolb, T.E.; Mast, N.J.; Sackett, S.S.; Wagner, M.R. 1997. Restoring ecological health in ponderosa pine forests of the Southwest. Journal of Forestry 95:23-29.

Covington, W.W.; Moore, M.M. 1994a. Postsettlement changes in natural fire regimes and forest structure: Ecological restoration of old-growth ponderosa pine forests. Journal of Sustainable Forestry 2(1/2):153-181.

Covington, W.W.; Moore, M.M. 1994b. Southwestern ponderosa forest structure: Changes since Euro-American settlement. Journal of Forestry 92(1):39-47.

Covington,W.W.; Sackett, S.S. 1986. Effect of periodic burning on soil nitrogen concentrations in ponderosa pine. Soil Science Society of America Journal 50:452-457.

Covington, W.W.; Sackett, S.S. 1992. Soil mineral nitrogen changes following prescribed burning in ponderosa pine. Forest Ecology and Management 54:175-191.

Cram, D.S.; Baker, T.T.; Fernald, A.G.; Madrid, A.; Rummer, B. 2007. Mechanical thinning impacts on runoff, infiltration, and sediment yield following fuel reduction treatments in a southwestern dry mixed-conifer forest. Journal of Soil and Water Conservation 65(2):359-366.

Crist, M.R.; DeLuca, T.H.; Wilmer, B.; Aplet, G.H. 2009. Restoration of low-elevation dry forests of the northern Rocky Mountains: A holistic approach. The Wilderness Society, Washington, DC. 39 pp.

Cruz, M.G.; Alexander, M.E.; Wakimoto, R.H. 2003. Assessing canopy fuel stratum characteristics in crown fire prone fuel types of western North America. International Journal of Wildland Fire 12:39-50.

Delcourt, H.R.; Delcourt, P.A. 1988. Quaternary landscape ecology: Relevant scales in space and time. Landscape Ecology 2:23-44.

DeLuca, T.H.; Sala, A. 2006. Frequent fire alters nitrogen transformations in ponderosa pine stands of the inland Northwest. Ecology 87(10):2511-2522.

DeVelice, R.L.; Ludwig, J.A.; Moir, W.H.; Ronco, F., Jr. 1986. A classification of forest habitat types of northern New Mexico and southern Colorado. General Technical Report RM-GTR-131. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 59 pp.

Dhillon, S.S.; Anderson, R.C. 1993. Below-ground dynamics and associated mycorrhizal fungi of little bluestem grass (*Schizachyrium scoparium*) on burned and unburned sand prairies. New Phytologist 123:77-91.

Dieterich, J.H. 1980. Chimney Spring fire history. Research Paper RM-RP-220. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 8 pp.

Dodd, N.L.; Schweinsburg, R.E.; Boe, S. 2006. Landscape-scale forest habitat relationships to tassel-eared squirrel populations: Implications for ponderosa pine forest restoration. Restoration Ecology 14:537-547.

Dodd, N.L.; States, J.S.; Rosenstock, S.S. 2003. Tassel-eared squirrel population, habitat condition, and dietary relationships in north-central Arizona. Journal of Wildlife Management 67:622-633.

Douglass, J.E. 1983. The potential for water yield augmentation from forest management in the eastern United States. Water Resource Bulletin 19:351-358.

Drummond, D.B. 1982. Timber loss estimates for the coniferous forests in the United States due to dwarf mistletoes. Report 83-2. U.S. Department of Agriculture, Forest Service, Forest Pest Management, Methods Application Group, Fort Collins, CO. 24 pp.

Dutton, C. 1882. Tertiary history of the Grand Cañon District. Monograph 2. U.S. Department of the Interior, U.S. Geological Survey, Washington, DC. 264 pp.

Edmonds, R.L.; Agee, J.K.; Gara, R.I. 2000. Root diseases. Pp. 275-308 in R.L. Edmonds, J.K. Agee, and R.I. Gara (eds.). Forest Health and Protection. New York, NY: McGraw-Hill Companies, Inc.

Egan, D.; Howell, E.A. (eds.). 2001. The Historical Ecology Handbook: A Restorationist's Guide to Reference Ecosystems. Washington, DC: Island Press.

Ehle, D.S.; Baker, W.L. 2003. Disturbance and stand dynamics in ponderosa pine forests in Rocky Mountain National Park, USA. Ecological Monographs 73:543-566.

Ernest, S.K.; Brown, J.H.; Prementer, R.R. 2000. Rodents, plants, and precipitation: Spatial and temporal dynamics of consumers and resources. Oikos 88:470-482.

Evans, A.M.; Everett, R.G.; Stephens, S.L.; Youtz, J.A. 2011. Comprehensive fuels treatment practices guide for mixed conifer forests: California, Central and Southern Rockies, and the Southwest. U.S. Department of Agriculture, Forest Service, Southwestern Region and The Forest Guild, Albuquerque, NM. 106 pp.

Evenson, W.E.; Brotherson, J.D.; Wilcox, R.B. 1980. Relationship between environmental and vegetational parameters for understory and open-area communities. Great Basin Naturalist 40:167-174.

Falk, D.A. 2006. Process-centered restoration in a fire-adapted ponderosa pine forest. Journal for Nature Conservation 14: 140-151.

Feeney, S.R.; Kolb, T.E.; Wagner, M.R.; Covington, W.W. 1998. Influence of thinning and burning restoration treatments on presettlement ponderosa pines at the Gus Pearson Natural Area. Canadian Journal of Forest Research 28:1295-1306.

Ferry, G.W.; Clark, R.G.; Montgomery, R.E.; Mutch, R.W.; Leenhouts, W.P.; Zimmerman, G.T. 1995. Altered fire regimes within fire-adapted ecosystems. Pp. 222-224 in E.T. LaRoe, G.S. Farris, C.E. Puckett, P.D. Doran, and M.J. Mac (eds.). Our living resource: A report to the nation on the distribution, abundance and health of U.S. plants, animals and ecosystems. United States Department of the Interior, National Biological Service, Washington, DC. 530 pp.

Fettig, C.J. 2012. Forest health and bark beetles. Pp. 13-22 in M. North (ed.). Managing Sierra Nevada Forests. General Technical Report PSW-GTR-237. U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station, Albany, CA. 184 p.

Fettig, C.J.; Klepzig, K.D.; Billings, R.F.; Munson, A.S.; Nebeker, T.E.; Negrón, J.F.; Nowak, J.T. 2007. The effectiveness of vegetation management practices for prevention and control of bark beetle outbreaks in coniferous forests of the western and southern United States. Forest Ecology and Management 238:24-53.

Ffolliott, P.F.; Gottfried, G.J.; Baker, M.B. 1989. Water yield from forest snowpack management: Research findings in Arizona and New Mexico. Water Resources Research 25(9):1999-2007.

Fiedler, C.E.; Arno, S.F.; Harrington, M.G. 1996. Flexible silvicultural and prescribed burning approaches for improving health of ponderosa pine forests. Pp. 69-74 in W.W. Covington and P.K. Wagner (eds.). Conference on Adaptive Ecosystem Restoration and Management: Restoration of Cordilleran Conifer Landscapes of North America. General Technical Report RM-GTR-278. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 91 pp.

Finkral, A.J.; Evans, A.M. 2008. Effects of thinning treatment on carbon stocks in a northern Arizona ponderosa pine forest. Forest Ecology and Management 255:2743-2750.

Fisher, M.A.; Fulé, P.Z. 2004. Changes in forest vegetation and arbuscular mycorrhizae along a steep elevation gradient in Arizona. Forest Ecology and Management 200:293-311.

Fitzgerald, S.A. 2005. Fire ecology of ponderosa pine and the rebuilding of fire-resilient ponderosa pine ecosystems. Pp. 197-225 in Ritchie, M.W.; Maguire, D.A.; Youngblood, A. (tech. coords.). Proceedings of the Symposium on Ponderosa Pine: Issues, Trends, and Management. General Technical Report PSW-GTR-198. U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station, Albany, CA. 281 pp.

Folke, C.; Carpenter, S.; Walker, B.; Scheffer, M.; Elmqvist, T.; Gunderson, L.; Holling, C.S. 2004. Regime shifts, resilience, and biodiversity in ecosystem management. Annual Review of Ecology and Systematics 35:557-581.

Forman, R.T.T. 1995. Some general principles of landscape and regional ecology. Landscape Ecology 10(3):133-142.

Fornwalt, P.J.; Kaufmann, M.R.; Stoker, J.M.; Huckaby, L.S. 2002. Using the Forest Vegetation Simulator to reconstruct historical stand conditions in the Colorado Front Range. Pp. 108-115 in N.L. Crookston, N.L. and R.N. Havis (comps.). Second Forest Vegetation Simulator Conference. Proceedings RMRS-P-25. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 208 pp.

Franklin, J.F.; Spies, T.A. 1991. Ecological definitions of old-growth Douglas-fir forests. Pp. 61-69 in L.F. Ruggiero, K.B. Aubry, A.B. Carey, and M.H. Huff (tech. coords.). Wildlife and Vegetation of Unmanaged Douglas-fir Forests. General Technical Report PNW-GTR-285. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Portland, OR. 533 pp.

Franklin, J.F.; Spies, T.A.; Van Pelt, R.; Carey, A.B.; Thornburgh, D.A.; Berb, D.R.; Lindenmayer, D.B.; Harmon, M.E.; Keeton, W.S.; Shaw, D.C.; Bible, K.; Chen, J. 2012. Disturbances and structural development of natural forest ecosystems with silvicultural implications, using Douglas-fir forests as an example. Forest Ecology and Management 155:399-423.

Friederici, P. 2004. Establishing reference conditions for southwestern ponderosa pine forests. Working Papers in Southwestern Ponderosa Pine Forest Restoration No. 7. Northern Arizona University, Ecological Restoration Institute, Flagstaff, AZ. 12 pp.

Fulé, P.Z. 2008. Does it make sense to restore wildland fire in changing climate? Restoration Ecology 16:526-531.

Fulé, P.Z.; Covington, W.W.; Moore, M.M. 1997. Determining reference conditions for ecosystem management of southwestern ponderosa pine forests. Ecological Applications 7:895-908.

Fulé, P.Z.; Covington, W.W.; Moore, M.M.; Heinlein, T.A.; Waltz, A.E.M. 2002a. Natural variability in forests of the Grand Canyon, USA. Journal of Biogeography 29:31-47.

Fulé, P.Z.; Covington, W.W.; Smith, H.B.; Springer, J.D.; Heinlein, T.A.; Huisinga, K.D.; Moore, M.M. 2002b. Comparing ecological restoration alternatives: Grand Canyon, Arizona. Forest Ecology and Management 170(1-3):19-41.

Fulé, P.Z; Crouse, J.E.; Cocke, A.E.; Moore, M.M.; Covington, W.W. 2004. Changes in canopy fuels and potential fire behavior 1880-2040: Grand Canyon, Arizona. Ecological Modelling 175(3):231-248.

Fulé, P.Z.; Crouse, J.E.; Heinlein, T.A.; Moore, M.M.; Covington, W.W.; Vankamp, G. 2003. Mixed-severity fire regime in high-elevation forest of the Grand Canyon, Arizona, USA. Landscape Ecology 18:465-486.

Fulé, P.Z.; Korb, J.E.; Wu, R. 2009. Changes in forest structure of a mixed-conifer forest, southwestern Colorado, USA. Forest Ecology and Management 258(7):1200-1210.

Fulé, P.Z.; Laughlin, D.C. 2007.Wildland fire effects on forest structure over an altitudinal gradient, Grand Canyon National Park, USA. Journal of Applied Ecology 44:136-146.

Fulé, P.Z.; McHugh, C.; Heinlein, T.A.; Covington, W.W. 2001. Potential fire behavior is reduced following forest restoration treatments. Pp. 28-35 in R.K. Vance, C.B. Edminster, W.W. Covington, and J.A. Blake (tech. coords.). Ponderosa Pine Ecosystem Restoration and Conservation: Steps Toward Stewardship. Proceedings RMRS-P-22. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ogden, UT. 188 pp.

Ganey, J.L.; Duncan, R.B.; Block, W.M. 1992. Use of oak and associated woodlands by Mexican spotted owls in Arizona. Pp. 125-128 in P.F. Ffolliott, G.J. Gottfried, D.A. Bennett, C.V.M. Hernandez, A. Ortega-Rubio, and H.R. Hamre (tech. coords.). Ecology and Management of Oak and Associated Woodlands: Perspectives in the Southwestern United States and Northern Mexico. General Technical Report RM-GTR-218. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 224 pp.

Goheen, D.; Hansen, E. 1993. Effects of pathogens and bark beetles on forests. Pp. 175-196 in T.D. Schowalter and G.M. Filip (eds.). Beetle-Pathogen Interactions in Conifer Forests. London, England: Academic Press.

Gori, D.; Schussman, H. 2005. State of the Las Cienegas National Conservation Area. Part I: Condition and trend of the desert grassland and watershed. The Nature Conservancy of Arizona, Tucson, AZ. 63 pp.

Graham, R.T.; Harvey, A.E.; Martin, M.F.; Jain, T.B.; Tonn, J.R.; Page-Dumroese, D.S. 1994. Managing coarse woody debris in forests of the Rocky Mountains. Research Paper INT-RP-477. U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT. 12 pp.

Graham, R.T.; McCaffrey, S.; Jain, T.B. (tech. eds.). 2004. Science basis for changing forest structure to modify wildfire behavior and severity. General Technical Report RMRS-GTR-120. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 43 pp.

Greenamyre, H.H. 1913. The composite type on the Apache National Forest. Bulletin 125. U.S. Department of Agriculture, Forest Service, Government Printing Office, Washington, DC.



FS-004367

Grissino-Mayer, H.D.; Baisan, C.H.; Swetnam, T.W. 1995. Fire history in the Pinaleño Mountains of southeastern Arizona: Effects of human-related disturbances. Pp. 399-407 in L.F. Debano, G.J. Gottfried, R.H. Hamre, C.B. Edminster, P.F. Ffolliott, and A. Ortega-Rubio (eds.). Biodiversity and Management of the Madrean Archipelago: The Sky Islands of Southwestern United States and Northwestern Mexico. General Technical Report GTR-RM-264. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 669 pp.

Grissino-Mayer, H.D.; Romme, W.H.; Floyd, M.L.; Hanna, D. 2004. Climatic and human influences on fire regimes in the southern San Juan Mountains, Colorado, USA. Ecology 85: 1708-1724.

Gross, J.E.; Stoddart, L.C.; Wagner, F.H. 1974. Demographic analysis of a northern Utah jackrabbit population. Wildlife Monographs 40:3-68.

Hanks, J.P.; Fitzhugh, E.L.; Hanks, S.R. 1983. A habitat type classification system for ponderosa pine forests of northern Arizona. Technical Report RM-GTR-97. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 22 pp.

Harmon, M.E.; Franklin, J.F.; Swanson, E.J.; [and others]. 1986. Ecology of coarse wood debris in temperate ecosystems. Advances in Ecological Research 15:133-302.

Harr, R.D. 1983. Potential for augmenting water yield through forest practices in western Washington and western Oregon. Water Resource Bulletin 19:383-393.

Harrington, M.G. 1982. Stand, fuel, and potential fire behavior characteristics in an irregular southeastern Arizona ponderosa pine stand. Research Note RM-RN-418. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. 6 pp.

Harrington, M.G.; Hawksworth, F.G. 1990. Interactions of fire and dwarf mistletoe on mortality of southwestern ponderosa pine. Pp. 234-240 in J.S. Krammes (tech. coord.). Effects of Fire Management of Southwestern Natural Resources: Proceedings. Technical Report RM-GTR-191. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 293 pp.

Harris, J.A.; Hobbs, R.J.; Higgs, E.; Aronson, J. 2006. Ecological restoration and global climate change. Restoration Ecology 14:170-176.

Harrod, R.J.; McRae, B.H.; Hartl, W.E. 1999. Historical stand reconstruction in ponderosa pine forests to guide silvicultural prescriptions. Forest Ecology and Management 114:433-446.

Hart, S.C.; DeLuca, T.H.; Newman, G.S.; MacKenzie, D.M.; Boyle, S.I. 2005. Post-fire vegetative dynamics as drivers of microbial community structure and function in forest soils. Forest Ecology and Management 220:166-184.

Harvey, A.E.; Jurgensen, M.F.; Graham, R.T. 1988. The role of residues in soils of ponderosa pine forests. Pp. 141-147 in D.M. Baumgartner and J.E. Lotans (eds.). Ponderosa Pine: The species and Its Management. Proceedings. Washington State University Cooperative Extension, Pullman, WA. 284 pp.

Hawksworth, F.G. 1961. Dwarf mistletoe of ponderosa pine in the Southwest. Technical Bulletin No. 1246. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 112 pp.

Hawksworth, F.G.; Wiens, D. 1996. Dwarf mistletoes: Biology, pathology, and systematics. Agricultural Handbook 709. U.S. Department of Agriculture, Forest Service, Washington, DC. 410 pp.

Heinlein, T.A.; Fulé, P.Z.; Waltz, A.E.M.; Springer, J.D. 1999. Changes in ponderosa pine forest of the Mt. Trumbull Wilderness. Unpublished report on file at Northern Arizona University, Flagstaff, AZ. 36 pp.

Heinlein, T.A.; Moore, M.M.; Fulé, P.Z.; Covington, W.W. 2005. Fire history and stand structure of two ponderosa pine-mixed-conifer sites: San Francisco Peaks, Arizona, USA. International Journal of Wildland Fire 14:307-320.

Helms, J.A. 1998. The Dictionary of Forestry. Bethesda, MD: The Society of American Foresters.

Hernández, L.; Laundré, J.W.; Grajales, K.M.; Portales, G.L.; López-Portillo, J.; Gonzáles-Romero, A.; Garcia, A.; Martínez, J.M. 2011. Plant productivity, predation, and the abundance of black-tailed jackrabbits in the Chihuahuan Desert of Mexico. Journal of Arid Environments 75:1043-1049.

Hessburg, P.F.; Agee, J.K.; Franklin, J.F. 2005. Dry mixed conifer forests of the Inland Northwest, USA: Contrasting the landscape ecology of the

pre-settlement and modern eras. Forest Ecology and Management 211(1):117-139.

Hessburg, P.F.; Mitchell, R.G.; Filip, G.M. 1994. Historical and current roles of insects and pathogens in eastern Oregon and Washington forested landscapes. General Technical Report PNW-GTR-327. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Portland, OR. 72 pp.

Hessburg, P.F.; Smith, B.G.; Salter, R.B. 1999. Detecting change in forest spatial patterns from reference conditions. Ecological Applications 9(4):1232-1252.

Hiers, J.K.; O'Brien, J.J.; Mitchell, R.J.; Grego, J.M.; Loudermilk, E.L. 2009. The wildland fuel cell concept: An approach to characterize fine-scale variation in fuels and fire in frequently burned longleaf pine forests. International Journal of Wildland Fire 18(3):315-325.

Hill, D.; Daniel, T. 2008. Foundations for an ecological aesthetic: Can information alter landscape preferences? Society and Natural Resources 21:34-49.

Hoffman, C.M.; Mathiasen, R.; Sieg, C.H. 2007. Dwarf mistletoe effects on fuel loadings in ponderosa pine forests in northern Arizona. Canadian Journal of Forest Research 37(3):662-670.

Hoffman, R.W.; Shaw, H. G.; Rumble, M.A.; Wakeling, B.F.; Mollohan, C.M.; Schemnitz, S.D.; Engle-Wilson, R.; Hengel, D.A. 1993. Management guidelines for Merriam's wild turkeys. Report No. 18. Colorado Division of Wildlife, Denver, CO, and USDA Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 24 pp.

Holthausen, R.S.; Raphael, M.G.; Sampson, F.B.; Elbert, D.; Hiebert, R.; Manasco, K. 1999. Population viability in ecosystem management. Pp. 135-156 in N. Johnson, R.C. Szaro, W.T. Sexton (eds.). Ecological Stewardship: A Common Reference for Ecosystem Management. Oxford, United Kingdoms: Elsevier Science.

Honig, K.A.; Fulé, P.Z. 2012. Simulating effects of climate change and ecological restoration on fire behavior in a south-western USA ponderosa pine forest. International Journal of Wildland Fire 21(6):731-742.

Hostetler, J.A.; Kneip, E.; Van Vuren, D.H.; Oli, M.K. 2012. Stochastic population dynamics of a montane ground-dwelling squirrel. PLoS ONE 7:1-10.

Hunter, M.E.; Shepperd, W.D.; Lentile, L.B.; Lundquist, J.E.; Andreu, M.G.; Butler, J.L.; Smith, F.W. 2007. A comprehensive guide to fuels treatment practices for ponderosa pine in the Black Hills, Colorado Front Range, and Southwest. General Technical Report RMRS-GTR-198. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 99 pp.

Ingraldi, M.F. 2005. A skewed sex ratio in northern goshawks: Is it a sign of a stressed population? Journal of Raptor Research 39:247-253.

James, G.A.; Cordell, H.K. 1970. Importance of shading to visitors selecting a campsite at Indian Boundary Campground in Tennessee. Research Note SE-RN-130. U.S. Department of Agriculture, Forest Service, Southeast Forest Experiment Station, Asheville, NC. 5 pp.

Jenkins, M.J.; Hebertson, E.; Page, W.; Jorgenson, C.A. 2008. Bark beetles, fuels, fires and implications for forest management in the Intermountain West. Forest Ecology and Management 254:16-34.

Johnson, C.N. 1996. Interactions between mammals and ectomycorrhizal fungi. Trends in Ecology & Evolution 11(12):503-507.

Johnson, M. 1994. Changes in Southwestern forests: Stewardship implications. Journal of Forestry 92(12):16-19.

Johnson, N.C.; Graham, J.H.; Smith, F.A. 1997. Functioning of mycorrhizal associations along the mutualism-parasitism continuum. New Phytologist 135(4):575-586.

Kalies, E.L.; Dickson, B.G.; Chambers, C.L.; Covington, W.W. 2012. Community occupancy responses of small mammals to restoration treatments in ponderosa pine forests, northern Arizona, USA. Ecological Applications 22:204-217.

Karl, T.R.; Melillo, J.M.; Peterson, T.C. (eds.). 2009. Global Climate Change Impacts in the United States. Cambridge, United Kingdom: Cambridge University Press.

Kaufmann, M.R.; Binkley, D.; Fulé, P.Z.; Johnson, M.; Stephens, S.L.; Swetnam, T.W. 2007. Defining old growth for fire-adapted forests of the western United States. Ecology and Society 12(2):15.

Kaufmann, M.R.; Graham, R.T.; Boyce, D.A., Jr.; [and others]. 1994. An ecological basis for ecosystem management. General Technical Report RM-GTR-246. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 22 pp.

Kaye, M.W.; Swetnam, T.W. 1999. An assessment of fire, climate, and Apache history in the Sacramento Mountains, New Mexico, USA. Physical Geography 20:305-330.

Keane, R.E.; Hessburg, P.F.; Landres, P.B.; Swanson, F.J. 2009. The use of historical range and variability (HRV) in landscape management. Forest Ecology and Management 258(7):1025-1037.

Kennedy, P.L. 1991. Reproductive strategies of northern goshawks and Cooper's hawks in north-central New Mexico. Dissertation. Utah State University, Logan, UT.

Kerns, B.K.; Moore, M.M.; Timpson, M.E.; Hart, S.C. 2003. Soil properties associated with vegetation patches in *Pinus ponderosa* bunchgrass mosaic. Western North American Naturalist 63(4):452-462.

Klironomos, J.N.; McCune, J.; Hart, M.; Neville, J. 2000. The influence of arbuscular mycorrhizae on the relationship between plant diversity and productivity. Ecology Letters 3:137-141.

Kolb, T.E.; Holmberg, K.M.; Wagner, M.R.; Stone, J.E. 1998. Regulation of ponderosa pine foliar physiology and insect resistance mechanisms by basal area treatments. Tree Physiology 18:375-381.

Koonce, A.L.; Roth, L.F. 1980. The effects of prescribed burning on dwarf mistletoe in ponderosa pine. Pp. 197-203 in R.E. Martin, R.L. Edmonds, and D.A. Faulkner (eds.). Proceedings, Sixth Conference on Fire and Forest Meteorology. Society of American Foresters, Washington, DC. 304 pp.

Korb, J.E.; Johnson, N.C.; Covington, W.W. 2003. Arbuscular mycorrhizal propagule densities respond rapidly to ponderosa pine restoration treatments. Journal of Applied Ecology 40:101-110.

Korb, J.E.; Springer, J.D. 2003. Understory vegetation. Pp. 233-250 in P. Friederici (ed.). Ecological Restoration of Southwestern Ponderosa Pine Forests. Washington, DC: Island Press.

Korb, J.E.; Fule, P.Z.; Wu, R. 2013. Variability of warm/dry mixed conifer forests in southwestern Colorado, USA: Implications for ecological restoration. Forest Ecology and Management 304:182-191.

Koske, R.E.; Gemma, J.N. 1997. Mycorrhizae and succession in plantings of beachgrass in sand dunes. American Journal of Botany 84:118-130.

Laacke, R.J. 1990. *Abies concolor* (Gord. & Glend.) Lindl. ex Hildebr. (White fir). Pp. 36-46 in Burns, R.M.; Honkala, B.H (tech. coords.). Silvics of North America: Volume 1 (Conifers). Agriculture Handbook 654. U.S. Department of Agriculture, Forest Service, Washington, DC. 877 pp.

LANDFIRE. 2007. LANDFIRE rapid assessment reference condition models. U.S. Department of Agriculture Service and U.S. Department of Interior, Washington, DC. Online at: http://www.landfire.gov/models_EW.php; last accessed May 2013.

Landres, P.B.; Morgan, P.; Swanson, F.J. 1999. Overview of the use of natural variability concepts in managing ecological systems. Ecological Applications 9(4):1179-1188.

Lang, D.M.; Stewart, S.S. 1910. Reconnaissance of the Kaibab National Forest, 1909. Unpublished document on file at the North Kaibab Ranger District. U.S. Department of Agriculture, Forest Service, Kaibab National Forest, Fredonia, AZ. 58 pp.

Langsaeter, A. 1944. Om tynning i enaldret gran-og furuskog. Referat: Produktionsuntersuchungen von Fichtenwald. Medd. Det norske Skogforsoksvesen VIII:131-216.

Larson, A.J.; Churchill, D. 2012. Tree spatial patterns in fire-frequent forests of western North America, including mechanisms of pattern formation and implications for designing fuel reduction and restoration treatments. Forest Ecology and Management 267:74-92.

Latta, R.G.; Mitton, J.B. 1999. Historical separation and present gene flow through a zone of secondary contact in ponderosa pine. Evolution 53:769-776.

Laughlin, D.C.; Moore, M.M.; Bakker, J.D.; Casey, C.A.; Springer, J.D.; Fulé, P.Z.; Covington, W.W. 2006. Assessing targets for the restoration of herbaceous vegetation in ponderosa pine forests. Restoration Ecology 14:548-560.

Leopold, A. 1924. Grass, brush, timber, and fire in southern Arizona. Journal of Forestry 22:2-8.

Lieberg, J.B.; Rixon, T.F.; Dodwell, A. 1904. Forest conditions in the San Francisco Mountain Reserve, Arizona. Professional Paper No. 22. U.S. Department of the Interior, U.S. Geological Survey, Washington, DC. 96 pp.

Lindenmayer, D.B.; Likens, G.E. 2010. The science and application of ecological monitoring. Biological Conservation 143:1317-1328.

Linkhart, B.D.; Reynolds, R.T.; Ryder, R.A. 1998. Home range and habitat of breeding flammulated owls in Colorado. The Wilson Bulletin 110(3):342-351.

Littell, J.S.; McKenzie, D.; Peterson, D.L.; Westerling, A.L. 2009. Climate and wildfire area burned in western US ecoprovinces, 1916-2003. Ecological Applications 19(4):1003-1021.

Long, J.N. 1985. A practical approach to density management. Forestry Chronicle 61:23-27.

Long, J.N.; Dean, T.J.; Roberts, S.D. 2004. Linkages between silviculture and ecology: Examination of several important conceptual models. Forest Ecology and Management 200:249-261.

Long, J.N.; Smith, F.W. 2000. Restructuring the forest: Goshawks and the restoration of Southwestern ponderosa pine. Journal of Forestry 98:25-30.

Los Alamos National Laboratory [LANL]. 2011. Road geology & ecology of the Pajarito Plateau & Jemez Mountains: Selection Portions, North Central New Mexico. Los Alamos National Laboratory, Los Alamos, NM. Online at: http://www.lanl.gov/source/orgs/ees/ees14/fieldtrip.shtml; last accessed 13 April 2011.

Lowe, K. 2006. Snags and forest restoration. Working Papers in Ecological Restoration No. 16. Ecological Restoration Institute, Flagstaff, AZ.

Lundquist, J.E. 1995. Pest interactions and canopy gaps in ponderosa pine stands in the Black Hills, South Dakota, USA. Forest Ecology and Management 74:37-48.

Lynch, A.M.; Anhold, J.A.; McMillin, J.D.; Dudley, S.M.; Fitzgibbon, R.A.; Fairweather, M.L. 2010. Forest insect and disease activity on the Apache-Sitgreaves National Forest and Fort Apache Indian Reservation, 1918-2009. U.S. Department of Agriculture, Forest Service, Forest Health Protection, Arizona Zone Office, Flagstaff, AZ.

MacDonald, L.H.; Stednick, J.D. 2003. Forests and water: A state-of-the art review for Colorado. Colorado Water Resources Research Institute Completion Report No. 196. Colorado State University, Fort Collins, CO. 65 pp.

Madany, M.H.; West, N.E. 1983. Livestock grazing-fire regime interactions within montane forests of Zion National Park, Utah. Ecology 64(4):661-667.

Maffei, H.; Beatty, J. 1988. Changes in the incidence of dwarf mistletoe over 30 years in the Southwest. Pp. 88-90 in B.J. van der Kamp (ed.). Proceedings of the Thirty-sixth Western International Forest Disease Work Conference, Park City, Utah. University of British Columbia, Department of Forest Sciences, Vancouver, BC, Canada. 153 pp.

Mast, J.N.; Fulé, P.Z.; Moore, M.M.; Covington, W.W.; Waltz, A.E.M. 1999. Restoration of presettlement age structure of an Arizona ponderosa pine forest. Ecological Applications 9:228-239.

Mast, J.N.; Veblen, T.T. 1999. Tree spatial patterns and stand development along the pine-grassland ecotone in the Colorado Front Range. Canadian Journal of Forest Research 29:575-584.

Mast, J.N.; Veblen, T.T.; Linhart, Y.B. 1998. Disturbance and climatic influences on age structure of ponderosa pine at the pine/grassland ecotone, Colorado Front Range. Journal of Biogeography 25:743-767.

Mast, J.N.; Wolf, J.J. 2004. Ecotonal changes and altered tree spatial patterns in lower mixed-conifer forests, Grand Canyon National Park, Arizona, USA. Landscape Ecology 19(2):167-180.

Mast, J.N.; Wolf, J.J. 2006. Spatial patch patterns and altered forest structure in middle elevation versus upper ecotonal mixed-conifer forests, Grand Canyon National Park, Arizona, USA. Forest Ecology and Management 236(2-3):241-250.

McKay, D.O. 1974. Dynamics of a population of mountain cottontail rabbits in central Oregon. Thesis. Oregon State University, Department of Fisheries and Wildlife, Corvallis, OR. 63 pp.

McKenzie, D.; Gedalof, Z.A.; Peterson, D.L.; Mote, P. 2004. Climate change, wildfire, and conservation. Conservation Biology 18: 890-902.

McPherson, G.; Wade, E.; Phillips, C.B. 1990. Glossary of Wildland Fire Management Terms. Bethesda, MD: Society of American Foresters.

Menzel, J.P.; Covington, W.W. 1997. Changes from 1876 to 1994 in a forest ecosystem near Walnut Canyon, northern Arizona. Pp. 151-172 in C. van Riper III and E.T. Deshler (eds.). Proceedings of the Third Biennial Conference of Research on the Colorado Plateau. Transactions and Proceedings Series NPS/NRNAU/NRTP-97/12. US. Department of the Interior, National Park Service, Washington, DC. 256 pp.

Meyer, W.H. 1934. Growth in selectively cut ponderosa pine forests of the Pacific Northwest. Technical Bulletin 407. U.S. Department of Agriculture, Washington, DC. 64 pp.

Millar, C.I.; Stephenson, N.L.; Stephens, S.L. 2007. Climate change and forests of the future: Managing in the face of uncertainty. Ecological Applications 17:2145-2151.

Millennium Ecosystem Assessment. 2005. Ecosystems and Human Well-being: Synthesis. Washington, DC: Island Press.

Miller, J.D.; Safford, H.D.; Crimmins, M.; Thode, A.E. 2009. Quantitative evidence for increasing forest fire severity in the Sierra Nevada and Southern Cascade Mountains, California and Nevada, USA. Ecosystems 12:16-32.

Miller, J.M.; Keen, F.P. 1960. Biology and control of the western pine beetle: A summary of the first fifty years of research. Miscellaneous Publication 800. U.S. Department of Agriculture, Forest Service, Washington, DC. 381 p.

Miller, M. 2000. Chapter 2: Fire autecology. Pp. 9-34 in J.K. Brown and J.K. Smith (eds.). Wildland Fire in Ecosystems: Effects of Fire on Flora. Vol. 2. General Technical Report RMRS-GTR-42. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ogden, UT. 257 pp.

Minnich, R.A.; Barbour, M.G.; Burk, J.H.; Sosa-Ramírez, J. 2000. Californian mixed-conifer forests under unmanaged fire regimes in the Sierra San Pedro Mártir, Caja California, Mexico. Journal of Biogeography 27(1):105-129.

Minor, C.O. 1964. Site-index curves for young-growth ponderosa pine in Northern Arizona. Research Note RM-RN-37. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 8 pp.

Mitchell, S.R.; Harmon, M.E.; O'Connell, K.E. 2009. Forest fuel reduction alters fire severity and long-term carbon storage in three Pacific Northwest ecosystems. Ecological Applications 19(3):643-655.

Moeck, H.A.; Wood, D.L.; Lindahl, K.Q, Jr. 1981. Host selection behavior of bark beetles (*Coleoptera: Scolytidae*) attacking *Pinus ponderosa*, with special emphasis on the western pine beetle, *Dendroctonus brevicomis*. Journal of Chemical Ecology 7(1):49-83.

Moir, W.H. 1966. Influence of ponderosa pine on herbaceous vegetation. Ecology 47:1045-1048.

Moore, M.M.; Casey, C.A.; Bakker, J.D.; Springer, J.D.; Fulé, P.Z.; Covington, W.W.; Laughlin, D.D. 2006. Herbaceous vegetation responses (1992-2004) to restoration treatments in a ponderosa pine forest. Rangeland Ecology and Management 59:135-144.

Moore, M.M.; Covington, W.W.; Fulé, P.Z. 1999. Evolutionary environment, reference conditions, and ecological restoration: A southwestern ponderosa pine perspective. Ecological Applications 9:1266-1277.

Moore, M.M.; Deiter, D.A. 1992. Stand density index as a predictor of forage production in northern Arizona pine forests. Journal of Range Management 45:267-271.

Moore, M.M.; Huffman, D.W.; Fulé, P.Z.; Covington, W.W.; Crouse, J.E. 2004. Comparison of historical and contemporary forest structure and composition on permanent plots in southwestern ponderosa pine forests. Forest Science 50:162-176.

Morgan, P.; Aplet, G.H.; Haufler, J.B.; Humphries, H.C.; Moore, M.M.; Wilson, W.D. 1994. Historical range of variability: A useful tool for evaluating ecosystem change. Journal of Sustainable Forestry 2:87-111.

Morgan, T.A.; Fiedler, C.E.; Woodall, C.W. 2002. Characteristics of dry site old-growth ponderosa pine in the Bull Mountains of Montana, USA. Natural Areas Journal 22:11-19.

Muldavin, E.; Tonne, P. 2003. A vegetation survey and preliminary ecological assessment of Valles Caldera National Preserve, New Mexico. Report for Cooperative Agreement No. 01CRAG0014. University of New Mexico, Albuquerque, NM.

Mulder, B.S.; Noon, B.R.; Spies, T.A.; Raphael, M.G.; Palmer, C.J.; Olsen, A.R.; Reeves, G.H.; Welsh, H.H. (eds.). 1999. The strategy and design of the effectiveness monitoring program for the Northwest Forest Plan. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Portland, OR. 138 pp.

Murray, C.; Marmorek, D. 2003. Adaptive management and ecological restoration. Pp. 417-428 in P. Friederici (ed.). Ecological Restoration of Southwestern Ponderosa Pine Forests. Washington, D.C.: Island Press.

Naeem, S.; Chapin, F.S., III; Costanza, R.; [and others]. 1999. Biodiversity and ecosystem functioning: Maintaining natural life support processes. Issues in Ecology No. 4. Ecological Society of America, Washington, DC.

Naficy, C.; Sala, A.; Keeling, E.G.; Graham, J.; DeLuca, T.H. 2010. Interactive effects of historical logging and fire exclusion on ponderosa pine structure in the northern Rockies. Ecological Applications 20:1851-1864.

Naumburg, E.; DeWald, L.E. 1999. Relationships between *Pinus ponderosa* forest structure, light characteristics, and understory graminoid species presence and abundance. Forest Ecology and Management 124:205-215.

Negrón, J. 1997. Estimating probabilities of infestation and extent of damage by the roundheaded pine beetle in ponderosa pine in the Sacramento Mountains, New Mexico. Canadian Journal of Forest Research 27:1634-1645.

Negrón, J.F.; McMillin, J.D.; Anhold, J.A.; Coulson, D. 2009. Bark beetle-caused mortality in a drought-affected ponderosa pine landscape in Arizona, USA. Forest Ecology and Management 257(4):1353-1362.

Noon, B.R. 2003. Conceptual issues in monitoring ecological resources. Pp. 27-71 in D.E. Busch and J.C. Trexler (eds.). Monitoring Ecosystems: Interdisciplinary Approaches for Evaluating Ecoregional Initiatives. Washington, DC: Island Press.

Noss, R.F.; Franklin, J.F.; Baker, W.L.; Schoennagel, T.; Moyle, P.B. 2006. Managing fire-prone forests in the western United States. Frontiers in Ecology and the Environment 4(9):481-487.

National Wildfire Coordination Group [NWCG]. 2012. Glossary of wildland fire terminology. Product Management System PMS-205. National Wildfire Coordination Group, Program Management Unit, Boise, ID. 190 pp.

Oliver, C.D.; Osawa, A.; Camp, A. 1998. Forest dynamics and resulting animal and plant population changes at the stand and landscape levels. Journal of Sustainable Forestry 6:281-312.

Overpeck, J.; Garfin, G.; Jardine, A.; [and others]. 2012. Chapter 1: Summary for decisions makers. In G. Garfin, A. Jardine, R. Merideth, M. Black, and J. Overpeck (eds.). Assessment of Climate Change in the Southwestern United States: A technical Report Prepared for the U.S. National Climate Assessment. June 2012 Southwest Climate Summit Draft. Southwest Climate Alliance, Tucson, AZ.

Palmer, C. J.; Mulder, B.S. 1999. Components of the effectiveness monitoring program. Pp. 69-98 in B.S. Mulder, B.R. Noon, T.A. Spies, M.G. Raphael, C.J. Palmer, A.R. Olsen, G.H. Reeves, and H.H. Welsh (eds.). The Strategy and Design of the Effectiveness Monitoring Program for the Northwest Forest Plan. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Portland, OR. 138 pp.

Parker, V.T.; Muller, C.H. 1982. Vegetational and environmental changes beneath isolated live oak trees (*Quercus agrifolia*) in a California annual grassland. American Midland Naturalist 107:69-81.

Parker, W.C.; Colombo, S.J.; Cherry, M.L.; Flannigan, M.D.; Greifen, S.; McAlpine, R.S.; Papadopol, C.; Scarr, T. 2000. Third millennium forestry: What climate change might mean to forests and forest management in Ontario. Forestry Chronicle 76:445-463.

Parsons, D.J.; DeBenedetti, S.H. 1979. Impact of fire suppression on a mixed-conifer forest. Forest Ecology and Management 2:21-23.

Patton, D.R.; Severson, K.E. 1989. WILDSHARE: A wildlife habitat relationship data model for southwestern ponderosa pine. Pp. 268-276 in A. Techle, W.W. Covington, and R.H. Hamre (tech. coords.). Multiresource Management of Ponderosa Pine Forests. General Technical Report RM-GTR-185. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 282 pp.

Pearson, G.A. 1923. Natural reproduction of western yellow pine in the Southwest. Bulletin No. 1105. U.S. Department of Agriculture, Forest Service, Washington, DC. 144 pp.

Pearson, G.A. 1950. Management of ponderosa pine in the Southwest: As developed by research and experimental practice. Agriculture Monograph No. 6. U.S. Department of Agriculture, Forest Service, Fort Collins, CO. 34 pp.

Pielou, E.C. 1960. A single mechanism to account for regular, random and aggregated populations. Journal of Ecology 48(3):575-584.

Pilliod, D.S.; Bull, E.L.; Hayes, J.L.; Wales, B.C. 2006. Wildlife and invertebrate response to fuel reduction treatments in dry coniferous forests of the Western United States: A synthesis. General Technical Report RMRS-GTR-173. U.S. Department of Agriculture, Rocky Mountain Research Station, Fort Collins, CO. 34 pp.

Plummer, F.G. 1904. Forest conditions in the Black Mesa Forest Reserve, Arizona. Professional Paper No. 23. U.S. Department of the Interior, U.S. Geological Survey, Washington, DC. 62 pp.

Porter, W.F. 1992. Habitat requirements. Pp. 202-213 in J.G. Dickson, (ed.). The Wild Turkey: Biology and Management. Stackpole Books: Harrisburg, PA.

Prather, J.W.; Noss, R.F.; Sisk, T.D. 2008. Real versus perceived conflicts between restoration of ponderosa pine forests and conservation of the Mexican spotted owl. Forest Policy and Economics 10:140-150.

Price, M.F.; Neville, G.R. 2003. Designing strategies to increase the resilience of alpine/montane systems

to climate changes. Pp. 73-94 in L.J. Hansen, J.L. Biringer, and J.R. Hoffman (eds.). Buying Time: A User's Manual for Building Resistance and Resilience to Climate Change in Natural Systems. World Wildlife Fund International, Gland, Switzerland. 246 pp.

Puhlick, J.J. 2011. Regional- and local-scale modeling of ponderosa pine seedling densities in the Southwest. Thesis. Northern Arizona University, School of Forestry, Flagstaff, AZ. 80 pp.

Puhlick, J.J.; Laughlin, D.C.; Moore, M.M. 2012. Factors influencing ponderosa pine regeneration in the southwestern USA. Forest Ecology and Management 264:10-19.

Rasmussen, D.I. 1941. Biotic communities of the Kaibab Plateau, Arizona. Ecological Monographs 11:229-275.

Reynolds, R.T.; Graham, R.T.; Boyce, D.A., Jr. 2006a. An ecosystem-based conservation strategy for the northern goshawk. Studies in Avian Biology 31:299-311.

Reynolds, R.T.; Graham, R.T.; Reiser, M.H.; Bassett, R.L.; Kennedy, P.L.; Boyce, D.A., Jr.; Goodwin, G.; Smith, R.; Fisher, E.L. 1992. Management recommendations for the northern goshawk in the Southwestern United States. General Technical Report RMRS-GTR-217. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 90 pp.

Reynolds, R.T.; Joy, S.M.; Leslie, D.G. 1994. Nest productivity, fidelity, and spacing of northern goshawks in northern Arizona. Studies in Avian Biology 16:106-113.

Reynolds, R.T.; Wiens, J.D.; Joy, S.M.; Salafsky, S.R. 2005. Sampling considerations for demographic and habitat studies of northern goshawks. Journal of Raptor Research 39:274-285.

Reynolds, R.T.; Wiens, J.D.; Salafsky, S.R. 2006b. A review and evaluation of factors limiting northern goshawk populations. Studies in Avian Biology 31:260-273.

Rieman, B.; Clayton, J. 1997. Wildlife and native fish: Issues of forest health of sensitive species. Fisheries 22:6-15.

Rippy, R.C.; Stewart, J.E.; Zambino, P.J.; Klopfenstein, N.B.; Tirocke, J.M.; Kim, M.S.; Thies, W.G. 2005. Root diseases in coniferous forests of the Inland West: Potential implications of fuels treatments. General Technical Report RMRS-GTR-141. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 32 p.

Roccaforte, J.P.; Fulé, P.Z.; Covington, W.W. 2008. Landscape-scale changes in canopy fuels and potential fire behavior following ponderosa pine restoration treatments. International Journal of Wildland Fire 17(2):293-303.

Roccaforte, J.P.; Fulé, P.Z.; Covington, W.W. 2010. Monitoring landscape-scale ponderosa pine restoration treatment implementation and effectiveness. Restoration Ecology 18:820-833.

Romme, W.H.; Floyd, M.L.; Hanna, D. 2009. Historical range of variability and current landscape condition analysis: South Central Highlands Section, Southwestern Colorado & Northwestern New Mexico. Colorado State University, Colorado Forest Restoration Institute, Fort Collins, CO, and USDA Forest Service, Rocky Mountain Region, Golden, CO.

Rosenstock, S.S. 1998. Influence of Gambel oak on breeding birds in Northern Arizona. Condor 100:485-492.

Roth, L.F.; Rolph, L.; Cooley, S. 1980. Identifying infected ponderosa pine stumps to reduce costs of controlling Armillaria root rot. Journal of Forestry 78(3):145-151.

Ryan, R.L. 2005. Social science to improve fuels management: A synthesis of research an aesthetics and fuels management. General Technical Report NC-GTR-261. U.S. Department of Agriculture, Forest Service, North Central Research Station, St. Paul, MN. 58 pp.

Sackett, S.S.; Haase, S.M. 1998. Two case histories for using prescribed fire to restore ponderosa pine ecosystems in northern Arizona. Pp. 380-389 in T.L. Pruden and L.A. Brennan (eds.). Fire in Ecosystem Management: Shifting the Paradigm from Suppression to Prescription. Proceedings of the 20th Tall Timbers Fire Ecology Conference, 7-10 May 1996, Boise, ID. Tall Timbers Research Station, Tallahassee, FL.

Salafsky, S.R.; Reynolds, R.T.; Noon, B.R. 2005. Patterns of temporal variation in goshawks reproduction and prey resources. Journal of Raptor Research 39:237-246.

Salafsky, S.R.; Reynolds, R.T.; Noon, B.R.; Wiens, J.A. 2007. Reproductive responses of northern goshawks to variable prey populations. Journal of Wildlife Management 71:2274-2283.

Sánchez Meador, A.J.; Moore, M.M. 2010. Lessons from long-term studies of harvest methods in southwestern ponderosa pine-Gambel oak forests on the Fort Valley Experimental Forest. Forest Ecology and Management 260:193-206.

Sánchez Meador, A.J.; Moore, M.M.; Bakker, J.D.; Parysow, P.F. 2009. 108 years of change in spatial pattern following selective harvest of a *Pinus ponderosa* stand in northern Arizona, USA. Journal of Vegetation Science 20:79-90.

Sánchez Meador, A.J.; Parysow, P.F.; Moore, M.M. 2010. Historical stem-mapped permanent plots increase precision of reconstructed reference data in ponderosa pine forests of northern Arizona. Restoration Ecology 18:224-234.

Sánchez Meador, A.J.; Parysow, P.F.; Moore, M.M. 2011. A new method for delineating tree patches and assessing spatial reference conditions of ponderosa pine forest in northern Arizona. Restoration Ecology 19(4):490-499.

Savage, M.; Mast, J.N. 2005. How resilient are southwestern ponderosa pine forests after crown fire? Canadian Journal of Forest Research 35: 967-977.

Scheffer, M.; Carpenter, S.; Foley, J.A.; Folke, C.; Walker, B. 2001. Catastrophic shifts in ecosystems. Nature 413:591-596.

Schmidt, K.M.; Menakis, J.P.; Hardy, C.C.; Wendel, J.; Bunnell, D.L. 2002. Development of coarse-scale spatial data for wildland fire and fuel management. General Technical Report RMRS-GTR-87. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 41 pp. + CD.

Schneider, E. 2012. Reference conditions and historical changes in an unharvested ponderosa pine stand: Implications for forest health. Thesis. Northern Arizona University, School of Forestry, Flagstaff, AZ.

Scholes, R.J.; Archer, S.R. 1997. Tree-grass interactions in savannas. Annual Review of Ecology and Systematics 28:517-544.

Scholl, A.E.; Taylor, A.H. 2010. Fire regimes, forest change, and self-organization in an old-growth mixed-conifer forest, Yosemite National Park, USA. Ecological Applications 20:362-380.

Schubert, G.H. 1974. Silviculture of southwestern ponderosa pine: The status of our knowledge. U.S. Department of Agriculture, Forest Service. Research Paper RM-213. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 71 p.

Scott, J.H.; Burgan, R.E. 2005. Standard fire behavior fuel models: A comprehensive set for use with Rothermel's surface fire spread model. General Technical Report RMRS-GTR-153. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 72 pp.

Seager, R.M.: Ting, M.F.; Held, I.M.; [and others]. 2007. Model projections of an imminent transition to a more arid climate in southwestern North America. Science 316:1181-1184.

Shafer, S.L.; Bartlein, P.J.; Thompson, R.S. 2001. Potential changes in the distributions of western North America tree and shrub taxa under future climate scenarios. Ecosystems 4:200-215.

Sitko, S.; Hurteau, S. 2010. Evaluating the impacts of forest treatments: The first five years of the White Mountain Stewardship Project. The Nature Conservancy, Phoenix, AZ.

Smith, C.K.; Youtz, J.; Bradley, A.; Allen-Reid, D.; Evans, A.; Johnson, M.; Bird, B.; Bada, C.; Fúle, P. 2008. Climate change and mixed-conifer/aspen systems in New Mexico: Consideration for managers. New Mexico Forest Restoration Series Working Paper No. 7. New Mexico Highlands University, New Mexico Forest and Watershed Restoration Institute, Las Vegas, NM.

Smith, E. 2006a. Historical range of variation and state and transition modeling of historical and current landscape conditions for mixed-conifer of the Southwestern U.S. The Nature Conservancy, Tucson, AZ. 31 pp.

Smith, E. 2006b. Historical range of variation and state and transition modeling of historical and current landscape conditions for ponderosa pine of the Southwestern U.S. The Nature Conservancy, Tucson, AZ. 43 pp.

Smith, E. 2006c. Historical range of variation and state and transition modeling of historical and current landscape conditions for spruce-fir of the Southwestern U.S. The Nature Conservancy, Tucson, AZ. 37 pp.

Society for Ecological Restoration [SER]. 2004. The SER international primer on ecological restoration. Society for Ecological Restoration International, Science & Policy Working Group, Washington, DC.

Spittlehouse, D.L.; Stewart, R.B. 2003. Adaptation to climate change in forest management. Journal of Ecosystems and Management 4(1).

Spracklen, D.V.; Mickley, L.J.; Logan, J. A.; Hudman, R.C.; Yevich, R.; Flannigan, M.D.; Westerling, A.L. 2009. Impacts of climate change from 2000 to 2050 on wildfire activity and carbonaceous aerosol concentrations in the western United States. Journal of Geophysical Research 114:D20301.

Steele, R.; Arno, S.F.; Geier-Hayes, K. 1986. Wildfire patterns change in central Idaho's ponderosa pine-Douglas-fir forest. Western Journal of Applied Forestry 1(1):16-18.

Stephens, S.L.; Fry, D.L. 2005. Spatial distribution of regeneration patches in an old-growth *Pinus jeffrey*-mixed-conifer forest in northwestern Mexico. Journal of Vegetation Science 16(6):693-702.

Stephens, S.L.; Fry, D.L.; Franco-VizcaÍno, E. 2008. Wildfire and spatial patterns in forests in northwestern Mexico: The United States wishes it had similar fire problems. Ecology and Society 13: 10.

Stephens, S.L.; Moghaddas, J.J.; Edminster, C.; [and others]. 2009. Fire treatment effects on vegetation structure, fuels, and potential fire severity in western U.S. forests. Ecological Applications 19(2):305-320.

Stevens, R.E.; Hawksworth, F.G. 1984. Insect-dwarf mistletoe associations: An update. General Technical Report RM-GTR-111. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO:94-101.

Stratton, R.D. 2004. Assessing the effectiveness of landscape fuel treatments on fire growth and behavior. Journal of Forestry 102:32-40.

Strom, B.A.; Fulé, P.Z. 2007. Pre-wildfire fuel treatments affect long-term ponderosa pine forest dynamics. International Journal of Wildland Fire 16:128-138.

Swetnam, T.W.; Allen, C.D.; Betancourt, J.L. 1999. Applied historical ecology: Using the past to manage for the future. Ecological Applications 9:1189-1206.

Swetnam, T.W.; Baisan, C.H. 1996. Historical fire regime patterns in the southwestern United States since AD 1700. Pp. 11-32 in C.D. Allen (ed.). 2nd La Mesa Fire Symposium; Los Alamos, NM. General Technical Report RM-GTR-286. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 216 pp.

Swetnam, T.W.; Betancourt, J.L. 1990. Fire-southern oscillation relations in the southwestern United States. Science 249:1017-1020.

Swetnam, T.W.; Dieterich, J.H. 1985. Fire history of ponderosa pine forests in the Gila Wilderness, New Mexico. Pp. 390-397 in J. Lotan, B.M. Kilgore, W.C. Fischer, and R.W. Mutch (tech. co-ords.). Proceedings, Symposium and Workshop on Wilderness Fire, Missoula, MT. General Technical Report INT-GTR-182. U.S. Department of Agriculture, Forest Service, Intermountain Research Station, Ogden, UT. 434 pp.

Tainter, F.H.; Baker, F.A. 1996. Principles of Forest Pathology. New York, NY: John Wiley & Sons, Inc.

Taylor, A.H. 2010. Fire disturbance and forest structure in an old-growth *Pinus ponderosa* forest, southern Cascades, USA. Journal of Vegetation Science 21(3):561-572.

Taylor, A.H.; Skinner, C.N. 2003. Spatial patterns and controls on historical fire regimes and forest structure in the Klamath Mountains. Ecological Application 13(3):704-719.

Thaxton, J.M.; Platt, W.J. 2006. Small-scale fuel variation alters fire intensity and shrub abundance in a pine savanna. Ecology 87(5):1331-1337.

Touchan, R.; Allen, C.D.; Swetnam, T.W. 1996. Fire history and climatic patterns in ponderosa pine and mixed-conifer forests of the Jemez Mountains, northern New Mexico. Pp. 179-195 C.D. Allen (tech. ed.). Fire Effects in Southwestern Forests: Proceedings of the Second La Mesa Fire Symposium. General Technical Report RM-GTR-286. U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. 216 pp.

Triepke, F.J.; Higgins, B.J.; Weisz, R.N.; Youtz, J.A.; Nicolet, T. 2011. Diameter caps and forest restoration: Evaluation of a 16-inch cut limit on achieving desired conditions. Forestry Report FR-R3-16-3. U.S. Department of Agriculture, Forest Service, Southwestern Region, Regional Office, Albuquerque, NM. 31 pp.

Troendle, C.A. 1983. The potential for water yield augmentation from forest management in the Rocky Mountain region. Water Resource Bulletin 19:359-373.

Turner, M.G. 1989. Landscape ecology: The effect of pattern on process. Annual Review of Ecology and Systematics 20:171-197.

USDA Forest Service. 1990. Silvics of North America, Volume 1, Conifers. Agriculture Handbook 654. Washington D.C. 675 pp.

USDA Forest Service. 1997. Plant associations of Arizona and New Mexico. Vol. 1, 3rd ed. U.S. Department of Agriculture, Forest Service, Southwestern Region, Albuquerque, NM. 291 pp.

USDA Forest Service. 2004. Forest insect and disease conditions in the Southwestern Region, 2003. Report R3-04-02. U.S. Department of Agriculture, Forest Service, Southwestern Region, Albuquerque, NM. 34 pp.

USDA Forest Service. 2012. Forest insect and disease conditions in the Southwestern Region, 2011. Report R3-16-8. U.S. Department of Agriculture, Forest Service, Southwestern Region, Albuquerque, NM. 43 pp.

van der Heijden, M.G.A.; Klironomos, J.N.; Ursic, M.; Moutoglis, P.; Streitwolf-Engel, R.; Boller, T.; Wiemken, A.; Sanders, I.R. 1998. Mycorrhizal fungal diversity determines plant biodiversity, ecosystem variability and productivity. Nature 396:69-72.

Van Wagner, C.E. 1977. Conditions for the start and spread of crown fire. Canadian Journal of Forest Research 7:23-34.

Van Wagner, C.E. 1993. Prediction of crown fire behavior in two stands of jack pine. Canadian Journal of Forest Research 23:442-449.

Villa-Castillo, J.; Wagner, M.R. 2002. Ground beetle (*Coleoptera: Carabidae*) species assemblage as an indicator of forest condition in northern Arizona ponderosa pine forests. Environmental Entomology 31(2):242-252.

Von Schrenck, H. 1903. The “bluing” and the “red rot” of the western yellow pine, with special reference to the Black Hills Forest Reserve. Bulletin 36. U.S. Department of Agriculture, Bureau of Plant Industry, Washington, DC. 40 pp.

Wagner, M.R.; Block, W.M.; Geils, B.W.; Wenger, K.F. 2000. Restoration ecology: A new forest management paradigm, or another merit badge for foresters? Journal of Forestry 98(10):22-27.

Walters, C.J. 1986. Adaptive Management of Renewable Resources. New York, NY: Macmillan Publishers.

Waltz, A.E.M.; Covington, W.W. 2003. Ecological restoration treatments increase butterfly richness and abundance: Mechanisms of response. Restoration Ecology 12:85-96.

Waltz, A.E.M.; Fulé, P.Z. 1998. Changes in ponderosa pine forests of the Mt. Logan Wilderness. Paper on file at Northern Arizona University. Northern Arizona University, Flagstaff, AZ.

Watson, J.W.; Hayes, D.W.; Finn, S.P.; Meehan-Martin, P. 1998. Prey of breeding goshawks in Washington. Journal of Raptor Research 32:297-305.

Weaver, H. 1951. Fire as an ecological factor in southwestern ponderosa pine forests. Journal of Forestry 49:93-98.

West, N.E. 1969. Tree patterns in central Oregon ponderosa pine forests. American Midland Naturalist 81:584-590.

Westerling, A.L.; Hidalgo, H.G.; Cayan, D.R.; Swetnam, T.W. 2006. Warming and earlier spring increase western US forest wildfire activity. Science 313(5789):940-943.

Wheeler, G.M. (ed.). 1875. Annual report upon the geographical explorations and surveys west of the one hundredth meridian in California, Nevada, Nebraska, Utah, Arizona, Colorado, New Mexico, Wyoming, and Montana: Appendix LL of the annual report of the Chief of Engineers for 1875. Washington Government Printing Office, Washington, DC. 196 pp.

White, A.S. 1985. Presettlement regeneration patterns in a Southwestern ponderosa pine stand. Ecology 66:589-594.

White, M.A.; Vankat, J.L. 1993. Middle and high elevation coniferous forest communities of the North Rim region of the Grand Canyon National Park, Arizona, USA. Vegetatio 109:161-174.

Wickman, B.E. 1963. Mortality and growth reduction of white fir following defoliation by the Douglas-fir tussock moth. Research Paper PSW-RP-7. U.S. Department of Agriculture, Forest Service, Pacific Southwest Forest & Range Experimental Station, Berkeley, CA. 15 pp.

Wightman, C.S.; Germaine, S.S. 2006. Forest stand characteristics altered by restoration affect western bluebird habitat quality. Restoration Ecology 14(4):653-661.

Williams, B.K.; Szaro, R.C.; Shapiro, C.D. 2009. Adaptive management: The U.S. Department of the Interior technical guide. U.S. Department of the Interior, Adaptive Management Working Group, Washington, DC. 72 pp.

Williams, M.A.; Baker, W.L. 2011. Testing the accuracy of new methods for reconstructing historical



FS-004377

structure of forest landscapes using GLO survey data. Ecological Monographs 81:63-88.

Williams, M.A.; Baker, W.L. 2012. Spatially extensive reconstructions show variable-severity fire and heterogeneous structure in historical western United States dry forests. Global Ecology and Biogeography 21(10):1042-1052.

Winthers, E.; Fallon, D.; Haglund, J.; [and others]. 2005.Terrestrial ecological unit inventory technical guide. General Technical Report WO-68. U.S. Department of Agriculture, Forest Service, Ecosystem Management Coordination, Washington, DC. 245 pp.

Wood, R.E. 1983. Mortality caused by root diseases and associated pests on six National Forests in Arizona and New Mexico. Report R3-83-13. U.S. Department of Agriculture, Forest Service, Southwestern Region, Forest Pest Management, Albuquerque, NM. 31 p.

Woodall, C.W. 2000. The growth and structural dynamics of uneven-aged ponderosa pine stands in eastern Montana. Dissertation, University of Montana, College of Forestry and Conservation, Missoula, MT.

Woolsey, T.S., Jr. 1911. Western yellow pine in Arizona and New Mexico. U.S. Department of Agriculture, Forest Service Bulletin 101. Government Printing Office, Washington, DC. 64 pp.

York, R.A.; Heald, R.C.; Battles, J.J.; York, J.D. 2004. Group selection management in conifer forests: Relationship between opening size and tree growth. Canadian Journal of Forest Research 34:630-641.

Youngblood, A.; Max, T.; Coe, K. 2004. Stand structure in eastside old-growth ponderosa pine forests of Oregon and northern California. Forest Ecology and Management 119:191-217.

Youtz, J.A.; Vandendrieshe, D. 2012. Long-term sustained yield projections for Southwestern Region national forests planning. Unpublished report on file with the Southwestern Region USDA Forest Service, Albuquerque, NM.

# Glossary

**Age class** is defined as trees that originated within a relatively distinct range of years. Typically, the range of years is considered to fall within 20 percent of the average maturity (e.g., if 100 years is required to reach maturity, then there would be five 20-year age classes) (Helms 1998).

**Basal area** is the cross-sectional area of all stems of a species or all stems in a stand measured at breast height (4.5 ft above the ground) and expressed per unit of land area.

**Biodiversity** is the variety and abundance of life forms, processes, functions, and structures of plants, animals, and other living organisms, including the relative complexity of species in communities, gene pools, and ecosystems at spatial scales from local to regional to global (Helms 1998).

**Canopy cover** (*see* forest canopy cover)

**Canopy fuels** are all burnable materials, including live and dead foliage, lichen, stems, and branch wood located in the forest canopy.

**Characteristic (natural)** conditions (e.g., vegetation composition and structure), processes (e.g., disturbance regimes), and functions (e.g., habitat, biodiversity, and food webs) of a forest type that are present under the natural range of variability.

**Clump** refers to (1) the aggregate of stems issuing from the same root, rhizome system, or stool; or (2) an isolated generally dense group of trees (Helms 1998). A clump is relatively isolated from other clumps or trees within a group of trees, but a stand-alone clump of trees can function as a tree group or a single structure (Fig. 4).

**Coarse woody debris** is dead woody material on the ground greater than 3 inches in diameter, including logs (Figs. 12 and 13).

**Composition** is the array of species present in an ecosystem. In forestry, this term often refers to the proportion of each tree species in a stand expressed as a percentage of the total number, basal area, or volume of all tree species in the stand (Helms 1998).

**Diameter at breast height (DBH)** is the diameter of a tree typically measured at 4.5 ft above ground level.

**Disturbance (characteristic and uncharacteristic):** Any relatively discrete event in time that disrupts ecosystems, communities, or population structure and changes resources, substrate availability, or the physical environment (Helms 1998). Characteristic disturbances are those whose extent, frequency, and severity fall within the natural range of variability. Uncharacteristic disturbances are outside the natural range of variability and interrupt characteristic processes and functions.

**Dry mixed-conifer forests** occupy the warmer and drier sites between elevations of 5000 and 10,000 ft and are characterized by a relatively frequent historic fire regime (<35 years fire return interval), resulting in surface fire and infrequently, mixed-severity fire effects. This forest type is typically dominated by shade-intolerant species such as ponderosa pine, with minor association of aspen, Douglas-fir, and Southwestern white pine during early seral stages. More shade-tolerant conifers such as Douglas-fir, white fir, and blue spruce are dominant at climax stages. In the Southwestern United States, this type is primarily described by the Society of American Foresters cover types interior Douglas-fir and white fir.

**Ecological (ecosystem) health** (*see* forest health)

**Ecological restoration** is the process of assisting the recovery of an ecosystem that has been degraded, damaged, or destroyed. Restoration initiates or accelerates ecosystem recovery with respect to its health (productivity), processes, and functions (biodiversity, food webs, and sustainability) (adapted from SER 2004).

**Ecosystem integrity** is the state or condition of an ecosystem that displays the biodiversity characteristic of the reference, such as species composition and community structure, and is fully capable of sustaining normal ecosystem functioning (SER 2004).

**Ecosystem resiliency** is the ability of an ecosystem to absorb and recover from disturbances without altering its inherent functions (SER 2004).

**Ecosystem services** are the benefits people obtain from ecosystems, including provisioning services such as food and water; regulating services such as flood and disease control; cultural services such as spiritual, recreational, and cultural benefits; and supporting services such as nutrient cycling, that maintain the conditions for life on Earth (Millennium Ecosystem Assessment 2005).


FS-004379

**Ecosystem stability** is the ability of an ecosystem to maintain its given trajectory (SER 2004).

**Ecosystem sustainability** is the capacity of ecosystems to maintain ecosystem services in perpetuity without degradation of its productivity and function at all scales. For example, in the context of our restoration framework, sustainability results in maintaining the key elements in space and time.

**Even-aged forests** are forests that are comprised of one or two distinct age classes of trees.

**Evolutionary environment** refers to the range of abiotic and biotic conditions that have exerted selection pressure on and are critical to the survival of species or groups of species (Kalies and others 2012; Moore and others 1999).

**Fine fuels** are fast-drying dead or live fuels, generally characterized by a comparatively high surface area-to-volume ratio, that are less than 0.25 inch in diameter and have a time-lag of one hour or less. These fuels (grass, leaves, needles, etc.) ignite readily and are consumed rapidly by fire when dry (NWCG 2012).

**Fire regime** refers to the patterns of fire occurrences, frequency, size, severity, and sometimes vegetation and fire effects in a given area or ecosystem. A fire regime is a generalization based on fire histories at individual sites (McPherson and others 1990).

**Fire return interval** is the number of years between two successive fires in a specified area (McPherson and others 1990).

**Forest canopy cover** is the proportion of ground or water covered by a vertical projection of the outermost perimeter of tree canopies, regardless of tree spatial arrangement.

**Forest health** is the state or condition of forest ecosystems in which its attributes (i.e., productivity) are expressed within "normal" ranges of activity relative to its ecological stage of development. A restored ecosystem expresses health if it functions normally relative to its reference ecosystem (adapted from SER 2004).

**Frameworks** provide a set of assumptions, concepts, values, and practices that constitute a way of viewing reality (American Heritage Dictionary 2011).

**Free thinning** is the removal of trees to control stand spacing and favor desired trees using a combination of thinning criteria without regard to crown position (Helms 1998).

**Frequent-fire forests** are forests with fire regime 1, those forests with fire frequency <35 years (Schmidt and others 2002).

**Functions (ecological functions)** are the outcomes of ecosystem components and processes (e.g., interactions within and among species). Examples include primary and secondary production and mutualistic relationships. Ecosystem functions are broadly categorized as regulation functions, habitat functions, production functions (e.g., genetic and medicinal resources), and information functions (e.g., spiritual and historic information) (De Groot and others 2002).

**Group** refers to a cluster of two or more trees with interlocking or nearly interlocking crowns (Fig. 4 and 12) at maturity surrounded by grass-forb-shrub interspaces (Fig. 8). Size of tree groups is typically variable depending on forest type and site conditions and can range from fractions of an acre (i.e., a two-tree group), such as in ponderosa pine or dry mixed-conifer forests, to many acres, as is common in wet mixed-conifer and spruce fir forests. Trees within groups are typically non-uniformly spaced, some of which may be tightly clumped.

**Group cutting (selection)** is the removed of small groups of trees to establish of new age classes (Helms 1998).

**Improvement harvests** involve the removal of poorly formed or low-vigor trees to improve stand productivity and/or quality (Helms 1998).

**Interspaces** are areas not currently under the vertical projection of the outermost perimeter of tree canopies (Fig. 8). They are generally composed of grass-forb-shrub communities but could also be areas with scattered rock or exposed mineral soil. Interspaces do not include meadows, grasslands, rock outcroppings, and wetlands (i.e., exclusions adjacent to and sometimes within forested landscapes).

**Leave trees or snags** (*see* residual (leave) trees or snags)

**Matrix** refers to the background cover type of an area. In frequent-fire forests, grass-forb-shrub communities form the background matrix upon which tree groups and individual trees are spatially arranged. It is the most extensive and connected landscape element that plays the dominant role in landscape

functioning. The expression of this matrix between tree groups and individual trees is referred to as interspace. The location of tree groups and individual trees on the matrix and the proportion of patches represented by the matrix will change over time due to disturbance.

**Mixed-severity fire** regimes are characterized by closely juxtaposed forest patches affected by low- and high-severity burning (Fulé and others 2003).

**Natural (historical, characteristic) range of variation** describes the variability of ecological conditions (e.g., reference compositional and structural conditions) and the spatial and temporal variation in these conditions during a period of time specified to represent characteristic conditions (i.e., conditions relatively unaffected by people) for an ecosystem in a specific geographical area (Kaufmann and others 1994; Landres and others 1999).

**Old growth** in Southwestern forested ecosystems is defined differently than the traditional definition based on Northwestern infrequent-fire forests. Due to large differences among Southwest forest types and their characteristic disturbances, old growth forests vary extensively in tree size, age classes, presence and abundance of structural elements, stability, and presence of understory. Important structural features of old growth in frequent-fire forests are large trees, old trees, age variability, snags, large dead and downed fuels, and between-patch structural variability (Fig. 9 and Table 10) (Kaufmann and others 2007).

**Openness** is estimated as the inverse of forest canopy cover for a given area. For example, a forest with 70 percent canopy cover would have openness of 30 percent.

**Patches** are areas larger than tree groups in which the vegetation composition and structure are relatively homogeneous (sensu Forman 1995). Patches can be composed of randomly arranged trees or multiple tree groups, and they can be even-aged or uneven-aged. Patches comprise the mid-scale, ranging in size from 10-1000 acres. Patches and stands are roughly synonymous.

**Pattern** (*see* spatial pattern)

**Plant associations** are plant community types based on land management potential, successional patterns, and species composition (Helms 1998).

**Ponderosa pine forests** are widespread in the Southwest occurring at elevations ranging from 6000-7500 ft and occupying warmer and drier sites within the montane forest life zone. These forests are characterized by a relatively frequent historic fire regime resulting in surface fire effects. Ponderosa pine is the dominant tree species in this forest type, but other tree species may be present, including Gambel oak, pinyon pine, and juniper species. This forest type often has a shrubby understory mixed with grasses and forbs but sometimes occurs as savannah with extensive grasslands interspersed between widely spaced clumps or individual trees. The ponderosa pine type is distinguished from dry mixed-conifer types by the plant community successional stages. The ponderosa pine forest type is dominated at all successional stages from seral to climax by ponderosa pine. Ponderosa pine often dominates early seral stages of dry mixed-conifer forests also, but these types are not considered to be ponderosa pine forest types because the climax species composition is dominated by other conifer species or ponderosa pine in mixtures with other conifer species.

**Processes (ecological processes)** are the dynamic attributes of ecosystems in terms of matter and energy, including interactions among organisms and interactions between organisms and their environment (De Groot and others 2002; SER 2004). Examples of processes are: evolution, fire and insect disturbances, photosynthesis, seed dispersal, decomposition, and soil formation.

**Reference conditions** are conditions existing prior to the suppression or exclusion of the primary processes and mechanisms influencing a system along a natural trajectory (sensu Kaufmann and others 1994). The reference can consist of one or several specified locations that contain model ecosystems, a written description, or a combination of both. Information collected on the reference includes both biotic and abiotic components (SER 2004)

**Regeneration sites** are tree-free areas created by group cutting for the purpose of establishing tree regeneration.

**Residual (leave) trees or snags** are those remaining after an intermediate or partial cutting of a stand (Helms 1998).

**Resilience** (*see* ecological resiliency)

**Resiliency** (*see* ecological resiliency)

**Restoration** (*see* ecological restoration)

**Sanitation harvests** involve the removal of trees to improve stand health by stopping or reducing the actual or anticipated spread of insects and disease (Helms 1998).

**Safe zones (fire-free zones)** are microsites where seedlings can establish and grow above the lethal flaming zone. Safe zones can be created by fire, such as the ash bed of a consumed log.

**Single tree selection cutting** is removal of individual trees of all size classes more or less uniformly throughout the stand to promote growth of remaining trees and to provide space for regeneration (Helms 1998).

**Site index** is an indicator of site quality expressed in terms of the average height of trees (defined as a certain number of dominants, codominants, or the largest and tallest trees per unit area) of a given species at a specified index or base age (Helms 1998).

**Snags** are standing dead or partially dead trees (snag-topped), often missing many or all limbs. They provide essential wildlife habitat for many species and are important for forest ecosystem function (Fig. 12).

**Spatial pattern** is the spatial arrangement of elements at the fine-, mid-, and landscape-scales that determine the function of a landscape as an ecological system (adapted from Helms 1998).

**Stand density index** is a widely used measure that expresses relative stand density based on some standard condition such as the relationship of number of trees to the stand quadratic mean diameter (Helms 1998) or the biological maximum density for a specific species (Long 1985).

**Stands** are areas in which the biophysical site conditions and the vegetation composition and structure are relatively homogeneous. Stands comprise the mid-scale, thus ranging in size from 100-1000 acres. Stands and patches are roughly synonymous

**Structure** is the physiognomy or architecture of an ecosystem with respect to the density, horizontal stratification, spatial pattern, and frequency distribution of vegetation (i.e., overstory, understory, etc.) size, age, and/or life form (adapted from SER 2004).

**Surface fuel** includes all fuels lying on or near the surface of the ground, consisting of leaf and needle litter, dead branch material, downed logs, bark, tree cones, and low stature living and dead plants (adapted from NWCG 2012).

**Sustainability** (*see* ecosystem sustainability)

**Uneven-aged forests** are forests that are comprised of three or more distinct age classes of trees, either intimately mixed or in small groups (Fig. 18) (Helms 1998).

# Appendix 1. Common and Scientific Names for Species Referenced in This Document.

| Common name | Scientific name |
|---|---|
| **Tree species** | |
| Arizona walnut | *Juglans major* |
| Arizona white oak | *Quercus arizonica* |
| Bigtooth maple | *Acer grandidentatum* |
| Blue spruce | *Picea pungens* |
| Bristlecone pine | *Pinus aristata* |
| Chihuahua pine | *Pinus leiophylla* |
| Corkbark fir | *Abies lasiocarpa* var. *arizonica* |
| Douglas-fir | *Pseudotsuga menziesii* var. *glauca* |
| Emory oak | *Quercus emoryi* |
| Evergreen oaks | *Quercus* spp. |
| Gambel oak | *Quercus gambelii* |
| Grey oak | *Quercus grisea* |
| Junipers | *Juniperus* spp. |
| Limber pine | *Pinus flexilis* |
| Pinyon pines | *Pinus* spp. |
| Ponderosa pine | *Pinus ponderosa* |
| Quaking aspen | *Populus tremuloides* |
| Silverleaf oak | *Quercus hypoleucoides* |
| Southwest white pine | *Pinus strobiformis* |
| Subalpine fir | *Abies lasiocarpa* |
| Two-needle pinyon | *Pinus edulis* |
| White fir | *Abies concolor* |
| **Shrub species** | |
| Big sagebrush | *Artemisia tridentata* |
| Black sagebrush | *Artemisia nova* |
| Ceanothus | *Ceanothus* spp. |
| Common juniper | *Juniperus communis* |
| Creeping barberry | *Mahonia repens* |
| Currant | *Ribes* spp. |
| Kinnikinnik | *Arctostaphylos uva-ursi* |
| Manzanita | *Arctostaphylos* spp. |
| Mountain mahogany | *Cercocarpus montanus* |
| Mountain ninebark | *Physocarpus monogynus* |
| Mountain snowberry | *Symphoricarpos oreophilus* |
| Netleaf oak | *Quercus rugosa* |
| New Mexico locust | *Robinia neomexicana* |
| Pointleaf manzanita | *Arctostaphylos pungens* |
| Rockspirea | *Holodiscus dumosus* |
| Shrub live oak | *Quercus turbinella* |

| | |
|---|---|
| Stansbury cliffrose | *Purshia stansburiana* |
| Sumac | *Rhus* spp. |
| Wavyleaf oak | *Quercus undulata* |
| **Grass and sedge species** | |
| Arizona fescue | *Festuca arizonica* |
| Blue grama | *Bouteloua gracilis* |
| Dryspike sedge | *Carex siccata* |
| Fringed brome | *Bromus ciliatus* |
| Indian ricegrass | *Achnatherum hymenoides* |
| Longtongue muhly | *Muhlenbergia longiligula* |
| Mountain muhly | *Muhlenbergia montana* |
| Muttongrass | *Poa fendleriana* |
| Parry's oatgrass | *Danthonia parryi* |
| Screwleaf muhly | *Muhlenbergia virescens* |
| **Forb species** | |
| Forest fleabane | *Erigeron eximius* |
| Nevada pea | *Lathyrus lanszwertii* |
| **Parasitic plant species** | |
| Douglas-fir dwarf mistletoe | *Arceuthobium douglasii* |
| Southwestern (Ponderosa pine) dwarf mistletoe | *Arceuthobium vaginatum* subsp. *cryptopodum* |
| **Fungus species** | |
| Armillaria root disease | *Armillaria* spp. |
| Black stain root disease | *Leptographium* spp. |
| **Insect species** | |
| Bark beetles | *Dendroctonus* spp. and *Ips* spp. |
| Douglas-fir tussock moth | *Orgyia pseudotsugata* |
| Roundheaded pine beetle | *Dendroctonus adjunctus* |
| Spruce budworm | *Choristoneura occidentalis* |
| **Mammal species** | |
| Ground squirrels | *Callospermophilus* spp. |
| Coyote | *Canis latrans* |
| Tassel-eared squirrel | *Sciurus aberti* |
| Hares | *Lepus* spp. |
| Bobcat | *Lynx rufus* |
| Rabbits | *Sylvilagus* spp. |
| **Bird species** | |
| Northern goshawk | *Accipiter gentilis* |
| Merriam's turkey | *Meleagris gallopavo* var. *merriami* |

# Appendix 2. Major Ponderosa Pine Forest Subtypes: (a) Ponderosa Pine/Bunchgrass, (b) Ponderosa Pine/Gambel Oak, (c) Ponderosa Pine/Evergreen Oak, and (d) Ponderosa Pine/Evergreen Shrub.



You may order additional copies of this publication by sending your mailing information in label form through one of the following media. Please specify the publication title and series number.

**Publishing Services**

**Telephone** (970) 498-1392
**FAX** (970) 498-1212
**E-mail** rschneider@fs.fed.us
**Website** http://www.fs.fed.us/rm/publications
**Mailing address** Publications Distribution
Rocky Mountain Research Station
240 West Prospect Road
Fort Collins, CO 80526

# Rocky Mountain Research Station

The Rocky Mountain Research Station develops scientific information and technology to improve management, protection, and use of the forests and rangelands. Research is designed to meet the needs of the National Forest managers, Federal and State agencies, public and private organizations, academic institutions, industry, and individuals. Studies accelerate solutions to problems involving ecosystems, range, forests, water, recreation, fire, resource inventory, land reclamation, community sustainability, forest engineering technology, multiple use economics, wildlife and fish habitat, and forest insects and diseases. Studies are conducted cooperatively, and applications may be found worldwide. For more information, please visit the RMRS web site at: www.fs.fed.us/rmrs.

**Station Headquarters**
Rocky Mountain Research Station
240 W Prospect Road
Fort Collins, CO 80526
(970) 498-1100

**Research Locations**

| | |
|---|---|
| Flagstaff, Arizona | Reno, Nevada |
| Fort Collins, Colorado | Albuquerque, New Mexico |
| Boise, Idaho | Rapid City, South Dakota |
| Moscow, Idaho | Logan, Utah |
| Bozeman, Montana | Ogden, Utah |
| Missoula, Montana | Provo, Utah |

The U.S. Department of Agriculture (USDA) prohibits discrimination against its customers, employees, and applicants for employment on the bases of race, color, national origin, age, disability, sex, gender identity, religion, reprisal, and where applicable, political beliefs, marital status, familial or parental status, sexual orientation, or all or part of an individual's income is derived from any public assistance program, or protected genetic information in employment or in any program or activity conducted or funded by the Department. (Not all prohibited bases will apply to all programs and/or employment activities.) For more information, please visit the USDA web site at: www.usda.gov and click on the Non-Discrimination Statement link at the bottom of that page.

Federal Recycling Program Printed on Recycled Paper

To learn more about RMRS publications or search our online titles:

**www.fs.fed.us/rm/publications**

**www.treesearch.fs.fed.us**

*fire*

MDPI

*Article*

# Historical Fire Regimes in Ponderosa Pine and Mixed-Conifer Landscapes of the San Juan Mountains, Colorado, USA, from Multiple Sources

**William L. Baker**

Program in Ecology/Department of Geography, University of Wyoming, Laramie, WY 82071, USA; bakerwl@uwyo.edu

Received: 28 May 2018; Accepted: 7 July 2018; Published: 9 July 2018

check for updates

**Abstract:** Reconstructing historical fire regimes is difficult at the landscape scale, but essential to determine whether modern fires are unnaturally severe. I synthesized evidence across 725,000 ha of montane forests in the San Juan Mountains, Colorado, from forest atlases, forest-reserve reports, fire-scar studies, early reports, and newspaper accounts. Atlases mapped moderate- to high-severity fires during 1850–1909 (~60 years), and 86% of atlas area was attributable to 24 fire years. Historical fire rotations from atlases were mostly 225–360 years for high-severity fires and 133–185 years for moderate- to high-severity fires. Historical low-severity fire from tree-ring data at 33 sites revealed a median fire rotation of 31 years in ponderosa pine, 78 years in dry mixed-conifer, and 113 years in moist mixed-conifer forests. Only 15% of montane sites had "frequent-fire" forests with fire rotations <25 years that kept understory fuels at low levels. Moderate- to high-severity fire rotations were long enough to enable old-growth forests, but short enough to foster heterogeneous landscapes with expanses of recovering forests and openings. About 38–39% is still recovering from the 1850–1909 fires. Large, infrequent severe fires historically enhanced resilience to subsequent beetle outbreaks, droughts, and fires, but have burned at lower rates in the last few decades.

**Keywords:** wildfires; megafires; high-severity fires; frequent fire; historical fires; fire regimes; forest atlases; San Juan Mountains; Colorado; USA

---

## 1. Introduction

Evidence about historical fire across large landscapes is needed even though climatic change is shifting fire regimes. It is essential to accurately characterize and model historical variability to be able to correctly parse the climatic-change component of recent fire rates and patterns [1]. Historical fire also remains relevant as a guide for restoration. Research on historical ponderosa pine and mixed-conifer landscapes of the montane zone in the San Juan Mountains, Colorado, USA, was based on limited landscape-scale evidence, as this evidence was simply unavailable.

Limited landscape-scale evidence is not unusual for montane forests, but this leaves an incomplete and possibly biased perspective on historical fire regimes. The problem is that tree-ring reconstructions, the main source of evidence about historical fire regimes, are difficult to execute at scales exceeding ~10,000 ha. In the San Juan Mountains, only two fire-history studies have been able to reach scales of 7000–8000 ha [2,3] in a mountain range with >750,000 ha of montane forests. Tree-ring studies in smaller areas can provide invaluable, but potentially biased samples of large landscapes, particularly if focused in old forests to obtain long records of fire [4]. Old forests typically have persisted because they did not have intense wildfires that killed many trees, thus may inherently underestimate fire intensity in larger landscapes [4]. Probabilistic studies that used early aerial photographs, land-survey records, or systematic early records across large landscapes are relatively few. These have shown

that, where studied, historical montane landscapes in the western USA were much more diverse in forest structure, than shown by tree-ring studies, because of variable fire regimes that included some severe fires that killed many trees [5–7]. Thus, the key question addressed here, where spatially comprehensive, probabilistic evidence was until now not available, is whether historical fire regimes in the montane zone of the San Juan Mountains were also diverse and included large, severe fires? Evidence presented here shows that large, severe fires did also occur historically in ponderosa pine and mixed-conifer landscapes of this large mountain range.

I used a new source, historical forest atlases, with tree-ring reconstructions and corroboration by early documents, to reconstruct historical fire regimes across a large part of the montane landscapes of the San Juan Mountains, Colorado to add to a previous synthesis [8].

*Background on Sources for Reconstructing Montane Historical Fire Regimes in the San Juan Mountains*

How can multiple sources be used to reconstruct historical fires and fire severity across large landscapes? First, fires left surviving trees with fire scars that provide potential fire dates and estimates of rates of fire, particularly low-severity fires [4]. Studies typically reported mean/median intervals between fires in a composite list of fire dates found on any tree in a set of trees in a study site. These mean or median "composite fire intervals (CFIs)" [9] are based on counts of fires, a rough measure since fires vary substantially in area. Land managers need estimated area burned, not just counts. The key spatial estimator is the fire rotation, the expected time (in years) for fire to burn across a particular land area once, estimated by adding up areas burned by fires over some period of observation in a study area, then dividing the period by the fraction of the area burned [4,9]. Thus, if 20 fires together burned area equal to half a study area in 10 years, then the fire rotation was an estimated 20 years. From analysis of CFI studies spanning dry forests in the western United States, I found it possible to estimate low-severity fire rotations from CFIs using regression [4].

Second, some fire-scar studies also collected age-structure data, from trees, that allow reconstruction of fire severity, by showing, for example, whether fires had few survivors and were followed by pulses of tree regeneration [10]. Fire severity, effects on tree populations, is often characterized as low severity if ≤20% of the basal area of trees was killed, moderate severity if 20–70% was killed, and high severity if ≥70% was killed [11]. Stand-origin data, usually obtained by dating the largest trees, can be used to estimate when stands originated after high-severity fires [2].

Third, maps are available showing areas burned by fires in the late-1800s and early 1900s on some National Forests. Soon after creation of National Forests, in and after 1905, staff were tasked with completing maps [12], using surveyed plats, showing topographic contours, natural features (e.g., lakes, streams), and human uses (e.g., towns, railroads, timber claims). These were typically done in black and white at 1" to 1 mile (1:63,360) scale or better on 45.7 × 53.3 cm (18" × 21") sheets assembled in a "folio" for each forest [12]. Graves [13] reported that 190 folios and nearly all National Forests had been mapped. Some forests added color maps showing grasslands and shrublands, timber volume, fires, blowdowns, insect mortality, logging, and cultivation, a choice left to each forest [12]; most chose not to add this information. Maps were made in the field by plane table and compass surveys, using chaining to measure distances, often supplemented by prior topographic mapping. Mapping followed standards, including consistent coloring [12,13]. I used color 1908–1909 forest atlases for three forests (Montezuma, San Juan, and Rio Grande) in the southern 2/3 of the San Juan Mountains. The rest of the San Juan Mountains was not apparently mapped in color.

Fourth, prior to the establishment of most National Forests, a "forest-reserve" report was completed by government scientists that described the condition of the forests, including some assessment of fires, as well as human activities (e.g., logging, roads) in the forests. We used forest-reserve reports to assess historical fire and forest conditions in other parts of the Rocky Mountains [14]. I used the Dubois [15] forest-reserve report on the eastern part of the current San Juan National Forest and the southern Rio Grande National Forest and the Dubois [16] forest-reserve report on the Montezuma National Forest, now the western part of the current San Juan National Forest.

Fifth, an early report by Michelsen [17] provided maps of large fires in 1900 in Colorado, along with estimates of area burned by county and descriptions of some of the fires. Finally, miscellaneous early newspaper reports, forest histories, and other early documents corroborate some fires and describe some of their details.

## 2. Materials and Methods

### *2.1. Study Area*

The study area in the southern San Juan Mountains, Colorado contains six large watersheds over ~1.7 million ha, about 2/3 of the mountain range (Figure 1a). The study area is limited to this area, because forest atlases with fire information cover only these watersheds. In addition, fire-history data from tree rings are available only for five of these watersheds and only four have >1 site. The San Juan and Montezuma forest atlases are on the moister west side of the continental divide, and the Rio Grande forest atlas is on the drier east side.

Montane forests in the San Juan Mountains have often been classified into: (1) ponderosa pine forests primarily with *Pinus ponderosa* and few other tree species; (2) dry mixed-conifer forests that have abundant ponderosa pine, but also common other trees, including possibly white fir (*Abies concolor*), blue spruce (*Picea pungens*), Douglas-fir (*Pseudotsuga menziesii*), southwestern white pine (*Pinus strobiformis*), or quaking aspen (*Populus tremuloides*); and (3) moist mixed-conifer forests that have some or all the above trees, except ponderosa pine is rare to absent and some subalpine trees (e.g., *Picea engelmannii*) may also occur [8].

To limit the study approximately to historical ponderosa pine and mixed-conifer zones, I made digital maps of the three forest zones (Figure 1a) from current forests and then added some aspen forests, grasslands, and shrublands. I first obtained maps, in the form of ArcGIS geodatabases (ESRI, Inc., Redlands, California), of current vegetation from the San Juan ($n$ = 24,576 polygons) and Rio Grande ($n$ = 54,536 polygons) National Forests. I began by extracting records from the "LOCAL_TYPE" field in each map that provided classifications of polygons, from remote sensing and field surveys, as ponderosa pine forests (TPP-PP), dry mixed-conifer forests (TMC-WD), and moist mixed-conifer forests (TMC-CM), the focus of this study. Current quaking aspen forests were not assigned in LOCAL_TYPE to the three forest zones. To assign aspen forests to the three forest zones, I extracted records for aspen forests without conifers (TAA), aspen forests with conifers (TAA-SW), and spruce-fir forests (TSF). For the TAA-SW category, I reclassified records as: (a) TMC-WD if the next most abundant tree, given in other fields in the attribute table, was *Pinus ponderosa*, *Juniperus osteosperma*, or *Pinus edulis*; or (b) TMC-CM if the next most abundant tree was *Abies concolor*, *Picea pungens*, or *Pseudotsuga menziesii* and there was little or no *P. ponderosa*. I deleted other records in TAA-SW, which generally represented subalpine spruce-fir forests.

Since associated conifers were not available for the TAA records, but some of these aspen stands likely also occurred in dry mixed-conifer (TMC-WD), moist mixed-conifer (TMC-CM), or spruce-fir (TSF) forest zones, I roughly estimated which zone to assign to each TAA record. To do so, I first exported the attribute data and completed a simple linear discriminant analysis (LDA, [18]) of these three types in Minitab 18 (Minitab, Inc., State College, Pennsylvania), based on their elevation, aspect, and slope, which were in the attribute table. I did not separate the data into model-building and validation subsets, or test predictive accuracy, because this is only a rough approximation from environmental setting. This LDA for the San Juan National Forest, correctly classified 77.9% of 15,516 records in these three categories. I then applied this LDA to all the TAA records ($n$ = 2473), then kept records predicted as TMC-WD and TMC-CM and deleted all TSF. This procedure places records that represent seral, semi-persistent, or stable aspen [19], which cannot be discriminated with available compositional data, into its approximate mixed-conifer zone. I followed the same procedure for the Rio Grande National Forest map, where the LDA correctly classified 79.4% of the 16,308 records in these three categories. I again applied the LDA to all the TAA records ($n$ = 1970), then kept

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 90 of 579



records predicted as TMC-WD and TMC-CM and deleted all TSF. Both mountain grasslands, with *Festuca arizonica*, *F. thurberi* and other bunchgrasses, and mountain shrublands, with *Quercus gambelii*, *Amelanchier utahensis*, and other shrubs, could also in part have been forests in these zones in the historical period. There is substantial evidence that grasslands and shrublands can be created or renewed by severe forest fires in the Rocky Mountains [9]. I included those <2950 m elevation, in the ponderosa pine and mixed-conifer zones of the San Juan and <3140 m elevation on the Rio Grande. The resulting map is Figure 1a. These zones only delimit the extent of the area within which fires may have occurred that are likely within one of the current and historical montane forest zones.




**Figure 1.** (**a**) The full study area on the current San Juan and Rio Grande National Forests, Colorado, including their ponderosa pine, dry mixed-conifer, and moist mixed-conifer forest zones. The continental divide is between these forests. Watersheds are from left to right the Dolores, Animas and Mancos, Piedra and Florida, San Juan and Navajo, and Alamosa-La Jara-Conejos Rivers. The Rio Grande watershed is at the right and above these others. (**b**) The three atlas boundaries (black lines) and the fires (red) and woodlands (green) shown on the atlases within the area of ponderosa pine and mixed-conifer forests. Fires were likely mostly stand-replacing, and woodlands likely moderate- and high-severity fires, 1850–1909. Fire and woodland numbers are used in tables and text.

The two current national forests in the study area contain ponderosa pine and mixed-conifer zones covering about 725,000 ha, about 3/4 on the current San Juan National Forest (Table 1, Columns

1–3). Moist mixed conifer totaled most area, ponderosa pine intermediate, and dry mixed conifer the least. The San Juan part of the study area had almost all the shrublands and the Rio Grande had disproportionate grassland area. Shrublands and grasslands covered substantial area.

**Table 1.** Area of forests, shrublands and grasslands in the full study area and the atlas area (Columns 1–4), and the area of fires, woodlands, and total burned area, as well as rates of fire (Columns 5–11). Fire atlases show fire and woodland area from fires in forests over about the preceding 60 years, from 1850 to 1910.

| | | | | High Severity | | | | | Mod.-High Severity | |
|---|---|---|---|---|---|---|---|---|---|---|
| Modern Vegetation Types | Full Area (Figure 1a) | | Atlas Area (Figure 1b) | Fire Area | 1/2 Woodland Area | Total Burn Area | Fraction Burned | Fire Rotation | Fraction Burned [1] | Fire Rotation |
| | (ha) | (%) | (ha) | (ha) | (ha) | (ha) | | (years) | | (years) |
| *San Juan National Forest* | | | | | | | | | | |
| Grasslands | 73,509 | 13.6 | 48,847 | 277 | 9586 | 9863 | 0.20192 | 297 | 0.60008 | 100 |
| Shrublands | 118,302 | 21.9 | 73,257 | 263 | 14,965 | 15,228 | 0.20787 | 289 | 0.41215 | 146 |
| Ponderosa pine | 136,494 | 25.4 | 113,249 | 1201 | 17,785 | 18,986 | 0.16756 | 358 | 0.32469 | 185 |
| Dry mixed conifer | 75,690 | 14.0 | 66,853 | 2637 | 12,477 | 15,114 | 0.22608 | 265 | 0.41271 | 145 |
| Moist mixed conifer | 135,252 | 25.1 | 119,692 | 6714 | 21,568 | 28,282 | 0.23629 | 254 | 0.41649 | 144 |
| Total-San Juan | 539,247 | 100.0 | 421,898 | 11,092 | 76,381 | 87,473 | 0.20733 | 289 | 0.38836 | 154 |
| *Rio Grande National Forest* | | | | | | | | | | |
| Grasslands | 87,908 | 47.4 | 60,626 | 2385 | 7512 | 9897 | 0.16325 | 368 | 0.45040 | 133 |
| Shrublands | 907 | 0.5 | 414 | 20 | 52 | 72 | 0.17391 | 345 | 0.29952 | 200 |
| Ponderosa pine | 20,188 | 10.9 | 7175 | 125 | 251 | 376 | 0.05240 | 1145 | 0.08725 | 688 |
| Dry mixed conifer | 14,313 | 7.7 | 13,634 | 899 | 2170 | 3069 | 0.22510 | 267 | 0.38426 | 156 |
| Moist mixed conifer | 62,113 | 33.5 | 58,846 | 4962 | 10,774 | 15,736 | 0.26741 | 224 | 0.45050 | 133 |
| Total-Rio Grande | 185,429 | 100.0 | 140,695 | 8391 | 20,759 | 29,149 | 0.20718 | 289 | 0.35472 | 169 |
| Total-both forests | 724,676 | | 562,593 | 19,483 | 97,140 | 116,620 | 0.20729 | 289 | 0.37996 | 158 |

[1] Fraction burned in this case is the total area of woodlands, rather than half this area, plus fire area, divided by atlas area.

## *2.2. Moderate- to High-Severity Fires from Forest Atlases and Early Reports*

Forest atlases in the National Archives have been scanned and are available from several sources. I downloaded from the Biodiversity Heritage Library [20], the full folio of 17 maps published in 1908 for the Montezuma National Forest. I downloaded 15 available maps of 16 published in 1909 in the folio for the original San Juan National Forest. Map sheet #2 is missing from all archives; it may be missing in originals at the National Archives. I downloaded all 15 maps in the folio published in 1909 for the Rio Grande National Forest, only a part of the current forest; the northern part, the original Cochetopa National Forest, was done only in black and white without fire information. Similarly, atlases are available only in black and white for the Gunnison and Uncompahgre National Forests in the northern San Juans.

I georectified the scanned maps in ArcGIS 10.5 (ESRI, Redlands, California) using online U.S. Geological Survey (1:24,000 scale) topographic maps as the spatial reference, generally placing about 10–20 control points on each map sheet at section or township corners or distinct topographic features (e.g., mountain peaks and stream junctions). After rectification and mosaicking the maps in each forest, I used the ArcGIS measuring tool to measure the distance between the same feature at 30 points on the atlases and the topographic maps, then calculated the root mean square error (RMSE), a common

measure of mapping error. RMSE was 572 m for the Montezuma, 630 m for the San Juan, and 555 m for the Rio Grande. In contrast, Kulakowski et al. [21] obtained a 173 m RMSE after georectifying an 1898 smaller-scale map. Thus, the forest atlases used here are not very spatially accurate. I could see that peaks, for example, were at times within 100–200 m, but other times were >1000 m off, suggesting variable accuracy, likely a consequence of variable visibility for plane-table mapping in complex mountain terrain.

Fires and woodlands are the atlas features of interest (Figure 2a). Atlas fires lacked many unburned areas, and mapping categories indicated stages of recovery (Figure 2b), which imply high-severity fire removed most trees. These were likely primarily fires in forests, because fires in grasslands and shrublands recover within a few years [9], so that fires are no longer visible and mappable, whereas forest fires are visible and mappable for several decades after the fire because of standing dead and down wood. As shown later, mapped fires were from more than a few years prior to the 1908–1909 atlases. Atlas fires are also corroborated as stand-replacing fires in forests (very high-severity fires) in two cases. The Rio Grande atlas (Figure 3b) records a stand-replacing fire reconstructed and dated to 1876 by Margolis et al. [22] at Squaw Creek (Figure 3a). An 1898 photograph (Figure 3d) shows the southern part of an atlas fire (Figure 3c), the 1879 Lime Creek burn (Table S1), which appears to have burned as stand-replacing fire over ~1000 ha of ponderosa pine and mixed conifer. Atlas fires were likely mostly stand-replacing fires in forests (sensu [2,22]).




**Figure 2.** Digitizing the atlas evidence: (**a**) zoomed view of a woodland patch and a fire patch, showing the dots that demarcate the margin of the patches; and (**b**) part of a legend, showing timber volumes and post-fire recovery classes.

Woodlands are explained by Dubois in the Montezuma Forest-Reserve Report: "Woodland signifies all bodies of immature or worthless forest too large to be classed as brush or seedlings growth" [16] (p. 9). These are not woodlands in the modern sense, but instead mostly are burned areas with little timber. Dubois indicated that half of woodland area had very little timber volume: "Allowing an average stand of 3000 feet to the acre on the unburned commercial forest and 500 feet per acre on one-half of the woodland, which is conservative ... " [16] (p. 11). Dubois attributed this half of woodland area with almost no timber volume (only 500 feet/acre) to past severe fires:

> "It is safe to say that 50 per cent of the area classified as woodland has been run over and seriously damaged by fire .... These burns are in all stages, from areas covered with dead standing trees and down timber with no re-growth what so ever on the ground, such as the area at the head of Burnt Timber Creek in the La Plata, to large areas covered by stands of aspen of varying ages with a few scattering groups of conifers in mixture, such as are found on the hills on each side of the main Dolores along which runs the railroad". ([16]; p. 21).

Similarly, in the Cochetopa Forest-Reserve Report on the northern part of the current Rio Grande National Forest, just north of my study area, Hatton ([23]; p. 19) further explained: "Woodlands. Under this head are included lands which for the most part have been burned over and have since come up to lodgepole pine [*Pinus contorta*] or aspen" and "Burned-over forest lands [equivalent to atlas fires in the San Juan and Rio Grande forest-reserve reports] comprise the more recent burns, and differ from woodlands in that there is little or no reproduction to date. In time these areas will probably come under the head of woodlands".




**Figure 3.** Examples of two mapped atlas fires, showing they were stand-replacing fires (very high severity): (**a**) an 1876 fire dated by Margolis et al. [22] at Squaw Creek on the Rio Grande National Forest, © Canadian Science Publishing or its licensors; (**b**) the Rio Grande Forest Atlas representation of this fire, which appears to have extended over a larger area than the stand-replacing aspen focal area of the Margolis et al. study; (**c**) the 1909 San Juan Forest Atlas representation of the southern part of the 1879 Lime Creek Burn, which burned >1814 ha of ponderosa pine and mixed-conifer forests; and (**d**) about 1000 ha of this area in the southern part of the 1879 Lime Creek Burn, 19 years after the fire, photographed by Charles Whitman Cross, No. 370, original caption: "Potato Hill and slopes of West Needle Mountains from hill west of the mouth of Cascade Creek. Engineer Mountain quadrangle, San Juan County, Colorado. 1898" from the U.S. Geological Survey Denver Library Photographic Collection.

Half of woodlands thus represent high-severity fires that had a few more survivors than in the more stand-replacing atlas fires, or were older stand-replacing high-severity fires that had more post-fire regeneration by the time of mapping. The second half of woodlands more likely burned at

moderate severity, given this half also was "immature or worthless forest too large to be classed as brush or seedlings growth" ([16]; p. 9). This second half had >500 feet to the acre of timber volume, but not much more, as the next category was "Less than 2000 B.F. per acre" (Figure 2b). Early reports, reviewed in Section 3.1, corroborate this half was also burned. Hatton's quote above also indicates woodlands, including this second half, were mostly burned. Moderate- rather than low-severity fires are indicated by low timber volume in this second half, as low-severity fires do not keep timber volume so low. Low-severity fires likely spread between some mapped patches.

Some small parts of this second half of woodlands could also represent forests on naturally unproductive sites or from logging. At high elevations, some patchy treeline forests in mapped woodlands may not indicate preceding moderate-severity fires, nor may some very dry low-density woodlands, possible anywhere, but especially on the Rio Grande side. Woodlands were not described as from logging [15,16]. Moreover, "cuttings" are a separate category in atlas legends and are mapped elsewhere, but not adjacent to, or within woodland areas. Some woodlands could possibly have resulted from railroad logging in the Pagosa Springs area (Figure 4a), the main area on the San Juan side described in 1903 as having logging [15]. Some railroad logging had also begun east of Dolores (Figure 4b) in 1907–1914 [24]. Tracks were laid during 1899–1900 from Pagosa Junction to Pagosa Springs and from Edith to southeast of Pagosa Springs (Figure 4a) during 1902–1904 [18]. Logging began quickly, with sawmills at Edith, Chromo, Pagosa Junction, and Dyke, and was done or well underway by the time of the atlases. It is unclear how far from the tracks logging occurred. The government restricted cutting to the immediate vicinity of the right-of-way, but timber companies assumed they could cut any timber reachable by spurs or by horse or oxen [25]. Routes avoided woodlands in several areas (Figure 4a), clearly targeting larger timber, and later railroad logging north of Dolores (1924 to 1948) avoided most woodlands (Figure 4b), corroborating they had little timber to log. In the area north and east of Dolores, timber claims were mapped only among larger timber later railroad logged, not within woodlands. Claims scattered within woodland areas near Pagosa Springs were mostly homestead claims, with few timber claims. Logging on the Rio Grande side primarily selected Douglas-fir for ties on the South Fork of the Rio Grande [15], likely not reducing timber volume to low levels. Thus, this second half of woodlands was likely mostly from moderate-severity fires, occasionally from environmental limitations, but seldom from logging.




**Figure 4.** Logging railroads through ponderosa pine and mixed-conifer landscapes in: (**a**) the area near and south of Pagosa Springs; and (**b**) the area north and east of Dolores. Woodlands are shown in green. Railroad locations were digitized from maps in Ormes [24] and Chappell [25], and from online U.S. Geological Survey topographic maps that may show old railroad grades.

Using the georectified forest-atlas mosaics as the backdrop, I zoomed in on screen and hand digitized the boundaries of each atlas fire or woodland polygon, following dots used to demarcate feature boundaries (Figure 2a). Fires are identified in map legends by vertical cross-hatched lines (Figure 2b) and woodlands by light green shading (Figure 2a). The resulting digitized fires and woodlands are available (Data S1). The georectified forest-atlas mosaics are also available (Data S2).

In analyzing the forest-atlas data, I restricted analysis of fires and woodlands to the area of ponderosa and mixed-conifer forests, inside the six watersheds in the San Juan Mountains, that was also within area covered by the atlases (Figure 1b). On the San Juan side, the full area of ponderosa pine and mixed-conifer forests was 539,247 ha, but the atlases covered 421,898 ha (78%). On the Rio Grande side, the full area of ponderosa pine and mixed-conifer forests was 185,429 ha, but the atlas covered 140,695 ha (76%). Total atlas area in the ponderosa and mixed-conifer zones was 562,593 ha (78%) of the 724,593 ha in the full area of ponderosa and mixed conifer (Table 1, Columns 1–4). I used ArcGIS to analyze atlas areas and atlas fires and woodlands (Figure 1b) within the ponderosa pine, dry mixed-conifer, and moist mixed-conifer zones (Figure 1a) of the study area.

I used tree-ring studies and early records to corroborate atlas fires and the extent to which woodlands represented fires and particular fire years. The 1700–1909 period, most likely the later part of it, likely includes the historical period in which I hypothesized that atlas fires and woodlands were most likely to successfully detect fires, since evidence of fire disappears over time. A key question is: to what extent and how far back were dated or recorded moderate- to high-severity fires in this period actually recorded as fires or woodlands in the atlases? I analyzed this by counting fires, known from tree-ring studies and early records (Table S1), that were correctly or incorrectly detected by atlas fires or woodlands. Since atlases are at 1:63,360 scale, and have substantial locational error, larger fires were likely mapped best, locations may have been displaced, and there were likely some omissions. To address fire size, I categorized each fire at tree-ring sites by its size. It is also likely the most recent (first) moderate- to high-severity fires would be mapped best, because evidence would be most visible and freshest, and little of it had been burned over by subsequent fires. To address this, I numbered fires at each site in inverse order by year, and calculated the percentage of fires, by severity if available, correctly identified. Seven tree-ring studies analyzed age structure [10,26–31], which can be used to reconstruct fire severity [10], and three others dated stand-origins to identify high-severity fires [2,3,22]. I used these ten studies to identify years and locations of historical moderate- to high-severity fires. I mapped study sites to enable overlays.

Since atlas fires and woodlands were generally corroborated (see results), I analyzed attributes of the resulting sets of atlas fires and woodlands, in the area of ponderosa pine and mixed-conifer zones, inside atlas areas. I first calculated total area of fire burned at high severity, based on the report of Dubois [16], that about half the area of woodlands represented severe, high-severity fires and evidence that atlas fires represented mostly stand-replacing fires, also high-severity fires. I then assumed that all atlas woodland area plus all fire area equals area burned at moderate- to high-severity combined. I calculated fire rotations as 60 years/fraction of the total area burned within the ponderosa pine and mixed-conifer area and by forest zone. Use of 60 years is explained in Section 3.1. I graphed a size distribution for severe parts of better-dated fires. The evidence and these methods allow only an approximation. Dubois' estimate is based on detailed field examinations, but is only a rough summary. Results may overestimate by including some areas that were woodlands because of environmental limitations, not fires. However, results may underestimate by omitting smaller fires (see results), and some area mapped as fires and woodlands may have burned more than once.

To provide some independent corroboration for the approximations, I separately estimated fire rotations for both high- and moderate- to high-severity fires at 19 smaller tree-ring sampling sites where moderate- to high-severity fires were reconstructed as present or absent from 1700–1909. I used only smaller sites, excluding Tepley and Veblen's sites [10] where fires were mapped, and the Romme et al. [2] and Aoki [3] sites, because the purpose was to use presence/absence at points, not areas, and only from scar-based tree-ring reconstructions, not stand-origin dating, to independently estimate fire rotations. Since a landscape sample of points estimates the population mean fire interval (PMFI), and PMFI is equivalent to the fire rotation [9], this provides an independent, potentially corroborating estimate, although these point estimates are not a probabilistic sample.

### *2.3. Low-Severity Fire Rotations and Fire Years from Tree-Ring Studies*

Nine fire-scar studies provided data about fire frequency, particularly for low-severity fires, in these forests [10,26–33]. Data are only available for the southern and western part of the San Juan Mountains, except one site at Hot Creek on the eastern slope of the San Juan Mountains (Figure 5a). I used regression equations in Baker [4] to estimate fire rotation from reported mean/median CFI estimates in the nine studies (Table 2). These are simple linear regression equations without an intercept, that can be applied to reported CFI estimates by multiplying the CFI estimate by the regression coefficient, given in [4] (Table 2). Equations are preliminary for nine moist mixed-conifer sites, which were not in the calibration, but these likely are still reasonable estimates. I extracted data on mean or median CFI for all fires, for $\geq$10% scarred, and for $\geq$25% scarred, which represent increasing fire sizes, from all the sites used in each fire-history study, placed these in a spreadsheet and did the multiplication in Minitab. Reported CFIs are for all fire severities combined, not just for low-severity fires, which would have longer rotations if moderate- to high-severity fires were excluded [4]. I converted fire rotations to annual probabilities, then subtracted moderate- to high-severity fire rotations from all-severity fire rotations to derive low-severity fire rotations [4]. Input data are in Table 2. I placed study sites in the three forest zones using author determinations. I mapped approximate locations of each study site in ArcGIS, using author descriptions and maps. These data are available in a digital shapefile (Data S3).

Fire rotation data were not normally distributed. I completed a Kruskal–Wallis nonparametric test of the null hypothesis that median low-severity fire rotations differed among the three forest zones, at $\alpha = 0.05$. In Minitab, I produced summary statistics (e.g., median) across all 33 study sites and separately within each of the three forest types, then a scatterplot to help understand potential influences of elevation, aspect, and forest zone on fire rotations. This led to regression analysis to determine whether elevation, aspect, or forest zone could predict rotations.

**Table 2.** Fire-history data for composite fire intervals (CFIs) and their corresponding estimated fire rotation (FR) in ponderosa pine (Ponderosa), dry mixed-conifer (Dry MC), and moist mixed-conifer (Moist MC) zones.

| Author(s) | Site | Forest Zone | Best Source | Value | Regr. Coeff. | All-Severity FR (yrs) [a] | Low-Severity FR (yrs) [b] |
|---|---|---|---|---|---|---|---|
| Bigio et al. [31] | Haflin Creek North | Dry MC | CFI-All | 30.0 | 2.440 | 73.2 | 147.8 |
| Bigio et al. [31] | Haflin Creek South | Ponderosa | CFI-25% | 26.0 | 1.715 | 44.6 | 58.8 |
| Bigio et al. [31] | Marina East | Dry MC | CFI-25% | 29.0 | 1.715 | 49.7 | 75.6 |
| Bigio et al. [31] | Marina West | Dry MC | CFI-25% | 19.0 | 1.715 | 32.6 | 42.1 |
| Bigio et al. [31] | Steven's Creek North | Dry MC | CFI-All | 46.0 | 2.440 | 112.2 | 496.0 |
| Bigio et al. [31] | Steven's Creek South | Ponderosa | CFI-25% | 24.0 | 1.715 | 41.2 | 53.0 |
| Brown et al. [32] | Hot Creek | Ponderosa | CFI-All | 9.5 [c] | 2.450 | 23.3 | 24.1 |
| Brown and Wu [27] | Archuleta Mesa | Ponderosa | CFI-All | 14.1 | 2.440 | 34.4 | 42.3 |
| Fule et al. [28]; Korb et al. [29] | Lower Middle Mountain | Dry MC | CFI-25% | 32.3 | 1.715 | 55.4 | 89.7 |
| Grissino-Mayer et al. [33] | Benson Creek | Ponderosa | CFI-All | 8.0 | 2.440 | 19.5 | 21.8 |
| Grissino-Mayer et al. [33] | Burnette Canyon | Dry MC | CFI-All | 30.0 | 2.440 | 73.2 | 147.8 |
| Grissino-Mayer et al. [33] | Five Pine Canyon | Ponderosa | CFI-All | 7.0 | 2.440 | 17.1 | 18.8 |
| Grissino-Mayer et al. [33] | Hermosa Creek | Dry MC | CFI-All | 11.0 | 2.440 | 26.8 | 32.9 |
| Grissino-Mayer et al. [33] | Monument | Dry MC | CFI-All | 21.0 | 2.440 | 51.2 | 79.1 |
| Grissino-Mayer et al. [33] | Plateau Creek | Ponderosa | CFI-All | 6.0 | 2.440 | 14.6 | 15.9 |
| Grissino-Mayer et al. [33] | Smoothing Iron | Ponderosa | CFI-All | 13.0 | 2.440 | 31.7 | 38.3 |
| Grissino-Mayer et al. [33] | Taylor Creek | Dry MC | CFI-All | 19.0 | 2.440 | 46.4 | 68.2 |
| Grissino-Mayer et al. [33] | Turkey Springs | Ponderosa | CFI-All | 11.0 | 2.440 | 26.8 | 31.3 |
| Korb et al. [29] | Grassy Mountain | Dry MC | CFI-25% | 10.0 | 1.715 | 17.2 | 19.5 |
| Tepley and Veblen [10] | Aspen | Moist MC | CFI-All [d] | 18.0 | 2.440 | 43.9 | 63.2 |
| Tepley and Veblen [10] | Dry MC | Dry MC | CFI-All [d] | 20.8 | 2.440 | 50.8 | 78.2 |
| Tepley and Veblen [10] | Moist mixed conifer | Moist MC | CFI-All [d] | 32.3 | 2.440 | 78.8 | 174.0 |
| Wu [26] | Bear Park 1 | Dry MC | CFI-25% | 14.7 | 1.715 | 25.2 | 30.5 |
| Wu [26] | Bear Park 2 | Moist MC | CFI-25% | 17.7 | 1.715 | 30.4 | 38.5 |
| Wu [26] | Bear Park 3 | Moist MC | CFI-25% | 21.7 | 1.715 | 37.2 | 50.2 |
| Wu [26] | Corral Mountain 1 | Moist MC | CFI-25% | 41.5 | 1.715 | 71.2 | 140.8 |
| Wu [26] | Corral Mountain 2 | Dry MC | CFI-25% | 41.5 | 1.715 | 71.2 | 139.9 |
| Wu [26] | Corral Mountain 3 | Moist MC | CFI-25% | 36.9 | 1.715 | 63.3 | 113.0 |
| Wu [26] | Corral Mountain 4 | Moist MC | CFI-25% | 41.5 | 1.715 | 71.2 | 140.8 |
| Wu [26] | Jackson Mountain 1, 2 | Moist MC | CFI-25% | 62.7 | 1.715 | 107.5 | 424.1 |
| Wu [26] | Jackson Mountain 3 | Moist MC | CFI-25% | 20.9 | 1.715 | 35.8 | 47.6 |
| Wu [26]; Korb et al. [29] | Jackson Mountain 4 | Dry MC | CFI-25% | 29.8 | 1.715 | 51.1 | 78.9 |
| Wu [26]; Korb et al. [29] | Jackson Mountain 5 | Dry MC | CFI-25% | 23.5 | 1.715 | 40.3 | 55.8 |

[a] All-severity fire rotations are derived by multiplying the regression coefficient ([4] (Table 2)) times the "Value" which is the CFI estimate from the "Best source". The best source is the source that produces the best regression equation, based on $R^2_{adj}$ in Baker [4] (Table 2). [b] The low-severity fire rotation is estimated by partitioning the moderate- to high-severity fire rotations out of the all-severity fire rotations (see text for details). [c] The only estimate reported was median CFI-All, which is used here. [d] This study assigned fire scars within up to 300 m to transects. Since a radius of 300 m corresponds with 9 ha, this substantially overcompensates for the number of trees estimated to be needed to detect a fire if one occurred [4], and this produces then what is effectively an all-tree composite fire interval at the transect scale. The study also targeted trees with open catfaces and used recorders, as traditionally used in composite-fire-interval studies. However, since this study used ancillary information from the transect area itself, including scars found on increment cores (<1/3 of scars) and tree-regeneration pulses likely linked to fires, it is likely that the fire information is not overcompensated in cases where evidence is primarily from the transect area itself. Thus, it may be appropriate to view the fire rotation estimates as upper estimates, with the true values lower by a variable and unknown amount.




**Figure 5.** The 33 study sites listed in Table 2 and the three stand-origin sites (WSJ = western San Juans [2]; SQU = Squaw Creek [22]; CHA = Chama [22]): (**a**) site names are generally abbreviated by their first two or three letters; (**b**) the estimated historical all-severity fire rotation (years) at each site; and (**c**) the estimated historical low-severity fire rotation (years) at each site. The red lines are boundaries for the six watersheds, which are from left to right the Dolores, Animas and Mancos, Piedra and Florida, San Juan and Navajo, and Alamosa-La Jara-Conejos Rivers. The Rio Grande watershed is at the right and above these others.

### *2.4. Fire Information from Forest-Reserve Reports, the Michelsen Report and Other Early Sources*

The Forest-Reserve reports [15,16] provided descriptions of the forests, including their understories, and descriptions of fires and woodlands. I used these to cross-check and corroborate other sources. Henry Michelsen of the Colorado Forestry Association published an account of fires in 1900, which he reported burned >200,000 ha in Colorado, including estimates of area burned by county and a map showing general areas burned [17]. I specifically sought early newspaper accounts of the 1900 fires by searching the Colorado Historic Newspapers Collection [34], which allows multiple papers to be searched, using publication-date ranges and other constraints. I searched other early historical records, including forest histories, for any information about historical fires.

## 3. Results

### *3.1. Moderate- to High-Severity Fires from Tree-Rings, Early Records, and Forest Atlases*

Nine tree-ring studies found 28 years with moderate- to high-severity fires during 1700–1909 (Table 3). Reconstructing fire size was not a goal and most sites were small: nine <500 ha, four 1100–1600 ha, and two 7000–8000 ha [2,3]. Maps of fire years were reconstructed at two 1330–1340 ha sites [10]. These studies show that severe fires occurred, but not their spatial extent.

**Table 3.** Moderate- to high-severity fires during 1700–1909 identified by tree-ring studies that reconstructed historical fire severity. There were fires before 1700, but this period is most relevant to whether atlas fires and woodlands detect these fires in historical forests.

| Fire-History Evidence | | | | | | Atlas Evidence | | |
|---|---|---|---|---|---|---|---|---|
| **Fire Year** | **Fire No. [1]** | **Site** | **Author(s)** | **Fire Severity** | **Fire Size [2]** | **Fires** | **Wood-Lands** | **C/I [3]** |
| *Sites with age-structure or stand-origin evidence of moderate- to high-severity fires* | | | | | | | | |
| 1902 | 1 | WIL | Tepley and Veblen [10] | Moderate [4] | M | No | No | I |
| 1899 | 1 | SQU | Tepley and Veblen [10] | High | M | No | Yes | C |
| | | | | Moderate | L | Yes | Yes | C |
| 1896/1891 | 2 | WIL | Tepley and Veblen [10] | High | S | No | No | I |
| | | | | Moderate | M | No | No | I |
| 1880–1860 | 1 | WSW | Romme et al. [2] [5] | High | L | No | Yes | C |
| 1879 | 1 | WES [6] | Aoki [3] (p. 16, 19, 21) [6] | High | L | No | Yes | C |
| 1879 | 1 | MAR2 | Bigio [30]; Bigio et al. [31] | High, mixed | M | No | No | I |
| 1879 | 3 | WIL | Tepley and Veblen [10] | High | M | No | Yes | C |
| | | | | Moderate | L | No | Yes | C |
| 1879/1878 | 2 | SQU | Tepley and Veblen [10] | High | L | Yes | Yes | C |
| | | | | Moderate | L | Yes | Yes | C |
| 1879 | 1 | BPK1 | Wu [26] (p. 101) | High | S | No | No | I |
| 1876 | 1 | SQW | Margolis et al. [22] | High | M | Yes | No | C |
| 1873 | 1 | JAK1 | Wu [26] (p. 101) | High | S | No | No | I |
| 1873 | 1 | JAK4 | Wu [26] (p. 101) | High | S | No | No | I |
| 1870 | 1 | SC4 | Bigio [30]; Bigio et al. [31] | High, mixed | S | No | No | I |
| 1861 | 1 | All | Brown and Wu [27] | Moderate [7] | M | No | Yes | C |
| 1861 | 1 | All | Fulé et al. [28] | Moderate [8] | M | No | No | I |
| 1861 | 4 | WIL | Tepley and Veblen [10] | High | M | No | Yes | C |
| | | | | Moderate | M | No | Yes | C |
| 1861/1860 | 3 | SQU | Tepley and Veblen [10] | High | M | Yes | Yes | C |
| | | | | Moderate | M | Yes | Yes | C |
| 1851 | 2 | MAR2 | Bigio [30]; Bigio et al. [31] | High, mixed | M | No | No | I |
| 1851 | 1 | CHA | Margolis et al. [22] | High [9] | L | No | Yes [9] | C |
| 1851 | 5 | WIL | Tepley and Veblen [10] | Moderate | S | No | No | I |
| 1851 | 1 | CRL1 | Wu [26] (p. 132) | High | M | No | No | I |
| 1851 | 1 | CRL2 | Wu [26] (p. 101) | High | M | No | Yes | C |
| 1847 | 4 | SQU | Tepley and Veblen [10] | High | S | Yes | Yes | C |
| | | | | Moderate | M | Yes | Yes | C |
| 1838 | 1 | HC3 | Bigio [30]; Bigio et al. [31] | Low, mixed | M | No | No | I |
| 1836 | 6 | WIL | Tepley and Veblen [10] | High | M | No | No | I |
| | | | | Moderate | L | No | Yes | C |
| 1834 | 5 | SQU | Tepley and Veblen [10] | Moderate | S | No | Yes | C |
| 1824 | 2 | All | Fulé et al. [28] | Moderate [8] | M | No | No | I |

**Table 3.** *Cont.*

| Fire-History Evidence | | | | | | Atlas Evidence | | |
|---|---|---|---|---|---|---|---|---|
| Fire Year | Fire No. [1] | Site | Author(s) | Fire Severity | Fire Size [2] | Fires | Wood-Lands | C/I [3] |
| 1822/1820 | 7 | WIL | Tepley and Veblen [10] | Moderate | L | No | No | I |
| 1819 | 6 | SQU | Tepley and Veblen [10] | High | S | No | Yes | C |
| | | | | Moderate | L | Yes | Yes | C |
| 1818 | 2 | All | Brown and Wu [27] | Moderate [7] | M | No | Yes | I |
| 1818 | 1 | HC4–6 | Bigio [30]; Bigio et al. [31] | High, mixed | M | No | No | I |
| 1806/1797 | 8 | WIL | Tepley and Veblen [10] | Moderate | M | No | Yes | C |
| 1806 | 7 | SQU | Tepley and Veblen [10] | Moderate | S | Yes | Yes | C |
| 1795 | 1 | JAK3 | Wu [26] (pp. 100, 134) | High | M | No | No | I |
| 1786 | 2 | JAK3 | Wu [26] (pp. 100, 134) | High | M | No | No | I |
| 1786 | 9 | WIL | Tepley and Veblen [10] | High | L | No | No | I |
| | | | | Moderate | M | Yes | Yes | C |
| 1786 | 8 | SQU | Tepley and Veblen [10] | High | M | Yes | Yes | C |
| | | | | Moderate | L | Yes | Yes | C |
| 1778 | 1 | SC2 | Bigio [30]; Bigio et al. [31] | Mixed | S | No | No | I |
| 1778 | 2 | SC5–6 | Bigio [30]; Bigio et al. [31] | Low, mixed | S | No | No | I |
| 1774 | 9 | SQU | Tepley and Veblen [10] | Moderate | S | No | Yes | C |
| 1773 | 10 | WIL | Tepley and Veblen [10] | Moderate | M | No | No | I |
| 1748 | 11 | WIL | Tepley and Veblen [10] | High | M | No | Yes | C |
| | | | | Moderate | M | No | Yes | C |
| 1748 | 1 | BPK2 | Wu [26] (pp. 100, 132) | High | M | No | No | I |
| 1748 | 2 | CRL1 | Wu [26] (pp. 100, 132) | High | M | No | No | I |
| 1748 | 1 | JAK2 | Wu [26] (pp. 100, 132) | High | M | No | No | I |
| 1748 | 1 | JAK5 | Wu [26] (pp. 100, 132) | High | M | No | No | I |
| 1724 | 12 | WIL | Tepley and Veblen [10] | Moderate | M | No | Yes | C |
| 1707 | 13 | WIL | Tepley and Veblen [10] | Moderate | S | No | No | I |
| *Sites with age-structure evidence of no high-severity fires in the 1800s, only low- to moderate-severity fires* | | | | | | | | |
| - | | HC1–2 | Bigio [30]; Bigio et al. [31] | Low-4 [10] | S | No | No | C |
| - | | MAR1 | Bigio [30]; Bigio et al. [31] | Low-5 [10] | S | No | No | C |
| - | | SC1,3 | Bigio [30]; Bigio et al. [31] | Low-4 [10] | S | No | No | C |
| - | | GRA | Korb et al. [29] | Low-11 [10] | S | No | No | C |

[1] Fire No. is the sequential number of the fires within a single site, starting with the latest and going backwards in time. [2] Fire size is abbreviated as follows: S = small, means a different age class or the sampling area boundary was found within <500 m of most of the patch area; M = medium, means within 500–2000 m; L = large, means within >2000 m. [3] Whether the forest-atlas evidence from fires or woodlands correctly (C) or incorrectly (I) identified the occurrence of the fire, accepting that fire-atlas evidence could be spatially displaced by 500–1000 m at times. [4] The Tepley and Veblen [10] study did not provide a direct equivalence between their percentile ranges for fire severity and traditional fire-severity categories. I chose to consider their ">90th percentile" category as high severity and their "50th to 90th percentile" categories as moderate severity. This is an arbitrary, but likely conservative, criterion. [5] Romme et al. dated stand origins successfully at 57 sites across several townships and found 16 of them originated in the 1860s and 1870s. [6] Aoki [3] had sites on the west (WES) side of the Navajo River, at Beaver Creek, Elephant Head, and Dolomite Lake, that are overlapped by the San Juan Forest Atlas. The five sites on the east side of the Navajo River are not covered in an atlas. [7] The 1818 and 1861 fires documented in this study were not linked by the authors to the pulses of tree regeneration evident in the age structure [27] (Figure 2); this is my interpretation. Since the largest pulse, including "other trees" was after 1861, I interpret that this large pulse is likely the only structure detected by woodlands at this site. [8] The 1824 and 1861 fires documented in this study were not linked by the authors to the post-fire pulses of tree regeneration evident in the age structures [28] (Figure 5); this is my interpretation. [9] For the Chama site, Margolis does not show the location, which I estimated based on elevation and location near the Chama River. The Atlas does not extend to this site, but a large patch of woodland appears to have extended to the site. Since Aoki [3] detected an 1851 fire to the west of this site, the 1851 fire was likely large in this area. [10] This is the number of low-severity fires in the 1800s.

Atlas fires and woodlands detected fires found at these tree-ring sites (Table 3), but only back to about 1850. I found that, among first fires, some were correctly detected by fires or woodlands back to 1851, but none was correctly detected prior to 1851. Of first fires during 1851–1909, four of four large

fires (100%) were correctly detected, but only four of eight medium fires (50%) were correctly detected, and none of four small fires (0%) was correctly detected. Among first and second fires, the trends were similar: none was correctly detected prior to 1851, and only the largest fires were all correctly detected after 1851. Sites that had only low-severity fires in the 1800s were all correctly detected (Table 3). Atlas fires and woodlands may thus generally detect large fires over the period since about 1850 or over about 60 years prior to the atlases, but about half the medium and most small fires were likely not mapped, thus total burned area would be underestimated somewhat and fire-size distributions would underestimate smaller fires. Atlas fires and woodlands can be seen in shapefiles (Data S1).

It was possible to identify 24 moderate- to high-severity fires in atlas fires and woodlands, and the years they burned, between about 1850 and 1909, or at least narrow the range of possible years (Table S1, Figure 1b, and Table 4). Larger fires often had parts that burned in separate fire years or dating could only be narrowed to a set of possible years. The 24 fires covered 86% of total area of atlas woodlands and fires within the ponderosa and mixed-conifer zones. The remaining 14% was undocumented in early reports, tree-ring dates or other sources I found. Entries for reported fires (Table S1) corresponded with atlas woodlands and fires in 41 of 57 cases (72%); the other 28% were either small or medium-sized fires the atlases do not detect well (Table 3) or were vague or likely incorrect. Most reported moderate- to high-severity fires during 1850–1909 were recorded in atlas fires and woodlands (Table S1). More recent fires were better corroborated. The 1900 fires had newspaper accounts and a report [17]. Two large fires, fire 1 on the Dolores River, and fire 22 south of Pagosa Springs (Table 4), need more dating or records. Two atlas fires, in 1876 and 1879, are shown to be reasonably mapped relative to independent sources (Figure 3). Fire locations were usually reported relative to drainages or other physiographic features and mapped locations were quite similar in most cases (details in Table S1). Fire sizes were seldom reported or estimated, but one atlas fire (Fire 4) and two large fires from both atlas fires and woodlands (Fires 6 and 9) had mapped sizes and locations that were quite similar to reported fire sizes and locations. Another from both atlas fires and woodlands (Fire 19) appeared quite similar but a map is missing that completes the fire area. Together, these corroborations support the interpretation that atlas fires were very high severity (stand-replacing) and atlas woodlands were mostly also burned severely.

Accounts of fires in Michelsen [17] and newspapers offered vivid early evidence of severe fires in 1900, as compiled in Table S1. For example, Michelsen reported large 1900 fires on the Rio Grande side, particularly Fire 9: "The length of the path burned over was about forty-five miles" and one (Fire 6) north of Pagosa Springs on the San Juan side in which "some forty square miles (10,364 ha) of Yellow Pine forest were burnt over" [17] (p. 59).

High-severity fire rotations from atlas fires and woodlands overall were 289 years on both sides of the study area, and were mostly in the range of about 225–360 years in all three forest zones on both sides of the study area, except 1145 years in ponderosa pine on the Rio Grande side (Table 1). High-severity fire rotations were generally shortest in moist mixed-conifer forests and longest in ponderosa pine forests. Combined moderate- to high-severity fire rotations were 154 and 158 years overall on the two sides of the study area, mostly 133–185 years in forest zones, except 688 years in ponderosa pine on the Rio Grande (Table 1, Columns 5–11). Note that these are approximations in part because only 60 years of data, a fraction of a full rotation, are available from the atlases.

Fire rotations from tree-ring reconstructions (Table 3) were 235 years for high-severity fire and 166 years for moderate- and high-severity fire from 1700–1909, in the same ballpark as the atlas' 289 year high-severity and 154–158 year moderate- and high-severity fire rotations. Point estimates for 1850–1909 were 114 years for high-severity and 95 years for moderate- to high-severity fire. These unexpectedly short rotations may be because the sample size is small ($n$ = 12 fires) in this period relative to the 1700–1909 period ($n$ = 24 fires). In addition, tree-ring sites are not a probabilistic sample. Corroboration with the longer tree-ring period but not 1850–1909 leaves this comparison uncertain.

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 102 of 579



**Table 4.** The 24 moderate- to high-severity historical fires identified between about 1850 and 1909 on the San Juan (SJ) and Rio Grande (RG) National Forests using atlas woodlands (Wood.) and fires, early historical reports, and tree-ring studies (details in Table S1). Fires are ordered by years, and possible years include all the years that may have affected parts of the woodland or fire polygons. MC = mixed conifer. Total area is for ponderosa pine and mixed-conifer forests and associated grasslands and shrublands.

| Fire No. | SJ or RG | Where | Poss. Years | Total Area (ha) | Ponderosa | | Dry MC | | Moist MC | | Grasslands | | Shrublands | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Wood (ha) | Fire (ha) | Wood (ha) | Fire (ha) | Wood (ha) | Fire (ha) | Wood (ha) | Fire (ha) | Wood (ha) | Fire (ha) |
| 1 | SJ | Dolores River | Unknown 1900, 1878 | 32,828 | 4787 | 0 | 5070 | 89 | 13,023 | 247 | 3727 | 15 | 5870 | 0 |
| 2 | SJ | N of Durango | 1900 | 66 | 0 | 0 | 0 | 0 | 0 | 64 | 0 | 0 | 0 | 2 |
| 3 | SJ | N of Durango | 1900 | 211 | 15 | 0 | 21 | 0 | 175 | 0 | 0 | 0 | 0 | 0 |
| 4 | SJ | Vallecito River | 1900 | 95 | 0 | 0 | 0 | 15 | 0 | 80 | 0 | 0 | 0 | 0 |
| 5 | SJ | Piedra River | 1900, 1898 1879, 1861 | 13,872 | 6148 | 311 | 4127 | 334 | 973 | 406 | 510 | 29 | 1012 | 22 |
| 6 | SJ | N of Pagosa Springs | 1900, 1898 | 13,088 | 1432 | 4 | 2665 | 80 | 5271 | 180 | 1952 | 10 | 1481 | 13 |
| 7 | SJ | San Juan River | 1900 | 845 | 99 | 0 | 92 | 0 | 493 | 121 | 40 | 0 | 0 | 0 |
| 8 | RG | S Fork Rio Grande | 1900 | 1145 | 91 | 0 | 55 | 41 | 145 | 298 | 116 | 399 | 0 | 0 |
| 9 | RG | Alamosa-Conejos | 1900, 1875, 1873 | 21,585 | 159 | 0 | 2441 | 149 | 12,879 | 812 | 5030 | 89 | 26 | 0 |
| 10 | SJ | NE of Mancos | 1898, 1892 1884–1850 | 18,167 | 2633 | 0 | 3374 | 0 | 6907 | 0 | 1776 | 0 | 3477 | 0 |
| 11 | RG | Platoro | 1898, 1875 | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 | 0 | 0 |
| 12 | RG | E of Creede | 1893 | 136 | 0 | 0 | 14 | 0 | 40 | 6 | 76 | 0 | 0 | 0 |
| 13 | RG | W of Creede | 1893 | 2375 | 0 | 0 | 0 | 0 | 1612 | 0 | 601 | 0 | 162 | 0 |
| 14 | RG | S of Creede | 1893 | 2635 | 0 | 11 | 19 | 5 | 752 | 908 | 598 | 342 | 0 | 0 |
| 15 | RG | S of Del Norte | 1893, 1892 | 6892 | 105 | 17 | 574 | 243 | 3343 | 583 | 1908 | 110 | 9 | 0 |
| 16 | RG | Cat Creek | 1887 | 234 | 0 | 0 | 0 | 14 | 0 | 209 | 0 | 11 | 0 | 0 |
| 17 | RG | Wagon Wheel Gap | 1900, 1881 | 4252 | 21 | 98 | 83 | 234 | 561 | 1967 | 496 | 772 | 0 | 20 |
| 18 | SJ | Lime Creek | 1879 | 1814 | 0 | 323 | 0 | 674 | 0 | 744 | 0 | 1 | 0 | 72 |
| 19 | SJ | Upper Pine River | 1879, 1860 | 1132 | 0 | 89 | 0 | 209 | 0 | 827 | 0 | 6 | 0 | 1 |
| 20 | RG | SW of Creede | 1879 | 373 | 0 | 0 | 66 | 5 | 4 | 0 | 282 | 16 | 0 | 0 |
| 21 | RG | La Garita Creek | 1872 | 507 | 0 | 0 | 10 | 0 | 400 | 0 | 97 | 0 | 0 | 0 |
| 22 | SJ | S of Pagosa Spr. | 1899 1879–1878 1861–1860 | 62,135 | 18,006 | 0 | 8011 | 16 | 11,118 | 441 | 9783 | 0 | 14,759 | 1 |
| 23 | RG | Squaw Creek | 1876 | 169 | 0 | 0 | 0 | 117 | 0 | 0 | 0 | 52 | 0 | 0 |
| 24 | RG | Chama River | 1851 | 89 | 0 | 0 | 26 | 0 | 0 | 0 | 63 | 0 | 0 | 0 |
| Total area burned in the 24 atlas fires and woodlands | | | | 184,668 | 33,496 | 853 | 26,648 | 2225 | 57,696 | 7893 | 27,055 | 1875 | 26,796 | 131 |
| Total area burned in all atlas fires and woodlands | | | | 213,763 | 36,072 | 1326 | 29,294 | 3536 | 64,684 | 11,676 | 34,196 | 2662 | 30,034 | 283 |

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 103 of 579



Size distributions were limited by the 7 of 24 fires that could not be assigned to a single year (Table 4) and by woodland patches that could be from more than one fire. The moderate- to high-severity parts of the 17 fires appeared to have an inverse-J shaped size distribution, with more small than large areas; two severe fire areas exceeded 13,000 ha (Figure 6). Fire and woodland Patches were larger and had more consistent patterns of orientation on the San Juan than the Rio Grande side (Figure 1b). Most striking were very large woodland patches, along the Dolores River from Dolores to Rico and south and west of Pagosa Springs (Figure 1b). Fires often (Fires 1, 5, and 22), but not always (Fires 6 and 10), had a southwest to northeast orientation on the San Juan side, but fires on the Rio Grande side appeared less consistently oriented.




**Figure 6.** Size distributions for moderate- to high-severity parts of 17 fires dated mostly to a single year.

### *3.2. Low-Severity Fire Rotations from Tree-Ring Studies*

The 33 scar-based low-severity study sites were well distributed spatially, although unevenly, across the five large watersheds that cover the southern San Juan Mountains (Figure 5) and the three forest zones. There were 9 sites in ponderosa, 15 in dry mixed-conifer, and 9 in moist mixed-conifer forests (Tables 2 and 5), also a little uneven. Overall, across the 33 sites, the mean historical all-severity fire rotation in ponderosa pine and mixed-conifer forests was about 48 years, with a median of 44 years (Table 5). The distribution of fire rotations was skewed toward values less than the mean, so the median of 44 years is a better measure of central tendency. The mean historical low-severity fire rotation overall was almost twice as long, at 93.3 years, likely because of two exceptionally long estimates of 424.1 and 496.0 years. The median historical low-severity fire rotation of 58.8 years is again a better measure of central tendency. I focus here on low-severity fire rotations, rather than reviewing the all-severity data.

The southern San Juan Mountains had a surprisingly large overall range of historical low-severity fire rotations, from 16 to 174 years, except two longer rotations (Table 5). Four watersheds each had close to this full range (Figure 5c), suggesting a tendency toward similar variability across the mountain range. Based on quartiles, 1/4 of sites had low-severity fire rotations shorter than about 36 years and 1/4 longer than about 126 years (Table 5). Median low-severity fire rotations also differed significantly among forest zones (Kruskal–Wallis H = 11.13, $p = 0.004$). Among the nine ponderosa-pine sites, the historical median low-severity fire rotation was 31 years (Table 5). Variability was lower than in the other two forest zones, ranging only from about 16–59 years for low-severity fire rotations (Table 5). Based on quartiles, 1/4 of rotations were shorter than about 20 years and 1/4 were longer than about 48 years. Among the 15 dry mixed-conifer sites, the historical median low-severity fire rotation was 78 years (Table 5). Variability was highest among the three forest zones, ranging from about 20–496 for low-severity fire rotations (Table 5). Based on quartiles, 1/4 of rotations were shorter than 42 years

and 1/4 longer than 140 years. Among the nine moist mixed-conifer sites, the historical median low-severity fire rotation was 113 years (Table 5). Variability was intermediate, with low-severity fire rotations ranging from about 39–424 years (Table 5). Based on quartiles, 1/4 of rotations were shorter than about 49 years and 1/4 longer than about 157 years (Table 5).

**Table 5.** Statistics of the distributions of historical all-severity and low-severity fire rotations overall and for the three forest zones. Table entries are all in years, except *n*, which is a count.

| Type of Fire Rotation/Statistic | Overall | Ponderosa Pine | Dry Mixed Conifer | Moist Mixed Conifer [1] |
|---|---|---|---|---|
| *All-Severity Fire Rotations* | | | | |
| *n* | 33 | 9 | 15 | 9 |
| Mean | 47.5 | 28.1 | 51.8 | 59.9 |
| Standard deviation | 24.4 | 10.6 | 23.9 | 25.3 |
| Minimum | 14.6 | 14.6 | 17.2 | 30.4 |
| 1st quartile | 28.6 | 18.3 | 32.6 | 36.5 |
| Median | 43.9 | 26.8 | 50.7 | 63.3 |
| 3rd quartile | 67.2 | 37.8 | 71.2 | 75.0 |
| Maximum | 112.2 | 44.6 | 112.2 | 107.5 |
| 95% confidence interval for mean | 38.9–56.2 | 20.0–36.3 | 38.5–65.0 | 40.5–79.4 |
| 95% confidence interval for median | 33.5–51.2 | 17.6–39.6 | 35.5–65.3 | 36.2–77.1 |
| *Low-Severity Fire Rotations* | | | | |
| *n* | 33 | 9 | 15 | 9 |
| Mean | 93.3 | 33.8 | 105.5 | 132.5 |
| Standard deviation | 104.8 | 15.3 | 115.5 | 119.8 |
| Minimum | 15.9 | 15.9 | 19.5 | 38.5 |
| 1st quartile | 35.6 | 20.3 | 42.1 | 48.9 |
| Median | 58.8 | 31.3 | 78.2 | 113.0 |
| 3rd quartile | 126.4 | 47.7 | 139.9 | 157.4 |
| Maximum | 496.0 | 58.8 | 496.0 | 424.1 |
| 95% confidence interval for mean | 56.1–130.4 | 22.0–45.6 | 41.5–169.4 | 40.4–224.6 |
| 95% confidence interval for median | 42.2–79.0 | 19.5–50.6 | 47.2–121.1 | 48.2–166.5 |

[1] Equations and results are preliminary, as these forests were not in the regression calibration.

There were modest, significant trends for fire rotations to increase exponentially from lowest to highest elevations (Figure 7). Two sites ([26] (Jackson Mt. 1, 2); [31] (Steven's Creek N)), outliers with exceptionally long rotations, were omitted from regressions. Data on aspect were available for only 30 of 33 sites and were reported at times in general terms (e.g., southerly-facing), so analysis is rough. Aspect improved regressions very little. Zone improved low-severity equations ($R^2_{adj}$ = 0.438) over equations in Figure 7b ($R^2_{adj}$ = 0.350) for all three forest zones: historical ponderosa pine rotations = $e^{-2.040+0.002192*elevation}$, dry mixed-conifer rotations = $e^{-1.47+0.002192*elevation}$ and moist mixed-conifer rotations = $e^{-1.46+0.002192*elevation}$.




**Figure 7.** *Cont.*




**Figure 7.** Historical fire rotations versus elevation, aspect, and forest zone, and the equation for estimating fire rotations from elevation: (**a**) historical all-severity fire rotations; and (**b**) historical low-severity fire rotations. For aspect, open circles = southerly-facing sites; dark squares = northerly-facing sites; pluses = easterly- and westerly-facing sites; and triangles = unknown aspects. For forest zones, P = ponderosa pine; D = dry mixed conifer; and M = moist mixed conifer. Moist mixed-conifer forest estimates are preliminary.

## 4. Discussion

### *4.1. Low-Severity Fire Rotations and Population Mean Fire Intervals from Tree-Ring Data*

Ponderosa pine and mixed-conifer forests in the southern San Juan Mountains historically were not generally frequent-fire forests with historical fire rotations <25 years [4]. Only 5 of 33 sites (about 15%), four in ponderosa pine and one in dry mixed-conifer forests, had historical low-severity fire rotations <25 years (Table 2). This is similar to the overall pattern in the western USA, where only about 14% of 342 sites, mostly in the southwest, had frequent fire with historical fire rotations <25 years [4]. Frequent-fire forests were concentrated in Arizona and New Mexico, which had 96% and 56% frequent-fire forests, respectively [4]. Understory fuels typically recover after low-severity fires to pre-fire levels within about 7–25 years, thus would have been kept generally at or below fully recovered levels in frequent-fire forests [4]. In contrast, 28 of 33 or about 85% of historical low-severity fire rotations in montane forests in the southern San Juan Mountains were multi-decadal. In ponderosa pine forests with 31-year median historical low-severity fire rotations, understory shrubby fuels would often have been fully recovered historically between fires. In mixed-conifer forests with 78–113 year median historical low-severity fire rotations (Table 5), understory fuels would have nearly always been fully recovered for almost a century before the next fire. Trees would have been able to regenerate and reach sufficient size to resist mortality in the next fire, enabling the diverse tree composition found historically in mature mixed-conifer forests [10]. The predominant understory shrub, Gambel oak (*Quercus gambelii*), would have commonly been able to resprout after fire [9], and remain at maturity for many decades before the next fire. Most other common shrubs in these forests also resprout [9], so that dense shrubby understories were historically probable. However, Gambel oak is also vulnerable to frost [35].

Early scientific observations corroborate that historical fire rotations, and perhaps long periods without heavy frost, allowed dense shrubby understories to predominate in these forests, but with variable tree regeneration. Dubois [15], in the San Juan Forest-Reserve Report, described regeneration in ponderosa pine and dry mixed conifer: “Reproduction of bull pine is poor. In many places groups of seedlings are coming in, but in the large blanks made by cutting, restocking is slow” (p. 7). Bull

pine is younger ponderosa pine. Dubois also said: "The underbrush is very heavy, chiefly oak brush, choke-cherry, scarlet thorn, and wild rose" [15] (p. 7). The Montezuma Forest-Reserve Report [16] also described tree regeneration: "In the virgin forest and in the poor open stand on thin soil there is practically no reproduction" [16] (p. 9), and a dense shrubby understory: "The underbrush of oak, service berry, wild rose, thornbush, and buffalo berry is very heavy".

The southern San Juan Mountains had a high diversity of historical low-severity fire rotations in montane forests over short distances (Figure 5c) and, partly related to forest zone and topography. Shorter fire rotations predominated in ponderosa pine forests at lower elevations and on southerly-facing aspects, while longer rotations predominated in mixed-conifer forests at higher elevations and on northerly-facing aspects ( Figures 5c and 7b). Other unstudied factors, including topographic position (e.g., canyon vs. ridge) could also help explain variability.

These low-severity fire-rotation estimates have some limitations. First, they are from CFIs, which have error from using small plots, and error is associated with equations used to estimate fire rotations [4]. Second, CFI studies were not probabilistic samples of landscapes; old forests were typically targeted, since the goal was to obtain long fire records [4]. Younger forests predominant today likely burned at longer fire rotations than the estimates reported here [4]. Of course, tree-ring records cannot distinguish ignition sources, but ignitions by Indians were likely relative low [36].

*4.2. Moderate to High-Severity Fires from Forest Atlases and Other Sources*

Mapped atlas fires and woodlands were shown to be generally reliable in reconstructing larger severe fires across this study area. Here, 24 moderate- to high-severity fires, which covered 86% of total atlas fire and woodland area, were corroborated by multiple sources (Table 4, Table S1, and Figure 3). Corroboration for landscape-scale fire history will always be incomplete, as corroborating sources are imprecise and typically cover only parts of large fires. Tree-ring dating could be used to fill in some missing information and resolve some ambiguity in fire dates, but the land area is too large to cover very fully. Atlases provide an imperfect, but unique and important source of information, particularly when corroborated as well as possible with multiple other sources.

Estimated historical high-severity fire rotations were mostly 225–250 years in moist mixed-conifer, 265 years in dry mixed-conifer, and >350 years in ponderosa pine forests (Table 1). Ponderosa pine and dry mixed-conifer estimates, if pooled, would be roughly congruent with pooled estimates of 271 years in the Colorado Front Range [37] and 281–354 years in the western Sierra [38], but longer than the 217-year rotation on Black Mesa, northern Arizona [37], and the 175-year rotation on the Uncompahgre Plateau, which is just north of the San Juan Mountains [39].

The atlases document that about 19,000 ha of ponderosa pine forest burned at high severity in the 1850–1909 period in the San Juan National Forest, which led to the high-severity fire rotation estimate of 358 years (Table 1). About 1/3 of ponderosa-pine forest area in the San Juan National Forest had evidence of either moderate- or high-severity fire in the 1850–1909 period, a rotation of about 185 years. High-severity fires also burned historically in dry mixed-conifer forests, where ponderosa pine was dominant; about 18,000 ha of high-severity fire was documented by the atlases during 1850–1909 (Table 1). Evidence of high-severity fire has been found in nearly all other ponderosa pine and dry mixed-conifer landscapes where probabilistic landscape-level historical evidence has been studied [6,40,41]. Large high-severity fires in ponderosa pine and dry mixed-conifer forests had not been documented by tree-ring studies in the San Juan Mountains, likely because tree-ring fire studies often cannot reach sufficiently large landscape scales. Tree-ring studies were valuable, but often not probabilistic samples of landscapes, focusing in older forests with long records of fire. Tree-ring studies found some of the large, severe fires, but could not determine they were very large.

Fires appeared to have reached much larger sizes and appeared more uniformly oriented on the San Juan than Rio Grande side (Figure 1b). Larger fires on the San Juan side may have occurred in part because it has much more abundant, dense understory shrubs that promote higher-severity fires. However, much of the area of large patches (Fires 1, 5, and 22 in Figure 1b) also had a

southwest-to-northeast orientation typical of fires that expanded under the influence of strong winds, possibly associated with passing cold fronts or other windstorms [3]. This effect, if it partly explains the pattern, also likely was enhanced by the common southerly- or southwesterly-facing river valleys on the San Juan side, which are lacking on the Rio Grande side (Figure 1b). However, other large fires on the San Juan side (Fires 6 and 10) have different orientation or expanded more broadly (Fire 22) across large landscapes with modest topography. Fires on the Rio Grande side appeared to lack a consistent orientation, and instead appeared constrained by a smaller area of montane forests and more diverse orientations of river valleys (Figure 1b). Some fires burned from valley bottoms in the montane zone up to treeline (e.g., Fire 1 and 18, and the atlas fire on the East Fork of the San Juan River southeast of Fire 7 in Figure 1b), although only the montane forest parts are shown.

How large did historical fires become? Moderate- to high-severity parts of fires appear mostly <5000 ha (Figure 6), but with two or more >13,000 ha in ponderosa pine and mixed conifer, similar to the 14,873 ha of moderate- to high-severity fire in the 2002 Missionary Ridge fire, based on MTBS data [42]. However, potential total area burned in a fire, not just in the montane, at moderate to high severity could historically have reached 38,805 ha (Fire 5), 54,631 ha (Fire 1), 55,975 ha (Fire 9), or even 73,925 ha (Fire 22), approaching the 75,000–90,000 ha estimated to have burned in 1879 on the Uncompahgre Plateau, just north of the San Juan Mountains [39]. If an added 1/3 to 1/2 burned at low severity, as in modern fires, total fire areas could have reached 50,000–100,000 ha, about 2–4 times the 27,903 ha of the 2002 Missionary Ridge fire. However, these very large historical fires need more research, as some could be from smaller adjoining fires in separate years. In any case, these represent very large contiguous areas, likely all burned in a 60-year period, that are still undergoing natural recovery, evident today as large patches of aspen [2,22], middle-aged forests, and openings.

A historically complex landscape with heterogeneous stages of recovery is expected, given high-severity fire rotations of 225–360 years, and moderate- to high-severity fire rotations of about 133–185 years (Table 1), and is documented by the atlases. These rotations were long enough to allow old-growth forests to develop, but short enough so that large fractions of landscapes had younger, recovering forests. About 17% of the ponderosa-pine zone and 21% of all three zones was likely <60 years old, after high-severity fires, at the time of the 1908–1909 atlases, and about 38–39% of these landscapes was burned at moderate to high severity between 1850 and 1909 (Table 1), and is still recovering from these fires. This is a substantial amount of severe fire, but is corroborated by a 1905 observation of limited large ponderosa pine timber on the San Juan relative to other areas (Table S2).

Atlas evidence of moderate- to high-severity fires has several limitations. Large spatial errors affect atlas utility in spatial overlays with modern data. Overlays with parts of the ponderosa and mixed-conifer zones could include some fire area not in the zone, and some parts of the zone could be mis-assigned. A significant constraint is that the resolution or minimum mapping unit is not specified; some grassland and shrubland patches down to about 15–20 ha were mapped, but smaller fires likely were often missed. Atlas evidence of severe fires extends back only to about 1850, and the period 1850–1909 in other parts of the southern Rockies had evidence of extensive burning due to a climatically favorable period for fire and added ignitions by settlers [9]. Ignitions by Indians likely did occur, but were relatively minor [36]. Mapping dates of 1908–1909 are late relative to expanding land uses after the early 1880s and an increased possibility that fires were human-set and forests had been logged and grazed. I presented evidence that railroad logging likely did not produce most woodlands, but logging could have contributed in some areas, and some fires were caused by railroads and logging in this period [9]. Fire severities were not explained in the atlases and, for woodlands, the best estimate from Dubois [16] is that half of woodland area was severely burned. However, woodlands could include some areas of patchy treeline forests, riparian areas, and naturally dry, low-density forests, these latter particularly on the Rio Grande side. Woodlands likely did not generally originate from other disturbances (e.g., beetle outbreaks and droughts) since they had sharp boundaries and contiguous area unlikely to be from other disturbances, and woodlands were explicitly described as from fires. The year of some fires is not known, and corroboration of others is limited, particularly

with earlier fires. Further research could add more spatial-accuracy analysis, field dating of fires, and analysis of woodlands. Despite limitations, forest atlases currently represent the best available source of landscape-scale historical fire evidence for this land area.

*4.3. Managing Low-, Moderate-, and High-Severity Fires in Montane Landscapes of the San Juan Mountains*

Change in ponderosa pine and mixed-conifer landscapes since Euro-American settlement was previously attributed to suppression of frequent fires, with added impact from logging and livestock grazing, leading to increased tree density and basal area, and tree recruitment in grasslands and shrublands. Restoration thus focused on reducing tree density and basal area and reintroducing frequent fires. However, now it is known that ponderosa pine and mixed-conifer landscapes in the San Juan Mountains had frequent fires only on the lowest and driest 15% of the area, as found elsewhere in Colorado [43]. Most (85%) of the southern San Juan montane zone historically had multi-decadal low-severity fire rotations (Table 2), as elsewhere in Colorado [4]. These longer historical low-severity fire rotations enabled dense shrubby understories to persist in a mature state for decades between fires. This likely partly explains, along with southerly-facing valleys and modest topography, the extensive moderate- to high-severity fires now known in this study area (Figure 1b), as also on the adjoining Uncompahgre Plateau just north of the San Juan Mountains [39].

Together this new evidence shows that ponderosa pine, dry mixed-conifer, and moist mixed-conifer landscapes in the San Juan Mountains were all shaped by both low-severity fires, that helped maintain low-density mature and old-growth forests, and by infrequent moderate- to high-severity fires that fostered large expanses of younger, more heterogeneous forests, as well as grasslands and shrublands, in various states of survival and recovery. The resulting landscape heterogeneity of old forests, younger forests, and openings conferred bet-hedging resistance and resilience to unpredictable subsequent disturbances by fires, insects, and droughts, especially important as we enter a period of climate change with expected natural disturbances and tree mortality [41,44]. Bet-hedging at the landscape scale means that the landscape is not uniformly resistant or resilient to any one type of disturbance, but instead provides resistance and resilience to a diversity of disturbances in different parts of the landscape [41,44].

High-severity fires were often thought to have increased since EuroAmerican settlement, but new landscape-scale evidence here refutes this. Fire rotations for high-severity fires, between 1984 and 2012, in analysis polygons that contain the San Juan Mountains, were 1816 years in ponderosa pine and 926 years in dry mixed-conifer forests [40]. Analysis is not available for rates since 1984 in moist mixed-conifer forests. Since estimated historical high-severity fire rotations in ponderosa pine forests were 358 years on the San Juan and 1145 years on the Rio Grande, and in dry mixed-conifer forests were 265 years on the San Juan and 267 years on the Rio Grande (Table 1), high-severity fires have burned since 1984 at well below historical rates. Thinning and reduction of understory shrubs or other fuels to reduce severe fires, in ponderosa pine and dry mixed-conifer forests, is thus fire suppression, which has known adverse effects on biological diversity and ecosystem functioning [9].

If the goal is ecological restoration, it is essential to protect areas primarily undergoing natural postfire recovery, and focus intentional restoration in areas recovering from logging, grazing, and fire suppression. Thinning and logging trees recovering from severe fires is not ecological restoration; it is natural in these areas for tree density and basal area to increase during recovery. Areas today inside atlas fire and woodland areas are still recovering from the moderate- to high-severity fires of 1850–1909. This is 38–39% of San Juan and Rio Grande ponderosa pine and mixed-conifer forest area (Table 1). Digital atlas fires and woodlands provide mapped locations where facilitating natural recovery can be emphasized during restoration (Data S1). Natural recovery favored shade-tolerant trees (*Abies concolor*, *Pseudotsuga menziesii*, and *Picea pungens*), in the middle- to later-stages of succession in mixed-conifer forests [26]; these trees were even dominant in older dry mixed-conifer forests [10]. Where mixed-conifer forests are recovering, restored fires and other disturbances can readjust the abundance of shade-tolerant trees, and in the meantime recovering forests provide a key component of

bet-hedging resilience at the stand scale [41,44]. For example, recovering forests, which already have small trees, are increasingly valuable because post-fire tree regeneration has been lower with warmer and drier conditions since 2000 [45].

For other areas, the simplest approach to separation of confounded recovery, logging, and fire-suppression effects, to determine restoration needs, is by dating and field observation. Since fire suppression was ineffective until after World War II [9], small trees <65 years old more likely represent fire suppression or recovery from logging, whereas older trees most likely represent natural recovery after low- to moderate-severity fires, except near early-1900s logging railroads (Figure 4). Other logged areas can often be identified in the field by persistent stumps [8]. In these later logged areas, small trees <65 years old could represent recovery after logging itself, livestock grazing, or fire suppression, which have effects that are difficult to separate. Using natural recovery and managed fire to restore these forests can be just as effective, or more so, than are thinning or other mechanical treatments [46], and do not require particular prescriptions. If mechanical treatment is undertaken anyway in these areas, I suggest now retaining all older trees and sufficient trees <65 years old, of as many species as possible, so that after-treatment stand-structure is numerically dominated by small trees of maximum available species diversity and variable density. These provide bet-hedging against impending future beetle outbreaks, droughts, and fires [41,44].

If the fire management goal is to restore heterogeneous San Juan montane landscapes shaped by historical variability in low-, moderate-, and high-severity fires, managed fires for resource benefit, not prescribed fires, can enable the higher-severity fires needed for effective restoration [47]. Fire rotations are the best available rate estimators to use in burning programs because they are area-based estimates of the historical rate of burning [4]. Biological diversity and ecosystem services will certainly be best maintained by mimicking the large variability in historical fire among forest zones and across topography (Table 5, Figures 1b and 5). In addition, most of the total burned area historically came from the few percent of fires that were large [9]. During the intervals between large fires, there can be ample time and variable settings that allow diverse species to recover. This can be mimicked by concentrating burned area into fewer years, rather than burning similarly each year.

It is not easy to restore and live with dangerous, but ecologically important large, severe fires or even with low-severity fires [48]. New landscape-scale evidence shows that montane landscapes are among the most inherently dangerous places to try to live with fire in the San Juan Mountains.

**Supplementary Materials:** The following are available online at http://www.mdpi.com/2571-6255/1/2/23/s1, Table S1: Moderate- to high-severity fires during 1850–1909 in the ponderosa pine and mixed-conifer forests of the southern San Juan Mountains from multiple sources, Table S2: General descriptions of fires and forest structure in Colorado and the San Juan Mountains, Data S1: Digital maps (shapefiles) of atlas fires and woodlands, Data S3: Digital fire-history data. Data S2: Georectified forest-atlas mosaics, are available from the Open Science Framework online at: https://osf.io/jk6ce/ (doi:10.17605/OSF.IO/JK6CE).

**Funding:** This research received no external funding.

**Acknowledgments:** The author appreciates assistance from the San Juan and Rio Grande National Forests with their GIS data, and the U.S. Geological Survey Denver Library Photographic Collection. Comments from peer reviewers significantly improved the manuscript and are appreciated.

**Conflicts of Interest:** The author declares no conflict of interest.

## References

1. Wehner, M.F.; Arnold, J.R.; Knutson, T.; Kunkel, K.E.; LeGrande, A.N. Droughts, floods, and hydrology. In *Climate Science Special Report: Fourth National Climate Assessment*; Wuebbles, D.J., Fahey, D.W., Hibbard, K.A., Dokken, D.J., Stewart, B.C., Maycock, T.K., Eds.; U.S. Global Change Research Program: Washington, DC, USA, 2017; Volume 1, pp. 231–256.
2. Romme, W.H.; Floyd-Hanna, L.; Hanna, D.D.; Bartlett, E. Aspen's ecological role in the West. In *Sustaining Aspen in Western Landscapes: Symposium Proceedings*; Shepperd, W.D., Binkley, D., Bartos, D.L., Stohlgren, T.J., Eskew, L.G., Eds.; USDA Forest Service Proceedings RMRS-P-18; Rocky Mountain Research Station: Fort Collins, CO, USA, 2001; pp. 243–259.

3. Aoki, C.F. Fire History and Serotiny in the Rocky Mountains of Colorado. Master's Thesis, Colorado State University, Fort Collins, CO, USA, 2010.
4. Baker, W.L. Restoring and managing low-severity fire in dry-forest landscapes of the western USA. *PLoS ONE* **2017**, *12*, e0172288. [CrossRef] [PubMed]
5. Hessburg, P.F.; Salter, R.B.; James, K.M. Re-examining fire severity relations in pre-management era mixed-conifer forests: Inferences from landscape patterns of forest structure. *Landsc. Ecol.* **2007**, *22*, 5–24. [CrossRef]
6. Odion, D.C.; Hanson, C.T.; Arsenault, A.; Baker, W.L.; DellaSala, D.A.; Hutto, R.L.; Klenner, W.; Moritz, M.A.; Sherriff, R.L.; Veblen, T.T.; et al. Examining historical and current mixed-severity fire regimes in ponderosa pine and mixed-conifer forests of western North America. *PLoS ONE* **2014**, *9*, e87852. [CrossRef] [PubMed]
7. Baker, W.L.; Williams, M.A. Land surveys show regional variability of historical fire regimes and dry forest structure of the western United States. *Ecol. Appl.* **2018**, *28*, 284–290. [CrossRef] [PubMed]
8. Romme, W.H.; Floyd, M.L.; Hanna, D. *Historical Range of Variability and Current Landscape Condition Analysis: South Central Highlands Section, Southwestern Colorado & Northwestern New Mexico*; Colorado Forest Restoration Institute, Colorado State University: Fort Collins, CO, USA, 2009. Available online: https://cfri.colostate.edu/publications/ (accessed on 7 July 2018).
9. Baker, W.L. *Fire Ecology in Rocky Mountain landscapes*; Island Press: Washington, DC, USA, 2009.
10. Tepley, A.J.; Veblen, T.T. Spatiotemporal fire dynamics in mixed-conifer and aspen forests in the San Juan Mountains of southwestern Colorado, USA. *Ecol. Monogr.* **2015**, *85*, 583–603. [CrossRef]
11. Agee, J.K. *Fire ecology of Pacific Northwest Forests*; Island Press: Washington, DC, USA, 1993.
12. Pinchot, G. *Preparation of the Forest Atlas*; United States Department of Agriculture, Forest Service: Washington, DC, USA, 1907.
13. Graves, H.S. *Instructions for Making Forest Surveys and Maps*; U.S. Government Printing Office: Washington, DC, USA, 1912.
14. Baker, W.L.; Veblen, T.T.; Sherriff, R.L. Fire, fuels and restoration of ponderosa pine-Douglas-fir forests in the Rocky Mountains, USA. *J. Biogeogr.* **2007**, *34*, 251–269. [CrossRef]
15. Dubois, C. *Report on the Proposed San Juan Forest Reserve, Colorado*; Unpublished Report on file at the San Juan National Forest, Supervisor's Office; San Juan National Forest: Durango, CO, USA, 1903.
16. Dubois, C. *The Proposed Montezuma Forest Reserve, Colorado*; Original document is in the National Archives and Records Administration; U.S. Department of Agriculture, Bureau of Forestry: Broomfield, CO, USA, 1904; A Typed Facsimile Version. Available online: https://www.fs.usda.gov/detail/gmug/landmanagement/resourcemanagement/?cid=stelprdb5378367 (accessed on 7 July 2018).
17. Michelsen, H. Colorado forest fires in nineteen hundred. *Forester* **1901**, *7*, 56–61.
18. Snedecor, G.W.; Cochran, W.G. *Statistical Methods*, 6th ed.; Iowa State University Press: Ames, IA, USA, 1967.
19. Shinneman, D.J.; Baker, W.L.; Rogers, P.C.; Kulakowski, D. Fire regimes of quaking aspen in the Mountain West. *For. Ecol. Manag.* **2013**, *299*, 22–34. [CrossRef]
20. Biodiversity Heritage Library. Available online: https://www.biodiversitylibrary.org (accessed on 26 May 2018).
21. Kulakowski, D.; Veblen, T.T.; Drinkwater, S. The persistence of quaking aspen (*Populus tremuloides*) in the Grand Mesa area, Colorado. *Ecol. Appl.* **2004**, *14*, 1603–1614. [CrossRef]
22. Margolis, E.Q.; Swetnam, T.W.; Allen, C.D. A stand-replacing fire history in upper montane forests of the southern Rocky Mountains. *Can. J. For. Res.* **2007**, *37*, 2227–2241. [CrossRef]
23. Hatton, J.H. *The Proposed Cochetopa Forest Reserve: Examination, Report and Recommendations*; Bureau of Forestry, U.S. Department of Agriculture, National Archives and Records Administration: Broomfield, CO, USA, 1904.
24. Ormes, R.M. *Tracking Ghost Railroads in Colorado*; Century One Press: Colorado Springs, CO, USA, 1975.
25. Chappell, G.S. *Logging along the Denver & Rio Grande: Narrow Gauge Logging Railroads of Southwestern Colorado and Northern New Mexico*; Colorado Railroad Museum: Golden, CO, USA, 1971.
26. Wu, R. Fire History and Forest Structure in the Mixed Conifer Forests of Southwest Colorado. Master's Thesis, Colorado State University, Fort Collins, CO, USA, 1999.

27. Brown, P.M.; Wu, R. Climate and disturbance forcing of episodic tree recruitment in a southwestern ponderosa pine landscape. *Ecology* **2005**, *86*, 3030–3038. [CrossRef]
28. Fulé, P.Z.; Korb, J.E.; Wu, R. Changes in forest structure of a mixed conifer forest, southwestern Colorado, USA. *For. Ecol. Manag.* **2009**, *258*, 1200–1210. [CrossRef]
29. Korb, J.E.; Fulé, P.Z.; Wu, R. Variability of warm/dry mixed conifer forests in southwestern Colorado, USA: Implications for ecological restoration. *For. Ecol. Manag.* **2013**, *304*, 182–191. [CrossRef]
30. Bigio, E.R. Late Holocene Fire and Climate History of the Western San Juan Mountains, Colorado: Results from Alluvial Stratigraphy and Tree-Ring Methods. Ph.D. Thesis, University of Arizona, Tucson, AZ, USA, 2013.
31. Bigio, E.R.; Swetnam, T.W.; Baisan, C.H. Local-scale and regional climate controls on historical fire regimes in the San Juan Mountains, Colorado. *For. Ecol. Manag.* **2016**, *360*, 311–322. [CrossRef]
32. Brown, P.M.; Ryan, M.G.; Andrews, T.G. Historical surface fire frequency in ponderosa pine stands in Research Natural Areas, central Rocky Mountains and Black Hills, USA. *Nat. Areas J.* **2000**, *20*, 133–139.
33. Grissino-Mayer, H.D.; Romme, W.H.; Floyd, M.L.; Hanna, D.D. Climatic and human influences on fire regimes of the southern San Juan Mountains, CO, USA. *Ecology* **2004**, *85*, 1708–1724. [CrossRef]
34. Colorado Historic Newpapers Collection. Available online: https://www.coloradohistoricnewspapers.org (accessed on 26 May 2018).
35. Kaufmann, M.R.; Huisjen, D.W.; Kitchen, S.; Babler, M.; Abella, S.R.; Gardiner, T.S.; McAvoy, D.; Howie, J.; Page, D.H., Jr. *Gambel Oak Ecology and Management in the Southern Rockies: The Status of Our Knowledge*; Southern Rockies Fire Science Network Publication 2016-1; Colorado State University: Fort Collins, CO, USA, 2016.
36. Baker, W.L. Indians and fire in the Rocky Mountains: The wilderness hypothesis renewed. In *Fire, Native Peoples, and the Natural Landscape*; Vale, T.R., Ed.; Island Press: Washington, DC, USA, 2002; pp. 41–76.
37. Williams, M.A.; Baker, W.L. Spatially extensive reconstructions show variable-severity fire and heterogeneous structure in historical western United States dry forests. *Glob. Ecol. Biogeogr.* **2012**, *21*, 1042–1052. [CrossRef]
38. Baker, W.L. Historical forest structure and fire in Sierran mixed-conifer forests reconstructed from General Land Office survey data. *Ecosphere* **2014**, *5*, 79. [CrossRef]
39. Baker, W.L. *The Landscapes They Are A-Changin'–Severe 19th-Century Fires, Spatial Complexity, and Natural Recovery in Historical Landscapes on the Uncompahgre Plateau*; Colorado Forest Restoration Institute, Colorado State University: Fort Collins, CO, USA, 2017. Available online: https://cfri.colostate.edu/publications/ (accessed on 7 July 2018).
40. Baker, W.L. Are high-severity fires burning at much higher rates recently than historically in dry-forest landscapes of the western USA? *PLoS ONE* **2015**, *10*, e0136147.
41. Baker, W.L. Transitioning western U.S. dry forests to limited committed warming with bet-hedging and natural disturbances. *Ecosphere* **2018**, *9*, e02288. [CrossRef]
42. Monitoring Trends in Burn Severity. Available online: https://www.mtbs.gov (accessed on 26 May 2018).
43. Sherriff, R.L.; Platt, R.V.; Veblen, T.T.; Schoennagel, T.L.; Gartner, M.H. Historical, observed, and modeled wildfire severity in montane forests of the Colorado Front Range. *PLoS ONE* **2014**, *9*, e106971. [CrossRef] [PubMed]
44. Baker, W.L.; Williams, M.A. Bet-hedging dry-forest resilience to climate-change threats in the western USA based on historical forest structure. *Front. Ecol. Evol.* **2015**, *2*, 88. [CrossRef]
45. Stevens-Rumann, C.S.; Kemp, K.B.; Higuera, P.E.; Harvey, B.J.; Rother, M.T.; Donato, D.C.; Morgan, P.; Veblen, T.T. Evidence for declining forest resilience to wildfires under climate change. *Ecol. Lett.* **2018**, *21*, 243–252. [CrossRef] [PubMed]
46. Zachmann, L.J.; Shaw, D.W.H.; Dickson, B.G. Prescribed fire and natural recovery produce similar long-term patterns of change in forest structure in the Lake Tahoe basin, California. *For. Ecol. Manag.* **2018**, *409*, 276–287. [CrossRef]

47. Van Wagtendonk, J.W.; Lutz, J.A. Fire regime attributes of wildland fires in Yosemite National Park, USA. *Fire Ecol.* **2007**, *3*, 34–52. [CrossRef]
48. Schoennagel, T.; Balch, J.K.; Brenkert-Smith, H.; Dennison, P.E.; Harvey, B.J.; Krawchuk, M.A.; Mietkiewicz, N.; Morgan, P.; Moritz, M.A.; Rasker, R.; et al. Adapt to more wildfire in western North American forests as climate changes. *Proc. Natl. Acad. Sci. USA* **2017**, *114*, 4582–4590. [CrossRef] [PubMed]


© 2018 by the author. Licensee MDPI, Basel, Switzerland. This article is an open access article distributed under the terms and conditions of the Creative Commons Attribution (CC BY) license (http://creativecommons.org/licenses/by/4.0/).

United States Department of Agriculture

Natural Resources Conservation Service

Forest Service

In cooperation with United States Department of Interior, Bureau of Land Management; and Colorado Agricultural Experiment Station

# Soil Survey of Animas-Dolores Area, Colorado

## Parts of Archuleta, Dolores, Hinsdale, La Plata, Montezuma, San Juan, and San Miguel Counties



# How To Use This Soil Survey

### Detailed Soil Maps

The detailed soil maps can be useful in planning the use and management of small areas.

To find information about your area of interest, locate that area on the **Index to Map Sheets**. Note the number of the map sheet and turn to that sheet.

Locate your area of interest on the map sheet. Note the map unit symbols that are in that area. Turn to the **Contents**, which lists the map units by symbol and name and shows the page where each map unit is described.

The **Contents** shows which table has data on a specific land use for each detailed soil map unit. Also see the **Contents** for sections of this publication that may address your specific needs.




NOTE: Map unit symbols in a soil survey may consist only of numbers or letters, or they may be a combination of numbers and letters.

This soil survey is a publication of the National Cooperative Soil Survey, a joint effort of the United States Department of Agriculture and other Federal agencies, State agencies including the Agricultural Experiment Stations, and local agencies. The Natural Resources Conservation Service (formerly the Soil Conservation Service) has leadership for the Federal part of the National Cooperative Soil Survey.

Major fieldwork for this soil survey was completed in 1992. Soil names and descriptions were approved in 2003. Unless otherwise indicated, statements in this publication refer to conditions in the survey area in 2001. This survey was made cooperatively by the Natural Resources Conservation Service; Forest Service; the United States Department of the Interior, Bureau of Land Management; and Colorado Agricultural Experiment Station. The survey is part of the technical assistance furnished to the Dolores, Dove Creek, La Plata, Mancos, San Juan, and San Miguel Basin Soil Conservation Districts.

Soil maps in this survey may be copied without permission. Enlargement of these maps, however, could cause misunderstanding of the detail of mapping. If enlarged, maps do not show the small areas of contrasting soils that could have been shown at a larger scale.

The United States Department of Agriculture (USDA) prohibits discrimination in all of its programs on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, and marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact the USDA's TARGET Center at 202-720-2600 (voice or TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326W, Whitten Building, 14th and Independence Avenue SW, Washington, DC 20250-9410, or call 202-720-5964 (voice or TDD). USDA is an equal opportunity provider and employer.

**Cover: This photo shows the North Fork of the West Mancos River. The La Plata Mountains are in the background.**

*Additional information about the Nation's natural resources is available online from the Natural Resources Conservation Service at http://www.nrcs.usda.gov.*

# Contents

**How To Use This Soil Survey** ... i
**Foreword** ... xiii
**Soil Survey of the Animas-Dolores Area, Colorado.** ... 1
General Nature of the Survey Area ... 2
History and Development ... 2
Physiography, Relief, and Drainage ... 2
Climate ... 3
Natural Resources ... 4
Industry and Transportation ... 4
How This Survey Was Made ... 5
**Detailed Soil Map Units** ... 7
1—Bradfield-Narraguinnep complex, 0 to 5 percent slopes ... 8
2—Hesperus loam, 0 to 3 percent slopes ... 9
10—Lillings silty clay loam, 0 to 5 percent slopes ... 10
12—Shawa loam, 0 to 5 percent slopes ... 11
13—Fughes Loam, 1 to 12 percent slopes ... 12
14—Dalmatian-Apmay-Schrader complex, 0 to 5 percent slopes ... 14
15—Umbarg loam, 0 to 5 percent slopes ... 16
16—Payter sandy loam, 3 to 15 percent slopes ... 17
17—Fluvaquents-Haplustolls complex, 0 to 5 percent slopes ... 18
18—Endoaquolls-Ustifluvents complex, 0 to 5 percent slopes ... 19
20—Mavreeso loam, 5 to 30 percent slopes ... 20
51—Clayburn-Hourglass complex, 5 to 25 percent slopes ... 21
52—Ohwiler loam, 12 to 30 percent slopes ... 23
53—Cryaquolls-Typic Cryaquents complex, 1 to 5 percent slopes ... 24
54—Quazar very cobbly loam, 5 to 25 percent slopes ... 26
56—Typic Cryaquents-Cryaquolls-Cryofibrists complex, 0 to 5 percent slopes ... 27
57—Howardsville gravelly loam, 1 to 6 percent slopes ... 29
58—Fughes-Herm complex, 5 to 25 percent slopes ... 31
59—Fughes-Herm complex, 25 to 45 percent slopes ... 32
60—Grimes very cobbly sandy loam, 0 to 3 percent slopes ... 34
110—Sheek-Ormiston complex, 3 to 30 percent slopes ... 35
111—Fardraw loam, 3 to 15 percent slopes ... 37
113—Dolores loam, 30 to 65 percent slopes ... 38
150—Silex-Rock outcrop complex, 10 to 20 percent slopes ... 39
151—Frisco Loam, 10 to 25 percent slopes ... 41
152—Frisco Loam, 25 to 45 percent slopes ... 42
153—Frisco-Horsethief complex, 10 to 30 percent slopes ... 43
154—Frisco-Horsethief complex, 30 to 75 percent slopes ... 45
155—Tuckerville-Rock outcrop complex, 30 to 60 percent slopes ... 47
156—Sponsor-Tuckerville complex, 15 to 30 percent slopes ... 48
157—Sponsor-Tuckerville complex, 15 to 30 percent slopes, very bouldery ... 50
158—Sponsor-Tuckerville complex 30 to 60 percent slopes ... 52
159—Tuckerville very stony sandy loam, 15 to 55 percent slopes ... 54
160—Anvik-Tuckerville complex, 10 to 45 percent slopes ... 55

161—Needleton stony loam, 5 to 15 percent slopes ........ 57
162—Quazar-Varden complex, 15 to 65 percent slopes ........ 59
163—Clayburn-Hourglass complex, 15 to 30 percent slopes ........ 60
164—Hourglass-Bucklon-Wander complex, 30 to 60 percent slopes ........ 62
165—Pinacol loam, 1 to 12 percent slopes ........ 64
166—Pinacol loam, 12 to 40 percent slopes ........ 65
250—Snowdon-Rock outcrop complex, 30 to 65 percent slopes ........ 67
251—Rock outcrop-Snowdon complex, 45 to 75 percent slopes ........ 68
254—Typic Cryorthents-Rubble land complex, 30 to 75 percent slopes ........ 70
330—Needleton stony loam, 15 to 30 percent slopes ........ 71
331—Needleton stony loam, 30 to 65 percent slopes ........ 73
332—Horsethief-Needleton complex, 30 to 60 percent slopes ........ 74
333—Henson very gravelly loam, south aspect, 10 to 30 percent slopes ........ 76
334—Henson very gravelly loam, south aspect, 30 to 60 percent slopes ........ 77
335—Whitecross-Rock outcrop complex, 15 to 45 percent slopes ........ 78
336—Whitecross-Rock outcrop complex, south aspect, 30 to 75 percent slopes ........ 80
337—Whitecross-Rock outcrop complex, 45 to 75 percent slopes ........ 82
338—Henson very gravelly loam, 10 to 30 percent slopes ........ 84
339—Henson very gravelly loam, 30 to 60 percent slopes ........ 85
340—Moran very gravelly loam, 10 to 30 percent slopes ........ 86
341—Moran very gravelly loam, 30 to 65 percent slopes ........ 87
342—Telluride-Rock outcrop complex, 15 to 45 percent slopes ........ 88
343—Telluride-Rock outcrop complex, 45 to 75 percent slopes ........ 90
345—Papaspila loam, 0 to 15 percent slopes ........ 91
350—Flygare-Foidel complex, 0 to 15 percent slopes ........ 92
355—Flygare-Foidel complex, 15 to 30 percent slopes ........ 94
360—Blacksnag-Peeler complex, 2 to 15 percent slopes ........ 96
361—Blacksnag-Peeler complex, 15 to 30 percent slopes ........ 98
374—Mavreeso-Valto-Rock outcrop complex, 30 to 80 percent slopes ........ 100
375—Needleton-Snowdon complex, 5 to 15 percent slopes ........ 101
376—Needleton loam, 15 to 30 percent slopes ........ 103
378—Needleton-Haviland complex, 30 to 60 percent slopes ........ 105
380—Snowdon-Rock outcrop, 10 to 30 percent slopes ........ 107
381—Needleton-Snowdon-Rock outcrop complex, 30 to 80 percent slopes ........ 108
382—Needleton-Snowdon complex, 15 to 30 percent slopes ........ 110
383—Haviland-Needleton complex, 10 to 30 percent slopes ........ 112
386—Needleton stony loam, 60 to 90 percent slopes ........ 114
387—Frisco-Quazar complex, 30 to 60 percent slopes ........ 115
388—Frisco-Quazar complex, 15 to 30 percent slopes ........ 117
389—Seitz gravelly loam, 10 to 60 percent slopes ........ 119
390—Clayburn-Heisspitz complex, 30 to 60 percent slopes ........ 120
391—Runlett-Sessions complex, 5 to 30 percent slopes ........ 121
392—Runlett-Needleton-Sessions complex, 15 to 45 percent slopes ........ 123
393—Heisspitz-Sessions-Rock outcrop complex, 5 to 15 percent slopes ........ 124
394—Clayburn-Heisspitz complex, 15 to 30 percent slopes ........ 126
395—Scout silt loam, 10 to 30 percent slopes ........ 127
396—Scout silt loam, 30 to 60 percent slopes ........ 128
399—Kite-Rock outcrop complex, 15 to 30 percent slopes ........ 130
450—Lostlake-Rock outcrop complex, 30 to 80 percent slopes ........ 131
452—Dystrocryepts-Rock outcrop complex, 15 to 30 percent slopes ........ 132
453—Sig-Rock outcrop-Snowdon complex, 15 to 45 percent slopes ........ 133
454—Snowdon-Sig-Rock outcrop complex, 15 to 45 percent slopes ........ 135
493—Badland ........ 137

494—Pits, Gravel ........ 138
495—Riverwash ........ 138
496—Rock outcrop ........ 139
497—Rubble land ........ 139
498—Slickens ........ 140
499—Water ........ 140
500—Dolores-Fivepine complex, 0 to 15 percent slopes ........ 140
501—Fivepine-Nortez complex, 0 to 15 percent slopes ........ 142
503—Ormiston-Fivepine complex, 0 to 15 percent slopes ........ 144
504—Jemco-Detra-Beje complex, 1 to 15 percent slopes ........ 145
505—Moento loam, 0 to 15 percent slopes ........ 148
506—Moento-Detra-Jemco complex, 0 to 15 percent slopes ........ 149
508—Herm-Pagoda complex, 0 to 15 percent slopes ........ 151
509—Burnson loam, dry, 1 to 15 percent slopes ........ 153
510—Jemco-Moento complex, 0 to 15 percent slopes ........ 154
511—Granath-Fughes complex, 0 to 15 percent slopes ........ 156
512—Wetherill loam, 3 to 6 percent slopes ........ 158
513—Maudrey-Tombac complex, 0 to 15 percent slopes ........ 159
525—Arabrab loam, 0 to 15 percent slopes ........ 161
526—Lonecone loam, 0 to 5 percent slopes ........ 162
527—Ormiston-Beje complex, 5 to 30 percent slopes ........ 163
552—Burnson loam, 1 to 15 percent slopes ........ 165
553—Burnson-Herm complex, 15 to 30 percent slopes ........ 167
571—Mancos-Skisams-Skutum complex, 1 to 15 percent slopes ........ 169
572—Sudduth loam, 0 to 15 percent slopes ........ 171
600—Valto-Rock outcrop complex, 10 to 65 percent slopes ........ 172
601—Weminuche loam, 30 to 75 percent slopes ........ 173
602—Weminuche loam, 5 to 30 percent slopes ........ 175
603—Weminuche-Anvik complex, 15 to 60 percent slopes ........ 176
605—Nordicol very stony sandy loam, 6 to 25 percent slopes ........ 178
606—Snowdon-Needleton complex, 45 to 90 percent slopes ........ 180
607—Graysill-Scotch complex, south aspect, 30 to 60 percent slopes ........ 182
608—Scotch-Graysill complex, 30 to 60 percent slopes ........ 184
609—Hourglass-Wander complex, 5 to 30 percent slopes ........ 185
610—Wander-Hotter-Hourglass complex, 30 to 60 percent slopes ........ 187
611—Goldbug very stony fine sandy loam, 5 to 30 percent slopes ........ 188
612—Haviland-Graysill complex, 5 to 30 percent slopes ........ 190
615—Haviland loam, 30 to 60 percent slopes ........ 192
616—Fortlewis stony fine sandy loam, 3 to 12 percent slopes ........ 193
617—Shawa loam, 5 to 20 percent slopes ........ 194
618—Nordicol-Valto complex, 30 to 70 percent slopes ........ 196
619—Nordicol extremely stony loam, 45 to 75 percent slopes ........ 198
620—Caviness loam, 15 to 30 percent slopes ........ 199
621—Granturk Loam, 5 to 25 percent slopes ........ 201
622—Granturk-Rock outcrop complex, 25 to 60 percent slopes ........ 202
623—Chris-Nordicol complex, 15 to 45 percent slopes ........ 204
699—Haplocryolls-Rubble land complex, 10 to 60 percent slopes ........ 206
700—Bradfield clay loam, 0 to 5 percent slopes ........ 207
703—Narraguinnep clay loam, 15 to 50 percent slopes ........ 208
704—Gladlow-Rock outcrop-Ruko complex, 3 to 15 percent slopes ........ 210
705—Helmet clay loam, 1 to 15 percent slopes ........ 211
706—Narraguinnep clay loam, 5 to 15 percent slopes ........ 213
707—Teedown-Nordicol complex, 5 to 15 percent slopes ........ 214
708—Helmet clay loam, 30 to 60 percent slopes ........ 216

709—Teedown loam, 0 to 20 percent slopes ... 217
710—Sili-Zigzag complex, 5 to 15 percent slopes ... 219
711—Sili clay loam, 5 to 15 percent slopes ... 220
714—Helmet loam, 15 to 30 percent slopes ... 222
718—Narraguinnep-Gladlow complex, 5 to 30 percent slopes ... 223
720—Zigzag-Rock outcrop complex, 30 to 80 percent slopes ... 225
723—Zigzag-Rock outcrop complex, 15 to 30 percent slopes ... 227
725—Shawa loam, 20 to 30 percent slopes ... 228
727—Teedown-Nordicol complex, 15 to 30 percent slopes ... 229
730—Baird Hollow-Nordicol-Ryman complex, 5 to 40 percent slopes ... 231
731—Ryman-Adel complex, 1 to 15 percent slopes ... 233
732—Adel-Quazar complex, 5 to 30 percent slopes ... 235
733—Adel-Bucklon complex, 10 to 30 percent slopes ... 236
734—Ryman-Clayburn complex, 2 to 15 percent slopes ... 237
740—Cowtown-Scout complex, 5 to 30 percent slopes ... 239
741—Cowtown-Scout complex, 30 to 60 percent slopes ... 241
750—Archuleta-Sheek complex, 12 to 65 percent slopes ... 242
801—Fughes-Sheek complex, 15 to 30 percent slopes ... 244
802—Argiustolls-Haplustalfs-Rock outcrop complex, 30 to 80 percent slopes ... 246
804—Wauquie-Dolcan-Rock outcrop complex, 25 to 80 percent slopes ... 248
805—Shawa-Fughes complex, 15 to 30 percent slopes ... 250
806—Shawa-Fughes complex, 30 to 60 percent slopes ... 252
809—Argiustolls-Haplustalfs complex, 30 to 80 percent slopes ... 254
813—Fughes silty clay loam, 5 to 30 percent slopes ... 255
814—Leaps-Hofly complex, 5 to 40 percent slopes ... 257
815—Behanco-Powderhorn family complex, 0 to 15 percent slopes ... 258
816—Storm extremely flaggy loam, 15 to 30 percent slopes ... 260
826—Ute-Frisco complex, 0 to 20 percent slopes ... 262
830—Dressel-Jersey complex, 30 to 80 percent slopes ... 264
832—Storm extremely flaggy loam, 0 to 15 percent slopes ... 266
834—Haycamp-Jersey complex, 30 to 80 percent slopes ... 267
835—Brumley loam, 0 to 15 percent slopes ... 269
860—Granath-Nortez complex, 0 to 15 percent slopes ... 270
861—Morapos loam, 0 to 15 percent slopes ... 272
862—Granath-Dolores-Fivepine complex, 0 to 15 percent slopes ... 273
863—Granath-Ormiston-Fivepine complex, 0 to 15 percent slopes ... 275
890—Tamarron-Frisco complex, 30 to 60 percent slopes ... 277
891—Tamarron-Frisco complex, 15 to 30 percent slopes ... 279
901—Granath-Zoltay-Nortez complex, 0 to 15 percent slopes ... 281
903—Anvik loam, 12 to 45 percent slopes ... 282
904—Beje fine sandy loam, 3 to 25 percent slopes ... 284
905—Cryaquolls, 0 to 3 percent slopes ... 285
906—Archuleta loam, 12 to 65 percent slopes ... 286
907—Archuleta-Sanchez complex, 12 to 65 percent slopes ... 287
908—Adel loam, 5 to 30 percent slopes ... 289
909—Adel loam, moist, 15 to 50 percent slopes ... 290
917—Chris very stony loam, 9 to 25 percent slopes ... 292
919—Clayburn loam, 3 to 12 percent slopes ... 293
920—Clayburn cobbly loam, 6 to 25 percent slopes ... 294
926—Ustolls-Rock outcrop complex, 40 to 90 percent slopes ... 296
930—Fortlewis-Rock outcrop complex, 6 to 25 percent slopes ... 297
934—Ceek very flaggy clay loam, 10 to 40 percent slopes ... 298
937—Herm loam, 6 to 25 percent slopes ... 300

939—Ohwiler loam, 3 to 12 percent slopes ..... 301
940—Horsethief stony fine sandy loam 20 to 65 percent slopes ..... 302
942—Fivepine-Pino complex, 0 to 15 percent slopes ..... 304
945—Nizhoni-Arabrab-Rock outcrop complex, 1 to 50 percent slopes ..... 305
950—Pescar fine sandy loam ..... 307
951—Endoaquolls, 0 to 3 percent slopes ..... 308
955—Umbarg-Winner-Tesajo complex, 0 to 2 percent slopes ..... 309
956—Ormiston-Granath complex, 1 to 12 percent slopes ..... 311
958—Sheek-Archuleta-Rock outcrop complex, 25 to 80 percent slopes ..... 312
959—Granath loam, 3 to 6 percent slopes ..... 314
965—Narraguinnep-Dapoin complex, 1 to 15 percent slopes ..... 315
966—Cryaquepts, 0 to 6 percent slopes ..... 317
967—Quazar-Cryaquolls-Cryohemists association, 1 to 30 percent slopes ..... 318
968—Nortez-Granath complex, 1 to 12 percent slopes ..... 320
969—Nortez-Fivepine complex, 1 to 12 percent slopes ..... 321
972—Pagoda-Coulterg-Wiggler complex, 10 to 60 percent slopes ..... 323
989—Ryman loam, dry, 2 to 20 percent slopes ..... 325
990—Ryman loam, warm, 2 to 20 percent slopes ..... 326
992—Gladlow clay loam, 3 to 20 percent slopes ..... 327
996—Zoltay loam, 3 to 15 percent slopes ..... 328
997—Zigzag-Bodot-Rock outcrop complex, 15 to 30 percent slopes ..... 329
**Use and Management of the Soils** ..... 331
Interpretive Ratings ..... 331
Rating Class Terms ..... 331
Numerical Ratings ..... 331
Pasture ..... 332
Yields per Acre ..... 332
Land Capability Classification ..... 332
Prime Farmland ..... 333
Ecological Sites and Characteristic Native Vegetation ..... 334
Forest Productivity and Management ..... 335
Forest Productivity ..... 335
Forest Management ..... 336
Recreation ..... 338
Hydric Soils ..... 339
Engineering ..... 341
Building Site Development ..... 342
Sanitary Facilities ..... 343
Construction Materials ..... 345
Water Management ..... 346
**Soil Properties** ..... 349
Engineering Index Properties ..... 349
Physical Properties ..... 350
Chemical Properties ..... 352
Water Features ..... 353
Soil Features ..... 354
**Classification of the Soils** ..... 357
Soil Series and Their Morphology ..... 357
Adel Series ..... 358
Anvik Series ..... 358
Apmay Series ..... 359
Arabrab Series ..... 360
Archuleta Series ..... 361
Argiustolls ..... 362

Baird Hollow Series ... 363
Behanco Series ... 363
Beje Series ... 364
Blacksnag Series ... 365
Bodot Series ... 366
Bradfield Series ... 367
Brumley Series ... 368
Bucklon Series ... 369
Burnson Series ... 369
Caviness Series ... 370
Ceek Series ... 371
Chris Series ... 372
Clayburn Series ... 373
Coulterg Series ... 374
Cowtown Series ... 375
Cryaquepts ... 376
Cryaquolls ... 376
Cryofibrists ... 377
Cryohemists ... 378
Dalmatian Series ... 378
Dapoin Series ... 379
Detra Series ... 380
Dolcan Series ... 381
Dolores Series ... 382
Dressel Series ... 383
Dystrocryepts ... 384
Endoaquolls ... 385
Fardraw Series ... 386
Fivepine Series ... 387
Fluvaquents ... 388
Flygare Series ... 388
Foidel Series ... 390
Fortlewis Series ... 391
Frisco Series ... 392
Fughes Series ... 393
Gladlow Series ... 394
Goldbug Series ... 395
Granath Series ... 396
Granturk Series ... 397
Graysill Series ... 398
Grimes Series ... 399
Haplocryolls ... 400
Haplustalfs ... 400
Haplustolls ... 402
Haviland Series ... 402
Haycamp Series ... 403
Heisspitz Series ... 404
Helmet Series ... 405
Henson Series ... 406
Herm Series ... 407
Hesperus Series ... 408
Hofly Series ... 409
Horsethief Series ... 409
Hotter Series ... 410

Hourglass Series ..... 411
Howardsville Series ..... 412
Jemco Series ..... 412
Jersey Series ..... 413
Kite Series ..... 414
Leaps Series ..... 415
Lillings Series ..... 416
Lonecone Series ..... 417
Lostlake Series ..... 417
Mancos Series ..... 418
Maudrey Series ..... 419
Mavreeso Series ..... 420
Moento Series ..... 421
Moran Series ..... 422
Morapos Series ..... 423
Narraguinnep Series ..... 424
Needleton Series ..... 425
Nizhoni Series ..... 426
Nordicol Series ..... 426
Nortez Series ..... 427
Ohwiler Series ..... 428
Ormiston Series ..... 429
Pagoda Series ..... 430
Papaspila Series ..... 431
Payter Series ..... 432
Peeler Series ..... 433
Pescar Series ..... 434
Pinacol Series ..... 435
Pino Series ..... 436
Powderhorn Family ..... 437
Quazar Series ..... 438
Ruko Series ..... 439
Runlett Series ..... 439
Ryman Series ..... 440
Sanchez Series ..... 441
Schrader Series ..... 441
Scotch Series ..... 442
Scout Series ..... 443
Seitz Series ..... 444
Sessions Series ..... 445
Shawa Series ..... 445
Sheek Series ..... 446
Sig Series ..... 447
Silex Series ..... 448
Sili Series ..... 448
Skisams Series ..... 449
Skutum Series ..... 450
Snowdon Series ..... 451
Sponsor Series ..... 452
Storm Series ..... 452
Sudduth Series ..... 454
Tamarron Series ..... 455
Teedown Series ..... 456
Telluride Series ..... 456

Tesajo Series ... 458
Tombac Series ... 458
Tuckerville Series ... 459
Typic Cryaquents ... 461
Typic Cryorthents ... 461
Umbarg Series ... 462
Ustifluvents ... 463
Ustolls ... 463
Ute Series ... 464
Valto Series ... 465
Varden Series ... 466
Wander Series ... 467
Wauquie Series ... 467
Weminuche Series ... 468
Wetherill Series ... 470
Whitecross Series ... 470
Wiggler Series ... 471
Winner Series ... 472
Zigzag Series ... 472
Zoltay Series ... 473
**Formation of the Soils** ... 475
Parent Material ... 475
Geology ... 478
Climate ... 480
Plant and Animal Life ... 481
Relief ... 481
Time ... 483
**References** ... 485
**Glossary** ... 487
**Tables** ... 503
Table 1.--Temperature and precipitation ... 505
Table 2.--Freeze dates in spring and fall ... 508
Table 3.--Growing season ... 510
Table 4.--Land capability and yields per acre of crops and pasture ... 511
Table 5.--Acreage and proportionate extent of the soils ... 512
Table 6.--Rangeland and woodland understory productivity and characteristic plant communities ... 518
Table 7.--Forest productivity ... 564
Table 8.--Forestland management ... 586
Table 9.--Forestland management ... 625
Table 10.--Forestland management ... 662
Table 11.--Forestland management ... 699
Table 12.--Forestland management ... 722
Table 13.--Recreation ... 746
Table 14.--Recreation ... 794
Table 15.--Building site development ... 833
Table 16.--Building site development ... 873
Table 17.--Sanitary facilities ... 925
Table 18.--Sanitary facilities ... 970
Table 19.--Construction materials ... 1017
Table 20.--Construction materials ... 1044
Table 21.--Water management ... 1104
Table 22.--Classification of the soils ... 1146

Table 23.--Engineering index properties ..... 1149
Table 24.--Physical properties of the soils ..... 1220
Table 25.--Chemical properties of the soils ..... 1249
Table 26.--Water features ..... 1305
Table 27.--Soil features ..... 1333

# Foreword

This soil survey contains information that affects land use planning in this survey area. It contains predictions of soil behavior for selected land uses. The survey also highlights soil limitations, improvements needed to overcome the limitations, and the impact of selected land uses on the environment.

This soil survey is designed for many different users. Farmers, ranchers, foresters, and agronomists can use it to evaluate the potential of the soil and the management needed for maximum food and fiber production. Planners, community officials, engineers, developers, builders, and home buyers can use the survey to plan land use, select sites for construction, and identify special practices needed to ensure proper performance. Conservationists, teachers, students, and specialists in recreation, wildlife management, waste disposal, and pollution control can use the survey to help them understand, protect, and enhance the environment.

Various land use regulations of Federal, State, and local governments may impose special restrictions on land use or land treatment. The information in this report is intended to identify soil properties that are used in making various land use or land treatment decisions. Statements made in this report are intended to help the land users identify and reduce the effects of soil limitations on various land uses. The landowner or user is responsible for identifying and complying with existing laws and regulations.

Great differences in soil properties can occur within short distances. Some soils are seasonally wet or subject to flooding. Some are shallow to bedrock. Some are too unstable to be used as a foundation for buildings or roads. Clayey or wet soils are poorly suited to use as septic tank absorption fields. A high water table makes a soil poorly suited to basements or underground installations.

These and many other soil properties that affect land use are described in this soil survey. The location of each soil is shown on the detailed soil maps. Each soil in the survey area is described. Information on specific uses is given for each soil. Help in using this publication and additional information are available at the local office of the Natural Resources Conservation Service or the Cooperative Extension Service.

Allen Green
State Conservationist
Natural Resources Conservation Service

# Soil Survey of Animas-Dolores Area, Colorado, Parts of Archuleta, Dolores, Hinsdale, La Plata, Montezuma, San Juan, and San Miguel Counties

By James P. Pannell, Natural Resources Conservation Service

Fieldwork by James P. Pannell, Joe A. Pepi, Barbara Peregrino, Alan B. Price, Douglas K. Ramsey, Michael A. Rich, and J. Allen White, United States Department of Agriculture, Natural Resources Conservation Service; Donald K. Hoffheins, U.S. Forest Service; and contractors Claude Fly and Associates, and Land Inventory and Development Co. Inc.

in cooperation with
the United States Department of Agriculture, Forest Service; the United States Department of Interior, Bureau of Land Management; and the Colorado Agricultural Experiment Station

The Animas-Dolores Area is in the southwestern part of Colorado *(Fig. 1)*. It has a total area of about 1,264,600 acres. It is made up of parts of Archuleta, Dolores, Hinsdale, La Plata, Montezuma, San Juan, and San Miguel Counties. Silverton, the only county seat in the survey area, is in San Juan County and has a population of



**Figure 1.—Location of the Animas-Dolores Area, Colorado.**

about 745 people. Rico, the only other town in the area, is in Dolores County and has a population of about 92 people.

The western part of the survey area consists of mesas, canyons, and valleys. The northern and eastern parts consist of mountains, peaks, and valleys. The Animas, Florida, Los Pinos, La Plata, Mancos, and Dolores Rivers head in the survey area; all of those rivers eventually join the Colorado River.

The climate is semi-arid to subhumid. Summers at lower elevations are dry while the mountain areas are generally moist. Winters have heavy snows, especially in the mountain areas.

## General Nature of the Survey Area

This section gives general information of the survey area. It discusses the history and development; physiography, relief, and drainage; climate; natural resources; and industry and transportation.

### History and Development

The first known explorers to the area were a party led by Coronado in 1541. The Baker expedition of gold seekers came to the Silverton area around 1859-61, and there has been prospecting in the area ever since. The prospectors and miners essentially opened the way for settlement of the area. Ranching and farming soon followed in areas away from the mining districts. The Denver & Rio Grande Railroad reached the town of Durango in 1881 and the town of Silverton in 1882.

The Animas-Dolores area includes part of the San Juan National Forest, land administered by the Bureau of Land Management, and private land. The San Juan National Forest was established in 1905 and grazing permits were given to ranchers to use a certain part of the area for cattle and sheep grazing. The system is still used. The San Juan National Forest Headquarters is located in Durango. The Bureau of Land Management was created in 1946 and took the place of the former General Land Office and the Grazing Service. It administers most of the public land in the survey area that is not part of the national forest.

### Physiography, Relief, and Drainage

The Animas-Dolores Soil Survey Area consists of mountains, foothills, mesas, and valleys. Part of the area is in the Southern Rocky Mountain physiographic province, and part is in the Navajo section of the Colorado Plateaus province. The lowest elevation in the area is about 6000 feet where the Dolores River leaves the survey area, and the highest point is 14,246 feet on Mount Wilson in the San Miguel Mountains. There are several peaks over 14,000 feet and many more that are over 13,000 feet.

The mountainous part of the area is in the San Juan Mountains, La Plata Mountains, Rico Mountains, and San Miguel Mountains. During Tertiary and Quaternary time these mountains were formed by an uplift that was accompanied or followed by periods of high volcanic activity. This part of the area consists of high mountains and narrow valleys. The mountaintops are as much as 4000 feet higher than adjacent valleys. The mountainsides are usually steep or very steep. High mesas with more gentle slopes occur in some areas.

The western part of the area consists of mesas, deep canyons, and valleys. The mesas are mostly gently sloping to strongly sloping and have been dissected by narrow valleys. The valleys typically have very steep sides and have rock ledges along the edge of the mesas. The mesa tops can be from 100 to 2200 feet higher than the valley bottoms.

Some foothills occur in the Ryman Creek area in the northwestern part of the survey area. They are transitional between mesas and upland valleys. The foothills are mostly gently sloping to steep and consist of shale and sandstone derived soils. These areas usually have short steep hillsides, narrow upland valleys, alluvial fans and gentle slopes below the hills, and shale and sandstone rock outcrops in many places. Elevation of these foothill areas is about 6500 to 8000 feet.

Several rivers of the Colorado River system drain the survey area. The largest are the Dolores and the Animas Rivers. The Dolores River heads in the San Miguel and San Juan Mountains and leaves the area in the northwest corner. The Animas River heads in the San Juan Mountains and flows south. The smaller rivers are the Los Pinos and Florida in the eastern part of the area; the La Plata, heading in the La Plata Mountains, in the central part of the area; and the Mancos in the southwestern part, also heading in the La Plata Mountains. All of the rivers except the Dolores, flow south to join the San Juan River in New Mexico, which eventually flows into the Colorado River in Utah.

## Climate

The climate in the survey area varies considerably from lower to higher elevations. It has warm summer temperatures at the lower elevations and it gets cooler as elevation increases. Winter temperatures are cold, usually colder in the higher mountains than at lower elevations. Precipitation generally occurs in every month of the year though May and June receives the least amount. Snow accumulates throughout the winter and builds up a deep snowpack. As it melts in the spring there is usually much runoff and high water in the rivers. In the summer, rain generally occurs as showers, but some thunderstorms and hail do occur. The data given in the following paragraphs and in the climatic tables are from stations located in valleys and are at lower to mid elevations for the survey area. The average annual precipitation in the area is actually much wider than given in the tables. The western edge of the area receives about 14 inches of precipitation while the higher mountains receive about 40 inches or more.

Table 1 gives data on temperature and precipitation for the survey area as recorded at Rico, Silverton, and Vallecito Dam in the period 1961 to 1990. Table 2 shows probable dates of the first freeze in fall and the last freeze in spring. Table 3 provides data on length of the growing season.

In winter, the average temperature in Rico is 23 degrees F, 17 degrees F in Silverton, and 24 degrees F at Vallecito Dam. The average daily minimum temperatures are 6 degrees F in Rico, -2 degrees F in Silverton, and 9 degrees F at Vallecito Dam. The lowest temperature on record, which occurred on February 1, 1985 at Silverton, is -39 degrees F. In summer, the average temperatures are 55 degrees F at Rico, 53 degrees F at Silverton, and 61 degrees F at Vallecito Dam; the average daily maximum temperatures are 73, 71, and 79 degrees F, respectively. The highest recorded temperature, which occurred in Silverton on June 26, 1929, is 96 degrees F.

Growing degree days are shown in Table 1. They are equivalent to “heat units.” During the month, growing degree days accumulate by the amount that the average temperature each day exceeds a base temperature (40 degrees F). The normal monthly accumulation is used to schedule single or successive plantings of a crop between the last freeze in spring and the first freeze in fall.

The total annual precipitation in Rico is about 29 inches; in Silverton it is about 25 inches; and at Vallecito Dam the annual precipitation is 27 inches. Of this, about 15 inches, or 50 percent, usually falls in April through September at Rico; about 13 inches, or 53 percent, at Silverton; and about 13 inches, or 48 percent, falls at Vallecito Dam during the same period. The growing season for most crops falls within

this period. In 2 years out of 10, the rainfall in April through September is less than 8 inches at Rico, less than 8 inches at Silverton, and less than 7 inches at Vallecito Dam. The heaviest 1-day rainfall during the period of record was 4.05 inches on October 5, 1911 at Silverton. Thunderstorms occur on about 38 days each year, and most occur in the month of August.

The average seasonal snowfall is about 176 inches at Rico, 137 inches at Silverton, and 134 inches at Vallecito Dam. The greatest snow depth at any one time during the period of record was 89 inches at Rico, recorded April 2, 1980. On the average, 150 days of the year have at least 1 inch of snow on the ground at Rico. The number of such days varies greatly from year to year.

The average relative humidity in midafternoon is about 30 percent. Humidity is higher at night, and the average at dawn is about 50 percent. The sun shines 80 percent of the time possible in summer and 65 percent in winter. The prevailing wind is from the southwest. Average windspeed is highest, about 10 miles per hour, in the spring months.

## Natural Resources

Natural resources in the survey area include timber, range plants, lead, zinc, silver, gold, sand, gravel, soil, and water. Timber is produced on soils throughout the survey area. Timber is important to the area for wood production, watershed protection, wildlife habitat, and for its recreational and scenic value.

Lead, zinc, silver, and gold occur in the La Plata Mountains, Rico Mountains, and the Silverton area. They have been important to the settlement and development of the area, though mining is a minor activity at present.

Sand and gravel, and other rock material, are mined throughout the area as a source of construction materials. These are usually obtained from sites near where the material is needed.

Soil and water are important natural resources. Crops, range plants, wood products, and food and cover for wildlife are produced on the soils in the survey area. Water, originating in the area is used for irrigation, domestic, industrial, and recreational purposes in the area and in downstream locations. Wildlife and domestic animals also use water. The water comes from rainfall, from melting snow and streams in the area and much of it is stored in McFee, Vallecito, and Lemon Reservoirs, as well as reservoirs farther downstream.

## Industry and Transportation

Industry in the survey area includes tourist and recreational enterprises, production and processing of timber, ranching, and mining. Tourist and recreational enterprises are a large part of the income for the area.

The high peaks, wooded mountains, rivers, creeks, and climate attract sightseers, hikers, picnickers, and campers. There are many maintained hiking trails in the area. The big game animals and other wildlife in the area, and the lakes, reservoirs, and streams draw many people for hunting, fishing, and to see the wildlife. McFee Reservoir, the largest reservoir in the survey area, provides opportunities for water sports. A major ski area and high winter snowfall attract many people for winter sports. A narrow gauge railroad that provides daily scenic trips from Durango, up the Animas River Valley, to Silverton in summer and fall draws many people to the area.

Timber is produced throughout the survey area. Much of it is processed in nearby sawmills that provide employment and benefit the economy.

Most ranches that use the areas for grazing are located outside of the survey area. Ranchers have grazing permits for the San Juan National Forest or land administered by the Bureau of Land Management. They move their stock to this land for a specified

time in summer months, then move them to lower areas during fall, winter, and spring. Little farming occurs in the area, though there is some irrigated pasture and hayland in some of the valleys.

Two highways run through the survey area; U.S. Highway 550 crosses it in a north-south direction and connects Silverton with Durango and Montrose; and Colo. Highway 145 crosses it in a northeast-southwest direction and connects Rico with Cortez and Telluride. All livestock, minerals, and timber produced in the area are shipped over these highways and their connecting route, U.S. Highway 160. The nearest airports are at Durango and Cortez.

## How This Survey Was Made

This survey was made to provide information about the soils and miscellaneous areas in the survey area. The information includes a description of the soils and miscellaneous areas and their location and a discussion of their suitability, limitations, and management for specified uses. Soil scientists observed the steepness, length, and shape of the slopes; the general pattern of drainage; the kinds of crops and native plants; and the kinds of bedrock. They dug many holes to study the soil profile, which is the sequence of natural layers, or horizons, in a soil. The profile extends from the surface down into the unconsolidated material in which the soil formed. The unconsolidated material is devoid of roots and other living organisms and has not been changed by other biological activity.

The soils and miscellaneous areas in the survey area are in an orderly pattern that is related to the geology, landforms, relief, climate, and natural vegetation of the area. Each kind of soil and miscellaneous area is associated with a particular kind of landform or with a segment of the landform. By observing the soils and miscellaneous areas in the survey area and relating their position to specific segments of the landform, a soil scientist develops a concept or model of how they were formed. Thus, during mapping, this model enables the soil scientist to predict with a considerable degree of accuracy the kind of soil or miscellaneous area at a specific location on the landscape.

Commonly, individual soils on the landscape merge into one another as their characteristics gradually change. To construct an accurate soil map, however, soil scientists must determine the boundaries between the soils. They can observe only a limited number of soil profiles. Nevertheless, these observations, supplemented by an understanding of the soil-vegetation-landscape relationship, are sufficient to verify predictions of the kinds of soil in an area and to determine the boundaries.

Soil scientists recorded the characteristics of the soil profiles that they studied. They noted soil color, texture, size and shape of soil aggregates, kind and amount of rock fragments, distribution of plant roots, reaction, and other features that enable them to identify soils. After describing the soils in the survey area and determining their properties, the soil scientists assigned the soils to taxonomic classes (units). Taxonomic classes are concepts. Each taxonomic class has a set of soil characteristics with precisely defined limits. The classes are used as a basis for comparison to classify soils systematically. Soil taxonomy, the system of taxonomic classification used in the United States, is based mainly on the kind and character of soil properties and the arrangement of horizons within the profile. After the soil scientists classified and named the soils in the survey area, they compared the individual soils with similar soils in the same taxonomic class in other areas so that they could confirm data and assemble additional data based on experience and research.

While a soil survey is in progress, samples of some of the soils in the area generally are collected for laboratory analyses and for engineering tests. Soil scientists interpret the data from these analyses and tests as well as the field-

observed characteristics and the soil properties to determine the expected behavior of the soils under different uses. Interpretations for all of the soils are field tested through observation of the soils in different uses and under different levels of management. Some interpretations are modified to fit local conditions, and some new interpretations are developed to meet local needs. Data are assembled from other sources, such as research information, production records, and field experience of specialists. For example, data on crop yields under defined levels of management are assembled from farm records and from field or plot experiments on the same kinds of soil.

Predictions about soil behavior are based not only on soil properties but also on such variables as climate and biological activity. Soil conditions are predictable over long periods of time, but they are not predictable from year to year. For example, soil scientists can predict with a fairly high degree of accuracy that a given soil will have a high water table within certain depths in most years, but they cannot predict that a high water table will always be at a specific level in the soil on a specific date.

After soil scientists located and identified the significant natural bodies of soil in the survey area, they drew the boundaries of these bodies on aerial photographs and identified each as a specific map unit. Aerial photographs show trees, buildings, fields, roads, and rivers, all of which help in locating boundaries accurately.

The descriptions, names, and delineations of the soils in this survey area do not fully agree with those of the soils in adjacent survey areas. Differences are the result of a better knowledge of soils, modifications of series concepts, or variations in the intensity of mapping or in the extent of the soils in the survey area.

# Detailed Soil Map Units

The map units delineated on the detailed soil maps in this survey represent the soils or miscellaneous areas in the survey area. The map unit descriptions in this section, along with the maps, can be used to determine the suitability and potential of a unit for specific uses. They also can be used to plan the management needed for those uses.

A map unit delineation on a soil map represents an area dominated by one or more major kinds of soil or miscellaneous areas. A map unit is identified and named according to the taxonomic classification of the dominant soils. Within a taxonomic class there are precisely defined limits for the properties of the soils. On the landscape, however, the soils are natural phenomena, and they have the characteristic variability of all natural phenomena. Thus, the range of some observed properties may extend beyond the limits defined for a taxonomic class. Areas of soils of a single taxonomic class rarely, if ever, can be mapped without including areas of other taxonomic classes. Consequently, every map unit is made up of the soils or miscellaneous areas for which it is named and some minor components that belong to taxonomic classes other than those of the major soils.

Most minor soils have properties similar to those of the dominant soil or soils in the map unit, and thus they do not affect use and management. These are called noncontrasting, or similar, components. They may or may not be mentioned in a particular map unit description. Other minor components, however, have properties and behavioral characteristics divergent enough to affect use or to require different management. These are called contrasting, or dissimilar, components. They generally are in small areas and could not be mapped separately because of the scale used. Some small areas of strongly contrasting soils or miscellaneous areas are identified by a special symbol on the maps. The contrasting components are mentioned in the map unit descriptions. A few areas of minor components may not have been observed, and consequently they are not mentioned in the descriptions, especially where the pattern was so complex that it was impractical to make enough observations to identify all the soils and miscellaneous areas on the landscape.

The presence of minor components in a map unit in no way diminishes the usefulness or accuracy of the data. The objective of mapping is not to delineate pure taxonomic classes but rather to separate the landscape into landforms or landform segments that have similar use and management requirements. The delineation of such segments on the map provides sufficient information for the development of resource plans. If intensive use of small areas is planned, however, onsite investigation is needed to define and locate the soils and miscellaneous areas.

An identifying symbol precedes the map unit name in the map unit descriptions. Each description includes general facts about the unit and gives the principal hazards and limitations to be considered in planning for specific uses.

Soils that have profiles that are almost alike make up a *soil series*. Except for differences in texture of the surface layer, all the soils of a series have major horizons that are similar in composition, thickness, and arrangement.

Soils of one series can differ in texture of the surface layer, slope, stoniness, salinity, degree of erosion, and other characteristics that affect their use. On the basis of such differences, a soil series is divided into *soil phases*. Most of the areas shown

on the detailed soil maps are phases of soil series. The name of a soil phase commonly indicates a feature that affects use or management. For example, Needleton stony loam, 15 to 30 percent slopes is a phase of the Needleton series.

Some map units are made up of two or more major soils or miscellaneous areas. These map units are complexes or associations.

A *complex* consists of two or more soils or miscellaneous areas in such an intricate pattern or in such small areas that they cannot be shown separately on the maps. The pattern and proportion of the soils or miscellaneous areas are somewhat similar in all areas. Frisco-Quazar complex, 15 to 30 percent slopes is an example.

An *association* is made up of two or more geographically associated soils or miscellaneous areas that are shown as one unit on the maps. Because of present or anticipated uses of the map units in the survey area, it was not considered practical or necessary to map the soils or miscellaneous areas separately. The pattern and relative proportion of the soils or miscellaneous areas are somewhat similar. Quazar-Cryaquolls-Cryohemists association, 1 to 30 percent slopes is an example.

This survey includes *miscellaneous areas*. Such areas have little or no soil material and support little or no vegetation. Rock outcrop is an example.

Table 5 gives the acreage and proportionate extent of each map unit. Other tables give properties of the soils and the limitations, capabilities, and potentials for many uses. The Glossary defines many of the terms used in describing the soils or miscellaneous areas.

*Plant associations* depicted in the map unit descriptions are potential natural communities which have definite floristic composition. A *potential natural community* is the biotic community that would be established under present environmental conditions if all successional sequences were completed without additional human-caused disturbance. Plant associations consider potential climax communities, and thus may or may not indicate current vegetative cover. Plant associations are named and described using the dominant climax overstory tree species, and the dominant or indicator climax understory species. An example is *Pinus ponderosa/Quercus gambelii*. Plant associations used for this survey were identified from *Plant Associations of Region Two* (Johnston, Barry C. 1987.)

## 1—Bradfield-Narraguinnep complex, 0 to 5 percent slopes

### Map Unit Description

This map unit is a complex of very deep and well drained soils on mesas and alluvial fans. The elevation is 7,600 to 8,500 feet. The average annual precipitation is 18 to 25 inches, the average annual air temperature is 40 to 44 degrees F., and the average frost-free period is 70 to 90 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 45 percent Bradfield clay loam and 40 percent Narraguinnep clay loam. There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not to affect the use or management of the unit. These include soils that have argillic horizons and soils that do not have the thick dark surface layers. These similar soils make up about 15 percent of the total acreage; the percentage varies from one area to another. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Bradfield clay loam**

The Bradfield soil formed in alluvium and slope alluvium derived dominantly from shale. Typically, the surface layer is grayish brown clay loam about 7 inches thick.

The upper part of the subsoil is brown clay loam about 8 inches thick. The next part is dark grayish brown clay about 13 inches thick. The lower part of the subsoil is brown and yellowish brown clay about 8 inches thick. The substratum is light yellowish brown clay to a depth of 60 inches or more.

The permeability of the Bradfield soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is high.

**Narraguinnep clay loam**

The Narraguinnep soil formed in alluvium and slope alluvium derived dominantly from shale. Typically, the surface layer is dark grayish brown clay loam about 6 inches thick. The upper 17 inches of the subsoil are grayish brown clay, and the lower 7 inches are grayish brown clay loam. The substratum is pale brown clay to a depth of 60 inches or more.

The permeability of the Narraguinnep soil is slow. The available water capacity is high. The hydrologic group is D. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is high.

***Vegetation***

The dominant plant association is *Artemisia tridentata/Elytrigia smithii*. Some *Artemisia tridentata/Festuca thurberi* may also occur on the same landscape. The native vegetation on this unit consists mainly of mountain big sagebrush, western wheatgrass, Arizona fescue, and Letterman’s needlegrass. Other common plants that characterize this unit are muttongrass, prairie Junegrass, and rabbitbrush. The average annual production of air-dry vegetation is about 2,000 pounds per acre for the Narraguinnep soil and 1,100 pounds per acre for the Bradfield soil.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated very low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this unit are the low strength and the high shrink-swell potential.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and range quality. More uniform use of rangeland is aided by properly locating salt and by herding. If the range vegetation is seriously deteriorated, seeding is needed. The main limitation for seeding is the clayey soils. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

If this map unit is used for recreational development, the main limitations are the slow permeability and the clayey soils.

This map unit is in capability subclass 4c, nonirrigated.

## 2—Hesperus loam, 0 to 3 percent slopes

### Map Unit Description

This very deep, moderately well drained soil is in drainageways and on low terraces. The elevation is 7,100 to 8,500 feet. The average annual precipitation is 15 to 20 inches, the average annual air temperature is 40 to 45 degrees F., and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

### Brief Soil Description

**Hesperus loam**

The Hesperus soil formed in alluvium derived from mixed sources. Typically, the surface layer is very dark grayish brown loam 8 inches thick. The upper 20 inches of the subsoil are very dark grayish brown loam. The lower 12 inches of subsoil are very dark grayish brown clay loam. The substratum is dark grayish brown to very dark grayish brown clay loam to a depth of 60 inches or more.

The permeability of the Hesperus soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is low, and the hazard of water erosion is slight. A seasonal high water table is at a depth of 42 to 72 inches from April through July. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Fughes loam on fans and drainageways and about 5 percent Fughes loam, extremely stony on hills. The Fughes soils are well drained and have fine textured subsoils.

***Vegetation***

The dominant plant association is *Deschampsia cespitosa/Carex spp.* Some *Muhlenbergia montana/Festuca arizonica* also occurs on areas that have better drainage. The native vegetation on this unit consists of tufted hairgrass, sedge, Rocky Mountain iris, cinquefoil, and shrubby cinquefoil in the lower part of the drainageways. Mountain muhly, Arizona fescue, and bluegrass are on well drained areas. The average annual production of air-dry vegetation is about 3,000 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated very low for this unit because of the slope.

The main limitation to the building of unsurfaced roads on Hesperus soil is frost action.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range plants. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

This unit is well suited to most recreational development.

This map unit is in capability subclass 4c, nonirrigated.

## 10—Lillings silty clay loam, 0 to 5 percent slopes

### Map Unit Description

This very deep, well drained soil is on flood plains and in drainageways. The elevation is 6,500 to 7,200 feet. The average annual precipitation is 12 to 13 inches, the average annual air temperature is 47 to 52 degrees F., and the average frost-free period is 110 to 135 days. The moisture regime is ustic-aridic and the temperature regime is mesic.

### Brief Soil Description

**Lillings silty clay loam**

The Lillings soil formed in alluvium derived from shale and sandstone. Typically, the surface layer is grayish brown silty clay loam about 8 inches thick. The underlying

material is pale brown silty clay loam stratified with thin layers of very fine sandy loam and silt loam to a depth of 60 inches or more.

The permeability of the Lillings soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is severe. Deep, wide gullies occur in most drainageways. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Sili clay loam on the upper parts of drainageways and on fans and about 5 percent gullied land along drainage channels. Sili soils have clay loam or clay subsoils.

***Vegetation***

The dominant plant association is *Sarcobatus vermiculatus/Sporobolus airoides*. The native vegetation on this unit consists mainly of greasewood, basin big sagebrush, and fourwing saltbush. Other important plants that characterize this unit are alkali sacaton, western wheatgrass, galleta, bottlebrush squirreltail, bluegrass, and needleandthread. The average annual production of air-dry vegetation is about 700 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated very low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on Lillings soil are the low strength and excess fines. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Stock water development and fencing will help to improve livestock distribution and range production. Careful management is needed on this unit to prevent excessive grazing because it is difficult to revegetate. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

If this map unit is used for recreational development, the main limitations are the excess salt and dusty conditions that may develop under intensive use. Most areas have gullies and are not subject to flooding. Gullies may limit path and trail development.

This map unit is in capability subclass 6s, nonirrigated.

## 12—Shawa loam, 0 to 5 percent slopes

### Map Unit Description

This very deep, well drained soil is on terraces and alluvial fans. The elevation is 7,200 to 7,500 feet. The average annual precipitation is 15 to 20 inches, the mean annual air temperature is 41 to 46 degrees F. and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

### Brief Soil Description

**Shawa loam**

The Shawa soil formed in alluvium derived dominantly from sandstone and shale. Typically, the surface layer is brown loam about 19 inches thick. The upper 19 inches of the subsoil are brown clay loam; the lower part consists of brown cobbly clay loam to a depth of 60 inches or more.

The permeability is moderately slow. The available water-holding capacity is high. The effective rooting depth is more than 60 inches. The hydrologic group is B. Runoff is medium and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 15 percent of soils that have thinner dark surface layers on the upper part of fans; about 5 percent of soils that are somewhat poorly drained in swales; and small areas of soils with fine textured subsoils in drainageways.

***Vegetation***

The dominant plant association is *Artemisia tridentata/Elytrigia smithii*. Some *Quercus gambelii/Symphoricarpos oreophilus* also occurs on ridges. The native vegetation on this unit consists mainly of Arizona fescue, western wheatgrass, needleandthread, and Indian ricegrass. Other important plants that characterize this unit are Gambel oak, Basin big sagebrush, common snowberry, muttongrass, and mountain brome. The average annual production of air-dry vegetation is about 1,300 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated very low for this unit because of the slope.

The soils have a high productive capability and have few limitations for intensive management. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation.

Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and range vegetation. If the condition of the range deteriorates, Gambel oak and sagebrush increases. Brush management improves deteriorated areas of range that are producing more woody shrubs than were present in the potential plant community. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

This unit is well suited to recreational development.

This map unit is in capability subclass 4c, nonirrigated.

## 13—Fughes Loam, 1 to 12 percent slopes

### Map Unit Description

This very deep, well drained soil is on hills and in drainageways. The elevation is 7,100 to 8,500 feet. The average annual precipitation is 15 to 20 inches, the average annual air temperature is 41 to 46 degrees F, and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not affect the use or management of the unit. These include a soil similar to Fughes except it has bedrock above 60 inches. These similar soils make up about 5 percent of the total acreage. The percentage varies from one area to another.

**Brief Soil Description**

**Fughes loam**

The Fughes soil formed in slope alluvium and alluvium derived dominantly from sedimentary rocks. Typically, the surface layer is dark brown loam 7 inches thick. The upper 19 inches of the subsoil are brown clay loam, and the lower 18 inches are brown clay. The substratum is strong brown clay to a depth of 60 inches or more.

The permeability of the Fughes soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this unit are about 3 percent Granath loam on hillslopes; 5 percent Hesperus loam in drainageways; and 2 percent Nortez loam on hillslopes. Granath soils have dark surface layers less than 16 inches thick. Hesperus soils are somewhat poorly drained. Nortez soils have bedrock at a depth of 20 to 40 inches.

***Vegetation***

The dominant plant association is *Muhlenbergia montana/Festuca arizonica*. Some *Deschampsia cespitosa/Carex spp.* also occurs in drainageways and swales. The native vegetation on this unit is mountain muhly, Arizona fescue, Parry's danthonia, tufted hairgrass, and sedge. Other important plants that characterize this unit include needlegrass, slender wheatgrass, and western wheatgrass. The average annual production of air-dry vegetation is about 1,800 pounds per acre *(Fig. 2)*.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.



**Figure 2.—Shown is a Loamy Park rangesite on Fughes loam, 1 to 12 percent slopes.**

The main limitations to the building of unsurfaced roads on the Fughes soil are the low strength and the shrink-swell potential.

More uniform distribution of grazing is aided by properly locating stock water development and salt, and by fencing and herding. If the condition of the range deteriorates, woody shrubs and annuals increase. If the range vegetation is seriously deteriorated, seeding is needed. The main limitation for reseeding is the limited amount of rainfall. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

This map unit is well suited to recreational development, especially on the lower slopes. The main limitations are the slow permeability and slopes that are over 8 percent. Paths and trails can be developed.

This map unit is in capability subclass 4e, nonirrigated and irrigated.

## 14—Dalmatian-Apmay-Schrader complex, 0 to 5 percent slopes

### Map Unit Description

This map unit is a complex of very deep, moderately well drained to poorly drained soils on flood plains and valley floors. The elevation is 7,100 to 8,500 feet. The average annual precipitation is 15 to 20 inches, the average annual air temperature is 41 to 45 degrees F., and the average frost-free period is 75 to 100 days. The moisture regimes are ustic for the Dalmatian and Apmay soils and aquic for the Schrader soil. The temperature regime is frigid for all the soils.

This map unit consists of 35 percent Dalmatian loam, 35 percent Apmay loam, 15 percent Schrader loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Dalmatian loam**

The Dalmatian soil formed in alluvium derived from mixed sources. It is moderately well drained. Typically, the surface layer is dark grayish brown loam about 13 inches thick. The subsoil is dark grayish brown loam about 12 inches thick. The upper 14 inches of the underlying material are dark brown loam. The next 10 inches are dark grayish brown to dark gray sandy clay loam, and the lower part is dark gray gravelly sandy loam to a depth of 60 inches.

The permeability of the Dalmatian soil is moderate. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is low, and the hazard of water erosion is slight. A seasonal high water table is at a depth of 36 to 60 inches from April through July. This soil is subject to brief periods of flooding from March through June. The potential of shrink-swell is low.

**Apmay loam**

The Apmay soil is somewhat poorly drained. It formed in alluvium derived from mixed sources. Typically, the surface layer is brown loam about 4 inches thick. The subsurface layer is brown clay loam about 6 inches thick. The upper 8 inches of the subsoil are brown clay loam, and the lower 4 inches are dark yellowish brown sandy loam. The substratum is brown extremely gravelly loamy sand and sandy loam to a depth of 60 inches or more.

The permeability of the Apmay soil is moderately slow to a depth of 20 to 40 inches and moderately rapid below this depth. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 20 to 40 inches. Runoff is medium, and the hazard of water erosion is slight. A seasonal high water table is at a depth of 12 to 36 inches in May and June. The soil is subject to brief periods of flooding from March through June. The potential of shrink-swell is low.

**Schrader loam**

The Schrader soil is poorly drained. It formed in alluvium derived from mixed sources. Typically, the surface layer is dark grayish brown loam about 13 inches thick. The subsurface layer is brown fine sandy loam about 4 inches thick. The next layer is brown sandy clay loam about 7 inches thick. The substratum is brown fine sandy loam to a depth of 60 inches or more.

The permeability of the Schrader soil is moderate. The available water capacity is moderate. The hydrologic group is D. The effective rooting depth is 60 inches or more. Runoff is low, and the hazard of water erosion is slight. A seasonal high water table is at a depth of 12 to 24 inches in May and June. The soil is subject to brief periods of flooding from March through June. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent open water and Riverwash in the stream courses, and about 10 percent Ustifluvents on low terraces and floodplains. Ustifluvents contain stratified layers throughout most of the profile. Included areas make up about 15 percent of the total acreage; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Deschampsia cespitosa/Carex spp.* The dominant native vegetation consists of tufted hairgrass, mountain brome, elk sedge, Rocky Mountain iris, western yarrow, and other perennial grasses, forbs, and shrubs. The potential production of native vegetation on these soils is about 2,000 pounds of air-dry vegetation per acre.

***Soil Management Implications***

This unit is used for livestock grazing, wildlife habitat, recreation, and hay production.

The mass movement potential is rated very low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this unit are the depth to a high water table and the rare hazard of flooding. Proper design of road drainage systems and care in the placement of culverts help to control erosion.

This unit is moderately well suited to pasture and hayland. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range plants. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

If this map unit is used for recreational development, the main limitations are the hazard of flooding and the depth to a high water table. Drainage should be provided for paths and trails.

The Dalmatian and Apmay soils are in capability subclass 4c, nonirrigated and irrigated. The Schrader soil is in capability subclass 4w, nonirrigated and irrigated.

# 15—Umbarg loam, 0 to 5 percent slopes

## Map Unit Description

This very deep, moderately well drained soil is on low terraces. The elevation is 6,300 to 6,800 feet. The average annual precipitation is 13 to 15 inches, the average annual air temperature is 47 to 50 degrees F., and the average frost-free period is 110 to 125 days. The moisture regime is ustic and the temperature regime is mesic.

## Brief Soil Description

### Umbarg loam

The Umbarg soil formed in alluvium derived from mixed sources. Typically, the surface layer is grayish brown loam about 18 inches thick. The next layer is brown loam about 7 inches thick. The subsoil is black clay loam about 9 inches thick. The upper part of the substratum is brown clay loam about 14 inches thick; the lower part is brown silty clay loam to a depth of 60 inches or more.

The permeability of the Umbarg soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is low, and the hazard of water erosion is slight. A seasonal high water table is at a depth of 36 to 60 inches in May and June. This soil is subject to brief periods of flooding from March through June. The potential of shrink-swell is low.

### *Contrasting Inclusions*

Included in this unit are about 10 percent Payter sandy loam on alluvial fans; 5 percent Fluvaquents in drainageways; and 5 percent Haplustolls on low terraces. Payter soils are moderately coarse textured throughout. Fluvaquents are somewhat poorly drained. Haplustolls have an extremely cobbly substratum. These inclusions make up about 20 percent of the map unit; the percentage varies from one area to another.

### *Vegetation*

The dominant plant association is *Artemisia tridentata/Elytrigia smithii*. The native vegetation on this unit consists mainly of Basin big sagebrush, western wheatgrass, needleandthread, Indian ricegrass, muttongrass, and prairie Junegrass. The average annual production of air-dry vegetation is about 1,500 pounds per acre.

### *Soil Management Implications*

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated very low for this unit because of the slope.

The main limitations to building unsurfaced roads on the Umbarg soils are the hazard of flooding and the frost action.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. More uniform distribution of grazing is aided by properly locating stock water development and salt, and by fencing and herding.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

If this unit is used for recreational development, the main limitation is the hazard of flooding. Picnic areas and playgrounds can be developed.

This map unit is in capability subclass 3c, nonirrigated.

## 16—Payter sandy loam, 3 to 15 percent slopes

This very deep, well drained soil is on alluvial fans. The elevation is 6,300 to 6,800 feet. The average annual precipitation is 13 to 15 inches, the average annual air temperature is 47 to 50 degrees F, and the average frost-free period is 110 to 125 days. The moisture regime is ustic and the temperature regime is mesic.

### Brief Soil Description

**Payter sandy loam**

The Payter soil formed in alluvium derived from sandstone. Typically, the surface layer is brown to yellowish brown sandy loam about 6 inches thick. The subsoil is brown sandy loam about 5 inches thick. The upper part of the substratum is yellowish brown and grayish brown sandy loam about 28 inches thick. The underlying material to a depth of 60 inches is brown sandy loam.

The permeability of the Payter soil is moderately rapid. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is low, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Umbarg loam on low terraces and 5 percent Wauquie soils on hillslopes. Umbarg soils are moderately well drained and have moderately fine textured subsoils. Wauquie soils have more than 35 percent rock fragments throughout the profile. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Artemisia tridentata/Elytrigia smithii*. Another common plant association in the area is *Quercus gambelii/Amelanchier alnifolia*. The native vegetation consists of basin big sagebrush, western wheatgrass, prairie Junegrass, blue grama, and skunkbush sumac. Other common plants that characterize this unit include Gambel oak, Utah serviceberry, needleandthread, bottlebrush squirreltail, twoneedle pinyon, and Utah juniper. The potential production of native understory vegetation on the Payter soil is about 1,200 pounds of air-dry vegetation per acre.

***Soil Management Implications***

This map unit is used for livestock grazing, wildlife habitat, and recreation.

The mass movement potential is rated low for this unit because of the slope.

This soil is well suited to the building of unsurfaced roads.

Careful management is needed to prevent excessive grazing on this unit because it is difficult to revegetate. More uniform distribution of grazing is aided by properly locating stock water development and salt, and by fencing and herding. If the condition of the range deteriorates, sagebrush increases. Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community. Areas where brush is managed by prescribing burning or by chemical or mechanical methods may be subject to a greater hazard of erosion.

If this map unit is used for recreation development, the main limitation is the presence of slopes that are over 8 percent. Camp areas and picnic areas, as well as paths and trails, can be developed.

This map unit is in capability subclass 4e, nonirrigated and irrigated.

## 17—Fluvaquents-Haplustolls complex, 0 to 5 percent slopes

### Map Unit Description

This map unit is a complex of very deep, somewhat poorly drained to well drained soils on floodplains and in drainageways. The elevation is 5,800 to 7,400 feet. The average annual precipitation is 13 to 20 inches, the average annual air temperature is 47 to 52 degrees F., and the average frost-free period is 100 to 130 days. The moisture regimes are aquic and ustic, respectively, and the temperature regime is mesic for both soils.

This map unit consists of 55 percent Fluvaquents, 30 percent Haplustolls, and 15 percent included areas. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Fluvaquents**

The Fluvaquents soil is on the lower positions in the map unit. It formed in alluvium derived from mixed sources. It is somewhat poorly drained. These soils are extremely variable. In a reference pedon, the surface layer is light yellowish brown sand about 6 inches thick. The underlying material is stratified sandy loam to very gravelly loamy sand to a depth of 60 inches or more.

The permeability of the Fluvaquents soil is moderately slow to rapid. The available water capacity is low. The hydrologic group is D. The effective rooting depth is 60 inches or more. Runoff is very low, and the hazard of water erosion is slight. A seasonal high water table is at a depth of 12 to 24 inches in May and June. This soil is subject to brief periods of flooding from March through June. The potential of shrink-swell is low.

**Haplustolls**

The Haplustolls soil is on the slightly higher positions in the map unit. It formed in alluvium derived from mixed sources. It is well drained to moderately well drained. These soils are extremely variable. In a representative pedon, the surface layer is grayish brown sandy loam about 4 inches thick. The subsoil is dark grayish brown to brown loam about 15 inches thick. The substratum is brown to very pale brown gravelly loamy sand to extremely cobbly sand to a depth of 60 inches or more.

The permeability of the Haplustolls soil is moderate in the upper part and rapid in the lower part. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is low, and the hazard of water erosion is slight. This soil is subject to brief periods of flooding from March through June. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Payter loam on fans; 5 percent Umbarg loam on terraces; and 5 percent open water and Riverwash in the stream course. Included areas make up about 15 percent of the total acreage; the percentage varies from one area to another. Payter soils are moderately coarse textured throughout. Umbarg soils have deep loamy profiles and lack the gravelly and cobbly substratum.

***Vegetation***

The dominant plant association is *Populus angustifolia/Salix exigua*. The native vegetation on this map unit consists of narrowleaf cottonwood, willow, western wheatgrass, needleandthread, and alkali sacaton. Other common plants that characterize this unit include muttongrass, prairie Junegrass, mountain brome, sedge, rush, inland salt grass, and Indian ricegrass. The potential production of native

understory vegetation on the Fluvaquents soil is about 2,000 pounds of air-dry vegetation per acre, and on the Haplustolls it is about 900 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated very low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this unit are the wetness and the hazard of flooding.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range plants. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

If this map unit is used for recreational development, the main limitations are the hazard of flooding and the depth to a high water table on the Fluvaquents soil. The Haplustolls soil is well suited to most recreational development.

The Fluvaquents soil is in capability subclass 7w, nonirrigated. The Haplustolls soil is in capability subclass 4s, nonirrigated and irrigated.

## 18—Endoaquolls-Ustifluvents complex, 0 to 5 percent slopes

### Map Unit Description

The map unit is a complex of very deep, poorly drained to well drained soils on flood plains. The elevation is 7,100 to 8,500 feet. The average annual precipitation is 18 to 22 inches, the average annual air temperature is 43 to 47 degrees F., and the average frost-free period is 75 to 100 days. The moisture regime is aquic for the Endoaquolls and ustic for the Ustifluvents. The temperature regime is frigid for both soils.

This map unit consists of 45 percent Endoaquolls, 40 percent Ustifluvents, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Endoaquolls**

The Endoaquolls soil is in the lower positions in the map unit. It is poorly drained. It formed in alluvium derived from mixed sources. These soils are extremely variable. In a representative pedon, the surface layer is grayish brown loam about 4 inches thick. The next layer is brown fine sandy loam about 8 inches thick. The upper part of the underlying material is brown fine sandy loam and loam about 16 inches thick; the lower part is dark yellowish brown extremely cobbly sand to a depth of 60 inches or more.

The permeability of the Endoaquolls soil is moderate in the surface layer and moderately rapid in the next layer. The available water capacity is low. The hydrologic group is D. The effective rooting depth is 20 to 60 inches. Runoff is low, and the hazard of water erosion is slight. A seasonal high water table is at a depth of 6 to 18 inches in May and June. This soil is subject to long periods of flooding from April through June. The potential of shrink-swell is low.

**Ustifluvents**

The Ustifluvents soil is on the slightly higher positions in the map unit. It is moderately well drained or well drained. It formed in alluvium derived from mixed

sources. In a representative pedon, the surface layer is reddish brown loam about 6 inches thick. The subsurface layer is yellowish red and reddish gray stratified loam and fine sandy loam about 11 inches thick. The next layers are light reddish brown and reddish gray stratified sandy loam, loam, and fine sandy loam about 13 inches thick. This overlies cobbles, gravel, and sand that extends to 60 inches or more.

The permeability of the Ustifluvents soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is low, and the hazard of water erosion is slight. A seasonal high water table is at a depth of 36 to 60 inches from April through June. This soil is subject to brief periods of flooding from April through June. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Riverwash and open water in the stream courses; 5 percent Dalmatian loam and 5 percent Apmay loam, both on river terraces. Dalmatian soils and Apmay soils have dark colored surface layers more than 16 inches thick. Inclusions make up about 15 percent of the total acreage; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Populus angustifolia/Salix exigua*. *Deschampsia cespitosa/Carex spp.* occurs in the wetter areas. The native vegetation consists of narrow leaf cottonwood, willows, blue spruce, and common snowberry. Other important plants that characterize this unit are tufted hairgrass, redtop, bluegrass, mountain brome, sedge, Baltic rush, and Woods' rose. The potential production of native understory vegetation on the Endoaquolls soil is about 2,000 pounds of air-dry vegetation per acre, and on the Ustifluvents it is about 1,000 pounds per acre.

***Soil Management Implications***

This unit is used for wildlife habitat, livestock grazing, and recreation.

The mass movement potential is rated very low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this unit are the hazard of flooding and the depth to a high water table.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. More uniform distribution of livestock is aided by properly locating stock water development and salt, and by fencing and herding.

This map unit is poorly suited to recreational development. The main limitations are the hazard of flooding and the depth to a high water table.

The Endoaquolls soil is in capability subclass 6w, nonirrigated and 4w irrigated. The Ustifluvents soil is in capability subclass 3c, nonirrigated and irrigated.

## 20—Mavreeso loam, 5 to 30 percent slopes

### Map Unit Description

This very deep, well drained soil is on fan remnants and mountain slopes. The elevation is 7,100 to 8,500 feet. The average annual precipitation is 20 to 22 inches, the average annual air temperature is 43 to 46 degrees F., and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as to not affect the use or management of the unit. These include soils with thick dark surface layers. These similar soils make up about 15 percent of the total acreage; the percentage varies from one area to another.

### Brief Soil Description

**Mavreeso loam**

The Mavreeso soil formed in alluvium and slope alluvium derived dominantly from red sedimentary rocks. Typically, the surface layer is reddish brown loam about 10 inches thick. The upper part of the subsoil is yellowish red loam about 8 inches thick. The middle part of the subsoil is yellowish red channery loam about 10 inches thick. The lower part of the subsoil is yellowish red loam about 14 inches thick. The upper 8 inches of the substratum are yellowish red channery loam; the lower part consists of yellowish red loam to a depth of 60 inches or more.

The permeability of the Mavreeso soil is moderate. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent soils with over 35 percent rock fragments in the control section on the upper end of alluvial fans.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation consists mainly of ponderosa pine, Gambel oak, Kentucky bluegrass, nodding brome, elk sedge, common snowberry, Oregongrape, slender cinquefoil, prairie Junegrass, Rocky Mountain Douglas-fir, and western yarrow. The potential production of native understory vegetation on the Mavreeso soil is about 750 pounds of air-dry vegetation per acre.

***Soil Management Implications***

This unit is used for livestock grazing, woodland, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 88 on the Mavreeso soil. It can produce about 82 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 40 years old. Although most areas have a thin stand of trees, the soil is generally not used for timber production.

The mass movement potential is rated low for this unit.

Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of vegetation for grazing. More uniform use of rangeland is aided by properly locating salt and by herding.

If this map unit is used for recreational development the main limitation is the slope, which limits the use of most areas of this soil mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 51—Clayburn-Hourglass complex, 5 to 25 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. The elevation is 8,500 to 10,500 feet. The average annual precipitation is 30 to 40

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 150 of 579



inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 60 to 75 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 55 percent Clayburn loam, 35 percent Hourglass loam, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

#### Clayburn loam

The Clayburn soil formed in slope alluvium derived mostly from sandstone and shale. Typically, the surface layer is grayish brown and dark grayish brown loam about 13 inches thick. The upper 5 inches of the subsoil are brown clay loam. The middle part is brown clay loam about 18 inches thick. The lower 12 inches are light brown sandy clay loam. The substratum is light brown sandy clay loam to a depth of 60 inches or more.

The permeability of the Clayburn soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

#### Hourglass loam

The Hourglass soil formed in slope alluvium derived mostly from sandstone, limestone, shale, and from mixed sources. Typically, the surface layer is dark grayish brown loam about 11 inches thick. The upper part of the subsoil is brown clay loam about 7 inches thick. The middle part is brown gravelly clay loam about 13 inches thick, and the lower part is brown very stony clay loam about 15 inches thick. The substratum is brown very stony clay loam to a depth of 60 inches or more.

The permeability of the Hourglass soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

#### *Contrasting Inclusions*

Included in this unit are about 5 percent Wander extremely stony loam on alluvial fans; about 4 percent Runlett loam on structural benches; and about 1 percent soils that have an extremely bouldery surface. Inclusions make up about 10 percent of the map unit. Wander soils have more than 35 percent rock fragments in the control section. Runlett soils are moderately deep over limestone or sandstone.

#### *Vegetation*

The dominant plant associations are *Festuca thurberi/Festuca arizonica* and *Festuca thurberi/Vicia americana-Lathyrus leucanthus* in open areas. *Populus tremuloides/Symphoricarpos oreophilus* occurs in quaking aspen groves. The native vegetation on this unit consists mainly of Thurber's fescue, mountain brome, Letterman's needlegrass, and bluegrass. Other important plants that characterize this unit are Parry's danthonia, spike trisetum, American vetch, Richardson's geranium, slender cinquefoil, Nevada pea, and California false hellebore. Quaking aspen, mountain snowberry, and Nevada pea occur in small patches. The average annual production of air-dry vegetation is about 2,800 pounds per acre on both soils *(Fig. 3)*.

#### *Soil Management Implications*

This unit is used for livestock grazing, wildlife habitat, and recreation.

The mass movement potential is rated low for this unit.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition.



**Figure 3.—Shown is a Subalpine Loam range site on Clayburn-Hourglass complex, 5 to 25 percent slopes.**

Stock water development and fencing will help to improve livestock distribution and the growth of vegetation for grazing. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Range seeding is suitable if the range is in poor condition.

Wildlife such as elk, mule deer, coyotes, hawks, and eagles utilize this unit. Management for wildlife should include protection from overgrazing by livestock and maintenance of adequate plant cover. Nearby forested areas provide cover for some of the wildlife.

If this map unit is used for recreational development, the main limitation is the slope, which limits development of most areas to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 52—Ohwiler loam, 12 to 30 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 7,700 to 8,500 feet. The average annual precipitation is 20 to 25 inches, the average annual air temperature is 40 to 45 degrees F., and the average frost-free period is 80 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

### Brief Soil Description

**Ohwiler loam**

The Ohwiler soil formed in slope alluvium derived from mixed sources, mostly sandstone and sale. Typically, the surface layer is dark grayish brown loam about 15 inches thick. The upper 15 inches of the subsoil are dark grayish brown clay loam.

The next part is grayish brown clay loam about 10 inches thick. The lower 12 inches of the subsoil are brown loam. The substratum is pale brown loam to a depth of 60 inches or more.

The permeability of the Ohwiler soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Nordicol very stony loam on ridges and 10 percent Herm loam on mountain slopes. Nordicol soils have more than 35 percent rock fragments in the profile. Herm soils have fine textured subsoils.

***Vegetation***

The dominant plant association is *Danthonia parryi/Festuca arizonica*. *Quercus gambelii/Symphoricarpos oreophilus-Amelanchier alnifolia* occurs in some areas. The native vegetation on this unit consists mainly of Arizona fescue, Parry's danthonia, needleandthread, and western wheatgrass. Other important plants that characterize this unit are Gambel oak, common snowberry, Utah serviceberry, antelope bitterbrush, mountain brome, prairie Junegrass, and mountain muhly. The average annual production of air-dry vegetation is about 1,800 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing, wildlife habitat, and recreation.

The mass movement potential is rated low for this unit because of the slope.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of range vegetation. If the condition of the range deteriorates, Gambel oak increases. Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitation is the slope, which limits development of most areas to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 53—Cryaquolls-Typic Cryaquents complex, 1 to 5 percent slopes

### Map Unit Description

This map unit is a complex of very deep, poorly drained soils on flood plains and valley floors of major drainage ways. The elevation is 8,500 to 10,000 feet. The average annual precipitation is 20 to 40 inches, the average annual air temperature is 34 to 38 degrees F, and the average frost-free period is 50 to 75 days. The moisture and temperature regimes are aquic and cryic, respectively.

This map unit consists of 50 percent Cryaquolls, 35 percent Typic Cryaquents, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

**Brief Soil Description**

**Cryaquolls**

The Cryaquolls soil formed in alluvium derived from mixed sources. In a reference pedon, the surface layer is very dark grayish brown and grayish brown loam about 12 inches thick. The underlying material is pale brown and yellowish brown stratified extremely gravelly loam and sandy loam that has iron concentrations throughout to a depth of 60 inches or more.

The permeability of the Cryaquolls soil is moderate. The available water capacity is moderate. The hydrologic group is D. The effective rooting depth is 60 inches or more. A seasonal high water table is at a depth of 6 to 20 inches in May and June. The available water capacity is high. Runoff is low, and the hazard of water erosion is slight. The potential of shrink-swell is low. This soil is subject to brief periods of flooding from April through July.

**Typic Cryaquents**

The Typic Cryaquents soil formed in alluvium derived from mixed sources. In a reference pedon, the surface has a layer of organic material about 3 inches thick. The surface layer is brown loam about 8 inches thick. The underlying material to a depth of 63 or more inches is light brownish gray very gravelly sandy loam stratified with loamy sand, loam and sandy clay loam and has iron concentrations throughout. This stratified material is variable ranging from sandy loam to sandy clay loam with variable amounts and sizes of rock fragments.

The permeability of the Typic Cryaquents soil is moderate in the surface layer and moderately slow to moderately rapid below the surface, depending on soil texture. The available water capacity is low to high. The hydrologic group is D. The effective rooting depth is 60 inches or more. A seasonal high water table is at a depth of 6 to 20 inches in May and June. Runoff is low, and the hazard of water erosion is slight. This soil is subject to brief periods of flooding from April through July. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Quazar extremely stony loam on alluvial fans; 4 percent Howardsville gravelly loam on alluvial fans; and small areas of Riverwash. Quazar and Howardsville soils are well drained. Included soils make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Deschampsia cespitosa/Carex spp.* The native vegetation on this unit consists mainly of tufted hairgrass, sedge, slender wheatgrass, and willow. Other important plants that characterize this unit are Baltic rush, cinquefoil, shrubby cinquefoil, narrowleaf cottonwood, and California false hellebore. The potential production of native vegetation on the Cryaquolls soil is about 3,700 pounds of air-dry vegetation per acre, and on the Typic Cryaquents it is about 3,000 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing, recreation, and wildlife habitat.

The mass movement potential is rated very low for this unit because of the slope.

The high water table promotes the vigorous growth of water tolerant plants. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Livestock grazing is limited by the short growing season. Deferred grazing will help to hasten revegetation

and to improve range areas in poor condition. The main limitations for seeding are the depth to a high water table and the hazard of flooding.

Wildlife such as elk, mule deer, coyote, beaver, and waterfowl utilize this unit. Management for wildlife should include protection from overgrazing by livestock and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover. Nearby forested areas provide cover for some of the wildlife.

This map unit is poorly suited to recreational development. The main limitations are the depth to a high water table and the hazard of flooding.

This map unit is in capability subclass 6w, nonirrigated.

## 54—Quazar very cobbly loam, 5 to 25 percent slopes

### Map Unit Description

This very deep, well drained soil is on alluvial fans *(Fig. 4)*.

The surface of this unit is covered with about 3 to 15 percent stones. The elevation is 9,000 to 10,700 feet. The average annual precipitation is 26 to 40 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 65 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Quazar very cobbly loam**

The Quazar soil formed in alluvium derived dominantly from rhyolite and tuff. Typically, the surface layer is dark grayish brown very cobbly loam about 12 inches thick. The subsoil is light brown extremely gravelly clay loam about 14 inches thick. The substratum is brown extremely gravelly clay loam to a depth of 60 inches or more.



**Figure 4.—Quazar very cobbly loam, 5 to 25 percent slopes, is on alluvial fans and in Subalpine Loam rangesites.**

The permeability of the Quazar soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The surface is covered with about 5 percent stones. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Needleton stony loam on mountain slopes; and 3 percent Clayburn loam and 2 percent Hourglass loam, both on the lower parts of alluvial fans. Needleton soils have light colored surface layers. Clayburn and Hourglass soils have less than 35 percent rock fragments in the profile.

***Vegetation***

The dominant plant associations on this unit are *Festuca thurberi/Festuca arizonica* and *Festuca thurberi/Vicia americana-Lathyrus leucanthus*. The native vegetation on this unit consists mainly of Thurber's fescue, Arizona fescue, nodding brome, mountain brome, and needlegrass. Other common plants that characterize this unit are bluegrass, western wheatgrass, American vetch, and sedge. The average annual production of air-dry vegetation is about 2,400 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing, recreation, and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope and rock fragments.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. If the range vegetation is seriously deteriorated, seeding is needed. The main limitations for seeding are the stony and cobbly surfaces and the steep slopes. The plants selected for seeding should meet the seasonal requirements of livestock or wildlife, or both.

Wildlife such as elk, mule deer, rabbits, bear, coyotes, hawks, and eagles utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the stones, cobbles, and steep slopes. Camp areas and picnic areas may be developed on the less cobbly, more gently sloping parts of this map unit.

This map unit is in capability subclass 7s, nonirrigated.

## 56—Typic Cryaquents-Cryaquolls-Cryofibrists complex, 0 to 5 percent slopes

### Map Unit Description

This map unit is a complex of very deep, very poorly drained soils on flood plains, drainageways, in valley bottoms, and in depressions on mesas. The elevation is 9,100 to 13,000 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 28 to 38 degrees F, and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are aquic and cryic, respectively.

This map unit consists of 35 percent Typic Cryaquents, 30 percent Cryaquolls, 25 percent Cryofibrists, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Typic Cryaquents**

The Typic Cryaquents soil formed in alluvium derived from mixed sources. In a reference pedon, the surface has a layer of organic material about 3 inches thick. The

surface layer is brown loam about 8 inches thick. The underlying material is light brownish gray very gravelly sandy loam stratified with loamy sand, loam, and sandy clay loam and has iron concentrations throughout to a depth of 63 inches or more. This stratified material is variable ranging from loamy sand to sandy clay loam with variable amounts and sizes of rock fragments.

The permeability of the Typic Cryaquents soil is moderate in the surface layer and moderately slow to moderately rapid below the surface, depending on soil texture. The available water capacity is low to high. The hydrologic group is D. The effective rooting depth is 60 inches or more. A seasonal high water table is at a depth of 6 to 20 inches in May and June. Runoff is low, and the hazard of water erosion is slight. This soil is subject to brief periods of flooding from April through July. The potential of shrink-swell is low.

**Cryaquolls**

The Cryaquolls soil formed in alluvium derived from mixed sources. In a reference pedon, the surface layer is very dark grayish brown and grayish brown loam about 12 inches thick. The underlying material is pale brown and yellowish brown stratified extremely gravelly loam and extremely gravelly sandy loam that has iron concentrations throughout to a depth of 60 inches or more.

The permeability of the Cryaquolls soil is moderate. The available water capacity is moderate. The hydrologic group is D. The effective rooting depth is 60 inches or more. A seasonal high water table is at a depth of 6 to 20 inches in May and June. The available water capacity is high. Runoff is low, and the hazard of water erosion is slight. The potential of shrink-swell is low. This soil is subject to brief periods of flooding from April through July.

**Cryofibrists**

The Cryofibrists soil formed in organic material, and in some pedons overlies alluvium derived from mixed sources. In a reference pedon, the soil is slightly decomposed organic material to a depth of 60 inches or more.

The permeability of the Cryofibrists soil is moderate to moderately rapid. The available water capacity is very high. The hydrologic group is D. The effective rooting depth is 60 inches or more. A high water table is at a depth of 0 to 36 inches from January through December. Runoff is very low, and the hazard of water erosion is slight. This soil is subject to long periods of flooding from April through September. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Quazar very stony loam on alluvial fans; 2 percent Whitecross stony loam on alpine valley floors; small areas of Howardsville gravelly loam on terraces; and small areas of Henson very gravelly loam on the more sloping areas along the edge of valleys. All are well drained. Whitecross soils are shallow. Included soils make up about 10 percent of the acreage; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Deschampsia cespitosa/Carex spp.* and *Salix planifolia/Carex aquatilis-Deschampsia cespitosa*. The native vegetation on this unit consists mainly of oval-leaf willow, tufted hairgrass, sedges, alpine timothy, Baltic rush, and Parry's clover. Other important plants that characterize this unit are bluegrass, alpine fescue, spike trisetum, shrubby cinquefoil, and white marsh marigold. The high water table promotes the vigorous growth of water tolerant plants. The average annual production of air-dry vegetation is about 2,800 pounds per acre on the Typic Cryaquents and Cryofibrists soils, and about 3,700 pounds per acre on the Cryaquolls soil *(Fig. 5)*.



**Figure 5—The high water table in Typic Cryaquents-Cryaquolls-Cryofibrists complex, 0 to 5 percent slopes, provides plentiful moisture for plant growth. The soils of this map unit can produce about 2,800 to 3,700 pounds of vegetation per acre. These soils are in the Alpine Meadow range site.**

***Soil Management Implications***

This unit is used for limited livestock grazing and wildlife habitat.

The mass movement potential is rated very low for this unit because of the slope.

Management practices suitable for use on this unit are proper grazing use, deferred grazing, rotation grazing, and in some locations spraying for brush management. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. If the condition of the range deteriorates, willows increase. Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community. The suitability of this unit for rangeland seeding is poor. The main limitation for seeding is the depth to a high water table.

Wildlife such as elk, mule deer, coyotes, and various bird species utilize this unit. Management for wildlife should include protection from overgrazing by livestock and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover. Nearby forested areas provide cover for some of the wildlife.

This map unit is poorly suited to recreational development. The main limitations are the depth to a high water table and the hazard of flooding.

This map unit is in capability subclass 6w, nonirrigated.

## 57—Howardsville gravelly loam, 1 to 6 percent slopes

### Map Unit Description

This very deep, well drained soil is on fan remnants and river terraces. The elevation is 8,300 to 10,000 feet. The average annual precipitation is 20 to 30 inches, the average annual air temperature is 35 to 38 degrees F, and the average frost-free period is 45 to 65 days. The moisture and temperature regimes are ustic-udic and cryic, respectively.

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 158 of 579



## Brief Soil Description

### Howardsville gravelly loam

The Howardsville soil formed in alluvium derived dominantly from rhyolite, tuff, and similar volcanic rocks. Typically, the surface layer is dark grayish brown gravelly loam about 2 inches thick. The upper 8 inches of the underlying material are brown very gravelly sandy loam; and the lower part is light brown extremely cobbly loamy sand to a depth of 60 inches.

The permeability of the Howardsville soil is rapid below the surface layer. The available water capacity is very low. The hydrologic group is A. The effective rooting depth is 60 inches or more. Runoff is low, and the hazard of water erosion is slight. The potential of shrink-swell is low.

#### *Contrasting Inclusions*

Included in this unit are about 10 percent Quazar extremely stony loam on alluvial fans; 5 percent Needleton stony loam on toeslopes; and small areas of Cryaquolls and Cryaquents in valley bottoms. Quazar soils have dark colored surface layers. Needleton soils have argillic horizons. Cryaquolls and Cryaquents are poorly drained or very poorly drained. Included soils make up about 20 percent of the map unit; the percentage varies from one area to another.

#### *Vegetation*

The dominant plant association is *Muhlenbergia montana/Festuca arizonica*. The native vegetation on this unit consists mainly of Arizona fescue, mountain muhly, Parry's danthonia, and needlegrass. Other important plants that characterize this unit are prairie Junegrass, sheep fescue, and western wheatgrass. The average annual production of air-dry vegetation is about 600 pounds per acre.

#### *Soil Management Implications*

This unit is used for urban development, recreation, wildlife habitat, and limited livestock grazing.

The mass movement potential is rated very low for this unit because of the slope.

The production of vegetation suitable for livestock grazing is limited by a short growing season and the droughty nature of the soil.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. If the range vegetation is seriously deteriorated, seeding is needed. The main limitations for seeding are the droughty soil and a short growing season. The plants selected for seeding should meet the seasonal requirements of livestock or wildlife, or both.

Wildlife such as elk, mule deer, rabbits, squirrels, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

This map unit is moderately suited to recreational development. Camp areas and picnic areas may be developed on this unit.

If this unit is used for urban development, the main limitation is the rapid permeability. Effluent from septic tank absorption fields can surface in down-slope areas and thus create a hazard to health. If the density of housing is moderate to high, community sewage systems are needed to prevent contamination of water supplies as a result of seepage from onsite sewage disposal systems.

This map unit is in capability subclass 6s, nonirrigated.

## 58—Fughes-Herm complex, 5 to 25 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on hills and mesas. The elevation is 8,000 to 9,000 feet. The average annual precipitation is 20 to 25 inches, the average annual air temperature is 40 to 44 degrees F., and the average frost-free period is 80 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 55 percent Fughes loam, 35 percent Herm loam, and 10 percent included areas. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Descriptions

**Fughes loam**

The Fughes soil formed in slope alluvium derived dominantly from shale and sandstone. Typically, the surface layer is dark brown loam about 8 inches thick. The subsurface layer is dark brown clay loam about 12 inches thick. The upper part of this subsoil is dark grayish brown clay loam about 6 inches thick. The next part is pale brown clay about 18 inches thick. The lower part of the subsoil is pale brown cobbly clay extending to 60 inches or more.

The permeability of the Fughes soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

**Herm loam**

The Herm soil formed in slope alluvium derived dominantly from shale and sandstone. Typically, the surface layer is dark grayish brown loam about 6 inches thick. The subsurface layer is dark brown clay loam about 7 inches thick. The upper 4 inches of the subsoil are grayish brown heavy clay loam, and the lower 28 inches are brown heavy clay loam. The substratum is grayish brown clay loam to a depth of 60 inches or more.

The permeability of the Herm soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this unit are about 5 percent Fardraw stony loam on mesas; small areas of Hesperus loam in drainageways; and small areas of Goldbug very stony fine sandy loam on ridges. Fardraw soils have more than 35 percent rock fragments in the subsoil. Hesperus soils have fine-loamy subsoils. Goldbug soils have light colored surface layers. Inclusions make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Quercus gambelii/Symphoricarpos oreophilus*. Some *Festuca arizonica/Festuca thurberi* may also occur on the highest parts of the unit. The native vegetation on this unit consists mainly of Gambel oak, common snowberry, Arizona fescue, and mountain brome. Other important plants that characterize this unit are Saskatoon serviceberry, mountain muhly, needlegrass, elk sedge, slender wheatgrass, western wheatgrass, prairie Junegrass, and bluegrass. The average annual production of air-dry vegetation on the Fughes soil is about 2,000 pounds per acre, and on the Herm soil it is about 1,800 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on these soils are the high clay content and the shrink-swell potential. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads can be protected from erosion by constructing water bars and by seeding cuts and fills.

This unit is well suited to the production of range vegetation.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of range grasses. If the condition of the range deteriorates, Gambel oak and snowberry will increase. Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community. In areas where brush is managed by prescribed burning, chemical, or mechanical methods may be subject to a greater hazard of erosion. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

If this unit is used for recreational development, the main limitations are the slope and the slow permeability. The slope limits development of most areas to paths and trails.

Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Fughes soil is in capability subclass 6e, nonirrigated and irrigated. The Herm soil is in capability subclass 6e, nonirrigated.

## 59—Fughes-Herm complex, 25 to 45 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on hills. The surface of this unit is covered with about 1 to 3 percent stones. The elevation is 8,000 to 9,000 feet. The average annual precipitation is 20 to 25 inches, the average annual air temperature is 40 to 44 degrees F., and the average frost-free period is 80 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 45 percent Fughes stony loam, 35 percent Herm stony loam, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Fughes stony loam**

The Fughes soil formed in slope alluvium derived dominantly from shale, sandstone, and quartz diorite. Typically, the surface layer is dark brown stony loam about 20 inches thick. The upper part of the subsoil is dark grayish brown clay loam about 6 inches thick. The next part is pale brown clay about 18 inches thick. The lower part of the subsoil is pale brown cobbly clay extending to 60 inches or more.

The permeability of the Fughes soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is

high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

**Herm stony loam**

The Herm soil formed in slope alluvium derived dominantly from shale, sandstone, and quartz diorite. Typically, the surface layer is dark grayish brown stony loam about 6 inches thick. The subsurface layer is dark brown stony clay loam about 7 inches thick. The upper 4 inches of the subsoil are grayish brown heavy clay loam, and the lower 28 inches are brown heavy clay loam. The substratum is grayish brown clay loam to a depth of 60 inches or more.

The permeability of the Herm soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this unit are about 10 percent Fardraw stony loam on ridges and about 10 percent Hesperus loam in swales. Fardraw soils have more than 35 percent rock fragments in the subsoil. Hesperus soils have fine-loamy subsoils.

***Vegetation***

The dominant plant association is *Quercus gambelii/Symphoricarpos oreophilus*. The native vegetation on this unit consists mainly of Gambel oak, common snowberry, Arizona fescue, and mountain brome. Other important plants that characterize this unit are bluegrass, needlegrass, western wheatgrass, slender wheatgrass, elk sedge, prairie Junegrass, and Saskatoon serviceberry. The average annual production of air-dry vegetation on the Fughes soil is about 2,000 pounds per acre, and on the Herm soil it is about 1,800 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated moderate for this unit because of the slope and the high clay content of the soils.

This unit is poorly suited to the building of unsurfaced roads. The main limitations to the building of unsurfaced roads on this unit are the high clay content, the shrink-swell potential, and the slope. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and can be protected from erosion by constructing water bars and by seeding cuts and fills.

This unit is moderately suited to the production of range vegetation. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of range grasses.

If the condition of the range deteriorates, oakbrush and snowberry will increase. Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community. Areas where brush is managed by prescribing burning or by chemical or mechanical methods may be subject to a greater hazard of erosion. Mechanical treatment practices are not practical, because the surface is stony and the slopes are steep. If the range vegetation is seriously deteriorated, seeding is needed. The main limitations for seeding are the steep slopes and the content of stones. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock,

prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes, stony surface soils, and the slow permeability. The slopes limit use of the unit mainly to a few paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 60—Grimes very cobbly sandy loam, 0 to 3 percent slopes

### Map Unit Description

This very deep, somewhat excessively drained soil is on alluvial fans, fan remnants, and river terraces. The elevation is 7,800 to 8,200 feet. The average annual precipitation is 24 to 30 inches, the average annual air temperature is 42 to 45 degrees F, and the average frost-free period is 90 to 100 days. The moisture and temperature regimes are udic-ustic and frigid, respectively.

### Brief Soil Description

**Grimes very cobbly sandy loam**

The Grimes soil formed in alluvium derived dominantly from granitic rocks. Typically, the surface layer is grayish brown very cobbly sandy loam about 5 inches thick. The underlying material is pale brown extremely cobbly sandy loam about 17 inches thick over extremely cobbly sand that extends to a depth of 60 inches or more.

The permeability of the Grimes soil is rapid below the surface layer. The available water capacity is very low. The hydrologic group is A. The effective rooting depth is 60 inches or more. Runoff is very low, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Quazar very stony loam on alluvial fans and about 5 percent Frisco very cobbly loam on toeslopes. Quazar soils have dark colored surface layers. Frisco soils have argillic horizons of extremely stony sandy clay loam.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Festuca arizonica*. The native vegetation on this unit consists mainly of ponderosa pine, Rocky Mountain Douglas-fir, Arizona fescue, and western wheatgrass. Other important plants that characterize this unit are mountain brome, bluegrass, prairie Junegrass, pine dropseed, blue spruce, elk sedge, rose, willow, and Saskatoon serviceberry. The average annual understory production of air-dry vegetation is about 250 pounds per acre.

***Soil Management Implications***

This unit is used for urban development, recreation, wildlife habitat, woodland, and limited livestock grazing.

A representative site index for this map unit for ponderosa pine is 73 on the Grimes soil. It can produce about 59 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated very low for this unit because of the slope.

The production of vegetation suitable for livestock grazing is limited by the droughty nature of the soil. Although most areas have trees, they are not used for timber production.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. If the range

vegetation is seriously deteriorated, seeding is needed. The main limitations for seeding are the droughty soil and the content of cobbles in the surface. The plants selected for seeding should meet the seasonal requirements of livestock or wildlife, or both.

Wildlife such as elk, mule deer, rabbits, squirrels, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock and maintenance of adequate plant cover. Native vegetation and other forested areas provide cover for some of the wildlife.

This map unit is poorly suited to recreational development. The main limitation is the very cobbly surface. By carefully selecting sites and removing some of the surface cobbles, campgrounds and picnic areas may be developed on this unit. Paths and trails can be developed.

If this unit is used for urban development, the main limitation is the rapid permeability. Effluent from septic tank absorption fields can surface in downslope areas and thus create a hazard to health. If the density of housing is moderate to high, community sewage systems are needed to prevent contamination of water supplies as a result of seepage from onsite sewage disposal systems.

This map unit is in capability subclass 7s, nonirrigated.

## 110—Sheek-Ormiston complex, 3 to 30 percent slopes

### Map Unit Description

This map unit is a complex of deep and very deep, well drained soils, on mesas, hills, and canyon side slopes. The surface of this map unit is covered with about 1 to 3 percent stones. The elevation is 7,100 to 7,600 feet. The average annual precipitation is 15 to 20 inches, the average annual air temperature is 44 to 45 degrees F, and the frost-free period is 80 to 110 days. The moisture and temperature regimes are ustic and frigid, respectively.

This unit consists of 45 percent Sheek very cobbly clay loam, 35 percent Ormiston loam, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Sheek very cobbly clay loam**

The Sheek soil is very deep. It formed in slope alluvial and colluvium derived dominantly from sandstone and shale. Typically, the surface layer is dark brown very cobbly clay loam about 2 inches thick. The upper 5 inches of the subsoil are dark yellowish brown gravelly clay loam. The lower 13 inches are brown very cobbly clay loam. The upper 9 inches of the substratum are very pale brown very cobbly loam; the next 17 inches are light gray cobbly clay loam; and the lower part consists of white very cobbly loam to a depth of 60 inches or more.

The permeability of the Sheek soil is moderately slow. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Ormiston loam**

The Ormiston soil is deep. It formed in slope alluvium and colluvium derived dominantly from sandstone.

Typically, the surface layer is brown loam about 7 inches thick. The upper part of the subsoil is reddish brown very stony clay loam about 17 inches thick. The lower part of the subsoil is reddish brown stony clay loam about 8 inches thick. The

substratum is pinkish white stony clay loam about 12 inches thick. Sandstone bedrock is at a depth of 44 inches. The depth to bedrock ranges from 40 to 60 inches or more.

The permeability of the Ormiston soil is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 40 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit are about 8 percent Nortez loam on mesas; 6 percent Fivepine flaggy loam on low ridges of mesas; 3 percent Granath loam on mesas; and 3 percent Fughes loam in drainageways. Fivepine soils are shallow and clayey. Fughes and Granath soils are very deep and have less than 35 percent rock fragments in the profile. These inclusions make up about 20 percent of the total acreage; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus edulis-Juniperus osteosperma/ Cercocarpus montanus*. Some *Pinus edulis/Quercus gambelii* may also occur on north aspects. The native vegetation on this unit consists mainly of twoneedle pinyon, Utah juniper, true mountain mahogany, and Gambel oak. Other important plants that characterize this unit are prairie Junegrass, western wheatgrass, Indian ricegrass, bottlebrush squirreltail, muttongrass, blue grama, Utah serviceberry, squaw apple, and black sagebrush. The average annual understory production of air-dry vegetation on the Sheek soil is about 950 pounds per acre and on the Ormiston soil it is about 1,000 pounds per acre.

***Soil Management Implications***

This map unit is used for livestock grazing, wildlife habitat, and recreation.

The mass movement potential is rated low for this unit because of the slope and the high rock fragment content.

The main limitation to the building of unsurfaced roads on this unit is the content of large stones in the soil. To stabilize grades, road cuts and fills, and other disturbed areas should be provided with water bars and reseeded.

Removal of pinyon and juniper increases the production of understory forage. Range seeding should be done in conjunction with removal of the overstory. More uniform distribution of grazing is aided by properly location stock water development and salt, and by fencing and herding. If the range vegetation is seriously deteriorated, seeding is needed. The main limitations for seeding are the limited rainfall and the content of large stones. Seeding late in the fall helps to ensure that the content of moisture in the soil will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, squirrels, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreation development, the main limitations are the content of large stones and slopes that are over 8 percent. The slopes limit the use of the unit mainly to a few paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7s, nonirrigated.

# 111—Fardraw loam, 3 to 15 percent slopes

## Map Unit Description

This very deep, well drained soil is on high mesas and structural benches. The elevation is 8,000 to 9,000 feet. The average annual precipitation is 20 to 26 inches, the average annual air temperature is 40 to 44 degrees F., and the average frost-free period is 80 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not to affect the use or management of the unit. These include soils that have dark surface layers more than 16 inches thick. These similar soils make up about 10 percent of the total acreage; the percentage varies from one area to another.

## Brief Soil Description

### Fardraw loam

The Fardraw soil formed in outwash and till derived from mixed sources. Typically, the surface layer is very dark gray loam about 8 inches thick. The subsurface layer is dark grayish brown loam about 3 inches thick. The upper part of the subsoil is brown very gravelly clay loam about 4 inches thick; and the lower part is light brown very cobbly sandy clay about 36 inches thick. The substratum is reddish yellow very cobbly sandy clay to a depth of 60 inches or more.

The permeability of this Fardraw soil is slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is slight. The potential of shrink-swell is moderate.

### *Contrasting Inclusions*

Included in this unit is about 10 percent Herm loam on mesas. Herm soils have less than 35 percent rock fragments in the control section.

### *Vegetation*

The dominant plant association is *Quercus gambelii/Symphoricarpos oreophilus*. The native vegetation on this unit consists mainly of Gambel oak, mountain snowberry, Arizona fescue, muttongrass, and mountain brome. Other important plants that characterize this unit are elk sedge, needleandthread, Kentucky bluegrass, and ring muhly. The average annual production of air-dry vegetation is about 2,200 pounds per acre.

### *Soil Management Implications*

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope and the high rock fragment content.

The main limitation to the building of unsurfaced roads on Fardraw soils is the high content of rock fragments. To stabilize grades, road cuts and fills, and other disturbed areas should be provided with water bars and reseeded.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Stock water development and fencing will help to improve livestock distribution and the growth of range production. Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community. If the range vegetation is seriously deteriorated, seeding is needed. The main limitations for seeding are the shrubs and stones. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, bear, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are slopes that are over 8 percent and the slow permeability. Paths and trails can be developed.

This map unit is in capability subclass 6s, nonirrigated.

## 113—Dolores loam, 30 to 65 percent slopes

### Map Unit Description

This very deep, well drained soil is on the edges of mesas and hills. The elevation is 8,200 to 8,600 feet. The average annual precipitation is 20 to 25 inches, the mean annual air temperature is 40 to 45 degrees F., and the average frost-free period is 75 to 100 days. The soil moisture and temperature regimes are ustic and frigid, respectively.

There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as to not affect the use or management of the unit. These include Fardraw loam on structural benches. Similar inclusions make up about 5 percent of the map unit.

### Brief Soil Description

#### Dolores loam

The Dolores soil formed in slope alluvium, colluvium, and alluvium derived from mixed sources. Typically, the surface has a layer of organic material 1 inch thick. The surface layer is reddish brown loam about 7 inches thick with about 1 to 3 percent stones on the surface. The upper part of the subsoil is reddish brown to yellowish red extremely stony clay loam about 16 inches thick. The next part is yellowish red extremely stony clay about 25 inches thick. The lower part of the subsoil is brown extremely stony clay to a depth of 61 inches or more.

The permeability of the Dolores soil is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high and the hazard of water erosion is severe. The potential of shrink-swell is low.

#### *Contrasting Inclusions*

Intermixed throughout the unit are Typic Argiustolls and Pachic Argiustolls. These inclusions are fine textured in places and clayey skeletal in other places. Included are a few areas with shale at depths of 30 to 60 inches. Also included are small areas with 10 to 40 percent surface cobbles, stone, and boulders. Also included are about 5 percent Hesperus soils in swales. Hesperus soils have less than 35 percent rock fragments in the profile. These inclusions make up about 15 percent of the map unit.

#### *Vegetation*

The dominant plant association is *Quercus gambelii/Symphoricarpos oreophilus*. The native vegetation consists of Gambel oak and common snowberry, Arizona fescue, needlegrass, and bluegrass. Other common plants that characterize this soil are western wheatgrass, mountain brome, prairie Junegrass, and Utah serviceberry. The average annual production of air-dry vegetation is about 2,000 pounds per acre.

***Soil Management Implications***

This map unit is used for livestock grazing and wildlife habitat. The present use of forage production and watershed values should be continued to ensure slope stability.

The mass movement potential is rated moderate for this unit.

More uniform distribution of grazing is aided by properly locating stock water development and salt, and by fencing and herding. The slope limits access by livestock and results in overgrazing of less sloping areas. If the range vegetation is seriously deteriorated, seeding is needed. The main limitations for seeding are the content of large stones and the steep slopes. The slopes limit the kind of equipment that can be used in reseeding. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, bear, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitation is the steepness of the slopes, which limit development mainly to a few paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 150—Silex-Rock outcrop complex, 10 to 20 percent slopes

### Map Unit Description

This map unit is a complex of a shallow and very shallow, well drained soil and Rock outcrop on mountain slopes, mesas and structural benches. The elevation is 10,000 to 11,000 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 36 degrees F, and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 70 percent Silex loam, 20 percent Rock outcrop, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Silex loam**

The Silex loam formed in slope alluvium derived dominantly from limestone and sandstone. Typically, the surface is covered with a mat of decomposed organic material about 1 inch thick. The surface layer is pinkish gray loam about 3 inches thick. The upper part of the subsoil is brown clay loam about 6 inches thick. The lower part of the subsoil is light brown sandy clay loam about 8 inches thick. Sandstone is at a depth of 18 inches. The depth to bedrock ranges from 7 to 20 inches from the mineral soil surface.

The permeability of the Silex soil is moderately slow. The available water capacity is low. The hydrologic group is D. The effective rooting depth is 7 to 20 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Rock outcrop**

Rock outcrop consists of exposures of sandstone, limestone, or rhyolite on cliffs, breaks, and mesas.

### *Contrasting Inclusions*

Included in this unit are small areas of Needleton loam and Haviland loam, both on mountain slopes; and small areas of Snowdon stony loam on structural benches. Needleton and Haviland soils are deeper than 60 inches to bedrock. Snowdon soils have more than 35 percent rock fragments in the profile. Included areas make up about 10 percent of the map unit; the percentage varies from one area to another.

### *Vegetation*

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, whortleberry, Thurber's fescue, and mountain brome. Other important plants that characterize this unit are Kentucky bluegrass, Columbia needlegrass, elk sedge, tufted hairgrass, timber oatgrass, whitestem gooseberry, and spike trisetum. Much of this unit was burned in the past and has been replanted with lodgepole pine. The potential production of native understory vegetation is about 500 pounds of air-dry vegetation per acre.

### *Soil Management Implications*

This unit is used for timber production, wildlife habitat, and limited livestock grazing.

A representative site index for this map unit for Englemann's spruce is 61 on the Silex soil. It can produce about 51 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 120 years old.

The mass movement potential is rated low for this unit because of the slope and bedrock.

The main concerns in producing and harvesting timber are reforestation and road construction due to the limited depth to bedrock and the rock outcrops. Conventional harvesting methods can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitations to reforestation on this unit are the shallow depth to bedrock and the rock outcrops. The shallow depth to bedrock can make the planting of seedlings difficult. Planting nursery stock will hasten reforestation. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitations for building unsurfaced roads on this unit are the depth to bedrock and the rock outcrops. Proper design of road drainage systems and care in the placement of culverts help to control erosion.

Logged areas and some forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of understory plants.

Wildlife such as elk, mule deer, squirrel, blue grouse, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the slope, depth to bedrock, and rock outcrops. The slope limits development of most areas to paths and trails. Drainage should be provided for paths and trails.

The Silex soil is in capability subclass 6e, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

# 151—Frisco Loam, 10 to 25 percent slopes

## Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 8,800 to 11,000 feet. The average annual precipitation is 30 to 40 inches, the average annual air temperature is 34 to 38 degrees F, and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

## Brief Soil Description

**Frisco loam**

The Frisco soil formed in outwash, till, and slope alluvium derived dominantly from granite, volcanic, and sedimentary rocks. Typically, the surface is covered with a mat of twigs, needles, and bark about 2 inches thick. The surface layer is brown loam about 3 inches thick. The subsurface layer is light brown loam about 6 inches thick. The next layer is brown cobbly loam about 8 inches thick. The upper part of the subsoil is brown extremely stony sandy clay loam about 29 inches thick; the lower part is brown extremely stony loam extending to 62 inches or more.

The permeability of the Frisco soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this map unit are small areas of soil with bedrock above 60 inches, small areas of soils with fewer rock fragments in the control section, and small areas with dark surface layers, all on mountain slopes. Included soils make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of Englemann's spruce, Rocky Mountain Douglas-fir, white fir, quaking aspen, and subalpine fir. Other important plants that characterize this unit are whortleberry, mountain snowberry, nodding brome, bluegrass, Arizona fescue, Thurber's fescue, Parry's danthonia, elk sedge, gooseberry currant, and creeping juniper. The average annual understory production of air-dry vegetation is about 700 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, and livestock grazing.

A representative site index for this map unit for Englemann's spruce is 80 on the Frisco soil. It can produce about 76 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the slope and the high content of rock fragments.

The main concerns in producing and harvesting timber are reforestation and road construction in the stony soils. Conventional harvesting methods can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitation to reforestation on this unit is the content of stones in the soil. Large stones limit rooting space and soil moisture, and interfere with planting operations. The high content of rock fragments can make the planting of seedlings difficult. Planting nursery stock will hasten reforestation. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitation to the building of unsurfaced roads on this unit is the content of stones in the soil. Proper design of road drainage systems and care in the placement

of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and many forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitation is the slope, which limits development of most areas to paths and trails. Drainage should be provided for paths and trails.

This map unit is in capability subclass 6e, nonirrigated.

## 152—Frisco Loam, 25 to 45 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 8,800 to 11,000 feet. The average annual precipitation is 30 to 40 inches, the average annual air temperature is 34 to 38 degrees F, and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Frisco loam**

The Frisco soil formed in outwash, till, and slope alluvium derived dominantly from granitic, volcanic, and sedimentary rocks. Typically, the surface is covered with a mat of twigs, needles, and bark about 2 inches thick. The surface layer is brown loam about 3 inches thick. The subsurface layer is light brown loam about 6 inches thick. The next layer is brown cobbly loam about 8 inches thick. The upper part of the subsoil is brown extremely stony sandy clay loam about 29 inches thick; the lower part is brown extremely stony loam extending to 62 inches or more.

The permeability of the Frisco soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this map unit are small areas with bedrock above 60 inches, small areas with fewer rock fragments in the control section, and small areas with dark surface layers, all on mountain slopes. Included soils make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of Englemann's spruce, Rocky Mountain Douglas-fir, white fir, quaking aspen, and subalpine fir. Other important plants that characterize this unit are whortleberry, mountain snowberry, nodding brome, bluegrass, Arizona fescue, Thurber's fescue, Parry's danthonia, elk sedge, creeping juniper, and gooseberry currant. The average annual understory production of air-dry vegetation is about 700 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, and livestock grazing.

A representative site index for this map unit for Englemann's spruce is 80 on the Frisco soil. It can produce about 76 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the high content of rock fragments.

The main concerns in producing and harvesting timber are reforestation and road construction in the stony soils. Conventional methods of harvesting timber can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitation to reforestation on this unit is the content of stones in the soil. Large stones limit rooting space and soil moisture, and interfere with planting operations. The high content of rock fragments can make the planting of seedlings difficult. Planting nursery stock will hasten reforestation. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitations to the building of unsurfaced roads on this unit are the slope and the content of stones in the soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and some forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of vegetation for grazing.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitation is the steep slope, which restricts development of most areas to a few paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 153—Frisco-Horsethief complex, 10 to 30 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. The elevation is 9,000 to 11,000 feet. The average annual precipitation is 25 to 45 inches, the average annual air temperature is 34 to 38 degrees F, and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 50 percent Frisco loam, 30 percent Horsethief loam, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Frisco loam**

The Frisco soil formed in outwash and slope alluvium derived dominantly from granitic, volcanic, and sedimentary rocks. Typically, the surface is covered with a mat

of decomposing twigs, needles, and bark about 2 inches thick. The surface layer is brown loam about 3 inches thick. The subsurface layer is light brown loam about 6 inches thick. The next layer is brown cobbly loam about 8 inches thick. The upper part of the subsoil is brown extremely stony sandy clay loam about 29 inches thick; the lower part is brown extremely stony loam extending to 62 inches or more.

The permeability of the Frisco soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is low.

**Horsethief loam**

The Horsethief soil formed in slope alluvium derived dominantly from sandstone, and volcanic and igneous rocks. Typically, the surface is covered with a mat of needles, twigs, and bark about 2 inches thick. The surface layer is pale brown loam about 3 inches thick. The subsurface layer is pale brown and light yellowish brown fine sandy loam about 19 inches thick. The upper 8 inches of the subsoil are very pale brown fine sandy loam and brown sandy clay loam; the lower 17 inches are brown very stony clay loam. The substratum is brown very stony clay loam to a depth of 62 inches or more.

The permeability of the Horsethief soil is moderately slow. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 15 percent Quazar stony loam on footslopes and about 5 percent Snowdon stony loam on mountain slopes. Quazar soils have a dark surface layer. Snowdon soils are shallow over bedrock. In the Needle Creek area and the Elk Creek area the Frisco and Horsethief soils are formed in mostly granitic materials and range from very stony or very bouldery to extremely stony or extremely bouldery.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. Some *Populus tremuloides/Symphoricarpos oreophilus* may also occur. The native vegetation on this unit consists mainly of Englemann's spruce, Rocky Mountain Douglas-fir, subalpine fir, and quaking aspen. Other important plants that characterize this unit are whortleberry, mountain snowberry, Thurber's fescue, nodding brome, mountain brome, Arizona fescue, bluegrass, elk sedge, Parry's danthonia, and spike trisetum. The average annual understory production of air-dry vegetation is about 700 pounds per acre on the Frisco soil, and about 800 pounds per acre on the Horsethief soil.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, and livestock grazing.

A representative site index for this map unit for Englemann's spruce is 80 on the Frisco soil. It can produce about 76 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the slope and the high content of rock fragments.

The main concerns in producing and harvesting timber are reforestation and road construction in the stony soils. Conventional harvesting methods can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitation to reforestation on this soil is the content of stones in the surface layer. Large stones limit rooting space and soil moisture, and interfere with planting operations. After harvest, reforestation must be carefully managed to reduce

competition from undesirable understory plants. The high content of rock fragments can make the planting of seedlings difficult. Planting nursery stock will hasten reforestation. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitation to the building of unsurfaced roads on this unit is the content of stones in the soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and some forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, bear, squirrel, blue grouse, hawks, bighorn sheep, eagles, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover.

If this map unit is used for recreational development the main limitation is the slope, which restricts development of most areas to paths and trails. Drainage should be provided for paths and trails.

This map unit is in capability subclass 6e, nonirrigated.

## 154—Frisco-Horsethief complex, 30 to 75 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. This map unit typically has .1 to 3 percent stones on the surface. The elevation is 8,400 to 11,500 feet. The average annual precipitation is 25 to 45 inches, the average annual air temperature is 34 to 38 degrees F, and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 60 percent Frisco loam, 25 percent Horsethief loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Frisco loam**

The Frisco soil formed in outwash and slope alluvium derived dominantly from granitic, volcanic, and sedimentary rocks. Typically, the surface is covered with a mat of decomposing twigs, needles, and bark about 2 inches thick. The surface layer is brown loam about 3 inches thick. The subsurface layer is light brown loam about 6 inches thick. The next layer is brown cobbly loam about 8 inches thick. The upper part of the subsoil is brown extremely stony sandy clay loam about 29 inches thick; the lower part is brown extremely stony loam extending to 62 inches or more.

The permeability of the Frisco soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Horsethief loam**

The Horsethief soil formed in colluvium and slope alluvium derived dominantly from sandstone, volcanic, and igneous rocks. Typically, the surface is covered with a mat of needles, twigs, and bark about 2 inches thick. The surface layer is pale brown

loam about 3 inches thick. The subsurface layer is pale brown and light yellowish brown fine sandy loam about 19 inches thick. The upper 8 inches of the subsoil are very pale brown fine sandy loam and brown sandy clay loam. The lower 17 inches of the subsoil are brown very stony clay loam. The substratum is brown very stony clay loam to a depth of 62 inches or more.

The permeability of the Horsethief soil is moderately slow. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Quazar stony loam in swales and 10 percent Snowdon soils on mountain slopes. Quazar soils have a dark surface layer. Snowdon soils are shallow over bedrock. In the Needle Creek area and the Elk Creek area the Frisco and Horsethief soils are formed mostly in granitic materials and range from very stony or very bouldery to extremely stony or extremely bouldery.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. Some *Populus tremuloides/Symphoricarpos oreophilus* may also occur. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, Rocky Mountain Douglas-fir, white fir, and quaking aspen. Other important plants that characterize this unit are whortleberry, mountain snowberry, mountain brome, nodding brome, bluegrass, Arizona fescue, Thurber's fescue, gooseberry currant, elderberry, elk sedge, Parry's danthonia, spike trisetum, and creeping juniper. The average annual understory production of air-dry vegetation is about 700 pounds per acre on the Frisco soil, and about 800 pounds per acre on the Horsethief soil.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, recreation, and limited livestock grazing.

A representative site index for this map unit for Englemann's spruce is 80 on the Frisco soil. It can produce about 76 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated high for this unit because of the steep slopes.

The main concerns in producing and harvesting timber are steep slopes, reforestation, stones on the surface, and road construction due to stones and steep slopes. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall. Conventional methods of harvesting timber are difficult to use because of the slope.

The main limitations to reforestation on this soil are the stones in the soil and on the surface. Large stones limit rooting space and soil moisture, and interfere with planting operations. After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants. The high content of rock fragments can make the planting of seedlings difficult. Planting nursery stock will hasten reforestation. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitations to the building of unsurfaced roads on this unit are the stones in the soil and the steep slopes. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and some forested areas are used for livestock grazing. The slope limits access by livestock and results in overgrazing of the less sloping areas. Proper use of grazing lands and of a planned grazing system are important practices to

ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, bear, mountain goats, bighorn sheep, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes and the stones on the surface. The slopes limit use of the unit mainly to a few paths and trails, which should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 155—Tuckerville-Rock outcrop complex, 30 to 60 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils and Rock outcrop on mountain slopes. The elevation is 8,800 to 10,000 feet. The average annual precipitation is 25 to 32 inches, the average annual air temperature is 36 to 42 degrees F, and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 70 percent Tuckerville stony loam, 20 percent Rock outcrop, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Tuckerville stony loam**

The Tuckerville soil formed in slope alluvium, colluvium, and outwash derived dominantly from granite and sandstone. Typically, the surface is covered with a mat of leaves, needles, and partly decomposed organic material about 3 inches thick. The surface layer is brown stony loam about 3 inches thick. The subsurface layer is pinkish gray very stony sandy loam about 15 inches thick. The upper part of the subsoil is pinkish gray very stony sandy loam and reddish brown very stony sandy clay loam about 5 inches thick. The lower part of the subsoil is reddish brown very stony sandy clay loam about 21 inches thick. The substratum is light reddish brown extremely stony sandy loam to a depth of 63 inches or more.

The permeability of the Tuckerville soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Rock outcrop**

Rock outcrop consists of exposures of bedrock as cliffs, knobs, and breaks.

***Contrasting Inclusions***

Included in this unit are about 5 percent Haviland loam and 5 percent Scotch loam, both on mountain slopes. Haviland soils have less than 35 percent rock fragments in the profile. Scotch soils are shallow over bedrock.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Mahonia repens*. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, Rocky Mountain Douglas-fir, and white fir. Other important plants that characterize this unit are Thurber's fescue, mountain brome, prairie Junegrass, spike

trisetum, elk sedge, bluegrass, Arizona fescue, russet buffaloberry, common snowberry, boxleaf myrtle, common juniper, and Saskatoon serviceberry. The average annual understory production of air-dry vegetation is about 800 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, and limited livestock grazing.

A representative site index for this map unit for Rocky Mountain Douglas-fir is 84 on the Tuckerville soil. It can produce about 75 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 40 years old.

The mass movement potential is rated low for this unit because of the high content of rock fragments.

The main concerns in producing and harvesting timber are steep slopes, reforestation, road construction, and preventing erosion along roads and other are areas where vegetation has been removed. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. Plant competition delays natural regeneration but does not prevent the eventual development of a fully stocked, normal stand of trees. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Rocky Mountain Douglas-fir, Englemann's spruce, and Lodgepole pine.

The main limitations to the building of unsurfaced roads on this unit are the stones in the soil and the slope. Careful consideration of road systems and harvesting methods should be made to minimize erosion. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and some forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. The slope limits access by livestock and results in overgrazing of the less sloping areas. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Fencing will help to improve livestock distribution and production of understory vegetation.

Wildlife such as elk, mule deer, bear, coyote, squirrels, rabbits, and blue grouse, eagles, and hawks utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes and the rock outcrops. The slopes limit development of most areas to a few paths and trails, which should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Tuckerville soil is in capability subclass 7e, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 156—Sponsor-Tuckerville complex, 15 to 30 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. The elevation is 8,800 to 10,000 feet. The average annual precipitation is 25 to 35 inches, the average annual air temperature is 36 to 42 degrees F, and the average

frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively, for both soils.

This unit consists of 60 percent Sponsor loam, 30 percent Tuckerville loam, and 10 percent included soils. There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as to not affect the use or management of the unit. These include Clayburn loam on less sloping areas. These similar soils make up about 5 percent of the total acreage; the percentage varies from one area to another. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

## Brief Soil Description

### Sponsor loam

The Sponsor soil formed in outwash, slope alluvium, and colluvium derived dominantly from granite and sandstone. Typically, the surface is covered with a mat of organic material about 1 inch thick. The surface layer is dark reddish gray loam about 11 inches thick. The upper part of the subsoil is reddish brown cobbly clay loam about 31 inches thick; the lower part is reddish brown very stony clay loam extending to 61 inches or more.

The permeability of the Sponsor soil is moderately slow. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is slight. The potential of shrink-swell is low.

### Tuckerville loam

The Tuckerville soil formed in outwash, slope alluvium, and colluvium derived dominantly from granite and sandstone. Typically, the surface is covered with a mat of leaves, needles, and partly decomposed organic material about 3 inches thick. The surface layer is brown loam about 3 inches thick. The subsurface layer is pinkish gray stony loam about 15 inches thick. The upper part of the subsoil is pinkish gray very stony sandy loam and reddish brown very stony sandy clay loam about 5 inches thick; the lower part is reddish brown very stony sandy clay loam about 21 inches thick. The substratum is light reddish brown extremely stony sandy loam to a depth of 63 inches or more.

The permeability of the Tuckerville soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is low.

### *Contrasting Inclusions*

Included in this unit is about 5 percent Wander loam on mountain slopes. Wander soils have dark surface layers and more than 35 percent rock fragments in the subsoil.

### *Vegetation*

The dominant plant associations are *Abies concolor-Pseudotsuga menziesii/ Symphoricarpos oreophilus* and *Abies lasiocarpa-Picea engelmannii/Carex geyeri*. Some *Populus tremuloides/Symphoricarpos oreophilus* occurs in quaking aspen areas. The native vegetation on this unit consists mainly of quaking aspen, white fir, Rocky Mountain Douglas-fir, Englemann's spruce, subalpine fir, and common snowberry. Other important plants that characterize this unit are Thurber's fescue, mountain brome, elk sedge, needlegrass, western wheatgrass, bluegrass, spike trisetum, Nevada pea, and russet buffaloberry. The average annual understory production of air-dry vegetation is about 2,100 pounds per acre on the Sponsor soil, and about 800 pounds per acre on the Tuckerville soil.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for quaking aspen is 80 on the Sponsor soil. It can produce about 48 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated moderate for this unit.

The main concerns in producing and harvesting timber are reforestation and preventing erosion along roads and other areas where vegetation has been removed. Conventional harvesting methods can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. Plant competition delays natural regeneration but does not prevent the eventual development of a fully stocked, normal stand of trees. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are white fir, lodgepole pine and Rocky Mountain Douglas-fir. Quaking aspen will usually regenerate from roots after harvest.

The main limitations for building unsurfaced roads on this unit are the stones in the Tuckerville soil, the low strength of the Sponsor soil, and the slopes in the unit. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, bear, blue grouse, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover.

If this map unit is used for recreational development, the main limitation is the slope, which limits development mainly to a few paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 157—Sponsor-Tuckerville complex, 15 to 30 percent slopes, very bouldery

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. The elevation is 8,800 to 10,000 feet. The average annual precipitation is 25 to 35 inches, the average annual air temperature is 36 to 42 degrees F, and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively, for both soils.

This unit consists of 60 percent Sponsor loam, very bouldery; 30 percent Tuckerville stony loam, very bouldery; 5 percent similar included soils; and 5 percent contrasting included soils. There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as to not affect the use or management of the unit. These include Clayburn loam on less sloping areas. These similar soils make up about 5 percent of the total acreage; the

percentage varies from one area to another. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Sponsor loam, very bouldery**

The Sponsor soil formed in outwash, slope alluvium, and colluvium derived dominantly from granite and sandstone. Boulders on the surface are 4 to 15 feet in diameter and spaced 15 to 50 feet apart. Typically, the surface is covered with a mat of organic material about 1 inch thick. The surface layer is dark reddish gray loam about 11 inches thick. The upper part of the subsoil is reddish brown cobbly clay loam about 31 inches thick; the lower part is reddish brown very stony clay loam extending to 61 inches or more.

The permeability of the Sponsor soil is moderately slow. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is slight. The potential of shrink-swell is low.

**Tuckerville stony loam, very bouldery**

The Tuckerville soil formed in outwash, slope alluvium, and colluvium derived dominantly from granite and sandstone. Boulders on the surface are 5 to 15 feet in diameter and spaced 15 to 50 feet apart. Typically, the surface is covered with a mat of leaves, needles, and partly decomposed organic material about 3 inches thick. The surface layer is brown stony loam about 3 inches thick. The subsurface layer is pinkish gray stony loam about 15 inches thick. The upper part of the subsoil is pinkish gray very stony sandy loam and reddish brown very stony sandy clay loam about 5 inches thick; the lower part is reddish brown very stony sandy clay loam about 21 inches thick. The substratum is light reddish brown extremely stony sandy loam to a depth of 63 inches or more.

The permeability of the Tuckerville soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit is about 5 percent Wander loam on mountain slopes. Wander soils have dark surface layers and more than 35 percent rock fragments in the subsoil.

***Vegetation***

The dominant plant associations are *Abies concolor-Pseudotsuga menziesii/ Symphoricarpos oreophilus* and *Abies lasiocarpa-Picea engelmannii/Carex geyeri*. Some *Populus tremuloides/Symphoricarpos oreophilus* occurs in quaking aspen areas. The native vegetation on this unit consists mainly of quaking aspen, white fir, Rocky Mountain Douglas-fir, Englemann's spruce, subalpine fir, and common snowberry. Other important plants that characterize this unit are Thurber's fescue, mountain brome, needlegrass, western wheatgrass, bluegrass, elk sedge, spike trisetum, Nevada pea, and russet buffaloberry. The average annual understory production of air-dry vegetation is about 2,100 pounds per acre on the Sponsor soil, and about 800 pounds per acre on the Tuckerville soil.

***Soil Management Implications***

This unit is used for wildlife habitat, livestock grazing, and timber production.

A representative site index for this map unit for white fir is 50 on the Tuckerville soil. It can produce about 91 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 70 years old.

The mass movement potential is rated low for this unit because of the slope and boulders.

The main concerns in producing and harvesting timber are preventing erosion and equipment limitations due to the many large surface boulders. Boulders on the surface can interfere with felling, yarding, and other operations involving the use of equipment. Most areas of this unit should not be logged.

The main limitations to reforestation on this soil are the content of boulders and stones. Large stones limit rooting space and soil moisture, and interfere with planting operations. After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants. The high content of rock fragments can make the planting of seedlings difficult. Planting nursery stock will hasten reforestation. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Rocky Mountain Douglas-fir, white fir, and lodgepole pine. Quaking aspen will usually regenerate from roots after harvest.

Usually, these areas should be avoided in road construction because of large boulders.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of understory plants.

Wildlife such as elk, mule deer, bear, blue grouse, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover.

This map unit is poorly suited to recreational development. If this map unit is used for recreational development, the main limitations are the slope and the surface boulders.

This map unit is in capability subclass 7s, nonirrigated.

## 158—Sponsor-Tuckerville complex 30 to 60 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. The elevation is 8,800 to 10,000 feet. The average annual precipitation is 25 to 35 inches, the average annual air temperature is 36 to 42 degrees F, and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively, for both soils.

This unit consists of 60 percent Sponsor loam, 30 percent Tuckerville loam, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Sponsor loam**

The Sponsor soil formed in outwash, slope alluvium, and colluvium derived dominantly from granite and sandstone. Typically, the surface is covered with a mat of organic material about 1 inch thick. The surface layer is dark reddish gray loam about 11 inches thick. The upper part of the subsoil is reddish brown cobbly clay loam about 31 inches thick; the lower part is reddish brown very stony clay loam extending to 61 inches or more.

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 181 of 579



The permeability of the Sponsor soil is moderately slow. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Tuckerville loam**

The Tuckerville soil formed in outwash, slope alluvium, and colluvium derived dominantly from granite and sandstone. Typically, the surface is covered with a mat of leaves, needles, and partly decomposed organic material about 3 inches thick. The surface layer is brown loam about 3 inches thick. The subsurface layer is pinkish gray stony loam about 15 inches thick. The upper part of the subsoil is pinkish gray very stony sandy loam and reddish brown very stony sandy clay loam about 5 inches thick; the lower part is reddish brown very stony sandy clay loam about 21 inches thick. The substratum is light reddish brown extremely stony sandy loam to a depth of 63 inches or more.

The permeability of the Tuckerville soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Wander stony loam and 5 percent Snowdon stony loam, both on mountain slopes. Wander soils have dark surface layers and more than 35 percent rock fragments throughout the subsoil. Snowdon soils are shallow over bedrock.

***Vegetation***

The dominant plant associations are *Abies concolor-Pseudotsuga menziesii/ Symphoricarpos oreophilus* and *Abies lasiocarpa-Picea engelmannii/Carex geyeri*. The native vegetation on this unit consists mainly of quaking aspen, white fir, Rocky Mountain Douglas-fir, Englemann's spruce, subalpine fir, and common snowberry. Other important plants that characterize this unit are Thurber's fescue, mountain brome, elk sedge, needlegrass, western wheatgrass, bluegrass, spike trisetum, Nevada pea, and russet buffaloberry. The average annual understory production of air-dry vegetation is about 2,100 pounds per acre on the Sponsor soil, and about 800 pounds per acre on the Tuckerville soil.

***Soil Management Implications***

This unit is used mainly for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for quaking aspen is 80 on the Sponsor soil. It can produce about 48 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated high for this unit because of the steep slopes and the lack of rock fragments in the Sponsor soil.

The main concerns in producing and harvesting timber are equipment limitations due to the steep slopes; reforestation; and preventing erosion along roads and other areas where vegetation has been removed. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. Plant competition delays natural regeneration but does not prevent the eventual development of a fully stocked, normal stand of trees. Planting nursery stock will hasten reforestation. The steepness of slope limits the kinds of equipment that can be used in forest management. Among the trees that are suitable for planting are white fir, lodgepole pine, and Rocky Mountain Douglas-fir. Quaking aspen will usually regenerate from roots after harvest.

The main limitations for building unsurfaced roads on this unit are the steep slopes and the mass movement potential. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. The slope limits access by livestock and results in overgrazing of the less sloping areas.

Wildlife such as elk, mule deer, bear, blue grouse, squirrels, and rabbit utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover.

If this unit is used for recreational development, the main limitation is the steep slopes, which limit development of the unit mainly to a few paths and trails that should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 159—Tuckerville very stony sandy loam, 15 to 55 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 8,800 to 10,000 feet. The average annual precipitation is 25 to 32 inches, the average annual air temperature is 36 to 42 degrees F, and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Tuckerville very stony sandy loam**

The Tuckerville soil formed in outwash, slope alluvium, and colluvium derived dominantly from granite and sandstone. Typically, the surface is covered with a mat of leaves, needles, and partly decomposed organic material about 3 inches thick. The surface layer is brown very stony sandy loam about 3 inches thick. The subsurface layer is pinkish gray very stony sandy loam about 15 inches thick. The upper part of the subsoil is pinkish gray very stony sandy loam and reddish brown very stony sandy clay loam about 5 inches thick; the lower part is reddish brown very stony sandy clay loam about 21 inches thick. The substratum is light reddish brown extremely stony sandy loam to a depth of 63 inches or more.

The permeability of the Tuckerville soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Anvik loam, 5 percent Horsethief stony fine sandy loam, and 5 percent Weminuche loam, all on mountain slopes. Anvik and Weminuche soils have less than 35 percent rock fragments in the profile. The upper boundary of the subsoil in the Horsethief soils is deeper than two feet.

***Vegetation***

The dominant plant associations are *Abies concolor-Pseudotsuga menziesii/ Symphoricarpos oreophilus* and *Abies lasiocarpa-Picea engelmannii/Carex geyeri*.

The native vegetation on this unit consists mainly of white fir, Rocky Mountain Douglas-fir, Englemann's spruce, subalpine fir, and quaking aspen. Other important plants that characterize this unit are Thurber's fescue, nodding brome, prairie Junegrass, spike trisetum, elk sedge, bluegrass, Arizona fescue, common snowberry, boxleaf myrtle, common juniper, and Saskatoon serviceberry. The average annual understory production of air-dry vegetation is about 800 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, and livestock grazing.

A representative site index for this map unit for Rocky Mountain Douglas-fir is 84 on the Tuckerville soil. It can produce about 75 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 40 years old.

The mass movement potential is rated low for this unit because of the high content of rock fragments.

The main concerns in producing and harvesting timber are reforestation, road construction and preventing erosion along roads and other areas where vegetation has been removed. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. Plant competition delays natural regeneration but does not prevent the eventual development of a fully stocked, normal stand of trees. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Rocky Mountain Douglas-fir, white fir, Englemann's spruce, and lodgepole pine.

Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and many forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Grazing should be delayed until the soil has drained sufficiently and is firm enough to withstand trampling by livestock. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Fencing will help to improve livestock distribution and the production of understory plants.

Wildlife such as elk, mule deer, bear, blue grouse, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover.

If this map unit is used for recreational development, the main limitations are the steep slopes and the content of stones. The slopes limit development of the unit mainly to paths and trails that should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 160—Anvik-Tuckerville complex, 10 to 45 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. The elevation is 8,500 to 10,000 feet. The average annual precipitation is 25 to 32 inches, the average annual air temperature is 36 to 42 degrees F., and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively, for both soils.

This unit consists of 40 percent Anvik loam, 35 Tuckerville stony loam, and 25 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Anvik loam**

The Anvik soil formed in slope alluvium derived dominantly from sandstone and shale. Typically, the surface is covered with a mat of needles and twigs about 1 inch thick. The surface layer is dark grayish brown loam about 10 inches thick. The subsurface layer is light yellowish brown loam about 11 inches thick. The upper 9 inches of the subsoil are brown clay loam, and the lower 14 inches are yellowish brown clay loam. The substratum is yellowish brown sandy clay loam to a depth of 61 inches or more.

The permeability of the Anvik soil is moderate. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is low.

**Tuckerville stony loam**

The Tuckerville soil formed in slope alluvium and colluvium derived dominantly from sandstone. Typically, the surface is covered with a mat of leaves, needles, and partly decomposed organic material about 3 inches thick. The surface layer is brown stony loam about 3 inches thick. The subsurface layer is pinkish gray stony loam about 15 inches thick. The upper part of the subsoil is pinkish gray very stony sandy loam and reddish brown very stony sandy clay loam about 5 inches thick; the lower part is reddish brown very stony sandy clay loam about 21 inches thick. The substratum is light reddish brown extremely stony sandy loam to a depth of 63 inches or more.

The permeability of the Tuckerville soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Weminuche loam, 10 percent Horsethief stony fine sandy loam, and 5 percent Scotch loam, all on mountain slopes. Also included are small areas of Rock outcrop. Weminuche soils have less than 35 percent rock fragments in the profile. The upper boundary of the subsoil in the Horsethief soil is deeper than two feet. Scotch soils are shallow over bedrock.

***Vegetation***

The dominant plant associations are *Abies concolor-Pseudotsuga menziesii/ Symphoricarpos oreophilus* and *Abies lasiocarpa-Picea engelmannii/Carex geyeri*. Some *Populus tremuloides/Symphoricarpos oreophilus* occurs in quaking aspen areas that lack evergreen trees. The native vegetation consists mainly of quaking aspen, white fir, Rocky Mountain Douglas-fir, subalpine fir, Englemann's spruce, and common snowberry. Other important plants that characterize this unit are Thurber's fescue, mountain brome, Arizona fescue, bluegrass, elk sedge, spike trisetum, prairie Junegrass, Oregon grape, and common juniper. The average annual understory production of air-dry vegetation is about 1,000 pounds per acre on the Anvik soil, and about 800 pounds per acre on the Tuckerville soil.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for quaking aspen is 66 on the Anvik soil. It can produce about 36 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other places where vegetative cover has been removed. Conventional harvesting methods can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. Plant competition delays natural regeneration but does not prevent the eventual development of a fully stocked, normal stand of trees. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Rocky Mountain Douglas-fir, Englemann's spruce, and lodgepole pine. Quaking aspen will usually regenerate from roots after harvest.

Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and many forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, bear, blue grouse, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover

If this map unit is used for recreational development, the main limitation is the steep slopes over most of the area, which restrict development most of the unit to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 161—Needleton stony loam, 5 to 15 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes and fan remnants. The elevation is 9,000 to 11,500 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 75 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Needleton stony loam**

The Needleton soil formed in alluvium and slope alluvium derived dominantly from rhyolite and sandstone. Typically, the surface is covered with a mat of organic material about 2 inches thick. The surface layer is light reddish brown stony loam about 14 inches thick. The subsurface layer is reddish brown very cobbly sandy clay loam and light reddish brown very cobbly loam about 10 inches thick. The upper part of the subsoil is reddish brown very stony sandy clay loam about 22 inches thick; the lower part is reddish brown very cobbly clay loam extending to 62 inches or more.

The permeability of the Needleton soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or

more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

### *Contrasting Inclusions*

Included in this unit are about 10 percent Haviland loam on mountain slopes and 5 percent Wander extremely stony loam on alluvial fans. Haviland soils have less than 35 percent rock fragments in the profile. Wander soils have dark surface layers. Included soils make up about 15 percent of the map unit; the percentage varies from one area to another.

### *Vegetation*

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, and quaking aspen. Other important plants that characterize this unit are whortleberry, Thurber's fescue, mountain brome, bluegrass, Richardson's geranium, spike trisetum, snowberry, elk sedge, and common juniper. The average annual understory production of air-dry vegetation is about 800 pounds per acre.

### *Soil Management Implications*

This unit is used for timber production, recreation, wildlife habitat, and livestock grazing.

A representative site index for this map unit for Englemann's spruce is 84 on the Needleton soil. It can produce about 82 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the slope.

The main concern in producing and harvesting timber is reforestation. Conventional harvesting methods can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitation to reforestation on this soil is the content of stones in the surface layer. Large stones limit rooting space and soil moisture, and interfere with planting operations. The high content of rock fragments can make the planting of seedlings difficult. Planting nursery stock will hasten reforestation. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitation for building unsurfaced roads on this unit is the content of stones in the soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and many forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, bear, coyote, and blue grouse utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover.

If this map unit is used for recreational development, the main limitations are the stones on the surface and the slopes that are over 8 percent. Paths and trails can be developed.

This map unit is in capability subclass 7s, nonirrigated.

# 162—Quazar-Varden complex, 15 to 65 percent slopes

## Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes and alluvial fans. The surface of this unit is covered with 3 to 15 percent stones. The elevation is 9,000 to 11,500 feet. The average annual precipitation is 25 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 65 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 45 percent Quazar very cobbly loam, 40 percent Varden very cobbly loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

## Brief Soil Description

**Quazar very cobbly loam**

The Quazar soil formed in alluvium and slope alluvium derived dominantly from rhyolite, tuff, and similar volcanic rocks. Typically, the surface layer is dark grayish brown very cobbly loam about 12 inches thick. The subsoil is light brown extremely gravelly clay loam about 14 inches thick. The substratum is brown extremely gravelly clay loam to a depth of 60 inches or more.

The permeability of the Quazar soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is low.

**Varden very cobbly loam**

The Varden soil formed in colluvium, alluvium, and slope alluvium derived dominantly from rhyolite, tuff, and sandstone. Typically, the surface layer is dark grayish brown very cobbly loam about 15 inches thick. The underlying material is brown extremely cobbly loam with many voids to a depth of 60 inches or more.

The permeability of the Varden soil is moderate to a depth of 15 inches and moderately rapid to very rapid below this depth. The available water capacity is very low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Needleton stony loam and 5 percent Snowdon stony loam, both on mountain slopes. Needleton soils lack the dark colored surface layers. Snowdon soils are shallow over bedrock.

***Vegetation***

The dominant plant associations are *Festuca thurberi/Festuca arizonica* and *Festuca thurberi/Vicia americana-Lathyrus leucanthus*. The native vegetation on this unit consists mainly of Thurber's fescue, Parry's danthonia, Letterman's needlegrass, and nodding brome. Other important plants that characterize this unit are American vetch, Arizona fescue, slender wheatgrass, bluegrass, elk sedge, and quaking aspen. The average annual production of air-dry vegetation is about 2,400 pounds per acre on both soils.

***Soil Management Implications***

This unit is used for livestock grazing, recreation, and wildlife habitat.

The mass movement potential is rated low for this unit because of the high content of rock fragments.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and vegetation for grazing. If the condition of the range deteriorates, aspen increase. The slope limits access by livestock and results in overgrazing of the less sloping areas.

Wildlife such as elk, mule deer, bear, bighorn sheep, rabbits, squirrels, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover.

If this map unit is used for recreational development, the main limitations are the content of stones and the steep slopes. The slopes limit the use of the map unit mainly to a few paths and trails, which should extend across the slope. Cuts and fills should be seeded or mulched.

The Quazar soil is in capability subclass 7e, nonirrigated. The Varden soil is in capability subclass 7s, nonirrigated.

## 163—Clayburn-Hourglass complex, 15 to 30 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. The elevation is 8,000 to 10,000 feet. The average annual precipitation is 30 to 40 inches, the average annual air temperature is 32 to 36 degrees F., and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 50 percent Clayburn loam, 35 percent Hourglass loam, 10 percent similar soils, and 5 percent contrasting soils. There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as to not affect the use or management of the unit. These include Sessions loam. These similar soils make up about 10 percent of the total acreage; the percentage varies from one area to another. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Clayburn loam**

The Clayburn soil formed in slope alluvium derived dominantly from sandstone and shale. Typically, the surface layer is grayish brown and dark grayish brown loam about 13 inches thick. The upper 5 inches of the subsoil are brown clay loam. The middle part is brown clay loam about 18 inches thick. The lower 12 inches are light brown sandy clay loam. The substratum is light brown sandy clay loam to a depth of 60 inches or more.

The permeability of the Clayburn soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Hourglass loam**

The Hourglass soil formed in slope alluvium derived dominantly from sandstone, limestone, and shale. Typically, the surface layer is dark grayish brown loam about 11 inches thick. The upper part of the subsoil is brown clay loam about 7 inches thick. The middle part is brown gravelly clay loam about 13 inches thick. The lower part of

the subsoil is brown very stony clay loam about 15 inches thick. The substratum is brown very stony clay loam to a depth of 60 inches or more.

The permeability of the Hourglass soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

There are 5 percent inclusions of Frisco soils on mountain slopes. Frisco soils lack the dark colored surface layers of the Clayburn and Hourglass soils.

***Vegetation***

The dominant plant association is *Populus tremuloides/Symphoricarpos oreophilus*. The native vegetation on this unit consists mainly of quaking aspen, snowberry, bluegrass, mountain brome, and Thurber's fescue. Other important plants that characterize this unit are Fendler's meadow-rue, elk sedge, American vetch, Richardson's geranium, and white fir. The average annual understory production of air-dry vegetation is about 3,000 pounds per acre on the Clayburn soil, and about 3,000 pounds per acre on the Hourglass soil.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, wildlife habitat, and recreation.

A representative site index for this map unit for quaking aspen is 70 on the Clayburn soil. It can produce about 39 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit.

The main concerns in producing and harvesting timber are reforestation and preventing erosion along roads and other disturbed areas. Conventional methods of harvesting timber generally can be used. Minimizing the risk of erosion is essential in harvesting timber. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitation to reforestation on these soils is the plant competition if trees other than quaking aspen are to be grown. If the site is not adequately prepared, competition from undesirable plants can prevent or prolong natural or artificial reestablishment of trees. Planting nursery stock will hasten reforestation. Other trees that are suitable for planting are Englemann's spruce and subalpine fir. Quaking aspen will usually regenerate from roots after harvest.

The main limitations to building unsurfaced roads are the low strength and the slope. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and moist forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of understory vegetation. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitation is the slope, which restricts development of the unit mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 164—Hourglass-Bucklon-Wander complex, 30 to 60 percent slopes

### Map Unit Description

This map unit is a complex of very deep and shallow, well drained soils on mountain slopes. The elevation is 8,000 to 10,600 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 36 degrees F., and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 50 percent Hourglass loam, 25 percent Bucklon loam, 15 percent Wander very cobbly loam, and 10 percent included soils. There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as to not affect the use or management of the unit. These include Clayburn loam. These similar soils make up about 5 percent of the total acreage; the percentage varies from one area to another. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Hourglass loam**

The Hourglass soil is very deep. It formed in slope alluvium derived dominantly from sandstone, limestone, and shale. Typically, the surface layer is dark grayish brown loam about 11 inches thick. The upper part of the subsoil is brown clay loam about 7 inches thick. The middle part is brown gravelly clay loam about 13 inches thick. The lower part of the subsoil is brown very stony clay loam about 15 inches thick. The substratum is brown very stony clay loam to a depth of 60 inches or more.

The permeability of the Hourglass soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Bucklon loam**

The Bucklon soil is shallow. It formed in residuum derived dominantly from shale and sandstone. Typically, the surface layer is dark grayish brown loam about 12 inches thick. Bedrock generally is a depth of 12 inches, but the depth to bedrock ranges from 10 to 20 inches.

The permeability of the Bucklon soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Wander very cobbly loam**

The Wander soil is very deep. It formed in colluvium and slope alluvium derived dominantly from sandstone and shale. Typically, the surface layer is dark grayish brown very cobbly loam about 14 inches thick. The subsoil is brown very cobbly clay loam about 26 inches thick. The substratum is mixed materials of light brown and reddish brown very cobbly clay loam to a depth of 60 inches or more.

The permeability of the Wander soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 4 percent Frisco loam and about 1 percent Tamarron loam, both on mountain slopes. Frisco soils have light colored surface layers and more than 35 percent rock fragments. Tamarron soils are moderately deep over shale.

***Vegetation***

The dominant plant association is *Populus tremuloides/Symphoricarpos oreophilus*. Some *Festuca thurberi/Vicia americana-Lathyrus leucanthus* may also occur in open parks. The native vegetation on this unit consists mainly of quaking aspen, snowberry, Thurber's fescue, mountain brome, bluegrass, western wheatgrass, and Fendler's meadow-rue. Other important plants that characterize this unit are white fir, elk sedge, American vetch, and shrubby cinquefoil. The average annual understory production of air-dry vegetation is about 3,000 pounds per acre on the Hourglass soil, about 1,200 pounds per acre on the Bucklon soil, and about 2,200 pounds per acre on the Wander soil.

***Soil Management Implications***

This unit is used for livestock grazing, wildlife habitat, timber production, and recreation.

A representative site index for this map unit for quaking aspen is 68 on the Hourglass soil. It can produce about 38 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated moderate for this unit.

The main concerns in producing and harvesting timber are reforestation and preventing erosion along roads and other areas that have been disturbed. The steepness of slope limits the kinds of equipment that can be used in forest management. Careful consideration of road systems and harvesting methods should be taken to minimize erosion. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitations to reforestation on this unit are plant competition if trees other than quaking aspen are to be grown, the shallow Bucklon soils, and stones in the Wander soils. If the site is not adequately prepared, competition from undesirable plants can prevent or prolong natural or artificial reestablishment of trees. Among the trees that are suitable for planting are Englemann's spruce and lodgepole pine. Quaking aspen will usually regenerate from roots after harvest.

The main limitations for building unsurfaced roads on this unit are the shallow depth to bedrock in the Bucklon soil and the steep slopes in the unit. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Fencing will help to improve livestock distribution and the growth of understory vegetation. The slope limits access by livestock and results in overgrazing of the less sloping areas. Reseeding generally is limited to broadcasting because of the steep slopes.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from

overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes in the unit, stones in the Wander soil, and the depth to bedrock in the Bucklon soil. The slopes limit use of the unit mainly to a few paths and trails, which should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 165—Pinacol loam, 1 to 12 percent slopes

### Map Unit Description

This very deep, well drained soil is on mesas and structural benches. The elevation is 7,200 to 8,500 feet. The average annual precipitation is 20 to 25 inches, the average annual air temperature is 40 to 45 degrees F., and the average frost-free period is 90 to 110 days. The moisture and temperature regimes are ustic and frigid, respectively.

### Brief Soil Description

**Pinacol loam**

The Pinacol soil formed in slope alluvium and outwash derived from mixed sources; some pedons have eolian influences also. Typically, the surface is covered with a mat of needles and leaves about 1 inch thick. The surface layer is grayish brown loam about 3 inches thick. The subsurface layer is light brown loam about 9 inches thick. The upper part of the subsoil is brown stony clay loam about 7 inches thick; the lower part is reddish brown very stony clay loam about 29 inches thick. The substratum is reddish brown very stony clay loam to a depth of 61 inches or more.

The permeability of this Pinacol soil is slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is slight. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit are about 5 percent Goldbug very stony fine sandy loam on hillslopes; 9 percent Fardraw loam on mesas; and small areas of Hesperus loam in drainageways. Goldbug soils have less than 35 percent rock fragments in the subsoil. Fardraw soils have dark colored surface layers. Hesperus soils have dark colored surface layers and less than 35 percent rock fragments in the subsoil. Included areas make up about 15 percent of the map unit.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation on this unit consists mainly of ponderosa pine, Gambel oak, Arizona fescue, and mountain brome. Other plants that characterize this unit are bluegrass, prairie Junegrass, western wheatgrass, snowberry, true mountain mahogany, Saskatoon serviceberry, mountain muhly, and elk sedge. The average annual understory production of air-dry vegetation is about 1,100 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing, timber production, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 88 on the Pinacol soil. It can produce about 82 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 40 years old.

The mass movement potential is rated low for this unit because of the slope.

The Pinacol soil is well suited to the production of Ponderosa pine. The main concerns in producing and harvesting timber are reforestation.

The main limitations to reforestation on this soil are the stones in the soil and the plant competition. Large stones limit rooting space and soil moisture, and interfere with planting operations. If the site is not adequately prepared, competition from undesirable plants can prevent or prolong natural or artificial reestablishment of trees. Competing vegetation can be controlled by properly preparing the site and by burning to eliminate unwanted weeds, brush, or trees. Brushy plants such as Gambel oak limit natural regeneration of Ponderosa pine. The high content of rock fragments can make the planting of seedlings difficult. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting is ponderosa pine.

Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of native vegetation. If the condition of the range or understory vegetation deteriorates, gamble oak increases. Brush management improves areas that are producing more woody shrubs than were present in the potential plant community. If the vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

This map unit is well suited to recreational development on the lower slopes. The main limitation is the slopes that are over 8 percent. Paths and trails can be developed. Drainage should be provided for paths and trails.

This map unit is in capability subclass 4e, nonirrigated.

## 166—Pinacol loam, 12 to 40 percent slopes

### Map Unit Description

This very deep, well drained soil is on hills. The elevation is 7,200 to 8,500 feet. The average annual precipitation is 20 to 25 inches, the average annual air temperature is 40 to 45 degrees F., and the average frost-free period is 90 to 110 days. The moisture and temperature regimes are ustic and frigid, respectively.

### Brief Soil Description

**Pinacol loam**

The Pinacol soil formed in outwash and slope alluvium derived from mixed sources and have eolian influence in some pedons. Typically, the surface is covered with a mat of needle and leaves about 1 inch thick. The surface layer is grayish brown loam about 3 inches thick. The subsurface layer is light brown loam about 9 inches thick. The upper part of the subsoil is brown stony clay loam about 7 inches thick; the lower part is reddish brown very stony clay loam about 29 inches thick. The substratum is reddish brown very stony clay loam to a depth of 61 inches or more.

The permeability of the Pinacol soil is slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

### *Contrasting Inclusions*

Included in this unit are about 5 percent Goldbug very stony fine sandy loam on hillslopes; 10 percent Nordicol stony loam on hillslopes; small areas of Archuleta stony clay loam on hills; and small areas of Hesperus loam in drainageways. Goldbug soils have less than 35 percent rock fragments in the subsoil. Nordicol soils have dark surface layers. Archuleta soils are shallow over bedrock. Hesperus soils have dark colored surface layers and less than 35 percent rock fragments in the profile. Included soils make up about 20 percent of the map unit; the percentage varies from one area to another.

### *Vegetation*

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation on this unit consists mainly of ponderosa pine, Gambel oak, Arizona fescue, and mountain brome. Other important plants that characterize this unit are bluegrass, prairie Junegrass, western wheatgrass, Saskatoon serviceberry, true mountain mahogany, snowberry, mountain muhly, and elk sedge. The average annual understory production of air-dry vegetation is about 1,100 pounds per acre.

### *Soil Management Implications*

This unit is used for livestock grazing, timber production, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 76 on the Pinacol soil. It can produce about 63 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for this unit because of the high content of rock fragments and the slope.

The Pinacol soil is well suited to the production of ponderosa pine. The main concerns in producing and harvesting timber are preventing erosion along roads and other disturbed areas and reforestation.

The main limitation to reforestation on this soil is the content of stones in the soil. Large stones limit rooting space and soil moisture, and interfere with planting operations. The high content of rock fragments can make the planting of seedlings difficult. If the site is not adequately prepared, competition from undesirable plants can prevent or prolong natural or artificial reestablishment of trees. Competing vegetation can be controlled by properly preparing the site and by burning to eliminate unwanted weeds, brush, or trees. Brushy plants such as Gambel oak limit natural regeneration of Ponderosa pine. Planting nursery stock will hasten reforestation. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting is Ponderosa pine.

The main limitations to the building of unsurfaced roads on Pinacol are the low strength, the shrink-swell potential, and the slope. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of native vegetation. If the condition of the range or understory deteriorates, gamble oak increases. Brush management improves areas that are producing more woody shrubs than were present in the potential plant community. If the range or understory vegetation is seriously deteriorated, seeding is needed. The main limitation for seeding is the slope. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

If this map unit is used for recreational development, the main limitation is the slope, which restricts development of most of the unit to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 250—Snowdon-Rock outcrop complex, 30 to 65 percent slopes

### Map Unit Description

This map unit is a complex of shallow, well drained soils and Rock outcrop on mountain slopes. The surface of this unit is covered with 3 to 15 percent stones. The elevation is 8,300 to 11,500 feet. The average annual precipitation is 25 to 40 inches, the average annual air temperature is 30 to 38 degrees F, and the average frost-free period is 40 to 75 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 55 percent Snowdon very stony loam, 25 percent Rock outcrop, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Snowdon very stony loam**

The Snowdon soil formed in residuum and slope alluvium derived mostly from rhyolite, sandstone, and limestone. Typically, the surface is covered with a mat of needles, twigs, and leaves about 2 inches thick. The surface layer is light reddish brown very stony loam about 4 inches thick. The subsurface layer is pinkish gray very stony sandy loam about 7 inches thick. The subsoil is reddish brown extremely stony sandy clay loam about 7 inches thick. Hard bedrock generally is at a depth of 20 inches; however, the depth to bedrock ranges from 10 to 20 inches from the mineral soil surface.

The permeability of the Snowdon soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Rock outcrop**

Rock outcrop consists of exposures of rhyolite, tuff, and sandstone as cliffs, breaks, and escarpments.

***Contrasting Inclusions***

Included in this unit are about 10 percent Needleton stony loam, 5 percent Quazar extremely stony loam, both on mountain slopes; small areas of Henson very gravelly loam on mountain slopes at the higher elevations; and small areas of Rubble land. Needleton, Quazar, and Henson soils are very deep. Included soils make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Juniperus communis*. Also, some *Populus tremuloides/Symphoricarpos oreophilus* may occur on similar landscapes. The native vegetation on this unit consists mainly of Englemann's spruce, Rocky Mountain Douglas-fir, subalpine fir, and quaking aspen. Other important plants that characterize this unit are common juniper, mountain snowberry, whortleberry, Thurber's fescue, mountain brome, bluegrass, elk sedge, and spike trisetum. The average annual understory production of air-dry vegetation is about 500 pounds per acre on the Snowdon soil.

***Soil Management Implications***

This unit is used for recreation, wildlife habitat, woodland, and scenic attractions.

The mass movement potential is rated moderate for this unit because of the hazard of rockfall.

Wildlife such as elk, mule deer, bear, coyote, bighorn sheep, hawks, eagles, and squirrels utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover.

If this map unit is used for recreational development, the main limitations are the steep slopes, the content of stones, the depth to bedrock, and rock outcrops. The slopes limit the use of the map unit mainly to a few paths and trails, which should extend across the slope. Areas of the unit are valuable for their scenic attractions.

The Snowdon soil is in capability subclass 7s, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 251—Rock outcrop-Snowdon complex, 45 to 75 percent slopes

### Map Unit Description

This map unit is a complex of Rock outcrop and shallow, well drained soils on mountain slopes. The surface of this unit is covered with 3 to 15 percent stones. The elevation is 8,300 to 11,500 feet. The average annual precipitation is 25 to 40 inches, the average annual air temperature is 30 to 38 degrees F, and the average frost-free period is 40 to 75 days. The moisture and temperature regimes are udic and cryic, respectively *(Fig. 6)*.

This unit consists of 60 percent Rock outcrop, 25 percent Snowdon very stony loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.



**Figure 6.—Rock outcrop-Snowdon complex, 45 to 75 percent slopes, is used mostly for wildlife habitat.**

### Brief Soil Description

**Rock outcrop**

Rock outcrop consists of exposures of rhyolite, tuff, and sandstone as breaks, cliffs and escarpments.

**Snowdon very stony loam**

The Snowdon soils formed in residuum and colluvium derived mostly from rhyolite, sandstone, and limestone. Typically, the surface is covered with a mat of needles, twigs, and leaves about 2 inches thick. The surface layer is light reddish brown very stony loam about 4 inches thick. The subsurface layer is pinkish gray very stony sandy loam about 7 inches thick. The subsoil is reddish brown extremely stony sandy clay loam about 7 inches thick. Hard bedrock is at a depth of 20 inches; however, the depth to bedrock ranges from 10 to 20 inches from the mineral soil surface.

The permeability of the Snowdon soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Needleton stony loam and 5 percent Quazar extremely stony loam, both on mountain slopes; small areas of Whitecross extremely stony loam on mountain slopes at the higher elevations; and small areas of Rubble land. Inclusions make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Juniperus communis*. *Populus tremuloides/Symphoricarpos oreophilus* also occurs in areas that lack evergreen trees. Vegetation is sparse on much of this unit. The native vegetation consists mainly of Englemann’s spruce, subalpine fir, quaking aspen, and Rocky Mountain Douglas-fir. Other important plants that characterize this unit are common juniper, mountain snowberry, Thurber’s fescue, mountain brome, bluegrass, whortleberry, elk sedge, and spike trisetum. The average annual understory production of air-dry vegetation is about 500 pounds per acre on the Snowdon soil.

***Soil Management Implications***

This unit is used for recreation, wildlife habitat, woodland, and scenic attractions.

The mass movement potential is rated moderate for this unit because of the hazard of rock fall and the steep slopes.

Wildlife such as elk, mule deer, bear, coyote, bighorn sheep, hawks, eagles, and squirrels utilize this unit. Areas of natural vegetation and nearby areas provide food and cover.

If this map unit is used for recreational development, the main limitations are the steep slopes, the content of stones, the depth to bedrock, and rock outcrops. Areas of this unit are valuable for their scenic attractions. They offer opportunities for mountain climbing.

Rock outcrop is in capability subclass 8s, nonirrigated. The Snowdon soil is in capability subclass 7s, nonirrigated.

## 254—Typic Cryorthents-Rubble land complex, 30 to 75 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils and Rubble land on mountain slopes and alluvial fans at the base of cliffs and ridges. The elevation is 9,000 to 11,500 feet. The average annual precipitation is 20 to 35 inches, the average annual air temperature is 30 to 40 degrees F, and the average frost-free period is 40 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 50 percent Typic Cryorthents, 30 percent Rubble land, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Typic Cryorthents**

The Typic Cryorthents soil formed in colluvium and slope alluvium derived dominantly from rhyolite. These soils vary considerably in soil properties, but the surface layer generally is a brown extremely stony loam about 5 inches thick. The underlying material is extremely stony or extremely cobbly loam or sandy loam to a depth of 60 inches or more.

The permeability of the Typic Cryorthents soil is moderate or moderately rapid. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

**Rubble land**

Rubble land consists of exposures of slide rock formed on steep and very steep mountain slopes, and at the bases of cliffs and ridges. It consists primarily of rock material ranging from gravel to boulders.

***Contrasting Inclusions***

Included in this unit are about 10 percent Quazar extremely stony loam and about 5 percent Needleton stony loam, both on mountain slopes; 3 percent Henson very gravelly loam on mountain slopes at the higher elevations; and small areas of Rock outcrop. Quazar soils have dark colored surface layers. Needleton soils have developed subsoils. Henson soils have weakly developed subsoils. Included soils make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

No plant association is assigned to this map unit. Native vegetation is sparse and occurs mostly on the Typic Cryorthents soils. Vegetation varies largely with elevation and consists mostly of grasses, shrubs, quaking aspen, subalpine fir, and Englemann's spruce. Some of the common plants are Thurber's fescue, Arizona fescue, bluegrass, mountain brome, and willow. The average annual production of air-dry vegetation is about 350 pounds per acre on the Typic Cryorthents soil *(Fig. 7)*.

***Soil Management Implications***

This unit is used for wildlife habitat, water catchment areas, and for construction material.

The mass movement potential is rated high for this unit because of the steep slopes and the poor stability.

The poor stability, content of stones, and slopes are severe limitations for road construction and other engineering uses of this unit. Some of the more accessible areas of this unit are used as a source of construction materials for road building.



**Figure 7.—A snow slide from the steep mountain side above destroyed these quaking aspen trees on an alluvial fan on Typic Cryorthents-Rubble land complex, 30 to 75 percent slopes.**

Wildlife such as marmots, eagles, hawks, pikas, and squirrels utilize this unit. It provides concealment and nesting areas for many species. Areas of natural vegetation provide good food and cover.

This map unit is poorly suited to recreational development. If this map unit is used for recreational development, the main limitations are the content of stones and the steep slopes.

The Typic Cryorthents soil is in capability subclass 7s, nonirrigated. Rubble land is in capability subclass 8s, nonirrigated.

## 330—Needleton stony loam, 15 to 30 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 8,800 to 11,500 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Needleton stony loam**

The Needleton soil formed in slope alluvium derived dominantly from rhyolite and sandstone. Typically, the surface is covered with a mat of needles, twigs, and partly decomposed organic material about 2 inches thick. The surface layer is light reddish brown stony loam about 14 inches thick. The subsurface layer is reddish brown very cobbly sandy clay loam and light reddish brown very cobbly loam about 10 inches

thick. The upper part of the subsoil is reddish brown very stony sandy clay loam about 22 inches thick; the lower part is reddish brown very cobbly clay loam extending to 62 inches or more.

The permeability of the Needleton soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 8 percent Snowdon extremely stony loam and about 5 percent Haviland loam, both on mountain slopes; and small areas of Quzar extremely stony loam on alluvial fans. Snowdon soils are shallow. Haviland soils have less than 35 percent rock fragments in the subsoil. Quazar soils have dark colored surface layers. Included soils make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, and quaking aspen. Other important plants that characterize this unit are whortleberry, Thurber's fescue, mountain brome, snowberry, Richardson's geranium, bluegrass, elk sedge, spike trisetum, and common juniper. The average annual understory production of air-dry vegetation is about 800 pounds per acre.

***Soil Management Implications***

This unit is used mainly for timber production, recreation, wildlife habitat, and livestock grazing.

A representative site index for this map unit for Englemann's spruce is 84 on the Needleton soil. It can produce about 82 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the slope and the high content of rock fragments.

The main concerns in producing and harvesting timber are reforestation and preventing erosion by water along roads and other areas where vegetative cover has been removed. Conventional harvesting methods can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitation to reforestation on this soil is the content of stones in the surface layer. Large stones limit rooting space and soil moisture, and interfere with planting operations. The high content of rock fragments can make the planting of seedlings difficult. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitation to building unsurfaced roads on this unit is the content of stones in the soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and many forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of the production of range and understory plants.

Wildlife such as elk, mule deer, bear, coyotes, squirrels, rabbits, and blue grouse utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover.

If this map unit is used for recreational development, the main limitations are the slope and the content of stones. It is limited mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7s, nonirrigated.

## 331—Needleton stony loam, 30 to 65 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 8,800 to 11,500 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Needleton stony loam**

The Needleton soil formed in colluvium and slope alluvium derived dominantly from rhyolite and sandstone. Typically, the surface is covered with a mat of needles, twigs, and partly decomposed material about 2 inches thick. The surface layer is light reddish brown stony loam about 14 inches thick. The subsurface layer is reddish brown very cobbly sandy clay loam and light reddish brown very cobbly loam about 10 inches thick. The upper part of the subsoil is reddish brown very stony sandy clay loam about 22 inches thick; the lower part is reddish brown very cobbly clay loam extending to 62 inches or more.

The permeability of the Needleton soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Snowdon extremely stony loam on mountain slopes and structural benches; 5 percent Haviland loam on mountain slopes; small areas of Quazar extremely stony loam on toeslopes; and small areas of Rock outcrop. Snowdon soils are shallow. Haviland soils have less than 35 percent rock fragments in the subsoil. Quazar soils have dark colored surface layers. Included soils make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Abies lasiocarpa-Picea engelmannii/Juniperus communis* and *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, quaking aspen, and common juniper. Other important plants that characterize this unit are whortleberry, Thurber's fescue, mountain brome, bluegrass, Richardson's geranium, elk sedge, snowberry, and spike trisetum. The average annual understory production of air-dry vegetation is about 800 pounds per acre.

***Soil Management Implications***

This unit is used mainly for timber production, recreation, wildlife habitat, and limited livestock grazing.

A representative site index for this map unit for Englemann's spruce is 84 on the Needleton soil. It can produce about 82 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the high content of rock fragments.

The main concerns in producing and harvesting timber are reforestation and preventing erosion by water along roads and other places where vegetation has been removed. Minimizing the risk of erosion is essential in harvesting timber. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitation to reforestation on this soil is the content of stones in the surface layer. Large stones limit rooting space and soil moisture, and interfere with planting operations. The high content of rock fragments can make the planting of seedlings difficult. Planting nursery stock will hasten reforestation. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitations to the building of unsurfaced roads on this unit are the content of stones in the soil and the steep slopes. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and many forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of the production of range and understory plants.

Wildlife such as elk, mule deer, bear, coyotes, squirrels, rabbits, and blue grouse utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover.

If this map unit is used for recreational development, the main limitations are the steep slopes and the content of stones. The slopes limit use of the map unit mainly to a few paths and trails, which should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 332—Horsethief-Needleton complex, 30 to 60 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. The surface of this unit is covered with 1 to 3 percent stones. The elevation is 9,000 to 11,000 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 55 percent Horsethief extremely stony loam, 35 percent Needleton stony loam, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Horsethief extremely stony loam**

The Horsethief soil formed in slope alluvium and colluvium derived from sandstone and rhyolite. Typically, the surface is covered with a mat of organic material about 2 inches thick. The surface layer is pinkish gray extremely stony loam about 19 inches thick. The subsurface layer is pinkish gray extremely stony sandy loam about 9 inches

thick. The upper 8 inches of the subsoil are very pale brown very stony fine sandy loam and brown very stony sandy clay loam. The lower 17 inches are brown very stony clay loam. The substratum is brown very stony clay loam to a depth of 62 inches or more.

The permeability of the Horsethief soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Needleton stony loam**

The Needleton soil formed in slope alluvium and colluvium derived from sandstone and rhyolite. Typically, the surface is covered with a mat of organic material about 2 inches thick. The surface layer is light reddish brown stony loam about 14 inches thick. The subsurface layer is reddish brown very cobbly sandy clay loam and light reddish brown very cobbly loam about 10 inches thick. The upper part of the subsoil is reddish brown very stony sandy clay loam about 22 inches thick; the lower part is reddish brown very cobbly clay loam extending to 62 inches or more.

The permeability of the Needleton soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Haviland loam and 5 percent Graysill loam, both on mountain slopes. Haviland soils have less than 35 percent rock fragments in the subsoil. Graysill soils are moderately deep over sandstone.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, quaking aspen, and whortleberry. Other important plants that characterize this unit are Thurber's fescue, mountain brome, bluegrass, heartleaf arnica, Richardson's geranium, snowberry, gooseberry currant, spike trisetum, and elk sedge. The average annual understory production of air-dry vegetation is about 1,650 pounds per acre on the Horsethief soil, and about 800 pounds per acre on the Needleton soil.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, wildlife habitat, and recreation.

A representative site index for this map unit for Englemann's spruce is 80 on the Horsethief soil. It can produce about 76 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the high content of rock fragments.

The main concerns in producing and harvesting timber are reforestation and road construction in the stony soils. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall. Stones on the surface can interfere with felling, yarding, and other operations involving the use of equipment.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. Plant competition delays natural regeneration but does not prevent the eventual development of a fully stocked, normal stand of trees. Planting nursery stock will hasten reforestation. Tree planting is difficult due to the stony surface textures. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and Lodgepole pine.

The main limitations to the building of unsurfaced roads on this unit are the content of stones in the soil and the steep slopes. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and many forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, bear, coyote, and blue grouse utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover.

If this map unit is used for recreational development, the main limitations are the steep slopes and the content of surface stones. The slopes limit use of the map unit mainly to a few paths and trails, which should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Horsethief soil is in capability subclass 7s, nonirrigated. The Needleton soil is in capability subclass 7e, nonirrigated.

## 333—Henson very gravelly loam, south aspect, 10 to 30 percent slopes

### Map Unit Description

This very deep, well drained soil is on alpine valley fills and mountain slopes. The dominant aspect is south. The elevation is 11,000 to 12,000 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 30 to 34 degrees F., and the average frost-free period is 30 to 40 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Henson very gravelly loam, south aspect**

The Henson soil formed in slope alluvium derived dominantly from red bed sandstone and rhyolite. Typically, the surface is covered with a mat of organic material about 1 inch thick. The surface layer is brown very gravelly loam about 4 inches thick. The upper 8 inches of the subsoil are reddish brown very cobbly loam; the lower 12 inches are light reddish brown very stony sandy clay loam. The substratum is brown extremely stony sandy loam to a depth of 61 inches or more.

The permeability of the Henson soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 4 percent Whitecross very stony sandy loam on mountain slopes; 10 percent Moran very gravelly loam on valley fills; and small areas of Rock outcrop. Whitecross soils are shallow over bedrock. Moran soils have dark colored surface layers. Also included are some areas, in the vicinity of Kennebeck Pass, that are redder than normal for the Henson series. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Festuca thurberi/Oreoxis alpina*. Some *Acomastylis rossii/Trifolium sp.-Deschampsia cespitosa* may also be present. The native vegetation on this unit consists mainly of Thurber's fescue, sedge, alpine fescue, alpine bluegrass, Ross' avens, and American bistort. Other important plants that characterize this unit are Baker's wheatgrass, spreading wheatgrass, spike trisetum, willow, tufted hairgrass, and scattered Englemann's spruce. The average annual production of air-dry vegetation is about 3,000 pounds per acre.

***Soil Management Implications***

This unit is used mainly for livestock grazing, wildlife habitat, recreation, and scenic attraction.

The mass movement potential is rated low for this unit because of the slope.

This unit is well suited to range production. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of range vegetation. Livestock grazing is limited by the short growing season. Careful management is needed on this unit to prevent excessive grazing because it is difficult to revegetate. More uniform use of rangeland is aided by properly locating salt and by herding.

If this map unit is used for recreational development, the main limitations are the slope and the gravelly surface layers. The slope limits development of most areas to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched. Vehicle traffic should be limited to roads and trails because disturbed areas are subject to erosion and are very slow to revegetate.

This map unit is in capability subclass 6e, nonirrigated.

## 334—Henson very gravelly loam, south aspect, 30 to 60 percent slopes

### Map Unit Description

This very deep, well drained soil is on south facing alpine mountain slopes. The dominant aspect is south. The elevation is 11,500 to 12,500 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 30 to 34 degrees F, and the average frost-free period is less than 40 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Henson very gravelly loam, south aspect**

The Henson soil formed in colluvium and slope alluvium derived dominantly from rhyolite. Typically, the surface is covered with a mat of organic material about 1 inch thick. The surface layer is brown very gravelly loam about 4 inches thick. The upper 8 inches of the subsoil are reddish brown very cobbly loam; the lower 12 inches are light reddish brown very stony sandy clay loam. The substratum is brown extremely stony sandy loam to a depth of 61 inches or more.

The permeability of the Henson soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Whitecross very stony sandy loam and about 4 percent Telluride very cobbly loam, both on mountain slopes and ridges; 5

percent Moran very gravelly loam in valley fills; and small areas of Rock outcrop. Whitecross and Telluride soils are shallow. Moran soils have a dark colored surface layer. Included areas make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Festuca thurberi/Oreoxis alpina*. Some *Acomastylis rossii/Trifolium sp.-Deschampsia cespitosa* may also be present. The native vegetation on this unit consists mainly of Thurber's fescue, alpine fescue, sedge, alpine bluegrass, Ross' avens, and tufted hairgrass. Other important plants that characterize this unit are Baker's wheatgrass, spreading wheatgrass, spike trisetum, American bistort, and scattered Englemann's spruce. The average annual production of air-dry vegetation is about 2,800 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing, recreation, scenic attraction, and wildlife habitat.

The mass movement potential is rated moderate for this unit.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. The slope limits access by livestock and results in overgrazing of the less sloping areas. More uniform use of rangeland is aided by properly locating salt and by herding. Livestock grazing is limited by the short growing season. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Loss of the surface layer results in a severe decrease in productivity and in the potential of the soil to produce plants suitable for grazing.

Wildlife such as elk, mule deer, coyote, ptarmigan, marmots, and pika utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover. Nearby forested areas provide cover for some of the wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes, gravelly surface layers, and the hazard of erosion. The slopes limit use of the map unit mainly to a few paths and trails, which should extend across the slope. Cuts and fills should be seeded or mulched. Erosion and sedimentation can be controlled and the beauty of the area enhanced by maintenance of adequate plant cover. Vehicle traffic should be limited to roads and trails because disturbed areas are subject to erosion and are very slow to revegetate.

This map unit is in capability subclass 7e, nonirrigated.

## 335—Whitecross-Rock outcrop complex, 15 to 45 percent slopes

### Map Unit Description

This map unit is a complex of shallow or very shallow, well drained soils and Rock outcrop on alpine valley floors, mountain slopes and ridges. The elevation is 11,500 to 13,500 feet. The average annual precipitation is 35 to 60 inches, the average annual air temperature is 28 to 34 degrees F, and the average frost-free period is less than 40 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 55 percent Whitecross very stony sandy loam, 30 percent Rock outcrop, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Whitecross very stony sandy loam**

The Whitecross soil formed in slope alluvium and colluvium derived from rhyolite, tuff, and similar volcanic rocks, and in some places from granite and similar rocks. Typically, surface has an organic layer about 1 inch thick. The surface layer is brown very stony sandy loam about 3 inches thick. The upper 6 inches of the subsoil are reddish brown very gravelly loam; the lower 9 inches are light reddish brown extremely gravelly sandy loam. Bedrock is at a depth of 19 inches; however, the depth to bedrock ranges from 7 to 20 inches from the mineral soil surface.

The permeability of the Whitecross soil is moderately rapid. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 7 to 20 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Rock outcrop**

Rock outcrop consists mostly of exposures of rhyolite, tuff, and similar volcanic rocks as breaks and escarpments.

***Contrasting Inclusions***

Included in this unit are about 5 percent Henson very gravelly loam on mountain slopes; 5 percent Telluride very cobbly loam on alpine valley floors and ridges; small areas of Needleton stony loam on mountain slopes at lower elevations; small areas of Cryaquents and Cryofibrists in drainageways and depressions; and small areas of Rubble land. Henson and Needleton soils are very deep. Telluride soils have dark colored surface layers. Cryaquents and Cryofibrists are wet. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Danthonia intermedia/Potentilla diversifolia* on the shallower areas and *Acomastylis rossii/Trifolium sp.-Deschampsia cespitosa* in depressional areas. The native vegetation on this unit consists mainly of Ross' avens, alpine bluegrass, tufted hairgrass, kobresia, timber oatgrass, and Baker's wheatgrass. Other important plants that characterize this unit are alpine timothy, alpine fescue, American bistort, and sedge. The average annual production of air-dry vegetation is about 800 pounds per acre on the Whitecross soil *(Fig. 8)*.

***Soil Management Implications***

This unit is used for sheep grazing, recreation, scenic attraction, and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope and bedrock.

Careful management is needed on this unit to prevent excessive grazing because it is difficult to revegetate. More uniform use of rangeland is aided by properly locating salt and by herding. Livestock grazing is limited by the short growing season. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Loss of the surface layer results in a severe decrease in productivity and in the potential of the soil to produce plants suitable for grazing.

Wildlife such as elk, mule deer, coyotes, ptarmigan, mountain goats, marmots, and pika utilize this unit. Management for wildlife should include protection from overgrazing by livestock, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover. Nearby forested areas provide cover for some of the wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes, the content of stones, the depth to bedrock, and rock outcrops. The slopes limit use of the map unit mainly to paths and trails. Cuts and fills should be



**Figure 8.—Whitecross-Rock outcrop complex, 15 to 45 percent slopes, is above timberline and supports alpine vegetation. The range site is Shallow Alpine. The road is between Red Mountain Pass and Telluride.**

seeded or mulched. Vehicle traffic should be limited to roads and trails because disturbed areas are subject to erosion and are very slow to revegetate.

The Whitecross soil is in capability subclass 7e, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 336—Whitecross-Rock outcrop complex, south aspect, 30 to 75 percent slopes

### Map Unit Description

This map unit is a complex of shallow, well drained soils and Rock outcrop on south facing alpine mountain slopes and ridges. The surface of this unit is covered with 3 to 15 percent stones. The elevation is 11,500 to 12,500 feet. The average annual precipitation is 35 to 50 inches, the average annual air temperature is 30 to 34 degrees F, and the average frost-free period is less than 40 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 50 percent Whitecross very stony sandy loam, 25 percent Rock outcrop, and 25 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Whitecross very stony sandy loam, south aspect**

The Whitecross soil formed in slope alluvium and colluvium derived from rhyolite, tuff, and similar volcanic rocks. Typically, the surface is covered with a mat of organic material about 1 inch thick. The surface layer is brown very stony sandy loam about 3 inches thick. The upper 6 inches of the subsoil are reddish brown very gravelly loam; the lower 9 inches are light reddish brown extremely gravelly sandy loam. Bedrock is

at a depth of 19 inches; however, the depth to bedrock ranges from 7 to 20 inches from the mineral soil surface.

The permeability of the Whitecross soil is moderately rapid. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 7 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Rock outcrop**

Rock outcrop consists of exposures of rhyolite, tuff, and similar volcanic rocks as cliffs, breaks, and escarpments.

***Contrasting Inclusions***

Included in this unit are about 10 percent Henson very gravelly loam on mountain slopes; 5 percent Telluride very cobbly loam on mountain slopes and ridges; 5 percent Needleton stony loam on mountain slopes at lower elevations; small areas of Snowdon very stony loam on mountain slopes and benches at lower elevations; and small areas of Rubble land. Henson and Needleton soils are very deep. Telluride soils have a dark colored surface layer. Snowdon soils have sandy clay loam subsoils. Included areas make up about 25 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Festuca thurberi/Oreoxis alpina*. Some *Danthonia intermedia/Potentilla diversifolia* can also be found at the higher elevations on the shallowest areas. The native vegetation on this unit consists mainly of Thurber's fescue, alpine bluegrass, sedge, alpine fescue, Ross' avens, and tufted hairgrass. Other important plants that characterize this unit are Baker's wheatgrass, timber oatgrass, spike trisetum, American bistort, and scattered Englemann's spruce. The average annual production of air-dry vegetation is about 2,100 pounds per acre on the Whitecross soil.

***Soil Management Implications***

This unit is used for sheep grazing, recreation, scenic attraction, and wildlife habitat.

The mass movement potential is rated moderate for this unit.

Careful management is needed on this unit to prevent excessive grazing because it is difficult to revegetate. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. More uniform use of rangeland is aided by properly locating salt and by herding. Livestock grazing is limited by the short growing season.

The slope limits access by livestock and results in overgrazing of the less sloping areas. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Loss of the surface layer results in a severe decrease in productivity and in the potential of the soil to produce plants suitable for grazing.

Wildlife such as elk, mule deer, coyotes, marmots, pika, and ptarmigan utilize this unit. Management for wildlife should include protection from overgrazing by livestock, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife. Nearby forested areas provide cover for some of the wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes, surface stones, the depth to bedrock, the hazard of erosion, and rock outcrops. The slopes limit use of the map unit mainly to a few paths and trails, which should extend across the slope. Cuts and fills should be seeded or mulched. Erosion and sedimentation can be controlled and the beauty of the area enhanced by maintenance of adequate plant cover. Vehicle traffic should be limited to roads and trails because disturbed areas are subject to erosion and are very slow to revegetate.

The Whitecross soil is in capability subclass 7e, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 337—Whitecross-Rock outcrop complex, 45 to 75 percent slopes

### Map Unit Description

This map unit is a complex of shallow or very shallow, well drained soils and Rock outcrop on alpine mountain slopes and ridges. The surface of this unit is covered with 3 to 15 percent stones. The elevation is 11,500 to 13,800 feet. The average annual precipitation is 35 to 60 inches, the average annual air temperature is 28 to 34 degrees F, and the average frost-free period is less than 40 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 60 percent Whitecross very stony sandy loam, 25 percent Rock outcrop, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used *(Fig. 9)*.

### Brief Soil Description

**Whitecross very stony sandy loam**

The Whitecross soil formed in slope alluvium and colluvium derived from rhyolite, tuff, and similar volcanic rocks, and in some places from granite and similar rocks. Typically, the surface has an organic layer about 1 inch thick. The surface layer is brown very stony sandy loam about 3 inches thick. The upper 6 inches of the subsoil are reddish brown very gravelly loam; the lower 9 inches are light reddish brown extremely gravelly sandy loam. Bedrock is at a depth of 19 inches; however, the depth to bedrock ranges from 7 to 20 inches from the mineral soil surface.

The permeability of the Whitecross soil is moderately rapid. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 7 to 20



**Figure 9.—Clear Lake is surrounded by soils in Whitecross-Rock outcrop complex, 45 to 75 percent slopes. It is one of many cirque lakes in the survey area.**

inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Rock outcrop**

Rock outcrop consists mostly of exposures of rhyolite, tuff, and similar volcanic rocks as cliffs, breaks, and escarpments, and in some places it consists of granitic rocks.

***Contrasting Inclusions***

Included in this unit are about 10 percent Henson very gravelly loam on mountain slopes; small areas of Snowdon very stony loam on mountain slopes and benches at lower elevations; small areas of Needleton stony loam on mountain slopes at lower elevations; small areas of Cryaquents and Cryofibrists in drainageways and depressions; and small areas of Rubble land. Henson and Needleton soils are very deep. Snowdon soils have sandy clay loam subsoils. Cryaquents and Cryofibrists are wet. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Danthonia intermedia/Potentilla diversifolia* on the shallowest soils and *Acomastylis rossii/Trifolium sp.-Deschampsia cespitosa* in depressional areas. The native vegetation on this unit consists mainly of Ross' avens, alpine bluegrass, tufted hairgrass, kobresia, timber oatgrass, and Baker's wheatgrass. Other important plants that characterize this unit are alpine fescue, alpine timothy, American bistort, and sedge. The average annual production of air-dry vegetation is about 800 pounds per acre.

***Soil Management Implications***

This unit is used mainly for recreation, scenic attraction, wildlife habitat, and limited sheep grazing.

The mass movement potential is rated moderate for this unit.

Careful management is needed on this unit to prevent excessive grazing because it is difficult to revegetate. More uniform use of rangeland is aided by properly locating salt and by herding. Livestock grazing is limited by the short growing season. The slope limits access by livestock and results in overgrazing of the less sloping areas. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Loss of the surface layer results in a severe decrease in productivity and in the potential of the soil to produce plants suitable for grazing.

Wildlife such as elk, mule deer, coyotes, ptarmigan, mountain goats, marmots, and pika utilize this unit. Areas of natural vegetation provide good food and cover. Nearby forested areas provide cover for some of the wildlife.

If this map unit is used for recreational development, the main limitations are the very steep slopes, surface stones, the depth to bedrock, the hazard of erosion, and rock outcrops. The slopes limit use of the map unit mainly to a few paths and trails, which should extend across the slope. Cuts and fills should be seeded or mulched. Erosion and sedimentation can be controlled and the beauty of the area enhanced by maintenance of adequate plant cover. Vehicle traffic should be limited to roads and trails because disturbed areas are subject to erosion and are very slow to revegetate.

The Whitecross soil is in capability subclass 7e, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

# 338—Henson very gravelly loam, 10 to 30 percent slopes

## Map Unit Description

This very deep, well drained soil is on alpine valley fills and mountain slopes. The elevation is 11,500 to 13,500 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 28 to 34 degrees F, and the average frost-free period is less than 40 days. The moisture and temperature regimes are udic and cryic, respectively.

## Brief Soil Description

### Henson very gravelly loam

The Henson soil formed in colluvium and slope alluvium derived dominantly from rhyolite. Typically, the surface is covered with a mat of organic material about l inch thick. The surface layer is brown very gravelly loam about 4 inches thick. The upper 8 inches of the subsoil are reddish brown very cobbly loam; the lower 12 inches are light reddish brown very stony sandy clay loam. The substratum is brown extremely stony sandy loam to a depth of 61 inches or more.

The permeability of the Henson soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

### *Contrasting Inclusions*

Included in this unit are about 5 percent Whitecross very stony sandy loam on mountain slopes and valley floors; 5 percent Moran very gravelly loam on valley fills; 5 percent Telluride gravelly loam on valley floors; small areas of Cryaquents and Cryofibrists in drainageways and depressions; and small areas of Rock outcrop. Whitecross and Telluride soils are shallow. Moran soils have dark colored surface layers. Cryaquents and Cryofibrists are wet. Included soils make up about 20 percent of the map unit; the percentage varies from one area to another.

### *Vegetation*

The dominant plant association is *Acomastylis rossii/Bistorta bistortoides*. The native vegetation on this unit consists mainly of Ross' avens, alpine fescue, tufted hairgrass, kobresia, American bistort, alpine bluegrass, and spike trisetum. Other important plants that characterize this unit are Baker's wheatgrass, alpine timothy, sedge, and slender cinquefoil. The average annual production of air-dry vegetation is about 2,000 pounds per acre.

### *Soil Management Implications*

This unit is used for sheep grazing, recreation, scenic attraction, and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Careful management is needed on this unit to prevent excessive grazing because it is difficult to revegetate. More uniform use of rangeland is aided by properly locating salt and by herding. Livestock grazing is limited by the short growing season. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Loss of the surface layer results in a severe decrease in productivity and in the potential of the soil to produce plants suitable for grazing.

Wildlife such as elk, mule deer, coyotes, ptarmigan, marmots, and pika utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural

vegetation provide good food and cover. Nearby forested areas provide cover for some of the wildlife.

If this map unit is used for recreational development, the main limitations are the slope and the gravelly surface layers. Paths and trails can be developed; drainage should be provided for them. Cuts and fills should be seeded or mulched. Vehicle traffic should be limited to roads and trails because disturbed areas are subject to erosion and are very slow to revegetate.

This map unit is in capability subclass 6e, nonirrigated.

## 339—Henson very gravelly loam, 30 to 60 percent slopes

### Map Unit Description

This very deep, well drained soil is on alpine valley fills and mountain slopes. The elevation is 11,500 to 13,500 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 28 to 34 degrees F, and the average frost-free period is less than 40 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Henson very gravelly loam**

The Henson soil formed in colluvium and slope alluvium derived dominantly from rhyolite. Typically, the surface is covered with a mat of organic material about l inch thick. The surface layer is brown very gravelly loam about 4 inches thick. The upper 8 inches of the subsoil are reddish brown very cobbly loam; the lower 12 inches are light reddish brown, very stony sandy clay loam. The substratum is brown extremely stony sandy loam to a depth of 61 inches or more.

The permeability of the Henson soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Whitecross very stony sandy loam on mountain slopes and ridges; 5 percent Moran very gravelly loam on mountain slopes; 5 percent Telluride gravelly loam on ridges; small areas of Cryaquents and Cryofibrists in drainageways and depressions; and small areas of Rock outcrop. Whitecross and Telluride soils are shallow. Moran soils have dark colored surface layers. Cryaquents and Cryofibrists soils are wet. Included soils make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Acomastylis rossii/Trifolium sp.-Deschampsia cespitosa*. The native vegetation on this unit consists mainly of Ross' avens, alpine fescue, tufted hairgrass, kobresia, and alpine bluegrass. Other important plants that characterize this unit are spike trisetum, Baker's wheatgrass, American bistort, alpine timothy, sedge, and slender cinquefoil. The average annual production of air-dry vegetation is about 1,600 pounds per acre.

***Soil Management Implications***

This unit is used for sheep grazing, recreation, scenic attraction, and wildlife habitat.

The mass movement potential is rated moderate for this unit.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Careful

management is needed on this unit to prevent excessive grazing because it is difficult to revegetate. More uniform use of rangeland is aided by properly locating salt and by herding. The short growing season and the slopes limit livestock grazing. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Loss of the surface layer results in a severe decrease in productivity and in the potential of the soil to produce plants suitable for grazing.

Wildlife such as elk, mule deer, coyotes, ptarmigan, marmots, and pika utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover. Nearby forested areas provide cover for some of the wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes, gravelly surface layers, and the hazard of erosion. The slopes limit use of the map unit to a few paths and trails, which should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched. Erosion and sedimentation can be controlled and the beauty of the area enhanced by maintenance of adequate plant cover. Vehicle traffic should be limited to roads and trails because disturbed areas are subject to erosion and are very slow to revegetate.

This map unit is in capability subclass 7e, nonirrigated.

## 340—Moran very gravelly loam, 10 to 30 percent slopes

### Map Unit Description

This very deep, well drained soil is on alpine valley fills and mountain slopes. The elevation is 11,500 to 13,500 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 28 to 34 degrees F, and the average frost-free period is less than 40 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Moran very gravelly loam**

The Moran soil formed in colluvium and slope alluvium derived dominantly from rhyolite, tuff, and similar volcanic rock. Typically, the surface is covered with a mat of organic material about l inch thick. The surface layer is reddish gray very gravelly loam about 9 inches thick. The subsoil is reddish brown extremely gravelly loam about 17 inches thick. The substratum to a depth of 61 inches or more is pinkish gray extremely gravelly loam.

The permeability of the Moran soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Whitecross very stony sandy loam on valley floors and ridges; 5 percent Telluride gravelly loam on ridges; 5 percent Henson very gravelly loam on valley fills; small areas of Cryaquents and Cryofibrists in drainageways and depressions; and small areas of Rock outcrop. Whitecross and Telluride soils are shallow. Henson soils have light colored surface layers. Cryaquents and Cryofibrists soils are wet. Included areas make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Acomastylis rossii/Trifolium sp.-Deschampsia cespitosa*. Small areas of *Festuca thurberi/Oreoxis alpina* occur on some of the south slopes at lower elevations. The native vegetation on this unit consists mainly of Ross' avens, sedge, kobresia, alpine bluegrass, alpine fescue, and tufted hairgrass. Other important plants that characterize this unit are spike trisetum, slender cinquefoil, alpine timothy, Baker's wheatgrass, and American bistort. Thurber's fescue occurs on some of the south slopes of lower elevations. The average annual production of air-dry vegetation is about 2,200 pounds per acre.

***Soil Management Implications***

This unit is used for sheep grazing, recreation, scenic attraction, and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Careful management is needed on this unit to prevent excessive grazing because it is difficult to revegetate. More uniform use of rangeland is aided by properly locating salt and by herding. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Loss of the surface layer results in a severe decrease in productivity and in the potential of the soil to produce plants suitable for grazing.

Wildlife such as elk, mule deer, coyotes, ptarmigan, marmots, and pika utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover. Nearby forested areas provide cover for some of the wildlife.

If this map unit is used for recreational development, the main limitations are the slope and the gravelly surface layers. Paths and trails can be developed. Cuts and fills should be seeded or mulched. Vehicle traffic should be limited to roads and trails because disturbed areas are subject to erosion and are very slow to revegetate.

This map unit is in capability subclass 6e, nonirrigated.

## 341—Moran very gravelly loam, 30 to 65 percent slopes

### Map Unit Description

This very deep, well drained soil is on alpine valley fills and mountain slopes. The elevation is 11,500 to 13,500 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 28 to 34 degrees F., and the average frost-free period is less than 40 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Moran very gravelly loam**

The Moran soil formed in colluvium and alluvium derived dominantly from rhyolite, tuff, and similar volcanic rocks. Typically, the surface is covered with organic mat about l inch thick and has 3 to 15 percent stones on the surface. The surface layer is reddish gray very gravelly loam about 9 inches thick. The subsoil is reddish brown extremely gravelly loam about 17 inches thick. The substratum is pinkish gray extremely gravelly loam to a depth of 61 inches or more.

The permeability of the Moran soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Whitecross very stony sandy loam on mountains and ridges; 5 percent Telluride gravelly loam on ridges; 5 percent Henson very gravelly loam on mountain slopes; small areas of Cryaquents and Cryofibrists in drainageways and depressions; and small areas of Rock outcrop. Whitecross and Telluride soils are shallow. Henson soils have light colored surface layers. Cryaquents and Cryofibrists are wet. Included areas make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Acomastylis rossii/Trifolium sp.-Deschampsia cespitosa*. Small areas of *Festuca thurberi/Oreoxis alpina* occur on some of the south slopes of lower elevations. The native vegetation on this unit consists mainly of Ross' avens, sedge, kobresia, alpine bluegrass, alpine fescue, and tufted hairgrass. Other important plants that characterize this unit are Baker's wheatgrass, alpine fescue, spike trisetum, alpine timothy, and American Bistort. Thurber's fescue occurs on some of the lower south slopes. The average annual production of air-dry vegetation is about 2,000 pounds per acre.

***Soil Management Implications***

This unit is used for sheep grazing, recreation, scenic attraction, and wildlife habitat.

The mass movement potential is rated moderate for this unit.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Careful management is needed on this unit to prevent excessive grazing because it is difficult to revegetate. The slope limits access by livestock and results in overgrazing of less sloping areas. More uniform use of rangeland is aided by properly locating salt and by herding. Livestock grazing is limited by the short growing season. Mechanical treatment is not practical, because the surface is stony and the slopes are steep. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Loss of the surface layer results in a severe decrease in productivity and in the potential of the soil to produce plants suitable for grazing.

Wildlife such as elk, mule deer, coyotes, ptarmigan, marmots, and pika utilize this unit. Management for wildlife should include protection from overgrazing by livestock, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover. Nearby forested areas provide cover for some of the wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes, surface stones, and the hazard of erosion. The slopes limit use of the map unit mainly to a few paths and trails, which should extend across the slope. Cuts and fills should be seeded or mulched. Erosion and sedimentation can be controlled and the beauty of the area enhanced by maintenance of adequate plant cover. Vehicle traffic should be limited to roads and trails because disturbed areas are subject to erosion and are very slow to revegetate.

This map unit is in capability subclass 7e, nonirrigated.

## 342—Telluride-Rock outcrop complex, 15 to 45 percent slopes

### Map Unit Description

This map unit is a complex of shallow, well drained soils and Rock outcrop on alpine valley floors, mountain slopes and ridges. The elevation is 11,500 to 13,500 feet. The average annual precipitation is 35 to 45 inches, the average annual air

temperature is 28 to 34 degrees F., and the average frost-free period is less than 40 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 60 percent Telluride very cobbly loam, 20 percent Rock outcrop, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Telluride very cobbly loam**

The Telluride soil formed in slope alluvium and colluvium weathered from rhyolite, tuff, and similar volcanic rocks. Typically, the surface is covered with a mat of organic material about l inch thick. The surface layer is brown very cobbly loam about 6 inches thick. The subsurface layer is brown stony loam about 5 inches thick. The subsoil is pinkish gray very stony loam to a depth of 19 inches. Bedrock is at a depth of 19 inches; however, the depth to bedrock ranges from 10 to 20 inches from the mineral soil surface.

The permeability of the Telluride soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Rock outcrop**

Rock outcrop consists of exposures of rhyolite, tuff, and similar volcanic rocks as cliffs, breaks, escarpments, and other rock exposures.

***Contrasting Inclusions***

Included in this unit are about 10 percent Moran very gravelly loam on valley fills; 5 percent Whitecross very stony loam on valley floors; small areas of Henson very gravelly loam on valley fills; and small areas of Rubble land. Moran and Henson soils are very deep. Whitecross soils have light colored surface layers. Included areas make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Acomastylis rossii/Bistorta bistortoides* on the shallowest areas and *Carex rupestris/Trifolium dasyphyllum* in the depressional areas. The native vegetation on this unit consists mainly of Ross' avens, sedge, kobresia, American bistort, tufted hairgrass, and Baker's wheatgrass. Other important plants that characterize this unit are alpine bluegrass, alpine timothy, alpine fescue, slender cinquefoil, and spike trisetum. The average annual production of air-dry vegetation is about 1,200 pounds per acre.

***Soil Management Implications***

This unit is used for sheep grazing, recreation, scenic attraction, and wildlife habitat.

The mass movement potential is rated low for this unit because of bedrock.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Careful management is needed on this unit to prevent excessive grazing because it is difficult to revegetate. More uniform use of rangeland is aided by properly locating salt and by herding. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Loss of the surface layer results in a severe decrease in productivity and in the potential of the soil to produce plants suitable for grazing.

Wildlife such as elk, mule deer, coyotes, ptarmigan, marmots, and pika utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural

vegetation provide good food and cover. Nearby forested areas provide cover for some of the wildlife.

If this map unit is used for recreational development, the main limitations are the slope, the content of stones, the depth to bedrock, and rock outcrops. Paths and trails can be developed; drainage should be provided for them. Cuts and fills should be seeded or mulched. Vehicle traffic should be limited to roads and trails because disturbed areas are subject to erosion and are very slow to revegetate.

The Telluride soil is in capability subclass 7e, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 343—Telluride-Rock outcrop complex, 45 to 75 percent slopes

### Map Unit Description

This map unit is a complex of shallow, well drained soils and Rock outcrop on alpine mountain slopes and ridges. The elevation is 11,500 to 13,500 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 28 to 34 degrees F., and the average frost-free period is less than 40 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 60 percent Telluride very cobbly loam, 25 percent Rock outcrop, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Telluride very cobbly loam**

The Telluride soil formed in slope alluvium and colluvium weathered from rhyolite, tuff, and similar volcanic rocks. Typically, the surface is covered with a mat of organic material about l inch thick. The surface layer is brown very cobbly loam about 6 inches thick. The subsurface layer is brown stony loam about 5 inches thick. The underlying material is pinkish gray very stony loam to a depth of 19 inches. Bedrock is at a depth of 19 inches; however, the depth to bedrock ranges from 10 to 20 inches from the mineral soil surface.

The permeability of the Telluride soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Rock outcrop**

Rock outcrop consists of exposures of rhyolite, tuff, and similar volcanic rocks as cliffs, breaks, escarpments, and other rock exposures.

***Contrasting Inclusions***

Included in this unit are about 10 percent Moran very gravelly loam on mountain slopes; 4 percent Whitecross very stony sandy loam on ridges; small areas of Henson very gravelly loam on mountain slopes; and small areas of Rubble land. Moran and Henson soils are very deep. Whitecross soils have light colored surface layers. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Acomastylis rossii/Bistorta bistortoides* on the shallowest areas, and *Carex rupestris/Trifolium dasyphyllum* in depressional areas. The native vegetation on this unit consists mainly of Ross' avens, sedge, tufted hairgrass, kobresia, American bistort, and Baker's wheatgrass. Other important plants that characterize this unit are alpine fescue, alpine bluegrass, alpine timothy, spike

trisetum, and slender cinquefoil. The average annual production of air-dry vegetation is about 1,200 pounds per acre.

***Soil Management Implications***

This unit is used for recreation, scenic attraction, wildlife habitat, and limited sheep grazing.

The mass movement potential is rated moderate for this unit.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Careful management is needed on this unit to prevent excessive grazing because it is difficult to revegetate. More uniform use of rangeland is aided by properly locating salt and by herding. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. The slope limits access by livestock and results in overgrazing of the less sloping areas. Loss of the surface layer results in a severe decrease in productivity and in the potential of the soil to produce plants suitable for grazing.

Wildlife such as elk, mule deer, coyotes, mountain goats, ptarmigan, marmots, and pika utilize this unit. Nearby forested areas provide cover for some of the wildlife.

If this map unit is used for recreational development, the main limitations are the very steep slopes, the content of stones, the depth to bedrock, the hazard of erosion, and rock outcrops. The slope limits use of the map unit mainly to a few paths and trails that should extend across the slope. Cuts and fills should be seeded or mulched. Erosion and sedimentation can be controlled and the beauty of the area enhanced by maintenance of adequate plant cover. Vehicle traffic should be limited to roads and trails because disturbed areas are subject to erosion and are very slow to revegetate.

The Telluride soil is in capability subclass 7e, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 345—Papaspila loam, 0 to 15 percent slopes

### Map Unit Description

This very deep, well drained soil is on mesas and structural benches. The elevation is 8,500 to 10,000 feet. The average annual precipitation is 25 to 35 inches, the average annual air temperature is 34 to 40 degrees F., and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

There are some soils within the map unit which are classified differently than the major components, but are similar enough so as to not affect the use or management of the unit. These include soils with a thinner mollic surface. Similar inclusions make up about 5 percent of the map unit; the percentage varies from one area to another.

### Brief Soil Description

**Papaspila loam**

The Papaspila formed in slope alluvium derived dominantly from diorite. Typically, the upper part of the surface layer is grayish brown loam about 18 inches thick; the lower part is grayish brown gravelly loam about 7 inches thick. The upper part of the subsurface layer is very pale brown very cobbly silt loam about 8 inches thick; the lower part is very pale brown extremely stony clay loam about 6 inches thick. The subsoil is reddish yellow and pink extremely stony clay loam about 15 inches thick. The substratum is reddish yellow extremely stony clay loam to a depth of 60 inches or more.

The permeability of the Papaspila soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit is about 10 percent soils with less than 35 percent rock fragments. This inclusion is on the same landform as the Papaspila soils.

***Vegetation***

The dominant plant association is *Festuca thurberi/Vicia americana-Lathyrus leucanthus*. The native vegetation on this map unit consists of Thurber's fescue, Letterman's needlegrass, mountain brome, and Kentucky bluegrass. Other plants that characterize this unit are western wheatgrass, American vetch, geranium, slender cinquefoil, and shrubby cinquefoil. The average annual production of air-dry vegetation is about 3,000 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

The main limitation to the building of unsurfaced roads on this unit is the content of stones in the soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stockwater development and fencing will help to improve livestock distribution and forage quality. More uniform use of rangeland is aided by properly locating salt and by herding. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall will help ensure that soil moisture will be adequate in the spring for germination.

Wildlife such as elk, mule deer, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitation is the presence of slopes that are over 8 percent. Paths and trails can be developed.

This map unit is in capability subclass 6c, nonirrigated.

## 350—Flygare-Foidel complex, 0 to 15 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mesas and structural benches. The elevation is 8,500 to 10,000 feet. The average annual precipitation is 25 to 30 inches, the average annual air temperature is 34 to 40 degrees F., and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 45 percent Flygare gravelly loam, 40 percent Foidel loam, 10 percent similar soils, and 5 percent dissimilar soils. There are some soils within the map unit which are classified differently than the major components, but are similar enough so as to not affect the use or management of the unit. These include Behanco loam. These similar soils make up about 10 percent of the map unit;

the percentage varies from one area to another. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

#### Flygare gravelly loam

The Flygare soil formed in alluvium and slope alluvium derived dominantly from diorite. Typically, the surface is covered with a mat of intermediately decomposed leaves and twigs about 1 inch thick. The upper part of the surface layer is dark grayish brown gravelly loam about 4 inches thick. The next part is very dark grayish brown cobbly loam 4 inches thick. The lower part of the surface layer is dark grayish brown and brown extremely stony loam about 14 inches thick. The subsurface layer is light yellowish brown very cobbly loam about 5 inches thick. The upper part of the subsoil is light yellowish brown very cobbly clay loam about 10 inches thick; the lower part is light brown extremely cobbly clay loam to a depth of 61 inches or more.

The permeability of the Flygare soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

#### Foidel loam

The Foidel soil formed in alluvium and slope alluvium derived dominantly from diorite. Typically, the surface layer is dark grayish brown loam about 32 inches thick. The subsurface layer is pale brown gravelly loam 6 inches thick. The upper part of the subsoil is pink clay loam and very pale brown loam 7 inches thick; the next part is pink gravelly clay loam about 11 inches thick; and the lower part of the subsoil is brown gravelly clay loam to a depth of 60 inches or more.

The permeability of the Foidel soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

#### *Contrasting Inclusions*

Included in this unit is about 5 percent of soils with a high water table in depressions.

#### *Vegetation*

The dominant plant association is *Populus tremuloides/Symphoricarpos oreophilus*. The native vegetation on this map unit consists of quaking aspen, snowberry, Thurber's fescue, nodding brome, Kentucky bluegrass, Columbia needlegrass, American vetch, and geranium. The average annual understory production of air-dry vegetation is about 3,000 pounds per acre on both soils.

#### *Soil Management Implications*

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for aspen is 70 on the Flygare soil. It can produce about 39 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the slope.

Timber productivity is estimated to be moderately high. The main concerns in producing and harvesting timber are reforestation and road construction due to large stones in the soil. Conventional methods of harvesting timber generally can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitations to reforestation on this soil are the stones in the Flygare soil. Large stones limit rooting space and soil moisture, and interfere with planting

operations. The high content of rock fragments can make the planting of seedlings difficult. After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants if trees other than aspen are to be grown. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce and lodgepole pine. Quaking aspen will usually regenerate from roots after harvest. Grazing in harvested areas should be deferred for at least 2 years to assure development of sufficient plant cover to protect the soil from erosion.

The main limitations to the building of unsurfaced roads on this unit are the stones and cobbles in the Flygare soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and forage quality. More uniform use of range and understory vegetation is aided by properly locating salt and by herding.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the gravelly surface of the Flygare soil and the slopes that are over 8 percent in the unit. Paths and trails can be developed.

This map unit is in capability subclass 6c, nonirrigated.

## 355—Flygare-Foidel complex, 15 to 30 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on structural benches and mountain slopes. The elevation is 8,500 to 10,000 feet. The average annual precipitation is 25 to 30 inches, the average annual air temperature is 34 to 40 degrees F., and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 45 percent Flygare gravelly loam, 40 percent Foidel loam, 10 percent similar soils, and 5 percent dissimilar soils. There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as to not affect the use or management of the unit. These include Behanco loam. Similar inclusions make up about 10 percent of the map unit; the percentage varies from one area to another. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Flygare gravelly loam**

The Flygare soil formed in alluvium and slope alluvium derived dominantly from diorite. Typically, the surface is covered with a mat of intermediately decomposed leaves and twigs about 1 inch thick. The upper part of the surface layer is dark grayish brown gravelly loam about 4 inches thick; the next part is very dark grayish brown cobbly loam 4 inches thick and the lower part of the surface layer is dark grayish brown and brown extremely stony loam about 14 inches thick. The subsurface layer is light yellowish brown very cobbly loam about 5 inches thick. The upper part of the

subsoil is light yellowish brown very cobbly clay loam about 10 inches thick. The lower part of the subsoil is light brown extremely cobbly clay loam to a depth of 61 inches or more.

The permeability of the Flygare soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Foidel loam**

The Foidel soil formed in alluvium and slope alluvium derived dominantly from diorite. Typically, the surface layer is dark grayish brown loam about 32 inches thick. The subsurface layer is pale brown gravelly loam 6 inches thick. The upper part of the subsoil is pink clay loam and very pale brown loam 7 inches thick; the next part is pink gravelly clay loam about 11 inches thick; and the lower part is brown gravelly clay loam to a depth of 60 inches or more.

The permeability of the Foidel soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit is about 5 percent of soils with a high water table on less sloping areas. The percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Populus tremuloides/Symphoricarpos oreophilus*. The native vegetation consists of quaking aspen, snowberry, nodding brome, Thurber's fescue, Kentucky bluegrass, Columbia needlegrass, American vetch, and geranium. The average annual understory production of air-dry vegetation is about 3,000 pounds per acre on both soils.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for quaking aspen is 78 on the Foidel soil. It can produce about 46 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the slope and the rock fragments in the Flygare soil.

Timber productivity is estimated to be moderately high. The main concerns in producing and harvesting timber are reforestation and road construction due to large stones in the soil. Conventional methods of harvesting timber generally can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitation to reforestation on this soil is the content of stones in the surface layer. Large stones limit rooting space and soil moisture, and interfere with planting operations. The high content of rock fragments can make the planting of seedlings difficult. After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants if trees other than quaking aspen are to be grown. Planting nursery stock will hasten reforestation. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce and lodgepole pine. Quaking aspen will usually regenerate from roots after harvest. Grazing in harvested areas should be deferred for at least 2 years to assure development of sufficient plant cover to protect the soil from erosion.

The main limitations to the building of unsurfaced roads on this unit are the stones and cobbles in the Flygare soil and the slopes in the unit. Proper design of road

drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and forage quality.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the slopse and the gravelly surface of the Flygare soil. Development is limited mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 360—Blacksnag-Peeler complex, 2 to 15 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mesas and structural benches. The elevation is 10,000 to 11,500 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 38 degrees F., and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 45 percent Blacksnag very cobbly loam and 40 percent Peeler silt loam. There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as to not affect the use or management of the unit. These include about 10 percent Storm soils. The percentage varies from one area to another. Also included are 5 percent contrasting soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Blacksnag very cobbly loam**

The Blacksnag soil formed in slope alluvium derived dominantly from diorite. Typically, the surface layer is brown very cobbly loam about 8 inches thick. The upper 20 inches of the subsoil are brown and strong brown extremely cobbly loam; the next 8 inches are strong brown very cobbly sandy loam; and the lower part of the subsoil is strong brown and light brown very cobbly sandy clay loam to a depth of 60 inches or more.

The permeability of the Blacksnag soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Peeler silt loam**

The Peeler soil formed in slope alluvium derived dominantly from diorite. Typically, the surface is covered with a mat of partially decomposed needles and twigs about 2 inches thick. The surface layer is grayish brown and brown silt loam about 8 inches thick. The upper 8 inches of the subsurface layer are light brown loam; the lower 6

inches are reddish yellow cobbly loam. The upper 11 inches of the subsoil are reddish yellow and light brown stony loam; the lower part consists of reddish yellow and strong brown loam to a depth of 62 inches or more.

The permeability of the Peeler soil is moderate. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is moderate, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit is about 5 percent of soils with a high water table in depressions.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. Another common plant association is *Populus tremuloides/Symphoricarpos oreophilus*. The native vegetation consists mainly of Englemann's spruce, subalpine fir, and quaking aspen. Other common plants that characterize this unit are whortleberry, nodding brome, Kentucky bluegrass, sheep fescue, heartleaf arnica, elderberry, gooseberry currant, slender wheatgrass, alpine timothy, snowberry, Richardson's geranium, Columbian monkshood, and aster. The average annual understory production of air-dry vegetation is about 800 pounds per acre on the Blacksnag soil, and about 700 pounds per acre on the Peeler soil.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, and livestock grazing.

A representative site index for this map unit for Englemann's spruce is 82 on the Blacksnag soil. It can produce about 79 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the slope.

Timber productivity is estimated to be moderately high. The main concerns in producing and harvesting timber are large stones in the soil. Conventional methods of harvesting timber generally can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall. Harvesting some of the mature trees for lumber and thinning dense stands of younger trees for use as poles increases the growth rate of the rest of the stand and increases the understory vegetation.

The main limitation to reforestation on this unit is the content of large stones in the Blacksnag soil. Large stones limit rooting space and soil moisture, and interfere with planting operations. The high content of rock fragments can make the planting of seedlings difficult on the Blacksnag soil. Plant competition delays natural regeneration but does not prevent the eventual development of a fully stocked, normal stand of trees. Planting nursery stock will hasten reforestation. Among the trees suitable for planting are Englemann's spruce and lodgepole pine. Quaking aspen will usually regenerate from roots after harvest.

The main limitation to the building of unsurfaced roads on this unit is the content of large stones in the Blacksnag soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. More uniform distribution of livestock is aided by properly locating stock water development and salt, and by fencing and herding. Grazing in harvested areas should be deferred for at least 2 years to assure development of sufficient plant cover to protect the soil from erosion.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the content of stones in the Blacksnag soil and slopes in the unit that are over 8 percent. Paths and trails can be developed.

The Blacksnag soil is in capability subclass 7s, nonirrigated. The Peeler soil is in capability subclass 6c, nonirrigated.

## 361—Blacksnag-Peeler complex, 15 to 30 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. The elevation is 10,000 to 11,500 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 38 degrees F., and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 45 percent Blacksnag very cobbly loam and 40 percent Peeler silt loam. There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as to not affect the use or management of the unit. These include about 10 percent Storm extremely flaggy loam. The percentage varies from one area to another. Also included are 5 percent contrasting soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Blacksnag very cobbly loam**

The Blacksnag soil formed in slope alluvium and colluvium derived dominantly from diorite. Typically, the surface layer is brown very cobbly loam about 8 inches thick. The upper 20 inches of the subsoil are brown and strong brown extremely cobbly loam; the next 8 inches are strong brown very cobbly sandy loam; and the lower part of the subsoil is strong brown and light brown very cobbly sandy clay loam to a depth of 60 inches or more.

The permeability of the Blacksnag soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Peeler silt loam**

The Peeler soil formed in slope alluvium and colluvium derived dominantly from diorite. Typically, the surface is covered with a mat of partially decomposed needles and twigs about 2 inches thick. The surface layer is grayish brown and brown silt loam about 8 inches thick. The upper 8 inches of the subsurface layer are light brown loam. The lower 6 inches are reddish yellow cobbly loam. The upper 11 inches of the subsoil are reddish yellow and light brown stony loam; the lower part consists of reddish yellow and strong brown loam to a depth of 62 inches or more.

The permeability of the Peeler soil is moderate. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. Shrink- swell potential is low.

***Contrasting Inclusions***

Included in this unit is about 5 percent of soils with a high water table in depressions.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. Another common plant association is *Populus tremuloides/Symphoricarpos oreophilus*. The dominant native vegetation consists of Englemann's spruce, subalpine fir, and quaking aspen. Other plants that characterize this unit are whortleberry, nodding brome, Kentucky bluegrass, sheep fescue, slender wheatgrass, alpine timothy, heartleaf arnica, snowberry, Richardson's geranium, elderberry, gooseberry currant, Columbian monkshood, and aster. The average annual understory production of air-dry vegetation is about 800 pounds per acre on the Blacksnag soil, and about 700 pounds per acre on the Peeler soil.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, and livestock grazing.

A representative site index for this map unit for Englemann's spruce is 82 on the Blacksnag soil. It can produce about 79 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the high content of rock fragments.

Timber productivity is estimated to be moderately high. Conventional methods of harvesting timber generally can be used. Careful consideration of road systems and harvesting methods should be made to minimize erosion. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall. Harvesting some of the mature trees for lumber and thinning dense stands of younger trees increase the growth rate of the rest of the stand and increase the understory vegetation.

The main limitation to reforestation on this unit is the content of large stones in the Blacksnag soil. Large stones limit rooting space and soil moisture, and interfere with planting operations. Plant competition delays natural regeneration but does not prevent the eventual development of a fully stocked, normal stand of trees. The high content of rock fragments can make the planting of seedlings difficult. Hand planting of nursery stock is usually necessary to establish or improve a stand. This unit is well suited to Englemann's spruce and subalpine fir.

The main limitations to the building of unsurfaced roads on this unit are the content of large stones in the Blacksnag soil and the slopes in the unit. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

To stabilize grades, cut and fills, and other disturbed areas, roads, landings and skid trails should be provided with water bars and reseeded following harvest.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. More uniform distribution of livestock is aided by properly locating stock water development and salt, and by fencing and herding. Grazing in harvested areas should be deferred for at least 2 years to ensure development of sufficient plant cover to protect the soil from erosion.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the content of stones in the Blacksnag soil and the slopes in both soils. The slopes limit use of the unit mainly to a few paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded and mulched.

The Blacksnag soil is in capability subclass 7s, nonirrigated. The Peeler soil is in capability subclass 7e, nonirrigated.

## 374—Mavreeso-Valto-Rock outcrop complex, 30 to 80 percent slopes

### Map Unit Description

This map unit is a complex of shallow and very deep, well drained soils and Rock outcrop on mountain slopes and canyon side slopes. The elevation is 7,100 to 8,500 feet. The average annual precipitation is 20 to 22 inches, the average annual air temperature is 43 to 46 degrees F., and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 35 percent Mavreeso loam, 30 percent Valto very stony fine sandy loam, 20 percent Rock outcrop, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Mavreeso loam**

The Mavreeso soil is very deep. It formed in colluvium and slope alluvium derived dominantly from red sedimentary rocks. Typically, the surface layer is reddish brown loam about 10 inches thick. The upper part of the subsoil is yellowish red loam about 8 inches thick. The middle part of the subsoil is yellowish red channery loam about 10 inches thick. The lower part of the subsoil is yellowish red loam about 14 inches thick. The upper 8 inches of the substratum are yellowish red channery loam; the lower part consists of yellowish red loam to a depth of 60 inches or more.

The permeability of the Mavreeso soil is moderate. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Valto very stony fine sandy loam**

The Valto soil is shallow. It formed in residuum derived dominantly from sandstone. Typically, the surface is covered with forest litter about 2 inches thick. The surface layer is dark reddish gray very stony fine sandy loam 2 inches thick. The underlying material is light reddish brown very stony fine sandy loam 10 inches thick. Hard fractured sandstone is at a depth of 14 inches. The depth to bedrock ranges from 10 to 20 inches from the mineral soil surface.

The permeability of the Valto soil is moderately rapid. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. Depth of hard bedrock ranges from 10 to 20 inches. The potential of shrink-swell is low.

**Rock outcrop**

Rock outcrop consists of hard sandstone dominantly from the Cutler Formation.

***Contrasting Inclusions***

Included in this map unit are about 15 percent deep and moderate deep soils with more than 35 percent rock fragments in the profile. These inclusions generally are on

toeslopes below rock escarpments. Also included are small areas of very shallow soils on ridges.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. Some *Populus tremuloides/Symphoricarpos oreophilus* occurs on higher elevations. The dominant native vegetation consists of ponderosa pine, Rocky Mountain Douglas-fir, Gambel oak, and common snowberry. Other common plants that characterize this unit are Arizona fescue, mountain brome, mountain muhly, prairie Junegrass, bluegrass, Parry's danthonia, elk sedge, Oregongrape, Saskatoon serviceberry, slender cinquefoil, and meadow-rue. A few quaking aspen occur at higher elevations. The average annual understory production of air-dry vegetation is about 750 pounds per acre on the Mavreeso soil, and about 500 pounds per acre on the Valto soil.

***Soil Management Implications***

This unit is used mostly for wildlife habitat and woodland. It is generally too steep and stony for logging.

A representative site index for this map unit for ponderosa pine is 65 on the Valto soil. It can produce about 50 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated moderate for this unit.

This unit is poorly suited to timber production. The main limitations to reforestation on this unit are the steep slopes, large stones, and depth to bedrock in the Valto soil. Large stones limit rooting space and soil moisture, and interfere with planting operations.

The main limitations to the building of unsurfaced roads on this unit are the slopes, the shallow depth to bedrock in the Valto soil, and exposed bedrock in the unit. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations in the Mavreeso soil is subject to rill and gully erosion and to sloughing.

Some of the less sloping areas are used for livestock grazing. Careful management is needed on this unit to prevent excessive grazing because it is difficult to revegetate, especially on the Valto soil. The slope limits access by livestock and results in overgrazing of the less sloping areas.

Wildlife such as elk, mule deer, bear, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include prevention of fire and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes, large stones, the depth to bedrock in the Valto soil, and the hazard of erosion on the unit. The slope limits the use of areas of this unit mainly to a few paths and trails, which should extend across the slope. Cuts and fills should be seeded or mulched.

The Mavreeso soil is in capability subclass 7e, nonirrigated. The Valto soil is in capability subclass 7s, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 375—Needleton-Snowdon complex, 5 to 15 percent slopes

### Map Unit Description

This map unit is a complex of very deep and shallow, well drained soils on structural benches and mountain slopes. The elevation is 10,000 to 11,500 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is

32 to 38 degrees F., and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 55 percent Needleton stony loam, 30 percent Snowdon loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

## Brief Soil Description

### Needleton stony loam

The Needleton soil is very deep. It formed in slope alluvium derived dominantly from rhyolite, limestone, and sandstone. Typically, the surface is covered with a mat of needles, twigs, and leaves about 2 inches thick. The surface layer is light reddish brown stony loam about 14 inches thick. The subsurface layer is reddish brown very cobbly sandy clay loam and light reddish brown very cobbly loam about 10 inches thick. The upper part of the subsoil is reddish brown very stony sandy clay loam about 22 inches thick; the lower part is reddish brown very cobbly clay loam extending to 62 inches or more.

The permeability of the Needleton soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

### Snowdon loam

The Snowdon soil is shallow. It formed in residuum or slope alluvium derived dominantly from rhyolite, sandstone, and limestone. Typically, the surface is covered with a mat of needles, twigs, and leaves about 2 inches thick. The surface layer is light reddish brown loam about 4 inches thick. The subsurface layer is pinkish gray very stony sandy loam about 7 inches thick. The subsoil is reddish brown extremely stony sandy clay loam about 7 inches thick. Hard bedrock is at a depth of 20 inches; however, the depth to bedrock ranges from 10 to 20 inches from the mineral soil surface.

The permeability of the Snowdon soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is low.

### *Contrasting Inclusions*

Included in this unit are about 5 percent Quazar extremely stony loam on alluvial fans; 5 percent Haviland loam on structural benches; and 5 percent Hourglass loam on structural benches. Quazar soils have dark colored surface layers. Haviland and Hourglass soils have less than 35 percent rock fragments in the subsoil.

### *Vegetation*

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, quaking aspen, and whortleberry. Other important plants that characterize this unit are Thurber's fescue, mountain brome, bluegrass, snowberry, sedge, smallflowered woodrush, spike trisetum, heartleaf arnica, and Richardson's geranium. The average annual understory production of air-dry vegetation is about 800 pounds per acre on the Needleton soil, and about 500 pounds per acre on the Snowdon soil.

### *Soil Management Implications*

This unit is used for timber production, wildlife habitat, and livestock grazing.

A representative site index for this map unit for Englemann's spruce is 84 on the Needleton soil. It can produce about 82 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the slope.

The main concerns in producing and harvesting timber are reforestation and road construction. Conventional harvesting methods can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitations to reforestation on this soil are the stones in the surface layer and the shallow depth to bedrock in the Snowdon soil. Large stones limit rooting space and soil moisture, and interfere with planting operations. The high content of rock fragments can make the planting of seedlings difficult. Planting nursery stock will hasten reforestation. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitations to the building of unsurfaced roads on this unit are the stones in the soil and the depth to bedrock in the Snowdon soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills. Road construction may be restricted in the areas of the shallow Snowdon soil. Careful planning of road systems will help avoid cuts in the shallow soils.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, bear, blue grouse, squirrels, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover.

If this map unit is used for recreational development, the main limitations are the stones in the surface of the Needleton soil, the depth to bedrock in the Snowdon soil, and slopes that are over 8 percent. Paths and trails can be developed.

This map unit is in capability subclass 7s, nonirrigated.

## 376—Needleton loam, 15 to 30 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 10,000 to 11,500 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Needleton loam**

The Needleton soil formed in slope alluvium derived dominantly from sandstone, limestone, and rhyolite. Typically, the surface is covered with a mat of needles, twigs, and partly decomposed material about 2 inches thick. The surface layer is light reddish brown loam about 14 inches thick. The subsurface layer is reddish brown very cobbly sandy clay loam and light reddish brown very cobbly loam about 10 inches thick. The upper part of the subsoil is reddish brown very stony sandy clay loam about 22 inches thick; the lower part is reddish brown very cobbly clay loam extending to 62 inches or more.

The permeability of the Needleton soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is medium. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Clayburn loam on the less sloping mountain slopes; 5 percent Haviland loam on mountain slopes; small areas of soil with more than 35 percent clay in the subsoil; and small areas of Snowdon soils on structural benches. Clayburn and Haviland soils have less than 35 percent rock fragments in the subsoil. Snowdon soils are shallow. Included soils make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, quaking aspen, and whortleberry. Other important plants that characterize this unit are Thurber's fescue, mountain brome, bluegrass, smallflowered woodrush, spike trisetum, sedge, heartleaf arnica, snowberry, and Richardson's geranium. The average annual understory production of air-dry vegetation is about 800 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, wildlife habitat, and recreation.

A representative site index for this map unit for Englemann's spruce is 84 on the Needleton soil. It can produce about 82 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the high content of rock fragments.

The main concerns in producing and harvesting timber are reforestation and preventing erosion along roads and other places where vegetation has been removed. Conventional harvesting methods can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. Planting nursery stock will hasten reforestation. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and some forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory vegetation.

Wildlife such as elk, mule deer, bear, coyote, blue grouse, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover.

If this map unit is used for recreational development, the main limitation is the slope, which is moderately suited to the development of paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 378—Needleton-Haviland complex, 30 to 60 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. The elevation is 9,000 to 11,500 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 65 percent Needleton loam, 25 percent Haviland loam, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Needleton loam**

The Needleton soil formed in colluvium and slope alluvium derived dominantly from red bed sandstone and shale, and from rhyolite. Typically, the surface is covered with a mat of needles, twigs, and leaves about 2 inches thick. The surface layer is light reddish brown loam about 14 inches thick. The subsurface layer is reddish brown very cobbly sandy clay loam and light reddish brown very cobbly loam about 10 inches thick. The upper part of the subsoil is reddish brown very stony sandy clay loam about 22 inches thick; the lower part is reddish brown very cobbly clay loam extending to 62 inches or more.

The permeability of the Needleton soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Haviland loam**

The Haviland soil formed in colluvium and slope alluvium derived dominantly from red bed sandstone and shale. Typically, the surface is covered with a mat of organic material about l inch thick. The surface layer is light brown loam about 5 inches thick. The subsurface layer is light reddish brown loam about 13 inches thick. The upper 14 inches of the subsoil are red clay loam; the lower part is reddish brown gravelly clay loam extending to 61 inches or more.

The permeability of the Haviland soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit are about 5 percent Snowdon loam, and small areas of Mollic Haplocryalfs and Typic Palecryalfs, all on mountain slopes. Snowdon soils are shallow. Mollic Haplocryalfs have a dark surface layer. In the Typic Palecryalfs the upper boundary of the subsoil is below two feet. Included soils make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, quaking aspen, and whortleberry *(Fig. 10)*. Other important plants that characterize this unit are Thurber's fescue, mountain brome, bluegrass, heartleaf arnica, Richardson's geranium, sedge, smallflowered woodrush, spike trisetum, and snowberry. The average annual understory production of air-dry vegetation is about 800 pounds per acre on the Needleton soil, and about 900 on the Haviland soil.



**Figure 10.—Needleton-Haviland complex, 30 to 60 percent slopes, is well suited to the production of Englemann's spruce and subalpine fir.**

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, and livestock grazing.

A representative site index for this map unit for Englemann's spruce is 84 on the Needleton soil. It can produce about 82 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated moderate for this unit.

The main concerns in producing and harvesting timber are reforestation and preventing erosion along roads and other areas where vegetation has been removed. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

Plant competition delays natural regeneration but does not prevent the eventual development of a fully stocked, normal stand of trees. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and some forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. The slope limits access by livestock and results in overgrazing of the less sloping areas.

Wildlife such as elk, mule deer, bear, squirrels, coyotes, blue grouse, hawks, and eagles utilize this unit. Management for wildlife should include protection from

overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover.

If this map unit is used for recreational development the main limitation is the slope, which limits use of the unit mainly to a few paths and trails, which should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 380—Snowdon-Rock outcrop, 10 to 30 percent slopes

### Map Unit Description

This map unit is a complex of shallow, well drained soils and Rock outcrop on mesas and mountain slopes. There are a few stones on the surface. The elevation is 10,000 to 11,500 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 50 percent Snowdon loam, 35 percent Rock outcrop, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Snowdon loam**

The Snowdon soil formed in residuum weathered from limestone. Typically, the surface is covered with a mat of needles, twigs, and leaves about 2 inches thick. The surface layer is light reddish brown loam about 4 inches thick. The subsurface layer is pinkish gray very cobbly sandy loam about 7 inches thick. The subsoil is reddish brown extremely cobbly sandy clay loam about 7 inches thick. Fractured limestone bedrock is at a depth of 20 inches; however, the depth to bedrock ranges from 10 to 20 inches from the mineral soil surface.

The permeability of the Snowdon soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Rock outcrop**

Rock outcrop consists of exposures of limestone and sandstone as cliffs, breaks, and escarpments.

***Contrasting Inclusions***

Included in this unit are about 5 percent Haviland loam on structural benches; 5 percent Needleton loam on mountain slopes; and 5 percent moderately deep Argicryolls in swales and on footslopes. Haviland and Needleton soils are very deep. Argicryolls have a dark surface layer.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, quaking aspen, and whortleberry. Other important plants that characterize this unit are Thurber's fescue, mountain brome, Richardson's geranium, bluegrass, sedge, smallflowered woodrush, and spike trisetum. The average annual understory production of air-dry vegetation is about 500 pounds per acre on the Snowdon soil.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, and limited livestock grazing.

A representative site index for this map unit for Englemann's spruce is 72 on the Snowdon soil. It can produce about 65 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 110 years old.

The mass movement potential is rated low for this unit because of the slope and bedrock.

The main concerns in producing and harvesting timber are reforestation and road construction due to the limited depth to bedrock and rock outcrops. Conventional harvesting methods can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitations to reforestation on this soil are the stones in the soil and the shallow depth to bedrock. Large stones limit rooting space and soil moisture, and interfere with planting operations. The high content of rock fragments can make the planting of seedlings difficult. Planting nursery stock will hasten reforestation. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

Road construction may be restricted on areas of the shallow Snowdon soil and on Rock outcrop. Careful planning of road systems will help avoid cuts in the shallow soils.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, bear, bighorn sheep, blue grouse, coyotes, and squirrels utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover.

If this map unit is used for recreational development, the main limitations are the slope, the shallow depth to bedrock, and rock outcrops. Paths and trails can be developed.

The Snowdon soil is in capability subclass 7s, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 381—Needleton-Snowdon-Rock outcrop complex, 30 to 80 percent slopes

### Map Unit Description

This map unit is a complex of very deep and shallow, well drained soils and Rock outcrop on mountain slopes and structural benches. The elevation is 9,000 to 11,500 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 75 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 45 percent Needleton stony loam, 30 percent Snowdon very stony loam, 15 percent Rock outcrop, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

**Brief Soil Description**

**Needleton stony loam**

The Needleton soil is very deep. It formed in slope alluvium and colluvium derived dominantly from rhyolite, limestone, and sandstone. Typically, the surface is covered with a mat of organic material about 2 inches thick. The surface layer is light reddish brown stony loam about 14 inches thick. The subsurface layer is reddish brown very cobbly sandy clay loam and light reddish brown very cobbly loam about 10 inches thick. The upper part of the subsoil is reddish brown very stony sandy clay loam about 22 inches thick; the lower part is reddish brown very cobbly clay loam extending to 62 inches or more.

The permeability of the Needleton soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Snowdon very stony loam**

The Snowdon soil is shallow. It formed in residuum and slope alluvium derived dominantly from rhyolite, sandstone, and limestone. Typically, the surface is covered with a mat of needles, twigs, and leaves about 2 inches thick. The surface layer is light reddish brown very stony loam about 4 inches thick. The subsurface layer is pinkish gray very stony sandy loam about 7 inches thick. The subsoil is reddish brown extremely stony sandy clay loam about 7 inches thick. Hard bedrock is at a depth of 20 inches; however, the depth to bedrock ranges from 10 to 20 inches from the mineral soil surface.

The permeability of the Snowdon soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Rock outcrop**

Rock outcrop consists of exposures of limestone and sandstone bedrock usually as cliffs and ledges and as bare rock on structural benches. Cliffs range from a few feet to about 100 feet in height.

***Contrasting Inclusions***

Included in this unit are about 5 percent Horsethief extremely stony loam on mountain slopes and 5 percent Haviland loam on structural benches. The upper boundary of the subsoil in the Horsethief soil is below two feet. The Haviland soil has less than 35 percent rock fragments in the subsoil.

***Vegetation***

The dominant plant associations are *Abies lasiocarpa-Picea engelmannii/ Vaccinium myrtillus*, *Abies lasiocarpa-Picea engelmannii/Carex geyeri*, and *Populus tremuloides/Symphoricarpos oreophilus*. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, and quaking aspen. Other important plants that characterize this unit are whortleberry, snowberry, mountain brome, Thurber's fescue, bluegrass, Richardson's geranium, heartleaf arnica, spike trisetum, sedge, and small flowered woodrush. The average annual understory production of air-dry vegetation is about 800 pounds per acre on the Needleton soil, and about 500 pounds per acre on the Snowdon soil.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, limited livestock grazing, and recreation.

A representative site index for this map unit for Englemann's spruce is 84 on the Needleton soil. It can produce about 82 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated moderate for this unit.

The main concerns in producing and harvesting timber are reforestation, road construction and the prevention of erosion along roads and other areas where vegetative cover has been removed. Minimizing the risk of erosion is essential in harvesting timber.

The main limitations to reforestation on this soil are the stones in the surface layer, the shallow depth to bedrock in the Snowdon soil, and rock outcrops in the unit. Large stones limit rooting space and soil moisture, and interfere with planting operations. Planting nursery stock will hasten reforestation. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine. Quaking aspen will usually regenerate from roots after harvest.

Road construction is difficult on much of this unit due to Rock outcrop, rock ledges, shallow soils and steep slopes. Road layout should be carefully planned to avoid these difficult areas. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. The steepness of the slope and rock ledges limit access by livestock and result in overgrazing of the less sloping and more accessible areas.

Wildlife such as elk, mule deer, bear, coyotes, bighorn sheep, hawks, eagles, and blue grouse utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover.

If this map unit is used for recreational development, the main limitations are the steep slopes, stones, Rock outcrop, and the depth to bedrock in the Snowdon soil. The slopes limit use of the unit mainly to a few paths and trails, which should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Needleton soil is in capability subclass 7e, nonirrigated. The Snowdon soil is in capability subclass 7s, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 382—Needleton-Snowdon complex, 15 to 30 percent slopes

### Map Unit Description

This map unit is a complex of very deep and shallow, well drained soils on structural benches and mountain slopes. The elevation is 9,000 to 11,500 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 75 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 50 percent Needleton stony loam, 30 percent Snowdon very stony loam, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Needleton stony loam**

The Needleton soil is very deep. It formed in slope alluvium derived dominantly from sandstone, limestone, and rhyolite. Typically, the surface is covered with a mat of organic material about 2 inches thick. The surface layer is light reddish brown stony loam about 14 inches thick. The subsurface layer is reddish brown very cobbly sandy clay loam and light reddish brown very cobbly loam about 10 inches thick. The upper part of the subsoil is reddish brown very stony sandy clay loam about 22 inches thick; the lower part is reddish brown very cobbly clay loam extending to 62 inches or more.

The permeability of the Needleton soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Snowdon very stony loam**

The Snowdon soil is shallow. It formed in residuum and slope alluvium derived dominantly from sandstone, limestone, and rhyolite. Typically, the surface is covered with a mat of needles, twigs, and leaves about 2 inches thick. The surface layer is light reddish brown very stony loam about 4 inches thick. The subsurface layer is pinkish gray very stony sandy loam about 7 inches thick. The subsoil is reddish brown extremely stony sandy clay loam about 7 inches thick. Hard bedrock is at a depth of 20 inches; however, the depth to bedrock ranges from 10 to 20 inches from the mineral soil surface.

The permeability of the Snowdon soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Haviland soils on mountain slopes; 5 percent Rock outcrop; 5 percent Wander stony loam on mountain slopes; and small areas of Scotch loam and Graysill loam, both on structural benches. Inclusions make up about 20 percent of the map unit. Haviland and Graysill soils have less than 35 percent rock fragments in the subsoil. Wander soils have dark colored surface layers. Scotch soils are shallow and have less than 35 percent rock fragments.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, quaking aspen, and whortleberry. Other important plants that characterize this unit are snowberry, Thurber's fescue, mountain brome, bluegrass, heartleaf arnica, Richardson's geranium, smallflowered woodrush, spike trisetum, and sedge. The average annual understory production of air-dry vegetation is about 800 pounds per acre on the Needleton soil, and about 500 pounds per acre on the Snowdon soil.

***Soil Management Implications***

This unit is used timber production, wildlife habitat, livestock grazing, and recreation.

A representative site index for this map unit for subalpine fir is 80 on the Needleton soil. It can produce about 76 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the high content of rock fragments and the bedrock.

The main concerns in producing and harvesting timber are reforestation and prevention of erosion along roads and other places where vegetative cover has been

removed. Conventional harvesting methods can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitations to reforestation on this soil are the stones in the surface layer and the shallow depth to bedrock in the Snowdon soil. Large stones limit rooting space and soil moisture, and interfere with planting operations. The high content of rock fragments can make the planting of seedlings difficult. Planting nursery stock will hasten reforestation. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine. Quaking Aspen will usually regenerate from roots after harvest.

The main limitations for building unsurfaced roads on this unit are the stones in the soil and the shallow depth to bedrock in the Snowdon soil. Careful planning of road systems will help avoid cuts in the shallow soils. Proper design of road drainage systems and care in the placement of culverts help to control erosion.

Logged areas and many forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, bear, blue grouse, coyotes, hawks, eagles, and squirrels utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover.

If this map unit is used for recreational development, the main limitations are the slope, the depth to bedrock in the Snowdon soil, and stones. The slope limits the unit mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7s, nonirrigated.

## 383—Haviland-Needleton complex, 10 to 30 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. The elevation is 8,500 to 11,500 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 50 percent Haviland loam, 35 percent Needleton stony loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Haviland loam**

The Haviland soil formed in slope alluvium derived dominantly from red bed sandstone and shale. Typically, the surface is covered with a mat of organic material about l inch thick. The surface layer is light brown loam about 5 inches thick. The subsurface layer is light reddish brown loam about 13 inches thick. The upper 14 inches of the subsoil are red clay loam; the lower part consists of reddish brown gravelly clay loam extending to 61 inches or more.

The permeability of the Haviland soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or

more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

**Needleton stony loam**

The Needleton soil formed in slope alluvium derived dominantly from red bed sandstone and shale and from rhyolite. Typically, the surface is covered with a mat of organic material about 2 inches thick. The surface layer is light reddish brown stony loam about 14 inches thick. The subsurface layer is reddish brown very cobbly sandy clay loam and light reddish brown very cobbly loam about 10 inches thick. The upper part of the subsoil is reddish brown very stony sandy clay loam about 22 inches thick; the lower part is reddish brown very cobbly clay loam extending to 62 inches or more.

The permeability of the Needleton soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Graysill loam on structural benches; 5 percent Snowdon extremely stony loam on mountain slopes; small areas of Scotch loam on structural benches; and small areas that are wet from poor drainage in swales. Graysill soils are moderately deep. Snowdon and Scotch soils are shallow. Inclusions make up about 15 percent of the map unit.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit is mainly Englemann's spruce, subalpine fir, quaking aspen, and whortleberry. Other important plants that characterize this unit are mountain brome, Thurber's fescue, bluegrass, Richardson's geranium, heartleaf arnica, smallflowered woodrush, spike trisetum, sedge, and snowberry. The average annual understory production of air-dry vegetation is about 900 pounds per acre on the Haviland soil, and about 800 pounds per acre on the Needleton soil.

***Soil Management Implications***

This unit is used mainly for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for Englemann's spruce is 90 on the Haviland soil. It can produce about 91 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 90 years old.

The mass movement potential is rated low for this unit because of the slope.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed. Conventional harvesting methods can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitation to reforestation on this unit is the content of stones in the Needleton soil. Large stones limit rooting space and soil moisture, and interfere with planting operations. The high content of rock fragments can make the planting of seedlings difficult. Plant competition delays natural regeneration but does not prevent the eventual development of a fully stocked, normal stand of trees. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Many areas of this unit are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, squirrels, coyotes, bear, hawks, eagles, and blue grouse utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover.

If this map unit is used for recreational development, the main limitation is the slope, which limits development of the unit mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Haviland soil is in capability subclass 6e, nonirrigated. The Needleton soil is in capability subclass 7s, nonirrigated.

## 386—Needleton stony loam, 60 to 90 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 8,800 to 11,500 feet. The surface of this unit is covered with 1 to 3 percent stones. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 38 degrees F., and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Needleton stony loam**

The Needleton soil formed in slope alluvium and colluvium derived dominantly from sandstone and rhyolite. Typically, the surface is covered with a mat of needles, twigs, and partly decomposed material about 2 inches thick. The surface layer is light reddish brown stony loam about 14 inches thick. The subsurface layer is reddish brown very cobbly sandy clay loam and light reddish brown very cobbly loam about 10 inches thick. The upper part of the subsoil is reddish brown very stony sandy clay loam about 22 inches thick; the lower part is reddish brown very cobbly clay loam extending to 62 inches or more.

The permeability of the Needleton soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Snowdon extremely stony loam, 10 percent Nordicol very stony sandy loam, and 5 percent Horsethief soils, all on mountain slopes; and 5 percent Rubble land. Snowdon soils are shallow. Nordicol soils have dark colored surface layers. Horsethief soils have the top of the subsoil below 24 inches. Included soils make up about 30 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Juniperus communis*. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, Rocky Mountain Douglas-fir, and common juniper. Other important plants that characterize this unit are mountain brome, bluegrass, Richardson's geranium, heartleaf arnica, sedge, whortleberry, spike trisetum, and kinnikinnick. The

average annual understory production of air-dry vegetation is about 800 pounds per acre.

***Soil Management Implications***

This unit is used for woodland, wildlife habitat, and limited livestock grazing on the lower slopes.

A representative site index for this map unit for Englemann's spruce is 84 on the Needleton soil. It can produce about 82 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated high for this unit because of the very steep slopes.

This map unit is generally too steep for commercial timber production although some windfall areas have been logged. The main concerns in producing and harvesting timber are reforestation, road construction, and preventing water erosion along roads and other areas where vegetation has been removed. The steepness of slope limits the kinds of equipment that can be used in forest management. Careful consideration of road systems and harvesting methods should be made to minimize erosion. Minimizing the risk of erosion is essential in all timber management practices.

The main limitation to the building of unsurfaced roads on this unit is the very steep slopes.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. The slope limits access by livestock and results in overgrazing of the less sloping areas. Mechanical treatment practices are not practical, because the surface is stony and the slopes are steep.

Wildlife such as elk, mule deer, bear, coyote, blue grouse, squirrels, and rabbits utilize this unit. Management for wildlife should include prevention of fire and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover.

This map unit is poorly suited to recreational development. The main limitations are the very steep slopes and the content of stones.

This map unit is in capability subclass 7e, nonirrigated.

## 387—Frisco-Quazar complex, 30 to 60 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. The elevation is 9,000 to 11,000 feet. The average annual precipitation is 30 to 40 inches, the average annual air temperature is 32 to 38 degrees F., and the average frost-free period is 40 to 65 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 50 percent Frisco stony loam, 40 percent Quazar very cobbly loam, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Frisco stony loam**

The Frisco soil formed in slope alluvium and colluvium derived dominantly from rhyolite and tuff. Typically, the surface is covered with a mat of needles, twigs, and partly decomposed organic material about 2 inches thick. The surface layer is brown stony loam about 3 inches thick. The subsurface layer is light brown stony loam about

6 inches thick. The next layer is brown cobbly loam about 8 inches thick. The upper part of the subsoil is brown extremely stony sandy clay loam about 29 inches thick; the lower part is brown extremely stony loam extending to 62 inches or more.

The permeability of the Frisco soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Quazar very cobbly loam**

The Quazar soil formed in slope alluvium and colluvium derived dominantly from rhyolite and tuff. Typically, the surface layer is dark grayish brown very cobbly loam about 12 inches thick. The subsoil is light brown extremely gravelly clay loam about 14 inches thick. The substratum is brown extremely gravelly clay loam to a depth of 60 inches or more.

The permeability of the Quazar soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 4 percent Horsethief stony loam and 5 percent Snowdon very stony fine sandy loam, both on mountain slopes; and small areas of Rock outcrop on breaks. The upper boundary of the subsoil in the Horsethief soil is deeper than two feet. Snowdon soils are shallow over bedrock. Included soils make up about 10 percent of the total acreage; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. Areas that are not wooded have *Festuca thurberi/Vicia americana-Lathyrus leucanthus*. Some *Populus tremuloides/Symphoricarpos oreophilus/Carex geyeri* may also occur on south slopes. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, quaking aspen, and Rocky Mountain Douglas-fir. Other important plants that characterize this unit are whortleberry, Thurber's fescue, mountain brome, bluegrass, needlegrass, snowberry, American vetch, elk sedge, Nevada pea, and meadow-rue. The average annual understory production of air-dry vegetation is about 700 pounds per acre on the Frisco soil. The average annual production of air-dry vegetation is about 2,400 pounds per acre on the Quazar soil.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for Englemann's spruce is 80 on the Frisco soil. It can produce about 76 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated moderate for this unit.

The main concerns in producing and harvesting timber are reforestation, slope and road construction in the stony soils. Conventional harvesting methods generally are limited to slopes of less than 40 percent. The steepness of the slope limits the kinds of equipment that can be used in forest management. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitations to reforestation on this unit are the steep slopes and the rock content of the soils. Large stones limit rooting space and soil moisture, and interfere with planting operations. Plant competition delays natural regeneration but does not prevent the eventual development of a fully stocked, normal stand of trees. Planting nursery stock will hasten reforestation. Hand planting is usually necessary. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and

lodgepole pine. Other trees suited to this unit are Rocky Mountain Douglas-fir and quaking aspen.

The main limitations to the building of unsurfaced roads on this unit are the steep slopes and the content of stones. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and some forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Stock water development and fencing will help to improve livestock distribution and the growth of understory grasses. The slope limits access by livestock and results in overgrazing of the less sloping areas.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the content of stones and the steep slopes. The slopes limit use of the unit mainly to a few paths and trails, which should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 388—Frisco-Quazar complex, 15 to 30 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. The elevation is 10,000 to 11,000 feet. The average annual precipitation is 25 to 40 inches, the average annual air temperature is 32 to 38 degrees F., and the average frost-free period is 40 to 65 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 50 percent Frisco cobbly loam, 45 percent Quazar very cobbly loam, and 5 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Frisco cobbly loam**

The Frisco soil formed in slope alluvium derived dominantly from rhyolite and tuff. Typically, the surface is covered with a mat of needles, twigs, and partly decomposed organic material about 2 inches thick. The surface layer is brown cobbly loam about 3 inches thick. The subsurface layer is light brown cobbly loam about 6 inches thick. The next layer is brown cobbly loam about 8 inches thick. The upper part of the subsoil is brown extremely stony sandy clay loam about 29 inches thick; the lower part is brown extremely stony loam extending to 62 inches or more.

The permeability of the Frisco soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Quazar very cobbly loam**

The Quazar soil formed in slope alluvium derived dominantly from rhyolite and tuff. Typically, the surface layer is dark grayish brown very cobbly loam about 12 inches thick. The subsoil is light brown extremely gravelly clay loam about 14 inches thick.

The substratum is brown extremely gravelly clay loam to a depth of 60 inches or more.

The permeability of the Quazar soil is high. The available water capacity is slight. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 3 percent Hourglass loam on toeslope, and 2 percent Scout very cobbly loam on mountain slopes. Hourglass soils have less than 35 percent rock fragments in the subsoil. Scout soils lack argillic horizons.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. Areas that are not wooded have *Festuca thurberi/Vicia americana-Lathyrus leucanthus*. Some *Populus tremuloides/Symphoricarpos oreophilus/Carex geyeri* may also occur on south slopes. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, and quaking aspen. Other important plants that characterize this unit are whortleberry, snowberry, Thurber's fescue, mountain brome, bluegrass, needlegrass, American vetch, gooseberry currant, heartleaf arnica, meadow-rue, and sedge. The average annual understory production of air-dry vegetation is about 700 pounds per acre on the Frisco soil. The average annual production of air-dry vegetation is about 2,400 pounds per acre on the Quazar soil.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for Englemann's spruce is 80 for the Frisco soil. It can produce about 76 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the slope and the high content of rock fragments.

The main concerns in producing and harvesting timber are reforestation and road construction in the stony soils. Conventional harvesting methods can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitation to reforestation on this unit is the high rock content of the soils. Large stones limit rooting space and soil moisture, and interfere with planting operations. Planting nursery stock will hasten reforestation. Hand planting is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine. Other trees suited to this unit are Rocky Mountain Douglas-fir and quaking aspen. Grazing in harvested areas should be deferred for at least 2 years to allow development of sufficient plant cover to protect the soil from erosion.

The main limitations for building unsurfaced roads on this unit are the stones and cobbles in the soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and some forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of vegetation for grazing.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the slopes and the content of stones. It is moderately suited to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7s, nonirrigated.

## 389—Seitz gravelly loam, 10 to 60 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 10,000 to 11,000 feet. The average annual precipitation is 25 to 30 inches, the average annual air temperature is 35 to 40 degrees F., and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not to affect the use or management of the unit. These include Frisco cobbly loam. These similar soils make up about 15 percent of the total acreage; the percentage varies from one area to another.

#### Brief Soil Description

**Seitz gravelly loam**

The Seitz soil formed in slope alluvium derived dominantly from volcanic rocks. Typically, the surface is covered with a mat of needles, twigs, and partly decomposed organic material about 2 inches thick. The surface layer is brown gravelly loam about 2 inches thick. The subsurface layer is pale brown very stony loam about 7 inches thick. The next layer is brown very stony clay loam and pale brown very stony loam about 7 inches thick. The subsoil is brown extremely stony clay about 24 inches thick. The substratum is brown extremely stony clay loam to a depth of 62 inches or more. The included Frisco soils have less than 35 percent clay in the subsoil.

The permeability of the Seitz soil is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of Englemann's spruce and subalpine fir. Other important plants that characterize this unit are whortleberry, mountain brome, slender wheatgrass, heartleaf arnica, gooseberry currant, common juniper, smallflowered woodrush, Richardson's geranium, and sedge. The average annual understory production of air-dry vegetation is about 350 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for Englemann's spruce is 66 for the Seitz soil. It can produce about 57 cubic feet of merchantable timber per acre from a fully stocked stand of even-aged trees 120 years old.

The mass movement potential is rated low for this unit because of the slope and the high content of rock fragments.

The main concerns in producing and harvesting timber are reforestation and stones in the soil. Conventional methods of harvesting timber can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The high content of rock fragments can make the planting of seedlings difficult. After harvest, reforestation must be carefully managed to reduce competition from

undesirable understory plants. Planting nursery stock will hasten reforestation. Hand planting is usually necessary. Among the trees that are suitable for planting are Englemann's spruce and subalpine fir.

The main limitation to building unsurfaced roads on this unit is the content of stones in the soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and some forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quantity and quality of native vegetation. Stock water development and fencing will help to improve livestock distribution and the growth of understory grasses.

If this map unit is used for recreational development, the main limitations are the slope and the gravelly surface layers. The slope limits development of most areas of this unit to paths and trails that should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded and mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 390—Clayburn-Heisspitz complex, 30 to 60 percent slopes

### Map Unit Description

This map unit is a complex of very deep and shallow, well drained soils on mountain slopes. The elevation is 9,500 to 11,000 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 40 percent Clayburn loam, 30 percent Heisspitz loam, and 30 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Clayburn loam**

The Clayburn soil is very deep. It formed in slope alluvium derived dominantly from sandstone and shale. Typically, the surface layer is grayish brown and dark grayish brown loam about 13 inches thick. The upper 5 inches of the subsoil are brown clay loam. The middle part is brown clay loam about 18 inches thick. The lower 12 inches are light brown sandy clay loam. The substratum is light brown sandy clay loam to a depth of 60 inches or more.

The permeability of the Clayburn soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Heisspitz loam**

The Heisspitz soil is shallow. It formed in colluvium derived dominantly from limestone and sandstone. Typically, the surface layer is brown loam about 9 inches thick, and the next layer is brown loam about 5 inches thick. Fractured limestone bedrock is at a depth of 14 inches; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Heisspitz soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 15 percent Runlett loam on structural benches; 10 percent Rock outcrop on breaks; and 5 percent Needleton loam on mountain slopes. Runlett soils are moderately deep over limestone or sandstone. Needleton soils have more than 35 percent rock fragments in the profile.

***Vegetation***

The dominant plant association on this unit is *Festuca thurberi/Vicia americana-Lathyrus leucanthus*. Some *Populus tremuloides/Symphoricarpos oreophilus* also occurs in quaking aspen groves. The native vegetation on this unit consists mainly of Thurber's fescue, Letterman's needlegrass, mountain brome, bluegrass, and nodding brome. Other important plants that characterize this unit are American vetch, Parry's danthonia, and slender wheatgrass. Snowberry and quaking aspen occurs in groves. The average annual production of air-dry vegetation is about 2,800 pounds per acre on the Clayburn soil and about 2,500 pounds on the Heisspitz soil.

***Soil Management Implications***

This unit is used for livestock grazing, wildlife habitat, and recreation.

The mass movement potential is rated moderate for this unit.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of rangeland vegetation. The slope limits access by livestock and results in overgrazing of the less sloping areas.

Wildlife such as elk, mule deer, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes in the unit and the depth to bedrock in the Heisspitz soil. The slopes limit use of the unit mainly to a few paths and trails, which should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 391—Runlett-Sessions complex, 5 to 30 percent slopes

### Map Unit Description

This map unit is a complex of moderately deep, and very deep, well drained soils on mesas, mountain slopes and structural benches. The elevation is 9,500 to 11,000 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 50 percent Runlett loam, 30 percent Sessions loam, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Runlett loam**

The Runlett soil is moderately deep. It formed in slope alluvium and residuum derived dominantly from limestone, sandstone, and shale. Typically, the surface layer is grayish brown loam about 14 inches thick. The next layer is brown loam about 5 inches thick. The subsoil is brown heavy clay loam and clay about 8 inches thick.

Weathered bedrock is at a depth of 27 inches; however, the depth to weathered bedrock ranges from 20 to 40 inches.

The permeability of the Runlett soil is slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 20 to 40 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

**Sessions loam**

The Sessions soil is very deep. It formed in slope alluvium derived dominantly from sandstone and limestone. Typically, the surface layer is dark grayish brown and grayish brown loam about 11 inches thick. The upper part of the subsoil is brown clay loam about 8 inches thick. The next part is brown clay about 15 inches thick. The lower part of the subsoil is light reddish brown clay about 14 inches thick. The substratum is light reddish brown gravelly clay loam extending to 60 inches or more.

The permeability of the Sessions soil is slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 or more inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included is about 10 percent Heisspitz loam on edges of breaks, 5 percent Snowdon very cobbly loam on mountain slopes, and 5 percent Rock outcrop. Heisspitz soils are shallow. Snowdon soils are shallow and have more than 35 percent rock fragments in the profile.

***Vegetation***

The dominant plant association on this unit is *Festuca thurberi/Vicia americana-Lathyrus leucanthus*. The native vegetation on this unit consists mainly of Thurber's fescue, Letterman's needlegrass, Kentucky bluegrass, mountain brome, and nodding brome. Other important plants that characterize this unit are American vetch, Parry's danthonia, slender wheatgrass, elk sedge, slender cinquefoil, Richardson's geranium, and whitestem gooseberry. The average annual production of air-dry vegetation is about 2,500 pounds per acre on the Runlett soil, and about 2,800 pounds per acre on the Sessions soil.

***Soil Management Implications***

This unit is used for livestock grazing, wildlife habitat, and recreation.

The mass movement potential is rated low for this unit because of the slope.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of rangeland vegetation. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure.

Wildlife such as elk, mule deer, bear, hawks, and eagles utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are slopes that are over 8 percent and the slow permeability. The slopes limit development of most areas to paths and trails. Drainage should be provided for paths and trails.

This map unit is in capability subclass 6e, nonirrigated.

## 392—Runlett-Needleton-Sessions complex, 15 to 45 percent slopes

### Map Unit Description

This map unit is a complex of moderately deep, and very deep, well drained soils on mountain slopes and mesas. The elevation is 10,000 to 11,000 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 30 percent Runlett loam, 30 percent Needleton loam, 20 percent Sessions loam, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Runlett loam**

The Runlett soil is moderately deep. It formed in slope alluvium and residuum derived dominantly from limestone, sandstone, and shale. Typically, the surface layer is grayish brown loam about 14 inches thick. The next layer is brown loam about 5 inches thick. The subsoil is brown heavy clay loam and clay about 8 inches thick. Weathered bedrock is at a depth of 27 inches; however, the depth to weathered bedrock generally ranges from 20 to 40 inches.

The permeability of the Runlett soil is slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 20 to 40 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is high.

**Needleton loam**

The Needleton soil is very deep. It formed in colluvium and slope alluvium derived dominantly from limestone and sandstone. Typically, the surface is covered with a mat of organic material about 2 inches thick. The surface layer consists of light reddish brown loam about 14 inches thick. The subsurface layer is reddish brown very cobbly sandy clay loam and light reddish brown very cobbly loam about 10 inches thick. The upper part of the subsoil is reddish brown very stony sandy clay loam about 22 inches thick; the lower part is reddish brown very cobbly clay loam extending to 62 inches or more.

The permeability of the Needleton soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Sessions loam**

The Sessions soil is very deep. It formed in slope alluvium derived dominantly from sandstone and limestone. Typically, the surface layer is dark grayish brown and grayish brown loam about 11 inches thick. The upper part of the subsoil is brown clay loam about 8 inches thick. The next part is brown clay about 15 inches thick. The lower part of the subsoil is light reddish brown clay about 14 inches thick. The substratum is light reddish brown gravelly clay loam extending to 60 inches or more.

The permeability of the Sessions soil is slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 or more inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this map unit are about 10 percent Heisspitz loam on edges of slope breaks and 10 percent Tamarron loam on mountain slopes. Heisspitz soils are

shallow. Tamarron soils are moderately deep and have more than 35 percent rock fragments in the profile.

***Vegetation***

The dominant plant association is *Festuca thurberi/Vicia americana-Lathyrus leucanthus*. *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus* occurs in wooded areas. The native vegetation on this unit consists mainly of Thurber's fescue, Letterman's needlegrass, Kentucky bluegrass, mountain brome, and nodding brome. Other important plants that characterize this unit are Parry's danthonia, American vetch, heartleaf arnica, and slender wheatgrass. Subalpine fir, Englemann's spruce, quaking aspen, snowberry, and whortleberry occur in patches and are mainly on the Needleton soil. The average annual production of air-dry vegetation is about 2,500 pounds per acre on the Runlet soil, and about 2,800 pounds per acre on the Sessions soil. The average annual understory production of air-dry vegetation is about 800 pounds per acre on the Needleton soil.

***Soil Management Implications***

This unit is used for livestock grazing, wildlife habitat, and recreation.

The mass movement potential is rated low for this unit.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of rangeland and understory vegetation. More uniform use of rangeland is aided by properly locating salt and by herding.

Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure.

Wildlife such as elk, mule deer, bear, coyotes, hawks, eagles, and blue grouse utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation and nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the slope and the slow permeability. The slope limits the areas mainly to paths and trails that should extend across the slope. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 393—Heisspitz-Sessions-Rock outcrop complex, 5 to 15 percent slopes

### Map Unit Description

This map unit is a complex of shallow and very deep, well drained soils and Rock outcrop on mountain slopes and structural benches. The elevation is 9,000 to 11,000 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 50 percent Heisspitz loam, 25 percent Sessions loam, 20 percent Rock outcrop, and 5 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Heisspitz loam**

The Heisspitz soil is shallow. It formed in colluvium derived dominantly from limestone and sandstone. Typically, the surface layer is brown loam about 9 inches thick. The next layer is brown loam about 5 inches thick. Fractured limestone bedrock

is at a depth of about 14 inches; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Heisspitz soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Sessions loam**

The Sessions soil is very deep. It formed in slope alluvium derived dominantly from sandstone and limestone. Typically, the surface layer is dark grayish brown and grayish brown loam about 11 inches thick. The upper part of the subsoil is brown clay loam about 8 inches thick. The next part is brown clay about 15 inches thick. The lower part of the subsoil is light reddish brown clay about 14 inches thick. The substratum is light reddish brown gravelly clay loam extending to 60 inches or more.

The permeability of the Sessions soil is slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

**Rock outcrop**

Rock outcrop consists of exposures of limestone and sandstone bedrock, usually as ledges and as bare rock on structural benches and mountain slopes.

***Contrasting Inclusions***

Included in this map unit is about 5 percent Runlett loam on structural benches. Runlett soils are moderately deep over limestone or sandstone.

***Vegetation***

The dominant plant association on this unit is *Festuca thurberi/Vicia americana-Lathyrus leucanthus*. The native vegetation on this unit consists mainly of Thurber's fescue, Letterman's needlegrass, Kentucky bluegrass, mountain brome, and nodding brome. Other important plants that characterize this unit are Parry's danthonia, American vetch, slender wheatgrass, elk sedge, slender cinquefoil, Richardson's geranium, and scattered quaking aspen. The average annual production of air-dry vegetation is about 2,500 pounds per acre on the Heisspitz soil and about 2,800 pounds per acre on the Sessions soil.

This unit is used for livestock grazing, wildlife habitat, and recreation.

The mass movement potential is rated low for this unit because of the slope.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of rangeland vegetation. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure.

Wildlife such as elk, mule deer, coyotes, hawks, and eagles utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the depth to bedrock of the Heisspitz soil, the rock outcrops, and slopes that are over 8 percent. Paths and trails can be developed.

The Heisspitz soil is in capability subclass 6s, nonirrigated. The Sessions soil is in capability subclass 6c, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

# 394—Clayburn-Heisspitz complex, 15 to 30 percent slopes

## Map Unit Description

This map unit is a complex of very deep and shallow, well drained soils on mountain slopes. The elevation is 9,000 to 10,500 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 38 degrees F., and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 55 percent Clayburn loam, 30 percent Heisspitz loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

## Brief Soil Description

### Clayburn loam

The Clayburn soil is very deep. It formed in slope alluvium derived dominantly from sandstone and shale. Typically, the surface layer is grayish brown and dark grayish brown loam about 13 inches thick. The upper 5 inches of the subsoil are brown light clay loam. The middle part is brown clay loam about 18 inches thick. The lower 12 inches are light brown sandy clay loam. The substratum is light brown sandy clay loam to a depth of 60 inches or more.

The permeability of the Clayburn soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

### Heisspitz loam

The Heisspitz soil is shallow. It formed in colluvium derived dominantly from limestone and sandstone. The surface layer is brown loam about 9 inches thick. The underlying material is brown loam to a depth of 14 inches. Fractured limestone bedrock is at a depth of 14 inches; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Heisspitz soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

### *Contrasting Inclusions*

Included in this unit are about 10 percent Hourglass loam on mountain slopes; 4 percent Runlett loam on structural benches; and small areas of Needleton loam on mountain slopes. Hourglass soils have dark surface layers less than 16 inches thick. Runlett soils are moderately deep over limestone or sandstone. Needleton soils have more than 35 percent rock fragments in the profile. Included soils make up about 15 percent of the total acreage; the percentage varies from one area to another.

### *Vegetation*

The dominant plant association is *Festuca thurberi/Vicia americana-Lathyrus leucanthus*. Some *Populus tremuloides/Symphoricarpos oreophilus* also occurs in quaking aspen groves. The native vegetation on this unit consists mainly of Thurber's fescue, Letterman needlegrass, mountain brome, and nodding brome. Other important plants that characterize this unit are bluegrass, Parry's danthonia, slender wheatgrass, slender cinquefoil, and American vetch. Snowberry and quaking aspen occur in groves. The average annual production of air-dry vegetation is about 2,800 pounds per acre on the Clayburn soil and about 2,500 pounds per acre on the Heisspitz soil.

***Soil Management Implications***

This unit is used for livestock grazing, wildlife habitat, and recreation.

The mass movement potential is rated low for this unit.

The main limitations to the building of unsurfaced roads on this unit are the depth to bedrock and the low strength. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing.

This unit is well suited to range production. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of rangeland vegetation.

Wildlife such as elk, mule deer, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the depth to bedrock of the Heisspitz soil and the slopes on the unit. It is limited mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

# 395—Scout silt loam, 10 to 30 percent slopes

## Map Unit Description

This very deep, well drained soil is on mountain slopes and mesas. The elevation is 9,600 to 11,600 feet. The average annual precipitation is 35 to 45 inches. The average annual air temperature is 32 to 38 degrees F., and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

## Brief Soil Description

**Scout silt loam**

The Scout soil formed in slope alluvium and colluvium derived from rhyolite. Typically the surface is covered with a mat of needles and twigs about 1 inch thick. The surface layer is brown silt loam about 1 inch thick. The subsurface layer is light brown very cobbly silt loam about 7 inches thick. The subsoil is brown very cobbly loam about 8 inches thick. The substratum is brownish yellow very cobbly loam to a depth of 61 inches or more.

The permeability of the Scout soil is moderately rapid. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is low, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Frisco loam, small areas of Cryorthents with a cobbly loam surface, and small areas of Rock outcrop, all on mountain slopes. Frisco soils have more clay in the subsoil than the Scout soils. Cryorthents do not have subsoil horizons. Included soils make up about 15 percent of the total acreage; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists of Englemann's spruce,

subalpine fir, whortleberry, mountain brome, sedge, heartleaf arnica, Richardson's geranium, and wheatgrass. The average annual understory production of air-dry vegetation is about 900 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for Englemann's spruce is 72 on the Scout soil. It can produce about 65 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 110 years old.

The mass movement potential is rated low for this unit because of the slope and the high content of rock fragments.

The main concerns in producing and harvesting timber are reforestation and road construction in the stony soils. Conventional harvesting methods can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

This unit is well suited to Englemann's spruce. The main limitation to reforestation is the content of stones. Large stones limit rooting space and soil moisture, and interfere with the planting operations. The high content of rock fragments can make planting of seedlings difficult. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and Lodgepole pine.

The main limitations for building unsurfaced roads on this unit are the stones and cobbles in the soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and many forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of vegetation for grazing.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitation is the slope, which limits use of the unit mainly to paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7s, nonirrigated.

## 396—Scout silt loam, 30 to 60 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 9,600 to 11,600 feet. The average annual precipitation is 35 to 45 inches. The average annual air temperature is 32 to 38 degrees F., and the average frost free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Scout silt loam**

The Scout soil formed in slope alluvium and colluvium derived from rhyolite. Typically the surface is covered with a mat of needles and twigs about 1 inch thick. The surface layer is brown silt loam about 1 inch thick. The subsurface layer is light

brown very cobbly silt loam about 7 inches thick. The subsoil is brown very cobbly loam about 8 inches thick. The substratum is brownish yellow very cobbly loam to a depth of 61 inches or more.

The permeability of the Scout soil is moderately rapid. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Frisco loam on mountain slopes; 5 percent Cryorthents on the steeper slopes; 4 percent Rubble land on the very steep slopes; and small areas of Rock outcrop. Frisco soils have more clay in the subsoil than the Scout soils. Cryorthents consist of mostly rock fragments and lack soil development. Included soils make up about 15 percent of the total acreage; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists of Englemann's spruce, subalpine fir, whortleberry, mountain brome, sedge, heartleaf arnica, Richardson's geranium, and wheatgrass. The average annual understory production of air-dry vegetation is about 900 pounds per acre.

***Soil Management Implications***

This unit is used for timber production and wildlife habitat.

A representative site index for this map unit for Englemann's spruce is 72 on the Scout soil. It can produce about 65 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 110 years old.

The mass movement potential is rated moderate for this unit.

The main concerns in producing and harvesting timber are reforestation, steep slopes and road construction in the stony soils. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitation to reforestation is the content of stones. Large stones limit rooting space and soil moisture, and interfere with the planting operations. The high content of rock fragments can make planting of seedlings difficult. Planting nursery stock will hasten reforestation. Among the trees suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitations for building roads on this unit are the slope and the stones and cobbles in the soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitation is the steep slopes, which limit the unit to a few paths and trails that should extend across the slope. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

# 399—Kite-Rock outcrop complex, 15 to 30 percent slopes

## Map Unit Description

This map unit is a complex of shallow or very shallow, well drained soils and Rock outcrop on and mountain slopes. The elevation is 11,000 to 12,000 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 30 to 35 degrees F, and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 40 percent Kite loam, 35 percent Rock outcrop, and 25 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

## Brief Soil Description

### Kite loam

The Kite soil formed in residuum weathered mostly from limestone and sandstone. Typically, the surface layer is dark grayish brown loam about 1 inch thick. The next layer is brown sandy loam about 3 inches thick. The upper part of the subsoil is brown sandy clay loam about 5 inches thick. The next part is dark yellowish brown gravelly sandy loam about 6 inches thick. The lower part of the subsoil is yellowish brown sandy loam extending to 18 inches. Limestone bedrock is at a depth of 18 inches; however, the depth to bedrock generally ranges from 8 to 20 inches.

The permeability of the Kite soil is moderate. The available water capacity is very low. The hydrologic group is C. The effective rooting depth is 8 to 20 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

### Rock outcrop

Rock outcrop consists of exposures of limestone and sandstone as cliffs, breaks, and escarpments, and as bare rock on structural benches and mountain slopes.

### *Contrasting Inclusions*

Included in this unit are about 15 percent moderately deep Dystrocryepts and about 5 percent Cryorthents, both on mountain slopes; and 5 percent very deep Dystrocryepts on toeslopes. All are deeper than 20 inches to bedrock. Cryorthents lack soil development.

### *Vegetation*

The dominant plant association is *Deschampsia cespitosa/Carex spp.*; and *Acomastylis rossii/Trifolium sp.-Deschampsia cespitosa* occurs in depressional areas. The native vegetation on this unit consists mainly of tufted hairgrass, Ross' avens, alpine fescue, sedge, spreading wheatgrass, American bistort, kobresia, and alpine bluegrass. The average annual production of air-dry vegetation is about 900 pounds per acre.

### *Soil Management Implications*

This unit is used for recreation, wildlife habitat, and limited livestock grazing.

The mass movement potential is rated low for this unit because of the slope and the depth to bedrock.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Careful management is needed on this unit to prevent excessive grazing because it is difficult to revegetate. More uniform use of rangeland is aided by properly locating salt and by herding.

Wildlife such as elk, mule deer, marmots, and pica utilize this unit. Management for wildlife should include protection from overgrazing by livestock, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover. Nearby forested areas provide cover for some of the wildlife.

If this map unit is used for recreational development, the main limitations are rock outcrops, the depth to bedrock, and the slope. The slope limits use of the unit mainly to paths and trails.

The Kite soil is in capability subclass 6e, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 450—Lostlake-Rock outcrop complex, 30 to 80 percent slopes

### Map Unit Description

This map unit is a complex of shallow or very shallow, well drained soils and Rock outcrop on mountain slopes. The elevation is 9,000 to 11,500 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 45 percent Lostlake loam, 35 percent Rock outcrop, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

#### Lostlake loam

The Lostlake soil formed in residuum and slope alluvium weathered from granite. Typically, the surface is covered with a mat of organic material about 2 inches thick. The surface layer is reddish gray loam about 4 inches thick. The subsoil is light reddish brown gravelly sandy clay loam about 9 inches thick. Granite bedrock is at a depth of 15 inches; however, the depth to bedrock generally ranges from 8 to 20 inches from the mineral soil surface.

The permeability of the Lostlake soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 8 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

#### Rock outcrop

Rock outcrop consists of exposures of granite as cliffs, breaks, escarpments, and as bare rock on structural benches and mountain slopes.

#### *Contrasting Inclusions*

Included in this unit are about 15 percent Snowdon very stony loam on mountain slopes and structural benches and 5 percent Needleton stony loam on mountain slopes. Snowdon soils have argillic horizons. Needleton soils are very deep.

#### *Vegetation*

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium scoparium*. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, Rocky Mountain Douglas-fir, and quaking aspen. Other important plants that characterize this unit are whortleberry, nodding brome, Thurber's fescue, bluegrass, elk sedge, currant, Woods' rose, smallflowered woodrush, and snowberry. The average annual understory production of air-dry vegetation is about 650 pounds per acre.

***Soil Management Implications***

This unit is used for recreation, wildlife habitat, woodland, and limited livestock grazing.

A representative site index for this map unit for Englemann's spruce is 60 on the Lostlake soil. It can produce about 50 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 120 years old.

The mass movement potential is rated low for this unit because of the shallow depth to bedrock.

The main concerns in producing and harvesting timber are steep slopes, shallow soils and Rock outcrops and their effect on road construction and reforestation. Only the less sloping areas should be considered for timber harvesting. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The shallow depth to bedrock can make the planting of seedlings difficult. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitations for building unsurfaced roads on this unit are the depth to bedrock, the slope, and rock outcrops. Road construction may be severely limited due to these conditions. Careful planning of road systems will help avoid cuts in the shallow soils and Rock outcrop.

Livestock grazing is severely limited by the steep slopes, rock outcrops, and rock ledges. The slopes limit access by livestock and results in overgrazing of the less sloping areas. Livestock grazing should be managed to protect the unit from excessive erosion.

Wildlife such as elk, mule deer, squirrels, coyotes, bear, blue grouse, and marmots utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover.

If this map unit is used for recreational development, the main limitations are rock outcrops, the depth to bedrock, and the steep slopes. The slopes limit use of the unit mainly to a few paths and trails, which should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Lostlake soil is in capability subclass 7e, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 452—Dystrocryepts-Rock outcrop complex, 15 to 30 percent slopes

### Map Unit Description

This map unit is a complex of very shallow to very deep, well drained soils and Rock outcrop on high mesas and mountain slopes. The elevation is 11,000 to 13,000 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 28 to 35 degrees F, and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 55 percent Dystrocryepts, 35 percent Rock outcrop, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Dystrocryepts**

The Dystrocryepts soil formed in residuum weathered from granite. In a representative profile, the surface layer is brown gravelly sandy clay loam about 1

inch thick. The subsurface layer is light brown gravelly sandy clay loam about 8 inches thick. The subsoil is light brown gravelly sandy clay loam about 8 inches thick. Granite bedrock is at a depth of 17 inches; however, the depth to bedrock generally ranges from 8 to 60 inches or more.

The permeability of the Dystrocryepts soil is moderate. The available water capacity is very low to high. The hydrologic group is C. The effective rooting depth is 8 to 60 inches or more. Runoff is medium to very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Rock outcrop**

Rock outcrop consists of exposures of granite bedrock as small knobs and ridges and along drainageways.

***Contrasting Inclusions***

Included are about 5 percent very shallow soils on ridges and 5 percent wet soils in depressions. Included soils make up about 10 percent of the map unit. The percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Deschampsia cespitosa/Carex spp.* and *Acomastylis rossii/Trifolium sp.-Deschampsia cespitosa*. The native vegetation on this unit consists mainly of tufted hairgrass, kobresia, Ross' avens, sedge, and Baker's wheatgrass. Other important plants that characterize this unit are alpine fescue, alpine bluegrass, spreading wheatgrass, and American bistort. The average annual production of air-dry vegetation is about 1,000 pounds per acre.

***Soil Management Implications***

This unit is used for sheep grazing, recreation, scenic attraction, and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

Livestock grazing is limited by the short growing season. Careful management is needed on this unit to prevent excessive grazing because it is difficult to revegetate. More uniform use of rangeland is aided by properly locating salt and by herding. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Loss of the surface layer results in a severe decrease in productivity and in the potential of the soil to produce plants suitable for grazing.

Wildlife such as elk, mule deer, coyotes, marmots, pika, and ptarmigan utilize this unit. Management for wildlife should include protection from overgrazing by livestock, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife. Nearby forested areas provide cover for some of the wildlife.

If this map unit is used for recreational development, the main limitations are rock outcrops, the slope, and the depth to bedrock. Development of this unit is limited mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched. Vehicle traffic should be limited to roads and trails because disturbed areas are subject to erosion and are very slow to revegetate.

The Dystrocryepts soil is in capability subclass 7s, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 453—Sig-Rock outcrop-Snowdon complex, 15 to 45 percent slopes

### Map Unit Description

This map unit is a complex of shallow or very shallow, well drained soils and Rock outcrop on mountain slopes and structural benches. The surface of this map unit is

covered with about 1 to 3 percent stones. The elevation is 8,500 to 10,000 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 38 degrees F., and the average frost-free period is 60 to 75 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 40 percent Sig gravelly loam, 30 percent Rock outcrop, 20 percent Snowdon very stony loam, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Sig gravelly loam**

The Sig soil is shallow or very shallow and formed in slope alluvium and colluvium weathered dominantly from granite. Typically, the surface is covered with a litter layer about 2 inches thick. The surface layer is light reddish brown gravelly loam about 7 inches thick. The subsoil is reddish brown very gravelly loam to a depth of 16 inches. Granite bedrock is at a depth of 16 inches; however, the depth to bedrock generally ranges from 8 to 20 inches from the mineral soil surface.

The permeability of the Sig soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 8 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Rock outcrop**

Rock outcrop consists of outcrops of granitic rocks as cliffs, breaks, and knobs.

**Snowdon extremely stony loam**

The Snowdon soil is shallow and formed in slope alluvium and colluvium weathered dominantly from granite. Typically, the surface is covered with a litter layer about 2 inches thick. The surface layer is light reddish brown extremely stony loam about 4 inches thick. The subsurface layer is pinkish gray very stony sandy loam about 7 inches thick. The subsoil is reddish brown extremely stony sandy clay loam about 7 inches thick. Bedrock is at a depth of 20 inches; however, the depth to bedrock generally ranges from 10 to 20 inches from the mineral soil surface.

The permeability of the Snowdon soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Frisco loam on mountain slopes; small areas of Lostlake loam on mountain slopes; small areas of Heisspitz loam on structural benches; and small areas of Quazar extremely cobbly loam on alluvial fans. Frisco and Quazar soils are very deep. Lostlake soils have less than 35 percent rock fragments throughout. Heisspitz soils have dark surface layers. Included areas make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Populus tremuloides/Poa agassizensis*. Some *Pseudotsuga menziesii-Pinus ponderosa/Artemisia tridentata-Juniperus communis* occurs on north slopes. The native vegetation on this unit consists mainly of quaking aspen, Thurber's fescue, Letterman's needlegrass, bluegrass, snowberry, mountain brome, and nodding brome. Other important plants that characterize this unit are spike trisetum, smallflowered woodrush, Oregongrape, kinnikinnick, whortleberry, Fendler's meadow-rue, elk sedge, Richardson's geranium, and slender cinquefoil. Rocky Mountain Douglas-fir, white fir, ponderosa pine, Englemann's spruce, and subalpine fir occur as isolated trees or in small patches. The average annual

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 263 of 579



understory production of air-dry vegetation is about 800 pounds per acre on the Sig soil, and about 500 pounds per acre on the Snowdon soil.

***Soil Management Implications***

This unit is used for woodland, wildlife habitat, livestock grazing, and recreation.

A representative site index for this map unit for quaking aspen is 46 on the Sig soil. It can produce about 21 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 70 years old.

The mass movement potential is rated low for this unit because of the shallow depth to bedrock.

This map unit is generally not suited for commercial timber production although some quaking aspen areas could be used. The main concerns in producing and harvesting timber are reforestation and road construction due to the shallow depth to bedrock and Rock outcrop.

The main limitations to reforestation on this unit are the shallow depth to bedrock and the stones. The high content of rock fragments can make the planting of seedlings difficult. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce, lodgepole pine and Rocky Mountain Douglas-fir. Quaking aspen will usually regenerate from roots after harvest.

The main limitations to the building of unsurfaced roads on this unit are rock outcrops and the shallow depth to bedrock.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of vegetation suitable for grazing. Any reseeding is limited to broadcasting because of the content of stones, the shallow soil, and steep slopes. Mechanical treatment practices are not practical, because the surface is stony and the slopes are steep.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the depth to bedrock, rock outcrops, stones, and the steep slopes. Development of the unit is limited mainly to paths and trails.

The Sig and Snowdon soils are in capability subclass 7s, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 454—Snowdon-Sig-Rock outcrop complex, 15 to 45 percent slopes

### Map Unit Description

This map unit is a complex of shallow or very shallow, well drained soils and Rock outcrop on mountain slopes. The surface of this unit is covered with 1 to 3 percent stones. The elevation is 9,000 to 11,500 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 38 degrees F., and the average frost-free period is 60 to 75 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 35 percent Snowdon very cobbly loam, 30 percent Sig gravelly loam, 25 percent Rock outcrop, and 10 percent included soils. The

components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

**Brief Soil Description**

**Snowdon very cobbly loam**

The Snowdon soil is shallow and formed in slope alluvium and colluvium weathered dominantly from granite. Typically, the surface is covered with a litter layer about 2 inches thick. The surface layer is light reddish brown very cobbly loam about 4 inches thick. The subsurface layer is pinkish gray extremely stony sandy loam about 7 inches thick. The subsoil is reddish brown extremely stony sandy clay loam about 7 inches thick. Bedrock is at a depth of 20 inches; however, the depth to bedrock generally ranges from 10 to 20 inches from the mineral soil surface.

The permeability of the Snowdon soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Sig gravelly loam**

The Sig soil is shallow or very shallow and formed in slope alluvium and colluvium weathered dominantly from granite. Typically, the surface is covered with a litter layer about 2 inches thick. The surface layer is light reddish brown gravelly loam about 7 inches thick. The subsoil is reddish brown very gravelly loam to a depth of 16 inches. Granite bedrock is at a depth of 16 inches; however, the depth to bedrock generally ranges from 8 to 20 inches from the mineral soil surface.

The permeability of the Sig soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 8 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Rock outcrop**

Rock outcrop consists of exposures of rock on cliffs, breaks, and knobs.

***Contrasting Inclusions***

Included in this unit are about 5 percent moderately deep soils on mountain slopes; small areas of Hourglass loam on toeslopes; and small areas of Lostlake loam on structural benches. Hourglass soils are very deep. Lostlake soils have less than 35 percent rock fragments in all layers. Included areas make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. Some *Populus tremuloides/Symphoricarpos oreophilus* may also occur on south slopes and in drainageways. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, quaking aspen, whortleberry, and mountain brome. Other important plants that characterize this unit are Letterman's needlegrass, Thurber's fescue, Kentucky bluegrass, snowberry, smallflowered woodrush, Oregongrape, kinnikinnick, heartleaf arnica, elk sedge, Richardson's geranium, spike trisetum, and twinflower. The average annual understory production of air-dry vegetation is about 500 pounds per acre on the Snowdon soil, and about 400 pounds per acre on the Sig soil.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, limited livestock grazing, and recreation.

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 265 of 579



A representative site index for this map unit for Englemann's spruce is 70 on the Snowdon soil. It can produce about 63 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 110 years old.

The mass movement potential is rated low for this unit because of the shallow depth to bedrock.

The main concerns in producing and harvesting timber are reforestation and road construction on the shallow soils and Rock outcrop. Conventional methods of harvesting timber can be used. Stones on the surface can interfere with felling, yarding, and other operations involving the use of equipment. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt and high rainfall.

The main limitations to reforestation on this unit are the shallow depth to bedrock and the content of stones. The high content of rock fragments can make the planting of seedlings difficult. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitations to the building of unsurfaced roads on this unit are the shallow depth to bedrock and the Rock outcrop.

Logged areas and some forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of vegetation suitable for grazing. Any reseeding is limited to broadcasting because of the content of stones, the shallow soils, and steep slopes. Mechanical treatment practices are not practical, because the surface is stony and the slopes are steep.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the rock outcrops, the depth to bedrock, the content of stones, and steep slopes. The slopes limit use of the unit mainly to a few paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Snowdon and Sig soils are in capability subclass 7s, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 493—Badland

Badland is moderately steep to very steep barren lands dissected by many intermittent drainage channels on eroded uplands. These areas are formed by active geologic erosion of soft, multicolored, sedimentary beds consisting of shale and sandstone. The elevation is 6,500 to 8,000 feet. The average annual precipitation is 15 to 20 inches, the average annual air temperature is 43 to 45 degrees F., and the average frost-free period is 80 to 120 days. The slopes are 10 to 120 percent.

This map unit consists of 90 percent barren knolls, ridges, and side slopes. Another 10 percent of this unit includes soils that range from very shallow to very deep. The very deep soil occurs in narrow drainageways and support sparse vegetation such as greasewood and shadscale.

Runoff is very rapid, and the hazard of water erosion is severe.

This map unit is used for wildlife habitat; however, the suitability for all wildlife is very poor on this unit. This unit provides very limited habitat for mule deer, rabbits, rodents, and raptors.

This map unit is severely limited for all other uses.

This map unit is in capability subclass 8e, nonirrigated. No range site has been assigned.

## 494—Pits, Gravel

This map unit consists of very deep, somewhat excessively drained areas that have been excavated for gravel. They are on mountain slopes and mesas. The remaining material consists of sand, gravel, cobbles, and stones primarily alluvium from volcanic and igneous rocks. The elevation ranges from 7,500 to 10,000 feet. Average annual precipitation ranges from 15 to 35 inches, the average annual air temperature is 35 to 50 degrees F., and the frost-free period is 50 to 100 days. The slope ranges from 3 to 50 percent.

Included in this unit is about 5 percent loamy soils.

***Vegetation***

There is little or no vegetation except what has been planted in reclamation and in small areas of inclusions. The small amount of native vegetation that occurs consists of mountain brome, Arizona fescue, and bluegrass.

***Soil Management Implications***

This map unit is used for gravel excavation and limited wildlife habitat.

Most reclaimed areas have been reseeded to native grasses.

This map unit is in capability subclass 8s, nonirrigated.

## 495—Riverwash

This map unit consists of poorly drained undifferentiated sand, gravel, and cobbles on flood plains and alluvial valley floors of major drainageways. It consists primarily of water-worn rock material derived from volcanic and igneous rocks. It has a high water table throughout the year and is subject to frequent flooding, mainly in the spring. The slope ranges from 0 to 3 percent. The elevation ranges from 8,300 to 10,500 feet. Average annual precipitation ranges from 18 to 30 inches. Average annual air temperature ranges from 34 to 38 degrees F., and the frost-free season ranges from 40 to 70 days.

Included in this map unit are small areas of Fluvaquents and small areas of Cryaquolls.

***Vegetation***

There is little or no vegetation on this unit. The small amount of vegetation that occurs consists of willows and cottonwood trees and water-tolerant grasses and sedges on inclusions in the map unit.

***Soil Management Implications***

This map unit is used for wildlife habitat and as a source of construction materials. It is a good source of sand and gravel.

The hazard of flooding is a severe limitation for road building and most engineering uses of this unit.

Wildlife such as raptors, hawks, and waterfowl utilize this unit. It provides concealment and nesting areas for some species.

This map unit has severe limitations for recreational uses due to the content of rock fragments and the hazard of flooding.

This map unit is in capability subclass 8w, nonirrigated.

## 496—Rock outcrop

This map unit consists of exposures of Rock outcrop on cliffs, breaks, escarpments, hills, ridges, steep mountain peaks, and mountain slopes. The rock is predominately rhyolite, tuff and similar volcanic rocks, sandstone, limestone, granite, and schist. The elevation ranges from 8,300 to 14,246 feet. Average annual precipitation ranges from 25 to 60 inches. Average annual air temperature ranges from 26 to 38 degrees F., and the frost-free season ranges from 20 to 75 days.

Included in this unit are about 20 percent Rubble land and 10 percent small areas of shallow and very shallow soils over bedrock. Inclusions make up about 30 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

Native vegetation is sparse and occurs on the small areas of inclusions and in cracks and fissures in bedrock. It varies largely with elevation and consists mostly of alpine grasses and forbs above timberline; and Englemann's spruce, subalpine fir, quaking aspen, Rocky Mountain Douglas fir, shrubs, and grasses at lower elevations.

***Soil Management Implications***

This map unit is used for wildlife habitat, recreation, scenic attraction, watershed, and construction materials.

Outcrops of rock, cliffs, and steep slopes are severe limitations for road construction and other engineering uses of this unit. Some of the more accessible areas of this unit are used as a source of construction materials for road building.

Wildlife such as marmots, eagles, hawks, pika, squirrels, mountain goats, and bears use this unit. It provides concealment and nesting areas for many species. They obtain food from inclusions and nearby soils.

This map unit has severe limitations for most recreational uses but offers many opportunities for mountain climbing and hiking at high elevations. It is important for its scenic attraction.

This map unit is in capability subclass 8s, nonirrigated.

## 497—Rubble land

This map unit consists of exposures of slide rock and other rock material formed on moderately steep to very steep mountain slopes, at the base of cliffs and ridges, in alpine valleys, and in cirque basins. It consists primarily of rock material ranging in size from gravel to boulders. It is predominately rhyolite, tuff, and similar volcanic rocks although a few areas contain granite, schist or sandstone. The slope ranges from 15 to 100 percent or more. The elevation ranges from 8,300 to 14,000 feet. Average annual precipitation ranges from 25 to 60 inches. Average annual air temperature ranges from 26 to 38 degrees F., and the frost-free season ranges from 20 to 70 days.

Included in this unit are about 10 percent Rock outcrop and small areas of Henson very gravelly loam and Varden stony loam.

***Vegetation***

Native vegetation is sparse and occurs mostly on small areas of inclusions. It varies largely with elevation and consists mostly of alpine grasses and forbs above timberline; and quaking aspen, Englemann's spruce, subalpine fir, Rocky Mountain Douglas fir, shrubs, and grasses at lower elevations.

***Soil Management Implications***

This map unit is used for wildlife habitat, recreation, scenic areas, water catchment areas, and construction materials.

Poor stability, the content of stones, and the slopes are severe limitations for road construction and other engineering uses of this unit. Some of the more accessible areas of this unit are used as a source of construction materials for road building.

Wildlife such as marmots, eagles, hawks, pika, and squirrels use this unit. It provides concealment and nesting areas for many species. They obtain food from inclusions and nearby soils.

This map unit has severe limitations for most recreational uses.

This map unit is in capability subclass 8s, nonirrigated.

## 498—Slickens

This map unit consists of mill tailings on toeslopes of mountains. The material consists of finely ground rock and debris primarily from volcanic and igneous rocks. The texture ranges from fine sand to clay. The elevation ranges from 9,300 to 9,800 feet. Average annual precipitation ranges from 25 to 30 inches, the average annual air temperature is 35 to 38 degrees F., and the frost-free period is 40 to 50 days. The slope ranges from 3 to 50 percent.

Included in this unit is about 20 percent Rubble land. Some areas have been covered with other soil material in reclamation.

***Vegetation***

There is little or no vegetation except what has been planted in reclamation. The small amount of native vegetation that occurs consists of willows along the bottom edge of the mill tailings, and a few trees and grasses along the top edge of the tailings.

***Soil Management Implications***

This map unit is used for limited wildlife habitat.

Most reclaimed areas have been reseeded to native grasses and shrubs.

This map unit is in capability subclass 8s, nonirrigated.

## 499—Water

This map unit consists of bodies of water, such as lakes and reservoirs.

## 500—Dolores-Fivepine complex, 0 to 15 percent slopes

### Map Unit Description

This map unit is a complex of very deep and shallow, well drained soils on mesas and hills. The elevation is 7,100 to 8,500 feet. The average annual precipitation is 15 to 20 inches, the average annual air temperature is 41 to 45 degrees F., and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 50 percent Dolores loam, 35 percent Fivepine flaggy loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Dolores loam**

The Dolores soil is very deep. It formed in slope alluvium derived dominantly from sandstone. Typically, the surface has a layer of organic material about 1 inch thick. The surface layer is reddish brown loam about 7 inches thick with 1 to 3 percent stones on the surface. The upper part of the subsoil is reddish brown to yellowish red

extremely bouldery clay loam about 16 inches thick. The next part is yellowish red extremely stony clay about 25 inches thick. The lower part of the subsoil is brown extremely stony clay to a depth of 61 inches or more.

The permeability of the Dolores soil is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Fivepine flaggy loam**

The Fivepine soil is shallow. It formed in residuum and slope alluvium derived dominantly from sandstone. Typically, the surface layer is reddish brown flaggy loam about 3 inches thick with 1 to 3 percent flags on the surface. The upper 9 inches of the subsoil are reddish brown flaggy clay loam, and the lower 3 inches are yellowish red flaggy clay. Hard fractured sandstone is at a depth of 15 inches; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Fivepine soil is slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit are about 5 percent Fughes loam in drainageways and on hillslopes; 5 percent Granath loam on mesas and hillslopes; and 5 percent Nortez soils on mesas and hillslopes. Fughes and Granath soils are very deep and have less than 35 percent rock fragments in the control section. Nortez soils are moderately deep.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation consists mainly of ponderosa pine, Gambel oak, Arizona fescue, prairie Junegrass, western wheatgrass, and mountain muhly. Other common plants that characterize this unit are bluegrass, elk sedge, mountain brome, nodding brome, pine dropseed, bottlebrush squirreltail, common snowberry, Utah serviceberry, and Woods' rose. The average annual understory production of air-dry vegetation is about 1,200 pounds per acre on the Dolores soil, and about 800 pounds per acre on the Fivepine soil.

***Soil Management Implications***

This unit is used mainly for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 60 on the Dolores soil. It can produce about 46 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for this unit because of the slope.

Timber productivity is estimated to be moderate. Conventional methods of harvesting timber generally can be used. Stones on the surface can interfere with felling, yarding, and other operations involving the use of equipment. Thinning the overstory generally enhances reproduction and promotes the growth of grass and younger trees. Harvesting some of the mature trees for lumber and thinning dense stands of younger trees for use as poles increases the growth rate of the rest of the stand and increases the understory vegetation.

The main limitations to reforestation on this unit are the large stones and the depth to bedrock. Large stones limit rooting space and soil moisture, and interfere with planting operations. If the site is not adequately prepared, competition from undesirable plants can prevent or prolong natural or artificial reestablishment of trees.

Hand planting of nursery stock is usually necessary to establish or improve a stand. Trees suitable for planting are ponderosa pine.

The main limitations to the building of unsurfaced roads on this unit are the large stones and the depth to bedrock. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills. Grazing in harvested areas should be deferred for at least 2 years to assure development of sufficient plant cover to protect the soil from erosion.

Most areas of this unit are used for livestock grazing. More uniform distribution of grazing is aided by properly locating stock water development and salt, and by fencing and herding. If the range and understory vegetation is seriously deteriorated, seeding is needed. The main limitations for seeding are the large stones and the depth to bedrock. Seeding late in fall helps to ensure that soil moisture will be adequate to establish seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the stones on the surface, the slow permeability, and the depth to bedrock of the Fivepine soil. Paths and trails can be developed.

This map unit is in capability subclass 7s, nonirrigated.

## 501—Fivepine-Nortez complex, 0 to 15 percent slopes

### Map Unit Description

This map unit is a complex of shallow to moderately deep, well drained soils on mesas and hills. The elevation is 7,100 to 8,500. The average annual precipitation is 15 to 20 inches, the average annual air temperature is 41 to 45 degrees F, and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This unit consists of 60 percent Fivepine flaggy loam, 25 percent Nortez loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Fivepine flaggy loam**

The Fivepine soil is shallow. It formed in residuum and slope alluvium derived dominantly from sandstone. It has about 1 to 3 percent flagstones on the surface. Typically, the surface layer is reddish brown flaggy loam about 3 inches thick. The upper 9 inches of the subsoil are reddish brown flaggy clay loam, and the lower 3 inches are yellowish red flaggy clay. Hard fractured sandstone is at a depth of 15 inches; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Fivepine soil is slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

**Nortez loam**

The Nortez soil is moderately deep. It formed in eolian material derived dominantly from sandstone. Typically, the surface layer is reddish brown loam about 3 inches thick. The next layer is reddish brown clay loam about 7 inches thick. The subsoil is

yellowish red clay loam about 22 inches thick over bedrock. Hard sandstone is at a depth of 32 inches. The depth to bedrock ranges from 20 to 40 inches.

The permeability of the Nortez soil is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this unit are about 5 percent Rock outcrop on eroded areas and the edges of mesas; 5 percent Fivepine loam on hills and mesas with less rock fragments on the surface; and 5 percent Granath loam on hills. Granath soils are very deep.

***Vegetation***

The dominant plant associations are *Pinus ponderosa/Quercus gambelii* in the wooded areas and *Quercus gambelii/Symphoricarpos oreophilus* in open areas. The native vegetation consists mainly of ponderosa pine, Gambel oak, Arizona fescue, western wheatgrass, prairie Junegrass and common snowberry. Other plants that characterize this unit are Parry's danthonia, mountain brome, nodding brome, pine dropseed, mountain muhly, bluegrass, needleandthread, bottlebrush squirreltail, Utah serviceberry, antelope bitterbrush, Rocky Mountain juniper, and mountain big sagebrush. The average annual understory production of air-dry vegetation is about 800 pounds per acre on the Fivepine soil, and about 1,200 pounds per acre on the Nortez soil.

***Soil Management Implications***

This unit is used for limited timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 67 on the Fivepine soil. It can produce about 52 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for this unit because of the slope.

The main concerns in producing and harvesting timber are reforestation and road construction due to the shallow depth to bedrock in the Fivepine soil. Conventional harvesting methods can be used. Timber productivity is estimated to be low.

Large stones limit rooting space and soil moisture, and interfere with planting operations. The high content of rock fragments can make the planting of seedlings difficult. After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants. Brushy plants such as Gambel oak limit natural regeneration of ponderosa pine. Planting nursery stock will hasten reforestation. Trees that are suitable for planting are ponderosa pine.

The main limitations to building unsurfaced roads on this unit are the depth to bedrock and the large stones. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to insure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the depth to bedrock of the Fivepine soil, the content of stones, and slopes that are over 8 percent. Paths and trails can be developed.

The Fivepine soil is in capability subclass 7s, nonirrigated. The Nortez soil is in capability subclass 4e, nonirrigated.

# 503—Ormiston-Fivepine complex, 0 to 15 percent slopes

## Map Unit Description

This map unit is a complex of deep and shallow, well drained soils on mesas and hills. The elevation is 7,100 to 8,500 feet. The average annual precipitation is 15 to 20 inches, the average annual air temperature is 41 to 45 degrees F., and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 50 percent Ormiston loam, 35 percent Fivepine flaggy loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Ormiston loam**

The Ormiston soil is deep. It formed in slope alluvium and eolian material derived dominantly from sandstone. Typically, the surface layer is brown loam about 7 inches thick with 1 to 3 percent stones on the surface. The upper part of the subsoil is reddish brown very stony heavy clay loam about 17 inches thick; the lower part is reddish brown stony clay loam about 8 inches thick. The substratum is pinkish white stony clay loam about 12 inches thick. Sandstone bedrock is at a depth of 44 inches; however, the depth to bedrock generally ranges from 40 to 60 inches.

The permeability of the Ormiston soil is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 40 to 60 inches. Runoff is very high and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

**Fivepine flaggy loam**

The Fivepine soil is shallow. It formed in residuum and slope alluvium derived from sandstone. Typically, the surface layer is reddish brown flaggy loam about 3 inches thick with 1 to 3 percent flags on the surface. The upper 9 inches of the subsoil are reddish brown flaggy clay loam, and the lower 3 inches are yellowish red flaggy clay. Hard fractured sandstone is at a depth of 15 inches. The depth to bedrock ranges from 10 to 20 inches.

The permeability of the Fivepine soil is slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit are about 5 percent Fughes loam in drainageways and on hillslopes; 5 percent Granath loam on mesas and hillslopes; and 5 percent Nortez soils on mesas and hillslopes. Fughes and Granath soils are very deep and have less than 35 percent rock fragments in the control section. Nortez soils are moderately deep.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation consists mainly of ponderosa pine, Gambel oak, prairie Junegrass, western wheatgrass, and mountain brome. Other common plants that characterize this unit are nodding brome, pine dropseed, mountain muhly, bottlebrush squirreltail,

bluegrass, Woods' rose, Utah serviceberry, common snowberry, and Rocky Mountain juniper. The average annual understory production of air-dry vegetation is about 1,200 pounds per acre on the Ormiston soil, and about 800 pounds per acre on the Fivepine soil.

***Soil Management Implications***

This unit is used mainly for timber production, livestock grazing, and wildlife habitat

A representative site index for this map unit for ponderosa pine is 60 on the Ormiston soil. It can produce about 46 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old. The average canopy cover ranges from 30 to 55 percent of the overstory and 40 to 60 percent for the understory.

The mass movement potential is rated low for this unit because of the slope.

Timber productivity is estimated to be moderate. Conventional methods of harvesting timber generally can be used. Stones on the surface can interfere with felling, yarding, and other operations involving the use of equipment. Thinning the overstory generally enhances reproduction and promotes the growth of grass and younger trees. Harvesting some of the mature trees for lumber and thinning dense stands of younger trees for use as poles increases the growth rate of the rest of the stand and increases the understory vegetation.

The main limitations to reforestation on this unit are the large stones and the depth to bedrock. Large stones limit rooting space and soil moisture, and interfere with planting operations. If the site is not adequately prepared, competition from undesirable plants can prevent or prolong natural or artificial reestablishment of trees. Hand planting of nursery stock is usually necessary to establish or improve a stand. Trees suitable for planting are ponderosa pine.

The main limitations to the building of unsurfaced roads on this unit are the large stones and the depth to bedrock. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills. Grazing in harvested areas should be deferred for at least 2 years to assure development of sufficient plant cover to protect the soil from erosion.

Most areas of this unit are used for livestock grazing. More uniform distribution of grazing is aided by properly locating stock water development and salt, and by fencing and herding. If the range and understory vegetation is seriously deteriorated, seeding is needed. The main limitations for seeding are the large stones and the depth to bedrock. Seeding late in fall helps to ensure that soil moisture will be adequate to establish seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the stones on the surface, the slow permeability, and the depth to bedrock of the Fivepine soil. Paths and trails can be developed.

This map unit is in capability subclass 7s, nonirrigated.

## 504—Jemco-Detra-Beje complex, 1 to 15 percent slopes

### Map Unit Description

This map unit is a complex of shallow to deep, well drained soils on mesas, hills, and ridges. The elevation is 7,800 to 8,500 feet. The average annual precipitation is 18 to 22 inches and the mean annual air temperature is 41 to 45 degrees F. The frost-

free period is 80 to 100 days. The soil moisture and temperature regimes are ustic and frigid, respectively.

The unit consists of 40 percent Jemco silt loam, 30 percent Detra loam, 20 percent Beje loam, and 10 percent included soils. The components of this map unit are so intricately intermingled that it was not practical to separate them at the scale used.

### Brief Soil Description

**Jemco silt loam**

The Jemco soil is moderately deep. It formed in eolian material over residuum derived dominantly from sandstone. Typically the surface is brown silt loam about 7 inches thick. The subsurface layer is light reddish brown loam 7 inches thick. The upper 8 inches of subsoil are brown loam. The next part of the subsoil is reddish brown clay loam 13 inches thick. The lower part of the subsoil is yellowish red clay loam about 4 inches thick. Hard fractured sandstone bedrock is at a depth of 39 inches; however, the depth to bedrock generally ranges from 20 to 40 inches. Rock fragments range from 0 to 5 percent.

The permeability of the Jemco soil is moderately slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is low.

This soil is found throughout the mapping unit and is associated most frequently with undulating micro relief of hummocks.

**Detra loam**

The Detra soil is deep. It formed in eolian materials and slope alluvium over residuum derived from sandstone and shale. It has eolian deposition resulting in a hummocky surface, usually in areas where shrubs are thickest. Typically, the surface layer is dark brown loam about 16 inches thick. The upper 14 inches of the subsoil are brown loam. The middle part of the subsoil is light reddish brown clay loam about 13 inches thick. The lower 8 inches are reddish brown clay loam. The substratum is yellowish red sandy clay loam about 6 inches thick over bedrock. The depth to bedrock ranges from 40 to 60 inches.

The permeability of the Detra soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 40 to 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low. In many places the topsoil has accumulated in clumps of brush making the topsoil thicker and giving the landform a hummocky surface. The potential of shrink-swell is low.

**Beje loam**

The Beje soil is shallow. It formed in slope alluvium and residuum derived dominantly from sandstone. The surface is slightly eroded in places. Typically the surface is brown loam about 6 inches thick. The subsoil is brown clay loam about 8 inches thick. Hard fractured sandstone bedrock is at about 14 inches; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Beje soil is moderately slow. The available water-holding capacity is very low. The effective rooting depth is 10 to 20 inches. The hydrologic group is D. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

There are 5 percent inclusions of soils with less development than the major components along the edges of swales; and about 5 percent inclusions of soils with thicker dark surface horizons, usually in the larger hummocks. These inclusions are throughout the map unit.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation consists mainly of ponderosa pine, Gambel oak, Arizona fescue, common snowberry, and western wheatgrass. Other important plants that characterize this unit are Saskatoon serviceberry, Oregongrape, Kentucky bluegrass, bottlebrush squirreltail, prairie Junegrass, needleandthread, mountain muhly, bluegrass, mountain brome, black sagebrush, and Rocky Mountain juniper. Some small pockets of quaking aspen occur, usually in low areas. The average annual understory production of air-dry vegetation is about 900 pounds per acre on the Jemco soil, about 1,400 pounds per acre on the Detra soil, and about 1,300 pounds on the Beje soil.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and recreation.

A representative site index for this map unit for ponderosa pine is 74 on the Jemco soil. It can produce about 60 cubic feet of timber per acre per year from a fully stocked stand of even aged trees 50 years old. Ponderosa pine usually grows in sparse stands on the Beje soil.

The mass movement potential is rated low for this unit because of the slope.

The major limitations to producing and harvesting timber on these soils are the poor stocking and the low to moderate regeneration potential. This is primarily due to low moisture-holding capacity in the Beje soil and to plant competition from shrubs. Disturbance of the thin surface horizons on the Beje soil may cause excessive compaction and erosion. Conventional harvesting methods can be used.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. If the site is not adequately prepared, competition from undesirable plants can prevent or prolong natural or artificial reestablishment of trees. Planting nursery stock will hasten reforestation. Trees that are suitable for planting are Ponderosa pine.

The main limitation to the building of unsurfaced roads on this unit is the shallow depth to bedrock in the Beje soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to insure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of understory vegetation. If the condition of the understory deteriorates, Gambel oak increases. Areas where brush is managed by prescribed burning, chemical or mechanical methods may be subject to a greater hazard of erosion. If the vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the shallow depth to bedrock in the Beje soil and slopes that are over 8 percent. Paths and trails can be developed.

The Jemco and Detra soils are in capability subclass 4e, nonirrigated. The Beje soil is in capability subclass 6s, nonirrigated.

# NRCS Accessibility Statement

The Natural Resources Conservation Service (NRCS) is committed to making its information accessible to all of its customers and employees. If you are experiencing accessibility issues and need assistance, please contact our Helpdesk by phone at 1-800-457-3642 or by e-mail at ServiceDesk-FTC@ftc.usda.gov. For assistance with publications that include maps, graphs, or similar forms of information, you may also wish to contact our State or local office. You can locate the correct office and phone number at http://offices.sc.egov.usda.gov/locator/app.

## 505—Moento loam, 0 to 15 percent slopes

### Map Unit Description

This moderately deep, well drained soil is on mesas and in drainageways. The elevation ranges from 7,800 to 8,300 feet. The average annual precipitation is 18 to 22 inches. The average annual air temperature is 40 to 46 degrees F. The average frost-free period is 80 to 100 days. The soil moisture and temperature regimes are ustic and frigid, respectively.

There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as to not affect the use or management of the unit. These include soils that have a mollic epipedon more than 16 inches thick. These are usually found in areas where water is most concentrated. Similar inclusions make up about 5 percent of the unit; the percentage varies from one area to another.

### Brief Soil Description

**Moento loam**

The Moento soil formed in alluvium and slope alluvium derived mostly from sandstone. Typically the surface layer is dark brown loam about 2 inches thick. The next layer is dark brown clay loam about 4 inches thick. The upper 15 inches of the subsoil are brown clay loam, and the lower 9 inches are strong brown sandy clay loam. The substratum is reddish yellow sandy clay loam about 6 inches thick. Fractured sandstone bedrock is at a depth of 36 inches; however, the depth to bedrock generally ranges from 20 to 40 inches.

The permeability of the Moento soil is moderately slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit are 5 percent Beje loam on hills and ridges, and 10 percent soils that have very little soil development and less clay in the profile along the edges of swales. Beje soils are shallow over sandstone.

***Vegetation***

The dominant plant association is *Festuca arizonica/Muhlenbergia montana*. The native vegetation consists mostly of Arizona fescue, western wheatgrass, mountain brome, needleandthread, mountain muhly, Kentucky bluegrass, bottlebrush squirreltail, prairie Junegrass, and sedge. Other plants that characterize this unit are mule-ears, common snowberry, and shrubby cinquefoil. The average annual production of air-dry vegetation is about 1,500 pounds per acre.

***Soil Management Implications***

This unit is used intensively for livestock grazing and frequently is the preferred location for the construction of water storage reservoirs *(Fig. 11)*.

The mass movement potential is rated low for this unit because of the slope.

There are very few limitations to range improvement projects on this unit. In some locations, the permeability may be too rapid for effective reservoir construction. In almost all locations the productivity could be substantially increased with better livestock handling, and with practices like seeding and fertilizing.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of range vegetation. More uniform use of rangeland is aided by properly



**Figure 11.—Moento loam, 0 to 15 percent slopes, is well suited to building stock ponds.**

locating salt and by herding. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

This map unit is well suited to recreational development. The main limitation is the presence of slopes that are over 8 percent. Maintaining vegetative cover helps to enhance the beauty of the area.

This map unit is in capability subclass 4e, nonirrigated.

## 506—Moento-Detra-Jemco complex, 0 to 15 percent slopes

### Map Unit Description

This map unit is a complex of moderately deep to deep, well drained soils on mesas, hills, and in drainageways. The elevation is 7,900 to 8,300 feet. The average annual precipitation is 18 to 22 inches, the average annual air temperature is 41 to 45 degrees F., and the average frost-free period is 80 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 35 percent Moento loam, 30 percent Detra loam, 20 percent Jemco silt loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Moento loam**

The Moento soil is moderately deep. It formed in alluvium and slope alluvium derived dominantly from sandstone. Typically, the surface layer is dark brown loam about 2 inches thick. The next layer is dark brown clay loam about 4 inches thick. The upper 15 inches of the subsoil are brown clay loam, and the lower 9 inches are strong

brown sandy clay loam. The substratum is reddish yellow sandy clay loam about 6 inches thick. Fractured sandstone bedrock is at a depth of 36 inches; however, the depth to bedrock generally ranges from 20 to 40 inches.

The permeability of the Moento soil is moderately slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is moderate.

**Detra loam**

The Detra soil is deep. It formed in eolian material and slope alluvium over residuum derived from sandstone and shale. Typically, the surface layer is dark brown loam about 16 inches thick. The upper 14 inches of the subsoil are brown loam; the middle part of the subsoil is light reddish brown clay loam about 13 inches thick; and the lower 8 inches are reddish brown clay loam. The substratum is yellowish red sandy clay loam about 6 inches thick. Sandy shale bedrock, weathered in the upper inch, is at a depth of 57 inches; however, the depth to bedrock generally ranges from 40 to 60 inches.

The permeability of the Detra soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 40 to 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low. In many places the topsoil has accumulated in clumps of brush making the topsoil thicker and giving the landform a hummocky surface.

**Jemco silt loam**

The Jemco soil is moderately deep. It formed in eolian material over residuum derived dominantly from sandstone. Typically the surface is brown silt loam about 7 inches thick. The subsurface layer is light reddish brown loam 7 inches thick. The upper 8 inches of the subsoil are brown loam; the next part is reddish brown clay loam 13 inches thick; and the lower part of the subsoil consists of yellowish red clay loam about 4 inches thick. Hard fractured sandstone bedrock is at a depth of 39 inches; however, the depth to bedrock generally ranges from 20 to 40 inches. Very few rock fragments are found in this soil.

The permeability of the Jemco soil is moderately slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Shawa loam in drainageways; 5 percent Lonecone loam on mesas; and 5 percent Beje loam on ridges. Shawa soils are very deep, loamy throughout and lack subsoil development. Lonecone soils have dark surface layers, do not have an argillic horizon and are moderately deep over weathered sandstone. Beje soils are shallow over sandstone.

***Vegetation***

The dominant plant associations are *Quercus gambelii/Symphoricarpos oreophilus-Amelanchier alnifolia* and *Festuca arizonica/Muhlenbergia montana*. Some *Quercus gambelii/Festuca thurberi* may also occur. The native vegetation on this unit consists mainly of Gambel oak, common snowberry, Arizona fescue, western wheatgrass, and mountain brome. Other important plants that characterize this unit are needleandthread, Thurber's fescue, Kentucky bluegrass, bottlebrush squirreltail, Saskatoon serviceberry, mule-ears, and shrubby cinquefoil. There are also small patches of ponderosa pine and quaking aspen. The average annual production of air-dry vegetation is about 1,500 pounds per acre on the Moento soil, about 1,600 pounds per acre on the Detra soil, and about 1,700 pounds per acre on the Jemco soil.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

This unit is well suited to the building of unsurfaced roads. Roads can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of range vegetation. More uniform use of rangeland is aided by properly locating salt and by herding. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture is adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

This map unit is well suited to recreational development on the lower slopes. The main limitation is the presence of slopes that are over 8 percent. Paths and trails can be developed.

This map unit is in capability subclass 4e, nonirrigated.

## 508—Herm-Pagoda complex, 0 to 15 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mesas and hills. The elevation is 7,800 to 8,200 feet. The average annual precipitation is 16 to 20 inches and the average annual air temperature is 40 to 44 degrees F. The frost-free period is 85 to 100 days. The soil moisture and temperature regimes are ustic and frigid, respectively.

The unit consists of 50 percent Herm loam, 35 percent Pagoda loam, and 15 percent included soils. The components of this map unit are so intricately intermingled that it was not practical to separate them at the scale used.

### Brief Soil Description

**Herm loam**

The Herm soil formed in slope alluvium derived dominantly from shale and sandstone. The surface layer is dark grayish brown loam about 6 inches thick. The next layer is dark brown clay loam about 7 inches thick. The upper 4 inches of subsoil are grayish brown clay loam; the next part is brown clay loam about 28 inches thick; and the lower part of the subsoil is grayish brown clay loam to a depth of 60 inches or more.

The permeability of the Herm soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

**Pagoda loam**

The Pagoda soil formed in slope alluvium derived dominantly from shale. Typically the organic litter layer is about 1 inch thick and consists mostly of pine needles. The surface is dark grayish brown loam about 4 inches thick. The subsoil is brown clay loam about 16 inches thick. The upper part of the underlying material is grayish brown

clay loam about 11 inches thick; the lower part is light brownish gray clay loam that extends to 61 inches or more.

The permeability of the Pagoda soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high and the hazard of water erosion is moderate. The potential of shrink-swell is high.

This soil typically is found adjacent to grassland parks, but with a moderate to dense stand of trees. The indication is that these soils used to support a thick grass cover and the trees have invaded the site.

***Contrasting Inclusions***

There are 10 percent inclusions of soils that do not have an argillic horizon. These usually are moderately deep and have fine-loamy or loamy-skeletal soil profiles. They are intermixed throughout the unit or located on the infrequent small ridgetops. Also included are small areas of Nortez soils with sandstone bedrock between depths of 20 and 40 inches. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Pinus ponderosa/Quercus gambelii* and *Pinus ponderosa/Festuca arizonica*. The native vegetation consists mainly of ponderosa pine, Gambel oak, Arizona fescue, western wheatgrass, and prairie Junegrass. Other important plants that characterize this unit are mountain muhly, mountain brome, nodding brome, pine dropseed, elk sedge, bluegrass, bottlebrush squirreltail, mule-ears, common snowberry, Saskatoon serviceberry, and true mountain mahogany. The average annual understory production of air-dry vegetation is about 1,300 pounds per acre on the Herm soil, and about 1,200 pounds per acre on the Pagoda soil.

***Soil Management Implications***

This map unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 72 on the Herm soil. It can produce about 58 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 60 years old.

The mass movement potential is rated low for this unit because of the slope.

The main concerns in producing and harvesting timber are reforestation and road construction. Planting nursery stock will hasten reforestation. Trees that are suitable for planting are ponderosa pine.

This unit typically has some very uniform-age stands of pine. Production is high and there are few restrictions to harvesting because of the gentle slopes. The gentle slopes however, allow the water from snowmelt to stay on site and saturate the soils late into the spring. Due in part to a lack of existing oak competition, the reforestation potential is expected to be high. Existing reproduction is currently low but this is attributed to the dense tree stands and the thick grass cover.

The main limitations to building unsurfaced roads are the high shrink-swell potential and the low strength of both soils. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve understory vegetation. Stock water development and fencing will help to improve livestock distribution and the growth of vegetation for grazing. If the understory vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

This map unit is well suited to recreational development. The main limitations are the slow permeability and slopes that are over 8 percent. Paths and trails can be developed.

This map unit is in capability subclass 4e, nonirrigated.

## 509—Burnson loam, dry, 1 to 15 percent slopes

### Map Unit Description

This deep, well drained soil is on mesas and hills. The elevation is 7,400 to 7,800 feet. The average annual precipitation is 17 to 19 inches and the average annual air temperature is 43 to 45 degrees F. The frost-free period is 70 to 100 days. The soil moisture and temperature regimes are ustic and frigid, respectively.

### Brief Soil Description

**Burnson loam, dry**

The Burnson soil formed in slope alluvium over residuum derived from sandstone and with some influence from eolian material. Typically, the surface is covered with organic litter about 1 inch thick that comes primarily from pine trees. The surface layer is brown loam about 3 inches thick. The next layer is brown clay loam about 4 inches thick. The upper 10 inches of the subsoil are reddish brown sandy clay; and the lower 11 inches are mixed colors of reddish brown and reddish gray sandy clay. The next layer is mixed materials of reddish brown clay and brownish yellow sandy clay loam about 15 inches thick. Hard sandstone bedrock is at a depth of 44 inches; however, the depth to bedrock generally ranges from 40 to 60 inches from the mineral soil surface.

The permeability of the Burnson soil is slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 40 to 60 inches. Runoff is very high and the hazard of water erosion is slight. The potential of shrink-swell is high. Wind erosion can be a problem on this soil where vegetation is sparse.

This soil is on drier sites, and in many places pinyon and juniper are part of the plant composition. Surface deposition and thickness of eolian material may vary from 0 to 8 inches.

***Contrasting Inclusions***

There are about 5 percent inclusions of soils that are less well developed, have less clay in the subsoil, and in places have more influence from eolian materials, 5 percent Fivepine flaggy loam on ridges, 5 percent Rock outcrop, and 5 percent Herm loam in depressions. Herm soils have dark surface layers more than 10 inches thick. Fivepine soils have bedrock at depths of less than 20 inches. Included areas make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. Some *Quercus gambelii/Symphoricarpos oreophilus-Amelanchier alnifolia* occurs in areas that do not have trees. The native vegetation consists mainly of ponderosa pine, Gambel oak, common snowberry, Arizona fescue, and mountain brome. Other plants that characterize this unit are bluegrass, needlegrass, western wheatgrass, big sagebrush, and antelope bitterbrush. Twoneedle pinyon and Rocky Mountain juniper occur in some places as part of the tree canopy. The average annual understory production of air-dry vegetation is about 900 pounds per acre.

***Soil Management Implications***

This unit is used for limited timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 60 on the Burnson, dry soil. It can produce about 46 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for this unit because of the slope.

This unit is a transition between cool, somewhat moist sites and dry, warm sites. Timber harvesting of ponderosa pine has promoted drying of the sites thus increasing competition by other trees and shrubs. Therefore, reestablishment of ponderosa pine will be difficult due to periodic droughty seasons especially on those soils with thick eolian surfaces. The soils have clay textures relatively close to the surface where the surface layer is thin. Disturbing the soil and mixing the clay with surface horizon will further decrease the reforestation potential. Some of the lower elevation areas of this unit that had a higher percent of pinyon and juniper trees have been chained in an attempt to increase forage production.

The main limitations to reforestation on these soils are limited rainfall, the high clay content, and plant competition. Competing vegetation can be controlled by properly preparing the site and by spraying or cutting unwanted weeds or brush. Brushy plants such as Gambel oak and snowberry limit natural regeneration of ponderosa pine. Planting nursery stock will hasten reforestation. Conventional methods of harvesting timber generally can be used. Trees suitable for planting are ponderosa pine.

The main limitations to the building of unsurfaced roads on this unit are the underlying fine-textured subsoil and the high shrink-swell potential. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of range and understory vegetation. If the condition of the range or understory deteriorates, Gambel oak increases. Areas where brush is managed by prescribed burning, chemical or mechanical methods may be subject to a greater hazard of erosion. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the slow permeability and slopes that are over 8 percent. Paths and trails can be developed.

This map unit is in capability subclass 4e, nonirrigated.

## 510—Jemco-Moento complex, 0 to 15 percent slopes

### Map Unit Description

This map unit is a complex of moderately deep, well drained soils on mesas, hills, and in drainageways. The elevation is 8,000 to 8,500 feet. The average annual precipitation is 18 to 22 inches and the average annual air temperature is 40 to 46

degrees F. The frost-free period is 80 to 100 days. The soil moisture and temperature regimes are ustic and frigid, respectively.

The unit consists of 60 percent Jemco loam, 25 percent Moento loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

#### Jemco loam

The Jemco soil formed in eolian material over residuum derived dominantly from sandstone. Typically the surface layer is brown loam about 7 inches thick. The next layer is light reddish brown loam 7 inches thick. The upper 8 inches of subsoil are brown loam. The next part of the subsoil is reddish brown clay loam 13 inches thick. The lower part of the subsoil is yellowish red clay loam about 4 inches thick. Hard fractured sandstone bedrock is at a depth of 39 inches; however, the depth to bedrock generally ranges from 20 to 40 inches.

The permeability of the Jemco soil is moderately slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is low.

#### Moento loam

The Moento soil formed in alluvium and slope alluvium derived mostly from sandstone. Typically the upper part of the surface layer is dark brown loam about 2 inches thick, and the lower part is dark brown clay loam about 4 inches thick. The upper 15 inches of subsoil are brown clay loam; the lower 9 inches of the subsoil are strong brown sandy clay loam. The substratum is reddish yellow sandy clay loam about 6 inches thick. Hard fractured sandstone bedrock is at a depth of 36 inches; however, the depth to bedrock generally ranges from 20 to 40 inches.

The permeability of the Moento soil is moderately slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is moderate.

#### *Contrasting Inclusions*

Included are about 5 percent soils that have thick dark surface horizons, and 10 percent soils more than 40 inches deep over bedrock. Both of these inclusions are in drainageways. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

#### *Vegetation*

The dominant plant associations are *Populus tremuloides/Symphoricarpos oreophilus* in drainageways and on some north slopes and *Pinus ponderosa/Quercus gambelii* on ridges. The native vegetation consists mainly of quaking aspen, ponderosa pine, Gambel oak, common snowberry, Arizona fescue, western wheatgrass, and prairie Junegrass. Other important plants that characterize this unit are Kentucky bluegrass, needleandthread, mountain brome, mountain muhly, sedge, bottlebrush squirreltail Saskatoon serviceberry, Woods' rose, and Oregongrape. The average annual understory production of air-dry vegetation is about 900 pounds per acre on the Jemco soil, and about 1,300 pounds per acre on the Moento soil.

#### *Soil Management Implications*

This map unit is used for woodland, livestock grazing, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 74 on the Jemco soil. It can produce about 60 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for this unit because of the slope.

This unit has rather continuous stands of aspen, especially in swales. Because of added moisture effectiveness, either due to north slopes or accumulated water in drainages and swales, the aspen has outcompeted most other shrub and tree species. This unit would provide good big game wildlife habitat and is rated fair to good for forage production. Most aspen areas of this map unit are excellent for firewood gathering. Some of the ridges have thin stands of ponderosa pine but most have little potential for merchantable timber production.

The main limitation for building unsurfaced roads on this unit is the depth to bedrock in both soils.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of range and understory vegetation. If the range or understory vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture is adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

This map unit is well suited to recreational development. The main limitation is the presence of slopes that are over 8 percent. Paths and trails can be developed.

This map unit is in capability subclass 4e, nonirrigated.

## 511—Granath-Fughes complex, 0 to 15 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mesas, hills, and in drainageways. The elevation is 7,100 to 8,500 feet. The average annual precipitation is 15 to 22 inches, the average annual air temperature is 40 to 45 degrees F., and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 50 percent Granath loam, 35 percent Fughes loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

#### Granath loam

The Granath soil formed in eolian material derived from sandstone. Typically, the surface layer is brown loam about 2 inches thick. The upper part of the subsoil is brown loam about 13 inches thick. The next part is reddish brown loam about 5 inches thick. The lower part of the subsoil is reddish brown clay loam that extends to 60 inches or more.

The permeability of the Granath soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight to moderate. The potential of shrink-swell is low.

#### Fughes loam

The Fughes soil formed in alluvium and slope alluvium derived from sandstone and shale. Typically, the surface has an organic layer of needles and leaves about 1 inch thick. The surface layer is dark brown loam about 7 inches thick. The upper 19

inches of the subsoil are brown clay loam, and the lower 18 inches are brown clay. The substratum is strong brown clay to a depth of 61 inches or more.

The permeability of the Fughes soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this unit are about 5 percent Ormiston loam on hills; 5 percent Fivepine flaggy loam on hills and ridges; and 5 percent Nortez loam on hills. Ormiston soils have more than 35 percent rock fragments in the profile. Fivepine soils are shallow over sandstone. Nortez soils are moderately deep. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. Some *Muhlenbergia montana/Festuca arizonica* may also occur in depressional areas. The native vegetation consists mainly of ponderosa pine, Gambel oak, prairie Junegrass, western wheatgrass, mountain brome, mountain muhly, bluegrass, common snowberry, Utah serviceberry, big sagebrush, and Woods' rose. The average annual understory production of air-dry vegetation is about 1,300 pounds on both soils.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, wildlife recreation.

A representative site index for this map unit for ponderosa pine is 77 on the Granath soil. It can produce about 64 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old. The average canopy cover ranges from 50 to 70 percent for the overstory and 40 to 60 percent for the understory.

The mass movement potential is rated low for this unit because of the slope.

Timber productivity is estimated to be high. The main concerns in producing and harvesting timber are reforestation *(Fig. 12)*. Conventional methods of harvesting timber generally can be used. Thinning the overstory generally enhances reproduction and promotes the growth of grass and younger trees.

If the site is not adequately prepared, competition from undesirable plants can prevent or prolong natural or artificial reestablishment of trees. Competing vegetation can be controlled by properly preparing the site and by spraying or cutting to eliminate unwanted weeds, brush, or trees. Planting nursery stock will hasten reforestation. Among the trees suitable for planting is ponderosa pine.

The main limitation to the building of unsurfaced roads on this unit is the low strength. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. More uniform distribution of grazing is aided by properly locating stock water development and salt, and by fencing and herding. Loss of the surface layer results in a severe decrease in productivity and in the potential of the unit to produce plants suitable for grazing. Grazing in logged areas should be delayed for at least two years to allow plants to become established.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from



**Figure 12.—Plant competition by Gambel oak under this stand of ponderosa pine on Granath-Fughes complex, 0 to 15 percent slopes, can interfere with the reestablishment of trees.**

overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

This map unit is well suited to recreational development. If this unit is used for recreational development, the main limitations are the slopes that are over 8 percent and the slow permeability of the Fughes soil. Paths and trails can be developed.

This map unit is in capability subclass 4e, nonirrigated and irrigated.

## 512—Wetherill loam, 3 to 6 percent slopes

### Map Unit Description

This very deep, well drained soil is on mesas. The elevation is 7,000 to 7,400 feet. The average annual precipitation is 13 to 15 inches. The average annual air temperature is about 47 to 50 degrees F, and the frost-free season is 100 to 120 days. The moisture regime is aridic-ustic and the temperature regime is mesic.

### Brief Soil Description

**Wetherill loam**

The Wetherill soil formed in eolian material derived from sandstone. Typically, the surface layer is reddish brown loam about 6 inches thick. The upper part of the subsoil is yellowish red clay loam about 14 inches thick; the lower part is yellowish red loam about 27 inches thick. The substratum is yellowish red loam to a depth of 60 inches or more.

The permeability of the Wetherill soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit are about 10 percent Pulpit loam on hills and 5 percent Lazear soils on the edges of mesas. Pulpit soils have bedrock at 20 to 40 inches. Lazear soils have bedrock at less than 20 inches. Inclusions make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Artemisia tridentata/Elytrigia smithii*. The native vegetation on this unit is mainly western wheatgrass, muttongrass, big sagebrush, and bottlebrush squirreltail. Other common plants that characterize this unit are needleandthread and Indian ricegrass. The average annual production of air-dry vegetation is about 1,200 pounds per acre.

***Soil Management Implications***

Most areas of this unit are used for livestock grazing, wildlife habitat, and recreation.

The mass movement potential is rated low for this unit because of the slope.

Use of planned grazing systems helps to maintain the quality and quantity of desirable vegetation and reduces erosion. More uniform distribution of livestock is aided by properly locating stock water development and salt, and by fencing and herding. If the condition of the range deteriorates, twoneedle pinyon, Utah juniper and woody shrubs increase. Removal of big sagebrush increases the production of understory forage. Range seeding should be done in conjunction with removal of the big sagebrush. The main limitation for seeding is the limited precipitation. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring. Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community. Areas where brush is managed by prescribing burning or by chemical or mechanical methods may be subject to a greater hazard of erosion.

Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover.

If this map unit is used for recreational development, the main limitation is the dusty conditions that develop with intensive use. Maintaining vegetative cover helps in overcoming the dusty condition of the soil and enhances the beauty of the area.

This map unit is in capability subclass 3e, nonirrigated and irrigated.

## 513—Maudrey-Tombac complex, 0 to 15 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mesas. The elevation is 8,200 to 8,900 feet. The average annual precipitation is 20 to 25 inches, the average annual air temperature is 40 to 42 degrees F., and the average frost-free period is 70 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 50 percent Maudrey loam, 35 percent Tombac loam, 10 percent similar soils, and 5 percent dissimilar included soils. There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as to not affect the use or management of the unit. These include Fughes loam on mesas. These similar soils make up about 10 percent of the total acreage; the percentage varies from one area to another.

The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Maudrey loam**

The Maudrey soil formed in slope alluvium derived from sandstone. Typically, the upper part of the surface layer is dark brown loam about 4 inches thick. The next part is brown loam about 15 inches thick. The subsurface layers are yellowish brown and very pale brown loam about 12 inches thick. The upper 10 inches of the subsoil are strong brown clay loam; the lower 13 inches are strong brown clay. The substratum is yellowish brown clay to a depth of 60 inches or more. The similar Fughes soils have argillic horizons with their upper boundary above 24 inches.

The permeability of the Maudrey soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low in the upper part of the profile and high in the lower part.

**Tombac loam**

The Tombac soil formed in slope alluvium over residuum derived from sandstone and shale. Typically, the surface is covered with a mat of intermediately decomposed needles and twigs about 1 inch thick. The surface layer is very dark grayish brown loam about 11 inches thick. The nest layer is pale brown loam and brown clay loam about 4 inches thick. The upper part of the subsoil is strong brown clay about 10 inches thick; the lower part is reddish yellow clay about 11 inches thick. The substratum is light gray clay to a depth of 61 inches or more.

The permeability of the Tombac soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit is about 5 percent Granath soils on mesas. Granath soils have less clay in the subsoil.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation on this unit consists of ponderosa pine, quaking aspen, Gambel oak, mountain snowberry, mountain brome, nodding brome, and prairie Junegrass. Other common plants that characterize this unit are Parry's danthonia, needleandthread, elk sedge, western wheatgrass, cinquefoil, Kentucky bluegrass, Saskatoon serviceberry, and bottlebrush squirreltail. The average annual understory production of air-dry vegetation is about 1,500 pounds per acre on the Maudrey soil, and about 1,100 pounds per acre on the Tombac soil.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 75 on the Maudrey soil. It can produce about 62 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for this unit because of the slope.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed.

Timber productivity is estimated to be moderate. Conventional methods of harvesting timber generally can be used, but their use may be limited when the soil is wet to limit compaction and rutting. Thinning dense stands of younger trees for use as poles increases the growth rate of the rest of the stand and increases the understory vegetation.

This unit is well suited to the production of ponderosa pine. The main limitation to reforestation on this unit is plant competition from aspen and Gambel oak. If the site is not adequately prepared, competition from undesirable plants can prevent or prolong natural or artificial reestablishment of trees. Spraying, cutting, or girdling to eliminate unwanted weeds, brush, or trees can control competing vegetation. Planting nursery stock will hasten reforestation. Grazing in harvested areas should be deferred for at least 2 years to ensure development of sufficient plant cover to protect the soil from erosion.

This unit is located at the uppermost elevations for ponderosa pine (transition into aspen and mixed conifer types). If ponderosa pine is planted, the plantation is highly subject to snow damage.

The main limitations to the building of unsurfaced roads on this unit are the clayey texture and low strength of the Tombac soil, and the high shrink-swell potential in part of the Maudrey soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and forage quality. Loss of the surface layer results in a severe decrease in productivity and in the potential of the unit to produce plants suitable for grazing. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the slow permeability and slopes that are over 8 percent. Paths and trails can be developed. Drainage should be provided for paths and trails.

This map unit is in capability subclass 4e, nonirrigated.

## 525—Arabrab loam, 0 to 15 percent slopes

### Map Unit Description

This shallow, well drained soil is on mesas, hills and ridges. The elevation is 6,600 to 7,200 feet. The average annual precipitation is 13 to 15 inches, the average annual air temperature is 45 to 49 degrees F, and the average frost-free period is 110 to 125 days. The moisture regime is aridic-ustic and the temperature regime is mesic.

### Brief Soil Description

**Arabrab loam**

The Arabrab soil formed in residuum and reworked eolian material derived dominantly from sandstone. Typically, the surface layer is brown loam about 3 inches thick. The subsoil is brown clay loam about 4 inches thick. The next layer is pinkish gray cobbly loam about 8 inches thick over hard sandstone. The depth to bedrock ranges from 10 to 20 inches.

The permeability of the Arabrab soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Brumley loam in drainageways; 5 percent soils that have more than 35 percent rock fragments in the profile on ridges; and 5 percent soils that are deep and have a dark surface layer on mesas. Brumley soils are very deep. Included soils make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus edulis-Juniperus osteosperma/ Cercocarpus montanus*. Some *Pinus edulis-Juniperus osteosperma/Oryzopsis hymenoides* may also occur on similar landscapes. The native vegetation consists mainly of twoneedle pinyon, Utah juniper, and mountain muhly. Other common native plants include western wheatgrass, Indian ricegrass, blue grama, bottlebrush squirreltail, antelope bitterbrush, Gambel oak, and mountain mahogany. The average annual production of air-dry vegetation is about 600 pounds per acre.

***Soil Management Implications***

This map unit is used for livestock grazing and wildlife habitat.

A representative site index for this map unit for twoneedle pinyon is 40 on the Arabrab soil. It can produce about 3.3 cubic feet of timber per acre per year from a fully stocked stand of even-aged trees 90 years old.

The mass movement potential is rated low for this unit because of the slope.

The main limitation to the building of unsurfaced roads on the Arabrab loam is the depth to bedrock.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and vegetation for grazing. More uniform use of rangeland is aided by properly locating salt and by herding.

Removal of pinyon and juniper increases the production of understory forage. Range seeding should be done in conjunction with removal of the overstory. Seeding late in the fall will help ensure that soil moisture will be available in the spring for seed germination.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the depth to bedrock and the dusty conditions that may develop with intensive use. Maintaining vegetative cover helps in overcoming the dusty condition and enhances the beauty of the area. Paths and trails can be developed.

This map unit is in capability subclass 6s, nonirrigated.

## 526—Lonecone loam, 0 to 5 percent slopes

### Map Unit Description

This moderately deep, well drained soil is on mesas. The elevation is 7,600 to 8,500 feet. The average annual precipitation is 18 to 25 inches, the average annual air temperature is 40 to 44 degrees F., and the average frost-free period is 80 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

### Brief Soil Description

**Lonecone loam**

The Lonecone soil formed in residuum derived from sandstone and shale and has some eolian influence. Typically, the surface layer is dark brown loam about 6 inches thick. The upper 21 inches of the underlying layer are dark brown loam, and the lower 3 inches are strong brown gravelly sandy clay loam. Soft, partially weathered sandstone is at a depth of 30 inches. The depth to bedrock ranges from 20 to 40 inches.

The permeability of the Lonecone soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 20 to 40 inches. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 15 percent soils that are less than 20 inches to bedrock and small areas that are deeper than 40 inches to bedrock, both occurring on mesas. Included areas make up about 20 percent of the map unit.

***Vegetation***

The dominant plant association is *Artemisia tridentata/Elytrigia smithii*. The native vegetation on this unit consists mainly of Arizona fescue, western wheatgrass, Kentucky bluegrass, mountain brome, big sagebrush, Utah serviceberry, mountain snowberry and Gambel oak. The average annual production of air-dry vegetation is about 1,500 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

This soil is well suited to the building of unsurfaced roads.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and range production. More uniform use of rangeland is aided by properly locating salt and by herding. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

This unit is well suited to recreational development.

This map unit is in capability subclass 4c, nonirrigated.

## 527—Ormiston-Beje complex, 5 to 30 percent slopes

### Map Unit Description

This map unit is a complex of deep to shallow, well drained soils on mesas, hills, and ridges. This map unit has about 1 to 3 percent stones on the surface. The elevation is 7,100 to 7,800 feet. The average annual precipitation is 15 to 17 inches, the average annual air temperature is 44 to 45 degrees F, and the average frost-free period is 80 to 110 days. The moisture and temperature regimes are ustic and frigid, respectively.

This unit consists of 50 percent Ormiston loam, 35 percent Beje loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Ormiston loam**

The Ormiston soil is deep. It formed in slope alluvium and eolian material derived dominantly from sandstone. Typically, the surface layer is brown loam about 7 inches thick with 1 to 3 percent stones on the surface. The upper part of the subsoil is reddish brown very stony clay loam about 17 inches thick; the lower part is reddish brown stony clay about 8 inches thick. The substratum is pinkish white stony clay loam about 12 inches thick. Sandstone bedrock is at a depth of 44 inches; however, the depth to bedrock generally ranges from 40 to 60 inches or more.

The permeability of the Ormiston soil is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

**Beje loam**

The Beje soil is shallow. It formed in slope alluvium and residuum derived dominantly from sandstone. Typically, the surface layer is brown loam 6 inches thick. The subsoil is brown clay loam 8 inches thick over hard fractured sandstone. The depth to fractured bedrock ranges from 10 to 20 inches.

The permeability of the Beje soil is moderately slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is medium, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 3 percent Fivepine, 3 percent Nortez, 3 percent Granath, 3 percent Fughes, and 3 percent Rock outcrop, all on mesas and hills. Fivepine soils are shallow and clayey. Fughes and Granath soils are very deep and have less than 35 percent rock fragments. Nortez soils are moderately deep. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus edulis-Juniperus osteosperma/ Cercocarpus montanus*. Some *Pinus ponderosa/Quercus gambelii* may also occur on north slopes and in more moist sites. The native vegetation on this unit consists mainly of twoneedle pinyon, Rocky Mountain juniper, true mountain mahogany, and blue grama. Other important plants that characterize this unit are Kentucky bluegrass, mountain brome, western wheatgrass, needlegrass, muttongrass, prairie Junegrass, mountain muhly, Utah serviceberry, Gambel oak, and black sagebrush. The average annual understory production of air-dry vegetation is about 1,000 pounds per acre on the Ormiston soil, and about 900 pounds per acre on the Beje soil.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

A representative site index for this map unit for pinyon pine is 50 on the Ormiston soil. It can produce about 4.6 cubic feet of timber per acre per year from a fully stocked stand of even-aged trees 90 years old. Other trees suited to this soil are Ponderosa pine.

The mass movement potential is rated low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this unit are the depth to bedrock and the content of large stones. To stabilize grades, road cuts, road fills, and other disturbed areas water bars can be constructed and the areas reseeded.

Removal of pinyon and juniper increases the production of understory forage. Range seeding should be done in conjunction with removal of the overstory. Careful management is needed to prevent excessive grazing on this unit because it is difficult to revegetate. More uniform distribution of grazing is aided by properly locating stock water and salt, and by fencing and herding. If the range vegetation is seriously deteriorated, seeding is needed. The main limitations for seeding are the depth to bedrock and the content of large stones. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, squirrels, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the stones on the surface, the depth to bedrock in the Beje soil, and slopes that are over 8 percent. Paths and trails can be developed. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Ormiston soil is in capability subclass 6e, nonirrigated. The Beje soil is in capability subclass 6s, nonirrigated.

## 552—Burnson loam, 1 to 15 percent slopes

### Map Unit Description

This deep, well drained soil is on mesas. The elevation is 7,400 to 8,200 feet. The average annual precipitation is 20 to 23 inches and the average annual air temperature is 41 to 45 degrees F. The frost-free period is 70 to 100 days. The soil moisture and temperature regimes are ustic and frigid, respectively.

### Brief Soil Description

**Burnson loam**

The Burnson soil formed in slope alluvium over residuum derived mostly from sandstone and shale, but has some influence from eolian material. Typically, the surface is covered with an organic litter layer about 1 inch thick and comes primarily from pine trees. The surface layer is brown loam about 3 inches thick. The next layer is brown clay loam about 4 inches thick. The upper 10 inches of the subsoil are reddish brown sandy clay; the lower 11 inches are mixed colors of reddish brown and reddish gray sandy clay. The next layer consists of mixed materials of reddish brown clay and brownish yellow sandy clay loam about 15 inches thick. Hard sandstone bedrock is at a depth of 44 inches; however, the depth to bedrock generally ranges from 40 to 60 inches from the mineral soil surface.

The permeability of the Burnson soil is slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 40 to 60 inches. Runoff is very high and the hazard of water erosion is slight. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this map unit is 5 percent Detra loam in small drainageways; about 5 percent Herm soils in depressions; and 10 percent Fivepine flaggy loam on breaks of hills, small ridgetops, or on gentle slopes where sandstone bedrock is near the

surface. Detra soils are fine-loamy and have thick dark surface layers. Herm soils are very deep and have dark surface layers.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation consists mainly of ponderosa pine, Gambel oak, common snowberry, and Arizona fescue. Other plants that characterize this unit are mountain brome, bluegrass, western wheatgrass, needlegrass, big sagebrush, antelope bitterbrush, and Rocky Mountain juniper. Scattered aspen patches occur in some drainageways and on north slopes. The average annual understory production of air-dry vegetation is about 900 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

A representative site index for this map unit for ponderosa pine is 80 on the Burnson soil. It can produce about 69 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 40 years old. Canopy cover is estimated at 25 to 55 percent forest crown density and 10 to 30 percent shrub crown density.

This map unit will have some restrictions to management activities due to thin surface horizons over clay. The site productivity could be reduced with exposure of the clayey subsoil, or operating equipment while the soils are still wet from snowmelt or summer rains.

This map unit is well suited to the production of ponderosa pine. The main limitations to reforestation on this soil are the high clay content and the plant competition. Competing vegetation can be controlled by properly preparing the site and by spraying or cutting unwanted weeds or brush. Brushy plants such as Gambel oak and snowberry limit but do not prevent natural regeneration of ponderosa pine. Planting nursery stock will hasten reforestation. Trees that are suitable for planting are ponderosa pine. Conventional methods of harvesting timber generally can be used.

The main limitations to the building of unsurfaced roads on this unit are the clayey subsoil and the high shrink-swell potential. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Excessive disturbance or removal of the surface soil may expose the fine textured subsoil. Because clay textures are so near the surface compaction and rutting are critical management concerns.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of understory vegetation. If the condition of the range or understory deteriorates, Gambel oak increases. In areas where brush is managed by prescribed burning, chemical or mechanical methods, the soil may be subject to a greater hazard of erosion. If the range or understory vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 296 of 579



This map unit is well suited to recreational development. The main limitations are the slow permeability and the presence of slopes that are over 8 percent. Paths and trails can be developed.

This map unit is in capability subclass 4e, nonirrigated.

## 553—Burnson-Herm complex, 15 to 30 percent slopes

### Map Unit Description

This map unit is a complex of deep and very deep, well-drained soils on hills and structural benches. The elevation is 7,800 to 9,000 feet. The average annual precipitation is 20 to 23 inches and the average annual air temperature is 41 to 45 degrees F., and the average frost-free period is 70 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 50 percent Burnson clay loam, 30 percent Herm loam, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Burnson clay loam**

The Burnson soil is deep. It formed in slope alluvium over residuum derived dominantly from sandstone with some influence from eolian material. Typically, the surface is covered with a mat of decomposing organic litter about 1 inch thick. The surface layer is brown clay loam about 3 inches thick. The next layer is brown clay loam about 4 inches thick. The upper 10 inches of the subsoil are reddish brown sandy clay, and the lower 11 inches are mixed colors of reddish brown and reddish gray sandy clay. The next layer consists of mixed materials of reddish brown clay and brownish yellow sandy clay loam about 15 inches thick. Hard sandstone bedrock is at a depth of 44 inches; however, the depth to bedrock generally ranges from 40 to 60 inches from the mineral soil surface.

The permeability of the Burnson soil is slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 40 to 60 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

**Herm loam**

The Herm soil is very deep. It formed in slope alluvium derived dominantly from shale and sandstone. Typically, the surface layer is dark grayish brown loam about 6 inches thick. The upper part of the subsoil is dark brown clay loam about 7 inches thick. The next part is grayish brown clay loam about 4 inches thick. The lower part of the subsoil is brown clay loam about 28 inches thick. The underlying material is grayish brown clay loam to a depth of 60 inches or more.

The permeability of the Herm soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this unit are about 5 percent Jemco silt loam on ridges; 10 percent Hesperus loam in drainageways; and 5 percent Beje loam on hills and breaks to drainageways. Jemco soils are moderately deep. Hesperus soils are very deep and have fine-loamy subsoils. Beje soils are shallow over sandstone.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation on this unit consists mainly of ponderosa pine, Gambel oak, common snowberry, and Arizona fescue. Other important plants that characterize this unit are mountain brome, Saskatoon serviceberry, antelope bitterbrush, big sagebrush, true mountain mahogany, bottlebrush squirreltail, needlegrass, prairie Junegrass, bluegrass, mountain muhly, elk sedge, western wheatgrass, and Rocky Mountain juniper. The average annual understory production of air-dry vegetation is about 900 pounds per acre on the Burnson soil, and about 1,300 pounds per acre on the Herm soil.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, and livestock grazing.

A representative site index for this map unit for ponderosa pine is 80 on the Burnson soil. It can produce about 69 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 40 years old.

The mass movement potential is rated low for this unit.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed. Conventional harvesting methods can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitations to reforestation on these soils are the high clay content and plant competition. Competing vegetation can be controlled by properly preparing the site and by spraying, cutting or girdling to eliminate unwanted weeds, brush or trees. Brushy plants such as Gambel oak and snowberry limit natural regeneration of ponderosa pine. Planting nursery stock will hasten reforestation. Trees that are suitable for planting are ponderosa pine.

The main limitations to the building of unsurfaced roads on this unit are the underlying fine-textured subsoils and the high shrink-swell potential. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of understory vegetation. If the condition of the range or understory deteriorates, Gambel oak increases. In areas where brush is managed by prescribed burning, chemical or mechanical methods, the soil may be subject to a greater hazard of erosion. If areas are reseeded, slope may restrict the methods of reseeding. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the slope and the slow permeability. The slope limits the areas mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 571—Mancos-Skisams-Skutum complex, 1 to 15 percent slopes

### Map Unit Description

This map unit is a complex of very shallow to very deep, well drained soils on structural benches and mesas. The elevation is 8,500 to 9,600 feet. The average annual precipitation is 25 to 30 inches, the average annual air temperature is 36 to 42 degrees F., and the average frost-free period is 50 to 80 days. The moisture and temperature regimes are ustic and cryic, respectively for the Skisams soil and ustic-udic and cryic for the Mancos and Skutum soils, respectively.

This map unit consists of 40 percent Mancos loam, 35 percent Skisams loam, and 20 percent Skutum loam and similar soils. There are some soils in the map unit that are classified differently than the major components, but are similar enough so as to not affect the use or management of the unit. These include a soil similar to Mancos only with a thinner dark surface. Similar inclusions make up about 2 percent of the unit; the percentage varies from one area to another. Dissimilar included soils make up about 3 percent of the unit. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Mancos loam**

The Mancos soil is moderately deep. It formed in slope alluvium derived dominantly from shale and sandstone. Typically, the surface layer is dark grayish brown loam about 8 inches thick. The next layer is dark grayish brown clay loam about 7 inches thick. The upper 6 inches of the subsoil are dark grayish brown clay loam; the middle 5 inches are brown clay loam; and the lower 8 inches of the subsoil are pale brown gravely sandy clay loam. Hard shale bedrock is at a depth of 34 inches; however, the depth to bedrock generally ranges from 20 to 40 inches.

The permeability of the Mancos soil is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is high.

**Skisams loam**

The Skisams soil is shallow or very shallow. It formed in slope alluvium derived dominantly from sandstone and shale. Typically, the surface layer is brown loam about 12 inches thick. Hard sandstone bedrock is at a depth of 12 inches; however, the depth to bedrock generally ranges from 6 to 20 inches.

The permeability of the Skisams soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 6 to 20 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Skutum loam**

The Skutum soil formed in slope alluvium derived dominantly from shale and sandstone. Typically, the surface is covered with a mat of organic material consisting of leaves, twigs, and roots about 3 inches thick. The surface layer is grayish brown loam about 5 inches thick. The next layer is grayish brown clay loam about 12 inches thick. The upper part of the subsoil is grayish brown gravelly clay loam about 10 inches thick, and the lower part is brown gravelly clay loam about 17 inches thick. The substratum is light yellowish brown gravelly sandy clay loam to a depth of 53 inches. Shale bedrock is at a depth of 53 inches; however, the depth to bedrock generally ranges from 50 to 60 inches from the mineral soil surface.

The permeability of the Skutum soil is slow. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 50 or more inches.

Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit are small areas of Clayburn loam in drainageways, and small areas of Valto very stony fine sandy loam on hills. Clayburn soils are very deep, have fine-loamy subsoils, and have thick dark surface layers. Valto soils are shallow and have more than 35 percent rock fragments. Included areas make up about 3 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Populus tremuloides/Symphoricarpos oreophilus/Carex geyeri* in quaking aspen areas. Open parks have *Festuca arizonica/Muhlenbergia montana* and *Artemisia cana/Elytrigia smithii*. The native vegetation on this unit consists mainly of quaking aspen, common snowberry, Thurber's fescue, and elk sedge. Other important plants that characterize this unit are Parry's danthonia, Arizona fescue, Letterman's needlegrass, Kentucky bluegrass, mountain brome, muttongrass, cinquefoil, Nevada pea, silver sagebrush, and slender wheatgrass. Gambel oak occurs at the lower elevations of this map unit. The average annual production of air-dry vegetation is about 3,000 pounds per acre on the Mancos soil, about 1,000 pounds per acre on the Skisams soil, and about 2,500 pounds per acre on the Skutum soil.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for quaking aspen is 75 on the Skutum soil. It can produce about 43 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the slope.

The Mancos soil is poorly suited to the production of aspen and the Skutum soil is moderately well suited to the production of aspen. The main concerns in producing and harvesting timber are reforestation after harvest. Timber productivity is estimated to be moderate on the Skutum soil and low on the Mancos soil. Conventional methods of harvesting timber generally can be used, but their use may be limited when the soil is wet. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

Competing vegetation can be controlled by properly preparing the site and by spraying, cutting, or burning to eliminate unwanted weeds, brush, or trees. Quaking aspen will usually regenerate from roots after harvest.

The main limitations to the building of unsurfaced roads on this unit are the high clay content in the Mancos and Skutum soils and the shallow depth to bedrock in the Skisams soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of range and understory vegetation. If the condition of the range or understory deteriorates, snowberry tends to increase.

Wildlife such as elk, mule deer, bear, hawks, eagles, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the depth to bedrock in the Skisams soil, the slow permeability, and slopes that are over 8 percent. Paths and trails can be developed.

The Mancos and Skutum soils are in capability subclass 6c, nonirrigated. The Skisams soil is in capability subclass 6s, nonirrigated.

## 572—Sudduth loam, 0 to 15 percent slopes

### Map Unit Description

This very deep, moderately well drained soil is in drainageways and depressions on mesas. The elevation is 8,500 to 10,000 feet. The average annual precipitation is 25 to 30 inches, the average annual air temperature is 34 to 40 degrees F., and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

#### Brief Soil Description

**Sudduth loam**

The Sudduth soils formed in alluvium derived mostly from sandstone and shale of the Dakota and Burro Canyon formations. Typically, the surface layer is very dark grayish brown loam about 7 inches thick. The upper 6 inches of the subsoil are dark grayish brown clay loam, and the lower 9 inches are brown clay. The upper 16 inches of the substratum are light brownish gray gravelly clay loam; the next 14 inches are very dark gray clay; and the lower part consists of black clay to a depth of 60 inches or more.

The permeability of the Sudduth soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. A seasonal high water table is at a depth of 36 to 72 inches from April through June. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this unit are about 10 percent soils with bedrock at less than 60 inches and 5 percent soils with more than 35 percent rock fragments in the profile, both in depressions. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Festuca thurberi/Festuca arizonica*. The native vegetation consists mainly of Thurber's fescue, elk sedge, Kentucky bluegrass, timothy, shrubby cinquefoil, slender cinquefoil, clover, yarrow, and iris. The average annual production of air-dry vegetation is about 2,000 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this soil are a seasonal high water table, the shrink-swell potential, and the clayey soil texture. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition.

Stock water development and fencing will help to improve livestock distribution and forage quality. More uniform use of rangeland is aided by properly locating salt and by herding. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall will help ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

If this unit is used for recreational development, the main limitations are the slow permeability and slopes that are over 8 percent. Paths and trails can be developed.

This map unit is in capability subclass 6c, nonirrigated.

## 600—Valto-Rock outcrop complex, 10 to 65 percent slopes

### Map Unit Description

This map unit is a complex of shallow, well drained soils and Rock outcrop on mountain slopes and ridges. The elevation is 8,200 to 9,600 feet. The average annual precipitation is 20 to 28 inches, the average annual air temperature is 40 to 44 degrees F, and the average frost-free period is 90 to 110 days. The moisture and temperature regimes are ustic and frigid, respectively.

This unit consists of 50 percent Valto very stony fine sandy loam, 35 percent Rock outcrop, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

#### Valto very stony fine sandy loam

The Valto soil formed in residuum derived dominantly from sandstone. Typically, the surface is covered with a mat of decomposing needles, leaves, and twigs about 2 inches thick. The surface layer is dark reddish gray very stony fine sandy loam about 2 inches thick. The subsurface layer is light reddish brown very stony fine sandy loam about 10 inches thick. Fractured sandstone bedrock is at a depth of 14 inches; however, the depth to bedrock generally ranges from 10 to 20 inches from the mineral soil surface.

The permeability of the Valto soil is moderately rapid. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

#### Rock outcrop

Rock outcrop consists of exposures of sandstone bedrock usually as cliffs and ledges and as bare rock on structural benches and mountain slopes.

#### *Contrasting Inclusions*

Included in this unit are about 5 percent Clayburn loam on toeslopes; 5 percent Fortwingate stony fine sandy loam on structural benches; and 5 percent Needleton stony loam on mountain slopes. Clayburn soils are very deep and have less than 35 percent rock fragments in the profile. Fortwingate soils are moderately deep and have fine textured subsoils. Needleton soils are very deep. Included areas make up about 15 percent of the map unit; the percentage varies from one place to another.

#### *Vegetation*

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation on this unit consists mainly of ponderosa pine, Gambel oak, and Arizona

fescue. Other important plants that characterize this unit are mountain brome, mountain muhly, bluegrass, nodding brome, prairie Junegrass, elk sedge, common snowberry, true mountain mahogany, and Saskatoon serviceberry. Rocky Mountain Douglas-fir, white fir, and a few quaking aspen occur at the higher elevations. The average annual understory production of air-dry vegetation is about 500 pounds per acre on the Valto soil.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, and limited livestock grazing.

A representative site index for this map unit for ponderosa pine is 65 on the Valto soil. It can produce about 50 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for this unit because of the shallow depth to bedrock.

The main concerns in producing and harvesting timber are shallow soils over hard bedrock that effect construction of logging roads and makes reforestation very difficult. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. Gambel oak can limit natural regeneration of ponderosa pine. Planting nursery stock will hasten reforestation. Trees suitable for planting are ponderosa pine.

The main limitations to building unsurfaced roads on this unit are the stones in the soil, the shallow depth to bedrock, rock outcrops, and the slope.

Logged areas and many forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, bear, squirrels, turkeys, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover.

If this map unit is used for recreational development, the main limitations are the depth to bedrock, rock outcrops, and steep slopes in some places.

The Valto soil is in capability subclass 7s, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 601—Weminuche loam, 30 to 75 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 8,200 to 9,600 feet. The average annual precipitation is 25 to 32 inches, the average annual air temperature is 35 to 40 degrees F, and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Weminuche loam**

The Weminuche soil formed in slope alluvium derived dominantly from red bed sandstone. Typically, the surface is covered with a mat of decomposing leaves and twigs about 2 inches thick. The surface layer is reddish brown loam about 9 inches

thick. The next layer is reddish brown loam and reddish brown clay loam about 10 inches thick. The upper 13 inches of the subsoil are reddish brown clay loam, and the lower 10 inches are red gravelly clay loam. The substratum is red clay loam to a depth of 62 inches or more.

The permeability of the Weminuche soil is moderately slow. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are small areas of soils with dark colored surface layers on toeslopes; small areas of Scotch loam on breaks and ridges; small areas of Graysill loam and Snowdon stony loam, both on mountain slopes; and Rock outcrop. Scotch and Snowdon soils are shallow. Graysill soils are moderately deep over bedrock. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Abies concolor-Pseudotsuga menziesii/ Symphoricarpos oreophilus* and *Abies lasiocarpa-Picea engelmannii/Vaccinium scoparium*. The native vegetation on this unit consists mainly of white fir, Rocky Mountain Douglas-fir, quaking aspen, Englemann's spruce, and subalpine fir. Other important plants that characterize this unit are Thurber's fescue, Arizona fescue, mountain brome, bluegrass, common snowberry, grouse whortleberry, elk sedge, Utah serviceberry, twinberry honeysuckle, and Oregongrape. The average annual understory production of air-dry vegetation is about 700 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, and limited livestock grazing.

A representative site index for this map unit for Englemann's spruce is 80 on the Weminuche soil. It can produce about 76 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated high for this unit because of the steep slopes.

The main concerns in producing and harvesting timber are equipment limitations due to the steep slopes and preventing erosion along roads and other areas where vegetation has been removed. Minimizing the risk of erosion is essential in harvesting timber. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. If the site is not adequately prepared, competition from undesirable plants can prevent or prolong natural or artificial reestablishment of trees. Planting nursery stock will hasten reforestation. Hand planting of nursery stock is usually necessary. Among the trees that are suitable for planting are Englemann's spruce, Rocky Mountain Douglas-fir, white fir, and lodgepole pine.

The main limitation for building unsurfaced roads on this unit is the presence of steep slopes. Careful consideration of road systems and harvesting methods should be made to minimize erosion. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and some forested areas are used for livestock grazing. The slope limits access by livestock and results in overgrazing of the less sloping areas. Livestock grazing should be managed to protect the soil from excessive erosion.

Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitation is the slope, which limits use of the unit mainly to a few paths and trails. The paths and trails should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 602—Weminuche loam, 5 to 30 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes and toeslopes of mountains. The elevation is 8,200 to 9,600 feet. The average annual precipitation is 25 to 32 inches, the average annual air temperature is 35 to 40 degrees F, and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Weminuche loam**

The Weminuche soil formed in slope alluvium derived dominantly from red bed sandstone. Typically, the surface is covered with a mat of decomposing leaves and twigs about 2 inches thick. The surface layer is reddish brown loam about 9 inches thick. The next layer is reddish brown loam and reddish brown clay loam about 10 inches thick. The upper 13 inches of the subsoil are reddish brown clay loam, and the lower 10 inches are red gravelly clay loam. The substratum is red clay loam to a depth of 62 inches or more.

The permeability of the Weminuche soil is moderately slow. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 8 percent Anvik loam on toeslopes and structural benches; about 5 percent Scotch loam on ridges; and small areas of Graysill loam on structural benches. Anvik soils have dark colored surface layers. Scotch soils are shallow. Graysill soils are moderately deep. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Abies concolor-Pseudotsuga menziesii/ Festuca arizonica* and *Abies lasiocarpa-Picea engelmannii/Vaccinium scoparium*. *Populus tremuloides/Symphoricarpos oreophilus* occurs in aspen groves. The native vegetation on this unit consists mainly of white fir, Rocky Mountain Douglas-fir, Englemann's spruce, subalpine fir, and quaking aspen. Other important plants that characterize this unit are Thurber's fescue, Arizona fescue, bluegrass, mountain brome, common snowberry, grouse whortleberry, elk sedge, twinberry honeysuckle, Oregongrape, and Utah serviceberry. The average annual understory production of air-dry vegetation is about 700 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, and livestock grazing.

A representative site index for this map unit for Englemann's spruce is 80 on the Weminuche soil. It can produce about 76 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old. Other trees suited to this unit are white fir, Rocky Mountain Douglas-fir, and quaking aspen.

The mass movement potential is rated low for this unit.

The main concerns in producing and harvesting timber are reforestation and preventing erosion along roads and other areas where vegetation has been removed. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. If the site is not adequately prepared, competition from undesirable plants can prevent or prolong natural or artificial reestablishment of trees. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce, Rocky Mountain Douglas-fir, white fir, and lodgepole pine. Quaking aspen will usually regenerate from roots after harvest.

Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and many forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of understory plants. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure.

Wildlife such as elk, mule deer, squirrels, coyote, blue grouse, and bear utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover.

If this map unit is used for recreational development, the main limitation is the presence of slopes that are over 8 percent. Lower slopes could be used for camp areas and picnic areas. Steeper slopes are suited mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 603—Weminuche-Anvik complex, 15 to 60 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. The elevation is 8,400 to 9,600 feet. The average annual precipitation is 25 to 32 inches, the average annual air temperature is 35 to 40 degrees F, and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 55 percent Weminuche loam, 25 percent Anvik loam, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used. Weminuche soils are on the steeper areas and Anvik soils are on less sloping areas.

### Brief Soil Description

**Weminuche loam**

The Weminuche soil formed in slope alluvium derived dominantly from red bed sandstone. Typically, the surface is covered with a mat of decomposing leaves and twigs about 2 inches thick. The surface layer is reddish brown loam about 9 inches thick. The next layer is reddish brown loam and reddish brown clay loam about 10 inches thick. The upper 13 inches of the subsoil are reddish brown clay loam, and the lower 10 inches are red gravelly clay loam. The substratum is red clay loam to a depth of 62 inches or more.

The permeability of the Weminuche soil is moderately slow. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Anvik loam**

The Anvik soil formed in slope alluvium derived dominantly from sandstone and shale. Typically, the surface is covered with a mat of decomposed leaves and twigs about 1 inch thick. The surface layer is dark grayish brown loam about 10 inches thick. The subsurface layer is light yellowish brown loam about 11 inches thick. The upper 9 inches of the subsoil are brown clay loam, and the lower 14 inches are yellowish brown clay loam. The substratum is yellowish brown sandy clay loam to a depth of 61 inches or more.

The permeability of the Anvik soil is moderate. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Clayburn loam on toeslopes and in drainageways; 5 percent Tuckerville loam on mountain slopes; small areas of Scotch loam on ridges and breaks; small areas of Graysill loam on structural benches; and small areas of Snowdon stony loam on mountain slopes. Tuckerville soils have more than 35 percent rock fragments in the profile. Clayburn soils have thick dark colored surface layers. Scotch and Snowdon soils are shallow. Graysill soils are moderately deep. Included areas make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Abies concolor-Pseudotsuga menziesii/ Festuca arizonica*, *Abies lasiocarpa-Picea engelmannii/Vaccinium scoparium*, and *Populus tremuloides/Symphoricarpos oreophilus*. The native vegetation on this unit consists mainly of white fir, Rocky Mountain Douglas-fir, quaking aspen, Englemann's spruce, and subalpine fir. Other important plants that characterize this unit are Arizona fescue, Thurber's fescue, bluegrass, mountain brome, nodding brome, elk sedge, common snowberry, spike trisetum, twinberry honeysuckle, Oregon grape, Utah serviceberry, and grouse whortleberry. The average annual understory production of air-dry vegetation is about 700 pounds per acre on the Weminuche soil, and about 1,000 pounds per acre on the Anvik soil.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, and livestock grazing.

A representative site index for this map unit for Englemann's spruce is 80 on the Weminuche soil. It can produce about 76 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated moderate for this unit.

The main concerns in producing and harvesting timber are equipment limitations on the steeper slopes and preventing erosion along roads and other places where vegetation has been removed. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. If the site is not adequately prepared, competition from undesirable plants can prevent or prolong natural or artificial reestablishment of trees. Planting nursery stock will hasten reforestation. Hand planting is usually necessary because of the slope. Among the trees that are suitable for planting are Englemann's spruce, Rocky Mountain Douglas-fir, white fir, and lodgepole pine. Quaking aspen will usually regenerate from roots after harvest.

The main limitation to building unsurfaced roads on this unit is the presence of steep slopes. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and forested areas are used for livestock grazing. The slopes limit access by livestock and results in overgrazing of the less sloping areas. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, squirrels, coyotes, blue grouse, and bear utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover.

If this map unit is used for recreational development, the main limitation is the presence of steep slopes. These slopes limit the use of the unit mainly to a few paths and trails, which should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 605—Nordicol very stony sandy loam, 6 to 25 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 8,000 to 10,000 feet. The average annual precipitation is 25 to 35 inches, the average annual air temperature is 38 to 42 degrees F., and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are ustic-udic and cryic, respectively.

### Brief Soil Description

**Nordicol very stony sandy loam**

The Nordicol soil formed in slope alluvium and colluvium derived dominantly from sandstone. Typically, the surface is covered with a mat of organic material about 1 inch thick. The upper part of the surface layer is dark grayish brown very stony sandy loam about 6 inches thick. The lower part of the surface layer is dark grayish brown very stony loam about 13 inches thick. The subsurface layer is light brown very stony sandy loam about 8 inches thick. The subsoil is brown very stony sandy clay loam about 24 inches thick. The substratum is light yellowish brown extremely stony sandy loam to a depth of 61 inches or more.

The permeability of the Nordicol soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Frisco stony loam on mountain slopes; 5 percent Clayburn loam on toeslopes and in drainageways; small areas of Hourglass loam on structural benches; and small areas of Snowdon stony loam on mountain slopes. Some small areas have large stones on the surface. Frisco soils have light colored surface layers. Clayburn and Hourglass soils have less than 35 percent rock fragments in the profile. Snowdon soils are shallow. Included areas make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies concolor-Pseudotsuga menziesii/Quercus gambelii*. The native vegetation on this unit consists mainly of white fir, Rocky Mountain Douglas-fir, quaking aspen, ponderosa pine, Englemann's spruce, Gambel oak, and Arizona fescue. Other important plants that characterize this unit are bluegrass, mountain brome, Thurber's fescue, elk sedge, mountain muhly, snowberry, Saskatoon serviceberry, and Nevada pea. The average annual understory production of air-dry vegetation is about 2,000 pounds per acre.

***Soil Management Implications***

Most areas of this unit are used for livestock grazing and wildlife habitat. A few areas are used for timber production.

A representative site index for this map unit for Rocky Mountain Douglas-fir is 80 on the Nordicol soil. It can produce about 69 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 40 years old.

The mass movement potential is rated low for this unit because of the slope and the high content of rock fragments.

The main concerns in producing and harvesting timber are equipment limitations because of the large stones and road construction in the stony soils. Conventional methods of harvesting timber can be used. Stones on the surface can interfere with felling, yarding, and other operations involving the use of equipment. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt and high rainfall.

Large stones limit rooting space and soil moisture, and interfere with planting operations. If the site is not adequately prepared, competition from undesirable plants can prevent or prolong natural or artificial reestablishment of trees. Hand planting of nursery stock is usually necessary to establish or improve a stand if trees other than aspen are to be planted. Aspen will usually regenerate from roots after harvest.

The main limitations to the building of unsurfaced roads on Nordicol soil are the large stones and the slopes. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the growth of range and understory vegetation.

Wildlife such as elk, mule deer, bear, hawks, eagles, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by

livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the large stones in the surface and the slopes. Development is limited mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7s, nonirrigated.

## 606—Snowdon-Needleton complex, 45 to 90 percent slopes

### Map Unit Description

This map unit is a complex of shallow and very deep, well drained soils on mountain slopes and ridges. The surface of this unit is covered with 3 to 15 percent stones. The elevation is 10,000 to 11,500 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 50 percent Snowdon stony loam, 35 percent Needleton stony loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used. Some areas have many snow chutes where snow slides occur.

### Brief Soil Description

**Snowdon stony loam**

The Snowdon soil is shallow. It formed in colluvium and slope alluvium derived dominantly from red bed sandstone. Typically, the surface is covered with a mat of needles, leaves, and twigs about 2 inches thick. The surface layer is reddish brown stony loam about 4 inches thick. The subsurface layer is pinkish gray very stony sandy loam about 7 inches thick. The subsoil is reddish brown extremely stony sandy clay loam about 7 inches thick. Hard bedrock is at a depth of 20 inches; however, the depth to bedrock generally ranges from 10 to 20 inches from the mineral soil surface.

The permeability of the Snowdon soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Needleton stony loam**

The Needleton soil is very deep. It formed in slope alluvium and colluvium derived dominantly from red bed sandstone. Typically, the surface is covered with a mat of organic material about 2 inches thick. The surface layer is reddish brown stony loam about 14 inches thick. The subsurface layer is reddish brown very cobbly sandy clay loam and light reddish brown very cobbly loam about 10 inches thick. The upper part of the subsoil is reddish brown very stony sandy clay loam about 22 inches thick; the lower part is reddish brown very cobbly clay loam to 62 inches or more.

The permeability of the Needleton soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Scotch loam, 3 percent Graysill loam, 2 percent Haviland loam, and 5 percent Rock outcrop. All three soils are on mountain slopes and have less than 35 percent rock fragments in the profile. Included areas

make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of subalpine fir, Englemann's spruce, quaking aspen, whortleberry, and snowberry. Other plants that characterize this unit are Thurber's fescue, mountain brome, bluegrass, spike trisetum, sedge, needlegrass, Richardson's geranium, smallflowered woodrush, heartleaf arnica, and common juniper. The average annual understory production of air-dry vegetation is about 500 pounds per acre on the Snowdon soil, and about 800 pounds per acre on the Needelton soil.

***Soil Management Implications***

This unit is used for woodland, wildlife habitat, and limited livestock grazing.

A representative site index for this map unit for Englemann's spruce is 72 on the Snowdon soil. It can produce about 65 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 110 years old.

The mass movement potential is rated high for this unit because of the very steep slopes.

The main concerns in producing and harvesting timber are reforestation, preventing water erosion where vegetation has been removed, and the difficulty of road construction due to the shallow depth to bedrock in the Snowdon soils and the very steep slopes *(Fig. 13)*. Only the less sloping areas should be considered for timber harvesting. Minimizing the risk of erosion is essential in harvesting timber.

Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.



**Figure 13.—Snow chutes on Snowdon-Needleton complex, 45 to 90 percent slopes, are subject to frequent snowslides, which can prevent the establishment of trees.**

Most areas of this unit are not used for grazing. The slope limits access by livestock and results in overgrazing of the less sloping areas. Deferred grazing will help to hasten revegetation and to improve areas in poor condition.

Wildlife such as elk, mule deer, bear, coyote, and blue grouse utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

This map unit is poorly suited to recreational development. The main limitations are the content of stones, the depth to bedrock in the Snowdon soil, and very steep slopes.

The Snowdon soil is in capability subclass 7s, nonirrigated. The Needleton soil is in capability subclass 7e, nonirrigated.

## 607—Graysill-Scotch complex, south aspect, 30 to 60 percent slopes

### Map Unit Description

This map unit is a complex of moderately deep and shallow well drained soils on mountain slopes and ridges, and generally has a southern slope. The elevation is 9,000 to 11,500 feet. The average annual precipitation is 35 to 45 inches. The average annual air temperature is 30 to 38 degrees F., and the average frost-free season is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of about 45 percent Graysill loam, about 35 percent Scotch loam, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to separate them at the scale used.

### Brief Soil Description

**Graysill loam, south aspect**

The Graysill soil is moderately deep. It formed in residuum and slope alluvium derived from red bed sandstone and shale. Typically the surface is covered with a two inch layer of organic material. The surface typically is a light reddish brown loam about 12 inches thick. The next layer is reddish brown clay loam about 8 inches thick. The subsoil is red clay loam to a depth of 37 inches. Red sandstone bedrock is at a depth of 37 inches; however, the depth to bedrock generally ranges from 20 to 40 inches from the mineral soil surface.

The permeability of the Graysill soil is moderately slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Scotch loam, south aspect**

The Scotch soil is shallow. It formed in residuum and slope alluvium weathered from red bed sandstone and shale. Typically, the surface is covered with a two inch layer of organic material. The surface layer typically is a pale red loam about 5 inches thick. The subsoil is reddish brown clay loam to a depth of 17 inches. Sandstone bedrock is at 17 inches; however, the depth to bedrock generally ranges from 10 to 20 inches from the mineral soil surface.

The permeability of the Scotch soil is moderately slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Haviland loam and 10 percent Needleton stony loam, both on mountain slopes. Haviland and Needleton soils are very deep. Needleton soils have more than 35 percent rock fragments in the profile.

***Vegetation***

The dominant plant association is *Populus tremuloides/Carex geyeri*. Other plant associations include *Populus tremuloides/Symphoricarpos oreophilus*. The native vegetation consists mainly of quaking aspen, Thurber's fescue, mountain brome, bluegrass, and mountain snowberry. Other plants that characterize this unit are Letterman's needlegrass, kinnikinnick, Nevada pea, heartleaf arnica, Richardson's geranium, and elk sedge. A few subalpine fir and Englemann's spruce occur in some locations. The average annual understory production of air-dry vegetation is about 2,600 pounds per acre on the Graysill soil, and about 2,400 pounds per acre on the Scotch soil.

***Soil Management Implications***

This unit is used mainly for timber production, livestock grazing, wildlife habitat, and recreation.

A representative site index for this map unit for quaking aspen is 69 on the Graysill soil. It can produce about 38 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated moderate for this unit.

The primary concerns of management for timber production are reforestation, preventing water erosion where vegetative cover has been removed and the difficulty of road construction due to the limited depth to bedrock and the steep slopes. Management that minimizes the risk of erosion is essential in harvesting timber. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. If the site is not adequately prepared, competition from undesirable plants can prevent or prolong natural or artificial reestablishment of trees if trees other than aspen are to be planted. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce, and lodgepole pine. Quaking aspen will usually regenerate from roots after harvest.

The main limitations for building unsurfaced roads on this unit are the depth to bedrock and the steep slopes. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure desired quantity and quality of native vegetation. Livestock grazing should be managed so that the desired balance of species is maintained in the plant community. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Deferred grazing speeds up revegetation and to improves range and understory areas in poor condition.

Wildlife such as elk, mule deer, bear, coyote, and blue grouse utilize this soil. The forested areas provide food and protective cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes in the unit and the depth to bedrock in the Scotch soil. Steep slopes limit the use of the unit mainly to a few paths and trails, which should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

# 608—Scotch-Graysill complex, 30 to 60 percent slopes

## Map Unit Description

This map unit is a complex of shallow and moderately deep, well drained soils on mountain slopes and ridges. The elevation is 9,000 to 11,500 feet. The average annual precipitation is 35 to 45 inches. The average annual air temperature is 30 to 38 degrees F., and the average frost-free season is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of about 45 percent Scotch loam, 35 percent Graysill loam, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to separate them at the scale used.

## Brief Soil Description

### Scotch loam

The Scotch soil is shallow. It formed in slope alluvium and residuum derived from red bed sandstone and shale. Typically, the surface is covered with a two inch layer of organic material. The surface layer typically is pale red loam about 5 inches thick. The subsoil is reddish brown clay loam to a depth of 17 inches. Sandstone bedrock is at 17 inches; however, the depth to bedrock generally ranges from 10 to 20 inches from the mineral soil surface.

The permeability of the Scotch soil is moderately slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

### Graysill loam

The Graysill soil is moderately deep. It formed in residuum and slope alluvium derived from red bed sandstone and shale. Typically the surface is covered with a two inch layer of organic material. The surface typically is a light reddish brown loam about 12 inches thick. The next layer is reddish brown light clay loam about 8 inches thick. The subsoil is red clay loam to a depth of 37 inches. Red sandstone bedrock is at a depth of 37 inches; however, the depth to bedrock generally ranges from 20 to 40 inches from the mineral soil surface.

The permeability of the Graysill soil is moderately slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

### *Contrasting Inclusions*

Included in this unit are about 10 percent Haviland loam and 10 percent Needleton stony loam, both on mountain slopes. Haviland and Needleton soils are very deep. Needleton soils have more than 35 percent rock fragments in the profile.

### *Vegetation*

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists of subalpine fir, Englemann's spruce, and quaking aspen. Other plants that characterize this unit are whortleberry, elk sedge, Richardson's geranium, heartleaf arnica, mountain snowberry, Thurber's fescue, mountain brome, spike trisetum, kinnikinnick, and common juniper. The average annual understory production of air-dry vegetation is about 800 pounds per acre on both soils.

### *Soil Management Implications*

This unit is used mainly for timber production, wildlife habitat, recreation, and livestock grazing.

A representative site index for this map unit for Englemann's spruce is 71 on the Scotch soil. It can produce about 64 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 110 years old.

The mass movement potential is rated moderate for this unit.

The primary concerns of management for timber production are reforestation, preventing water erosion where vegetation cover has been removed, and the difficulty of road construction due to the limited depth to bedrock and the steep slopes. Management that minimizes the risk of erosion is essential in harvesting timber. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. If the site is not adequately prepared, competition from undesirable plants can prevent or prolong natural or artificial reestablishment of trees. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce and lodgepole pine.

The main limitations for building unsurfaced roads on this unit are the shallow depth to bedrock of the Scotch soil and the steep slopes. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and some forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure desired quality and quantity of native vegetation. Deferred grazing speeds up revegetation and improves areas in poor condition. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Deferred grazing speeds up revegetation and to improves range and understory areas in poor condition.

Wildlife such as elk, mule deer, bear, coyote, and blue grouse utilize this soil. The forested areas provide food and protective cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes in the unit and the depth to bedrock in the Scotch soils. Steep slopes limit the use of the unit mainly to a few paths and trails, which should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 609—Hourglass-Wander complex, 5 to 30 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. The elevation is 9,000 to 11,500 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 75 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 50 percent Hourglass loam, 35 percent Wander very cobbly loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Hourglass loam**

The Hourglass soil formed in slope alluvium derived from sandstone and shale. Typically, the surface layer is dark grayish brown loam about 11 inches thick. The

upper part of the subsoil is brown clay loam about 7 inches thick; the middle part is brown gravelly clay loam about 13 inches thick; and the lower part is brown very stony clay loam about 15 inches thick. The substratum is brown very stony clay loam to a depth of 60 inches or more.

The permeability of the Hourglass soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Wander very cobbly loam**

The Wander soil formed in slope alluvium derived mostly from sandstone and shale. Typically, the surface layer is dark grayish brown very cobbly loam about 14 inches thick. The subsoil is brown very cobbly clay loam about 26 inches thick. The substratum is mixed materials of light brown and reddish brown very cobbly clay loam to a depth of 60 inches or more.

The permeability of the Wander soil is moderately slow. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Haviland loam and about 4 percent Needleton loam, both on mountain slopes; and small areas of Sig gravelly loam on ridges. Haviland and Needleton soils have light colored surface layers. Sig soils are shallow. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Festuca thurberi/Festuca arizonica* and *Festuca thurberi/Vicia americana-Lathyrus leucanthus*. The native vegetation on this unit consists mainly of Thurber's fescue, bluegrass, nodding brome, mountain brome, and needlegrass. Other important plants that characterize this unit are American vetch, Parry's danthonia, Richardson's geranium, slender cinquefoil, Arizona fescue, prairie Junegrass, western wheatgrass, and sedge. The average annual production of air-dry vegetation is about 2,800 pounds per acre on the Hourglass soil and about 2,400 pounds per acre on the Wander soil.

***Soil Management Implications***

This unit is used for livestock grazing, recreation, and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope and the high content of rock fragments in the Wander soil.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of rangeland vegetation. More uniform use of rangeland is aided by properly locating salt and by herding. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure.

Wildlife such as elk, mule deer, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife. Nearby forested areas provide cover for some of the wildlife.

If this map unit is used for recreational development, the main limitations are the content of stones and the slopes that are over 8 percent. Lower slopes that are not

cobbly may be developed for campgrounds or picnic areas. The slopes limit the use of most of the unit to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Hourglass soil is in capability subclass 6e, nonirrigated. The Wander soil is in capability subclass 7s, nonirrigated.

## 610—Wander-Hotter-Hourglass complex, 30 to 60 percent slopes

### Map Unit Description

This map unit is a complex of very deep and shallow, well drained soils on mountain slopes and structural benches. The surface of this map unit is covered with 3 to 15 percent stones and cobbles. The elevation is 8,500 to 11,500 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 75 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 45 percent Wander very cobbly loam, 30 percent Hotter very stony sandy loam, 15 percent Hourglass loam, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Wander very cobbly loam**

The Wander soil is very deep. It formed in colluvium and slope alluvium derived dominantly from sandstone and shale. Typically, the surface layer is dark grayish brown very cobbly loam about 14 inches thick. The subsoil is brown very cobbly clay loam about 26 inches thick. The substratum consists of mixed materials of light brown and reddish brown very cobbly clay loam to a depth of 60 inches or more.

The permeability of the Wander soil is moderately slow. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Hotter very stony sandy loam**

The Hotter soil is shallow. It formed in slope alluvium and residuum derived dominantly from sandstone and shale. Typically, the surface layer is brown very stony sandy loam about 4 inches thick. The underlying material is yellowish brown very stony sandy loam to a depth of 14 inches. Sandstone bedrock is at a depth of 14 inches; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Hotter soil is moderately rapid. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Hourglass loam**

The Hourglass soil is very deep. It formed in colluvium and slope alluvium derived dominantly from sandstone, limestone, and shale. Typically, the surface layer is dark grayish brown loam about 11 inches thick. The upper part of the subsoil is brown clay loam about 7 inches thick; the middle part is brown gravelly clay loam about 13 inches thick; and the lower part is brown very stony clay loam about 15 inches thick. The substratum is brown very stony clay loam to a depth of 60 inches or more.

The permeability of the Hourglass soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or

more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Needleton stony loam and about 4 percent Haviland loam, both on mountain slopes; and small areas of Rock outcrop on breaks. Needleton and Haviland soils are very deep and have light colored surface layers. Included areas make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Festuca thurberi/Festuca arizonica* and *Festuca thurberi/Vicia americana-Lathyrus leucanthus*. The native vegetation on this unit consists mainly of Thurber's fescue, Arizona fescue, mountain brome, nodding brome, needlegrass, and bluegrass. Other important plants that characterize this unit are American vetch, Parry's danthonia, sedge, Richardson's geranium, shrubby cinquefoil, slender cinquefoil, prairie Junegrass, spike trisetum, and western wheatgrass. The average annual production of air-dry vegetation is about 2,800 pounds per acre on the Hourglass soil, about 2,100 pounds per acre on the Hotter soil, and about 2,400 pounds per acre on the Wander soil.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated moderate for this unit.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development

and fencing will help to improve livestock distribution and the production of rangeland plants. More uniform use of rangeland is aided by properly locating salt and by herding. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. The slope limits access by livestock and results in overgrazing of the less sloping areas.

Wildlife such as elk, mule deer, coyotes, hawks, and eagles utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife. Nearby forested areas provide cover for some of the wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes in the unit, the depth to bedrock in the Hotter soil, and the content of surface stones on the Wander soil. The slopes limit the use of the unit mainly to a few paths and trails, which should extend across the slopes. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 611—Goldbug very stony fine sandy loam, 5 to 30 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The surface of this unit is covered with 3 to 15 percent stones. The elevation is 7,500 to 8,500 feet. The average annual precipitation is 18 to 22 inches, the average annual air temperature is 41 to 45

degrees F., and the average frost-free period is 90 to 110 days. The moisture and temperature regimes are ustic and frigid, respectively.

### Brief Soil Description

#### Goldbug very stony fine sandy loam

The Goldbug soil formed in slope alluvium derived dominantly from sandstone and shale. Typically, the surface is covered with a mat of organic material about 1 inch thick. The surface layer is pinkish gray very stony fine sandy loam about 20 inches thick. The subsurface layer is light reddish brown and pink stony sandy clay loamy about 8 inches thick. The subsoil is reddish brown stony clay to a depth of 61 inches or more.

The permeability of the Goldbug soil is slow. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

#### *Contrasting Inclusions*

Included in this unit are about 10 percent Fortwingate stony sandy loam on mountain slopes; 3 percent Valto very stony fine sandy loam on ridges; and 2 percent Nordicol very stony loam on the steeper slopes. Fortwingate soils are moderately deep. Valto soils are shallow. Nordicol soils have dark colored surface layers. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

#### *Vegetation*

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation on this unit consists mainly of ponderosa pine, Gambel oak, Arizona fescue, and western wheatgrass. Other important plants that characterize this unit are Rocky Mountain Douglas-fir, mountain muhly, prairie Junegrass, mountain brome, true mountain mahogany, and common juniper. The average annual understory production of air-dry vegetation is about 900 pounds per acre.

#### *Soil Management Implications*

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 70 on the Goldbug soil. It can produce about 55 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for this unit.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed. Conventional methods of harvesting timber can be used. Stones on the surface can interfere with felling, yarding, and other operations involving the use of equipment. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants. Plant competition delays natural regeneration but does not prevent the eventual development of a fully stocked, normal stand of trees. Brushy plants such as Gambel oak limit natural regeneration of ponderosa pine. Planting nursery stock will hasten reforestation. Ponderosa pine is among the trees that are suitable for planting.

The main limitations to the building of unsurfaced roads on this unit are the content of stones in the soil and on the surface. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and many forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of understory vegetation. If the condition of the range or understory deteriorates, Gambel oak increases. Areas where brush is managed by prescribed burning, chemical or mechanical methods may be subject to a greater hazard of erosion. If the range or understory vegetation is seriously deteriorated, seeding is needed. The main limitations for seeding are the content of stones on the surface, and the slope. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the content of surface stones and the slope. The slope limits use of the unit mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7s, nonirrigated.

## 612—Haviland-Graysill complex, 5 to 30 percent slopes

### Map Unit Description

This map unit is a complex of very deep and moderately deep, well drained soils on mountain slopes and mesas. The elevation is 9,000 to 11,500 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of about 50 percent Haviland loam, 35 percent Graysill loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to separate them at the scale used.

### Brief Soil Description

**Haviland loam**

The Haviland soil is very deep. It formed in slope alluvium derived dominantly red bed sandstone and shale. Typically, the surface is covered with a mat of decomposing leaves and twigs about 2 inches thick. The surface layer is light reddish brown loam about 12 inches thick. The upper 10 inches of the subsoil are red clay loam; the lower part consists of reddish brown gravelly clay loam extending to 62 inches or more.

The permeability of the Haviland soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

**Graysill loam**

The Graysill soil is moderately deep. It formed in residuum and slope alluvium derived from red bed sandstone and shale. Typically the surface is covered with a layer of organic material about 2 inches thick. The surface typically is a light reddish brown loam about 12 inches thick. The next layer is reddish brown clay loam about 8

inches thick. The subsoil is red clay loam to a depth of 37 inches. Red sandstone bedrock is at a depth of 37 inches; however, the depth to bedrock generally ranges from 20 to 40 inches from the mineral soil surface.

The permeability of the Graysill soil is moderately slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Needleton loam on mountain slopes; 3 percent Scotch loam on ridges; and 2 percent Snowdon loam on mountain slopes. Needleton soils have more than 35 percent rock fragments in the profile. Scotch and Snowdon soils are shallow. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, and quaking aspen. Other important plants that characterize this unit are whortleberry, Thurber's fescue, elk sedge, mountain brome, bluegrass, heartleaf arnica, Richardson's geranium, smallflowered woodrush, spike trisetum, kinnikinnick, and mountain snowberry. The average annual understory production of air-dry vegetation is about 900 pounds per acre on the Haviland soil and about 800 pounds per acre on the Graysill soil.

***Soil Management Implications***

This unit is used mainly for timber production, wildlife habitat, and livestock grazing.

A representative site index for this map unit for Englemann's spruce is 85 on the Graysill soil. It can produce about 83 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the slope.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetative cover has been removed. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. If the site is not adequately prepared, competition from undesirable plants can prevent or prolong natural or artificial reestablishment of trees. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce and lodgepole pine.

Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure.

Wildlife such as elk, mule deer, squirrels, rabbits, coyotes, blue grouse, and bear utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover.

If this map unit is used for recreational development, the main limitation is the presence of slopes that are over 8 percent. Lower slopes may be developed. The slopes limit use of most of the areas to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 615—Haviland loam, 30 to 60 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 9,000 to 11,500 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 32 to 38 degrees F, and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Haviland loam**

The Haviland soil formed in slope alluvium and colluvium derived dominantly from red bed sandstone and shale. Typically, the surface is covered with a mat of decomposing leaves and twigs about 2 inches thick. The surface layer is light reddish brown loam about 12 inches thick. The upper 10 inches of the subsoil are red clay loam; the lower part is reddish brown gravelly clay loam extending to 62 inches or more.

The permeability of the Haviland soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit are about 10 percent Graysill loam and 10 percent Needleton stony loam, both on mountain slopes; and 5 percent Scotch loam on ridges. Graysill soils are moderately deep. Needleton soils have more than 35 percent rock fragments in the profile. Scotch soils are shallow. Included soils make up about 25 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, and quaking aspen. Other important plants that characterize this unit are whortleberry, Thurber's fescue, mountain brome, bluegrass, elk sedge, smallflowered woodrush, spike trisetum, kinnikinnick, Richardson's geranium, heartleaf arnica, and mountain snowberry. The average annual understory production of air-dry vegetation is about 900 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, and livestock grazing.

A representative site index for this map unit for Englemann's spruce is 90 on the Haviland soil. It can produce about 91 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 90 years old.

The mass movement potential is rated moderate for this unit.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetative cover has been removed. Minimizing the risk of erosion is essential in harvesting timber.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. Planting nursery stock will hasten reforestation.

Hand planting is usually necessary because of the slope. Among the trees that are suitable for planting are Englemann's spruce and lodgepole pine.

The main limitation to the building of unsurfaced roads on this unit is the presence of steep slopes. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and some forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure.

Wildlife such as elk, mule deer, squirrels, rabbits, coyotes, blue grouse, and bear utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover.

If this map unit is used for recreational development the main limitation is the presence of steep slopes. These slopes limit the use of the unit mainly to a few paths and trails, which should extend across the slopes. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 616—Fortlewis stony fine sandy loam, 3 to 12 percent slopes

### Map Unit Description

This moderately deep, well drained soil is on mountain slopes. The elevation is 7,500 to 8,500 feet. The average annual precipitation is 18 to 22 inches, the average annual air temperature is 41 to 45 degrees F., and the average frost-free period is 90 to 110 days. The moisture and temperature regimes are ustic and frigid, respectively.

### Brief Soil Description

**Fortlewis stony fine sandy loam**

The Fortlewis soil formed in slope alluvium derived dominantly from sandstone and shale. Typically, the surface is covered with a mat of organic material of needles and leaves about 1 inch thick. The surface layer is brown stony fine sandy loam about 3 inches thick. The subsurface layer is pinkish gray stony fine sandy loam about 8 inches thick. The upper 5 inches of the subsoil are reddish brown clay loam and light brown sandy clay loam; the next 10 inches are light reddish brown clay; and the lower part is reddish yellow clay to a depth of about 39 inches. Sandstone bedrock is at a depth of 39 inches; however, the depth to bedrock generally ranges from 20 to 40 inches from the mineral soil surface.

The permeability of the Fortlewis soil is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit are about 10 percent Goldbug very stony fine sandy loam on mountain slopes; small areas of Valto very stony fine sandy loam on ridges; and small areas of Nordicol very stony loam on hillslopes. Goldbug soils are very deep. Valto soils are shallow. Nordicol soils are very deep and have more than 35 percent rock

fragments in the profile. Included soils make up about 15 percent of the total acreage; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation on this unit consists mainly of ponderosa pine, Gambel oak, Arizona fescue, prairie Junegrass, and mountain muhly. Other important plants that characterize this unit are mountain brome, bluegrass, pine dropseed, western wheatgrass, and true mountain mahogany. The average annual understory production of air-dry vegetation is about 850 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 69 on the Fortlewis soil. It can produce about 54 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for this unit because of the slope and the depth to bedrock.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants. Brushy plants such as Gambel oak limit natural regeneration of ponderosa pine. Planting nursery stock will hasten reforestation. Stones in the surface can make tree planting difficult. Among the trees that are suitable for planting is ponderosa pine.

The main limitations for building unsurfaced roads on this unit are the depth to bedrock and the slope. Proper design of road drainage systems and care in the placement of culverts help to control erosion. The depth to bedrock can interfere with road construction. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing waterbars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory vegetation.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the content of stones in the surface, the slow permeability, and the slopes that are over 8 percent. Paths and trails can be developed.

This map unit is in capability subclass 6e, nonirrigated.

## 617—Shawa loam, 5 to 20 percent slopes

### Map Unit Description

This very deep, well drained soil is on alluvial fans. The elevation is 7,000 to 8,400 feet. The average annual precipitation is 18 to 20 inches, the average annual air

temperature is 40 to 46 degrees F., and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as to not affect the use or management of the unit. These include Hesperus loam. These similar soils make up about 10 percent of the total acreage; the percentage varies from one area to another.

## Brief Soil Description

### Shawa loam

The Shawa soil formed in alluvium derived dominantly from sandstone and shale. Typically, the surface layer is brown loam about 19 inches thick. The upper 19 inches of the subsoil are brown clay loam; the lower part consists of brown cobbly clay loam to a depth of 60 inches or more.

The permeability of the Shawa soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

### *Contrasting Inclusions*

Included in this unit is about 5 percent of soils that have more than 35 percent rock fragments in the profile. These inclusions are on alluvial fans.

### *Vegetation*

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation on this unit consists mainly of ponderosa pine, Gambel oak, Arizona fescue, prairie Junegrass, mountain brome, bluegrass, and western wheatgrass. Other important plants that characterize this unit are mountain muhly, Indian ricegrass, and needleandthread. The average annual understory production of air-dry vegetation is about 1,200 pounds per acre.

### *Soil Management Implications*

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 78 on the Shawa soil. It can produce about 65 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for this unit because of the slope.

The Shawa soil is well suited to the production of ponderosa pine. The main concerns in producing and harvesting timber are reforestation and preventing erosion along roads and other disturbed areas. Conventional methods of harvesting timber can be used.

Plant competition delays natural regeneration but does not prevent the eventual development of a fully stocked, normal stand of trees. Properly preparing the site by spraying, cutting, or girdling to eliminate unwanted weeds, brush or trees can control competing vegetation. Brushy plants such as Gambel oak limit natural regeneration of ponderosa pine. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting is ponderosa pine.

The main limitation to building unsurfaced roads on this soil is the low strength. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory vegetation. If the condition of the understory

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 325 of 579



deteriorates, oak brush increases. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, and squirrels utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitation is the presence of slopes that are over 8 percent. Camp areas and picnic areas can be developed on the lower slopes. Paths and trails can be developed. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 618—Nordicol-Valto complex, 30 to 70 percent slopes

### Map Unit Description

This map unit is a complex of very deep and shallow, well drained soils on mountain slopes and ridges. The elevation is 8,000 to 9,500 feet. The average annual precipitation is 20 to 28 inches, the average annual air temperature is 38 to 42 degrees F. for Nordicol, and from 40 to 44 degrees F. for Valto, and the average frost-free period is 60 to 100 days. The moisture regimes are ustic-udic for Nordicol and ustic for Valto. The temperature regimes are cryic for Nordicol and frigid for Valto.

This map unit consists of 50 percent Nordicol very stony loam, 35 percent Valto very stony fine sandy loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Nordicol very stony loam**

The Nordicol soil is very deep. It formed in slope alluvium and colluvium derived dominantly from sandstone. Typically, the surface is covered with a mat of organic material about 2 inches thick. The surface layer is dark grayish brown very stony loam about 19 inches. The subsurface layer is light brown very stony sandy loam about 8 inches. The subsoil is brown very stony sandy clay loam about 24 inches thick. The substratum is light yellowish brown extremely stony sandy loam to a depth of 62 inches or more.

The permeability of the Nordicol soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Valto very stony fine sandy loam**

The Valto soil is shallow. It formed in residuum derived dominantly from sandstone. Typically, the surface is covered with a mat of decomposing needles, leaves, and twigs about 2 inches thick. The surface layer is dark reddish gray very stony fine sandy loam about 2 inches thick. The subsurface layer is light reddish brown very stony fine sandy loam about 10 inches thick. Sandstone bedrock is at a depth of 14 inches; however, the depth to bedrock generally ranges from 10 to 20 inches from the mineral soil surface.

The permeability of the Valto soil is moderately rapid. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Frisco stony loam and 5 percent Pinacol loam, both on mountain slopes; small areas of soils that are moderately deep over bedrock on ridges; and small areas of Rock outcrop on breaks. Frisco soils are very deep and have light colored surface layers. Pinacol soils have clayey-skeletal subsoils. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. *Pseudotsuga menziesii/Quercus gambelii* occurs on north slopes. The native vegetation on this unit consists mainly of ponderosa pine, white fir, Gambel oak, Arizona fescue, and common snowberry. Other important plants that characterize this unit are Rocky Mountain Douglas-fir, Englemann's spruce, quaking aspen, Saskatoon serviceberry, mountain brome, nodding brome, prairie Junegrass, mountain muhly, elk sedge, bluegrass, Nevada pea, and true mountain mahogany

The average annual understory production of air-dry vegetation is about 1,200 pounds per acre on the Nordicol soil, and about 500 pounds per acre on the Valto soil.

***Soil Management Implications***

This unit is used for livestock grazing, timber production, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 78 on the Nordicol soil. It can produce about 65 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for the Valto soil because of the shallow depth to bedrock, and it is rated moderate for the Nordicol soil because of the steep slopes.

This unit is moderately suited to the production of ponderosa pine. The main concerns in producing and harvesting timber are revegetation and road construction. Conventional harvesting methods generally are restricted to slopes of less than 40 percent. Access to the steeper areas is limited. The steepness of the slopes limits the kinds of equipment that can be used in forest management.

The main limitations to reforestation on this unit are the shallow depth to bedrock in the Valto soil and the steep slopes and content of large stones in the Nordicol soil. Large stones limit rooting space and soil moisture, and interfere with planting operations. If the site is not adequately prepared, competition from undesirable plants can prevent or prolong natural or artificial reestablishment of trees. Competing vegetation can be controlled by properly preparing the site and by burning to eliminate unwanted weeds, brush, or trees. Brushy plants such as Gambel oak limit natural regeneration of ponderosa pine. Hand planting of nursery stock is usually necessary to establish or improve a stand. Trees that are suitable for planting are ponderosa pine and Rocky Mountain Douglas-fir.

The main limitations to the building of unsurfaced roads on this unit are the shallow depth to rock on the Valto soil and the steep slopes and content of large stones in the Nordicol soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory vegetation.

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 327 of 579



Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes, the content of large stones, and the depth to bedrock in the Valto soil. The slopes limit the use of the unit mainly to a few paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Nordicol soil is in capability subclass 7e, nonirrigated. The Valto soil is in capability subclass 7s, nonirrigated.

## 619—Nordicol extremely stony loam, 45 to 75 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The surface is covered with 3 to 15 percent stones. The elevation is 9,000 to 11,000 feet. The average annual precipitation is 25 to 35 inches, the average annual air temperature is 38 to 42 degrees F., and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Nordicol extremely stony loam**

The Nordicol soil formed in colluvium and slope alluvium derived dominantly from sandstone and quartz diorite. Typically, the surface is covered with a mat of organic material about 2 inches thick. The surface layer is very dark grayish brown extremely stony loam about 15 inches thick. The subsurface layer is very pale brown very cobbly sandy clay loam about 14 inches thick. The subsoil is pale brown extremely cobbly sandy clay loam to a depth of 62 inches or more.

The permeability of the Nordicol soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Frisco stony loam, 5 percent Horsethief loam, and 5 percent Snowdon extremely stony loam, all on mountain slopes; and about 5 percent Rock outcrop and Rubble land. Frisco and Horsethief soils have light colored surface layers. Snowdon soils are shallow. Included areas make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Abies lasiocarpa-Picea engelmannii/Carex geyeri* and *Pseudotsuga menziesii/Amelanchier alnifolia*. The native vegetation on this unit consists mainly of Rocky Mountain Douglas-fir, Englemann's spruce, subalpine fir, white fir, and ponderosa pine. Other important plants that characterize this unit are Thurber's fescue, Saskatoon serviceberry, elk sedge, kinnikinnick, bluegrass, mountain brome, mountain muhly, Gambel oak, and snowberry. The average annual understory production of air-dry vegetation is about 1,200 pounds per acre.

***Soil Management Implications***

This unit is used for wildlife habitat, woodland, and limited livestock grazing.

A representative site index for this map unit for Rocky Mountain Douglas-fir is 78

on the Nordicol soil. It can produce about 65 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated moderate for this unit.

This unit is poorly suited to timber production. The main concerns in producing and harvesting timber are reforestation and road construction due to steep slopes, cobbles, and stones. Timber productivity is estimated to be low. Stones on the surface can interfere with felling, yarding, and other operations involving the use of equipment. The steepness of slope limits the kinds of equipment that can be used in forest management. Only the lower slopes should be considered for timber harvesting. Minimizing the risk of erosion is essential in harvesting timber.

Large stones limit rooting space and soil moisture, and interfere with planting operations. Plant competition delays natural regeneration but does not prevent the eventual development of a fully stocked, normal stand of trees. Among the trees that are suitable for planting are Englemann's spruce and lodgepole pine. Other trees suited to this unit are subalpine fir and Rocky Mountain Douglas-fir.

The main limitations to the building of unsurfaced roads on this unit are the steep slopes, the content of large stones, and rock outcrops. Careful consideration of road systems and harvesting methods should be made to minimize erosion. Proper design of road drainage systems and care in the placement of culverts help to control erosion.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. The slope limits access by livestock and results in overgrazing of the less sloping areas. Mechanical treatment practices are not practical because the surface is stony and the slopes are steep.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes and the content of stones. The slopes limit use of the unit mainly to a few paths and trails, which should extend across the slopes. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 620—Caviness loam, 15 to 30 percent slopes

### Map Unit Description

This deep, well drained soil is on mountain slopes. The elevation is 8,800 to 10,600 feet. The average annual precipitation is 25 to 35 inches, the average annual air temperature is 34 to 40 degrees F., and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Caviness loam**

The Caviness soil formed in slope alluvium and residuum derived dominantly from Dakota sandstone. Typically, the surface is covered with a mat of leaves and twigs about 3 inches thick. The surface layer is grayish brown loam about 10 inches thick. The subsurface layer is brown stony loam about 8 inches thick, and the next layer is pink stony sandy clay loam about 11 inches thick. The upper 19 inches of the subsoil are light red clay, and the lower 7 inches are yellowish red sandy clay. Hard Dakota

sandstone is at a depth of 58 inches; however, the depth to bedrock generally ranges from 40 to 60 inches from the mineral soil surface.

The permeability of the Caviness soil is slow. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 40 to 60 inches. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low in the upper part of the profile and high in the lower part.

***Contrasting Inclusions***

Included in this unit are about 5 percent Nordicol stony loam on mountain slopes; 4 percent Clayburn loam on toeslopes and in drainagewaysand small areas of soil that contains large boulders. Nordicol soils have more than 35 percent rock fragments in the profile. Clayburn soils have fine-loamy subsoils and thick dark surface layers. Included soils make up about 10 percent of the total acreage; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Populus tremuloides/Symphoricarpos oreophilus*. The native vegetation on this unit consists mainly of quaking aspen, common snowberry, meadow-rue, and Nevada pea. Other important plants that characterize this unit are mountain brome and elk sedge. The average annual understory production of air-dry vegetation is about 2,000 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for quaking aspen is 80 on the Caviness soil. It can produce about 48 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit.

This unit is well suited to the production of aspen. The main concerns in producing and harvesting timber are reforestation if trees other than aspen are to be planted. Conventional methods of harvesting timber can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitations to reforestation, if trees other than aspen are to be grown, are the dense stands of aspen regerating from roots. Among the trees that are suitable for planting are Douglas fir, white fir, and lodgepole pine. Aspen will reproduce from roots after harvesting *(Fig. 14)*.

Harvesting some of the mature trees and thinning dense stands of younger trees for use as poles increase the growth rate of the rest of the stand and increase the understory vegetation.

The main limitations to the building of unsurfaced roads on this unit are the slopes, the high clay content of the subsoil horizon, and the content of large boulders. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Stock water development and fencing will help to improve livestock distribution and the production of native understory vegetation.

Wildlife such as elk, mule deer, bear, hawks, eagles, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.



**Figure 14.—Quaking aspen on Caviness loam, 15 to 30 percent slopes. The area on the left has been clear-cut and aspen are regenerating from roots.**

If this map unit is used for recreational development, the main limitation is the slope. The slope limits most of the areas to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 621—Granturk Loam, 5 to 25 percent slopes

### Map Unit Description

This shallow or very shallow, well drained soil is on alpine mesas and structural benches. The elevation is 11,500 to 13,000 feet. The average annual precipitation is 35 to 50 inches, the average annual air temperature is 28 to 34 degrees F., and the average frost-free period is 30 to 40 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Granturk loam**

The Granturk soil formed in residuum derived dominantly from red bed sandstone. Typically, the surface is covered with a mat of organic material about 1 inch thick. The surface layer is weak red loam about 7 inches thick. The upper 9 inches of the subsoil are pale red loam, and the lower 2 inches are pale red very gravelly sandy loam. Sandstone bedrock is at a depth of 19 inches; however, the depth to bedrock generally ranges from 7 to 20 inches from the mineral soil surface.

The permeability of the Granturk series is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 7 to 20 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Henson very gravelly loam on the steeper slopes; 5 percent Whitecross very stony sandy loam on ridges; and 5 percent Rock outcrop. Henson soils are very deep. Whitecross soils have more than 35 percent rock fragments in the profile.

***Vegetation***

The dominant plant associations are *Kobresia myosuroides/Trifolium dasyphyllum* and *Deschampsia cespitosa/Carex spp.* The native vegetation on this unit consists mainly of kobresia, tufted hairgrass, alpine fescue, and alpine bluegrass. Other important plants that characterize this unit are arctic bluegrass, spreading wheatgrass, Baker's wheatgrass, Ross' avens, sedge, and alpine clover. The average annual production of air-dry vegetation is about 900 pounds per acre.

***Soil Management Implications***

This unit is used for sheep grazing, wildlife habitat, and recreation.

The mass movement potential is rated low for this unit because of the shallow depth to bedrock.

This unit is well suited to the production of alpine vegetation. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development will help to improve livestock distribution and the production of native vegetation. Livestock grazing is limited by a short growing season.

Careful management is needed on this unit to prevent excessive grazing because it is difficult to revegetate. More uniform use of rangeland is aided by properly locating salt and by herding.

Wildlife such as elk, mule deer, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the depth to bedrock, the slope, and the high elevation. Development is limited mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched. Vehicle traffic should be limited to roads and trails because disturbed areas are subject to erosion and are very slow to revegetate.

This map unit is in capability subclass 6e, nonirrigated.

## 622—Granturk-Rock outcrop complex, 25 to 60 percent slopes

### Map Unit Description

This map unit is a complex of shallow and very shallow, well drained soils and Rock outcrop on alpine mountain slopes and escarpments. The elevation is 11,500 to 13,000 feet. The average annual precipitation is 35 to 50 inches, the average annual air temperature is 28 to 34 degrees F., and the average frost-free period is 30 to 40 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 60 percent Granturk loam, 30 percent Rock outcrop, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

## Brief Soil Description

### Granturk Loam

The Granturk soil formed in slope alluvium and residuum derived dominantly from red bed sandstone. Typically the surface is covered with a mat of organic material about 1 inch thick. The surface layer is weak red loam about 7 inches thick. The upper 9 inches of the subsoil are pale red loam, and the lower 2 inches are pale red very gravelly sandy loam. Sandstone bedrock is at a depth of 19 inches; however, the depth to bedrock generally ranges from 7 to 20 inches from the mineral soil surface.

The permeability of the Granturk series is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 7 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

### Rock outcrop

Rock outcrop consists of exposures of sandstone outcrop on escarpments, on the edges of structural benches, and on very steep mountain backslopes.

#### *Contrasting Inclusions*

Included in this unit are about 5 percent Henson very gravelly loam on mountain slopes, and 5 percent Whitecross very stony sandy loam on mountain slopes and ridges. Henson soils are very deep. Whitecross soils have more than 35 percent rock fragments in the profile.

#### *Vegetation*

The dominant plant associations are *Kobresia myosuroides/Trifolium dasyphyllum* and *Deschampsia cespitosa/Carex spp.* The native vegetation on this unit consists mainly of kobresia, tufted hairgrass, alpine fescue, and alpine bluegrass. Other important plants that characterize this unit are arctic bluegrass, spreading wheatgrass, Baker's wheatgrass, Ross' avens, sedge, and alpine clover. The average annual production of air-dry vegetation is about 900 pounds per acre.

#### *Soil Management Implications*

This unit is used for sheep grazing, wildlife habitat, and recreation.

The mass movement potential is rated low for this unit because of the shallow depth to bedrock.

This unit is moderately suited to the production of alpine vegetation. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Livestock grazing is limited by a short growing season. Careful management is needed on this unit to prevent excessive grazing because it is difficult to revegetate. More uniform use of rangeland is aided by properly locating salt and by herding.

Wildlife such as elk, mule deer, pika, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes, the depth to bedrock, rock outcrops, the hazard of erosion, and the high elevations. The slope limits use of the unit mainly to a few paths and trails, which should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched. Vehicle traffic should be limited to roads and trails because disturbed areas are subject to erosion and are very slow to revegetate.

The Granturk soil is in capability subclass 7e, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 623—Chris-Nordicol complex, 15 to 45 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. The elevation is 8,500 to 10,000 feet. The average annual precipitation is 30 to 40 inches, the average annual air temperature is 36 to 40 degrees F., and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 50 percent Chris gravelly loam, 40 percent Nordicol very stony loam, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Chris gravelly loam**

The Chris soil formed in slope alluvium derived mostly from sandstone. Typically, the surface is covered with a mat of partly decomposed needles and leaves 1 inch thick. The surface layer is pinkish gray gravelly loam about 12 inches thick. The subsurface layer is mixed pinkish gray gravelly sandy clay loam and reddish brown gravelly clay loam about 10 inches thick. The upper part of the subsoil is mixed light reddish brown very cobbly clay loam and pinkish gray very cobbly loam about 8 inches thick. The lower part of the subsoil is light reddish brown very cobbly clay loam about 11 inches thick. The substratum is light reddish brown very cobbly sandy clay loam to a depth of 61 inches or more.

The permeability of the Chris soil is slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

**Nordicol very stony loam**

The Nordicol soil formed in slope alluvium derived mostly from sandstone. Typically, the surface is covered with a mat of leaves, needles, and roots about 2 inches thick. The surface layer is dark grayish brown very stony loam about 19 inches thick. The subsurface layer is light brown very stony sandy loam about 8 inches thick. The subsoil is brown very stony sandy clay loam about 24 inches thick. The substratum is light yellowish brown extremely stony sandy loam to a depth of 62 inches or more.

The permeability of the Nordicol soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Needleton stony loam and about 5 percent of soil moderately deep over bedrock, both on mountain slopes. Needleton soils have loamy-skeletal subsoils. Included areas make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Abies lasiocarpa-Picea engelmannii/Carex geyeri* on the Chris soil and *Populus tremuloides/Symphoricarpos oreophilus* on the

Nordicol soil. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, Rocky Mountain Douglas-fir, quaking aspen, white fir, and ponderosa pine. Other plants that characterize this unit are Gambel oak, snowberry, elk sedge, Arizona fescue, mountain brome, western wheatgrass, mountain muhly, Thurber's fescue, bluegrass, nodding brome, Saskatoon serviceberry, Nevada pea, rose, and heartleaf arnica. The average annual understory production of air-dry vegetation is about 700 pounds per acre on the Chris soil, and about 2,000 pounds per acre on the Nordicol soil.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for Englemann's spruce is 89 on the Chris soil. It can produce about 89 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the stones and cobbles in the soil.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed. Conventional harvesting methods can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants, especially on the Nordicol soil. Brushy plants such as Gambel oak, and snowberry limit natural regeneration. The high content of rock fragments can make the planting of seedlings difficult. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce and lodgepole pine. Other trees suited to this unit are Rocky Mountain Douglas-fir and subalpine fir. Quaking aspen will usually regenerate from roots after harvest. Timber productivity is estimated to be high on both soils.

The main limitations to the building of unsurfaced roads on Chris and Nordicol soils are the slopes and the stoniness. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of vegetation useable to livestock.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the slopes, the slow permeability of the Chris soil, and the content of stones in the Nordicol soil. The slopes limit use of the unit mainly to a few paths and trails, which should extend across the slopes. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 699—Haplocryolls-Rubble land complex, 10 to 60 percent slopes

### Map Unit Description

This map unit is a complex of moderately deep to very deep, well drained soils and rubble land on mountain slopes below ledges and cliffs. The elevation is 8,000 to 10,000 feet. The average annual precipitation is 25 to 35 inches, the average annual air temperature is 35 to 40 degrees F, and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

This unit consists of 40 percent Haplocryolls, 40 percent Rubble land, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Haplocryolls**

Haplocryolls vary considerably in properties. They formed in slope alluvium and colluvium derived from sandstone and limestone. In a reference pedon, the surface is covered with a mat of organic material about 2 inches thick. The surface layer is dark grayish brown very cobbly loam about 17 inches thick. The subsoil is brown very cobbly clay loam about 10 inches thick. The substratum is brown very cobbly sandy clay loam to 62 inches or more. The amount of rock fragments in the soil ranges from 35 to 80 percent. The texture of the control section is loam, clay loam, or sandy clay loam with varying rock fragment modifiers. The depth to bedrock ranges from 20 to 60 inches or more from the mineral soil surface.

The permeability of the Haplocryolls soil is moderate to moderately slow. The available water capacity is low to moderate. The hydrologic group is B. The effective rooting depth is 20 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Rubble land**

Rubble land consists of colluvial deposits of rock fragments. It contains 50 to 80 percent boulders and stones that have broken from rock ledges and cliffs above the map unit.

***Contrasting Inclusions***

Included in this unit are about 10 percent Needleton stony loam and 5 percent Haviland loam, both on mountain slopes; and 5 percent Snowdon stony loam on mountain slopes and breaks. These inclusions are mostly at the higher elevations. Needleton and Haviland soils have light colored surface layers. Snowdon soils are shallow.

***Vegetation***

The dominant plant association is *Populus tremuloides/Symphoricarpos oreophilus*. The native vegetation on this unit consists mainly of quaking aspen, common snowberry, Thurber's fescue, and western wheatgrass. Other important plants that characterize this unit are Rocky Mountain Douglas-fir, Englemann's spruce, mountain brome, mountain muhly, prairie Junegrass, bluegrass, serviceberry, and elk sedge. The average annual understory production of air-dry vegetation is about 2,000 pounds per acre on the Haplocryolls soil.

***Soil Management Implications***

This unit is used for woodland, wildlife habitat, and limited livestock grazing. It generally is too stony for commercial timber production.

A representative site index for this map unit for quaking aspen is 65 on the Haplocryolls soil. It can produce about 36 cubic feet of timber per acre from a fully stocked stand of even-aged trees 80 years old.

The mass movement potential is rated high for this unit because of the steep slopes.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. The slope limits access by livestock and results in overgrazing of the less sloping areas.

Wildlife such as elk, mule deer, squirrels, rabbits, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover.

If this map unit is used for recreational development, the main limitations are the steep slopes and the content of large stones. The slopes limit use of the unit mainly to a few paths and trails, which should extend across the slope. Cuts and fills should be seeded or mulched.

The Haplocryolls soil is in capability subclass 7e, nonirrigated. Rubble Land is in capability subclass 8s, nonirrigated.

*NOTE:* This map unit was formerly Haplustolls, cool. Before that it was Haploborolls to match the La Plata Soil Survey Area.

## 700—Bradfield clay loam, 0 to 5 percent slopes

### Map Unit Description

This very deep, well drained soil is on mesas and alluvial fans. The elevation is 7,600 to 8,500 feet. The average annual precipitation is 18 to 25 inches, the average annual air temperature is 40 to 44 degrees F., and the average frost-free period is 80 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as to not affect the use or management of the unit. These include Narraguinnep clay loam, Typic Haplustolls, and Pachic Haplustolls. These similar soils make up about 10 percent of the total acreage; the percentage varies from one area to another.

### Brief Soil Description

**Bradfield clay loam**

The Bradfield soil formed in slope alluvium and alluvium derived mostly from shale. Typically, the surface layer is grayish brown clay loam about 7 inches thick. The upper part of the subsoil is brown clay loam about 8 inches thick; the next part is dark grayish brown clay about 13 inches thick; and the lower part is brown and yellowish brown clay about 8 inches thick. The substratum is light yellowish brown clay to a depth of 60 inches or more. The similar Narraguinnep soils do not have deep cracks or slickensides. Typic Haplustolls and Pachic Haplustolls have argillic horizons.

The permeability of the Bradfield soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

***Vegetation***

The dominant plant association is *Artemisia tridentata/Elytrigia smithii*. The native vegetation on this unit consists mainly of western wheatgrass, mountain big sagebrush, Arizona fescue, mountain brome, and Columbia needlegrass. Other important plants that characterize this unit are prairie Junegrass, muttongrass, and mountain muhly. The average annual production of air-dry vegetation is about 1,100 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated very low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this soil are the low strength and the high shrink-swell potential.

The surface textures are high in clay and are easily compacted. A dense vegetative ground cover should be maintained to prevent an excess of this damage. The vegetation will also help prevent soil cracking which can dry the soil and reduce productivity.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range vegetation. More uniform use of rangeland is aided by properly locating salt and by herding. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitation is the slow permeability.

This map unit is in capability subclass 4c, nonirrigated.

## 703—Narraguinnep clay loam, 15 to 50 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 7,600 to 8,500 feet. The average annual precipitation is 18 to 25 inches, the average annual air temperature is 40 to 43 degrees F., and the average frost-free period is 70 to 90 days. The moisture and temperature regimes are ustic and frigid, respectively.

There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not to affect the use or management of the unit. These include Bradfield clay loam and Gladlow clay loam. These similar soils make up about 15 percent of the total acreage; the percentage varies from one area to another.

### Brief Soil Description

**Narraguinnep clay loam**

The Narraguinnep soil formed in slope alluvium derived dominantly from shale. Typically, the surface is dark grayish brown clay loam about 6 inches thick. The upper 17 inches of the subsoil are grayish brown clay, and the lower 7 inches are grayish brown clay loam. The substratum is pale brown clay to a depth of 60 inches or more. The similar Bradfield soils have deep cracks and slickensides. Gladlow soils have light colored surface layers.

The permeability of the Narraguinnep soil is slow. The available water capacity is high. The hydrologic group is D. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is high.

### *Contrasting Inclusions*

Included in this unit is about 5 percent of soils that have shale bedrock above a depth of 40 inches on mountain slopes.

### *Vegetation*

The dominant plant association is *Quercus gambelii/Symphoricarpos oreophilus*. The native vegetation on this unit consists mainly of Gambel oak, mountain snowberry, Arizona fescue, mountain brome, bluegrass, western wheatgrass, slender wheatgrass, and basin big sagebrush *(Fig. 15).* Other important plants that characterize this unit are needleandthread, elk sedge, mountain muhly, Saskatoon serviceberry, and a few twoneedle pinyon and Utah juniper. The average annual production of air-dry vegetation is about 2,000 pounds per acre.

### *Soil Management Implications*

This unit is used for wildlife habitat and livestock grazing.

The mass movement potential is rated high for this unit because of the moderately steep slopes and the clayey textures.

The main limitations to the building of unsurfaced roads on Narraguinnep soil are the slope, the low strength, and the shrink-swell potential. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and range production.



**Figure 15.—Gambel oak and snowberry are the most obvious plants on the Brushy Loam range site on Narraguinnep clay loam.**

Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community. Areas where brush is managed by prescribed burning, chemical, or mechanical methods may be subject to a greater hazard of erosion. The main limitations for seeding are the moderately steep slopes and the shrubs.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

If this unit is used for recreational development, the main limitations are the slopes, the slow permeability, and the hazard of erosion. The slopes limit use of the unit mainly to a few paths and trails, which should extend across the slopes. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched. Erosion and sedimentation can be controlled and the beauty of the area enhanced by maintenance of adequate plant cover.

This map unit is in capability subclass 7e, nonirrigated.

## 704—Gladlow-Rock outcrop-Ruko complex, 3 to 15 percent slopes

### Map Unit Description

This map unit is a complex of very deep and shallow, well drained soils and Rock outcrop on mesas. The elevation is 7,500 to 7,800 feet. The average annual precipitation is 18 to 20 inches, the average annual air temperature is 42 to 45 degrees F., and the average annual frost-free period is 80 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 30 percent Gladlow silty clay loam, 30 percent Rock outcrop, 20 percent Ruko silty clay loam, and 20 percent included soils.

There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not to affect the use of management of the unit. These include Narraguinnep clay loam and soils moderately deep over shale. These similar soils make up about 20 percent of the total acreage; the percentage varies from one area to another. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Gladlow silty clay loam**

The Gladlow soil is very deep. It formed in slope alluvium derived dominantly from shale. Typically, the surface layer is brown silty clay loam about 5 inches thick. The upper 19 inches of the subsoil are brown silty clay, and the lower 7 inches are light brownish gray silty clay. The substratum is variegated gray and pale brown clay loam to a depth of 60 inches or more. The similar Narraguinnep soils have deep dark surface layers.

The permeability of the Gladlow soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

**Rock outcrop**

Rock outcrop consists of exposed shale bedrock.

**Ruko silty clay loam**

The Ruko soil is shallow. It formed in residuum derived from shale. Typically, the surface layer is brown silty clay loam about 2 inches thick. The underlying material is

light brownish gray silty clay loam to a depth of about 11 inches. Calcareous shale is at a depth of about 11 inches; however, the depth to shale generally ranges from 10 to 20 inches.

The permeability of the Ruko soil is slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

***Vegetation***

The dominant plant association is *Artemisia tridentata/Oryzopsis hymenoides*. Some *Artemisia tridentata/Elytrigia smithii* may also occur on similar landscapes. The native vegetation on this unit consists mainly of black sagebrush, big sagebrush, Indian ricegrass, Arizona fescue, and western wheatgrass. Other important plants that characterize this unit are flowery phlox, lanceleaf goldenweed, shrubby cinquefoil, and purple milkvetch. The average annual production of air-dry vegetation is about 1200 pounds per acre on the Gladlow soil and about 900 pounds on the Ruko soil.

***Soil Management Implications***

This unit is used for wildlife habitat and livestock grazing.

The mass movement potential is rated low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this unit are the shrink-swell potential, the shallow depth to bedrock, and the low strength. Roads can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Stock water development and fencing will help to improve livestock distribution and range quality. More uniform use of rangeland is aided by properly locating salt and by herding. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that moisture in the soil will be adequate for the establishment of seedlings the next spring.

If this map unit is used for recreational development, the main limitations are the shallow depth to bedrock in the Ruko soil, rock outcrops, the hazard of erosion, and slopes that are over 8 percent. Erosion and sedimentation can be controlled and the beauty of the area enhanced by maintenance of adequate plant cover.

The Gladlow soil is in capability subclass 4e, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated. The Ruko soil is in capability subclass 6s, nonirrigated.

## 705—Helmet clay loam, 1 to 15 percent slopes

### Map Unit Description

This very deep, well drained soil is on footslopes and toeslopes of mountains. The elevation is 9,000 to 10,500 feet. The average annual precipitation is 30 to 40 inches, the average annual air temperature is 34 to 40 degrees F., and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Helmet clay loam**

The Helmet soil formed in slope alluvium derived dominantly from diorite, rhyolite, and shale. Typically, the surface is covered with a mat of partly decomposed leaves, needles, and twigs, about 2 inches thick. The surface layer is dark brown clay loam about 2 inches thick. The upper part of the subsoil is grayish brown clay loam about 9

inches thick; the next part is light brownish gray clay about 8 inches thick; and the lower part is grayish brown and yellowish brown clay about 7 inches thick. The upper 18 inches of the underlying material are grayish brown and yellowish brown silty clay, and the lower part consists of grayish brown silty clay loam to a depth of 62 inches or more.

The permeability of the Helmet soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this unit are about 5 percent Nordicol very stony loam on steeper slopes; about 5 percent Mancos loam on ridges; 5 percent Teedown loam on toeslopes; and 5 percent Skutum loam on toeslopes. Teedown and Skutum have thick dark colored surface layers. Nordicol soils have more than 35 percent rock fragments in the profile. Mancos soils are moderately deep.

***Vegetation***

The dominant plant association is *Populus tremuloides/Symphoricarpos oreophilus*. Some *Abies lasiocarpa-Picea engelmannii/Carex geyeri* may also occur on this soil. The native vegetation on this unit consists mainly of quaking aspen, mountain snowberry, and mountain brome. Other important plants that characterize this unit are Englemann's spruce, subalpine fir, white fir, Rocky Mountain Douglas-fir, Kentucky bluegrass, Nevada pea, elderberry, mountain ninebark, gooseberry currant, thimbleberry, Fendler's meadow-rue, and elk sedge. The average annual understory production of air-dry vegetation is about 1,000 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for quaking aspen is 84 on the Helmet soil. It can produce about 52 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 110 years old.

The mass movement potential is rated low for this unit because of the slope.

The Helmet soil is well suited to the production of quaking aspen. Timber productivity is estimated to be high. The main concerns in producing and harvesting timber are reforestation after harvest if trees other than aspen are to be grown. Conventional methods of harvesting timber generally can be used, but their use may be limited when the soil is wet. Careful consideration of road systems and harvesting methods should be made to minimize erosion. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvesting, reforestation must be managed to reduce competition from undesirable understory plants. Clayey soils can make tree planting difficult. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce and lodgepole pine. Quaking aspen will generally regenerate from roots after harvest.

The main limitations to the building of unsurfaced roads on this soil are the low strength and the high shrink-swell potential. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Stock water development and fencing will help to improve livestock distribution and the production of understory vegetation.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the slopes that are over 8 percent and the slow permeability. Camp areas and picnic areas can be developed on lower slopes. Paths and trails can be developed.

This map unit is in capability subclass 4e, nonirrigated.

# 706—Narraguinnep clay loam, 5 to 15 percent slopes

## Map Unit Description

This very deep well drained soil is on alluvial fans, fan remnants, and mesas. The elevation is 7,600 to 8,500 feet. The average annual precipitation is 18 to 25 inches, the average annual air temperature is 40 to 43 degrees F., and the average frost-free period is 70 to 90 days. The moisture and temperature regimes are ustic and frigid, respectively.

There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not to affect the use or management of the unit. These include Bradfield clay loam and Gladlow clay loam. These similar soils make up about 10 percent of the total acreage; the percentage varies from one area to another.

## Brief Soil Description

### Narraguinnep clay loam

The Narraguinnep soil formed in alluvium and slope alluvium derived dominantly from shale. Typically, the surface layer is dark grayish brown clay loam about 6 inches thick. The upper 17 inches of the subsoil are grayish brown clay, and the lower 7 inches are grayish brown clay loam. The substratum is pale brown clay to a depth of 60 inches or more. The similar Bradfield soils have deep cracks and slickensides. Gladlow soils have light colored surface layers.

The permeability of the Narraguinnep soil is slow. The available water capacity is high. The hydrologic group is D. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

### *Contrasting Inclusions*

Included in this unit are about 9 percent soils with shale above 40 inchesl also included is about 1 percent of soils that have more cobbles and gravel in the profile and on the surface than is typical for the map unit. Included soils make up about 10 percent of the total acreage; the percentage varies from one area to another.

### *Vegetation*

The dominant plant association is *Quercus gambelii/Symphoricarpos oreophilus*. The native vegetation on this unit consists mainly of Gambel oak, mountain snowberry, Arizona fescue, mountain brome, bluegrass, western wheatgrass, slender wheatgrass, and basin big sagebrush. Other important plants that characterize this unit are needleandthread, elk sedge, Saskatoon serviceberry, and mountain muhly. The average annual production of air-dry vegetation is about 2,000 pounds per acre.

### *Soil Management Implications*

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this unit are the low strength and the shrink-swell potential. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and range productivity. More uniform use of rangeland is aided by properly locating salt and by herding.

If the condition of the range deteriorates, shrub species increase. Brush management improves areas of range that are producing more woody shrubs than were present in the natural plant community. Areas where brush is managed by prescribed burning, chemical or mechanical methods may be subject to a greater hazard of erosion. If the range vegetation is seriously deteriorated, seeding is needed. The main limitations for seeding are the clayey soils and the shrubs. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the slopes that are over 8 percent and the slow permeability. Camp areas and picnic areas can be developed on lower slopes. Paths and trails can be developed.

This map unit is in capability subclass 4e, nonirrigated.

## 707—Teedown-Nordicol complex, 5 to 15 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes and mesas. The elevation is 8,500 to 10,000 feet. The average annual precipitation is 25 to 40 inches, the average annual air temperature is 35 to 40 degrees F., and the average frost-free period is 50 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 50 percent Teedown loam, 35 percent Nordicol very cobbly loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Teedown loam**

The Teedown soil formed in slope alluvium derived dominantly from shale and quartz diorite. Typically, the surface layer is dark gray loam about 20 inches thick. The upper 8 inches of the subsoil are grayish brown clay, and the lower 10 inches are light yellowish brown clay. The substratum is grayish brown stony clay to a depth of 60 inches or more.

The permeability of the Teedown soil is slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

**Nordicol very cobbly loam**

The Nordicol soil formed in slope alluvium derived dominantly from sandstone and quartz diorite. Typically, the surface is covered with a mat of organic material about 3 inches thick. The surface layer is very dark grayish brown very cobbly loam about 15 inches thick. The subsurface layer is very pale brown very cobbly sandy clay loam about 14 inches thick. The subsoil is pale brown extremely cobbly sandy clay loam to a depth of 63 inches or more.

The permeability of the Nordicol soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Clayburn loam in drainageways; 5 percent Frisco loam on hillslopes; small areas of soil with thinner dark surface layers on breaks; small areas of Cryaquolls in depressions; and small areas that are underlain by shale at depths of 40 to 60 inches on ridges and breaks. Clayburn soils have thick dark surface layers and fine-loamy subsoils. Frisco soils have light colored surface layers and more than 35 percent rock fragments in the profile. Cryaquolls are wet. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Populus tremuloides/Symphoricarpos oreophilus/Carex geyeri*. The native vegetation on this unit consists mainly of quaking aspen, mountain snowberry, Thurber's fescue, Kentucky bluegrass, and mountain brome. Other important plants that characterize this unit are Columbia needlegrass, slender wheatgrass, elk sedge, Nevada pea, common chokecherry, and purple reedgrass. The average annual understory production of air-dry vegetation is about 3,000 pounds per acre on the Teedown soil and about 2,000 pounds per acre on the Nordicol soil.

***Soil Management Implications***

This map unit is mainly used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for quaking aspen is 80 on the Teedown soil. It can produce about 48 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the slope.

The main concerns in producing and harvesting timber are reforestation after harvest. Timber productivity is estimated to be high. Conventional methods of harvesting timber generally can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitations to reforestation on the Nordicol soil are the content of cobbles and stones in the profile. Large stones limit rooting space and soil moisture, and interfere with planting operations. Competing vegetation can be controlled by properly preparing the site and by spraying, cutting, or burning to eliminate unwanted weeds, brush, or trees. Quaking aspen will normally regenerate from roots after harvest. Other trees suited to this unit are subalpine fir and Englemann's spruce.

The main limitations to building unsurfaced roads on this unit are the content of cobbles and stones in the Nordicol soil, and the high clay content and low strength of the Teedown soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range and understory areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory vegetation. If the condition of the range or understory deteriorates, snowberry tends to increase.

Wildlife such as elk, mule deer, bear, hawks, eagles, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the content of stones on the Nordicol soil, the slow permeability of the Teedown soil, and slopes that are over 8 percent. Lower slopes are suited to recreational development. Paths and trails can be developed.

The Teedown soil is in capability subclass 6c, nonirrigated. The Nordicol soil is in capability subclass 7s, nonirrigated.

## 708—Helmet clay loam, 30 to 60 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 9,000 to 10,500 feet. The average annual precipitation is 30 to 40 inches, the average annual air temperature is 34 to 40 degrees F., and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Helmet clay loam**

The Helmet soil formed in slope alluvium derived dominantly from diorite, rhyolite and shale. Typically, the surface is covered with a mat of partly decomposed leaves, needles, and twigs about 2 inches thick. The surface layer is dark brown clay loam about 2 inches thick. The upper part of the subsoil is grayish brown clay loam about 9 inches thick; the next part is light brownish gray clay about 8 inches thick; and the lower part is grayish brown and yellowish brown clay about 7 inches thick. The upper 18 inches of the underlying material are grayish brown and yellowish brown silty clay, and the lower part consists of grayish brown silty clay loam to a depth of 62 inches or more.

The permeability of the Helmet soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this unit are about 5 percent Nordicol very stony loam on mountain slopes; about 5 percent Mancos loam on ridges; 5 percent Teedown loam on toeslopes; and 5 percent Skutum loam on toeslopes. Teedown and Skutum have thick dark colored surface layers. Nordicol soils have more than 35 percent rock fragments in the profile. Mancos soils are moderately deep.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Carex geyeri*. Some *Populus tremuloides/Symphoricarpos oreophilus* also occurs. The native vegetation on this unit consists mainly of Englemann’s spruce, subalpine fir, quaking aspen, mountain snowberry, mountain brome, Kentucky bluegrass, and elk

sedge. Other important plants that characterize this unit are white fir, Rocky Mountain Douglas-fir, elderberry, mountain ninebark, gooseberry currant, thimbleberry, Fendler's meadow-rue, and Nevada pea. The average annual understory production of air-dry vegetation is about 1,000 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for Englemann's spruce is 96 on the Helmet soil. It can produce about 100 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 90 years old.

The mass movement potential is rated high for this unit because of the steep slopes and the clayey textures.

The Helmet soil is well suited to the production of Englemann's spruce. Timber productivity is estimated to be high. The main concerns in producing and harvesting timber are reforestation after harvest and preventing erosion along roads and other places where vegetation has been removed. Conventional methods of harvesting timber generally can be used, but their use may be limited when the soil is wet. Careful consideration of road systems and harvesting methods should be made to minimize erosion. The slopes limit the kind of equipment that can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce and lodgepole pine.

The main limitations to building unsurfaced roads on this soil are the low strength, the high mass movement potential, and the slope. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Stock water development and fencing will help to improve livestock distribution and the production of understory vegetation. The steep slopes limit access by livestock and result in overgrazing of less sloping areas.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes and the slow permeability. The slopes limit use of the unit mainly to a few paths and trails, which should extend across the slope. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 709—Teedown loam, 0 to 20 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes and mesas. The elevation is 9,000 to 10,500 feet. The average annual precipitation is 25 to 40 inches, the average annual air temperature is 35 to 40 degrees F., and the average frost-free

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 347 of 579



period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Teedown loam**

The Teedown soil formed in slope alluvium derived dominantly from shale and quartz diorite. Typically, the surface layer is dark gray loam about 20 inches thick. The upper 8 inches of the subsoil are grayish brown clay, and the lower 10 inches is light yellowish brown clay. The substratum is grayish brown stony clay to a depth of 60 inches or more.

The permeability of the Teedown soil is slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this unit are about 5 percent Nordicol very stony loam on ridges; 5 percent Helmet loam on hillslopes; and 5 percent Clayburn loam on toeslopes and in drainageways. Nordicol soils have more than 35 percent rock fragments in the profile. Helmet soils have thinner dark colored surface layers. Clayburn soils have thick dark surface layers and fine-loamy subsoils.

***Vegetation***

The dominant plant association is *Festuca thurberi/Vicia americana-Lathyrus leucanthus*. Some *Populus tremuloides/Symphoricarpos oreophilus* also occurs in quaking aspen groves. The native vegetation on this unit consists mainly of Thurber's fescue, Columbia needlegrass, mountain brome, and mountain snowberry. Other important plants that characterize this unit are elk sedge, Kentucky bluegrass, and patches of quaking aspen. The average annual production of air-dry vegetation is about 3,000 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this unit are the high shrink-swell potential and the low strength. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads can be protected from erosion by constructing water bars and by seeding cuts and fills.

This unit is well suited to livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and range condition. More uniform use of rangeland is aided by properly locating salt and by herding. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are slopes that are over 8 percent and the slow permeability. Steeper slopes mainly are suited to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6c, nonirrigated.

# 710—Sili-Zigzag complex, 5 to 15 percent slopes

## Map Unit Description

This map unit is a complex of very deep and shallow, well drained soils on alluvial fans, hills, and toeslopes of hills. The elevation is 6,500 to 7,500 feet. The average annual precipitation is 13 to 16 inches, the average annual air temperature is 47 to 52 degrees F., and the average frost-free period is 100 to 120 days. The moisture and temperature regimes are aridic-ustic and mesic, respectively.

This map unit consists of 50 percent Sili clay loam, 30 percent Zigzag gravelly clay loam, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

## Brief Soil Description

### Sili clay loam

The Sili soil is very deep. It formed in slope alluvium derived from shale and sandstone. Typically, the surface layer is grayish brown clay loam about 3 inches thick. The upper 12 inches of the subsoil are grayish brown clay loam, and the lower 10 inches are light brownish gray clay loam. The substratum is light brownish gray clay loam to a depth of 60 inches or more.

The permeability of the Sili soil is moderately slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. Gullies occur in some drainageways. The potential of shrink-swell is moderate.

### Zigzag gravelly clay loam

The Zigzag soil is shallow. It formed in residuum derived dominantly from shale and sandstone. Typically, the surface layer is pale brown gravelly clay loam about 4 inches thick. The underlying material is pale brown clay about 8 inches thick over shale bedrock; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Zigzag soil is slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

### *Contrasting Inclusions*

Included in this unit are about 5 percent soils that have more than 35 percent rock fragments in the profile on hillslopes; 5 percent Bodot silty clay loam on mesas and hills; 10 percent Lillings silty clay loam in drainageways; and small areas of Rock outcrop on breaks. Bodot soils are moderately deep over bedrock. Lillings soils do not have subsoils and have stratification throughout the control section. Included areas make up about 20 percent of the map unit; the percentage varies from one area to another.

### *Vegetation*

The dominant plant associations are *Artemisia tridentata/Elytrigia smithii* in open areas on the Sili soil and *Pinus edulis-Juniperus osteosperma/Poa fendleriana* on the Zigzag soil. The native vegetation on this unit consists mainly of twoneedle pinyon, Utah juniper, Gambel oak, and basin big sagebrush. Other important plants that characterize this unit are western wheatgrass, Indian ricegrass, muttongrass, Utah serviceberry, fourwing saltbush, antelope bitterbrush, true mountain mahogany, cliff fendlerbush, slender wheatgrass, prairie Junegrass, and bottlebrush squirreltail. The average annual production of air-dry vegetation is about 900 pounds per acre on the Sili soil and 400 pounds per acre on the Zigzag soil.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope of the Sili soil and depth to bedrock of the Zigzag soil.

The main limitations to the building of unsurfaced roads on this unit are the low soil strength of the Sili soil and the shallow depth to bedrock of the Zigzag soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads can be protected from erosion by constructing water bars and by seeding cuts and fills.

Removal of pinyon and juniper increases the production of understory vegetation. Range seeding should be done in conjunction with removal of overstory.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and range quality. More uniform use of rangeland is aided by properly locating salt and by herding. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings in the spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the depth to bedrock in the Zigzag soil, the hazard of erosion, and slopes that are over 8 percent. Paths and trails can be developed. Drainage should be provided for paths and trails. Erosion and sedimentation can be controlled and the beauty of the area enhanced by maintenance of adequate plant cover.

The Sili soil is in capability subclass 4e, nonirrigated. The Zigzag soil is in capability subclass 6s, nonirrigated.

## 711—Sili clay loam, 5 to 15 percent slopes

### Map Unit Description

This very deep, well drained soil is on alluvial fans and toeslopes of shale hills. The elevation is 6,500 to 7,500 feet. The average annual precipitation is 13 to 16 inches, the average annual air temperature is 47 to 52 degrees F., and the average frost-free period is 100 to 120 days. The moisture and temperature regimes are aridic-ustic and mesic, respectively.

### Brief Soil Description

**Sili clay loam**

The Sili soil formed in alluvium and slope alluvium derived from shale and sandstone. Typically, the surface layer is grayish brown clay loam about 3 inches thick. The upper 12 inches of the subsoil are grayish brown clay loam; the lower 10 inches of the subsoil are light brownish gray clay loam. The substratum is light brownish gray clay loam to a depth of 60 inches or more.

The permeability of the Sili soil is moderately slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. Gullies occur in many drainageways and on some fans. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit are about 5 percent Zigzag clay loam and 5 percent Bodot silty clay loam on ridges; and 5 percent Lillings silty clay loam on flood plains and in drainageways. Zigzag soils are shallow. Bodot soils are moderately deep. Lillings soils do not have subsoils and have stratification throughout.

***Vegetation***

The dominant plant association is *Artemisia tridentata/Elytrigia smithii*. Some *Artemisia tridentata/Oryzopsis hymenoides* occurs on similar landscapes. A few small areas with trees have *Pinus edulis-Juniperus osteosperma/Artemisia tridentate*. The native vegetation on this unit consists mainly of basin big sagebrush, Indian ricegrass, and western wheatgrass *(Fig. 16)*. Other important plants that characterize this unit are fourwing saltbush, cliff fendlerbush, bottlebrush squirreltail, prairie Junegrass, and muttongrass. Small areas have scattered twoneedle pinyon and Utah juniper. The average annual production of air-dry vegetation is about 900 pounds per acre.



**Figure 16.—Sili clay loam, 5 to 15 percent slopes, is on alluvial fans and toe slopes below shale hills. The range site is Clayey Valley. The shrubs are big sagebrush.**

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

The main limitation to the building of unsurfaced roads on Sili soils is the low strength. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition.

Stock water development and fencing will help to improve livestock distribution and range quality. More uniform use of rangeland is aided by properly locating salt and by herding.

Removal of pinyon and juniper increases the production of understory forage. Range seeding should be done in conjunction with removal of the overstory. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitation is the presence of slopes that are over 8 percent. Paths and trails can be developed. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 4e, nonirrigated.

## 714—Helmet loam, 15 to 30 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 9,000 to 10,500 feet. The average annual precipitation is 30 to 40 inches, the average annual air temperature is 34 to 40 degrees F., and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Helmet loam**

The Helmet soil formed in slope alluvium derived dominantly from diorite, rhyolite and shale. Typically, the surface is covered with a mat of partly decomposed leaves, needles, and twigs about 2 inches thick. The surface layer is dark brown loam about 2 inches thick. The upper part of the subsoil is grayish brown clay loam about 9 inches thick; the next part is light brownish gray clay about 8 inches thick; and the lower part is grayish brown and yellowish brown clay about 7 inches thick. The upper 18 inches of the underlying material are grayish brown and yellowish brown silty clay, and the lower part consists of grayish brown silty clay loam to a depth of 62 inches or more.

The permeability of the Helmet soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this unit are about 5 percent Nordicol very stony loam on mountain slopes; about 5 percent Mancos loam on ridges; 5 percent Teedown loam on footslopes; and 5 percent Skutum loam on footslopes. Teedown and Skutum soils have thick dark colored surface layers. Nordicol soils have more than 35 percent rock fragments in the profile. Mancos soils are moderately deep. Included areas make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Carex geyeri*. Some *Populus tremuloides/Symphoricarpos oreophilus* also occurs. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, white fir, Rocky Mountain Douglas-fir, quaking aspen, and elk sedge. Other important

plants that characterize this unit are mountain snowberry, mountain brome, Kentucky bluegrass, elderberry, mountain ninebark, gooseberry currant, thimbleberry, Fendler's meadow-rue, and Nevada pea. The average annual understory production of air-dry vegetation is about 1,000 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for Englemann's spruce is 96 on the Helmet soil. It can produce about 100 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 90 years old.

The mass movement potential is rated moderate for this unit because of clayey textures and the slope.

The Helmet soil is well suited to the production of Englemann's spruce. Timber productivity is estimated to be high. The main concerns in producing and harvesting timber are reforestation and preventing erosion along roads and other places where vegetation has been removed. Conventional methods of harvesting timber generally can be used, but their use may be limited when the soil is wet. Careful consideration of road systems and harvesting methods should be made to minimize erosion. Tree harvesting may be restricted during periods of high snow accumulation, snow melt or high rainfall.

After harvesting, reforestation must be managed to reduce competition from undesirable understory plants. Planting nursery stock will hasten reforestation. Clayey textures can make tree planting difficult. Among the trees that are suitable for planting are Englemann's spruce, Rocky Mountain Douglas-fir, and lodgepole pine. Quaking aspen will usually regenerate from roots after harvest.

The main limitations to the building of unsurfaced roads on this soil are the low strength and the high shrink-swell potential. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Stock water development and fencing will help to improve livestock distribution and the production of understory vegetation.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the slope and the slow permeability. The slope limits most of the areas to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 718—Narraguinnep-Gladlow complex, 5 to 30 percent slopes

### Map Unit Description

This map unit is a complex of very deep and well drained soils on mountain slopes. The elevation is 7,600 to 8,500 feet. The average annual precipitation is 18 to 20 inches, the average annual air temperature is 40 to 43 degrees F., and the average frost-free period is 70 to 90 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 50 percent Narraguinnep clay loam, 40 percent Gladlow clay loam, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Narraguinnep clay loam**

The Narraguinnep soil formed in slope alluvium derived dominantly from shale. Typically, the surface layer is dark grayish brown clay loam about 6 inches thick. The upper 17 inches of the subsoil are grayish brown clay, and the lower 7 inches are grayish brown clay loam. The substratum is pale brown clay to a depth of 60 inches or more.

The permeability of the Narraguinnep soil is slow. The available water capacity is high. The hydrologic group is D. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is high.

**Gladlow clay loam**

The Gladlow soil formed in slope alluvium and colluvium derived dominantly from shale. Typically, the surface layer is grayish brown clay loam about 5 inches thick. The upper 19 inches of the subsoil are brown silty clay, and the lower 7 inches are light brownish gray silty clay. The substratum is variegated colors of gray and pale brown clay loam to a depth of 60 inches or more.

The permeability of the Gladlow soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit are about 5 percent soils with more cobbles than the normal soils and about 5 percent soils with shale bedrock above 40 inches, both on mountain slopes.

***Vegetation***

The dominant plant association is *Quercus gambelii/Symphoricarpos oreophilus*. The native vegetation on this unit consists mainly of Gambel oak, mountain snowberry, western wheatgrass, Arizona fescue, and basin big sagebrush. Other important plants that characterize this unit are Letterman's needlegrass, bluegrass, muttongrass, elk sedge, Saskatoon serviceberry, and mountain muhly. The average annual production of air-dry vegetation is about 2,000 pounds per acre on the Narraguinnep soil and about 2,100 pounds per acre on the Gladlow soil.

***Soil Management Implications***

This unit is used for wildlife habitat and cattle grazing.

The mass movement potential is rated high for this unit because of the slopes, clayey textures and underlying shale, especially on slopes over 15 percent.

The main limitations to the building of unsurfaced roads on this unit are the low strength, the shrink-swell potential, and the slope.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range vegetation.

If the condition of the range deteriorates, shrub species increase. Areas where brush is managed by prescribed burning, chemical or mechanical methods may be subject to a greater hazard of erosion. Range seeding should be done in conjunction

with removal of the brush if needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings in the spring. The main limitations for seeding are the slopes and the shrubs.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are slopes that are over 8 percent and the slow permeability. The slopes limit the use of most areas of this unit to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 720—Zigzag-Rock outcrop complex, 30 to 80 percent slopes

### Map Unit Description

This map unit is a complex of shallow, well drained soils on hills and Rock outcrop on escarpments. The elevation is 6,500 to 7,500 feet. The average annual precipitation is 13 to 16 inches, the average annual air temperature is 46 to 50 degrees F., and the average frost-free period is 100 to 120 days. The moisture regime is aridic-ustic and the temperature regime is mesic.

This map unit consists of 45 percent Zigzag gravelly clay loam, 35 percent Rock outcrop, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

#### Zigzag gravelly clay loam

The Zigzag soil formed in residuum derived from shale and sandstone. Typically, the surface layer is pale brown gravelly clay loam about 4 inches thick. The underlying material is pale brown clay about 8 inches thick over shale bedrock. The depth to bedrock ranges from 10 to 20 inches.

The permeability of the Zigzag soil is slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

#### Rock outcrop

Rock outcrop consists of shale and sandstone escarpments and outcrops.

#### *Contrasting Inclusions*

Included in this unit are about 10 percent Sili clay loam on toeslopes; 9 percent Bodot silty clay loam on the less sloping hills and ridges; and small areas of soils that have a very stony surface. Sili soils are very deep. Bodot soils are moderately deep. Included areas make up about 20 percent of the map unit; the percentage varies from one area to another.

#### *Vegetation*

The dominant plant association is *Pinus edulis-Juniperus osteosperma/Poa fendleriana*. Some *Pinus edulis-Juniperus osteosperma/Artemisia tridentata* may also occur on the same landform. The native vegetation on this unit consists mainly of twoneedle pinyon, Utah juniper, Gambel oak, and basin big sagebrush *(Fig. 17)*. Other important plants that characterize this unit are muttongrass, Indian ricegrass, western wheatgrass, true mountain mahogany, snowberry, cliff fendlerbush, Utah



**Figure 17.—Zigzag-Rock outcrop complex, 30 to 80 percent slopes, has sparse stands of pinyon and juniper trees, and is used for wildlife habitat and livestock grazing.**

serviceberry, and antelope bitterbrush. The average annual production of air-dry vegetation is about 400 pounds per acre on the Zigzag soil.

***Soil Management Implications***

This unit is used for wildlife habitat and livestock grazing.

The mass movement potential is rated high for this unit because of steep slopes and the potential for rock fall.

The main limitations to the building of unsurfaced roads on this soil are the steep slopes, rock outcrops, and the shallow depth to bedrock.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and range production. More uniform use of rangeland is aided by properly locating salt. The slope limits access by livestock and results in overgrazing of the less sloping areas. Mechanical treatment practices are not practical, because the surface is stony and the slopes are steep. The main limitations for seeding are the shallow soil, steep slopes, and rock outcrops.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the depth to bedrock, the rock outcrops, steep slopes, and the hazard of erosion. The slopes limit use of the map unit mainly to a few paths and trails, which should extend across the slopes. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Zigzag soil is in capability subclass 7e, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 723—Zigzag-Rock outcrop complex, 15 to 30 percent slopes

### Map Unit Description

This map unit is a complex of shallow, well drained soils and Rock outcrop on shale hills and ridges. The elevation is 6,500 to 7,500 feet. The average annual precipitation is 13 to 16 inches, the average annual air temperature is 46 to 50 degrees F., and the average frost-free period is 100 to 120 days. The moisture regime is aridic-ustic and the temperature regime is mesic.

This map unit consists of 50 percent Zigzag gravelly clay loam, 40 percent Rock outcrop, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Zigzag gravelly clay loam**

The Zigzag soil formed in residuum derived from shale and sandstone. Typically, the surface layer is pale brown gravelly clay loam about 4 inches thick. The underlying layer is pale brown clay about 8 inches thick over shale bedrock. The depth to bedrock ranges from 10 to 20 inches.

The permeability of the Zigzag soil is slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

**Rock outcrop**

Rock outcrop consists of shale and sandstone outcrops, which occur on the steeper slopes and breaks.

***Contrasting Inclusions***

Included in this soil is about 5 percent Sili clay loam on alluvial fans, 4 percent Bodot silty clay loam on gently sloping hills and ridges, and small areas of soils that are very cobbly on the surface. Sili soils are very deep. Bodot soils are moderately deep. Included areas make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus edulis-Juniperus osteosperma/Artemisia tridentata*. Some *Pinus edulis-Juniperus osteosperma/Poa fendleriana* may also occur on the same landscape. The native vegetation on this unit consists mainly of twoneedle pinyon, Utah juniper, basin big sagebrush, true mountain mahogany, and Gambel oak. Other important plants that characterize this unit are muttongrass, western wheatgrass, Indian ricegrass, snowberry, cliff fendlerbush, Utah serviceberry, and antelope bitterbrush. The average annual production of air-dry vegetation is about 400 pounds per acre on the Zigzag soil.

***Soil Management Implications***

This unit is used for wildlife habitat and livestock grazing.

The mass movement potential is rated low for this unit because of the slope and the shallow depth to bedrock.

The main limitations to the building of unsurfaced roads on this unit are the rock outcrops and the shallow depth to bedrock.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and range production. More uniform use of rangeland is aided by properly locating salt. Mechanical treatment practices are not practical because of rock outcrops. If the range vegetation is seriously deteriorated, seeding is needed. The main limitations for seeding are the shallow soil, moderately steep slopes, and rock outcrops. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the depth to bedrock, rock outcrops, and the slope. The slope limits use of the map unit mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Zigzag soil is in capability subclass 6e, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 725—Shawa loam, 20 to 30 percent slopes

### Map Unit Description

This very deep, well drained soil is on hills. The elevation is 7,100 to 8,200 feet. The average annual precipitation is 15 to 20 inches, the average annual air temperature is 40 to 46 degrees F, and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not affect the use and management of the unit. These include Hesperus loam on low terraces and in drainageways. These similar soils make up about 5 percent of the total acreage; the percentage varies from one area to another.

### Brief Soil Description

**Shawa loam**

The Shawa soil formed in slope alluvium derived dominantly from sandstone and shale. Typically, the surface layer is brown loam 19 inches thick. The upper 19 inches of the subsoil are brown clay loam, and the lower part consists of brown cobbly clay loam to a depth of 60 inches or more.

The permeability of the Shawa soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Fughes loam and about 5 percent Pagoda clay loam, both in drainageways. Fughes and Pagoda soils have fine textured subsoils.

***Vegetation***

The dominant plant associations are *Festuca arizonica/Muhlenbergia montana* and *Quercus gambelii/Symphoricarpos oreophilus*. The native vegetation consists of

Gamble's oak, common snowberry, Arizona fescue, mountain muhly, needleandthread, mountain brome, bluegrass, western wheatgrass, Indian ricegrass and basin big sagebrush. The average annual production of air dry vegetation is about 1,300 pounds per acre.

***Soil Management Implications***

This unit is used mainly for livestock grazing and wildlife habitat.

The mass movement potential is rated moderate for this unit.

The main limitation to building of unsurfaced roads on the Shawa soil is the low strength.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of vegetation for grazing. More uniform distribution of livestock is aided by properly locating salt and by herding. If the condition of the range deteriorates, Gambel oak increases. If the range is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitation is the slope, which limits use of the unit mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 727—Teedown-Nordicol complex, 15 to 30 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes and mesas. The elevation is 8,500 to 11,000 feet. The average annual precipitation is 25 to 40 inches, the average annual air temperature is 35 to 40 degrees F., and the average frost-free period is 50 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 50 percent Teedown loam, 35 percent Nordicol very cobbly loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Teedown loam**

The Teedown soil formed in slope alluvium derived dominantly from weathered shale and quartz diorite. Typically, the surface layer is dark gray loam about 20 inches thick. The upper 8 inches of the subsoil are grayish brown clay, and the lower 10 inches are light yellowish brown clay. The substratum is grayish brown stony clay to a depth of 60 inches or more.

The permeability of the Teedown soil is slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

**Nordicol very cobbly loam**

The Nordicol soil formed in slope alluvium derived dominantly from sandstone and quartz diorite. Typically, the surface is covered with a mat of organic material about 3 inches thick. The surface layer is very dark grayish brown very cobbly loam about 15 inches thick. The subsurface layer is very pale brown very cobbly sandy clay loam about 14 inches thick. The subsoil is pale brown extremely cobbly sandy clay loam to a depth of 63 inches or more.

The permeability of the Nordicol soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Clayburn loam on toeslopes; 5 percent Frisco stony loam on mountain slopes; 4 percent Sessions loam on structural benches; and small areas of Cryaquolls in depressions. Clayburn soils have thick dark colored surface layers and fine-loamy subsoils. Frisco soils have light colored surface layers and more than 35 percent rock fragments in the profile. Sessions soils have dark colored surface layers less than 16 inches thick and less than 35 percent rock fragments in the profile. Cryaquolls are wet. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Populus tremuloides/Symphoricarpos oreophilus/Carex geyeri*. The native vegetation on this unit consists mainly of quaking aspen, mountain snowberry, Thurber's fescue, mountain brome, and elk sedge. Other important plants that characterize this unit are Columbia needlegrass, Kentucky bluegrass, slender wheatgrass, Nevada pea, common chokecherry, purple reedgrass, and Gambel oak. The average annual understory production of air-dry vegetation is about 3,000 pounds per acre on the Teedown soil and about 2,000 pounds per acre on the Nordicol soil.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for quaking aspen is 82 on the Nordicol soil. It can produce about 50 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the slope.

This unit is well suited to the production of quaking aspen. The main concerns in producing and harvesting timber are reforestation after harvest if trees other than quaking aspen are to be grown. Timber productivity is estimated to be high. Conventional methods of harvesting timber can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitations to reforestation on the Nordicol soil are the content of cobbles and stones in the profile. Large stones limit rooting space and soil moisture, and interfere with planting operations. Competing vegetation can be controlled by properly preparing the site and by spraying, cutting, or burning to eliminate unwanted weeds, brush, or trees. Quaking aspen will generally regenerate from roots after harvest. Other trees suited to this unit are white fir, subalpine fir, and Englemann's spruce.

The main limitations to building unsurfaced roads on this unit are the content of cobbles and stones in the Nordicol soil, and high clay content and low strength of the Teedown soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory vegetation. If the condition of the range deteriorates, snowberry tends to increase.

Wildlife such as elk, mule deer, bear, hawks, eagles, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the slope, the slow permeability in the Teedown soil, and the content of stones in the Nordicol soil. The slope limits development of most areas of the unit to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Teedown soil is in capability subclass 6e, nonirrigated. The Nordicol soil is in capability subclass 7s, nonirrigated.

## 730—Baird Hollow-Nordicol-Ryman complex, 5 to 40 percent slopes

### Map Unit Description

This map unit is a complex of very deep well drained soils on mountain slopes and structural benches. The elevation is 10,000 to 11,000 feet. The average annual precipitation is 25 to 35 inches, the average annual air temperature is 35 to 38 degrees F., and the average frost-free period is 40 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 35 percent Baird Hollow loam, 30 percent Nordicol very cobbly loam, 25 percent Ryman silty clay loam, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Baird Hollow loam**

The Baird Hollow soil formed in slope alluvium derived from rhyolite and sandstone. Typically, the surface is covered with a mat of quaking aspen leaves and other partly decayed material about 2 inches thick. The surface layer is dark grayish brown loam about 7 inches thick. The next layer is brown loam about 11 inches thick. The upper 9 inches of the subsoil are light brownish gray very cobbly sandy clay loam and brown very cobbly clay loam. The lower part of the subsoil is brown very cobbly clay loam extending to 62 inches or more.

The permeability of the Baird Hollow soil is slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

**Nordicol very cobbly loam**

The Nordicol soil formed in colluvium and slope alluvium derived dominantly from sandstone and volcanic rocks. Typically, the surface is covered with a mat of partially decayed leaves, needles, and roots about 1 inch thick. The surface layer is dark grayish brown very cobbly loam about 19 inches thick. The subsurface layer is light brown very stony sandy loam about 8 inches thick. The subsoil is brown very stony

sandy clay loam about 24 inches thick. The substratum is light yellowish brown extremely stony sandy loam to a depth of 61 inches or more.

The permeability of the Nordicol soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

**Ryman silty clay loam**

The Ryman soil formed in slope alluvium and residuum derived dominantly from shale and sandstone. Typically, the surface layer is grayish brown silty clay loam about 19 inches thick. The upper 17 inches of the substratum are variable yellowish brown and light brownish gray clay. The lower part of the substratum is variable brownish yellow and light brownish gray cobbly clay loam to a depth of 60 inches or more.

The permeability of the Ryman soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this map unit are 5 percent Quazar very cobbly loam on toeslopes, and 5 percent Frisco cobbly loam on mountain slopes. Quazar soils have dark colored surface layers and more than 35 percent rock fragments in the texture control section. Frisco soils have light colored surface layers and more than 35 percent rock fragments in the texture control section.

***Vegetation***

The dominant plant association is *Populus tremuloides/Symphoricarpos oreophilus*. Some *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus* also occur. The native vegetation on this unit consists mainly of quaking aspen, common snowberry, Thurber's fescue, and mountain brome. There are minor amounts of Englemann's spruce, subalpine fir, Rocky Mountain Douglas-fir, and white fir. Other important plants that characterize this unit are Kentucky bluegrass, Fendler's meadow-rue, Nevada pea, slender wheatgrass, purple reedgrass, elk sedge, twinberry honeysuckle, and Richardson's geranium. The average annual production of understory vegetation is about 2,000 pounds per acre on all three soils.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for quaking aspen is 65 on the Baird Hollow soil. It can produce about 36 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 80 years old.

The mass movement potential is rated low for this unit because of the slope and the high content of rock fragments.

The main concerns in producing and harvesting timber are road construction and reforestation. Conventional methods of harvesting can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

This unit is well suited to timber production. Large stones limit rooting space and soil moisture, and interfere with planting operations. Planting nursery stock will hasten reforestation. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine. Quaking aspen will usually regenerate from roots after harvest.

The main limitations to the building of unsurfaced roads on this unit are the content of cobbles and stones in the soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to

rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of understory vegetation. More uniform use of range or understory vegetation is aided by properly locating salt and by herding.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the slopes that are over 8 percent, the slow permeability, and the content of stones in the Nordicol soil. The slopes limit development of most areas of the unit to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Baird Hollow and Ryman soils are in capability subclass 6e, nonirrigated. The Nordicol soil is in capability subclass 7s, nonirrigated.

## 731—Ryman-Adel complex, 1 to 15 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mesas. The elevation is 8,000 to 10,000 feet. The average annual precipitation is 25 to 35 inches, the average annual air temperature is 35 to 40 degrees F., and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 60 percent Ryman silty clay loam, 30 percent Adel loam, and 10 percent included soils. There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not to affect the use or management of the unit. These include Clayburn loam. These similar soils make up about 5 percent of the total acreage; the percentage varies from one area to another. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Ryman silty clay loam**

The Ryman soil formed in slope alluvium and residuum derived dominantly from shale and sandstone. Typically, the surface layer is grayish brown silty clay loam about 19 inches thick. The upper 17 inches of the substratum are variable yellowish brown and light brownish gray clay. The lower part of the substratum is variable brownish yellow and light brownish gray cobbly clay loam to a depth of 60 inches or more.

The permeability of the Ryman soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

**Adel loam**

The Adel soil formed in slope alluvium derived from mixed sources. Typically, the surface layer is dark grayish brown loam about 14 inches thick. The next layer is dark

grayish brown loam about 22 inches thick. The substratum is brown clay loam to a depth of 60 inches or more.

The permeability of the Adel soil is moderate. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are small areas of Bucklon loam on ridges and small areas of soils on mesas that have more than 35 percent rock fragments in the profile and have sandstone bedrock between 20 and 40 inches. Bucklon soils are shallow over shale. These inclusions make up about 5 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Populus tremuloides/Symphoricarpos oreophilus*. The native vegetation on this unit consists mainly of quaking aspen, common snowberry, Thurber's fescue, and mountain brome. Other important plants that characterize this unit are western wheatgrass, slender wheatgrass, Nevada pea, Fendler's meadow-rue, Kentucky bluegrass, and a few subalpine fir. The average annual understory production of air-dry vegetation is about 2,000 pounds per acre on the Ryman soil and about 3,000 pounds per acre on the Adel soil.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, and livestock grazing.

A representative site index for this map unit for quaking aspen is 67 on the Ryman soil. It can produce about 37 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the slope.

This unit is well suited to the production of aspen. The main concern in producing and harvesting timber is reforestation. Conventional methods of harvesting timber can be used. Grazing in harvested areas should be deferred for at least 2 years to insure development of sufficient plant cover to protect the soil from erosion.

After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants if trees other than quaking aspen are to be grown. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce, white fir, and lodgepole pine. Quaking aspen will usually regenerate from roots after harvest.

The main limitations to building unsurfaced roads on this unit are the high clay content, the low strength, and the shrink-swell potential of the Ryman soil. Roads and landings can be protected from erosion by constructing water bars and seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Stock water development and fencing will help to improve livestock distribution and the production of vegetation for grazing. More uniform use of range and understory vegetation is aided by properly locating salt and by herding.

Wildlife such as elk, mule deer, bear, hawks, eagles, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

This map unit is well suited to recreational development on the lower slopes. The main limitations are slopes that are over 8 percent and the slow permeability of the Ryman soil. Paths and trails can be developed.

This map unit is in capability subclass 6c, nonirrigated.

# 732—Adel-Quazar complex, 5 to 30 percent slopes

## Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes and alluvial fans. The elevation is 9,000 to 11,000 feet. The average annual precipitation is 25 to 35 inches, the annual air temperature is 35 to 38 degrees F., and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 50 percent Adel loam, 40 percent Quazar very cobbly loam, and 10 percent similar soils. There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not to affect the use or management of the unit. These include Hourglass loam and Clayburn loam. These similar soils make up about 10 percent of the total acreage; the percentage varies from one area to another. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

## Brief Soil Description

### Adel loam

The Adel soil formed in slope alluvium and alluvium derived from mixed sources. Typically, the surface layer is dark grayish brown loam about 14 inches thick. The next layer is dark grayish brown loam about 22 inches thick. The substratum is brown clay loam to a depth of 60 inches or more.

The permeability of the Adel soil is moderate. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

### Quazar very cobbly loam

The Quazar soil formed in slope alluvium and alluvium derived dominantly from rhyolite and tuff. Typically, the surface layer is dark grayish brown very cobbly loam about 12 inches thick. The subsoil is light brown extremely gravelly clay loam about 14 inches thick. The substratum is brown extremely gravelly clay loam to a depth of 60 inches or more.

The permeability of the Quazar soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. The runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

### *Vegetation*

The dominant plant association is *Festuca thurberi/Vicia americana-Lathyrus leucanthus*. The native vegetation on this unit consists mainly of Thurber's fescue, Columbia needlegrass, and mountain brome. Other important plants that characterize this unit are beardless wheatgrass, gooseberry currant, twinberry honeysuckle, Fendler's meadow-rue, Kentucky bluegrass, American vetch, elk sedge, and small pockets of quaking aspen. The average annual production of air-dry vegetation is about 3,000 pounds per acre on the Adel soil and about 2,400 pounds per acre on the Quazar soil.

### *Soil Management Implications*

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope and the high content of rock fragments in the Quazar soil.

Wildlife such as elk, mule deer, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock,

prevention of fire, and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

This unit is well suited to range production. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of vegetation for grazing. More uniform use of rangeland is aided by properly locating salt and by herding.

If this map unit is used for recreational development, the main limitations are slopes that are over 8 percent in the unit and the content of stones in the Quazar soil. The slopes limit development of most areas of this unit to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Adel soil is in capability subclass 6e, nonirrigated. The Quazar soil is in capability subclass 7s, nonirrigated.

## 733—Adel-Bucklon complex, 10 to 30 percent slopes

### Map Unit Description

This map unit is a complex of very deep and shallow, well drained soils on mountain slopes. The elevation is 9,000 to 11,000 feet. The average annual precipitation is 25 to 35 inches, the average annual air temperature is 35 to 38 degrees F., and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 70 percent Adel loam, 20 percent Bucklon loam, and 10 percent included soils. There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not to affect the use or management of the unit. These include Hourglass loam and Clayburn loam. These similar soils make up about 8 percent of the total acreage; the percentage varies from one area to another. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

#### Adel loam

The Adel soil is very deep. It formed in slope alluvium derived dominantly from mixed sources. Typically, the surface layer is dark grayish brown loam about 14 inches thick. The subsurface layer is dark grayish brown loam about 22 inches thick. The substratum is brown clay loam to a depth of 60 inches or more. The Hourglass and Clayburn soils have clay loam subsoils.

The permeability of the Adel soil is moderate. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

#### Bucklon loam

The Bucklon soil is shallow. It formed in residuum derived dominantly from shale and sandstone. Typically, the surface layer is dark grayish brown loam about 12 inches thick. Shale bedrock is at a depth of 12 inches; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Bucklon soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit is small areas of Wander very cobbly loam on footslopes. Wander soils have more than 35 percent rock fragments in the profile. Included soils make up about 2 percent of the total acreage; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Festuca thurberi/Vicia americana-Lathyrus leucanthus*. The native vegetation on this unit consists mainly of Thurber's fescue, mountain brome, Columbia needlegrass, and beardless wheatgrass. Other important plants that characterize this unit are American vetch, Fendler's meadow-rue, shrubby cinquefoil, Kentucky bluegrass, and western wheatgrass. Quaking aspen occurs in small patches. The average annual production of air-dry vegetation is about 3,000 pounds per acre on the Adel soil, and about 2,100 pounds per acre on the Bucklon soil.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated moderate for this unit because of the slope and underlying shale material in the Bucklon soil.

This unit is well suited to range production. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of vegetation for grazing. More uniform use of rangeland is aided by properly locating salt and by herding.

Wildlife such as elk, mule deer, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the slopes in the unit and the depth to bedrock of the Bucklon soil. The slopes limit development of most areas of this unit to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 734—Ryman-Clayburn complex, 2 to 15 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mesas. The elevation is 8,500 to 10,500 feet. The average annual precipitation is 30 to 35 inches, the average annual air temperature is 35 to 40 degrees F., and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 70 percent Ryman silty clay loam, 20 percent Clayburn loam, and 10 percent included soils. There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not to affect the use or management of the unit. These include Adel loam. These similar soils make up about 5 percent of the total acreage; the percentage varies from one area to another. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

## Brief Soil Description

**Ryman silty clay loam**

The Ryman soil formed in slope alluvium and residuum derived dominantly from shale and sandstone. Typically, the surface layer is grayish brown silty clay loam about 19 inches thick. The upper 17 inches of the substratum are variable yellowish brown and light brownish gray clay. The lower part of the substratum is variable brownish yellow and light brownish gray cobbly clay loam to a depth of 60 inches or more.

The permeability of the Ryman soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

**Clayburn loam**

The Clayburn soil formed in slope alluvium derived from sandstone and shale. Typically, the surface layers are grayish brown and dark grayish brown loam about 13 inches thick. The upper 5 inches of the subsoil are brown light clay loam; the middle part is brown clay loam about 18 inches thick; and the lower 12 inches are light brown sandy clay loam. The substratum is light brown sandy clay loam to a depth of 60 inches or more.

The permeability of the Clayburn soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

There are inclusions of about 3 percent Bucklon loam on ridges and 2 percent Frisco loam on hillslopes. Bucklon soils are shallow. Frisco soils have more than 35 percent rock fragments in the profile.

***Vegetation***

The dominant plant association on both soils is *Festuca thurberi/Vicia americana-Lathyrus leucanthus*. Also included is *Populus tremuloides/Symphoricarpos oreophilus* in patches of quaking aspen. The native vegetation on this unit consists mainly of Thurber’s fescue, Columbia needlegrass, and mountain brome. Other important plants that characterize this unit are American vetch, Nevada pea, cinquefoil, Fendler’s meadow-rue, Kentucky bluegrass, Parry’s danthonia, western wheatgrass, beardless wheatgrass, and elk sedge. There are also patches of quaking aspen and mountain snowberry, and a few subalpine firs in some of the quaking aspen patches. The average annual production of air-dry vegetation is about 2,800 pounds per acre on both soils.

***Soil Management Implications***

This unit is used for livestock grazing, timber production, and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

A representative site index for this map unit for quaking aspen is 67 on the Ryman soil. It can produce about 37 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed. Conventional harvesting methods can be used.

This unit is well suited to the production of quaking aspen. After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants if trees other than aspen are to be grown. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are

Englemann's spruce, white fir, and lodgepole pine. Quaking aspen will usually regenerate from roots after harvest.

The main limitations for building unsurfaced roads on this unit are the high clay content, the shrink-swell potential, and the low strength of the Ryman soil. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of vegetation for grazing. More uniform use of range and understory vegetation is aided by properly locating salt and by herding. This unit is well suited to reseeding. Seeding late in the fall helps to ensure that soil moisture will be adequate for germination in the spring.

Wildlife such as elk, mule deer, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are slopes that are over 8 percent and the slow permeability. Paths and trails can be developed.

This map unit is in capability subclass 6c, nonirrigated.

## 740—Cowtown-Scout complex, 5 to 30 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. The elevation is 9,600 to 11,600 feet. The average annual precipitation is 30 to 40 inches, the average annual air temperature is 32 to 38 F., and the average frost free season is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 50 percent Cowtown loam, 30 percent Scout silt loam, and 20 percent included soils. The components of this unit are so intricately intermingled that is was not practical to map them separately at the scale used.

### Brief Soil Description

**Cowtown loam**

The Cowtown soil formed in slope alluvium derived dominantly from shale. Typically the surface layer is light brownish gray loam about 3 inches thick. The next layer is light brownish gray silt loam about 2 inches thick. The subsurface layer is light gray cobbly silt loam about 11 inches thick. The upper 17 inches of the subsoil are light gray silty clay; the lower part consists of pale brown silty clay to a depth of 60 inches or more.

The permeability of the Cowtown soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high and the hazard of water erosion is moderate. The potential of shrink-swell is high.

**Scout silt loam**

The Scout soil formed in slope alluvium derived dominantly from rhyolite. Typically, the surface is covered with a mat of needles and twigs about 1 inch thick. The surface

layer is brown silt loam about 1 inch thick. The subsurface layer is light brown very cobbly silt loam about 7 inches thick. The subsoil is brown very cobbly loam about 8 inches thick. The substratum is brownish yellow very cobbly loam to a depth of 61 inches or more.

The permeability of the Scout soil is moderately rapid. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is low, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Frisco loam on the steeper mountain slopes; 5 percent Clayburn loam on toeslopes and structural benches; and 5 percent Seitz loam on mountain slopes. Frisco soils have loamy-skeletal subsoils. Clayburn soils have thick dark colored surface layers. Seitz soils have clayey-skeletal subsoils.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists of Englemann's spruce, subalpine fir, whortleberry, mountain brome, Thurber's fescue, sheep fescue, Richardson's geranium, sedge, and heartleaf arnica. The average annual understory production of air-dry vegetation is about 800 pounds per acre on the Cowtown soil and about 900 pounds per acre on the Scout soil.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for Englemann's spruce is 80 on the Cowtown soil. It can produce about 76 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the slope.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed. Conventional methods of harvesting timber can be used.

This unit is well suited to Englemann's spruce. The main limitation to reforestation is the content of stones. Large stones limit rooting space and soil moisture, and interfere with the planting operations. The high content of rock fragments can make planting of seedling difficult. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitations for building roads on this unit are the content of stones and cobbles in the Scout soil, and the high clay content and shrink-swell potential of the Cowtown soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and many forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are slopes that are over 8 percent and the slow permeability of the Cowtown soil. The

slopes limit development of most areas of the unit to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 741—Cowtown-Scout complex, 30 to 60 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes. The elevation is 9,600 to 11,600 feet. The average annual precipitation is 30 to 40 inches, the average annual air temperature is 32 to 38 F., and the average frost free season is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 45 percent Cowtown loam, 35 percent Scout silt loam, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Cowtown loam**

The Cowtown soil formed in slope alluvium derived dominantly from shale. Typically the surface layer is light brownish gray loam about 3 inches thick. The next layer is light brownish gray silt loam about 2 inches thick. The subsurface layer is light gray cobbly silt loam about 11 inches thick. The upper 17 inches of the subsoil are light gray silty clay; the lower part is pale brown silty clay to a depth of 60 inches or more.

The permeability of the Cowtown soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high and the hazard of water erosion is severe. The potential of shrink-swell is high.

**Scout silt loam**

The Scout soil formed in colluvium and slope alluvium derived dominantly from rhyolite. Typically, the surface is covered with a mat of needles and twigs about 1 inch thick. The surface layer is brown silt loam about 1 inch thick. The subsurface layer is light brown very cobbly silt loam about 7 inches thick. The subsoil is brown very cobbly loam about 8 inches thick. The substratum is brownish yellow very cobbly loam to a depth of 61 inches or more.

The permeability of the Scout soil is moderately rapid. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Frisco loam on mountain slopes; 5 percent Clayburn loam on footslopes and structural benches; 3 percent Seitz loam on mountain slopes; and small areas of Rubble land and Cryorthents on the steeper slopes. Frisco soils have loamy-skeletal subsoils. Clayburn soils have thick dark colored surface layers. Seitz soils have clayey-skeletal subsoils. Cryorthents do not have subsoil horizons. Included areas make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists of Englemann's spruce,

subalpine fir, whortleberry, Thurber's fescue, mountain brome, sheep fescue, Richardson's geranium, heartleaf arnica, and sedge. The average annual understory production of air-dry vegetation is about 800 pounds per acre on the Cowtown soil and about 900 pounds per acre on the Scout soil.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for subalpine fir is 75 on the Cowtown soil. It can produce about 69 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 110 years old.

The mass movement potential is rated moderate for this unit.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed.

The main limitations to reforestation are the content of stones and the slopes. Large stones limit rooting space and soil moisture, and interfere with the planting operations. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitations for building unsurfaced roads on this unit are the content of stones and cobbles in the Scout soil, the high clay content and the shrink-swell potential of the Cowtown soil, and the slopes of both soils. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and many forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitation is the presence of steep slopes. These slopes limit the areas to a few paths and trails that should extend across the slopes. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 750—Archuleta-Sheek complex, 12 to 65 percent slopes

### Map Unit Description

This map unit is a complex of shallow and very deep, well drained soils on mountain slopes and canyon side slopes. The surface is covered with 1 to 3 percent stones. The elevation is 7,500 to 8,500 feet. The average annual precipitation is 18 to 22 inches, the average annual air temperature is 40 to 45 degrees F., and the average frost-free period is 90 to 110 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 50 percent Archuleta stony clay loam, 35 percent Sheek very stony sandy loam, and 15 percent included soils. The components of this unit

are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Archuleta stony clay loam**

The Archuleta soil is shallow. It formed in residuum and slope alluvium derived dominantly from shale and sandstone. Typically, the surface layer is light brownish gray stony clay loam about 3 inches thick. The underlying material is brown clay loam to a depth of 16 inches. Shale bedrock is at a depth of 16 inches; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Archuleta soil is moderately slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Sheek very stony sandy loam**

The Sheek soil is very deep. It formed in colluvium and slope alluvium derived dominantly from sandstone and shale. Typically, the surface is covered with a mat of leaves, twigs, and needles about 1 inch thick. The surface layer is grayish brown very stony sandy loam about 5 inches thick. The subsurface layer is light brownish gray very stony sandy loam about 2 inches thick. The upper part of the subsoil is brown very stony sandy clay loam about 16 inches thick, and the lower part is brown very stony clay loam about 19 inches thick. The substratum is light brown very stony sandy clay loam to a depth of 61 inches or more.

The permeability of the Sheek soil is moderately slow. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Goldbug very stony fine sandy loam on mountain slopes; 5 percent Fughes loam on hills; small areas of Hesperus loam in drainageways; small areas of Herm loam on hills; and small areas of Rock outcrop. Goldbug soils have less than 35 percent rock fragments in the subsoil. Fughes, Herm, and Hesperus soils have dark colored surface layers and less than 35 percent rock fragments in the subsoil. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation on this unit consists mainly of ponderosa pine, Gambel oak, bluegrass, and Arizona fescue. Other important plants that characterize this unit are mountain brome, western wheatgrass, mountain muhly, prairie Junegrass, antelope bitterbrush, Saskatoon serviceberry, common snowberry, true mountain mahogany, and Rocky Mountain Douglas-fir. The average annual understory production of air-dry vegetation is about 500 pounds per acre on the Archuleta soil and about 550 pounds per acre on the Sheek soil.

***Soil Management Implications***

This unit is used for wildlife habitat, timber production, and limited livestock grazing.

A representative site index for this map unit for ponderosa pine is 45 on the Archuleta soil. It can produce about 34 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 60 years old.

The mass movement potential is rated low for the Archuleta soil and moderate for the Sheek soil.

The main concerns in producing and harvesting timber are reforestation, road construction in the shallow soils and controlling erosion along roads and other places where vegetation has been removed. Conventional harvesting methods generally are restricted to slopes of less than 40 percent. Access to the steeper areas is limited. Stones on the surface can interfere with felling, yarding, and other operations involving the use of equipment. The steep slopes limit the kinds of equipment that can be used in forest management.

The main limitations to reforestation on this unit are the steep slopes and shallow soils on the Archuleta soil, and the content of stones on the unit. Brushy plants such as Gambel oak limit natural regeneration of ponderosa pine. The high content of rock fragments can make the planting of seedlings difficult. Among the trees that are suitable for planting is ponderosa pine. Grazing in harvested areas should be deferred for at least 2 years to assure development of sufficient plant cover to protect the soil from erosion.

Careful consideration of road systems and harvesting methods should be made to minimize erosion. The main limitations to the building of unsurfaced roads on this unit are the steep slopes on the unit and the depth to bedrock of the Archuleta soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and some forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Careful management is needed on this unit to prevent excessive grazing because it is difficult to revegetate. If the condition of the range and understory vegetation deteriorates, Gambel oak increases. Areas where brush is managed by prescribed burning, chemical or mechanical methods may be subject to a greater hazard of erosion. The slope limits access by livestock and results in overgrazing of the less sloping areas. Mechanical treatment practices are not practical, because the surface is stony and the slopes are steep.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes, the content of stones, and the depth to bedrock in the Archuleta soil. The slopes limit the use of the unit mainly to a few paths and trails, which should extend across the slopes. Drainage should be provided for cuts and fills. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 801—Fughes-Sheek complex, 15 to 30 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on hills and mountain slopes. The surface of this map unit is covered with about 3 to 15 percent stones. The elevation is 7,100 to 8,500 feet. The average annual precipitation is 18 to 22 inches, the average annual air temperature is 40 to 45 degrees F., and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 50 percent Fughes loam, 35 percent Sheek very cobbly clay loam, and 15 percent included soils. The components of this unit are so

intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Fughes loam**

The Fughes soil formed in slope alluvium and colluvium derived dominantly from sandstone and shale. Typically, the surface layer is dark brown loam about 7 inches thick. The upper 19 inches of the subsoil are brown clay loam, and the lower 18 inches are brown clay. The substratum is strong brown clay to a depth of 60 inches or more.

The permeability of the Fughes soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is high.

**Sheek very cobbly clay loam**

The Sheek soil formed in slope alluvium and colluvium derived from sandstone and shale. Typically, the surface layer is dark brown very cobbly clay loam about 2 inches thick. The upper 5 inches of the subsoil are dark yellowish brown gravelly clay loam; the next 13 inches of the subsoil are brown very cobbly clay loam; the next 9 inches of the subsoil are very pale brown very cobbly loam; and the next 17 inches are light gray cobbly clay loam. The substratum is white very cobbly loam to a depth of 60 inches or more.

The permeability of the Sheek soil is moderately slow. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 8 percent Ormiston very stony loam on hillslopes; 5 percent Nortez loam on mesas; small areas of Rock outcrop; and small areas that have carbonates in the lower part of the profile. Ormiston soils have sandstone bedrock at depths of 40 to 60 inches. Nortez soils are moderately deep over sandstone. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation consists of ponderosa pine, Gambel oak, western wheatgrass, prairie Junegrass, mountain brome, and Utah serviceberry. Other plants that characterize this unit are mountain muhly, muttongrass, bluegrass, Letterman's needlegrass, bottlebrush squirreltail, Indian ricegrass, Woods' rose, and common snowberry. The average annual understory production of air-dry vegetation is about 1,300 pounds per acre on the Fughes soil and about 950 pounds per acre on the Sheek soil.

***Soil Management Implications***

This unit is used for livestock grazing, timber production, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 80 for the Fughes soil. It can produce about 69 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 40 years old.

The mass movement potential is rated moderate for this unit.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed. Timber productivity is estimated to be moderate. Conventional methods of harvesting timber can be used. Stones on the surface can interfere with felling, yarding, and other operations involving the use of equipment. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants. Brushy plants such as Gambel oak limit natural regeneration of ponderosa pine. Planting nursery stock will hasten reforestation. Trees that are suitable for planting are ponderosa pine. Other trees suited to this unit are white fir and lodgepole pine.

The main limitations to the building of unsurfaced roads on this unit are the stoniness, low strength, and slopes on the unit; and the high clay content and shrink-swell potential of the Fughes soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of understory vegetation. If the condition of the range or understory deteriorates, Gambel oak increases. Areas where brush is managed by prescribed burning, chemical or mechanical methods may be subject to a greater hazard of erosion. The main limitations for seeding are the content of stones on the surface and the slopes. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the large stones and the slope. The slope limits use of the unit mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Fughes soil is in capability subclass 6e, nonirrigated. The Sheek soil is in capability subclass 7s, nonirrigated.

## 802—Argiustolls-Haplustalfs-Rock outcrop complex, 30 to 80 percent slopes

### Map Unit Description

This map unit is a complex of shallow to very deep, well drained soils and Rock outcrop on steep to very steep canyon side slopes and mountain slopes. The surface of this unit is covered with 3 to 15 percent stones. The elevation is 6,900 to 8,500 feet. The average annual precipitation is 15 to 20 inches, the average annual air temperature is 42 to 46 degrees F, and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This unit consists of 30 percent Argiustolls, 30 percent Haplustalfs, 25 percent Rock outcrop, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Argiustolls**

The Argiustolls soil is moderately deep to very deep. It formed in slope alluvium and colluvium derived mostly from sandstone and shale. In a reference pedon, the surface is covered with a layer of organic material about 1 inch thick. The surface

layer is very dark grayish brown extremely stony loam about 3 inches thick. The upper part of the subsoil is grayish brown and brown extremely stony clay loam about 9 inches thick; the next part is yellowish brown very stony clay loam about 7 inches thick; and the lower part of the subsoil is yellowish brown cobbly clay loam about 17 inches thick. The upper 13 inches of the substratum are light gray cobbly clay, and the lower part is light brownish gray clay to a depth of 61 inches or more.

The permeability of the Argiustolls soil is slow. The available water capacity is very low to moderate. The hydrologic group is B. The effective rooting depth is 20 to 60 inches or more. The depth to bedrock is 20 to 60 inches or more from the mineral soil surface. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

**Haplustalfs**

The Haplustalfs soil is shallow to very deep. It formed in slope alluvium and colluvium derived mostly from sandstone and shale. In a reference pedon, the surface layer is brown very stony loam about 5 inches thick. The subsurface layer is very pale brown very stony clay loam about 5 inches thick. The upper part of the subsoil is pale brown very stony clay about 14 inches thick. The lower part of the subsoil is light yellowish brown very stony clay about 17 inches thick. The substratum is light yellowish brown very stony clay and extremely stony clay to a depth of 60 inches or more.

The permeability of the Haplustalfs soil is slow. The available water capacity is very low to high. The hydrologic group is C. The effective rooting depth is 10 to 60 inches or more. The depth to bedrock is 10 to 60 inches or more from the mineral soil surface. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

**Rock outcrop**

Rock outcrop consists of exposures of sandstone and shale as ledges, and on the steep side slopes.

***Contrasting Inclusions***

Included in this unit are areas with fine-loamy soils on canyon side slopes and mountain slopes, and areas with more than 15 percent surface stones and boulders. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation consists mainly of ponderosa pine, Rocky Mountain Douglas-fir, Rocky Mountain Juniper, Gambel oak, muttongrass, Utah snowberry, Utah serviceberry, true mountain mahogany, elk sedge, prairie Junegrass, bottlebrush squirreltail, and antelope bitterbrush. The average annual understory production of air-dry vegetation is about 800 pounds per acre on the Argiustolls soil and about 700 pounds per acre on the Haplustalfs soil.

***Soil Management Implications***

This map unit is used for wildlife habitat, limited livestock grazing, and limited timber production.

A representative site index for this map unit for ponderosa pine is 80 on the Argiustolls soil. It can produce about 69 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 40 years old.

The mass movement potential is rated high for this unit because of steep slopes, low strength, and rock fall potential.

Timber productivity is estimated to be low. The main concerns in producing and harvesting timber are slope, large stones, and depth to bedrock. Only the less sloping areas should be considered for harvesting timber. Conventional harvesting methods

generally are restricted to slopes of less than 40 percent. Access to the steeper areas is limited. Stones on the surface can interfere with felling, yarding, and other operations involving the use of equipment.

Large stones limit rooting space and soil moisture, and interfere with planting operations.

The main limitations to the building of unsurfaced roads on this unit are the steep slopes, the content of large stones, rock outcrops, and the depth to bedrock.

Logged areas and some forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. The slope limits access by livestock and results in overgrazing of the less sloping areas.

Wildlife such as elk, mule deer, bear, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

This map unit is poorly suited to recreational development. The main limitations are the content of large stones, steep slopes, the depth to bedrock, rock outcrops, and the hazard of erosion. Recreational development is limited mainly to a few paths and trails that should extend across the slopes. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Argiustolls and Haplustalfs soils are in capability subclass 7e, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 804—Wauquie-Dolcan-Rock outcrop complex, 25 to 80 percent slopes

### Map Unit Description

This map unit is a complex of very shallow to very deep, well drained soils and Rock outcrop on steep to very steep canyon side slopes and hills. The dominant aspect is south, east and west. The surface is covered with 3 to 15 percent stones. The elevation is 6,000 to 8,200 feet. The average annual precipitation is 13 to 16 inches, the average annual air temperature is 47 to 50 degrees F, and the average frost-free period is 100 to 135 days. The moisture regime is aridic-ustic and the temperature regime is mesic.

This unit consists of 40 percent Wauquie very cobbly loam, 25 percent Dolcan cobbly clay loam, 20 percent Rock outcrop, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Wauquie very cobbly loam**

The Wauquie soil is very deep. It formed in colluvium and slope alluvium derived from sandstone and shale. The surface layer is brown very cobbly loam 3 inches thick. The upper 6 inches of the subsoil are yellowish brown very cobbly loam, and the lower 5 inches are yellowish brown very cobbly clay loam. The substratum is pinkish white gravelly clay loam to a depth of 60 inches or more.

The permeability of the Wauquie soil is moderate. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Dolcan cobbly clay loam**

The Dolcan soil is shallow or very shallow. It formed in colluvium and residuum derived from sandstone and shale. Typically, the surface layer is light brownish gray cobbly clay loam about 4 inches thick. The next layer is brown gravelly clay loam about 5 inches thick. The next layer is pale brown gravelly clay loam about 7 inches thick. Weathered shale is at a depth of 16 inches; however, the depth to bedrock generally ranges from 6 to 20 inches.

The permeability of the Dolcan soil is moderately slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 6 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Rock outcrop**

Rock outcrop consists of exposures of sandstone as cliffs and escarpments.

***Contrasting Inclusions***

Included in this unit are about 5 percent moderately deep soils on ridges; 8 percent shallow soils over hard bedrock near the Rock outcrop; and small areas of Wetherill loam on benches. Wetherill soils are very deep and lack rock fragments. Included soils make up about 15 percent of the total acreage; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus edulis/Quercus gambelii*. The native vegetation consists mainly of twoneedle pinyon, Utah juniper, Gambel oak, and western wheatgrass. Other plants that characterize this unit are Indian ricegrass, galleta, pinyon ricegrass, muttongrass, true mountain mahogany, big sagebrush, common snowberry, antelope bitterbrush, and Utah serviceberry. The average annual understory production of air-dry vegetation is about 900 pounds per acre on the Wauquie soil and about 500 pounds per acre on the Dolcan soil.

***Soil Management Implications***

This map unit is used for wildlife habitat and limited livestock grazing.

The mass movement potential is rated high for this unit because of steep slopes and rock fall potential *(Fig. 18)*.

Some fire wood and fence posts may be harvested from some locations. Productivity is estimated to be low. The main concerns in producing and harvesting timber are steep slopes, depth to rock, stones on the surface, and Rock outcrop.

The main limitations to the building of unsurfaced roads on this unit are the slope, the content of large stones, and the depth to bedrock.

The main limitations to livestock grazing on this unit are the content of large stones, the slope, and limited precipitation to produce adequate vegetation. Large stones limit rooting space and water-holding capacity of the soil. This unit is generally not suited to reseeding because of the stones, slope, and low precipitation. Steep slopes result in excessive use of lower slopes.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

This map unit is poorly suited to recreational development. The main limitations are the content of large stones, the depth to bedrock, steep slopes, and rock outcrops. The slopes limit use of the unit to a few paths and trails that should extend across the slopes. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.



**Figure 18.—Shown is a landscape of Wauquie-Dolcan-Rock outcrop complex, 25 to 80 percent slopes. This is along the Dolores River canyon.**

The Wauquie and Dolcan soils are in capability subclass 7e, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 805—Shawa-Fughes complex, 15 to 30 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on hills and footslopes of hills. The elevation is 7,500 to 8,500 feet. The average annual precipitation is 18 to 22 inches, the average annual air temperature is 40 to 45 degrees F., and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 50 percent Shawa loam, 40 percent Fughes loam, and 10 percent included soils. There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not to affect the use or management of the unit. These include Ohwiler loam. Similar inclusions make up about 3 percent of the map unit. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Shawa loam**

The Shawa soil formed in slope alluvium derived dominantly from shale and sandstone. Typically, the surface layer is brown loam about 19 inches thick. The upper 19 inches of the underlying material are brown clay loam, and the lower part is brown cobbly clay loam to a depth of 60 inches or more.

The permeability of the Shawa soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more.

Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Fughes loam**

The Fughes soil formed in slope alluvium derived dominantly from shale and sandstone. Typically, the surface is covered with a mat of slightly decomposed needles and twigs about 1 inch thick. The surface layer is dark brown loam about 7 inches thick. The upper 19 inches of the subsoil are brown clay loam, and the lower 18 inches are brown clay. The substratum is strong brown clay to a depth of 61 inches or more.

The permeability of the Fughes soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this unit are about 4 percent soils with more than 35 percent rock fragments on hillslopes, and small areas of shallow and moderately deep soils near occasional sandstone Rock outcrop on hillslopes. These inclusions make up about 7 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Populus tremuloides/Symphoricarpos oreophilus*. The native vegetation on this unit consists mainly of quaking aspen, common snowberry, mountain brome, Arizona fescue, and a few ponderosa pines. Other important plants that characterize this unit are western wheatgrass, needlegrass, muttongrass, Gambel oak, bluegrass, Parry's danthonia, mountain muhly, and Utah serviceberry. The average annual understory production of air-dry vegetation is about 2,500 pounds per acre on the Shawa soil and about 2,000 pounds per acre on the Fughes soil.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for quaking aspen is 60 on the Shawa soil. It can produce about 32 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 80 years old.

The mass movement potential is rated moderate for this unit.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed. Conventional methods of harvesting timber can be used.

This unit is moderately suited to the production of quaking aspen. The main limitation to reforestation on these soils is the plant competition if trees other than quaking aspen are to be grown. Competing vegetation can be controlled by properly preparing the site and by spraying or cutting unwanted weeds, brush, or trees. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting is ponderosa pine. Quaking aspen will usually regenerate from roots after harvest.

The main limitations to the building of unsurfaced roads on this unit are the slopes on the unit and the low strength of the Fughes soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Stock water development and

fencing will help to improve livestock distribution and the production of understory vegetation.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitation is the slope, which limits the use of the unit mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 806—Shawa-Fughes complex, 30 to 60 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on hills. The surface of this map unit is covered with about 1 to 3 percent stones. The elevation is 7,500 to 8,500 feet. The average annual precipitation is 18 to 22 inches, the average annual air temperature is 40 to 45 degrees F., and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 45 percent Shawa loam, 35 percent Fughes loam, and 20 percent included soils. There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not to affect the use or management of the unit. These include Ohwiler loam. Similar inclusions make up about 5 percent of the map unit; the percentage varies from one area to another. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Shawa loam**

The Shawa soil formed in slope alluvium and colluvium derived dominantly from shale and sandstone. Typically, the surface layer is brown loam about 19 inches thick. The upper 19 inches of the underlying material are brown clay loam, and the lower part is brown cobbly clay loam to a depth of 60 inches or more.

The permeability of the Shawa soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The surface is very stony. The potential of shrink-swell is low.

**Fughes loam**

The Fughes soil formed in slope alluvium and colluvium derived dominantly from shale and sandstone. Typically, the surface is covered with a mat of slightly decomposed needles and twigs about 1 inch thick. The surface layer is dark brown loam about 7 inches thick. The upper 19 inches of the subsoil are brown clay loam, and the lower 18 inches are brown clay. The substratum is strong brown clay to a depth of 61 inches or more.

The permeability of the Fughes soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high and the hazard of water erosion is severe. The surface is very stony. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this unit are about 10 percent soils with more than 35 percent rock fragments on hillslopes; small areas of shallow and moderately deep soils near sandstone Rock outcrop on hillslopes; and small areas of Rock outcrop. These

inclusions make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Populus tremuloides/Symphoricarpos oreophilus*. The native vegetation on this unit consists mainly of quaking aspen, common snowberry, mountain brome, Arizona fescue, and a few ponderosa pines. Other important plants that characterize this unit are Gambel oak, western wheatgrass, needlegrass, muttongrass, bluegrass, Parry's danthonia, mountain muhly, and Utah serviceberry. The average annual understory production of air-dry vegetation is about 2,500 pounds per acre on the Shawa soil and about 2,000 pounds per acre on the Fughes soil.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for quaking aspen is 60 on the Shawa soil. It can produce about 32 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 80 years old.

The mass movement potential is rated high for this unit because of steep slopes and low strength.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed. Conventional methods of harvesting timber can be used.

This unit is moderately suited to the production of quaking aspen. The main limitations to reforestation on these soils are the plant competition if trees other than aspen are to be grown, and the steep slopes. Competing vegetation can be controlled by properly preparing the site and by spraying or cutting to eliminate unwanted weeds, brush, or trees. Brushy plants such as Gambel oak and snowberry limit natural regeneration of ponderosa pine. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are ponderosa pine, white fir, and lodgepole pine. Quaking aspen will usually regenerate from roots after harvest.

The main limitations to the building of unsurfaced roads on this unit are the steep slopes on the unit and the low strength of the Fughes soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Stock water development and fencing will help to improve livestock distribution and the production of understory vegetation. The slope limits access by livestock and results in overgrazing of the less sloping areas. Mechanical treatment practices are not practical, because the surface is stony and the slopes are steep.

Wildlife such as elk, mule deer, bear, hawks, eagles, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes and the hazard of erosion. The slopes limit the use of the unit mainly to a few paths and trails, which should extend across the slopes. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

# 809—Argiustolls-Haplustalfs complex, 30 to 80 percent slopes

## Map Unit Description

This map unit is a complex of shallow to very deep, well drained soils on canyon side slopes and mountain slopes. The surface of this map unit is covered with about 1 to 3 percent stones. The elevation is 6,900 to 8,500 feet. The average annual precipitation is 15 to 22 inches, the average annual air temperature is 40 to 44 degrees F., and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This unit consists of 45 percent Argiustolls, 40 percent Haplustalfs, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

## Brief Soil Description

### Argiustolls

Argiustolls are moderately deep to very deep. They formed in colluvium and slope alluvium derived from sandstone and shale. In a reference pedon, the surface is covered with slightly decomposed needles and leaves about 1 inch thick. The surface layer is very dark grayish brown extremely stony loam about 3 inches thick. The upper part of the subsoil is grayish brown and brown extremely stony clay loam about 9 inches thick. The next part is yellowish brown very stony clay loam about 7 inches thick. The lower part of the subsoil is yellowish brown cobbly clay loam about 17 inches thick. The upper 13 inches of the substratum are light gray cobbly clay, and the lower part consists of light brownish gray clay to a depth of 61 inches or more.

The permeability of the Argiustolls soil is slow. The available water capacity is very low to moderate. The hydrologic group is B. The effective rooting depth is 20 to 60 inches or more. The depth to bedrock is 20 to 60 inches or more from the mineral soil surface. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low moderate.

### Haplustalfs

The Haplustalfs soil is shallow to very deep. It formed in slope alluvium and colluvium derived mostly from sandstone and shale. In a reference pedon, the surface layer is brown very stony loam about 5 inches thick. The subsurface layer is very pale brown very stony clay loam about 5 inches thick. The upper part of the subsoil is pale brown very stony clay about 14 inches thick. The lower part of the subsoil is light yellowish brown very stony clay about 17 inches thick. The substratum is light yellowish brown very stony clay and extremely stony clay to a depth of 60 inches or more.

The permeability of the Haplustalfs soil is slow. The available water capacity is very low to high. The hydrologic group is C. The effective rooting depth is 10 to 60 inches or more. The depth to bedrock is 10 to 60 inches or more from the mineral soil surface. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

### *Contrasting Inclusions*

Included in this unit are about 5 percent Rock outcrop on ridges and breaks; 5 percent shallow soils that lack argillic horizons on mountain slopes; and 5 percent of soils that have more stones and boulders on the surface. These inclusions make up about 15 percent of the map unit; the percentage varies from one area to another.

### *Vegetation*

The dominant plant association is *Pseudotsuga menziesii/Amelanchier alnifolia*. The native vegetation on this unit is Rocky Mountain Douglas-fir, Utah serviceberry,

Gambel oak, Englemann's spruce, subalpine fir, and quaking aspen. Other common understory plants include Utah snowberry, true mountain mahogany, antelope bitterbrush, prairie Junegrass, bottlebrush squirreltail, muttongrass, and elk sedge. The average annual understory production of air-dry vegetation is about 1,000 pounds per acre on the Argiustolls soil and about 900 pounds per acre on the Haplustalfs soil.

***Soil Management Implications***

This unit is used for wildlife habitat, woodland, and limited livestock grazing.

A representative site index for this map unit for Rocky Mountain Douglas-fir is 75 on the Haplustalfs soil. It can produce about 62 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated high for this unit because of steep slopes.

Timber productivity is estimated to be low. The main concerns in producing and harvesting timber are steep slopes, stones, and rock outcrops. Only the least sloping areas should be considered for any timber harvesting. Conventional harvesting methods generally are restricted to slopes of less than 40 percent. Access to the steeper areas is limited. Stones on the surface can interfere with felling, yarding, and other operations involving the use of equipment. The steep slopes limit the kinds of equipment that can be used in forest management.

The main limitations to reforestation on this unit are the steep slope, the content of large stones, and shallow soils. Large stones limit rooting space and soil moisture, and interfere with planting operations.

The main limitations to the building of unsurfaced roads on this unit are the steep slopes, shallow soils, content of large stones, and rock outcrops. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and some forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. The slope limits access by livestock and results in overgrazing of the less sloping areas. Mechanical treatment practices are not practical because the surface is stony and the slopes are steep.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the content of large stones, steep slopes, the depth to bedrock, and the hazard of erosion. The slopes limit use of the unit to a few paths and trails that should extend across the slopes. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 813—Fughes silty clay loam, 5 to 30 percent slopes

### Map Unit Description

This very deep, well drained soil is on mesas and hills. The elevation is 7,100 to 8,000 feet. The average annual precipitation is 16 to 18 inches and the mean annual air temperature is 42 to 46 degrees F. The frost-free period is 75 to 100 days. The soil moisture and temperature regimes are ustic and frigid, respectively.

## Brief Soil Description

**Fughes silty clay loam**

The Fughes soil formed in slope alluvium derived dominantly from shale. Typically, the surface layer is dark brown silty clay loam about 7 inches thick. The upper 19 inches of the subsoil are brown clay loam, and the lower 18 inches are brown clay. The substratum is strong brown clay to a depth of 60 inches or more.

The permeability of the Fughes soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this map unit are about 5 percent Granath loam on hillslopes; 5 percent Hesperus loam in drainageways; small areas of soils that are moderately deep over shale bedrock on the steeper part of hillslopes; small areas with very stony surface layers and fine-loamy subsoils on hillslopes; and small areas of Nortez loam on hillslopes. Granath soils have dark surface layers less than 16 inches thick. Hesperus soils have fine-loamy subsoils. Nortez soils are moderately deep over hard sandstone. Included areas make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation consists of scattered ponderosa pine, Gambel oak, basin big sagebrush, Arizona fescue, mountain muhly, western wheatgrass, prairie Junegrass, mountain brome, bluegrass, and needleandthread. The average annual understory production of air-dry vegetation is about 1,300 pounds per acre.

***Soil Management Implications***

This unit is used primarily for livestock grazing and wildlife habitat. The unit is also used to a limited extent for timber production.

A representative site index for this map unit for ponderosa pine is 90 on the Fughes soil. It can produce about 85 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 40 years old.

The mass movement potential is rated low for this unit because of the slope.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed. Conventional harvesting methods can be used. The soils generally are stable, but stability is a limitation when they are wet.

The main limitations to reforestation on this unit are the plant competition and limited rainfall. After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants. Brushy plants such as Gambel oak limit natural regeneration of ponderosa pine. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting is ponderosa pine.

The main limitations to the building of unsurfaced roads on this unit are the low strength, high clay content, and high shrink-swell potential. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of understory

vegetation. Areas where brush is managed by prescribed burning, chemical or mechanical methods may be subject to a greater hazard of erosion. If the range or understory vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the slopes that are over 8 percent and the slow permeability. The slopes limit most of the unit to paths and trails. Paths and trails should be provided with drainage. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 814—Leaps-Hofly complex, 5 to 40 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes and mesas. The elevation is 8,500 to 9,200 feet. The average annual precipitation is 20 to 26 inches, and the average annual air temperature is 35 to 40 degrees F., and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are ustic and cryic, respectively.

This map unit consists of 50 percent Leaps clay loam, 35 percent Hofly loam, and 15 percent included soils. The components are so intricately intermingled that it was not practical to separate them at the scale used.

### Brief Soil Description

**Leaps clay loam**

The Leaps soil formed in slope alluvium derived dominantly from shale and sandstone. Typically the surface layer is grayish brown and gray clay loam about 14 inches thick. The subsoil is light brownish gray clay loam about 8 inches thick. The substratum is light brownish gray clay to a depth of 60 inches or more.

The permeability of the Leaps soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is high.

**Hofly loam**

The Hofly soil formed in slope alluvium derived dominantly from shale and sandstone. Typically, the surface layer is dark grayish brown loam about 7 inches thick. The subsoil is grayish brown clay loam about 23 inches thick. The substratum is pale brown clay to a depth of 60 inches or more.

The permeability of the Hofly soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this unit are about 10 percent Teedown loam on structural benches; small areas of Wander very cobbly loam on toeslopes; and small areas of Clayburn loam on toeslopes and in drainageways. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Quercus gambelii/Symphoricarpos oreophilus* on the Hofly soil and *Artemisia tridentata/Elytrigia smithii* on the Leaps soil. The native vegetation on this unit consists mainly of Gambel oak, mountain snowberry, mountain big sagebrush, western wheatgrass, Arizona fescue, and elk sedge. Other important plants that characterize this unit are needlegrass, bluegrass, slender wheatgrass, mountain brome, prairie Junegrass, muttongrass, mule-ears, and Saskatoon serviceberry. The average annual production of air-dry vegetation is about 2,000 pounds per acre on both soils.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this unit are the high clay content and low strength of both soils, and the shrink-swell potential of the Leaps soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads can be protected from erosion by constructing water bars and by seeding cuts and fills.

This unit is well suited to livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and range condition. Brush management improves deteriorated areas of range that are producing more woody shrubs than were present in the potential plant community. Areas where brush is managed by prescribed burning, chemical, or mechanical methods may be subject to a greater hazard of erosion. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the slopes that are over 8 percent and the slow permeability. Development is limited mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 815—Behanco-Powderhorn family complex, 0 to 15 percent slopes

### Map Unit Description

This map unit is a complex of deep and very deep, well drained soils on mesas. The elevation is 8,500 to 10,000 feet. The average annual precipitation is 25 to 30 inches, the average annual air temperature is 34 to 40 degrees F., and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 45 percent Behanco loam, 40 percent Powderhorn family loam, and 15 percent included soils. There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not to affect the use or management of the unit. These include Sudduth loam. These similar soils make up about 5 percent of the total acreage; the percentage

varies from one area to another. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Behanco loam**

The Behanco soil is deep. It formed in residuum and slope alluvium derived dominantly from sandstone. Typically, the upper part of the surface layer is grayish brown loam about 2 inches thick. The lower part of the surface layer is brown very flaggy loam about 15 inches thick. The subsurface layer is very pale brown very channery loam about 8 inches thick. The subsoil is very pale brown very channery loam about 8 inches thick. The upper 12 inches of the substratum are yellow very channery sand, and the next 2 inches are yellow clay. The next layer is yellow, weathered sandstone at a depth of 59 inches.

The permeability of the Behanco soil is moderate through the subsoil. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 40 to 60 inches. Runoff is medium and the hazard of water erosion is slight. The potential of shrink-swell is low.

**Powderhorn family loam**

The Powderhorn family soil is deep to very deep, and well drained. It formed in slope alluvium derived dominantly from sandstone. Typically, the surface is covered with a mat of intermediately decomposed leaves, needles, and twigs 1 inch thick. The surface layer is brown loam 11 inches thick, and the next layer is yellowish brown and brown loam 12 inches thick. The upper 8 inches of the subsoil are very pale brown cobbly clay the lower 9 inches are light gray clay. The substratum is gray clay to a depth of 60 inches. Hard Dakota sandstone is at a depth of 60 inches.

The permeability of the Powderhorn soil is slow. The available water capacity is high. The hydrologic group is C. The depth to bedrock ranges from 40 to 60 inches or more from the mineral soil surface. The effective rooting depth is 40 inches or more. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is high in the lower part of the subsoil and in the substratum.

***Contrasting Inclusions***

Included in this unit are about 5 percent Storm extremely flaggy loam on ridges; small areas of moderately deep soils on mesas; and small areas of shallow soils on ridges and mesa edges. Storm soils have light colored surface layers and loamy-skeletal subsoils. Included areas make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Populus tremuloides/Symphoricarpos oreophilus*. Some *Abies lasiocarpa-Picea engelmannii/Carex geyeri* also occurs. The native vegetation consists mainly of quaking aspen, Englemann's spruce, subalpine fir, white fir, and common snowberry. Other plants that characterize this unit includes Columbia needlegrass, nodding brome, bluegrass, Parry's danthonia, beardless wheatgrass, slender wheatgrass, elk sedge, California false hellebore, Richardson's geranium, Nevada pea, American vetch, heartleaf arnica, and Fendler's meadow-rue. The average annual understory production of air-dry vegetation is about 3,000 pounds per acre on both soils.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for quaking aspen is 69 on the Behanco soil. It can produce about 38 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the slope.

This unit is well suited to the production of quaking aspen. Timber productivity is estimated to be moderately high. The main concern in producing and harvesting timber is reforestation. Conventional methods of harvesting timber generally can be used, but their use may be limited when the soil is wet. Stones in the soil can interfere with road construction and tree planting. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, and high rainfall.

After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants. If the site is not adequately prepared, competition from undesirable plants can prevent or prolong natural or artificial reestablishment of trees if trees other than quaking aspen are to be grown. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine. Quaking aspen will usually regenerate from roots after harvest. Grazing in harvested areas should be deferred for at least 2 years to assure development of sufficient plant cover to protect the soil from erosion.

The main limitations to the building of unsurfaced roads on this unit are the high clay content in the lower part of the Powderhorn soil and the content of large stones and cobbles in the unit. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants. More uniform use of range and understory vegetation is aided by properly locating salt and by herding.

Wildlife such as elk, mule deer, bear, hawks, eagles, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the slopes that are over 8 percent on the unit and the slow permeability of the Powderhorn soil. Campgrounds and picnic areas can be developed on the lower slopes. Paths and trails can be developed.

This map unit is in capability subclass 6c, nonirrigated.

## 816—Storm extremely flaggy loam, 15 to 30 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 10,000 to 11,500 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 38 degrees F., and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Storm extremely flaggy loam**

The Storm soil formed in residuum derived dominantly from sandstone. Typically, the surface is covered with a mat of slightly to highly decomposed needles, twigs, and roots 2 inches thick. The surface layer is dark brown extremely flaggy loam 4 inches thick. The subsurface layer is pale brown extremely flaggy loam 7 inches thick. The upper part of the subsoil is pale brown extremely flaggy clay loam about 6 inches thick. The next part is light yellowish brown very gravelly clay loam about 12 inches

thick. The lower part of the subsoil is very pale brown extremely cobbly clay loam about 9 inches thick. The upper 8 inches of the substratum are brownish yellow very gravelly loam; the next 8 inches are very pale brown extremely gravelly loam; and the lower part consists of light yellowish brown extremely gravelly clay loam to a depth of 62 inches or more.

The permeability of the Storm soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 8 percent soils with thick dark colored surface layers on the less sloping areas, small areas of soils that have fine textured subsoils, and small areas that have clayey-skeletal subsoils, all on hillslopes; and small areas that are shallow or moderately deep over bedrock on ridges and breaks to drainageways. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Picea engelmannii /Vaccinium scoparium*. *Abies lasiocarpa-Picea engelmannii/Vaccinium scoparium* occurs in some places. The native vegetation consists of Englemann's spruce, subalpine fir, quaking aspen, grouse whortleberry, Richardson's geranium, Fendler's meadow-rue, American vetch, elderberry, mountain snowberry, sedge, slender wheatgrass, Columbia needlegrass, bluegrass, and nodding brome. The average annual understory production of air-dry vegetation is about 800 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for Englemann's spruce is 84 on the Storm soil. It can produce about 82 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old. The average canopy cover ranges from 70 to 85 percent for the overstory.

The mass movement potential is rated low for this unit because of the slope because of the high content of rock fragments.

The Storm soil is well suited to the production of Englemann's spruce. Timber productivity is estimated to be high. The main concerns in producing and harvesting timber are reforestation and large stones in the soil that interfere with road construction and tree planting. Conventional methods of harvesting timber can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt and high rainfall. Harvesting some of the mature trees for lumber and thinning dense stands of younger trees for use as poles increases the growth rate of the rest of the stand and increases the understory vegetation.

The main limitations to reforestation on this soil are the content of stones in the surface layer. Large stones limit rooting space and soil moisture, and interfere with planting operations. The high content of rock fragments can make the planting of seedlings difficult. After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants. Planting nursery stock will hasten reforestation. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitations to the building of unsurfaced roads on this unit are the content of stones in the soil and the slopes. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and many forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the content of large stones and the slopes. The slopes limit use of the unit mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7s, nonirrigated.

## 826—Ute-Frisco complex, 0 to 20 percent slopes

### Map Unit Description

This map unit is a complex of very deep well drained and poorly drained soils on mesas, in drainageways and in depressions on mesas. The elevation is 10,000 to 11,500 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 38 degrees F., and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are aquic and cryic for the Ute soil, respectively, and udic and cryic for the Frisco soil, respectively.

This map unit consists of 50 percent Ute loam, 40 percent Frisco cobbly loam, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Descriptions

**Ute loam**

The Ute soil is poorly drained. It formed in alluvium derived dominantly from shale and sandstone. Typically, the surface is covered with a mat of slightly decomposed organic material about 2 inches thick. The surface layer is very dark grayish brown loam about 5 inches thick. The upper part of the subsoil is very dark gray clay loam with yellowish brown redox concentrations about 6 inches thick. The lower part of the subsoil consists of gray clay and clay loam with yellowish brown redox concentrations about 32 inches thick. The substratum is gray clay loam with yellowish brown redox concentrations to a depth of 62 inches or more.

The permeability of the Ute soil is slow. The available water capacity is high. The hydrologic group is D. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is slight. A seasonal high water table is at a depth of 6 to 18 inches from January through December. The potential of shrink-swell is high.

**Frisco loam**

The Frisco soil is well drained. It formed in slope alluvium derived dominantly from volcanic and sedimentary rocks. Typically, the surface is covered with a mat of twigs, needles, and bark about 2 inches thick. The surface layer is brown loam about 3 inches thick. The subsurface layer is light brown loam about 6 inches thick. The next layer is brown cobbly loam about 8 inches thick. The upper part of the subsoil is brown extremely stony sandy clay loam about 29 inches thick, and the lower part consists of brown extremely stony loam extending to 62 inches or more.

The permeability of the Frisco soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Clayburn loam on footslopes and mesas; small areas of Cryofibrists in depressions; and small areas of wet soils with loamy-skeletal control sections in depressions and drainageways. Included areas make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Abies lasiocarpa-Picea engelmannii/ Vaccinium myrtillus* on the Frisco soil and *Deschampsia cespitosa/Carex spp.* on the Ute soil. The native vegetation consists of Englemann's spruce, subalpine fir, whortleberry, Thurber's fescue, nodding brome, elk sedge, mountain snowberry, bluegrass, and creeping juniper on the Frisco soil. Other plants that characterize the wetter parts of this unit are sedge, rush, tufted hairgrass, bluejoint, wheatgrass, shrubby cinquefoil, slender cinquefoil, and willow. The average annual understory production of air-dry vegetation is about 700 pounds per acre on the Frisco soil. The average annual production of air-dry vegetation is about 3,500 pounds per acre on the Ute soil.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for Englemann's spruce is 80 on the Frisco soil. It can produce about 76 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the slope.

The Frisco soil is well suited to the production of Englemann's spruce. The Ute soil is not suited to timber production. Timber productivity is estimated to be high on the Frisco soil. The main concerns in producing and harvesting timber are reforestation and the depth to a high water table of the Ute soil that interferes with road construction and harvesting operations. Conventional methods of harvesting timber are limited. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, and high rainfall. Low ground pressure equipment may be the only feasible method to harvest during the summer season. Harvesting activities can cause long term reduction in productivity if excess compaction occurs on wet soils.

The main limitations to reforestation on this soil are the depth to a high water table in the spring and summer on the Ute soil, and the content of cobbles and stones on the Frisco soil. Trees can be planted on the Frisco soil, but should not be planted on the Ute soil because of the water table. Planting nursery stock will hasten reforestation. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

Building unsurfaced roads on this unit is very limited due to the high water table of the Ute soil. Construction costs may be significantly higher than normal due to the need for building an adequate base. Proper design of road drainage systems and care in the placement of culverts will be essential to maintaining the road base. Road surfacing is almost always needed on the Ute soil.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and

understory plants. More uniform use of rangeland is aided by properly locating salt and by herding.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

This map unit is poorly suited to recreational development. The main limitations are the depth to a high water table on the unit and the slow permeability of the Ute soil.

The Ute soil is in capability subclass 6w, nonirrigated. The Frisco soil is in capability subclass 6e, nonirrigated.

## 830—Dressel-Jersey complex, 30 to 80 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes and canyon side slopes. The elevation is 7,600 to 10,500 feet. The average annual precipitation is 25 to 35 inches, the average annual air temperature is 34 to 40 degrees F., and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 55 percent Dressel gravelly loam, 30 percent Jersey very cobbly loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Dressel gravelly loam**

The Dressel soil formed in colluvium and slope alluvium derived dominantly from sandstone and shale. Typically, the surface is covered with a mat of slightly decomposed twigs, leaves, and roots about 2 inches thick. The surface layer is very dark grayish brown gravelly loam about 6 inches thick. The lower part of the surface layer is very dark grayish brown very stony loam 11 inches thick. The subsurface layer is light gray very cobbly sandy clay loam about 4 inches thick. The upper 7 inches of the subsoil are light brownish gray very cobbly sandy clay loam. The lower 15 inches of the subsoil are light brownish gray and light gray extremely cobbly loam. The upper 8 inches of the substratum are light gray extremely cobbly loam, and the lower part consists of light brownish gray very cobbly loam to a depth of 62 inches or more.

The permeability of the Dressel soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Jersey very cobbly loam**

The Jersey soil formed in colluvium and slope alluvium derived dominantly from sandstone and shale. Typically, the surface is covered with a mat of partially decomposed leaves, roots, and twigs 1 inch thick. The surface layer is very dark gray very cobbly loam about 7 inches thick. The next layer is dark grayish brown very cobbly clay loam about 5 inches thick. The upper part of the subsoil is brown very cobbly clay loam about 5 inches thick; the next part is very pale brown extremely stony clay loam about 8 inches thick; and the lower part is light brownish gray very cobbly clay loam about 11 inches thick. The substratum is light brownish gray very cobbly clay to a depth of 61 inches or more.

The permeability of the Jersey soil is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit are about 5 percent soils with fine-loamy subsoils, 5 percent soils with light colored surface layers, 4 percent soils with bedrock above 60 inches, and small areas of Rock outcrop on breaks, and less sloping areas on structural benches. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Populus tremuloides/Symphoricarpos oreophilus*. The native vegetation consists mainly of quaking aspen, common snowberry, Columbia needlegrass, nodding brome, Thurber's fescue, beardless wheatgrass, slender wheatgrass, Fendler's meadow-rue, American vetch, heartleaf arnica, Nevada pea, Woods' rose, and Richardson's geranium. The average annual understory production of air-dry vegetation is about 2,000 pounds per acre on the Dressel soil and about 1,800 pounds per acre on the Jersey soil.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, and livestock grazing.

A representative site index for this map unit for quaking aspen is 70 on the Dressel soil. It can produce about 39 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated high for this unit because of steep slopes and shale parent material.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed. Careful consideration of road systems and harvesting methods should be made to minimize erosion. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, and high rainfall.

This unit is well suited to the production of quaking aspen. Timber productivity is estimated to be high. Only the less sloping areas should be considered for timber harvesting. Conventional harvesting methods generally are restricted to slopes of less than 40 percent. Access to the stepper areas is limited. The steep slope limits the kinds of equipment that can be used in forest management.

The main limitations to reforestation on this unit are the content of cobbles and stones in the surface layers. Large stones limit rooting space and soil moisture, and interfere with planting operations. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine. Quaking aspen will usually regenerate from roots after harvest.

The main limitations to the building of unsurfaced roads on this unit are the steep slopes and high mass movement potential on the unit, and the high shrink-swell potential and low strength of the Jersey soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. The slope limits access by livestock and results in overgrazing of the less sloping areas.

Wildlife such as elk, mule deer, bear, hawks, eagles, coyotes, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by

livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes, the content of stones, and slow permeability in the Jersey soil. The slopes limit the use of this unit mainly to a few paths and trails, which should extend across the slopes. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 832—Storm extremely flaggy loam, 0 to 15 percent slopes

### Map Unit Description

This very deep, well drained soil is on mesas and hills. The elevation is 10,000 to 11,500 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 32 to 38 degrees F., and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Storm extremely flaggy loam**

The Storm soil formed in residuum derived dominantly from sandstone. Typically, the surface is covered with a mat of partially decomposed needles, twigs, and roots 2 inches thick. The surface layer is dark brown extremely flaggy loam 4 inches thick. The subsurface layer is pale brown extremely flaggy loam 7 inches thick. The upper part of the subsoil is pale brown extremely flaggy clay loam about 6 inches thick; the next part is light yellowish brown very gravelly clay loam about 12 inches thick; and the lower part is very pale brown extremely cobbly clay loam about 9 inches thick. The upper 8 inches of the substratum are brownish yellow very gravelly loam; the next 8 inches are very pale brown extremely gravelly loam; and the lower part has light yellowish brown extremely gravelly clay loam to a depth of 62 inches or more.

The permeability of the Storm soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is low. The content of rock fragments ranges from 35 to 80 percent.

***Contrasting Inclusions***

Included in this unit are about 8 percent soils with thick dark colored surface layers on the less sloping areas on mesas; small areas of soils that have fine textured subsoils on hillslopes; small areas that have clayey-skeletal subsoils on hillslopes; and small areas that are shallow or moderately deep over bedrock on ridges and breaks to drainageways. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium scoparium*. Some *Picea engelmannii /Vaccinium scoparium* also occurs. The native vegetation consists mainly of Englemann's spruce, subalpine fir, grouse whortleberry, Richardson's geranium, slender wheatgrass, mountain snowberry, Columbia needlegrass, nodding brome, sedge, bluegrass, American vetch, Fendler's meadow-rue, and elderberry. The average annual understory production of air-dry vegetation is about 800 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for Englemann's spruce is 84 on the Storm soil. It can produce about 82 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit because of the slope.

The Storm soil is well suited to the production of Englemann's spruce and subalpine fir. Timber productivity is estimated to be high. The main concerns in producing and harvesting timber are large stones in the soil. Stones in the surface can interfere with road construction and tree planting. Conventional methods of harvesting timber can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt and high rainfall. Harvesting some of the mature trees for lumber and thinning dense stands of younger trees for use as poles increases the growth rate of the rest of the stand and increases the understory vegetation.

The main limitation to reforestation on the Storm soil is the content of large stones. Large stones limit rooting space and soil moisture, and interfere with planting operations. After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants. Planting nursery stock will hasten reforestation. The high content of rock fragments can make the planting of seedlings difficult. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitation for building unsurfaced roads on this unit is the content of stones in the soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants. More uniform use of rangeland is aided by properly locating salt and by herding.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the content of stones and the slopes that are over 8 percent. Paths and trails can be developed.

This map unit is in capability subclass 7s, nonirrigated.

## 834—Haycamp-Jersey complex, 30 to 80 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on mountain slopes and canyon side slopes. The elevation is 8,600 to 11,500 feet. The average annual precipitation is 30 to 40 inches, the average annual air temperature is 32 to 38 degrees F., and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 60 percent Haycamp cobbly clay loam, 25 percent Jersey very cobbly loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

#### Haycamp cobbly clay loam

The Haycamp soil formed in colluvium and slope alluvium derived dominantly from sandstone and shale. Typically, the surface is covered with a mat of partly decomposed leaves, roots, and twigs 1 inch thick. Haycamp soil has about 2 percent stones on the surface. The surface layer is very dark brown cobbly clay loam about 4 inches thick. The subsurface layer is light gray cobbly clay about 8 inches thick. The upper part of the subsoil is pale brown cobbly clay about 8 inches thick; the next part is pale brown clay about 9 inches thick; and the lower part is very pale brown clay about 8 inches thick. The upper 18 inches of the substratum are light brownish gray gravelly clay. The lower part is light brownish gray very cobbly clay loam to a depth of 61 inches or more.

The permeability of the Haycamp soil is slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is high. Content of rock fragments ranges from 5 to 25 percent in the control section.

#### Jersey very cobbly loam

The Jersey soil formed in colluvium and slope alluvium derived dominantly from sandstone and shale. Typically, the surface is covered with a mat of partially decomposed leaves, roots, and twigs 1 inch thick. The surface layer is very dark gray very cobbly loam about 7 inches thick. The next layer is dark grayish brown very cobbly clay loam about 5 inches thick. The upper part of the subsoil is brown very cobbly clay loam about 5 inches thick; the next part is very pale brown extremely stony clay loam about 8 inches thick; and the lower part is light brownish gray very cobbly clay loam about 11 inches thick. The substratum is light brownish gray very cobbly clay to a depth of 61 inches or more.

The permeability of the Jersey soil is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate. Content of rock fragments range from 35 to 70 percent in the control section.

#### *Contrasting Inclusions*

Included in this unit are about 5 percent soils with thick dark surface layers on mountain slopes; about 5 percent soils with fine-loamy texture control sections on mountain slopes; small areas of soils with bedrock above 40 inches on ridges; and small areas of Rock outcrop on breaks. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

#### *Vegetation*

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium scoparium*. Some *Picea engelmannii/Vaccinium scoparium* also occurs. Quaking aspen areas have *Populus tremuloides/Symphoricarpos oreophilus*. The native vegetation consists mainly of Englemann's spruce, subalpine fir, quaking aspen, grouse whortleberry, common snowberry, slender wheatgrass, sedge, Richardson's geranium, American vetch, Nevada pea, Fendler's meadow-rue, heartleaf arnica, Woods' rose, Letterman's needlegrass, Thurber's fescue, and nodding brome. The average annual understory production of air-dry vegetation is about 800 pounds per acre on the Haycamp soil, and about 1,800 pounds per acre on the Jersey soil.

#### *Soil Management Implications*

This unit is used for wildlife habitat and timber production.

A representative site index for this map unit for Englemann's spruce is 90 on the Haycamp soil. It can produce about 91 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 90 years old.

The mass movement potential is rated high for this unit because of steep slopes.

The main concerns in producing and harvesting timber are reforestation and preventing erosion along roads and other places where vegetation has been removed. Only the less sloping areas should be considered for timber harvesting. Conventional harvesting methods generally are restricted to slopes of less than 40 percent. Access to the steeper areas is limited. The steep slope limits the kinds of equipment that can be used in forest management. Careful consideration of road systems and harvesting methods should be made to minimize erosion. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt and high rainfall.

The main limitations to reforestation on this unit are the clayey surface soils of the Haycamp soil and the content of cobbles in the soils of the unit that make tree planting difficult. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitations to the building of unsurfaced roads on this unit are the steep slopes of both soils and the high mass movement potential, low strength, and high shrink-swell potential of the Haycamp soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes, slow permeability, and the content of stones. The slopes limit the use of this soil mainly to a few paths and trails, which should extend across the slopes. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 835—Brumley loam, 0 to 15 percent slopes

### Map Unit Description

This very deep, well drained soil is on terraces and mesas. The elevation is 6,800 to 7,200. The average annual precipitation is 12 to 14 inches, the average annual air temperature is 47 to 50 degrees F, and the average frost-free period is 100 to 120 days. The moisture regime is aridic-ustic and the temperature regime is mesic.

### Brief Soil Description

**Brumley loam**

The Brumley soil formed in slope alluvium derived dominantly from sandstone. Typically, the surface layer is brown loam 2 inches thick. The upper 15 inches of the subsoil are brown clay loam, and the lower 23 inches are light brown clay loam. The substratum is pink loam to a depth of 60 inches or more.

The permeability of the Brumley soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent soils that are moderately deep to bedrock on the edges of drainageways; 5 percent Wetherill loam on mesas; and 5 percent soils with cobbly surfaces and more than 35 percent rock fragments in the profile on ridges. Wetherill soils have fine-silty subsoils. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Artemisia tridentata-Purshia tridentata/Elytrigia smithii*. Some areas have *Pinus edulis-Juniperus osteosperma/Artemisia tridentata*. The native vegetation on this unit is mainly western wheatgrass, prairie Junegrass, Indian ricegrass, muttongrass, basin big sagebrush, antelope bitterbrush, needleandthread, and bottlebrush squirreltail. Other important plants that characterize this unit are twoneedle pinyon and Utah juniper. The average annual production of air-dry vegetation is about 1,100 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

Use of planned grazing systems helps to maintain the quality and quantity of desirable vegetation and reduces erosion. More uniform distribution of livestock is aided by properly locating salt and stock water development, and by fencing and herding. If the condition of the range deteriorates, pinyon, juniper, and woody shrubs increase. Removal of pinyon and juniper increases the production of understory forage. Range seeding should be done in conjunction with removal of the overstory. The main limitation to reseeding on this unit is the limited amount of precipitation. Seeding late in fall helps to ensure that moisture in the soil will be adequate for the establishment of seedlings next spring. Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community. Areas where brush is managed by prescribing burning or by chemical or mechanical methods may be subject to a greater hazard of erosion.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

This map unit is well suited to recreational development, especially on the lower slopes. The main limitation is the presence of slopes that are over 8 percent.

This map unit is in capability subclass 4e, nonirrigated.

## 860—Granath-Nortez complex, 0 to 15 percent slopes

### Map Unit Description

This map unit is a complex of very deep and moderately deep, well drained soils on mesas and hills. The elevation is 7,100 to 8,500 feet. The average annual precipitation is 15 to 20 inches, the average annual air temperature is 40 to 45 degrees F, and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This unit consists of 55 percent Granath loam, 30 percent Nortez loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Granath loam**

The Granath soil is very deep. It formed in eolian material derived from sandstone. Typically, the surface layer is brown loam about 2 inches thick. The upper part of the subsoil is brown loam about 13 inches thick; the next part is reddish brown loam about 5 inches thick; and the lower part is reddish brown clay loam that extends to 60 inches or more.

The permeability of the Granath soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Nortez loam**

The Nortez soil is moderately deep. It formed in eolian material derived from sandstone. Typically, the surface layer is reddish brown loam about 3 inches thick. The next layer is reddish brown clay loam about 7 inches thick. The subsoil is yellowish red clay loam about 22 inches thick over bedrock. Hard sandstone is at a depth of 32 inches; however, the depth to hard sandstone generally ranges from 20 to 40 inches.

The permeability of the Nortez soils is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this unit are about 5 percent Fivepine very stony loam on hillslopes and ridges; 5 percent Ormiston extremely stony loam on hillslopes; and 5 percent Fughes loam in drainageways. Fivepine soils are shallow. Ormiston soils have more than 35 percent rock fragments in the profile. Fughes soils have dark colored surface layers more than 16 inches thick. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Festuca arizonica/Muhlenbergia montana*. *Quercus gambelii/Symphoricarpos oreophilus* and *Artemisia tridentata/Stipa comata* occur in some areas. The native vegetation on this unit is mainly Arizona fescue, needlegrass, western wheatgrass, Parry's danthonia, and mountain muhly. Other plants that characterize this unit are Gambel oak, big sagebrush, antelope bitterbrush, needleandthread, mountain brome, and prairie Junegrass. Some areas have scattered ponderosa pine. The average annual production of air-dry vegetation is about 1,500 pounds per acre on the Granath soil and about 1,200 pounds per acre on the Nortez soil.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

Use of planned grazing systems helps to maintain the quality and quantity of desirable vegetation and reduces erosion. More uniform distribution of livestock is aided by properly locating stock water development and salt, and by fencing and herding. If the condition of the range deteriorates, Gambel oak and other woody shrubs increase. Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community. Areas where brush is managed by prescribing burning or by chemical or mechanical methods may be subject to a greater hazard of erosion. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedling the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the slopes that are over 8 percent and the slow permeability of the Nortez soil. Paths and trails can be developed.

This map unit is in capability subclass 4e, nonirrigated.

## 861—Morapos loam, 0 to 15 percent slopes

### Map Unit Description

This very deep, well drained soil is on mesas and fan remnants. The elevation is 7,100 to 8,000 feet. The average annual precipitation is 15 to 20 inches. The average annual air temperature is 41 to 45 degrees F, and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not affect the use or management of the unit. These include Granath loam and Pagoda loam. These similar soils make up about 10 percent of the total acreage; the percentage varies from one area to another.

### Brief Soil Description

**Morapos loam**

The Morapos soil formed in alluvium and slope alluvium derived dominantly from sedimentary rocks. Typically, the surface layer is brown loam 3 inches thick. The upper 5 inches of the subsoil are brown clay loam, and the lower 14 inches are brown clay. The underlying material is yellowish brown to very pale brown clay loam to a depth of 60 inches or more.

The permeability of the Morapos soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit are about 5 percent Arabrab loam on hillslopes and ridges and 5 percent Shawa loam in drainageways and on hillslopes. Arabrab soils are shallow over sandstone bedrock. Shawa soils have less than 35 percent clay in the subsoil. These inclusions make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Artemisia tridentata/Elytrigia smithii* and *Artemisia tridentata/Stipa comata*. The native vegetation on this unit consists mainly of basin big sagebrush, western wheatgrass, Arizona fescue, needleandthread, Gambel oak, and Utah serviceberry. Other common plants that characterize this unit are prairie Junegrass, muttongrass, and black sagebrush. The average annual production of air-dry vegetation is about 900 pounds per acre.

***Soil Management Implications***

This map unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on the Morapos soil are the low strength and the shrink-swell potential.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of vegetation for grazing. More uniform use of rangeland is aided by properly locating salt and by herding. Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community. Areas where brush is managed by prescribing burning or by chemical or mechanical methods may be subject to a greater hazard of erosion. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be available in the spring for germination.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

If this map unit is used for recreation development, the main limitations are the slopes that are over 8 percent and the slow permeability. Paths and trails can be developed.

This map unit is in capability subclass 4e, nonirrigated.

## 862—Granath-Dolores-Fivepine complex, 0 to 15 percent slopes

### Map Unit Description

This map unit is a complex of very deep to shallow, well drained soils on mesas and hills. The elevation is 7,100 to 8,500 feet. The average annual precipitation is 15 to 20 inches, the average annual air temperature is 41 to 45 degrees F., and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 40 percent Granath loam, 25 percent Dolores loam, 20 percent Fivepine flaggy loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

#### Granath loam

The Granath soil is very deep. It formed in eolian material derived from sandstone. Typically, the surface layer is brown loam about 2 inches thick. The upper part of the subsoil is brown loam about 13 inches thick; the next part is reddish brown loam about 5 inches thick; and the lower part is reddish brown clay loam that extends to 60 inches or more.

The permeability of the Granath soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

#### Dolores loam

The Dolores soil is very deep. It formed in slope alluvium derived dominantly from sandstone. Typically, the surface has a layer of organic material about 1 inch thick. The surface layer is reddish brown loam about 7 inches thick with about 1 to 3 percent stones on the surface. The upper part of the subsoil is reddish brown to yellowish red extremely bouldery clay loam about 16 inches thick; the next part is

yellowish red extremely stony clay about 25 inches thick; and the lower part is brown extremely stony clay to a depth of 61 inches or more.

The permeability of the Dolores soil is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Fivepine flaggy loam**

The Fivepine soil is shallow. It formed in residuum and slope alluvium derived from sandstone. Typically, the surface layer is reddish brown flaggy loam about 3 inches thick with about 1 to 3 percent flagstones on the surface. The upper 9 inches of the subsoil are reddish brown flaggy clay loam, and the lower 3 inches are yellowish red flaggy clay. Hard fractured sandstone is at a depth of 15 inches; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Fivepine soil is slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit are about 7 percent Nortez loam on hillslopes; 5 percent Fughes loam in drainageways and on alluvial fans; and 3 percent Arabrab loam on mesas, hillslopes, and ridges. Nortez soils are moderately deep. Fughes soils have thick dark colored surface layers. Arabrab soils are shallow and have less than 35 percent clay in the subsoil. Included areas make up about 15 percent of the total acreage; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Festuca arizonica/Muhlenbergia montana* and *Artemisia tridentata/Festuca arizonica* on the Granath soil; *Quercus gambelii/Festuca arizonica* on the Dolores soil; and *Pinus ponderosa/Quercus gambelii* on the Fivepine soil. The native vegetation consists mainly of big sagebrush, Gambel oak, Arizona fescue, western wheatgrass, and needlegrass. Ponderosa pine and Rocky Mountain juniper occurs on the Fivepine soil. Other common plants that characterize this unit are prairie Junegrass, mountain brome, nodding brome, mountain muhly, Parry's danthonia, slender wheatgrass, bluegrass, pine dropseed, bottlebrush squirreltail, antelope bitterbrush, Utah serviceberry, and common snowberry. The average annual production of air-dry vegetation is about 1,500 pounds per acre on the Granath soil and about 900 pounds per acre on the Dolores soil. The average annual understory production of air-dry vegetation is about 800 pounds per acre on the Fivepine soil.

***Soil Management Implications***

This unit is used mostly for livestock grazing and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 67 on the Fivepine soil. It can produce about 52 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this unit are the content of large stones in the Dolores soil and the depth to bedrock of the Fivepine soil. Roads can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of vegetation for grazing. More uniform use of rangeland is aided by

properly locating salt and by herding. If the condition of the range deteriorates, woody shrubs and annual weeds increase. Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community.

Areas where brush is managed by prescribed burning, chemical and mechanical methods may be subject to a greater hazard of erosion. If the range vegetation is seriously deteriorated, seeding is needed. The main limitations for seeding are the content of large stones on the Dolores and Fivepine soils and the depth to bedrock of the Fivepine soil. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the content of large stones on the Dolores and Fivepine soils, the depth to bedrock of the Fivepine soil, and slopes that are over 8 percent. Areas could be developed on the Granath soil. Paths and trails can be developed.

The Granath soil is in capability subclass 4e, nonirrigated. The Dolores and Fivepine soils are in capability subclass 7s, nonirrigated.

## 863—Granath-Ormiston-Fivepine complex, 0 to 15 percent slopes

### Map Unit Description

This map unit is a complex of very deep to shallow, well drained soils on mesas and hills. The elevation is 7,100 to 8,500 feet. The average annual precipitation is 15 to 20 inches, the average annual air temperature is 41 to 45 degrees F., and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 40 percent Granath loam, 25 percent Ormiston loam, 20 percent Fivepine flaggy loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

#### Granath loam

The Granath soil is very deep. It formed in eolian material derived from sandstone. Typically, the surface layer is brown loam about 2 inches thick. The upper part of the subsoil is brown loam about 13 inches thick; the next part is reddish brown loam about 5 inches thick; and the lower part is reddish brown clay loam that extends to 60 inches or more.

The permeability of the Granath soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

#### Ormiston loam

The Ormiston soil is deep. It formed in slope alluvium derived dominantly from sandstone, and in eolian material. Typically, the surface layer is brown loam about 7 inches thick with 1 to 3 percent stones on the surface. The upper part of the subsoil is reddish brown very stony heavy clay loam about 17 inches thick; the lower part is reddish brown stony clay loam about 8 inches thick. The substratum is pinkish white stony clay loam about 12 inches thick. Sandstone bedrock is at a depth of 44 inches; however, the depth to bedrock generally ranges from 40 to 60 inches.

The permeability of the Ormiston soil is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 40 to 60 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

**Fivepine flaggy loam**

The Fivepine soil is shallow. It formed in residuum and slope alluvium derived from sandstone. Typically, the surface layer is reddish brown flaggy loam about 3 inches thick with about 1 to 3 percent flags on the surface. The upper 9 inches of the subsoil are reddish brown flaggy clay loam, and the lower 3 inches are yellowish red flaggy clay. Hard fractured sandstone is at a depth of 15 inches; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Fivepine soil is slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit are about 7 percent Nortez loam on hillslopes; 5 percent Fughes loam in drainageways; and 3 percent Arabrab loam on mesas, hillslopes, and ridges. Nortez soils are moderately deep. Fughes soils have thick dark colored surface layers. Arabrab soils are shallow and have less than 35 percent clay in the subsoil. Included areas make up about 15 percent of the total acreage; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Festuca arizonica/Muhlenbergia Montana*, *Artemisia tridentata/Festuca arizonica*, and *Quercus gambelii/Festuca arizonica* on the Granath and Ormiston soils; and *Pinus ponderosa/Quercus gambelii* on the Fivepine soil. The native vegetation consists mainly of Arizona fescue, western wheatgrass, needlegrass, Gambel oak, and big sagebrush. Ponderosa pine and Rocky Mountain juniper occur on the Fivepine soil. Other common plants that characterize this unit are prairie Junegrass, mountain brome, mountain muhly, Parry's danthonia, slender wheatgrass, muttongrass, pine dropseed, nodding brome, bottlebrush squirreltail, bluegrass, antelope bitterbrush, Utah serviceberry, common snowberry, and black sagebrush. Minor areas of twoneedle pinyon and Utah juniper occur on the drier parts of the unit. The average annual production of air-dry vegetation is about 1,500 pounds per acre on the Granath soil and about 900 pounds per acre on the Ormiston soil. The average annual understory production is about 800 pounds per acre on the Fivepine soil.

***Soil Management Implications***

This unit is used mostly for livestock grazing and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 67 on the Fivepine soil. It can produce about 52 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this unit are the content of large stones in the Ormiston soil and the depth to bedrock of the Fivepine soil. Roads can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of vegetation for grazing. More uniform use of rangeland is aided by

properly locating salt and by herding. If the condition of the range deteriorates, woody shrubs and annual weeds increase. Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community.

Areas where brush is managed by prescribed burning, chemical and mechanical methods may be subject to a greater hazard of erosion. If the range vegetation is seriously deteriorated, seeding is needed. The main limitations for seeding are the content of large stones on the Ormiston and Fivepine soils and the depth to bedrock of the Fivepine soil. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the content of large stones on the Ormiston and Fivepine soils, the depth to bedrock of the Fivepine soil, and slopes that are over 8 percent. Areas could be developed on the Granath soil. Paths and trails can be developed.

The Granath soil is in capability subclass 4e, nonirrigated. The Ormiston and Fivepine soils are in capability subclass 7s, nonirrigated.

## 890—Tamarron-Frisco complex, 30 to 60 percent slopes

### Map Unit Description

This map unit is a complex of moderately deep and very deep, well drained soils on mountain slopes and ridges. The elevation is 8,000 to 10,600 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 34 to 38 degrees F., and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 45 percent Tamarron loam, 35 percent Frisco loam, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Tamarron loam**

The Tamarron soil is moderately deep. It formed in slope alluvium and colluvium derived dominantly from sandy shale and sandstone. Typically, the surface is covered with a mat of organic material of needles, leaves, and twigs about 3 inches thick. The surface layer is light brownish gray loam about 6 inches thick. The upper 11 inches of the subsoil are light brown very channery clay loam, and the lower 10 inches are pale brown very flaggy loam. The substratum is pale brown extremely flaggy loam about 9 inches thick over weathered platy sandy shale. The depth to bedrock ranges from 20 to 40 inches from the mineral soil surface.

The permeability of the Tamarron soil is moderately slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 20 to 40. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Frisco loam**

The Frisco soil is very deep. It formed in slope alluvium and colluvium derived dominantly from sandstone and sandy shale. Typically, the surface is covered with a mat of twigs, needles, and bark about 2 inches thick. The surface layer is brown loam about 3 inches thick. The subsurface layer is light brown loam about 6 inches thick, and the next layer is brown cobbly loam about 8 inches thick. The upper part of the

subsoil is brown extremely stony sandy clay loam about 29 inches thick; the lower part is brown extremely stony loam extending to 62 inches or more.

The permeability of the Frisco soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Snowdon loam on mountain slopes and ridges; 5 percent Bucklon loam on mountain slopes and ridges; and 5 percent Haviland loam on mountain slopes. Snowdon and Bucklon soils are shallow. Haviland soils have less than 35 percent rock fragments in the profile.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of subalpine fir, Englemann's spruce, quaking aspen, whortleberry, mountain snowberry, and mountain brome. Other important plants that characterize this unit are bluegrass, nodding brome, kinnikinnick, Thurber's fescue, Letterman's needlegrass, spike trisetum, smallflowered woodrush, elk sedge, elderberry, gooseberry currant, cinquefoil, creeping juniper, and Nevada pea. The average annual understory production of air-dry vegetation is about 400 pounds per acre on the Tamarron soil and about 700 pounds per acre on the Frisco soil.

***Soil Management Implications***

This unit is used mainly for timber production, wildlife habitat, and limited livestock grazing.

A representative site index for this map unit for Englemann's spruce is 78 on the Tamarron soil. It can produce about 73 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 110 years old.

The mass movement potential is rated moderate for this unit because of the slope and underlying shale.

This unit is well suited to the production of Englemann's spruce. Timber productivity is estimated to be high. The main concerns in producing and harvesting timber are reforestation and road construction. Conventional harvesting methods generally are restricted to slopes of less than 40 percent. Access to the steeper areas is limited. The steepness of slope limits the kinds of equipment that can be used in forest management. Careful consideration of road systems and harvesting methods should be made to minimize erosion. Tree harvesting may be restricted during periods of high snow accumulations, snowmelt, or high rainfall.

The main limitations to reforestation on this unit are the slopes and the content of rock fragments. The high content of rock fragments can make the planting of seedlings difficult. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitations to building unsurfaced road on this unit are the depth to bedrock in the Tamarron soil, the content of rock fragments, and the slopes. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and some forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve understory vegetation. The slope limits access by livestock and results in overgrazing of the less sloping areas.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from

overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitation is the steep slopes. These slopes limit the use of the unit mainly to a few paths and trails, which should extend across the slopes. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 891—Tamarron-Frisco complex, 15 to 30 percent slopes

### Map Unit Description

This map unit is a complex of moderately deep and very deep, well drained soils on mountain slopes and ridges. The elevation is 8,000 to 10,600 feet. The average annual precipitation is 30 to 45 inches, the average annual air temperature is 34 to 38 degrees F., and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

This map unit consists of 45 percent Tamarron loam, 40 percent Frisco loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Tamarron loam**

The Tamarron soil is moderately deep. It formed in slope alluvium and colluvium derived dominantly from sandy shale and sandstone. Typically, the surface is covered with a mat of organic material of needles, leaves, and twigs about 3 inches thick. The surface layer is light brownish gray loam about 6 inches thick. The upper 11 inches of the subsoil are light brown very channery clay loam, and the lower 10 inches are pale brown very flaggy loam. The substratum is pale brown extremely flaggy loam about 9 inches thick over weathered platy sandy shale. The depth to bedrock ranges from 20 to 40 inches from the mineral soil surface.

The permeability of the Tamarron soil is moderately slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

**Frisco loam**

The Frisco soil is very deep. It formed in slope alluvium and colluvium derived dominantly from sandstone and sandy shale. Typically, the surface is covered with a mat of twigs, needles, and bark about 2 inches thick. The surface layer is brown loam about 3 inches thick. The subsurface layer is light brown loam about 6 inches thick. The next layer is brown cobbly loam about 8 inches thick. The upper part of the subsoil is brown extremely stony sandy clay loam about 29 inches thick; the lower part is brown extremely stony loam extending to 62 inches or more.

The permeability of the Frisco soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Snowdon loam on mountain slopes and ridges; small areas of Bucklon loam on mountain slopes and ridges; and small areas of Haviland loam on mountain slopes. Snowdon and Bucklon soils are shallow. Haviland soils have less than 35 percent rock fragments in the profile. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of subalpine fur, Englemann's spruce, quaking aspen, whortleberry, mountain snowberry, and mountain brome. Other important plants that characterize this unit are bluegrass, nodding brome, kinnikinnick, Thurber's fescue, Letterman's needlegrass, spike trisetum, smallflowered woodrush, elk sedge, elderberry, gooseberry currant, cinquefoil, Nevada pea, and creeping juniper,. The average annual understory production of air-dry vegetation is about 400 pounds per acre on the Tamarron soil and about 700 pounds per acre on the Frisco soil.

***Soil Management Implications***

This unit is used mainly for timber production, wildlife habitat, and livestock grazing.

A representative site index for this map unit for Englemann's spruce is 78 on the Tamarron soil. It can produce about 73 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 110 years old.

The mass movement potential is rated low for this unit because of the slope and the high content of rock fragments.

This unit is well suited to the production of Englemann's spruce. Timber productivity is estimated to be high. The main concerns in producing and harvesting timber are reforestation and road construction. Conventional methods of harvesting timber can be used. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitation to reforestation on this unit is the high content of rock fragments, which can make the planting of seedlings difficult. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Englemann's spruce, subalpine fir, and lodgepole pine.

The main limitations to building unsurfaced roads on this unit are the depth to bedrock in the Tamarron soil and the content of rock fragments. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and some forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve understory vegetation. Stock water development and fencing will help to improve livestock distribution and the production of understory vegetation. More uniform use of rangeland is aided by properly locating salt and by herding.

Wildlife such as elk, mule deer, bear, blue grouse, hawks, eagles, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitation is the slope, which limits most of the unit to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

# 901—Granath-Zoltay-Nortez complex, 0 to 15 percent slopes

## Map Unit Description

This map unit is a complex of very deep and moderately deep, well drained soils on mesas and hills. The elevation is 7,600 to 8,500 feet. The average annual precipitation is 17 to 19 inches, the average annual air temperature is 41 to 45 degrees F, and the average frost-free period is 75 to 90 days. The moisture and temperature regimes are ustic and frigid, respectively.

This unit consists of 45 percent Granath loam, 25 percent Zoltay clay loam, 20 percent Nortez loam, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

## Brief Soil Description

### Granath loam

The Granath soil is very deep. It formed in eolian material derived from sandstone. Typically, the surface layer is brown loam about 2 inches thick. The upper part of the subsoil is brown loam about 13 inches thick; the next part is reddish brown loam about 5 inches thick; and the lower part is reddish brown clay loam that extends to 60 inches or more.

The permeability of the Granath soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

### Zoltay clay loam

The Zoltay soil is very deep. It formed in slope alluvium derived dominantly from sandstone and shale. Typically the surface layer is brown clay loam about 6 inches thick; the next layer is dark grayish brown clay loam about 8 inches thick. The upper 9 inches of the subsoil are very dark grayish brown cobbly clay; the next 6 inches are yellowish brown cobbly clay; the next 17 inches of the subsoil are yellowish brown very cobbly clay loam; and the lower part is light yellowish brown cobbly clay loam to a depth of 60 inches or more.

The permeability of the Zoltay soil is slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of erosion is severe. The potential of shrink-swell is moderate.

### Nortez loam

The Nortez soil is moderately deep. It formed in eolian material derived from sandstone. Typically, the surface layer is reddish brown loam about 3 inches thick. The next layer is reddish brown clay loam about 7 inches thick. The subsoil is yellowish red clay loam about 22 inches thick over bedrock. Hard sandstone is at a depth of 32 inches; however, the depth to bedrock generally ranges from 20 to 40 inches.

The permeability of the Nortez soils is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

### *Contrasting Inclusions*

Included in this unit are about 5 percent Fivepine very stony loam, on hillslopes and ridges; 3 percent Ormiston extremely stony loam on hillslopes; and 2 percent Fughes loam in drainageways. Fivepine soils are shallow over sandstone. Ormiston

soils have more than 35 percent rock fragments in the profile. Fughes soils have dark surface layers more than 16 inches thick. Included areas make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Festuca arizonica/Muhlenbergia montana*. The native vegetation on this unit is mainly Arizona fescue, needleandthread, western wheatgrass, and mountain muhly. Other plants that characterize this unit are Parry's danthonia, mountain brome, muttongrass, needlegrass, Gambel oak, mountain big sagebrush, antelope bitterbrush, and prairie Junegrass. Some areas have scattered ponderosa pine. The average annual production of air-dry vegetation is about 1,600 pounds per acre on the Granath soil, about 1,000 pounds per acre on the Zoltay soil, and about 1,200 pounds per acre on the Nortez soil.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

Use of planned grazing systems helps to maintain the quality and quantity of desirable vegetation and reduces erosion. More uniform distribution of grazing is aided by properly locating stock water development and salt, and by fencing and herding. If the condition of the range deteriorates, Gambel oak and other woody shrubs increase. Brush management improves deteriorated areas of range that are producing more woody shrubs than were present in the potential plant community. Areas where brush is managed by prescribing burning or by chemical or mechanical methods may be subject to a greater hazard of erosion. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedling the next spring.

Wildlife such as elk, mule deer, rabbits, and squirrels utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Wildlife obtains food from forbs, shrubs, and grasses.

This unit is well suited to recreational development on the lower slopes. The main limitations are the slopes that are over 8 percent and the slow permeability in the Nortez and Zoltay soils. Paths and trails can be developed.

The Granath and Nortez soils are in capability subclass 4e, nonirrigated. The Zoltay soil is in capability subclass 6e, nonirrigated.

## 903—Anvik loam, 12 to 45 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 8,500 to 10,000 feet. The average annual precipitation is 25 to 32 inches, the average annual air temperature is 36 to 42 degrees F., and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Anvik loam**

The Anvik soil formed in slope alluvium derived mostly from sandstone and shale. Typically, the surface is covered with a mat of needles and twigs about 1 inch thick. The surface layer is dark grayish brown loam about 10 inches thick. The subsurface layer is light yellowish brown loam about 11 inches thick. The upper 9 inches of the subsoil are brown clay loam, and the lower 14 inches are yellowish brown clay loam. The substratum is yellowish brown sandy clay loam to a depth of 61 inches or more.

The permeability of the Anvik soil is moderate. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

### *Contrasting Inclusions*

Included in this unit are about 10 percent Weminuche loam and 4 percent Scotch loam, both on mountain slopes; and small areas of Rock outcrop. Weminuche soils have light colored surface layers. Scotch soils are shallow. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

### *Vegetation*

The dominant plant associations are *Abies concolor-Pseudotsuga menziesii/ Symphoricarpos oreophilus* and *Abies lasiocarpa-Picea engelmannii/Carex geyeri*. Some *Populus tremuloides/Symphoricarpos oreophilus* occurs in aspen areas that lack evergreen trees. The native vegetation on this unit consists mainly of quaking aspen, white fir, Rocky Mountain Douglas-fir, subalpine fir, and Englemann's spruce. Other important plants that characterize this unit are common snowberry, elk sedge, Thurber's fescue, Arizona fescue, mountain brome, bluegrass, spike trisetum, and Oregon grape. The average annual understory production of air-dry vegetation is about 1,000 pounds per acre.

### *Soil Management Implications*

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for quaking aspen is 66 on the Anvik soil. It can produce about 36 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit.

The main concerns in producing and harvesting timber are reforestation, and preventing water erosion along roads and other places where vegetative cover has been removed. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall. Conventional harvesting methods can be used.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. Plant competition delays natural regeneration but does not prevent the eventual development of a fully stocked, normal stand of trees. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are Rocky Mountain Douglas-fir, Englemann's spruce, lodgepole pine and white fir. Quaking aspen will usually regenerate from roots after harvest.

The main limitation to the building of unsurfaced roads is the slope. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and many forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, bear, blue grouse, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover

If this unit is used for recreational development, the main limitation is the slope. Development is limited mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 904—Beje fine sandy loam, 3 to 25 percent slopes

### Map Unit Description

This shallow, well drained soil is on hills and ridges. The elevation is 7,100 to 7,800 feet. The average annual precipitation is 15 to 17 inches, the average annual air temperature is 42 to 45 degrees F, and the average frost-free period is 80 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not to affect the use or management of the unit. These include Fivepine flaggy loam. These similar soils make up about 5 percent of the total acreage; the percentage varies from one area to another.

### Brief Soil Description

**Beje fine sandy loam**

The Beje soil formed in slope alluvium and residuum derived dominantly from sandstone. Typically, the surface layer is brown fine sandy loam about 6 inches thick. The subsoil is brown clay loam about 8 inches thick over hard fractured sandstone. The depth to bedrock ranges from 10 to 20 inches.

The permeability of the Beje soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 4 percent Nortez loam, 3 percent Granath loam, 2 percent Fughes loam, and small areas of Rock outcrop, all on hillslopes. Fughes and Granath soils are very deep. Nortez soils are moderately deep. Included areas make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus edulis-Juniperus osteosperma/ Cercocarpus montanus*. The native vegetation on this unit consists mainly of twoneedle pinyon, Utah juniper, true mountain mahogany, and blue grama. Other important plants that characterize this unit are muttongrass, Indian ricegrass, prairie Junegrass, squaw apple, Gambel oak, and black sagebrush. The average annual understory production of air-dry vegetation is about 400 pounds per acre.

***Soil Management Implications***

This unit is used for wildlife habitat and limited livestock grazing.

The mass movement potential is rated low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this unit are the depth to bedrock and the content of large stones. To stabilize grades, road cuts and fills and other disturbed areas should be provided with water bars and reseeded.

Removal of pinyon and juniper increases the production of understory forage. Range seeding should be done in conjunction with removal of the overstory. Careful management is needed to prevent excessive grazing on this unit because it is difficult to revegetate. More uniform distribution of grazing is aided by properly location stock water development and salt and by fencing and herding. If the range vegetation is

seriously deteriorated, seeding is needed. The main limitation for seeding is the shallow depth to bedrock. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, and squirrels utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Wildlife obtains food from forbs, shrubs, and grasses.

If this unit is used for recreational development, the main limitations are the depth to bedrock and the slope. Paths and trails can be developed.

This map unit is in capability subclass 6s, nonirrigated.

## 905—Cryaquolls, 0 to 3 percent slopes

### Map Unit Description

This very deep, poorly drained soil is on flood plains and valley floors. The elevation is 8,500 to 8,700 feet. The average annual precipitation is 20 to 25 inches, the average annual air temperature is 34 to 38 degrees F, and the average frost-free period is 50 to 75 days. The moisture and temperature regimes are aquic and cryic, respectively.

### Brief Soil Description

**Cryaquolls**

The Cryaquolls soil formed in alluvium derived from mixed sources. In a reference pedon, the surface layer is very dark grayish brown and grayish brown loam about 12 inches thick. The underlying material, to a depth of 60 inches or more, is pale brown and yellowish brown stratified extremely gravelly loam and sandy loam that has yellowish brown iron concentrations throughout.

The permeability of the Cryaquolls soil is moderate. The available water capacity is moderate. The hydrologic group is D. The effective rooting depth is 60 inches or more. A seasonal high water table is at a depth of 6 to 20 inches from April through August. Runoff is low, and the hazard of water erosion is slight. The potential of shrink-swell is low. This soil is subject to brief periods of flooding from April through July.

***Contrasting Inclusions***

Included in this unit is about 5 percent of moderately well drained soils on the outer edges of the map unit on slightly higher areas.

***Vegetation***

The dominant plant association is *Deschampsia cespitosa/Carex spp.* The native vegetation on this unit consists mainly of tufted hairgrass, sedge, slender wheatgrass and willows. Other important plants that characterize this unit are Baltic rush, shrubby cinquefoil, narrowleaf cottonwood and California false hellebore. The average annual production of air-dry vegetation is about 3,700 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated very low for this unit because of the slope.

The high water table promotes the vigorous growth of water tolerant plants. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. The main limitations for seeding are the depth to a high water table and the hazard of flooding.

Wildlife such as elk, mule deer, coyote, beaver, and waterfowl utilize this unit. Management for wildlife should include protection from overgrazing by livestock,

prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover. Nearby forested areas provide cover for some of the wildlife.

This map unit is poorly suited to recreational development. The main limitations are the depth to a high water table and the hazard of flooding.

This map unit is in capability subclass 6w, nonirrigated.

## 906—Archuleta loam, 12 to 65 percent slopes

### Map Unit Description

This shallow, well drained soil is on mountain slopes, hills, and ridges. The elevation is 7,500 to 8,500 feet. The average annual precipitation is 18 to 22 inches, the average annual air temperature is 40 to 45 degrees F., and the average frost-free period is 90 to 110 days. The moisture and temperature regimes are ustic and frigid, respectively.

There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as to not affect the use or management of the unit. These include Sanchez very stony sandy clay loam on ridges. These similar soils make up about 10 percent of the total acreage; the percentage varies from one area to another.

### Brief Soil Description

**Archuleta loam**

The Archuleta soil formed in residuum and slope alluvium derived dominantly from shale and sandstone. Typically, the surface layer is light brownish gray loam about 3 inches thick. The underlying material is brown clay loam to a depth of 16 inches. Shale bedrock is at a depth of 16 inches; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Archuleta soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Pinacol loam on hills; 4 percent Hesperus loam in drainageways; and small areas of Herm loam on hills. The Pinacol soils have more than 35 percent rock fragments in the profile. Herm and Hesperus soils are very deep and have dark colored surface layers. Included areas make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation on this unit consists mainly of ponderosa pine, Gambel oak, bluegrass, and Arizona fescue. Other important plants that characterize this unit are prairie Junegrass, antelope bitterbrush, common snowberry, true mountain mahogany, Saskatoon serviceberry, mountain muhly, mountain brome, and a few twoneedle pinyon and Rocky Mountain juniper. The average annual understory production of air-dry vegetation is about 1,200 pounds per acre.

***Soil Management Implications***

This unit is used for wildlife habitat, timber production, and limited livestock grazing.

A representative site index for this map unit for ponderosa pine is 45 on the Archuleta soil. It can produce about 34 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 60 years old.

The mass movement potential is rated low for this unit because of bedrock.

The main concerns in producing and harvesting timber are reforestation and controlling erosion along roads and other places where vegetation has been removed. Conventional harvesting methods generally are restricted to slopes of less than 40 percent. Access to the steeper areas is limited. The steep slopes limit the kinds of equipment that can be used in forest management. Careful consideration of road systems and harvesting methods should be made to minimize erosion. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitations to reforestation on this unit are the steep slopes and shallow soils. Brushy plants such as Gambel oak limit natural regeneration of ponderosa pine. The shallow depth to bedrock can make the planting of seedlings difficult. Among the trees that are suitable for planting is ponderosa pine. Grazing in harvested areas should be deferred for at least 2 years to assure development of sufficient plant cover to protect the soil from erosion.

The main limitations to the building of unsurfaced roads on this unit are the steep slopes and the depth to bedrock. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Stock water development and fencing will help to improve livestock distribution and the production of native vegetation. Careful management is needed on this unit to prevent excessive grazing because it is difficult to revegetate. If the condition of the range and understory vegetation deteriorates, Gambel oak increases. Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community. Areas where brush is managed by prescribed burning, chemical or mechanical methods may be subject to a greater hazard of erosion. The slope limits access by livestock and results in overgrazing of the less sloping areas.

Wildlife such as elk, mule deer, rabbits, and squirrels utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Wildlife obtains food from forbs, shrubs, and grasses.

If this map unit is used for recreational development, the main limitations are the steep slopes and the depth to bedrock. These slopes limit the use of the unit mainly to a few paths and trails, which should extend across the slopes. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 907—Archuleta-Sanchez complex, 12 to 65 percent slopes

### Map Unit Description

This map unit is a complex of shallow, well drained soils on mountain slopes, hills, and ridges. The elevation is 7,300 to 8,500 feet. The average annual precipitation is 18 to 22 inches, the average annual air temperature is 40 to 45 degrees F., and the average frost-free period is 90 to 110 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 45 percent Archuleta loam, 30 percent Sanchez very stony sandy clay loam, and 25 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

**Brief Soil Description**

**Archuleta loam**

The Archuleta soil formed in residuum and slope alluvium derived from shale and sandstone. Typically, the surface layer is light brownish gray loam about 3 inches thick. The underlying material is brown clay loam to a depth of 16 inches. Shale bedrock is at a depth of 16 inches; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Archuleta soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Sanchez very stony sandy clay loam**

The Sanchez soil formed in residuum derived from sandstone. Typically, the surface layer is pale brown very stony sandy clay loam about 5 inches thick. The subsoil is light brownish gray very stony clay loam about 6 inches thick. The next layer is light brownish gray stony sandy clay loam about 4 inches thick over bedrock. Sandstone bedrock is at a depth of 15 inches; however, the depth to bedrock generally ranges from 11 to 20 inches.

The permeability of the Sanchez soil is moderately slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 11 to 20 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 7 percent Pinacol loam on hills; 7 percent Hesperus loam in drainageways; 7 percent Goldbug very stony fine sandy loam on mountain slopes; small areas of Herm loam on hills; and small areas of Rock outcrop. The Pinacol soils have more than 35 percent rock fragments in the profile. Herm and Hesperus soils are very deep and have dark colored surface layers. Goldbug soils are very deep and have fine textured subsoils. Included areas make up about 25 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation on this unit consists mainly of ponderosa pine, Gambel oak, bluegrass, and Arizona fescue. Other important plants that characterize this unit are prairie Junegrass, antelope bitterbrush, common snowberry, true mountain mahogany, Saskatoon serviceberry, mountain brome, mountain muhly, elk sedge, and a few twoneedle pinyon and Rocky Mountain juniper. The average annual understory production of air-dry vegetation is about 1,200 pounds per acre on the Archuleta soil and about 600 pounds per acre on the Sanchez soil.

***Soil Management Implications***

This unit is used for wildlife habitat, timber production, and limited livestock grazing.

A representative site index for this map unit for ponderosa pine is 45 on the Archuleta soil. It can produce about 34 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 60 years old.

The mass movement potential is rated low for this unit because of the bedrock.

The main concerns in producing and harvesting timber are reforestation and controlling erosion along roads and other places where vegetation has been

removed. Conventional harvesting methods generally are restricted to slopes of less than 40 percent. Access to the steeper areas is limited. The steep slopes limit the kinds of equipment that can be used in forest management. Careful consideration of road systems and harvesting methods should be made to minimize erosion. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The main limitations to reforestation on this unit are the steep slopes and the shallow soils. Brushy plants such as Gambel oak limit natural regeneration of Ponderosa pine. The high content of rock fragments can make the planting of seedlings difficult. Among the trees that are suitable for planting is ponderosa pine. Grazing in harvested areas should be deferred for at least 2 years to assure development of sufficient plant cover to protect the soil from erosion.

The main limitations to the building of unsurfaced roads on this unit are the steep slopes and the depth to bedrock. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Stock water development and fencing will help to improve livestock distribution and the production of native vegetation. If the condition of the range and understory vegetation deteriorates, Gambel oak increases. Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community. Areas where brush is managed by prescribed burning, chemical or mechanical methods may be subject to a greater hazard of erosion. The slope limits access by livestock and results in overgrazing of the less sloping areas.

Wildlife such as elk, mule deer, rabbits, and squirrels utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Wildlife obtains food from forbs, shrubs, and grasses.

If this map unit is used for recreational development, the main limitations are the steep slopes, depth to bedrock, and the content of stones in the Sanchez soil. These slopes limit the use of the unit mainly to a few paths and trails, which should extend across the slopes. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 908—Adel loam, 5 to 30 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 9,000 to 9,500 feet. The average annual precipitation is 25 to 28 inches, the average annual air temperature is 35 to 40 degrees F., and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Adel loam**

The Adel soil formed in slope alluvium derived from mixed sources. Typically, the surface layer is dark grayish brown loam about 14 inches thick. The next layer is dark grayish brown loam about 22 inches thick. The substratum is brown clay loam to a depth of 60 inches or more.

The permeability of the Adel soil is moderate. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Ryman loam on footslopes and about 5 percent Wander very cobbly loam on toeslopes. Ryman soils have fine textured control sections. Wander soils have more than 35 percent rock fragments in the profile. These inclusions make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Festuca thurberi/Vicia americana-Lathyrus leucanthus*. The native vegetation on this unit consists mainly of Thurber's fescue, Colombia needlegrass, and mountain brome. Other important plants that characterize this unit are American vetch, elk sedge, beardless wheatgrass, Fendler's meadow-rue, Nevada pea, California false hellebore, and a few small patches of quaking aspen. The average annual production of air-dry vegetation on the Adel soil is about 3,000 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit.

This unit is well suited to range production. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of vegetation for grazing. More uniform use of rangeland is aided by properly locating salt and by herding.

Wildlife such as elk and mule deer utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Wildlife obtains food from forbs, shrubs, and grasses, and use nearby wooded areas for cover.

If this map unit is used for recreational development, the main limitation is the presence of slopes that are over 8 percent. Campgrounds and picnic areas can be developed on lower slopes. The slopes limit development of most areas of the unit to paths and trails, and drainage should be provided them. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 909—Adel loam, moist, 15 to 50 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 9,000 to 9,500 feet. The average annual precipitation is 28 to 30 inches, the average annual air temperature is 35 to 40 degrees F., and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Adel loam**

The Adel soil formed in slope alluvium derived from mixed sources. Typically, the surface layer is dark grayish brown loam about 14 inches thick. The next layer is dark grayish brown loam about 22 inches thick. The substratum is brown clay loam to a depth of 60 inches or more.

The permeability of the Adel soil is moderate. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Ryman loam on footslopes; about 4 percent Wander very cobbly loam on toeslopes; and small areas of Bucklon loam mountain slopes. Ryman soils have fine textured control sections. Wander soils have more than 35 percent rock fragments in the profile. Bucklon soils are shallow over shale. Included areas make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Populus tremuloides/Symphoricarpos oreophilus*. The native vegetation on this unit consists mainly of quaking aspen and common snowberry. Other important plants that characterize this unit are Thurber's fescue, mountain brome, slender wheatgrass, western wheatgrass, Nevada pea, and Fendler's meadow-rue. The average annual understory production of air-dry vegetation is about 3,000 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, wildlife habitat, and livestock grazing.

A representative site index for this map unit for quaking aspen is 66 on the Adel soil. It can produce about 36 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 100 years old.

The mass movement potential is rated low for this unit.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed. Conventional methods of harvesting timber can be used.

This unit is well suited to the production of quaking aspen. Grazing in harvested areas should be deferred for at least 2 years to ensure development of sufficient plant cover to protect the soil from erosion. Quaking aspen will usually regenerate from roots after harvest.

The main limitation to the building of unsurfaced roads on this unit is the hazard of erosion on the steeper slopes. Roads and landings can be protected from erosion by constructing water bars and seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Stock water development and fencing will help to improve livestock distribution and the production of vegetation for grazing. More uniform use of range and understory vegetation is aided by properly locating salt and by herding.

Wildlife such as elk, mule deer, rabbits, and squirrels utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Wildlife obtains food and cover from forbs, shrubs, grasses, and trees.

If this map unit is used for recreational development, the main limitation is the steep slopes, which limit development of most areas of the unit to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 917—Chris very stony loam, 9 to 25 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 8,500 to 10,000 feet. The average annual precipitation is 30 to 40 inches, the average annual air temperature is 36 to 40 degrees F., and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not to affect the use or management of the unit. These include Needleton stony loam. These similar soils make up about 10 percent of the total acreage; the percentage varies from one area to another. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Chris very stony loam**

The Chris soil formed in slope alluvium derived mostly from sandstone. Typically, the surface is covered with a mat of partly decomposed needles and leaves 1 inch thick. The surface layer is pinkish gray very stony loam about 12 inches thick. The subsurface layer is pinkish gray gravelly sandy clay loam and reddish brown gravelly clay loam about 10 inches thick. The upper part of the subsoil is light reddish brown very cobbly clay loam and pinkish gray very cobbly loam about 8 inches thick. The lower part of the subsoil is light reddish brown very cobbly clay loam about 11 inches thick. The substratum is light reddish brown very cobbly sandy clay loam to a depth of 61 inches or more.

The permeability of the Chris soil is slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this map unit are about 5 percent soils that are moderately deep over sandstone on mountain slopes.

***Vegetation***

The dominant plant associations are *Abies lasiocarpa-Picea engelmannii/Carex geyeri* and *Populus tremuloides/Symphoricarpos oreophilus*. The native vegetation on this unit consists mainly of Englemann's spruce, subalpine fir, white fir, quaking aspen, and ponderosa pine. Other plants that characterize this unit are Gambel oak, snowberry, elk sedge, Arizona fescue, mountain brome, western wheatgrass, mountain muhly, bluegrass, nodding brome, spike trisetum, heartleaf arnica, Saskatoon serviceberry, and rose. The average annual understory production of air-dry vegetation on the Chris soil is about 700 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for white fir is 60 on the Chris soil. It can produce about 128 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 70 years old.

The mass movement potential is rated low for this unit because of the slope, and stones and cobbles in the soil.

Timber productivity is estimated to be moderate on the Chris soil. The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed. Tree

harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The high content of rock fragments in the surface can make the planting of seedlings difficult. Hand planting of nursery stock is usually necessary to establish or improve a stand. Brushy plants such as Gambel oak and snowberry limit natural regeneration. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting are lodgepole pine, white fir, Englemann's spruce, and Rocky Mountain Douglas-fir.

The main limitations to the building of unsurfaced roads are the content of stones and cobbles in the soil and the slopes. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of vegetation useable to livestock.

Wildlife such as elk, mule deer, rabbits, and squirrels utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Wildlife obtains food and cover from trees, forbs, shrubs, and grasses of the unit.

If this map unit is used for recreational development, the main limitations are the slopes and the content of stones. The slopes limit use of the unit mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 919—Clayburn loam, 3 to 12 percent slopes

### Map Unit Description

This map unit consists of very deep, well drained soils on footslopes and toeslopes of mountains. The elevation is 8,500 to 9,500 feet. The average annual precipitation is 30 to 35 inches, the average annual air temperature is 36 to 40 degrees F, and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Clayburn loam**

The Clayburn soil formed in slope alluvium derived mostly from sandstone and shale. Typically, the surface layer is grayish brown and dark grayish brown loam about 10 inches thick. The subsoil is dark grayish brown clay loam about 21 inches thick. The substratum is light brown sandy clay loam to a depth of 60 inches or more.

The permeability of the Clayburn soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Wander extremely stony loam on toeslopes and 5 percent soils that are extremely bouldery below very steep mountain slopes. Wander soils have more than 35 percent rock fragments in the profile.

Included soils make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Festuca arizonica/Muhlenbergia montana*. Some *Danthonia parryi/Festuca arizonica* also occurs. The native vegetation on this unit consists mainly of Arizona fescue, Parry's danthonia, mountain brome, mountain muhly, and slender wheatgrass. Other important plants that characterize this unit are bluegrass, serviceberry, and Gambel oak. The average annual production of air-dry vegetation is about 1,500 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Livestock grazing should be managed so that the desired balance of preferred species is maintained in the plant community. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Range seeding is suitable if the range is in poor condition. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants. More uniform use of rangeland is aided by properly locating salt and by herding.

Wildlife such as elk, mule deer, rabbits, and squirrels utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife. Nearby forested areas provide cover for some of the wildlife.

This map unit is well suited to recreational development on the lower slopes. The main limitation is the slopes that are over 8 percent. Paths and trails can be developed.

This map unit is in capability subclass 4e, nonirrigated.

## 920—Clayburn cobbly loam, 6 to 25 percent slopes

### Map Unit Description

This map unit consists of very deep, well drained soils on mountain slopes. The elevation is 8,500 to 9,500 feet. The average annual precipitation is 30 to 35 inches, the average annual air temperature is 36 to 40 degrees F, and the average frost-free period is 60 to 80 days. The moisture and temperature regimes are udic and cryic, respectively.

#### Brief Soil Description

**Clayburn cobbly loam**

The Clayburn soil formed in slope alluvium derived from sandstone and shale. Typically, the surface layer is dark grayish brown cobbly loam about 18 inches thick. The subsoil is brown sandy clay loam about 25 inches thick. The substratum is brown loam to a depth of 60 inches or more.

The permeability of the Clayburn soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Wander extremely stony loam on toeslopes; 5 percent Nordicol very stony loam on mountain slopes; and about 5 percent Frisco stony loam on mountain slopes. Wander, Nordicol and Frisco soils all have more than 35 percent rock fragments in the profile. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Populus tremuloides/Symphoricarpos oreophilus* and *Pseudotsuga menziesii/Amelanchier alnifolia*. The native vegetation on this unit consists mainly of quaking aspen, Rocky Mountain Douglas-fir, white fir, Englemann's spruce, Arizona fescue, bluegrass, mountain brome, and Parry's danthonia. Other important plants that characterize this unit are Gambel oak, slender wheatgrass, elk sedge, Nevada pea, and Oregongrape. The average annual understory production of air-dry vegetation is about 1,200 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for Rocky Mountain Douglas-fir is 75 on the Clayburn soil. It can produce about 62 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for this unit because of the slope.

The main concerns in producing and harvesting timber are road construction and erosion control along roads and landings and reforestation. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

The content of rock fragments can make the planting of seedlings difficult. Hand planting of nursery stock is usually necessary to establish or improve a stand. Among the trees that are suitable for planting are Englemann's spruce and lodgepole pine. Other trees suited to this unit are Rocky Mountain Douglas-fir and subalpine fir. Quaking aspen will usually regenerate from roots after harvest.

The main limitations to the building of unsurfaced roads on this soil are the stoniness in the surface layer and the low strength. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Grazing should be delayed until the soil is firm and the more desirable forage plants have achieved sufficient growth to withstand grazing pressure. Deferred grazing will help to hasten revegetation and to improve areas in poor condition.

Wildlife such as elk, mule deer, rabbits, and squirrels utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the slopes and the content of stones. The slopes limit most of the unit to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 926—Ustolls-Rock outcrop complex, 40 to 90 percent slopes

### Map Unit Description

This map unit is a complex of shallow to very deep, well drained soils and Rock outcrop, on mountain slopes and canyon side slopes. The elevation is 6,600 to 8,600 feet. The average annual precipitation is 15 to 22 inches, the average annual air temperature is 40 to 45 degrees F, and the average frost-free period is 80 to 110 days. The moisture and temperature regimes are ustic and frigid, respectively.

This unit consists of 45 percent Ustolls, 40 percent Rock outcrop, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Ustolls**

Ustolls are highly variable. The soils formed in slope alluvium and colluvium derived from sandstone and shale. In a representative profile, the surface layer is dark grayish brown stony loam about 11 inches thick. The next layer is brown stony loam about 7 inches thick. The subsoil is light brown very cobbly clay loam about 24 inches thick. The substratum is reddish yellow very stony clay to a depth of 60 inches or more. The depth to bedrock ranges from 10 to 60 inches or more.

The permeability of the Ustolls soil is moderately slow in the subsoil and slow in the substratum. The available water capacity is low to moderate. The hydrologic group is B. The effective rooting depth is 10 to 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low in the upper part of the profile and moderate in the lower part.

**Rock outcrop**

Rock outcrop consists of exposed sandstone and conglomerate bedrock that generally occupies positions at the higher edge of the map unit. It supports little vegetation. Areas with Rock outcrop are rated steep to very steep, and include many vertical cliffs from 5 to 50 feet high.

***Contrasting Inclusions***

Included in this unit are about 8 percent Ceek very flaggy clay loam and 7 percent soils with lighter colored surface layers, both on canyon side slopes. Ceek soils have thin dark colored surface layers. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Quercus gambelii/Amelanchier utahensis* at the lower elevations and *Pinus ponderosa/Quercus gambelii* at higher elevations. The present vegetation at lower elevations is Gambel oak, Utah serviceberry, western wheatgrass, prairie Junegrass, Indian ricegrass, and elk sedge. At higher elevations ponderosa pine, Arizona fescue, snowberry, and a few Rocky Mountain Douglas-fir trees occur. The average annual understory production of air-dry vegetation is about 600 pounds per acre on the Ustolls soil.

***Soil Management Implications***

This map unit is used for wildlife habitat and limited livestock grazing.

The mass movement potential is rated high for this unit because of steep slopes and rock fall potential.

The main limitations to the building of unsurfaced roads on this unit are the slopes, the content of large stones, and the depth to bedrock.

The main limitations to livestock grazing on this unit are the content of large stones and the slopes. Large stones limit the rooting space and water-holding capacity of the soil. This unit is generally not suited to reseeding because of stones and steep slopes. Steep slopes result in excessive use of the lower slopes.

Wildlife such as elk, mule deer, rabbits, squirrels, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

This map unit is poorly suited to recreational development. It is limited mainly by the steep slopes, the content of stones, the shallow depth to bedrock in many places, and rock outcrops.

The Ustolls soil is in capability subclass 7e, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 930—Fortlewis-Rock outcrop complex, 6 to 25 percent slopes

### Map Unit Description

This map unit is a complex of moderately deep, well drained soils and Rock outcrop on mountain slopes. The elevation is 7,500 to 8,500 feet. The average annual precipitation is 18 to 22 inches, the average annual air temperature is 41 to 45 degrees F., and the average frost-free period is 90 to 110 days. The moisture and temperature regimes are ustic and frigid, respectively.

This unit consists of 45 percent Fortlewis stony fine sandy loam, 35 percent Rock outcrop, and 20 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Fortlewis stony fine sandy loam**

The Fortlewis soil formed in slope alluvium derived dominantly from sandstone and shale. Typically, the surface is covered with a mat of organic material of needles and leaves about 1 inch thick. The surface layer is brown stony fine sandy loam about 3 inches thick. The subsurface layer is pinkish gray stony fine sandy loam about 8 inches thick. The upper 5 inches of the subsoil are reddish brown clay loam and light brown sandy clay loam; the next 10 inches are light reddish brown clay; and the lower part of the subsoil is reddish yellow clay to a depth of about 39 inches. Fractured sandstone bedrock is at a depth of 39 inches; however, the depth to bedrock generally ranges from 20 to 40 inches from the mineral soil surface.

The permeability of the Fortlewis soil is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

**Rock outcrop**

Rock outcrop consists of exposed areas of sandstone.

***Contrasting Inclusions***

Included in this unit are about 10 percent Goldbug very stony fine sandy loam on mountain slopes; 5 percent Valto very stony fine sandy loam on ridges; and 5 percent Nordicol very stony sandy loam on steeper areas of mountain slopes. Goldbug soils are very deep. Valto soils are shallow. Nordicol soils have more than 35 percent rock

fragments in the profile. Included areas make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation on this unit consists mainly of ponderosa pine, Gambel oak, Arizona fescue, and mountain muhly. Other important plants that characterize this unit are prairie Junegrass, true mountain mahogany, mountain brome, western wheatgrass, pine dropseed, and bluegrass. The average annual understory production of air-dry vegetation is about 850 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 65 on the Fortlewis soil. It can produce about 50 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for this unit because of the slope.

This unit is well suited to the production of ponderosa pine. The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

Plant competition delays natural regeneration but does not prevent the eventual development of a fully stocked, normal stand of trees. After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants. Brushy plants such as Gambel oak limit natural regeneration of ponderosa pine. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting is ponderosa pine.

Proper design of road drainage systems and care in the placement of culverts help to control erosion. The depth to bedrock can interfere with road construction. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory vegetation.

Wildlife such as elk, mule deer, bear, coyote, squirrels, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover.

If this map unit is used for recreational development, the main limitations are the slopes, the content of stones, and rock outcrops. The slopes limit most of the unit to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Fortlewis soil is in capability subclass 7s, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 934—Ceek very flaggy clay loam, 10 to 40 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 7,800 to 8,200 feet. The average annual precipitation is 17 to 19 inches, the average annual

air temperature is 41 to 43 degrees F., and the average frost-free period is 70 to 90 days. The moisture and temperature regimes are ustic and frigid, respectively.

### Brief Soil Description

**Ceek very flaggy clay loam**

The Ceek soil formed in slope alluvium and colluvium derived from sandstone and shale. Typically, the surface is covered with an organic layer about 1 inch thick. The surface layer is very dark grayish brown very flaggy clay loam about 5 inches thick. The subsurface layer is brown very cobbly clay loam about 8 inches thick. The subsoil is brown very cobbly clay loam about 9 inches thick. The upper part of the substratum is weak red clay about 9 inches thick, and the lower part is reddish gray clay to a depth of 61 inches or more.

The permeability of the Ceek soil is slow. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this unit are about 7 percent Zoltay soils on toeslopes; 5 percent soils with thick dark surface layers and occurring on the less sloping areas; and small areas of Rock outcrop occurring at the top of the mountain slopes. Zoltay soils have thick dark colored surface layers. Included soils make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation on this unit consists mainly of ponderosa pine, Gambel oak, prairie Junegrass, muttongrass, mountain muhly, and elk sedge. The average annual understory production of air-dry vegetation is about 1,200 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 73 on the Ceek soil. It can produce about 59 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for this unit.

This unit is well suited to the production of Ponderosa pine. The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants. Brushy plants such as Gambel oak limit natural regeneration of ponderosa pine. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting is ponderosa pine.

The main limitations to building unsurfaced roads on this soil is the high clay content, high shrink-swell potential, and low strength of the lower horizons; the content of stones and cobbles in the upper horizons; and the slopes in the unit. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be stabilized and protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development

and fencing will help to improve livestock distribution and the production of range and understory vegetation.

Wildlife such as elk, mule deer, rabbits, and squirrels utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the slope, the slow permeability, and the content of flagstones in the surface. The slope limits development of most areas to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7e, nonirrigated.

## 937—Herm loam, 6 to 25 percent slopes

### Map Unit Description

This very deep, well drained soil is on hills. The elevation is 8,000 to 8,500 feet. The average annual precipitation is 20 to 25 inches, the average annual air temperature is 40 to 44 degrees F., and the average frost-free period is 90 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

### Brief Soil Description

**Herm loam**

The Herm soil formed in slope alluvium derived dominantly from shale and sandstone. Typically, the surface layer is dark grayish brown loam about 6 inches thick. The next layer is dark brown clay loam about 7 inches thick. The upper 4 inches of the subsoil are grayish brown clay loam, and the lower 28 inches are brown clay loam. The substratum is grayish brown clay loam to a depth of 60 inches or more.

The permeability of the Herm soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this unit are about 5 percent Pinacol stony loam on mesas; 5 percent Goldbug very stony loam on hillslopes; and 5 percent Ohwiler loam in swales. Pinacol soils have more than 35 percent rock fragments in the profile. Goldbug soils have light colored surface layers. Ohwiler soils have fine-loamy subsoils. These inclusions make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation on this unit consists mainly of ponderosa Pine, Gambel oak, Arizona fescue, prairie Junegrass, mountain muhly, and bluegrass. Other important plants that characterize this unit are mountain brome, elk sedge, common snowberry, Saskatoon serviceberry, and true mountain mahogany. The average annual understory production of air-dry vegetation on the Herm soil is about 1,300 pounds per acre.

***Soil Management Implications***

This unit is used mainly for livestock grazing, timber production, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 72 on the Herm soil. It can produce about 58 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for this unit because of the slope.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants. Brushy plants such as Gambel oak limit natural regeneration of ponderosa pine. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting is ponderosa pine.

The main limitations to the building of unsurfaced roads on these soils are the high clay content, low strength, and shrink-swell potential. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Spoil from excavations is subject to rill and gully erosion and to sloughing. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory vegetation. If the condition of the understory deteriorates, Gambel oak and snowberry will increase. Brush management improves areas that are producing more woody shrubs than were present in the potential plant community. Areas where brush is managed by prescribed burning, chemical, or mechanical methods may be subject to a greater hazard of erosion. If the range or understory vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, and squirrels utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide cover and food.

If this map unit is used for recreational development, the main limitations are the slopes that are over 8 percent and the slow permeability. The slopes limit most of the unit to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 6e, nonirrigated.

## 939—Ohwiler loam, 3 to 12 percent slopes

### Map Unit Description

This very deep, well drained soil is in mountain valleys. The elevation is 7,700 to 8,500 feet. The average annual precipitation is 20 to 25 inches, the average annual air temperature is 40 to 45 degrees F., and the average frost-free period is 80 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

### Brief Soil Description

**Ohwiler loam**

The Ohwiler soil formed in slope alluvium derived from mixed sources. Typically, the surface layer is dark grayish brown loam about 14 inches thick. The upper 31 inches of the subsoil are dark grayish brown clay loam, and the lower 10 inches of the subsoil are brown loam. The substratum is pale brown loam to a depth of 60 inches or more.

The permeability of the Ohwiler soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit is about 10 percent Herm loam on low terraces. Herm soils have fine textured subsoils.

***Vegetation***

The dominant plant association is *Danthonia parryi/Festuca arizonica*. *Quercus gambelii/Symphoricarpos oreophilus/Amelanchier alnifolia* occurs on some areas. The native vegetation on this unit consists mainly of Arizona fescue, Parry's danthonia, needleandthread, and western wheatgrass. Other important plants that characterize this unit are mountain brome, bluegrass, prairie Junegrass, Gambel oak, common snowberry, and Utah serviceberry. The average annual production of air-dry vegetation is about 1,800 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range vegetation. More uniform use of rangeland is aided by properly locating salt and by herding. If the condition of the range deteriorates, Gambel oak increases. Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, bear, and coyote utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Wildlife obtain food from forbs, shrubs, and grasses. Nearby forested areas provide cover for some of the wildlife.

This map unit is well suited to recreational development on the lower slopes. The main limitation is the presence of slopes that are over 8 percent.

This map unit is in capability subclass 4e, nonirrigated.

## 940—Horsethief stony fine sandy loam, 20 to 65 percent slopes

### Map Unit Description

This very deep, well drained soil is on mountain slopes. The elevation is 9,000 to 10,000 feet. The average annual precipitation is 25 to 35 inches, the average annual air temperature is 34 to 38 degrees F, and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively

### Brief Soil Description

**Horsethief stony fine sandy loam**

The Horsethief soil formed in slope alluvium and colluvium derived dominantly from sandstone. Typically, the surface is covered with a mat of needles, twigs, and bark about 2 inches thick. The surface layer is pale brown stony fine sandy loam about 3 inches thick. The subsurface layer is pale brown and light yellowish brown

stony fine sandy loam about 19 inches thick. The upper 8 inches of the subsoil are very pale brown extremely stony fine sandy loam and brown extremely stony sandy clay loam. The lower 17 inches of the subsoil are brown extremely stony clay loam. The substratum is brown very stony clay loam to a depth of 62 inches or more.

The permeability of the Horsethief soil is moderately slow. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Frisco cobbly loam, 5 percent Haviland loam, and 5 percent Graysill loam, all on mountain slopes. Frisco soils have argillic horizons with their upper boundary above 24 inches. Haviland soils have less than 35 percent rock fragments in the subsoil. Graysill soils are moderately deep and have less than 35 percent rock fragments in the subsoil. These inclusions make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Abies lasiocarpa-Picea engelmannii/Vaccinium myrtillus*. The native vegetation on this unit consists mainly of subalpine fir, Englemann's spruce, Rocky Mountain Douglas-fir, quaking aspen, and white fir. Other important plants that characterize this unit are whortleberry, Thurber's fescue, mountain brome, bluegrass, mountain snowberry, spike trisetum, elk sedge, and elderberry. The average annual understory production of air-dry vegetation is about 1,650 pounds per acre.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for Englemann's spruce is 75 on the Horsethief soil. It can produce about 69 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 110 years old.

The mass movement potential is rated low for this unit because of the high content of rock fragments.

The main concerns in producing and harvesting timber are reforestation and road construction due to the stony soils and steep slopes. Tree harvesting may be restricted during periods of high snow accumulation, snowmelt, or high rainfall.

After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants. Brushy plants such as Gambel oak and snowberry limit natural regeneration. Planting nursery stock will hasten reforestation. Tree planting is difficult due to the stony surface textures. Among the trees that are suitable for planting are Englemann's spruce and lodgepole pine. Quaking aspen will usually regenerate from roots after harvest.

The main limitations to building unsurfaced roads on this unit are the content of stones in the soil and the slopes. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and many forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory plants.

Wildlife such as elk, mule deer, bear, coyote, squirrels, and blue grouse utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide food and cover.

If this map unit is used for recreational development, the main limitations are the steep slopes and the content of stones. The slopes limit use of the unit mainly to a few paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

This map unit is in capability subclass 7s, nonirrigated.

## 942—Fivepine-Pino complex, 0 to 15 percent slopes

### Map Unit Description

This map unit is a complex of shallow to moderately deep, well drained soils on mesas. The elevation ranges from 7,400 to 8,500 feet. The average annual precipitation is 17 to 20 inches. The average annual air temperature is 41 to 45 degrees F, and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This unit consists of 50 percent Fivepine loam, 35 percent Pino loam, and 15 percent included soils. There are some soils within the mapping unit which are classified differently than the major components, but are similar enough so as not affect the use or management of the unit. These include Beje loam. These similar soils make up about 5 percent of the total acreage; the percentage varies from one area to another. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Fivepine loam**

The Fivepine soil is shallow. It formed in residuum and slope alluvium derived dominantly from sandstone. Typically, the surface layer is reddish brown loam about 3 inches thick. The upper 9 inches of the subsoil are reddish brown flaggy clay loam, and the lower 3 inches are yellowish red flaggy clay. Hard fractured sandstone is at a depth of 15 inches. The depth to bedrock ranges from 10 to 20 inches. The Beje soil has less clay in the subsoil.

The permeability of the Fivepine soil is slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

**Pino loam**

The Pino soil is moderately deep. It formed in slope alluvium derived dominantly from interbedded sandstone and shale. Typically, the surface is covered with a mat of decomposed organic material about 1 inch thick. The surface layer is dark grayish brown loam about 3 inches thick. The next layer is brown loam about 8 inches thick. The upper 9 inches of the subsoil are brown clay loam, and the lower 8 inches are reddish yellow clay. The substratum is brownish yellow clay about 5 inches thick. Sandstone and shale bedrock is at a depth of about 34 inches. The depth to bedrock ranges from 20 to 40 inches from the mineral soil surface.

The permeability of the Pino soil is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

***Contrasting Inclusions***

Included in this unit are about 5 percent Granath loam on hills and 5 percent Ceek very flaggy loam on the steeper slopes. Granath and Ceek soils are very deep. These inclusions make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation consists of ponderosa pine, Gambel oak, western wheatgrass, Arizona fescue, and pine dropseed. Other common plants that characterize this unit are prairie Junegrass, needlegrass, mountain muhly, mountain brome, bluegrass, and bottlebrush squirreltail, common snowberry, and Utah serviceberry. The average annual understory production of air-dry vegetation is about 800 pounds per acre on the Fivepine soil and about 1,200 pounds per acre on the Pino soil.

***Soil Management Implications***

This unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 67 on the Fivepine soil. It can produce about 52 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for this unit because of the slope.

The main concern in producing and harvesting timber is reforestation and depth to bedrock. Plant competition delays natural regeneration but does not prevent the eventual development of a fully stocked, normal stand of trees. Timber productivity is estimated to be low.

After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants. Brushy plants such as Gambel oak limit natural regeneration of ponderosa pine. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting is ponderosa pine. The shallow depth to bedrock on the Fivepine soil limits rooting space and soil moisture, and interferes with planting operations.

The main limitations for building unsurfaced roads on this unit are the shallow depth to bedrock of the Fivepine soil and the low strength and the shrink-swell potential of the Pino soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory vegetation.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this unit is used for recreational development, the main limitations are the depth to bedrock of the Fivepine soil, the slow permeability, and slopes that are over 8 percent. Campgrounds and picnic areas can be developed on the Pino soil. Paths and trails can be developed.

The Fivepine soil is in capability subclass 6s, nonirrigated. The Pino soil is in capability subclass 4e, nonirrigated.

## 945—Nizhoni-Arabrab-Rock outcrop complex, 1 to 50 percent slopes

### Map Unit Description

This map unit is a complex of shallow and very shallow, well drained soils, and Rock outcrop on mesas, hills, ridges, structural benches, and escarpments. The

elevation is 6,600 to 7,200 feet. The average annual precipitation is 13 to 15 inches, the average annual air temperature is 45 to 49 degrees F, and the average frost-free period is 110 to 125 days. The moisture regime is aridic-ustic and the temperature regime is mesic for both soils.

This map unit consists of 35 percent Nizhoni sandy loam, 30 percent Arabrab fine sandy loam, 30 percent Rock outcrop, and 5 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

#### Nizhoni sandy loam

The Nizhoni soil formed in residuum derived dominantly from sandstone. The Nizhoni soil is very shallow. Typically, the surface layer is reddish brown sandy loam about 4 inches thick. The next layer is reddish brown sandy loam to a depth of about 8 inches. Hard sandstone is at a depth of 8 inches; however, the depth to bedrock generally ranges from 5 to 15 inches.

The permeability of the Nizhoni soil is moderately rapid. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 5 to 10 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

#### Arabrab fine sandy loam

The Arabrab soil is shallow. It formed in residuum derived dominantly from sandstone. Typically, the surface layer is light reddish brown fine sandy loam about 3 inches thick. The subsoil is reddish brown sandy clay loam about 13 inches thick. Hard sandstone is at a depth of 16 inches; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Arabrab soil is moderate. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

#### Rock outcrop

Rock outcrop consists of exposed sandstone bedrock. Areas are gently sloping to steep; they occur as 10 to 50 foot escarpments and as scattered outcrops.

#### *Contrasting Inclusions*

Included in this unit are small areas of moderately deep loamy soils on structural benches; small areas of deep loamy soils in swales; and small areas of shallow soils that lack argillic horizons on structural benches. Included areas make up about 5 percent of the map unit; the percentage varies from one area to another.

#### *Vegetation*

The dominant plant association is *Pinus edulis-Juniperus osteosperma/ Cercocarpus montanus*. *Pinus edulis-Juniperus osteosperma/Oryzopsis hymenoides* also occurs on similar landscapes. The native vegetation consists mainly of twoneedle pinyon and Utah juniper. Other common native plants include western wheatgrass, Indian ricegrass, true mountain mahogany, big sagebrush, blue grama, galleta, bottlebrush squirreltail, antelope bitterbrush, and squaw apple. The average annual understory production of air-dry vegetation is about 200 pounds per acre on the Nizhoni soil and about 250 pounds per acre on the Arabrab soil.

#### *Soil Management Implications*

This map unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of shallow depth to bedrock.

The main limitations to the building of unsurfaced roads are the depth to bedrock and the rock outcrops.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range vegetation. Removal of pinyon and juniper increases the production of understory forage. Range seeding should be done in conjunction with removal of the overstory. The main limitations to reseeding are the steep slopes, shallow depth to bedrock, rock outcrops, and low precipitation. Seeding late in the fall will help ensure that soil moisture will be available in the spring for seed germination.

This unit provides wildlife habitat for mule deer, elk, rabbits, hawks, and eagles.

Wildlife such as elk, mule deer, rabbits, squirrels, hawks, and eagles utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover.

This map unit is poorly suited to recreational development. It is limited mainly by the depth to bedrock, steep slopes, and rock outcrops.

The Nizhoni and Arabrab soils are in capability subclass 7s, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 950—Pescar fine sandy loam

### Map Unit Description

The Pescar soil is a very deep, somewhat poorly drained soil on flood plains. The slopes are 0 to 2 percent. The elevation is 7,100 to 8,000 feet. The average annual precipitation is 18 to 22 inches, the average annual air temperature is 42 to 45 degrees F., and the average frost-free period is 90 to 110 days. The moisture regime is aquic and the temperature regime is frigid.

### Brief Soil Description

**Pescar fine sandy loam**

The Pescar soil formed in stratified alluvium derived from mixed sources. Typically, the surface layer is light brownish gray fine sandy loam about 8 inches thick. The upper 12 inches of the underlying material are light brownish gray fine sandy loam stratified with loam and loamy fine sand; the lower part consists of light brownish gray very gravelly sand that extends to 60 inches or more.

Permeability is moderately rapid. The available water capacity is low. The hydrologic group is C. The effective rooting depth is limited by a seasonal high water table that is at a depth of 10 to 20 inches from April through June. Runoff is very low, and the hazard of water erosion is slight. This soil is subject to brief periods of flooding from April through September. The shrink-swell potential is low.

***Contrasting Inclusions***

Included in this unit are about 15 percent Riverwash and open water in the stream course; small areas that lack the sandy-skeletal substratum above 40 inches; and small areas that have better drainage on slightly higher areas. Inclusions make up about 20 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Deschampsia cespitosa/Carex spp.* The native vegetation consists mainly of tufted hairgrass, slender wheatgrass, and sedge. Other important plants that characterize this unit are Baltic rush, narrow leaf cottonwood

trees and willows. The average annual production of air-dry vegetation is about 3,000 pounds per acre.

***Soil Management Implications***

This unit is used for wildlife habitat and livestock grazing.

The mass movement potential is rated very low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this unit are the hazard of flooding and the depth to a high water table.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range plants. More uniform use of rangeland is aided by properly locating salt and by herding.

Wildlife such as elk, mule deer, and waterfowl utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation and water areas provide food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the hazard of flooding and the depth to a high water table.

This map unit is in capability subclass 4w, nonirrigated.

## 951—Endoaquolls, 0 to 3 percent slopes

### Map Unit Description

This very deep, poorly drained soil is on flood plains, and in drainageways. The elevation is 7,800 to 8,200 feet. The average annual precipitation is 18 to 20 inches, the average annual air temperature is 43 to 45 degrees F., and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are aquic and frigid, respectively.

### Brief Soil Description

**Endoaquolls**

The Endoaquolls soil formed in alluvium derived from igneous and sedimentary rocks. These soils are extremely variable. In a reference pedon, the surface layer is grayish brown loam about 4 inches thick. The next layer is brown fine sandy loam about 8 inches thick. The upper part of the underlying material is brown fine sandy loam and loam about 16 inches thick with iron concentrations throughout. The lower part is dark yellowish brown extremely cobbly sand with iron concentrations throughout to a depth of 60 inches or more.

The permeability of the Endoaquolls soil is moderate. The available water capacity is low. The hydrologic group is D. The effective rooting depth is 20 to 60 inches. Runoff is low, and the hazard of water erosion is slight. A seasonal high water table is at a depth of 6 to 18 inches from April through June. This soil is subject to long periods of flooding from April through June. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this map unit are small areas of well drained medium textured soils on higher positions along the edges of the map unit, and small areas of Haplofibrists in depressions. Haplofibrists are organic soils. Included soils make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Deschampsia cespitosa/Carex spp.* The native vegetation consists of tufted hairgrass, Nebraska sedge, and Baltic rush. Other

important plants that characterize this unit are bluegrass, redtop, willow, and iris. The average annual production of air-dry vegetation is about 3,000 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated very low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this unit are the hazard of flooding and the depth to a high water table.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. More uniform distribution of livestock is aided by properly locating stock water development and salt, and by fencing and herding. The areas are usually not suitable for reseeding.

This unit provides wildlife habitat for waterfowl. The suitability for wetland wildlife is good.

This map unit is poorly suited to recreational development. The main limitations are the hazard of flooding and the depth to a high water table.

This map unit is in capability subclass 5w, nonirrigated.

## 955—Umbarg-Winner-Tesajo complex, 0 to 2 percent slopes

### Map Unit Description

This map unit is a complex of very deep, moderately well drained to somewhat poorly drained soils on flood plains and terraces. The elevation is 5,800 to 7,100 feet. The average annual precipitation is 13 to 16 inches, the average annual air temperature is 47 to 52 degrees F., and the average frost-free period is 100 to 120 days. The moisture regimes are ustic for Umbarg and Tesajo soils and aquic for the Winner soil. The temperature regime is mesic for all three soils.

This map unit consists of 35 percent Umbarg loam, 30 percent Winner clay loam, 20 percent Tesajo gravelly sandy loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Umbarg loam**

The Umbarg soil is moderately well drained. It formed in alluvium derived from mixed sources. Typically, the upper part of the surface layer is dark grayish brown loam about 2 inches thick. The lower part of the surface layer is dark grayish brown clay loam about 10 inches thick. The next layer is dark grayish brown loam about 21 inches thick. The next layer is grayish brown loam with strong brown masses of iron accumulation about 9 inches thick. The substratum is grayish brown very gravelly loam with strong brown masses of iron accumulation to a depth of 60 inches or more.

The permeability of the Umbarg soil is moderately slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. A seasonal high water table is at a depth of 36 to 60 inches from April through September. This soil is subject to brief periods of flooding from March through May. The potential of shrink-swell is low.

**Winner clay loam**

The Winner soil is somewhat poorly drained. It formed in alluvium derived from mixed sources. Typically the surface layer is dark grayish brown clay loam about 4 inches thick. The underlying material is dark grayish brown and brown clay loam

about 27 inches thick. The substratum is brown very stony sandy clay loam to a depth of 60 inches or more. The soil has iron concentrations throughout.

The permeability of the Winner soil is moderately slow. The available water capacity is moderate. The hydrologic group is D. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. A seasonal high water table is at a depth of 6 inches to 24 inches from April through June. This soil is subject to brief periods of flooding from March through May. The potential of shrink-swell is low.

**Tesajo gravelly sandy loam**

The Tesajo soils are moderately well drained. It formed in alluvium derived from mixed sources. Typically, the surface layer very dark grayish brown gravelly sandy loam about 3 inches thick. The next layer is dark grayish brown very cobbly sandy loam about 8 inches thick. The next layer is dark grayish brown extremely cobbly sandy loam about 8 inches thick. The next layer is grayish brown extremely cobbly loamy sand about 17 inches thick. The next layer is dark grayish brown extremely cobbly sandy loam to a depth of 60 inches or more.

The permeability of the Tesajo soil is moderately rapid. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very low, and the hazard of water erosion is slight. A high water table is at a depth of 48 to 72 inches from April through August. This soil is subject to brief periods of flooding from March through May. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Payter loam on alluvial fans; 5 percent Fluvaquents on flood plains; and 5 percent Riverwash and water in the stream course. Payter soils are well drained and have coarse-loamy control sections. Fluvaquents are poorly drained and have light colored surface layers. Included areas make up about 15 percent of the total acreage; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Deschampsia cespitosa/Carex spp.* and *Populus angustifolia/Salix exigua*. The native vegetation on this map unit consists mostly of cottonwood trees, willows, western wheatgrass, sedge, tufted hairgrass, and mountain brome. Other common plants that characterize this unit include Baltic rush, Kentucky bluegrass, foxtail barley, and Rocky Mountain iris. The average annual production of air-dry vegetation is about 2600 pounds per acre on the Umbarg soil, about 2000 pounds per acre on the Winner soil and about 2000 pounds per acre on the Tesajo soil.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this unit are the wetness and the hazard of flooding.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water is normally available from streams in the map unit. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that the soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, squirrels, and waterfowl utilize this unit. Management for wildlife should include protection from overgrazing by livestock,

prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for wildlife.

If this map unit is used for recreational development, the main limitations are the hazard of flooding, except where protected by an upstream dam, and the depth to a high water table in the Winner soil. The Umbarg soil is well suited to picnic areas and play grounds. Paths and trails can be developed.

The Umbarg soil is in capability subclass 3w, nonirrigated and irrigated. The Winner soil is in capability subclass 6w, nonirrigated and irrigated. The Tesajo soil is in capability subclass 4w, nonirrigated and irrigated

## 956—Ormiston-Granath complex, 1 to 12 percent slopes

### Map Unit Description

This map unit is a complex of deep and very deep, well drained soils on mesas and hills. The surface is covered with 1 to 3 percent stones. The elevation is 7,100 to 8,500 feet. The average annual precipitation is 15 to 20 inches, the average annual air temperature is 40 to 45 degrees F., and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 50 percent Ormiston extremely stony loam, 35 percent Granath loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Ormiston extremely stony loam**

The Ormiston soil is deep. It formed in slope alluvium and eolian material derived dominantly from sandstone. Typically, the surface layer is brown extremely stony loam about 3 inches thick with about 1 to 3 percent stones on the surface. The next layer is brown very stony clay loam about 4 inches thick. The upper part of the subsoil is reddish brown very stony clay loam about 17 inches thick, and the lower part is reddish brown stony clay loam about 8 inches thick. The substratum is pinkish white stony clay loam about 12 inches thick. Sandstone bedrock is at a depth of 44 inches.

The permeability of the Ormiston soil is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 40 to 60 inches. The depth to bedrock is 40 to 60 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

**Granath loam**

The Granath soil is very deep. It formed in eolian material derived from sandstone. Typically, the surface layer is brown loam about 2 inches thick. The upper part of the subsoil is brown loam about 13 inches thick; the next part is reddish brown loam about 5 inches thick; and the lower part is reddish brown clay loam that extends to 60 inches or more.

The permeability of the Granath soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 7 percent Nortez loam on hills; 5 percent Fughes loam in drainageways and on alluvial fans; and 3 percent Arabrab loam on hills and ridges. Nortez soils are moderately deep. Fughes soils have dark colored surface

layers more than 16 inches thick. Arabrab soils are shallow. These inclusions make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Quercus gambelii/Festuca arizonica* on the Ormiston soil and *Artemisia tridentata/Festuca arizonica* on the Granath soil. Some *Pinus ponderosa/Quercus gambelii* occurs on more moist sites and some north slopes. The native vegetation consists mainly of Gambel oak, western wheatgrass, Arizona fescue, and needlegrass. Other common plants that characterize this unit are Parry's danthonia, mountain muhly, slender wheatgrass, prairie Junegrass, muttongrass, mountain brome, big sagebrush, antelope bitterbrush, Utah serviceberry, and common snowberry. Minor areas of ponderosa pine occur in more moist parts of the unit. The average annual production of air-dry vegetation is about 900 pounds per acre on the Ormiston soil, and about 1,500 pounds per acre on the Granath soil.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this unit are the content of large stones in the Ormiston soil, and the high clay content and the shrink-swell potential of the Granath soil.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of vegetation for grazing. More uniform use of rangeland is aided by properly locating salt and by herding.

If the condition of the range deteriorates, woody shrubs and annual weeds increase. Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community. Areas where brush is managed by prescribed burning, chemical, or mechanical methods, may be subject to a greater hazard of erosion. If the range vegetation is seriously deteriorated, seeding is needed. The main limitations for seeding are the content of large stones and the limited rainfall. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, and squirrels utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby wooded areas provide food and cover.

If this map unit is used for recreational development, the main limitations are the large stones on the Ormiston soil and the slopes that are over 8 percent. Camp areas and picnic areas can be developed on the lower slopes of the Granath soil. Paths and trails can be developed.

The Ormiston soil is in capability subclass 7s, nonirrigated. The Granath soil is in capability subclass 4e, nonirrigated.

## 958—Sheek-Archuleta-Rock outcrop complex, 25 to 80 percent slopes

### Map Unit Description

This map unit is a complex of shallow and very deep, well drained soils, and Rock outcrop on mountain slopes and canyon side slopes. The surface is covered with

0.1 to 3 percent stones. The elevation is 7,100 to 8,500 feet. The average annual precipitation is 15 to 22 inches, the average annual air temperature is 40 to 45 degrees F., and the average frost-free period is 90 to 110 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 35 percent Sheek very stony sandy loam, 30 percent Archuleta very stony sandy loam, 20 percent Rock outcrop, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

#### Sheek very stony sandy loam

The Sheek soil is very deep. It formed in colluvium and slope alluvium derived dominantly from sandstone and shale. Typically, the surface is covered with a mat of moderately decomposed leaves, needles, and twigs about 1 inch thick. The surface layer is brown very stony sandy loam about 4 inches thick. The subsoil is brown very stony clay loam about 38 inches thick. The substratum is brown very stony clay loam to a depth of 61 inches or more.

The permeability of the Sheek soil is moderately slow. The available water capacity is moderate. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

#### Archuleta very stony sandy loam

The Archuleta soil is shallow. It formed in residuum and slope alluvium derived dominantly from shale and sandstone. Typically, the surface is covered by slightly decomposed organic material about 1 inch thick. The surface layer is light brownish gray very stony sandy loam about 5 inches thick. The next layer is light brownish gray stony sandy loam about 3 inches thick. The underlying material is light brownish gray stony clay loam to a depth of 18 inches. Shale bedrock is at a depth of 18 inches; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Archuleta soil is moderately slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is low.

#### Rock outcrop

Rock outcrop consists of exposures of sandstone bedrock as cliffs and escarpments.

#### *Contrasting Inclusions*

Included in this unit are about 10 percent Trag soils and 5 percent Shawa loam. Both are on mountain slopes and canyon side slopes. Trag soils have dark colored surface layers and have less than 35 percent rock fragments in the control section. Shawa soils have a thick dark surface layer and have less than 35 percent clay in the control section. These inclusions make up about 15 percent of the map unit; the percentage varies from one area to another.

#### *Vegetation*

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation on this unit consists mainly of ponderosa pine, Rocky Mountain juniper, Rocky Mountain Douglas-fir, Gambel oak, and Arizona fescue. Other important plants that characterize this unit are mountain muhly, prairie Junegrass, western wheatgrass, antelope bitterbrush, mountain mahogany, serviceberry, snowberry, and mountain brome. The average annual understory production of air-dry vegetation is about 400 pounds per acre on the Sheek soil and about 350 pounds per acre on the Archuleta soil.

***Soil Management Implications***

This unit is used for wildlife habitat, woodland, and limited livestock grazing.

A representative site index for this map unit for Ponderosa pine is 75 on the Sheek soil. It can produce about 62 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

Steep slopes, rock outcrops and stoniness make most areas of this unit unsuitable for commercial timber production.

The mass movement potential is rated high for the Sheek soil because of the slope and low for the Archuleta soil.

The main limitations to the building of unsurfaced roads on this unit are the steep slopes, the depth to bedrock on the Archuleta soil, and rock outcrops. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Careful management is needed on this unit to prevent excessive grazing because it is difficult to revegetate. If the condition of the range deteriorates, Gambel oak increases. Areas where brush is managed by prescribed burning, chemical or mechanical methods may be subject to a greater hazard of erosion. The slope limits access by livestock and results in overgrazing of the less sloping areas. Mechanical treatment practices are not practical, because the surface is stony and the slopes are steep.

Wildlife such as elk, mule deer, bear, coyote, eagles, and hawks utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Forested areas provide cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the steep slopes, rock outcrops, the content of stones, and the depth to bedrock in the Archuleta soil. The slopes limit use of the unit mainly to a few paths and trails, which should extend across the slopes. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Sheek and Archuleta soils are in capability subclass 7e, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

## 959—Granath loam, 3 to 6 percent slopes

### Map Unit Description

This very deep, well drained soil is on mesas. The elevation is 7,400 to 8,200 feet. The average annual precipitation is 15 to 20 inches. The average annual air temperature is 40 to 45 degrees F, and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

### Brief Soil Description

**Granath loam**

The Granath soil formed in eolian material derived dominantly from sandstone. Typically, the surface layer is brown loam about 2 inches thick. The upper part of the subsoil is brown loam about 13 inches thick; the next part is reddish brown loam about 5 inches thick; and the lower part is reddish brown clay loam that extends to 60 inches or more.

The permeability of the Granath soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is low, and the hazard of water erosion is slight. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 5 percent Fivepine flaggy loam on ridges; 2 percent Ormiston extremely stony loam on ridges; and 3 percent Fughes loam in drainageways. Fivepine soils are shallow to bedrock. Ormiston soils have more than 35 percent rock fragments, and Fughes soils have finer textured subsoils. Included soils make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Artemisia tridentata/Festuca arizonica* and *Artemisia tridentata/Stipa comata*. The native vegetation on this unit consists mainly of big sagebrush, Arizona fescue, western wheatgrass, needlegrass, Parry's danthonia, and mountain muhly. Other common plants that characterize this unit are prairie Junegrass, antelope bitterbrush, and mountain brome. The average annual production of air-dry vegetation is about 1,500 pounds per acre.

***Soil Management Implications***

This map unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

The main limitation to the building of unsurfaced roads on the Granath soil is the low strength.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of vegetation for grazing. More uniform use of rangeland is aided by properly locating salt and by herding.

Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community. Areas where brush is managed by prescribing burning or by chemical or mechanical methods may be subject to a greater hazard of erosion. If the range vegetation is seriously deteriorated, seeding is needed. Limited precipitation is the only limitation to reseeding. Seeding late in the fall helps to ensure that soil moisture will be available in the spring for germination.

Wildlife such as elk, mule deer, and rabbits utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby wooded areas provide food and cover.

This map unit is well suited to recreation development.

This map unit is in capability subclass 4c, nonirrigated and irrigated.

## 965—Narraguinnep-Dapoin complex, 1 to 15 percent slopes

### Map Unit Description

This map unit is a complex of very deep, well drained soils on alluvial fans. The elevation is 7,800 to 8,500 feet. The average annual precipitation is 17 to 20 inches. The average annual air temperature is 41 to 43 degrees F., and the average frost-free period is 70 to 90 days. The moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 55 percent Narraguinnep clay loam, 30 percent Dapoin clay loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Narraguinnep clay loam**

The Narraguinnep soil formed in alluvium derived dominantly from shale. Typically, the surface layer is dark grayish brown clay loam about 6 inches thick. The upper 17 inches of the subsoil are grayish brown clay, and the lower 7 inches are grayish brown clay loam. The substratum is pale brown clay to a depth of 60 inches or more.

The permeability of the Narraguinnep soil is slow. The available water capacity is high. The hydrologic group is D. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is high.

**Dapoin clay loam**

The Dapoin soil formed in alluvium derived dominantly from shale. Typically, the surface layer is dark brown clay loam about 4 inches thick. The next layer is dark grayish brown clay loam about 9 inches thick. The subsoil is grayish brown clay about 5 inches thick. The upper 11 inches of the underlying material are light olive brown clay. The next 3 inches are light brownish gray channery clay loam. The next 6 inches are light brownish gray channery clay, and the next 6 inches are light yellowish brown clay loam. The lower part is light gray clay loam to a depth of 60 inches or more.

The permeability of the Dapoin soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate to high.

***Contrasting Inclusions***

Included in this unit are about 5 percent soils with less than 35 percent clay in the profile on hills; about 5 percent Granath loam on hills; and 5 percent soils with more than 35 percent rock fragments in the profile on ridges. Granath soils have fine-silty argillic horizons. These inclusions make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Artemisia tridentata/Elytrigia smithii*. The native vegetation on this unit is mainly western wheatgrass, mountain big sagebrush, muttongrass, and Letterman's needlegrass. Other plants that characterize this unit are Columbia needlegrass, slender wheatgrass, and Saskatoon serviceberry. The average annual production of air-dry vegetation is about 2,000 pounds per acre on both soils.

***Soil Management Implications***

This unit is used for wildlife habitat and livestock grazing.

The mass movement potential is rated low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this unit are the low strength and the shrink-swell potential.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range vegetation. More uniform use of rangeland is aided by properly locating salt and by herding.

If the condition of the range deteriorates, shrub species increase. Areas where brush is managed by prescribed burning, chemical or mechanical methods may be subject to a greater hazard of erosion. The main limitations for seeding are the clayey soils and the shrubs. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, coyotes, rabbits, and raptors utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby wooded areas provide food and cover.

If this map unit is used for recreational development, the main limitations are the slow permeability and slopes that are over 8 percent. Paths and trails can be developed. Camp areas and picnic areas can be developed on the lower slopes.

This map unit is in capability subclass 6e, nonirrigated.

## 966—Cryaquepts, 0 to 6 percent slopes

### Map Unit Description

This moderately deep to very deep, poorly drained soil is in alpine depressions and drainageways. The elevation is 11,600 to 11,800 feet. The average annual precipitation is 40 to 50 inches, the average annual air temperature is 28 to 32 degrees F, and the average frost-free period is 40 to 60 days. The moisture and temperature regimes are aquic and cryic, respectively.

#### Brief Soil Description

**Cryaquepts**

The Cryaquepts soil formed in alluvium derived dominantly from volcanic material. In a reference pedon, the surface layer is dark grayish brown loam about 8 inches thick. The subsoil is pinkish gray cobbly loam about 7 inches thick with few yellow and strong brown iron concentrations. The substratum is pale brown extremely cobbly loam with common distinct yellow and strong brown iron concentrations and is about 13 inches thick. The substratum overlies latitic tuff bedrock.

The permeability of the Cryaquepts soil is moderate. The available water capacity is low to moderate. The hydrologic group is C. The effective rooting depth is about 20 inches but is dependent on the water table and depth to bedrock. A high water table is at a depth of 6 to 20 inches throughout the year. The depth to bedrock ranges from 20 to 60 inches or more. Runoff is low to high, and the hazard of water erosion is slight. The soil is subject to long periods of flooding from April through July. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are 5 percent Quazar very cobbly loam on alluvial fans that are better drained; and 10 percent Cryohemists in boggy areas of drainageways. Quazar soils are well drained and have more than 35 percent rock fragments in the subsoil. Cryohemists are organic soils. Included soils make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations on this unit are *Salix phylicifolia spp. planifolia/ Carex scopulorum* and *Carex microglochin/Bistorta vivipara*. The native vegetation on this unit consists mainly of planeleaf willow, sedge, and American bistort. Other important plants that characterize this unit are tufted hairgrass, Ross' avens, arctic bluegrass, and redtop. The average annual production of air-dry vegetation is about 3,000 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated very low for this unit because of the slope.

Proper use of grazing lands and of a planned grazing system are important

practices to ensure the desired quality and quantity of native vegetation. Most uses are limited by perennial wetness due to a high water table. These areas are also important for providing slow release water to watersheds. These soils are very cold. These are very productive high elevation soils.

Wildlife such as elk and deer utilize this unit for summer range. Management for wildlife should include protection from overgrazing by livestock and maintenance of adequate plant cover. Areas of native vegetation provide food and cover for wildlife.

This map unit is poorly suited to recreational development. The main limitations are the hazard of flooding and a high water table.

This map unit is in capability subclass 6w, nonirrigated.

## 967—Quazar-Cryaquolls-Cryohemists association, 1 to 30 percent slopes

### Map Unit Description

This map unit is an association of very deep, well drained to very poorly drained soils on moraines and flood plains, and in valley bottoms and depressions. The elevation is 10,500 to 11,000 feet. The average annual precipitation is 35 to 45 inches, the average annual air temperature is 30 to 34 degrees F, and the average frost-free period is 50 to 60 days. The moisture regime is udic for the Quazar soil and aquic for the Cryaquolls and Cryohemists. The temperature regime is cryic for all three soils.

This unit consists of 40 percent Quazar very cobbly loam, 25 percent Cryaquolls, 20 percent Cryohemists, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Descriptions

**Quazar very cobbly loam**

The Quazar soil is well drained. It formed in alluvium and till, derived dominantly from rhyolite and tuff. Typically, the surface layer is dark grayish brown very cobbly loam about 12 inches thick. The subsoil is light brown extremely gravelly clay loam about 14 inches thick. The substratum is brown extremely gravelly clay loam to a depth of 60 inches or more.

The permeability of the Quazar soil is moderate. The available water capacity is low. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is slight. The potential of shrink-swell is low.

**Cryaquolls**

The Cryaquolls soil is poorly drained. It formed in alluvium derived from mixed sources. In a reference pedon, the surface layer is very dark grayish brown and grayish brown loam about 12 inches thick. The underlying material is pale brown and yellowish brown stratified extremely gravelly loam and sandy loam that has yellowish brown iron concentrations throughout, to a depth of 60 inches or more.

The permeability of the Cryaquolls soil is moderate. The available water capacity is moderate. The hydrologic group is D. The effective rooting depth is 60 inches or more. A seasonal high water table is at a depth of 6 to 20 inches in May and June. Runoff is low, and the hazard of water erosion is slight. The potential of shrink-swell is low. This soil is subject to brief periods of flooding from April through July.

**Cryohemists**

The Cryohemists soil is very poorly drained. It formed in decomposed plant materials over alluvium. In a reference pedon, the surface layer is brown mucky peat about 38 inches thick. The upper part of the substratum is pale brown loam about 7

inches thick. The lower part of the substratum is gray gravelly loam to a depth of 60 inches or more. The soil has iron reductions below about 14 inches.

The permeability of the Cryohemists soil is moderately rapid in the upper part of the profile and moderate in the lower part. The available water capacity is high. The hydrologic group is D. The effective rooting depth is 60 inches or more. A seasonal high water table is at a depth of 6 to 18 inches from April through July. Runoff is very low, and the hazard of water erosion is slight. The potential of shrink-swell is low. This soil is subject to brief periods of flooding from April through June.

***Contrasting Inclusions***

Included in this unit are small areas of Rock outcrop; soils with light colored surface layers on the more sloping areas; shallow soils on convex ridges; and soils with more fibrous organic material in bogs. Included soils make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations in this unit are *Festuca thurberi/Festuca arizonica* on the Quazar soil; and *Salix geyeriana/Carex utriculata* and *Carex aquatilis/pedicularis groenlandica* on the Cryaquolls and Cryohemists soils. The native vegetation consists mainly of Thurber's fescue, bluegrass, mountain brome, needlegrass, Parry's danthonia, slender wheatgrass, and sedge on the Quazar soil. Tufted hairgrass, alpine timothy, alpine bluegrass, willow, sedge, Baltic rush, alpine clover, cinquefoil, stonecrop, and lousewort are mostly on the Cryaquolls and Cryohemists soils. Other plants that characterize this unit include shrubby cinquefoil and California false hellebore. The average annual production of air-dry vegetation is about 2,400 pounds per acre on the Quazar soil, about 3,000 pounds per acre on the Cryaquolls soil, and about 2,800 pounds per acre Cryohemists soil.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential on this unit is rated low because most of the areas have slopes of less than 10 percent.

An on-site investigation is recommended prior to management activities, other than grazing, planned for this unit. Wetness affects most soil interpretations. The Cryohemists soils are organic soils. These soils consist of mucky peat, which has low bearing capacity. It is very poor material for unsurfaced roads.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of vegetation for grazing.

Potential range productivity is high. The suitability of this unit for rangeland seeding is good on the Quazar and poor on the Cryaquolls and Cryohemists soils.

Wildlife such as elk, mule deer, coyote, and waterfowl utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Areas of natural vegetation provide good food and cover. Nearby forested areas provide cover for some of the wildlife.

This map unit is poorly suited to recreational development. The main limitation is the content of large stones in the Quazar soil. The hazard of flooding and the depth to a high water table are limitations in the Cryaquolls and Cryohemists soils.

The Quazar soil is in capability subclass 7s, nonirrigated. The Cryaquolls and Cryohemists soils are in capability subclass 6w, nonirrigated.

# 968—Nortez-Granath complex, 1 to 12 percent slopes

## Map Unit Description

This map unit is a complex of moderately deep and very deep, well drained soils on mesas and hills. The elevation is 7,400 to 8,500 feet. The average annual precipitation is 15 to 20 inches, the average annual air temperature is 40 to 45 degrees F, and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This unit consists of 50 percent Nortez loam, 35 percent Granath loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

## Brief Soil Description

### Nortez loam

The Nortez soil is moderately deep. It formed in eolian material derived dominantly from sandstone. Typically, the surface layer is reddish brown loam about 3 inches thick. The next layer is reddish brown clay loam about 7 inches thick. The subsoil is yellowish red clay loam about 22 inches thick over bedrock. Hard sandstone is at a depth of 32 inches; however, the depth to hard sandstone generally ranges from 20 to 40 inches.

The permeability of the Nortez soil is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

### Granath loam

The Granath soil is very deep. It formed in eolian material derived from sandstone. Typically, the surface layer is brown loam about 2 inches thick. The upper part of the subsoil is brown loam about 13 inches thick; the next part is reddish brown loam about 5 inches thick; and the lower part is reddish brown clay loam that extends to 60 inches or more.

The permeability of the Granath soil is moderately slow. The available water capacity is high. The hydrologic group is B. The effective rooting depth is 60 inches or more. Runoff is medium, and the hazard of water erosion is moderate. The potential of shrink-swell is low.

### *Contrasting Inclusions*

Included in this unit are about 5 percent Fivepine very stony loam on hills and ridges; 5 percent Ormiston extremely stony loam on hills; and 5 percent Fughes loam in drainageways. Fivepine soils are shallow. Ormiston soils have more than 35 percent rock fragments in the profile. Fughes soils have dark colored surface layers more than 16 inches thick. Included soils make up about 15 percent of the map unit; the percentage varies from one area to another.

### *Vegetation*

The dominant plant associations are *Quercus gambelii/Symphoricarpos oreophilus* and *Artemisia tridentata/Stipa comata*. *Festuca arizonica/Muhlenbergia montana* also occurs in some places. The native vegetation on this unit consists mainly of Gambel oak, big sagebrush, antelope bitterbrush, Arizona fescue, needleandthread, western wheatgrass, and mountain muhly. Other plants that characterize this map unit are needlegrass, Parry's danthonia, mountain brome, and prairie Junegrass. Some areas have scattered ponderosa pine. The average annual production of air-dry vegetation is about 1,200 pounds per acre on the Nortez soil and about 1,500 pounds per acre on the Granath soil.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

Use of planned grazing systems helps to maintain the quality and quantity of desirable vegetation and reduces erosion. More uniform use of rangeland is aided by properly locating stock water development and salt, and by fencing and herding. If the condition of the range deteriorates, Gambel oak and other woody shrubs increase. Brush management improves areas of range that are producing more woody shrubs than were present in the potential plant community. Areas where brush is managed by prescribing burning or by chemical or mechanical methods may be subject to a greater hazard of erosion. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedling the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and nearby forested areas provides cover for the wildlife.

If this map unit is used for recreational development, the main limitations are slopes that are over 8 percent and the slow permeability of the Nortez soil. Paths and trails can be developed. Camp areas and picnic areas can be developed on the lower slopes.

This map unit is in capability subclass 4e, nonirrigated.

## 969—Nortez-Fivepine complex, 1 to 12 percent slopes

### Map Unit Description

This map unit is a complex of shallow and moderately deep, well drained soils on mesas and hills. The elevation is 7,100 to 8,500 feet. The average annual precipitation is 15 to 20 inches. The average annual air temperature is 41 to 45 degrees F, and the average frost-free period is 75 to 100 days. The moisture and temperature regimes are ustic and frigid, respectively.

This unit consists of 45 percent Nortez loam, 40 percent Fivepine loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Nortez loam**

The Nortez soil is moderately deep. It formed in eolian material derived dominantly from sandstone. Typically, the surface layer is reddish brown loam about 3 inches thick. The next layer is reddish brown clay loam about 7 inches thick. The subsoil is yellowish red clay loam about 22 inches thick over bedrock. Hard sandstone bedrock is at a depth of 32 inches; however, the depth to hard sandstone generally ranges from 20 to 40 inches.

The permeability of the Nortez soil is slow. The available water capacity is low. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is high.

**Fivepine loam**

The Fivepine soil is shallow. It formed in residuum and slope alluvium derived dominantly from sandstone. Typically, the surface layer is reddish brown loam about 3 inches thick. The upper 9 inches of the subsoil are reddish brown flaggy clay loam,

and the lower 3 inches are yellowish red flaggy clay. Hard sandstone is at a depth of 15 inches; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Fivepine soil is slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit are about 5 percent Granath loam on hills; 5 percent Zoltay loam on nearly level drainageways; and 5 percent Rock outcrop on eroded areas and the edges of mesas. Granath soils are very deep. Zoltay soils are very deep and have dark colored surface layers more than 16 inches thick. Inclusions make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant associations are *Pinus ponderosa/Quercus gambelii* in wooded areas and *Quercus gambelii/Symphoricarpos oreophilus* in open areas. The native vegetation consists mainly of ponderosa pine, Gambel oak, Arizona fescue, western wheatgrass, needleandthread, Parry's danthonia, and prairie Junegrass. Other common plants that characterize this unit include mountain brome, nodding brome, pine dropseed, mountain muhly, bluegrass, bottlebrush squirreltail, common snowberry, Utah serviceberry, antelope bitterbrush, and mountain big sagebrush. Ponderosa pine occurs only as scattered trees on the Nortez soil. The average annual production of air-dry vegetation is about 1,200 pounds per acre on the Nortez soil. The average annual understory production of air-dry vegetation is about 800 pounds per acre on the Fivepine soil.

***Soil Management Implications***

This unit is used for livestock grazing, limited timber production, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 67 on the Fivepine soil. It can produce about 52 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated low for this unit because of the slope.

The main concerns in producing and harvesting timber are reforestation and depth to bedrock. Shallow depth to bedrock in the Fivepine soil limits rooting space and soil moisture, and interferes with planting operations. Timber productivity is estimated to be low.

After harvesting, reforestation must be carefully managed to reduce competition from undesirable understory plants. Brushy plants such as Gambel oak tend to increase after timber harvesting and can limit natural regeneration of ponderosa pine. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting is ponderosa pine.

The main limitations to the building of unsurfaced roads on this unit are the depth to bedrock of the Fivepine soil and the high clay content, low strength, and shrink-swell potential of the Nortez soil. Proper design of road drainage systems and care in the placement of culverts help to control erosion. Roads and landings can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory vegetation. More uniform use of range and understory vegetation is aided by properly locating salt and by herding.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from

overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the depth to bedrock in the Fivepine soil, the slow permeability, and slopes that are over 8 percent. Paths and trails can be developed.

The Nortez soil is in capability subclass 4e, nonirrigated. The Fivepine soil is in capability subclass 6s, nonirrigated.

## 972—Pagoda-Coulterg-Wiggler complex, 10 to 60 percent slopes

### Map Unit Description

This map unit is a complex of shallow to very deep, well drained soils on hills. The elevation is 7,800 to 8,200 feet. The average annual precipitation is 16 to 18 inches and the mean annual air temperature is 41 to 43 degrees F. The frost-free period is 80 to 100 days. The soil moisture and temperature regimes are ustic and frigid, respectively.

This map unit consists of 35 percent Pagoda clay loam, 30 percent Coulterg clay loam, 20 percent Wiggler channery loam, and 15 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Pagoda clay loam**

The Pagoda soil is very deep. It formed in slope alluvium derived dominantly from shale. Typically, the surface is covered with a layer of organic litter about 1 inch thick. The surface layer is dark grayish brown clay loam about 4 inches thick. The upper 11 inches of the subsoil are brown clay loam. The lower part of the subsoil is brown clay loam about 5 inches thick. The upper part of the substratum is grayish brown clay loam about 11 inches thick; the lower part is light brownish gray clay loam that extends to 61 inches or more.

The permeability of the Pagoda soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high and the hazard of water erosion is severe. The potential of shrink-swell is high.

**Coulterg clay loam**

The Coulterg soil is very deep. It formed in slope alluvium derived dominantly from shale. The surface layer is dark grayish brown clay loam about 5 inches thick. The next layer is a dark grayish brown clay loam about 5 inches thick. The subsoil is grayish brown clay loam about 4 inches thick. The upper 17 inches of the substratum are light brownish gray clay loam, and the lower part consists of light brownish gray loam to a depth of 60 inches or more.

The permeability of the Coulterg soil is moderately slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high and the hazard of water erosion is severe. The potential of shrink-swell is low.

**Wiggler channery loam**

The Wiggler soil is shallow. It formed in residuum derived dominantly from sandstone and shale. Typically, the surface layer is grayish brown channery loam about 4 inches thick. The underlying material is grayish brown channery silty clay loam to a depth of 10 inches. Weathered bedrock is at a depth of 10 inches; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Wiggler soil is moderately slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high and the hazard of water erosion is severe. The potential of shrink-swell is low.

***Contrasting Inclusions***

Included in this unit are about 10 percent Granath loam and about 5 percent Narraguinnep clay loam, both on hillslopes. Granath soils are very deep, have dark colored surface layers less than 16 inches thick and have argillic horizons. Narraguinnep soils are very deep and have dark colored surface layers more than 16 inches thick. These inclusions make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Pinus ponderosa/Quercus gambelii*. The native vegetation consists mainly of ponderosa pine, Gambel oak, Arizona fescue, pine dropseed, prairie Junegrass, and Letterman's needlegrass. Other plants that characterize this unit are western wheatgrass, slender wheatgrass, bluegrass, bottlebrush squirreltail, mountain muhly, nodding brome, mountain brome, Saskatoon serviceberry, common snowberry, and elk sedge. The average annual understory production of air-dry vegetation is about 1,200 pounds per acre on all three soils.

***Soil Management Implications***

This map unit is used for timber production, livestock grazing, and wildlife habitat.

A representative site index for this map unit for ponderosa pine is 66 on the Pagoda soil. It can produce about 51 cubic feet of merchantable timber per acre per year from a fully stocked stand of even-aged trees 50 years old.

The mass movement potential is rated high for this unit because of the slope, low strength, and high clay content of the Pagoda soil.

The main concerns in producing and harvesting timber are reforestation and preventing water erosion along roads and other areas where vegetation has been removed. Shallow depth to bedrock in the Wiggler soil limits rooting space and soil moisture, and interferes with planting operations. Timber productivity is estimated to be moderate for the unit.

After harvest, reforestation must be carefully managed to reduce competition from undesirable understory plants. Brushy plants such as Gambel oak limit natural regeneration of ponderosa pine. Planting nursery stock will hasten reforestation. Among the trees that are suitable for planting is ponderosa pine.

The main limitations to the building of unsurfaced roads on this unit are the slope, the depth to bedrock of the Wiggler soil, and the low strength of the Pagoda soil. Proper design of road drainage systems and care in placement of culverts and water bars help to control erosion along roads.

Logged areas and most forested areas are used for livestock grazing. Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range and understory vegetation. If the range and understory vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, squirrels, turkeys, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the shallow depth to bedrock of the Wiggler soil, the slow permeability of the Pagoda soil,

and the slopes of the unit. Development is limited mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Pagoda soil is in capability subclass 6e, nonirrigated. The Coulterg and Wiggler soils are in capability subclass 7e, nonirrigated.

## 989—Ryman loam, dry, 2 to 20 percent slopes

### Map Unit Description

This very deep, well drained soil is on mesas. The elevation is 9,000 to 9,800 feet. The average annual precipitation is 25 to 30 inches, the average annual air temperature is 35 to 40 degrees F., and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Ryman loam, dry**

The Ryman soil formed in slope alluvium and residuum derived dominantly from sandstone and shale. Typically, the surface layer is grayish brown loam about 19 inches thick. The upper 17 inches of the substratum are variable yellowish brown and light brownish gray clay; the lower part consists of variable brownish yellow and light brownish gray cobbly clay loam to a depth of 60 inches or more.

The permeability of the Ryman soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this map unit is about 10 percent Adel loam on the steeper sides of structural benches. Adel soils have less than 35 percent clay in the control section. Included soils make up about 10 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Festuca thurberi/Festuca arizonica*. The native vegetation on this unit consists mainly of Thurber's fescue, Parry's danthonia, Arizona fescue, and western wheatgrass. Other important plants that characterize this unit are needlegrass, beardless wheatgrass, mountain brome, Kentucky bluegrass, Fendler's meadow-rue, and mountain snowberry. The average annual production of air-dry vegetation is about 2,800 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of vegetation for grazing. More uniform use of rangeland is aided by properly locating salt and by herding. This unit is well suited to reseeding. Seeding late in the fall helps to ensure that soil moisture will be adequate for germination in the spring.

This unit is well suited to the building of unsurfaced roads. Roads can be protected from erosion by constructing water bars and by seeding cuts and fills.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock,

prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provides food and cover for the wildlife.

If this unit is used for recreational development, the main limitations are slopes that are over 8 percent and the slow permeability. Camp areas and picnic areas can be developed on the lower slopes. Paths and trails can be developed.

This map unit is in capability subclass 6e, nonirrigated.

## 990—Ryman loam, warm, 2 to 20 percent slopes

### Map Unit Description

This very deep, well drained soil is on mesas. The elevation is 8,500 to 9,200 feet. The average annual precipitation is 25 to 30 inches, the average annual air temperature is 38 to 42 degrees F., and the average frost-free period is 50 to 70 days. The moisture and temperature regimes are udic and cryic, respectively.

### Brief Soil Description

**Ryman loam, warm**

The Ryman soil formed in slope alluvium and residuum derived dominantly from sandstone and shale. Typically, the surface layer is grayish brown loam about 4 inches thick. The subsurface layer is grayish brown clay loam 14 inches thick. The upper 14 inches of the underlying material are dark brown clay loam; the lower part consists of variable brownish yellow and light brownish gray cobbly clay to a depth of 60 inches or more.

The permeability of the Ryman soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this map unit are about 10 percent Adel loam on the steeper edges of structural benches; small areas that have dark surface layers less than 16 inches thick; and small areas that have a few stones on the surface. Adel soils have less than 35 percent clay in the profile. Included soils make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Artemisia tridentata/Elytrigia smithii*. The native vegetation on this unit consists mainly of western wheatgrass, Arizona fescue, needlegrass, mountain big sagebrush, slender wheatgrass, nodding brome, and mountain snowberry. The average annual production of air-dry vegetation is about 2,000 pounds per acre.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of the slope.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of vegetation for grazing. This unit is well suited to reseeding. More uniform use of rangeland is aided by properly locating salt and by herding. Seeding late in the fall helps to ensure that soil moisture will be adequate for germination in the spring.

This unit is well suited to the building of unsurfaced roads. Roads can be protected from erosion by constructing water bars and by seeding cuts and fills.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provide food and cover for the wildlife.

If this unit is used for recreational development, the main limitations are slopes that are over 8 percent and the slow permeability. Camp areas and picnic areas can be developed on the lower slopes. Paths and trails can be developed.

This map unit is in capability subclass 6e, nonirrigated.

## 992—Gladlow clay loam, 3 to 20 percent slopes

### Map Unit Description

This very deep, well drained soil is on mesas and toeslopes of mountain slopes. The elevation is 7,400 to 8,500 feet. The average annual precipitation is 18 to 20 inches, the average annual air temperature is 41 to 43 degrees F., and the average annual frost-free period is 80 to 90 days. The moisture and temperature regimes are ustic and frigid, respectively.

### Brief Soil Description

**Gladlow clay loam**

The Gladlow soil formed in slope alluvium derived mainly from shale. Typically, the surface layer is grayish brown clay loam about 5 inches thick. The upper 19 inches of the subsoil are brown silty clay, and the lower 7 inches are light brownish gray silty clay. The substratum has variegated colors of gray and pale brown clay loam to a depth of 60 inches or more.

The permeability of the Gladlow soil is slow. The available water capacity is high. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this map unit is about 10 percent soils moderately deep over shale on structural benches, and 5 percent soils with a dark surface layer more than 10 inches thick on the less sloping areas. Included areas make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Festuca arizonica/Muhlenbergia montana*. The native vegetation on this unit is consists mainly of Arizona fescue, western wheatgrass, mountain muhly, needlegrass, Indian ricegrass, shrubby cinquefoil, big sagebrush, and Gambel oak. The average annual production of air-dry vegetation is about 1,000 pounds per acre.

***Soil Management Implications***

This unit is used for wildlife habitat and livestock grazing.

The mass movement potential is rated low for this unit because of the slope.

The main limitations to the building of unsurfaced roads on this unit are the shrink-swell potential and the low strength. Roads can be protected from erosion by constructing water bars and by seeding cuts and fills.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Stock water development and fencing will help to improve livestock distribution and the production

of range quality. More uniform use of rangeland is aided by properly locating salt and by herding. If the range vegetation is seriously deteriorated, seeding is needed. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are slopes that are over 8 percent and the slow permeability. Camp areas and picnic areas can be developed on the lower slopes. Paths and trails can be developed.

This map unit is in capability subclass 6e, nonirrigated.

## 996—Zoltay loam, 3 to 15 percent slopes

### Map Unit Description

This very deep, well drained soil is on mesas and hills. The elevation is 7,800 to 8,500 feet. The average annual precipitation is 17 to 19 inches, the average annual air temperature is 41 to 43 degrees F., and the average frost-free period is 70 to 90 days. The moisture and temperature regimes are ustic and frigid, respectively.

### Brief Soil Description

**Zoltay loam**

The Zoltay soil formed in slope alluvium derived dominantly from sandstone and shale. Typically, the surface layer is brown loam about 6 inches thick. The next layer is dark grayish brown clay loam about 8 inches thick. The upper 9 inches of the subsoil are very dark grayish brown cobbly clay. The next 6 inches of the subsoil are yellowish brown cobbly clay. The next 17 inches are yellowish brown very cobbly clay loam. The lower part of the subsoil is light yellowish brown cobbly clay loam to a depth of 60 inches or more.

The permeability of the Zoltay soil is slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 60 inches or more. Runoff is very high, and the hazard of water erosion is moderate. The potential of shrink-swell is moderate.

***Contrasting Inclusions***

Included in this unit are about 5 percent Granath loam on hills; 5 percent Ceek very flaggy loam on hills; and 5 percent very deep soils that have less clay than the Zoltay and occur in drainageways. Granath soils have dark colored surface layers less than 16 inches thick. Ceek soils have light colored surface layers and more than 35 percent rock fragments in the subsoil. Included soils make up about 15 percent of the map unit; the percentage varies from one area to another.

***Vegetation***

The dominant plant association is *Festuca arizonica/Muhlenbergia montana*. The native vegetation on this unit is mainly Arizona Fescue, mountain muhly, western wheatgrass, Letterman's needlegrass, muttongrass, Gambel oak and mountain big sagebrush. The average annual production of air-dry vegetation is about 1,000 pounds per acre.

***Soil Management Implications***

This unit is used for wildlife habitat and livestock grazing.

The mass movement potential is rated low for this unit because of the slope.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and the production of range vegetation. More uniform use of rangeland is aided by properly locating salt and by herding.

If the condition of the range deteriorates, shrub species increase. Removal of Gambel oak increases the production of understory plants. Range seeding should be done in conjunction with removal of the overstory. Areas where brush is managed by prescribed burning, chemical or mechanical methods may be subject to a greater hazard of erosion.

This unit provides wildlife habitat for mule deer, elk, rabbits, coyotes, hawks, and eagles. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation and nearby forested areas provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are slopes that are over 8 percent and the slow permeability. Camp areas and picnic areas can be developed on the lower slopes. Paths and trails can be developed.

This map unit is in capability subclass 6e, nonirrigated.

## 997—Zigzag-Bodot-Rock outcrop complex, 15 to 30 percent slopes

### Map Unit Description

This map unit is a complex of shallow and moderately deep, well drained soils and Rock outcrop on hills and ridges. The elevation is 6,500 to 7,500 feet. The average annual precipitation is 13 to 15 inches, the average annual air temperature is 46 to 50 degrees F., and the average frost-free period is 100 to 120 days. The moisture regimes are aridic-ustic for the Zigzag soil, and ustic-aridic for the Bodot soil. The temperature regime is mesic for both soils.

This map unit consists of 40 percent Zigzag silty clay loam, 25 percent Bodot silty clay loam, 25 percent Rock outcrop, and 10 percent included soils. The components of this unit are so intricately intermingled that it was not practical to map them separately at the scale used.

### Brief Soil Description

**Zigzag silty clay loam**

The Zigzag soil is shallow. It formed in residuum weathered from shale and sandstone. Typically, the surface layer is grayish brown silty clay loam about 6 inches thick. The underlying material is grayish brown clay loam to a depth of 15 inches. Weathered shale is at 15 inches; however, the depth to bedrock generally ranges from 10 to 20 inches.

The permeability of the Zigzag soil is slow. The available water capacity is very low. The hydrologic group is D. The effective rooting depth is 10 to 20 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is moderate.

**Bodot silty clay loam**

The Bodot soil is moderately deep. It formed in residuum weathered from shale. Typically, the surface layer is light brownish gray silty clay loam about 3 inches thick. The underlying material is brown silty clay loam about 15 inches thick. The substratum is pale brown silty clay loam to a depth of 38 inches. Slightly weathered

gray platy shale is at 38 inches; however, the depth to bedrock generally ranges from 20 to 40 inches.

The permeability of the Bodot soil is slow. The available water capacity is moderate. The hydrologic group is C. The effective rooting depth is 20 to 40 inches. Runoff is very high, and the hazard of water erosion is severe. The potential of shrink-swell is high.

**Rock outcrop**

Rock outcrop consists of exposed gray shale bedrock. It supports little, if any, vegetation.

***Contrasting Inclusions***

Included in this soil is about 10 percent Sili clay loam on the less sloping hills.

***Vegetation***

The dominant plant association is *Pinus edulis-Juniperus osteosperma/Artemisia tridentata*. *Artemisia tridentata/Elytrigia smithii* occurs on similar landscapes in open areas. The native vegetation on this unit consists mainly of twoneedle pinyon, Utah juniper, true mountain mahogany, basin big sagebrush, and Gambel oak. Other important plants that characterize this unit are Indian ricegrass, western wheatgrass, prairie Junegrass, muttongrass, bottlebrush squirreltail, antelope bitterbrush, rabbitbrush, cliff fendlerbush, and Utah serviceberry. The average annual understory production of air-dry vegetation is about 400 pounds per acre on the Zigzag soil. The average annual production of air-dry vegetation is about 800 pounds per acre on the Bodot soil.

***Soil Management Implications***

This unit is used for livestock grazing and wildlife habitat.

The mass movement potential is rated low for this unit because of shallow depth to bedrock of the Zigzag soil, moderately deep Bodot soil and slopes less than 30 percent.

The main limitations to the building of unsurfaced roads on this unit are the rock outcrops and the shallow depth to bedrock of the Zigzag soil.

Proper use of grazing lands and of a planned grazing system are important practices to ensure the desired quality and quantity of native vegetation. Deferred grazing will help to hasten revegetation and to improve range areas in poor condition. Stock water development and fencing will help to improve livestock distribution and range production. More uniform use of rangeland is aided by properly locating salt and by herding. Mechanical treatment practices are not practical because of rock outcrops. If the range vegetation is seriously deteriorated, seeding is needed. The main limitations for seeding are the shallow soils, moderately steep slopes, and rock outcrops. Seeding late in the fall helps to ensure that soil moisture will be adequate for the establishment of seedlings the next spring.

Wildlife such as elk, mule deer, rabbits, hawks, eagles, and coyotes utilize this unit. Management for wildlife should include protection from overgrazing by livestock, prevention of fire, and maintenance of adequate plant cover. Native vegetation provides food and cover for the wildlife.

If this map unit is used for recreational development, the main limitations are the depth to bedrock of the Zigzag soil, rock outcrops, slopes, and slow permeability. The slopes limit the use of the unit mainly to paths and trails. Drainage should be provided for paths and trails. Cuts and fills should be seeded or mulched.

The Zigzag and Bodot soils are in capability subclass 7e, nonirrigated. Rock outcrop is in capability subclass 8s, nonirrigated.

# NRCS Accessibility Statement

The Natural Resources Conservation Service (NRCS) is committed to making its information accessible to all of its customers and employees. If you are experiencing accessibility issues and need assistance, please contact our Helpdesk by phone at 1-800-457-3642 or by e-mail at ServiceDesk-FTC@ftc.usda.gov. For assistance with publications that include maps, graphs, or similar forms of information, you may also wish to contact our State or local office. You can locate the correct office and phone number at http://offices.sc.egov.usda.gov/locator/app.

# Use and Management of the Soils

This soil survey is an inventory and evaluation of the soils in the survey area. It can be used to adjust land uses to the limitations and potentials of natural resources and the environment. Also, it can help to prevent soil-related failures in land uses.

In preparing a soil survey, soil scientists, conservationists, engineers, and others collect extensive field data about the nature and behavioral characteristics of the soils. They collect data on erosion, droughtiness, flooding, and other factors that affect various soil uses and management. Field experience and collected data on soil properties and performance are used as a basis in predicting soil behavior.

Information in this section can be used to plan the use and management of soils for crops and pasture; as rangeland and forestland; as sites for buildings, sanitary facilities, highways and other transportation systems, and parks and other recreational facilities; for agricultural waste management; and as wildlife habitat. It can be used to identify the potentials and limitations of each soil for specific land uses and to help prevent construction failures caused by unfavorable soil properties.

Planners and others using soil survey information can evaluate the effect of specific land uses on productivity and on the environment in all or part of the survey area. The survey can help planners to maintain or create a land use pattern in harmony with the natural soil.

Contractors can use this survey to locate sources of sand and gravel, roadfill, and topsoil. They can use it to identify areas where bedrock, wetness, or very firm soil layers can cause difficulty in excavation.

Health officials, highway officials, engineers, and others may also find this survey useful. The survey can help them plan the safe disposal of wastes and locate sites for pavements, sidewalks, campgrounds, playgrounds, lawns, and trees and shrubs.

## Interpretive Ratings

The interpretive tables in this survey rate the soils in the survey area for various uses. Many of the tables identify the limitations that affect specified uses and indicate the severity of those limitations. The ratings in these tables are both verbal and numerical.

### Rating Class Terms

Rating classes are expressed in the tables in terms that indicate the extent to which the soils are limited by all of the soil features that affect a specified use or in terms that indicate the suitability of the soils for the use. Thus, the tables may show limitation classes or suitability classes. Terms for the limitation classes are *not limited, slightly limited, somewhat limited,* and *very limited*. The suitability ratings are expressed as *well suited, moderately well suited, poorly suited,* and *unsuited* or as *good, fair,* and *poor*.

### Numerical Ratings

Numerical ratings in the tables indicate the relative severity of individual limitations. The ratings are shown as decimal fractions ranging from 0.00 to 1.00. They indicate gradations between the point at which a soil feature has the greatest negative impact

on the use and the point at which the soil feature is not a limitation. The limitations appear in order from the most limiting to the least limiting. Thus, if more than one limitation is identified, the most severe limitation is listed first and the least severe one is listed last.

## Pasture

General management needed for pasture is suggested in this section. The estimated yields of pasture plants are listed, the system of land capability classification used by the Natural Resources Conservation Service is explained, and prime farmland is described.

Planners of management systems for individual fields or farms should consider the detailed information given in the description of each soil under the heading "Detailed Soil Map Units." Specific information can be obtained from the local office of the Natural Resources Conservation Service or the Cooperative Extension Service.

### Yields per Acre

The average yields per acre of pasture forage that can be expected under a high level of management are shown in Table 4. Yields may be expressed as Animal Unit Months (AUM). Only soil map units commonly used for pasture are listed. In any given year, yields may be higher or lower than those indicated in the table because of variations in rainfall and other climatic factors. The land capability classification of map units in the survey area also is shown in the table.

The yields are based mainly on the experience and records of farmers, conservationists, and extension agents. Available yield data from nearby counties and results of field trials and demonstrations also are considered.

The management needed to obtain the indicated yields of the various crops depends on the kind of soil and the crop. Management can include drainage, erosion control, and protection from flooding; suitable pasture plant varieties; favorable soil reaction and optimum levels of nitrogen, phosphorus, potassium, and trace elements.

For yields of irrigated pasture, it is assumed that the irrigation system is adapted to the soils and to the pasture plants grown, that good-quality irrigation water is uniformly applied as needed.

The estimated yields reflect the productive capacity of each soil. Yields are likely to increase as new production technology is developed. The productivity of a given soil compared with that of other soils, however, is not likely to change.

Some crops are grown in the survey area, but estimated yields are not listed because the acreage of such crops is small. The local office of the Natural Resources Conservation Service or of the Cooperative Extension Service can provide information about the management and productivity of the soils for those crops.

### Land Capability Classification

Land capability classification shows, in a general way, the suitability of soils for most kinds of field crops. Crops that require special management are excluded. The soils are grouped according to their limitations for field crops, the risk of damage if they are used for crops, and the way they respond to management (USDA, 1961). The criteria used in grouping the soils do not include major and generally expensive landforming that would change slope, depth, or other characteristics of the soils, nor do they include possible but unlikely major reclamation projects. Capability classification is not a substitute for interpretations designed to show suitability and limitations of groups of soils for rangeland, for forestland, or for engineering purposes.

In the capability system, soils are generally grouped at three levels—capability class, subclass, and unit. Only class and subclass are used in this survey.

*Capability classes*, the broadest groups, are designated by the numbers 1 through 8. The numbers indicate progressively greater limitations and narrower choices for practical use. The classes are defined as follows:

Class 1 soils have slight limitations that restrict their use.

Class 2 soils have moderate limitations that restrict the choice of plants or that require moderate conservation practices.

Class 3 soils have severe limitations that restrict the choice of plants or that require special conservation practices, or both.

Class 4 soils have very severe limitations that restrict the choice of plants or that require very careful management, or both.

Class 5 soils are subject to little or no erosion but have other limitations, impractical to remove, that restrict their use mainly to pasture, rangeland, forestland, or wildlife habitat.

Class 6 soils have severe limitations that make them generally unsuitable for cultivation and that restrict their use mainly to pasture, rangeland, forestland, or wildlife habitat.

Class 7 soils have very severe limitations that make them unsuitable for cultivation and that restrict their use mainly to grazing, forestland, or wildlife habitat.

Class 8 soils and miscellaneous areas have limitations that preclude commercial plant production and that restrict their use to recreational purposes, wildlife habitat, watershed, or esthetic purposes.

*Capability subclasses* are soil groups within one class. They are designated by adding a small letter, *e, w, s,* or *c,* to the class numeral, for example, 2e. The letter *e* shows that the main hazard is the risk of erosion unless close-growing plant cover is maintained; *w* shows that water in or on the soil interferes with plant growth or cultivation (in some soils the wetness can be partly corrected by artificial drainage); *s* shows that the soil is limited mainly because it is shallow, droughty, or stony; and *c,* used in only some parts of the United States, shows that the chief limitation is climate that is very cold or very dry.

In class 1 there are no subclasses because the soils of this class have few limitations. Class 5 contains only the subclasses indicated by *w, s,* or *c* because the soils in class 5 are subject to little or no erosion. They have other limitations that restrict their use to pasture, rangeland, forestland, wildlife habitat, or recreation.

The capability classification of map units in this survey area is given in the section *Detailed Soil Map Units* and in Table 4, Land capability and yields per acre of pasture.

### Prime Farmland

Prime farmland is one of several kinds of important farmland defined by the U.S. Department of Agriculture. It is of major importance in meeting the Nation's short- and long-range needs for food and fiber. Because the supply of high-quality farmland is limited, the U.S. Department of Agriculture recognizes that responsible levels of government, as well as individuals, should encourage and facilitate the wise use of our Nation's prime farmland.

Prime farmland, as defined by the U.S. Department of Agriculture, is land that has the best combination of physical and chemical characteristics for producing food, feed, forage, fiber, and oilseed crops and is available for these uses. It could be cultivated land, pastureland, forestland, or other land, but it is not urban or built-up land or water areas. The soil qualities, growing season, and moisture supply are those needed for the soil to economically produce sustained high yields of crops when proper management, including water management, and acceptable farming methods are applied. In general, prime farmland has an adequate and dependable supply of moisture from precipitation or irrigation, a favorable temperature and growing season, acceptable acidity or alkalinity, an acceptable salt and sodium content, and few or no rocks. It is permeable to water and air. It is not excessively

erodible or saturated with water for long periods, and it either is not frequently flooded during the growing season or is protected from flooding. The slopes range mainly from 0 to 6 percent. More detailed information about the criteria for prime farmland is available at the local office of the Natural Resources Conservation Service.

About 4,000 acres, or 0.3 percent of the survey area, would meet the requirements for prime farmland if an adequate supply of good quality irrigation water was available and the soils were irrigated. The only irrigated soils at the present time are those located along the Dolores River and its tributaries. They are used mostly for the production of hay and pasture. Soils that are not along the river valley are mostly public land and do not have a source of irrigation water.

The map units in the survey area that are considered prime farmland are listed at the end of this section. This list does not constitute a recommendation for a particular land use. On some soils included in the list, measures that overcome a hazard or limitation, such as flooding, wetness, and droughtiness, are needed. Onsite evaluation is needed to determine whether or not the hazard or limitation has been overcome by corrective measures. The extent of each listed map unit is shown in Table 5. The location is shown on the detailed soil maps. The soil qualities that affect use and management are described under the heading *Detailed Soil Map Units*.

The map units that meet the requirements for prime farmland if irrigated are:

959—Granath loam, 3 to 6 percent slopes
2—Hesperus loam, 0 to 3 percent slopes
10—Lillings silty clay loam, 0 to 5 percent slopes
12—Shawa loam, 0 to 5 percent slopes
15—Umbarg loam, 0 to 5 percent slopes
955—Umbarg-Winner-Tesajo complex, 0 to 2 percent slopes
512—Wetherill loam, 3 to 6 percent slopes

## Ecological Sites and Characteristic Native Vegetation

In areas that have similar climate and topography, differences in the kind and amount of rangeland and forest understory vegetation, and the tree species are closely related to the kind of soil. Effective management is based upon the relationship between the soils and vegetation and water.

Table 6 shows, for each soil, the ecological site; the total annual production of vegetation in favorable, normal, and unfavorable years; the characteristic native vegetation; the average percentage of each species for rangeland and for forest understory vegetation. An explanation of the column headings in Table 6 follows. Common trees, their site index, volume of wood fiber, and trees to manage are given in the section *Forest Productivity and Management.*

An *ecological site* is the product of all the environmental factors responsible for its development. It has characteristic soils that have developed over time throughout the soil development process; a characteristic hydrology, particularly infiltration and runoff, that has developed over time; and a characteristic plant community (kind and amount of vegetation). The hydrology of the site is influenced by development of the soil and plant community. The vegetation, soils, and hydrology are all interrelated. Each is influenced by the others and influences the development of the others. The plant community on an ecological site is typified by an association of species that differs from that of other ecological sites in the kind and/or proportion of species or in total production. Descriptions of ecological sites are provided in the Field Office Technical Guide, which is available in local offices of the Natural Resources Conservation Service.

*Total production* is the amount of dry-weight vegetation that can be expected to grow annually in a well managed area that is supporting the potential natural plant

community. It includes all vegetation, whether or not it is palatable to grazing animals. It includes the current year's growth of leaves, twigs, and fruits of woody plants. It does not include the increase in stem diameter of trees and shrubs. It is expressed in pounds per acre of air-dry vegetation for favorable, normal, and unfavorable years. In a favorable year, the amount and distribution of precipitation and the temperatures make growing conditions substantially better than average. In a normal year, growing conditions are about average. In an unfavorable year, growing conditions are well below average, generally because of low available soil moisture. Yields are adjusted to a common percentage of air-dry moisture content.

*Characteristic native vegetation* consists of the grasses, forbs, and shrubs that make up most of the potential natural plant community on each soil is listed by common name. Under *composition*, the expected percentage of the total annual production of rangeland and forest understory vegetation is given for each species making up the characteristic native vegetation. The amount that can be used as forage depends upon the kinds of grazing animals and on the grazing season.

Range management requires a knowledge of the kinds of soil and of the potential natural plant community. It also requires an evaluation of the present range similarity index and rangeland trend. Range similarity index is determined by comparing the present plant community with the potential natural plant community on a particular rangeland ecological site. The more closely the existing community resembles the potential community, the higher the range similarity index. Rangeland trend is defined as the direction of change in an existing plant community relative to the potential natural plant community. Further information about the range similarity index and rangeland trend is available in chapter 4 of the "National Range and Pasture Handbook," which is available in local offices of the Natural Resources Conservation Service.

The objective in range management is to control grazing so that the plants growing on a site are about the same in kind and amount as the potential natural plant community for that site. Such management generally results in the optimum production of vegetation, control of undesirable brush species, conservation of water, and control of erosion. Sometimes, however, an area with a range similarity index somewhat below the potential meets grazing needs, provides wildlife habitat, and protects soil and water resources.

## Forest Productivity and Management

The tables in this section can help forest owners or managers plan the use of soils for wood crops. They show the potential productivity of the soils for wood crops and rate the soils according to the limitations that affect various aspects of forest management.

### Forest Productivity

In Table 7, the *potential productivity* of merchantable or *common trees* on a soil is expressed as a site index and as a volume number. The *site index* is the average height, in feet, that dominant and codominant trees of a given species attain in a specified number of years. The site index applies to fully stocked, even-aged, unmanaged stands. Commonly grown trees are those that forest managers generally favor in intermediate or improvement cuttings. They are selected on the basis of growth rate, quality, value, and marketability.

Site index is expressed in a different way for species of pinyon and juniper. For these tree species site index is the basal area attained when trees in a stand average 5 inches in diameter (Howell, 1940).

In this survey area, site index was determined using a 50-year curve for quaking aspen (Baker, 1925) and white fir (Schumacher, 1926). A 100-year curve was used

for Engelmann's spruce and subalpine fir (Alexander, 1967), and for ponderosa pine and Rocky Mountain Douglas-fir (Meyer, 1961). More detailed information regarding site index is available in the "National Forestry Manual," which is available in local offices of the Natural Resources Conservation Service or on the Internet.

The *volume of wood fiber*, a number, is the yield likely to be produced by the each tree species listed. This number, expressed as cubic feet per acre per year and calculated at the age of culmination of the mean annual increment (CMAI), indicates the amount of fiber produced in a fully stocked, even-aged, unmanaged stand.

*Trees to manage* are those that are preferred for planting, seeding, or natural regeneration and those that remain in the stand after thinning or partial harvest.

### Forest Management

In Tables 8 through 12, interpretive ratings are given for various aspects of forest management. The ratings are both verbal and numerical.

Some rating class terms indicate the degree to which the soils are suited to a specified forest management practice. *Well suited* indicates that the soil has features that are favorable for the specified practice and has no limitations. Good performance can be expected, and little or no maintenance is needed. *Moderately well suited* indicates that the soil has features that are moderately favorable for the specified practice. One or more soil properties are less than desirable, and fair performance can be expected. Some maintenance is needed. *Poorly suited* indicates that the soil has one or more properties that are unfavorable for the specified practice. Overcoming the unfavorable properties requires special design, extra maintenance, and costly alteration. *Unsuited* indicates that the expected performance of the soil is unacceptable for the specified practice or that extreme measures are needed to overcome the undesirable soil properties.

Numerical ratings in the tables indicate the severity of individual limitations. The ratings are shown as decimal fractions ranging from 0.00 to 1.00. They indicate gradations between the point at which a soil feature has the greatest negative impact on the specified forest management practice (1.00) and the point at which the soil feature is not a limitation (0.00).

Rating class terms for fire damage and seedling mortality are expressed as *low, moderate,* and *high*. Where these terms are used, the numerical ratings indicate gradations between the point at which the potential for fire damage or seedling mortality is highest (1.00) and the point at which the potential is lowest (0.00).

The paragraphs that follow indicate the soil properties considered in rating the soils for forest management practices. More detailed information about the criteria used in the ratings is available in the "National Forestry Manual," which is available in local offices of the Natural Resources Conservation Service or on the Internet.

For *limitations affecting construction of haul roads and log landings*, the ratings are based on slope, flooding, permafrost, plasticity index, the hazard of soil slippage, content of sand, the Unified classification, rock fragments on or below the surface, depth to a restrictive layer that is indurated, depth to a water table, and ponding. The limitations are described as slight, moderate, or severe. A rating of *slight* indicates that no significant limitations affect construction activities, *moderate* indicates that one or more limitations can cause some difficulty in construction, and *severe* indicates that one or more limitations can make construction very difficult or very costly.

The ratings of *suitability for log landings* are based on slope, rock fragments on the surface, plasticity index, content of sand, the Unified classification, depth to a water table, ponding, flooding, and the hazard of soil slippage. The soils are described as well suited, moderately suited, or poorly suited to use as log landings.

Ratings in the column *soil rutting hazard* are based on depth to a water table, rock fragments on or below the surface, the Unified classification, depth to a restrictive

layer, and slope. Ruts form as a result of the operation of forest equipment. The hazard is described as slight, moderate, or severe. A rating of *slight* indicates that the soil is subject to little or no rutting, *moderate* indicates that rutting is likely, and *severe* indicates that ruts form readily.

Ratings in the column *hazard of off-road or off-trail erosion* are based on slope and on soil erodibility factor K. The soil loss is caused by sheet or rill erosion in off-road or off-trail areas where 50 to 75 percent of the surface has been exposed by logging, grazing, mining, or other kinds of disturbance. The hazard is described as slight, moderate, severe, or very severe. A rating of *slight* indicates that erosion is unlikely under ordinary climatic conditions; *moderate* indicates that some erosion is likely and that erosion-control measures may be needed; *severe* indicates that erosion is very likely and that erosion-control measures, including revegetation of bare areas, are advised; and *very severe* indicates that significant erosion is expected, loss of soil productivity and off-site damage are likely, and erosion-control measures are costly and generally impractical.

Ratings in the column *hazard of erosion on roads and trails* are based on the soil erodibility factor K, slope, and content of rock fragments. The ratings apply to unsurfaced roads and trails. The hazard is described as slight, moderate, or severe. A rating of *slight* indicates that little or no erosion is likely; *moderate* indicates that some erosion is likely, that the roads or trails may require occasional maintenance; and that simple erosion-control measures are needed; and *severe* indicates that significant erosion is expected, that the roads or trails require frequent maintenance, and that costly erosion-control measures are needed.

Ratings in the column *suitability for roads (natural surface)* are based on slope, rock fragments on the surface, plasticity index, content of sand, the Unified classification, depth to a water table, ponding, flooding, and the hazard of soil slippage. The ratings indicate the suitability for using the natural surface of the soil for roads. The soils are described as well suited, moderately well suited, or poorly suited to this use.

Ratings in the columns *suitability for hand planting* and *suitability for mechanical planting* are based on slope, depth to a restrictive layer, content of sand, plasticity index, rock fragments on or below the surface, depth to a water table, and ponding. The soils are described as well suited, moderately well suited, poorly suited, or unsuited to these methods of planting. It is assumed that necessary site preparation is completed before seedlings are planted.

Ratings in the column *suitability for use of harvesting equipment* are based on slope, rock fragments on the surface, plasticity index, content of sand, the Unified classification, depth to a water table, and ponding. The soils are described as well suited, moderately well suited, or poorly suited to this use.

Ratings in the column *suitability for mechanical site preparation (surface)* are based on slope, depth to a restrictive layer, plasticity index, rock fragments on or below the surface, depth to a water table, and ponding. The soils are described as well suited, poorly suited, or unsuited to this management activity. The part of the soil from the surface to a depth of about 1 foot is considered in the ratings.

Ratings in the column *suitability for mechanical site preparation (deep)* are based on slope, depth to a restrictive layer, rock fragments on or below the surface, depth to a water table, and ponding. The soils are described as well suited, poorly suited, or unsuited to this management activity. The part of the soil from the surface to a depth of about 3 feet is considered in the ratings.

Ratings in the column *potential for damage to soil by fire* are based on texture of the surface layer, content of rock fragments and organic matter in the surface layer, thickness of the surface layer, and slope. The soils are described as having a low, moderate, or high potential for this kind of damage. The ratings indicate an evaluation

of the potential impact of prescribed fires or wildfires that are intense enough to remove the duff layer and consume organic matter in the surface layer.

Ratings in the column *potential for seedling mortality* are based on flooding, ponding, depth to a water table, content of lime, reaction, salinity, available water capacity, soil moisture regime, soil temperature regime, aspect, and slope. The soils are described as having a low, moderate, or high potential for seedling mortality.

## Recreation

The soils of the survey area are rated in Tables 13 and 14 according to limitations that affect their suitability for recreation. The ratings are both verbal and numerical. Rating class terms indicate the extent to which the soils are limited by all of the soil features that affect the recreational uses. *Not limited* indicates that the soil has features that are very favorable for the specified use. Good performance and very low maintenance can be expected. *Slightly limited* indicates that the soil has features that are favorable for the specified use. The limitations are minor and can be easily overcome. Good performance and low maintenance can be expected. *Somewhat limited* indicates that the soil has features that are moderately favorable for the specified use. The limitations can be overcome or minimized by special planning, design, or installation. Fair performance and moderate maintenance can be expected. *Very limited* indicates that the soil has one or more features that are unfavorable for the specified use. The limitations generally cannot be overcome without major soil reclamation, special design, or expensive installation procedures. Poor performance and high maintenance can be expected.

Numerical ratings in the tables indicate the severity of individual limitations. The ratings are shown as decimal fractions ranging from 0.00 to 1.00. They indicate gradations between the point at which a soil feature has the greatest negative impact on the use (1.00) and the point at which the soil feature is not a limitation (0.00).

The ratings in the tables are based on restrictive soil features, such as wetness, slope, and texture of the surface layer. Susceptibility to flooding is considered. Not considered in the ratings, but important in evaluating a site, are the location and accessibility of the area, the size and shape of the area and its scenic quality, vegetation, access to water, potential water impoundment sites, and access to public sewer lines. The capacity of the soil to absorb septic tank effluent and the ability of the soil to support vegetation also are important. Soils that are subject to flooding are limited for recreational uses by the duration and intensity of flooding and the season when flooding occurs. In planning recreational facilities, onsite assessment of the height, duration, intensity, and frequency of flooding is essential.

The information in Tables 13 and 14 can be supplemented by other information in this survey, for example, interpretations for building site development, construction materials, sanitary facilities, and water management.

*Camp areas* require site preparation, such as shaping and leveling the tent and parking areas, stabilizing roads and intensively used areas, and installing sanitary facilities and utility lines. Camp areas are subject to heavy foot traffic and some vehicular traffic. The ratings are based on the soil properties that affect the ease of developing camp areas and the performance of the areas after development. Slope, stoniness, and depth to bedrock or a cemented pan are the main concerns affecting the development of camp areas.

The soil properties that affect the performance of the areas after development are those that influence trafficability and promote the growth of vegetation, especially in heavily used areas. For good trafficability, the surface of camp areas should absorb rainfall readily, remain firm under heavy foot traffic, and not be dusty when dry. The soil properties that influence trafficability are texture of the surface layer, depth to a water table, ponding, flooding, permeability, and large stones. The soil properties that

affect the growth of plants are depth to bedrock or a cemented pan, permeability, and toxic substances in the soil.

*Picnic areas* are subject to heavy foot traffic. Most vehicular traffic is confined to access roads and parking areas. The ratings are based on the soil properties that affect the ease of developing picnic areas and that influence trafficability and the growth of vegetation after development. Slope and stoniness are the main concerns affecting the development of picnic areas. For good trafficability, the surface of picnic areas should absorb rainfall readily, remain firm under heavy foot traffic, and not be dusty when dry. The soil properties that influence trafficability are texture of the surface layer, depth to a water table, ponding, flooding, permeability, and large stones. The soil properties that affect the growth of plants are depth to bedrock or a cemented pan, permeability, and toxic substances in the soil.

*Playgrounds* require soils that are nearly level, are free of stones, and can withstand intensive foot traffic. The ratings are based on the soil properties that affect the ease of developing playgrounds and that influence trafficability and the growth of vegetation after development. Slope and stoniness are the main concerns affecting the development of playgrounds. For good trafficability, the surface of the playgrounds should absorb rainfall readily, remain firm under heavy foot traffic, and not be dusty when dry. The soil properties that influence trafficability are texture of the surface layer, depth to a water table, ponding, flooding, permeability, and large stones. The soil properties that affect the growth of plants are depth to bedrock or a cemented pan, permeability, and toxic substances in the soil.

*Paths and trails* for hiking and horseback riding should require little or no slope modification through cutting and filling. The ratings are based on the soil properties that affect trafficability and erodibility. These properties are stoniness, depth to a water table, ponding, flooding, slope, and texture of the surface layer.

*Off-road motorcycle trails* require little or no site preparation. They are not covered with surfacing material or vegetation. Considerable compaction of the soil material is likely. The ratings are based on the soil properties that influence erodibility, trafficability, dustiness, and the ease of revegetation. These properties are stoniness, slope, depth to a water table, ponding, flooding, and texture of the surface layer.

*Golf fairways* are subject to heavy foot traffic and some light vehicular traffic. Cutting or filling may be required. Irrigation is not considered in the ratings. The ratings are based on the soil properties that affect plant growth and trafficability after vegetation is established. The properties that affect plant growth are reaction; depth to a water table; ponding; depth to bedrock or a cemented pan; the available water capacity in the upper 40 inches; the content of salts, sodium, or calcium carbonate; and sulfidic materials. The properties that affect trafficability are flooding, depth to a water table, ponding, slope, stoniness, and the amount of sand, clay, or organic matter in the surface layer. The suitability of the soil for traps, tees, roughs, and greens is not considered in the ratings.

## Hydric Soils

In this section, hydric soils are defined and described and the hydric soils in the survey area are listed.

The three essential characteristics of wetlands are hydrophytic vegetation, hydric soils, and wetland hydrology (Cowardin and others, 1979; U.S. Army Corps of Engineers, 1987; National Research Council, 1995; Tiner, 1985). Criteria for each of the characteristics must be met for areas to be identified as wetlands. Undrained hydric soils that have natural vegetation should support a dominant population of ecological wetland plant species. Hydric soils that have been converted to other uses should be capable of being restored to wetlands.

Hydric soils are defined by the National Technical Committee for Hydric Soils (NTCHS) as soils that formed under conditions of saturation, flooding, or ponding long enough during the growing season to develop anaerobic conditions in the upper part (Federal Register, 1994). These soils are either saturated or inundated long enough during the growing season to support the growth and reproduction of hydrophytic vegetation.

The NTCHS definition identifies general soil properties that are associated with wetness. In order to determine whether a specific soil is a hydric soil or nonhydric soil, however, more specific information, such as information about the depth and duration of the water table, is needed. Thus, criteria that identify those estimated soil properties unique to hydric soils have been established (Federal Register, 1995). These criteria are used to identify a phase of a soil series that normally is associated with wetlands. The criteria used are selected estimated soil properties that are described in “Soil Taxonomy” (USDA, 1999) and “Keys to Soil Taxonomy” (USDA, 1998) and in the “Soil Survey Manual” (USDA, 1993).

If soils are wet enough for a long enough period to be considered hydric, they should exhibit certain properties that can be easily observed in the field. These visible properties are indicators of hydric soils. The indicators used to make onsite determinations of hydric soils in this survey area are specified in “Field Indicators of Hydric Soils in the United States” (Hurt and others, 1996).

Hydric soils are identified by examining and describing the soil to a depth of about 20 inches. This depth may be greater if determination of an appropriate indicator so requires. It is always recommended that soils be excavated and described to the depth necessary for an understanding of the redoximorphic processes. Then, using the completed soil descriptions, soil scientists can compare the soil features required by each indicator and specify which indicators have been matched with the conditions observed in the soil. The soil can be identified as a hydric soil if at least one of the approved indicators is present.

The following map units have one or more components that meet the definition of hydric soils and, in addition, have at least one of the hydric soil indicators. This list can help in planning land uses; however, onsite investigation is recommended to determine the hydric soils on a specific site (National Research Council, 1995; Hurt and others, 1996).

14—Dalmatian-Apmay-Schrader complex, 0 to 5 percent slopes (Schrader part)
17—Fluvaquents-Haplustolls complex, 0 to 5 percent slopes (Fluvaquents part)
18—Endoaquolls-Ustifluvents complex, 0 to 5 percent slopes (Endoaquolls part)
53—Cryaquolls-Typic Cryaquents complex, 1 to 5 percent slopes (both components)
56—Typic Cryaquents-Cryaquolls-Cryofibrists complex, 0 to 5 percent slopes (Typic Cryaquents and Cryaquolls parts)
495—Riverwash
826—Ute-Frisco complex, 0 to 20 percent slopes (Ute part)
905—Cryaquolls, 0 to 3 percent slopes
951—Endoaquolls, 0 to 3 percent slopes
966—Cryaquepts, 0 to 6 percent slopes
967—Quazar-Cryaquolls-Cryohemists association, 1 to 30 percent slopes (Cryaquolls and Cryohemists parts)

Map units that are made up of hydric soils may have small areas, or inclusions, of nonhydric soils in the higher positions on the landform, and map units made up of

nonhydric soils may have inclusions of hydric soils in the lower positions on the landform.

The following map units, in general, do not meet the definition of hydric soils because they do not have one of the hydric soil indicators. A portion of these map units, however, may include hydric soils. Onsite investigation is recommended to determine whether hydric soils occur and the location of the included hydric soils.

15—Umbarg loam, 0 to 5 percent slopes
57—Howardsville gravelly loam, 1 to 6 percent slopes
338—Henson very gravelly loam, 10 to 30 percent slopes
339—Henson very gravelly loam, 30 to 60 percent slopes
340—Moran very gravelly loam, 10 to 30 percent slopes
341—Moran very gravelly loam, 30 to 65 percent slopes
350—Flygare-Foidel complex, 0 to 15 percent slopes
355—Flygare-Foidel complex, 15 to 30 percent slopes
360—Blacksnag-Peeler complex, 2 to 15 percent slopes
361—Blacksnag-Peeler complex, 15 to 30 percent slopes
707—Teedown-Nordicol complex, 5 to 15 percent slopes
950—Pescar fine sandy loam
955—Umbarg-Winner-Tesajo complex, 0 to 2 percent slopes

## Engineering

This section provides information for planning land uses related to urban development and to water management. Soils are rated for various uses, and the most limiting features are identified. Ratings are given for building site development, sanitary facilities, construction materials, and water management. The ratings are based on observed performance of the soils and on the estimated data and test data in the *Soil Properties* section.

*Information in this section is intended for land use planning, for evaluating land use alternatives, and for planning site investigations prior to design and construction. The information, however, has limitations. For example, estimates and other data generally apply only to that part of the soil between the surface and a depth of 5 to 7 feet. Because of the map scale, small areas of different soils may be included within the mapped areas of a specific soil.*

*The information is not site specific and does not eliminate the need for onsite investigation of the soils or for testing and analysis by personnel experienced in the design and construction of engineering works.*

Government ordinances and regulations that restrict certain land uses or impose specific design criteria were not considered in preparing the information in this section. Local ordinances and regulations should be considered in planning, in site selection, and in design.

Soil properties, site features, and observed performance were considered in determining the ratings in this section. During the fieldwork for this soil survey, determinations were made about particle-size distribution, liquid limit, plasticity index, soil reaction, depth to bedrock, hardness of bedrock within 5 to 7 feet of the surface, soil wetness, depth to a water table, ponding, slope, likelihood of flooding, natural soil structure aggregation, and soil density. Data were collected about kinds of clay minerals, mineralogy of the sand and silt fractions, and the kinds of adsorbed cations. Estimates were made for erodibility, permeability, corrosivity, shrink-swell potential, available water capacity, and other behavioral characteristics affecting engineering uses.

This information can be used to evaluate the potential of areas for residential, commercial, industrial, and recreational uses; make preliminary estimates of

construction conditions; evaluate alternative routes for roads, streets, highways, pipelines, and underground cables; evaluate alternative sites for sanitary landfills, septic tank absorption fields, and sewage lagoons; plan detailed onsite investigations of soils and geology; locate potential sources of gravel, sand, earthfill, and topsoil; plan drainage systems, irrigation systems, ponds, terraces, and other structures for soil and water conservation; and predict performance of proposed small structures and pavements by comparing the performance of existing similar structures on the same or similar soils.

The information in the tables, along with the soil maps, the soil descriptions, and other data provided in this survey, can be used to make additional interpretations.

Some of the terms used in this soil survey have a special meaning in soil science and are defined in the *Glossary*.

**Building Site Development**

Soil properties influence the development of building sites, including the selection of the site, the design of the structure, construction, performance after construction, and maintenance. Tables 15 and 16 show the degree and kind of soil limitations that affect dwellings with and without basements, small commercial buildings, local roads and streets, shallow excavations, and lawns and landscaping.

The ratings in the tables are both verbal and numerical. Rating class terms indicate the extent to which the soils are limited by all of the soil features that affect building site development. *Not limited* indicates that the soil has features that are very favorable for the specified use. Good performance and very low maintenance can be expected. *Slightly limited* indicates that the soil has features that are favorable for the specified use. The limitations are minor and can be easily overcome. Good performance and low maintenance can be expected. *Somewhat limited* indicates that the soil has features that are moderately favorable for the specified use. The limitations can be overcome or minimized by special planning, design, or installation. Fair performance and moderate maintenance can be expected. *Very limited* indicates that the soil has one or more features that are unfavorable for the specified use. The limitations generally cannot be overcome without major soil reclamation, special design, or expensive installation procedures. Poor performance and high maintenance can be expected.

Numerical ratings in the tables indicate the severity of individual limitations. The ratings are shown as decimal fractions ranging from 0.00 to 1.00. They indicate gradations between the point at which a soil feature has the greatest negative impact on the use (1.00) and the point at which the soil feature is not a limitation (0.00).

*Dwellings* are single-family houses of three stories or less. For dwellings without basements, the foundation is assumed to consist of spread footings of reinforced concrete built on undisturbed soil at a depth of 2 feet or at the depth of maximum frost penetration, whichever is deeper. For dwellings with basements, the foundation is assumed to consist of spread footings of reinforced concrete built on undisturbed soil at a depth of about 7 feet. The ratings for dwellings are based on the soil properties that affect the capacity of the soil to support a load without movement and on the properties that affect excavation and construction costs. The properties that affect the load-supporting capacity include depth to a water table, ponding, flooding, subsidence, linear extensibility (shrink-swell potential), and compressibility. Compressibility is inferred from the Unified classification. The properties that affect the ease and amount of excavation include depth to a water table, ponding, flooding, slope, depth to bedrock or a cemented pan, hardness of bedrock or a cemented pan, and the amount and size of rock fragments.

*Small commercial buildings* are structures that are less than three stories high and do not have basements. The foundation is assumed to consist of spread footings of reinforced concrete built on undisturbed soil at a depth of 2 feet or at the depth of

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 473 of 579



maximum frost penetration, whichever is deeper. The ratings are based on the soil properties that affect the capacity of the soil to support a load without movement and on the properties that affect excavation and construction costs. The properties that affect the load-supporting capacity include depth to a water table, ponding, flooding, subsidence, linear extensibility (shrink-swell potential), and compressibility (which is inferred from the Unified classification). The properties that affect the ease and amount of excavation include flooding, depth to a water table, ponding, slope, depth to bedrock or a cemented pan, hardness of bedrock or a cemented pan, and the amount and size of rock fragments.

*Local roads and streets* have an all-weather surface and carry automobile and light truck traffic all year. They have a subgrade of cut or fill soil material; a base of gravel, crushed rock, or soil material stabilized by lime or cement; and a surface of flexible material (asphalt), rigid material (concrete), or gravel with a binder. The ratings are based on the soil properties that affect the ease of excavation and grading and the traffic-supporting capacity. The properties that affect the ease of excavation and grading are depth to bedrock or a cemented pan, hardness of bedrock or a cemented pan, depth to a water table, ponding, flooding, the amount of large stones, and slope. The properties that affect the traffic-supporting capacity are soil strength (as inferred from the AASHTO group index number), subsidence, linear extensibility (shrink-swell potential), the potential for frost action, depth to a water table, and ponding.

*Shallow excavations* are trenches or holes dug to a maximum depth of 5 or 6 feet for graves, utility lines, open ditches, or other purposes. The ratings are based on the soil properties that influence the ease of digging and the resistance to sloughing. Depth to bedrock or a cemented pan, hardness of bedrock or a cemented pan, the amount of large stones, and dense layers influence the ease of digging, filling, and compacting. Depth to the seasonal high water table, flooding, and ponding may restrict the period when excavations can be made. Slope influences the ease of using machinery. Soil texture, depth to the water table, and linear extensibility (shrink-swell potential) influence the resistance to sloughing.

*Lawns and landscaping* require soils on which turf and ornamental trees and shrubs can be established and maintained. Irrigation is not considered in the ratings. The ratings are based on the soil properties that affect plant growth and trafficability after vegetation is established. The properties that affect plant growth are reaction; depth to a water table; ponding; depth to bedrock or a cemented pan; the available water capacity in the upper 40 inches; the content of salts, sodium, or calcium carbonate; and sulfidic materials. The properties that affect trafficability are flooding, depth to a water table, ponding, slope, stoniness, and the amount of sand, clay, or organic matter in the surface layer.

**Sanitary Facilities**

Tables 17 and 18 show the degree and kind of soil limitations that affect septic tank absorption fields, sewage lagoons, sanitary landfills, and daily cover for landfill. The ratings are both verbal and numerical. Rating class terms indicate the extent to which the soils are limited by all of the soil features that affect these uses. *Not limited* indicates that the soil has features that are very favorable for the specified use. Good performance and very low maintenance can be expected. *Slightly limited* indicates that the soil has features that are favorable for the specified use. The limitations are minor and can be easily overcome. Good performance and low maintenance can be expected. *Somewhat limited* indicates that the soil has features that are moderately favorable for the specified use. The limitations can be overcome or minimized by special planning, design, or installation. Fair performance and moderate maintenance can be expected. *Very limited* indicates that the soil has one or more features that are unfavorable for the specified use. The limitations generally cannot be overcome

without major soil reclamation, special design, or expensive installation procedures. Poor performance and high maintenance can be expected.

Numerical ratings in the tables indicate the severity of individual limitations. The ratings are shown as decimal fractions ranging from 0.00 to 1.00. They indicate gradations between the point at which a soil feature has the greatest negative impact on the use (1.00) and the point at which the soil feature is not a limitation (0.00).

*Septic tank absorption fields* are areas in which effluent from a septic tank is distributed into the soil through subsurface tiles or perforated pipe. Only that part of the soil between depths of 24 and 60 inches is evaluated. The ratings are based on the soil properties that affect absorption of the effluent, construction and maintenance of the system, and public health. Permeability, depth to a water table, ponding, depth to bedrock or a cemented pan, and flooding affect absorption of the effluent. Stones and boulders, ice, and bedrock or a cemented pan interfere with installation. Subsidence interferes with installation and maintenance. Excessive slope may cause lateral seepage and surfacing of the effluent in downslope areas.

Some soils are underlain by loose sand and gravel or fractured bedrock at a depth of less than 4 feet below the distribution lines. In these soils the absorption field may not adequately filter the effluent, particularly when the system is new. As a result, the ground water may become contaminated.

*Sewage lagoons* are shallow ponds constructed to hold sewage while aerobic bacteria decompose the solid and liquid wastes. Lagoons should have a nearly level floor surrounded by cut slopes or embankments of compacted soil. Nearly impervious soil material for the lagoon floor and sides is required to minimize seepage and contamination of ground water. Considered in the ratings are slope, permeability, depth to a water table, ponding, depth to bedrock or a cemented pan, flooding, large stones, and content of organic matter.

Soil permeability is a critical property affecting the suitability for sewage lagoons. Most porous soils eventually become sealed when they are used as sites for sewage lagoons. Until sealing occurs, however, the hazard of pollution is severe. Soils that have a permeability rate of more than 2 inches per hour are too porous for the proper functioning of sewage lagoons. In these soils, seepage of the effluent can result in contamination of the ground water. Ground water contamination is also a hazard if fractured bedrock is within a depth of 40 inches, if the water table is high enough to raise the level of sewage in the lagoon, or if floodwater overtops the lagoon.

A high content of organic matter is detrimental to proper functioning of the lagoon because it inhibits aerobic activity. Slope, bedrock, and cemented pans can cause construction problems, and large stones can hinder compaction of the lagoon floor. If the lagoon is to be uniformly deep throughout, the slope must be gentle enough and the soil material must be thick enough over bedrock or a cemented pan to make land smoothing practical.

A *trench sanitary landfill* is an area where solid waste is placed in successive layers in an excavated trench. The waste is spread, compacted, and covered daily with a thin layer of soil excavated at the site. When the trench is full, a final cover of soil material at least 2 feet thick is placed over the landfill. The ratings in the table are based on the soil properties that affect the risk of pollution, the ease of excavation, trafficability, and revegetation. These properties include permeability, depth to bedrock or a cemented pan, depth to a water table, ponding, slope, flooding, texture, stones and boulders, highly organic layers, soil reaction, and content of salts and sodium. Unless otherwise stated, the ratings apply only to that part of the soil within a depth of about 6 feet. For deeper trenches, onsite investigation may be needed.

Hard, nonrippable bedrock, creviced bedrock, or highly permeable strata in or directly below the proposed trench bottom can affect the ease of excavation and the hazard of ground water pollution. Slope affects construction of the trenches and the

movement of surface water around the landfill. It also affects the construction and performance of roads in areas of the landfill.

Soil texture and consistence affect the ease with which the trench is dug and the ease with which the soil can be used as daily or final cover. They determine the workability of the soil when dry and when wet. Soils that are plastic and sticky when wet are difficult to excavate, grade, or compact and are difficult to place as a uniformly thick cover over a layer of refuse.

The soil material used as the final cover for a trench landfill should be suitable for plants. It should not have excess sodium or salts and should not be too acid. The surface layer generally has the best workability, the highest content of organic matter, and the best potential for plants. Material from the surface layer should be stockpiled for use as the final cover.

In an *area sanitary landfill*, solid waste is placed in successive layers on the surface of the soil. The waste is spread, compacted, and covered daily with a thin layer of soil from a source away from the site. A final cover of soil material at least 2 feet thick is placed over the completed landfill. The ratings in the table are based on the soil properties that affect trafficability and the risk of pollution. These properties include flooding, permeability, depth to a water table, ponding, slope, and depth to bedrock or a cemented pan.

Flooding is a serious problem because it can result in pollution in areas downstream from the landfill. If permeability is too rapid or if fractured bedrock, a fractured cemented pan, or the water table is close to the surface, the leachate can contaminate the water supply. Slope is a consideration because of the extra grading required to maintain roads in the steeper areas of the landfill. Also, leachate may flow along the surface of the soils in the steeper areas and cause difficult seepage problems.

*Daily cover for landfill* is the soil material that is used to cover compacted solid waste in an area sanitary landfill. The soil material is obtained offsite, transported to the landfill, and spread over the waste. The ratings in the table also apply to the final cover for a landfill. They are based on the soil properties that affect workability, the ease of digging, and the ease of moving and spreading the material over the refuse daily during wet and dry periods. These properties include soil texture, depth to a water table, ponding, rock fragments, slope, depth to bedrock or a cemented pan, reaction, and content of salts, sodium, or lime.

Loamy or silty soils that are free of large stones and excess gravel are the best cover for a landfill. Clayey soils may be sticky and difficult to spread; sandy soils are subject to wind erosion.

Slope affects the ease of excavation and of moving the cover material. Also, it can influence runoff, erosion, and reclamation of the borrow area.

After soil material has been removed, the soil material remaining in the borrow area must be thick enough over bedrock, a cemented pan, or the water table to permit revegetation. The soil material used as the final cover for a landfill should be suitable for plants. It should not have excess sodium, salts, or lime and should not be too acid.

## Construction Materials

Tables 19 and 20 give information about the soils as potential sources of gravel, sand, topsoil, reclamation material, and roadfill. Normal compaction, minor processing, and other standard construction practices are assumed.

The soils are rated *good, fair,* or *poor* as potential sources of topsoil, reclamation material, and roadfill. The features that limit the soils as sources of these materials are specified in the tables. The numerical ratings given after the specified features indicate the degree to which the features limit the soils as sources of topsoil, reclamation material, or roadfill. The lower the number, the greater the limitation.

*Sand* and *gravel* are natural aggregates suitable for commercial use with a minimum of processing. They are used in many kinds of construction. Specifications for each use vary widely. In Table 19, only the probability of finding material in suitable quantity is evaluated. The suitability of the material for specific purposes is not evaluated, nor are factors that affect excavation of the material. The properties used to evaluate the soil as a source of sand or gravel are gradation of grain sizes (as indicated by the Unified classification of the soil), the thickness of suitable material, and the content of rock fragments. If the lowest layer of the soil contains sand or gravel, the soil is rated as a probable source regardless of thickness. The assumption is that the sand or gravel layer below the depth of observation exceeds the minimum thickness.

*Topsoil* is used to cover an area so that vegetation can be established and maintained. The upper 40 inches of a soil is evaluated for use as topsoil. Also evaluated is the reclamation potential of the borrow area. The ratings are based on the soil properties that affect plant growth; the ease of excavating, loading, and spreading the material; and reclamation of the borrow area. Toxic substances, soil reaction, and the properties that are inferred from soil texture, such as available water capacity and fertility, affect plant growth. The ease of excavating, loading, and spreading is affected by rock fragments, slope, depth to a water table, soil texture, and thickness of suitable material. Reclamation of the borrow area is affected by slope, depth to a water table, rock fragments, depth to bedrock or a cemented pan, and toxic material.

The surface layer of most soils is generally preferred for topsoil because of its organic matter content. Organic matter greatly increases the absorption and retention of moisture and nutrients for plant growth.

*Reclamation material* is used in areas that have been drastically disturbed by surface mining or similar activities. When these areas are reclaimed, layers of soil material or unconsolidated geological material, or both, are replaced in a vertical sequence. The reconstructed soil favors plant growth. The ratings in the table do not apply to quarries and other mined areas that require an offsite source of reconstruction material. The ratings are based on the soil properties that affect erosion and stability of the surface and the productive potential of the reconstructed soil. These properties include the content of sodium, salts, and calcium carbonate; reaction; available water capacity; erodibility; texture; content of rock fragments; and content of organic matter and other features that affect fertility.

*Roadfill* is soil material that is excavated in one place and used in road embankments in another place. In this table, the soils are rated as a source of roadfill for low embankments, generally less than 6 feet high and less exacting in design than higher embankments.

The ratings are for the whole soil, from the surface to a depth of about 5 feet. It is assumed that soil layers will be mixed when the soil material is excavated and spread.

The ratings are based on the amount of suitable material and on soil properties that affect the ease of excavation and the performance of the material after it is in place. The thickness of the suitable material is a major consideration. The ease of excavation is affected by large stones, depth to a water table, and slope. How well the soil performs in place after it has been compacted and drained is determined by its strength (as inferred from the AASHTO classification of the soil) and linear extensibility (shrink-swell potential).

### Water Management

Table 21 gives information on the soil properties and site features that affect water management. The degree and kind of soil limitations are given for pond reservoir areas; embankments, dikes, and levees; and aquifer-fed excavated ponds. The

ratings are both verbal and numerical. Rating class terms indicate the extent to which the soils are limited by all of the soil features that affect these uses. *Not limited* indicates that the soil has features that are very favorable for the specified use. Good performance and very low maintenance can be expected. *Somewhat limited* indicates that the soil has features that are moderately favorable for the specified use. The limitations can be overcome or minimized by special planning, design, or installation. Fair performance and moderate maintenance can be expected. *Very limited* indicates that the soil has one or more features that are unfavorable for the specified use. The limitations generally cannot be overcome without major soil reclamation, special design, or expensive installation procedures. Poor performance and high maintenance can be expected.

Numerical ratings in the tables indicate the severity of individual limitations. The ratings are shown as decimal fractions ranging from 0.01 to 1.00. They indicate gradations between the point at which a soil feature has the greatest negative impact on the use (1.00) and the point at which the soil feature is not a limitation (0.00).

*Pond reservoir areas* hold water behind a dam or embankment. Soils best suited to this use have low seepage potential in the upper 60 inches. The seepage potential is determined by the permeability of the soil and the depth to fractured bedrock or other permeable material. Excessive slope can affect the storage capacity of the reservoir area.

*Embankments, dikes, and levees* are raised structures of soil material, generally less than 20 feet high, constructed to impound water or to protect land against overflow. Embankments that have zoned construction (core and shell) are not considered. In this table, the soils are rated as a source of material for embankment fill. The ratings apply to the soil material below the surface layer to a depth of about 5 feet. It is assumed that soil layers will be uniformly mixed and compacted during construction.

The ratings do not indicate the ability of the natural soil to support an embankment. Soil properties to a depth even greater than the height of the embankment can affect performance and safety of the embankment. Generally, deeper onsite investigation is needed to determine these properties.

Soil material in embankments must be resistant to seepage, piping, and erosion and have favorable compaction characteristics. Unfavorable features include less than 5 feet of suitable material and a high content of stones or boulders, organic matter, or salts or sodium. A high water table affects the amount of usable material. It also affects trafficability.

*Aquifer-fed excavated ponds* are pits or dugouts that extend to a ground water aquifer or to a depth below a permanent water table. Excluded are ponds that are fed only by surface runoff and embankment ponds that impound water 3 feet or more above the original surface. Excavated ponds are affected by depth to a permanent water table, permeability of the aquifer, and quality of the water as inferred from the salinity of the soil. Depth to bedrock and the content of large stones affect the ease of excavation.

# Soil Properties

Data relating to soil properties are collected during the course of the soil survey.

Soil properties are ascertained by field examination of the soils and by laboratory index testing of some benchmark soils. Established standard procedures are followed. During the survey, many shallow borings are made and examined to identify and classify the soils and to delineate them on the soil maps. Samples are taken from some typical profiles and tested in the laboratory to determine particle-size distribution, plasticity, and compaction characteristics.

Estimates of soil properties are based on field examinations, on laboratory tests of samples from the survey area, and on laboratory tests of samples of similar soils in nearby areas. Tests verify field observations, verify properties that cannot be estimated accurately by field observation, and help to characterize key soils.

The estimates of soil properties are shown in the tables: they include engineering index properties, physical and chemical properties, and pertinent soil and water features.

## Engineering Index Properties

Table 23 gives the engineering classifications and the range of index properties for the layers of each soil in the survey area.

*Depth* to the upper and lower boundaries of each layer is indicated.

*Texture* is given in the standard terms used by the U.S. Department of Agriculture. These terms are defined according to percentages of sand, silt, and clay in the fraction of the soil that is less than 2 millimeters in diameter. "Loam," for example, is soil that is 7 to 27 percent clay, 28 to 50 percent silt, and less than 52 percent sand. If the content of particles coarser than sand is 15 percent or more, an appropriate modifier is added, for example, "gravelly." Textural terms are defined in the Glossary.

*Classification* of the soils is determined according to the Unified soil classification system (ASTM, 1998) and the system adopted by the American Association of State Highway and Transportation Officials (AASHTO, 1998).

The Unified system classifies soils according to properties that affect their use as construction material. Soils are classified according to particle-size distribution of the fraction less than 3 inches in diameter and according to plasticity index, liquid limit, and organic matter content. Sandy and gravelly soils are identified as GW, GP, GM, GC, SW, SP, SM, and SC; silty and clayey soils as ML, CL, OL, MH, CH, and OH; and highly organic soils as PT. Soils exhibiting engineering properties of two groups can have a dual classification, for example, CL-ML.

The AASHTO system classifies soils according to those properties that affect roadway construction and maintenance. In this system, the fraction of a mineral soil that is less than 3 inches in diameter is classified in one of seven groups from A-1 through A-7 on the basis of particle-size distribution, liquid limit, and plasticity index. Soils in group A-1 are coarse grained and low in content of fines (silt and clay). At the other extreme, soils in group A-7 are fine grained. Highly organic soils are classified in group A-8 on the basis of visual inspection.

If laboratory data are available, the A-1, A-2, and A-7 groups are further classified as A-1-a, A-1-b, A-2-4, A-2-5, A-2-6, A-2-7, A-7-5, or A-7-6. As an additional

refinement, the suitability of a soil as subgrade material can be indicated by a group index number. Group index numbers range from 0 for the best subgrade material to 20 or higher for the poorest.

*Rock fragments* larger than 10 inches in diameter and 3 to 10 inches in diameter are indicated as a percentage of the total soil on a dry-weight basis. The percentages are estimates determined mainly by converting volume percentage in the field to weight percentage.

*Percentage (of soil particles) passing designated sieves* is the percentage of the soil fraction less than 3 inches in diameter based on an ovendry weight. The sieves, numbers 4, 10, 40, and 200 (USA Standard Series), have openings of 4.76, 2.00, 0.420, and 0.074 millimeters, respectively. Estimates are based on laboratory tests of soils sampled in the survey area and in nearby areas and on estimates made in the field.

*Liquid limit* and *plasticity index* (Atterberg limits) indicate the plasticity characteristics of a soil. The estimates are based on test data from the survey area or from nearby areas and on field examination.

The estimates of particle-size distribution, liquid limit, and plasticity index are generally rounded to the nearest 5 percent. Thus, if the ranges of gradation and Atterberg limits extend a marginal amount (1 or 2 percentage points) across classification boundaries, the classification in the marginal zone is generally omitted in the table.

## Physical Properties

Table 24 shows estimates of some physical characteristics and features that affect soil behavior. These estimates are given for the layers of each soil in the survey area. The estimates are based on field observations and on test data for these and similar soils.

*Depth* to the upper and lower boundaries of each layer is indicated.

Particle size is the effective diameter of a soil particle as measured by sedimentation, sieving, or micrometric methods. Particle sizes are expressed as classes with specific effective diameter class limits. The broad classes are sand, silt, and clay, ranging from the larger to the smaller.

*Sand* as a soil separate consists of mineral soil particles that are 0.05 millimeter to 2 millimeters in diameter. In Table 24, the estimated sand content of each soil layer is given as a percentage, by weight, of the soil material that is less than 2 millimeters in diameter.

*Silt* as a soil separate consists of mineral soil particles that are 0.002 to 0.05 millimeter in diameter. In Table 24, the estimated silt content of each soil layer is given as a percentage, by weight, of the soil material that is less than 2 millimeters in diameter.

*Clay* as a soil separate consists of mineral soil particles that are less than 0.002 millimeter in diameter. In Table 24, the estimated clay content of each soil layer is given as a percentage, by weight, of the soil material that is less than 2 millimeters in diameter.

The content of sand, silt, and clay affects the physical behavior of a soil. Particle size is important for engineering and agronomic interpretations, for determination of soil hydrologic qualities, and for soil classification.

The amount and kind of clay affect the fertility and physical condition of the soil and the ability of the soil to adsorb cations and to retain moisture. They influence shrink-swell potential, permeability, plasticity, the ease of soil dispersion, and other soil properties. The amount and kind of clay in a soil also affect tillage and earthmoving operations.

*Moist bulk density* is the weight of soil (ovendry) per unit volume. Volume is measured when the soil is at field moisture capacity, that is, the moisture content at 1/3- or 1/10-bar (33kPa or 10kPa) moisture tension. Weight is determined after the soil is dried at 105 degrees C. In the table, the estimated moist bulk density of each soil horizon is expressed in grams per cubic centimeter of soil material that is less than 2 millimeters in diameter. Bulk density data are used to compute shrink-swell potential, available water capacity, total pore space, and other soil properties. The moist bulk density of a soil indicates the pore space available for water and roots. Depending upon soil texture, a bulk density of more than 1.4 can restrict water storage and root penetration. Moist bulk density is influenced by texture, kind of clay, content of organic matter, and soil structure.

*Permeability* ($K_{sat}$) refers to the ability of a soil to transmit water or air. The term "permeability," as used in soil surveys, indicates saturated hydraulic conductivity ($K_{sat}$). The estimates in the table indicate the rate of water movement, in inches per hour, when the soil is saturated. They are based on soil characteristics observed in the field, particularly structure, porosity, and texture. Permeability is considered in the design of soil drainage systems and septic tank absorption fields.

*Available water capacity* refers to the quantity of water that the soil is capable of storing for use by plants. The capacity for water storage is given in inches of water per inch of soil for each soil layer. The capacity varies, depending on soil properties that affect retention of water. The most important properties are the content of organic matter, soil texture, bulk density, and soil structure. Available water capacity is an important factor in the choice of plants or crops to be grown and in the design and management of irrigation systems. Available water capacity is not an estimate of the quantity of water actually available to plants at any given time.

*Linear extensibility* refers to the change in length of an unconfined clod as moisture content is decreased from a moist to a dry state. It is an expression of the volume change between the water content of the clod at 1/3- or 1/10-bar tension (33kPa or 10kPa tension) and oven dryness. The volume change is reported in the table as percent change for the whole soil. Volume change is influenced by the amount and type of clay minerals in the soil.

Linear extensibility is used to determine the shrink-swell potential of soils. The shrink-swell potential is low if the soil has a linear extensibility of less than 3 percent; moderate if 3 to 6 percent; high if 6 to 9 percent; and very high if more than 9 percent. If the linear extensibility is more than 3, shrinking and swelling can cause damage to buildings, roads, and other structures and to plant roots. Special design commonly is needed.

*Organic matter* is the plant and animal residue in the soil at various stages of decomposition. In Table 24, the estimated content of organic matter is expressed as a percentage, by weight, of the soil material that is less than 2 millimeters in diameter.

The content of organic matter in a soil can be maintained by returning crop residue to the soil. Organic matter has a positive effect on available water capacity, water infiltration, soil organism activity, and tilth. It is a source of nitrogen and other nutrients for crops and soil organisms.

*Erosion factors* are shown in Table 24 as the K factor (Kw and Kf) and the T factor. Erosion factor K indicates the susceptibility of a soil to sheet and rill erosion by water. Factor K is one of several factors used in the Universal Soil Loss Equation (USLE) and the Revised Universal Soil Loss Equation (RUSLE) to predict the average annual rate of soil loss by sheet and rill erosion in tons per acre per year. The estimates are based primarily on percentage of silt, sand, and organic matter and on soil structure and permeability. Values of K range from 0.02 to 0.69. Other factors being equal, the higher the value, the more susceptible the soil is to sheet and rill erosion by water.

*Erosion factor Kw* indicates the erodibility of the whole soil. The estimates are modified by the presence of rock fragments.

*Erosion factor Kf* indicates the erodibility of the fine-earth fraction, or the material less than 2 millimeters in size.

*Erosion factor T* is an estimate of the maximum average annual rate of soil erosion by wind or water that can occur without affecting crop productivity over a sustained period. The rate is in tons per acre per year.

*Wind erodibility groups* are made up of soils that have similar properties affecting their susceptibility to wind erosion in cultivated areas. The soils assigned to group 1 are the most susceptible to wind erosion, and those assigned to group 8 are the least susceptible. The groups are as follows:

1. Coarse sands, sands, fine sands, and very fine sands.
2. Loamy coarse sands, loamy sands, loamy fine sands, loamy very fine sands, ash material, and sapric soil material.
3. Coarse sandy loams, sandy loams, fine sandy loams, and very fine sandy loams.

4L. Calcareous loams, silt loams, clay loams, and silty clay loams.

4. Clays, silty clays, noncalcareous clay loams, and silty clay loams that are more than 35 percent clay.
5. Noncalcareous loams and silt loams that are less than 20 percent clay and sandy clay loams, sandy clays, and hemic soil material.
6. Noncalcareous loams and silt loams that are more than 20 percent clay and noncalcareous clay loams that are less than 35 percent clay.
7. Silts, noncalcareous silty clay loams that are less than 35 percent clay, and fibric soil material.
8. Soils that are not subject to wind erosion because of coarse fragments on the surface or because of surface wetness.

*Wind erodibility index* is a numerical value indicating the susceptibility of soil to wind erosion, or the tons per acre per year that can be expected to be lost to wind erosion. There is a close correlation between wind erosion and the texture of the surface layer, the size and durability of surface clods, rock fragments, organic matter, and a calcareous reaction. Soil moisture and frozen soil layers also influence wind erosion.

## Chemical Properties

Table 25 shows estimates of some chemical characteristics and features that affect soil behavior. These estimates are given for the layers of each soil in the survey area. The estimates are based on field observations and on test data for these and similar soils.

*Depth* to the upper and lower boundaries of each layer is indicated.

*Cation-exchange capacity* is the total amount of extractable bases that can be held by the soil, expressed in terms of milliequivalents per 100 grams of soil at neutrality (pH 7.0) or at some other stated pH value. Soils having a low cation-exchange capacity hold fewer cations and may require more frequent applications of fertilizer than soils having a high cation-exchange capacity. The ability to retain cations reduces the hazard of ground-water pollution.

*Effective cation-exchange capacity* refers to the sum of extractable bases plus aluminum expressed in terms of milliequivalents per 100 grams of soil. It is determined for soils that have pH of less than 5.5.

*Soil reaction* is a measure of acidity or alkalinity. The pH of each soil horizon is based on many field tests. For many soils, values have been verified by laboratory analyses. Soil reaction is important in selecting crops and other plants, in evaluating soil amendments for fertility and stabilization, and in determining the risk of corrosion.

*Calcium carbonate* equivalent is the percent of carbonates, by weight, in the fraction of the soil less than 2 millimeters in size. The availability of plant nutrients is influenced by the amount of carbonates in the soil. Incorporating nitrogen fertilizer into calcareous soils helps to prevent nitrite accumulation and ammonium-N volatilization.

*Gypsum* is expressed as a percent, by weight, of hydrated calcium sulfates in the fraction of the soil less than 20 millimeters in size. Gypsum is partially soluble in water. Soils that have a high content of gypsum may collapse if the gypsum is removed by percolating water.

*Salinity* is a measure of soluble salts in the soil at saturation. It is expressed as the electrical conductivity of the saturation extract, in millimhos per centimeter at 25 degrees C. Estimates are based on field and laboratory measurements at representative sites of nonirrigated soils. The salinity of irrigated soils is affected by the quality of the irrigation water and by the frequency of water application. Hence, the salinity of soils in individual fields can differ greatly from the value given in the table. Salinity affects the suitability of a soil for crop production, the stability of soil if used as construction material, and the potential of the soil to corrode metal and concrete.

*Sodium adsorption ratio* (SAR) is a measure of the amount of sodium (Na) relative to calcium (Ca) and magnesium (Mg) in the water extract from saturated soil paste. It is the ratio of the Na concentration divided by the square root of one-half of the Ca + Mg concentration. Soils that have SAR values of 13 or more may be characterized by an increased dispersion of organic matter and clay particles, reduced permeability and aeration, and a general degradation of soil structure.

## Water Features

Table 26 gives estimates of various water features. The estimates are used in land use planning that involves engineering considerations.

*Hydrologic soil groups* are based on estimates of runoff potential. Soils are assigned to one of four groups according to the rate of water infiltration when the soils are not protected by vegetation, are thoroughly wet, and receive precipitation from long-duration storms.

The four hydrologic soil groups are:

Group A. Soils having a high infiltration rate (low runoff potential) when thoroughly wet. These consist mainly of deep, well drained to excessively drained sands or gravelly sands. These soils have a high rate of water transmission.

Group B. Soils having a moderate infiltration rate when thoroughly wet. These consist chiefly of moderately deep or deep, moderately well drained or well drained soils that have moderately fine texture to moderately coarse texture. These soils have a moderate rate of water transmission.

Group C. Soils having a slow infiltration rate when thoroughly wet. These consist chiefly of soils having a layer that impedes the downward movement of water or soils of moderately fine texture or fine texture. These soils have a slow rate of water transmission.

Group D. Soils having a very slow infiltration rate (high runoff potential) when thoroughly wet. These consist chiefly of clays that have a high shrink-swell potential, soils that have a high water table, soils that have a claypan or clay layer at or near the surface, and soils that are shallow over nearly impervious material. These soils have a very slow rate of water transmission.

The *months* in the table indicate the portion of the year in which the feature is most likely to be a concern.

*Water table* refers to a saturated zone in the soil. Table 26 indicates, by month, depth to the top (*upper limit*) and base (*lower limit*) of the saturated zone in most years. Estimates of the upper and lower limits are based mainly on observations of the water table at selected sites and on evidence of a saturated zone, namely grayish colors or mottles (redoximorphic features) in the soil. A saturated zone that lasts for less than a month is not considered a water table.

*Ponding* is standing water in a closed depression. Unless a drainage system is installed, the water is removed only by percolation, transpiration, or evaporation. Table 26 indicates *surface water depth* and the *duration* and *frequency* of ponding. Duration is expressed as *very brief* if less than 2 days, *brief* if 2 to 7 days, *long* if 7 to 30 days, and *very long* if more than 30 days. Frequency is expressed as none, rare, occasional, and frequent. *None* means that ponding is not probable; *rare* that it is unlikely but possible under unusual weather conditions (the chance of ponding is nearly 0 percent to 5 percent in any year); *occasional* that it occurs, on the average, once or less in 2 years (the chance of ponding is 5 to 50 percent in any year); and *frequent* that it occurs, on the average, more than once in 2 years (the chance of ponding is more than 50 percent in any year).

*Flooding* is the temporary inundation of an area caused by overflowing streams, by runoff from adjacent slopes, or by tides. Water standing for short periods after rainfall or snowmelt is not considered flooding, and water standing in swamps and marshes is considered ponding rather than flooding.

*Duration* and *frequency* are estimated. Duration is expressed as *extremely brief* if 0.1 hour to 4 hours, *very brief* if 4 hours to 2 days, *brief* if 2 to 7 days, *long* if 7 to 30 days, and *very long* if more than 30 days. Frequency is expressed as none, very rare, rare, occasional, frequent, and very frequent. *None* means that flooding is not probable; *very rare* that it is very unlikely but possible under extremely unusual weather conditions (the chance of flooding is less than 1 percent in any year); *rare* that it is unlikely but possible under unusual weather conditions (the chance of flooding is 1 to 5 percent in any year); *occasional* that it occurs infrequently under normal weather conditions (the chance of flooding is 5 to 50 percent in any year); *frequent* that it is likely to occur often under normal weather conditions (the chance of flooding is more than 50 percent in any year but is less than 50 percent in all months in any year); and *very frequent* that it is likely to occur very often under normal weather conditions (the chance of flooding is more than 50 percent in all months of any year).

The information is based on evidence in the soil profile, namely thin strata of gravel, sand, silt, or clay deposited by floodwater; irregular decrease in organic matter content with increasing depth; and little or no horizon development.

Also considered are local information about the extent and levels of flooding and the relation of each soil on the landscape to historic floods. Information on the extent of flooding based on soil data is less specific than that provided by detailed engineering surveys that delineate flood-prone areas at specific flood frequency levels.

## Soil Features

Table 27 gives estimates of various soil features. The estimates are used in land use planning that involves engineering considerations.

A *restrictive layer* is a nearly continuous layer that has one or more physical, chemical, or thermal properties that significantly impede the movement of water and air through the soil or that restrict roots or otherwise provide an unfavorable root environment. Examples are bedrock, cemented layers, dense layers, and frozen layers. The table indicates the hardness and thickness of the restrictive layer, both

of which significantly affect the ease of excavation. *Depth to top* is the vertical distance from the soil surface to the upper boundary of the restrictive layer.

*Subsidence* is the settlement of organic soils or of saturated mineral soils of very low density. Subsidence generally results from either desiccation and shrinkage or oxidation of organic material, or both, following drainage. Subsidence takes place gradually, usually over a period of several years. The table shows the expected initial subsidence, which usually is a result of drainage, and total subsidence, which results from a combination of factors.

*Potential for frost action* is the likelihood of upward or lateral expansion of the soil caused by the formation of segregated ice lenses (frost heave) and the subsequent collapse of the soil and loss of strength on thawing. Frost action occurs when moisture moves into the freezing zone of the soil. Temperature, texture, density, permeability, content of organic matter, and depth to the water table are the most important factors considered in evaluating the potential for frost action. It is assumed that the soil is not insulated by vegetation or snow and is not artificially drained. Silty and highly structured, clayey soils that have a high water table in winter are the most susceptible to frost action. Well drained, very gravelly, or very sandy soils are the least susceptible. Frost heave and low soil strength during thawing cause damage to pavements and other rigid structures.

*Risk of corrosion* pertains to potential soil-induced electrochemical or chemical action that corrodes or weakens uncoated steel or concrete. The rate of corrosion of uncoated steel is related to such factors as soil moisture, particle-size distribution, acidity, and electrical conductivity of the soil. The rate of corrosion of concrete is based mainly on the sulfate and sodium content, texture, moisture content, and acidity of the soil. Special site examination and design may be needed if the combination of factors results in a severe hazard of corrosion. The steel or concrete in installations that intersect soil boundaries or soil layers is more susceptible to corrosion than the steel or concrete in installations that are entirely within one kind of soil or within one soil layer.

For uncoated steel, the risk of corrosion, expressed as *low, moderate,* or *high,* is based on soil drainage class, total acidity, electrical resistivity near field capacity, and electrical conductivity of the saturation extract.

For concrete, the risk of corrosion also is expressed as *low, moderate,* or *high*. It is based on soil texture, acidity, and amount of sulfates in the saturation extract.

# Classification of the Soils

The system of soil classification used by the National Cooperative Soil Survey has six categories (USDA, 1998 and 1999). Beginning with the broadest, these categories are the order, suborder, great group, subgroup, family, and series. Classification is based on soil properties observed in the field or inferred from those observations or from laboratory measurements. Table 22 shows the classification of the soils in the survey area. The categories are defined in the following paragraphs.

ORDER. Twelve soil orders are recognized. The differences among orders reflect the dominant soil-forming processes and the degree of soil formation. Each order is identified by a word ending in *sol*. An example is Alfisol.

SUBORDER. Each order is divided into suborders primarily on the basis of properties that influence soil genesis and are important to plant growth or properties that reflect the most important variables within the orders. The last syllable in the name of a suborder indicates the order. An example is Cryalf (*Cry*, meaning cold, plus *alf*, from Alfisol).

GREAT GROUP. Each suborder is divided into great groups on the basis of close similarities in kind, arrangement, and degree of development of pedogenic horizons; soil moisture and temperature regimes; type of saturation; and base status. Each great group is identified by the name of a suborder and by a prefix that indicates a property of the soil. An example is Haplocryalfs (*Hapl*, meaning minimal horizonation, plus *cryalf*, the suborder of the Alfisols that has a cryic temperature regime).

SUBGROUP. Each great group has a typic subgroup. Other subgroups are intergrades or extragrades. The typic subgroup is the central concept of the great group; it is not necessarily the most extensive. Intergrades are transitions to other orders, suborders, or great groups. Extragrades have some properties that are not representative of the great group but do not indicate transitions to any other taxonomic class. Each subgroup is identified by one or more adjectives preceding the name of the great group. The adjective *Eutric* identifies the subgroup that has high base saturation. An example is Eutric Haplocryalfs.

FAMILY. Families are established within a subgroup on the basis of physical and chemical properties and other characteristics that affect management. Generally, the properties are those of horizons below plow depth where there is much biological activity. Among the properties and characteristics considered are particle size, mineral content, soil temperature regime, soil depth, and reaction. A family name consists of the name of a subgroup preceded by terms that indicate soil properties. An example is loamy-skeletal, mixed, superactive, Eutric Haplocryalfs.

SERIES. The series consists of soils within a family that have horizons similar in color, texture, structure, reaction, consistence, mineral and chemical composition, and arrangement in the profile.

## Soil Series and Their Morphology

In this section, each soil series recognized in the survey area is described. Characteristics of the soil and the material in which it formed are identified for each series. A pedon, a small three-dimensional area of soil, that is typical of the series in the survey area is described. The detailed description of each soil horizon follows

standards in the "Soil Survey Manual" (USDA, 1993). Many of the technical terms used in the descriptions are defined in "Soil Taxonomy" (USDA, 1999) and in "Keys to Soil Taxonomy" (USDA, 1998). Unless otherwise indicated, colors in the descriptions are for dry soil. Following the pedon description is the range of important characteristics of the soils in the series.

## Adel Series

The Adel series consists of very deep, well drained soils on mountain slopes, mesas, and alluvial fans. These soils formed in alluvium and slope alluvium from mixed sources. The slopes range from 1 to 50 percent. The elevation ranges from 8,000 to 11,000 feet. Average annual precipitation ranges from 25 to 35 inches. The average annual air temperature ranges from 35 to 40 degrees F.

These soils are fine-loamy, mixed, superactive Pachic Haplocryolls.

A typical pedon of Adel loam is in an area of Adel-Quazar complex, 5 to 30 percent slopes, located in the northwest quarter of the southeast quarter of sec. 27, T. 42N, R. 13W.

A1—0 to 14 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; moderate fine granular structure; soft, very friable, non-sticky and non-plastic; 5 percent gravel; many fine roots; neutral (pH 6.8); clear smooth boundary.

A2—14 to 24 inches; dark grayish brown (10YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; moderate medium granular structure; soft, very friable, slightly sticky and slightly plastic; 5 percent gravel; few fine roots; neutral (pH 6.8); 5 percent gravel; clear smooth boundary.

A3—24 to 36 inches; dark grayish brown (10YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; weak medium subangular blocky structure parting to moderate medium granular; soft, very friable, slightly sticky and slightly plastic; 13 percent gravel; neutral (pH 6.8); clear smooth boundary.

C—36 to 60 inches; brown (10YR 5/3) clay loam, brown (10YR 4/3) moist; massive; hard, firm, sticky and plastic; 13 percent gravel; neutral (pH 7.0).

The mollic epipedon ranges from 16 to 60 inches thick. The particle-size control section has 18 to 30 percent clay and 5 to 15 percent rock fragments. The reaction is slightly acid or neutral.

*A horizon:* The hue is 10YR or 2.5Y; the value is 3 or 4 dry, 2 or 3 moist; and the chroma is 1 or 2.

*C horizon:* The hue is 10YR or 2.5Y; the value is 5 or 6 dry and 3 or 4 moist. The texture is loam or clay loam with gravelly modifiers in some pedons.

## Anvik Series

The Anvik series consists of very deep, well drained soils on mountain slopes. These soils formed in slope alluvium derived mostly from sandstone and shale. The slopes range from 10 to 60 percent. The elevation ranges from 8,500 to 10,000 feet. The average annual precipitation ranges from 25 to 32 inches. The average annual air temperature ranges from 35 to 42 degrees F.

These soils are fine-loamy, mixed, superactive Alfic Argicryolls.

A typical pedon of Anvik loam is in an area of Anvik-Tuckerville complex, 10 to 45 percent slopes, located about 100 feet north and 400 feet east of the southwest corner of sec. 20, T. 37 N., R. 7 W.:

Oi—0 to 1 inch; partially decomposed organic material.

A1—1 inch to 7 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; weak medium granular structure parting to weak, fine granular

structure; soft, very friable, nonsticky and nonplastic; slightly acid (pH 6.1); clear wavy boundary.

A2—7 to 11 inches; dark grayish brown (10YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; moderate medium granular structure parting to weak fine granular structure; soft, very friable, slightly sticky and slightly plastic; moderately acid (pH 5.8); clear wavy boundary.

E—11 to 22 inches; light yellowish brown (10YR 6/4) loam, yellowish brown (10YR 5/4) moist; moderate medium granular structure parting to weak fine granular structure; soft, very friable, slightly sticky and slightly plastic; moderately acid (pH 5.8); clear wavy boundary.

Bt1—22 to 31 inches; brown (10YR 5/3) clay loam, grayish brown (10YR 5/2) moist; weak medium prismatic structure parting to moderate medium subangular blocky; hard, friable, sticky and plastic; few distinct clay films on faces of peds; slightly acid (pH 6.1); abrupt wavy boundary.

Bt2—31 to 45 inches; yellowish brown (10YR 5/4) clay loam, brown (10YR 5/3) moist; weak medium prismatic structure parting to moderate medium subangular blocky; hard, friable, sticky and plastic; few distinct clay films on faces of peds; slightly acid (pH 6.2); abrupt wavy boundary.

C—45 to 61 inches; yellowish brown (10YR 5/4) sandy clay loam, brown (10YR 5/3) moist; weak medium subangular blocky structure; hard, friable, slightly sticky and slightly plastic, neutral (pH 7.0).

The mollic epipedon ranges from 10 to 16 inches thick. The particle-size control section has 20 to 35 percent clay and 0 to 20 percent rock fragments.

*A horizon:* The hue is 7.5YR through 2.5Y; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 2 or 3. The reaction ranges from moderately acid through neutral.

*E horizon:* The hue is 7.5YR through 2.5Y; the value is 6 or 7 dry, 4 through 6 moist; and the chroma is 2 through 4. The reaction ranges from moderately acid through neutral.

*Bt horizon:* The hue is 7.5YR through 2.5Y; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 through 4. The texture of the fine-earth fraction typically is clay loam or sandy clay loam. Some pedons have rock fragment modifiers. The reaction is slightly acid or neutral.

*C horizon:* The hue is 7.5YR through 2.5Y.

## Apmay Series

The Apmay series consists of very deep, somewhat poorly drained soils on flood plains and valley floors. These soils formed in alluvium derived from mixed sources. The slopes range from 0 to 5 percent. The elevation ranges from 7,100 to 8,500 feet. Average annual precipitation ranges from 15 to 20 inches, and average annual air temperature ranges from 41 to 45 degrees F.

These soils are coarse-loamy, mixed, superactive, frigid Aquic Cumulic Haplustolls.

A typical pedon of Apmay loam is in an area of Dalmation-Apmay-Schrader complex, 0 to 5 percent slopes, located about 100 feet east and 250 feet south of the northwest corner of sec. 1, T. 38 N., R. 14 W.:

A—0 to 4 inches; brown (10YR 4/3) loam, very dark grayish brown (10YR 3/2) moist; moderate fine subangular blocky structure parting to weak very fine granular; soft, very friable, slightly sticky and plastic; many very fine, fine and common medium roots; many very fine continuous pores; moderately acid (pH 6.0); clear wavy boundary.

AB—4 to 10 inches; brown (10YR 4/3) clay loam, very dark grayish brown (10YR 3/2) moist; moderate fine subangular blocky structure; slightly hard, friable sticky and

plastic; many very fine and fine roots; many very fine continuos pores; neutral (pH 6.6); clear wavy boundary.

Bw1—10 to 18 inches; brown (10YR 4/3) clay loam, very dark grayish brown (10YR 3/2) moist; moderate medium subangular blocky structure; hard, friable, sticky and plastic; many very fine roots; many very fine continuous pores; common medium faint reddish yellow (5YR 6/6) concentrations of iron masses; neutral (pH 6.6); clear wavy boundary.

Bw2—18 to 22 inches; dark yellowish brown (10YR 4/4) sandy loam, very dark grayish brown (10YR 3/2) moist; weak fine subangular blocky structure parting to weak fine granular; hard, friable, sticky and plastic; common very fine roots; common very fine continuous pores; 5 percent gravel; common medium faint reddish yellow (5YR 6/6) concentrations of iron masses; neutral (pH 6.6); abrupt smooth boundary.

2C1—22 to 28 inches; brown (7.5YR 5/3) extremely gravelly loamy sand, dark brown (7.5YR 3/2) moist; massive; soft, friable, nonsticky and nonplastic; few fine roots; 60 percent gravel; neutral (pH 6.6); gradual wavy boundary.

2C2—28 to 48 inches; brown (10YR 5/3) extremely gravelly sandy loam, dark brown (10YR 3/3) moist; massive; soft, friable, nonsticky and nonplastic; 60 percent gravel, 5 percent cobbles, and 5 percent stones; neutral (pH 7.0); gradual wavy boundary.

2C3—48 to 60 inches; brown (10YR 5/3) extremely gravelly loamy sand, dark brown (10YR 3/3) moist; massive; slightly hard, friable, nonsticky and nonplastic; 60 percent gravel, 5 percent cobbles, and 5 percent stones; neutral (pH 7.0).

The mollic epipedon ranges from 16 to 30 inches thick. The depth to skeletal material ranges from 20 to 40 inches. The depth to seasonal high water table is 12 to 36 inches in May and June. The depth to redoximorphic concentrations is 10 to 18 inches.

*A horizon:* The hue is 10YR or 2.5Y; the value is 3 to 5 dry, 2 or 3 moist; and the chroma is 2 or 3. The reaction is moderately acid through neutral.

*Bw horizon:* The hue is 10YR or 2.5Y; the value is 4 or 5 dry, 3 or 4 moist; and the chroma is 2 through 4. The texture is clay loam, sandy clay loam, or sandy loam. The particle-size control section has 18 to 35 percent clay. The reaction is neutral.

*2C horizons:* The hue is 7.5YR or 10YR; the value is 4 through 6 dry, 3 through 5 moist; and the chroma is 2 through 4. The texture is extremely gravelly loamy sand and extremely gravelly sandy loam.

The particle-size control section has granitic rock fragments that consist of 50 to 70 percent gravel and 0 to 15 percent cobbles and stones. The reaction is neutral.

This soil is taxadjunct to the series because the lower part of the particle-size control section (the 2C2 horizon) is loamy and not sandy.

## Arabrab Series

The Arabrab series consists of shallow, well drained soils on mesas, hills, and ridges. These soils formed in residuum and reworked eolian material derived dominantly from sandstone. The slopes range from 0 to 15 percent. The elevation ranges from 6,600 to 7,200 feet. Average annual precipitation ranges from 13 to 15 inches, and average annual air temperature ranges from 45 to 49 degrees F.

These soils are loamy, mixed, superactive, mesic Lithic Haplustalfs.

A typical pedon of Arabrab loam, 0 to 15 percent slopes, is located about 400 feet west and 430 feet south of the northeast corner of sec. 3, T. 41 N., R. 16 W.:

A—0 to 3 inches; brown (7.5YR 4/4) loam, dark brown (7.5YR 3/2) moist; moderate medium granular structure; hard, very friable, sticky and slightly plastic; few fine roots; 5 percent gravel; slightly alkaline (pH 7.6); clear smooth boundary.

Bt—3 to 7 inches; brown (7.5YR 4/4) clay loam, dark reddish brown (5YR 3/4) moist; moderate medium subangular blocky structure; slightly hard, friable, sticky and plastic; few distinct clay films on faces of peds; few fine roots; strongly effervescent; 5 percent gravel; slightly alkaline (pH 7.6); gradual smooth boundary.

Bk—7 to 15 inches; pinkish gray (7.5YR 7/2) cobbly loam, brown (7.5YR 4/2) moist; weak fine subangular blocky structure; hard, friable, slightly sticky and plastic; violently effervescent; 15 percent gravel and 10 percent cobbles; slightly alkaline (pH 7.8); abrupt smooth boundary.

R—15 inches; hard sandstone.

The depth to bedrock ranges from 10 to 20 inches. The particle-size control section has 18 to 35 percent clay and 5 to 25 percent rock fragments. The reaction is slightly alkaline.

*A horizon:* The hue is 5YR through 10YR; the value is 4 or 5 dry, 3 to 5 moist; and the chroma is 2 or 3. The texture is loam or fine sandy loam.

*Bt horizon:* The hue is 5YR or 7.5YR; the value is 4 or 5 dry, 3 to 5 moist; and the chroma is 3 to 6. The texture is loam, clay loam, or sandy clay loam with rock fragment modifiers in some pedons.

*Bk horizon:* The hue is 5YR or 7.5YR; the value is 5 to 7 dry, 4 or 5 moist; and the chroma is 2 to 4. The texture of the fine-earth fraction is loam or clay loam with rock fragment modifiers.

## Archuleta Series

The Archuleta series consists of shallow, well drained soils on mountain slopes, hills, ridges, and canyon side slopes. These soils formed in residuum and slope alluvium derived mostly from shale and sandstone. The slopes range from 12 to 80 percent. The elevation ranges from 7,100 to 8,500 feet. Mean annual precipitation ranges from 15 to 22 inches. Mean annual air temperature ranges from 40 to 45 degrees F.

These soils are loamy, mixed, superactive, frigid, shallow Typic Haplustepts.

A typical pedon of Archuleta stony clay loam is in an area of Archuleta-Sheek complex, 12 to 65 percent slopes, located along the old railroad grade in the southwest quarter of the northwest quarter of sec. 28, T. 36 N., R. 12 W.:

A—0 to 3 inches; light brownish gray (10YR 6/2) stony clay loam, brown (7.5YR 5/2) moist; moderate medium granular structure, slightly hard, friable, sticky and plastic; 15 percent gravel, 5 percent cobbles, and 10 percent stones; neutral (pH 7.0); clear smooth boundary.

Bw—3 to 16 inches; brown (7.5YR 5/3) clay loam, brown (7.5YR 5/3) moist; weak medium subangular blocky structure; hard, firm, sticky and plastic; 5 percent gravel, 2 percent cobbles, and 3 percent stones; neutral (pH 7.0); clear smooth boundary.

Cr—16 to 26 inches; shale and sandstone weathered in the upper few inches.

The depth to paralithic contact ranges from 10 to 20 inches. The particle-size control section has 18 to 35 percent clay and 0 to 30 percent sandstone rock fragments. The texture typically is loam, clay loam, sandy clay loam, or sandy loam. The reaction ranges from slightly acid to slightly alkaline.

*A horizon:* The hue is 7.5YR or 10YR; the value is 5 through 7 dry, 4 through 6 moist; and the chroma is 2 through 4.

*Bw horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 4 through 6 moist; and the chroma is 2 through 4.

## Argiustolls

Argiustolls consist of moderately deep to very deep, well drained soils on canyon side slopes and mountain slopes. These soils formed in slope alluvium and colluvium derived mostly from sandstone and shale. The slopes range from 30 to 80 percent. The elevation ranges from 6,900 to 8,500 feet. Average annual precipitation ranges from 15 to 22 inches, and average annual air temperature ranges from 40 to 46 degrees F.

These soils are Argiustolls.

A reference pedon of Argiustolls is in an area of Argiustolls-Haplustalfs-Rock outcrop complex, 30 to 80 percent slopes, located in the northwest quarter of the southeast quarter of sec. 6, T.38 N., R.15 W.:

Oi—0 to 1 inch; slightly decomposed needles and leaves.

A—1 inch to 4 inches; very dark grayish brown (10YR 3/2) extremely stony loam, black (10YR 2/1) moist; strong fine subangular blocky structure; slightly hard, friable, slightly sticky and plastic; many very fine to medium roots; 15 percent gravel, 25 percent cobbles, and 30 percent stones; neutral (pH 7.0); clear smooth boundary.

Bt1—4 to 7 inches; grayish brown (10YR 5/2) extremely stony clay loam, very dark brown (10YR 2/2) moist; strong medium subangular blocky structure; very hard, friable, sticky and plastic; many very fine to medium roots; many prominent clay films on the faces of peds; 10 percent gravel, 20 percent cobbles, and 40 percent stones; neutral (pH 7.0); clear wavy boundary.

Bt2—7 to 13 inches; brown (10YR 4/3) extremely stony clay loam, dark brown (10YR 3/3) moist; strong coarse subangular blocky structure; very hard, friable, sticky and plastic; common very fine to medium roots; many prominent clay films on the faces of peds; 10 percent gravel, 25 percent cobbles, and 30 percent stones; neutral (pH 7.0); clear wavy boundary

Bt3—13 to 20 inches; yellowish brown (10YR 5/4) very stony clay loam, dark brown (10YR 3/3) moist; strong coarse subangular blocky structure; extremely hard, firm, sticky and plastic; few very fine to medium roots; many prominent clay films on the faces of peds; 10 percent gravel, 15 percent cobbles, and 15 percent stones; neutral (pH 7.0); gradual wavy boundary.

Bt4—20 to 37 inches; yellowish brown (10YR 5/4) cobbly clay loam, brown (10YR 4/3) moist; moderate medium subangular blocky structure; extremely hard, firm, sticky and plastic; few very fine to medium roots; common prominent clay films on the faces of peds; 10 percent gravel, 15 percent cobbles, and 5 percent stones; neutral (pH 7.0); clear smooth boundary.

C1—37 to 50 inches; light gray (10YR 7/2) cobbly clay, brown (10YR 5/3) moist; massive; extremely hard, very firm, sticky and plastic; 10 percent gravel, 15 percent cobbles, and 5 percent stones; neutral (pH 7.0); clear smooth boundary.

C2—50 to 61 inches; light brownish gray (10YR 6/2) clay, grayish brown (10YR 5/2) moist; massive; extremely hard, very firm, sticky and plastic; neutral (pH 7.0).

The depth to bedrock ranges from 20 to 60 inches or more. The mollic epipedon ranges from 10 to 24 inches thick. The particle-size control section has 35 to 80 percent rock fragments. The reaction ranges from slightly acid to slightly alkaline.

*A horizon:* The hue is 5YR through 10YR; the value is 3 through 5 dry, 2 or 3 moist; and the chroma is 1 through 3. The texture usually is loam with varying rock fragment modifiers.

*Bt horizon:* The hue is 5YR through 2.5Y; the value is 4 through 6 dry, 2 through 4 moist; and the chroma is 2 through 6. The texture usually is clay loam, loam, or clay with varying rock fragment modifiers.

*C horizon (when present):* The hue is 5YR through 2.5Y.

## Baird Hollow Series

The Baird Hollow series consists of very deep, well drained soils on mountain slopes. These soils formed in slope alluvium derived from rhyolite and sandstone. The slopes range from 15 to 30 percent. The elevation ranges from 10,000 to 11,000 feet. Average annual precipitation ranges from 25 to 35 inches. The average annual air temperature ranges from 35 to 38 degrees F.

These soils are clayey-skeletal, smectitic Pachic Palecryolls.

A typical pedon of Baird Hollow loam is in an area of Baird Hollow-Nordicol-Ryman complex, 5 to 40 percent slopes, located in the northeast quarter of the northwest quarter of sec. 22, T. 42 N., R. 13 W.:

Oi—0 to 2 inches; layer of aspen leaves and other partly decayed material.

A1—2 to 9 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; moderate medium granular structure; soft, friable, non-sticky and non-plastic; many fine roots; moderately acid (pH 6.0); clear smooth boundary.

A2—9 to 20 inches; brown (7.5YR 5/2) loam, dark brown (7.5YR 3/2) moist; moderate fine granular structure; soft, very friable, non-sticky and non-plastic; 5 percent gravel and 2 percent cobbles; many fine roots, slightly acid (pH 6.2); gradual wavy boundary.

E/B—20 to 29 inches; (70 percent E) light brownish gray (10YR 6/2) very cobbly sandy clay loam, dark grayish brown (10YR 4/2) moist, and (30 percent B) brown (7.5YR 5/4) very cobbly clay loam, brown (7.5YR 4/4) moist; moderate medium subangular blocky structure parting to moderate medium granular; hard, friable, sticky and plastic; 20 percent gravel and 20 percent cobbles; few fine roots; slightly acid (pH 6.4); gradual wavy boundary.

Bt—29 to 62 inches; brown (7.5YR 5/4) very cobbly clay loam, brown (7.5YR 4/4) moist; moderate medium subangular blocky structure; hard, firm, very sticky and plastic; few distinct clay films on faces of peds; 25 percent gravel, 30 percent cobbles, and 2 percent stones; slightly acid (pH 6.4).

The mollic epipedon ranges from 16 to 20 inches thick. The depth to the top of the Bt horizon is 24 to 34 inches from the mineral soil surface. The particle-size control section has 35 to 45 percent clay and 35 to 60 percent rhyolite and sandstone rock fragments.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 1 or 2. The texture is loam. The reaction is moderately acid or slightly acid.

*E/B horizon:* The hue is 7.5YR or 10YR

*E part:* The value is 5 or 6 dry, 3 or 4 moist and chroma of 2 or 3. The texture of the fine-earth fraction is loam or sandy clay loam.

*B part:* The value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 or 4. The texture of the fine-earth fraction is clay loam or sandy clay loam. The particle-size control section has 15 to 60 percent rock fragments. The reaction is moderately acid or slightly acid.

*Bt horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 3 or 4 moist and chroma of 3 or 4. The texture of the fine-earth fraction is clay loam or clay. The reaction is strongly acid through slightly acid.

## Behanco Series

The Behanco series consists of deep, well drained soils on mesas. These soils formed in residuum and slope alluvium derived dominantly from sandstone. The slopes range from 0 to 15 percent. The elevation ranges from 8,500 to 10,000 feet. Average annual precipitation ranges from 25 to 30 inches, and average annual air temperature ranges from 34 to 40 degrees F.

These soils are loamy-skeletal, mixed, superactive Pachic Haplocryolls.

A typical pedon of Behanco loam is in an area of Behanco-Powderhorn family complex, 0 to 15 percent slopes, located about 1,050 feet north and 800 feet east of the southwest corner of sec. 36, T. 39 N., R. 13 W.:

A1—0 to 2 inches; grayish brown (10YR 5/2) loam, very dark grayish brown (10YR 3/2) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; many very fine and few fine roots; many very fine pores; 5 percent gravel; moderately acid (pH 6.0); clear smooth boundary.

A2—2 to 17 inches; brown (10YR 5/3) very flaggy loam, dark brown (10YR 3/3) moist; moderate medium and coarse subangular blocky structure; slightly hard, friable, nonsticky and nonplastic; common very fine, few medium and coarse roots; many very fine and few fine pores; 20 percent channers, and 20 percent flags; slightly acid (pH 6.2); clear irregular boundary.

E—17 to 25 inches; very pale brown (10YR 7/3) very channery loam, brown (10YR 4/3) moist; weak medium subangular blocky structure; slightly hard, friable, nonsticky and nonplastic; common very fine, few medium and coarse roots; many very fine pores; 45 percent channers and 10 percent flags; strongly acid (pH 5.1); gradual irregular boundary.

Bt—25 to 33 inches; very pale brown (10YR 7/4) very channery loam, yellowish brown (10YR 5/4) moist; moderate medium subangular blocky structure; slightly hard, friable, nonsticky and nonplastic; few very fine roots; common very fine pores; common faint clay films bridging sand grains; 45 percent channers, and 10 percent flags; strongly acid (pH 5.4); clear wavy boundary.

2C1—33 to 45 inches; yellow (10YR 7/6) very channery sand, brownish yellow (10YR 6/6) moist; massive to single grained; loose, loose, nonsticky and nonplastic; few very fine roots; few very fine pores, 30 percent channers, 10 percent flags; strongly acid (pH 5.3); clear wavy boundary.

2C2—45 to 47 inches; yellow (10YR 7/8) clay, brownish yellow (10YR 6/8) moist; massive, extremely hard, extremely firm, sticky and plastic; few very fine roots; 5 percent channers; strongly acid (pH 5.4); clear wavy boundary.

2Cr—47 to 59 inches; yellow (10YR 7/6) weathered sandstone, brownish yellow (10YR 6/6) moist, massive; extremely hard, extremely firm, nonsticky and nonplastic; strongly acid (pH 5.1); abrupt wavy boundary.

2R—59 inches; hard Dakota sandstone.

The mollic epipedon ranges from 16 to 30 inches thick. The depth to paralithic contact ranges from 40 to 60 inches The particle-size control section has 18 to 27 percent clay and 35 to 60 percent rock fragments.

*A horizon:* The hue is 10YR; the value is 3 through 5 dry, 2 or 3 moist; and the chroma is 2 or 3. The reaction is moderately acid or slightly acid.

*E horizon:* The hue is 10YR; the value is 6 or 7 dry, 4 or 5 moist; and the chroma is 2 through 4. The reaction is strongly acid.

*Bt horizon:* The hue is 10YR; the value is 4 through 7 dry, 4 or 5 moist; and the chroma is 3 or 4. The texture of the fine-earth fraction typically is loam with very channery or very flaggy rock fragment modifiers. The reaction is strongly acid or moderately acid.

*2C1 horizon:* The hue is 10YR; the value is 5 to 7 dry, 5 or 6 moist; and the chroma is 4 through 8. The reaction is strongly acid or moderately acid.

## Beje Series

The Beje series consists of shallow, well drained soils on mesas, hills, and ridges. These soils formed in slope alluvium and residuum derived dominantly from sandstone. The slopes range from 1 to 30 percent. The elevation ranges from 7,100

to 8,500 feet. Average annual precipitation ranges from 15 to 22 inches, and average annual air temperature ranges from 41 to 45 degrees F.

These soils are loamy, mixed, superactive, frigid Lithic Argiustolls.

A typical pedon of Beje loam, very stony, is in an area of Ormiston-Beje complex, 5 to 30 percent slopes, located about 550 feet west and 450 feet south of the northeast corner of sec. 20, T. 38 N., R. 15 W.:

A—0 to 2 inches; brown (10YR 4/3) loam, dark brown (10YR 3/3) moist; weak fine subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and slightly plastic; 5 percent gravel, 2 percent cobbles, and 2 percent stones; neutral (pH 7.0); clear wavy boundary.

AB—2 to 6 inches; brown (10YR 4/3) loam, dark brown (10YR 3/3) moist; weak fine subangular blocky structure; soft, very friable, nonsticky and slightly plastic; 5 percent gravel; neutral (pH 7.0); clear wavy boundary.

Bt—6 to 14 inches; brown (7.5YR 4/4) clay loam, dark brown (10YR 4/3) moist; moderate medium subangular blocky structure; hard, friable, sticky and plastic; few distinct clay films on faces of peds; 5 percent gravel; neutral (pH 7.0); clear wavy boundary.

R—14 inches; hard sandstone, fractured in the upper part.

The depth to bedrock ranges from 10 to 20 inches. The mollic epipedon ranges from 7 to 16 inches thick. The particle-size control section has 0 to 15 percent sandstone rock fragments.

*A horizon:* The hue is 7.5YR or 10YR; the value is 3 or 4 dry, 2 or 3 moist; and the chroma is 2 or 3. The reaction is neutral.

*Bt horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 3 or 4 moist and chroma of 3 or 4. The texture is clay loam, loam, or sandy clay loam. The particle-size control section has 18 to 35 percent clay. The reaction is neutral.

## Blacksnag Series

The Blacksnag series consists of very deep, well drained soils on mesas, structural benches, and mountain slopes. These soils formed in slope alluvium and colluvium derived from diorite. The slopes range from 2 to 30 percent. The elevation ranges from 10,000 to 11,500 feet. Average annual precipitation ranges from 30 to 45 inches, and average annual air temperature ranges from 32 to 38 degrees F.

These soils are loamy-skeletal, mixed, superactive Typic Dystrocryepts.

A typical pedon of Blacksnag very cobbly loam is in an area of Blacksnag-Peeler complex, 2 to 15 percent slopes, located about 2,650 feet south and 2,050 feet west of the northeast corner of sec. 3, T. 37 N., R. 12 W.:

A1—0 to 3 inches; brown (7.5YR 4/2) very cobbly loam, dark brown (7.5YR 3/2) moist; weak medium subangular blocky structure parting to moderate medium granular; soft, very friable, slightly sticky and slightly plastic; many very fine and fine, common medium and coarse roots; few very fine and fine pores; 25 percent gravel, 20 percent cobbles, and 10 percent stones; moderately acid (pH 6.0); clear wavy boundary.

A2—3 to 8 inches; brown (7.5YR 5/2) very cobbly loam, dark brown (7.5YR 3/2) moist; moderate medium subangular blocky structure parting to moderate medium granular; soft, very friable, slightly sticky and slightly plastic; many very fine, common fine, few medium and coarse roots; few very fine pores; 25 percent gravel, 20 percent cobbles, and 10 percent stones; slightly acid (pH 6.2); clear wavy boundary.

Bw1—8 to 16 inches; brown (7.5YR 4/4) extremely cobbly loam, dark brown (7.5YR 3/4) moist; moderate medium granular structure; soft, very friable, slightly sticky and slightly plastic; many very fine, common fine, few medium and coarse roots;

few medium pores; 30 percent gravel, 25 percent cobbles, and 15 percent stones; moderately acid (pH 5.6); gradual wavy boundary.

Bw2—16 to 28 inches; strong brown (7.5YR 5/6) extremely cobbly loam, dark brown (7.5YR 3/4) moist; moderate medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; common very fine, few fine, medium, and coarse roots; few medium pores; 30 percent gravel, 25 percent cobbles, and 15 percent stones; moderately acid (pH 6.0); gradual wavy boundary.

Bw3—28 to 36 inches; strong brown (7.5YR 5/6) very cobbly sandy loam, dark brown (7.5YR 3/4) moist; moderate medium and coarse angular blocky structure; slightly hard, friable, slightly sticky and nonplastic; few very fine, fine, and medium roots; few medium pores; 25 percent gravel, 20 percent cobbles, and 10 percent stones; slightly acid (pH 6.2); gradual wavy boundary.

Bw4—36 to 49 inches; strong brown (7.5YR 5/6) very cobbly sandy clay loam, brown (7.5YR 4/4) moist; moderate medium and coarse angular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; few very fine, fine and medium roots; few medium pores; 20 percent gravel, 20 percent cobbles, and 5 percent stones; slightly acid (pH 6.2); gradual wavy boundary.

Bw5—49 to 60 inches; light brown (7.5YR 6/4) very cobbly sandy clay loam, brown (7.5YR 4/4) moist; moderate medium and coarse angular blocky structure; slightly hard, friable, slightly sticky and nonplastic; few very fine and fine roots; 10 percent gravel, 25 percent cobbles, and 5 percent stones; slightly acid (pH 6.2).

The particle-size control section has 18 to 35 percent clay and 35 to 85 percent rock fragments. Base saturation ranges from 35 to 50 percent in the A and Bw horizons above a depth of 30 inches.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 through 6 dry, 3 through 5 moist; and the chroma is 2 or 3 dry, 2 through 4 moist. The reaction is moderately acid or slightly acid.

*Bw horizon:* The hue is 7.5YR or 10YR; the value is 4 through 7 dry, 3 through 5 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction is loam, sandy loam, or sandy clay loam. The particle-size control section has 35 to 85 percent rock fragments, consisting of diorite gravel, cobbles, and stones. The reaction is moderately acid or slightly acid.

## Bodot Series

The Bodot series consists of moderately deep, well drained soils on hills, and ridges. These soils formed in residuum derived dominantly from shale. The slopes range from 15 to 25 percent. The elevation ranges from 6,500 to 7,500 feet. The average annual precipitation ranges from 13 to 15 inches, the average annual air temperature ranges from 46 to 50 degrees F.

These soils are fine, smectitic, mesic Torrertic Haplustepts.

A typical pedon of Bodot silty clay loam is in an area of Zigzag-Bodot-Rock outcrop complex, 15 to 30 percent slopes, about 300 feet south and 1,700 feet west of the northeast corner of sec. 4, T. 41 N., R. 15 W.

A—0 to 3 inches; light brownish gray (10YR 6/2) silty clay loam, dark grayish brown (10YR 4/2) moist; moderate fine granular structure; slightly hard, very friable, slightly sticky and plastic; strongly effervescent; slightly alkaline (pH 7.6); clear smooth boundary.

Bw—3 to 18 inches; brown (10YR 5/3) silty clay loam, brown (10YR 4/3) moist; weak coarse subangular blocky structure parting to moderate fine angular blocky; hard, friable, sticky and plastic; strongly effervescent; moderately alkaline (pH 8.0); clear smooth boundary.

C—18 to 38 inches; pale brown (10YR 6/3) silty clay loam, brown (10YR 4/3) moist; massive; hard, friable, slightly sticky and plastic; calcium carbonate is segregated in many irregularly shaped medium sized threads and soft masses; 10 percent shale fragments; strongly effervescent; moderately alkaline (pH 8.2); clear wavy boundary.

Cr—38 to 48 inches; slightly weathered gray platy shale.

Paralithic contact is at a depth of 20 to 40 inches. The particle-size control section has 35 to 50 percent clay and 0 to 15 percent rock fragments. The texture of the particle-size control section is silty clay loam, silty clay, clay loam, or clay. The soil has cracks $^{1}/_{2}$ inch wide in the AC horizon and in the upper parts of the C horizons. Slickensides are present in most pedons.

*A horizon:* The hue is 7.5YR through 2.5Y; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 or 3. The reaction is slightly alkaline or moderately alkaline.

*Bw horizon (when present):* The hue is 10YR or 2.5Y; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 or 3. The reaction is slightly alkaline or moderately alkaline.

*C horizon:* The hue is 10YR or 2.5Y; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 or 4. The reaction is moderately alkaline or strongly alkaline.

This soil is taxadjunct to the series because it has a more strongly expressed B (cambic) horizon.

## Bradfield Series

The Bradfield series consists of very deep, well drained soils on mesas and alluvial fans. These soils formed in slope alluvium and alluvium derived mostly from shale. The slopes range from 0 to 5 percent. The elevation ranges from 7,600 to 8,500 feet. The mean annual precipitation ranges from 18 to 25 inches and the mean annual air temperature ranges from 40 to 44 degrees F.

These soils are fine, smectitic, frigid Udic Haplusterts.

A typical pedon of Bradfield clay loam, 0 to 5 percent slopes, is located about 30 miles north of Dolores in Dolores County; about 1,600 feet west and 1,200 feet south of the northeast corner of sec. 4, T. 40 N., R. 16 W.:

A—0 to 7 inches; grayish brown (10YR 5/2) clay loam, very dark grayish brown (10YR 3/2) moist; moderate medium granular structure; hard, firm, sticky and plastic; many fine and medium roots; neutral (pH 7.2); clear smooth boundary.

Bss1—7 to 15 inches; brown (10YR 4/3) clay loam, dark brown (10YR 3/3) moist; moderate coarse prismatic structure parting to moderate medium angular and subangular blocky; extremely hard, firm, sticky and plastic; pressure faces and slickensides are present; cracks are 1/2 inch wide or more; few fine roots; neutral (pH 7.0); gradual smooth boundary.

Bss2—15 to 28 inches; dark grayish brown (10YR 4/2) clay, very dark grayish brown (10YR 3/2) moist; moderate coarse prismatic structure parting to moderate medium angular and subangular blocky; extremely hard, very firm, very sticky and very plastic; pressure faces and slickensides are present; wedge shaped aggregates are present; cracks are 1/2 inch wide or more; neutral (pH 7.2); clear smooth boundary.

Bss3—28 to 36 inches; brown (10YR 5/3) and yellowish brown (10YR 5/4) clay, dark brown (10YR 3/3) and yellowish brown (10YR 5/4) moist; massive; extremely hard, very firm, very sticky and very plastic; many prominent pressure faces and slickensides; slightly alkaline (pH 7.4); gradual wavy boundary.

BCy—36 to 60 inches; light yellowish brown (10YR 6/4) clay, yellowish brown (10YR 5/4) moist; massive; very hard, very firm, very sticky and very plastic; few gypsum crystals in the lower part of this horizon; neutral (pH 7.2).

The mollic epipedon ranges from 16 to 40 inches thick and usually includes part or all of the Bss horizon. The soil typically is carbonate free but a few pedons have disseminated carbonates in the lower part of the C horizon. The depth to calcareous material ranges from 35 to 60 inches or more. The particle-size control section has 35 to 60 percent clay and 0 to 10 percent shale rock fragments.

The soil has cracks extending to the surface when dry. Cracks are $^{1}/_{2}$ to 1 inch wide, 20 inches or more deep and 12 inches or more long. Pressure faces and slickensides are evident in the series control section. Wedge-shaped aggregates are present in most pedons.

*A horizon:* The hue is 2.5Y or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 1 through 3. The reaction is neutral or slightly alkaline.

*Bss horizons:* The hue is 2.5Y or 10YR; the value is 4 or 5 dry, 2 through 4 moist; and the chroma is 1 through 4. The reaction is neutral or slightly alkaline.

*BCy horizon:* The hue is 2.5Y or 10YR. The reaction ranges from neutral through moderately alkaline.

## Brumley Series

The Brumley series consists of very deep, well drained soils on terraces and mesas. These soils formed in slope alluvium derived dominantly from sandstone. The slopes range from 0 to 15 percent. The elevation ranges from 6,800 to 7,200 feet. Average annual precipitation ranges from 12 to 14 inches, and average annual air temperature ranges from 47 to 50 degrees F.

These soils are fine-loamy, mixed, superactive, mesic Calcidic Haplustalfs.

A typical pedon of Brumley loam, 0 to 15 percent slopes, is located about 200 feet east and 1,700 feet south of the northwest corner of sec. 2, T. 41 N., R.16 W.:

A—0 to 2 inches; brown (10YR 5/3) loam, dark brown (7.5YR 3/2) moist; moderate fine granular structure; slightly hard, very friable, slightly sticky and slightly plastic; slightly alkaline (pH 7.4); clear smooth boundary.

Bt—2 to 17 inches; brown (7.5YR 4/4) clay loam, dark brown (7.5YR 3/4) moist; moderate medium subangular blocky parting to strong fine subangular blocky structure; hard, friable, sticky and plastic; common distinct clay films on faces of peds; slightly alkaline (pH 7.4); clear smooth boundary.

Btk—17 to 25 inches; light brown (7.5YR 6/4) clay loam, brown (7.5YR 5/4) moist; moderate fine subangular blocky structure; very hard, friable, sticky and plastic; common distinct clay films on faces of peds; disseminated calcium carbonate; slightly effervescent; moderately alkaline (pH 8.0); gradual smooth boundary.

Bk1—25 to 40 inches; light brown; (7.5YR 6/4) clay loam, brown (7.5YR 5/4) moist; weak medium subangular blocky structure; hard, friable, sticky and plastic; disseminated calcium carbonate and in small masses; violently effervescent; 28 percent calcium carbonate; moderately alkaline (pH 8.0); clear smooth boundary.

Bk2—40 to 60 inches; pink (7.5YR 7/4) loam, brown (7.5YR 5/4) moist; massive; hard, very friable, sticky and slightly plastic; disseminated calcium carbonate and in small masses and seams; violently effervescent; 37 percent calcium carbonate decreasing with depth; moderately alkaline (pH 8.0).

The depth to secondary calcium carbonate ranges from 14 to 27 inches. The depth to the calcic horizon ranges from 17 to 39 inches.

The particle-size control section has 27 to 35 percent clay and 0 to 15 percent rock fragments.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 through 6 dry, 3 through 5 moist; and the chroma is 2 or 3. The reaction is neutral or slightly alkaline.

*Bt horizon:* The hue is 5YR or 7.5YR; the value is 4 through 6 dry, 3 through 5 moist; and the chroma is 3 through 6. The texture is clay loam or sandy clay loam. The particle-size control section has 27 to 35 percent clay. The reaction is slightly alkaline.

*Btk horizon:* The hue is 5YR or 7.5YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 through 6. The texture is clay loam or sandy clay loam. The particle-size control section has 27 to 35 percent clay. The reaction is slightly alkaline or moderately alkaline.

*Bk horizon:* The hue is 5YR or 7.5YR; the value is 6 through 8 dry, 5 through 7 moist; and the chroma is 3 through 6. The texture is loam, clay loam, or sandy clay loam. the calcium carbonate equivalent of the calcic horizon ranges from 15 to 50 percent and decreases with depth. The reaction is moderately alkaline.

## Bucklon Series

The Bucklon series consists of shallow, well drained soils on mountain slopes. These soils formed in residuum derived mostly from shale and sandstone. The slopes range from 10 to 60 percent. The elevation ranges from 8,000 to 11,000 feet. The average annual precipitation ranges from 25 to 45 inches. The average annual air temperature ranges from 32 to 38 degrees F.

These soils are loamy, mixed, superactive, shallow Typic Haplocryolls.

A typical pedon of Bucklon loam is in an area of Hourglass-Bucklon-Wander complex, 30 to 60 percent slopes, located in the northwest quarter of the northeast quarter of sec. 22, T. 37 N., R. 8 W.:

A1—0 to 1 inch; dark grayish brown, (10YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; weak medium granular structure that parts to moderate fine granular; soft, friable, slightly sticky and slightly plastic; 10 percent gravel; neutral (pH 6.6); clear wavy boundary.

A2—1 inch to 12 inches; dark grayish brown, (10YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; moderate medium granular structure; soft, friable, slightly sticky and slightly plastic. 10 percent gravel, 1 percent cobbles; neutral (pH 6.6).

Cr—12 to 22 inches; shale bedrock.

The depth to bedrock ranges from 10 to 20 inches. The mollic epipedon ranges from 6 to 15 inches thick.

The particle-size control section has 18 to 35 percent clay.

*A horizon:* The hue is 2.5Y or 10YR; the value is 3 through 5 dry, 2 or 3 moist; and the chroma is 1 through 3. The reaction is slightly acid or neutral.

## Burnson Series

The Burnson series consists of deep, well drained soils on mesas and hills. These soils formed in slope alluvium over residuum derived dominantly from sandstone and shale but with some influence from eolian materials. The slopes range from 1 to 30 percent. The elevation ranges from 7,400 to 9,000 feet. The average annual precipitation ranges from 17 to 23 inches. The average annual air temperature ranges from 41 to 45 degrees F.

These soils are fine, smectitic, frigid Typic Haplustalfs.

A typical pedon of Burnson loam, 1 to 15 percent slopes, is located about 1,200 feet south and 1,700 feet east of the northwest corner of sec. 19, T. 40 N., R. 16 W.:

Oi—0 to 1 inch; decomposing mat of organic material.

A—1 inch to 4 inches; brown (10YR 4/3) loam, very dark grayish brown (10YR 3/2)

moist; moderate medium granular structure; soft, very friable, non-sticky and non-plastic; neutral (pH 6.8); clear smooth boundary.

AB—4 to 8 inches; brown (7.5YR 4/3) clay loam, dark brown (7.5YR 3/2) moist; moderate medium subangular block structure; hard, friable, sticky and plastic; 5 percent gravel; slightly acid (pH 6.4); gradual wavy boundary.

Bt1—8 to 18 inches; reddish brown (5YR 5/4) sandy clay, reddish brown (5YR 4/4) moist; moderate medium prismatic structure that parts to moderate medium subangular blocky; very hard, very firm, very sticky and plastic; common distinct clay films on faces of peds; organic staining along some ped faces and in some root channels; 10 percent paragravel (soft sandstone gravel); slightly acid (pH 6.1); gradual irregular boundary.

Bt2—18 to 29 inches; mixed colors of reddish brown (5YR 5/4) and reddish gray (5YR 5/2) sandy clay, reddish brown (5YR 4/3) and dark reddish gray (5YR 4/2) moist, reddish brown (5YR 5/4) moist crushed; moderate coarse prismatic structure that parts to moderate fine prisms; very hard, very firm, sticky and plastic; common prominent clay films on faces of peds and in some root channels; organic staining along some ped faces and in some root channels; 13 percent paragravel (soft sandstone gravel); slightly acid (pH 6.1); gradual irregular boundary.

BC—29 to 44 inches; mixed materials of reddish brown (5YR 4/4) clay, and brownish yellow (10YR 6/6) sandy clay loam, dark reddish brown (5YR 3/4) and brownish yellow (10YR 6/6) moist; massive; very hard, very firm, clay is very sticky and plastic, sandy clay loam is sticky and slightly plastic; many pressure faces in the clay part; 5 percent gravel; effervescent in few fine masses of lime directly above bedrock; neutral (pH 6.8); abrupt smooth boundary.

R—44 inches; sandstone bedrock, weathered in the upper inch.

The depth to bedrock ranges from 40 to 60 inches from the mineral soil surface. The particle-size control section has 35 to 55 percent clay and 0 to 15 percent sandstone rock fragments. Some pedons have a C horizon.

*A horizon:* The hue is 7.5YR or 10YR; the value is 3 or 4 dry, 2 or 3 moist, and a chroma of 1 through 3. The texture typically is loam or clay loam. The reaction is slightly acid or neutral.

*Bt horizon:* The hue is 5YR or 7.5YR; the value is 3 through 6 dry, 3 or 4 moist; and the chroma is 2 through 6. The texture typically is clay loam, clay, or sandy clay. The reaction is slightly acid or neutral.

*BC or C horizons:* The hue is 5YR through 10YR; the value is 4 through 7 dry, 3 through 6 moist; and the chroma is 3 through 6. The texture is clay loam, sandy clay loam, or clay. The particle-size control section has 35 percent or more clay. The reaction is neutral to slightly alkaline.

## Caviness Series

The Caviness series consists of deep, well drained soils on mountain slopes. These soils formed in slope alluvium and residuum derived mostly from Dakota sandstone. The slopes range from 15 to 30 percent. The elevation ranges from 8,800 to 10,600 feet. The average annual precipitation ranges from 25 to 35 inches. The average annual air temperature ranges from 34 to 40 degrees F.

These soils are fine, smectitic, Umbric Palecryalfs.

A typical pedon of Caviness loam, 15 to 30 percent slopes, is located about 300 feet east and 400 feet north of the southwest corner of sec. 23, T. 36 N., R. 12 W.:

Oi—0 to 3 inches; organic layer of leaves and roots.

A1—3 TO 13 inches; grayish brown (10YR 5/2) loam; dark brown (7.5YR 3/2) moist;

weak medium granular structure; soft, friable, nonsticky and nonplastic; 2 percent gravel and 5 percent cobbles; strongly acid (pH 5.2); clear wavy boundary.
A2—13 to 21 inches; brown (10YR 5/3) stony loam, dark brown (7.5YR 3/2) moist; weak medium subangular blocky structure parting to moderate fine granular; soft, friable, nonsticky and nonplastic; 5 percent gravel, 10 percent cobbles, and 10 percent stones; strongly acid (pH 5.2); clear irregular boundary.
E—21 to 32 inches; pink (7.5YR 7/4) stony sandy clay loam; brown (7.5YR 5/4) moist; moderate medium granular structure; slightly hard, friable, slightly sticky and slightly plastic; 5 percent gravel, 10 percent cobbles, and 10 percent stones; very strongly acid (pH 5.0); abrupt smooth boundary.
Bt—32 to 51 inches; light red (2.5YR 6/6) clay; red (2.5YR 5/6) moist; moderate medium prismatic structure parting to medium angular blocky; very hard, very firm, very sticky and very plastic; many prominent clay films on faces of peds; 2 percent gravel, 2 percent cobbles, and 1 percent stones; very strongly acid (pH 4.8); gradual smooth boundary.
BC—51 to 58 inches; yellowish red (5YR 5/6) sandy clay, yellowish red (5YR 4/6) moist; massive; very hard very firm, sticky and plastic; 2 percent gravel, 2 percent cobbles, and 1 percent stones; very strongly acid (pH 4.6); abrupt smooth boundary.
R—58 inches; hard sandstone.

The mollic epipedon ranges from 16 to 26 inches thick. The depth to lithic contact ranges from 40 to 60 inches from the mineral soil surface. The particle-size control section has 5 to 35 percent sandstone rock fragments.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 2 or 3. The reaction is strongly acid or moderately acid.

*E horizon:* The hue is 7.5YR or 10YR; the value is 6 or 7 dry, 4 or 5 moist; and the chroma is 3 or 4. The reaction is very strongly acid to moderately acid.

*Bt horizon:* The hue is 2.5YR or 5YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 4 through 8. The texture of the fine-earth fraction is clay, sandy clay, or clay loam. Some pedons have rock fragment modifiers. The particle-size control section has 35 to 50 percent clay.

The reaction is very strongly acid or strongly acid.

## Ceek Series

The Ceek series consists of very deep, well drained soils on mountain slopes. These soils formed in slope alluvium and colluvium derived from shale and sandstone. The slopes range from 10 to 40 percent. The elevation ranges from 7,800 to 8,200 feet. The average annual precipitation ranges from 17 to 19 inches, the average annual air temperature ranges from 41 to 43 degrees F.

These soils are clayey-skeletal, smectitic, frigid Inceptic Haplustalfs.

A typical pedon of Ceek very flaggy clay loam, 10 to 40 percent slopes, is located about 1,200 feet east and 1,000 feet north of the southwest corner of sec. 18, T. 44 N., R. 13 W., San Miguel Soil Survey area, Colorado:

Oi—0 to 1 inch; slightly decomposed pine needles.
A—1 inch to 6 inches; very dark grayish brown (10YR 3/2) very flaggy clay loam, black (10YR 2/1) moist; moderate fine granular structure; hard, very friable, nonsticky and slightly plastic; common fine and medium pores and roots; 10 percent gravel and 30 percent flagstones; neutral (pH 7.0); clear wavy boundary.
E—6 to 14 inches; brown (7.5YR 5/2) very cobbly clay loam, dark brown (7.5YR 3/4) moist; moderate medium subangular blocky structure; very hard, friable, sticky

and slightly plastic; common fine and medium pores and roots; 10 percent gravel and 40 percent cobbles; neutral (pH 7.0); clear smooth boundary.

Bt—14 to 23 inches; brown (7.5YR 5/4) very cobbly clay loam, strong brown (7.5YR 4/6) moist; weak medium subangular blocky structure; extremely hard, friable, sticky and plastic; few fine pores and roots; 10 percent gravel, 40 percent cobbles, and 10 percent stones; few prominent clay films on faces of peds; neutral (pH 7.0); abrupt wavy boundary;

2Bk1—23 to 32 inches; weak red (2.5YR 4/2) clay, dusky red (2.5YR 3/2) moist; massive; extremely hard, firm, sticky and plastic; 10 percent cobbles; calcium carbonate disseminated throughout; strongly effervescent; slightly alkaline (pH 7.8); abrupt wavy boundary.

2Bk2—32 to 61 inches; reddish gray (5YR 5/2/ clay, dark reddish gray (5YR 4/2) moist; massive; hard, very friable, sticky and plastic; 5 percent gravel; few calcium carbonate splotches on ped faces; violently effervescent; moderately alkaline (pH 8.0).

The particle-size control section has 35 to 50 percent clay and 35 to 60 percent sandstone rock fragments. Calcium carbonate is at a depth of 22 to 30 inches from the mineral soil surface.

*A horizon:* The hue is 7.5YR or 10YR; the value is 3 or 4 dry, 2 or 3 moist; and the chroma is 2 through 4.

*E horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 3 or 4 moist; and the chroma is 2 through 4.

*Bt horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 3 or 4 moist; and the chroma is 4 through 6. The texture of the fine-earth fraction is clay loam or clay with rock modifiers of very cobbly.

*2Bk horizon:* The hue is 2.5YR or 5YR; the value is 4 or 5 dry, 3 or 4 moist; and the chroma is 2 through 4. The calcium carbonate equivalent ranges from 5 to 10 percent. The reaction is slightly alkaline or moderately alkaline.

## Chris Series

The Chris series consists of very deep, well drained soils on mountain slopes. These soils formed in slope alluvium derived dominantly from sandstone. The slopes range from 9 to 45 percent. The elevation ranges from 8,500 to 10,000 feet. The average annual precipitation ranges from 30 to 40 inches. The average annual air temperature ranges from 36 to 40 degrees F.

These soils are clayey-skeletal, smectitic, Eutric Glossocryalfs

A typical pedon of Chris gravelly loam is in an area of Chris-Nordicol complex, 15 to 45 percent slopes, located in the northeast quarter of the northwest quarter, about 3,200 feet west and 800 feet south of the northeast corner of Sec. 25, T. 36 N., R. 6 W.

Oi—0 to 1 inch; organic layer of partly decomposed needles and leaves.

E—1 inch to 13 inches; pinkish gray (7.5YR 6/2) gravelly loam, brown (7.5YR 5/2) moist; moderate fine granular structure; soft, very friable, non sticky and non plastic; 15 percent gravel, 3 percent cobbles, and 1 percent stones; neutral (pH 7.2); clear wavy boundary.

E/B—13 to 23 inches; (60 percent E) pinkish gray (5YR 6/2) gravelly sandy clay loam, light reddish gray (5YR 5/2) moist, and (40 percent B) reddish brown (5YR 6/3) gravelly clay loam, reddish brown (5YR 5/3) moist; moderate medium subangular blocky structure; slightly hard, friable, sticky and plastic; 20 percent gravel, 10 percent cobbles, and 2 percent stones; neutral (pH 6.8); clear wavy boundary. This horizon consists of tongues of albic materials extending into the underlying material

B/E—23 to 31 inches; (80 percent B) light reddish brown (5YR 6/4) very cobbly clay loam, reddish brown (5YR 4/4) moist, and (20 percent E) pinkish gray (5YR 6/2) very cobbly loam, reddish gray (5YR 5/2) moist; moderate medium subangular blocky structure; slightly hard, friable, sticky and plastic; common distinct clay films on faces of peds of the B part; 20 percent gravel, 30 percent cobbles, and 5 percent stones; slightly acid (pH 6.2); gradual wavy boundary.

Bt—31 to 42 inches; light reddish brown (5YR 6/4) very cobbly clay loam, yellowish red (5YR 4/6) moist; moderate medium angular and subangular blocky structure; hard, firm, sticky and plastic; common prominent clay films on faces of peds; 20 percent gravel, 30 percent cobbles, and 5 percent stones; moderately acid (pH 6.0); gradual wavy boundary.

C—42 to 61 inches; light reddish brown (5YR 6/4) very cobbly sandy clay loam, reddish brown (5YR 5/4) moist; massive; hard, friable, slightly sticky and plastic; 20 percent gravel, 30 percent cobbles, and 10 percent stones; moderately acid (pH 6.0).

The particle-size control sections in the E/B, B/E, Bt, and C horizons have 35 to 60 percent sandstone rock fragments.

*E horizon:* The hue is 2.5YR through 10YR; the value is 5 through 7 dry, 4 through 6 moist; and the chroma is 1 through 3. The reaction is slightly acid or neutral.

*E/B horizon:* The hue is 2.5YR or 5YR.

*E part:* The value is 5 through 7 dry, 4 through 6 moist; and the chroma is 1 through 3. The texture of the fine-earth fraction is loam or sandy clay loam.

*B part:* The value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction is clay loam or sandy clay loam.

*B/E horizon:* The hue is 2.5YR or 5YR.

*B part:* The value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction is clay loam or clay.

*E part:* The value is 5 through 7 dry, 4 through 6 moist; and the chroma is 1 through 3. The texture of the fine-earth fraction is loam or sandy clay loam.

*Bt horizon:* The hue is 2.5YR or 5YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 through 6. The texture of the fine-earth fraction typically is clay loam or clay. The particle-size control section has 35 to 50 percent clay and more than 15 percent fine or coarser sand. The reaction is moderately acid or slightly acid.

*C horizon:* The hue is 2.5YR through 7.5YR; the value is 5 or 6 dry, 4 or 5 moist and chroma of 3 through 6. The texture of the fine-earth fraction typically is sandy clay loam or clay loam.

## Clayburn Series

The Clayburn series consists of very deep, well drained soils on mountain slopes and mesas. These soils formed in slope alluvium derived mostly from sandstone and shale, and from mixed sources. The slopes range from 2 to 60 percent. The elevation ranges from 8,000 to 11,000 feet. The average annual precipitation ranges from 30 to 45 inches. The average annual air temperature ranges from 32 to 40 degrees F.

These soils are fine-loamy, mixed, superactive Pachic Argicryolls.

A typical pedon of Clayburn loam is in an area of Clayburn-Hourglass complex, 5 to 25 percent slopes, located near the west edge of the southwest quarter of sec. 3, T. 37 N., R. 8 W.:

A1—0 to 5 inches; grayish brown (10YR 5/2) loam, very dark brown (10YR 2/2) moist; moderate, medium granular structure; soft, friable, nonsticky and nonplastic; slightly acid (pH 6.2); clear smooth boundary.

A2—5 to 13 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; weak, coarse subangular blocky structure parting to moderate medium

granular; slightly hard, friable, non sticky and non plastic; slightly acid (pH 6.2); clear smooth boundary.

Bt1—13 to 18 inches; brown (10YR 5/3) clay loam, dark brown (10YR 3/3) moist; weak, medium prismatic structure that parts to moderate, medium subangular blocky; slightly hard, friable, slightly sticky and slightly plastic; few faint clay films on faces of peds and in ped pores; 5 percent gravel; slightly acid (pH 6.4); clear smooth boundary.

Bt2—18 to 36 inches; brown (7.5YR 5/4) clay loam, brown (7.5YR 4/4) moist; moderate, medium subangular blocky structure; hard, firm, sticky and plastic; common distinct clay films on faces of peds; 5 percent gravel; slightly acid (pH 6.4); gradual wavy boundary.

Bt3—36 to 48 inches; light brown (7.5YR 6/4) sandy clay loam, brown (7.5YR 5/4) moist; weak, medium subangular blocky structure that parts to moderate, medium granular; hard, firm, sticky and plastic; few faint clay films on faces of peds and in pores; 7 percent gravel, 5 percent cobbles, and 2 percent stones; neutral (pH 6.6); gradual wavy boundary.

C—48 to 60 inches; light brown (7.5YR 6/4) sandy clay loam, brown (7.5YR 5/4) moist; massive; slightly hard, firm, sticky and plastic; 5 percent gravel, 5 percent cobbles, and 3 percent stones; neutral (pH 6/6).

The mollic epipedon is 16 to 40 inches thick. The depth to the top of the argillic horizon is less than 24 inches. The particle-size control section has 0 to 15 percent rock fragments in the Bt horizons.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 1 through 3. The reaction is slightly acid or neutral.

*Bt1 horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 1 through 3. The texture typically is loam or clay loam. The reaction is slightly acid or neutral.

*Bt2 and Bt3 horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 through 6. The texture typically is sandy clay loam or clay loam. The reaction is slightly acid or neutral.

*C horizon:* The hue is 5YR through 10YR. The texture is loam, sandy clay loam, or clay loam. The reaction is slightly acid or neutral.

## Coulterg Series

The Coulterg series consists of very deep, well drained soils on hills. These soils formed in slope alluvium derived dominantly from shale. The slopes range from 10 to 50 percent. The elevation ranges from 7,800 to 8,200 feet. The average annual precipitation ranges from 16 to 18 inches, the average annual air temperature ranges from 41 to 43 degrees F.

These soils are fine-loamy, mixed, superactive, frigid Entic Haplustolls.

A typical pedon of Coulterg clay loam is in an area of Pagoda-Coulterg-Wiggler complex, 10 to 60 percent slopes, about 3,150 feet west and 1,800 feet south of the northeast corner of sec. 2, T. 41 N., R. 14 W., San Miguel Soil Survey Area, Colorado:

A—0 to 5 inches; dark grayish brown (10YR 4/2) clay loam, very dark grayish brown (10YR 3/2) moist; weak very fine granular structure; slightly hard, very friable, nonsticky and nonplastic; strongly effervescent; moderately alkaline (pH 8.0); abrupt smooth boundary.

BA—5 to 10 inches; dark grayish brown (10YR 4/2) clay loam, very dark grayish brown (10YR 3/2) moist; weak fine and medium granular structure; slightly hard, very friable, nonsticky and slightly plastic; strongly effervescent; moderately alkaline (pH 8.0); clear wavy boundary.

Bw—10 to 14 inches; grayish brown (10YR 5/2) clay loam, very dark grayish brown (10YR 3/2) moist; moderate fine subangular blocky structure; hard, very friable, slightly sticky and slightly plastic; strongly effervescent; moderately alkaline (pH 8.2); clear wavy boundary.
Bk1—14 to 31 inches; light brownish gray (10YR 6/2) clay loam, dark grayish brown (10YR 4/2) moist; massive; slightly hard, friable, slightly sticky and slightly plastic; calcium carbonate disseminated throughout; violently effervescent; moderately alkaline (pH 8.2).
Bk2—31 to 60 inches; light brownish gray (10YR 6/2) channery loam, dark grayish brown (10YR 4/2) moist; massive; very hard, friable, slightly sticky and slightly plastic; calcium carbonate disseminated throughout; 20 percent thin shale fragments; violently effervescent; moderately alkaline (pH 8.2).

The mollic epipedon is 8 to 15 inches thick and may include part of or the entire Bw horizon. In some pedons the soil is noncalcareous for a few inches into the surface. The particle-size control section has 18 to 30 percent clay and 0 to 20 percent shale rock fragments. Most of the shale fragments are in the lower part of the profile.

*A horizon:* The hue is 2.5Y or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 2 or 3. The reaction is slightly alkaline or moderately alkaline.

*Bw horizon:* The hue is 2.5Y or 10YR; the value is 4 to 6 dry, 3 or 4 moist; and the chroma is 2 to 4. The reaction is slightly alkaline or moderately alkaline.

*Bk horizon:* The hue is 2.5Y or 10YR. The texture of the fine-earth fraction is loam, clay loam, or sandy clay loam. The calcium carbonate equivalent ranges from 5 to 15 percent. The reaction is slightly alkaline or moderately alkaline.

## Cowtown Series

The Cowtown series consists of very deep, well drained soils on mountain slopes. These soils formed in slope alluvium derived dominantly from shale. The slopes range from 5 to 60 percent. The elevation ranges from 9,600 to 11,600 feet. The average annual precipitation ranges from 30 to 40 inches. The average annual air temperature ranges from 32 to 38 degrees F.

These soils are fine, smectitic Umbric Haplocryalfs.

A typical pedon of Cowtown loam is in an area of Cowtown-Scout complex, 5 to 30 percent slopes, located 3.2 miles northwest of Dunton Guard Station on the road to Groundhog Reservoir, in an unsectionized area about 2,000 feet west and 1,300 feet south of the projected northeast corner of sec. 24, T. 41 N., R. 12 W.:

A1—0 to 3 inches; grayish brown (10YR 5/2) loam, very dark grayish brown (10YR 3/2) moist; moderate fine granular structure; soft, very friable, slightly sticky and slightly plastic; 7 percent gravel; many very fine roots throughout; neutral (pH 6.6); clear smooth boundary.
A2—3 to 5 inches; grayish brown (10YR 5/2) silt loam, dark brown (10YR 3/3) moist; moderate fine granular structure; soft, very friable, slightly sticky and slightly plastic; 7 percent gravel; many very fine roots throughout; slightly acid (pH 6.4); clear smooth boundary.
E—5 to 16 inches; light gray (10YR 7/2) cobbly silt loam, brown (10YR 5/3) moist; moderate medium subangular blocky structure parting to moderate fine granular; friable, slightly hard, slightly sticky and slightly plastic; 15 percent gravel and 10 percent cobbles; few very fine and fine roots throughout; few very fine oblique discontinuous tubular pores; moderately acid (pH 6.0); gradual wavy boundary.
Bt1—16 to 33 inches; light gray (10YR 7/2) silty clay, brown (10YR 5/3) moist; many medium distinct yellowish brown (10YR 5/6) lithochromic mottles; moderate fine angular blocky structure; hard, firm, slightly sticky and plastic; few very fine and

few medium roots throughout; few very fine and fine oblique discontinuous tubular pores; many distinct clay films on faces of peds and in pores; moderately acid (pH 5.8); clear smooth boundary.

Bt2—33 to 60 inches; pale brown (10YR 6/3) silty clay, yellowish brown (10YR 5/4) moist; moderate fine angular blocky structure; hard, firm, slightly sticky and plastic; 7 percent gravel; many distinct clay films on faces of peds and in pores; moderately acid (pH 5.8).

The particle-size control section has 0 to 15 percent sandstone and shale rock fragments in the A and Bt horizons and 5 to 30 percent in the E horizon.

*A horizon:* The hue is 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 2 or 3. The reaction is slightly acid or neutral.

*E horizon:* The hue is 7.5YR or 10YR; the value is 6 or 7 dry, 4 to 6 moist; and the chroma is 2 or 3. The reaction is moderately acid to neutral.

*Bt horizons:* The hue is 7.5YR or 10YR; the value is 5 to 7 dry, 4 to 6 moist; and the chroma is 2 through 5. The texture typically is silty clay, clay, or clay loam. The particle-size control section has 35 to 50 percent clay. The reaction is moderately acid to neutral.

## Cryaquepts

Cryaquepts are moderately deep to very deep, poorly drained soils in alpine depressions and drainageways. These soils formed in alluvium derived mostly from volcanic materials. The slopes range from 0 to 6 percent. The elevation ranges from 11,600 to 11,800 feet. The average annual precipitation ranges from 40 to 50 inches. The average annual air temperature ranges from 28 to 32 degrees F.

These soils are Cryaquepts.

A reference pedon of Cryaquepts, 0 to 6 percent slopes, is located in the northwest quarter of the northeast quarter of sec. 25, T. 43 N., R. 1 W., Rio Grande National Forest-West Part Soil Survey Area, Colorado:

A—0 to 8 inches; dark grayish brown (10YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; moderate fine granular structure; soft, very friable, non sticky and non plastic; strongly acid (pH 5.3); gradual wavy boundary.

Bw—8 to 15 inches; pinkish gray (7.5YR 6/2) cobbly loam, brown (7.5YR 4/4) moist; weak fine subangular blocky structure; very friable, non sticky and non plastic; 10 percent gravel and 15 percent cobbles; few, fine distinct strong brown (7.5YR 5/8) and yellow (10YR 7/8) masses of iron concentrations; very strongly acid (pH 4.7); gradual wavy boundary.

C—15 to 28 inches; pale brown (10YR 6/3) extremely cobbly loam, brown (10YR 4/3) moist; massive; soft, very friable, slightly sticky and slightly plastic; 30 percent gravel and 45 percent cobbles; common fine distinct strong brown (10YR 5/8) and yellow (10YR 7/8) masses of iron concentrations; very strongly acid (pH 4.7).

R—28 inches; latitic ash flow tuff.

Hue is 7.5YR or 10YR. The depth to bedrock ranges from 20 to 60 inches or more. The soil is very strongly acid or strongly acid throughout. A histic epipedon occurs on some pedons and ranges from 7 to 12 inches thick, depending on local drainage. The surface is nonstony to very stony. A seasonal high water table usually is at a depth of 6 to 20 inches year round. The soil is subject to long periods of flooding in the spring and early summer.

## Cryaquolls

Cryaquolls are very deep, poorly drained soils on flood plains, valley floors, and depressions on mesas. These soils formed in alluvium derived from mixed sources.

The slopes range from 0 to 5 percent. The elevation ranges from 8,500 to 13,000 feet. The average annual precipitation ranges from 20 to 45 inches. The average annual air temperature ranges from 28 to 38 degrees F.

These soils are Cryaquolls.

A reference pedon of Cryaquolls is in an area of Cryaquolls-Typic Cryaquents complex, 1 to 5 percent slopes, located 2,000 feet east and 600 feet north of the southwest corner of sec. 24, T. 39 N., R. 10 W.:

A1—0 to 7 inches: very dark grayish brown (10YR 3/2) loam; very dark brown (10YR 2/2) moist; moderate medium granular structure; soft, friable, slightly sticky and slightly plastic; 10 percent gravel and 1 percent cobbles; neutral (pH 6.7), gradual wavy boundary.

A2—7 to 12 inches; grayish brown (10YR 5/2) loam; very dark brown (10YR 2/2) moist; weak medium granular structure; soft, very friable, non sticky and non plastic; 10 percent gravel and 2 percent cobbles; many medium distinct yellowish brown (10YR 5/6) masses of iron concentrations; slightly acid (pH 6.4); clear wavy boundary.

C—12 to 60; pale brown (10YR 6/3) and yellowish brown (10YR 5/4) stratified extremely gravelly loam and extremely gravelly sandy loam; brown (10YR 5/3) and dark yellowish brown (10YR 4/4) moist; massive; soft, very friable, nonsticky and nonplastic; many large distinct yellowish brown (10YR 5/6) masses of iron concentrations; 60 percent gravel and 5 percent cobbles; slightly acid (pH 6.4).

The mollic epipedon is 7 to 24 inches thick. The particle-size control section has 0 to 75 percent rock fragments. A seasonal high water table is at a depth of 6 to 20 inches in the spring and summer months. The soil is subject to brief periods of flooding.

*A horizon:* The hue is 5YR through 10YR; the value is 3 through 5 dry, 2 or 3 moist; and the chroma is 1 through 3. The reaction is moderately acid through neutral.

*C horizon:* The hue is 5YR through 10YR; the value is 5 through 7 dry, 4 or 5 moist; and the chroma is 3 through 6. The texture is variable, ranging from stratified loam and sandy loam to clay loam, and has rock fragment modifiers in some pedons. Iron concentrations are common throughout the C horizon. The reaction is very strongly acid through neutral.

## Cryofibrists

The Cryofibrists consist of very deep, very poorly drained soils in drainageways, and in depressions on mesas. These soils formed in organic material. The slopes range from 0 to 5 percent. The elevation ranges from 9,100 to 13,000 feet. Average annual precipitation ranges from 25 to 45 inches, and average annual air temperature ranges from 28 to 38 degrees F.

These soils are Cryofibrists.

A reference pedon of Cryofibrists is in an area of Cryaquents-Cryaquolls-Cryofibrists complex, 0 to 5 percent slopes, located about 400 feet south and 2,400 feet east of the northwest corner of sec. 3, T. 37 N., R. 12 W.:

Oi1—0 to 10 inches; dark brown (10YR 3/3) peat, 50 percent fiber, black (10YR 2/1) moist; massive; slightly hard, friable, nonsticky and nonplastic; many very fine, fine, and common medium roots; strongly acid (pH 5.4); diffuse wavy boundary.

Oi2—10 to 30 inches; dark brown (10YR 3/3) peat, 40 percent fiber, black (10YR 2/1) moist; massive; slightly hard, friable, nonsticky and nonplastic; many very fine, fine, and common medium roots; strongly acid (pH 5.4); diffuse wavy boundary.

Oa—30 to 60 inches; very dark grayish brown (10YR 3/2) muck, 15 percent fiber, black (10YR 2/1) moist; massive; slightly hard, friable, nonsticky and nonplastic; many very fine, common fine and medium roots; very strongly acid (pH 4.8).

The water table usually is at a depth of 0 to 36 inches year round. The reaction ranges from very strongly acid to moderately acid. Hue is 7.5YR or 10YR. The depth to loamy mineral soil is greater than 30 inches.

## Cryohemists

Cryohemists consist of very deep, very poorly drained soils on valley floors and in depressions. These soils formed in accumulations of organic materials over alluvium. The slopes range from 1 to 5 percent. The elevation ranges from 10,500 to 11,000 feet. Average annual precipitation ranges from 35 to 45 inches, and average annual air temperature ranges from 30 to 34 degrees F.

These soils are Cryohemists.

A reference pedon of Cryohemists is in an area of Cryohemist-Cryaquolls association, 0 to 12 percent slopes, in the northeast quarter of sec. 26, T. 38 N., R. 2 E., Rio Grande National Forest-West Part Soil Survey Area, Colorado:

Oe1—0 to 14 inches; brown (10YR 5/3) mucky peat, dark brown (10YR 3/3) moist; very strongly acid (pH 4.7); clear smooth boundary.

Oe2—14 to 26 inches; brown (10YR 5/3) mucky peat, and dark brown (10YR 3/3) moist; very dark brown (10YR 2/3) and dark grayish brown (10YR 4/2) moist, iron reductions; strongly acid (pH 5.4); clear smooth boundary.

Oe3—26 to 38 inches; brown (10YR 5/3) mucky peat, and dark brown (7.5YR 3/2) moist; dark grayish brown (10YR 2/1) moist, iron reductions; strongly acid (pH 5.4); clear smooth boundary.

2Cg1—38 to 45 inches; pale brown (10YR 6/3) loam, and very dark grayish brown (2.5Y 3/2) moist; massive; very friable, slightly sticky and slightly plastic; dark gray (2.5Y 4/0) moist, iron reductions; strongly acid (pH 5.4); clear smooth boundary.

2Cg2—45 to 60 inches; gray (10YR 5/1) gravelly loam, very dark gray (10YR 3/1) moist; massive; friable, slightly sticky and slightly plastic; 25 percent gravel; dark brown (7.5YR 3/2) moist, iron reductions;; moderately acid (pH 5.8).

Bedrock is generally at a depth of 60 inches or more. A seasonal high water table usually is at a depth of 6 to 18 inches from April through July. The soil is subject to brief periods of flooding. Water table usually is deeper during late summer and fall. The depth to loamy material is greater than 30 inches. The reaction is strongly acid or moderately acid.

## Dalmatian Series

The Dalmatian series consists of very deep, moderately well drained soils on flood plains and valley floors. These soils formed in alluvium derived from mixed sources. The slopes range from 0 to 5 percent. The elevation ranges from 7,100 to 8,500 feet. Average annual precipitation ranges from 15 to 20 inches, and average annual air temperature ranges from 41 to 45 degrees F.

These soils are fine-loamy, mixed, superactive, frigid Cumulic Haplustolls.

A typical pedon of Dalmatian loam is in an area of Dalmatian-Apmay-Schrader complex, 0 to 5 percent slopes, located about 1,600 feet east and 2,200 feet south of the northwest corner of sec. 25, T. 37 N., R. 14 W.:

A—0 to 2 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; weak fine subangular blocky structure parting to weak fine granular; slightly hard, friable, nonsticky and slightly plastic; many very fine and common fine roots; many very fine continuous pores; neutral (pH 6.8); clear smooth boundary.

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 509 of 579



AB—2 to 13 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; moderate medium subangular blocky structure parting to moderate fine subangular blocky; slightly hard, friable, nonsticky and slightly plastic; many very fine and few fine roots; many very fine and few medium continuous pores; neutral (pH 6.8); clear wavy boundary.

Bw1—13 to 25 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; moderate medium subangular blocky structure; slightly hard, friable, slightly sticky and plastic; many very fine and few fine roots; many very fine continuous pores; neutral (pH 6.8); clear smooth boundary.

Bw2—25 to 39 inches; dark brown (10YR 3/3) loam, very dark brown (10YR 2/2) moist; moderate coarse subangular blocky structure; slightly hard, friable, slightly sticky and plastic; few fine roots; many very fine continuous pores; neutral (pH 6.8); clear wavy boundary.

Bw3—39 to 45 inches; dark grayish brown (10YR 4/2) sandy clay loam, very dark brown (10YR 2/2) moist; weak fine subangular blocky structure; slightly hard, friable, slightly sticky and plastic; few fine roots; many very fine continuous pores; common medium distinct strong brown (7.5YR 4/6) masses of iron concentrations; neutral (pH 6.8); clear smooth boundary.

Bg1—45 to 49 inches; dark gray (10YR 4/1) sandy clay loam, very dark brown (10YR 2/2) moist; moderate coarse subangular blocky structure parting to moderate fine subangular blocky; hard, friable, nonsticky and slightly plastic; few fine roots; many very fine continuous pores; common medium distinct yellowish brown (10YR 5/4) masses of iron concentrations; neutral (pH 6.8); gradual wavy boundary.

Bg2—49 to 60 inches; dark gray (10YR 4/1) gravelly sandy loam, very dark grayish brown (10YR 3/2) moist; massive; very hard, friable, nonsticky and nonplastic; 20 percent gravel and 10 percent cobbles; common medium distinct strong brown (7.5YR 4/6) masses of iron concentrations; neutral (pH 6.8).

The mollic epipedon is 20 to 60 inches or more thick. The particle-size control section has 0 to 15 percent rock fragments. Organic carbon decreases irregularly with depth. Iron concentrations occur in the Bw3 and Bg horizons. A seasonal high water table usually is at a depth of 36 to 60 inches from April through July. The reaction is neutral.

*A horizon:* The hue is 7.5YR or 10YR; the value is 3 or 4 dry, 2 or 3 moist; and the chroma is 1 through 3.

*Bw horizon:* The hue is 7.5YR or 10YR; the value is 3 through 6 dry, 2 through 4 moist; and the chroma is 2 or 3. The texture typically is loam or sandy clay loam.

*Bg horizons:* The hue is 7.5YR or 10YR; the value is 3 through 6 dry, 2 through 4 moist; and the chroma is 1 or 2. The texture is loam, sandy loam, sandy clay loam, or gravelly sandy loam.

## Dapoin Series

The Dapoin series consists of very deep, well drained soils on alluvial fans. These soils formed in alluvium derived from shale. The slopes range from 1 to 15 percent. The elevation ranges from 7,800 to 8,500 feet. The average annual precipitation ranges from 17 to 20 inches, the average annual air temperature ranges from 41 to 43 degrees F.

These soils are fine, smectitic, frigid Vertic Haplustolls.

A typical pedon of Dapoin clay loam is in an area of Narraguinnep-Dapoin complex, 1 to 15 percent slopes, about 800 feet north and 500 feet west of the southeast corner of sec. 29, T. 40 N., R. 14 W., San Miguel Soil Survey Area, Colorado:

A1—0 to 4 inches; dark brown (10YR 3/3) clay loam, very dark grayish brown (10YR 3/2) moist; weak fine subangular blocky structure; soft, very friable, slightly sticky and plastic; slightly alkaline (pH 7.4); clear smooth boundary.
A2—4 to 13 inches; dark grayish brown (10YR 4/2) clay loam, very dark grayish brown (10YR 3/2) moist; moderate fine subangular blocky structure; hard, friable, sticky and plastic; slightly alkaline (pH 7.4); clear smooth boundary.
Bw—13 to 18 inches; grayish brown (2.5Y 5/2) clay, dark grayish brown (2.5Y 4/2) moist; strong coarse subangular blocky structure; very hard, firm, slightly sticky and plastic; slightly alkaline (pH 7.4); clear smooth boundary.
Bk1—18 to 29 inches; light olive brown (2.5Y 5/4) clay, olive brown (2.5Y 4/4) moist; massive; extremely hard, very firm, sticky and plastic; calcium carbonate disseminated throughout; strongly effervescent; slightly alkaline (pH 7.8); clear wavy boundary.
Bk2—29 to 32 inches; light brownish gray (2.5Y 6/2) channery clay loam, light olive brown (2.5Y 5/4) moist; massive; extremely hard, very firm, slightly sticky and plastic; calcium carbonate disseminated throughout; 15 percent channers and 5 percent parachanners (soft shale chips); violently effervescent; moderately alkaline (pH 8.4); clear wavy boundary.
Bk3—32 to 38 inches; light brownish gray (2.5Y 6/2) channery clay, light olive brown (2.5Y 5/4) moist; massive; extremely hard, very firm, sticky and plastic; calcium carbonate disseminated throughout; 20 percent channers and 5 percent parachanners (soft shale chips); violently effervescent; moderately alkaline (pH 8.4); clear wavy boundary.
Bk4—38 to 44 inches; light yellowish brown (2.5Y 6/4) clay loam, light olive brown (2.5Y 5/4) moist; massive; extremely hard, very firm, sticky and plastic; calcium carbonate disseminated throughout; violently effervescent; moderately alkaline (pH 8.4); clear wavy boundary.
Bk5—44 to 60 inches; light gray (2.5Y 7/2) clay loam, olive (5Y 5/3) moist; massive; extremely hard, very firm, slightly sticky and plastic; calcium carbonate disseminated throughout; 10 percent channers (hard shale chips); violently effervescent; moderately alkaline (pH 8.4).

The mollic epipedon is 10 to 16 inches thick. The particle-size control section has 35 to 50 percent clay and 0 to 25 percent shale rock fragments.

*A horizon:* The hue is 7.5YR or 10YR; the value is 3 through 5 dry, 2 or 3 moist, and a chroma of 2 or 3. The reaction is neutral or slightly alkaline.

*Bw horizon:* The hue is 2.5Y or 10YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 or 3. The particle-size control section has 0 to 5 percent rock fragments. The reaction is neutral or slightly alkaline.

*Bk horizons:* The hue is 2.5Y or 10YR; the value is 5 through 7 dry, 4 or 5 moist; and the chroma is 2 through 4. The calcium carbonate equivalent ranges from 5 to 15 percent. The particle-size control section has 0 to 25 percent rock fragments. The reaction is moderately alkaline.

## Detra Series

The Detra series consists of deep, well drained soils on mesas and hills. These soils formed eolian materials and slope alluvium over residuum derived from sandstone and shale. The slopes range from 1 to 15 percent. The elevation ranges from 7,800 to 8,500 feet. The average annual precipitation ranges from 18 to 22 inches, and the average annual air temperature ranges from 41 to 45 degrees F.

These soils are fine-loamy, mixed, superactive, frigid Pachic Argiustolls.

A typical pedon of Detra loam is in an area of Jemco-Detra-Beje, moist complex, 1 to 15 percent slopes, located about 400 feet west and 1,000 feet north of the southeast corner of sec. 19, T. 39 N., R. 15 W.:

A—0 to 16 inches; dark brown (10YR 3/3) loam, very dark brown (10YR 2/2) moist; moderate medium granular structure; slightly hard, very friable, slightly sticky and slightly plastic; neutral (pH 7.2); gradual smooth boundary.
BAt—16 to 30 inches; brown (7.5YR 4/3) loam, dark brown (7.5YR 3/3) moist; moderate medium subangular blocky structure; hard, friable, sticky and plastic; few distinct clay films on faces of peds and in root channels; neutral (pH 7.0); clear smooth boundary.
Bt1—30 to 43 inches; light reddish brown (5YR 6/4) clay loam, reddish brown (5YR 4/4) moist; moderate medium subangular blocky structure; slightly hard, friable, sticky and plastic; common distinct clay films on faces of peds; neutral (pH 7.2); clear smooth boundary.
Bt2—43 to 51 inches; reddish brown (5YR 5/4) clay loam, reddish brown (5YR 4/4) moist; moderate medium prismatic structure parting to moderate medium subangular blocky; very hard, very firm, very sticky and very plastic; common distinct clay films on faces of peds; neutral (pH 7.2); clear smooth boundary.
2BC—51 to 57 inches; yellowish red (5YR 5/8) sandy clay loam, yellowish red (5YR 5/6) moist; massive; very hard, friable, sticky and plastic; slightly alkaline (pH 7.4); abrupt smooth boundary.
2R—57 inches; sandy shale bedrock, weathered in the upper inch.

The mollic epipedon ranges from 16 to 37 inches thick. The depth to lithic contact of sandstone bedrock ranges from 40 to 60 inches. The reaction is neutral or slightly alkaline. The particle-size control section has 0 to 10 percent rock fragments.

*A horizon:* The hue is 7.5YR or 10YR; the value is 3 through 5 dry, 2 or 3 moist; and chroma of 1 through 3.

*Bt horizon:* The hue is 5YR or 7.5YR; the value is 4 through 6 dry, 2 through 4 moist; and the chroma is 2 through 6. The texture of the typically is loam or clay loam. The particle-size control section has 18 to 35 percent clay.

*2BC horizon (when present):* The hue is 5YR or 7.5YR.

## Dolcan Series

The Dolcan series consists of shallow or very shallow, well drained soils on canyon side slopes and hills. These soils formed in colluvium and residuum derived dominantly from sandstone and shale. The slopes range from 25 to 80 percent. The elevation ranges from 6,000 to 8,200 feet. Average annual precipitation ranges from 13 to 16 inches. The average annual air temperature ranges from 47 to 50 degrees F.

These soils are loamy, mixed, superactive, calcareous, mesic, shallow Aridic Ustorthents.

A typical pedon of Dolcan cobbly clay loam is in an area of Wauquie-Dolcan-Rock outcrop complex, 25 to 80 percent slopes, located about 650 feet east and 400 feet south of the northwest corner of sec. 20, T. 38 N., R. 15 W:

A—0 to 4 inches; light brownish gray (10YR 6/2), cobbly clay loam, dark grayish brown (10YR 4/2) moist; moderate fine granular structure parting; slightly hard, friable, slightly sticky and plastic; 10 percent gravel, 10 percent cobbles, and 5 percent stones; strongly effervescent; moderately alkaline (pH 8.0); clear wavy boundary.
Bw—4 to 9 inches; brown (10YR 5/3) gravelly clay loam, brown (10YR 4/3) moist; moderate medium granular structure; hard, firm, sticky and plastic; 15 percent gravel, 3 percent cobbles, and 1 percent stones; strongly effervescent; moderately alkaline (pH 8.0); gradual wavy boundary.
C—9 to 16 inches; pale brown (10YR 6/3) gravelly clay loam, grayish brown (10YR 5/2) moist; massive; hard, firm, sticky and plastic; 30 percent gravel, 3 percent

cobbles, and 1 percent stones; violently effervescent; moderately alkaline (pH 8.0); clear irregular boundary.
Cr—16 to 26 inches; weathered calcareous shale.

The depth to shale bedrock is 6 to 20 inches. The soils usually are calcareous throughout. The particle-size control section has 18 to 35 percent clay and 5 to 35 percent sandstone rock fragments. The reaction is slightly alkaline or moderately alkaline throughout.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 through 6 dry, 3 or 4 moist; and the chroma is 2 or 3.

*B and C horizons:* The hue is 5YR through 10YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 through 4.

## Dolores Series

The Dolores series consists of very deep, well drained soils on mesas and hills. These soils formed in slope alluvium, colluvium, and alluvium derived dominantly from sandstone but with some from mixed sources. The slopes range from 0 to 65 percent. The elevation ranges from 7,100 to 8,600 feet. Average annual precipitation ranges from 15 to 25 inches, and average annual air temperature ranges from 40 to 45 degrees F.

These soils are clayey-skeletal, smectitic, frigid Typic Paleustalfs.

A typical pedon of Dolores loam is in an area of Dolores-Fivepine complex, 0 to 15 percent slopes, located about 1,900 feet east and 200 feet north of the southwest corner of sec. 29, T. 42 N., R. 17 W.:

Oi—0 to 1 inch; slightly decomposed needles and twigs.

A1—1 inch to 3 inches; reddish brown (5YR 4/3) loam, dark reddish brown (5YR 3/2) moist; weak fine subangular blocky structure parting to weak fine granular; slightly hard, very friable, nonsticky and nonplastic; 5 percent gravel, 5 percent cobbles, 2 percent stones, and 2 percent boulders; neutral (pH 6.6); clear smooth boundary.

A2—3 to 8 inches; reddish brown (5YR 4/3) loam, dark reddish brown (5YR 3/3) moist; moderate medium subangular blocky structure; hard, friable, slightly sticky and slightly plastic; 5 percent gravel, 5 percent cobbles, 2 percent stones, and 2 percent boulders; neutral (pH 6.8); clear wavy boundary.

BA—8 to 10 inches; reddish brown (5YR 5/4) extremely bouldery clay loam, dark reddish brown (5YR 3/3) moist; moderate medium subangular blocky structure; very hard, firm, sticky and plastic; 5 percent gravel, 25 percent stones, and 50 percent boulders; neutral (pH 6.8); gradual wavy boundary.

Bt1—10 to 15 inches; reddish brown (5YR 5/4) extremely bouldery clay loam, reddish brown (5YR 4/4) moist; strong coarse subangular blocky structure parting to strong medium subangular blocky; extremely hard, very firm, very sticky and plastic; few distinct clay films on faces of peds; 5 percent gravel, 25 percent stones, and 50 percent boulders; neutral (pH 6.8); gradual wavy boundary.

Bt2—15 to 24 inches; yellowish red (5YR 4/6) extremely bouldery clay loam, reddish brown (5YR 4/4) moist; strong medium subangular blocky structure; extremely hard, very firm, very sticky and plastic; few distinct clay films on faces of peds; 5 percent gravel, 25 percent stones, and 50 percent boulders; neutral (pH 6.8); clear smooth boundary.

Bt3—24 to 45 inches; yellowish red (5YR 5/6) extremely stony clay, yellowish red (5YR 4/6) moist; strong coarse prismatic structure parting to strong medium subangular blocky; extremely hard, very firm, very sticky and plastic; common distinct clay films on faces of peds; 5 percent gravel, 15 percent cobbles, 50 percent stones, and 5 percent boulders; neutral (pH 6.8); clear smooth boundary.

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 513 of 579



Bt4—45 to 49 inches; yellowish red (5YR 5/6) extremely stony clay; yellowish red (5YR 4/6) moist; moderate coarse subangular blocky structure; extremely hard, extremely firm, very sticky and very plastic; common distinct clay films on faces of peds; 5 percent gravel, 15 percent cobbles, and 60 percent stones; neutral (pH 6.8); clear smooth boundary.

Bk—49 to 61; brown (7.5YR 5/4) extremely stony clay; pink (7.5YR 7/4) moist, crushed; moderate coarse subangular blocky structure; extremely hard, extremely firm, very sticky and plastic; 5 percent gravel, 15 percent cobbles, and 60 percent stones; many large soft masses of calcium carbonate; effervescent; slightly alkaline (pH 7.8).

The particle-size control section has 35 to 50 percent clay and 35 to 80 percent rock fragments that consist mostly of stones, boulders, and cobbles. Secondary lime is at a depth of 40 to 60 inches from the mineral soil surface.

*A horizon:* The hue is 5YR or 7.5YR; the value is 3 through 5 dry, 2 through 4 moist; and the chroma is 2 through 4. The reaction is neutral.

*Bt horizon:* The hue is 5YR or 7.5YR; the value is 4 through 6 dry, 3 through 5 moist; and the chroma is 4 through 6. The texture of the fine-earth fraction is clay loam or clay with rock fragment modifiers of extremely bouldery, extremely stony, very stony, or very cobbly. The reaction is neutral or slightly alkaline.

*Bk horizon:* The hue is 5YR or 7.5YR; the value is 5 through 8 dry, 4 through 7 moist; and the chroma is 2 through 4. The calcium carbonate equivalent ranges from 5 to 25 percent.

## Dressel Series

The Dressel series consists of very deep, well drained soils on mountain slopes and canyon side slopes. These soils formed in colluvium and slope alluvium derived from sandstone and shale. The slopes range from 30 to 80 percent. The elevation ranges from 7,600 to 10,500 feet. Average annual precipitation ranges from 25 to 35 inches, and average annual air temperature ranges from 34 to 40 degrees F.

These soils are loamy-skeletal, mixed, superactive Pachic Haplocryolls.

A typical pedon of Dressel gravelly loam is in an area of Dressel-Jersey complex, 30 to 80 percent slopes, located about 1,300 feet west and 2,200 feet north of the southeast corner of sec. 20, T. 39 N., R. 12 W.:

Oi—0 to 2 inches; slightly decomposed twigs, leaves, and roots.

A1—2 to 8 inches; very dark grayish brown (10YR 3/2) gravelly loam, black (10YR 2/1) moist; weak very fine granular structure; soft very friable, nonsticky and slightly plastic; many very fine and fine, and few medium root; many very fine continuous pores; 15 percent gravel, 5 percent cobbles, and 5 percent stones; neutral (pH 6.8); clear smooth boundary.

A2—8 to 19 inches; very dark grayish brown (10YR 3/2) very stony loam, black (10YR 2/1) moist; weak fine subangular blocky structure; soft, very friable, slightly sticky and slightly plastic; common very fine and fine, and few medium roots; many very fine discontinuous pores; 10 percent gravel, 20 percent cobbles, and 25 percent stones; neutral (pH 6.6); clear wavy boundary.

E—19 to 23 inches; light gray (10YR 7/2) very cobbly sandy clay loam, yellowish brown (10YR 5/4) moist; common fine faint yellowish brown (10YR 5/6) lithochromic mottles; moderate medium subangular blocky structure; slightly hard, very friable, slightly sticky and plastic; few very fine, fine, and coarse roots; many very fine discontinuous pores; 10 percent gravel, 35 percent cobbles, and 10 percent stones; neutral (pH 6.6); clear wavy boundary.

Bw1—23 to 30 inches; light brownish gray (10YR 6/2) very cobbly sandy clay loam, brown (10YR 4/3) moist; moderate medium subangular blocky structure; hard,

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 514 of 579



friable, slightly sticky and plastic; few very fine, fine, medium and coarse roots; many very fine discontinuous pores; 10 percent gravel, 30 percent cobbles, and 15 percent stones; neutral (pH 6.8); clear wavy boundary.

Bw2—30 to 36 inches; light brownish gray (10YR 6/2) extremely cobbly loam, brown (10YR 4/3) moist; moderate medium subangular blocky structure; hard, friable, slightly sticky and plastic; few very fine, fine, medium and coarse roots; many very fine discontinuous pores; 15 percent gravel, 40 percent cobbles, and 15 percent stones; neutral (pH 6.8); clear wavy boundary.

Bw3—36 to 45 inches; light gray (10YR 7/2) extremely cobbly loam, brown (10YR 4/3) moist; common fine distinct yellowish brown (10YR 5/6) lithochromic mottles; moderate medium subangular blocky structure parting to moderate fine subangular blocky; hard, friable, nonsticky and slightly plastic; few very fine, fine and medium roots; many very fine discontinuous pores; 15 percent gravel, 45 percent cobbles, and 10 percent stones; neutral (pH 6.6); gradual wavy boundary.

C1—45 to 53 inches; light gray (10YR 7/1) extremely cobbly loam, very dark grayish brown (10YR 4/2) moist; few fine faint yellowish brown (10YR 5/6) lithochromic mottles; massive; hard, firm, slightly sticky and plastic; few fine roots; common very fine discontinuous pores; 20 percent gravel, 35 percent cobbles, and 15 percent stones; neutral (pH 6.6); gradual wavy boundary.

C2—53 to 62 inches; light brownish gray (10YR 6/2) very cobbly loam, light brownish gray (10YR 5/2) moist; few fine faint brownish yellow (10YR 6/6) lithochromic mottles; massive; hard, firm, sticky and plastic; 10 percent gravel, 30 percent cobbles, and 15 percent stones; neutral (pH 6.8).

The mollic epipedon is 16 to 30 inches thick. The particle-size control section has 20 to 30 percent clay and 35 to 70 percent sandstone rock fragments. The reaction is slightly acid or neutral.

*A horizon:* The hue is 10YR; the value is 3 through 5 dry, 2 or 3 moist; and the chroma is 1 or 2. The texture is gravelly loam or very stony loam. The reaction is slightly acid or neutral.

*E horizon (when present):* The hue is 10YR; the value is 6 or 7 dry, 5 or 6 moist; and the chroma is 2 through 4. The reaction is slightly acid or neutral.

*Bw horizons:* The hue is 10YR; the value is 5 through 7 dry, 4 or 5 moist; and the chroma is 2 through 4. The texture of the fine-earth fraction is sandy clay loam, clay loam, or loam with rock fragment modifiers of very cobbly or extremely cobbly. The reaction is slightly acid or neutral.

*C horizon:* The hue is 2.5Y through 10YR. The texture of the fine-earth fraction typically is loam or clay loam. The particle-size control section has 35 to 75 percent sandstone rock fragments.

## Dystrocryepts

Dystrocryepts consists of very shallow to very deep, well drained soils on high mesas and mountain slopes. These soils formed in residuum derived mostly from granite. The slopes range from 15 to 30 percent. The elevation ranges from 11,000 to 13,000 feet. The average annual precipitation ranges from 35 to 45 inches. The average annual air temperature ranges from 28 to 35 degrees F.

These soils are Dystrocryepts.

A reference pedon of Lithic Dystrocryepts is in an area of Dystrocryepts-Rock outcrop, igneous complex, 15 to 30 percent slopes, located about 1,500 feet south and 2,300 feet east of the northwest corner of sec. 11, T. 37 N., R. 7 W.:

A1—0 to 1 inch; brown (7.5YR 5/4) gravelly sandy clay loam, dark brown (7.5YR 3/2) moist; moderate very fine granular structure that parts to single grained; loose,

friable, nonsticky and nonplastic; 15 percent gravel; very strongly acid (pH 5.0); abrupt smooth boundary.

A2—1 inch to 9 inches; light brown (7.5YR 6/4) gravelly sandy clay loam, dark brown (7.5YR 3/4) moist; weak moderate blocky structure that parts to moderate fine and medium granular; slightly hard, friable, nonsticky and nonplastic; 15 percent gravel; very strongly acid (pH 4.8); clear wavy boundary.

Bw—9 to 17 inches; light brown (7.5YR 6/4) gravelly sandy clay loam, brown (7.5YR 4/4) moist; weak coarse blocky structure that parts to moderate medium subangular blocky; hard, friable, nonsticky and nonplastic; 15 percent gravel; very strongly acid (pH 5.0); abrupt wavy boundary.

R—17 inches; granite bedrock.

Bedrock is at a depth of 8 to 60 inches or more. The particle-size control section has 15 to 35 percent rock fragments, most of which are gravel of granitic origin.

*A horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 3 or 4 moist; and the chroma is 2 through 6. The reaction is very strongly acid.

*Bw horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 4 through 6. The reaction is very strongly acid.

## Endoaquolls

Endoaquolls consist of very deep, poorly drained soils on flood plains and in drainageways. These soils formed in alluvium derived from igneous and sedimentary rocks and mixed sources. The slopes range from 0 to 5 percent. The elevation ranges from 7,100 to 8,500 feet. Average annual precipitation ranges from 18 to 22 inches, and average annual air temperature ranges from 43 to 47 degrees F.

These soils are Endoaquolls.

A reference pedon of Endoaquolls is in an area of Endoaquolls-Ustifluvents complex, 0 to 5 percent slopes, located about 1,850 feet north and 1,750 feet east of the southwest corner of sec. 18, T. 40 N., R. 12 W.:

A1—0 to 4 inches; grayish brown (10YR 5/2) loam, very dark brown (10YR 2/2) moist; weak fine subangular blocky structure parting to weak fine granular; slightly hard, friable, nonsticky and slightly plastic; many very fine, common fine, and few coarse and medium roots; many very fine and common fine pores; slightly effervescent; slightly alkaline (pH 7.4); clear wavy boundary.

A2—4 to 12 inches; brown (10YR 5/3) fine sandy loam, very dark grayish brown (10YR 3/2) moist; weak medium subangular blocky structure; slightly hard, very friable, nonsticky and nonplastic; many very fine, common fine, and few coarse and medium roots; many very fine, and common fine pores; slightly alkaline (pH 7.4); abrupt smooth boundary.

A3—12 to 14 inches; brown (10YR 5/3) fine sandy loam, very dark grayish brown (10YR 3/2) moist; massive; slightly hard, very friable, nonsticky and nonplastic; common very fine, few fine and medium roots; many very fine pores; common small distinct (7.5YR 5/6) masses of iron concentrations; neutral (pH 7.2); clear smooth boundary.

A4—14 to 19 inches; brown (10YR 4/3) loam, very dark brown (10YR 2/2) moist; weak medium subangular blocky structure; slightly hard, very friable, nonsticky and nonplastic; common very fine, few fine and medium roots; common very fine pores; common medium distinct (7.5YR 5/6) masses of iron concentrations; neutral (pH 7.2); gradual wavy boundary.

A5—19 to 28 inches; brown (10YR 5/3) loam, dark brown (10YR 3/3) moist; massive; slightly hard, friable, slightly sticky and slightly plastic; few very fine and fine roots; few very fine and fine pores; strongly effervescent; many large distinct strong

brown (7.5YR 5/6) masses of iron concentrations; slightly alkaline (pH 7.6); abrupt smooth boundary.

2C—28 to 60 inches; dark yellowish brown (10YR 4/4) extremely cobbly sand, dark yellowish brown (10YR 4/4) moist; single grained; loose, loose, nonsticky and nonplastic; few coarse roots; 35 percent gravel, 20 percent cobbles, and 10 percent stones; strongly effervescent; many large distinct strong brown (7.5YR 5/6) masses of iron concentrations; slightly alkaline (pH 7.8).

The mollic epipedon is 10 to 36 inches thick. The particle-size control section has 15 to 25 percent clay above the cobbly 2C horizon, 0 to 10 percent rock fragments above the 2C horizon, and 65 to 80 percent rock fragments in the 2C horizon. The depth to the 2C horizon ranges from 20 to 40 inches. Many pedons lack carbonates throughout. A seasonal high water table usually is at a depth of 6 to 18 inches in May and June, and is subject to long periods of flooding in the spring.

*A1, A1, and A3 horizons:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 1 through 3. The particle-size control section has 0 to 10 percent rock fragments. The reaction is neutral or slightly alkaline.

*A4 and A5 horizons:* The hue is 5YR through 10YR; the value is 4 through 6 dry, 2 through 4 moist; and the chroma is 2 through 4. The particle-size control section has 0 to 10 percent rock fragments. The reaction is neutral or slightly alkaline.

*2C horizon:* The hue is 10YR. The particle-size control section has 65 to 80 percent rock fragments, most of which are cobbles, gravel, and sand.

## Fardraw Series

The Fardraw series consists of very deep, well drained soils on structural benches and mesas. These soils formed in outwash and till derived from mixed sources. The slopes range from 3 to 15 percent. The elevation ranges from 8,000 to 9,000 feet. The average annual precipitation ranges from 20 to 26 inches. The average annual air temperature ranges from 40 to 44 degrees F.

These soils are clayey-skeletal, smectitic, frigid Typic Argiustolls.

A typical pedon of Fardraw loam, 3 to 15 percent slopes, stony, is located in Dolores County about 30 miles north of Dolores, Colorado, along Benchmark Tower road, about 1,000 feet north and 400 feet west of the southeast corner of sec. 10, T. 40 N., R. 16 W.:

A1—0 to 8 inches; very dark gray (10YR 3/1) loam, black (10YR 2/1) moist; moderate fine granular structure; soft, friable, slightly sticky and slightly plastic; 5 percent gravel, 1 percent cobbles, and 1 percent stones, moderate fine and very fine roots; neutral (pH 6.8); clear smooth boundary.

A2—8 to 11 inches; dark grayish brown (10YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; weak fine subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; 10 percent gravel and 1 percent cobbles; moderate fine roots; neutral (pH 6.8); clear wavy boundary.

Bt1—11 to 15 inches; brown (7.5YR 4/4) very gravelly clay loam, dark brown (7.5YR 3/2) moist; moderate medium subangular blocky structure; hard, firm, sticky and plastic; few faint clay films on ped faces and in pores; 35 percent gravel, 3 percent cobbles, and 1 percent stones; neutral (pH 6.8); clear wavy boundary.

Bt2—15 to 29 inches; light brown (7.5YR 6/4) very cobbly sandy clay; brown (7.5YR 4/4) moist; moderate medium subangular blocky structure; hard, firm, sticky and plastic; many prominent clay films on ped faces; 25 percent gravel, 20 percent cobbles, 15 percent stones, and 1 percent boulders; slightly acid (pH 6.4); gradual wavy boundary.

Bt3—29 to 51 inches; light brown (7.5YR 6/4) very cobbly sandy clay, brown (7.5YR 4/4) moist; weak medium subangular blocky structure; very hard, friable, very

sticky and very plastic; many prominent clay films on ped faces; 25 percent gravel, 15 percent cobbles, 15 percent stones, and 1 percent boulders; slightly acid (pH 6.4): gradual wavy boundary.

C—51 to 60 inches; reddish yellow (7.5YR 6/6) very cobbly sandy clay, brown (7.5YR 4/4) sandy clay; massive, very hard, friable, very sticky and very plastic; 25 percent gravel, 20 percent cobbles, 15 percent stones, and 1 percent boulders; slightly acid (pH 6.4).

The mollic epipedon ranges from 10 to 16 inches thick. The particle-size control section has 35 to 70 percent rock fragments, which consist mostly of rounded, water-worn fragments of granitic and volcanic origin.

*A horizon:* The hue is 7.5YR or 10YR; the value is 3 through 5 dry, 1 through 3 moist; and the chroma is 1 through 3. The reaction is slightly acid or neutral.

*Bt horizon:* The hue is 7.5YR or 10YR; the value is 4 through 6 dry, 3 through 5 moist; and the chroma is 2 through 5. The texture of the fine-earth fraction typically is sandy clay, clay, or clay loam. The particle-size control section has 35 to 50 percent clay, 30 to 60 percent sand, and 5 to 30 percent silt. The reaction is slightly acid or neutral.

*C horizon:* The hue is 2.5Y through 7.5YR.

## Fivepine Series

The Fivepine series consists of shallow, well drained soils on mesas and hills. These soils formed in residuum and slope alluvium derived from sandstone. The slopes range from 0 to 15 percent. The elevation ranges from 7,100 to 8,500 feet. Average annual precipitation ranges from 15 to 20 inches, and average annual air temperature ranges from 41 to 45 degrees F.

These soils are clayey, smectitic, frigid Lithic Argiustolls.

A typical pedon of Fivepine flaggy loam is in an area of Fivepine-Nortez complex, 0 to 15 percent slopes, located about 620 feet south and 100 feet east of the northwest corner of sec. 33, T. 42 N., R. 17 W.:

A—0 to 3 inches; reddish brown (5YR 4/3) flaggy loam, dark reddish brown (5YR 3/2) moist; moderate medium granular structure; slightly hard, friable, slightly sticky and slightly plastic; 5 percent gravel, 5 percent cobbles, and 20 percent flagstones; neutral (pH 6.6); clear smooth boundary.

BA—3 to 9 inches; reddish brown (5YR 4/3) flaggy clay loam, dark reddish brown (5YR 3/3) moist; moderate medium subangular blocky structure parting to moderate fine subangular blocky; hard, firm, sticky and plastic; 5 percent gravel, 5 percent cobbles, and 20 percent flagstones; neutral (pH 6.6); clear wavy boundary.

Bt1—9 to 12 inches; reddish brown (5YR 4/4) flaggy clay loam, reddish brown (5YR 4/3) moist; strong medium subangular blocky structure; very hard, very firm, sticky and plastic; common distinct clay films on faces of peds; 5 percent gravel, 5 percent cobbles, and 20 percent flagstones; neutral (pH 6.6); clear smooth boundary.

Bt2—12 to 15 inches; yellowish red (5YR 4/6) flaggy clay, reddish brown (5YR 4/3) moist; strong medium subangular blocky structure; extremely hard, very firm, very sticky and very plastic; many prominent clay films on the faces of peds; 5 percent gravel, 5 percent cobbles, and 20 percent flagstones; common manganese concretions; neutral (pH 6.6); abrupt smooth boundary.

R—15 inches; fractured Dakota sandstone, weathered in the upper part.

Depth to bedrock ranges from 10 to 20 inches. The particle-size control section has 35 to 50 percent clay and 15 to 35 percent sandstone rock fragments. The reaction is slightly acid through slightly alkaline.

*A horizon:* The hue is 5YR through 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 1 through 3.

*Bt horizon:* The hue is 5YR or 7.5YR; the value is 3 through 6 dry, 3 through 5 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction is clay loam or clay.

## Fluvaquents

Fluvaquents consist of very deep, somewhat poorly drained soils on flood plains and in drainageways. These soils formed in alluvium derived from mixed sources. The slopes range from 0 to 5 percent. The elevation ranges from 5,800 to 7,400 feet. Average annual precipitation ranges from 13 to 20 inches, and average annual air temperature ranges from 47 to 52 degrees F.

These soils are Fluvaquents.

A reference pedon of Fluvaquents is in an area of Fluvaquents-Haplustolls complex, 0 to 5 percent slopes, located about 1,900 feet north and 1,050 feet west of the southeast corner of sec. 16, T. 39 N., R. 17 W.:

A—0 to 6 inches; light yellowish brown (10YR 6/4) sand, dark yellowish brown (10YR 3/4) moist; single grained; loose, loose, nonsticky and nonplastic; many very fine and common fine roots; many very fine interstitial pores; slightly effervescent; slightly alkaline (pH 7.4); clear smooth boundary.

C1—6 to 20 inches; yellowish brown (10YR 5/4) sandy loam, dark yellowish brown (10YR 3/4) moist; single grained; loose, loose, nonsticky and nonplastic; common very fine and fine roots; many very fine interstitial pores; slightly effervescent; 5 percent gravel; common medium irregular prominent yellowish brown (10YR 5/8) masses of iron concentrations; slightly alkaline (pH 7.6); clear smooth boundary.

C2—20 to 35 inches; yellowish brown (10YR 5/4) loamy fine sand, dark yellowish brown (10YR 3/4) moist; single grained; soft, very friable, nonsticky and nonplastic; few very fine and fine roots; common very fine interstitial pores; slightly effervescent; many large irregular prominent yellowish brown (10YR 5/8) masses of iron concentrations; slightly alkaline (pH 7.6); clear wavy boundary.

C3—35 to 60 inches; yellowish brown (10YR 5/4) very gravelly loamy sand, dark yellowish brown (10YR 3/4) moist; single grained; loose, loose, nonsticky and nonplastic; few very fine and fine roots; common very fine interstitial pores; slightly effervescent; 40 percent gravel, 10 percent cobbles, and 5 percent stones; many large irregular prominent (10YR 5/8) masses of iron concentrations; slightly alkaline (pH 7.5).

A high water table usually is at a depth of 12 to 24 inches in May and June. The particle-size control section has 0 to 60 percent rock fragments.

Iron concentrations occur throughout the control section. The reaction is neutral to slightly alkaline

*A horizon:* The hue is 7.5YR or 10YR; the value is 5 through 7 dry, 3 through 6 moist; and the chroma is 2 through 4. The texture is variable, ranging from sand to clay loam with varying amounts of gravel.

*C horizon:* The hue is 7.5YR or 10YR; the value is 4 through 7 dry, 3 through 6 moist; and the chroma is 2 through 6. The texture is variable, ranging from sand to sandy loam with varying amounts of gravel, cobbles, and stones. The layers typically are stratified.

## Flygare Series

The Flygare series consists of very deep, well drained soils on mesas, structural benches and mountain slopes. These soils formed in alluvium and slope alluvium

derived dominantly from diorite. The slopes range from 0 to 30 percent. The elevation ranges from 8,500 to 10,000 feet. Average annual precipitation ranges from 25 to 30 inches, and average annual air temperature ranges from 34 to 40 degrees F.

These soils are loamy-skeletal, mixed, superactive Pachic Palecryolls.

A typical pedon of Flygare gravelly loam is in an area of Flygare-Foidel complex, 0 to 15 percent slopes, located about 2,100 feet north and 1,000 feet west of the southeast corner of sec. 9, T. 37 N., R. 12 W.:

Oe—0 to 1 inch; intermediately decomposed twigs and roots.

A1—1 inch to 5 inches; dark grayish brown (10YR 4/2) gravelly loam, black (10YR 2/1) moist; weak fine subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and slightly plastic; many very fine and fine, few medium roots; many very fine continuous vertical pores; 15 percent gravel and 5 percent cobbles; neutral (pH 7.0); clear smooth boundary.

A2—5 to 9 inches; very dark grayish brown (10YR 3/2) cobbly loam, black (10YR 2/1) moist; weak fine subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and slightly plastic; many very fine and fine, few medium and coarse roots; many very fine continuous vertical pores; 15 percent gravel and 15 percent cobbles; neutral (pH 7.0); gradual wavy boundary.

A3—9 to 18 inches; dark grayish brown (10YR 4/2) extremely stony loam, black (10YR 2/1) moist; moderate fine subangular block structure parting to weak fine granular; soft, very friable, nonsticky and slightly plastic; common very fine and fine, few medium roots; many very fine continuous vertical pores; 20 percent gravel, 25 percent cobbles, and 20 percent stones; neutral (pH 6.8); diffuse wavy boundary.

A4—18 to 23 inches; brown (10YR 5/3) extremely stony loam, very dark grayish brown (10YR 3/2) moist; weak fine subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and slightly plastic; common fine and few medium roots; many very fine continuous vertical pores; 15 percent gravel, 30 percent cobbles, and 25 percent stones; neutral (pH 6.8); gradual wavy boundary.

E—23 to 28 inches; light yellowish brown (10YR 6/4) very cobbly loam, brown (7.5YR 4/4) moist; moderate medium subangular blocky structure parting to weak fine subangular blocky; very hard, friable, nonsticky and slightly plastic; common very fine and fine roots; common very fine continuous vertical pores; 20 percent gravel, 30 percent cobbles, and 5 percent stones; neutral (pH 7.0); gradual wavy boundary.

Bt1—28 to 38 inches; light yellowish brown (10YR 6/4) very cobbly clay loam, brown (7.5YR 4/4) moist; moderate fine to medium subangular blocky structure; hard, friable, nonsticky and plastic; few very fine and fine roots; few very fine continuous vertical pores; many distinct clay films on faces of peds and as bridges holding mineral grains together; 20 percent gravel, 30 percent cobbles, and 5 percent stones; neutral (pH 6.8); clear wavy boundary.

Bt2—38 to 47 inches; light brown (7.5YR 6/4) extremely cobbly clay loam, strong brown (7.5YR 4/6) moist; moderate medium subangular blocky structure parting to moderate fine subangular blocky; very hard, very firm, sticky and plastic; few fine roots; common very fine continuous vertical pores; many distinct clay films on faces of peds and as bridges holding mineral grains together; 20 percent gravel, 35 percent cobbles, and 15 percent stones; neutral (pH 7.0); gradual wavy boundary.

Bt3—47 to 55 inches; light brown (7.5YR 6/4) extremely cobbly clay loam, brown (7.5YR 4/4) moist; moderate medium subangular blocky structure; very hard, very firm, slightly sticky and plastic; few fine roots; common very fine continuous vertical pores; many distinct clay films on faces of peds and as bridges holding

mineral grains together; 20 percent gravel, 40 percent cobbles, and 20 percent stones; neutral (pH 6.8); clear smooth boundary.

BC—55 to 61 inches; light brown (7.5YR 6/4) extremely cobbly clay loam, brown (7.5YR 4/4) moist; moderate medium subangular blocky structure; slightly hard, firm, sticky and plastic; few fine roots; common very fine continuous vertical pores; many distinct clay films on faces of peds and as bridges holding mineral grains together; 20 percent gravel, 40 percent cobbles, and 20 percent stones; neutral (pH 7.0).

The mollic epipedon is 20 to 30 inches thick. The particle-size control section has 35 to 80 percent rock fragments, most of which are derived from diorite. The reaction is neutral throughout.

*A horizons:* The hue is 10YR; the value is 3 to 5 dry, 2 or 3 moist; and the chroma is 1 to 3. The particle-size control section has 15 to 35 percent sandstone rock fragments in the A1 and A2 horizons.

*E horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 4 or 5. The texture is very cobbly loam.

*Bt horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 to 6. The texture is very cobbly clay loam or extremely cobbly clay loam. The particle-size control section has 27 to 35 percent clay.

*BC horizon (when present):* The hue is 7.5YR or 10YR. The texture is extremely cobbly clay loam.

## Foidel Series

The Foidel series consists of very deep, well drained soils on mesas, structural benches, and mountain slopes. These soils formed in alluvium and slope alluvium derived dominantly from diorite. The slopes range from 0 to 30 percent. The elevation ranges from 8,500 to 10,000 feet. Average annual precipitation ranges from 25 to 30 inches, and average annual air temperature ranges from 34 to 40 degrees F.

These soils are fine-loamy, mixed, superactive Pachic Palecryolls.

A typical pedon of Foidel loam is in an area of Flygare-Foidel complex, 0 to 15 percent slopes, located about 800 feet south and 900 feet west of the northeast corner of sec. 4, T. 37 N., R. 12 W.:

A1—0 to 6 inches; very dark grayish brown (10YR 3/2) loam, black (10YR 2/1) moist; weak very fine granular structure; soft, very friable, slightly sticky and plastic; many very fine, common fine, and few medium and coarse roots; many very fine continuous vertical pores; 5 percent gravel; neutral (pH 7.0); clear smooth boundary.

A2—6 to 17 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; weak fine subangular blocky structure; soft, very friable, slightly sticky and plastic; many very fine and common fine roots; many very fine continuous vertical pores; 5 percent gravel; neutral (pH 6.8); clear smooth boundary.

A3—17 to 26 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; moderate medium subangular block structure parting to weak fine subangular blocky; soft, very friable, slightly sticky and plastic; common medium and few coarse roots; common very fine continuous vertical pores; 10 percent gravel; neutral (pH 6.8); gradual wavy boundary.

A4—26 to 32 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; weak fine subangular blocky structure; soft, very friable, slightly sticky and plastic; common fine and few medium roots; few very fine continuous vertical pores; 10 percent gravel; neutral (pH 6.8); gradual wavy boundary.

EBt—32 to 38 inches; pale brown (10YR 6/3) gravelly loam, dark yellowish brown (10YR 4/4) moist; weak fine subangular blocky structure; slightly hard, very

friable, slightly sticky and plastic; few very fine and medium, and common fine roots; common very fine continuous vertical pores; few thin clay films on faces of peds and as bridges holding mineral grains together; 20 percent gravel; neutral (pH 6.8); diffuse wavy boundary.

B/E—38 to 45 inches; (60 percent B) pink (7.5YR 7/4) clay loam, brown (7.5YR 5/4) moist, and (40 percent E) very pale brown (10YR 7/3) loam, dark yellowish brown (10YR 4/4) moist; many medium distinct brown (7.5YR 4/4) lithochromic mottles; moderate medium subangular blocky structure; slightly hard, very friable, slightly sticky and plastic; few very fine roots; many very fine continuous vertical pores; many prominent clay films on faces of peds and as bridges holding mineral grains together; 10 percent gravel; neutral (pH 6.6); gradual wavy boundary.

Bt1—45 to 56 inches; pink (7.5YR 7/4) gravelly clay loam, brown (7.5YR 5/4) moist; few fine faint brownish yellow (10YR 6/6) mottles; moderate coarse subangular blocky structure; hard, friable, sticky and plastic; few fine roots; common very fine continuous vertical pores; many prominent clay films on faces of peds and as bridges holding mineral grains together; 15 percent gravel and 5 percent cobbles; neutral (pH 6.8); abrupt smooth boundary.

Bt2—56 to 60 inches; brown (7.5YR 5/4) gravelly clay loam, strong brown (7.5YR 4/6) moist; few fine faint brownish yellow (10YR 6/6) mottles; moderate medium subangular block structure parting to weak fine subangular blocky; hard, friable, sticky and plastic; common very fine continuous vertical pores; many prominent clay films on faces of peds and as bridges holding mineral grains together; 20 percent gravel and 10 percent cobbles; neutral (pH 7.0).

The mollic epipedon is 20 to 32 inches thick. The particle-size control section has 18 to 35 percent clay and 5 to 30 percent diorite rock fragments. The reaction is neutral throughout.

*A horizon:* The hue is 7.5YR or 10YR; the value is 3 or 4 dry, 2 or 3 moist; and the chroma is 1 or 2.

*EBt horizon:*

The hue is 7.5YR or 10YR; the value is 5 through 7 dry, 3 through 5 moist; and the chroma is 2 through 4.

*B/E horizon:* The hue is 7.5YR or 10YR

*B part:* The value is 5 to 7 dry, 4 or 5 moist; and the chroma is 4 through 6. The texture is clay loam or sandy clay loam.

*E part:* The value is 6 or 7 dry, 4 or 5 moist; and the chroma is 3 or 4. The texture is loam or sandy clay loam.

*Bt horizon:* The hue is 7.5YR or 10YR; the value is 5 through 7 dry, 4 or 5 moist; and the chroma is 4 through 6. The texture of the fine-earth fraction typically is clay loam or sandy clay loam.

## Fortlewis Series

The Fortlewis series consists of moderately deep, well drained soils on mountain slopes. These soils formed in slope alluvium derived mostly from sandstone and shale. The slopes range from 3 to 25 percent. The elevation ranges from 7,500 to 8,500 feet. The average annual precipitation ranges from 18 to 22 inches. The average annual air temperature ranges from 41 to 45 degrees F.

These soils are fine, smectitic, frigid Typic Haplustalfs.

A typical pedon of Fortlewis stony fine sandy loam, 3 to 12 percent slopes, is located along Junction Creek road, about 2,200 feet south and 1,300 feet east of the northwest corner of sec. 25, T. 36 N., R. 10 W.:

Oi—0 to 1 inch; organic layer of partly decayed needles, leaves and roots.

A—1 inch to 4 inches; brown (7.5YR 5/2) stony fine sandy loam, dark brown (7.5YR 3/2) moist; weak fine granular structure; soft, very friable, nonsticky and

nonplastic; 5 percent gravel, 10 percent cobbles, and 15 percent stones; slightly acid (pH 6.3); clear smooth boundary.

E—4 to 12 inches; pinkish gray (7.5YR 7/2) stony fine sandy loam, brown (7.5YR 5/2) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; 5 percent gravel, 10 percent cobbles, and 15 percent stones; slightly acid (pH 6.2); clear wavy boundary.

B/E—12 to 17 inches; (70 percent B) reddish brown (5YR 5/4) clay loam, reddish brown (5YR 4/4) moist, and (30 percent E) light brown (7.5YR 6/4) sandy clay loam, brown (7.5YR 5/4) moist; moderate medium subangular blocky structure; hard, firm, sticky and plastic; few faint clay films on faces of peds of the B part; 5 percent gravel, 5 percent cobbles, and 3 percent stones; slightly acid (pH 6.2); gradual wavy boundary.

Bt1—17 to 27 inches; light reddish brown (5YR 6/4) clay, reddish brown (5YR 4/4) moist; moderate medium subangular blocky and angular blocky structure; very hard, very firm, very sticky and very plastic; many prominent clay films on faces of peds; 5 percent gravel, 5 percent cobbles, and 2 percent stones; slightly acid (pH 6.3); gradual wavy boundary.

Bt2—27 to 39 inches; reddish yellow (5YR 6/6) clay, yellowish red (5YR 4/6) moist; strong medium subangular blocky and angular blocky structure; very hard, very firm, very sticky and very plastic; many prominent clay films on faces of peds; 5 percent gravel and 5 percent cobbles; slightly acid (pH 6.3); abrupt wavy boundary.

R—39 inches; sandstone bedrock, fractured in the upper few inches.

The depth to bedrock ranges from 20 to 40 inches from the mineral soil surface. The particle-size control section has 35 to 45 percent clay and 5 to 35 percent rock fragments.

*A horizon (when present):* The hue is 5YR or 7.5YR; the value is 5 or 6 dry, 2 or 3 moist; and the chroma is 2 or 3. The reaction is slightly acid or neutral.

*E horizon:* The hue is 5YR or 7.5YR; the value is 5 through 7 dry, 4 or 5 moist; and the chroma is 2 through 4. The particle-size control section has 15 to 35 percent rock fragments. The reaction is slightly acid or neutral.

*B/E horizon:*

*B part:* The hue is 2.5YR or 5YR; the value is 4 through 6 dry, 4 or 5 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction is sandy clay loam or clay loam with stony rock fragment modifiers in some pedons.

*E part:* The hue is 5YR or 7.5YR; the value is 5 through 7 dry, 4 or 5 moist; and the chroma is 2 through 4. The texture of the fine-earth fraction is fine sandy loam or sandy clay loam, with stony rock modifiers in some pedons. The reaction is slightly acid or neutral.

*Bt horizon:* The hue is 2.5YR or 5YR; the value is 4 through 6 dry, 4 or 5 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction typically is sandy clay, clay, or clay loam, with stony rock fragment modifiers in some pedons. The reaction is slightly acid or neutral.

## Frisco Series

The Frisco series consists of very deep, well drained soils on mountain slopes and mesas. These soils formed in till, outwash, colluvium, and slope alluvium derived mostly from granite, volcanic, and sedimentary rocks. The slopes range from 5 to 70 percent. The elevation ranges from 8,000 to 11,500 feet. The average annual precipitation ranges from 25 to 45 inches. The average annual air temperature ranges from 32 to 38 degrees F.

These soils are loamy-skeletal, mixed, superactive Eutric Haplocryalfs.

A typical pedon of Frisco loam, 25 to 45 percent slopes, is located along an unused logging road, in the southwest quarter of the northwest quarter of sec. 2, T. 37 N., R. 6 W.:

Oi—0 to 2 inches; organic mat of decomposing twigs, needles and bark.

A—2 to 5 inches; brown (7.5YR 5/2) loam, brown (7.5YR 4/2) moist; moderate fine granular structure; slightly hard, very friable, nonsticky and nonplastic; 5 percent gravel and 6 percent cobbles; neutral (pH 6.6); clear smooth boundary.

E1—5 to 11 inches; light brown (7.5YR 6/3) loam, brown (7.5YR 4/3) moist; moderate fine subangular blocky structure that parts to moderate fine granular; slightly hard, very friable, nonsticky and nonplastic; 9 percent gravel, 2 percent cobbles, and 3 percent stones; neutral (pH 6.6); gradual wavy boundary.

E2—11 to 19 inches; brown (7.5YR 5/3) cobbly loam, brown (7.5YR 4/3) moist; moderate medium subangular blocky structure that parts to moderate fine granular; soft, very friable, slightly sticky and slightly plastic; 10 percent gravel, 10 percent cobbles, and 3 percent stones; moderately acid (pH 5.8) clear smooth boundary.

Bt1—19 to 48 inches; brown (7.5YR 5/3) extremely stony sandy clay loam, brown (7.5YR 4/4) moist; moderate medium subangular blocky structure that parts to moderate fine granular; slightly hard, very friable, slightly sticky and slightly plastic; few distinct clay films on faces of peds; 10 percent gravel, 20 percent cobbles, and 40 percent stones; moderately acid (pH 5.6); clear smooth boundary.

Bt2—48 to 62 inches; brown (7.5YR 5/3) extremely stony loam, brown (7.5YR 4/2) moist; moderate medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; few distinct clay films on faces of peds; 20 percent gravel, 20 percent cobbles, and 30 percent stones; neutral (pH 6.8).

Many pedons do not have an A horizon. The particle-size control section has 18 to 35 percent clay and 35 to 70 percent rock fragments, most of which are of granitic and volcanic origin.

*A horizon (when present):* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 or 3.

*E horizon:* The hue is 7.5YR or 10YR; the value is 5 through 7 dry, 4 through 6 moist; and the chroma is 2 through 4. The texture of the fine-earth fraction typically is loam, cobbly loam, or stony loam. The reaction is moderately acid to neutral.

*Bt horizon:* The hue is 2.5Y through 7.5YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 through 6. The texture of the fine-earth fraction typically is sandy clay loam, clay loam, or loam with rock fragment modifiers. The particle-size control section has 18 to 35 percent clay. The reaction is moderately acid to neutral.

## Fughes Series

The Fughes series consists of very deep, well drained soils on mesas, hills, mountain slopes, and in drainageways. These soils formed in alluvium, slope alluvium, and colluvium derived dominantly from sedimentary rocks and quartz diorite. The slopes range from 0 to 60 percent. The elevation ranges from 7,100 to 9,000 feet. Average annual precipitation ranges from 15 to 25 inches, and average annual air temperature ranges from 40 to 46 degrees F.

These soils are fine, smectitic, frigid Pachic Argiustolls.

A typical pedon of Fughes loam is in an area of Granath-Fughes complex, 0 to 15 percent slopes, located about 2,200 feet east and 650 feet south of the northwest corner of sec. 25, T. 41 N., R. 17 W.:

Oi—0 to 1 inch; slightly decomposed needles and twigs; abrupt smooth boundary.

A—1 inch to 3 inches; dark brown (7.5YR 3/2) loam, dark brown (7.5YR 3/2) moist;

weak medium subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and nonplastic; 5 percent gravel; neutral (pH 6.6); clear smooth boundary.

AB—3 to 8 inches; dark brown (7.5YR 3/2) loam, dark brown (7.5YR 3/2) moist; moderate medium subangular blocky structure; hard, friable, slightly sticky and slightly plastic; 5 percent gravel; slightly acid (pH 6.4); gradual wavy boundary.

Bt1—8 to 18 inches; brown (7.5YR 4/2) clay loam, dark brown (7.5YR 3/2) moist; strong coarse subangular blocky structure; hard, friable, sticky and plastic; few distinct clay films on faces of peds; 5 percent gravel; neutral (pH 6.6); gradual wavy boundary.

Bt2—18 to 27 inches; brown (7.5YR 4/2) clay loam, dark brown (7.5YR 3/2) moist; strong coarse subangular blocky structure; very hard, firm, sticky and plastic; many prominent clay films on faces of peds; 5 percent gravel; neutral (pH 6.6); clear wavy boundary.

Bt3—27 to 35 inches; brown (7.5YR 5/4) clay, dark brown (7.5YR 3/2) moist; strong medium subangular blocky structure; extremely hard, very firm, very sticky and very plastic; many prominent clay films on faces of peds; 10 percent gravel and 5 percent cobbles; neutral (pH 6.6); clear wavy boundary.

Bt4—35 to 45 inches; brown (7.5YR 5/4) clay, brown (7.5YR 4/4) moist; strong medium prismatic structure parting to strong medium angular blocky; extremely hard, very firm, very sticky and very plastic; few prominent clay films on ped faces; neutral (pH 6.7); gradual wavy boundary.

C—45 to 61 inches; strong brown (7.5YR 5/6) clay, brown (7.5YR 5/4) moist; massive; extremely hard, very firm, very sticky and very plastic; neutral (pH 7.2).

The mollic epipedon is 16 to 40 inches thick. The particle-size control section has 0 to 15 percent rock fragments, which increase to 0 to 35 percent in the lower part of the profile. Some pedons have a BC horizon. Surface textures are modified with rock fragments in some map units.

*A horizon:* The hue is 5YR through 10YR; the value is 3 through 5 dry, 2 or 3 moist; and the chroma is 1 through 3. The reaction is slightly acid or neutral.

*Bt horizon:* The hue is 5YR through 10YR; the value is 4 through 6 dry, 3 through 5 moist; and the chroma is 2 through 6. The particle-size control section has 35 to 50 percent clay. The texture is clay, clay loam, or silty clay loam. The reaction is slightly acid or neutral.

*C horizon:* The hue is 5YR through 10YR. The reaction is slightly acid or neutral.

## Gladlow Series

The Gladlow series consists of very deep, well drained soils on mountain slopes and mesas. These soils formed in slope alluvium or colluvium derived dominantly from shale. The slopes range from 3 to 30 percent. The elevation ranges from 7,400 to 8,500 feet. Average annual precipitation ranges from 18 to 20 inches. The average annual air temperature ranges from 40 to 45 degrees F.

These soils are fine, smectitic, frigid Vertic Haplustepts.

A typical pedon of Gladlow clay loam is in an area of Narraguinnep-Gladlow complex, 5 to 30 percent slopes, located about 1,100 feet north and 1,700 feet west of the southeast corner of sec. 32, T. 41 N, R. 16 W.:

A—0 to 5 inches; grayish brown (10YR 5/2) clay loam, brown (10YR 4/3) moist; moderate fine granular structure; slightly hard, friable, sticky and plastic; 5 percent gravel; common fine roots; strongly effervescent; moderately alkaline (pH 8.4); clear, smooth boundary.

Bw—5 to 14 inches; brown (10YR 5/3) silty clay, brown (10YR 4/3) moist; moderate medium subangular blocky structure grading to moderate medium angular blocky;

very hard, very firm, very sticky and very plastic; 1 percent gravel; few fine roots; strongly effervescent; strongly alkaline (pH 8.6); clear smooth boundary.

Bk—14 to 24 inches; brown (10YR 5/3) silty clay, brown (10YR 4/3) moist; moderate fine angular blocky structure grading to moderate fine subangular blocky; very hard, very firm, very sticky and very plastic; 1 percent gravel; violently effervescent; visible carbonates in patches; strongly alkaline (pH 8.8); gradual smooth boundary.

Bky—24 to 31 inches; light brownish gray (10YR 6/2) silty clay, brown (10YR 4/3) moist; weak medium subangular blocky structure; very hard, firm, sticky and plastic; 5 percent shale fragments; violently effervescent; visible lime and gypsum; strongly alkaline (pH 9.0); gradual smooth boundary.

C—31 to 60 inches; variegated colors of gray (10YR 6/1) and pale brown (10YR 6/3) clay loam, dark gray (10YR 4/1) and brown (10YR 4/3) moist; massive; very hard, very firm, very sticky and very plastic; 10 percent shale fragments; violently effervescent; strongly alkaline (pH 8.8); mottling is due to parent material.

The particle-size control section has 35 to 45 percent clay and 1 to 5 percent gravel.

*A horizon:* The hue is 10YR or 2.5Y; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 through 4. The texture is clay loam or silty clay loam. The reaction is slightly alkaline or moderately alkaline.

*Bw horizon:* The hue is 10YR or 2.5Y; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 through 4. The texture is silty clay or silty clay loam. The reaction is moderately alkaline or strongly alkaline.

*Bk horizon:* The hue is 10YR or 2.5Y; the value is 4 through 6 dry, 3 through 5 moist; and the chroma is 2 through 4. The texture is silty clay or silty clay loam. The calcium carbonate equivalent ranges from 5 to 10 percent. The reaction is moderately alkaline or strongly alkaline.

*Bky horizon:* The hue is 10YR or 2.5Y; the value is 4 through 6 dry, 3 through 5 moist; and the chroma is 2 through 4. The texture is silty clay or silty clay loam. It has 1 to 5 percent gypsum crystals. The calcium carbonate equivalent ranges from 5 to 15 percent. The reaction is moderately alkaline or strongly alkaline.

*C horizon:* The hue is 10YR or 2.5Y. The reaction is moderately alkaline or strongly alkaline.

## Goldbug Series

The Goldbug series consists of very deep, well drained soils on mountain slopes. These soils formed in slope alluvium derived mostly from sandstone and shale. The slopes range from 5 to 30 percent. The elevation ranges from 7,500 to 8,500 feet. The average annual precipitation ranges from 18 to 22 inches. The average annual air temperature ranges from 41 to 45 degrees F.

These soils are fine, smectitic, frigid Typic Haplustalfs.

A typical pedon of Goldbug very stony fine sandy loam, 5 to 30 percent slopes, is located about 600 feet west and 200 feet north of the southeast corner of sec. 36, T. 36 N., R. 9 W.:

Oi—0 to 1 inch; organic layer of needles, leaves and roots.

E1—1 inch to 10 inches; pinkish gray (5YR 6/2) very stony fine sandy loam, dark reddish gray (5YR 4/2) moist; weak fine, granular structure; soft, very friable, nonsticky and nonplastic; 5 percent gravel, 15 percent cobbles, and 30 percent stones; many medium and fine roots; few fine pores; neutral (pH 6.8); clear smooth boundary.

E2—10 to 21 inches; pinkish gray (5YR 7/2) very stony fine sandy loam, pinkish gray (5YR 6/2) moist; weak fine granular structure; soft, very friable, nonsticky and

nonplastic; 5 percent gravel, 20 percent cobbles, and 20 percent stones; many medium and fine roots; few fine pores; neutral (pH 6.6), gradual wavy boundary.

B/E—21 to 29 inches; (70 percent B) light reddish brown (5YR 6/4) stony sandy clay loam, reddish brown (5YR 5/4) moist; and (30 percent E) light reddish brown (5YR 6/3) stony fine sandy loam, reddish brown (5YR 5/4) moist; moderate medium subangular blocky structure parting to moderate fine granular; slightly hard, friable, slightly sticky and slightly plastic; few distinct clay films on faces of peds of the B part; 5 percent gravel, 10 percent cobbles, and 15 percent stones; few medium and fine roots: few fine pores; neutral (pH 6.8); clear smooth boundary.

Bt—29 to 61 inches; reddish brown (5YR 5/4) stony clay, reddish brown (5YR 4/4) moist; weak medium prismatic structure that parts to moderate medium angular blocky; very hard, very firm, sticky and plastic; many distinct clay films on faces of peds; 5 percent gravel, 10 percent cobbles, and 10 percent stones; neutral (pH 6.8).

An A horizon is present in some pedons. The particle-size control section has 35 to 50 percent clay and 15 to 35 percent rock fragments.

*E horizon:* The hue is 2.5YR or 5YR; the value is 5 through 8 dry, 4 through 7 moist; and the chroma is 2 through 4. The texture of the fine-earth fraction is sandy loam or fine sandy loam. The particle-size control section has 30 to 50 percent sandstone rock fragments. The reaction is slightly acid or neutral.

*B/E horizon:*

*B part:* The hue is 2.5YR or 5YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction is sandy clay loam, clay loam, or clay.

*E part:* The hue is 2.5YR or 5YR; the value is 6 or 7 dry, 5 or 6 moist; and the chroma is 3 or 4 dry, 4 or 5 moist. The texture of the fine-earth fraction is fine sandy loam or sandy loam. The particle-size control section has over 35 percent clay and 15 to 30 percent sandstone rock fragments. The reaction is slightly acid or neutral.

*Bt horizon:* The hue is 2.5YR or 5YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction typically is sandy clay, clay, or clay loam. The particle-size control section has 35 to 50 percent clay and 15 to 35 percent sandstone rock fragments. The reaction is slightly acid or neutral.

*C horizon (when present):* The hue is 2.5YR or 5YR; the value is 5 through 7 dry, 4 through 6 moist; and the chroma is 3 through 6. The particle-size control section has 15 to 60 percent rock fragments. The reaction is slightly acid or neutral.

## Granath Series

The Granath series consists of very deep, well drained soils on mesas and hills. These soils formed in eolian material derived from sandstone. The slopes range from 0 to 15 percent. The elevation ranges from 7,100 to 8,500 feet. Average annual precipitation ranges from 15 to 22 inches, and the annual air temperature ranges from 40 to 45 degrees F.

These soils are fine-silty, mixed, superactive, frigid Typic Argiustolls.

A typical pedon of Granath loam is located in an area of Granath-Nortez complex, 0 to 15 percent slopes, about 2,200 feet west and 750 feet south of the northeast corner of sec. 2, T. 39 N., R. 17 W.:

A—0 to 2 inches; brown (7.5YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; weak fine granular structure; soft, very friable, nonsticky and slightly plastic; many very fine and common fine roots; many very fine vesicular and tubular pores; neutral (pH 6.9); clear smooth boundary.

BAt—2 to 10 inches; brown (7.5YR 4/2) loam, dark brown (7.5YR 3/2) moist; weak coarse subangular blocky structure parting to weak medium subangular blocky; slightly hard, friable, sticky and plastic; common fine and few coarse roots; common very fine tubular pores; very few faint clay films on faces of peds; slightly alkaline (pH 7.4); clear wavy boundary.

Bt1—10 to 15 inches; brown (7.5YR 4/4) loam, dark brown (7.5YR 3/2) moist; moderate coarse subangular blocky structure parting to moderate medium subangular blocky; hard, firm, sticky and plastic; common fine and few medium roots; many very fine and medium tubular pores; few distinct clay films on faces of peds; slightly alkaline (pH 7.4); clear wavy boundary.

Bt2—15 to 20 inches; reddish brown (5YR 4/4) loam, reddish brown (5YR 4/3) moist; moderate coarse subangular blocky structure parting to moderate medium subangular blocky; very hard, firm, sticky and plastic; few fine and medium roots; common very fine tubular pores; common distinct clay films on faces of peds; slightly alkaline (pH 7.5); clear wavy boundary.

Bt3—20 to 28 inches; reddish brown (5YR 4/4) clay loam, reddish brown (5YR 4/4) moist; strong coarse prismatic structure parting to strong medium subangular blocky, extremely hard, very firm, sticky and plastic; few fine and medium roots; few very fine and fine tubular pores; many prominent clay films on faces of peds; slightly alkaline (pH 7.4); clear wavy boundary.

Bt4—28 to 40 inches; reddish brown (5YR 4/4) clay loam, yellowish red (5YR 4/6) moist; strong very prismatic structure parting to strong medium subangular blocky; extremely hard, very firm, sticky and plastic; few fine and medium roots; few very fine continuous tubular pores; many prominent clay films on faces of peds; slightly alkaline (pH 7.8); clear smooth boundary.

Btkl—40 to 49 inches; reddish brown (5YR 4/4) clay loam, reddish brown (5YR 4/4) moist; strong coarse prismatic structure parting to strong coarse angular blocky; extremely hard, very firm, sticky and plastic; few fine roots; few very fine discontinuous pores; many prominent clay films on faces of peds; few fine soft filaments of calcium carbonate; 1 percent calcium carbonate; slightly effervescent; moderately alkaline (pH 8.1); clear smooth boundary.

Btk2—49 to 60 inches; reddish brown (5YR 4/4) clay loam; reddish brown (5YR 5/4) moist; strong medium subangular blocky structure; hard, firm, sticky and plastic; few fine discontinuous tubular pores; common prominent clay films on faces of peds; common medium soft masses of calcium carbonate; 19 percent calcium carbonate; strongly effervescent; moderately alkaline (pH 8.2).

The mollic epipedon ranges from 10 to 16 inches thick. The depth to secondary calcium carbonate ranges from 30 to 50 inches. The depth to calcic horizon ranges from 40 to 70 inches.

*A horizon:* The hue is 5YR through 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 2 or 3. The reaction is neutral or slightly alkaline.

*Bt horizon:* The hue is 5YR or 7.5YR; the value is 4 to 6 dry, 3 through 5 moist; and the chroma is 2 through 6. The texture is silty clay loam, loam, sandy clay loam, or clay loam. The particle-size control section has 18 to 40 percent clay, but averages 18 to 35 percent. The reaction is neutral or slightly alkaline.

*Btk horizon:* The hue is 5YR or 7.5YR. The texture is loam, clay loam, or sandy clay loam. The reaction is moderately alkaline.

## Granturk Series

The Granturk series consists of shallow or very shallow, well drained soils on alpine mountain slopes, structural benches, and mesas. These soils formed in residual material and slope alluvium weathered from red bed sandstone. The slopes range from 5 to 60 percent. The elevation ranges from 11,500 to 13,000 feet. The

average annual precipitation ranges from 35 to 50 inches. The average annual air temperature ranges from 28 to 34 degrees F.

These soils are loamy, isotic Lithic Dystrocryepts.

A typical pedon of Granturk loam, 5 to 25 percent slopes, is located north of Engineer Mountain about 2,100 feet east and 3,000 feet north of the southwest corner of sec. 19, T. 40 N., R. 8 W.:

Oi—0 to 1 inch; slightly decomposed organic material, principally roots, stems, and leaves.

A—1 inch to 3 inches; weak red (10R 5/2) loam, weak red (10R 4/2) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; abundant very fine roots; very strongly acid (pH 5.0); clear smooth boundary.

E—3 to 8 inches; weak red (10R 5/3) loam, weak red (10R 4/2) moist; weak very fine granular structure; soft, very friable, nonsticky and nonplastic; abundant roots; very strongly acid (pH 4.8); clear smooth boundary.

Bw1—8 to 17 inches; pale red (10R 6/4) loam, weak red (10R 4/4) moist; weak fine subangular blocky structure parting to moderate medium granular; soft, very friable, nonsticky and nonplastic; few very fine roots; very strongly acid (pH 4.6); clear smooth boundary.

Bw2—17 to 19 inches; pale red (10R 6/4) very gravelly sandy loam, weak red (10R 4/4) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; 35 percent small sandstone gravel; very strongly acid (pH 4.6); abrupt smooth boundary.

R—19 inches; hard red sandstone bedrock, fractured and weathered in the upper inch.

Bedrock is at a depth of 7 to 20 inches from the mineral soil surface. The particle-size control section has an average of 0 to 35 percent rock fragments, but more typically has 0 to 15 percent and increases just above bedrock. Base saturation ranges from 30 to 50 percent.

*A and E horizons:* The hue is 10R through 5YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 through 6. The reaction is very strongly acid or strongly acid.

*Bw1 horizon:* The hue is 10R through 5YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 through 6. The texture is loam or clay loam, but is more typically loam. The particle-size control section has 20 to 35 percent clay. The reaction is very strongly acid or strongly acid.

*Bw2 horizon (when present):* The hue is 10R through 5YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 through 6. The texture is sandy loam with rock fragment modifiers. The reaction is very strongly acid or strongly acid.

## Graysill Series

The Graysill series consists of moderately deep, well drained soils on mountain slopes, ridges, and mesas. These soils formed in residuum and slope alluvium weathered from red bed sandstone and shale. The slopes range from 5 to 60 percent. The elevation ranges from 9,000 to 11,500 feet. The average annual precipitation ranges from 35 to 45 inches. The average annual air temperature ranges from 30 to 38 degrees F.

These soils are fine-loamy, mixed, superactive Eutric Haplocryalfs.

A typical pedon of Graysill loam is in an area of Scotch-Graysill complex 30 to 60 percent slopes, located along Hotel Draw road approximately 200 feet north and 500 feet west of the southeast corner of sec. 10, T. 39 N., R. 10 W.:

Oi—0 to 2 inches; organic mat of slightly decomposed roots, needles, leaves, and twigs.

E—2 to 14 inches: light reddish brown (5YR 6/3) loam, reddish brown (5YR 4/3) moist; moderate medium granular structure; slightly hard, friable, slightly sticky and slightly plastic; 5 percent gravel; very strongly acid (pH 5.0); gradual wavy boundary.

EB—14 to 22 inches; reddish brown (2.5YR 5/4) clay loam, reddish brown (2.5YR 4/4) moist; weak medium subangular blocky structure parting to moderate medium granular; slightly hard, friable, sticky and plastic; 5 percent gravel; strongly acid (pH 5.2); gradual wavy boundary.

Bt—22 to 37 inches; red (2.5YR 5/6) clay loam, reddish brown (2.5YR 4/4) moist; moderate medium subangular blocky structure parting to moderate medium granular; hard, firm, sticky and plastic; 5 percent cobbles, 5 percent gravel, and 1 percent stones; common distinct clay films on faces of peds; strongly acid (pH 5.2); abrupt wavy boundary.

R—37 inches; hard red sandstone, fractured in the upper part.

The depth to bedrock is 20 to 40 inches from the mineral soil surface. The particle-size control section has 5 to 35 percent sandstone rock fragments, which consist mostly of gravel and cobbles. The reaction is very strongly acid or strongly acid.

*E horizon:* The hue is 2.5YR through 7.5YR; the value is 6 or 7 dry, 4 or 5 moist; and the chroma is 2 or 3.

*Bt horizon:* The hue is 2.5YR or 5YR; the value is 4 through 6 dry, 3 or 4 moist; and the chroma is 4 through 6. The texture of the fine-earth fraction typically is clay loam or loam. The particle-size control section has 18 to 35 percent clay.

## Grimes Series

The Grimes series consists of very deep, somewhat excessively drained soils on river terraces, alluvial fans, and fan remnants. These soils formed in very gravelly and cobbly alluvium derived from granitic rocks. The slopes range from 0 to 3 percent. The elevation ranges from 7,800 to 8,200 feet. The average annual precipitation ranges from 24 to 30 inches. The average annual air temperature ranges from 42 to 45 degrees F.

These soils are sandy-skeletal, mixed, frigid, Udic Haplustepts.

A typical pedon of Grimes very cobbly sandy loam, 0 to 3 percent slopes, is located north of Vallecito Reservoir, about 1,100 feet north and 500 feet east of the southwest corner of sec. 21, T. 37 N, R. 6 W.:

A—0 to 5 inches; grayish brown (10YR 5/2) very cobbly sandy loam, very dark grayish brown (10YR 3/2) moist; weak fine granular structure; soft, very friable; nonsticky and nonplastic; many fine roots; 20 percent gravel, 30 percent cobbles, and 3 percent stones; neutral (pH 6.8); clear smooth boundary.

Bw—5 to 22 inches; pale brown (10YR 6/3) extremely cobbly sandy loam, brown (10YR 4/3) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; many fine roots; 20 percent gravel, 40 percent cobbles, and 10 percent stones; neutral (pH 6.8); gradual smooth boundary.

C—22 to 60 inches; pale brown (10YR 6/3) extremely cobbly sand, brown (10YR 5/3) moist; single grain; loose; few fine roots in upper part; 30 percent gravel, 40 percent cobbles, and 10 percent stones; neutral (pH 6.6).

The particle-size control section has 35 to 80 percent rock fragments.

The fragments are mostly cobbles and gravel of granitic origin, but some stones are present. The soil is slightly acid or neutral throughout.

*A horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 3 to 5 moist; and the chroma is 2 to 4.

*Bw horizon:* The hue is 7.5YR or 10YR; the value is 5 to 7 dry, 3 to 5 moist; and the chroma is 3 to 5. The texture of the fine-earth fraction is sandy loam or loamy sand with rock modifiers.

*C horizon:* The hue is 7.5YR or 10YR; the value is 5 to 7 dry, 3 to 5 moist; and the chroma is 3 to 5. The texture of the fine-earth fraction is sand or loamy sand with rock modifiers.

## Haplocryolls

Haplocryolls consist of moderately deep to very deep, well drained soils on mountain slopes below ledges and cliffs. These soils formed in slope alluvium and colluvium derived from sandstone and limestone. The slopes range from 10 to 60 percent. The elevation ranges from 8,000 to 10,000 feet. Average annual precipitation ranges from 25 to 35 inches and the average annual air temperature ranges from 35 to 40 degrees F.

These soils are Haplocryolls.

A reference pedon of Haplocryolls is in an area of Haplocryolls-Rubble land complex, 10 to 60 percent slopes, located in the southeast quarter of the northeast quarter of Sec. 23, T. 39 N, R. 9 W.:

Oi—0 to 2 inches; organic mat of partly decayed aspen leaves, twigs and other debris.

A1—2 to 10 inches; dark grayish brown (10YR 4/2) very cobbly loam, very dark brown (10YR 2/2) moist; moderate fine granular structure; soft, very friable, nonsticky and nonplastic; 15 percent gravel, 20 percent cobbles, and 5 percent stones; very many fine roots; neutral (pH 6.6); clear smooth boundary.

A2—10 to 19 inches; dark grayish brown (10YR 4/2) very cobbly loam, very dark brown (10YR 2/2) moist; moderate fine granular structure; soft, very friable, nonsticky and nonplastic; 15 percent gravel, 20 percent cobbles, and 2 percent stones; many fine roots; neutral (pH 6.6); gradual wavy boundary.

Bw—19 to 29 inches; brown (7.5 YR 5/2) very cobbly clay loam, brown (7.5 YR 5/2) moist; weak medium subangular blocky structure parting to moderate fine granular; slightly hard, friable, slightly sticky and slightly plastic; 20 percent gravel, 30 percent cobbles, and 7 percent stones; few medium roots; neutral (pH 6.8); gradual wavy boundary.

C—29 to 62 inches; brown (7.5 YR 5/2) very cobbly sandy clay loam, brown (7.5 YR 4/4) moist; massive structure; soft, friable, slightly sticky and nonplastic; 25 percent gravel, 20 percent cobbles, and 10 percent stones; neutral (pH 6.8).

The depth to bedrock ranges from 20 to 60 inches or more from the mineral soil surface. The mollic epipedon ranges from 7 to 24 inches thick. The particle-size control section has 35 to 80 percent rock fragments.

The reaction ranges from moderately acid through neutral.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 1 through 3.

*B horizon:* The hue is 5YR through 10YR; the value is 4 through 6 dry, 3 through 5 moist; and the chroma is 2 through 6. The texture of the fine-earth fraction is loam or clay loam.

*C horizon:* The hue is 5YR through 10YR; the value is 5 through 7 dry, 3 through 5 moist; and the chroma is 2 through 6.

## Haplustalfs

Haplustalfs consist of shallow to very deep, well drained soils on canyon side slopes and mountain slopes. These soils formed in colluvium and slope alluvium

derived dominantly from sandstone and shale. The slopes range from 30 to 80 percent. The elevation ranges from 6,900 to 8,500 feet. Average annual precipitation ranges from 15 to 22 inches, and average annual air temperature ranges from 40 to 46 degrees F.

These soils are Haplustalfs.

A reference pedon of Haplustalfs is in an area of Argiustolls-Haplustalfs-Rock Outcrop complex, 30 to 80 percent slopes, located in the southeast quarter of the northwest quarter of sec. 7, T. 41 N., R. 17 W.:

A1—0 to 2 inches; brown (10YR 5/3) very stony loam, very dark grayish brown (10YR 3/2) moist; moderate thick platy structure parting to weak fine granular; soft, very friable, slightly sticky and slightly plastic; many very fine to medium roots; 10 percent gravel, 10 percent cobbles, and 35 percent stones; neutral (pH 7.0); clear wavy boundary.

A2—2 to 5 inches; brown (10YR 5/3) very stony loam, dark brown (10YR 3/3) moist; moderate medium subangular blocky structure; slightly hard, very friable, slightly sticky and slightly plastic; common very fine and few fine and medium roots; 10 percent gravel, 10 percent cobbles, and 35 percent stones; neutral (pH 7.0); clear wavy boundary.

EB—5 to 10 inches; very pale brown (10YR 7/3) very stony clay loam, brown (10YR 4/3) moist; weak fine subangular blocky structure; slightly hard, friable, sticky and plastic; few very fine to medium roots; 10 percent gravel, 10 percent cobbles, and 35 percent stones; slightly acid (pH 6.4); clear wavy boundary.

Bt1—10 to 24 inches; pale brown (10YR 6/3) very stony clay, brown (10YR 5/3) moist; strong medium angular blocky structure; very hard, very firm, very sticky and very plastic; few very fine to medium roots; common thin clay films on the faces of peds; 10 percent gravel, 10 percent cobbles, and 35 percent stones; neutral (pH 7.0); gradual wavy boundary.

Bt2—24 to 41 inches; light yellowish brown (10YR 6/4) very stony clay, yellowish brown (10YR 5/4) moist; moderate medium subangular blocky structure; very hard, very firm, very sticky and very plastic; few very fine to medium roots; common thin clay films on the faces of peds; 10 percent gravel, 10 percent cobbles, and 35 percent stones; neutral (pH 7.0); gradual wavy boundary.

CB1—41 to 55 inches; light yellowish brown (10YR 6/4) very stony clay, yellowish brown (10YR 5/4) moist; weak medium subangular blocky structure; very hard, very firm, very sticky and very plastic; few very fine roots; 10 percent gravel, 10 percent cobbles, and 35 percent stones; neutral (pH 7.2), clear irregular boundary.

CB2—55 to 60 inches; light yellowish brown (10YR 6/4) extremely stony clay, yellowish brown (10YR 5/4) moist; weak medium subangular blocky structure; very hard, very firm, very sticky and very plastic; few very fine roots; 25 percent gravel, 10 percent cobbles, and 35 percent stones; neutral (pH 7.0).

The depth to bedrock ranges from 10 to 60 inches or more. The particle-size control section has 10 to 60 percent sandstone rock fragments. The reaction is slightly acid to slightly alkaline.

*A horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 3 or 4 moist; and the chroma is 1 through 3.

*EB horizon:* The hue is 7.5YR or 10YR; the value is 6 or 7 dry, 4 or 5 moist; and the chroma is 2 through 4. The texture of the fine-earth fraction is loam or clay loam with rock fragment modifiers.

*Bt horizon:* The hue is 5YR through 10YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction is clay loam or clay with rock fragment modifiers. The particle-size control section has 27 to 50 percent clay.

## Haplustolls

Haplustolls consist of very deep, well drained and moderately well drained soils on flood plains and in drainageways. These soils formed in alluvium derived from mixed sources. The slopes range from 0 to 5 percent. The elevation ranges from 5,800 to 7,400 feet. Average annual precipitation ranges from 13 to 20 inches, and average annual air temperature ranges from 47 to 52 degrees F.

These soils are Haplustolls.

A reference pedon of Haplustolls is in an area of Fluvaquents-Haplustolls complex, 0 to 5 percent slopes, located in the southwest quarter of the southeast quarter of sec. 34, T. 39 N., R. 16 W.:

A—0 to 4 inches; grayish brown (10YR 5/2) sandy loam, very dark brown (10YR 2/2) moist; weak fine subangular blocky structure parting to weak very fine granular; soft, very friable, nonsticky and nonplastic; 5 percent gravel and 5 percent cobbles; neutral (pH 7.2); clear smooth boundary.

BA—4 to 11 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; weak medium subangular blocky structure parting to weak fine subangular blocky; hard, friable, nonsticky and slightly plastic; 10 percent gravel and 5 percent cobbles; neutral (pH 7.2); clear wavy boundary.

Bw—11 to 19 inches; brown (10YR 4/3) loam, very dark brown (10YR 2/2) moist; moderate medium subangular blocky structure parting to moderate fine subangular blocky; very hard, friable, nonsticky and slightly plastic; slightly effervescent; 12 percent gravel; slightly alkaline (pH 7.8); abrupt smooth boundary.

2C1—19 to 24 inches; brown (10YR 5/3) gravelly loamy sand, dark brown (10YR 3/3) moist; single grained; loose, loose, nonsticky and nonplastic; slightly effervescent; 25 percent gravel and 5 percent cobbles; slightly alkaline (pH 7.8); abrupt smooth boundary.

2C2—24 to 60 inches; very pale brown (10YR 7/3) extremely cobbly sand, pale brown (10YR 6/3) moist; single grained; loose, loose, nonsticky and nonplastic; strongly effervescent; 45 percent gravel, 35 percent cobbles, and 5 percent stones; moderately alkaline (pH 8.0).

The mollic epipedon ranges from 10 to 30 inches thick. The depth to the gravelly and cobbly substratum ranges from 15 to 30 inches. The B horizon is not present in some pedons.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 1 through 3 moist; and the chroma is 1 through 3. The reaction is neutral or slightly alkaline.

*Bw horizon:* The hue is 7.5YR or 10YR; the value is 4 through 6 dry, 3 through 5 moist; and the chroma is 2 through 6. The texture of the fine-earth fraction is loam or fine sandy loam. The particle-size control section has 10 to 25 percent clay and 0 to 15 percent rock fragments. The reaction is neutral or slightly alkaline

*2C horizons:* The hue is 7.5YR through 2.5Y. The texture of the fine-earth fraction ranges from sandy loam to sand with rock fragment modifiers of gravelly to extremely cobbly. The particle-size control section has 0 to 18 percent clay and 15 to 80 percent rock fragments. The reaction is neutral through moderately alkaline.

## Haviland Series

The Haviland series consists of very deep, well drained soils on mountain slopes and mesas. These soils formed in slope alluvium and colluvium weathered from red bed sandstone and shale. The slopes range from 5 to 60 percent. The elevation ranges from 8,500 to 11,500 feet. The average annual precipitation ranges from 35 to 45 inches. The average annual air temperature ranges from 32 to 38 degrees F.

These soils are fine-loamy, mixed, superactive Eutric Haplocryalfs.

A typical pedon of Haviland loam is in an area of Haviland-Graysill complex, 5 to 30 percent slopes, located along Elbert Creek road near the top of Durango Mountain Ski Area, approximately 2,500 feet east and 2,000 feet north of the southwest corner of sec. 27, T. 39 N., R. 9 W.:

Oi—0 to 2 inches; organic mat of roots, needles, leaves, and twigs.

E—2 to 14 inches: light reddish brown (5YR 6/3) loam, reddish brown (5YR 4/4) moist; moderate medium subangular blocky structure; slightly hard, very friable, nonsticky and nonplastic; 5 percent gravel; very strongly acid (pH 5.0); clear smooth boundary.

Bt1—14 to 24 inches; red (2.5YR 4/6) clay loam, dark reddish brown (2.5YR 3/4)moist; strong coarse subangular blocky structure parting to weak strong medium subangular blocky; slightly hard, friable, sticky and plastic; few faint clay films on faces of peds and in pores; 5 percent gravel, 2 percent cobbles, and 2 percent stones; very strongly acid (pH 4.8); clear wavy boundary.

Bt2—24 to 62 inches; reddish brown (2.5YR 4/4) gravelly clay loam, dark red (2.5YR 3/6) moist; strong medium subangular blocky structure; slightly hard, friable, sticky and plastic; common distinct clay films on faces of peds; 15 percent gravel, 10 percent cobbles, and 5 percent stones; very strongly acid (pH 4.8).

The particle-size control section has 0 to 15 percent sandstone rock fragments in the upper part, consisting mostly of gravel, cobbles, and stones. The reaction is very strongly acid or strongly acid throughout.

*E horizon:* The hue is 2.5YR through 7.5YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 through 4.

*Bt horizon:* The hue is 10R through 5YR; the value is 4 or 5 dry, 3 or 4 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction typically is sandy clay loam, clay loam, or loam with rock fragment modifiers in the lower part. The particle-size control section has 18 to 35 percent clay.

## Haycamp Series

The Haycamp series consists of very deep, well drained soils on mountain slopes and canyon side slopes. These soils formed in slope alluvium and colluvium derived from sandstone and shale. The slopes range from 30 to 80 percent. The elevation ranges from 8,600 to 11,500 feet. Average annual precipitation ranges from 30 to 40 inches, and average annual air temperature ranges from 32 to 38 degrees F. There are about 2 percent stones on the surface.

These soils are fine, smectitic Typic Eutrocryepts

A typical pedon of Haycamp cobbly clay loam is in an area of Haycamp-Jersey complex, 30 to 80 percent slopes, located about 1,000 feet west and 2,900 feet north of the southeast corner of sec. 29, T. 39 N., R. 12 W.:

Oe—0 to 1 inch; partly decomposed leaves, roots, and twigs.

A—1 inch to 5 inches; very dark brown (10YR 2/2) cobbly clay loam, black (10YR 2/1) moist; weak fine subangular blocky structure parting to weak fine granular; soft, friable, slightly sticky and plastic; many very fine, many fine, and few medium roots; many very fine continuous pores; 5 percent gravel, 15 percent cobbles, and 5 percent stones; slightly acid (pH 6.2); clear smooth boundary.

E—5 to 13 inches; light gray (10YR 7/2) cobbly clay, brown (10YR 5/3) moist; moderate medium subangular blocky structure; extremely hard, very firm, sticky and plastic; common very fine, fine, and coarse, and few medium roots; many very fine continuous pores; 10 percent gravel, 15 percent cobbles, and 5 percent stones; slightly acid (pH 6.2); clear wavy boundary.

Bw1—13 to 21 inches; pale brown (10YR 6/3) cobbly clay, brown (10YR 5/3) moist; moderate coarse subangular blocky structure parting to moderate fine subangular blocky; extremely hard, extremely firm, sticky and plastic; common medium and coarse roots; many very fine continuous pores; 10 percent gravel and 10 percent cobbles; slightly acid (pH 6.2); clear wavy boundary.

Bw2—21 to 30 inches; pale brown (10YR 6/3) clay, brown (10YR 5/3) moist; moderate coarse subangular blocky structure parting to moderate medium subangular blocky; extremely bard, very firm, sticky and plastic; common fine, medium and coarse roots; many very fine continuous pores; 8 percent gravel and 5 percent cobbles; slightly acid (pH 6.4); gradual wavy boundary.

Bw3—30 to 38 inches; mixed colors of very pale brown (10YR 7/3) and (10YR 7/4) clay, brown (10YR 5/3) and light yellowish brown (10YR 6/4) moist; moderate medium subangular blocky structure; extremely hard, very firm, sticky and plastic; common fine and medium, and few coarse roots; many very few continuous pores; 8 percent gravel and 5 percent cobbles; slightly acid (pH 6.4); gradual wavy boundary.

C1—38 to 56 inches; light brownish gray (10YR 6/2) gravelly clay, brown (10YR 5/3) moist; few fine distinct light yellowish brown (10YR 6/4) lithochromic mottles; massive; extremely hard, extremely firm, sticky and plastic; common medium and coarse and few fine roots; many very fine continuous pores; 15 percent gravel and 10 percent cobbles; neutral (pH 6.6); clear wavy boundary.

C2—56 to 61 inches; light brownish gray (10YR 6/2) very cobbly clay loam, grayish brown (10YR 5/2) moist; few fine distinct light yellowish brown (10YR 6/4) lithochromic mottles; massive; extremely hard, extremely firm, sticky and plastic; 10 percent gravel, 25 percent cobbles, and 2 percent stones; neutral (pH 6.6).

The particle-size control section has 35 to 50 percent clay and 5 to 25 percent rock fragments.

*A horizon:* The hue is 10YR; the value is 2 through 5 dry, 2 or 3 moist; and the chroma is 1 through 3. The reaction is moderately acid or slightly acid.

*E horizon:* The hue is 10YR; the value is 6 or 7 dry, 5 or 6 moist; and the chroma is 2 or 3. The reaction is moderately acid or slightly acid.

*Bw horizon:* The hue is 7.5YR or 10YR; the value is 5 through 7 dry, 4 through 6 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction is clay or clay loam with gravelly or cobbly rock modifiers in some horizons of some pedons. The reaction is moderately acid through neutral.

*C horizon:* The hue is 2.5Y through 7.5YR. The texture of the fine-earth fraction is clay or clay loam with rock modifiers of gravelly, cobbly, or very cobbly. The particle-size control section has 15 to 50 percent rock fragments, which consist mostly of gravel and cobbles. The reaction is slightly acid or neutral.

## Heisspitz Series

The Heisspitz series consists of shallow, well drained soils on mountain slopes and structural benches. These soils formed in colluvium derived from limestone and sandstone. The slopes range from 5 to 60 percent. The elevation ranges from 9,000 to 11,000 feet. The average annual precipitation ranges from 35 to 45 inches. The average annual air temperature ranges from 32 to 38 degrees F.

These soils are loamy, mixed, superactive Lithic Haplocryolls.

A typical pedon of Heisspitz loam is in an area of Clayburn-Heisspitz complex, 15 to 30 percent slopes, located about 2,700 feet north and 500 feet east of the southwest corner of sec. 2, T. 37 N., R. 8 W.:

A1—0 to 9 inches; brown (7.5YR 4/2) loam, dark brown (7.5YR 3/2) moist; moderate fine granular structure; soft, very friable, slightly sticky and nonplastic; slightly acid (pH 6.2); clear smooth boundary.
A2—9 to 14 inches; brown (7.5YR 4/2) loam, dark brown (7.5YR 3/2) moist; moderate medium granular structure; soft, very friable, slightly sticky and nonplastic; slightly acid (pH 6.4); clear wavy boundary.
R—14 inches; fractured limestone bedrock with soil material working down into cracks.

The mollic epipedon is 6 to 20 inches thick. Bedrock is at a depth of 10 to 20 inches. The texture is loam or clay loam. The particle-size control section has 18 to 35 percent clay and 0 to 15 percent limestone and sandstone rock fragments, most of which are gravel and cobbles. The reaction is moderately acid or slightly acid.

*A horizon:* The hue is 7.5YR or 10YR; the value is 3 through 5 dry, 2 or 3 moist; and the chroma is 1 through 3.

*Bw horizon (when present):* The hue is 7.5YR or 10YR; the value is 3 through 6 dry, 2 through 5 moist; and the chroma is 2 through 4.

## Helmet Series

The Helmet series consists of very deep, well drained soils on mountain slopes. These soils formed in slope alluvium derived mostly from diorite, rhyolite and shale. The slopes range from 1 to 60 percent. The elevation ranges from 9,000 to 10,500 feet. The mean annual precipitation ranges from 30 to 40 inches and the mean annual air temperature ranges from 34 to 40 degrees F.

These soils are fine, smectitic Veric Argicryolls.

A typical pedon of Helmet clay loam, 1 to 15 percent slopes, is located in Montezuma County, about 10 miles northeast of Mancos along Forest Service road 566, about 2,500 feet south and 50 feet west of the northeast corner of sec. 27, T. 37 N., R. 12 W.:

Oi—0 to 2 inches; organic mat of decomposing leaves, roots and needles.
A—2 to 4 inches; dark brown (10YR 3/3) clay loam, very dark gray (10YR 3/1) moist; moderate medium and fine granular structure; slightly hard, very friable, slightly sticky and slightly plastic; 5 percent gravel; strongly acid (pH 5.2); clear wavy boundary.
BA—4 to 13 inches; grayish brown (10YR 5/2) clay loam, very dark grayish brown (10YR 3/2) moist; moderate fine and medium subangular blocky structure parting to strong medium granular; slightly hard, firm, slightly sticky and plastic; few faint clay films on faces of peds; 5 percent gravel; moderately acid (pH 5.6); clear wavy boundary.
Bt1—13 to 21 inches; light brownish gray (10YR 6/2) clay, dark grayish brown (10YR 4/2) moist; moderate coarse prismatic structure parting to strong medium angular blocky; extremely hard, very firm, sticky and plastic; many prominent clay films on faces of peds and in pores; 5 percent gravel; moderately acid (pH 5.6); gradual wavy boundary.
Bt2—21 to 28 inches; grayish brown (10YR 5/2) and yellowish brown (10YR 5/4) clay, dark brown (10YR 3/3) moist; strong medium angular and subangular blocky structure; extremely hard, very firm, sticky and plastic; common prominent clay films on faces of peds and in pores; 5 percent gravel; moderately acid (pH 5.8); gradual wavy boundary.
BC—28 to 46 inches; grayish brown (10YR 5/2) and yellowish brown (10YR 5/4) silty clay, very dark grayish brown (10YR 3/2) and dark yellowish brown (10YR 4/4) moist; moderate coarse subangular blocky structure; very hard, very firm, sticky

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 536 of 579



and plastic; few faint clay films in pores; 10 percent gravel and shale chips; slightly acid (pH 6.2); gradual wavy boundary.
C—46 to 62 inches; grayish brown (10YR 5/2) silty clay loam, brown (10YR 4/3) moist; massive; hard, firm, slightly sticky and plastic; 5 percent gravel and shale chips and 5 percent cobbles; slightly acid (pH 6.2).

The mollic epipedon ranges from 10 to 16 inches thick and may include part of the B horizon. The depth to the base of the Bt ranges from 26 to 60 inches from the mineral soil surface

*A horizon:* The hue is 7.5YR or 10YR; the value is 3 or 4 dry, 2 or 3 moist; and the chroma is 1 through 3. The texture is loam or clay loam. The reaction is strongly acid through slightly acid.

*Bt horizons:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 3 or 4 moist; and the chroma is 2 through 4. The texture is clay loam or clay.

The particle-size control section has 35 to 55 percent clay and 2 to 15 percent rock fragments, which consist mostly of gravel and cobbles of diorite and rhyolite composition. The reaction is moderately acid or slightly acid.

*BC horizon (when present):* The hue is 7.5YR or 10YR; the value is 4 through 6 dry, 3 through 5 moist; and the chroma is 2 through 4. Darker colors are due to the color of the shale material. The reaction is moderately acid or slightly acid.

*C horizon:* The hue is 7.5YR or 10YR.

## Henson Series

The Henson series consists of very deep, well drained soils on alpine valley fills and mountain slopes. These soils formed in colluvium and slope alluvium derived mostly from rhyolite with minor areas from redbed sandstone. The slopes range from 10 to 60 percent. The elevation ranges from 11,000 to 13,500 feet. The average annual precipitation ranges from 35 to 45 inches. The average annual air temperature ranges from 28 to 34 degrees F.

These soils are loamy-skeletal, isotic Typic Dystrocryepts.

A typical pedon of Henson very gravelly loam, 30 to 60 percent slopes, is located in Burns Gulch, just above the tree line, in an unsectionized area, in the projected northeast quarter of sec. 17, T. 42 N., R. 6 W.:

Oi—0 to 1 inch; partly decomposed organic mat of grass leaves, roots, and stems.
A—1 inch to 5 inches; brown (7.5YR 5/2) very gravelly loam, dark brown (7.5YR 3/2) moist; moderate fine granular; soft, very friable, nonsticky and nonplastic; 25 percent gravel, 10 percent cobbles, and 2 percent stones; very strongly acid (pH 5.0); clear smooth boundary.
Bw1—5 to 13 inches; reddish brown (5YR 5/4) very cobbly loam, dark reddish brown (5YR 3/4) moist; moderate medium granular; soft, very friable, nonsticky and nonplastic; 15 percent gravel, 15 percent cobbles, and 10 percent stones; very strongly acid (pH 5.0); clear smooth boundary.
Bw2—13 to 25 inches; light reddish brown (5YR 6/4) very stony sandy clay loam; dark reddish brown (5YR 3/4) moist; weak fine granular; soft, very friable, nonsticky and nonplastic; 10 percent gravel, 25 percent cobbles, and 20 percent stones; very strongly acid (pH 5.0); clear smooth boundary.
C—25 to 61 inches; brown (7.5YR 5/4) extremely stony sandy loam; brown (7.5YR 4/2) moist; massive; loose, loose, nonsticky and nonplastic; 15 percent gravel 30 percent cobbles, and 30 percent stones; very strongly acid (pH 5.0).

Base saturation ranges from 35 to 50 percent. The particle-size control section has 18 to 35 percent clay and 35 to 75 percent rock fragments, most of which are angular gravel and cobbles derived from rhyolite and similar volcanic rocks.

*A horizon:* The hue is 5YR through 10YR; the value is 5 or 6 dry, 3 through 5 moist; and the chroma is 2 through 4. The reaction is very strongly acid or strongly acid.

*Bw horizon:* The hue is 5YR or 7.5YR; the value is 5 through 7 dry, 3 through 6 moist; and the chroma is 2 through 6. The texture of the fine-earth fraction typically is loam, clay loam, or sandy clay loam with rock fragment modifiers of very cobbly or very stony. The reaction is very strongly acid or strongly acid.

*C horizon:* The hue is 5YR or 7.5YR. The texture of the fine-earth fraction typically is loam, sandy clay loam, or sandy loam with rock fragment modifiers of extremely cobbly, extremely stony, or very cobbly. The reaction is very strongly acid or strongly acid.

## Herm Series

The Herm series consists of very deep, well drained soils on mesas, structural benches and hills. These soils formed in slope alluvium derived dominantly from shale, sandstone, and quartz diorite. The slopes range from 0 to 45 percent. The elevation ranges from 7,800 to 9,000 feet. The average annual precipitation ranges from 16 to 25 inches. The average annual air temperature ranges from 40 to 45 degrees F.

These soils are fine, smectitic, frigid Typic Argiustolls

A typical pedon of Herm loam, in an area of Fughes-Herm complex, 5 to 25 percent slopes, is located about 1,100 feet south and 1,700 feet east of the northwest corner of sec. 7, T. 36 N., R. 12 W.:

A—0 to 6 inches; dark grayish brown (10YR 4/2) loam, black (10YR 2/1) moist; moderate medium granular structure; soft, friable, slightly sticky and slightly plastic; neutral (pH 6.8); clear smooth boundary.

AB—6 to 13 inches; dark brown (10YR 3/3) clay loam, very dark gray (10YR 3/1) moist; moderate medium subangular blocky structure; hard, firm, sticky and plastic; neutral (pH 6.6); clear smooth boundary.

Bt1—13 to 17 inches; grayish brown (10YR 5/2) clay loam, dark grayish brown (10YR 4/2) moist; strong medium angular and subangular blocky structure; hard, firm, very sticky and very plastic; few distinct clay films on faces of peds; neutral (pH 6.6); gradual wavy boundary.

Bt2—17 to 45 inches; brown (10YR 5/3) clay loam, brown (10YR 4/3) moist; strong medium angular and subangular blocky structure; very hard, very firm, very sticky and very plastic; many prominent clay films on faces of peds; 5 percent gravel; neutral (pH 6.6); gradual wavy boundary.

BC—45 to 60 inches; grayish brown (10YR 5/2) clay loam, brown (10YR 4/3) moist; weak medium subangular blocky structure; hard, firm, sticky and plastic; 5 percent gravel and 9 percent cobbles; neutral (pH 7.0).

The mollic epipedon ranges from 10 to 16 inches thick. The particle-size control section has 35 to 50 percent clay and 0 to 15 percent sandstone and diorite rock fragments.

*A horizon:* The hue is 7.5YR or 10YR; the value is 3 through 5 dry, 2 or 3 moist; and the chroma is 1 through 3. The texture is loam or stony loam. The reaction is slightly acid or neutral.

*Bt horizon:* The hue is 10YR or 2.5Y; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 through 4. The texture is clay loam or clay.

The particle-size control section has 35 to 50 percent clay. The reaction is slightly acid to slightly alkaline.

*BC horizon:* The hue is 10YR or 2.5Y. The reaction is neutral through moderately alkaline.

## Hesperus Series

The Hesperus series consists of very deep, moderately well drained soils in drainageways and on low terraces. These soils formed in alluvium derived from mixed sources. The slopes range from 0 to 3 percent. The elevation ranges from 7,100 to 8,500 feet. Average annual precipitation ranges from 15 to 20 inches, and average annual air temperature ranges from 40 to 45 degrees F.

These soils are fine-loamy, mixed, superactive, frigid Pachic Argiustolls.

A typical pedon of Hesperus loam, 0 to 3 percent slopes, is located about 2,900 feet east and 2,000 feet south of the northwest corner of sec. 23, T. 41 N., R. 17 W.:

A—0 to 3 inches; very dark grayish brown (10YR 3/2) loam, black (10YR 2/1) moist; moderate medium platy structure parting to weak fine subangular blocky; slightly hard, friable, nonsticky and slightly sticky; neutral (pH 7.0); abrupt smooth boundary.

AB—3 to 8 inches; very dark grayish brown (10YR 3/2) loam, black (10YR 2/1) moist; weak medium prismatic structure parting to moderate medium subangular blocky; hard, friable, slightly sticky and plastic; 10 percent gravel; neutral ( pH 7.0); clear smooth boundary.

Bt1—8 to 15 inches; very dark grayish brown (10YR 3/2) loam, black (10YR 2/1) moist; moderate coarse prismatic structure parting to moderate coarse subangular blocky; slightly hard, very friable, nonsticky and slightly plastic; few faint clay films on faces of peds; neutral (pH 7.0); gradual wavy boundary.

Bt2—15 to 22 inches; very dark grayish brown (10YR 3/2) loam, black (10YR 2/1) moist; moderate coarse prismatic structure parting to moderate coarse subangular blocky; hard, friable, slightly sticky and slightly plastic; few distinct clay films on faces of peds; neutral (pH 7.0); clear wavy boundary.

Bt3—22 to 28 inches; very dark grayish brown (10YR 3/2) loam, black (10YR 2/1) moist; moderate medium prismatic structure parting to moderate medium subangular blocky; very hard, friable, sticky and plastic; few distinct clay films on faces of peds; neutral (pH 7.0); clear smooth boundary.

Bt4—28 to 40 inches; very dark grayish brown (10YR 3/2) clay loam, black (10YR 2/1) moist; moderate medium prismatic structure parting to strong medium angular blocky; extremely hard, very firm, sticky and plastic; few distinct clay films on faces of peds; neutral (pH 7.0); clear smooth boundary.

C1—40 to 51 inches; dark grayish brown (10YR 4/2) clay loam, very dark grayish brown (10YR 3/2) moist; massive; very hard, very friable, sticky and plastic; common fine distinct brownish yellow (10YR 6/6) moist, masses of iron concentrations; neutral (pH 7.0); clear wavy boundary.

C2—51 to 60 inches; very dark grayish brown (10YR 3/2) clay loam, very dark grayish brown (10YR 3/2) moist; massive, very hard, friable, sticky and plastic; common distinct brownish yellow (10YR 6/6) moist, masses of iron concentrations; neutral (pH 7.0).

The mollic epipedon is 17 to 60 inches thick and includes part or all of the Bt horizon. A seasonal high water table is at a depth of 40 to 72 inches from April through July. The particle-size control section has 0 to 10 percent rock fragments. The reaction is neutral throughout.

*A horizon:* The hue is 2.5Y or 10YR; the value is 3 through 5 dry, 2 or 3 moist; and the chroma is 1 through 3.

*Bt horizon:* The hue is 2.5Y or 10YR; the value is 3 through 6 dry, 2 through 5 moist; and the chroma is 1 through 4. The particle-size control section has 18 to 35 percent clay. The texture is loam or clay loam.

*C horizon:* The hue is 2.5Y or 10YR.

## Hofly Series

The Hofly series consist of very deep, well drained soils on mesas and mountain slopes. These soils formed in slope alluvium derived dominantly from sandstone and shale. The slopes range from 5 to 40 percent. The elevation ranges from 8,500 to 9,200 feet. Average annual precipitation ranges from 20 to 26 inches. The average annual air temperature ranges from 35 to 40 degrees F.

These soils are fine, smectitic Pachic Haplocryolls.

A typical pedon of Hofly loam in an area of Leaps-Hofly complex, 5 to 40 percent slopes, is located in the northeast quarter of the southeast quarter of sec. 23, T. 41 N., R. 15 W.:

A1—0 to 7 inches; dark grayish brown (10YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; weak thin platy structure parting to moderate fine granular; soft, friable, slightly sticky and slightly plastic; neutral (pH 6.8); clear smooth boundary.

Bw—7 to 30 inches; grayish brown (10YR 5/2) clay loam, very dark grayish brown (10YR 3/2) moist; moderate medium subangular blocky structure; hard, firm, sticky and plastic; neutral (pH 6.8); clear smooth boundary.

C—30 to 60 inches; pale brown (10YR 6/3) clay, brown (10YR 4/3) moist; massive; very hard, very firm, very sticky and very plastic; 5 percent gravel; neutral (pH 6.8); clear smooth boundary.

The mollic epipedon ranges from 16 to 35 inches thick. The texture is clay loam or clay. The particle-size control section has 35 to 45 percent clay and 0 to 5 percent rock fragments. The soil is neutral throughout.

*A horizon:* The hue is 2.5Y or 10YR; the value is 3 or 4 dry, 2 or 3 moist; and the chroma is 1 or 2.

*Bw horizon:* The hue is 2.5Y or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 1 or 2.

*C horizon:* The hue is 2.5Y or 10YR; the value is 4 through 6 dry, 4 or 5 moist; and the chroma is 2 through 4.

## Horsethief Series

The Horsethief series consists of very deep, well drained soils on mountain slopes. These soils formed in slope alluvium and colluvium derived from sandstone, volcanic, and igneous rocks. The slopes range from 10 to 75 percent. The elevation ranges from 8,400 to 11,500 feet. The average annual precipitation ranges from 25 to 45 inches. The average annual air temperature ranges from 32 to 38 degrees F.

These soils are loamy-skeletal, mixed, superactive Typic Palecryalfs.

A typical pedon of Horsethief loam is in an area of Frisco-Horsethief complex, 30 to 75 percent slopes, located along an unused logging road about 900 feet north and 900 feet west of the southeast corner of sec. 2, T. 37 N., R. 6 W.:

0i—0 to 2 inches; decomposing organic mat of needles, twigs, and bark.

A—2 to 5 inches; pale brown (10YR 6/3) loam, dark brown (10YR 3/3) moist; moderate fine granular structure; soft, very friable, slightly sticky, slightly plastic; 3 percent gravel, 1 percent cobbles, and 1 percent stones; strongly acid (pH 5.2); clear smooth boundary.

E1—5 to 16 inches; pale brown (10YR 6/3) fine sandy loam, brown (10YR 4/3) moist; weak medium subangular blocky structure that parts to weak, fine granular; soft, very friable, nonsticky, nonplastic; 3 percent gravel, 1 percent cobbles, and 1 percent stones; strongly acid (pH 5.2); clear wavy boundary.

E2—16 to 24 inches; light yellowish brown (10YR 6/4) fine sandy loam, dark yellowish brown (10YR 4/4) moist; weak, medium angular blocky structure that parts to moderate, fine granular; slightly hard, very friable, nonsticky, nonplastic;

5 percent gravel, 3 percent cobbles, and 1 percent stones; strongly acid (pH 5.2); clear smooth boundary.

E/B—24 to 32 inches; (60 percent E) very pale brown (10YR 7/3) fine sandy loam, brown (10YR 4/3) moist, and (40 percent B) brown (10YR 5/3) sandy clay loam, dark grayish brown (10YR 4/2) moist; moderate medium subangular blocky structure that parts to moderate fine granular; slightly hard, very friable, slightly sticky and slightly plastic; very few distinct clay films on faces of peds of the B part; 10 percent gravel, 2 percent cobbles, and 2 percent stones; strongly acid (pH 5.2); gradual wavy boundary.

Bt—32 to 49 inches; brown (10YR 5/3) very stony clay loam, dark grayish brown (10YR 4/2) moist; moderate medium subangular blocky structure; hard, friable, sticky and plastic; common distinct clay films on faces of peds; 15 percent gravel, 10 percent cobbles, and 15 percent stones; moderately acid (pH 5.6); gradual wavy boundary.

BC—49 to 62 inches; brown (7.5YR 5/2) very stony clay loam, dark brown (7.5YR 3/2) moist; moderate coarse subangular blocky structure; slightly hard, friable, sticky, plastic; 15 percent gravel, 15 percent cobbles, and 15 percent stones; neutral (pH 6.8).

The depth to the top of the argillic horizon is 24 to 36 inches from the mineral soil surface. The particle-size control section has 35 to 75 percent sandstone, volcanic, and igneous rock fragments.

*A horizon:* The hue is 7.5YR through 2.5Y; the value is 4 through 6 dry, 2 or 3 moist; and the chroma is 1 through 3. The texture of the fine-earth fraction typically is loam or fine sandy loam with rock fragment modifiers in some pedons. The particle-size control section has 5 to 75 percent rock fragments. The reaction is strongly acid or moderately acid.

*E horizon:* The hue is 7.5YR through 2.5Y; the value is 5 through 7 dry, 4 or 6 moist; and the chroma is 2 through 4. The texture of the fine-earth fraction typically is fine sandy loam or sandy loam with rock fragment modifiers in some pedons. The particle-size control section has 5 to 75 percent rock fragments. The reaction is strongly acid or moderately acid.

*E/B horizon:* The hue is 7.5YR through 2.5Y.

*E part:* The value is 5 through 8 dry, 4 through 6 moist; and the chroma is 2 through 4. The texture of the fine-earth fraction is fine sandy loam.

*B part:* The value is 5 through 7 dry, 4 through 6 moist; and the chroma is 2 through 6. The texture of the fine-earth fraction is sandy clay loam or clay loam. The reaction is strongly acid or moderately acid. The particle-size control section has 10 to 75 percent rock fragments.

*Bt horizon:* The hue is 7.5YR through 2.5Y; the value is 5 through 7 dry, 4 through 6 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction typically is clay loam, loam, or sandy clay loam. The particle-size control section has 18 to 35 percent clay and 35 to 75 percent rock fragments. The reaction is strongly acid or moderately acid.

*BC horizon:* The hue is 7.5YR through 2.5Y. The texture of the fine-earth fraction typically is loam or clay loam with very stony or extremely stony rock modifiers.

## Hotter Series

The Hotter series consists of shallow, well drained soils on mountain slopes and structural benches. These soils formed in slope alluvium and residuum weathered mainly from sandstone and shale. The slopes range from 30 to 60 percent. The elevation ranges from 8,500 to 11,500 feet. The average annual precipitation ranges from 30 to 45 inches. The average annual air temperature ranges from 32 to 38 degrees F.

These soils are loamy-skeletal, mixed, superactive, Lithic Eutrocryepts

A typical pedon of Hotter very stony sandy loam is in an area of Wander-Hotter-Hourglass complex, 30 to 60 percent slopes, located about 1,100 feet south and 400 feet west of the northeast corner of sec. 33, T. 39 N., R. 9 W.:

A—0 to 4 inches; brown (10YR 5/3) very stony sandy loam, brown (10YR 4/3) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; many fine and very fine roots; 10 percent gravel, 15 percent cobbles, and 20 percent stones; slightly acid (pH 6.4); clear smooth boundary.

Bw—4 to 14 inches; yellowish brown (10YR 5/4) very stony sandy loam, dark yellowish brown (10YR 4/4) moist; weak medium subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and nonplastic; many fine and very fine roots; 10 percent gravel, 15 percent cobbles, and 20 percent stones; neutral (pH 6.8); abrupt smooth boundary.

R—14 inches; sandstone bedrock, fractured in the upper few inches.

The depth to bedrock is 10 to 20 inches. The particle-size control section has 10 to 18 percent clay and 35 to 75 percent sandstone rock fragments.

*A horizon:* The hue is 7.5YR or 10YR; the value is 5 to 7 dry, 4 to 6 moist; and the chroma is 2 through 4. The reaction is slightly acid or neutral.

*Bw horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 to 6. The texture of the fine-earth fraction is loam or sandy loam with rock fragment modifiers. The reaction is slightly acid or neutral.

## Hourglass Series

The Hourglass series consists of very deep, well drained soils on mountain slopes. These soils formed in slope alluvium and colluvium derived from sandstone, limestone, and shale and from mixed sources. The slopes range from 5 to 60 percent. The elevation ranges from 8,000 to 11,500 feet. The average annual precipitation ranges from 30 to 45 inches. The average annual air temperature ranges from 32 to 38 degrees F.

These soils are fine-loamy, mixed, superactive Typic Argicryolls.

A typical pedon of Hourglass loam is in an area of Hourglass-Wander complex, 5 to 30 percent slopes, located on Missionary Ridge in the southeast quarter of the southeast quarter of sec. 3, T. 37 N., R. 8 W.:

A—0 to 11 inches; dark grayish brown (10YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; moderate fine granular structure; soft, very friable; non-sticky and non-plastic; 10 percent gravel, 1 percent cobbles, and 1 percent stones; slightly acid (pH 6.2); clear wavy boundary.

Bt1—11 to 18 inches; brown (7.5YR 5/4} clay loam, brown (7.5YR 4/3) moist; weak, medium subangular blocky structure parting to moderate medium granular; hard, firm, sticky and plastic: few faint clay films on faces of peds; 10 percent gravel, 2 percent cobbles, and 1 percent stones; neutral (pH 6.6); clear wavy boundary.

Bt2—18 to 31 inches; brown (7.5YR 4/4) gravelly clay loam, brown (7.5YR 4/4) moist; moderate, medium subangular blocky structure; hard, firm, sticky and plastic; few distinct clay films on faces of peds; 10 percent gravel, 5 percent cobbles, and 3 percent stones; neutral (pH 6.6); clear wavy boundary.

Bt3—31 to 46 inches; brown (7.5YR 4/3), very stony clay loam, reddish brown (5YR 4/3) moist; moderate, medium angular blocky structure that parts to moderate, medium subangular blocky; hard, firm, sticky and plastic; few distinct clay films on faces of peds; 5 percent gravel, 10 percent cobbles, and 20 percent stones; neutral (pH 6.8); clear wavy boundary.

C—46 to 60 inches; brown (7.5YR 5/2) very stony clay loam, brown (7.5YR 4/2) moist; massive; hard, friable, sticky and plastic; 15 percent gravel, 10 percent cobbles, and 20 percent stones; neutral (pH 7.0).

The mollic epipedon ranges from 10 to 16 inches thick. The particle-size control section has 20 to 35 percent clay and 5 to 35 percent sandstone and limestone rock fragments. The reaction is slightly acid or neutral throughout.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 1 through 3.

*Bt horizon:* The hue is 5YR or 10YR; the value is 4 or 5 dry, 3 or 4 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction typically is clay loam or sandy clay loam with rock fragment modifiers in some pedons.

*C horizon:* The hue is 5YR through 10YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 through 6. The texture typically is loam, cobbly loam, or very stony clay loam.

## Howardsville Series

The Howardsville series consists of very deep, well-drained soils on fan remnants and river terraces. These soils formed in alluvium derived mostly from rhyolite, tuff and similar volcanic rock. The slopes range from 1 to 6 percent. The elevation ranges from 8,300 to 10,000 feet. The average annual precipitation ranges from 20 to 30 inches. The average annual air temperature ranges from 35 to 38 degrees F.

These soils are sandy-skeletal, mixed Ustic Eutrocryepts.

A typical pedon of Howardsville gravelly loam, 1 to 6 percent slopes, is located about 1,000 feet east and 300 feet north of the southwest corner of sec. 17, T. 41 N., R. 7 W.:

A—0 to 2 inches; dark grayish brown (10YR 4/2) gravelly loam, black (10YR 2/1) moist; moderate fine granular structure; soft, friable, nonsticky, and nonplastic; 15 percent gravel and 5 percent cobbles; slightly acid (pH 6.2); clear smooth boundary.

Bw—2 to 10 inches; brown (7.5YR 5/4) very gravelly sandy loam, dark brown (7.5YR 3/4) moist; weak fine granular structure, soft, friable, nonsticky, and nonplastic; 30 percent gravel, 10 percent cobbles, and 2 percent stones; moderately acid (pH 6.0); clear wavy boundary.

C—10 to 60 inches; light brown (7.5YR 6/4) extremely cobbly loamy sand, dark yellowish brown (10YR 4/4) moist; single grained, loose, loose, nonsticky, and nonplastic; 30 percent gravel, 25 percent cobbles, and 10 percent stones; moderately acid (pH 5.8).

The particle-size control section has 35 to 80 percent rock fragments.

The reaction is moderately acid or neutral.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 through 6 dry, 2 through 4 moist; and the chroma is 1 through 4.

*Bw horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 3 through 5 moist; and the chroma is 3 through 6.

*C horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 3 to 5 moist; and the chroma is 2 through 4. The texture of the fine-earth fraction typically is loamy sand or sand.

## Jemco Series

The Jemco series consists of moderately deep, well drained soils on mesas and hills. These soils formed in silty eolian material over residuum derived from

sandstone. The slopes range from 1 to 15 percent. The elevation ranges from 7,800 to 8,500 feet. The average annual precipitation ranges from 18 to 22 inches. The average annual air temperature ranges from 40 to 46 degrees F.

These soils are fine-loamy, mixed, superactive, frigid Typic Haplustalfs.

A typical pedon of Jemco silt loam is in an area of Jemco-Detra-Beje, complex, 1 to 15 percent slopes, located about 1,200 feet east and 2,100 feet north of the southwest corner of sec. 27, T 40 N., R. 16 W.:

A1—0 to 2 inches; brown (10YR 5/3) silt loam, dark brown (7.5YR 3/2) moist; weak fine granular structure; soft, friable, nonsticky and nonplastic; neutral (pH 6.6); clear smooth boundary.

A2—2 to 7 inches; brown (7.5YR 5/2) silt loam, dark brown (7.5YR 3/2) moist; weak medium subangular blocky structure that parts to weak fine granular; slightly hard, very friable, slightly sticky and non plastic; slightly acid (pH 6.4); clear wavy boundary.

BE—7 to 14 inches; light reddish brown (5YR 6/4) loam, reddish brown (5YR 4/3) moist; weak medium subangular blocky structure; hard, very friable, slightly sticky and non plastic; slightly acid (pH 6.2); gradual wavy boundary.

Bt1—14 to 22 inches; brown (7.5YR 5/4) loam, reddish brown (5YR 4/3) moist; weak medium subangular blocky structure; very hard, friable, sticky and plastic; few distinct clay films on faces of peds and in root channels and pores; slightly acid (pH 6.2); gradual wavy boundary.

Bt2—22 to 35 inches; reddish brown (5YR 5/4) clay loam, dark reddish brown (5YR 3/4) moist; moderate medium subangular blocky structure; hard, friable, very sticky and plastic; few distinct clay films on faces of peds; slightly acid (pH 6.2); gradual wavy boundary.

2Bt—35 to 39 inches; yellowish red (5YR 4/6) clay loam, yellowish red (5YR 4/6) moist; moderate medium angular blocky structure; very hard, friable, very sticky and plastic; few prominent clay films on faces of peds and in pores; slightly acid (pH 6.1); abrupt wavy boundary.

2R—39 inches; hard fractured sandstone bedrock, weathered in the upper inch.

The depth to lithic contact of sandstone bedrock ranges from 20 to 40 inches. The particle-size control section has 0 to 5 percent sandstone rock fragments. The reaction is slightly acid or neutral.

*A horizon:* The hue is 7.5YR or 10YR; the value is 3 through 5 dry, 2 or 3 moist; and the chroma is 2 or 3. The texture of the fine-earth fraction is loam or silt loam.

*Bt horizon:* The hue is 5YR or 7.5YR; the value is 4 through 7 dry, 3 or 4 moist; and the chroma is 3 through 6. The texture is loam, clay loam, silt loam, or sandy clay loam. The particle-size control section has 18 to 35 percent clay.

*2Bt horizon:* The hue is 5YR or 7.5YR, value or 4 to 6 dry, 3 or 4 moist; and the chroma is 4 through 6. The texture is clay loam or sandy clay loam.

## Jersey Series

The Jersey series consists of very deep, well drained soils on mountain slopes and canyon side slopes. These soils formed in colluvium and slope alluvium derived from sandstone and shale. The slopes range from 30 to 80 percent. The elevation ranges from 7,600 to 11,500 feet. Average annual precipitation ranges from 25 to 40 inches, and average annual air temperature ranges from 32 to 40 degrees F.

These soils are clayey-skeletal, smectitic Typic Haplocryolls.

A typical pedon of Jersey very cobbly loam is in an area of Dressel-Jersey complex, 30 to 80 percent slopes, located about 1,600 feet south and 2,600 feet north of the northeast corner of sec. 29, T. 39 N., R. 12 W.:

Oe—0 to 1 inch; organic layer of moderately decomposed leaves and twigs.

A—1 inch to 8 inches; very dark gray (10YR 3/1) very cobbly loam, black (10YR 2/1) moist; weak coarse granular structure; soft, very friable, nonsticky and nonplastic; many very coarse and coarse and common medium roots; many very fine pores; 15 percent gravel, 25 percent cobbles, and 5 percent stones; neutral (pH 6.8); clear smooth boundary.

AB—8 to 13 inches; dark grayish brown (10YR 4/2) very cobbly clay loam, very dark grayish brown (10YR 3/2) moist; weak fine subangular blocky structure parting to weak fine granular; hard, very friable, sticky and plastic; common very fine and fine, and few coarse roots; many very fine pores; 15 percent gravel, 25 percent cobbles, and 10 percent stones; neutral (pH 6.8); clear wavy boundary.

Bw1—13 to 18 inches; brown (10YR 5/3) very cobbly clay loam, grayish brown (10YR 5/2) moist; moderate medium subangular blocky structure; very hard, friable, sticky and plastic; few fine, medium, and coarse roots; common very fine pores; 10 percent gravel, 25 percent cobbles, and 15 percent stones; neutral (pH 6.8); clear smooth boundary.

Bw2—18 to 26 inches; very pale brown (10YR 7/3) extremely stony clay loam, yellowish brown (10YR 5/4) moist; weak medium prismatic structure parting to moderate medium subangular blocky; very hard, friable, sticky and plastic; common fine and medium, and few coarse roots; common very fine pores; 15 percent gravel, 30 percent cobbles, and 20 percent stones; neutral (pH 6.8); clear wavy boundary.

Bw3—26 to 37 inches; light brownish gray (2.5Y 6/2) very cobbly clay loam, light olive brown (2.5Y 5/4) moist; moderate medium subangular blocky structure; extremely hard, firm, sticky and plastic; few very fine, fine, medium and coarse roots; common very fine pores; 10 percent gravel, 35 percent cobbles, and 15 percent stones; neutral (pH 6.8); gradual wavy boundary.

C1—37 to 47 inches; light brownish gray (2.5YR 6/2) very cobbly clay, light yellowish brown (2.5YR 6/4) moist; common medium distinct yellowish brown (10YR 5/6) lithochromic mottles; massive; extremely hard, very firm, sticky and plastic; few fine roots; few fine pores; 10 percent gravel, 30 percent cobbles, and 15 percent stones; neutral (pH 6.8); clear smooth boundary.

C2—47 to 61 inches; light brownish gray (2.5YR 6/2) very cobbly clay, grayish brown (2.5YR 5/2) moist; common medium distinct yellowish brown (10YR 5/6) lithochromic mottles; massive; extremely hard, very firm, sticky and plastic; 10 percent gravel, 30 percent cobbles, and 15 percent stones; neutral (pH 6.8).

The mollic epipedon is 10 to 16 inches thick. The particle-size control section has 35 to 45 percent clay and 35 to 75 percent sandstone rock fragments.

*A horizon:* The hue is 10YR; the value is 3 or 4 dry, 2 or 3 moist; and the chroma is 1 or 2. The reaction is slightly acid or neutral.

*Bw horizons:* The hue is 10YR or 2.5Y; the value is 5 through 7 dry, 4 or 5 moist; and the chroma is 2 through 4. The texture of the fine-earth fraction is clay loam or clay with rock fragment modifiers of very cobbly or extremely stony. The reaction is slightly acid or neutral.

*C horizon:* The hue is 10YR or 2.5Y; the value is 6 or 7 dry, 2 through 4 moist; and the chroma is 2 through 4. The texture of the fine-earth fraction typically is clay loam or clay with rock fragment modifiers. The particle-size control section has 35 to 75 percent sandstone rock fragments. The reaction is neutral.

## Kite Series

The Kite series consists of shallow or very shallow, well drained soils on mountain slopes. These soils formed in residuum derived mostly from limestone and sandstone. The slopes range from 15 to 30 percent. The elevation ranges from 11,000 to 12,000

feet. The average annual precipitation ranges from 35 to 45 inches. The average annual air temperature ranges from 30 to 35 degrees F.

These soils are loamy, mixed, superactive Humic Lithic Dystrocryepts.

A typical pedon of Kite loam is in an area of Kite-Rock outcrop, sedimentary, complex, 15 to 30 percent slopes, located in Carbonate Basin, about 2,285 feet south and 550 feet east of the northwest corner of sec. 23, T. 37 N., R. 7 W.:

A1—0 to 1 inch; dark grayish brown (10YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; moderate very fine granular structure; soft, very friable, nonsticky and nonplastic; 5 percent gravel; strongly acid (pH 5.2); abrupt smooth boundary.

A2—1 inch to 4 inches; brown (10YR 4/3) sandy loam, dark brown (10YR 3/3) moist; moderate fine granular structure that parts to moderate very fine granular; soft, very friable, nonsticky and nonplastic; 10 percent gravel; strongly acid (pH 5.2); clear smooth boundary.

Bw1—4 to 9 inches; brown (10YR 4/3) sandy clay loam, dark brown (10YR 3/3) moist; moderate medium subangular blocky structure that parts to moderate fine subangular blocky; slightly hard, friable, slightly sticky and slightly plastic; 10 percent gravel; strongly acid (pH 5.2) gradual wavy boundary.

Bw2—9 to 15 inches; dark yellowish brown (10YR 4/4) gravelly sandy loam, dark yellowish brown (10YR 3/4) moist; moderate medium subangular blocky structure that parts to moderate fine subangular blocky; slightly hard, friable, slightly sticky and slightly plastic; 15 percent gravel and 5 percent flagstones; very strongly acid (pH 5.0); gradual wavy boundary.

Bw3—15 to 18 inches; yellowish brown (10YR 5/4) sandy loam, dark yellowish brown (10YR 4/4) moist; moderate medium subangular blocky structure that parts to moderate fine subangular blocky; slightly hard, friable, slightly sticky and slightly plastic; 13 percent gravel; very strongly acid (pH 5.0); abrupt wavy boundary.

R—18 inches; fractured limestone bedrock.

Bedrock is at a depth of 8 to 20 inches. The reaction is very strongly acid or strongly acid. The particle-size control section has 5 to 35 percent rock fragments, most of which are gravel.

*A horizon:* The hue is 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 2 or 3, dry and moist.

*Bw horizon:* The hue is 10YR; the value is 4 or 5 dry, 3 or 4 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction typically is sandy clay loam or sandy loam with rock fragment modifiers of gravelly in some horizons. The particle-size control section has 15 to 27 percent clay.

## Leaps Series

The Leaps series consist of very deep, well drained soils on mesas and mountain slopes. These soils formed in slope alluvium derived from sandstone and shale. The slopes range from 5 to 40 percent. The elevation ranges from 8,500 to 9,200 feet. Average annual precipitation ranges from 20 to 26 inches. The average annual air temperature ranges from 35 to 40 degrees F.

These soils are fine, smectitic Vertic Haplocryolls.

A typical pedon of Leaps clay loam is in an area of Leaps-Hofly complex, 5 to 40 percent slopes, located in the northwest quarter of the southeast quarter of sec. 24, T. 41 N., R. 15 W.:

A1—0 to 3 inches; grayish brown (10YR 5/2) clay loam, very dark gray (10YR 3/1) moist; weak medium platy structure; soft, friable, sticky and slightly plastic; 3 percent gravel; neutral (pH 6.8); clear smooth boundary.

A2—3 to 7 inches; gray (10YR 5/1) clay loam, very dark gray (10YR 3/1) moist;

moderate medium granular structure; slightly hard, friable, sticky and slightly plastic; neutral (pH 6.6); clear smooth boundary.

A3—7 to 14 inches; gray (10YR 5/1) clay loam, very dark grayish brown (10YR 3/2) moist; moderate medium granular structure; hard, friable, sticky and plastic; neutral (pH 6.6); clear smooth boundary.

Bw—14 to 22 inches; light brownish gray (10YR 6/2) clay loam, dark grayish brown (10YR 4/2) moist; weak medium subangular blocky structure; very hard, friable, sticky and very plastic; slightly acid (pH 6.4); clear smooth boundary.

C—22 to 60 inches; light brownish gray (10YR 6/2) clay, grayish brown (10YR 5/2) moist; massive; very hard, friable, very sticky and very plastic; slightly acid (pH 6.4).

The mollic epipedon ranges from 7 to 15 inches thick. The texture is clay loam or clay. The particle-size control section has 35 to 50 percent clay and 0 to 15 percent sandstone rock fragments, most of which are gravel.

The soil is slightly acid or neutral throughout.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 1 through 3.

*Bw horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 through 6.

*C horizon:* The hue is 7.5YR or 10YR; the value is 5 through 7 dry, 4 through 6 moist; and the chroma is 2 through 4.

## Lillings Series

The Lillings series consists of very deep, well drained soils on flood plains and in drainageways. These soils formed in alluvium derived from shale and sandstone. The slopes range from 0 to 5 percent. The elevation ranges from 6,500 to 7,200 feet. The mean annual precipitation ranges from 12 to 13 inches. The mean annual air temperature ranges from 47 to 52 degrees F.

These soils are fine-silty, mixed, superactive, calcareous, mesic Ustic Torrifluvents.

A typical pedon of Lillings silty clay loam, 0 to 5 percent slopes, is located about 35 miles north of Dolores, northwest of the area where Forest Road 240 crosses Ryman Creek, in the northwest quarter of sec. 17, T 41 N, R 15 W.:

A—0 to 8 inches; grayish brown (10YR 5/2) silty clay loam, dark grayish brown (10YR 4/2) moist; moderate, fine granular structure; soft, very friable, slightly sticky and slightly plastic; common fine roots; violently effervescent; moderately alkaline (pH 8.2); clear smooth boundary.

C1—8 to 27 inches; pale brown (10YR 6/3) silty clay loam, with thin strata of very fine sandy loam and silt loam, grayish brown (10YR 5/2) moist; weak medium subangular blocky and moderate medium granular structure; slightly hard, friable, slightly sticky and nonplastic; common fine roots; violently effervescent; strongly alkaline (pH 8.6); gradual smooth boundary.

C2—27 to 50 inches; pale brown (10YR 6/3) silty clay loam, with thin strata of very fine sandy loam and silt loam, grayish brown (10YR 5/2) moist; massive; slightly hard, friable, slightly sticky and nonplastic; few fine roots; violently effervescent; moderately alkaline (pH 8.4); clear smooth boundary.

C3—50 to 60 inches; pale brown (10YR 6/3) silty clay loam, with thin strata of very fine sandy loam and silt loam, grayish brown (10YR 5/2) moist; moderate medium angular blocky structure; hard, firm, slightly sticky and slightly plastic; violently effervescent; moderately alkaline (pH 8.2).

The particle-size control section has 18 to 35 percent clay and less than 15 percent sand that is coarser than very fine sand. The profile is commonly calcareous

throughout. The moisture control section usually is dry in all parts from May 15 through June.

*A horizon:* The hue is 2.5Y or 10YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 or 3. The reaction is slightly alkaline or moderately alkaline.

*C horizon:* The hue is 2.5Y or 10YR; the value is 5 or 6 dry, 4 through 6 moist; and the chroma is 2 or 3. The texture is stratified silt loam to clay loam. The reaction is moderately alkaline through very strongly alkaline.

## Lonecone Series

The Lonecone series consists of moderately deep, well drained soils on mesas. These soils formed in residuum derived from sandstone and shale, with some eolian influence. The slopes range from 0 to 5 percent. The elevation ranges from 7,600 to 8,500 feet. The average annual precipitation ranges from 18 to 25 inches. The average annual air temperature ranges from 40 to 44 degrees F.

These soils are fine-loamy, mixed, superactive, frigid Pachic Haplustolls.

A typical pedon of Lonecone loam, 0 to 5 percent slopes, is located in Dolores County, about 3 miles southwest of Benchmark lookout tower about 1,200 feet south and 150 feet east of the northwest corner of sec. 4, T. 40 N., R. 16 W.:

A1—0 to 6 inches; dark brown (10YR 3/3) loam, very dark grayish brown (10YR 3/2) moist; moderate fine granular structure; soft, very friable; nonsticky and nonplastic; many fine roots; neutral (pH 7.0); clear smooth boundary.

A2—6 to 27 inches; dark brown (10YR 3/3) loam, very dark brown (10YR 2/2) moist; weak medium subangular blocky structure parting to moderate medium granular; slightly hard, friable, nonsticky and nonplastic; 1 percent gravel; few fine roots; neutral (pH 7.0); clear smooth boundary.

Bw—27 to 30 inches; strong brown (7.5YR 5/8) gravelly sandy clay loam, strong brown (7.5YR 4/6) moist; massive; hard, friable, nonsticky and nonplastic; 15 percent gravel; neutral (pH 6.9); gradual smooth boundary.

Cr—30 to 40 inches; soft partially weathered sandstone.

The depth to bedrock ranges from 20 to 40 inches. The mollic epipedon ranges from 16 to 36 inches thick. The texture typically is loam, clay loam, or sandy clay loam. The particle-size control section has 18 to 35 percent clay. The reaction is neutral or slightly alkaline throughout.

*A horizon:* The hue is 7.5YR or 10YR; the value is 3 through 5 dry, 2 or 3 moist; and the chroma is 1 through 3.

*Bw horizon (when present):* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 4 through 6 moist; and the chroma is 4 through 8. The particle-size control section has 15 to 30 percent rock fragments.

## Lostlake Series

The Lostlake series consists of shallow or very shallow, well drained soils on mountain slopes. These soils formed in residuum and slope alluvium derived mostly from granite. The slopes range from 30 to 80 percent. The elevation ranges from 9,000 to 11,500 feet. The average annual precipitation ranges from 30 to 45 inches. The average annual air temperature ranges from 32 to 38 degrees F.

These soils are loamy, isotic Lithic Dystrocryepts.

A typical pedon of Lostlake loam is in an area of Lostlake-Rock outcrop complex, 30 to 80 percent slopes, located west of Stump Lakes, about 2,600 feet west and 2,200 feet south of the northeast corner of sec. 9, T. 37 N., R. 7 W.:

Oi—0 to 2 inches; organic layer.

A—2 to 6 inches; reddish gray (5YR 5/2) loam, dark reddish gray (5YR 4/2) moist;

moderate fine granular structure; slightly hard, friable, nonsticky and nonplastic; 10 percent gravel; very strongly acid (pH 4.8); clear smooth boundary.

Bw—6 to 15 inches; light reddish brown (5YR 6/4) gravelly sandy clay loam, reddish brown (5YR 4/4) moist; moderate medium granular structure; slightly hard, very friable, nonsticky and slightly plastic; 20 percent gravel; very strongly acid (pH 4.6); abrupt smooth boundary.

R—15 inches; granite bedrock, fractured in the upper few inches.

The depth to bedrock ranges from 8 to 20 inches from the mineral soil surface. The reaction is very strongly acid or strongly acid throughout.

*A horizon:* The hue is 5YR or 7.5YR; the value is 5 or 6 dry, 3 or 4 moist; and the chroma is 2 or 3.

*Bw horizon:* The hue is 2.5YR or 5YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 through 6. The texture is gravelly sandy clay loam or gravelly loam. The particle-size control section has 20 to 27 percent clay and 15 to 35 percent rock fragments.

## Mancos Series

The Mancos series consists of moderately deep, well drained soils on structural benches and mesas. These soils formed in slope alluvium derived mostly from shale and sandstone. The slopes range from 1 to 15 percent. The elevation ranges from 8,500 to 9,600 feet. Average annual precipitation ranges from 25 to 30 inches. The average annual air temperature ranges from 36 to 42 degrees F.

These soils are fine, smectitic Pachic Argicryolls.

A typical pedon of Mancos loam is in an area of Mancos-Skisams-Skutum complex, 1 to 15 percent slopes, about 900 feet west and 300 feet south of the northeast corner of sec. 21, T. 12 W., R. 37 N.:

A—0 to 8 inches; dark grayish brown (10YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; moderate medium granular structure; slightly hard, friable, nonsticky and nonplastic; neutral (pH 6.6); clear smooth boundary.

AB—8 to 15 inches; dark grayish brown (10YR 4/2) clay loam, very dark grayish brown (10YR 3/2) moist; weak medium subangular blocky structure that parts to moderate medium granular; slightly hard, friable, slightly sticky and slightly plastic; neutral (pH 6.8); clear smooth boundary.

Bt1—15 to 21 inches; dark grayish brown (10YR 4/2) clay loam, very dark grayish brown (10YR 3/2) moist; moderate medium angular blocky structure; very hard, very firm, sticky and plastic; few distinct clay films on the faces of peds; 7 percent gravel; slightly acid (pH 6.2); clear smooth boundary.

Bt2—21 to 26 inches; brown (10YR 5/3) clay loam, brown (10YR 4/3) moist; weak medium subangular blocky structure; hard, firm, sticky and plastic; few distinct clay films on the faces of peds; 7 percent gravel, slightly acid (pH 6.2); clear smooth boundary.

BC—26 to 34 inches; pale brown (10YR 6/3) gravelly sandy clay loam, brown (10YR 5/3) moist; massive; slightly hard, very friable, slightly sticky and slightly plastic; 25 percent gravel; slightly acid (pH 6.4); clear wavy boundary.

R—34 inches; hard shale bedrock.

The depth to shale ranges from 20 to 40 inches. The mollic epipedon ranges from 16 to 30 inches thick and may include part or all of the Bt horizon. Rock fragments consist of hard gravel-sized shale fragments.

*A horizon:* The hue is 7.5YR or 10YR; the value is 3 or 4, 2 or 3 moist; and the chroma is 1 through 3. The reaction is moderately acid through neutral.

*Bt horizon:* The hue is 7.5YR or 10YR; the value is 3 through 6, 3 through 5 moist; and the chroma is 2 through 6. The texture is clay or clay loam. The particle-size

control section has 35 to 55 percent clay and 0 to 15 percent rock fragments. The reaction is moderately acid or slightly acid.

*BC horizon (when present):* The hue is 7.5YR or 10YR. The particle-size control section has 15 to 35 percent rock fragments. The reaction is moderately acid through neutral.

## Maudrey Series

The Maudrey series consists of very deep, well drained soils on mesas. These soils formed in slope alluvium derived dominantly from Dakota sandstone. The slopes range from 0 to 15 percent. The elevation ranges from 8,200 to 8,900 feet. Average annual precipitation ranges from 20 to 25 inches, and average annual air temperature ranges from 40 to 42 degrees F.

These soils are fine, smectitic, frigid Pachic Paleustolls.

A typical pedon of Maudrey loam is in an area of Maudrey-Tombac complex, 0 to 15 percent slopes, located about 250 feet west and 1,300 feet south of the northeast corner of sec. 28, T. 38 N., R. 13 W.:

A1—0 to 4 inches; dark brown (10YR 3/3) loam, black (10YR 2/1) moist; weak fine subangular blocky structure parting to weak very fine granular; soft, very friable, nonsticky and slightly plastic; many very fine and fine roots; many very fine continuous pores; 5 percent gravel; slightly acid (pH 6.5); clear smooth boundary.

A2—4 to 11 inches; brown (10YR 4/3) loam, black (10YR 2/1) moist; moderate medium subangular blocky structure parting to moderate fine subangular blocky; slightly hard, very friable, slightly sticky and plastic; many very fine and fine roots; many very fine continuous pores; 5 percent gravel; slightly acid (pH 6.5); clear wavy boundary.

A3—11 to 19 inches; brown (10YR 4/3) loam, very dark grayish brown (10YR 3/2) moist; weak fine subangular blocky structure; soft, very friable, slightly sticky and slightly plastic; many very fine and fine roots; many very fine continuous pores; 5 percent gravel; slightly acid (pH 6.5); clear wavy boundary.

AB—19 to 25 inches; yellowish brown (10YR 5/4) loam, very dark grayish brown (10YR 3/2) moist; weak fine subangular blocky structure; soft, very friable, slightly sticky and plastic; common very fine and fine roots; many very fine continuous pores; 5 percent gravel; slightly acid (pH 6.4); clear wavy boundary.

EBt—25 to 31 inches; very pale brown (10YR 7/4) loam, dark yellowish brown (10YR 4/6) moist; weak fine subangular blocky structure parting to weak fine granular; slightly hard, friable, slightly sticky and plastic; few very fine and fine roots; many very fine continuous pores; few faint clay films on faces of peds; 10 percent gravel; moderately acid (pH 5.8); gradual wavy boundary.

Bt1—31 to 41 inches; strong brown (7.5YR 4/6) clay loam, strong brown (7.5YR 5/6) moist; weak medium prismatic structure parting to strong medium subangular blocky; hard, firm, sticky and plastic; many very fine continuous pores; many prominent clay films on faces of peds; 10 percent gravel; very strongly acid (pH 4.8); clear wavy boundary.

Bt2—41 to 54 inches; strong brown (7.5YR 5/6) clay, strong brown (7.5YR 5/6) moist; moderate medium prismatic structure parting to strong medium subangular blocky; very hard, extremely firm, very sticky and plastic; common very fine continuous pores; many prominent clay films on faces of peds; 10 percent gravel; very strongly acid (pH 4.8); clear wavy boundary.

C—54 to 60 inches; yellowish brown (10YR 5/6) clay, yellowish brown (10YR 5/6) moist; massive; very hard, very firm, very sticky and plastic; few very fine continuous pores; 14 percent gravel; very strongly acid (pH 4.8).

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 550 of 579



The mollic epipedon ranges from 20 to 40 inches thick. The particle-size control section has 35 to 55 percent clay and 0 to 15 percent rock fragments.

*A horizon:* The hue is 7.5YR or 10YR; the value is 3 or 4 dry, 2 or 3 moist; and the chroma is 1 through 3. The reaction is moderately acid or slightly acid.

*Bt horizon:* The hue is 7.5YR; the value is 4 to 6 dry, 4 or 5 moist; and the chroma is 5 or 6. The particle-size control section has 35 to 55 percent clay. The texture is clay loam or clay. The reaction is very strongly acid or strongly acid.

*C horizon:* The hue is 7.5YR or 10YR. The texture is clay or clay loam. The reaction is very strongly acid or strongly acid.

## Mavreeso Series

The Mavreeso series consists of very deep, well drained soils on fan remnants, canyon side slopes and mountain slopes. These soils formed in colluvium, alluvium, and slope alluvium derived from red sedimentary rocks, primarily the Dolores and Cutler formations. The slopes range from 5 to 80 percent. The elevation ranges from 7,100 to 8,500 feet. Average annual precipitation ranges from 20 to 22 inches, and average annual air temperature ranges from 43 to 46 degrees F.

These soils are fine-loamy, mixed, superactive, frigid Entic Haplustolls.

A typical pedon of Mavreeso loam, 5 to 30 percent slopes, is located about 2,200 feet north and 1,470 feet east of the southwest corner of sec. 1, T. 38 N., R. 13 W.:

A1—0 to 5 inches; reddish brown (5YR 4/3) loam, dark reddish brown (5YR 3/2) moist; weak medium subangular blocky structure parting to weak medium granular; slightly hard, friable, nonsticky and slightly plastic; many very fine and many fine roots; many very fine pores; 5 percent channers; slightly alkaline (pH 7.4); clear wavy boundary.

A2—5 to 10 inches; reddish brown (5YR 4/3) loam, dark reddish brown (5YR 3/3) moist; weak medium subangular blocky structure parting to weak medium granular; slightly hard, friable, nonsticky and slightly plastic; many very fine and many fine roots; many very fine and common medium pores; slightly effervescent; 5 percent channers; slightly alkaline (pH 7.4); gradual wavy boundary.

Bw1—10 to 18 inches; yellowish red (5YR 4/6) loam, dark reddish brown (5YR 3/4) moist; weak coarse to weak medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; common very fine and many medium roots; common very fine and few medium pores; slightly effervescent; 5 percent gravel; slightly alkaline (pH 7.6); gradual wavy boundary.

Bw2—18 to 28 inches; yellowish red (5YR 4/6) channery loam, reddish brown (5YR 4/4) moist; massive; slightly hard, friable, nonsticky and slightly plastic; few very fine and common medium roots; common very fine and few medium pores; slightly effervescent; 20 percent channers; slightly alkaline (pH 7.6); clear wavy boundary.

Bk1—28 to 42 inches; yellowish red (5YR 4/6) loam, reddish brown (5YR 4/4) moist; moderate coarse subangular blocky structure parting to moderate medium subangular blocky; hard, friable, slightly sticky and slightly plastic; few very fine and common medium roots; common very fine and few medium pores; strongly effervescent; calcium carbonates disseminated; 5 percent channers; slightly alkaline (pH 7.8); clear wavy boundary.

Bk2—42 to 50 inches; yellowish red (5YR 5/6) channery loam, reddish brown (5YR 4/4) moist; massive; slightly hard, friable, nonsticky and slightly plastic; few medium roots; few very fine pores; few fine soft filaments of calcium carbonate; strongly effervescent; 30 percent channers; slightly alkaline (pH 7.8); clear wavy boundary.

Bk3—50 to 60 inches; yellowish red (5YR 5/6) loam, yellowish red (5YR 4/6) moist; massive; hard, friable, slightly sticky and slightly plastic; few medium roots;

common very fine and few medium pores; few fine soft filaments of calcium carbonate; strongly effervescent; 5 percent gravel; moderately alkaline (pH 8.0).

The mollic epipedon is 10 to 16 inches thick. Secondary calcium carbonate occurs at a depth of 26 to 40 inches from the mineral soil surface. The particle-size control section has 18 to 27 percent clay and 0 to 35 percent rock fragments, most of which are of sandstone.

*A horizon:* The hue is 2.5YR through 7.5YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 2 or 3. The reaction is slightly acid through slightly alkaline.

*Bw horizon:* The hue is 2.5YR through 7.5YR; the value is 3 through 6 dry, 3 through 5 moist; and the chroma is 2 through 6. The texture of the fine-earth fraction is loam or sandy loam with channery rock fragment modifiers in some pedons. The reaction is neutral or slightly alkaline.

*Bk horizon:* The hue is 2.5YR through 7.5YR; the value is 4 through 6 dry, 3 through 5 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction is loam or sandy loam with channery rock fragment modifiers in some pedons. The calcium carbonate equivalent ranges from 1 to 10 percent. The reaction is slightly alkaline or moderately alkaline.

## Moento Series

The Moento series consists of moderately deep, well drained soils on mesas, hills, and in drainageways. These soils formed in alluvium and slope alluvium derived mostly from Dakota and Burro Canyon sandstone. The slopes range from 0 to 15 percent. The elevation ranges from 7,800 to 8,500 feet. The average annual precipitation ranges from 18 to 22 inches. The average annual air temperature ranges from 40 to 46 degrees F.

These soils are fine-loamy, mixed, superactive, frigid Typic Argiustolls.

A typical pedon of Moento loam is in an area of Moento-Detra-Jemco complex, 0 to 15 percent slopes, located about 2,200 feet west and 450 feet south of the northeast corner of sec. 35, T. 40 N., R. 16 W.

A1—0 to 2 inches; dark brown (10YR 3/3) loam, very dark brown (10YR 2/2) moist: weak thin platy structure that parts to weak fine granular; slightly hard, friable, nonsticky and nonplastic; common very fine and fine roots; few fine pores; slightly acid (pH 6.4); clear smooth boundary.

A2—2 to 6 inches; dark brown (10YR 3/3) clay loam, very dark grayish brown (10YR 3/2) moist; weak medium subangular blocky structure; hard, friable, nonsticky and nonplastic; common fine roots; few fine pores; slightly acid (pH 6.4); clear smooth boundary.

BA—6 to 12 inches; brown (10YR 4/3) clay loam, dark brown (10YR 3/3) moist; moderate medium and coarse subangular blocky structure; hard, friable, slightly sticky and slightly plastic; common fine roots; few fine pores; slightly acid (pH 6.2); clear wavy boundary.

Bt1—12 to 21 inches; brown (7.5YR 5/4) clay loam, brown (7.5YR 4/4) moist; moderate medium and coarse subangular blocky structure; hard, firm, sticky and plastic; few very fine roots; few large pores; common prominent clay films on faces of peds; slightly acid (pH 6.2); gradual smooth boundary.

Bt2—21 to 30 inches; strong brown (7.5YR 5/6) sandy clay loam, strong brown (7.5YR 5/8) moist; moderate coarse subangular blocky structure; very hard, firm, slightly sticky and slightly plastic; few very fine roots; few very fine and fine pores; common prominent clay films on faces of peds; slightly acid (pH 6.2); gradual smooth boundary.

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 552 of 579



C—30 to 36 inches; reddish yellow (7.5YR 6/6) sandy clay loam, reddish yellow (7.5YR 6/8) moist; massive; slightly hard, friable, nonsticky and nonplastic; slightly acid (pH 6.4); abrupt smooth boundary.
R—36 inches; sandstone bedrock, fractured and weathered in the top 2 or 3 inches.

The mollic epipedon is 7 to 16 inches thick. The depth to bedrock is 20 to 40 inches. Gravel content ranges from 0 to 5 percent. The reaction is slightly acid or neutral throughout.

*A horizon:* The hue is 7.5YR or 10YR; the value is 3 to 5 dry, 2 or 3 moist; and the chroma is 2 or 3.

*Bt horizon:* The hue is 7.5YR or 10YR; the value is 4 through 6 dry, 3 through 5 moist; and the chroma is 3 through 8. The texture is clay loam or sandy clay loam. The particle-size control section has 20 to 35 percent clay.

*C horizon:* The hue is 7.5YR or 10YR. The texture is sandy loam or sandy clay loam.

## Moran Series

The Moran series consists of very deep, well drained soils on alpine valley fills and mountain slopes. These soils formed in colluvium and slope alluvium derived mostly from rhyolite, tuff and similar volcanic rocks *(Fig. 19).* The slopes range from 10 to 65 percent. The elevation ranges from 11,500 to 13,500 feet. The average annual precipitation ranges from 35 to 45 inches. The average annual air temperature ranges from 28 to 34 degrees F.

These soils are loamy-skeletal, isotic Humic Dystrocryepts.

A typical pedon of Moran very gravelly loam, 30 to 65 percent slopes, is located in Kendall Gulch, in the projected southeast quarter of the northwest quarter of sec. 28, T. 41 N., R. 7 W., an unsectionized area:



**Figure 19.—A profile of Moran very gravelly loam showing the surface layer and upper part of the subsoil. Rock fragments make up 35 to 75 percent of the soil.**

Oi—0 to 1 inch; organic material.

A—1 inch to 10 inches; reddish gray (5YR 5/2) very gravelly loam, dark reddish brown (5YR 3/2) moist; weak very fine granular structure; soft very friable, nonsticky and nonplastic; 40 percent gravel, 10 percent cobbles, and 3 percent stones; very strongly acid (pH 5.0); clear smooth boundary.

Bw—10 to 27 inches; reddish brown (5YR 5/3), extremely gravelly loam; reddish brown (5YR 4/3) moist; weak fine granular structure; soft, very friable, slightly sticky and slightly plastic; 40 percent gravel, 20 percent cobbles, and 15 percent stones; very strongly acid (pH 4.8); gradual wavy boundary.

C—27 to 61 inches; pinkish gray (5YR 6/2) extremely gravelly loam, dark reddish gray (5YR 4/2) moist; massive; soft, very friable, slightly sticky and slightly plastic; 45 percent gravel, 15 percent cobbles, and 15 percent stones; very strongly acid, (pH 4.8).

The umbric epipedon is 7 to 20 inches thick. Base saturation is 30 to 50 percent. The particle-size control section has 35 to 75 percent rock fragments.

*A horizon:* The hue is 5YR or 7.5YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 2 or 3. The reaction is very strongly acid through moderately acid.

*Bw horizon:* The hue is 5YR or 7.5YR; the value is 5 or 6 dry, 3 or 4 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction is loam or sandy loam. The particle-size control section has 18 to 27 percent clay.

The reaction is very strongly acid through moderately acid.

*C horizon:* The hue is 5YR or 7.5YR. The texture of the fine-earth fraction is loam or sandy loam. The reaction is very strongly acid through moderately acid.

This soil is taxadjunct to the series because it is estimated to have an isotic minerology class rather than a mixed class.

## Morapos Series

The Morapos series consists of very deep, well drained soils on mesas and fan remnants. These soils formed in alluvium and slope alluvium derived dominantly from sedimentary rocks. The slopes range from 0 to 15 percent. The elevation ranges from 7,100 to 8,000 feet. Average annual precipitation ranges from 15 to 20 inches, and average annual air temperature ranges from 41 to 45 degrees F.

These soils are fine, smectitic, frigid Typic Argiustolls.

A typical pedon of Morapos loam, 0 to 15 percent slopes, is located about 100 feet west and 35 feet south of the northeast corner of sec. 15, T. 41 N, R. 16 W.:

A—0 to 3 inches; brown (10YR 4/3) loam, dark brown (10YR 3/3) moist; moderate fine granular structure; slightly hard, very friable, slightly sticky and slightly plastic; 5 percent gravel; neutral (pH 7.0); clear smooth boundary.

Bt1—3 to 8 inches; brown (10YR 4/3) clay loam, dark brown (10YR 3/3) moist; moderate medium subangular blocky structure parting to strong fine subangular blocky; hard, friable, sticky and plastic; few distinct clay films on the faces of peds; 5 percent gravel; neutral (pH 7.0); clear smooth boundary.

Bt2—8 to 12 inches; brown (10YR 5/3) clay, dark grayish brown (2.5Y 4/2) moist; moderate coarse prismatic structure parting to moderate medium angular blocky; very hard, firm, sticky and plastic; few distinct clay films on ped faces; 5 percent gravel; neutral (pH 7.0); gradual smooth boundary.

BC—12 to 22 inches; brown (10YR 5/3) clay, dark grayish brown (2.5Y 4/2) moist; weak medium angular blocky structure; very hard, firm, sticky and plastic; 5 percent gravel; strongly effervescent; slightly alkaline (pH 7.4); clear smooth boundary.

Bk1—22 to 37 inches; yellowish brown (10YR 5/4) clay loam, yellowish brown (10YR 5/4) moist; massive; hard, friable, sticky and plastic; 5 percent gravel; few fine soft

masses of calcium carbonate; strongly effervescent; moderately alkaline (pH 7.9); gradual smooth boundary.

Bk2—37 to 60 inches; very pale brown (10YR 7/4) clay loam, yellowish brown (10YR 5/4) moist; massive; hard, friable, sticky and plastic; 5 percent gravel; common medium soft masses of calcium carbonate; strongly effervescent; moderately alkaline (pH 8.2).

Secondary lime is at a depth of 12 to 30 inches. The mollic epipedon is 7 to 15 inches thick. The particle-size control section has 35 to 45 percent clay and 0 to 15 percent rock fragments, most of which are gravel derived from sandstone.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 2 or 3. The reaction is neutral.

*Bt horizon:* The hue is 7.5YR or 2.5Y; the value is 4 through 6 dry, 3 through 5 moist; and the chroma is 2 through 4. The texture is clay loam, silty clay loam, or clay. The reaction is neutral or slightly alkaline.

*Bk horizon:* The hue is 2.5Y through 7.5YR. It has 2 to 14 percent calcium carbonate. The reaction is moderately alkaline.

## Narraguinnep Series

The Narraguinnep series consists of very deep, well drained soils on alluvial fans, fan remnants, mesas and mountain slopes. These soils formed in alluvium and slope alluvium derived dominantly from shale. The slopes range from 0 to 50 percent. The elevation ranges from 7,600 to 8,500 feet. The average annual precipitation ranges from 17 to 25 inches. The average annual air temperature ranges from 40 to 44 degrees F.

These soils are fine, smectitic, frigid Vertic Haplustolls.

A typical pedon of Narraguinnep clay loam, 15 to 50 percent slopes, is located in the northwest quarter of the southwest quarter of sec. 33, T. 41 N, R. 15 W.:

A—0 to 6 inches; dark grayish brown (10YR 4/2) clay loam, very dark grayish brown (10YR 3/2) moist; moderate medium granular structure; hard, friable, sticky and plastic; many fine roots; neutral (pH 7.2); clear smooth boundary.

Bw1—6 to 17 inches; grayish brown (10YR 5/2) clay, very dark grayish brown (10YR 3/2) moist; moderate medium subangular blocky structure, parting to moderate fine subangular blocky; very hard, very firm, very sticky and very plastic; abundant fine roots; neutral (pH 7.2); clear smooth boundary.

Bw2—17 to 23 inches; grayish brown (10YR 5/2) clay, brown (10YR 4/3) moist; moderate medium subangular blocky structure; very hard, very firm, very sticky and very plastic; 5 percent gravel; few fine roots; strongly effervescent; slightly alkaline (pH 7.8); gradual smooth boundary.

Bk1—23 to 30 inches; grayish brown (10YR 5/2) clay loam, brown (10YR 4/3) moist; weak medium subangular blocky structure; very hard, firm, very sticky and very plastic; 10 percent gravel and 2 percent cobbles; few fine roots; violently effervescent; moderately alkaline (pH 8.0); clear smooth boundary.

Bk2—30 to 60 inches; pale brown (10YR 6/3) clay, dark grayish brown (10YR 4/2) moist; massive; hard, firm, sticky and plastic; 13 percent gravel; few fine roots; violently effervescent; moderately alkaline (pH 8.0).

The thickness of the mollic epipedon is 16 to 24 inches. The depth to calcareous material ranges from 12 to 24 inches. Calcium carbonate usually is disseminated but is visible as seams in some pedons. The particle-size control section has 35 to 50 percent clay and 0 to 15 percent rock fragments. Linear extensibility ranges from 6 to 9 from the surface to 40 inches.

*A horizon:* The hue is 10YR or 2.5Y; the value is 3 through 5 dry, 2 or 3 moist; and the chroma is 1 through 3. The reaction is neutral or slightly alkaline.

*Bw horizon:* The hue is 10YR or 2.5Y; the value is 4 or 5 dry, 3 or 4 moist; and the chroma is 1 through 3. The reaction is neutral or slightly alkaline. The texture is clay loam or clay.

*Bk horizon:* The hue is 10YR through 5Y; the value is 5 through 7 dry, 3 through 5 moist; and the chroma is 2 through 4. The texture is silty clay loam, clay loam, or clay.

## Needleton Series

The Needleton series consists of very deep, well drained soils on mountain slopes and fan remnants. These soils formed in slope alluvium, colluvium, and alluvium derived mostly from volcanic and sedimentary rocks. The slopes range from 5 to 90 percent. The elevation ranges from 8,500 to 11,500 feet. The average annual precipitation ranges from 30 to 45 inches. The average annual air temperature ranges from 32 to 38 degrees F.

These soils are loamy-skeletal, mixed, superactive Eutric Haplocryalfs.

A typical pedon of Needleton loam is in an area of Needleton-Haviland Complex, 30 to 60 percent slopes, located along Forest Service road 580, about 1,250 feet north and 1,000 feet west of the southeast corner of sec. 16, T. 39 N., R. 9 W.:

Oi—0 to 2 inches; partially decomposed organic material.

E—2 to 16 inches; light reddish brown (5YR 6/3) loam, reddish brown (5YR 4/3) moist; moderate very fine granular structure, soft, very friable, nonsticky and nonplastic; 7 percent gravel, 5 percent cobbles, and 1 percent stones; strongly acid (pH 5.4); clear smooth boundary.

Bt/E—16 to 26 inches; (60 percent B) reddish brown (2.5YR 5/4) very cobbly sandy clay loam, dark reddish brown (2.5YR 3/4) moist, and (40 percent E) light reddish brown (2.5YR 6/4) very cobbly loam, reddish brown (2.5YR 5/4) moist; weak medium subangular blocky structure that parts to moderate fine granular; slightly hard, very friable, slightly sticky and slightly plastic; few faint clay films on faces of peds of the B part; 20 percent gravel, 20 percent cobbles, and 10 percent stones; slightly acid (pH 6.2) gradual wavy boundary.

Bt1—26 to 48 inches; reddish brown (2.5YR 5/4), very stony sandy clay loam, reddish brown (2.5YR 4/4) moist; moderate medium subangular blocky structure that parts to strong medium granular; very hard, friable, sticky and plastic; few distinct clay films on faces of peds; 15 percent gravel, 20 percent cobbles, and 20 percent stones; slightly acid (pH 6.2); clear wavy boundary.

Bt2—48 to 62 inches; reddish brown (2.5YR 5/4), very cobbly clay loam, reddish brown (2.5YR 4/4) moist; moderate medium subangular blocky structure; very hard, firm, sticky and plastic; many prominent clay films on faces of peds; 15 percent gravel, 15 percent cobbles, and 10 percent stones; moderately acid (pH 6.0).

The particle-size control section has 18 to 35 percent clay and 35 to 75 percent rock fragments.

*E horizon:* The hue is 2.5YR through 7.5YR; the value is 6 or 7 dry, 4 or 5 moist; and the chroma is 3 or 4. The reaction is strongly acid or moderately acid.

*Bt/E horizon:*

*Bt part:* The hue is 2.5YR or 5YR; the value is 5 or 6 dry, 3 to 5 moist; and the chroma is 3 through 6 dry or moist. The texture of the fine-earth fraction is sandy clay loam, clay loam, or loam.

*E part:* The hue is 2.5YR through 7.5YR; the value is 6 or 7 dry, 4 or 5 moist; and the chroma is 3 or 4 dry or moist. The texture of the fine-earth fraction is loam or sandy loam. The particle-size control section has 35 to 75 percent rock fragments. The reaction is very strongly acid through slightly acid.

Case No. 1:23-cv-01501-RMR Document 17-3 filed 09/29/23 USDC Colorado pg 556 of 579



*Bt horizon:* The hue is 2.5YR through 5YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction typically is sandy clay loam, clay loam, or loam with rock fragment modifiers. The particle-size control section has 18 to 35 percent clay. The reaction is very strongly acid through slightly acid.

## Nizhoni Series

The Nizhoni series consists of very shallow, well drained soils on mesas, structural benches and escarpments. These soils formed in residuum derived dominantly from sandstone. The slopes range from 1 to 50 percent. The elevation ranges from 6,600 to 7,200 feet. The average annual precipitation ranges from 13 to 15 inches, and the average annual air temperature ranges from 45 to 49 degrees F.

These soils are loamy, mixed, superactive, calcareous, mesic Lithic Ustorthents.

A typical pedon of Nizhoni sandy loam is in an area of Nizhoni-Arabrab-Rock outcrop complex, 1 to 50 percent slopes, located about 1,200 feet west and 700 feet north of the southeast corner of sec. 2, T. 43 N., R. 19 W., San Miguel Soil Survey Area, Colorado:

A—0 to 4 inches; reddish brown (5YR 5/4) sandy loam, dark reddish brown (5YR 3/4) moist; weak fine granular structure; soft, very friable, slightly sticky and plastic; strongly effervescent; moderately alkaline (pH 8.0); clear smooth boundary.

Bk—4 to 8 inches; reddish brown (5YR 5/4) sandy loam, dark reddish brown (5YR 3/4) moist; weak medium subangular blocky structure; soft, very friable, slightly sticky and plastic; few visible fine threads of calcium carbonate; strongly effervescent; moderately alkaline (pH 8.2); abrupt smooth boundary.

R—8 inches; hard sandstone.

Bedrock is at a depth of 5 to 10 inches. Calcium carbonate is at a depth of 0 to 7 inches. The particle-size control section has 0 to 15 percent rock fragments, most of which are gravel-sized.

*A horizon:* The hue is 5YR; the value is 5 or 6 dry, 3 through 5 moist; and the chroma is 3 or 4. The reaction is slightly alkaline or moderately alkaline.

*Bk horizon:* The hue is 5YR; the value is 5 or 6 dry, 3 or 4 moist; and the chroma is 3 or 4. The texture is sandy loam or fine sandy loam. The particle-size control section has 10 to 18 percent clay. The reaction is moderately alkaline.

This soil is taxadjunct to the series because the activity class is estimated to be superactive rather than active.

## Nordicol Series

The Nordicol series consists of very deep, well drained soils on mountain slopes and mesas. These soils formed in colluvium and slope alluvium derived mostly from sandstone, quartz diorite, and volcanic rocks. The slopes range from 5 to 75 percent. The elevation ranges from 8,000 to 11,000 feet. The average annual precipitation ranges from 20 to 40 inches. The average annual air temperature ranges from 35 to 42 degrees F.

These soils typically are loamy-skeletal, mixed, superactive Pachic Palecryolls.*

A typical pedon of Nordicol very stony sandy loam, 6 to 25 percent slopes, is located in the southeast quarter of the southeast quarter of sec. 36, T. 36 N., R. 9 W.:

Oi—0 to 1 inch; organic mat of leaves, needles and roots.

A1—1 inch to 7 inches; dark grayish brown (10YR 4/2) very stony sandy loam, very

dark brown (10YR 2/2) moist; moderate fine granular structure; soft, very friable, nonsticky and nonplastic; 10 percent gravel, 10 percent cobbles, and 20 percent stones; neutral (pH 6.8), clear smooth boundary.

A2—7 to 20 inches; dark grayish brown (10YR 4/2) very stony loam; very dark brown (10YR 2/2) moist; weak medium subangular blocky structure that parts to moderate fine granular; soft, very friable, nonsticky and nonplastic; 5 percent gravel, 10 percent cobbles, and 25 percent stones; neutral (pH 6.8), clear smooth boundary.

E—20 to 28 inches, light brown (7.5YR 6/4) very stony sandy loam, brown (7.5YR 5/4) moist; moderate medium granular structure; slightly hard, very friable, nonsticky and nonplastic; 10 percent gravel, 15 percent cobbles, and 25 percent stones; neutral (pH 6.6); gradual smooth boundary.

Bt—28 to 52 inches; brown (7.5YR 5/4) very stony sandy clay loam, brown (7.5YR 4/4) moist; moderate medium subangular blocky structure that parts to weak fine granular; hard, friable, slightly sticky and slightly plastic; few distinct clay films on faces of peds; 10 percent gravel, 15 percent cobbles, and 25 percent stones; neutral (pH 6.8); gradual wavy boundary.

C—52 to 61 inches; light yellowish brown (10YR 6/4) extremely stony sandy loam, yellowish brown (10YR 5/4) moist; massive; slightly hard, very firm, nonsticky and nonplastic; 10 percent gravel, 25 percent cobbles, and 35 percent stones; neutral (pH 6.8).

The mollic epipedon is 10 to 19 inches thick. The depth to the top of the argillic horizon is 26 to 45 inches from the mineral soil surface. The particle-size control section has 18 to 35 percent clay and 35 to 75 percent rock fragments.

*A horizon:* The hue is 7.5YR or 10YR; the value is 3 or 4 dry, 2 or 3 moist; and the chroma is 2 or 3. The texture of the fine-earth fraction is sandy loam or loam with rock modifiers of very stony, very cobbly, or extremely stony. The reaction is slightly acid or neutral.

*E horizon:* The hue is 7.5YR or 10YR; the value is 6 or 7 dry, 4 or 5 moist; and the chroma is 4 through 6. The texture of the fine-earth fraction is sandy loam or sandy clay loam with rock modifiers. The reaction is slightly acid or neutral.

*Bt horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 3 or 4 moist; and the chroma is 4 through 6. The texture of the fine-earth fraction is sandy clay loam, clay loam, or loam with rock modifiers. The reaction is moderately acid through neutral.

*C horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 through 6. The reaction is slightly acid or neutral.

* In map units 605, 618, 623, and 730 this soil is a taxadjunct because it has a thicker mollic epipedon (Pachic subgroup). In map units 619, 707, and 727 this soil is taxadjunct because the moisture regime subclass is more moist (a typic udic moisture regime subclass); in these map units the classification is loamy-skeletal, mixed, superactive Typic Palecryolls.

## Nortez Series

The Nortez series consists of moderately deep, well drained soils on mesas and hills. These soils formed in eolian material derived from sandstone and are over sandstone. The slopes range from 0 to 15 percent. The elevation ranges from 7,100 to 8,500 feet. Average annual precipitation ranges from 15 to 20 inches, and the annual air temperature ranges from 40 to 45 degrees F.

These soils are fine, smectitic, frigid Typic Argiustolls.

A typical pedon of Nortez loam in an area of Granath-Nortez complex, 0 to 15 percent slopes, is located about 20 feet west and 1,000 feet south of the northeast corner of sec. 17, T. 38 N., R. 15 W.:

A—0 to 3 inches; reddish brown (5YR 4/3) loam, dark reddish brown (5YR 3/3) moist; weak fine granular structure; soft, very friable, nonsticky and slightly plastic; neutral (pH 6.8); clear smooth boundary.

AB—3 to 10 inches; reddish brown (5YR 4/3) clay loam, dark reddish brown (5YR 3/3) moist; moderate medium subangular blocky structure; very hard, firm, sticky and plastic; neutral (pH 6.8); abrupt smooth boundary.

Bt1—10 to 23 inches; yellowish red (5YR 4/6) clay loam, yellowish red (5YR 4/6) moist; strong medium prismatic structure parting to strong medium angular blocky; extremely hard, firm, very sticky and very plastic; few distinct clay films on faces of peds; neutral (pH 6.8); gradual smooth boundary.

Bt2—23 to 28 inches; yellowish red (5YR 4/6) clay loam, yellowish red (5YR 4/6) moist; strong medium prismatic structure parting to strong medium angular blocky; extremely hard, firm, very sticky and very plastic; common distinct clay films on faces of peds; neutral (pH 6.8); abrupt smooth boundary.

Bt3—28 to 32 inches; yellowish red (5YR 5/6) clay loam, yellowish red (5YR 4/6) moist; strong coarse prismatic structure parting to strong medium angular blocky; extremely hard, firm, sticky and plastic; many prominent clay films on faces of peds; neutral (pH 6.8).

2R—32 inches; hard fractured Dakota sandstone, weathered in the upper part.

A lithic contact is at a depth of 20 to 40 inches. The mollic epipedon is 7 to 16 inches thick. The particle-size control section has 0 to 15 percent rock fragments.

*A horizon:* The hue is 5YR through 10YR; the value is 3 through 5 dry, 2 or 3 moist; and the chroma is 2 or 3. The reaction is neutral or slightly alkaline.

*Bt horizon:* The hue is 5YR or 7.5YR; the value is 4 through 6 dry, 3 through 5 moist; and the chroma is 3 through 6. The texture is clay loam or clay. The particle-size control section has 35 to 60 percent clay.

The reaction is neutral or slightly alkaline. Some areas have calcium carbonate at the bedrock contact and these horizons are moderately alkaline.

## Ohwiler Series

The Ohwiler series consists of very deep, well drained soils on mountain slopes and in mountain valleys. These soils formed in slope alluvium derived from mixed sources, mostly sandstone and shale. The slopes range from 3 to 30 percent. The elevation ranges from 7,700 to 8,500 feet. Average annual precipitation ranges from 20 to 25 inches, and average annual air temperature ranges from 40 to 45 degrees F.

These soils are fine-loamy, mixed, superactive, frigid Pachic Argiustolls.

A typical pedon of Ohwiler loam, 12 to 30 percent slopes, is located in the northeast quarter of the southwest quarter of sec. 16, T. 37 N., R. 8 W.:

A1—0 to 8 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; moderate fine granular structure; soft, very friable, nonsticky and nonplastic; many fine and very fine roots; many fine pores; neutral (pH 6.8); clear smooth boundary.

A2—8 to 15 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; weak medium subangular blocky structure parting to moderate medium granular; soft, very friable, slightly sticky and non plastic; many fine and very fine roots; many fine pores; neutral (pH 6.8); clear smooth boundary.

Bt1—15 to 30 inches; dark grayish brown (10YR 4/2) clay loam, very dark grayish brown (10YR 3/2) moist; moderate medium prismatic structure parting to moderate medium subangular blocky; slightly hard, friable, slightly sticky and slightly plastic; common distinct clay films on faces of peds; few fine roots; few fine pores; neutral (pH 7.0); gradual smooth boundary.

Bt2—30 to 40 inches; grayish brown (10YR 5/2) clay loam, very dark grayish brown

(10YR 3/2) moist; weak coarse prismatic structure parting to moderate medium subangular blocky; hard, firm, sticky and plastic; common distinct clay films on faces of peds; 5 percent gravel; neutral (pH 7.0); gradual wavy boundary.

BC—40 to 52 inches; brown (10YR 5/3) loam, brown (10YR 4/3) moist; weak medium subangular blocky structure; slightly hard, very friable, slightly sticky and slightly plastic; 10 percent gravel; neutral (pH 7.2); gradual wavy boundary.

C—52 to 60 inches; pale brown (10YR 6/3) loam, brown (10YR 4/3) moist; massive; slightly hard, very friable, 10 percent gravel; nonsticky and nonplastic; neutral (pH 7.0).

The mollic epipedon ranges from 16 to 45 inches thick and may include part or the entire Bt horizon. The particle-size control section has 24 to 35 percent clay and 0 to 15 percent rock fragments. The reaction is slightly acid or neutral throughout.

*A horizon:* The hue is 10YR or 2.5Y; the value is 3 through 5 dry, 2 or 3 moist; and the chroma is 1 through 3.

*Bt horizon:* The hue is 10YR or 2.5Y; the value is 3 through 6 dry, 2 through 5 moist; and the chroma is 1 through 4. The texture is loam, clay loam, or sandy clay loam.

*C horizon:* The hue is 10YR or 2.5Y.

## Ormiston Series

The Ormiston series consists of deep well drained soils on mesas, hills, and canyon side slopes. These soils formed in slope alluvium, colluvium, and eolian material derived dominantly from sandstone. The slopes range from 0 to 30 percent. The elevation ranges from 7,100 to 8,500 feet. Average annual precipitation ranges from 15 to 20 inches, and average annual air temperature ranges from 40 to 45 degrees F.

These soils are clayey-skeletal, smectitic, frigid Calcic Haplustalfs.

A typical pedon of Ormiston extremely stony loam is in an area of Ormiston-Granath complex, 1 to 12 percent slopes, located about 2,400 feet east and 400 feet north of the southwest corner of sec. 36, T. 41 N., R. 18 W., Cortez Soil Survey Area, Colorado.

A1—0 to 3 inches; brown (7.5YR 4/4) extremely stony loam, dark brown (7.5YR 3/2) moist; weak thick platy structure; soft, very friable, nonsticky and nonplastic; 20 percent gravel, 20 percent cobbles, and 25 percent stones; neutral (pH 7.0); clear wavy boundary.

A2—3 to 7 inches; brown (7.5YR 5/4) very stony clay loam, dark brown (7.5YR 3/4) moist; moderate medium subangular blocky structure; hard, friable, slightly sticky and slightly plastic; 10 percent gravel, 15 percent cobbles, and 20 percent stones; neutral (pH 7.0); clear wavy boundary.

Bt1—7 to 24 inches; reddish brown (5YR 5/4) very stony clay loam, reddish brown (5YR 4/4) moist; strong medium prismatic structure parting to moderate medium angular blocky; very hard, very firm, sticky and plastic; 10 percent gravel, 20 percent cobbles, and 20 percent stones; slightly alkaline (pH 7.4); clear irregular boundary.

Bt2—24 to 32 inches; reddish brown (5YR 5/4) stony clay loam, yellowish red (5YR 5/6) moist; strong medium angular blocky structure; very hard, very firm, sticky and plastic; many distinct clay films on faces of peds; 5 percent gravel, 15 percent cobbles, and 10 percent stones; slightly alkaline (pH 7.4); abrupt wavy boundary.

Bk—32 to 44; pinkish white (5YR 8/2) stony clay loam; pink (5YR 7/3) moist; massive; hard, firm, slightly sticky and slightly plastic; 5 percent gravel, 5 percent cobbles, and 5 percent stones; calcareous; disseminated calcium carbonate; 33 percent

calcium carbonate equivalent; moderately alkaline (pH 8.0); clear smooth boundary.
2R—44 inches; hard Dakota sandstone.

The depth to bedrock is 40 to 60 inches. The particle-size control section has 35 to 60 percent clay and 35 to 80 percent sandstone rock fragments. Secondary lime is at a depth of 20 to 40 inches.

*A horizon:* The hue is 5YR or 7.5YR; the value is 3 through 5 dry, 2 through 4 moist; and the chroma is 2 through 4. The reaction is neutral.

*Bt horizon:* The hue is 5YR; the value is 4 through 6 dry, 3 through 5 moist; and the chroma is 4 through 6. The texture of the fine-earth fraction is clay loam or clay with stony, very stony, or extremely stony rock modifiers. The reaction is neutral or slightly alkaline. A Btk horizon is present in some pedons.

*Bk horizon:* The hue is 7.5YR or 5YR. The calcium carbonate equivalent ranges from 15 to 40 percent.

## Pagoda Series

The Pagoda series consists of very deep, well drained soils on mesas and hills. These soils formed in slope alluvium derived dominantly from shale. The slopes range from 0 to 30 percent. The elevation ranges from 7,800 to 8,200 feet. Average annual precipitation ranges from 16 to 20 inches, and average annual air temperature ranges from 40 to 44 degrees F.

These soils are fine, smectitic, frigid Vertic Argiustolls.

A typical pedon of Pagoda loam is in an area of Herm-Pagoda complex, 0 to 15 percent slopes, located about 2,600 feet east and 1,700 feet south of the northwest corner of sec.15, T.41 N., R.16 W.:

Oi—0 to 1 inch; slightly decomposed leaf litter and roots.
A—1 inch to 5 inches; dark grayish brown (10YR 4/2) loam, black (10YR 2/1) moist; moderate medium granular structure; slightly hard, very friable, sticky and plastic; neutral (pH 7.2); clear smooth boundary.
Bt1—5 to 16 inches; brown (10YR 4/3) clay loam, very dark grayish brown (10YR 3/2) moist; moderate medium subangular blocky structure parting to strong fine subangular blocky; hard, friable, sticky and plastic; few distinct clay films on faces of peds; neutral (pH 7.2); clear smooth boundary.
Bt2—16 to 21 inches; brown (10YR 4/3) clay loam, dark brown (10YR 3/3) moist; strong medium subangular blocky structure; hard, firm, sticky and plastic; common distinct clay films on faces of peds; neutral (pH 7.2); clear smooth boundary.
Bk1—21 to 32 inches; grayish brown (2.5Y 5/2) clay loam, dark grayish brown (2.5Y 4/2) moist; massive; very hard, very firm, sticky and plastic; strongly effervescent; calcium carbonate disseminated; moderately alkaline (pH 8.2); gradual smooth boundary.
Bk2—32 to 61 inches; light brownish gray (2.5Y 6/2) clay loam, dark grayish brown (2.5Y 4/2) moist; massive; very hard, very firm, sticky and plastic; violently effervescent; calcium carbonate disseminated and in soft masses; moderately alkaline (pH 8.2).

The mollic epipedon is 16 to 24 inches thick and may include part or all of the Bt horizons. The particle-size control section has 0 to 5 percent rock fragments. Linear extensibility is estimated to range from 6.0 to 8.0 from the surface to 40 inches.

*A horizon:* The hue is 10YR or 7.5YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 1 through 3. The texture is loam or clay loam. The reaction is neutral or slightly alkaline.

*Bt horizon:* The hue is 10YR through 5Y; the value is 4 through 7 dry, 3 through 6 moist; and the chroma is 2 through 4. The texture is clay loam or clay. The particle-size control section has 35 to 50 percent clay. The reaction is neutral or slightly alkaline.

*Bk horizon:* The hue is 10YR through 5Y. The texture is clay loam or clay. The calcium carbonate equivalent ranges from 1 to 10 percent. The reaction is moderately alkaline.

## Papaspila Series

The Papaspila series consists of very deep, well drained soils on mesas and structural benches. These soils formed in slope alluvium derived dominantly from diorite. The slopes range from 0 to 15 percent. The elevation ranges from 8,500 to 10,000 feet. Average annual precipitation ranges from 25 to 35 inches, and average annual air temperature ranges from 34 to 40 degrees F.

These soils are loamy-skeletal, mixed, superactive Pachic Haplocryolls.

A typical pedon of Papaspila loam, 0 to 15 percent slopes, is located about 2,100 feet south and 1,500 feet west of the northeast corner of sec. 9, T. 37 N., R. 12 W.:

A1—0 to 4 inches; grayish brown (10YR 5/2) loam, black (10YR 2/1) moist; weak fine subangular blocky structure parting to weak fine granular; hard, friable, nonsticky and slightly plastic; many very fine, fine, and few medium roots; many very fine continuous vertical pores; 5 percent gravel; neutral (pH 7.0); clear wavy boundary.

A2—4 to 18 inches; grayish brown (10YR 5/2) loam, very dark brown (10YR 2/2) moist; moderate fine subangular blocky structure; hard, friable, slightly sticky and slightly plastic; many very fine roots; many very fine continuous vertical pores; 5 percent gravel; neutral (pH 7.0); gradual wavy boundary.

A3—18 to 25 inches; grayish brown (10YR 5/2) gravelly loam, very dark grayish brown (10YR 3/2) moist; weak medium subangular blocky structure; hard, friable, slightly sticky and slightly plastic; many very fine roots; many very fine continuous pores; 15 percent gravel, 10 percent cobbles, and 5 percent stones; neutral (pH 7.0); gradual wavy boundary.

E1—25 to 33 inches; very pale brown (10YR 7/3) very cobbly silt loam, yellowish brown (10YR 5/4) moist; moderate medium subangular blocky structure parting to moderate fine subangular blocky; very hard, very firm, sticky and plastic; common very fine and fine roots; many very fine continuous vertical pores; 10 percent gravel, 35 percent cobbles, and 10 percent stones; neutral (pH 6.8); gradual irregular boundary.

E2—33 to 39 inches; very pale brown (10YR 7/3) extremely stony clay loam, yellowish brown (10YR 5/4) moist; common medium distinct pinkish white (7.5YR 8/2) lithochromic mottles; moderate medium subangular blocky structure parting to moderate fine subangular blocky; very hard, firm, sticky and plastic; common fine roots; common very fine continuous vertical pores; 15 percent gravel, 35 percent cobbles, and 25 percent stones; neutral (pH 7.0); gradual irregular boundary.

B/E—39 to 54 inches; (65 percent B) reddish yellow (7.5YR 6/6) extremely stony clay loam, brown (7.5YR 5/4) moist; (35 percent E) pink (7.5YR 7/4) extremely stony clay loam, brown (7.5YR 4/4) moist; many medium distinct pinkish white (7.5YR 8/2) lithochromic mottles; moderate medium to coarse subangular blocky structure; very hard, very firm, sticky and plastic; few very fine and fine roots; common very fine continuous vertical pores; many prominent clay films on faces of peds and as bridges holding mineral grains together; 15 percent gravel, 35 percent cobbles, and 25 percent stones; neutral (pH 7.0); gradual wavy boundary.

C—54 to 60 inches, reddish yellow (7.5YR 7/8) extremely stony clay loam, strong brown (7.5YR 5/6) moist; common fine distinct strong brown (7.5YR 5/8)

lithochromic mottles moist; massive; very hard, friable, slightly sticky and plastic; common very fine continuous vertical pores; 15 percent gravel, 30 percent cobbles, and 25 percent stones; neutral (pH 6.8).

The particle-size control section has 20 to 35 percent clay and 35 to 80 percent rock fragments. The texture of the fine-earth fraction is loam, silt loam, or clay loam. The B/E horizon lacks clay increase to qualify as an argillic horizon. The reaction is neutral throughout.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 1 or 2.

*E horizon:* The hue is 7.5YR or 10YR; the value is 6 or 7 dry, 4 through 6 moist; and the chroma is 3 or 4.

*B/E horizon:* The hue is 7.5YR or 10YR.

*B part:* The value is 5 or 6 dry, 4 or 5 moist; and the chroma is 4 through 6. The texture of the fine-earth fraction is clay loam or loam.

*E part:* The value is 6 or 7 dry, 5 or 6 moist; and the chroma is 3 or 4. The texture of the fine-earth fraction is clay loam or loam. The particle-size control section has 35 to 80 percent rock fragments.

*C horizon:* The hue is 2.5Y through 7.5YR. The texture of the fine-earth fraction is clay loam. The particle-size control section has 35 to 80 percent rock fragments.

## Payter Series

The Payter series consists of very deep, well drained soils on alluvial fans. These soils formed in alluvium derived dominantly from sandstone. The slopes range from 3 to 15 percent. The elevation ranges from 6,300 to 6,800 feet. Average annual precipitation ranges from 13 to 15 inches, and average annual air temperature ranges from 47 to 50 degrees F.

These soils are coarse-loamy, mixed, superactive, mesic Cumulic Haplustolls.

A typical pedon of Payter sandy loam, 3 to 15 percent slopes, is located about 3,100 feet east and 3,800 feet south of the northwest corner of sec. 34, T. 39 N., R. 16 W.:

A1—0 to 3 inches; brown (10YR 5/3) sandy loam, very dark brown (10YR 2/2) moist; weak fine subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and nonplastic; many fine and few medium roots; 5 percent gravel; strongly effervescent; slightly alkaline (pH 7.4); clear smooth boundary.

A2—3 to 6 inches; yellowish brown (10YR 5/4) sandy loam, very dark brown (10YR 2/2) moist; moderate fine subangular blocky structure parting to weak fine granular; slightly hard, friable, nonsticky and nonplastic; common fine and few medium roots; strongly effervescent; slightly alkaline (pH 7.4); clear smooth boundary.

A3—6 to 11 inches; brown (10YR 5/3) sandy loam, very dark grayish brown (10YR 3/2) moist; weak fine subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and nonplastic; few fine and few medium roots; 5 percent gravel; strongly effervescent; slightly alkaline (pH 7.4); gradual wavy boundary.

C1—11 to 17 inches; yellowish brown (10YR 5/4) sandy loam, dark brown (10YR 3/3) moist; weak fine granular structure; loose, loose, nonsticky and nonplastic; violently effervescent; slightly alkaline (pH 7.6); gradual wavy boundary.

C2—17 to 39 inches; grayish brown (10YR 5/2) sandy loam, dark brown (10YR 3/3) moist; weak fine subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and nonplastic; violently effervescent; moderately alkaline (pH 8.0); gradual wavy boundary.

C3—39 to 60 inches; brown (10YR 5/3) sandy loam, brown (10YR 4/3) moist; weak fine subangular blocky structure parting to weak very fine granular; soft, very friable, nonsticky and nonplastic; violently effervescent; moderately alkaline (pH 8.2).

The particle-size control section has 10 to 18 percent clay and 0 to 15 percent rock fragments. The mollic epipedon is 20 to 60 inches thick.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 2 to 4 dry, 2 or 3 moist. The reaction is neutral or slightly alkaline.

*C horizon:* The hue is 7.5YR or 10YR; the value is 4 or 6 dry, 2 to 4 moist; and the chroma is 2 to 4 dry, 2 or 3 moist. The particle-size control section has 10 to 18 percent clay. The reaction is slightly alkaline or moderately alkaline.

## Peeler Series

The Peeler series consists of very deep, well drained soils on mesas, structural benches, and mountain slopes. These soils formed in slope alluvium and colluvium derived dominantly from diorite. The slopes range from 2 to 30 percent. The elevation ranges from 10,000 to 11,500 feet. Average annual precipitation ranges from 30 to 45 inches, and average annual air temperature ranges from 32 to 38 degrees F.

These soils are fine-loamy, mixed, superactive Mollic Haplocryalfs.

A typical pedon of Peeler silt loam is in an area of Blacksnag-Peeler complex, 2 to 15 percent slopes, located about 2,350 feet east and 2,000 feet north of the southwest corner of sec. 2, T. 37 N., R. 12 W.:

Oe—0 to 2 inches; partially decomposed needles and twigs.

A1—2 to 5 inches; grayish brown (10YR 5/2) silt loam, very dark grayish brown (10YR 3/2) moist; moderate medium platy structure; slightly hard, friable, slightly sticky and nonplastic; common very fine and fine, few medium and coarse roots; few very fine pores; 5 percent gravel; slightly acid (pH 6.2); clear wavy boundary.

A2—5 to 10 inches; brown (10YR 5/3), silt loam, dark brown (10YR 3/3) moist; weak moderate subangular blocky structure parting to moderate medium granular; slightly hard, friable, slightly sticky and nonplastic; few very fine, medium and course roots; few very fine pores; 5 percent gravel and 5 percent cobbles; moderately acid (pH 5.8); gradual wavy boundary.

E1—10 to 18 inches; light brown (7.5YR 6/4) loam, brown (7.5YR 4/4) moist; weak coarse subangular blocky structure parting to moderate medium subangular blocky; slightly hard, friable, slightly sticky and nonplastic; few fine, medium, and coarse roots; few fine pores; 5 percent gravel and 5 percent cobbles; moderately acid (pH 5.8); gradual wavy boundary.

E2—18 to 24 inches; reddish yellow (7.5YR 6/6) cobbly loam, brown (7.5YR 4/4) moist; moderate coarse subangular blocky structure; slightly hard, friable, slightly sticky and nonplastic; few medium and coarse roots; few fine pores; 5 percent gravel and 15 percent cobbles; moderately acid (pH 5.8); gradual wavy boundary.

B/E—24 to 35 inches; (60 percent B) reddish yellow (7.5YR 7/6) stony loam, strong brown (7.5YR 4/6) moist, and (40 percent E) light brown (7.5YR 6/4) stony loam, brown (7.5YR 4/4) moist; moderate coarse subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; few distinct clay films on faces of peds of the B part; few medium roots; few fine pores; 5 percent gravel, 10 percent cobbles, and 10 percent stones; moderately acid (pH 5.8); clear wavy boundary.

Bt1—35 to 44 inches; reddish yellow (7.5YR 7/6) loam, strong brown (7.5YR 4/6) moist; moderate medium subangular blocky structure; hard, firm, sticky and slightly plastic; few medium roots; few fine pores; few distinct clay films on faces of peds; 5 percent gravel and 5 percent cobbles; moderately acid (pH 6.0); gradual wavy boundary.

Bt2—44 to 62 inches; strong brown (7.5YR 5/6) loam, strong brown (7.5YR 4/6) moist; moderate medium subangular blocky structure; very hard, very firm, sticky and plastic; few medium roots; few distinct clay films on faces of peds; 5 percent gravel and 5 percent cobbles; moderately acid (pH 6.0).

The particle-size control section has 10 to 35 percent rock fragments.

The depth to the top of the argillic horizon is less than 24 inches from the mineral soil surface. The reaction is moderately acid or slightly acid throughout.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 2 or 3.

*E horizon:* The hue is 7.5YR or 10YR; the value is 6 through 8 dry, 4 or 5 moist; and the chroma is 4 through 6.

*B/E horizon:* The hue is 7.5YR or 10YR

*B part:* The value is 5 through 7 dry, 4 through 5 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction is loam or clay loam.

*E part:* The value is 6 through 8 dry, 4 or 5 moist; and the chroma is 4 through 6. The texture of the fine-earth fraction is loam. The particle-size control section has 0 to 35 percent rock fragments.

*Bt horizon:* The hue is 7.5YR or 10YR; the value is 5 through 7 dry, 4 through 6 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction is loam or clay loam. The particle-size control section has 18 to 35 percent clay.

This soil is taxadjunct to the series because the B/E horizon does not have the pale colors required for a glossic horizon.

## Pescar Series

The Pescar series consists of very deep, somewhat poorly drained soils on flood plains. These soils formed in alluvium derived from mixed sources. The slopes range from 0 to 2 percent. The elevation ranges from 7,100 to 8,000 feet. The average annual precipitation ranges from 18 to 22 inches. The average annual air temperature ranges from 42 to 45 degrees F.

These soils are coarse-loamy over sandy or sandy skeletal, mixed, superactive, calcareous, frigid Aquic Ustifluvents.

A typical pedon of Pescar fine sandy loam is located about 1,800 feet west and 1,400 feet south of the northeast corner of sec. 1, T. 35 N, R. 8 W., La Plata County Soil Survey Area, Colorado.

A—0 to 8 inches; light brownish gray (10YR 6/2) fine sandy loam, dark brown (10YR 4/3) moist; weak, fine granular structure; soft, very friable, nonsticky and nonplastic; slightly effervescent; common medium distinct yellowish brown (10YR 5/4) iron concentrations; slightly alkaline (pH 7.8); clear smooth boundary.

Cg1—8 to 20 inches; light brownish gray (10YR 6/2) fine sandy loam stratified with loam and loamy fine sand, brown (10YR 4/3) moist; massive; soft, very friable, nonsticky and nonplastic; slightly effervescent; common, medium distinct yellowish brown (10YR 5/4) iron concentrations and a few fine faint dark gray (10YR 4/1) iron reductions; moderately alkaline (pH 8.0); clear smooth boundary.

2Cg2—20 to 60 inches; light brownish gray (10YR 6/2) very gravelly sand, dark brown (10YR 4/3)moist; massive; soft, very friable, nonsticky and nonplastic; 45 percent gravel; slightly effervescent; few, fine faint dark gray (10YR 4/1) iron reductions; slightly alkaline (pH 7.8).

The depth to uniformly calcareous material ranges from 0 to 10 inches. A seasonal high water table usually is at a depth of 10 to 20 inches from March through June. The depth to redoximorphic concentrations ranges from 0 to 10 inches, and to redoximorphic depletions from 10 to 20 inches. The depth to the 2Cg2 horizon ranges

from 10 to about 20 inches. The particle-size control section has 0 to 10 percent rock fragments in the upper part of the horizon and 35 to 70 percent in the lower part.

The reaction is neutral to moderately alkaline.

*A horizon:* The hue is 7.5YR through 5Y; the value is 5 through 7 dry, 4 through 6 moist; and the chroma is 1 through 4.

*Cg1 horizon:* The hue is 7.5YR through 5Y; the value is 6 or 7 dry, 4 or 5 moist; and the chroma is 2 or 3.

*2Cg2 horizon:* The hue is 7.5YR or 10YR. The texture of the fine-earth fraction is sand or loamy sand. It has rock fragment modifiers of very gravelly or extremely gravelly.

## Pinacol Series

The Pinacol series consists of very deep, well drained soils on hills, mesas, and structural benches. These soils formed in outwash and slope alluvium derived from mixed sources, and have eolian influence in some pedons. The slopes range from 1 to 40 percent. The elevation ranges from 7,200 to 8,500 feet. The average annual precipitation ranges from 20 to 25 inches. The average annual air temperature ranges from 40 to 45 degrees F.

These soils are clayey-skeletal, smectitic, frigid Typic Haplustalfs.

A typical pedon of Pinacol loam, 12 to 40 percent slopes, is located about 500 feet north and 1,100 feet east of the southwest corner of sec. 25, T. 36 N., R. 10 W.:

Oi—0 to 1 inch; organic layer of needles, leaves and roots.

A—1 inch to 4 inches; grayish brown (10YR 5/2) loam, very dark grayish brown (10YR 3/2) moist; moderate fine granular structure; soft, very friable, nonsticky and nonplastic; 2 percent gravel, 2 percent cobbles, and 1 percent stones; slightly acid (pH 6.2), clear smooth boundary.

E—4 to 13 inches; light brown (7.5YR 6/3) loam, brown (7.5YR 4/3) moist; weak fine granular structure; soft, friable, nonsticky and nonplastic; 5 percent gravel, 5 percent cobbles, and 3 percent stones; slightly acid (pH 6.2), clear smooth boundary.

Bt1—13 to 20 inches; brown (7.5YR 5/4) stony clay loam, brown (7.5YR 4/4) moist; moderate medium angular blocky structure that parts to moderate medium subangular blocky; hard, firm, sticky and plastic; few distinct clay films on faces of peds; 5 percent gravel, 10 percent cobbles, and 10 percent stones; slightly acid (pH 6.1), gradual smooth boundary.

Bt2—20 to 33 inches; reddish brown (5YR 5/4) very stony clay loam, reddish brown (5YR 4/4) moist; moderate medium angular blocky structure; hard, firm, sticky and plastic; many distinct clay films on faces of peds; 15 percent gravel, 20 percent cobbles, and 15 percent stones; slightly acid (pH 6.1); gradual smooth boundary.

Bt3—33 to 49 inches; reddish brown (5YR 5/4) very stony clay loam, reddish brown (7.5YR 4/4) moist; strong medium angular blocky structure; hard, firm, sticky and plastic; many distinct clay films on faces of peds; 15 percent gravel, 20 percent cobbles, and 15 percent stones; slightly acid (pH 6.2); gradual wavy boundary.

C—49 to 61 inches; reddish brown (5YR 5/4) very stony clay loam, reddish brown (7.5YR 4/4) moist; massive; hard, firm, sticky and plastic; 15 percent gravel, 20 percent cobbles, and 20 percent stones; slightly acid (pH 6.2)

The particle-size control section has 35 to 50 percent clay and 35 to 80 percent sandstone and granitic rock fragments.

The reaction is slightly acid or neutral.

*A horizon:* The hue is 7.5YR or 10YR; the value is 3 through 5 dry, 2 or 3 moist; and the chroma is 2 through 4.

*E horizon:* The hue is 7.5YR or 10YR; the value is 5 through 7 dry, 4 through 6 moist, chroma 2 through 4.

*Bt horizon:* The hue is 5YR or 7.5YR; the value is 5 or 6 dry, and 4 through 6 moist; and the chroma is 3 through 6. The fine-earth fraction is clay loam, clay, or sandy clay with rock fragment modifiers of stony or cobbly in the upper part and very stony, very cobbly, extremely stony, or extremely cobbly in the lower part.

*C horizon:* The hue is 5YR or 7.5YR.

## Pino Series

The Pino series consists of moderately deep, well drained soils on mesas. These soils formed in slope alluvium derived dominantly from interbedded sandstone and shale. The slopes range from 0 to 15 percent. The elevation ranges from 7,400 to 8,500 feet. The average annual precipitation ranges from 17 to 20 inches, and the average annual air temperature ranges from 41 to 45 degrees F.

These soils are fine, mixed, superactive, frigid Typic Argiustolls.

A typical pedon of Pino loam is in an area of Fivepine-Pino complex, 0 to 15 percent slopes, in the southwest quarter of the northeast quarter of sec. 8, T. 39 N., R. 15 W.

Oi—0 to 1 inch; organic mat of partially decomposed aspen leaves, ponderosa pine needles, and other plant material.

A1—1 inch to 4 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; very many fine roots and pores; neutral (pH 6.6); clear smooth boundary.

A2—4 to 12 inches; brown (7.5YR 5/2) loam, dark brown (7.5YR 3/2) moist; moderate medium granular structure; soft, very friable, nonsticky and nonplastic; common roots and pores; neutral (pH 6.6); clear smooth boundary.

Bt1—12 to 15 inches; brown (7.5YR 5/3) clay loam, brown (7.5YR 4/3) moist; weak medium subangular blocky structure parting to moderate fine granular; slightly hard, friable, slightly sticky and slightly plastic; very few faint clay films on faces of peds; few roots and pores; 2 percent stones; neutral (pH 7.0); gradual wavy boundary.

Bt2—15 to 21 inches; brown (7.5YR 5/4) clay loam, brown (7.5YR 4/3) moist; moderate medium subangular blocky structure; hard, firm, sticky and plastic; common distinct clay films on faces of peds; few roots and pores; 2 percent stones; neutral (pH 7.0); gradual wavy boundary.

Bt3—21 to 29 inches; reddish yellow (7.5YR 6/6) clay, reddish yellow (7.5YR 6/6) moist; brown (7.5YR 5/4) mottles from parent material; moderate medium subangular blocky structure; very hard, very firm, sticky and plastic; few distinct clay films on faces of peds; very few roots and pores; 2 percent stones; neutral (pH 7.0); gradual wavy boundary.

C—29 to 34 inches; brownish yellow (10YR 6/6) clay, yellowish brown (10YR 5/6) moist; yellowish brown (10YR 5/4) lithochromic mottles from parent material; massive; very hard, very firm, very sticky and very plastic; very few roots and pores; 2 percent stones; neutral (pH 6.8); gradual irregular boundary.

R—34 inches; sandstone and shale bedrock.

The depth to bedrock ranges from 20 to 40 inches from the mineral soil surface. The particle-size control section has 0 to 15 percent rock fragments. The reaction is neutral or slightly alkaline throughout.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 2 or 3.

*Bt horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 3 or 4 moist; and the chroma is 3 through 6. The texture is clay loam, silty clay loam, silty clay, or clay. The particle-size control section has 35 to 50 percent clay.

*C horizon:* The hue is 7.5YR or 10YR; the value is 6 or 7 dry, 5 or 6 moist; and the chroma is 3 through 6.

## Powderhorn Family

The Powderhorn family consists of deep or very deep, well drained soils on mesas. These soils formed in slope alluvium derived from sandstone. The slopes range from 0 to 15 percent. The elevation ranges from 8,500 to 10,000 feet. Average annual precipitation ranges from 25 to 30 inches, and average annual air temperature ranges from 34 to 40 degrees F.

These soils are fine, smectitic Alfic Argicryolls.

A typical pedon of Powderhorn family loam is in an area of Behanco-Powderhorn family complex, 0 to 15 percent slopes, located about 750 feet south and 1,200 feet west of the northeast corner of sec. 35, T. 39 N., R. 13 W.:

Oe—0 to 1 inch; intermediately decomposed leaves, needles, and twigs.

A—1 inch to 4 inches; brown (10YR 5/3) loam, dark brown (10YR 3/3) moist; weak moderate and coarse subangular blocky structure parting to moderate medium granular; very hard, firm, slightly sticky and slightly plastic; common very fine, fine, and medium, and few coarse roots; few very fine pores; 5 percent gravel; strongly acid (pH 5.2); gradual wavy boundary.

AB—4 to 12 inches; brown (10YR 5/3) loam, dark brown (10YR 3/3) moist; moderate medium subangular blocky structure; very hard, firm, slightly sticky and slightly plastic; common very fine, common fine, common medium, and few coarse roots, common very fine and few fine pores; 5 percent gravel and 5 percent cobbles; very strongly acid (pH 5.0); gradual wavy boundary.

B/A—12 to 24 inches; (60 percent B) yellowish brown (10YR 5/4) loam, dark yellowish brown (10YR 4/4) moist; and (40 percent A) brown (10YR 5/3) loam, dark brown (10YR 3/3) moist; strong coarse subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; few very fine, common fine and medium, and few coarse roots; common very fine and few fine pores; 5 percent gravel and 5 percent cobbles; very strongly acid (pH 4.8); gradual irregular boundary.

Bt1—24 to 32 inches; very pale brown (10YR 7/3) cobbly clay, pale brown (10YR 6/3) moist; many medium distinct reddish yellow (7.5YR 6/6) lithochromic mottles; moderate medium and coarse prismatic structure parting to strong coarse angular blocky; extremely hard, very firm, very sticky and very plastic; few very fine, fine, and coarse, and common medium roots, few very fine pores; few distinct clay films on faces of peds; 5 percent gravel and 10 percent cobbles; very strongly acid (pH 4.6); gradual wavy boundary.

Bt2—32 to 41 inches; light gray (10YR 7/2) clay, light brownish gray (10YR 6/2) moist; many large prominent strong brown (7.5YR 5/6) lithochromic mottles; moderate coarse angular blocky structure; extremely hard, very firm, very sticky and very plastic; common distinct clay films on faces of peds; few fine and medium roots; 10 percent gravel; extremely acid (pH 4.2); clear wavy boundary.

C—41 to 60 inches; gray (10YR 6/1) clay, gray (10YR 5/1) moist; many medium distinct light brown (7.5YR 6/4) lithochromic mottles; massive; extremely hard, very firm, very sticky and very plastic; extremely acid (pH 4.4); abrupt smooth boundary.

R—60 inches; hard Dakota sandstone.

The mollic epipedon is 10 to 16 inches thick. The depth to bedrock ranges from 40 to 60 inches or more from the mineral soil surface. The particle-size control section has 35 to 60 percent clay and 0 to 35 percent rock fragments.

*A horizon:* The hue is 7.5YR through 2.5Y; the value is 3 through 5 dry, 2 or 3 moist; and the chroma is 1 through 3. The reaction is very strongly acid through slightly acid.

*Bt horizon:* The hue is 7.5YR through 2.5Y; the value is 4 through 7 dry, 3 through 6 moist; and the chroma is 2 through 6. The texture of the fine-earth fraction is clay or clay loam with cobbly rock fragment modifiers in some horizons of some pedons. The reaction is extremely acid through moderately acid.

*C horizon:* The hue is 5YR through 2.5Y. The reaction is extremely acid through strongly acid.

This soil is classified at the family level because the depth ranges from deep to very deep.

## Quazar Series

The Quazar series consists of very deep, well drained soils on alluvial fans, moraines, and mountain slopes. These soils formed in alluvium, slope alluvium, and till derived mostly from rhyolite and tuff. The slopes range from 5 to 65 percent. The elevation ranges from 9,000 to 11,500 feet. The average annual precipitation ranges from 26 to 45 inches. The average annual air temperature ranges from 32 to 38 degrees F.

These soils are loamy-skeletal, mixed, superactive Typic Argicryolls.

A typical pedon of Quazar very cobbly loam, 5 to 25 percent slopes, is located north of Silverton in an unsectionized area, in the projected southeast quarter of the northeast quarter of sec. 18, T. 41 N., R. 7 W.:

A1—0 to 3 inches; dark grayish brown (10YR 4/2) very cobbly loam, very dark grayish brown (10YR 3/2) moist; moderate fine granular structure; soft, friable, slightly sticky and nonplastic; 15 percent gravel, 20 percent cobbles, and 5 percent stones; neutral (pH 6.8); clear smooth boundary.

A2—3 to 12 inches; dark grayish brown (10YR 4/2) very cobbly loam, very dark grayish brown (10YR 3/2) moist; moderate medium granular structure; soft, friable, slightly sticky and nonplastic; 20 percent gravel, 15 percent cobbles, and 10 percent stones; neutral (pH 6.6); clear wavy boundary.

Bt—12 to 26 inches; light brown (7.5YR 6/4) extremely gravelly clay loam, brown (7.5YR 4/4) moist; weak medium granular structure; slightly hard, friable, slightly sticky and slightly plastic; common distinct clay films on faces of peds; 40 percent gravel, 15 percent cobbles, and 10 percent stones; slightly acid (pH 6.4); gradual wavy boundary.

C—26 to 60 inches; brown (7.5YR 4/4) extremely gravelly clay loam, strong brown (7.5YR 4/6) moist; massive; slightly hard, friable, slightly sticky and slightly plastic; 50 percent gravel, 20 percent cobbles, and 10 percent stones; slightly acid (pH 6.4).

The mollic epipedon is 7 to 15 inches thick. The particle-size control section has 25 to 34 percent clay and 40 to 70 percent rock fragments. The reaction is slightly acid or neutral.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 1 through 3.

*Bt horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 through 6. The texture of the fine-earth fraction typically is clay loam or

sandy clay loam with rock fragment modifiers of very gravelly, extremely gravelly, very cobbly, or extremely cobbly.

*C horizon:* The hue is 7.5YR or 10YR.

## Ruko Series

The Ruko series consists of shallow, well drained soils on mesas. These soils formed in residuum weathered from shale. The slopes range from 3 to 15 percent. The elevation ranges from 7,500 to 7,800 feet. The average annual precipitation ranges from 18 to 20 inches. The average annual air temperature ranges from 42 to 45 degrees F.

These soils are clayey, smectitic, frigid, shallow Typic Haplustepts.

A typical pedon of Ruko silty clay loam is in an area of Gladlow-Rock outcrop, shale-Ruko family complex, 3 to 15 percent slopes, located in the northeast quarter of the northwest quarter of sec. 1, T. 39 N. R. 15 W.:

A—0 to 2 inches; brown (10YR 5/3) silty clay loam, brown (10YR 4/3) moist; moderate fine granular structure; loose, very friable, very sticky and plastic; 5 percent gravel; common fine roots; strongly effervescent; moderately alkaline (pH 8.0); clear smooth boundary.

C—2 to 11 inches; light brownish gray (10YR 6/2) silty clay loam, brown (10YR 5/3) moist; moderate medium subangular blocky structure; hard, firm, very sticky, very plastic; common fine roots; violently effervescent; moderately alkaline (pH 8.0); clear wavy boundary.

Cr—11 to 21 inches; calcareous Mancos shale.

The depth to shale ranges from 10 to 20 inches. The particle-size control section has 35 to 45 percent clay.

*A horizon:* The hue is 10YR or 2.5Y; the value is 5 to 7 dry, 4 or 5 moist; and the chroma is 2 through 4.

*C horizon:* The hue is 10YR or 2.5Y; the value is 5 through 7 dry, 4 or 5 moist; and the chroma is 2 through 4. The texture is clay loam, silty clay loam, or clay.

## Runlett Series

The Runlett series consists of moderately deep, well drained soils on mountain slopes, mesas, and structural benches. These soils formed in slope alluvium and residuum derived mostly from limestone, sandstone, and shale. The slopes range from 5 to 45 percent. The elevation ranges from 9,500 to 11,000 feet. The average annual precipitation ranges from 35 to 45 inches. The average annual air temperature ranges from 32 to 38 degrees F.

These soils are fine, smectitic, Pachic Argicryolls.

A typical pedon of Runlett loam in an area of Runlett-Sessions complex, 5 to 30 percent slopes, is located about 1,200 feet north and 3,100 feet east of the southwest corner of sec. 11, T. 37 N., R. 6 W.:

A1—0 to 14 inches; grayish brown (10YR 5/2) loam, very dark grayish brown (10YR 3/2) moist: moderate medium granular structure; soft, friable, slightly sticky and slightly plastic; 5 percent gravel; slightly acid (pH 6.2); clear smooth boundary.

A2—14 to 19 inches; brown (7.5YR 5/2) loam, dark brown (7.5YR 3/2) moist; moderate medium granular structure; soft, friable, slightly sticky and slightly plastic; 5 percent gravel; moderately acid (pH 6.0); clear smooth boundary.

Bt1—19 to 22 inches; brown (7.5YR 5/3) clay loam; brown (7.5YR 4/3) moist; moderate medium subangular blocky structure; hard, firm, sticky and plastic; many prominent clay films on faces of peds; 5 percent gravel; slightly acid (pH 6.4); clear smooth boundary.

Bt2—22 to 27 inches; brown (7.5YR 5/4) clay, brown (7.5YR 4/4) moist; strong medium angular blocky structure; hard, firm, very sticky and very plastic; many prominent clay films on faces of peds; 2 percent cobbles and 5 percent stones; neutral (pH 7.0); abrupt irregular boundary.

R—27 inches; limestone bedrock, fractured and weathered in the upper part, with soil material in cracks and between upper layers of limestone.

The mollic epipedon is 16 to 24 inches thick. The depth to bedrock ranges from 20 to 40 inches.

The particle-size control section has 0 to 20 percent limestone and sandstone rock fragments.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 1 through 3.

The particle-size control section has 0 to 15 percent rock fragments.

The reaction is moderately acid or slightly acid.

*Bt horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction is clay loam or clay. The particle-size control section has 35 to 50 percent clay. The reaction is moderately acid through neutral.

## Ryman Series

The Ryman series consists of very deep, well drained soils on mesas and structural benches. These soils formed in slope alluvium, and residuum derived from shale and sandstone. The slopes range from 1 to 40 percent. The elevation ranges from 8,000 to 11,000 feet. Average annual precipitation ranges from 25 to 35 inches. The average annual air temperature ranges from 35 to 42 degrees F.

These soils are fine, smectitic, Pachic Haplocryolls.

A typical pedon of Ryman silty clay loam is in an area of Ryman-Adel, complex, 1 to 15 percent slopes, located in the southeast quarter of the southwest quarter of sec. 30, T. 12 W, R. 41 N.:

A1—0 to 13 inches; grayish brown (10YR 5/2) silty clay loam, very dark grayish brown (10YR 3/2) moist; moderate medium granular structure; soft, friable, slightly sticky and slightly plastic; many fine roots; neutral (pH 6.8); clear wavy boundary.

A2—13 to 19 inches; grayish brown (10YR 5/2) silty clay loam, dark brown (10YR 3/3) moist; weak medium subangular blocky structure parting to moderate medium granular; slightly hard, friable, slightly sticky and slightly plastic; 5 percent gravel; few fine roots; neutral (pH 6.8); clear smooth boundary.

C1—19 to 36 inches; variable yellowish brown (10YR 5/4) and light brownish gray (10YR 6/2) clay, yellowish brown (10YR 5/6) and brown (10YR 5/3) moist; massive; very hard, very firm, very sticky and very plastic; 5 percent gravel and 8 percent cobbles; strongly acid (pH 5.4); clear wavy boundary.

C2—36 to 60 inches; variable brownish yellow (10YR 6/6) and light brownish gray (10YR 6/2) cobbly clay loam, yellowish brown (10YR 5/6) and brown (10YR 5/3) moist; massive; very hard, firm, very sticky and plastic; 10 percent gravel and 15 percent cobbles; strongly acid (pH 5.1). Variable colors are due to parent material.

The mollic epipedon ranges from 16 to 30 inches thick. The particle-size control section has 35 to 45 percent clay and 5 to 35 percent sandstone rock fragments.

*A horizon:* The hue is 10YR or 2.5Y; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 1 through 3. The texture is silty clay loam or loam.

*C horizon:* The hue is 10YR or 2.5Y; the value is 4 through 6 dry, 4 or 5 moist; and

the chroma is 2 through 6. The texture of the fine-earth fraction is clay loam or clay, with rock fragment modifiers of cobbly or gravelly in the lower part of some pedons. The reaction is strongly acid through slightly acid.

## Sanchez Series

The Sanchez series consists of shallow, well drained soils on mountain slopes, hills, and ridges. These soils formed in residuum overlying sandstone. The slopes range from 12 to 45 percent. The elevation ranges from 7,300 to 8,500 feet. The average annual precipitation ranges from 18 to 22 inches. The average annual air temperature ranges from 40 to 45 degrees F.

These soils are loamy-skeletal, mixed, superactive, frigid Lithic Haplustalfs.

A typical pedon of Sanchez very stony sandy clay loam is in an area of Archuleta-Sanchez complex, 12 to 65 percent slopes, about 450 feet north of Wallace Gulch Road, about 1,150 feet west and 850 feet south of the northeast corner of sec. 24, T. 35 N., R. 8 W., La Plata County Soil Survey Area, Colorado.

E—0 to 5 inches; pale brown (10YR 6/3) very stony sandy clay loam, brown (10YR 5/3) moist; weak medium granular structure; hard, friable, slightly sticky and nonplastic; 15 percent stones, 15 percent cobbles, and 10 percent gravel; neutral (pH 7.0); clear smooth boundary.

Bt—5 to 11 inches; light brownish gray (10YR 6/2) very stony clay loam, dark grayish brown (10YR 4/2) moist; moderate medium granular structure; hard, firm, sticky and plastic; many distinct clay films on faces of peds; 20 percent stones, 15 percent cobbles, and 10 percent gravel; neutral (pH 7.0); clear smooth boundary.

BC—11 to 15 inches; light brownish gray (10YR 6/2) stony sandy clay loam, grayish brown (10YR 5/2) moist; weak medium granular structure; hard, firm, sticky and slightly plastic; 10 percent stones, 10 percent cobbles, and 10 percent gravel; neutral (pH 7.0); abrupt smooth boundary.

R—15 inches; hard sandstone.

The depth to bedrock ranges from 11 to 20 inches. The particle-size control section has 35 to 55 percent rock fragments. The soil is slightly acid or neutral.

*E horizon:* The hue is 7.5YR or 10YR; the value is 6 or 7 dry, 5 or 6 moist; and the chroma is 2 or 3.

*Bt horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 through 4. The texture typically is clay loam or sandy clay loam with rock modifiers of very stony. The particle-size control section has 20 to 35 percent clay.

## Schrader Series

The Schrader series consists of very deep, poorly drained soils on flood plains. These soils formed in alluvium derived from mixed sources. The slopes range from 0 to 5 percent. The elevation ranges from 7,100 to 8,500 feet. Average annual precipitation ranges from 15 to 20 inches, and average annual air temperature ranges from 41 to 45 degrees F.

These soils are coarse-loamy, mixed, superactive, frigid Cumulic Endoaquolls.

A typical pedon of Schrader loam is in an area of Dalmation-Apmay-Schrader complex, 0 to 5 percent slopes, located about 1,000 feet east and 1,350 feet south of the northwest corner of sec. 5, T. 38 N., R. 13 W.:

Ap—0 to 4 inches; dark grayish brown (10YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; moderate fine subangular blocky structure parting to weak fine granular; hard, friable, nonsticky and slightly plastic; many very fine and common fine and medium roots; many very fine continuous pores; slight effervescence; slightly alkaline (pH 7.4); clear smooth boundary.

A—4 to 13 inches; dark grayish brown (10YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; weak fine subangular blocky structure; hard, friable, nonsticky and slightly plastic; common very fine and few medium roots; common very fine continuous pores; slight effervescence; neutral (pH 7.2); clear smooth boundary.

AC1—13 to 17 inches; brown (10YR 4/3) fine sandy loam, very dark grayish brown (10YR 3/2) moist; massive; hard, very friable, nonsticky and nonplastic; few very fine roots; few very fine continuous pores; common medium distinct strong brown (7.5YR 5/6) masses of iron concentrations; neutral (pH 7.0); clear smooth boundary.

AC2—17 to 24 inches; brown (10YR 4/3) sandy clay loam, very dark grayish brown (10YR 3/2) moist; weak, medium subangular blocky structure; slightly hard, very friable, nonsticky and nonplastic; few very fine roots; few very fine continuous pores; common medium distinct strong brown (7.5YR 4/6) masses of iron concentrations; neutral (pH 6.8); clear smooth boundary.

C—24 to 60 inches; brown (10YR 5/3) fine sandy loam, dark brown (10YR 3/3) moist; massive; slightly hard, very friable, nonsticky and nonplastic; many medium prominent strong brown (7.5YR 4/6) masses of iron concentrations; neutral (pH 7.0).

The mollic epipedon is 25 to 60 inches thick or more. The particle-size control section has 10 to 18 percent clay and 0 to 10 percent rock fragments. A seasonal high water table usually is at a depth of 12 to 24 inches in May and June. Iron concentrations are present below the A horizon.

*A horizon:* The value is 4 or 5 dry, 2 or 3 moist; and the chroma is 1 through 3. The reaction is neutral or slightly alkaline.

*AC horizon:* The hue is 7.5YR or 10YR. The texture is fine sandy loam and sandy clay loam. The reaction is neutral or slightly alkaline.

*C horizon:* The hue is 7.5YR or 10YR. The reaction is neutral or slightly alkaline.

## Scotch Series

The Scotch series consists of shallow, well drained soils on mountain slopes and ridges. These soils formed in slope alluvium and residuum derived mostly from red bed sandstone and shale. The slopes range from 30 to 60 percent. The elevation ranges from 9,000 to 11,500 feet. The average annual precipitation ranges from 35 to 45 inches. The average annual air temperature ranges from 30 to 38 degrees F.

These soils are loamy, mixed, superactive Lithic Haplocryalfs.

A typical pedon of Scotch loam is in an area of Scotch-Graysill complex, 30 to 60 percent slopes, located along Hotel Draw road approximately 1,000 feet north and 2,300 feet west of the southeast corner of sec. 10, T. 39 N., R. 10 W.:

Oi—0 to 2 inches; organic mat of decomposing organic matter.

E—2 to 7 inches; pale red (2.5YR 6/2) loam, reddish brown (2.5YR 5/4) moist; moderate, medium granular structure; soft, friable, nonsticky and nonplastic; 5 percent gravel; strongly acid (pH 5.2); clear smooth boundary.

Bt—7 to 17 inches; reddish brown (2.5YR 5/4) clay loam, reddish brown (2.5YR 4/4) moist; moderate medium subangular blocky structure that parts to moderate medium granular; hard, friable, sticky and plastic; few distinct clay films on faces of peds; 2 percent gravel; strongly acid (pH 5.2); clear wavy boundary.

R—17 inches; hard sandstone bedrock, weathered in the top few inches.

The depth to bedrock ranges from 10 to 20 inches from the mineral soil surface. The particle-size control section has 0 to 25 percent rock fragments. The reaction is very strongly acid or strongly acid.

*E horizon:* The hue is 2.5YR or 5YR; the value is 5 through 7 dry, 4 or 5 moist; and the chroma is 2 through 4.

*Bt horizon:* The hue is 2.5YR or 5YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction typically is loam, clay loam, or sandy clay loam. The particle-size control section has 18 to 35 percent clay.

## Scout Series

The Scout series consists of very deep, well drained soils on mountain slopes and mesas. These soils formed in colluvium and slope alluvium derived dominantly from rhyolite. The slopes range from 5 to 60 percent. The elevation ranges from 9,600 to 11,600 feet. The average annual precipitation ranges from 30 to 45 inches. The average annual air temperature ranges from 32 to 38 degrees F.

These soils are loamy-skeletal, mixed, superactive Typic Eutrocryepts.*

A typical pedon of Scout silt loam, 10 to 30 percent slopes, is located on Black Mesa, in the northwest quarter of the northeast quarter of sec. 21, T. 41 N., R. 12 W.:

Oi—0 to 1 inch; partially decomposed organic material.

A—1 inch to 2 inches; brown (7.5YR 4/4) silt loam, dark brown (7.5YR 4/3) moist; moderate very fine granular structure; soft, very friable, slightly sticky and slightly plastic; 3 percent gravel; many very fine and common fine roots throughout; moderately acid (pH 6.0); gradual smooth boundary.

E—2 to 9 inches; light brown (7.5YR 6/4) very cobbly silt loam, brown (7.5YR 4/4) moist; weak fine subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; 25 percent gravel, 20 percent cobbles, and 5 percent stones; common very thin and few thin roots throughout; few fine and common very fine vertical discontinuous tubular pores; moderately acid (pH 6.0); clear smooth boundary.

Bw—9 to 17 inches; brown (7.5YR 5/2) very cobbly loam, brown (7.5YR 4/3) moist; weak medium subangular blocky structure; slightly hard, very friable, slightly sticky and slightly plastic; 25 percent gravel, 20 percent cobbles, and 5 percent stones; common very fine and few fine roots throughout; common very fine vesicular pores; moderately acid (pH 6.0); gradual wavy boundary.

C—17 to 61 inches; brownish yellow (10YR 6/6) very cobbly loam, brown (7.5YR 4/4) moist; massive; soft, very friable, slightly sticky and slightly plastic; 30 percent gravel, 20 percent cobbles, and 5 percent stones; few very fine and few fine roots throughout; common fine oblique discontinuous tubular pores and many very fine vesicular pores; moderately acid (pH 6.0).

The particle-size control section has 10 to 18 percent clay; it also contains 35 to 55 percent rock fragments, most of which are of rhyolite and are in the E and B horizons.

*E horizon:* The hue is 7.5YR or 10YR; the value is 5 through 7 dry, 3 to 6 moist; and the chroma is 2 through 4. The reaction is moderately acid or slightly acid.

*Bw horizon:* The hue is 7.5YR or 10YR; the value is 5 through 7 dry, 4 to 6 moist; and the chroma is 2 through 6. The reaction is moderately acid or slightly acid.

*C horizon:* The hue is 7.5YR or 10YR; the value is 4 through 6 dry, 4 through 6 moist; and the chroma is 3 through 6. The particle-size control section has 40 to 65 percent rock fragments. The reaction is moderately acid or slightly acid.

* This soil is taxadjunct to the series because the soil is not dry in some parts of the moisture control section for 45 cumulative days in most years (a typic udic moisture regime subclass).

## Seitz Series

The Seitz series consists of very deep, well drained soils on mountain slopes. These soils formed in slope alluvium derived dominantly from volcanic rocks. The slopes range from 10 to 60 percent. The elevation ranges from 10,000 to 11,000 feet. Average annual precipitation ranges from 25 to 30 inches. The average annual air temperature ranges from 35 to 40 degrees F.

These soils are Clayey-skeletal, smectitic Typic Haplocryalfs.

A typical pedon of Seitz gravelly loam, 10 to 60 percent slopes, is located in the northwest quarter of the northwest quarter of sec. 6, T. 41 N, R. 12 W.:

Oe—0 to 2 inches; organic mat of decayed spruce-fir needles and other debris.

A—2 to 4 inches; brown (7.5YR 5/2) gravelly loam, dark brown (7.5YR 3/2) moist; moderate fine granular structure; soft, friable, slightly sticky and slightly plastic; 15 percent gravel, 10 percent cobbles, and 5 percent stones; many fine roots and pores; neutral (pH 7.0); clear smooth boundary.

E—4 to 11 inches; pale brown (10YR 6/3) very stony loam, brown (10YR 4/3) moist; moderate fine granular structure; soft, friable, slightly sticky and slightly plastic; 10 percent gravel, 15 percent cobbles, and 20 percent stones; many fine roots and pores; neutral (pH 6.8); clear wavy boundary;

B/E—11 to 18 inches; (60 percent B) brown (7.5YR 5/4) very stony clay loam, brown (7.5YR 4/4) moist, and (40 percent E) pale brown (10YR 6/3) very stony loam, brown (10YR 4/3) moist; moderate medium subangular blocky structure; hard, firm, sticky and plastic; 10 percent gravel, 15 percent cobbles, and 20 percent stones; few roots and pores; neutral (pH 6.8); gradual wavy boundary.

Bt—18 to 42 inches; brown (10YR 5/3) extremely stony clay, brown (10YR 4/3) moist; moderate medium subangular blocky and moderate medium angular blocky structure; very hard, very firm, very sticky and very plastic; common distinct clay films on faces of peds; 15 percent gravel, 25 percent cobbles, and 25 percent stones; neutral (pH 6.8); gradual wavy boundary.

C—42 to 62 inches; brown (10YR 5/3) extremely stony clay loam, brown (10YR 4/3) moist; massive; very hard, very firm, sticky and plastic; 20 percent gravel, 30 percent cobbles, and 30 percent stones; neutral (pH 6.8).

The particle-size control section has 35 to 50 percent clay and 35 to 80 percent rock fragments. The reaction is slightly acid or neutral throughout.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 1 or 2.

*E horizon:* The hue is 7.5YR or 10YR; the value is 6 or 7 dry, 4 or 5 moist and chroma of 2 or 3.

*B/E horizon:* The hue is 7.5YR or 10YR

*B part:* The value is 5 or 6 dry, 3 or 4 moist; and the chroma is 3 or 4. The texture of the fine-earth fraction is clay loam.

*E part:* The value is 6 or 7 dry, 4 or 5 moist; and the chroma is 2 or 3. The texture of the fine-earth fraction is loam. The particle-size control section has 30 to 80 percent rock fragments.

*Bt horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 3 or 4 moist and chroma of 3 or 4. The texture of the fine-earth fraction is clay loam or clay with rock fragment modifiers.

*C horizon:* The hue is 7.5YR or 10YR.

This soil is taxadjunct to the series because the B/E horizon does not have the pale colors required for a glossic horizon.

## Sessions Series

The Sessions series consists of very deep, well drained soils on mountain slopes and structural benches. These soils formed in slope alluvium derived mostly from sandstone and limestone. The slopes range from 5 to 30 percent. The elevation ranges from 9,000 to 11,000 feet. The average annual precipitation ranges from 35 to 45 inches. The average annual air temperature ranges from 32 to 38 degrees F.

These soils are fine, smectitic Typic Argicryolls.

A typical pedon of Sessions loam in an area of Heisspitz-Sessions-Rock outcrop complex, 5 to 15 percent slopes, is located about 1,100 feet south and 600 feet east of the northwest corner of sec. 14, T. 37 N., R. 6 W.:

A1—0 to 3 inches; dark grayish brown (10YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; weak moderate medium and fine granular structure; soft, very friable, nonsticky and nonplastic; 2 percent gravel; neutral (pH 6.8); abrupt smooth boundary.

A2—3 to 11 inches; grayish brown (10YR 5/2) loam, very dark grayish brown (10YR 3/2) moist; weak fine subangular blocky structure that parts to moderate fine and medium granular; soft, very friable, slightly sticky and slightly plastic; 2 percent gravel; neutral (pH 6.8); clear wavy boundary.

Bt1—11 to 19 inches; brown (7.5YR 5/3) clay loam, brown (7.5YR 4/3) moist; moderate medium subangular blocky structure; hard, firm, sticky and plastic; common distinct clay films on faces of peds; 2 percent gravel; neutral (pH 6.8); gradual wavy boundary.

Bt2—19 to 34 inches; brown (7.5YR 5/3) clay, brown (7.5YR 4/3) moist; strong medium subangular blocky structure; very hard, very firm, sticky and very plastic; many prominent clay films on faces of peds; 2 percent gravel; neutral (pH 6.8); gradual wavy boundary.

Bt3—34 to 48 inches; light reddish brown (5YR 6/3) clay, reddish brown (5YR 4/3) moist; strong medium subangular blocky structure; very hard, very firm, sticky and very plastic; many prominent clay films on faces of peds; 5 percent gravel and 2 percent cobbles; neutral; (pH 7.0); gradual wavy boundary.

BC—48 to 60 inches; light reddish brown (5YR 6/4) gravelly clay loam, reddish brown (5YR 4/4) moist; weak medium subangular blocky structure; hard, firm, sticky and plastic; 20 percent gravel and 10 percent cobbles; neutral (pH 7.2).

The mollic epipedon is 11 to 16 inches thick. The particle-size control section has 0 to 15 percent rock fragments, which consist mostly of gravel and cobbles of sandstone, limestone, and granitic origin. The reaction is slightly acid or neutral.

*A horizon:* The value is 3 through 5 dry, 2 or 3 moist; and the chroma is 1 through 3.

*Bt horizon:* The hue is 5YR or 7.5YR; the value is 3 through 6 dry, 3 through 5 moist; and the chroma is 2 through 6. The texture is clay or clay loam. The particle-size control section has 35 to 45 percent clay.

*BC horizon:* The hue is 5YR or 7.5YR. The particle-size control section has 10 to 35 percent rock fragments.

This soil is taxadjunct to the series because it does not have a xeric soil moisture regime.

## Shawa Series

The Shawa series consists of very deep, well drained soils on alluvial fans, terraces, and hills. These soils formed in alluvium, slope alluvium, and colluvium derived dominantly from sandstone and shale. The slopes range from 0 to 60 percent.

The elevation ranges from 7,000 to 8,500 feet. Average annual precipitation ranges from 15 to 22 inches, and average annual air temperature ranges from 40 to 46 degrees F.

These soils are fine-loamy, mixed, superactive, frigid Pachic Haplustolls.

A typical pedon of Shawa loam, 20 to 30 percent slopes, is located about 2,200 feet east and 3,100 feet north of the southwest corner of sec. 12, T. 41 N., R. 16 W.:

A—0 to 7 inches; brown (10YR 5/3) loam, very dark grayish brown (10YR 3/2) moist; moderate fine granular structure; hard, friable, sticky and slightly plastic; 5 percent gravel; neutral (pH 7.2); clear smooth boundary.

AB—7 to 19 inches; brown (10YR 5/3) loam, dark brown (10YR 3/3) moist; weak medium subangular blocky structure; hard, firm, sticky and slightly plastic; 5 percent gravel; neutral (pH 7.2); clear smooth boundary.

Bw1—19 to 38 inches; brown (10YR 5/3) clay loam, brown (10YR 4/3) moist; weak medium subangular blocky structure; slightly hard, firm, sticky and slightly plastic; 5 percent gravel; neutral (pH 7.0); clear smooth boundary.

Bw2—38 to 60 inches; brown (10YR 5/3) cobbly clay loam, brown (10YR 4/3) moist; weak medium subangular blocky structure; slightly hard, friable, sticky and slightly plastic; 10 percent gravel and 10 percent cobbles; neutral (pH 7.0).

The mollic epipedon is 16 to 30 inches thick. The particle-size control section has 18 to 35 percent clay and 0 to 30 percent sandstone rock fragments.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 1 through 3.

*Bw horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 or 3. The texture of the fine-earth fraction is loam or clay loam and has cobbly rock fragment modifiers in the lower parts of some pedons.

## Sheek Series

The Sheek series consists of very deep, well drained soils on mesas, hills, mountain slopes and canyon side slopes. These soils formed in colluvium and slope alluvium derived from sandstone and shale. The slopes range from 6 to 80 percent. The elevation ranges from 7,100 to 8,500 feet. The average annual precipitation ranges from 15 to 22 inches. The average annual air temperature ranges from 40 to 45 degrees F.

These soils are loamy-skeletal, mixed, superactive, frigid Typic Haplustalfs.

A typical pedon of Sheek very stony sandy loam is in an area of Archuleta-Sheek complex, 12 to 65 percent slopes, located about 1,100 feet north and 200 feet east of the southwest corner of sec. 21, T. 36 N., R. 12 W.:

Oi—0 to 1 inch; organic layer of leaves and roots.

A—1 inch to 6 inches; grayish brown (10YR 5/2) very stony sandy loam, very dark grayish brown (10YR 3/2) moist; moderate medium granular structure; soft, very friable, nonsticky and nonplastic; 5 percent gravel, 10 percent cobbles, 20 percent stones, and 2 percent boulders; neutral (pH 6.8), clear wavy boundary.

E—6 to 8 inches; light brownish gray (10YR 6/2) very stony sandy loam, dark grayish brown (10YR 4/2) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; 5 percent gravel, 10 percent cobbles, 20 percent stones, and 2 percent boulders; neutral (pH 6.8), clear wavy boundary.

Bt1—8 to 24 inches; brown (7.5YR 5/4) very stony sandy clay loam, brown (7.5YR 4/4) moist; weak medium subangular blocky structure; hard, firm, sticky and plastic; few distinct clay films on faces of peds; 10 percent gravel, 5 percent cobbles, 30 percent stones, and 2 percent boulders; neutral (pH 6.6); gradual wavy boundary.

Bt2—24 to 43 inches; brown (7.5YR 5/4) very stony clay loam, brown (7.5YR 4/4) moist; moderate medium subangular blocky structure; hard, firm, sticky and

plastic; many prominent clay films on faces of peds; 10 percent gravel, 5 percent cobbles, 30 percent stones, and 2 percent boulders; neutral (pH 6.6); gradual wavy boundary.

C—43 to 61 inches; light brown (7.5YR 6/4) very stony sandy clay loam, brown (7.5YR 5/4) moist; massive; slightly hard, very friable, slightly sticky and slightly plastic; 15 percent gravel, 10 percent cobbles, 30 percent stones, and 2 percent boulders; slightly acid (pH 6.4).

The soils typically are noncalcareous although some pedons have carbonates in the lower part. The particle-size control section has 18 to 35 percent clay and 35 to 70 percent rock fragments.

*A horizon:* The hue is 7.5YR or 10YR; the value is 4 or 5 dry, 2 or 3 moist; and the chroma is 2 through 4. The texture of the fine-earth fraction is loam, sandy loam, or clay loam. The reaction is slightly acid to slightly alkaline. Some pedons do not have an A horizon.

*E horizon:* The hue is 7.5YR or 10YR; the value is 5 through 7 dry, 3 through 6 moist, chroma 2 through 4. The reaction is slightly acid to slightly alkaline.

*Bt horizon:* The hue is 7.5YR or 10YR; the value is 5 through 7 dry, and 4 through 6 moist; and the chroma is 4 through 6. The texture of the fine-earth fraction typically is loam, clay loam, or sandy clay loam with very stony, very cobbly, or very gravelly rock modifiers. The reaction is slightly acid to slightly alkaline.

*Bk horizon (when present):* The hue is 7.5YR or 10YR; the value is 7 or 8 dry, 5 to 7 moist; and the chroma is 1 to 6. The texture of the fine-earth fraction is loam or clay loam with rock modifiers. The reaction is slightly alkaline or moderately alkaline.

*C horizon (when present):* The hue is 7.5YR or 10YR.

## Sig Series

The Sig series consists of shallow or very shallow, well drained soils on mountain slopes and structural benches. These soils formed in slope alluvium and colluvium weathered mainly from granite. The slopes range from 15 to 45 percent. The elevation ranges from 8,500 to 11,500 feet. The average annual precipitation ranges from 30 to 45 inches. The average annual air temperature ranges from 32 to 38 degrees F.

These soils are loamy-skeletal, mixed, superactive, Lithic Dystrocryepts.

A typical pedon of Sig gravelly loam is in an area of Snowdon-Sig-Rock outcrop complex, 15 to 45 percent slopes, located about 1,100 feet west and 2,700 feet north of the southeast corner of sec. 6, T. 39 N., R. 8 W.:

Oi—0 to 2 inches; organic layer of needles, leaves, and twigs.

A—2 to 9 inches; light reddish brown (5YR 6/3) gravelly loam, reddish brown (5YR 4/3) moist; moderate fine granular structure; soft, very friable, nonsticky and nonplastic; 25 percent gravel, 5 percent cobbles, and 1 percent stones; moderately acid (pH 5.6); gradual wavy boundary.

Bw—9 to 16 inches; reddish brown (5YR 5/4) very gravelly loam, reddish brown (5YR 4/4) moist; weak medium subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and nonplastic; 30 percent gravel, 15 percent cobbles, and 2 percent stones; moderately acid (pH 5.6); abrupt wavy boundary.

R—16 inches; hard granite bedrock, fractured in the upper few inches.

The depth to bedrock is 8 to 20 inches from the mineral soil surface. The particle-size control section has 18 to 27 percent clay and 35 to 65 percent granite rock fragments.

*A horizon:* The hue is 5YR or 7.5YR; the value is 5 to 7 dry, 4 to 6 moist; and the chroma is 2 through 4. The reaction is strongly acid or moderately acid.

*Bw horizon:* The hue is 5YR to 7.5YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 to 6. The texture of the fine-earth fraction is loam, sandy loam, or sandy clay loam. The reaction is strongly acid or moderately acid.

## Silex Series

The Silex series consists of shallow or very shallow, well drained soils on mountain slopes, mesas, and structural benches. These soils formed in slope alluvium derived mostly from limestone and sandstone. The slopes range from 10 to 20 percent. The elevation ranges from 10,000 to 11,000 feet. The average annual precipitation ranges from 30 to 45 inches. The average annual air temperature ranges from 32 to 36 degrees F.

These soils are loamy, mixed, superactive Lithic Haplocryalfs.

A typical pedon of Silex loam is in an area of Silex-Rock outcrop complex, 10 to 20 percent slopes, located in an unsectionized area about 1,400 feet south and 400 feet east of the projected northwest corner (in the southwest quarter of the northwest quarter) of sec. 23, T. 40 N, R. 8 W.:

Oi—0 to 1 inch; organic layer of roots, leaves and needles.

E—1 inch to 4 inches; pinkish gray (7.5YR 6/2) loam, brown (7.5YR 4/2) moist; moderate medium granular structure; soft, friable, slightly sticky and slightly plastic; 5 percent gravel; strongly acid (pH 5.2); clear smooth boundary.

Bt1—4 to 10 inches; brown (7.5YR 5/4) clay loam, brown (7.5YR 4/4) moist; weak medium subangular blocky structure parting to moderate medium granular; slightly hard, friable, sticky and plastic; few distinct clay films on faces of peds; 5 percent gravel and 3 percent cobbles; very strongly acid (pH 4.8); clear wavy boundary.

Bt2—10 to 18 inches; light brown (7.5YR 6/4) sandy clay loam, brown (7.5YR 4/4) moist; weak medium subangular blocky structure parting to moderate medium granular; slightly hard, friable, slightly sticky and slightly plastic; few distinct clay films on faces of peds; 10 percent gravel and 3 percent cobbles; very strongly acid (pH 4.8); abrupt wavy boundary.

R—18 inches; hard limestone bedrock, with cracks in the upper part.

The depth to bedrock ranges from 7 to 20 inches from the mineral soil surface. The reaction is very strongly acid or strongly acid. In some pedons, thin A horizons are present.

*E horizon:* The hue is 7.5YR or 10YR; the value is 5 through 7 dry, 4 or 5 moist; and the chroma is 2 or 3. The particle-size control section has 0 to 15 percent rock fragments.

*Bt horizon:* The hue is 7.5YR or 10YR; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 3 through 6. The texture of the fine-earth fraction typically is clay loam, loam, or sandy clay loam. The particle-size control section has 20 to 35 percent clay and 0 to 25 percent rock fragments.

## Sili Series

The Sili series consists of very deep, well drained soils on hills, alluvial fans and toeslopes below shale hills. These soils formed in alluvium and slope alluvium weathered from shale and sandstone. The slopes range from 5 to 15 percent. The elevation ranges from 6,500 to 7,500 feet. The average annual precipitation ranges from 13 to 16 inches. The average annual air temperature ranges from 47 to 52 degrees F.

These soils are fine, smectitic, mesic Aridic Haplustepts.

A typical pedon of Sili clay loam, 5 to 15 percent slopes, is located near Disappointment Reservoir No.1, about 1,300 feet north and 600 feet east of the southwest corner of sec. 7, T. 41 N., R. 15 W.:

A—0 to 3 inches; grayish brown (10YR 5/2) clay loam, brown (10YR 4/3) moist; moderate fine granular structure; hard, firm, slightly sticky and slightly plastic; common fine roots; strongly effervescent; slightly alkaline (pH 7.8); clear smooth boundary.

Bw1—3 to 15 inches; grayish brown (10YR 5/2) clay loam, brown (10YR 4/3) moist; moderate medium subangular blocky structure; hard, firm, slightly sticky and slightly plastic; common fine roots; strongly effervescent; moderately alkaline (pH 8.0); clear smooth boundary.

Bk1—15 to 25 inches; light brownish gray (10YR 6/2) clay loam, brown (10YR 4/3) moist; moderate medium prismatic structure that parts to strong medium subangular blocky; hard, firm, sticky and plastic; few fine roots; few fine threads of calcium carbonate; violently effervescent; strongly alkaline (pH 8.6); gradual smooth boundary.

Bk2—25 to 50 inches; light brownish gray (10YR 6/2) clay loam, brown (10YR 4/3) moist; weak coarse subangular blocky structure parting to moderate medium subangular blocky; hard, firm, sticky and plastic; 5 percent gravel and 2 percent cobbles; common fine threads of calcium carbonate; violently effervescent; strongly alkaline (pH 8.6); gradual smooth boundary.

Bk3—50 to 60 inches; light brownish gray (10YR 6/2) clay loam, brown (10YR 4/3) moist; moderate medium subangular blocky structure; hard, firm, sticky, plastic; 12 percent gravel and 2 percent cobbles; common fine threads of calcium carbonate; violently effervescent; strongly alkaline (pH 8.6).

The depth to calcareous material ranges from 0 to 15 inches.

*A horizon:* The hue is 10YR or 2.5Y; the value is 5 or 6 dry, 3 or 4 moist; and the chroma is 2 or 3. The reaction is neutral or slightly alkaline.

*Bw horizon:* The hue is 10YR or 2.5Y; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 through 4. The texture typically is clay loam, silty clay loam, or clay. The particle-size control section has 35 to 45 percent clay. The reaction is slightly alkaline or moderately alkaline.

*Bk horizon:* The hue is 10YR or 2.5Y; the value is 5 or 6 dry, 4 or 5 moist; and the chroma is 2 through 4. The texture is clay loam, silty clay loam, or clay. The calcium carbonate equivalent ranges from 2 to 10 percent. The reaction is moderately alkaline or strongly alkaline.

## Skisams Series

The Skisams series consists of shallow and very shallow, well drained soils on structural benches and mesas. These soils formed in slope alluvium derived mostly from shale and sandstone. The slopes range from 1 to 15 percent. The elevation ranges from 8,500 to 9,600 feet. The average annual precipitation ranges from 25 to 30 inches. The average annual air temperature ranges from 36 to 42 degrees F.

These soils are loamy, mixed, superactive Lithic Haplocryolls.

A typical pedon of Skisams loam is in an area of Mancos-Skisams-Skutum complex 1 to 15 percent slopes, located in the northeast quarter of the northeast quarter of sec. 21, T. 37 N., R. 12 W.:

A1—0 to 5 inches; brown (7.5YR 4/2) loam, dark brown (7.5YR 3/2) moist; weak medium platy structure that parts to moderate medium granular; soft, very friable, nonsticky and nonplastic; many fine roots; many fine pores; slightly acid (pH 6.2); clear smooth boundary.