UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
CLYDE LAKE QUADRANGLE
SHEET NUMBER 25 OF 59

Joins sheet 13, Groundhog Reservoir

Joins sheet 14, Groundhog Mountain

Joins sheet 15, Dolores Peak

108°15'00" 108°12'30" 108°10'00" 108°07'30"

37° 45'00"

37° 42'30"

37° 40'00"

37° 37'30"

Joins sheet 24, Nipple Mountain

Joins sheet 26, Rico




108°15'00" 108°12'30" 108°10'00" 108°07'30"

Joins sheet 36, Stoner

Joins sheet 37, Wallace Ranch

Joins sheet 38, Orphan Butte

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH



QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

CLYDE LAKE, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 25 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005804

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
RICO QUADRANGLE
SHEET NUMBER 26 OF 59

Joins sheet 14, Groundhog Mountain

Joins sheet 15, Dolores Peak

Joins sheet 16, Mount Wilson

108° 07'30" 108° 05'00" 108° 02'30" 108° 00'00"

37° 45'00"




37° 42'30"

37° 40'00"

37° 37'30"

Joins sheet 25, Clyde Lake

Joins sheet 27, Hermosa Peak

108° 07'30" 108° 05'00" 108° 02'30" 108° 00'00"

Joins sheet 37, Wallace Ranch

Joins sheet 38, Orphan Butte

Joins sheet 39, Elk Creek

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83), GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

RICO, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 26 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005805

Case No. 1:23-cv-01501-RMR Document 17-5 filed 09/29/23 USDC Colorado pg
3 of 26

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
HERMOSA PEAK QUADRANGLE
SHEET NUMBER 27 OF 59

Joins sheet 15, Dolores Peak

Joins sheet 16, Mount Wilson

Joins sheet 17, Ophir

108° 00'00" 107° 57'30" 107° 55'00" 107° 52'30"

37° 45'00"

37° 42'30"

37° 40'00"

37° 37'30"

Joins sheet 26, Rico

Joins sheet 28, Engineer Mountain




108° 00'00" 107° 57'30" 107° 55'00" 107° 52'30"

Joins sheet 38, Orphan Butte

Joins sheet 39, Elk Creek

Joins sheet 40, Electra Lake

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH



QUADRANGLE LOCATION

SCALE 1:24000

MILES

FEET

KILOMETERS

HERMOSA PEAK, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 27 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005806

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
ENGINEER MOUNTAIN QUADRANGLE
SHEET NUMBER 28 OF 59

Joins sheet 16, Mount Wilson — Joins sheet 17, Ophir — Joins sheet 18, Silverton

107° 52′30″ — 107° 50′00″ — 107° 47′30″ — 107° 45′00″

37° 45′00″




37° 42′30″ — 37° 40′00″ — 37° 37′30″

Joins sheet 27, Hermosa Peak — Joins sheet 29, Snowdon Peak

107° 52′30″ — 107° 50′00″ — 107° 47′30″ — 107° 45′00″

Joins sheet 39, Elk Creek — Joins sheet 40, Electra Lake — Joins sheet 41, Mountain View Crest

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1 MILES

1000 0 1000 2000 3000 4000 5000 6000 7000 FEET

1 0 1 KILOMETERS

ENGINEER MOUNTAIN, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 28 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005807

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
SNOWDON PEAK QUADRANGLE
SHEET NUMBER 29 OF 59

Joins sheet 17, Ophir

Joins sheet 18, Silverton

Joins sheet 19, Howardsville

107° 45'00" 107° 42'30" 107° 40'00" 107° 37'30"




37° 45'00" 37° 42'30" 37° 40'00" 37° 37'30"

Joins sheet 28, Engineer Mountain

Joins sheet 30, Storm King Peak

Joins sheet 40, Electra Lake

Joins sheet 41, Mountain View Crest

Joins sheet 42, Columbine Pass

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH



QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

SNOWDON PEAK, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 29 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005808

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
STORM KING PEAK QUADRANGLE
SHEET NUMBER 30 OF 59

Joins sheet 18, Silverton

Joins sheet 19, Howardsville

107° 37′30″ 107° 35′00″ 107° 32′30″ 107° 30′00″

37° 45′00″




37° 42′30″

37° 40′00″

37° 37′30″

Joins sheet 29, Snowdon Peak

Joins sheet 31, Rio Grande Pyramid

107° 37′30″ 107° 35′00″ 107° 32′30″ 107° 30′00″

Joins sheet 41, Mountain View Crest

Joins sheet 42, Columbine Pass

Joins sheet 43, Emerald Lake

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

STORM KING PEAK, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 30 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005809

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
RIO GRANDE PYRAMID QUADRANGLE
SHEET NUMBER 31 OF 59

Joins sheet 19, Howardsville

107° 30'00" 107° 27'30" 107° 25'00" 107° 22'30"

37° 45'00" 37° 45'00"

Joins sheet 30, Storm King Peak

Joins sheet 32, Weminuche Pass

37° 42'30" 37° 42'30"

37° 40'00" 37° 40'00"

37° 37'30" 37° 37'30"




107° 30'00" 107° 27'30" 107° 25'00" 107° 22'30"

Joins sheet 42, Columbine Pass

Joins sheet 43, Emerald Lake

Joins sheet 44, Granite Lake

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

RIO GRANDE PYRAMID, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 31 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005810

Case No. 1:23-cv-01501-RMR Document 17-5 filed 09/29/23 USDC Colorado pg 8 of 26

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE






This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.




SCALE 1:24000

MILES: 1 0 1

FEET: 1000 0 1000 2000 3000 4000 5000 6000 7000

KILOMETERS: 1 0 1

WEMINUCHE PASS, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 32 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
YELLOW JACKET QUADRANGLE
SHEET NUMBER 33 OF 59




SCALE 1:24000

MILES

FEET

KILOMETERS

NORTH

QUADRANGLE LOCATION

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83), GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

YELLOW JACKET, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 33 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005812

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
TRIMBLE POINT QUADRANGLE
SHEET NUMBER 34 OF 59




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH



QUADRANGLE LOCATION

SCALE 1:24000

MILES

FEET

KILOMETERS

TRIMBLE POINT, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 34 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005813

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
BOGGY DRAW QUADRANGLE
SHEET NUMBER 35 OF 59




Joins sheet 45, Dolores East

SCALE 1:24000

MILES

FEET

KILOMETERS

NORTH

QUADRANGLE LOCATION

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83), GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

BOGGY DRAW, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 35 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005814

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
STONER QUADRANGLE
SHEET NUMBER 36 OF 59




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.




SCALE 1:24000




STONER, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 36 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
WALLACE RANCH QUADRANGLE
SHEET NUMBER 37 OF 59




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83), GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

WALLACE RANCH, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 37 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005816

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
ORPHAN BUTTE QUADRANGLE
SHEET NUMBER 38 OF 59

Joins sheet 25, Clyde Lake

Joins sheet 26, Rico

Joins sheet 27, Hermosa Peak

108° 07′30″ 108° 05′00″ 108° 02′30″ 108° 00′00″

37° 37′30″




37° 35′00″

37° 32′30″

37° 30′00″

Joins sheet 37, Wallace Ranch

Joins sheet 39, Elk Creek

108° 07′30″ 108° 05′00″ 108° 02′30″ 108° 00′00″

Joins sheet 47, Rampart Hills

Joins sheet 48, La Plata

Joins sheet 49, Monument Hill

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83), GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1 MILES

1000 0 1000 2000 3000 4000 5000 6000 7000 FEET

1 0 1 KILOMETERS

ORPHAN BUTTE, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 38 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
ELK CREEK QUADRANGLE
SHEET NUMBER 39 OF 59

Joins sheet 26, Rico

Joins sheet 27, Hermosa Peak

Joins sheet 28, Engineer Mountain

108° 00'00" 107° 57'30" 107° 55'00" 107° 52'30"

37° 37'30"




37° 35'00"

37° 32'30"

37° 30'00"

Joins sheet 38, Orphan Butte

Joins sheet 40, Electra Lake

108° 00'00" 107° 57'30" 107° 55'00" 107° 52'30"

Joins sheet 48, La Plata

Joins sheet 49, Monument Hill

Joins sheet 50, Hermosa

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

ELK CREEK, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 39 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005818

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
ELECTRA LAKE QUADRANGLE
SHEET NUMBER 40 OF 59

Joins sheet 27, Hermosa Peak

Joins sheet 28, Engineer Mountain

Joins sheet 29, Snowdon Peak

107°52′30″ 107°50′00″ 107°47′30″ 107°45′00″

37°37′30″




37°35′00″

37°32′30″

37°30′00″

Joins sheet 39, Elk Creek

Joins sheet 41, Mountain View Crest

107°52′30″ 107°50′00″ R. 9 W. R. 8 W. 107°47′30″ 107°45′00″

Joins sheet 49, Monument Hill

Joins sheet 50, Hermosa

Joins sheet 51, Lemon Reservoir

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

ELECTRA LAKE, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 40 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005819

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
MOUNTAIN VIEW CREST QUADRANGLE
SHEET NUMBER 41 OF 59

Joins sheet 28, Engineer Mountain

Joins sheet 29, Snowdon Peak

Joins sheet 30, Storm King Peak

107° 45′00″ 107° 42′30″ 107° 40′00″ 107° 37′30″

37° 37′30″




37° 35′00″

37° 32′30″

37° 30′00″

Joins sheet 40, Electra Lake

Joins sheet 42, Columbine Pass

107° 45′00″ R. 8 W. 107° 42′30″ 107° 40′00″ 107° 37′30″

Joins sheet 50, Hermosa

Joins sheet 51, Lemon Reservoir

Joins sheet 52, Vallecito Reservoir

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

MOUNTAIN VIEW CREST, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 41 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005820

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
COLUMBINE PASS QUADRANGLE
SHEET NUMBER 42 OF 59




SCALE 1:24000

MILES

FEET

KILOMETERS

NORTH

QUADRANGLE LOCATION

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

COLUMBINE PASS, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 42 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
EMERALD LAKE QUADRANGLE
SHEET NUMBER 43 OF 59

Joins sheet 30, Storm King Peak

Joins sheet 31, Rio Grande Pyramid

Joins sheet 32, Weminuche Pass

107°30'00" 107°27'30" 107°25'00" 107°22'30"

37°37'30" 37°35'00" 37°32'30" 37°30'00"

Joins sheet 42, Columbine Pass

Joins sheet 44, Granite Lake




107°30'00" R. 6 W. R. 5 W. 107°27'30" 107°25'00" 107°22'30"

Joins sheet 52, Vallecito Reservoir

Joins sheet 53, Granite Peak

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

MILES

FEET

KILOMETERS

EMERALD LAKE, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 43 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

Case No. 1:23-cv-01501-RMR Document 17-5 filed 09/29/23 USDC Colorado pg
20 of 26

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
GRANITE LAKE QUADRANGLE
SHEET NUMBER 44 OF 59

Joins sheet 31, Rio Grande Pyramid

Joins sheet 32, Weminuche Pass

107° 22'30" 107° 20'00" 107° 17'30" 107° 15'00"

37° 37'30"




37° 35'00"

37° 32'30"

37° 30'00"

Joins sheet 43, Emerald Lake

T. 38 N.

R. 4 W.

107° 22'30" 107° 20'00" 107° 17'30" 107° 15'00"

Joins sheet 53, Granite Peak

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83), GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

GRANITE LAKE, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 44 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
DOLORES EAST QUADRANGLE
SHEET NUMBER 45 OF 59

Joins sheet 34, Trimble Point

Joins sheet 35, Boggy Draw

Joins sheet 36, Stoner

108° 30′00″ 108° 27′30″ R. 15 W. R. 14 W. 108° 25′00″ 108° 22′30″

37° 30′00″




37° 27′30″

37° 25′00″

T. 37 N.
T. 36 N.

37° 22′30″

Joins sheet 46, Millwood

108° 30′00″ 108° 27′30″ R. 15 W. R. 14 W. 108° 25′00″ 108° 22′30″

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83), GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH



QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

DOLORES EAST, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 45 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005824

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
MILLWOOD QUADRANGLE
SHEET NUMBER 46 OF 59




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83), GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

MILES

FEET

KILOMETERS

MILLWOOD, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 46 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005825

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
RAMPART HILLS QUADRANGLE
SHEET NUMBER 47 OF 59




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83), GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

RAMPART HILLS, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 47 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005826

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
LA PLATA QUADRANGLE
SHEET NUMBER 48 OF 59

Joins sheet 37, Wallace Ranch
Joins sheet 38, Orphan Butte
Joins sheet 39, Elk Creek

108° 07′30″ 108° 05′00″ 108° 02′30″ 108° 00′00″

37° 30′00″




37° 27′30″
37° 25′00″
T. 37 N.
T. 36 N.
37° 22′30″
R. 12 W. R. 11 W.

Joins sheet 47, Rampart Hills
Joins sheet 49, Monument Hill

108° 07′30″ 108° 05′00″ 108° 02′30″ 108° 00′00″

Joins sheet 54, Thompson Park
Joins sheet 55, Hesperus
Joins sheet 56, Durango West

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

LA PLATA, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 48 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005827

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
MONUMENT HILL QUADRANGLE
SHEET NUMBER 49 OF 59




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

MILES

FEET

KILOMETERS

MONUMENT HILL, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 49 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005828

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
HERMOSA QUADRANGLE
SHEET NUMBER 50 OF 59

Joins sheet 39, Elk Creek

Joins sheet 40, Electra Lake

Joins sheet 41, Mountain View Crest

107°52′30″ 107°50′00″ R. 9 W. R. 8 W. 107°47′30″ 107°45′00″

37°30′00″




37°27′30″

Joins sheet 49, Monument Hill

Joins sheet 51, Lemon Reservoir

T. 37 N.
T. 36 N.

37°25′00″

37°22′30″

R. 9 W. R. 8 W.

107°52′30″ 107°50′00″ 107°47′30″ 107°45′00″

Joins sheet 57, Durango East

Joins sheet 56, Durango West

Joins sheet 58, Rules Hill

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

HERMOSA, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 50 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005829