UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
LEMON RESERVOIR QUADRANGLE
SHEET NUMBER 51 OF 59

Joins sheet 40, Electra Lake

Joins sheet 41, Mountain View Crest

Joins sheet 42, Columbine Pass

107° 45′00″ 107° 42′30″ 107° 40′00″ 107° 37′30″

37° 30′00″

37° 27′30″

T. 37 N.
T. 36 N.

37° 25′00″

37° 22′30″

Joins sheet 50, Hermosa

Joins sheet 52, Vallecito Reservoir




107° 45′00″ 107° 42′30″ R. 8 W. R. 7 W. 107° 40′00″ 107° 37′30″

Joins sheet 58, Rules Hill

Joins sheet 57, Durango East

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

LEMON RESERVOIR, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 51 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005830

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
VALLECITO RESERVOIR QUADRANGLE
SHEET NUMBER 52 OF 59




SCALE 1:24000

MILES

FEET

KILOMETERS

NORTH

QUADRANGLE LOCATION

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

VALLECITO RESERVOIR, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 52 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005831

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
GRANITE PEAK QUADRANGLE
SHEET NUMBER 53 OF 59

Joins sheet 42, Columbine Pass

Joins sheet 43, Emerald Lake

Joins sheet 44, Granite Lake

Joins sheet 52, Vallecito Reservoir

107° 30'00" 107° 27'30" 107° 25'00" 107° 22'30"

37° 30'00"




37° 27'30"

T. 37 N.
T. 36 N.

37° 25'00"

37° 22'30"

R. 6 W. R. 5 W.

107° 30'00" 107° 27'30" 107° 25'00" 107° 22'30"

Joins sheet 59, Baldy Mountain

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH



QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

GRANITE PEAK, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 53 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005832

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
THOMPSON PARK QUADRANGLE
SHEET NUMBER 54 OF 59




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

THOMPSON PARK, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 54 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005833

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
HESPERUS QUADRANGLE
SHEET NUMBER 55 OF 59




HESPERUS, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 55 OF 59

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005834

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
DURANGO WEST QUADRANGLE
SHEET NUMBER 56 OF 59

Joins sheet 48, La Plata

Joins sheet 49, Monument Hill

Joins sheet 50, Hermosa

108°00'00" 107°57'30" 107°55'00" 107°52'30"

R. 10 W. R. 9 W.

37°22'30"




T. 36 N.
T. 35 N.

37°20'00"

Joins sheet 55, Hesperus

Joins sheet 57, Durango East

37°17'30"

T. 35 N.
T. 34 1/2 N.

37°15'00"

108°00'00" 107°57'30" 107°55'00" 107°52'30"

R. 10 W. R. 9 W.

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83), GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH



QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

DURANGO WEST, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 56 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
DURANGO EAST QUADRANGLE
SHEET NUMBER 57 OF 59

Joins sheet 49, Monument Hill

Joins sheet 50, Hermosa

Joins sheet 51, Lemon Reservoir

107° 52′30″ 107° 50′00″ R. 9 W. R. 8 W. 107° 47′30″ 107° 45′00″

37° 22′30″




T. 36 N.
T. 35 N.

37° 20′00″

Joins sheet 56, Durango West

Joins sheet 58, Rules Hill

37°17′30″

T. 35 N.
T. 34 1/2 N.
T. 34 N.
37°15′00″

107° 52′30″ 107° 50′00″ R. 9 W. R. 8 W. 107° 47′30″ 107° 45′00″

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83), GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH



QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

DURANGO EAST, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 57 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005836

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

ANIMAS-DOLORES AREA, COLORADO
RULES HILL QUADRANGLE
SHEET NUMBER 58 OF 59




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

MILES

FEET

KILOMETERS

RULES HILL, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 58 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005837

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg
9 of 664

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE






This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) were acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

MILES: 1 0 1

FEET: 1000 0 1000 2000 3000 4000 5000 6000 7000

KILOMETERS: 1 0 1

BALDY MOUNTAIN, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 59 OF 59

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-005838

United States Department of Agriculture

Natural Resources Conservation Service

In cooperation with United States Department of Interior, Bureau of Land Management and National Park Service; and the Colorado Agricultural Experiment Station

# Soil Survey of Cortez Area, Colorado,

## Parts of Dolores and Montezuma Counties



# How to Use This Soil Survey

### General Soil Map

The general soil map, which is a color map, shows the survey area divided into groups of associated soils called general soil map units. This map is useful in planning the use and management of large areas.

To find information about your area of interest, locate that area on the map, identify the name of the map unit in the area on the color-coded map legend, then refer to the section **General Soil Map Units** for a general description of the soils in your area.

### Detailed Soil Maps

The detailed soil maps can be useful in planning the use and management of small areas.

To find information about your area of interest, locate that area on the **Index to Map Sheets**. Note the number of the map sheet and turn to that sheet.

Locate your area of interest on the map sheet. Note the map unit symbols that are in that area. Turn to the **Contents**, which lists the map units by symbol and name and shows the page where each map unit is described.

The **Contents** shows which table has data on a specific land use for each detailed soil map unit. Also see the **Contents** for sections of this publication that may address your specific needs.




MAP SHEET




INDEX TO MAP SHEETS




MAP SHEET

AREA OF INTEREST

NOTE: Map unit symbols in a soil survey may consist only of numbers or letters, or they may be a combination of numbers and letters.

This soil survey is a publication of the National Cooperative Soil Survey, a joint effort of the United States Department of Agriculture and other Federal agencies, State agencies including the Agricultural Experiment Stations, and local agencies. The Natural Resources Conservation Service (formerly the Soil Conservation Service) has leadership for the Federal part of the National Cooperative Soil Survey.

Major fieldwork for this soil survey was completed in 1995. Soil names and descriptions were approved in 1997. Unless otherwise indicated, statements in this publication refer to conditions in the survey area in 1997. This survey was made cooperatively by the Natural Resources Conservation Service and the Colorado Agricultural Experiment Station; and the United States Department of the Interior, Bureau of Land Management and National Park Service. The survey is part of the technical assistance furnished to the Dolores, Dove Creek and Mancos Soil Conservation Districts.

Soil maps in this survey may be copied without permission. Enlargement of these maps, however, could cause misunderstanding of the detail of mapping. If enlarged, maps do not show the small areas of contrasting soils that could have been shown at a larger scale.

The United States Department of Agriculture (USDA) prohibits discrimination in all of its programs on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, and marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact the USDA's TARGET Center at 202-720-2600 (voice or TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326W, Whitten Building, 14th and Independence Avenue SW, Washington, DC 20250-9410, or call 202-720-5964 (voice or TDD). USDA is an equal opportunity provider and employer.

**Cover: Yellow Jacket Canyon. Soils of the Romberg-Crosscan-Rock outcrop complex, 25 to 80 percent slopes, are on the canyon sideslopes, and Ustic Torrifluvents, 0 to 3 percent slopes, are in the canyon bottom.**

# Contents

**Cover** ..... 1
**How to Use This Soil Survey** ..... 2
**Contents** ..... 4
**Foreword** ..... 10
Introduction ..... 11
General Nature of the Area ..... 11
History ..... 12
Physiography ..... 13
Geology ..... 13
Natural Resources ..... 13
Climate ..... 13
How This Survey Was Made ..... 14
**General Soil Map Units** ..... 16
Soil Descriptions ..... 16
Soils on flood plains, stream terraces and alluvial fans ..... 16
1. Mikim-Mikett ..... 16
2. Lillings-Ramper-Fluvents ..... 17
Soils on hills and mesas ..... 17
3. Mack-Farb ..... 17
4. Barx-Gapmesa-Rizno ..... 18
5. Wetherill-Pulpit-Gladel ..... 18
6. Granath-Ilex-Ormiston ..... 19
7. Morefield-Arabrab-Longburn ..... 20
Rock outcrop and soils in canyons, on hills and mountains ..... 21
8. Typic Torriorthents-Claysprings-Uzacol ..... 21
9. Romberg-Crosscan-Rock Outcrop ..... 22
10. Sideshow-Zigzag ..... 22
11. Wauquie-Dolcan-Rock Outcrop ..... 23
12. Sheek-Archuleta-Pramiss ..... 24
13. Northrim-Prater-Sheek ..... 24
Broad Land Use Considerations ..... 25
**Detailed Soil Map Units** ..... 26
Soil Descriptions ..... 27
1—Ackmen loam, 1 to 3 percent slopes ..... 27
2—Ackmen loam, 3 to 6 percent slopes ..... 27
3—Arabrab loamy sand, 3 to 9 percent slopes ..... 28
4—Arabrab-Longburn complex, 3 to 15 percent slopes ..... 29
5—Archuleta-Sanchez complex, 12 to 65 percent slopes ..... 30
6—Argiustolls-Haplustalfs complex, 30 to 80 percent slopes ..... 31
7—Argiustolls-Haplustalfs-Rock outcrop complex, 30 to 80 percent slopes ..... 32
8—Barx loam, 3 to 6 percent slopes ..... 33
9—Barx loam, 6 to 12 percent slopes ..... 34
10—Barx very fine sandy loam, 1 to 4 percent slopes ..... 35
11—Barx-Gapmesa complex, 2 to 6 percent slopes ..... 35
12—Battlerock clay loam, 0 to 6 percent slopes ..... 36
13—Beje-Tragmon complex, 3 to 9 percent slopes ..... 37
14—Burnson loam, 1 to 15 percent slopes ..... 38
15—Burnson loam, dry, 1 to 15 percent slopes ..... 39
16—Burnson-Herm complex, 15 to 30 percent slopes ..... 40
17—Cahona loam, 1 to 3 percent slopes ..... 41
18—Cahona loam, 3 to 6 percent slopes ..... 42
19—Cahona loam, 6 to 12 percent slopes ..... 42
20—Cahona-Pulpit complex, 3 to 9 percent slopes ..... 43
21—Cahona-Sharps-Wetherill complex, 2 to 6 percent slopes ..... 44
22—Claysprings very stony clay loam, 12 to 65 percent slopes ..... 46
23—Collide clay loam, 3 to 6 percent slopes ..... 46
24—Collide clay loam, 6 to 12 percent slopes ..... 47
25—Collide complex, 0 to 2 percent slopes ..... 48
26—Collide complex, 2 to 6 percent slopes ..... 49
27—Dalmatian-Apmay-Schrader complex, 0 to 5 percent slopes ..... 50
28—Dam ..... 51
29—Endoaquolls-Ustifluvents complex, 0 to 5 percent slopes ..... 51
30—Falconry gravelly fine sandy loam, 3 to 25 percent slopes ..... 52
31—Farb-Rock outcrop complex, 3 to 12 percent slopes ..... 53
32—Fardraw loam, 3 to 15 percent slopes ..... 54

33—Fardraw very cobbly loam, 0 to 9 percent slopes ............................................... 55
34—Fardraw very cobbly loam, 9 to 25 percent slopes ............................................... 55
35—Fardraw-Granath complex, 3 to 12 percent slopes ............................................... 56
36—Fivepine-Nortez complex, 0 to 15 percent slopes ............................................... 57
37—Fluvaquents-Haplustolls complex, 0 to 5 percent slopes .................................... 58
38—Fluvents-Fluvaquents complex, 0 to 3 percent slopes .................................... 59
39—Fughes loam, 1 to 12 percent slopes ..... 61
40—Fughes-Herm complex, 5 to 25 percent slopes ............................................... 61
41—Fughes-Sheek complex, 15 to 30 percent slopes ............................................... 62
42—Gladel-Pulpit complex, 3 to 9 percent slopes ............................................... 63
43—Goldbug very stony fine sandy loam, 5 to 30 percent slopes ............................... 64
44—Granath loam, 3 to 6 percent slopes ...... 65
45—Granath loam, 6 to 12 percent slopes .... 66
46—Granath-Fughes complex, 0 to 15 percent slopes ............................................... 67
47—Granath-Nortez complex, 0 to 15 percent slopes ............................................... 68
48—Granath-Ormiston-Fivepine complex, 0 to 15 percent slopes ............................... 69
49—Herm loam, 6 to 25 percent slopes ........ 70
50—Herm very cobbly loam, 15 to 40 percent slopes ............................................... 71
51—Herm-Pagoda complex, 0 to 15 percent slopes ............................................... 72
52—Hesperus loam, 0 to 3 percent slopes ... 73
53—Hesperus loam, 3 to 6 percent slopes ... 74
54—Hesperus loam, 6 to 12 percent slopes . 74
55—Hesperus sandy loam, 3 to 12 percent slopes ............................................... 75
56—Ilex loam, 3 to 12 percent slopes ........... 76
57—Ilex loam, 12 to 25 percent slopes ......... 76
58—Ilex-Granath complex, 2 to 6 percent slopes ............................................... 77
59—Ilex-Granath complex, 6 to 12 percent slopes ............................................... 78
60—Ilex-Pramiss-Falconry complex, 3 to 20 percent slopes .................................... 79
61—Ilex-Pramiss-Granath complex, 2 to 9 percent slopes .................................... 81
62—Irak loam, 0 to 3 percent slopes ............ 82
63—Jemco-Detra-Beje complex, 1 to 15 percent slopes ............................................... 83
64—Lazear-Rock outcrop complex, 12 to 65 percent slopes .................................... 84
65—Lillings silt loam, sodic, 1 to 3 percent slopes ............................................... 85
66—Lillings silty clay loam, 1 to 3 percent slopes ............................................... 86
67—Lillings silty clay loam, 3 to 6 percent slopes ............................................... 87
68—Longburn-Rock outcrop complex, 10 to 45 percent slopes .................................... 88
69—Longburn-Rock outcrop complex, 45 to 80 percent slopes .................................... 88
70—Mack fine sandy loam, 0 to 6 percent slopes ............................................... 89
71—Mikett clay loam, saline-sodic, 0 to 3 percent slopes .................................... 90
72—Mikett clay loam, 0 to 3 percent slopes . 91
73—Mikim clay loam, 1 to 3 percent slopes . 92
74—Mikim clay loam, sodic, 0 to 3 percent slopes ............................................... 92
75—Mikim loam, 3 to 6 percent slopes ......... 93
76—Morefield loam, 1 to 3 percent slopes .... 94
77—Morefield loam, 3 to 6 percent slopes .... 95
78—Nortez-Granath complex, 0 to 6 percent slopes ............................................... 95
79—Northrim cobbly loam, 15 to 40 percent slopes ............................................... 96
80—Ormiston-Beje complex, 5 to 30 percent slopes ............................................... 97
81—Ormiston-Fivepine complex, 0 to 15 percent slopes .................................... 98
82—Ormiston-Granath complex, 1 to 12 percent slopes ............................................... 99
83—Ormiston-Nortez complex, 3 to 12 percent slopes ............................................... 101
84—Payter sandy loam, 3 to 15 percent slopes 102
85—Pinacol loam, 1 to 12 percent slopes ... 103

86—Pinacol loam, 12 to 40 percent slopes ... 104
87—Pits ... 104
88—Pogo loam, 0 to 2 percent slopes ... 105
89—Pramiss very cobbly loam, 6 to 25 percent slopes ... 106
90—Pramiss-Granath complex, 3 to 9 percent slopes ... 107
91—Prater loam, 10 to 25 percent slopes ... 108
92—Prater-Dolcan complex, 25 to 60 percent slopes ... 109
93—Pulpit loam, 3 to 12 percent slopes ... 110
94—Pulpit loam, 3 to 6 percent slopes ... 111
95—Pulpit loam, 6 to 12 percent slopes ... 111
96—Purcella loam, 0 to 3 percent slopes ... 112
97—Ramper clay loam, 0 to 3 percent slopes ... 113
98—Ramper loam, 0 to 3 percent slopes ... 114
99—Ravola clay loam, 0 to 3 percent slopes ... 114
100—Recapture fine sandy loam, 0 to 6 percent slopes ... 115
101—Recapture sandy loam, 0 to 6 percent slopes ... 116
102—Ricot loam, 1 to 3 percent slopes ... 117
103—Ricot loam, 3 to 6 percent slopes ... 117
104—Ricot loam, 6 to 12 percent slopes ... 118
105—Rizno-Gapmesa complex, 3 to 9 percent slopes ... 119
106—Rizno-Littlenan-Bodry association, 3 to 50 percent slopes ... 120
107—Rizno-Ruinpoint-Rock outcrop complex, 1 to 15 percent slopes ... 121
108—Rock outcrop ... 122
109—Romberg-Crosscan complex, 6 to 25 percent slopes ... 123
110—Romberg-Crosscan-Rock outcrop complex, 25 to 80 percent slopes ... 124
111—Roubideau loam, 1 to 6 percent slopes ... 125
112—Sharps loam, 3 to 6 percent slopes ... 126
113—Sharps loam, 6 to 12 percent slopes ... 127
114—Sharps loam, dry, 6 to 12 percent slopes ... 128
115—Sharps, dry-Gapmesa complex, 6 to 12 percent slopes ... 128
116—Sharps-Cahona complex, 6 to 12 percent slopes ... 130
117—Sharps-Pulpit complex, 2 to 6 percent slopes ... 131
118—Sharps-Pulpit complex, 6 to 12 percent slopes ... 132
119—Sheek-Archuleta complex, 6 to 25 percent slopes ... 133
120—Sheek-Archuleta-Rock outcrop complex, 25 to 80 percent slopes, ... 134
121—Sheek-Archuleta-Rock outcrop complex, 25 to 80 percent slopes, north aspect, ... 135
122—Sheppard fine sand, 1 to 6 percent slopes ... 136
123—Sideshow silty clay loam, 0 to 3 percent slopes ... 137
124—Sideshow silty clay loam, 3 to 6 percent slopes ... 138
125—Sideshow silty clay loam, 6 to 12 percent slopes ... 138
126—Sideshow-Zigzag complex, 3 to 25 percent slopes ... 139
127—Sideslide silty clay loam, 3 to 9 percent slopes ... 140
128—Stephouse-Rock outcrop complex, 3 to 10 percent slopes ... 141
129—Torriorthents, 12 to 65 percent slopes ... 142
130—Torriorthents-Badland complex, 25 to 100 percent slopes ... 143
131—Tragmon-Sheek complex, 12 to 25 percent slopes ... 144
132—Typic Argiaquolls, 0 to 3 percent slopes ... 145
133—Typic Torriorthents-Rock outcrop complex, 12 to 80 percent slopes ... 146
134—Umbarg-Winner-Tesajo complex, 0 to 2 percent slopes ... 146
135—Ustic Torrifluvents, 0 to 3 percent slopes ... 148

136—Ustic Torriorthents-Gullied land complex, 1 to 60 percent slopes ......... 149
137—Ustorthents, 12 to 65 percent slopes ........ 150
138—Uzacol-Zwicker-Clraysprings complex, 3 to 12 percent slopes ......... 150
139—Water ........ 152
140—Wauquie very stony loam, 6 to 25 percent slopes ........ 152
141—Wauquie-Dolcan complex, 6 to 25 percent slopes ........ 153
142—Wauquie-Dolcan-Rock outcrop complex, 25 to 80 percent slopes ....... 154
143—Wetherill loam, 1 to 3 percent slopes ........ 156
144—Wetherill loam, 3 to 6 percent slopes ........ 156
145—Wetherill loam, 6 to 12 percent slopes ........ 158
146—Yarts clay loam, 1 to 6 percent slopes ........ 158
147—Yarts fine sandy loam, 1 to 6 percent slopes ........ 159
148—Zau stony loam, 9 to 25 percent slopes ........ 160
149—Zigzag very channery clay loam, 3 to 25 percent slopes ........ 160
150—Zigzag-Sideshow complex, 25 to 65 percent slopes ........ 161
151—Zyme gravelly clay loam, 3 to 12 percent slopes ........ 162
152—Zyme very channery clay loam, 12 to 65 percent slopes ........ 163
**Use and Management of the Soils** ........ 165
Interpretive Ratings ........ 165
Crops ........ 165
Yields per Acre ........ 167
Land Capability Classification ........ 167
Hydric Soils ........ 168
Prime Farmland ........ 169
Rangeland ........ 170
Recreation ........ 172
Wildlife Habitat ........ 173
Engineering ........ 174
Building Site Development ........ 175
Sanitary Facilities ........ 176
Construction Materials ........ 177
Water Management ........ 178
**Soil Properties** ........ 180
Engineering Index Properties ........ 180
Physical Properties ........ 181
Chemical Properties ........ 182
Water Features ........ 183
Soil Features ........ 184
Physical and Chemical Analyses of Selected Soils ........ 185
**Classification of the Soils** ........ 186
Soil Series and Their Morphology ........ 186
Ackmen Series ........ 187
Apmay Series ........ 187
Arabrab Series ........ 188
Archuleta Series ........ 189
Argiustolls ........ 190
Barx Series ........ 191
Battlerock Series ........ 192
Beje Series ........ 192
Bodry Series ........ 193
Burnson Series ........ 194
Cahona Series ........ 195
Claysprings Series ........ 196
Collide Series ........ 196
Crosscan Series ........ 197
Dalmatian Series ........ 198
Detra Series ........ 199
Dolcan Series ........ 200
Endoaquolls ........ 200
Falconry Series ........ 201
Farb Series ........ 202
Fardraw Series ........ 203
Fivepine Series ........ 204
Fluvaquents ........ 204
Fluvents ........ 205
Fughes Series ........ 206
Gapmesa Series ........ 207
Gladel Series ........ 207
Goldbug Series ........ 208
Granath Series ........ 209
Haplustalfs ........ 210
Haplustolls ........ 211
Herm Series ........ 212

Hesperus Series ........................................ 213
Ilex Series ................................................ 214
Irak Series ................................................ 215
Jemco Series ............................................ 215
Lazear Series ............................................ 216
Lillings Series ............................................ 217
Littlenan Series .......................................... 218
Longburn Series ........................................ 218
Mack Series .............................................. 219
Mikett Series ............................................. 220
Mikim Series .............................................. 221
Morefield Series ........................................ 222
Nortez Series ............................................. 223
Northrim Series .......................................... 223
Ormiston Series ......................................... 224
Pagoda Series ............................................ 225
Payter Series ............................................. 226
Pinacol Series ............................................ 227
Pogo Series ................................................ 228
Pramiss Series ........................................... 228
Prater Series .............................................. 229
Pulpit Series ............................................... 230
Purcella Series ........................................... 231
Ramper Series ........................................... 232
Ravola Series ............................................. 233
Recapture Series ........................................ 234
Ricot Series ................................................ 235
Rizno Series ............................................... 236
Romberg Series .......................................... 236
Roubideau Series ....................................... 238
Ruinpoint Series ......................................... 238
Sanchez Series ........................................... 239
Schrader Series .......................................... 240
Sharps Series ............................................. 241
Sheek Series .............................................. 242
Sheppard Series ......................................... 243
Sideshow Series ......................................... 244
Sideslide Series .......................................... 244
Stephouse Series ....................................... 245
Tesajo Series .............................................. 246
Torriorthents ............................................... 247
Tragmon Series .......................................... 247
Typic Argiaquolls ........................................ 248
Typic Torriorthents ...................................... 249
Umbarg Series ............................................ 250
Ustic Torrifluvents ....................................... 251
Ustic Torriorthents ...................................... 251
Ustifluvents ................................................. 252
Ustorthents ................................................. 253
Uzacol Series .............................................. 253
Wauquie Series ........................................... 254
Wetherill Series ........................................... 255
Winner Series .............................................. 257
Yarts Series ................................................ 258
Zau Series ................................................... 258
Zigzag Series .............................................. 259
Zwicker Series ............................................. 260
Zyme Series ................................................ 261
**Formation of Soils** .......................................... 262
Climate ........................................................ 262
Topography .................................................. 263
Plant and Animal Life ..................................... 264
Time ............................................................. 264
Parent Material ............................................. 264
Eolian ........................................................ 264
Alluvium ..................................................... 264
Colluvium and Slope Alluvium ....................... 265
Residuum .................................................... 265
**References** ..................................................... 266
**Glossary** ........................................................ 268
**Tables** ............................................................ 282
Table 1.—Temperature and Precipitation ......... 282
Table 2.—Freeze Dates in Spring and Fall ....... 287
Table 3.—Growing Season ............................. 289
Table 4.—Acreage and Proportionate Extent of the Soils ........................................................ 290
Table 5.—Land Capability and Yields per Acre of Crops and Pasture .................................... 294
Table 6.—Prime Farmland .............................. 308
Table 7.—Productivity and Characteristic Plant Communities ........................................... 309
Table 8.—Recreational Development ............... 362
Table 9.—Wildlife Habitat ................................ 380
Table 10.—Building Site Development ............ 398
Table 11.—Sanitary Facilities .......................... 425
Table 12.—Construction Materials ................... 447
Table 13.—Water Management ....................... 466
Table 14.—Engineering Index Properties ......... 495

Table 15.—Physical Properties of the Soils .... 546
Table 16.—Chemical Properties of the Soils .... 575
Table 17.—Water Features .... 597
Table 18.—Soil Features .... 613
Table 19.—Classification of the Soils .... 626

Issued 2001

# Foreword

This soil survey contains information that affects land use planning in this survey area. It contains predictions of soil behavior for selected land uses. The survey also highlights soil limitations, improvements needed to overcome the limitations, and the impact of selected land uses on the environment.

This soil survey is designed for many different users. Farmers, ranchers, foresters, and agronomists can use it to evaluate the potential of the soil and the management needed for maximum food and fiber production. Planners, community officials, engineers, developers, builders, and home buyers can use the survey to plan land use, select sites for construction, and identify special practices needed to ensure proper performance. Conservationists, teachers, students, and specialists in recreation, wildlife management, waste disposal, and pollution control can use the survey to help them understand, protect, and enhance the environment.

Various land use regulations of Federal, State, and local governments may impose special restrictions on land use or land treatment. The information in this report is intended to identify soil properties that are used in making various land use or land treatment decisions. Statements made in this report are intended to help the land users identify and reduce the effects of soil limitations on various land uses. The landowner or user is responsible for identifying and complying with existing laws and regulations.

Great differences in soil properties can occur within short distances. Some soils are seasonally wet or subject to flooding. Some are shallow to bedrock. Some are too unstable to be used as a foundation for buildings or roads. Clayey or wet soils are poorly suited to use as septic tank absorption fields. A high water table makes a soil poorly suited to basements or underground installations.

These and many other soil properties that affect land use are described in this soil survey. Broad areas of soils are shown on the general soil map. The location of each soil is shown on the detailed soil maps. Each soil in the survey area is described. Information on specific uses is given for each soil. Help in using this publication and additional information are available at the local office of the Natural Resources Conservation Service or the Cooperative Extension Service.

# Soil Survey of Cortez Area, Colorado, Parts of Dolores and Montezuma Counties

By Douglas K. Ramsey, Natural Resources Conservation Service

Fieldwork by Douglas K. Ramsey, Dwight Curtiss, Jonathan W. Hooper, James P. Pannell, Joseph A. Pepi, Alan B. Price, Michael A. Rich, Natural Resources Conservation Service

United States Department of Agriculture, Natural Resources Conservation Service, in cooperation with
U. S. Department of the Interior, Bureau of Land Management and National Park Service; Mesa Verde National Park; the Dolores Soil Conservation District; the Dove Creek Soil Conservation District; the Mancos Soil Conservation District; and the Colorado Agricultural Experiment Station

## Introduction

This soil survey updates the survey of Wetherill Mesa Area, Mesa Verde National Park, Colorado. This survey was completed in 1964 as part of the Wetherill Mesa Archeological Project (Parsons, USDA-SCS, 1964).

### General Nature of the Area

The Cortez Soil Survey Area is located in the southwest part of Colorado (fig. 1). It covers a total area of 779,400 acres and includes the western portion of Dolores County (182,500 acres) and the central and northwestern portions of Montezuma County (596,900 acres). Dove Creek, the county seat of Dolores County, is located in the western portion of the county and has a population of 900. Cortez, the county seat of Montezuma County, is located near the center of the county and has a population of 8,100. The total population of the survey area is about 19,000.

The survey area has a wide range of vegetation types, climates, and elevations. The southwestern zone is dry and sparsely vegetated with desert shrubs and grasses. This zone ranges from about 5,000 feet to 5,700 feet in elevation and receives 8 to 10 inches of precipitation per year. Both elevation and precipitation gradually increase from the southwest to the northeast. The next zone is dominated by sagebrush, pinyon pine, and Utah juniper. This zone ranges from about 5,700 feet to 7,400 feet and receives 10 to 15 inches of precipitation per year. The highest zone, in the northeastern edge of the survey area, consists of Gambel's oak, grasses, and areas of scattered Ponderosa pine. This zone ranges from about 7,400 feet to 8,500 feet in elevation and receives 15 to 20 inches of precipitation per year.




**Figure 1.— Location of the Cortez area in Colorado.**

The major economic activities of the area are recreation and agriculture. Recreational areas include Mesa Verde National Park, Hovenweep National

Monument, and McPhee Reservoir. The primary irrigated crops are alfalfa and small grains. The main dryland crops are pinto beans and winter wheat.

The soils of the survey area range widely in texture, depth, and other characteristics. Soils in the southwestern part of the survey area have formed in the canyons and valleys of the McElmo Creek drainage. These soils tend to be clayey and shallow in depth. Coarse fragments are generally on the surface and range in size from gravel to boulders. The area in the lower Montezuma Valley south of Cortez consists of very deep alluvial soils that have weathered from the Mesa Verde and Mancos Formations. These soils tend to be stratified and loamy in texture, and they often contain a higher level of salinity than soils of other areas. The remaining area of the survey consists of uplands and mesas covered by a reddish eolian mantle. These soils tend to be shallowest along the edges of the mesas and rapidly increase in depth as one moves away from the edges. Textures are loamy and the depth to calcium carbonate varies with landscape position.

## History

Though the presence of humans in the southwest corner of Colorado dates back several thousand years, it was not until about 1,500 years ago that native people began to make this area their permanent home. These early residents, known as the Anasazi or ancestral puebloans, lived in the abundant sandstone caves and survived by hunting and the cultivation of corn and squash. As time progressed, they developed pit houses and kivas and added cultivated beans to their diet. Around 900 A.D., large pueblos and villages came into prominence. The population continued to grow, and the Anasazi culture flourished. In the 1200’s the burgeoning community developments moved into the large, sheltering sandstone alcoves of the Mesa Verde Plateau. They added their own impressive masonry to the natural caves, creating expansive community dwellings, many of which still exist today. But by the early 1300’s, these early people had deserted the area.

The cause of this abandonment-whether the result of climatic changes, environmental degradation, or external forces-is not completely understood.

After the abandonment of this region by the Anasazi, Ute Indians moved through this area during seasonal migrations and hunting trips. The first Europeans to enter this area were the Friars Escalante and Dominguez. They, along with twelve companions, crossed over Mancos hill and entered the Montezuma Valley in 1776, the same year that the Declaration of Independence was signed. The party camped in the areas of Mancos and Dolores before moving west in search of a route to the Pacific Ocean. Later, in 1831, Kit Carson camped in the vicinity of the Mancos River.

It was not until the 1870’s that gold and silver miners came to the area in search of riches. By the 1880’s settlers began to arrive, and communities developed in the Mancos and Dolores Valleys. In 1886 the town of Cortez was platted, and Montezuma County was formed in 1889 from the western portion of La Plata County. The Rio Grande Southern Railroad arrived in the area in 1891. It operated until the line was abandoned in 1952; the tracks were torn up in 1953.

In Dolores County to the north, the economic mainstay was ranching and later dryland farming. Dove Creek, the county seat, was incorporated in 1939.

The lifeblood of all communities in the west is water. Cortez and the Montezuma Valley owe their existence and prosperity to water diverted from the Dolores River. In 1893, after several attempts and financial problems, the Dolores Tunnel was completed and the water began to flow, supplying irrigation water for 29,000 acres in the Montezuma Valley. McPhee Reservoir was completed on the Dolores River in 1989 near the town of Dolores. This project provided a dependable source of irrigation for the farmers of the Montezuma Valley, supplying water to 28,000 acres of previously nonirrigated cropland to the north and to the west. In the early 1900’s, many apple orchards were planted. Irrigated crops now include alfalfa and grass hay along with some areas of small grains. The nonirrigated areas have produced large quantities of pinto beans and wheat over the last century.

On a cold December day in 1888, Richard Wetherill was moving along a canyon edge looking for stray cattle when he made a discovery that has affected this area ever since. Looking down through the falling snow, he caught a glimpse of the largest cliff dwelling in North America: Cliff Palace, an abandoned Anasazi village with 149 rooms and 24 kivas. The discovery of Cliff Palace marked the beginning of an intense archaeological interest in the area. In 1906, Mesa Verde National Park was created to protect and preserve many of the area’s unique archaeological sites for future generations. Mesa Verde National Park is a major economic resource for

this area, drawing over 600,000 domestic and international visitors annually. Tourism and recreation have increased steadily through the years and play a vital role in the area's economy.

### Physiography

The Cortez Soil Survey Area lies within the Colorado Plateau's physiographic province and consists principally of a gently sloping plain, known locally as the Dolores Plateau. This plain slopes toward the southwest part of the survey area where it is dissected by numerous deep canyons, all of which drain into McElmo Creek. The Dolores River, which drains northwestward along the northeast boundary of the survey area, has carved a 2,000-foot deep canyon which lies below the general level of the adjacent plain. A relatively small area at the eastern end of the survey area is drained by the Mancos River.

Altitudes within the survey area range from about 4,840 feet along the western end of McElmo Canyon to 8,824 feet on Menefee Peak near the eastern boundary. The greater part of the survey area, comprising most of the Dolores Plateau, lies between 6,000 and 7,200 feet in altitude.

Adjacent to the soil survey area, the most prominent topographic features are the rugged La Plata Mountains to the east, and the Sleeping Ute Mountain to the south.

### Geology

Geologic formations within the survey area range from Triassic to Recent in age. They consist of sedimentary rocks of Mesozoic age, a few small bodies of igneous intrusive rock of Tertiary age, and unconsolidated surficial deposits of Quaternary (Pleistocene and Recent) age.

The most extensive bedrock formation is the Dakota Sandstone, which underlies much of the Dolores Plateau. Dakota Sandstone is exposed throughout much of the Dolores Plateau, extending from the northwest to southeast across the survey area. The formations, which are older than the Dakota Sandstone, consist of a series of sandstone and shale beds. These formations, including the Morrison and Burro Canyons, are exposed along the Dolores River Canyon, along the numerous canyons draining southwestward from the Dolores Plateau, and over a sizeable region in the southwestern part of the survey area. These formations also appear along the canyons carved by the Dolores River. The Mancos Shale Formation and the overlying three formations comprising the Mesaverde Group overlie the Dakota Sandstone and occur mainly in the southeastern part of the survey area (Wanek, 1959).

The most extensive Quaternary deposit in the survey area consists of a light red material, silty and sandy in texture, which mantles the uplands and mesas throughout the Dolores Plateau. The material is primarily wind-deposited, although some has been reworked by water and intermixed with local slope alluvium. Sandy and gravelly alluvium of Pleistocene age mantles terraces and high-lying erosional surfaces along the major stream valleys. Alluvial deposits of Recent age occur in the flood plains of most streams. Talus and landslide deposits occur on some of the steeper slopes along the canyons.

### Natural Resources

Soil, water, oil, natural gas, carbon dioxide, and timber are the major natural resources of the survey area. Of these, soil is the most widely used. Water from the nearby mountains is stored and used to irrigate alfalfa, small grains, and orchards.

Oil and natural gas reserves have played a small but important role in the growth of the area. The first oil was found in 1911 near Battle Rock in McElmo Canyon. Since that time, small deposits of natural gas and oil have been located around the area. Carbon dioxide, a natural gas found deep under the western part of the survey, has been used for many years for industrial uses and for the production of "dry ice." In the 1980's, a large project was begun to transport vast quantities of carbon dioxide to western Texas for use in revitalizing depleting oil wells. Many new wells and pipelines were constructed. A 36-inch pipeline now supplies this natural product to the revitalized oil fields of western Texas.

Timber harvested from along the rim of the Dolores River Canyon and north of Mancos provided resources for many small and several large sawmills in the early 1900's. The town of McPhee (now under McPhee Reservoir) was home to the New Mexico Lumber Company sawmill that produced millions of board feet of lumber from 1924 to 1948 when the mill and most of the town were consumed in a major fire.

### Climate

Prepared by the Natural Resources Conservation Service Water and Climate Center, Portland, Oregon.

Climate data came from climate stations at Cortez, Mesa Verde National Park, and Northdale (Dove Creek), Colorado.

Thunderstorm days, relative humidity, percent sunshine, and wind information were estimated from First Order station, Grand Junction, Colorado.

Table 1 gives data on temperature and precipitation for the survey area as recorded at Cortez, Mesa Verde N.P. and Northdale (Dove Creek) in the period 1961 to 1990. Table 2 shows probable dates of the first freeze in fall and the last freeze in spring. Table 3 provides data on the length of the growing season.

In winter, at Cortez the average temperature is 28.3 degrees F and the average daily minimum temperature is 14.7 degrees. The lowest temperature on record, which occurred at Cortez on February 8, 1933, was -31 degrees. In summer, at Cortez, the average temperature is 68.3 degrees and the average daily maximum temperature is 85.4 degrees. The highest temperature, which occurred at Cortez on July 13, 1971, was 101 degrees.

Growing degree days are shown in table 1. They are equivalent to “heat units.” During the month, growing degree days accumulate by the amount that the average temperature each day exceeds a base temperature (40 degrees F). The normal monthly accumulation is used to schedule single or successive plantings of a crop between the last freeze in spring and the first freeze in fall.

The total annual precipitation at Cortez is about 13.3 inches. Of this, about 4.4 inches, or 33 percent, usually falls in June through September. The growing season for most crops falls within this period. The heaviest 1-day rainfall during the period of record was 1.96 inches at Cortez on September 22, 1941. Thunderstorms occur on about 35 days each year, and most occur in July and August.

The average seasonal snowfall at Cortez is 31.1 inches. The greatest snow depth at any one time during the period of record was 21 inches, recorded on December 21, 1967. On an average, 26 days per year have at least 1 inch of snow on the ground. The heaviest 1-day snowfall on record was 14.0 inches recorded on December 19, 1951.

The average relative humidity in mid-afternoon is about 36 percent. Humidity is higher at night, and the average at dawn is about 60 percent. The sun shines 79 percent of the time in summer and 62 percent in winter. The prevailing wind is from the west. Average wind speed is highest, 10 miles per hour, in April, May and June.

## How This Survey Was Made

This survey was made to provide information about the soils and miscellaneous areas in the survey area. The information includes a description of the soils and miscellaneous areas and their location and a discussion of their suitability, limitations, and management for specified uses. Soil scientists observed the steepness, length, and shape of the slopes; the general pattern of drainage; the kinds of crops and native plants; and the kinds of bedrock. They dug many holes to study the soil profile, which is the sequence of natural layers, or horizons, in a soil. The profile extends from the surface down into the unconsolidated material in which the soil formed. The unconsolidated material is devoid of roots and other living organisms and has not been changed by other biological activity.

The soils and miscellaneous areas in the survey area are in an orderly pattern that is related to the geology, landforms, relief, climate, and natural vegetation of the area. Each kind of soil and miscellaneous area is associated with a particular kind of landform or with a segment of the landform. By observing the soils and miscellaneous areas in the survey area and relating their position to specific segments of the landform, a soil scientist develops a concept or model of how they were formed. Thus, during mapping, this model enables the soil scientist to predict with a considerable degree of accuracy the kind of soil or miscellaneous area at a specific location on the landscape.

Commonly, individual soils on the landscape merge into one another as their characteristics gradually change. To construct an accurate soil map, however, soil scientists must determine the boundaries between the soils. They can observe only a limited number of soil profiles. Nevertheless, these observations, supplemented by an understanding of the soil-vegetation-landscape relationship, are sufficient to verify predictions of the kinds of soil in an area and to determine the boundaries.

Soil scientists recorded the characteristics of the soil profiles that they studied. They noted color, texture, size and shape of soil aggregates, kind and amount of rock fragments, distribution of plant roots, reaction, and other features that enable them to identify soils. After describing the soils in the survey area and determining their properties, the soil scientists assigned the soils to taxonomic classes (units). Taxonomic classes are concepts. Each taxonomic class has a set of soil characteristics with precisely defined limits. The classes are used as a basis for comparison to classify soils systematically. Soil taxonomy, the system of taxonomic classification used in the United States, is based mainly on the kind and character of soil properties and the arrangement of horizons within the profile.

After the soil scientists classified and named the soils in the survey area, they compared the individual soils with similar soils in the same taxonomic class in other areas so that they could confirm data and assemble additional data based on experience and research.

While a soil survey is in progress, samples of some of the soils in the area generally are collected for laboratory analyses and for engineering tests. Soil scientists interpret the data from these analyses and tests as well as the field-observed characteristics and the soil properties to determine the expected behavior of the soils under different uses. Interpretations for all of the soils are field tested through observation of the soils in different uses and under different levels of management. Some interpretations are modified to fit local conditions, and some new interpretations are developed to meet local needs. Data are assembled from other sources, such as research information, production records, and field experience of specialists. For example, data on crop yields under defined levels of management are assembled from farm records and from field or plot experiments on the same kinds of soil.

Predictions about soil behavior are based not only on soil properties but also on such variables as climate and biological activity. Soil conditions are predictable over long periods of time, but they are not predictable from year to year. For example, soil scientists can predict with a fairly high degree of accuracy that a given soil will have a high water table within certain depths in most years, but they cannot predict that a high water table will always be at a specific level in the soil on a specific date.

After soil scientists located and identified the significant natural bodies of soil in the survey area, they drew the boundaries of these bodies on aerial photographs and identified each as a specific map unit. Aerial photographs show trees, buildings, fields, roads, and rivers, all of which help in locating boundaries accurately.

The descriptions, names, and delineations of the soils in this survey area do not fully agree with those of the soils in adjacent survey areas. Differences are the result of a better knowledge of soils, modifications in series concepts or variations in the intensity of mapping or in the extent of the soils in the survey areas. Soil maps from the Cortez Soil Survey have been joined with the following adjacent areas:

La Plata County Area, Colorado
Animas-Dolores Area, Colorado
San Miguel Area, Colorado
San Juan Area, Utah, Central Part

Soil maps do not join with the following adjacent area:

Navajo Indian Reservation-San Juan County, Utah
San Juan Area, Utah

Soil maps will join the Ute Mountain Area, Colorado and New Mexico when that survey is completed. Field work is currently in progress.

# General Soil Map Units

The general soil map at the back of this publication shows broad areas that have a distinctive pattern of soils, relief, and drainage. Each map unit on the general soil map is a unique natural landscape. Typically, it consists of one or more major soils or miscellaneous areas and some minor soils or miscellaneous areas. It is named for the major soils or miscellaneous areas. The components of one map unit can occur in another but in a different pattern.

The general soil map can be used to compare the suitability of large areas for general land uses. Areas of suitable soils can be identified on the map. Likewise, areas where the soils are not suitable can be identified.

Because of its small scale, the map is not suitable for planning the management of a farm or field or for selecting a site for a road or building or other structure. The soils in any one map unit differ from place to place in slope, depth, drainage, and other characteristics that affect management.

## Soil Descriptions

### Soils on flood plains, stream terraces and alluvial fans

This group consists of two map units. It makes up about 6 percent of the survey area. The soils in this group are nearly level to gently sloping. The vegetation in areas not cultivated is mainly shrubs, grasses, and forbs.

The soils in this group are very deep and somewhat excessively drained to somewhat poorly drained. They formed in alluvium derived dominantly from mixed sources.

Most areas of this group are used for pasture, cropland, and livestock grazing. A few areas are used for wildlife habitat and homesite development.

### 1. Mikim-Mikett

#### *Setting*

*Location in survey area:* South central part of area
*Position on landscape:* Alluvial fans, drainageways, and valleys
*Slope range:* Nearly level to gently sloping
*Parent material:* Alluvium from sandstone and shale
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,000 to 6,400 feet
*Annual air temperature:* 50 to 52 degrees F
*Annual precipitation:* 11 to 13 inches
*Frost-free period:* 120 to 135 days

#### *Composition*

This unit occurs in 3 percent of the survey area
Mikim soils: 40 percent of unit
Mikett soils: 25 percent of unit
Minor components: 35 percent of unit

Other soils of minor extent
Sideshow soils on alluvial fans
Zyme soils on knobs
Barx soils on hills

#### *Characteristics of the Mikim soil*

*Position on landscape:* Alluvial fans and valleys
*Parent material:* Alluvium from sandstone and shale
*Depth class:* Very deep
*Drainage class:* Well drained
*Surface layer:* brown loam
*Substratum:* stratified fine sandy loam to clay loam

#### *Characteristics of the Mikett soil*

*Position on landscape:* Drainageways and alluvial fans
*Parent material:* Alluvium from sandstone and shale
*Depth class:* Very deep

*Drainage class:* Somewhat poorly drained
*Surface layer:* light brownish gray clay loam
*Substratum:* light brownish gray clay loam

#### *Major Current Uses*

Cropland and livestock grazing

#### *General Management Factors*

*Rangeland: Mikett*—Salinity, water table
*Cropland: Mikett—Salinity, water table*
*Building site: Mikett—Water table*

### 2. Lillings-Ramper-Fluvents

#### *Setting*

*Location in survey area:* Southern part of area
*Position on landscape:* Alluvial fans and drainageways
*Slope range:* Nearly level to gently sloping
*Parent material:* Alluvium from mixed sources
*Native plant community:* Greasewood, sagebrush, and grasses
*Elevation:* 5,000 to 7,400 feet
*Annual air temperature:* 46 to 56 degrees F
*Annual precipitation:* 8 to 16 inches
*Frost-free period:* 100 to 160 days

#### *Composition*

This unit occurs in 3 percent of the survey area
Lillings soils: 35 percent of unit
Ramper soils: 35 percent of unit
Fluvents soils: 15 percent of unit

Minor components: 15 percent of unit
Other soils of minor extent
Wetherill soils on hills
Romberg soils on hills
Mikim soils on alluvial fans

#### *Characteristics of the Lillings soil*

*Position on landscape:* Alluvial fans, terraces, and drainageways
*Parent material:* Alluvium from shale
*Depth class:* Very deep
*Drainage class:* Well drained
*Surface layer:* pale brown silty clay loam
*Substratum:* light brownish gray silty clay loam and silt loam

#### *Characteristics of the Ramper soil*

*Position on landscape:* Alluvial fans and drainageways
*Parent material:* Alluvium from sandstone and shale
*Depth class:* Very deep
*Drainage class:* Well drained
*Surface layer:* dark yellowish brown loam
*Substratum:* brown stratified sandy loam to clay loam

#### *Characteristics of the Fluvents*

*Position on landscape:* Flood plains
*Parent material:* Alluvium from mixed sources
*Depth class:* Very deep
*Drainage class:* Somewhat excessively drained
*Surface layer:* dark brown fine sandy loam
*Substratum:* light yellowish brown stratified loamy sand to very gravelly sand

#### *Major Current Uses*

Livestock grazing and cropland

#### *General Management Factors*

*Rangeland:* Lillings—Salinity
*Cropland:* Lillings—Salinity
*Building site:* Lillings—Flooding, Ramper—Flooding, Fluvents—Flooding

## Soils on hills and mesas

This group consists of five map units. It makes up about 53 percent of the survey area. The soils in this group are nearly level to moderately steep. The vegetation in areas not cultivated is mainly shrubs, grasses, and forbs with areas of pinyon/juniper woodlands. At higher elevations, scattered ponderosa pine occur.

The soils in this group are very deep to very shallow and somewhat excessively drained to well drained. They formed in eolian and reworked eolian material, residuum, and slope alluvium derived dominantly from sedimentary rocks.

Most areas of this group are used for irrigated and nonirrigated cropland, livestock grazing, and pasture. A few are used for wildlife habitat, timber production, and homesite development.

### 3. Mack-Farb

#### *Setting*

*Location in survey area:* Southwest part of area
*Position on landscape:* Mesas, terraces, and escarpments
*Slope range:* Nearly level to rolling
*Parent material:* Eolian material and residuum from sandstone
*Native plant community:* Desert grasses and shrubs
*Elevation:* 5,000 to 5,700 feet

*Annual air temperature:* 52 to 56 degrees F
*Annual precipitation:* 8 to 10 inches
*Frost-free period:* 135 to 160 days

### Composition

This unit occurs in 2 percent of the survey area
Mack soils: 35 percent of unit
Farb soils: 35 percent of unit
Minor components: 30 percent of unit

Other soils of minor extent
Rock outcrop on escarpments
Clayspring soils on hills
Recapture soils on mesas

### Characteristics of the Mack soil

*Position on landscape:* Mesas and terraces
*Parent material:* Eolian material from sandstone
*Depth class:* Very deep
*Drainage class:* Well drained
*Surface layer:* yellowish red fine sandy loam
*Subsoil:* light reddish brown sandy clay loam

### Characteristics of the Farb soil

*Position on landscape:* Mesas and escarpments
*Parent material:* Residuum from sandstone
*Depth class:* Very shallow and shallow
*Drainage class:* Excessively drained
*Surface layer:* strong brown sandy loam
*Substratum:* light brown sandy loam
*Bedrock:* sandstone at 5 to 20 inches
*Major current uses:* Livestock grazing

### General Management Factors

*Rangeland:* Low annual production
*Cropland:* Low annual precipitation
*Building site:* Farb—Depth to bedrock

## 4. Barx-Gapmesa-Rizno

### Setting

*Location in survey area:* Southwest and south central part of area
*Position on landscape:* Mesas
*Slope range:* Gently sloping to rolling
*Parent material:* Eolian material from sandstone
*Native plant community:* Juniper, sagebrush, and grasses
*Elevation:* 5,400 to 6,200 feet
*Annual air temperature:* 50 to 52 degrees F
*Annual precipitation:* 10 to 13 inches
*Frost-free period:* 120 to 135 days

### Composition

This unit occurs in 5 percent of the survey area
Barx soils: 20 percent of unit
Gapmesa soils: 20 percent of unit
Rizno soils: 20 percent of unit
Minor components: 40 percent of unit

Other soils of minor extent
Sharps, dry soils on hills and mesas
Romberg soils in canyons
Crosscan soils in canyons
Rock outcrop on mesas and escarpments

### Characteristics of the Barx soil

*Position on landscape:* Mesas
*Parent material:* Eolian material from sandstone
*Depth class:* Very deep
*Drainage class:* Well drained
*Surface layer:* brown very fine sandy loam
*Subsoil:* yellowish red sandy clay loam

### Characteristics of the Gapmesa soil

*Position on landscape:* Mesas
*Parent material:* Eolian material from sandstone
*Depth class:* Moderately deep
*Drainage class:* Well drained
*Surface layer:* brown very fine sandy loam
*Subsoil:* yellowish red loam
*Bedrock:* sandstone at 20 to 40 inches

### Characteristics of the Rizno soil

*Position on landscape:* Mesas
*Parent material:* Eolian material and residuum from sandstone
*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Surface layer:* reddish brown very fine sandy loam
*Substratum:* reddish brown loam
*Bedrock:* sandstone at 6 to 20 inches

### Major Current Use

Livestock grazing

### General Management Factors

*Rangeland*: Low annual production
*Cropland:* Low annual precipitation
*Building site*: Depth to bedrock

## 5. Wetherill-Pulpit-Gladel

### Setting

*Location in survey area:* Throughout most of the survey area

*Position on landscape:* Mesas and hills
*Slope range:* Nearly level to rolling
*Parent material:* Eolian material from sandstone
*Native plant community:* Pinyon, juniper, sagebrush, and grasses
*Elevation:* 6,200 to 7,500 feet
*Annual air temperature:* 46 to 50 degrees F
*Annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

#### Composition

This unit occurs in 37 percent of the survey area
- Wetherill soils: 45 percent of unit
- Pulpit soils: 15 percent of unit
- Gladel soils: 10 percent of unit
- Minor components: 30 percent of unit

Other soils of minor extent
- Sharps soils on hills
- Ackmen soils in drainageways
- Cahona soils on mesas and hills
- Pogo soils in drainageways

#### Characteristics of the Wetherill soil

*Position on landscape:* Mesas and hills
*Parent material:* Eolian material from sandstone
*Depth class:* Very deep
*Drainage class:* Well drained
*Surface layer:* yellowish red loam
*Subsoil:* yellowish red loam and clay loam and light reddish brown loam

#### Characteristics of the Pulpit soil

*Position on landscape:* Mesas and hills
*Parent material:* Eolian material from sandstone
*Depth class:* Moderately deep
*Drainage class:* Well drained
*Surface layer:* reddish brown loam
*Subsoil:* reddish brown loam and clay loam
*Bedrock:* sandstone at 20 to 40 inches

#### Characteristics of the Gladel soil

*Position on landscape:* Mesas and hills
*Parent material:* Eolian material and residuum from sandstone
*Depth class:* Shallow
*Drainage class:* Well drained
*Surface layer:* light reddish brown flaggy fine sandy loam
*Subsoil:* pinkish gray flaggy fine sandy loam
*Bedrock:* sandstone at 12 to 20 inches

#### Major Current Uses

Irrigated and dry cropland, livestock grazing (fig. 2)

#### General Management Factors

*Rangeland:* Limited annual production
*Cropland:* Limited annual precipitation
*Building site:* Depth to bedrock

### 6. Granath-Ilex-Ormiston

#### Setting

*Location in survey area:* Along northeast boundary of area
*Position on landscape:* Hills
*Slope range:* Undulating to hilly
*Parent material:* Eolian material and residuum from sandstone and shale
*Native plant community:* Ponderosa pine, Gambel's oak, and grasses
*Elevation:* 7,100 to 8,500 feet
*Annual air temperature:* 43 to 47 degrees F
*Annual precipitation:* 15 to 20 inches
*Frost-free period:* Less than 100 days

#### Composition

This unit occurs in 7 percent of the survey area
- Granath soils: 45 percent of unit
- Ilex soils: 15 percent of unit
- Ormiston soils: 10 percent of unit
- Minor components: 30 percent of unit

Other soils of minor extent
- Pramiss soils on hills
- Fivepine soils on hills
- Herm soils on hills
- Ricot soils on mesas

#### Characteristics of the Granath soil

*Position on landscape:* Hills
*Parent material:* Eolian material from sandstone
*Depth class:* Very deep
*Drainage class:* Well drained
*Surface layer:* grayish brown loam
*Subsoil:* light reddish brown clay loam

#### Characteristics of the Ilex soil

*Position on landscape:* Hills
*Parent material:* Eolian material from sandstone, over residuum from shale



Figure 2.—Harvesting winter wheat in an area of Wetherill loam, 3 to 6 percent slopes.

*Depth class:* Very deep
*Drainage class:* Well drained
*Surface layer:* reddish brown loam
*Subsoil:* yellowish red clay loam
*Substratum:* brownish yellow clay

### Characteristics of the Ormiston soil

*Position on landscape:* Hills
*Parent material:* Eolian material and colluvium from mixed sources
*Depth class:* Deep
*Drainage class:* Well drained
*Surface layer:* dark brown extremely stony loam
*Subsoil:* reddish brown very stony clay loam
*Substratum:* pinkish white stony clay loam
*Bedrock:* sandstone at 40 to 60 inches

### Major Current Uses

Livestock grazing and cropland

### General Management Factors

*Rangeland:* Woody overstory
*Cropland:* Short growing season
*Building site:* Depth to bedrock

## 7. Morefield-Arabrab-Longburn

### Setting

*Location in survey area:* Southeast part of area
*Position on landscape:* Mesas
*Slope range:* Nearly level to moderately steep
*Parent material:* Eolian material and residuum from sandstone
*Native plant community:* Pinyon, juniper, and grasses
*Elevation:* 6,800 to 7,800 feet
*Annual air temperature:* 47 to 50 degrees F
*Annual precipitation:* 16 to 19 inches
*Frost-free period:* 130 to 150 days

### Composition

This unit occurs in 2 percent of the survey area
- Morefield soils: 25 percent of unit
- Arabrab soils: 15 percent of unit
- Longburn soils: 15 percent of unit
- Minor components: 45 percent of unit

Other soils of minor extent
- Rock outcrop on escarpments
- Stephouse soils on mesas
- Roubideau soils on mesas
- Wauquie soils in canyons

### *Characteristics of the Morefield soil*

*Position on landscape:* Mesas
*Parent material:* Eolian material from sandstone
*Depth class:* Very deep
*Drainage class:* Well drained
*Surface layer:* brown loam
*Subsoil:* reddish brown clay loam

### *Characteristics of the Arabrab soil*

*Position on landscape:* Mesas
*Parent material:* Eolian material and residuum from sandstone
*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Surface layer:* brown sandy loam
*Subsoil:* brown clay loam
*Bedrock:* sandstone at 6 to 20 inches

### *Characteristics of the Longburn soil*

*Position on landscape:* Mesas
*Parent material:* Residuum and reworked eolian material from sandstone
*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Surface layer:* brown cobbly fine sandy loam
*Subsoil:* brown very cobbly clay loam
*Bedrock:* sandstone at 6 to 20 inches

### *Major Current Use*

Mesa Verde National Park

### *General Management Factors*

*Rangeland:* Woody overstory
*Cropland:* Depth to bedrock
*Building site:* Depth to bedrock

## Rock outcrop and soils in canyons, on hills and mountains

This group consists of six map units. It makes up about 41 percent of the survey area. The soils in this group are nearly level to extremely steep. The native vegetation is mainly shrubs, grasses, forbs, and areas of pinyon, juniper, ponderosa pine, and Douglas fir.

The soils in this group are very deep to very shallow and well drained. They formed in colluvium, residuum, and alluvium derived dominantly from sedimentary rocks.

Most areas of this group are used for wildlife habitat and wood production. A few areas are used for livestock grazing and homesite development.

## 8. Typic Torriorthents-Claysprings-Uzacol

### *Setting*

*Location in survey area:* Southwest part of area
*Position on landscape:* Hills, canyons, and alluvial fans
*Slope range:* Undulating to very steep
*Parent material:* Residuum and slope alluvium from sandstone and shale
*Native plant community:* Desert grasses and shrubs
*Elevation:* 5,000 to 5,700 feet
*Annual air temperature:* 52 to 56 degrees F
*Annual precipitation:* 8 to 10 inches
*Frost-free period:* 135 to 160 days

### *Composition*

This unit occurs in 5 percent of the survey area
Typic Torriorthents: 35 percent of unit
Claysprings soils: 35 percent of unit
Uzacol soils: 5 percent of unit
Minor components: 25 percent of unit

Other soils of minor extent
Rock outcrop on escarpments and canyons
Zwicker soils on hills
Farb soils on mesas
Mack soils on mesas
Recapture soils on mesas
Battlerock soils on mesas

### *Characteristics of the Typic Torriorthents*

*Position on landscape:* Hills and canyons
*Parent material:* Colluvium and residuum from sandstone and shale
*Depth class:* Very shallow to very deep
*Drainage class:* Well drained
*Surface layer:* pale brown extremely stony sandy loam
*Substratum:* grayish brown extremely gravelly clay loam
*Bedrock:* mudstone and shale at 6 to more than 60 inches

### *Characteristics of the Claysprings soil*

*Position on landscape:* Hills and canyons
*Parent material:* Residuum from shale
*Depth class:* Very shallow and shallow
*Drainage class:* Well drained
*Surface layer:* pink very stony clay loam
*Substratum:* reddish gray clay
*Bedrock:* shale at 6 to 20 inches

### *Characteristics of the Uzacol soil*

*Position on landscape:* Hills
*Parent material:* Slope alluvium over residuum from shale
*Depth class:* Deep
*Drainage class:* Well drained
*Surface layer:* light brown clay loam
*Subsoil:* light brown clay
*Substratum:* pink clay
*Bedrock:* shale at 40 to 60 inches

### *Major Current Use*

Livestock grazing

### *General Management Factors*

*Rangeland:* Low annual production
*Cropland:* Slope, depth to bedrock
*Building site*: Slope, depth to bedrock

## 9. Romberg-Crosscan-Rock Outcrop

### *Setting*

*Location in survey area:* Western part of area
*Position on landscape:* Canyons
*Slope range:* Rolling to very steep
*Parent material:* Residuum, colluvium, and alluvium from sandstone and shale
*Native plant community:* Juniper, pinyon, and grasses
*Elevation:* 5,400 to 6,800 feet
*Annual air temperature:* 50 to 52 degrees F
*Annual precipitation:* 10 to 14 inches
*Frost-free period:* 120 to 135 days

### *Composition*

This unit occurs in 16 percent of the survey area
Romberg soils: 40 percent of unit
Crosscan soils: 35 percent of unit
Rock Outcrop: 15 percent of unit
Minor components: 10 percent of unit

Other soils of minor extent
Badlands soils on hills
Mikim soils on alluvial fans
Barx soils on mesas

### *Characteristics of the Romberg soil*

*Position on landscape:* Canyons
*Parent material:* Colluvium and alluvium from sandstone and shale
*Depth class:* Very deep
*Drainage class:* Well drained
*Surface layer:* dark brown very stony loam
*Subsoil:* brown very stony clay loam

### *Characteristics of the Crosscan soil*

*Position on landscape:* Canyons
*Parent material:* Residuum and colluvium from sandstone and shale
*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Surface layer:* dark brown very bouldery sandy clay loam
*Substratum:* light brown very gravelly clay loam
*Bedrock:* shale at 6 to 20 inches

### *Characteristics of the Rock Outcrop*

*Position on landscape:* Canyons
*Parent material:* Sandstone

### *Major Current Uses*

Livestock grazing and wildlife habitat

### *General Management Factors*

*Rangeland:* Slope, low annual production
*Cropland:* Slope, depth to bedrock
*Building site:* Slope, depth to bedrock

## 10. Sideshow-Zigzag

### *Setting*

*Location in survey area:* Central to southeast part of area
*Position on landscape:* Hills, knobs, alluvial fans, and ridges
*Slope range:* Nearly level to very steep
*Parent material:* Alluvium and residuum from shale
*Native plant community:* Sagebrush, pinyon, and juniper
*Elevation:* 6,200 to 7,400 feet
*Annual air temperature:* 46 to 57 degrees F

*Annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

This unit occurs in 6 percent of the survey area
Sideshow soils: 55 percent of unit
Zigzag soils: 30 percent of unit
Minor components: 15 percent of unit

Other soils of minor extent
Sideslide soils in drainageways
Sharps soils on hills
Gladel soils on hills

### *Characteristics of the Sideshow soil*

*Position on landscape:* Alluvial fans and hills
*Parent material:* Alluvium from shale
*Depth class:* Very deep
*Drainage class:* Well drained
*Surface layer:* brown silty clay loam
*Subsoil:* brown clay

### *Characteristics of the Zigzag soil*

*Position on landscape:* Hills, ridges, and knobs
*Parent material:* Residuum from shale
*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Surface layer:* light brownish gray very channery clay loam
*Substratum:* light brownish gray clay
*Bedrock:* shale at 6 to 20 inches

### *Major Current Use*

Livestock grazing

### *Major Management Factors*

*Rangeland:* Low annual production
*Cropland:* Depth to bedrock, slope
*Building site:* Depth to bedrock, slope

## 11. Wauquie-Dolcan-Rock Outcrop

### *Setting*

*Location in survey area:* Northeastern edge and southeast part of the area
*Position on landscape:* Canyons
*Slope range:* Rolling to very steep
*Parent material:* Slope alluvium, colluvium, and residuum from sandstone and shale
*Native plant community:* Pinyon, juniper, shrubs, and grasses
*Elevation:* 6,200 to 7,400 feet
*Annual air temperature:* 46 to 50 degrees F
*Annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

This unit occurs in 6 percent of the survey area
Wauquie soils: 30 percent of unit
Dolcan soils: 20 percent of unit
Rock Outcrop: 10 percent of unit
Minor components: 40 percent of unit

Other soils of minor extent
Sheek soils in canyons
Archuleta soils in canyons
Badlands on hills
Tragmon soils in canyons
Prater soils in canyons

### *Characteristics of the Wauquie soil*

*Position on landscape:* Canyons
*Parent material:* Colluvium and alluvium from sandstone and shale
*Depth class:* Very deep
*Drainage class:* Well drained
*Surface layer:* brown stony fine sandy loam
*Subsoil:* brown very stony loam

### *Characteristics of the Dolcan soil*

*Position on landscape:* Canyons
*Parent material:* Colluvium and residuum from shale
*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Surface layer:* brown extremely cobbly fine sandy loam
*Substratum:* brown cobbly clay loam
*Bedrock:* shale at 6 to 20 inches

### *Characteristics of the Rock Outcrop*

*Position on landscape:* Canyons
*Parent material:* Sandstone

### *Major Current Use*

Wildlife habitat

### *General Management Factors*

*Rangeland:* Slope
*Cropland:* Slope, depth to bedrock
*Building site:* Slope, depth to bedrock

## 12. Sheek-Archuleta-Pramiss

### Setting

*Location in survey area:* Northeast to east edge of area
*Position on landscape:* Canyons and hills
*Slope range:* Rolling to very steep
*Parent material:* Colluvium, eolian material and residuum from sandstone and shale
*Native plant community:* Ponderosa pine, Gambel oak, and grasses
*Elevation:* 7,100 to 8,500 feet
*Annual air temperature:* 43 to 47 degrees F
*Annual precipitation:* 15 to 20 inches
*Frost-free period:* less than 100 days

### Composition

This unit occurs in 6 percent of the survey area
Sheek soils: 35 percent of unit
Archuleta soils: 25 percent of unit
Pramiss soils: 20 percent of unit
Minor components: 20 percent of unit

Other soils of minor extent
Rock outcrop on escarpments and hills
Haplustalfs soils on hills
Hesperus soils in drainageways

### Characteristics of the Sheek soil

*Position on landscape:* Canyons and hills
*Parent material:* Colluvium from sandstone and shale
*Depth class:* Very deep
*Drainage class:* Well drained
*Surface layer:* brown very stony sandy loam
*Subsoil:* brown very stony clay loam

### Characteristics of the Archuleta soil

*Position on landscape:* Canyons and hills
*Parent material:* Residuum from sandstone and shale
*Depth class:* Shallow
*Drainage class:* Well drained
*Surface layer:* grayish brown very stony sandy loam
*Substratum:* light brownish gray stony clay loam
*Bedrock:* interbedded sandstone and shale at 10 to 20 inches

### Characteristics of the Pramiss soil

*Position on landscape:* Hills
*Parent material:* Eolian material from sandstone over shale
*Depth class:* Moderately deep
*Drainage class:* Well drained
*Surface layer:* brown very stony loam
*Subsoil:* reddish brown clay
*Bedrock:* shale at 20 to 40 inches

**Major current uses:** Wildlife habitat and livestock grazing

### General Management Factors

*Rangeland:* Slope
*Cropland:* Slope, depth to bedrock
*Building site:* Slope, depth to bedrock

## 13. Northrim-Prater-Sheek

### Setting

*Location in survey area:* Southeast part of the survey area
*Position on landscape:* Hills and canyons
*Slope range:* Hilly to very steep
*Parent material:* Colluvium from sandstone and shale
*Native plant community:* Shrubs and grasses
*Elevation:* 6,800 to 8,500 feet
*Annual air temperature:* 43 to 50 degrees F
*Annual precipitation:* 15 to 20 inches
*Frost-free period:* less than 100 days

### Composition

This unit occurs in 2 percent of the survey area
Northrim soils: 35 percent of unit
Prater soils: 35 percent of unit
Sheek soils: 15 percent of unit
Minor components: 15 percent of unit

Other soils of minor extent
Hesperus soils in drainageways
Tragmon soils on alluvial fans
Dolcan soils on hills

### Characteristics of the Northrim soil

*Position on landscape:* Hills and canyons
*Parent material:* Colluvium from sandstone and shale
*Depth class:* Very deep
*Drainage class:* Well drained
*Surface layer:* brown cobbly loam
*Subsoil:* pale brown cobbly loam

### Characteristics of the Prater soil

*Position on landscape:* Canyons
*Parent material:* Colluvium from shale and sandstone
*Depth class:* Very deep
*Drainage class:* Well drained
*Surface layer:* dark grayish brown loam
*Subsoil:* yellowish brown clay loam

### *Characteristics of the Sheek soil*

*Position on landscape:* Hills and canyons
*Parent material:* Colluvium from sandstone and shale
*Depth class:* Very deep
*Drainage class:* Well drained
*Surface layer:* brown very stony sandy loam
*Subsoil:* brown very stony clay loam

### *Major Current Use*

Mesa Verde National Park

### *General Management Factors*

*Rangeland:* Woody overstory
*Cropland:* Slope
*Building site:* Slope

## Broad Land Use Considerations

The major uses within this survey area are irrigated and non-irrigated cropland, livestock grazing, wildlife habitat and recreation. Some areas are being converted from agricultural uses to urban development.

Major areas of crop production are in general soil map units 2 and 5. These units are well suited to growing alfalfa, wheat, and pinto beans. Most areas of these units have very deep soils but the depth to bedrock and slope are the major limiting factors affecting the use of these units in some areas.

Most of the general soil map units are suitable for use in livestock grazing. Units 9 and 11 are limited by steep slopes. Production of rangeland vegetation is limited in units 3 and 8 by the low precipitation and low available water capacity.

All general soil map units are suited for wildlife habitat. Units 5, 6, 7, 9, 10, 11, 12, and 13 are well suited to habitat for mule deer and elk. These areas provide food and cover for large numbers of these animals. Units 6, 11, 12 and 13 provide habitat for increasing numbers of wild turkeys. Units 1 and 2 provide habitat for a wide variety of species due to the diverse habitats that occur in these riparian areas.

General soil map units 7 and 13 and a large portion of unit 11 are used for wildlife habitat and recreation within the boundaries of Mesa Verde National Park. These areas are managed to preserve them in a natural and undisturbed condition.

Urban development is occurring in many of the general soil map units. Units 1, 2, 5, 6, and 10 have all had extensive areas converted from agricultural uses to homesite development. Major areas of change have been in the areas around the towns of Cortez, Dolores, and Mancos. In these areas rural domestic water systems provide water for household uses. Limitations for development include some areas where depth to bedrock limits foundations and can affect septic systems. Areas in units 6 and 10 have soils that have high shrink-swell potentials and slow permeability, which can adversely affect their use for urban development.

# Detailed Soil Map Units

The map units delineated on the detailed soil maps in this survey represent the soils or miscellaneous areas in the survey area. The map unit descriptions in this section, along with the maps, can be used to determine the suitability and potential of a unit for specific uses. They also can be used to plan the management needed for those uses.

A map unit delineation on a soil map represents an area dominated by one or more major kinds of soil or miscellaneous areas. A map unit is identified and named according to the taxonomic classification of the dominant soils. Within a taxonomic class there are precisely defined limits for the properties of the soils. On the landscape, however, the soils are natural phenomena, and they have the characteristic variability of all natural phenomena. Thus, the range of some observed properties may extend beyond the limits defined for a taxonomic class. Areas of soils of a single taxonomic class rarely, if ever, can be mapped without including areas of other taxonomic classes. Consequently, every map unit is made up of the soils or miscellaneous areas for which it is named and some minor components that belong to taxonomic classes other than those of the major soils.

Most minor soils have properties similar to those of the dominant soil or soils in the map unit, and thus they do not affect use and management. These are called noncontrasting, or similar, components. They may or may not be mentioned in a particular map unit description. Other minor components, however, have properties and behavioral characteristics divergent enough to affect use or to require different management. These are called contrasting, or dissimilar, components. They generally are in small areas and could not be mapped separately because of the scale used. Some small areas of strongly contrasting soils or miscellaneous areas are identified by a special symbol on the maps. The contrasting components are mentioned in the map unit descriptions. A few areas of minor components may not have been observed, and consequently they are not mentioned in the descriptions, especially where the pattern was so complex that it was impractical to make enough observations to identify all the soils and miscellaneous areas on the landscape.

The presence of minor components in a map unit in no way diminishes the usefulness or accuracy of the data. The objective of mapping is not to delineate pure taxonomic classes but rather to separate the landscape into landforms or landform segments that have similar use and management requirements. The delineation of such segments on the map provides sufficient information for the development of resource plans. If intensive use of small areas is planned, however, onsite investigation is needed to define and locate the soils and miscellaneous areas.

An identifying symbol precedes the map unit name in the map unit descriptions. Each description includes general facts about the unit and gives the principal hazards and limitations to be considered in planning for specific uses.

Soils that have profiles that are almost alike make up a *soil series*. Except for differences in texture of the surface layer, all the soils of a series have major horizons that are similar in composition, thickness, and arrangement.

Soils of one series can differ in texture of the surface layer, slope, stoniness, salinity, degree of erosion, and other characteristics that affect their use. On the basis of such differences, a soil series is divided into *soil phases*. Most of the areas shown on the detailed soil maps are phases of soil series. The name of a soil phase commonly indicates a feature that affects use or management. For example, Wetherill loam, 3 to 6 percent slopes, is a phase of the Wetherill series.

Some map units are made up of two or more major soils or miscellaneous areas. These map units are complexes, associations, or undifferentiated groups.

A *complex* consists of two or more soils or miscellaneous areas in such an intricate pattern or in such small areas that they cannot be shown separately on the maps. The pattern and proportion of the soils or miscellaneous areas are somewhat similar in all areas. Romberg-Crosscan-Rock outcrop complex, 2 to 80 percent slopes, is an example.

An *association* is made up of two or more geographically associated soils or miscellaneous

areas that are shown as one unit on the maps. Because of present or anticipated uses of the map units in the survey area, it was not considered practical or necessary to map the soils or miscellaneous areas separately. The pattern and relative proportion of the soils or miscellaneous areas are somewhat similar. Rizno-Littlenan-Bodry association, 3 to 50 percent slopes, is an example.

This survey includes *miscellaneous areas*. Such areas have little or no soil material and support little or no vegetation. Rock outcrop is an example.

Table 4 gives the acreage and proportionate extent of each map unit. Other tables give properties of the soils and the limitations, capabilities, and potentials for many uses. The Glossary defines many of the terms used in describing the soils or miscellaneous areas.

# Soil Descriptions

## 1—Ackmen loam, 1 to 3 percent slopes

### *Setting*

*Landscape position:* Draws, flood plains, and drainageways
*Parent material:* Kind—alluvium; source—mixed
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Ackmen soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 6 inches—dark brown loam
6 to 17 inches—dark yellowish brown silt loam
17 to 25 inches—dark yellowish brown loam
25 to 60 inches—dark grayish brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* Rare
*Runoff:* Low
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Irak soils in draws and drainageways
- Sideshow soils on alluvial fans

*Similar Inclusions*
- Ramper soils on alluvial fans and flood plains

### *Major Uses*

Livestock grazing and cropland

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Western wheatgrass, muttongrass, big sagebrush, bottlebrush, squirreltail
*Potential annual production of air-dry vegetation:* 800 pounds per acre

**Cropland**

*Suitability:* Good

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Flooding

*Management considerations:*
- The hazard of flooding limits the suitability of this unit for use as a building site.
- Some areas are severely gullied and are no longer subject to flooding.

## 2—Ackmen loam, 3 to 6 percent slopes

### *Setting*

*Landscape position:* Draws, flood plains, and drainageways
*Parent material:* Kind—alluvium; source—mixed
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Ackmen soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 6 inches—dark brown loam
6 to 17 inches—dark yellowish brown silt loam
17 to 25 inches—dark yellowish brown loam
25 to 60 inches—dark grayish brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* Rare
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Irak soils in drainageways and draws
- Sideshow soils on alluvial fans

*Similar Inclusions*
- Ramper soils on alluvial fans and flood plains

### *Major Uses*

Livestock grazing and cropland

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Western wheatgrass, muttongrass, big sagebrush, bottlebrush squirreltail
*Potential annual production of air-dry vegetation:* 800 pounds per acre

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Slope

*Management considerations:*
- The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Flooding

*Management considerations:*
- The hazard of flooding limits the suitability of this unit for use as a building site.
- Some areas are severely gullied and are no longer subject to flooding.

## 3—Arabrab loamy sand, 3 to 9 percent slopes

### *Setting*

*Landscape position:* Mesas
*Parent material:* Kind—eolian material and residuum; source—sandstone
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 6,800 to 7,800 feet
*Mean annual temperature:* 47 to 50 degrees F
*Mean annual precipitation:* 16 to 19 inches
*Frost-free period:* 130 to 150 days

### *Composition*

Arabrab soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 4 inches—brown loamy sand
4 to 9 inches—strong brown loam
9 to 13 inches—brown clay loam
13 to 16 inches—brown clay loam
16 inches—hard Cliffhouse Sandstone

### *Soil Properties*

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Very low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Severe
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Longburn soils on mesas
- Roubideau soils on mesas
- Rock outcrop

*Similar Inclusions*
- Stephouse soils on mesas

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Pinyon, Utah juniper, mountain mahogany, fendlerbush, Utah serviceberry, muttongrass
*Potential annual production of air-dry vegetation:* 700 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
• Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Depth

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, slope

*Management considerations:*
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 4—Arabrab-Longburn complex, 3 to 15 percent slopes

### *Setting*

*Landscape position:* Mesas
*Parent material:* Kind—eolian material, residuum, and colluvium; source—sandstone
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 6,800 to 7,800 feet
*Mean annual temperature:* 47 to 50 degrees F
*Mean annual precipitation:* 16 to 19 inches
*Frost-free period:* 130 to 150 days

### *Composition*

Arabrab soil and similar inclusions: 45 percent
Longburn soil and similar inclusions: 40 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Arabrab soil*

*Landscape position:* Mesas
*Slope range:* 3 to 15 percent
*Parent material:* Kind—eolian material and residuum; source—sandstone

### *Typical Profile*

0 to 4 inches—brown loamy sand
4 to 9 inches—strong brown loam
9 to 13 inches—brown clay loam
13 to 16 inches—brown clay loam
16 inches—hard Cliffhouse Sandstone

### *Soil Properties*

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Very low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Severe
*Shrink-swell potential:* Low

### *Characteristics of the Longburn soil*

*Landscape position:* Mesas
*Slope range:* 3 to 15 percent
*Parent material:* Kind—colluvium, reworked eolian material and residuum; source—sandstone

### *Typical Profile*

0 to 1 inch—brown cobbly fine sandy loam
1 to 4 inches—brown very cobbly fine sandy loam
4 to 17 inches—brown very cobbly clay loam
17 inches—hard Cliffhouse Sandstone

### *Soil Properties*

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Very low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
• Wetherill soils on mesas
• Roubideau soils on mesas
• Rock outcrop

*Similar Inclusions*
• Stephouse soils on mesas

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community on this unit:* Pinyon, Utah juniper, mountain mahogany, Indian ricegrass, fendlerbush, muttongrass
*Potential annual production of air-dry vegetation on the Arabrab soil:* 700 pounds per acre
*Potential annual production of air-dry vegetation on the Longburn soil:* 600 pounds per acre
*Soil-related factors:* Depth, stones

*Management considerations:*
- Low available water capacity limits forage production.
- Surface stones limit equipment use.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Depth, stones, slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, slope

*Management considerations:*
- Depth to bedrock may limit excavations.
- The presence of shallow bedrock may adversely affect septic systems.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.
- Slope may limit septic system design.

## 5—Archuleta-Sanchez complex, 12 to 65 percent slopes

### *Setting*

*Landscape position:* Hills and ridges
*Parent material:* Kind—colluvium, slope alluvium, and residuum; source—sandstone and shale
*Native plant community:* Ponderosa pine and Gambel's oak woodland
*Elevation:* 7,800 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 18 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Archuleta soil and similar inclusions: 45 percent
Sanchez soil and similar inclusions: 30 percent
Contrasting inclusions: 25 percent

### *Characteristics of the Archuleta soil*

*Landscape position:* Hills and ridges
*Slope range:* 12 to 65 percent
*Parent material:* Kind—slope alluvium and residuum; source—sandstone and shale

### *Typical Profile*

0 to 1 inch—slightly decomposed oak leaves and pine needles
1 to 5 inches—light brownish gray loam
5 to 13 inches—pale brown clay loam
13 inches—interbedded sandstone and shale

### *Soil Properties*

*Depth class:* Shallow
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Very low
*Potential rooting depth:* 10 to 20 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Characteristics of the Sanchez soil*

*Landscape position:* Hills and ridges
*Slope range:* 12 to 45 percent
*Parent material:* Kind—colluvium and residuum; source—sandstone

### *Typical Profile*

0 to 5 inches—pale brown stony sandy clay loam
5 to 11 inches—light brownish gray stony clay loam
11 to 15 inches—light brownish gray stony sandy clay loam
15 inches—hard sandstone

### *Soil Properties*

*Depth class:* Shallow
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Very low
*Potential rooting depth:* 11 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Sheek soils on hills
- Rock outcrop

*Similar Inclusions*
- Falconry soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community on this unit:* Ponderosa pine, Gambel's oak, antelope bitterbrush, muttongrass, mountain mahogany, serviceberry, snowberry
*Potential annual production of air-dry vegetation on the Archuleta soil:* 1,200 pounds per acre
*Potential annual production of air-dry vegetation on the Sanchez soil:* 600 pounds per acre
*Soil-related factors:* Depth, slope

*Management considerations:*
- Low available water capacity limits forage production.
- Steep slopes limit livestock use to areas of less slope.
- Surface stones limit equipment use.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, depth

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, slope

*Management considerations:*
- Depth to bedrock may limit excavations.
- The presence of shallow bedrock may adversely affect septic systems.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.
- Slope may limit septic system design.

## 6—Argiustolls-Haplustalfs complex, 30 to 80 percent slopes

### *Setting*

*Landscape position:* Canyons
*Parent material:* Kind—colluvium and slope alluvium; source—sandstone and shale
*Native plant community:* Douglas fir with grasses and shrubs
*Elevation:* 6,900 to 8,500 feet
*Mean annual temperature:* 40 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Argiustolls and similar inclusions: 45 percent
Haplustalfs and similar inclusions: 40 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Argiustolls soil*

*Landscape position:* Canyons
*Slope range:* 30 to 80 percent
*Parent material:* Kind—colluvium and slope alluvium; source—sandstone and shale

### *Typical Profile*

0 to 1 inch—slightly decomposed leaves and pine needles
1 to 4 inches—very dark grayish brown extremely stony loam
4 to 13 inches—grayish brown and brown extremely stony clay loam
13 to 20 inches—yellowish brown very stony clay loam
20 to 37 inches—yellowish brown cobbly clay loam
37 to 50 inches—light gray cobbly clay
50 to 60 inches—light brownish gray clay

### *Soil Properties*

*Depth class:* Moderately deep to very deep
*Drainage class:* Well drained
*Permeability:* Slow to moderate
*Available water capacity:* Very low to moderate
*Potential rooting depth:* 20 to more than 60 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Moderate

### *Characteristics of the Haplustalfs soil*

*Landscape position:* Canyons
*Slope range:* 30 to 80 percent
*Parent material:* Kind—colluvium and slope alluvium; source—sandstone and shale

### *Typical Profile*

0 to 5 inches—brown very stony loam
5 to 10 inches—very pale brown very stony clay loam
10 to 41 inches—pale brown and light yellowish brown very stony clay
41 to 60 inches—light yellowish brown very stony and extremely stony clay

### *Soil Properties*

*Depth class:* Shallow to very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Very low to high
*Potential rooting depth:* 10 to more than 60 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Archuleta soils on hills
- Falconry soils on ridges, hills, and in canyons

### *Major Uses*

Wildlife habitat and limited livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community on this unit:* Douglas fir, serviceberry, Gambel's oak, elk sedge, prairie Junegrass, muttongrass, snowberry, mountain mahogany
*Potential annual production of air-dry vegetation on the Argiustolls soil:* 1,000 pounds per acre
*Potential annual production of air-dry vegetation on the Haplustalfs soil:* 900 pounds per acre
*Soil-related factors:* Slope, stones

*Management considerations:*
- Steep slopes limit livestock use to areas of less slope.
- Surface stones limit equipment use.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Stones, slope, depth

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, slope, permeability, shrink-swell

*Management considerations:*
- High shrink-swell potential should be considered in the design of structures.
- Depth to bedrock may limit excavations.
- The presence of shallow bedrock may adversely affect septic systems.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.
- Slope may limit septic system design.
- The design of septic systems should consider the slow permeability of the soil.

## 7—Argiustolls-Haplustalfs-Rock outcrop complex, 30 to 80 percent slopes

### *Setting*

*Landscape position:* Canyons
*Parent material:* Kind—colluvium, residuum, and slope alluvium; source—sandstone and shale
*Native plant community:* Ponderosa pine and Gambel's oak woodland
*Elevation:* 6,900 to 8,500 feet
*Mean annual temperature:* 42 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Argiustolls and similar inclusions: 30 percent
Haplustalfs and similar inclusions: 30 percent
Rock outcrop and similar inclusions: 25 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Argiustolls soil*

*Landscape position:* Canyons
*Slope range:* 30 to 80 percent
*Parent material:* Kind—colluvium and slope alluvium; source—sandstone and shale

### *Typical Profile*

0 to 1 inch—slightly decomposed leaves and pine needles
1 to 4 inches—very dark grayish brown extremely stony loam
4 to 13 inches—grayish brown and brown extremely stony clay loam
13 to 20 inches—yellowish brown very stony clay loam
20 to 37 inches—yellowish brown cobbly clay loam
37 to 50 inches—light gray cobbly clay
50 to 60 inches—light brownish gray clay

### *Soil Properties*

*Depth class:* Moderately deep to very deep
*Drainage class:* Well drained
*Permeability:* Slow to moderate
*Available water capacity:* Very low to moderate
*Potential rooting depth:* 20 to more than 60 inches
*Flooding:* None

*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Moderate

### *Characteristics of the Haplustalfs soil*

*Landscape position:* Canyons
*Slope range:* 30 to 80 percent
*Parent material:* Kind—colluvium and slope alluvium; source—sandstone and shale

### *Typical Profile*

0 to 5 inches—brown very stony loam
5 to 10 inches—very pale brown very stony clay loam
10 to 41 inches—pale brown and light yellowish brown very stony clay
41 to 60 inches—light yellowish brown very stony and extremely stony clay

### *Soil Properties*

*Depth class:* Shallow to very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Very low to high
*Potential rooting depth:* 10 to more than 60 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Moderate

### *Characteristics of the Rock outcrop*

*Landscape position:* Canyons
*Slope range:* 30 to 80 percent
*Parent material:* Kind—residuum; source—sandstone and shale

Rock outcrop consists of barren rock that occurs as ledges and nearly vertical cliffs of sandstone. Rock outcrop also includes areas where the depth to bedrock is less than 4 inches.

### *Included Areas*

*Contrasting Inclusions*
• Archuleta soils on hills
• Falconry soils on hills

### *Major Uses*

Wildlife habitat and limited livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community on this unit:* Ponderosa pine, Gambel's oak, prairie Junegrass, muttongrass, snowberry, Utah serviceberry, mountain mahogany
*Potential annual production of air-dry vegetation on the Argiustolls soil:* 800 pounds per acre
*Potential annual production of air-dry vegetation on the Haplustalfs soil:* 700 pounds per acre
*Soil-related factors:* Slope, stones

*Management considerations:*
• Steep slopes limit livestock use to areas of less slope.
• Surface stones limit equipment use.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Stones, slope, depth

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, slope, shrink-swell

*Management considerations:*
• High shrink-swell potential should be considered in the design of structures.
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.
• The design of septic systems should consider the slow permeability of the soil.

## 8—Barx loam, 3 to 6 percent slopes

### *Setting*

*Landscape position:* Mesas and hills
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 5,400 to 6,200 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Barx soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 3 inches—brown loam
3 to 31 inches—reddish brown and yellowish red sandy clay loam
31 to 60 inches—pinkish white sandy clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Gapmesa soils on hills and mesas
- Rizno soils on mesas
- Rock outcrop

*Similar Inclusions*
- Recapture soils on mesas

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Galleta, big sagebrush, blue grama
*Potential annual production of air-dry vegetation:* 700 pounds per acre

*Management considerations:*
- Low annual precipitation limits forage production.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Slope

*Management considerations:*
- Low annual precipitation limits cropping systems.
- The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Good

## 9—Barx loam, 6 to 12 percent slopes

### *Setting*

*Landscape position:* Mesas and hills
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 5,400 to 6,200 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Barx soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 3 inches—brown loam
3 to 31 inches—reddish brown sandy clay loam
31 to 60 inches—pinkish white sandy clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Gapmesa soils on hills and mesas
- Rizno soils on mesas
- Rock outcrop

*Similar Inclusions*
- Recapture soils on mesas

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair

*Dominant vegetation in the potential plant community:* Galleta, big sagebrush, blue grama, Indian ricegrass
*Potential annual production of air-dry vegetation:* 700 pounds per acre

*Management considerations:*
• Low annual precipitation limits forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope

*Management considerations:*
• The steep slopes should be managed to prevent excessive erosion.
• Low annual precipitation limits cropping systems.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Slope

*Management considerations:*
• Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 10—Barx very fine sandy loam, 1 to 4 percent slopes

### *Setting*

*Landscape position:* Mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 5,400 to 6,200 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Barx soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 3 inches—brown very fine sandy loam
3 to 9 inches—reddish brown fine sandy loam
9 to 36 inches—reddish brown and reddish yellow sandy clay loam
36 to 60 inches—pink sandy clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Low
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
• Gapmesa soils on hills and mesas
• Rizno soils on mesas
• Rock outcrop

*Similar Inclusions*
• Recapture soils on mesas

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Galleta, big sagebrush, blue grama, Indian ricegrass
*Potential annual production of air-dry vegetation:* 1,000 pounds per acre

*Management considerations:*
• Low annual precipitation limits forage production.

**Cropland**

*Suitability:* Good

*Management considerations:*
• Low annual precipitation limits cropping systems.

**Building Site Development**

*Suitability:* Good

## 11—Barx-Gapmesa complex, 2 to 6 percent slopes

### *Setting*

*Landscape position:* Mesas and hills
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 5,400 to 6,200 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Barx soil and similar inclusions: 60 percent
Gapmesa soil and similar inclusions: 25 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Barx soil*

*Landscape position:* Mesas and hills
*Slope range:* 2 to 6 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 3 inches—brown loam
3 to 31 inches—reddish brown sandy clay loam
31 to 60 inches—pinkish white sandy clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Characteristics of the Gapmesa soil*

*Landscape position:* Mesas and hills
*Slope range:* 2 to 6 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 2 inches—brown very fine sandy loam
2 to 21 inches—yellowish red gravelly very fine sandy loam
21 to 28 inches—light reddish brown gravelly fine sandy loam
28 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Very low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Rock outcrop
- Sharps, dry soils on hills and mesas

*Similar Inclusions*
- Rizno soils on mesas

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community on this unit:* Big sagebrush, galleta, blue grama, Indian ricegrass
*Potential annual production of air-dry vegetation on the Barx soil:* 700 pounds per acre
*Potential annual production of air-dry vegetation on the Gapmesa soil:* 600 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
- Low annual precipitation limits forage production.
- Low available water capacity limits forage production.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Slope, depth

*Management considerations:*
- Low available water capacity limits crop production.
- Depth to bedrock should be considered in making cuts and fills.
- Low annual precipitation limits cropping systems.
- The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth

*Management considerations:*
- Depth to bedrock may limit excavations.

## 12—Battlerock clay loam, 0 to 6 percent slopes

### *Setting*

*Landscape position:* Terraces, drainageways, and flood plains

*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Desert shrubs and grasses
*Elevation:* 5,000 to 5,700 feet
*Mean annual temperature:* 52 to 56 degrees F
*Mean annual precipitation:* 8 to 10 inches
*Frost-free period:* 135 to 160 days

### *Composition*

Battlerock soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 10 inches—brown clay loam
10 to 60 inches—yellowish brown and brown stratified clay loam to loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* Rare
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Recapture soils on mesas and alluvial fans
- Soils without stratification on hills

*Similar Inclusions*
- Yarts soils on terraces

### *Major Uses*

Cropland and livestock grazing

### *Major Management Factors*

#### Rangeland

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Alkali sacaton, western wheatgrass, fourwing saltbush, greasewood
*Potential annual production of air-dry vegetation:* 700 pounds per acre

*Management considerations:*
- Low annual precipitation limits forage production.
- Brush control may be needed to maintain forage production.

#### Cropland

*Suitability:* Fair
*Soil-related factors:* Slope

*Management considerations:*
- Low annual precipitation limits cropping systems.
- The steep slopes should be managed to prevent excessive erosion.

#### Building Site Development

*Suitability:* Poor
*Soil-related factors:* Flooding

*Management considerations:*
- The hazard of flooding limits the suitability of this unit for use as a building site.

## 13—Beje-Tragmon complex, 3 to 9 percent slopes

### *Setting*

*Landscape position:* Mesas, hills, and ridges
*Parent material:* Kind—residuum, slope alluvium, and eolian material; source—sandstone
*Native plant community:* Gambel's oak woodland
*Elevation:* 8,000 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Beje soil and similar inclusions: 60 percent
Tragmon soil and similar inclusions: 20 percent
Contrasting inclusions: 20 percent

### *Characteristics of the Beje soil*

*Landscape position:* Mesas, hills, and ridges
*Slope range:* 3 to 9 percent
*Parent material:* Kind—residuum and eolian material; source—sandstone

### *Typical Profile*

0 to 2 inches—brown loam
2 to 14 inches—brown loam
14 inches—hard Cliffhouse Sandstone

### *Soil Properties*

*Depth class:* Shallow
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Very low
*Potential rooting depth:* 10 to 20 inches

*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Characteristics of the Tragmon soil*

*Landscape position:* Hills and mesas
*Slope range:* 3 to 9 percent
*Parent material:* Kind—slope alluvium; source—sandstone

### *Typical Profile*

0 to 5 inches—brown sandy loam
5 to 11 inches—brown loam
11 to 40 inches—pale brown and yellowish brown loam
40 to 60 inches—light yellowish brown loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Moderate
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Northrim soils on hills
- Sheek soils on hills
- Rock outcrop

*Similar Inclusions*
- Granath soils on mesas
- Falconry soils on hills

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community on this unit:* Gambel's oak, muttongrass, serviceberry, snowberry, mountain brome, prairie Junegrass, mountain mahogany
*Potential annual production of air-dry vegetation on the Beje soil:* 1,500 pounds per acre
*Potential annual production of air-dry vegetation on the Tragmon soil:* 2,000 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
- Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Depth

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth

*Management considerations:*
- Depth to bedrock may limit excavations.
- The presence of shallow bedrock may adversely affect septic systems.

## 14—Burnson loam, 1 to 15 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—residuum, slope alluvium, and eolian material; source—sandstone and shale
*Native plant community:* Ponderosa pine and Gambel's oak woodland
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 41 to 47 degrees F
*Mean annual precipitation:* 17 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Burnson soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 1 inch—slightly decomposed leaves and pine needles
1 to 4 inches—brown loam
4 to 8 inches—brown clay loam
8 to 29 inches—reddish brown and reddish gray sandy clay
29 to 44 inches—reddish brown clay and brownish yellow sandy clay loam
44 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Deep
*Drainage class:* Well drained
*Permeability:* Slow

*Available water capacity:* Moderate
*Potential rooting depth:* 40 to 60 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
- Detra soils on hills
- Falconry soils on hills

*Similar Inclusions*
- Herm soils on hills and structural benches

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Ponderosa pine, Gambel's oak, snowberry, Rocky Mountain juniper, Arizona fescue
*Potential annual production of air-dry vegetation:* 900 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
- Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Depth, slope

*Management considerations:*
- Depth to bedrock should be considered in making cuts and fills.
- The short growing season limits crop selection.
- The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, permeability, shrink-swell, depth

*Management considerations:*
- High shrink-swell potential should be considered in the design of structures.
- Depth to bedrock may limit excavations.
- The design of septic systems should consider the slow permeability of the soil.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 15—Burnson loam, dry, 1 to 15 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—residuum, slope alluvium, and eolian material; source—sandstone and shale
*Native plant community:* Ponderosa pine and Gambel's oak woodland
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 17 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Burnson soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 1 inch—slightly decomposed leaves and pine needles
1 to 4 inches—brown loam
4 to 8 inches—brown clay loam
8 to 29 inches—reddish brown and reddish gray sandy clay
29 to 44 inches—reddish brown clay and brownish yellow sandy clay loam
44 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Moderate
*Potential rooting depth:* 40 to 60 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
- Rock outcrop
- Herm soils on hills

*Similar Inclusions*
• Granath soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Ponderosa pine, Gambel's oak, Rocky Mountain juniper, Arizona fescue, western wheatgrass
*Potential annual production of air-dry vegetation:* 900 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
• Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope, depth

*Management considerations:*
• Depth to bedrock should be considered in making cuts and fills.
• The short growing season limits crop selection.
• The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, permeability, shrink-swell, depth

*Management considerations:*
• High shrink-swell potential should be considered in the design of structures.
• Depth to bedrock may limit excavations.
• The design of septic systems should consider the slow permeability of the soil.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 16—Burnson-Herm complex, 15 to 30 percent slopes

### *Setting*

*Landscape position:* Hills and structural benches
*Parent material:* Kind—residuum, eolian material, and slope alluvium; source—sandstone and shale
*Native plant community:* Ponderosa pine and Gambel's oak woodland
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 41 to 47 degrees F
*Mean annual precipitation:* 17 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Burnson soil and similar inclusions: 50 percent
Herm soil and similar inclusions: 30 percent
Contrasting inclusions: 20 percent

### *Characteristics of the Burnson soil*

*Landscape position:* Hills and structural benches
*Slope range:* 15 to 30 percent
*Parent material:* Kind—residuum and eolian material; source—sandstone

### *Typical Profile*

0 to 1 inch—slightly decomposed leaves and pine needles
1 to 4 inches—brown clay loam
4 to 8 inches—brown clay loam
8 to 29 inches—reddish brown and reddish gray sandy clay
29 to 44 inches—reddish brown clay and brownish yellow sandy clay loam
44 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Moderate
*Potential rooting depth:* 40 to 60 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Characteristics of the Herm soil*

*Landscape position:* Hills
*Slope range:* 15 to 30 percent
*Parent material:* Kind—eolian material and slope alluvium; source—sandstone and shale

### *Typical Profile*

0 to 6 inches—dark grayish brown loam
6 to 45 inches—dark brown to brown clay loam
45 to 60 inches—grayish brown clay loam

### *Soil Properties*

*Depth class:* Very deep

*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
• Detra soils on hills

*Similar Inclusions*
• Falconry soils on ridges and hills

### *Major Uses*

Timber production, wildlife habitat, and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community on this unit:* Ponderosa pine, Gambel's oak, Arizona fescue, snowberry, western wheatgrass
*Potential annual production of air-dry vegetation on the Burnson soil:* 900 pounds per acre
*Potential annual production of air-dry vegetation on the Herm soil:* 1,300 pounds per acre
*Soil-related factors:* Slope

*Management considerations:*
• Steep slopes limit livestock use to areas of less slope.
• Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Shrink-swell, permeability, slope, depth

*Management considerations:*
• High shrink-swell potential should be considered in the design of structures.
• Depth to bedrock may limit excavations.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.
• The design of septic systems should consider the slow permeability of the soil.

## 17—Cahona loam, 1 to 3 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Cahona soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 5 inches—reddish brown loam
5 to 25 inches—yellowish red clay loam
25 to 60 inches—pinkish white and pinkish gray loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
• Pulpit soils on hills
• Sharps soils on hills

*Similar Inclusions*
• Wetherill soils on hills

### *Major Uses*

Cropland and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Good

*Dominant vegetation in the potential plant community:* Western wheatgrass, muttongrass, big sagebrush
*Potential annual production of air-dry vegetation:* 1,000 pounds per acre

*Management considerations:*
- Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Good

*Management considerations:*
- Low annual precipitation limits cropping systems.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Shrink-swell

*Management considerations:*
- Moderate shrink-swell potential should be considered in the design of structures.

## 18—Cahona loam, 3 to 6 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Cahona soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 5 inches—reddish brown loam
5 to 25 inches—yellowish red clay loam
25 to 60 inches—pinkish white and pinkish gray loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Pulpit soils on hills
- Sharps soils on hills

*Similar Inclusions*
- Wetherill soils on hills

### *Major Uses*

Cropland and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Western wheatgrass, muttongrass, big sagebrush
*Potential annual production of air-dry vegetation:* 1,000 pounds per acre

*Management considerations:*
- Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Slope

*Management considerations:*
- The steep slopes should be managed to prevent excessive erosion.
- Low annual precipitation limits cropping systems.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Shrink-swell

*Management considerations:*
- Moderate shrink-swell potential should be considered in the design of structures.

## 19—Cahona loam, 6 to 12 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches

*Frost-free period:* 100 to 120 days

### *Composition*

Cahona soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 5 inches—reddish brown loam
5 to 25 inches—yellowish red clay loam
25 to 60 inches—pinkish white and pinkish gray loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Pulpit soils on hills
- Sharps soils on hills

*Similar Inclusions*
- Wetherill soils on hills

### *Major Uses*

Cropland and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Western wheatgrass, muttongrass, big sagebrush
*Potential annual production of air-dry vegetation:* 1,000 pounds per acre

*Management considerations:*
- Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope

*Management considerations:*
- Low annual precipitation limits cropping systems.
- The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Shrink-swell, slope

*Management considerations:*
- Moderate shrink-swell potential should be considered in the design of structures.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 20—Cahona-Pulpit complex, 3 to 9 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Cahona soil and similar inclusions: 50 percent
Pulpit soil and similar inclusions: 35 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Cahona soil*

*Landscape position:* Hills and mesas
*Slope range:* 3 to 9 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 5 inches—reddish brown loam
5 to 25 inches—yellowish red clay loam
25 to 60 inches—pinkish white and pinkish gray loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Characteristics of the Pulpit soil*

*Landscape position:* Hills and mesas

*Slope range:* 3 to 9 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 10 inches—reddish brown loam
10 to 20 inches—reddish brown clay loam
20 to 30 inches—reddish brown loam
30 to 36 inches—pink fine sandy loam
36 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Gladel soils on hills and mesas

*Similar Inclusions*
- Wetherill soils on mesas and hills

### *Major Uses*

Cropland and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community on this unit:* Western wheatgrass, muttongrass, big sagebrush
*Potential annual production of air-dry vegetation on the Cahona soil:* 1,000 pounds per acre
*Potential annual production of air-dry vegetation on the Pulpit soil:* 800 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
- Low annual precipitation limits forage production.
- Moderate available water capacity limits forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope, depth

*Management considerations:*
- The steep slopes should be managed to prevent excessive erosion.
- Depth to bedrock should be considered in making cuts and fills.
- Low annual precipitation limits cropping systems.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Depth, slope, shrink-swell

*Management considerations:*
- Depth to bedrock may limit excavations.
- Moderate shrink-swell potential should be considered in the design of structures.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 21—Cahona-Sharps-Wetherill complex, 2 to 6 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Cahona soil and similar inclusions: 35 percent
Sharps soil and similar inclusions: 30 percent
Wetherill soil and similar inclusions: 20 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Cahona soil*

*Landscape position:* Hills and mesas
*Slope range:* 2 to 6 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 5 inches—reddish brown loam
5 to 25 inches—yellowish red clay loam
25 to 60 inches—pinkish white and pinkish gray loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High

*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### Characteristics of the Sharps soil

*Landscape position:* Hills and mesas
*Slope range:* 2 to 6 percent
*Parent material:* Kind—eolian material; source—sandstone

### Typical Profile

0 to 9 inches—light reddish brown loam
9 to 19 inches—reddish brown clay loam
19 to 30 inches—light reddish brown and pink loam
30 inches—shale and soft sandstone

### Soil Properties

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Characteristics of the Wetherill soil

*Landscape position:* Hills and mesas
*Slope range:* 2 to 6 percent
*Parent material:* Kind—eolian material; source—sandstone

### Typical Profile

0 to 3 inches—yellowish red loam
3 to 7 inches—yellowish red loam
7 to 48 inches—yellowish red loam and clay loam
48 to 60 inches—light reddish brown loam

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### Included Areas

*Contrasting Inclusions*
- Gladel soils on hills and mesas

*Similar Inclusions*
- Pulpit soils on hills and mesas

### Major Uses

Cropland and livestock grazing

### Major Management Factors

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community on this unit:* Western wheatgrass, muttongrass, bottlebrush squirreltail, big sagebrush
*Potential annual production of air-dry vegetation on the Cahona soil:* 1,000 pounds per acre
*Potential annual production of air-dry vegetation on the Sharps soil:* 900 pounds per acre
*Potential annual production of air-dry vegetation on the Wetherill soil:* 1,200 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
- Low annual precipitation limits forage production.
- Low available water capacity limits forage production.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Depth

*Management considerations:*
- Low annual precipitation limits cropping systems.
- Low available water capacity limits crop production.
- Depth to bedrock should be considered in making cuts and fills.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Depth, shrink-swell

*Management considerations:*
- Depth to bedrock may limit excavations.
- Moderate shrink-swell potential should be considered in the design of structures.

## 22—Claysprings very stony clay loam, 12 to 65 percent slopes

### *Setting*

*Landscape position:* Ridges, knobs, hills, and canyons
*Parent material:* Kind—residuum; source—Morrison Shale
*Native plant community:* Desert shrubs and grasses
*Elevation:* 5,000 to 5,700 feet
*Mean annual temperature:* 52 to 56 degrees F
*Mean annual precipitation:* 8 to 10 inches
*Frost-free period:* 135 to 160 days

### *Composition*

Claysprings soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 3 inches—pink very stony clay loam
3 to 9 inches—light reddish brown clay
9 to 18 inches—reddish gray clay
18 inches—soft Morrison Shale

### *Soil Properties*

*Depth class:* Very shallow and shallow
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Very low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
- Badland
- Uzacol soils on hills
- Zwicker soils on hills

*Similar Inclusions*
- Soils that have fewer stones on surface

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Very poor
*Dominant vegetation in the potential plant community:* Salina wildrye, shadscale, galleta, alkali sacaton
*Potential annual production of air-dry vegetation:* 350 pounds per acre
*Soil-related factors:* Slope, depth

*Management considerations:*
- Low annual precipitation limits forage production.
- Low available water capacity limits forage production.
- Steep slopes limit livestock use to areas of less slope.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Depth, slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, depth, permeability, shrink-swell

*Management considerations:*
- High shrink-swell potential should be considered in the design of structures.
- Depth to bedrock may limit excavations.
- The presence of shallow bedrock may adversely affect septic systems.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.
- Slope may limit septic system design.
- The design of septic systems should consider the slow permeability of the soil.

## 23—Collide clay loam, 3 to 6 percent slopes

### *Setting*

*Landscape position:* Terraces
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 7,000 to 7,600 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 15 to 17 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Collide soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 10 inches—dark grayish brown clay loam

10 to 29 inches—yellowish red clay loam
29 to 60 inches—yellowish red to light reddish brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
- Ustorthents on hills and terrace escarpments
- Sideshow soils on alluvial fans

*Similar Inclusions*
- Purcella soils on terraces

### *Major Uses*

Pasture and hayland

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Western wheatgrass, big sagebrush, muttongrass
*Potential annual production of air-dry vegetation:* 1,300 pounds per acre

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Slope, permeability

*Management considerations:*
- The steep slopes should be managed to prevent excessive erosion.
- Slow permeability should be considered in irrigation design.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Permeability, shrink-swell

*Management considerations:*
- High shrink-swell potential should be considered in the design of structures.
- The design of septic systems should consider the slow permeability of the soil.

## 24—Collide clay loam, 6 to 12 percent slopes

### *Setting*

*Landscape position:* Terraces and fans
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 7,000 to 7,600 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 15 to 17 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Collide soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 10 inches—dark grayish brown clay loam
10 to 29 inches—yellowish red clay loam
29 to 60 inches—yellowish red to light reddish brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
- Ustorthents on hills and escarpments
- Sideshow soils on alluvial fans

*Similar Inclusions*
- Purcella soils on terraces
- Collide cobbly substratum soils on terraces

### *Major Uses*

Pasture and hayland

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Western wheatgrass, big sagebrush, muttongrass

*Potential annual production of air-dry vegetation:* 1,300 pounds per acre

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope

*Management considerations:*
• The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Permeability, shrink-swell

*Management considerations:*
• High shrink-swell potential should be considered in the design of structures.
• The design of septic systems should consider the slow permeability of the soil.

## 25—Collide complex, 0 to 2 percent slopes

### Setting

*Landscape position:* Terraces
*Parent material:* Kind—eolian material and alluvium; source—mixed
*Native plant community:* Sagebrush and grasses
*Elevation:* 7,000 to 7,600 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 15 to 17 inches
*Frost-free period:* 100 to 120 days

### Composition

Collide and similar inclusions: 45 percent
Collide cobbly substratum and similar inclusions: 40 percent
Contrasting inclusions: 15 percent

### Characteristics of the Collide soil

*Landscape position:* Terraces
*Slope range:* 0 to 2 percent
*Parent material:* Kind—eolian material; source—sandstone

### Typical Profile

0 to 10 inches—dark grayish brown clay loam
10 to 29 inches—yellowish red clay loam
29 to 60 inches—yellowish red to light reddish brown clay loam

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### Characteristics of the Collide cobbly substratum soil

*Landscape position:* Terraces
*Slope range:* 0 to 2 percent
*Parent material:* Kind—eolian material over alluvium; source—mixed

### Typical Profile

0 to 2 inches—reddish brown loam
2 to 8 inches—reddish brown silty clay loam
8 to 45 inches—reddish brown and yellowish red clay loam
45 to 60 inches—pink extremely cobbly sandy clay loam

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Moderate
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### Included Areas

*Contrasting Inclusions*
• Ustorthents on hills and terrace escarpments
• Sideshow soils on alluvial fans

*Similar Inclusions*
• Purcella soils on terraces

### Major Use

Cropland

### Major Management Factors

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community on this unit:* Western wheatgrass, big sagebrush, muttongrass

*Potential annual production of air-dry vegetation on the Collide soil:* 1,300 pounds per acre
*Potential annual production of air-dry vegetation on the Collide cobbly substratum soil:* 1,100 pounds per acre

**Cropland**

*Suitability:* Good

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Shrink-swell, permeability

*Management considerations:*
• High shrink-swell potential should be considered in the design of structures.
• The design of septic systems should consider the slow permeability of the soil.

## 26—Collide complex, 2 to 6 percent slopes

### *Setting*

*Landscape position:* Terraces
*Parent material:* Kind—eolian material and alluvium; source—mixed
*Native plant community:* Sagebrush and grasses
*Elevation:* 7,000 to 7,600 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 15 to 17 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Collide clay loam soil and similar inclusions: 45 percent
Collide cobbly substratum soil and similar inclusions: 40 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Collide soil*

*Landscape position:* Terraces
*Slope range:* 2 to 6 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 10 inches—dark grayish brown clay loam
10 to 29 inches—yellowish red clay loam
29 to 60 inches—yellowish red to light reddish brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Characteristics of the Collide cobbly substratum soil*

*Landscape position:* Terraces
*Slope range:* 2 to 6 percent
*Parent material:* Kind—eolian material over alluvium; source—mixed

### *Typical Profile*

0 to 2 inches—reddish brown loam
2 to 8 inches—reddish brown silty clay loam
8 to 45 inches—reddish brown to yellowish red clay loam
45 to 60 inches—pink extremely cobbly sandy clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Moderate
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
• Ustorthents on hills and escarpments
• Sideshow soils on alluvial fans

*Similar Inclusions*
• Purcella soils on terraces

### *Major Uses*

Pasture and hayland

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Western wheatgrass, big sagebrush, muttongrass, rubber rabbitbrush

*Potential annual production of air-dry vegetation on the Collide soil:* 1,300 pounds per acre
*Potential annual production of air-dry vegetation on the Collide cobbly substratum soil:* 1,100 pounds per acre

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Slope, permeability

*Management considerations:*
• The steep slopes should be managed to prevent excessive erosion.
• Slow permeability should be considered in irrigation design.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Shrink-swell, permeability

*Management considerations:*
• High shrink-swell potential should be considered in the design of structures.
• The design of septic systems should consider the slow permeability of the soil.

## 27—Dalmatian-Apmay-Schrader complex, 0 to 5 percent slopes

### *Setting*

*Landscape position:* Flood plains
*Parent material:* Kind—alluvium; source—mixed
*Native plant community:* Riparian vegetation of grasses and sedges
*Elevation:* 7,000 to 7,200 feet
*Mean annual temperature:* 41 to 47 degrees F
*Mean annual precipitation:* 16 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Dalmatian soil and similar inclusions: 35 percent
Apmay soil and similar inclusions: 35 percent
Schrader soil and similar inclusions: 15 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Dalmatian soil*

*Landscape position:* Flood plains
*Slope range:* 0 to 5 percent
*Parent material:* Kind—alluvium; source—mixed

### *Typical Profile*

0 to 2 inches—dark grayish brown loam
2 to 25 inches—dark grayish brown loam
25 to 39 inches—dark brown loam
39 to 49 inches—dark gray to dark grayish brown sandy clay loam
49 to 60 inches—dark gray gravelly sandy loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Moderately well drained
*Permeability:* Moderate
*Available water capacity:* High
*Potential rooting depth:* 36 to 60 inches
*Flooding:* Rare
*Runoff:* Low
*Water table:* 36 to 60 inches
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Characteristics of the Apmay soil*

*Landscape position:* Flood plains
*Slope range:* 0 to 5 percent
*Parent material:* Kind—alluvium; source—mixed

### *Typical Profile*

0 to 4 inches—dark grayish brown loam
4 to 18 inches—dark grayish brown clay loam
18 to 22 inches—dark yellowish brown sandy loam
22 to 60 inches—brown extremely gravelly sandy loam or loamy sand

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Somewhat poorly drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 12 to 36 inches
*Flooding:* Rare
*Runoff:* Medium
*Water table:* 12 to 36 inches
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Characteristics of the Schrader soil*

*Landscape position:* Flood plains
*Slope range:* 0 to 5 percent
*Parent material:* Kind—alluvium; source—mixed

### *Typical Profile*

0 to 13 inches—dark grayish brown loam
13 to 17 inches—dark brown fine sandy loam
17 to 24 inches—brown sandy clay loam
24 to 60 inches—brown fine sandy loam

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 60 of 664



### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Poorly drained
*Permeability:* Moderate
*Available water capacity:* Moderate
*Potential rooting depth:* 12 to 24 inches
*Flooding:* Occasional
*Runoff:* Low
*Water table:* 12 to 24 inches
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Ustifluvents on flood plains
- Open water and riverwash material

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community on this unit:* Tufted hairgrass, mountain brome, elk sedge, Rocky Mountain iris, western yarrow, sedges, perennial grasses
*Potential annual production of air-dry vegetation on the Dalmatian soil:* 2,000 pounds per acre
*Potential annual production of air-dry vegetation on the Apmay soil:* 2,000 pounds per acre
*Potential annual production of air-dry vegetation on the Schrader soil:* 2,000 pounds per acre

*Management considerations:*
- Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Water table

*Management considerations:*
- The short growing season limits crop selection.
- A high water table limits crop selection.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Water table, flooding

*Management considerations:*
- The presence of a high water table seriously affects development.
- The hazard of flooding limits the suitability of this unit for use as a building site.

## 28—Dam

### *Setting*

*Landscape position:* Drainageways, canyons, hills, and alluvial fans
*Parent material:* Kind—Mechanically reworked and compacted eolian material, outwash, alluvium, and slope alluvium; source—mixed
*Elevation:* 6,200 to 8,000 feet
*Mean annual temperature:* 46 to 47 degrees F
*Mean annual precipitation:* 13 to 20 inches
*Frost-free period:* 80 to 120 days

### *Composition*

Earthen dams or earth filled dams covered with cobbles, stones, and boulders

## 29—Endoaquolls-Ustifluvents complex, 0 to 5 percent slopes

### *Setting*

*Landscape position:* Flood plains
*Parent material:* Kind—alluvium; source—mixed
*Native plant community:* Riparian vegetation consisting of grasses, rushes, sedges, and shrubs
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 18 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Endoaquolls and similar inclusions: 60 percent
Ustifluvents and similar inclusions: 25 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Endoaquolls*

*Landscape position:* Flood plains
*Slope range:* 0 to 5 percent
*Parent material:* Kind—alluvium; source—mixed

### *Typical Profile*

0 to 4 inches—grayish brown loam

4 to 28 inches—brown fine sandy loam and loam
28 to 60 inches—dark yellowish brown extremely cobbly sand

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Somewhat poorly drained
*Permeability:* Moderate to rapid
*Available water capacity:* Low
*Potential rooting depth:* 12 to 60 inches or more
*Flooding:* Frequent
*Runoff:* Negligible to medium
*Water table:* 12 to 24 inches
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### Characteristics of the Ustifluvents

*Landscape position:* Flood plains
*Slope range:* 0 to 5 percent
*Parent material:* Kind—alluvium; source—mixed

### Typical Profile

0 to 6 inches—reddish brown loam
6 to 17 inches—yellowish red and reddish gray stratified loam to fine sandy loam
17 to 24 inches—reddish brown and light reddish brown stratified sandy loam to loam
24 to 30 inches—reddish gray and light reddish brown stratified loam to fine sandy loam
30 to 60 inches—stratified sand, gravel, and cobbles

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Moderately well or well drained
*Permeability:* Moderate
*Available water capacity:* Low
*Potential rooting depth:* 36 to 60 inches
*Flooding:* Occasional
*Runoff:* Low
*Water table:* 40 to 60 inches
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Included Areas

*Contrasting Inclusions*
- Open water and riverwash areas
- Dalmatian soils on flood plains
- Apmay soils on flood plains

### Major Uses

Livestock grazing and recreation

### Major Management Factors

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community on this unit:* Narrowleaf cottonwood, thinleaf alder, willow, blue spruce, tufted hairgrass, rushes, sedges
*Potential annual production of air-dry vegetation on the Endoaquolls:* 2,000 pounds per acre
*Potential annual production of air-dry vegetation on the Ustifluvents:* 1,000 pounds per acre
*Soil-related factors:* Water table

*Management considerations:*
- Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Water table, flooding

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Flooding, water table

*Management considerations:*
- The hazard of flooding limits the suitability of this unit for use as a building site.
- The presence of a high water table seriously affects development.

## 30—Falconry gravelly fine sandy loam, 3 to 25 percent slopes

### Setting

*Landscape position:* Hills, canyons, and ridges
*Parent material:* Kind—slope alluvium and residuum; source—sandstone
*Native plant community:* Ponderosa pine and Gambel's oak woodland
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### Composition

Falconry soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### Typical Profile

0 to 1 inch—slightly decomposed leaves and pine needles

1 to 5 inches—very dark gray gravelly fine sandy loam
5 to 14 inches—grayish brown gravelly sandy loam
14 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Shallow
*Drainage class:* Well drained
*Permeability:* Moderate>
*Available water capacity:* Very low
*Potential rooting depth:* 10 to 20 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Nortez soils on hills and ridges
- Rock outcrop
- Ormiston soils on hills and mesas

*Similar Inclusions*
- Fivepine soils on mesas and hills

### *Major Uses*

Wildlife habitat and stock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Ponderosa pine, Gambel's oak, muttongrass, mountain muhly
*Potential annual production of air-dry vegetation:* 650 pounds per acre
*Soil-related factors:* Depth, slope

*Management considerations:*
- Low available water capacity limits forage production.
- Steep slopes limit livestock use to areas of less slope.
- Surface stones limit equipment use.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Depth, slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, slope

*Management considerations:*
- Depth to bedrock may limit excavations.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.
- The presence of shallow bedrock may adversely affect septic systems.

## 31—Farb-Rock outcrop complex, 3 to 12 percent slopes

### *Setting*

*Landscape position:* Mesas, escarpments, and canyons
*Parent material:* Kind—residuum and colluvium; source—sandstone
*Native plant community:* Desert shrubs and grasses
*Elevation:* 5,000 to 5,700 feet
*Mean annual temperature:* 52 to 56 degrees F
*Mean annual precipitation:* 8 to 10 inches
*Frost-free period:* 135 to 160 days

### *Composition*

Farb soil and similar inclusions: 55 percent
Rock outcrop and similar inclusions: 30 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Farb soil*

*Landscape position:* Mesas, escarpments, and canyons
*Slope range:* 3 to 12 percent
*Parent material:* Kind—residuum and colluvium; source—sandstone

### *Typical Profile*

0 to 3 inches—strong brown sandy loam
3 to 13 inches—light brown sandy loam
13 to 16 inches—pink sandy loam
16 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Very shallow and shallow
*Drainage class:* Excessively drained
*Permeability:* Moderately rapid
*Available water capacity:* Very low

*Potential rooting depth:* 5 to 20 inches
*Flooding:* None
*Runoff:* Low
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Characteristics of the Rock outcrop*

*Landscape position:* Mesas, escarpments, and canyons
*Slope range:* 3 to 12 percent
*Parent material:* Kind—residuum; source—sandstone

Rock outcrop consists of barren rock that occurs as ledges and nearly vertical cliffs of sandstone. Rock outcrop also includes areas where the depth to bedrock is less than 4 inches.

### *Included Areas*

*Contrasting Inclusions*
• Mack soils on mesas and terraces
• Recapture soils on mesas

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community on this unit:* Indian ricegrass, New Mexico feathergrass, galleta, shadscale, Mormon tea
*Potential annual production of air-dry vegetation on the Farb soil:* 400 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
• Low available water capacity limits forage production.
• Low annual precipitation limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Depth

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, slope, permeability

*Management considerations:*
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• The design of septic systems should consider the rapid permeability of the soil.

## 32—Fardraw loam, 3 to 15 percent slopes

### *Setting*

*Landscape position:* Structural benches and mesas
*Parent material:* Kind—outwash; source—mixed
*Native plant community:* Gambel's oak woodland
*Elevation:* 8,000 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 17 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Fardraw soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 8 inches—very dark gray loam
8 to 11 inches—dark grayish brown loam
11 to 15 inches—brown very gravelly clay loam
15 to 51 inches—light brown very cobbly sandy clay
51 to 60 inches—reddish yellow very cobbly sandy clay

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
• Herm soils on hills
• Granath soils on mesas

*Similar Inclusions*
• Ricot soils on mesas

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good

*Dominant vegetation in the potential plant community:* Gambel's oak, snowberry, Arizona fescue
*Potential annual production of air-dry vegetation:* 2,200 pounds per acre
*Soil-related factors:* Slope, stones

*Management considerations:*
• Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, stones

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Slope, permeability

*Management considerations:*
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.
• The design of septic systems should consider the slow permeability of the soil.

## 33—Fardraw very cobbly loam, 0 to 9 percent slopes

### *Setting*

*Landscape position:* Structural benches and mesas
*Parent material:* Kind—outwash; source—mixed
*Native plant community:* Ponderosa pine and Gambel's oak woodland
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 17 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Fardraw soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 9 inches—brown very cobbly loam
9 to 13 inches—brown very cobbly clay loam
13 to 60 inches—brown and strong brown very cobbly clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
• Nortez soils on hills
• Rock outcrop

*Similar Inclusions*
• Ricot soils on mesas
• Ormiston soils on hills and mesas

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Ponderosa pine, Gambel's oak, Arizona fescue, mountain muhly, Parry oatgrass
*Potential annual production of air-dry vegetation:* 900 pounds per acre
*Soil-related factors:* Stones

*Management considerations:*
• Surface stones limit equipment use.
• Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Stones

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Permeability, stones

*Management considerations:*
• The design of septic systems should consider the slow permeability of the soil.

## 34—Fardraw very cobbly loam, 9 to 25 percent slopes

### *Setting*

*Landscape position:* Structural benches and mesas
*Parent material:* Kind—outwash; source—mixed
*Native plant community:* Ponderosa pine and Gambel's oak woodland

*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 17 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Fardraw soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 9 inches—brown very cobbly loam
9 to 13 inches—brown very cobbly clay loam
13 to 60 inches—brown and strong brown very cobbly clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Nortez soils on hills
- Ricot soils on mesas
- Granath soils on mesas

*Similar Inclusions*
- Ormiston soils on hills and mesas

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Ponderosa pine, Gambel's oak, Arizona fescue, mountain muhly, Parry oatgrass
*Potential annual production of air-dry vegetation:* 900 pounds per acre
*Soil-related factors:* Slope, stones

*Management considerations:*
- Low available water capacity limits forage production.
- Surface stones limit equipment use.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, stones

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Slope, permeability, stones

*Management considerations:*
- Steepness of slope will increase the hazard of erosion and should be considered in construction.
- Slope may limit septic system design.
- The design of septic systems should consider the slow permeability of the soil.

## 35—Fardraw-Granath complex, 3 to 12 percent slopes

### *Setting*

*Landscape position:* Structural benches, mesas, and hills
*Parent material:* Kind—Outwash and eolian material; source—mixed
*Native plant community:* Scattered ponderosa pine with grasses and shrubs
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 17 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Fardraw soil and similar inclusions: 50 percent
Granath soil and similar inclusions: 35 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Fardraw soil*

*Landscape position:* Structural benches and mesas
*Slope range:* 3 to 12 percent
*Parent material:* Kind—Outwash material; source—mixed

### *Typical Profile*

0 to 9 inches—brown very cobbly loam
9 to 13 inches—brown very cobbly clay loam
13 to 60 inches—brown and strong brown very cobbly clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low

*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Moderate

### *Characteristics of the Granath soil*

*Landscape position:* Hills
*Slope range:* 3 to 12 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 1 inch—slightly decomposed leaves and pine needles
1 to 14 inches—grayish brown and brown loam
14 to 60 inches—reddish brown or light reddish brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Pramiss soils on hills
- Nortez soils on hills

*Similar Inclusions*
- Ormiston soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community on the Fardraw soil:* Gambel's oak, mountain muhly, Parry oatgrass, ponderosa pine, Arizona fescue
*Dominant vegetation in the potential plant community on the Granath soil:* Western wheatgrass, Arizona fescue, mountain muhly, snowberry, Gambel's oak
*Potential annual production of air-dry vegetation on the Fardraw soil:* 900 pounds per acre
*Potential annual production of air-dry vegetation on the Granath soil:* 1,400 pounds per acre
*Soil-related factors:* Stones

*Management considerations:*
- Surface stones limit equipment use.
- Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, stones

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Shrink-swell, stones, permeability

*Management considerations:*
- Surface stones limit equipment use.
- Moderate shrink-swell potential should be considered in the design of structures.
- The design of septic systems should consider the slow permeability of the soil.

## 36—Fivepine-Nortez complex, 0 to 15 percent slopes

### *Setting*

*Landscape position:* Hills
*Parent material:* Kind—residuum, slope alluvium and eolian material; source—sandstone
*Native plant community:* Ponderosa pine and Gambel's oak woodland
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 41 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Fivepine soil and similar inclusions: 60 percent
Nortez soil and similar inclusions: 25 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Fivepine soil*

*Landscape position:* Hills
*Slope range:* 0 to 15 percent
*Parent material:* Kind—residuum and slope alluvium; source—sandstone

### *Typical Profile*

0 to 3 inches—reddish brown flaggy loam

3 to 12 inches—reddish brown flaggy clay loam
12 to 15 inches—yellowish red flaggy clay
15 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Shallow
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Very low
*Potential rooting depth:* 10 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Characteristics of the Nortez soil*

*Landscape position:* Hills
*Slope range:* 0 to 15 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 3 inches—brown loam
3 to 10 inches—reddish brown clay loam
10 to 31 inches—yellowish red and reddish brown clay loam and clay
31 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
- Rock outcrop
- Granath soils on hills
- Falconry soils on hills

*Similar Inclusions*
- Pramiss soils on hills

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community on this unit:* Ponderosa pine, Gambel's oak, western wheatgrass, Arizona fescue, mountain muhly
*Potential annual production of air-dry vegetation on the Fivepine soil:* 800 pounds per acre
*Potential annual production of air-dry vegetation on the Nortez soil:* 1,200 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
- Low available water capacity limits forage production.
- Surface stones limit equipment use.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Depth, slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, permeability, slope, shrink-swell

*Management considerations:*
- Depth to bedrock may limit excavations.
- The presence of shallow bedrock may adversely affect septic systems.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.
- Slope may limit septic system design.
- The design of septic systems should consider the slow permeability of the soil.
- High shrink-swell potential should be considered in the design of structures.

## 37—Fluvaquents-Haplustolls complex, 0 to 5 percent slopes

### *Setting*

*Landscape position:* Flood plains and drainageways
*Parent material:* Kind—alluvium; source—mixed
*Native plant community:* Riparian vegetation consisting of grasses, sedges, rushes, and shrubs
*Elevation:* 6,200 to 7,400 feet

*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### Composition

Fluvaquents and similar inclusions: 55 percent
Haplustolls and similar inclusions: 30 percent
Contrasting inclusions: 15 percent

### Characteristics of the Fluvaquents

*Landscape position:* Flood plains and drainageways
*Slope range:* 0 to 5 percent
*Parent material:* Kind—alluvium; source—mixed

### Typical Profile

0 to 18 inches—pale brown to yellowish brown sandy loam
18 to 60 inches—yellowish brown loamy sand to very gravelly loamy sand

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Somewhat poorly drained
*Permeability:* Moderately slow to moderately rapid
*Available water capacity:* Low
*Potential rooting depth:* 12 to 40 inches
*Flooding:* Frequent
*Runoff:* Low
*Water table:* 12 to 24 inches
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Characteristics of the Haplustolls

*Landscape position:* Flood plains and drainageways
*Slope range:* 0 to 5 percent
*Parent material:* Kind—alluvium; source—mixed

### Typical Profile

0 to 4 inches—grayish brown sandy loam
4 to 19 inches—dark grayish brown and brown loam
19 to 60 inches—brown and very pale brown gravelly loamy sand to extremely cobbly sand

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Well or moderately well drained
*Permeability:* Moderate to rapid
*Available water capacity:* Low
*Potential rooting depth:* 60 inches or more
*Flooding:* Rare
*Runoff:* Negligible to low
*Water table:* 60 inches or more
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Included Areas

*Contrasting Inclusions*
- Open water and riverwash areas

*Similar Inclusions*
- Umbarg soils on flood plains
- Payter soils on alluvial fans

### Major Uses

Cropland and wildlife habitat

### Major Management Factors

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community on this unit:* Cottonwood, western wheatgrass, alkali sacaton, sedges, rushes
*Potential annual production of air-dry vegetation on the Fluvaquents soil:* 2,000 pounds per acre
*Potential annual production of air-dry vegetation on the Haplustolls soil:* 900 pounds per acre

*Management considerations:*
- Low available water capacity limits forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Water table

*Management considerations:*
- A high water table limits crop selection.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Water table, flooding

*Management considerations:*
- The hazard of flooding limits the suitability of this unit for use as a building site.
- The presence of a high water table seriously affects development.

## 38—Fluvents-Fluvaquents complex, 0 to 3 percent slopes

### Setting

*Landscape position:* Flood plains

*Parent material:* Kind—alluvium; source—mixed
*Native plant community:* Riparian vegetation consisting of grasses, sedges, rushes, and shrubs
*Elevation:* 5,000 to 7,400 feet
*Mean annual temperature:* 46 to 56 degrees F
*Mean annual precipitation:* 8 to 16 inches
*Frost-free period:* 100 to 160 days

### *Composition*

Fluvents and similar inclusions: 55 percent
Fluvaquents and similar inclusions: 30 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Fluvents*

*Landscape position:* Flood plains
*Slope range:* 0 to 3 percent
*Parent material:* Kind—alluvium; source—mixed

### *Reference Profile*

0 to 6 inches—dark brown fine sandy loam
6 to 60 inches—stratified light yellowish brown to yellowish brown very gravelly coarse sand to loamy sand

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Somewhat excessively drained
*Permeability:* Moderately slow to rapid
*Available water capacity:* Very low
*Potential rooting depth:* 60 inches or more
*Water table:* 60 inches or more
*Flooding:* Occasional
*Runoff:* Very low
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### *Characteristics of the Fluvaquents*

*Landscape position:* Flood plains
*Slope range:* 0 to 3 percent
*Parent material:* Kind—alluvium; source—mixed

### *Reference Profile*

0 to 8 inches—pale brown to yellowish brown sandy loam
8 to 60 inches—yellowish brown sandy loam to very gravelly loamy sand

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Somewhat poorly drained
*Permeability:* Moderately slow to rapid
*Available water capacity:* Low
*Potential rooting depth:* 12 to 40 inches
*Flooding:* Frequent
*Water table:* 12 to 36 inches
*Runoff:* Low
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Ackmen soils in drainageways
- Ramper soils on flood plains

*Similar Inclusions*
- Lillings soils on flood plains

### *Major Uses*

Wildlife habitat and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community on this unit:* Cottonwood, willow, western wheatgrass, alkali sacaton, sedges, rushes
*Potential annual production of air-dry vegetation on the Fluvents soil:* 1,200 pounds per acre
*Potential annual production of air-dry vegetation on the Fluvaquents soil:* 2,000 pounds per acre

*Management considerations:*
- Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Flooding, water table

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Flooding, water table, permeability

*Management considerations:*
- The presence of a high water table seriously affects development.
- The hazard of flooding limits the suitability of this unit for use as a building site.
- The design of septic systems should consider the rapid permeability of the soil.

## 39—Fughes loam, 1 to 12 percent slopes

### *Setting*

*Landscape position:* Draws and drainageways
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Grasses with scattered shrubs
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 41 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Fughes soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 7 inches—dark brown loam
7 to 26 inches—brown clay loam
26 to 44 inches—brown clay
44 to 60 inches—strong brown clay

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
- Granath soils on hills
- Ormiston soils on hills

*Similar Inclusions*
- Hesperus soils in drainageways
- Herm soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Arizona fescue, western wheatgrass, big sagebrush, slender wheatgrass
*Potential annual production of air-dry vegetation:* 1,800 pounds per acre

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Permeability, slope

*Management considerations:*
- Slow infiltration should be considered in irrigation design.
- The steep slopes should be managed to prevent excessive erosion.
- The short growing season limits crop selection.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Shrink-swell, permeability, slope

*Management considerations:*
- High shrink-swell potential should be considered in the design of structures.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.
- The design of septic systems should consider the slow permeability of the soil.

## 40—Fughes-Herm complex, 5 to 25 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind: slope alluvium and eolian material; source—shale and sandstone
*Native plant community:* Gambel's oak woodland
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 40 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Fughes soil and similar inclusions: 55 percent
Herm soil and similar inclusions: 35 percent
Contrasting inclusions: 10 percent

### *Characteristics of the Fughes soil*

*Landscape position:* Hills and mesas
*Slope range:* 5 to 25 percent
*Parent material:* Kind—slope alluvium; source—shale and sandstone

### *Typical Profile*

0 to 8 inches—dark brown loam
8 to 26 inches—brown clay loam
26 to 44 inches—brown clay

44 to 60 inches—strong brown clay

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Characteristics of the Herm soil*

*Landscape position:* Hills and mesas
*Slope range:* 5 to 25 percent
*Parent material:* Kind—Slope alluvium and eolian material; source—shale and sandstone

### *Typical Profile*

0 to 6 inches—dark grayish brown loam
6 to 13 inches—dark brown clay loam
13 to 45 inches—grayish brown and brown clay loam
45 to 60 inches—grayish brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
- Fardraw soils on mesas
- Goldbug soils on hills

*Similar Inclusions*
- Hesperus soils in drainageways

### *Major Use*

Livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community on this unit:* Gambel's oak, snowberry, Arizona fescue, mountain brome
*Potential annual production of air-dry vegetation on the Fughes soil:* 2,000 pounds per acre
*Potential annual production of air-dry vegetation on the Herm soil:* 1,800 pounds per acre
*Soil-related factors:* Slope

*Management considerations:*
- Brush control may be needed to maintain forage production.
- Steep slopes limit livestock use to areas of less slope.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Shrink-swell, permeability, slope

*Management considerations:*
- High shrink-swell potential should be considered in the design of structures.
- The design of septic systems should consider the slow permeability of the soil.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 41—Fughes-Sheek complex, 15 to 30 percent slopes

### *Setting*

*Landscape position:* Hills
*Parent material:* Kind—slope alluvium and colluvium; source—sandstone and shale
*Native plant community:* Grasses with scattered ponderosa pine and shrubs
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 40 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Fughes soil and similar inclusions: 50 percent
Sheek and similar inclusions: 35 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Fughes soil*

*Landscape position:* Hills

*Slope range:* 15 to 30 percent
*Parent material:* Kind—slope alluvium and colluvium; source—sandstone and shale

### *Typical Profile*

0 to 7 inches—dark brown loam
7 to 26 inches—brown clay loam
26 to 44 inches—brown clay
44 to 60 inches—strong brown clay

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Characteristics of the Sheek soil*

*Landscape position:* Hills
*Slope range:* 15 to 30 percent
*Parent material:* Kind—slope alluvium and colluvium; source—sandstone and shale

### *Typical Profile*

0 to 2 inches—brown very cobbly clay loam
2 to 7 inches—brown gravelly clay loam
7 to 60 inches—brown very cobbly clay loam, cobbly clay loam, and very cobbly loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-well potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Ormiston soils on hills
- Nortez soils on hills
- Rock outcrop

*Similar Inclusions*
- Tragmon soils on hills
- Herm soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community on the Fughes soil:* big sagebrush, Gambel's oak, western wheatgrass, slender wheatgrass
*Dominant vegetation in the potential plant community on the Sheek soil is:* Ponderosa pine, Gambel's oak, Arizona fescue, mountain brome, muttongrass, serviceberry
*Potential annual production of air-dry vegetation on the Fughes soil:* 1,300 pounds per acre
*Potential annual production of air-dry vegetation on the Sheek soil:* 950 pounds per acre
*Soil-related factors:* Slope

*Management considerations:*
- Steep slopes limit livestock use to areas of less slope.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, permeability, shrink-swell

*Management considerations:*
- Steepness of slope will increase the hazard of erosion and should be considered in construction.
- Slope may limit septic system design.
- The design of septic systems should consider the slow permeability of the soil.
- High shrink-swell potential should be considered in the design of structures.

## 42—Gladel-Pulpit complex, 3 to 9 percent slopes

### *Setting*

*Landscape position:* Mesas and hills
*Parent material:* Kind—residuum and eolian material; source—sandstone
*Native plant community:* Grassy areas with pinyon and juniper woodland
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### Composition

Gladel soil and similar inclusions: 45 percent
Pulpit soil and similar inclusions: 35 percent
Contrasting inclusions: 20 percent

### Characteristics of the Gladel soil

*Landscape position:* Mesas and hills
*Slope range:* 3 to 9 percent
*Parent material:* Kind—residuum and eolian material; source—sandstone

### Typical Profile

0 to 5 inches—light reddish brown flaggy fine sandy loam
5 to 10 inches—light reddish brown flaggy fine sandy loam
10 to 15 inches—pinkish gray flaggy fine sandy loam
15 inches—hard Dakota Sandstone

### Soil Properties

*Depth class:* Shallow
*Drainage class:* Well drained
*Permeability:* Moderately rapid
*Available water capacity:* Very low
*Potential rooting depth:* 12 to 20 inches
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Characteristics of the Pulpit soil

*Landscape position:* Mesas and hills
*Slope range:* 3 to 9 percent
*Parent material:* Kind—eolian material; source—sandstone

### Typical Profile

0 to 10 inches—reddish brown loam
10 to 20 inches—reddish brown clay loam
20 to 30 inches—reddish brown loam
30 to 36 inches—pink fine sandy loam
36 inches—hard Dakota Sandstone

### Soil Properties

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Included Areas

*Contrasting Inclusions*
- Rock outcrop
- Dolcan soils on hills
- Wetherill soils on hills and mesas

*Similar Inclusions*
- Sharps soils on hills and mesas

### Major Uses

Livestock grazing and wildlife habitat

### Major Management Factors

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community on the Gladel soil:* Pinyon, juniper, Indian ricegrass, western wheatgrass, big sagebrush, antelope bitterbrush, mountain mahogany
*Dominant vegetation in the potential plant community on the Pulpit soil:* western wheatgrass, big sagebrush, antelope bitterbrush, needleandthread
*Potential annual production of air-dry vegetation on the Gladel soil:* 350 pounds per acre
*Potential annual production of air-dry vegetation on the Pulpit soil:* 800 pounds per acre

*Management considerations:*
- Surface stones limit equipment use.
- Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Depth, slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth

*Management considerations:*
- Depth to bedrock may limit excavations.
- The presence of shallow bedrock may adversely affect septic systems.

## 43—Goldbug very stony fine sandy loam, 5 to 30 percent slopes

### Setting

*Landscape position:* Hills and mountain slopes

*Parent material:* Kind—slope alluvium; source—sandstone and shale
*Native plant community:* Ponderosa pine and Gambel's oak woodland
*Elevation:* 7,400 to 7,600 feet
*Mean annual temperature:* 43 to 46 degrees F
*Mean annual precipitation:* 18 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Goldbug soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 1 inch—slightly decomposed leaves and pine needles
1 to 21 inches—pinkish gray very stony fine sandy loam
21 to 29 inches—light reddish brown stony sandy clay loam and light reddish brown stony fine sandy loam
29 to 60 inches—reddish brown stony clay

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Moderate
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Fivepine soils on hills
- Rock outcrop

*Similar Inclusions*
- Nortez soils on hills
- Granath soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

#### Rangeland

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Ponderosa pine, Gambel's oak, Arizona fescue, western wheatgrass, mountain muhly, juniper
*Potential annual production of air-dry vegetation:* 900 pounds per acre
*Soil-related factors:* Slope

*Management considerations:*
- Steep slopes limit livestock use to areas of less slope.
- Low available water capacity limits forage production.

#### Cropland

*Suitability:* Unsuitable
*Soil-related factors:* Slope

#### Building Site Development

*Suitability:* Poor
*Soil-related factors:* Slope

*Management considerations:*
- Steepness of slope will increase the hazard of erosion and should be considered in construction.
- Slope may limit septic system design.

## 44—Granath loam, 3 to 6 percent slopes

### *Setting*

*Landscape position:* Mesas, alluvial fans, and hills
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Grasses and shrubs
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Granath soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 1 inch—slightly decomposed leaves
1 to 14 inches—grayish brown and brown loam
14 to 60 inches—reddish brown and light reddish brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium

*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Nortez soils on hills
- Ormiston soils on hills and mesas

*Similar Inclusions*
- Ilex soils on hills

### *Major Uses*

Livestock grazing and cropland

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Western wheatgrass, Arizona fescue, mountain muhly, snowberry, big sagebrush
*Potential annual production of air-dry vegetation:* 1,400 pounds per acre

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Slope

*Management considerations:*
- The short growing season limits crop selection.
- The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Shrink-swell

*Management considerations:*
- Moderate shrink-swell potential should be considered in the design of structures.

## 45—Granath loam, 6 to 12 percent slopes

### *Setting*

*Landscape position:* Hills
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Grasses and shrubs
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Granath soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 1 inch—slightly decomposed leaves
1 to 14 inches—grayish brown and brown loam
14 to 60 inches—reddish brown and light reddish brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Nortez soils on hills
- Ormiston soils on hills

*Similar Inclusions*
- Ilex soils on hills

### *Major Uses*

Livestock grazing and cropland

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Arizona fescue, western wheatgrass, mountain muhly, big sagebrush, snowberry
*Potential annual production of air-dry vegetation:* 1,400 pounds per acre

*Management considerations:*
- Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope

*Management considerations:*
- The steep slopes should be managed to prevent excessive erosion.

• The short growing season limits crop selection.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Shrink-swell, slope

*Management considerations:*
• Moderate shrink-swell potential should be considered in the design of structures.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 46—Granath-Fughes complex, 0 to 15 percent slopes

### *Setting*

*Landscape position:* Hills, mesas, and drainageways
*Parent material:* Kind—alluvium, slope alluvium, and eolian material; source—sandstone and shale
*Native plant community:* Grasses and shrubs
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 40 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Granath soil and similar inclusions: 50 percent
Fughes soil and similar inclusions: 35 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Granath soil*

*Landscape position:* Hills, mesas
*Slope range:* 0 to 15 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 10 inches—grayish brown loam
10 to 40 inches—grayish brown and brown clay loam
40 to 60 inches—reddish brown and light reddish brown sandy clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Characteristics of the Fughes soil*

*Landscape position:* Hills and drainageways
*Slope range:* 0 to 15 percent
*Parent material:* Kind—alluvium and slope alluvium; source—sandstone and shale

### *Typical Profile*

0 to 7 inches—dark brown loam
7 to 26 inches—brown clay loam
26 to 44 inches—brown clay
44 to 60 inches—strong brown clay

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
• Ormiston soils on hills
• Fivepine soils on hills
• Nortez soils on hills

*Similar Inclusions*
• Ilex soils on hills

### *Major Uses*

Timber production, livestock grazing, and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community on the Granath soil:* Western wheatgrass, mountain muhly, Arizona fescue, snowberry, big sagebrush
*Dominant vegetation in the potential plant community on the Fughes soil:* Gambel's oak, western wheatgrass, Arizona fescue, big sagebrush
*Potential annual production of air-dry vegetation on the Granath soil:* 1,300 pounds per acre
*Potential annual production of air-dry vegetation on the Fughes soil:* 1,300 pounds per acre

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope, permeability

*Management considerations:*
- Slow infiltration should be considered in irrigation design.
- The short growing season limits crop selection.
- The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Shrink-swell, slope, permeability

*Management considerations:*
- High shrink-swell potential should be considered in the design of structures.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.
- Slope may limit septic system design.
- The design of septic systems should consider the slow permeability of the soil.

## 47—Granath-Nortez complex, 0 to 15 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Grasses and shrubs with scattered pine grasslands
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 40 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Granath soil and similar inclusions: 55 percent
Nortez soil and similar inclusions: 30 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Granath soil*

*Landscape position:* Hills and mesas
*Slope range:* 0 to 15 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 10 inches—grayish brown loam
10 to 40 inches—grayish brown and brown clay loam
40 to 60 inches—reddish brown and light reddish brown sandy clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Characteristics of the Nortez soil*

*Landscape position:* Hills and mesas
*Slope range:* 0 to 15 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 3 inches—brown loam
3 to 10 inches—reddish brown clay loam
10 to 32 inches—yellowish red clay loam and clay
32 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
- Ormiston soils on hills
- Fivepine soils on hills and mesas

*Similar Inclusions*
- Fughes soils in drainageways

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good

*Dominant vegetation in the potential plant community on the Granath soil:* Big sagebrush, Arizona fescue, western wheatgrass, mountain muhly, mountain brome
*Dominant vegetation in the potential plant community on the Nortez soil:* Ponderosa pine, Gambel's oak, big sagebrush, antelope bitterbrush, Arizona fescue, prairie junegrass, mountain muhly, Parry oatgrass
*Potential annual production of air-dry vegetation on the Granath soil:* 1,500 pounds per acre
*Potential annual production of air-dry vegetation on the Nortez soil:* 1,200 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
• Brush control may be needed to maintain forage production.
• Low available water capacity limits forage production.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Depth, permeability

*Management considerations:*
• Depth to bedrock should be considered in making cuts and fills.
• Low available water capacity limits crop production.
• Slow infiltration should be considered in irrigation design.
• The short growing season limits crop selection.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, shrink-swell, permeability

*Management considerations:*
• High shrink-swell potential should be considered in the design of structures.
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• The design of septic systems should consider the slow permeability of the soil.

## 48—Granath-Ormiston-Fivepine complex, 0 to 15 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—residuum, slope alluvium, and eolian material; source—sandstone
*Native plant community:* Ponderosa pine, shrubs, and grasses
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 41 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Granath soil and similar inclusions: 40 percent
Ormiston soil and similar inclusions: 25 percent
Fivepine soil and similar inclusions: 20 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Granath soil*

*Landscape position:* Hills and mesas
*Slope range:* 0 to 15 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 10 inches—grayish brown loam
10 to 40 inches—grayish brown and brown clay loam
40 to 60 inches—reddish brown and light reddish brown sandy clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Characteristics of the Ormiston soil*

*Landscape position:* Hills and mesas
*Slope range:* 0 to 15 percent
*Parent material:* Kind—slope alluvium, residuum, and reworked eolian material; source—sandstone

### *Typical Profile*

0 to 7 inches—brown loam
7 to 32 inches—reddish brown stony and very stony clay loam
32 to 44 inches—pinkish white stony clay loam
44 inches—hard sandstone

### *Soil Properties*

*Depth class:* Deep
*Drainage class:* Well drained

*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 40 to 60 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Characteristics of the Fivepine soil*

*Landscape position:* Hills and mesas
*Slope range:* 0 to 15 percent
*Parent material:* Kind—residuum and slope alluvium; source—sandstone

### *Typical Profile*

0 to 3 inches—reddish brown flaggy loam
3 to 12 inches—reddish brown flaggy clay loam
12 to 15 inches—yellowish red flaggy clay
15 inches—hard sandstone

### *Soil Properties*

*Depth class:* Shallow
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Very low
*Potential rooting depth:* 10 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Nortez soils on hills
- Fughes soils in drainageways

*Similar Inclusions*
- Falconry soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community on the Granath soil:* Big sagebrush, Arizona fescue, western wheatgrass, mountain muhly, mountain brome, snowberry
*Dominant vegetation in the potential plant community on the Ormiston soil:* Arizona fescue, western wheatgrass, prairie Junegrass, mountain muhly, black sagebrush
*Dominant vegetation in the potential plant community on the Fivepine soil:* Ponderosa pine, Gambel's oak, western wheatgrass, mountain muhly, prairie Junegrass, serviceberry
*Potential annual production of air-dry vegetation on the Granath soil:* 1,500 pounds per acre
*Potential annual production of air-dry vegetation on the Ormiston soil:* 900 pounds per acre
*Potential annual production of air-dry vegetation on the Fivepine soil:* 800 pounds per acre
*Soil-related factors:* Depth, stones

*Management considerations:*
- Surface stones limit equipment use.
- Low available water capacity limits forage production.
- Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Depth, stones, slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, permeability, shrink-swell

*Management considerations:*
- Depth to bedrock may limit excavations.
- The presence of shallow bedrock may adversely affect septic systems.
- The design of septic systems should consider the slow permeability of the soil.
- Moderate shrink-swell potential should be considered in the design of structures.

## 49—Herm loam, 6 to 25 percent slopes

### *Setting*

*Landscape position:* Hills
*Parent material:* Kind—slope alluvium; source—shale
*Native plant community:* Ponderosa pine and Gambel's oak woodland
*Elevation:* 7,100 to 8,000 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 16 to 20 inches
*Frost-free period:* 90 to 100 days

### *Composition*

Herm soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

2 to 0 inches—mat of needles and leaves
0 to 4 inches—dark reddish gray loam
4 to 7 inches—reddish gray loam
7 to 14 inches—reddish gray clay loam
14 to 34 inches—pale brown clay
34 to 60 inches—light brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Archuleta soils on hills
- Sanchez soils on hills
- Hesperus soils in drainageways

*Similar Inclusions*
- Fughes soils in drainageways

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Ponderosa pine, Arizona fescue, prairie Junegrass, mountain muhly, Gambel's oak
*Potential annual production of air-dry vegetation:* 1,300 pounds per acre
*Soil-related factors:* Slope

*Management considerations:*
- Steep slopes limit livestock use to areas of less slope.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Shrink-swell, permeability, slope

*Management considerations:*
- High shrink-swell potential should be considered in the design of structures.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.
- The design of septic systems should consider the slow permeability of the soil.

## 50—Herm very cobbly loam, 15 to 40 percent slopes

### *Setting*

*Landscape position:* Hills
*Parent material:* Kind—slope alluvium; source—mixed
*Native plant community:* Ponderosa pine and Gambel's oak woodland
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Herm soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 1 inch—brown very cobbly loam
1 to 10 inches—brown gravelly loam
10 to 60 inches—brown to pale brown clay and clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Haplustalfs in canyons
- Archuleta soils on hills

*Similar Inclusions*
• Granath soils on hills
• Fughes soils in drainageways

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Ponderosa pine, Gambel's oak, serviceberry, mountain muhly, prairie Junegrass, Arizona fescue
*Potential annual production of air-dry vegetation:* 1,300 pounds per acre
*Soil-related factors:* Slope

*Management considerations:*
• Steep slopes limit livestock use to areas of less slope.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Permeability, slope

*Management considerations:*
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• The design of septic systems should consider the slow permeability of the soil.

## 51—Herm-Pagoda complex, 0 to 15 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—slope alluvium; source—shale and sandstone
*Native plant community:* Ponderosa pine and Gambel's oak woodland
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 40 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Herm soil and similar inclusions: 50 percent
Pagoda soil and similar inclusions: 35 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Herm soil*

*Landscape position:* Hills and mesas
*Slope range:* 0 to 15 percent
*Parent material:* Kind—slope alluvium; source—shale and sandstone

### *Typical Profile*

0 to 6 inches—dark grayish brown loam
6 to 13 inches—dark brown clay loam
13 to 45 inches—grayish brown and brown clay loam
45 to 60 inches—grayish brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Characteristics of the Pagoda soil*

*Landscape position:* Hills and mesas
*Slope range:* 0 to 15 percent
*Parent material:* Kind—slope alluvium; source—shale

### *Typical Profile*

0 to 1 inches—slightly decomposed leaves
1 to 5 inches—dark grayish brown loam
5 to 21 inches—brown clay loam
21 to 60 inches—grayish brown and light brownish gray clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Moderate

*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
- Nortez soils on hills
- Hesperus soils in drainageways

*Similar Inclusions*
- Fughes soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation the potential plant community on this unit:* Ponderosa pine, Gambel's oak, western wheatgrass, Arizona fescue, pine dropseed, prairie junegrass, mountain muhly, snowberry, serviceberry
*Potential annual production of air-dry vegetation on the Herm soil:* 1,300 pounds per acre
*Potential annual production of air-dry vegetation on the Pagoda soil:* 1,200 pounds per acre

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope

*Management considerations:*
- The steep slopes should be managed to prevent excessive erosion.
- The short growing season limits crop selection.
- Slow infiltration should be considered in irrigation design.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, permeability, shrink-swell

*Management considerations:*
- High shrink-swell potential should be considered in the design of structures.
- The design of septic systems should consider the slow permeability of the soil.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 52—Hesperus loam, 0 to 3 percent slopes

### *Setting*

*Landscape position:* Alluvial fans and drainageways
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Grasses and scattered shrubs
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Hesperus soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 11 inches—dark gray loam
11 to 44 inches—dark grayish brown to brown clay loam
44 to 60 inches—brown loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Moderately well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Low
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Sheek soils on hills
- Fughes soils in drainageways
- Herm soils on hills

*Similar Inclusions*
- Tragmon soils on alluvial fans

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Arizona fescue, mountain muhly, Parry oatgrass, western wheatgrass, big sagebrush, snowberry
*Potential annual production of air-dry vegetation:* 1,800 pounds per acre

**Cropland**

*Suitability:* Fair

*Management considerations:*
• The short growing season limits crop selection.

**Building Site Development**

*Suitability:* Good

## 53—Hesperus loam, 3 to 6 percent slopes

### *Setting*

*Landscape position:* Alluvial fans, structural benches, and drainageways
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Grasses and scattered shrubs
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Hesperus soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 11 inches—dark gray loam
11 to 44 inches—dark grayish brown to brown clay loam
44 to 60 inches—brown loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Moderately well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
• Sheek soils on hills
• Fughes soils in drainageways
• Herm soils on hills

*Similar Inclusions*
• Tragmon soils on alluvial fans

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Arizona fescue, mountain muhly, Parry oatgrass, western wheatgrass, big sagebrush, snowberry
*Potential annual production of air-dry vegetation:* 1,800 pounds per acre

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Slope

*Management considerations:*
• The short growing season limits crop selection.
• The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Good

## 54—Hesperus loam, 6 to 12 percent slopes

### *Setting*

*Landscape position:* Alluvial fans, structural benches, and hills
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Gambel's oak and grasses
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Hesperus soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 11 inches—dark gray loam
11 to 44 inches—dark grayish brown to brown clay loam
44 to 60 inches—brown loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Moderately well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more

*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Included Areas

*Contrasting Inclusions*
- Sheek soils on hills
- Fughes soils in drainageways
- Herm soils on hills

*Similar Inclusions*
- Tragmon soils on alluvial fans

### Major Uses

Livestock grazing and wildlife habitat

### Major Management Factors

**Rangeland**

*Suitability:* Good
*Dominant vegetation the potential plant community:* Arizona fescue, western wheatgrass, snowberry, Gambel's oak, serviceberry, nodding bromegrass, elk sedge
*Potential annual production of air-dry vegetation:* 2,000 pounds per acre

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope

*Management considerations:*
- The short growing season limits crop selection.
- The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Slope

*Management considerations:*
- Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 55—Hesperus sandy loam, 3 to 12 percent slopes

### Setting

*Landscape position:* Alluvial fans and drainageways
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Grasses and scattered shrubs
*Elevation:* 7,100 to 8,000 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 16 to 18 inches
*Frost-free period:* 80 to 100 days

### Composition

Hesperus soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### Typical Profile

0 to 11 inches—dark gray sandy loam
11 to 44 inches—dark grayish brown to brown clay loam
44 to 60 inches—brown clay loam or loam

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Moderately well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Included Areas

*Contrasting Inclusions*
- Sheek soils on hills
- Northrim soils on hills

*Similar Inclusions*
- Hesperus soils with loamy surface textures
- Tragmon soils on alluvial fans

### Major Use

Wildlife habitat

### Major Management Factors

**Rangeland**

*Suitability:* Good
*Dominant vegetation the potential plant community:* Western wheatgrass, nodding bromegrass, Arizona fescue, big sagebrush
*Potential annual production of air-dry vegetation:* 1,800 pounds per acre

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope

*Management considerations:*
- Short growing season limits crop selection

• The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Good

## 56—Ilex loam, 3 to 12 percent slopes

### *Setting*

*Landscape position:* Hills
*Parent material:* Kind—eolian material and residuum; source—sandstone and shale
*Native plant community:* Ponderosa pine, Gambel's oak, grasses
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Ilex soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 2 inches—reddish brown loam
2 to 22 inches—reddish brown and yellowish red clay loam
22 to 37 inches—light yellowish brown clay
37 to 60 inches—very pale brown to brownish yellow clay

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
• Nortez soils on hills
• Hesperus soils in drainageways
• Ormiston soils on hills

*Similar Inclusions*
• Granath soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation the potential plant community:* Ponderosa pine, Gambel's oak, Arizona fescue, western wheatgrass, mountain muhly
*Potential annual production of air-dry vegetation:* 1,500 pounds per acre

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope

*Management considerations:*
• The short growing season limits crop selection.
• The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Slope, shrink-swell, permeability

*Management considerations:*
• High shrink-swell potential should be considered in the design of structures.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.
• The design of septic systems should consider the slow permeability of the soil.

## 57—Ilex loam, 12 to 25 percent slopes

### *Setting*

*Landscape position:* Hills
*Parent material:* Kind—eolian material and residuum; source—sandstone and shale
*Native plant community:* Ponderosa pine, Gambel's oak, grasses
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Ilex soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 2 inches—reddish brown loam
2 to 22 inches—reddish brown and yellowish red clay loam
22 to 37 inches—light yellowish brown clay
37 to 60 inches—very pale brown to brownish yellow clay

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
- Nortez soils on hills
- Hesperus soils in drainageways
- Ormiston soils on hills

*Similar Inclusions*
- Granath soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation the potential plant community:* Ponderosa pine, Gambel's oak, Arizona fescue, western wheatgrass, mountain muhly
*Potential annual production of air-dry vegetation:* 1,500 pounds per acre
*Soil-related factors:* Slope

*Management considerations:*
- Steep slopes limit livestock use to areas of less slope.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, shrink-swell, permeability

*Management considerations:*
- High shrink-swell potential should be considered in the design of structures.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.
- Slope may limit septic system design.
- The design of septic systems should consider the slow permeability of the soil.

## 58—Ilex-Granath complex, 2 to 6 percent slopes

### *Setting*

*Landscape position:* Hills
*Parent material:* Kind—eolian material and residuum; source—sandstone and shale
*Native plant community:* Grasses and scattered shrubs
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Ilex soil and similar inclusions: 60 percent
Granath soil and similar inclusions: 25 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Ilex soil*

*Landscape position:* Hills
*Slope range:* 2 to 6 percent
*Parent material:* Kind—eolian material and residuum; source—sandstone and shale

### *Typical Profile*

0 to 2 inches—reddish brown loam
2 to 22 inches—reddish brown and yellowish red clay loam
22 to 37 inches—light yellowish brown clay
37 to 60 inches—very pale brown to brownish yellow clay

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Characteristics of the Granath soil*

*Landscape position:* Hills
*Slope range:* 2 to 6 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 1 inch—slightly decomposed leaves
1 to 14 inches—grayish brown and brown loam
14 to 60 inches—reddish brown and light reddish brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Nortez soils on hills
- Ormiston soils on hills

*Similar Inclusions*
- Hesperus and Fughes soils in drainageways

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation the potential plant community on the Ilex soil:* Western wheatgrass, Arizona fescue, black sagebrush, Gambel's oak, prairie junegrass
*Dominant vegetation the potential plant community on the Granath soil:* Gambel's oak, western wheatgrass, big sagebrush, Arizona fescue, mountain muhly, snowberry
*Potential annual production of air-dry vegetation on the Ilex soil:* 1,100 pounds per acre
*Potential annual production of air-dry vegetation on the Granath soil:* 1,400 pounds per acre

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Permeability

*Management considerations:*
- The short growing season limits crop selection.
- Slow permeability should be considered in irrigation design.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Shrink-swell, permeability

*Management considerations:*
- High shrink-swell potential should be considered in the design of structures.
- The design of septic systems should consider the slow permeability of the soil.

## 59—Ilex-Granath complex, 6 to 12 percent slopes

### *Setting*

*Landscape position:* Hills
*Parent material:* Kind—eolian material and residuum; source—sandstone and shale
*Native plant community:* Grasses and scattered shrubs
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Ilex soil and similar inclusions: 60 percent
Granath soil and similar inclusions: 25 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Ilex soil*

*Landscape position:* Hills
*Slope range:* 6 to 12 percent
*Parent material:* Kind—eolian material and residuum; source—sandstone and shale

### *Typical Profile*

0 to 2 inches—reddish brown loam
2 to 22 inches—reddish brown and yellowish red clay loam
22 to 37 inches—light yellowish brown clay
37 to 60 inches—very pale brown to brownish yellow clay

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Characteristics of the Granath soil*

*Landscape position:* Hills
*Slope range:* 6 to 12 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 1 inch—slightly decomposed leaves
1 to 14 inches—grayish brown and brown loam
14 to 60 inches—reddish brown and light reddish brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Nortez soils on hills
- Ormiston soils on hills and mesas

*Similar Inclusions*
- Hesperus and Fughes soils in drainageways

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

#### Rangeland

*Suitability:* Good
*Dominant vegetation the potential plant community on the Ilex soil:* Western wheatgrass, Gambel's oak, black sagebrush, Arizona fescue, prairie junegrass
*Dominant vegetation the potential plant community on the Granath soil:* Gambel's oak, western wheatgrass, Arizona fescue, mountain muhly, snowberry, big sagebrush
*Potential annual production of air-dry vegetation on the Ilex soil:* 1,100 pounds per acre
*Potential annual production of air-dry vegetation on the Granath soil:* 1,400 pounds per acre

#### Cropland

*Suitability:* Poor
*Soil-related factors:* Slope, permeability

*Management considerations:*
- Slow infiltration should be considered in irrigation design.
- The short growing season limits crop selection.
- The steep slopes should be managed to prevent excessive erosion.

#### Building Site Development

*Suitability:* Poor
*Soil-related factors:* Shrink-swell, slope, permeability

*Management considerations:*
- High shrink-swell potential should be considered in the design of structures.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.
- The design of septic systems should consider the slow permeability of the soil.

## 60—Ilex-Pramiss-Falconry complex, 3 to 20 percent slopes

### *Setting*

*Landscape position:* Hills and ridges
*Parent material:* Kind—reworked eolian material, slope alluvium, and residuum; source—sandstone and shale
*Native plant community:* Grasses, shrubs, and scattered ponderosa pine
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Ilex soil and similar inclusions: 35 percent
Pramiss soil and similar inclusions: 30 percent

Falconry soil and similar inclusions: 20 percent
Contrasting inclusions: 15 percent

### Characteristics of the Ilex soil

*Landscape position:* Hills
*Slope range:* 3 to 20 percent
*Parent material:* Kind—eolian material and residuum; source—sandstone and shale

### Typical Profile

0 to 2 inches—reddish brown stony loam
2 to 22 inches—reddish brown and yellowish red clay loam
22 to 37 inches—light yellowish brown clay
37 to 60 inches—very pale brown to brownish yellow clay

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### Characteristics of the Pramiss soil

*Landscape position:* Hills and ridges
*Slope range:* 3 to 20 percent
*Parent material:* Kind—slope alluvium, residuum, and reworked eolian material; source—sandstone and shale

### Typical Profile

0 to 3 inches—brown very stony loam
3 to 8 inches—brown clay loam
8 to 16 inches—reddish brown clay
16 to 22 inches—light reddish brown clay
22 to 31 inches—pink clay
31 inches—soft sandstone and shale

### Soil Properties

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* High

### Characteristics of the Falconry soil

*Landscape position:* Hills and ridges
*Slope range:* 3 to 20 percent
*Parent material:* Kind—slope alluvium and residuum; source—sandstone

### Typical Profile

0 to 1 inch—slightly decomposed leaves and pine needles
1 to 5 inches—very dark gray gravelly fine sandy loam
5 to 14 inches—grayish brown gravelly sandy loam
14 inches—hard Dakota Sandstone

### Soil Properties

*Depth class:* Shallow
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Very low
*Potential rooting depth:* 10 to 20 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Included Areas

*Contrasting Inclusions*
- Rock outcrop
- Ormiston soils on hills

*Similar Inclusions*
- Nortez soils on hills
- Granath soils on hills

### Major Uses

Wildlife habitat and livestock grazing

### Major Management Factors

**Rangeland**

*Suitability:* Fair
*Dominant vegetation the potential plant community on the Ilex soil:* Western wheatgrass, big sagebrush, Arizona fescue, mountain muhly, snowberry
*Dominant vegetation the potential plant community on the Pramiss soil:* Ponderosa pine, Arizona fescue, prairie junegrass, western wheatgrass
*Dominant vegetation the potential plant community on the Falconry soil:* Gambel's oak, Ponderosa pine, mountain muhly, mountain mahogany
*Potential annual production of air-dry vegetation on the Ilex soil:* 1,500 pounds per acre

*Potential annual production of air-dry vegetation on the Pramiss soil:* 800 pounds per acre
*Potential annual production of air-dry vegetation on the Falconry soil:* 650 pounds per acre

*Management considerations:*
• Surface stones limit equipment use.
• Low available water capacity limits forage production.
• Past logging activities have significantly changed the potential plant community in some areas.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, depth, stones

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, shrink-swell, slope, permeability

*Management considerations:*
• High shrink-swell potential should be considered in the design of structures.
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Low strength may limit load carrying capacity of the soil and should be considered in structure design.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.
• The design of septic systems should consider the slow permeability of the soil.

## 61—Ilex-Pramiss-Granath complex, 2 to 9 percent slopes

### *Setting*

*Landscape position:* Hills and alluvial fans
*Parent material:* Kind—slope alluvium, residuum, colluvium, and eolian material; source—sandstone and shale
*Native plant community:* Gambel's oak and grasses
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Ilex soil and similar inclusions: 35 percent
Pramiss soil and similar inclusions: 30 percent
Granath soil and similar inclusions: 20 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Ilex soil*

*Landscape position:* Hills
*Slope range:* 2 to 9 percent
*Parent material:* Kind—eolian material and residuum; source—sandstone

### *Typical Profile*

0 to 2 inches—reddish brown loam
2 to 22 inches—reddish brown and yellowish red clay loam
22 to 37 inches—light yellowish brown clay
37 to 60 inches—very pale brown to brownish yellow clay

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Characteristics of the Pramiss soil*

*Landscape position:* Hills
*Slope range:* 2 to 9 percent
*Parent material:* Kind—slope alluvium; source—sandstone and shale

### *Typical Profile*

0 to 3 inches—brown loam
3 to 8 inches—brown clay loam
8 to 16 inches—reddish brown clay
16 to 22 inches—light reddish brown clay
22 to 31 inches—pink clay
31 inches—soft sandstone and shale

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Characteristics of the Granath soil*

*Landscape position:* Alluvial fans and hills

*Slope range:* 2 to 9 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 1 inch—slightly decomposed leaves
1 to 14 inches—grayish brown and brown loam
14 to 60—reddish brown and light reddish brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* More than 60 inches
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Ormiston soils on hills
- Falconry soils on hills

*Similar Inclusions*
- Nortez soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation the potential plant community on the Ilex and Pramiss soils are: Western wheatgrass, Gambel's oak, Arizona fescue, black sagebrush, prairie junegrass*
*Dominant vegetation the potential plant community on the Granath soil:* Gambel's oak, big sagebrush, Arizona fescue, mountain muhly, snowberry
*Potential annual production of air-dry vegetation on the Ilex soil:* 1,100 pounds per acre
*Potential annual production of air-dry vegetation on the Pramiss soil:* 900 pounds per acre
*Potential annual production of air-dry vegetation on the Granath soil:* 1,400 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
- Low available water capacity limits forage production.
- Past logging activities have significantly changed the potential plant community in some areas.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Depth, permeability

*Management considerations:*
- Low available water capacity limits crop production.
- The short growing season limits crop selection.
- Depth to bedrock should be considered in making cuts and fills.
- Slow permeability should be considered in irrigation design.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Shrink-swell, slope, depth

*Management considerations:*
- High shrink-swell potential should be considered in the design of structures.
- Depth to bedrock may limit excavations.
- The design of septic systems should consider the slow permeability of the soil.

## 62—Irak loam, 0 to 3 percent slopes

### *Setting*

*Landscape position:* Draws and drainageways
*Parent material:* Kind—alluvium; source—reworked eolian material
*Native plant community:* Grasses and sedges
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Irak soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 8 inches—reddish brown loam
8 to 60 inches—reddish brown loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Somewhat poorly drained
*Permeability:* Moderate
*Available water capacity:* High
*Potential rooting depth:* 12 to 36 inches
*Water table:* 12 to 48 inches
*Flooding:* Rare

*Runoff:* Low
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### Included Areas

*Contrasting Inclusions*
- Sideshow soils on alluvial fans
- Ackmen soils in drainageways

*Similar Inclusions*
- Mikett soils on alluvial fans and in drainageways

### Major Uses

Livestock grazing and cropland

### Major Management Factors

**Rangeland**

*Suitability:* Good
*Dominant vegetation the potential plant community:* Alkali sacaton, western wheatgrass, inland saltgrass, sedges
*Potential annual production of air-dry vegetation:* 2,500 pounds per acre

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Water table

*Management considerations:*
- A high water table limits crop selection.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Water table, flooding

*Management considerations:*
- The hazard of flooding limits the suitability of this unit for use as a building site.
- The presence of a high water table seriously affects development.

## 63—Jemco-Detra-Beje complex, 1 to 15 percent slopes

### Setting

*Landscape position:* Hills, mesas, and ridges
*Parent material:* Kind—residuum, slope alluvium, and eolian material; source—sandstone
*Native plant community:* Ponderosa pine and Gambel's oak woodland
*Elevation:* 7,800 to 8,500 feet
*Mean annual temperature:* 41 to 46 degrees F
*Mean annual precipitation:* 18 to 20 inches
*Frost-free period:* 80 to 100 days

### Composition

Jemco soil and similar inclusions: 40 percent
Detra soil and similar inclusions: 30 percent
Beje soil and similar inclusions: 20 percent
Contrasting inclusions: 10 percent

### Characteristics of the Jemco soil

*Landscape position:* Hills and mesas
*Slope range:* 1 to 15 percent
*Parent material:* Kind—eolian material and residuum; source—sandstone

### Typical Profile

0 to 7 inches—brown silt loam
7 to 14 inches—light reddish brown loam
14 to 22 inches—brown loam
22 to 39 inches—reddish brown or yellowish red clay loam
39 inches—hard sandstone

### Soil Properties

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Characteristics of the Detra soil

*Landscape position:* Hills and mesas
*Slope range:* 1 to 15 percent
*Parent material:* Kind—slope alluvium and eolian material over residuum; source—sandstone

### Typical Profile

0 to 16 inches—dark brown loam
16 to 43 inches—brown loam
43 to 51 inches—reddish brown clay loam
51 to 57 inches—yellowish red sandy clay loam
57 inches—sandy shale

### Soil Properties

*Depth class:* Deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High

*Potential rooting depth:* 40 to 60 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Characteristics of the Beje soil*

*Landscape position:* Hills, ridges, and mesas
*Slope range:* 1 to 15 percent
*Parent material:* Kind—residuum and slope alluvium; source—sandstone

### *Typical Profile*

0 to 2 inches—brown loam
2 to 14 inches—brown loam and clay loam
14 inches—hard sandstone

### *Soil Properties*

*Depth class:* Shallow
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Very low
*Potential rooting depth:* 10 to 20 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Nortez soils on hills
- Granath soils on hills
- Hesperus soils in drainageways

*Similar Inclusions*
- Falconry soils on hills

### *Major Uses*

Livestock grazing, wildlife habitat, and woodland

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation the potential plant community on this unit:* Ponderosa pine, juniper, Gambel's oak, Arizona fescue, snowberry
*Potential annual production of air-dry vegetation on the Jemco soil:* 900 pounds per acre
*Potential annual production of air-dry vegetation on the Detra soil:* 1,400 pounds per acre
*Potential annual production of air-dry vegetation on the Beje soil:* 1,300 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
- Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Depth, slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, slope

*Management considerations:*
- Depth to bedrock may limit excavations.
- The presence of shallow bedrock may adversely affect septic systems.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.
- Slope may limit septic system design.

## 64—Lazear-Rock outcrop complex, 12 to 65 percent slopes

### *Setting*

*Landscape position:* Mesas
*Parent material:* Kind—residuum; source—sandstone and shale
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 7,600 to 7,800 feet
*Mean annual temperature:* 47 to 50 degrees F
*Mean annual precipitation:* 16 to 18 inches
*Frost-free period:* 110 to 120 days

### *Composition*

Lazear soil and similar inclusions: 50 percent
Rock outcrop and similar inclusions: 30 percent
Contrasting inclusions: 20 percent

### *Characteristics of the Lazear soil*

*Landscape position:* Mesas
*Slope range:* 12 to 40 percent
*Parent material:* Kind—residuum; source—sandstone

### *Typical Profile*

0 to 5 inches—brown very stony loam
5 to 8 inches—light yellowish brown loam
8 to 15 inches—very pale brown loam
15 inches—hard sandstone

### *Soil Properties*

*Depth class:* Shallow
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Very low
*Potential rooting depth:* 10 to 20 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### *Characteristics of the Rock outcrop*

*Landscape position:* Mesas
*Slope range:* 12 to 65 percent
*Parent material:* Kind—residuum; source—sandstone and shale

Rock outcrop consists of barren rock that occurs as ledges and nearly vertical cliffs of sandstone. Rock outcrop also includes areas where the depth to bedrock is less than 4 inches.

### *Included Areas*

*Contrasting Inclusions*
• Pulpit soils on mesas
• Dolcan soils on hills

*Similar Inclusions*
• Gladel soils on mesas

### *Major Uses*

Wildlife habitat and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation the potential plant community on this unit:* Pinyon, juniper, mountain mahogany, western wheatgrass, muttongrass
*Potential annual production of air-dry vegetation on the Lazear soil:* 500 pounds per acre
*Soil-related factors:* Depth, slope

*Management considerations:*
• Low available water capacity limits forage production.
• Steep slopes limit livestock use to areas of less slope.
• Surface stones limit equipment use.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Depth, slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, slope

*Management considerations:*
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 65—Lillings silt loam, sodic, 1 to 3 percent slopes

### *Setting*

*Landscape position:* Alluvial fans, terraces, and flood plains
*Parent material:* Kind—alluvium; source—shale
*Native plant community:* Greasewood and sagebrush
*Elevation:* 5,800 to 6,300 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Lillings, sodic soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 2 inches—pale brown silt loam
2 to 29 inches—light gray and light brownish gray silty clay loam
29 to 60 inches—pale brown and brown silt loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* Rare
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
• Zyme soils on knobs
• Sideshow soils on terraces
• Ramper soils on alluvial fans

• Mikim soils on alluvial fans

*Similar Inclusions*
• Lillings soils on terraces

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation the potential plant community:* Alkali sacaton, greasewood, western wheatgrass, big sagebrush, galleta, fourwing saltbush
*Potential annual production of air-dry vegetation:* 600 pounds per acre
*Soil-related factors:* Excess salts, excess alkalinity

*Management considerations:*
• The presence of high salt concentrations adversely affects forage production.
• Low annual precipitation limits forage production.
• Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Excess salts, excess alkalinity

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Flooding, corrosivity, low strength

*Management considerations:*
• The hazard of flooding limits the suitability of this unit for use as a building site.
• Some areas are severely gullied and are no longer subject to flooding.
• Special consideration of building material is needed to compensate for possible corrosion from the saline-alkaline conditions.
• Low strength may limit load carrying capacity of the soil and should be considered in structure design.

## 66—Lillings silty clay loam, 1 to 3 percent slopes

### *Setting*

*Landscape position:* Alluvial fans, flood plains, and terraces
*Parent material:* Kind—alluvium; source—shale
*Native plant community:* Greasewood and sagebrush
*Elevation:* 5,800 to 6,300 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Lillings soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 2 inches—pale brown silty clay loam
2 to 29 inches—light gray and light brownish gray silty clay loam
29 to 60 inches—pale brown and brown silt loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* Rare
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
• Zyme soils on knobs
• Sideshow soils on terraces
• Mikim soils on alluvial fans
• Ramper soils on alluvial fans

*Similar Inclusions*
• Lillings silt loam, sodic, on terraces

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation the potential plant community:* Alkali sacaton, greasewood, western wheatgrass, big sagebrush, galleta, fourwing saltbush
*Potential annual production of air-dry vegetation:* 700 pounds per acre
*Soil-related factors:* Excess salt

*Management considerations:*
• The presence of high salt concentrations adversely affects forage production.
• Low annual precipitation limits forage production.

• Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Excess salts

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Flooding, corrosivity, low strength

*Management considerations:*
• The hazard of flooding limits the suitability of this unit for use as a building site.
• Some areas are severely gullied and are no longer subject to flooding.
• Special consideration of building material is needed to compensate for possible corrosion from the saline-alkaline conditions.
• Low strength may limit load carrying capacity of the soil and should be considered in structure design.

## 67—Lillings silty clay loam, 3 to 6 percent slopes

### *Setting*

*Landscape position:* Alluvial fans, terraces, and flood plains
*Parent material:* Kind—alluvium; source—shale
*Native plant community:* Greasewood and sagebrush
*Elevation:* 5,800 to 6,300 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Lillings soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 2 inches—pale brown silty clay loam
2 to 29 inches—light gray and light brownish gray silty clay loam
29 to 60 inches—pale brown and brown silt loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* Rare
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
• Zyme soils on knobs
• Sideshow soils on terraces
• Mikim soils on alluvial fans
• Ramper soils on alluvial fans

*Similar Inclusions*
• Lillings silt loam, sodic, on terraces

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation the potential plant community:* Alkali sacaton, greasewood, western wheatgrass, big sagebrush, galleta, fourwing saltbush
*Potential annual production of air-dry vegetation:* 700 pounds per acre
*Soil-related factors:* Excess salt

*Management considerations:*
• The presence of high salt concentrations adversely affects forage production.
• Low annual precipitation limits forage production.
• Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Excess salts

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Flooding, corrosivity, low strength

*Management considerations:*
• The hazard of flooding limits the suitability of this unit for use as a building site.
• Some areas are severely gullied and are no longer subject to flooding.
• Special consideration of building material is needed to compensate for possible corrosion from the saline-alkaline conditions.
• Low strength may limit load carrying capacity of the soil and should be considered in structure design.

## 68—Longburn-Rock outcrop complex, 10 to 45 percent slopes

### *Setting*

*Landscape position:* Mesas
*Parent material:* Kind—colluvium and residuum; source—sandstone and shale
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 6,800 to 7,800 feet
*Mean annual temperature:* 47 to 50 degrees F
*Mean annual precipitation:* 16 to 19 inches
*Frost-free period:* 130 to 150 days

### *Composition*

Longburn soil and similar inclusions: 65 percent
Rock outcrop and similar inclusions: 20 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Longburn soil*

*Landscape position:* Mesas
*Slope range:* 10 to 45 percent
*Parent material:* Kind—colluvium and residuum; source—sandstone

### *Typical Profile*

0 to 1 inch—brown cobbly fine sandy loam
1 to 4 inches—brown very cobbly fine sandy loam
4 to 17 inches—brown very cobbly clay loam
17 inches—hard Cliffhouse Sandstone

### *Soil Properties*

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Very low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low
*Landscape position:* Mesas
*Slope range:* 10 to 45 percent
*Parent material:* Kind—residuum; source—sandstone and shale

Rock outcrop consists of barren rock that occurs as ledges and nearly vertical cliffs of sandstone. Rock outcrop also includes areas where the depth to bedrock is less than 4 inches.

### *Included Areas*

*Contrasting Inclusions*
• Roubideau soils on mesas

*Similar Inclusions*
• Arabrab soils on mesas
• Stephouse soils on mesas

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation the potential plant community on this unit:* Pinyon, juniper, muttongrass, Indian ricegrass
*Potential annual production of air-dry vegetation on the Longburn soil:* 600 pounds per acre
*Soil-related factors:* Depth, slope

*Management considerations:*
• Low available water capacity limits forage production.
• Steep slopes limit livestock use to areas of less slope.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, depth, stones

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, slope

*Management considerations:*
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.

## 69—Longburn-Rock outcrop complex, 45 to 80 percent slopes

### *Setting*

*Landscape position:* Canyons
*Parent material:* Kind—colluvium and residuum; source—sandstone

*Native plant community:* Pinyon and juniper woodland
*Elevation:* 6,800 to 7,800 feet
*Mean annual temperature:* 47 to 50 degrees F
*Mean annual precipitation:* 16 to 19 inches
*Frost-free period:* 130 to 150 days

### *Composition*

Longburn soil and similar inclusions: 50 percent
Rock outcrop and similar inclusions: 30 percent
Contrasting inclusions: 20 percent

### *Characteristics of the Longburn soil*

*Landscape position:* Canyons
*Slope range:* 45 to 80 percent
*Parent material:* Kind—colluvium and residuum; source—sandstone

### *Typical Profile*

0 to 1 inch—dark brown cobbly fine sandy loam
1 to 4 inches—dark brown very cobbly fine sandy loam
4 to 17 inches—brown very cobbly clay loam
17 inches—hard Cliffhouse Sandstone

### *Soil Properties*

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Very low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Characteristics of the Rock outcrop*

*Landscape position:* Canyons
*Slope range:* 45 to 80 percent
*Parent material:* Kind—residuum; source—sandstone and shale

Rock outcrop consists of barren rock that occurs as ledges and nearly vertical cliffs of sandstone. Rock outcrop also includes areas where the depth to bedrock is less than 4 inches.

### *Included Areas*

*Contrasting Inclusions*
• Stephouse soils on mesas

*Similar Inclusions*
• Arabrab soils on mesas

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation the potential plant community on this unit:* Pinyon, juniper, muttongrass, Indian ricegrass
*Potential annual production of air-dry vegetation on the Longburn soil:* 600 pounds per acre
*Soil-related factors:* Depth, slope

*Management considerations:*
• Low available water capacity limits forage production.
• Steep slopes limit livestock use to areas of less slope.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, depth

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, slope

*Management considerations:*
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.

## 70—Mack fine sandy loam, 0 to 6 percent slopes

### *Setting*

*Landscape position:* Terraces, alluvial fans, and mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Desert shrubs and grasses
*Elevation:* 5,000 to 5,700 feet
*Mean annual temperature:* 52 to 56 degrees F
*Mean annual precipitation:* 8 to 10 inches
*Frost-free period:* 135 to 160 days

### *Composition*

Mack soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### Typical Profile

0 to 13 inches—yellowish red fine sandy loam
13 to 33 inches—yellowish red and light reddish brown sandy clay loam
33 to 60 inches—light gray sandy clay loam

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Included Areas

*Contrasting Inclusions*
- Farb soils on mesas and in canyons
- Uzacol soils on hills
- Sheppard soils on terraces and dunes
- Rock outcrop

*Similar Inclusions*
- Recapture soils on mesas and alluvial fans

### Major Uses

Livestock grazing and wildlife habitat

### Major Management Factors

#### Rangeland

*Suitability:* Fair
*Dominant vegetation the potential plant community:* Alkali sacaton, galleta, Indian ricegrass, greasewood, fourwing saltbush, shadscale
*Potential annual production of air-dry vegetation:* 700 pounds per acre

*Management considerations:*
- Low annual precipitation limits forage production.

#### Cropland

*Suitability:* Good

*Management considerations:*
- Low annual precipitation limits cropping systems.

#### Building Site Development

*Suitability:* Good

## 71—Mikett clay loam, saline-sodic, 0 to 3 percent slopes

### Setting

*Landscape position:* Alluvial fans and drainageways
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Saltgrass and sedges
*Elevation:* 5,400 to 6,500 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 13 inches
*Frost-free period:* 120 to 135 days

### Composition

Mikett soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### Typical Profile

0 to 8 inches—light brownish gray clay loam
8 to 60 inches—light brownish gray clay loam

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Somewhat poorly drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 12 to 60 inches
*Water table:* 12 to 36 inches
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Included Areas

*Contrasting Inclusions*
- Mikim soils on alluvial fans
- Zigzag soils on hills
- Sideshow soils on alluvial fans
- Ramper soils on alluvial fans

*Similar Inclusions*
- Sideslide soils on alluvial fans

### Major Uses

Cropland and livestock grazing

### Major Management Factors

#### Rangeland

*Suitability:* Fair

*Dominant vegetation the potential plant community:* Alkali sacaton, inland saltgrass, western wheatgrass, greasewood, sedges, Baltic rush
*Potential annual production of air-dry vegetation:* 1,600 pounds per acre
*Soil-related factors:* Water table, salinity

*Management considerations:*
• The presence of high salt concentrations adversely affects forage production.
• Low annual precipitation limits forage production.
• Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Salinity, water table

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Water table, corrosion

*Management considerations:*
• Special consideration of building material is needed to compensate for possible corrosion from the saline-alkaline conditions.
• The presence of a high water table seriously affects development.

## 72—Mikett clay loam, 0 to 3 percent slopes

### *Setting*

*Landscape position:* Alluvial fans and drainageways
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Greasewood, sedges, and saltgrass
*Elevation:* 5,400 to 6,500 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Mikett soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 8 inches—light brownish gray clay loam
8 to 60 inches—light brownish gray clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Somewhat poorly drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 12 to 60 inches
*Water table:* 36 to 60 inches
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
• Mikim soils on alluvial fans
• Zigzag soils on hills
• Sideshow soils on alluvial fans

*Similar Inclusions*
• Ramper soils on alluvial fans

### *Major Uses*

Cropland and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation the potential plant community:* Alkali sacaton, inland saltgrass, greasewood, western wheatgrass, sedges, fourwing saltbush
*Potential annual production of air-dry vegetation:* 1,600 pounds per acre
*Soil-related factors:* Water table, salinity

*Management considerations:*
• The presence of high salt concentrations adversely affects forage production.
• Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Salinity, high water table

*Management considerations:*
• The presence of high salt concentrations adversely affects crop production.
• A high water table limits crop selection.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Water table, corrosion

*Management considerations:*
• Special consideration of building material is needed to compensate for possible corrosion from the saline-alkaline conditions.

• The presence of a high water table seriously affects development.

## 73—Mikim clay loam, 1 to 3 percent slopes

### *Setting*

*Landscape position:* Alluvial fans, valleys and drainageways
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,000 to 6,400 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 11 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Mikim soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 3 inches—brown clay loam
3 to 15 inches—brown clay loam
15 to 32 inches—brown stratified fine sandy loam to clay loam
32 to 60 inches—brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
• Mikett soils on alluvial fans
• Zigzag soils on hills
• Sideshow soils on alluvial fans

*Similar Inclusions*
• Ramper soils on alluvial fans

### *Major Uses*

Cropland and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation the potential plant community:* Alkali sacaton, galleta, western wheatgrass, big sagebrush, fourwing saltbush
*Potential annual production of air-dry vegetation:* 625 pounds per acre
*Soil-related factors:* Salinity

*Management considerations:*
• Low annual precipitation limits forage production.
• Brush control may be needed to maintain forage production.
• The presence of salt concentrations may adversely affect forage production.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Salinity

*Management considerations:*
• The presence of salt concentrations may adversely affect crop production.
• Low annual precipitation limits cropping systems.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Corrosivity

*Management considerations:*
• Special consideration of building material is needed to compensate for possible corrosion from the saline-alkaline conditions.

## 74—Mikim clay loam, sodic, 0 to 3 percent slopes

### *Setting*

*Landscape position:* Alluvial fans, valleys, and drainageways
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Greasewood and grasses
*Elevation:* 6,000 to 6,400 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 11 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Mikim soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 3 inches—brown clay loam
3 to 15 inches—brown clay loam
15 to 32 inches—brown stratified fine sandy loam to clay loam
32 to 60 inches—brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
• Mikett soils on alluvial fans
• Zigzag soils on hills
• Sideshow soils on alluvial fans

*Similar Inclusions*
• Ramper soils on alluvial fans

### *Major Use*

Livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation the potential plant community:* Alkali sacaton, galleta, greasewood, fourwing saltbush, big sagebrush, western wheatgrass
*Potential annual production of air-dry vegetation:* 475 pounds per acre
*Soil-related factors:* Salinity

*Management considerations:*
• The presence of high salt concentrations adversely affects forage production.
• Low annual precipitation limits forage production.
• Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Salinity, alkalinity

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Corrosion

*Management considerations:*
• Special consideration of building material is needed to compensate for possible corrosion from the saline-alkaline conditions.

## 75—Mikim loam, 3 to 6 percent slopes

### *Setting*

*Landscape position:* Alluvial fans, valleys, and drainageways
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,000 to 6,400 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 11 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Mikim soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 3 inches—brown loam
3 to 15 inches—brown clay loam
15 to 32 inches—brown stratified fine sandy loam to clay loam
32 to 60 inches—brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
• Mikett soils on alluvial fans
• Zigzag soils on hills
• Sideshow soils on alluvial fans

*Similar Inclusions*
• Ramper soils on alluvial fans

### *Major Uses*

Cropland and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation the potential plant community:* Alkali sacaton, galleta, western wheatgrass, big sagebrush, fourwing saltbush
*Potential annual production of air-dry vegetation:* 625 pounds per acre
*Soil-related factors:* Salinity

*Management considerations:*
• The presence of salt concentrations may adversely affect forage production.
• Low annual precipitation limits forage production.
• Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Salinity

*Management considerations:*
• The presence of salt concentrations may adversely affect crop production.
• Low annual precipitation limits cropping systems.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Corrosion

*Management considerations:*
• Special consideration of building material is needed to compensate for possible corrosion from the saline-alkaline conditions.

## 76—Morefield loam, 1 to 3 percent slopes

### *Setting*

*Landscape position:* Mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 6,800 to 7,800 feet
*Mean annual temperature:* 47 to 50 degrees F
*Mean annual precipitation:* 16 to 19 inches
*Frost-free period:* 130 to 150 days

### *Composition*

Morefield soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 2 inches—brown loam
2 to 8 inches—reddish brown clay loam
8 to 24 inches—reddish brown clay loam
24 to 58 inches—reddish brown clay loam
58 to 60 inches—yellowish red clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
• Stephouse soils on mesas
• Arabrab soils on mesas

*Similar Inclusions*
• Roubideau soils on mesas

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation the potential plant community:* Muttongrass, big sagebrush, Indian ricegrass, pinyon, Utah juniper, mountain mahogany, antelope bitterbrush
*Potential annual production of air-dry vegetation:* 1,000 pounds per acre

**Cropland**

*Suitability:* Good

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Shrink-swell

*Management considerations:*
• Moderate shrink-swell potential should be considered in the design of structures.

## 77—Morefield loam, 3 to 6 percent slopes

### *Setting*

*Landscape position:* Mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 6,800 to 7,800 feet
*Mean annual temperature:* 47 to 50 degrees F
*Mean annual precipitation:* 16 to 19 inches
*Frost-free period:* 130 to 150 days

### *Composition*

Morefield soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 2 inches—brown loam
2 to 8 inches—reddish brown loam
8 to 24 inches—reddish brown clay loam
24 to 58 inches—reddish brown loam
58 to 60 inches—yellowish red clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Stephouse soils on mesas
- Arabrab soils on mesas

*Similar Inclusions*
- Roubideau soils on mesas

### *Major Use*

Wildlife habitat

### *Major Management Factors*

#### Rangeland

*Suitability:* Good
*Dominant vegetation the potential plant community:* Muttongrass, big sagebrush, Indian ricegrass, pinyon, Utah juniper, antelope bitterbrush, mountain mahogany
*Potential annual production of air-dry vegetation:* 1,000 pounds per acre

#### Cropland

*Suitability:* Fair
*Soil-related factors:* Slope

*Management considerations:*
- The steep slopes should be managed to prevent excessive erosion.

#### Building Site Development

*Suitability:* Fair
*Soil-related factors:* Shrink-swell

*Management considerations:*
- Moderate shrink-swell potential should be considered in the design of structures.

## 78—Nortez-Granath complex, 0 to 6 percent slopes

### *Setting*

*Landscape position:* Hills
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Ponderosa pine, grasses and shrubs
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Nortez soil and similar inclusions: 45 percent
Granath soil and similar inclusions: 40 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Nortez soil*

*Landscape position:* Hills
*Slope range:* 0 to 6 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 2 inches—brown loam
2 to 6 inches—reddish brown clay loam
6 to 13 inches—reddish brown clay loam
13 to 31 inches—yellowish red clay
31 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained

*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Characteristics of the Granath soil*

*Landscape position:* Hills
*Slope range:* 0 to 6 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 1 inch—slightly decomposed leaves and pine needles
1 to 14 inches—grayish brown and brown loam
14 to 60 inches—reddish brown and light reddish brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Very high
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Ormiston soils on hills

*Similar Inclusions*
- Pramiss soils on hills
- Ilex soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation the potential plant community on the Nortez soil:* Arizona fescue, Parry oatgrass, mountain muhly, ponderosa pine, Gambel's oak, antelope bitterbrush
*Dominant vegetation the potential plant community on the Granath soil:* Big sagebrush, Arizona fescue, mountain muhly, western wheatgrass
*Potential annual production of air-dry vegetation on the Nortez soil:* 1,200 pounds per acre
*Potential annual production of air-dry vegetation on the Granath soil:* 1,600 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
- Low available water capacity limits forage production.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Depth, slope, permeability

*Management considerations:*
- Depth to bedrock should be considered in making cuts and fills.
- Low available water capacity limits crop production.
- Slow infiltration should be considered in irrigation design.
- The short growing season limits crop selection.
- The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, shrink-swell, permeability

*Management considerations:*
- High shrink-swell potential should be considered in the design of structures.
- Depth to bedrock may limit excavations.
- The design of septic systems should consider the slow permeability of the soil.

## 79—Northrim cobbly loam, 15 to 40 percent slopes

### *Setting*

*Landscape position:* Hills, canyons, and ridges
*Parent material:* Kind—colluvium; source—sandstone and shale
*Native plant community:* Gambel's oak and shrubs
*Elevation:* 7,800 to 8,300 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 17 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Northrim soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 2 inches—slightly decomposed oak leaves and twigs
2 to 9 inches—brown cobbly loam
9 to 22 inches—pale brown cobbly loam
22 to 40 inches—pale brown gravelly clay loam
40 to 60 inches—light yellowish brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
• Sheek soils on hills
• Archuleta soils on hills
• Rock outcrop

*Similar Inclusions*
• Tragmon soils on hills

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation the potential plant community:* Gambel's oak, juniper, serviceberry, western wheatgrass
*Potential annual production of air-dry vegetation:* 2,000 pounds per acre
*Soil-related factors:* Slope, stones

*Management considerations:*
• Steep slopes limit livestock use to areas of less slope.
• Surface stones limit equipment use.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, permeability

*Management considerations:*
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.
• Slow permeability should be considered in irrigation design.

## 80—Ormiston-Beje complex, 5 to 30 percent slopes

### *Setting*

*Landscape position:* Hills, ridges and mesas
*Parent material:* Kind—residuum, slope alluvium, and reworked eolian material; source—sandstone
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Ormiston soil and similar inclusions: 50 percent
Beje soil and similar inclusions: 35 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Ormiston soil*

*Landscape position:* Hills and mesas
*Slope range:* 5 to 25 percent
*Parent material:* Kind—residuum, slope alluvium, and eolian material; source—sandstone

### *Typical Profile*

0 to 7 inches—brown loam
7 to 32 inches—reddish brown stony and very stony clay loam
32 to 44 inches—pinkish white stony clay loam
44 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 40 to 60 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Characteristics of the Beje soil*

*Landscape position:* Hills and ridges
*Slope range:* 5 to 30 percent

*Parent material:* Kind—residuum and slope alluvium; source—sandstone

### *Typical Profile*

0 to 2 inches—brown loam
2 to 14 inches—brown loam
14 inches—hard sandstone

### *Soil Properties*

*Depth class:* Shallow
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Very low
*Potential rooting depth:* 10 to 20 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
• Nortez soils on hills
• Granath soils on hills
• Rock outcrop

*Similar Inclusions*
• Fivepine soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation the potential plant community on this unit:* Pinyon, Rocky Mountain juniper, mountain mahogany, muttongrass, Gambel's oak
*Potential annual production of air-dry vegetation on the Ormiston soil:* 1,000 pounds per acre
*Potential annual production of air-dry vegetation on the Beje soil:* 900 pounds per acre
*Soil-related factors:* Depth, slope, stones

*Management considerations:*
• Low available water capacity limits forage production.
• Steep slopes limit livestock use to areas of less slope.
• Surface stones limit equipment use.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, depth

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, permeability, slope

*Management considerations:*
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• The design of septic systems should consider the slow permeability of the soil.
• Slope may limit septic system design.

## 81—Ormiston-Fivepine complex, 0 to 15 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—residuum, slope alluvium, and eolian material; source—mixed
*Native plant community:* Ponderosa pine woodland
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 41 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Ormiston soil and similar inclusions: 50 percent
Fivepine soil and similar inclusions: 35 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Ormiston soil*

*Landscape position:* Hills and mesas
*Slope range:* 0 to 15 percent
*Parent material:* Kind—residuum, slope alluvium, and eolian material; source—mixed

### *Typical Profile*

0 to 7 inches—brown loam
7 to 32 inches—reddish brown stony and very stony clay loam
32 to 44 inches—pinkish white stony clay loam
44 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 40 to 60 inches
*Flooding:* None
*Runoff:* Very high

*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Characteristics of the Fivepine soil*

*Landscape position:* Hills and mesas
*Slope range:* 0 to 15 percent
*Parent material:* Kind—residuum and slope alluvium; source—sandstone

### *Typical Profile*

0 to 3 inches—reddish brown flaggy loam
3 to 12 inches—reddish brown flaggy clay loam
12 to 15 inches—yellowish red flaggy clay
15 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Shallow
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Very low
*Potential rooting depth:* 10 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Fughes soils in drainageways
- Granath soils on hills

*Similar Inclusions*
- Nortez soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

#### Rangeland

*Suitability:* Good
*Dominant vegetation the potential plant community on this unit:* Ponderosa pine, Gambel's oak, prairie junegrass, Utah serviceberry
*Potential annual production of air-dry vegetation on the Ormiston soil:* 1,200 pounds per acre
*Potential annual production of air-dry vegetation on the Fivepine soil:* 800 pounds per acre
*Soil-related factors:* Stones, depth

*Management considerations:*
- Low available water capacity limits forage production.
- Surface stones limit equipment use.

#### Cropland

*Suitability:* Unsuitable
*Soil-related factors:* Stones, depth, slope

#### Building Site Development

*Suitability:* Poor
*Soil-related factors:* Depth, permeability

*Management considerations:*
- Depth to bedrock may limit excavations.
- The presence of shallow bedrock may adversely affect septic systems.
- The design of septic systems should consider the slow permeability of the soil.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 82—Ormiston-Granath complex, 1 to 12 percent slopes

### *Setting*

*Landscape position:* Hills and mesas (fig. 3)
*Parent material:* Kind—reworked eolian material, residuum, and slope alluvium; source—sandstone
*Native plant community:* Gambel's oak and grasses
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Ormiston soil and similar inclusions: 50 percent
Granath soil and similar inclusions: 35 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Ormiston soil*

*Landscape position:* Hills and mesas
*Slope range:* 1 to 12 percent
*Parent material:* Kind—reworked eolian material, slope alluvium, and residuum; source—sandstone

### *Typical Profile*

0 to 3 inches—brown extremely stony loam
3 to 7 inches—brown very stony clay loam
7 to 32 inches—reddish brown stony and very stony clay loam
32 to 44 inches—pinkish white stony clay loam
44 inches—hard Dakota Sandstone



**Figure 3.—Typical area of the Ormiston-Granath complex, 1 to 12 percent slopes.**

### *Soil Properties*

*Depth class:* Deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 40 to 60 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Moderate

### *Characteristics of the Granath soil*

*Landscape position:* Hills and mesas
*Slope range:* 1 to 12 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 1 inch—slightly decomposed leaves
1 to 14 inches—grayish brown and brown loam
14 to 60 inches—reddish brown and light reddish brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
• Nortez soils on hills
• Rock outcrop

*Similar Inclusions*
• Ilex soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation the potential plant community on the Ormiston soil:* Western wheatgrass, Gambel's oak, needlegrass, black sagebrush, Utah serviceberry, Arizona fescue
*Dominant vegetation the potential plant community on the Granath soil:* Big sagebrush, mountain muhly, Arizona fescue, western wheatgrass
*Potential annual production of air-dry vegetation on the Ormiston soil:* 900 pounds per acre
*Potential annual production of air-dry vegetation on the Granath soil:* 1,600 pounds per acre
*Soil-related factors:* Stones

*Management considerations:*
• Surface stones limit equipment use.
• Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Stones

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, permeability, shrink-swell, slope

*Management considerations:*
• Moderate shrink-swell potential should be considered in the design of structures.
• Depth to bedrock may limit excavations.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• The design of septic systems should consider the slow permeability of the soil.

## 83—Ormiston-Nortez complex, 3 to 12 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—slope alluvium, residuum, and reworked eolian material; source—sandstone
*Native plant community:* Ponderosa pine, grasses, and Gambel's oak woodland
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Ormiston soil and similar inclusions: 45 percent
Nortez soil and similar inclusions: 40 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Ormiston soil*

*Landscape position:* Hills and mesas
*Slope range:* 3 to 12 percent
*Parent material:* Kind—residuum, slope alluvium, and reworked eolian material; source—sandstone

### *Typical Profile*

0 to 3 inches—brown extremely stony loam
3 to 7 inches—brown very stony clay loam
7 to 32 inches—reddish brown stony and very stony clay loam
32 to 44 inches—pinkish white stony clay loam
44 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 40 to 60 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Moderate

### *Characteristics of the Nortez soil*

*Landscape position:* Hills
*Slope range:* 3 to 12 percent

*Parent material:* Kind—reworked eolian material; source—sandstone

### *Typical Profile*

0 to 2 inches—brown loam
2 to 13 inches—reddish brown clay loam
13 to 31 inches—yellowish red clay
31 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
- Rock outcrop
- Granath soils on hills
- Ilex soils on hills

*Similar Inclusions*
- Pramiss soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation the potential plant community on the Ormiston soil:* Western wheatgrass, Arizona fescue, Gambel's oak, muttongrass, mountain muhly, slender wheatgrass
*Dominant vegetation the potential plant community on the Nortez soil:* Ponderosa pine, Gambel's oak, mountain muhly, Arizona fescue, antelope bitterbrush, Parry oatgrass
*Potential annual production of air-dry vegetation on the Ormiston soil:* 900 pounds per acre
*Potential annual production of air-dry vegetation on the Nortez soil:* 1,200 pounds per acre

*Management considerations:*
- Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Stones

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, shrink-swell, permeability, stones

*Management considerations:*
- High shrink-swell potential should be considered in the design of structures.
- Depth to bedrock may limit excavations.
- The presence of shallow bedrock may adversely affect septic systems.
- The design of septic systems should consider the slow permeability of the soil.
- Surface stones limit equipment use.

## 84—Payter sandy loam, 3 to 15 percent slopes

### *Setting*

*Landscape position:* Alluvial fans
*Parent material:* Kind—alluvium; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,500 to 6,800 feet
*Mean annual temperature:* 47 to 50 degrees F
*Mean annual precipitation:* 13 to 15 inches
*Frost-free period:* 110 to 125 days

### *Composition*

Payter soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 11 inches—brown and yellowish brown sandy loam
11 to 60 inches—grayish brown to yellowish brown sandy loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately rapid
*Available water capacity:* Moderate
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Included Areas

*Contrasting Inclusions*
- Umbarg soils on floodplains
- Wauquie soils on hills

*Similar Inclusions*
- Soft bedrock at 40 to 60 inches

### Major Uses

Livestock grazing and wildlife habitat

### Major Management Factors

**Rangeland**

*Suitability:* Good
*Dominant vegetation the potential plant community:* needleandthread, big sagebrush, western wheatgrass, blue grama
*Potential annual production of air-dry vegetation:* 1,200 pounds per acre

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope

*Management considerations:*
- The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Slope

*Management considerations:*
- Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 85—Pinacol loam, 1 to 12 percent slopes

### Setting

*Landscape position:* Mesas
*Parent material:* Kind—slope alluvium over outwash; source—mixed
*Native plant community:* Ponderosa pine woodland
*Elevation:* 7,800 to 8,200 feet
*Mean annual temperature:* 40 to 45 degrees F
*Mean annual precipitation:* 18 to 20 inches
*Frost-free period:* 80 to 115 days

### Composition

Pinacol soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### Typical Profile

0 to 7 inches—brown loam
7 to 11 inches—brown clay loam
11 to 21 inches—reddish brown gravelly clay
21 to 38 inches—reddish brown very cobbly or extremely cobbly clay
38 to 60 inches—strong brown and pinkish gray extremely cobbly sandy clay loam

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Included Areas

*Contrasting Inclusions*
- Ricot soils on mesas

*Similar Inclusions*
- Fardraw soils on mesas

### Major Uses

Livestock grazing and wildlife habitat

### Major Management Factors

**Rangeland**

*Suitability:* Good
*Dominant vegetation the potential plant community:* Ponderosa pine, Gambel's oak, Arizona fescue, prairie junegrass, mountain muhly, serviceberry, snowberry
*Potential annual production of air-dry vegetation:* 1,100 pounds per acre

*Management considerations:*
- Brush control may be needed to maintain forage production.
- Low available water capacity limits forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope

*Management considerations:*
- Low available water capacity limits crop production.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Shrink-swell, permeability
Brush control may be needed to maintain forage production.

*Management considerations:*
• Moderate shrink-swell potential should be considered in the design of structures.
• The design of septic systems should consider the slow permeability of the soil.

## 86—Pinacol loam, 12 to 40 percent slopes

### *Setting*

*Landscape position:* Hills
*Parent material:* Kind—slope alluvium over outwash; source—mixed
*Native plant community:* Ponderosa pine woodland
*Elevation:* 7,800 to 8,200 feet
*Mean annual temperature:* 40 to 45 degrees F
*Mean annual precipitation:* 18 to 20 inches
*Frost-free period:* 80 to 115 days

### *Composition*

Pinacol soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 7 inches—brown loam
7 to 11 inches—brown clay loam
11 to 21 inches—reddish brown gravelly clay
21 to 38 inches—reddish brown very cobbly or extremely cobbly clay
38 to 60 inches—strong brown and pinkish gray extremely cobbly sandy clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
• Ricot soils on hills

*Similar Inclusions*
• Fardraw soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation the potential plant community:* Ponderosa pine, Gambel's oak, Arizona fescue, prairie junegrass, mountain muhly, serviceberry
*Potential annual production of air-dry vegetation:* 1,100 pounds per acre
*Soil-related factors:* Slope

*Management considerations:*
• Brush control may be needed to maintain forage production.
• Steep slopes limit livestock use to areas of less slope.
• Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Stones, slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Shrink-swell, permeability, slope

*Management considerations:*
• Moderate shrink-swell potential should be considered in the design of structures.
• The design of septic systems should consider the slow permeability of the soil.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.

## 87—Pits

### *Setting*

*Landscape position:* Hills, terraces, and flood plains
*Parent material:* Kind—alluvium, colluvium, and residuum; source—mixed
*Native plant community:* Various
*Elevation:* 5,000 to 8,000 feet
*Mean annual temperature:* 43 to 56 degrees F
*Mean annual precipitation:* 8 to 20 inches
*Frost-free period:* 80 to 160 days

### Composition

*Characteristics of Pits*
*Slope range:* 6 to 60 percent

### Included Areas

Pits and similar inclusions: 95 percent
Contrasting inclusions: 5 percent

### Typical Profile

Variable

### Soil Properties

*Depth class:* Shallow to very deep
*Drainage class:* Well to poorly drained
*Permeability:* Slow to rapid
*Available water capacity:* Low to moderate
*Potential rooting depth:* 10 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate to severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate to high

### Included Areas

*Contrasting Inclusions*
• Areas of undisturbed soils

### Major Use

Aggregate source

### Major Management Factors

**Rangeland**

*Suitability:* Unsuitable
*Soil-related factors:* Depth, slope, stones

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Depth, slope, stones

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, depth

*Management considerations:*
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• The design of septic systems should consider the permeability of the soil.

## 88—Pogo loam, 0 to 2 percent slopes

### Setting

*Landscape position:* Flood plains and drainageways
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Cattails and sedges
*Elevation:* 5,400 to 7,400 feet
*Mean annual temperature:* 46 to 52 degrees F
*Mean annual precipitation:* 10 to 16 inches
*Frost-free period:* 100 to 135 days

### Composition

Pogo soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### Typical Profile

0 to 2 inches—dark grayish brown loam
2 to 60 inches—stratified light brownish gray to brown silty clay loam to fine sandy loam with yellowish red masses of iron accumulation

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Poorly drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 0 to 20 inches
*Flooding:* Frequent
*Runoff:* Medium
*Water table:* 0 to 18 inches
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### Included Areas

*Contrasting Inclusions*
• Ackmen soils in drainageways
• Wetherill soils on hills
• Sideshow soils on alluvial fans

*Similar Inclusions*
• Soils that have bedrock above 60 inches

### Major Use

Wildlife habitat

### Major Management Factors

**Rangeland**

*Suitability:* Poor
*Dominant vegetation the potential plant community:* Inland saltgrass, cattails, sedges, rushes

*Potential annual production of air-dry vegetation:* 3,000 pounds per acre
*Soil-related factors:* Wetness

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Water table

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Flooding, water table

*Management considerations:*
• The hazard of flooding limits the suitability of this unit for use as a building site.
• The presence of a high water table seriously affects development.

## 89—Pramiss very cobbly loam, 6 to 25 percent slopes

### *Setting*

*Landscape position:* Hills and ridges
*Parent material:* Kind—colluvium, residuum, and reworked eolian material; source—sandstone and shale
*Native plant community:* Sagebrush and grasses
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Pramiss soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 3 inches—brown very cobbly loam
3 to 8 inches—brown clay loam
8 to 16 inches—reddish brown clay
16 to 22 inches—light reddish brown clay
22 to 31 inches—pink clay
31 inches—soft calcareous sandstone and shale

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
• Granath soils on hills
• Ilex soils on hills
• Ormiston soils on hills

*Similar Inclusions*
• Nortez soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation the potential plant community:* Western wheatgrass, Arizona fescue, needlegrass, black sagebrush
*Potential annual production of air-dry vegetation:* 800 pounds per acre
*Soil-related factors:* Slope, depth

*Management considerations:*
• Past logging activities have significantly changed the *Potential plant community in some areas.*
• Low available water capacity limits forage production.
• Steep slopes limit livestock use to areas of less slope.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, depth, shrink-swell, permeability

*Management considerations:*
• High shrink-swell potential should be considered in the design of structures.
• Depth to bedrock may limit excavations.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.
• The design of septic systems should consider the slow permeability of the soil.

## 90—Pramiss-Granath complex, 3 to 9 percent slopes

### *Setting*

*Landscape position:* Hills
*Parent material:* Kind—slope alluvium, reworked eolian material, and residuum; source—shale and sandstone
*Native plant community:* Grasses and scattered shrubs
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Pramiss soil and similar inclusions: 45 percent
Granath soil and similar inclusions: 35 percent
Contrasting inclusions: 20 percent

### *Characteristics of the Pramiss soil*

*Landscape position:* Hills
*Slope range:* 3 to 9 percent
*Parent material:* Kind—slope alluvium, reworked eolian material, and residuum; source—shale and sandstone

### *Typical Profile*

0 to 3 inches—brown loam
3 to 8 inches—brown clay loam
8 to 16 inches—reddish brown clay
16 to 22 inches—light reddish brown clay
22 to 31 inches—pink clay
31 inches—soft calcareous sandstone and shale

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Characteristics of the Granath soil*

*Landscape position:* Hills
*Slope range:* 3 to 9 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 1 inch—slightly decomposed leaves
1 to 14 inches—grayish brown and brown loam
14 to 60 inches—reddish brown and light reddish brown clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
- Ormiston soils on hills
- Rock outcrop

*Similar Inclusions*
- Nortez soils on hills
- Ilex soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation the potential plant community on the Pramiss soil:* Arizona fescue, western wheatgrass, Gambel's oak, needlegrass, black sagebrush, mountain muhly
*Dominant vegetation the potential plant community on the Granath soil:* Arizona fescue, western wheatgrass, big sagebrush, mountain muhly
*Potential annual production of air-dry vegetation on the Pramiss soil:* 900 pounds per acre
*Potential annual production of air-dry vegetation on the Granath soil:* 1,600 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
- Past logging activities have significantly changed the potential plant community in some areas.
- Low available water capacity limits forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Depth, slope, permeability

*Management considerations:*
• Depth to bedrock should be considered in making cuts and fills.
• Low available water capacity limits crop production.
• The short growing season limits crop selection.
• The steep slopes should be managed to prevent excessive erosion.
• Slow permeability should be considered in irrigation design.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, shrink-swell, permeability

*Management considerations:*
• High shrink-swell potential should be considered in the design of structures.
• Depth to bedrock may limit excavations.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• The design of septic systems should consider the slow permeability of the soil.

## 91—Prater loam, 10 to 25 percent slopes

### *Setting*

*Landscape position:* Canyons, hills, and alluvial fans
*Parent material:* Kind—colluvium and alluvium; source—shale and sandstone
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 6,800 to 7,800 feet
*Mean annual temperature:* 47 to 50 degrees F
*Mean annual precipitation:* 16 to 19 inches
*Frost-free period:* 130 to 150 days

### *Composition*

Prater soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 1 inch—dark grayish brown loam
1 to 3 inches—brown clay loam
3 to 17 inches—yellowish brown clay loam
17 to 21 inches—light yellowish brown clay loam
21 to 37 inches—very pale brown clay
37 to 60 inches—light gray, light yellowish brown, and brown clay

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Moderate
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Severe
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
• Dolcan soils on hills
• Romberg soils on hills
• Rock outcrop

*Similar Inclusions*
• Sideshow soils on alluvial fans

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation the potential plant community on this unit:* Pinyon, juniper, Indian ricegrass, western wheatgrass, Gambel's oak, mountain mahogany
*Potential annual production of air-dry vegetation on the Prater soil:* 1,000 pounds per acre

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, permeability, shrink-swell

*Management considerations:*
• Moderate shrink-swell potential should be considered in the design of structures.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.
• The design of septic systems should consider the slow permeability of the soil.

## 92—Prater-Dolcan complex, 25 to 60 percent slopes

### *Setting*

*Landscape position:* Canyons, hills, and alluvial fans
*Parent material:* Kind—colluvium, residuum, and alluvium; source—sandstone and shale
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 6,800 to 7,800 feet
*Mean annual temperature:* 47 to 50 degrees F
*Mean annual precipitation:* 16 to 19 inches
*Frost-free period:* 130 to 150 days

### *Composition*

Prater soil and similar inclusions: 60 percent
Dolcan soil and similar inclusions: 25 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Prater soil*

*Landscape position:* Canyons, hills, and alluvial fans
*Slope range:* 25 to 60 percent
*Parent material:* Kind—colluvium and alluvium; source—shale and sandstone

### *Typical Profile*

0 to 1 inch—dark grayish brown loam
1 to 3 inches—brown clay loam
3 to 17 inches—yellowish brown clay loam
17 to 21 inches—light yellowish brown clay loam
21 to 37 inches—very pale brown clay
37 to 60 inches—light gray, light yellowish brown, and brown clay

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Moderate
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Severe
*Shrink-swell potential:* Moderate

### *Characteristics of the Dolcan soil*

*Landscape position:* Canyons and hills
*Slope range:* 25 to 60 percent
*Parent material:* Kind—colluvium and residuum; source—sandstone and shale

### *Typical Profile*

0 to 2 inches—brown extremely cobbly fine sandy loam
2 to 8 inches—brown cobbly clay loam
8 to 11 inches—reddish brown clay loam
11 inches—soft shale

### *Soil Properties*

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Very low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Romberg soils on hills
- Rock outcrop

*Similar Inclusions*
- Zigzag soils on hills and ridges
- Sideshow soils on alluvial fans and hills

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation the potential plant community on this unit:* Pinyon, juniper, Indian ricegrass, western wheatgrass, Gambel's oak, mountain mahogany
*Potential annual production of air-dry vegetation on the Prater soil:* 1,000 pounds per acre
*Potential annual production of air-dry vegetation on the Dolcan soil:* 500 pounds per acre
*Soil-related factors:* Depth, slope

*Management considerations:*
- Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, depth

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, depth, permeability, shrink-swell

*Management considerations:*
• Moderate shrink-swell potential should be considered in the design of structures.
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.
• The design of septic systems should consider the slow permeability of the soil.

## 93—Pulpit loam, 3 to 12 percent slopes

### *Setting*

*Landscape position:* Mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 7,400 to 7,800 feet
*Mean annual temperature:* 46 to 48 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Pulpit soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 5 inches—reddish gray loam
5 to 21 inches—reddish gray silty clay loam
21 to 29 inches—light reddish brown loam
29 to 35 inches—light brown loam
35 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
• Lazear soils on mesas
• Rock outcrop on mesas

*Similar Inclusions*
• Wetherill soils on mesas

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation the potential plant community:* Western wheatgrass, muttongrass, big sagebrush, Indian ricegrass
*Potential annual production of air-dry vegetation:* 800 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
• Low available water capacity limits forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope, depth

*Management considerations:*
• Low available water capacity limits crop production.
• Depth to bedrock should be considered in making cuts and fills.
• The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, slope, shrink-swell

*Management considerations:*
• Moderate shrink-swell potential should be considered in the design of structures.
• Depth to bedrock may limit excavations.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 94—Pulpit loam, 3 to 6 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Pulpit soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 10 inches—reddish brown loam
10 to 20 inches—reddish brown clay loam
20 to 30 inches—reddish brown loam
30 to 36 inches—pink fine sandy loam
36 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Rock outcrop
- Wetherill soils on hills and mesas
- Cahona soils on hills and mesas
- Gladel soils on hills and mesas

*Similar Inclusions*
- Sharps soils on hills and mesas

### *Major Uses*

Cropland and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation the potential plant community:* Western wheatgrass, muttongrass, big sagebrush, Indian ricegrass
*Potential annual production of air-dry vegetation:* 800 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
- Low available water capacity limits forage production.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Slope, depth

*Management considerations:*
- Depth to bedrock should be considered in making cuts and fills.
- The steep slopes should be managed to prevent excessive erosion.
- Low available water capacity limits crop production.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth

*Management considerations:*
- Depth to bedrock may limit excavations.

## 95—Pulpit loam, 6 to 12 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Pulpit soil and similar inclusions: 80 percent

Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 10 inches—reddish brown loam
10 to 20 inches—reddish brown clay loam
20 to 30 inches—reddish brown loam
30 to 36 inches—pink fine sandy loam
36 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Rock outcrop
- Wetherill soils on hills and mesas
- Cahona soils on hills and mesas
- Gladel soils on hills and mesas

*Similar Inclusions*
- Sharps soils on hills and mesas

### *Major Uses*

Cropland and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation the potential plant community:* Western wheatgrass, muttongrass, big sagebrush, Indian ricegrass, rabbitbrush, prairie junegrass
*Potential annual production of air-dry vegetation:* 800 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
- Low available water capacity limits forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope, depth

*Management considerations:*
- Low available water capacity limits crop production.
- Depth to bedrock should be considered in making cuts and fills.
- The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, slope

*Management considerations:*
- Depth to bedrock may limit excavations.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 96—Purcella loam, 0 to 3 percent slopes

### *Setting*

*Landscape position:* Terraces
*Parent material:* Kind—alluvium; source—mixed
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Purcella soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 4 inches—dark brown loam
4 to 11 inches—dark brown gravelly loam
11 to 30 inches—dark brown extremely cobbly clay loam
30 to 41 inches—brown extremely cobbly sandy clay loam
41 to 60 inches—brown extremely cobbly sandy loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Low
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Pogo soils in drainageways

*Similar Inclusions*
• Collide soils on terraces

### *Major Use*

Irrigated cropland

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation the potential plant community:* Western wheatgrass, muttongrass, Indian ricegrass, big sagebrush
*Potential annual production of air-dry vegetation:* 1,200 pounds per acre
*Soil-related factors:* Stones

*Management considerations:*
• Low available water capacity limits forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Stones

*Management considerations:*
• Low available water capacity limits crop production.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Stones

## 97—Ramper clay loam, 0 to 3 percent slopes

### *Setting*

*Landscape position:* Alluvial fans, drainageways, and flood plains
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,000 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 12 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Ramper soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 3 inches—dark yellowish brown clay loam
3 to 60 inches—brown stratified sandy loam to clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* Rare
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
• Gullied land
• Ackmen soils on flood plains
• Mikim soils on alluvial fans

*Similar Inclusions*
• Sideshow soils on alluvial fans
• Ramper loam soils on alluvial fans

### *Major Uses*

Cropland and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation the potential plant community:* Western wheatgrass, big sagebrush, bottlebrush squirreltail, Indian ricegrass, slender wheatgrass
*Potential annual production of air-dry vegetation:* 900 pounds per acre

*Management considerations:*
• Low annual precipitation limits forage production.

**Cropland**

*Suitability:* Good

*Management considerations:*
• Low annual precipitation limits cropping systems.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Flooding

*Management considerations:*
• The hazard of flooding limits the suitability of this unit for use as a building site.
• Some areas are severely gullied and are no longer subject to flooding.

## 98—Ramper loam, 0 to 3 percent slopes

### *Setting*

*Landscape position:* Alluvial fans, drainageways, and flood plains
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,000 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 12 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Ramper soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 3 inches—dark yellowish brown loam
3 to 60 inches—brown stratified sandy loam to clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 60 inches or more
*Flooding:* Rare
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
• Gullied land
• Ackmen soils on flood plains

*Similar Inclusions*
• Ramper clay loam on alluvial fans
• Sideshow soils on alluvial fans

### *Major Uses*

Livestock grazing and cropland

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation the potential plant community:* Western wheatgrass, big sagebrush, slender wheatgrass, Indian ricegrass
*Potential annual production of air-dry vegetation:* 900 pounds per acre

*Management considerations:*
• Low annual precipitation limits forage production.
• Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Good

*Management considerations:*
• Low annual precipitation limits cropping systems.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Flooding

*Management considerations:*
• The hazard of flooding limits the suitability of this unit for use as a building site.
• Some areas are severely gullied and are no longer subject to flooding.

## 99—Ravola clay loam, 0 to 3 percent slopes

### *Setting*

*Landscape position:* Flood plains and alluvial fans
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Desert shrubs and grasses
*Elevation:* 5,000 to 5,700 feet
*Mean annual temperature:* 52 to 56 degrees F
*Mean annual precipitation:* 8 to 10 inches
*Frost-free period:* 135 to 160 days

### *Composition*

Ravola soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 9 inches—pale brown clay loam
9 to 60 inches—pale brown and light yellowish brown stratified loamy sand to clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Low
*Potential rooting depth:* 60 inches or more
*Flooding:* Rare
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Rock outcrop
- Zwicker soils on hills
- Gullied land

*Similar Inclusions*
- Battlerock soils on terraces and drainageways
- Yarts soils on terraces and alluvial fans

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation the potential plant community:* Alkali sacaton, greasewood, fourwing saltbush, western wheatgrass, inland saltgrass, galleta
*Potential annual production of air-dry vegetation:* 600 pounds per acre
*Soil-related factors:* Salts

*Management considerations:*
- The presence of high salt concentrations adversely affects forage production.
- Low annual precipitation limits forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Salts

*Management considerations:*
- The presence of high salt concentrations adversely affects crop production.
- Low annual precipitation limits cropping systems.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Corrosion

*Management considerations:*
- Special consideration of building material is needed to compensate for possible corrosion from the saline-alkaline conditions.

## 100—Recapture fine sandy loam, 0 to 6 percent slopes

### *Setting*

*Landscape position:* Mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Desert shrubs and grasses
*Elevation:* 5,000 to 5,700 feet
*Mean annual temperature:* 52 to 56 degrees F
*Mean annual precipitation:* 8 to 10 inches
*Frost-free period:* 135 to 160 days

### *Composition*

Recapture soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 4 inches—light brown fine sandy loam
4 to 7 inches—yellowish red fine sandy loam
7 to 26 inches—yellowish red clay loam and sandy clay loam
26 to 37 inches—pink and reddish yellow loam
37 to 60 inches—reddish yellow very fine sandy loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Moderate
*Potential rooting depth:* 10 to 20 inches
*Flooding:* None
*Runoff:* Low
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
- Barx soils on mesas and hills
- Gapmesa soils on hills and mesas
- Rock outcrop

*Similar Inclusions*
- Recapture sandy loam soils

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation the potential plant community:* Greasewood, alkali sacaton, fourwing saltbush, galleta, shadscale, Indian ricegrass
*Potential annual production of air-dry vegetation:* 650 pounds per acre
*Soil-related factors:* Alkalinity

*Management considerations:*
- The presence of high salt concentrations adversely affects forage production.
- Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* excess sodium

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Corrosion

*Management considerations:*
- Special consideration of building material is needed to compensate for possible corrosion from the saline-alkaline conditions.

## 101—Recapture sandy loam, 0 to 6 percent slopes

### *Setting*

*Landscape position:* Alluvial fans and mesas
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Desert shrubs and grasses
*Elevation:* 5,000 to 5,700 feet
*Mean annual temperature:* 52 to 56 degrees F
*Mean annual precipitation:* 8 to 10 inches
*Frost-free period:* 135 to 160 days

### *Composition*

Recapture soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 6 inches—light brown sandy loam
6 to 13 inches—brown clay loam
13 to 17 inches—brown sandy loam
17 to 38 inches—brown sandy clay loam and clay loam
38 to 60 inches—brown sandy loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 10 to 20 inches
*Flooding:* Rare
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
Uzacol soils on hills
Claysprings soils on knobs

*Similar Inclusions*
Battlerock soils on terraces

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community:* Alkali sacaton, western wheatgrass, big sagebrush, greasewood, inland saltgrass, shadscale, fourwing saltbush
*Potential annual production of air-dry vegetation:* 525 pounds per acre
*Soil-related factors:* Excess sodium

*Management considerations:*
- Low annual precipitation limits forage production.
- Low available water capacity limits forage production

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Excess sodium

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Flooding, permeability, corrosivity

*Management considerations:*
• The hazard of flooding limits the suitability of this unit for use as a building site.
• The design of septic systems should consider the slow permeability of the soil.
• Special consideration of building material is needed to compensate for possible corrosion from the saline-alkaline conditions.

## 102—Ricot loam, 1 to 3 percent slopes

### *Setting*

*Landscape position:* Mesas
*Parent material:* Kind—eolian material over outwash; source—mixed
*Native plant community:* Sagebrush and grasses
*Elevation:* 7,500 to 8,000 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Ricot soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 12 inches—brown loam
12 to 16 inches—reddish brown clay loam
16 to 38 inches—reddish brown clay
38 to 60 inches—light reddish brown stony clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Moderate
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
Nortez soils on hills
Ormiston soils on mesas

*Similar Inclusions*
Granath soils on mesas

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Arizona fescue, western wheatgrass, serviceberry, big sagebrush
*Potential annual production of air-dry vegetation:* 1,500 pounds per acre

*Management considerations:*
• Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Permeability

*Management considerations:*
• The short growing season limits crop selection.
• Slow permeability should be considered in irrigation design.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Shrink-swell, permeability

*Management considerations:*
• Moderate shrink-swell potential must be considered in the design of structures
• The design of septic systems should consider the slow permeability of the soil

## 103—Ricot loam, 3 to 6 percent slopes

### *Setting*

*Landscape position:* Mesas
*Parent material:* Kind—eolian material over outwash; source—mixed
*Native plant community:* Sagebrush and grasses
*Elevation:* 7,500 to 8,000 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Ricot soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 12 inches—brown loam
12 to 16 inches—reddish brown clay loam
16 to 38 inches—reddish brown clay
38 to 60 inches—light reddish brown stony clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Moderate
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
Nortez soils on hills
Ormiston soils on mesas

*Similar Inclusions*
Granath soils on mesas

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Arizona fescue, western wheatgrass, serviceberry, big sagebrush
*Potential annual production of air-dry vegetation:* 1,500 pounds per acre

*Management considerations:*
• Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Slope, permeability

*Management considerations:*
• The short growing season limits crop selection.
• The steep slopes should be managed to prevent excessive erosion.
• Slow permeability should be considered in irrigation design.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Shrink-swell, permeability

*Management considerations:*
• Moderate shrink-swell potential should be considered in the design of structures.
• The design of septic systems should consider the slow permeability of the soil.

## 104—Ricot loam, 6 to 12 percent slopes

### *Setting*

*Landscape position:* Mesas
*Parent material:* Kind—eolian material over outwash; source—mixed
*Native plant community:* Sagebrush and grasses
*Elevation:* 7,500 to 8,000 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Ricot soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 12 inches—brown loam
12 to 16 inches—reddish brown clay loam
16 to 38 inches—reddish brown clay
38 to 60 inches—light reddish brown stony clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Moderate
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
Nortez soils on hills
Ormiston soils on mesas

*Similar Inclusions*
Granath soils on mesas

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Arizona fescue, western wheatgrass, serviceberry, big sagebrush
*Potential annual production of air-dry vegetation:* 1,500 pounds per acre

*Management considerations:*
• Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope

*Management considerations:*
• The steep slopes should be managed to prevent excessive erosion.
• The short growing season limits crop selection.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Shrink-swell, permeability, slope

*Management considerations:*
• Moderate shrink-swell potential should be considered in the design of structures.
• The design of septic systems should consider the slow permeability of the soil.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 105—Rizno-Gapmesa complex, 3 to 9 percent slopes

### *Setting*

*Landscape position:* Mesas and hills
*Parent material:* Kind—residuum and eolian material; source—sandstone
*Native plant community:* Pinyon and juniper woodland with grasses and scattered shrubs
*Elevation:* 5,400 to 6,200 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Rizno soil and similar inclusions: 45 percent
Gapmesa soil and similar inclusions: 35 percent
Contrasting inclusions: 20 percent

### *Characteristics of the Rizno soil*

*Landscape position:* Mesas
*Slope range:* 3 to 9 percent
*Parent material:* Kind—residuum and eolian material; source—sandstone

### *Typical Profile*

0 to 5 inches—reddish brown very fine sandy loam
5 to 13 inches—reddish brown loam
13 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Permeability:* Moderately rapid
*Available water capacity:* Very low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Characteristics of the Gapmesa soil*

*Landscape position:* Mesas and hills
*Slope range:* 3 to 9 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 2 inches—brown very fine sandy loam
2 to 21 inches—yellowish red gravelly very fine sandy loam
21 to 28 inches—light reddish brown gravelly fine sandy loam
28 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Very low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Severe

*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Included Areas

*Contrasting Inclusions*
Rock outcrop
Barx soils on mesas and hills
Crosscan soils on hills

*Similar Inclusions*
Sharps, dry soils on mesas and hills

### Major Uses

Livestock grazing and wildlife habitat

### Major Management Factors

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community on the Rizno soil:* Pinyon, juniper, Indian ricegrass, galleta, western wheatgrass
*Dominant vegetation in the potential plant community on the Gapmesa soil:* Big sagebrush, galleta, Indian ricegrass, needleandthread
*Potential annual production of air-dry vegetation on the Rizno soil:* 500 pounds per acre
*Potential annual production of air-dry vegetation on the Gapmesa soil:* 600 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
• Low available water capacity limits forage production.
• Low annual precipitation limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Depth, slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth

*Management considerations:*
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.

## 106—Rizno-Littlenan-Bodry association, 3 to 50 percent slopes

### Setting

*Landscape position:* Structural benches, ridges, and hills
*Parent material:* Kind—eolian material, alluvium, residuum, and colluvium; source—sandstone and shale
*Native plant community:* Desert shrubs and grasses with scattered pinyon and juniper
*Elevation:* 5,600 to 5,800 feet
*Mean annual temperature:* 49 to 53 degrees F
*Mean annual precipitation:* 10 to 12 inches
*Frost-free period:* 120 to 135 days

### Composition

Rizno soil and similar inclusions: 30 percent
Littlenan soil and similar inclusions: 20 percent
Bodry soil and similar inclusions: 20 percent
Contrasting inclusions: 30 percent

### Characteristics of the Rizno soil

*Landscape position:* Structural benches and ridges
*Slope range:* 3 to 15 percent
*Parent material:* Kind—eolian material; source—sandstone

### Typical Profile

0 to 3 inches—reddish brown fine sandy loam
3 to 13 inches—reddish brown fine sandy loam
13 inches—hard Dakota Sandstone

### Soil Properties

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Permeability:* Moderately rapid
*Available water capacity:* Very low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Characteristics of the Littlenan soil

*Landscape position:* Structural benches
*Slope range:* 3 to 20 percent
*Parent material:* Kind—alluvium and residuum; source—shale

### Typical Profile

0 to 3 inches—light brown gravelly loam
3 to 14 inches—light brown silty clay loam
14 to 29 inches—light brown silty clay
29 inches—weathered shale

### Soil Properties

*Depth class:* Moderately deep

*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Characteristics of the Bodry soil*

*Landscape position:* Hills
*Slope range:* 20 to 50 percent
*Parent material:* Kind—colluvium and residuum; source—shale

### *Typical Profile*

0 to 6 inches—light brown very cobbly loam
6 to 15 inches—light brownish gray clay loam
15 to 36 inches—light gray clay loam
36 inches—weathered shale

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Moderate
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
Badland
Barx soils on mesas
Typic Torriorthents on hills and canyons

*Similar Inclusions*
Soils that have more rock fragments on surface

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Very poor
*Dominant vegetation in the potential plant community on the Rizno and Bodry soils:* Utah juniper, pinyon, cliffrose, galleta, Indian ricegrass
*Dominant vegetation in the potential plant community on the Littlenan soil:* Galleta, Indian ricegrass, bottlebrush squirreltail, shadscale, saltbush
*Potential annual production of air-dry vegetation on the Rizno soil:* 200 pounds per acre
*Potential annual production of air-dry vegetation on the Littlenan soil:* 225 pounds per acre
*Potential annual production of air-dry vegetation on the Bodry soil:* 350 pounds per acre
*Soil-related factors:* Slopes, depth

*Management considerations:*
• Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slopes, depth

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, shrink-swell, slope, permeability

*Management considerations:*
• High shrink-swell potential should be considered in the design of structures.
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.
• The design of septic systems should consider the slow permeability of the soil.

## 107—Rizno-Ruinpoint-Rock outcrop complex, 1 to 15 percent slopes

### *Setting*

*Landscape position:* Mesas
*Parent material:* Kind—eolian material and residuum; source—sandstone
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 5,400 to 5,600 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 12 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Rizno soil and similar inclusions: 35 percent
Ruinpoint soil and similar inclusions: 25 percent

Rock outcrop: 20 percent
Contrasting inclusions: 20 percent

### Characteristics of the Rizno soil

*Landscape position:* Mesas
*Slope range:* 3 to 15 percent
*Parent material:* Kind—residuum; source—sandstone

### Typical Profile

0 to 3 inches—reddish brown fine sandy loam
3 to 13 inches—reddish brown fine sandy loam
13 inches—hard Dakota Sandstone

### Soil Properties

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Permeability:* Moderately rapid
*Available water capacity:* Very low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### Characteristics of the Ruinpoint soil

*Landscape position:* Mesas
*Slope range:* 1 to 8 percent
*Parent material:* Kind—eolian material; source—sandstone

### Typical Profile

0 to 2 inches—yellowish red very fine sandy loam
2 to 13 inches—yellowish red silt loam
13 to 60 inches—reddish yellow silt loam

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Characteristics of the Rock outcrop

*Landscape position:* Mesas
*Slope range:* 1 to 15 percent
*Parent material:* Kind—residuum; source—Dakota Sandstone

Rock outcrop consists of barren rock that occurs as ledges and nearly vertical cliffs of sandstone. Rock outcrop also includes areas where the depth to bedrock is less than 4 inches.

### Included Areas

*Contrasting Inclusions*
Recapture soils on mesas
Gapmesa soils on mesas

*Similar Inclusions*
Barx soils on mesas

### Major Uses

Livestock grazing and wildlife habitat

### Major Management Factors

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community on this unit:* Big sagebrush, Indian ricegrass, galleta, blackbrush
*Potential annual production of air-dry vegetation on the Rizno soil:* 300 pounds per acre
*Potential annual production of air-dry vegetation on the Ruinpoint soil:* 600 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
- Low annual precipitation limits forage production.
- Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Depth, Rock outcrop

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, Rock outcrop

*Management considerations:*
- Depth to bedrock may limit excavations.
- The presence of shallow bedrock may adversely affect septic systems.

## 108—Rock outcrop

### Setting

*Landscape position:* Hills, canyons, escarpments, and mesas
*Parent material:* Kind—residuum; source—sandstone

*Slope range:* 0 to 200 percent
*Native plant community:* None
*Elevation:* 5,000 to 8,500 feet
*Mean annual temperature:* 43 to 56 degrees F
*Mean annual precipitation:* 8 to 20 inches
*Frost-free period:* 80 to 160 days

### Composition

Rock outcrop and similar inclusions: 95 percent
Contrasting inclusions: 5 percent

Rock outcrop consists of barren rock that occurs as ledges and nearly vertical cliffs of sandstone. Rock outcrop also includes areas where the depth to bedrock is less than 4 inches.

### Included Areas

*Contrasting Inclusions*
Areas of soils and vegetation

*Similar Inclusions*
Badland

### Major Use

Wildife habitat

### Major Management Factors

**Rangeland**

*Suitability:* Unsuitable

**Cropland**

*Suitability:* Unsuitable

**Building site development**

*Suitability:* Unsuitable

## 109—Romberg-Crosscan complex, 6 to 25 percent slopes

### Setting

*Landscape position:* Canyons, hills, and alluvial fans
*Parent material:* Kind—colluvium, alluvium, and residuum; source—sandstone and shale
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 5,400 to 6,800 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 14 inches
*Frost-free period:* 120 to 135 days

### Composition

Romberg soil and similar inclusions: 45 percent
Crosscan soil and similar inclusions: 40 percent
Contrasting inclusions: 15 percent

### Characteristics of the Romberg soil

*Landscape position:* Canyons, hills, and alluvial fans
*Slope range:* 6 to 25 percent
*Parent material:* Kind—colluvium and alluvium; source—sandstone and shale

### Typical Profile

0 to 2 inches—dark brown very stony loam
2 to 20 inches—dark brown to light brown very stony clay loam
20 to 60 inches—brown very stony clay loam

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Low
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### Characteristics of the Crosscan soil

*Landscape position:* Canyons and hills
*Slope range:* 6 to 25 percent
*Parent material:* Kind—colluvium and residuum; source—sandstone and shale

### Typical Profile

0 to 2 inches—dark brown very bouldery sandy clay loam
2 to 9 inches—light brown very gravelly clay loam
9 to 18 inches—variegated colors of very gravelly clay loam
18 inches—soft calcareous shale

### Soil Properties

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Very low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None

*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
Barx soils on hills
Rizno soils on mesas
Zigzag soils on knobs, ridges, and hills
Rock outcrop

*Similar Inclusions*
Soils that have fewer rock fragments on the surface

### *Major Uses*

Wildlife habitat and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Very poor
*Dominant vegetation in the potential plant community on this unit:* Utah juniper, pinyon, mountain mahogany, Indian ricegrass, galleta, western wheatgrass
*Potential annual production of air-dry vegetation on the Romberg soil:* 350 pounds per acre
*Potential annual production of air-dry vegetation on the Crosscan soil:* 200 pounds per acre
*Soil-related factors:* Slope and stoniness

**Cropland**

*Suitability:* Unsuited
*Soil-related factors:* Slope, stones

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, permeability, depth

*Management considerations:*
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.
• The design of septic systems should consider the slow permeability of the soil.

## 110—Romberg-Crosscan-Rock outcrop complex, 25 to 80 percent slopes

### *Setting*

*Landscape position:* Canyons, hills, and structural benches
*Parent material:* Kind—colluvium and residuum; source—sandstone and shale
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 5,400 to 6,800 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 14 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Romberg soil and similar inclusions: 35 percent
Crosscan soil and similar inclusions: 30 percent
Rock outcrop: 20 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Romberg soil*

*Landscape position:* Canyons, hills, and structural benches
*Slope range:* 25 to 50 percent
*Parent material:* Kind—colluvium; source—sandstone and shale

### *Typical Profile*

0 to 2 inches—dark brown very stony loam
2 to 20 inches—dark brown to light brown very stony clay loam
20 to 60 inches—brown very stony clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Low
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### *Characteristics of the Crosscan soil*

*Landscape position:* Canyons and hills
*Slope range:* 25 to 80 percent
*Parent material:* Kind—colluvium and residuum; source—sandstone and shale

### *Typical Profile*

0 to 2 inches—dark brown very bouldery sandy clay loam
2 to 9 inches—light brown very gravelly clay loam
9 to 18 inches—variegated colors of very gravelly clay loam
18 inches—soft calcareous shale

### *Soil Properties*

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Very low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### *Characteristics of the Rock outcrop*

*Landscape position:* Canyons and hills
*Slope range:* 25 to 80 percent
*Parent material:* Kind—residuum; source—sandstone and shale

Rock outcrop consists of barren rock that occurs as ledges and nearly vertical cliffs of sandstone. Rock outcrop also includes areas where the depth to bedrock is less than 4 inches.

### *Included Areas*

*Contrasting Inclusions*
Gapmesa soils on hills and mesas
Rizno soils on mesas and structural benches
Torriorthents on hills and canyons
Zigzag soils on ridges and knobs

*Similar Inclusions*
Soils that have fewer rock fragments on surface
Soils that have hard bedrock

### *Major Uses*

Wildlife habitat and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Very poor
*Dominant vegetation in the potential plant community on this unit:* Utah juniper, pinyon, mountain mahogany, Indian ricegrass, galleta, western wheatgrass
*Potential annual production of air-dry vegetation on the Romberg soil:* 300 pounds per acre
*Potential annual production of air-dry vegetation on the Crosscan soil:* 200 pounds per acre
*Soil-related factors:* Slope, depth, stones

*Management considerations:*
• Steep slopes limit livestock use to areas of less slope.
• Low available water capacity limits forage production.
• Surface stones limit equipment use.

**Cropland**

*Suitability:* Unsuited
*Soil-related factors:* Slope, stones

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, permeability, depth

*Management considerations:*
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.
• The design of septic systems should consider the slow permeability of the soil.

## 111—Roubideau loam, 1 to 6 percent slopes

### *Setting*

*Landscape position:* Mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 6,800 to 7,800 feet
*Mean annual temperature:* 47 to 50 degrees F
*Mean annual precipitation:* 16 to 19 inches
*Frost-free period:* 130 to 150 days

### *Composition*

Roubideau soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 6 inches—brown loam
6 to 36 inches—brown and strong brown loam
36 to 38 inches—strong brown channery loam
38 inches—hard Cliffhouse Sandstone

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
Longburn soils on mesas
Arabrab soils on mesas

*Similar Inclusions*
Morefield soils on mesas

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Pinyon, Utah juniper, muttongrass, mountain mahogany, antelope bitterbrush, big sagebrush, Indian ricegrass
*Potential annual production of air-dry vegetation:* 1,000 pounds per acre
*Soil-related factors:* Depth

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Depth, slope

*Management considerations:*
• Depth to bedrock should be considered in making cuts and fills.
• The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, shrink-swell

*Management considerations:*
• Depth to bedrock may limit excavations.
• Moderate shrink-swell potential should be considered in the design of structures.

## 112—Sharps loam, 3 to 6 percent slopes

### *Setting*

*Landscape position:* Mesas and hills
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Sharps soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 9 inches—light reddish brown loam
9 to 19 inches—reddish brown clay loam
19 to 30 inches—light reddish brown and pink loam
30 inches—shale and soft sandstone

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
Wetherill soils on hills and mesas
Cahona soils on hills and mesas

*Similar Inclusions*
Pulpit soils on hills and mesas

### *Major Uses*

Cropland and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Western wheatgrass, muttongrass, big sagebrush, Indian ricegrass

*Potential annual production of air-dry vegetation:* 900 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
• Low available water capacity limits forage production.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Slope, depth

*Management considerations:*
• Depth to bedrock should be considered in making cuts and fills.
• Low available water capacity limits crop production.
• The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Depth

*Management considerations:*
• Depth to bedrock may limit excavations.

## 113—Sharps loam, 6 to 12 percent slopes

### Setting

*Landscape position:* Mesas and hills
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### Composition

Sharps soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### Typical Profile

0 to 9 inches—light reddish brown loam
9 to 19 inches—reddish brown clay loam
19 to 30 inches—light reddish brown and pink loam
30 inches—shale or soft sandstone

### Soil Properties

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Included Areas

*Contrasting Inclusions*
Rock outcrop
Wetherill soils on hills and mesas
Cahona soils on hills and mesas
Gladel soils on hills and mesas

*Similar Inclusions*
Pulpit soils on hills and mesas

### Major Uses

Cropland and livestock grazing

### Major Management Factors

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Western wheatgrass, muttongrass, big sagebrush, black sagebrush, Indian ricegrass, galleta
*Potential annual production of air-dry vegetation:* 900 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
• Low available water capacity limits forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope, depth

*Management considerations:*
• Low available water capacity limits crop production.
• The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Depth, slope

*Management considerations:*
• Depth to bedrock may limit excavations.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 114—Sharps loam, dry, 6 to 12 percent slopes

### *Setting*

*Landscape position:* Mesas and hills
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 5,400 to 6,200 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Sharps, dry soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 2 inches—reddish brown loam
2 to 27 inches—reddish brown loam
27 to 32 inches—light brownish gray clay loam
32 inches—soft Mancos Shale

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
Rock outcrop
Rizno soils on mesas
Barx soils on hills and mesas

*Similar Inclusions*
Gapmesa soils on hills and mesas

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community:* Galleta, big sagebrush, Indian ricegrass, western wheatgrass
*Potential annual production of air-dry vegetation:* 600 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
• Low available water capacity limits forage production.
• Low annual precipitation limits forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope, depth

*Management considerations:*
• Low annual precipitation limits cropping systems.
• Low available water capacity limits crop production.
• The steep slopes should be managed to prevent excessive erosion.
• Depth to bedrock should be considered in making cuts and fills.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Slope, depth, permeability

*Management considerations:*
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Depth to bedrock may limit excavations.
• The design of septic systems should consider the slow permeability of the soil.

## 115—Sharps, dry-Gapmesa complex, 6 to 12 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Scattered sagebrush and grasses
*Elevation:* 5,400 to 6,200 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Sharps, dry soil and similar inclusions: 45 percent
Gapmesa soil and similar inclusions: 40 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Sharps, dry soil*

*Landscape position:* Hills and mesas
*Slope range:* 6 to 12 percent

*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 2 inches—reddish brown loam
2 to 27 inches—reddish brown loam
27 to 32 inches—light brownish gray clay
32 inches—shale and soft sandstone

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Characteristics of the Gapmesa soil*

*Landscape position:* Hills and mesas
*Slope range:* 6 to 12 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 2 inches—brown very fine sandy loam
2 to 21 inches—yellowish red loam
21 to 28 inches—light reddish brown gravelly fine sandy loam
28 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
Barx soils on hills and mesas
Rock outcrop
Rizno soils on mesas

*Similar Inclusions*
Sharps loam, dry

### *Major Use*

Livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community on this unit:* Galleta, big sagebrush, bottlebrush squirreltail, western wheatgrass, Indian ricegrass
*Potential annual production of air-dry vegetation on the Sharps, dry soil:* 600 pounds per acre
*Potential annual production of air-dry vegetation on the Gapmesa soil:* 600 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
• Low annual precipitation limits forage production.
• Low available water capacity limits forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope, depth

*Management considerations:*
• The steep slopes should be managed to prevent excessive erosion.
• Depth to bedrock should be considered in making cuts and fills.
• Low annual precipitation limits cropping systems.
• Low available water capacity limits crop production.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, slope, permeability

*Management considerations:*
• Depth to bedrock may limit excavations.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• The design of septic systems should consider the slow permeability of the soil.

The Sharps soils in this unit are taxadjuncts to the Sharps series because of reduced precipitation. This difference, however, does not significantly affect the use or management of the soils.

## 116—Sharps-Cahona complex, 6 to 12 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Sharps soil and similar inclusions: 45 percent
Cahona soil and similar inclusions: 40 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Sharps soil*

*Landscape position:* Hills and mesas
*Slope range:* 6 to 12 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 9 inches—light reddish brown loam
9 to 19 inches—reddish brown clay loam
19 to 30 inches—light reddish brown and pink loam
30 inches—shale and soft sandstone

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Characteristics of the Cahona soil*

*Landscape position:* Hills and mesas
*Slope range:* 6 to 12 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 5 inches—reddish brown loam
5 to 25 inches—yellowish red clay loam
25 to 60 inches—pinkish white and pinkish gray loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
Gladel soils on hills and mesas

*Similar Inclusions*
Wetherill soils on mesas and hills
Pulpit soils on mesas and hills

### *Major Uses*

Cropland and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community on this unit:* Western wheatgrass, muttongrass, big sagebrush, black sagebrush, galleta, bottlebrush squirreltail
*Potential annual production of air-dry vegetation on the Sharps soil:* 900 pounds per acre
*Potential annual production of air-dry vegetation on the Cahona soil:* 1,000 pounds per acre
*Soil-related factors:* Depth, slope

*Management considerations:*
• Low available water capacity limits forage production.
• Steep slopes limit livestock use to areas of less slope.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope, depth

*Management considerations:*
• The steep slopes should be managed to prevent excessive erosion.
• Depth to bedrock should be considered in making cuts and fills.
• Low available water capacity limits crop production.
• Low annual precipitation limits cropping systems.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Depth, shrink-swell, slope

*Management considerations:*
• Depth to bedrock may limit excavations.
• Moderate shrink-swell potential should be considered in the design of structures.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 117—Sharps-Pulpit complex, 2 to 6 percent slopes

### Setting

*Landscape position:* Hills and mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### Composition

Sharps soil and similar inclusions: 45 percent
Pulpit soil and similar inclusions: 40 percent
Contrasting inclusions: 15 percent

### Characteristics of the Sharps soil

*Landscape position:* Hills and mesas
*Slope range:* 2 to 6 percent
*Parent material:* Kind—eolian material; source—sandstone

### Typical Profile

0 to 9 inches—light reddish brown loam
9 to 19 inches—reddish brown clay loam
19 to 30 inches—light reddish brown or pink loam
30 inches—shale and soft sandstone

### Soil Properties

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Characteristics of the Pulpit soil

*Landscape position:* Hills and mesas
*Slope range:* 2 to 6 percent
*Parent material:* Kind—eolian material; source—sandstone

### Typical Profile

0 to 10 inches—reddish brown loam
10 to 20 inches—reddish brown clay loam
20 to 30 inches—reddish brown loam
30 to 36 inches—pink fine sandy loam
36 inches—hard Dakota Sandstone

### Soil Properties

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Included Areas

*Contrasting Inclusions*
Wetherill soils on hills and mesas
Cahona soils on hills and mesas
Gladel soils on hills and mesas

### Major Uses

Cropland and livestock grazing

### Major Management Factors

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community on this unit:* Western wheatgrass, muttongrass, big sagebrush, bottlebrush squirreltail
*Potential annual production of air-dry vegetation on the Sharps soil:* 900 pounds per acre
*Potential annual production of air-dry vegetation on the Pulpit soil:* 800 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
• Low annual precipitation limits forage production.
• Low available water capacity limits forage production.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Depth, slope

*Management considerations:*
• Depth to bedrock should be considered in making cuts and fills.
• The steep slopes should be managed to prevent excessive erosion.
• Low available water capacity limits crop production.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth

*Management considerations:*
• Depth to bedrock may limit excavations.

## 118—Sharps-Pulpit complex, 6 to 12 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Sharps soil and similar inclusions: 45 percent
Pulpit soil and similar inclusions: 40 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Sharps soil*

*Landscape position:* Hills and mesas
*Slope range:* 6 to 12 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 9 inches—light reddish brown loam
9 to 19 inches—reddish brown clay loam
19 to 30 inches—light reddish brown and pink loam
30 inches—shale and soft sandstone

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Characteristics of the Pulpit soil*

*Landscape position:* Hills and mesas
*Slope range:* 6 to 12 percent
*Parent material:* Kind—eolian material; source—sandstone

### *Typical Profile*

0 to 10 inches—reddish brown loam
10 to 20 inches—reddish brown clay loam
20 to 30 inches—reddish brown loam
30 to 36 inches—pink fine sandy loam
36 inches—hard Dakota Sandstone

### *Soil Properties*

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
Wetherill soils on hills and mesas
Cahona soils on hills and mesas
Gladel soils on hills and mesas

### *Major Uses*

Cropland and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community on this unit:* Western wheatgrass, muttongrass, big sagebrush, bottlebrush squirreltail
*Potential annual production of air-dry vegetation on the Sharps soil:* 900 pounds per acre
*Potential annual production of air-dry vegetation on the Pulpit soil:* 800 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
- Low annual precipitation limits forage production.
- Low available water capacity limits forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope, depth

*Management considerations:*
- The steep slopes should be managed to prevent excessive erosion.
- Depth to bedrock should be considered in making cuts and fills.
- Low available water capacity limits crop production.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, slope

*Management considerations:*
- Depth to bedrock may limit excavations.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 119—Sheek-Archuleta complex, 6 to 25 percent slopes

### *Setting*

*Landscape position:* Hills and canyons
*Parent material:* Kind—colluvium, residuum, and slope alluvium; source—sandstone and shale
*Native plant community:* Ponderosa pine and Gambel's oak woodland
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Sheek soil and similar inclusions: 50 percent
Archuleta soil and similar inclusions: 35 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Sheek soil*

*Landscape position:* Hills and canyons
*Slope range:* 6 to 25 percent
*Parent material:* Kind—colluvium and slope alluvium; source—sandstone and shale

### *Typical Profile*

0 to 1 inch—moderately decomposed leaves and pine needles
1 to 5 inches—brown very stony sandy loam
5 to 60 inches—brown very stony clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Low
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### *Characteristics of the Archuleta soil*

*Landscape position:* Hills and canyons
*Slope range:* 6 to 25 percent
*Parent material:* Kind—slope alluvium and residuum; source—sandstone and shale

### *Typical Profile*

0 to 1 inch—slightly decomposed leaves
1 to 6 inches—grayish brown very stony sandy loam
6 to 9 inches—light brownish gray stony sandy loam
9 to 18 inches—light brownish gray stony clay loam
18 inches—interbedded sandstone and shale

### *Soil Properties*

*Depth class:* Shallow
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Very low
*Potential rooting depth:* 10 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
Hesperus soils on hills
Northrim soils on hills
Rock outcrop

*Similar Inclusions*
Sanchez soils on hills

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor

*Dominant vegetation in the potential plant community on this unit:* Ponderosa pine, Rocky Mountain juniper, Gambel's oak, mountain muhly, Arizona fescue, prairie Junegrass
*Potential annual production of air-dry vegetation on the Sheek soil:* 400 pounds per acre
*Potential annual production of air-dry vegetation on the Archuleta soil:* 350 pounds per acre
*Soil-related factors:* Slope, depth

*Management considerations:*
• Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, depth

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, slope

*Management considerations:*
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.

## 120—Sheek-Archuleta-Rock outcrop complex, 25 to 80 percent slopes,

### *Setting*

*Landscape position:* Hills and canyons
*Parent material:* Kind—colluvium, residuum, and slope alluvium; source—sandstone and shale
*Native plant community:* Ponderosa pine and Gambel's oak woodland
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Sheek soil and similar inclusions: 35 percent
Archuleta soil and similar inclusions: 30 percent
Rock outcrop and similar inclusions: 20 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Sheek soil*

*Landscape position:* Hills and canyons
*Slope range:* 25 to 80 percent
*Parent material:* Kind—colluvium and slope alluvium; source—sandstone and shale

### *Typical Profile*

0 to 1 inch—moderately decomposed leaves and pine needles
1 to 5 inches—brown very stony sandy loam
5 to 60 inches—brown very stony clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Low
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### *Characteristics of the Archuleta soil*

*Landscape position:* Hills and canyons
*Slope range:* 25 to 80 percent
*Parent material:* Kind—slope alluvium and residuum; source—sandstone and shale

### *Typical Profile*

0 to 1 inch—slightly decomposed leaves
1 to 6 inches—grayish brown very stony sandy loam
6 to 9 inches—light brownish gray stony sandy loam
9 to 18 inches—light brownish gray stony clay loam
18 inches—interbedded sandstone and shale

### *Soil Properties*

*Depth class:* Shallow
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Very low
*Potential rooting depth:* 10 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### *Characteristics of the Rock outcrop*

*Landscape position:* Canyons and hills
*Slope range:* 25 to 80 percent
*Parent material:* Kind—residuum; source—sandstone and shale

Rock outcrop consists of barren rock that occurs as ledges and nearly vertical cliffs of sandstone. Rock outcrop also includes areas where the depth to bedrock is less than 4 inches.

### *Included Areas*

*Contrasting Inclusions*
Hesperus soils on hills
Northrim soils on hills

*Similar Inclusions*
Sanchez soils on hills

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community on this unit:* Ponderosa pine, Gambel's oak, mountain muhly, Arizona fescue, prairie Junegrass
*Potential annual production of air-dry vegetation on the Sheek soil:* 400 pounds per acre
*Potential annual production of air-dry vegetation on the Archuleta soil:* 350 pounds per acre
*Soil-related factors:* Slope, depth

*Management considerations:*
- Low available water capacity limits forage production.
- Steep slopes limit livestock use to areas of less slope.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, depth

*Management considerations:*
- Low available water capacity limits forage production.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, slope

*Management considerations:*
- Depth to bedrock may limit excavations.
- The presence of shallow bedrock may adversely affect septic systems.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.
- Slope may limit septic system design.

## 121—Sheek-Archuleta-Rock outcrop complex, 25 to 80 percent slopes, north aspect,

### *Setting*

*Landscape position:* Hills and canyons
*Parent material:* Kind—colluvium, residuum, and slope alluvium; source—sandstone and shale
*Native plant community:* Douglas fir woodland
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Sheek soil and similar inclusions: 40 percent
Archuleta soil and similar inclusions: 25 percent
Rock outcrop and similar inclusions: 20 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Sheek soil*

*Landscape position:* Hills and canyons
*Slope range:* 25 to 80 percent
*Parent material:* Kind—colluvium and slope alluvium; source—sandstone and shale

### *Typical Profile*

0 to 1 inch—moderately decomposed leaves and pine needles
1 to 5 inches—brown very stony sandy loam
5 to 60 inches—brown very stony clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Low
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### *Characteristics of the Archuleta soil*

*Landscape position:* Hills and canyons
*Slope range:* 25 to 80 percent
*Parent material:* Kind—residuum and slope alluvium; source—sandstone and shale

### *Typical Profile*

0 to 1 inch—slightly decomposed leaves and twigs
1 to 6 inches—grayish brown very stony sandy loam

6 to 9 inches—light brownish gray stony sandy loam
9 to 18 inches—light brownish gray stony clay loam
18 inches—interbedded sandstone and shale

### *Soil Properties*

*Depth class:* Shallow
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Very low
*Potential rooting depth:* 10 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### *Characteristics of the Rock outcrop*

*Landscape position:* Canyons and hills
*Slope range:* 25 to 80 percent
*Parent material:* Kind—residuum; source—sandstone and shale

Rock outcrop consists of barren rock that occurs as ledges and nearly vertical cliffs of sandstone. Rock outcrop also includes areas where the depth to bedrock is less than 4 inches.

### *Included Areas*

*Contrasting Inclusions*
Hesperus soils on hills
Northrim soils on hills

*Similar Inclusions*
Sanchez soils on hills

### *Major Use*

Wildlife habitat

### *Major Management Factors*

#### Rangeland

*Suitability:* Poor
*Dominant vegetation in the potential plant community on this unit:* Douglas fir, Gambel's oak, mountain muhly, Arizona fescue, prairie Junegrass, and scattered ponderosa pine at lower elevations
*Potential annual production of air-dry vegetation on the Sheek soil:* 550 pounds per acre
*Potential annual production of air-dry vegetation on the Archuleta soil:* 500 pounds per acre
*Soil-related factors:* Slope, depth

*Management considerations:*
- Steep slopes limit livestock use to areas of less slope.
- Low available water capacity limits forage production.

#### Cropland

*Suitability:* Unsuitable
*Soil-related factors:* Slope, depth

#### Building Site Development

*Suitability:* Poor
*Soil-related factors:* Depth, slope

*Management considerations:*
- Depth to bedrock may limit excavations.
- The presence of shallow bedrock may adversely affect septic systems.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.
- Slope may limit septic system design.

## 122—Sheppard fine sand, 1 to 6 percent slopes

### *Setting*

*Landscape position:* Dunes, alluvial fans, and terraces
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Desert shrubs and grasses
*Elevation:* 5,000 to 5,700 feet
*Mean annual temperature:* 52 to 56 degrees F
*Mean annual precipitation:* 8 to 10 inches
*Frost-free period:* 135 to 160 days

### *Composition*

Sheppard soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 7 inches—light brown fine sand
7 to 60 inches—brown fine sand

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Somewhat excessively drained
*Permeability:* Rapid
*Available water capacity:* Low
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very low
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Severe
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
Romberg soils on hills
Battlerock soils on terraces

*Similar Inclusions*
Mack soils on alluvial fans

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community:* Alkali sacaton, fourwing saltbush, Indian ricegrass, sand dropseed, mesa dropseed, galleta
*Potential annual production of air-dry vegetation:* 550 pounds per acre
*Soil-related factors:* Available water capacity

*Management considerations:*
• Low available water capacity limits forage production.
• Low annual precipitation limits forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Available water capacity

*Management considerations:*
• Low available water capacity limits crop production.
• Low annual precipitation limits cropping systems.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Permeability

*Management considerations:*
• The design of septic systems should consider the rapid permeability of the soil.

## 123—Sideshow silty clay loam, 0 to 3 percent slopes

### *Setting*

*Landscape position:* Alluvial fans and terraces
*Parent material:* Kind—alluvium; source—Mancos Shale
*Native plant community:* Greasewood, desert shrubs and grasses
*Elevation:* 6,000 to 7,500 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Sideshow soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 3 inches—brown silty clay loam
3 to 60 inches—brown clay

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
Zyme soils on knobs
Sideslide soils in drainageways
Areas of gullied land

*Similar Inclusions*
Sideshow soils on steeper slopes

### *Major Uses*

Cropland and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community:* Alkali sacaton, western wheatgrass, greasewood, fourwing saltbush
*Potential annual production of air-dry vegetation:* 300 pounds per acre

*Management considerations:*
• Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Poor

*Soil-related factors:* Salinity, permeability

*Management considerations:*
• The presence of high salt concentrations adversely affects crop production.
• Slow permeability should be considered in irrigation design.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Shrink-swell, permeability, corrosivity

*Management considerations:*
• High shrink-swell potential should be considered in the design of structures.
• The design of septic systems should consider the slow permeability of the soil.
• Special consideration of building material is needed to compensate for possible corrosion from the saline-alkaline conditions.

## 124—Sideshow silty clay loam, 3 to 6 percent slopes

### *Setting*

*Landscape position:* Hills, alluvial fans, and terraces
*Parent material:* Kind—alluvium; source—Mancos Shale
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,000 to 7,500 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Sideshow soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 3 inches—brown silty clay loam
3 to 60 inches—brown clay

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
Zigzag soils on knobs
Sideslide soils on alluvial fans
Ramper soils on alluvial fans

*Similar Inclusions*
Sideshow soils with clayey surfaces on alluvial fans

### *Major Uses*

Livestock grazing and cropland

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Western wheatgrass, big sagebrush, Indian ricegrass
*Potential annual production of air-dry vegetation:* 900 pounds per acre

*Management considerations:*
• Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Slope, slow permeability

*Management considerations:*
• Slow permeability should be considered in irrigation design.
• The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Shrink-swell, permeability

*Management considerations:*
• High shrink-swell potential should be considered in the design of structures.
• The design of septic systems should consider the slow permeability of the soil.

## 125—Sideshow silty clay loam, 6 to 12 percent slopes

### *Setting*

*Landscape position:* Hills and alluvial fans
*Parent material:* Kind—alluvium; source—Mancos Shale
*Native plant community:* Sagebrush and grasses

*Elevation:* 6,200 to 7,500 feet
*Mean annual air temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### Composition

Sideshow soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### Typical Profile

0 to 3 inches—brown silty clay loam
3 to 60 inches—brown clay

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### Included Areas

*Contrasting Inclusions*
Zigzag soils on knobs
Ramper soils on alluvial fans

*Similar Inclusions*
Sideslide soils on alluvial fans and in drainageways

### Major Uses

Livestock grazing and cropland

### Major Management Factors

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Western wheatgrass, big sagebrush, Indian ricegrass
*Potential annual production of air-dry vegetation:* 900 pounds per acre

*Management considerations:*
• Brush control may be needed to maintain forage production

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Slope, permeability

*Management considerations:*
• Slow permeability should be considered in irrigation design
• The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Shrink-swell, permeability, and slope

*Management considerations:*
• High shrink-swell potential must be considered in the design of structures.
• The design of septic systems should consider the slow permeability of the soil.
• Steepness of slope will increase the hazard of erosion and must be considered in construction.

## 126—Sideshow-Zigzag complex, 3 to 25 percent slopes

### Setting

*Landscape position:* Knobs, hills, alluvial fans, and ridges
*Parent material:* Kind—residuum and alluvium; source—Mancos Shale
*Native plant community:* Scattered pinyon and juniper, intermingled with grasses and shrubs
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### Composition

Sideshow soil and similar inclusions: 45 percent
Zigzag soil and similar inclusions: 40 percent
Contrasting inclusions: 15 percent

### Characteristics of the Sideshow soil

*Landscape position:* Alluvial fans and hills
*Slope range:* 3 to 25 percent
*Parent material:* Kind—alluvium; source—Mancos Shale

### Typical Profile

0 to 3 inches—brown silty clay loam
3 to 60 inches—brown clay

### Soil Properties

*Depth class:* Very deep

*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Characteristics of the Zigzag soil*

*Landscape position:* Knobs, ridges, and hills
*Slope range:* 3 to 25 percent
*Parent material:* Kind—residuum; source—Mancos Shale

### *Typical Profile*

0 to 1 inch—light brownish gray very channery clay loam
1 to 5 inches—light brownish gray clay loam
5 to 19 inches—light brownish gray clay
19 inches—weathered Mancos Shale

### *Soil Properties*

*Depth class:* Very shallow and shallow
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
Wauquie soils on hills
Dolcan soils on hills
Rock outcrop

*Similar Inclusions*
Soils that have bedrock between 20 and 60 inches

### *Major Uses*

Wildlife habitat and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community on the Sideshow soil:* Western wheatgrass, big sagebrush, Indian ricegrass
*Dominant vegetation in the potential plant community on the Zigzag soil:* Scattered pinyon, juniper, big sagebrush, Indian ricegrass, mountain mahogany, antelope bitterbrush
*Potential annual production of air-dry vegetation on the Sideshow soil:* 900 pounds per acre
*Potential annual production of air-dry vegetation on the Zigzag soil:* 400 pounds per acre
*Soil-related factors:* Depth, slope

*Management considerations:*
• Low available water capacity limits forage production.
• Steep slopes limit livestock use to areas of less slope.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, depth

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, permeability, depth, shrink-swell

*Management considerations:*
• High shrink-swell potential should be considered in the design of structures.
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.
• The design of septic systems should consider the slow permeability of the soil.

## 127—Sideslide silty clay loam, 3 to 9 percent slopes

### *Setting*

*Landscape position:* Alluvial fans, hills, and drainageways
*Parent material:* Kind—alluvium and slope alluvium; source—Mancos Shale
*Native plant community:* Sedges and salt grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Sideslide and similar inclusions: 90 percent

Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 3 inches—pale brown silty clay loam
3 to 60 inches—light brownish gray silty clay loam or clay, with yellowish brown iron accumulations

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Somewhat poorly drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 6 to 24 inches
*Flooding:* None
*Water table:* 6 to 24 inches
*Runoff:* Very high
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
Zigzag soils on hills
Ramper soils on alluvial fans

*Similar Inclusions*
Sideshow soils on alluvial fans

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Alkali sacaton, inland saltgrass, western wheatgrass, sedges, rushes
*Potential annual production of air-dry vegetation:* 2,000 pounds per acre
*Soil-related factors:* High water table

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Water table

*Management considerations:*
• A high water table limits crop selection.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Shrink-swell, water table, permeability

*Management considerations:*
• Moderate shrink-swell potential should be considered in the design of structures.
• The design of septic systems should consider the slow permeability of the soil.
• The presence of a high water table seriously affects development.

## 128—Stephouse-Rock outcrop complex, 3 to 10 percent slopes

### *Setting*

*Landscape position:* Mesas and ridges
*Parent material:* Kind—residuum; source—sandstone and shale
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 6,800 to 7,500 feet
*Mean annual temperature:* 47 to 50 degrees F
*Mean annual precipitation:* 16 to 18 inches
*Frost-free period:* 130 to 150 days

### *Composition*

Stephouse soil and similar inclusions: 55 percent
Rock outcrop and similar inclusions: 25 percent
Contrasting inclusions: 20 percent

### *Characteristics of the Stephouse soil*

*Landscape position:* Mesas and ridges
*Slope range:* 3 to 10 percent
*Parent material:* Kind—residuum; source—sandstone and shale

### *Typical Profile*

0 to 1 inch—yellowish brown gravelly fine sandy loam
1 to 8 inches—yellowish brown or pale brown gravelly fine sandy loam
8 to 12 inches—pale brown very gravelly fine sandy loam
12 inches—hard Cliffhouse Sandstone

### *Soil Properties*

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Very low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate

*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Characteristics of the Rock outcrop*

*Landscape position:* Mesas and ridges
*Slope range:* 3 to 10 percent
*Parent material:* Kind—residuum; source—sandstone

Rock outcrop consists of barren rock that occurs as ledges and nearly vertical cliffs of sandstone. Rock outcrop also includes areas where the depth to bedrock is less than 4 inches.

### *Included Areas*

*Contrasting Inclusions*
Roubideau soils on mesas

*Similar Inclusions*
Longburn soils on mesas and in canyons
Arabrab soils on mesas

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community on this unit:* Pinyon, Utah juniper, mountain mahogany, Utah serviceberry, muttongrass, antelope bitterbrush, Indian ricegrass
*Potential annual production of air-dry vegetation:* 450 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
• Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Depth

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, slope

*Management considerations:*
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 129—Torriorthents, 12 to 65 percent slopes

### *Setting*

*Landscape position:* Terraces, escarpments, and hills
*Parent material:* Kind—alluvium; source—mixed
*Native plant community:* Desert shrubs and grasses
*Elevation:* 5,000 to 6,200 feet
*Mean annual temperature:* 50 to 56 degrees F
*Mean annual precipitation:* 8 to 13 inches
*Frost-free period:* 120 to 160 days

### *Composition*

Torriorthents and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

These soils are highly variable.
0 to 4 inches—very pale brown extremely stony sandy loam
4 to 14 inches—very pale brown very stony silty clay loam
14 inches—soft Mancos Shale

### *Soil Properties*

*Depth class:* Very shallow to very deep
*Drainage class:* Well to somewhat excessively drained
*Permeability:* Moderately slow to moderately rapid
*Available water capacity:* Very low to low
*Potential rooting depth:* 6 to 60 inches or more
*Flooding:* None
*Runoff:* Low to very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
Battlerock soils on terraces and flood plains
Mack soils on terraces

*Similar Inclusions*
Fluvents on flood plains

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community:* Galleta, shadscale, salina wildrye, alkali sacaton
*Potential annual production of air-dry vegetation:* 300 pounds per acre
*Soil-related factors:* Slope, stones

*Management considerations:*
- Low annual precipitation limits forage production.
- Low available water capacity limits forage production.
- Steep slopes limit livestock use to areas of less slope.
- Surface stones limit equipment use.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, stones

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, depth

*Management considerations:*
- Depth to bedrock may limit excavations.
- The presence of shallow bedrock may adversely affect septic systems.
- Steepness of slope will increase the hazard of erosion and should be considered in construction.
- Slope may limit septic system design.

## 130—Torriorthents-Badland complex, 25 to 100 percent slopes

### *Setting*

*Landscape position:* Escarpments, canyons, and hills
*Parent material:* Kind—colluvium and residuum; source—shale and sandstone
*Native plant community:* A sparse stand of desert shrubs and grasses
*Elevation:* 5,000 to 7,000 feet
*Mean annual temperature:* 50 to 56 degrees F
*Mean annual precipitation:* 8 to 16 inches
*Frost-free period:* 120 to 160 days

### *Composition*

Torriorthents and similar inclusions: 55 percent
Badland and similar inclusions: 30 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Torriorthents*

*Landscape position:* Escarpments, canyons, and hills
*Slope range:* 25 to 100 percent
*Parent material:* Kind—colluvium and residuum; source—sandstone and shale

### *Typical Profile*

0 to 4 inches—very pale brown silty clay loam
4 to 14 inches—very pale brown silty clay loam
14 inches—soft Mancos Shale

### *Soil Properties*

*Depth class:* Very shallow to very deep
*Drainage class:* Well drained
*Permeability:* Very slow to moderately slow
*Available water capacity:* Very low to high
*Potential rooting depth:* 6 to 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* High

### *Characteristics of the Badland*

*Landscape position:* Escarpments, canyons, and hills
*Slope range:* 25 to 100 percent
*Parent material:* Kind—residuum; source—shale

Badland consists of barren shale exposures that occur as hills, knobs, and cliffs.

### *Included Areas*

*Contrasting Inclusions*
Small areas of developed soils on hills, fans, and drainageways

*Similar Inclusions*
Rock outcrop

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Very poor
*Dominant vegetation in the potential plant community on the Torriorthents soil:* Shadscale, alkali sacaton, galleta, Indian ricegrass
*Potential annual production of air-dry vegetation on the Torriorthents soil:* 300 pounds per acre

*Management considerations:*
• Low available water capacity limits forage production.
• Low annual precipitation limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, depth

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, depth, shrink-swell, permeability

*Management considerations:*
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• High shrink-swell potential should be considered in the design of structures.
• The design of septic systems should consider the slow permeability of the soil.

## 131—Tragmon-Sheek complex, 12 to 25 percent slopes

### *Setting*

*Landscape position:* Hills, canyons, and alluvial fans
*Parent material:* Kind—colluvium and slope alluvium; source—sandstone and shale
*Native plant community:* Gambel's oak woodland
*Elevation:* 7,100 to 8,500 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Tragmon soil and similar inclusions: 50 percent
Sheek soil and similar inclusions: 35 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Tragmon soil*

*Landscape position:* Hills, alluvial fans, and canyons
*Slope range:* 12 to 20 percent
*Parent material:* Kind—colluvium, slope alluvium, and alluvium; source—sandstone and shale

### *Typical Profile*

0 to 5 inches—brown sandy loam
5 to 11 inches—brown loam
11 to 40 inches—pale brown and yellowish brown loam
40 to 60 inches—light yellowish brown loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Moderate
*Potential rooting depth:* More than 60 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Characteristics of the Sheek soil*

*Landscape position:* Hills, alluvial fans, and canyons
*Slope range:* 12 to 25 percent
*Parent material:* Kind—colluvium and slope alluvium; source—sandstone and shale

### *Typical Profile*

0 to 4 inches—yellowish brown cobbly loam
4 to 16 inches—yellowish brown very cobbly clay loam
16 to 42 inches—yellowish brown very gravelly clay loam
42 to 60 inches—light yellowish brown very stony clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
Archuleta soils on ridges
Rock outcrop
Northrim soils on hills

*Similar Inclusions*
Hesperus soils on alluvial fans

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community on this unit:* Gambel's oak, serviceberry, mountain brome, prairie Junegrass
*Potential annual production of air-dry vegetation on the Tragmon soil:* 2,200 pounds per acre
*Potential annual production of air-dry vegetation on the Sheek soil:* 2,000 pounds per acre
*Soil-related factors:* Slope

*Management considerations:*
• Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, stones

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope

*Management considerations:*
• Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 132—Typic Argiaquolls, 0 to 3 percent slopes

### *Setting*

*Landscape position:* Drainageways
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Sedges and grasses
*Elevation:* 7,400 to 8,000 feet
*Mean annual temperature:* 43 to 47 degrees F
*Mean annual precipitation:* 15 to 20 inches
*Frost-free period:* 80 to 100 days

### *Composition*

Typic Argiaquolls and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 4 inches—very dark grayish brown loam
4 to 10 inches—very dark grayish brown silty clay loam
10 to 24 inches—dark grayish brown silty clay loam
24 to 60 inches—brown silty clay loam with yellowish red iron accumulations

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Somewhat poorly drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 12 to 60 inches
*Flooding:* Occasional
*Water table:* 12 to 24 inches or more
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
Hesperus soils in drainageways
Tragmon soils on alluvial fans
Sheek soils on hills

*Similar Inclusions*
Pogo soils in drainageways

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Sedges, rushes, tufted hairgrass, cattails
*Potential annual production of air-dry vegetation:* 3,000 pounds per acre
*Soil-related factors:* Water table

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Water table
• A high water table will limit crop selection

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Water table, permeability

*Management considerations:*
• Presence of a high water table seriously affects development.
• The design of septic systems should consider the slow permeability of the soil.

## 133—Typic Torriorthents-Rock outcrop complex, 12 to 80 percent slopes

### *Setting*

*Landscape position:* Canyons, hills, and mesas
*Parent material:* Kind—colluvium and residuum; source—shale and sandstone
*Native plant community:* Desert shrubs, scattered juniper, and grasses
*Elevation:* 5,000 to 5,700 feet
*Mean annual temperature:* 52 to 56 degrees F
*Mean annual precipitation:* 8 to 10 inches
*Frost-free period:* 135 to 160 days

### *Composition*

Typic Torriorthents and similar inclusions: 60 percent
Rock outcrop and similar inclusions: 25 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Typic Torriorthents*

*Landscape position:* Canyons, hills, and mesas
*Slope range:* 12 to 80 percent
*Parent material:* Kind—colluvium and residuum; source—shale and sandstone

Reference Profile

0 to 3 inches—light brown extremely stony sandy loam
3 to 16 inches—light brown to light gray very stony clay loam and very stony silty clay loam
16 inches—soft shale

### *Soil Properties*

*Depth class:* Very shallow to very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow to moderately rapid
*Available water capacity:* Very low to low
*Potential rooting depth:* 6 to 60 inches or more
*Flooding:* None
*Runoff:* Low to very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low to high
*Landscape position:* Canyons, hills, and mesas
*Slope range:* 12 to 80 percent
*Parent material:* Kind—residuum; source—sandstone and shale

Rock outcrop consists of barren rock that occurs as ledges and nearly vertical cliffs of sandstone. Rock outcrop also includes areas where the depth to bedrock is less than 4 inches.

### *Included Areas*

*Contrasting Inclusions*
Badland
Uzacol soils on alluvial fans
Zwicker soils on hills

*Similar Inclusions*
Claysprings soils on ridges and hills

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community on this unit:* Galleta, shadscale, salina wildrye, alkali sacaton, scattered juniper
*Potential annual production of air-dry vegetation on this unit:* 200 to 500 pounds per acre
*Soil-related factors:* Depth, slope, stones

*Management considerations:*
• Low annual precipitation limits forage production.
• Steep slopes limit livestock use to areas of less slope.
• Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, depth

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, depth, permeability

*Management considerations:*
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• The design of septic systems should consider the slow permeability of the soil.

## 134—Umbarg-Winner-Tesajo complex, 0 to 2 percent slopes

### *Setting*

*Landscape position:* Flood plains

*Parent material:* Kind—alluvium; source—mixed
*Native plant community:* River bottom
*Elevation:* 6,200 to 7,000 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### Composition

Umbarg soil and similar inclusions: 35 percent
Winner soil and similar inclusions: 30 percent
Tesajo soil and similar inclusions: 20 percent
Contrasting inclusions: 15 percent

### Characteristics of the Umbarg soil

*Landscape position:* Flood plains
*Slope range:* 0 to 2 percent
*Parent material:* Kind—alluvium; source—mixed

### Typical Profile

0 to 2 inches—dark grayish brown loam
2 to 12 inches—dark grayish brown clay loam
12 to 33 inches—dark grayish brown loam
33 to 42 inches—grayish brown loam with strong brown masses of iron accumulation
42 to 60 inches—grayish brown very gravelly loam with strong brown masses of iron accumulation

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Moderately well drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 36 to 60 inches
*Flooding:* Rare
*Water table:* 36 to 60 inches
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Characteristics of the Winner soil

*Landscape position:* Flood plains
*Slope range:* 0 to 2 percent
*Parent material:* Kind—alluvium; source—mixed

### Typical Profile

0 to 4 inches—dark grayish brown clay loam with yellowish brown masses of iron accumulation
4 to 31 inches—dark grayish brown or brown clay loam with red or yellowish red masses of iron accumulation
31 to 60 inches—brown very stony sandy clay loam with yellowish brown masses of iron accumulation

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Somewhat poorly drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 6 to 24 inches
*Flooding:* Rare
*Water table:* 6 to 24 inches
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### Characteristics of the Tesajo soil

*Landscape position:* Flood plains
*Slope range:* 0 to 2 percent
*Parent material:* Kind—alluvium; source—mixed

### Typical Profile

0 to 3 inches—very dark grayish brown gravelly sandy loam
3 to 36 inches—dark grayish brown or grayish brown very cobbly sandy loam to extremely cobbly loamy sand
36 to 60 inches—dark grayish brown extremely cobbly sandy loam with strong brown masses of iron accumulation

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Moderately well drained
*Permeability:* Moderately rapid
*Available water capacity:* Low
*Potential rooting depth:* 48 to 60 inches
*Flooding:* Rare
*Water table:* More than 48 inches
*Runoff:* Low
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Included Areas

*Contrasting Inclusions*
Pogo soils in drainageways and flood plains
Ustic Torrifluvents in drainageways
Ackmen soils in drainageways

*Similar Inclusions*
Soils that have more stones on the surface

### Major Uses

Cropland and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community on this unit:* Mountain brome, sedges, tufted hairgrass, iris
*Potential annual production of air-dry vegetation on the Umbarg soil:* 2,600 pounds per acre
*Potential annual production of air-dry vegetation on the Winner soil:* 2,000 pounds per acre
*Potential annual production of air-dry vegetation on the Tesajo soil:* 2,000 pounds per acre

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Water table

*Management considerations:*
• A high water table limits crop selection.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Flooding, water table

*Management considerations:*
• The hazard of flooding limits the suitability of this unit for use as a building site.
• The presence of a high water table seriously affects development.

## 135—Ustic Torrifluvents, 0 to 3 percent slopes

### *Setting*

*Landscape position:* Flood plains and drainageways
*Parent material:* Kind—alluvium; source—mixed
*Native plant community:* Big sagebrush and grasses
*Elevation:* 5,400 to 6,200 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Ustic Torrifluvents and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Reference Profile*

0 to 3 inches—pale brown loamy sand
3 to 11 inches—pale brown fine sandy loam
11 to 60 inches—brown and pale brown stratified very gravelly sandy loam to loamy sand

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Somewhat excessively drained
*Permeability:* Moderately rapid
*Available water capacity:* Low
*Potential rooting depth:* 60 inches or more
*Flooding:* Rare
*Runoff:* Low
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Severe
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
Romberg soils on alluvial fans and hills
Gullied land

*Similar Inclusions*
Mikim soils on alluvial fans

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Alkali sacaton, galleta, western wheatgrass, big sagebrush
*Potential annual production of air-dry vegetation:* 800 pounds per acre

*Management considerations:*
• Low annual precipitation limits forage production.
• Low available water capacity limits forage production.
• Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Poor
*Soil-related factors:* Salinity

*Management considerations:*
• The presence of high salt concentrations adversely affects crop production.
• Low available water capacity limits crop production.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Flooding, salinity

*Management considerations:*
• The hazard of flooding limits the suitability of this unit for use as a building site.
• Special consideration of building material is needed to compensate for possible corrosion from the saline-alkaline conditions.

## 136—Ustic Torriorthents-Gullied land complex, 1 to 60 percent slopes

### *Setting*

*Landscape position:* Alluvial fans, drainageways, terraces, escarpments, and flood plains
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Sagebrush and grasses
*Elevation:* 5,400 to 6,200 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Ustic Torriorthents and similar inclusions: 45 percent
Gullied land and similar inclusions: 40 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Ustic Torriorthents*

*Landscape position:* Alluvial fans, drainageways, flood plains, terraces, and escarpments
*Slope range:* 1 to 60 percent
*Parent material:* Kind—alluvium; source—sandstone and shale

### *Typical Profile*

0 to 7 inches—variable surface textures
7 to 60 inches—variable sandy loam to clay loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well or somewhat excessively drained
*Permeability:* Moderately slow to moderately rapid
*Available water capacity:* Low to high
*Potential rooting depth:* 60 inches or more
*Flooding:* Rare
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Characteristics of the Gullied land*

*Landscape position:* Escarpments and drainageways
*Slope range:* 25 to 60 percent
*Parent material:* Kind—alluvium; source—sandstone and shale

Gullied land consists of deep erosional channels that occur as gullies, arroyos, and drainageways.

### *Included Areas*

*Contrasting Inclusions*
Lillings soils on terraces and alluvial fans
Mikim soils on alluvial fans
Sideshow soils on alluvial fans

### *Major Use*

Livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community on this unit:* Alkali sacaton, big sagebrush, western wheatgrass, galleta, greasewood
*Potential annual production of air-dry vegetation on the Torriorthents soil:* 700 pounds per acre
*Soil-related factors:* Slope

*Management considerations:*
• Steep slopes limit livestock use to areas of less slope.
• Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, gullies

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, depth, flooding

*Management considerations:*
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.
• The hazard of flooding limits the suitability of this unit for use as a building site.

• Some areas are severely gullied and are no longer subject to flooding.

## 137—Ustorthents, 12 to 65 percent slopes

### *Setting*

*Landscape position:* Terrace escarpments, terraces, and hills
*Parent material:* Kind—eolian material, residuum, and alluvium; source—mixed
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Ustorthents and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

These soils are highly variable.
0 to 3 inches—brown very cobbly loam
3 to 14 inches—brown very cobbly loam
14 to 36 inches—brown extremely cobbly loam
36 to 60 inches—brown very stony sandy loam

### *Soil Properties*

*Depth class:* Shallow to very deep
*Drainage class:* Well or somewhat excessively drained
*Permeability:* Moderately slow to moderately rapid
*Available water capacity:* Low to moderate
*Potential rooting depth:* 10 to 60 inches or more
*Flooding:* None
*Runoff:* High to very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
Collide soils on terraces
Sideshow soils on alluvial fans
Herm soils on hills

*Similar Inclusions*
Zigzag soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community:* Pinyon, juniper, muttongrass, big sagebrush, western wheatgrass, Indian ricegrass
*Potential annual production of air-dry vegetation:* 600 pounds per acre
*Soil-related factors:* Slope, depth, stones

*Management considerations:*
• Low available water capacity limits forage production.
• Steep slopes limit livestock use to areas of less slope.
• Surface stones limit equipment use.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, stones

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, depth

*Management considerations:*
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.

## 138—Uzacol-Zwicker-Claysprings complex, 3 to 12 percent slopes

### *Setting*

*Landscape position:* Hills, knobs, and ridges
*Parent material:* Kind—residuum, colluvium, and slope alluvium; source—Morrison Shale
*Native plant community:* Desert shrubs and grasses
*Elevation:* 5,000 to 5,700 feet
*Mean annual temperature:* 52 to 56 degrees F
*Mean annual precipitation:* 8 to 10 inches
*Frost-free period:* 135 to 160 days

### *Composition*

Uzacol soil and similar inclusions: 35 percent
Zwicker soil and similar inclusions: 30 percent
Claysprings soil and similar inclusions: 20 percent
Contrasting inclusions: 15 percent

### Characteristics of the Uzacol soil

*Landscape position:* Hills
*Slope range:* 3 to 9 percent
*Parent material:* Kind—slope alluvium and residuum; source—Morrison Shale

### Typical Profile

0 to 1 inch—light brown clay loam
1 to 5 inches—light brown clay loam
5 to 31 inches—light brown clay
31 to 45 inches—light reddish brown clay
45 to 59 inches—pink clay
59 inches—soft Morrison Shale

### Soil Properties

*Depth class:* Deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 40 to 60 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### Characteristics of the Zwicker soil

*Landscape position:* Hills, ridges, and knobs
*Slope range:* 3 to 12 percent
*Parent material:* Kind—slope alluvium and colluvium; source—Morrison Shale

### Typical Profile

0 to 1 inch—light brown stony clay loam
1 to 4 inches—light brown clay loam
4 to 17 inches—light brown clay
17 to 32 inches—light brown clay
32 inches—soft Morrison Shale

### Soil Properties

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### Characteristics of the Claysprings soil

*Landscape position:* Knobs and ridges
*Slope range:* 3 to 12 percent
*Parent material:* Kind—residuum; source—Morrison Shale

### Typical Profile

0 to 3 inches—pink very stony clay loam
3 to 9 inches—light reddish brown clay
9 to 18 inches—reddish gray clay
18 inches—soft Morrison Shale

### Soil Properties

*Depth class:* Very shallow and shallow
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Very low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* High

### Included Areas

*Contrasting Inclusions*
Rock outcrop
Badland
Battlerock soils on terraces
Recapture soils on alluvial fans

*Similar Inclusions*
Soils that have more rock fragments on the surface

### Major Uses

Wildlife habitat and livestock grazing

### Major Management Factors

**Rangeland**

*Suitability:* Very poor
*Dominant vegetation in the potential plant community on this unit:* Shadscale, galleta, alkali sacaton, salina wildrye
*Potential annual production of air-dry vegetation on the Uzacol soil:* 450 pounds per acre
*Potential annual production of air-dry vegetation on the Zwicker soil:* 350 pounds per acre
*Potential annual production of air-dry vegetation on the Claysprings soil:* 250 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
- Low available water capacity limits forage production.
- Low annual precipitation limits forage production.
- Surface stones limit equipment use.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Depth, slope, permeability

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Shrink-swell, permeability, corrosivity, depth

*Management considerations:*
• High shrink-swell potential should be considered in the design of structures.
• The design of septic systems should consider the slow permeability of the soil.
• Special consideration of building material is needed to compensate for possible corrosion from the saline-alkaline conditions.
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.

## 139—Water

### *Setting*

*Landscape position:* Drainageways
*Elevation:* 5,000 to 8,500 feet
*Mean annual precipitation:* 8 to 20 inches
*Frost-free period:* 80 to 160 days

### *Composition*

Man-made and natural bodies of water ranging in size from a few acres to 4,470 acres

## 140—Wauquie very stony loam, 6 to 25 percent slopes

### *Setting*

*Landscape position:* Hills and alluvial fans
*Parent material:* Kind—colluvium and alluvium; source—mixed
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Wauquie soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 2 inches—brown very stony loam
2 to 60 inches—brown very stony loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Low
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
Wetherill soils on hills
Zigzag soils on hills

*Similar Inclusions*
Sheek soils on hills

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Pinyon, Utah juniper, Gambel's oak, mountain mahogany, Indian ricegrass, muttongrass
*Potential annual production of air-dry vegetation:* 800 pounds per acre
*Soil-related factors:* Slope, stones

*Management considerations:*
• Low available water capacity limits forage production.
• Steep slopes limit livestock use to areas of less slope.
• Surface stones limit equipment use.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, stones

*Management considerations:*
• Surface stones limit equipment use.
• Low available water capacity limits crop production.
• The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope

*Management considerations:*
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.

## 141—Wauquie-Dolcan complex, 6 to 25 percent slopes

### *Setting*

*Landscape position:* Canyons, hills, and alluvial fans
*Parent material:* Kind—colluvium, alluvium, and residuum; source—sandstone and shale
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Wauquie soil and similar inclusions: 45 percent
Dolcan soil and similar inclusions: 40 percent
Contrasting inclusions: 15 percent

### *Characteristics of the Wauquie soil*

*Landscape position:* Canyons, hills, and alluvial fans
*Slope range:* 6 to 25 percent
*Parent material:* Kind—colluvium and alluvium; source—sandstone and shale

### *Typical Profile*

0 to 2 inches—brown stony fine sandy loam
2 to 60 inches—brown very cobbly loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Low
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Characteristics of the Dolcan soil*

*Landscape position:* Canyons and hills
*Slope range:* 6 to 25 percent
*Parent material:* Kind—colluvium and residuum; source—sandstone and shale

### *Typical Profile*

0 to 2 inches—brown extremely cobbly fine sandy loam
2 to 8 inches—brown cobbly clay loam
8 to 11 inches—reddish brown clay loam
11 inches—soft shale

### *Soil Properties*

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Very low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
Wetherill soils on hills
Gladel soils on hills and mesas
Rock outcrop
Prater soils on alluvial fans and hills

*Similar Inclusions*
Soils that have fewer rock fragments on the surface
Soils that have hard bedrock

### *Major Uses*

Wildlife habitat and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community on this unit:* Pinyon, juniper, mountain mahogany, serviceberry, Gambel's oak, muttongrass
*Potential annual production of air-dry vegetation on the Wauquie soil:* 1,000 pounds per acre
*Potential annual production of air-dry vegetation on the Dolcan soil:* 500 pounds per acre
*Soil-related factors:* Slope, depth, stones

*Management considerations:*
• Steep slopes limit livestock use to areas of less slope.
• Low available water capacity limits forage production.



**Figure 4.—An area of Fluvaquents-Haplustolls complex, 0 to 5 percent slopes, in the foreground. The canyon sideslopes in the background are in an area of Wauquie-Dolcan-Rock outcrop complex, 25 to 80 percent slopes.**

### Cropland

*Suitability:* Unsuitable
*Soil-related factors:* Slope, stones

### Building Site Development

*Suitability:* Poor
*Soil-related factors:* Slope, permeability, depth

*Management considerations:*
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.

## 142—Wauquie-Dolcan-Rock outcrop complex, 25 to 80 percent slopes

### *Setting*

*Landscape position:* Canyons, hills, and structural benches (fig. 4)
*Parent material:* Kind—colluvium and residuum; source—sandstone and shale
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### Composition

Wauquie soil and similar inclusions: 40 percent
Dolcan soil and similar inclusions: 30 percent
Rock outcrop: 15 percent
Contrasting inclusions: 15 percent

### Characteristics of the Wauquie soil

*Landscape position:* Canyons, hills, and structural benches
*Slope range:* 25 to 50 percent
*Parent material:* Kind—colluvium; source—sandstone and shale

### Typical Profile

0 to 2 inches—brown stony fine sandy loam
2 to 60 inches—brown very cobbly loam

### Soil Properties

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderate
*Available water capacity:* Low
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### Characteristics of the Dolcan soil

*Landscape position:* Canyons and hills
*Slope range:* 25 to 80 percent
*Parent material:* Kind—colluvium and residuum; source—sandstone and shale

### Typical Profile

0 to 2 inches—brown extremely cobbly fine sandy loam
2 to 8 inches—brown cobbly clay loam
8 to 11 inches—reddish brown clay loam
11 inches—soft shale

### Soil Properties

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Very low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Low

### Characteristics of the Rock outcrop

*Landscape position:* Canyons and hills
*Slope range:* 25 to 80 percent
*Parent material:* Kind—residuum; source—sandstone and shale

Rock outcrop consists of barren rock that occurs as ledges and nearly vertical cliffs of sandstone. Rock outcrop also includes areas where the depth to bedrock is less than 4 inches.

### Included Areas

*Contrasting Inclusions*
Wetherill soils on hills
Gladel soils on hills
Ustorthents on hills

*Similar Inclusions*
Soils that have fewer rock fragments on the surface
Soils that have hard bedrock

### Major Use

Wildlife habitat

### Major Management Factors

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community on this unit:* Pinyon, juniper, mountain mahogany, serviceberry, Gambel's oak, muttongrass
*Potential annual production of air-dry vegetation on the Wauquie soil:* 900 pounds per acre
*Potential annual production of air-dry vegetation on the Dolcan soil:* 500 pounds per acre

*Management considerations:*
• Steep slopes limit livestock use to areas of less slope.
• Surface stones limit equipment use.
• Low available water capacity limits forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, depth, stones

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, permeability, depth

*Management considerations:*
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.

• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.

## 143—Wetherill loam, 1 to 3 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Wetherill soil and similar inclusions: 90 percent
Contrasting inclusions: 10 percent

### *Typical Profile*

0 to 7 inches—yellowish red loam
7 to 31 inches—yellowish red loam
31 to 48 inches—yellowish red clay loam
48 to 60 inches—light reddish brown loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Slight
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
Pulpit soils on hills and mesas
Sharps soils on hills and mesas

*Similar Inclusions*
Cahona soils on hills and mesas

### *Major Uses*

Cropland and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Western wheatgrass, muttongrass, big sagebrush, Indian ricegrass
*Potential annual production of air-dry vegetation:* 1,200 pounds per acre

**Cropland**

*Suitability:* Good

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Shrink-swell

*Management considerations:*
• Moderate shrink-swell potential should be considered in the design of structures.

## 144—Wetherill loam, 3 to 6 percent slopes

### *Setting*

*Landscape position:* Hills and mesas (fig. 5)
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Wetherill soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 7 inches—yellowish red loam
7 to 31 inches—yellowish red loam
31 to 48 inches—yellowish red clay loam
48 to 60 inches—light reddish brown loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None

*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
Pulpit soils on hills and mesas
Sharps soils on hills and mesas

*Similar Inclusions*
Cahona soils on hills and mesas

### *Major Uses*

Cropland and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Good

*Dominant vegetation in the potential plant community:* Western wheatgrass, muttongrass, big sagebrush, Indian ricegrass
*Potential annual production of air-dry vegetation:* 1,200 pounds per acre

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Slope

*Management considerations:*
• The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Fair
*Soil-related factors:* Shrink-swell

*Management considerations:*
• Moderate shrink-swell potential should be considered in the design of structures.



**Figure 5.—Irrigated bromegrass-alfalfa hayfield in an area of Wetherill loam, 3 to 6 percent slopes. Mesa Verde Plateau is in the background.**

## 145—Wetherill loam, 6 to 12 percent slopes

### *Setting*

*Landscape position:* Hills and mesas
*Parent material:* Kind—eolian material; source—sandstone
*Native plant community:* Sagebrush and grasses
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Wetherill soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 7 inches—yellowish red loam
7 to 31 inches—yellowish red loam
31 to 48 inches—yellowish red clay loam
48 to 60 inches—light reddish brown loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* High
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
Pulpit soils on hills and mesas
Sharps soils on hills and mesas
Gladel soils on hills and mesas

*Similar Inclusions*
Cahona soils on hills and mesas

### *Major Uses*

Cropland and livestock grazing

### *Major Management Factors*

#### Rangeland

*Suitability:* Good
*Dominant vegetation in the potential plant community:* Western wheatgrass, muttongrass, big sagebrush, Indian ricegrass
*Potential annual production of air-dry vegetation:* 1,100 pounds per acre

#### Cropland

*Suitability:* Poor
*Soil-related factors:* Slope

*Management considerations:*
• The steep slopes should be managed to prevent excessive erosion.

#### Building Site Development

*Suitability:* Fair
*Soil-related factors:* Shrink-swell, slope

*Management considerations:*
• Moderate shrink-swell potential should be considered in the design of structures.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.

## 146—Yarts clay loam, 1 to 6 percent slopes

### *Setting*

*Landscape position:* Alluvial fans and terraces
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Sagebrush and grasses
*Elevation:* 5,400 to 6,200 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Yarts soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 9 inches—reddish brown clay loam
9 to 13 inches—reddish brown sandy loam
13 to 60 inches—yellowish red sandy loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately slow
*Available water capacity:* Moderate
*Potential rooting depth:* 60 inches or more

*Flooding:* None
*Runoff:* Medium
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
Uzacol soils on hills
Torriorthents on hills and terraces

*Similar Inclusions*
Battlerock soils in drainageways and on terraces

### *Major Uses*

Irrigated cropland and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Galleta, big sagebrush, blue grama, New Mexico feathergrass
*Potential annual production of air-dry vegetation:* 700 pounds per acre

*Management considerations:*
- Low annual precipitation limits forage production.
- Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Slope

*Management considerations:*
- Low annual precipitation limits cropping systems.
- The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Good

## 147—Yarts fine sandy loam, 1 to 6 percent slopes

### *Setting*

*Landscape position:* Alluvial fans and terraces
*Parent material:* Kind—alluvium; source—sandstone and shale
*Native plant community:* Sagebrush and grasses
*Elevation:* 5,400 to 6,200 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 10 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Yarts soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 9 inches—reddish brown fine sandy loam
9 to 13 inches—reddish brown sandy loam
13 to 60 inches—yellowish red sandy loam

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Moderately rapid
*Available water capacity:* Moderate
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Low
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Low

### *Included Areas*

*Contrasting Inclusions*
Uzacol soils on hills
Torriorthents on hills and terraces

*Similar Inclusions*
Battlerock soils in drainageways and on terraces

### *Major Uses*

Irrigated cropland and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Galleta, big sagebrush, blue grama, New Mexico feathergrass
*Potential annual production of air-dry vegetation:* 700 pounds per acre

*Management considerations:*
- Low annual precipitation limits forage production.
- Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Fair
*Soil-related factors:* Slope

*Management considerations:*
- Low annual precipitation limits cropping systems.

• The steep slopes should be managed to prevent excessive erosion.

**Building Site Development**

*Suitability:* Good

## 148—Zau stony loam, 9 to 25 percent slopes

### Setting

*Landscape position:* Hills
*Parent material:* Kind—residuum; source—sandstone and shale
*Native plant community:* Shrubs and grasses
*Elevation:* 7,600 to 8,000 feet
*Mean annual temperature:* 40 to 44 degrees F
*Mean annual precipitation:* 18 to 22 inches
*Frost-free period:* 80 to 100 days

### Composition

Zau soil and similar inclusions: 75 percent
Contrasting inclusions: 25 percent

### Typical Profile

0 to 2 inches—moderately decomposed leaves
2 to 10 inches—dark grayish brown stony loam
10 to 15 inches—brown clay loam
15 to 19 inches—brown and light yellowish brown clay loam
19 to 29 inches—brown and brownish yellow clay
29 to 34 inches—brown and brownish yellow clay loam
34 inches—weathered sandstone

### Soil Properties

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 20 to 40 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### Included Areas

*Contrasting Inclusions*
Herm soils on hills
Archuleta soils on hills

*Similar Inclusions*
Pramiss soils on hills

### Major Use

Wildlife habitat

### Major Management Factors

**Rangeland**

*Suitability:* Fair
*Dominant vegetation in the potential plant community:* Gambel's oak, Arizona fescue, needleandthread
*Potential annual production of air-dry vegetation:* 2,500 pounds per acre
*Soil-related factors:* Slope, depth, stones

*Management considerations:*
• Steep slopes limit livestock use to areas of less slope.
• Low available water capacity limits forage production.
• Surface stones limit equipment use.
• Brush control may be needed to maintain forage production.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, depth, permeability

*Management considerations:*
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Depth to bedrock may limit excavations.
• The design of septic systems should consider the slow permeability of the soil.

## 149—Zigzag very channery clay loam, 3 to 25 percent slopes

### Setting

*Landscape position:* Knobs, ridges, and hills
*Parent material:* Kind—residuum; source—Mancos Shale
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F

*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Zigzag soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 1 inch—light brownish gray very channery clay loam
1 to 5 inches—light brownish gray clay loam
5 to 19 inches—light brownish gray clay
19 inches—weathered Mancos Shale

### *Soil Properties*

*Depth class:* Very shallow and shallow
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
Sideshow soils on alluvial fans
Rock outcrop

*Similar Inclusions*
Soils that have fewer coarse fragments on the surface

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community:* Pinyon, juniper, Indian ricegrass, mountain mahogany, western wheatgrass, muttongrass
*Potential annual production of air-dry vegetation:* 400 pounds per acre
*Soil-related factors:* Depth, slope

*Management considerations:*
• Low available water capacity limits forage production.
• Steep slopes limit livestock use to areas of less slope.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, depth

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, permeability, slope, shrink-swell

*Management considerations:*
• High shrink-swell potential should be considered in the design of structures.
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.
• The design of septic systems should consider the slow permeability of the soil.

## 150—Zigzag-Sideshow complex, 25 to 65 percent slopes

### *Setting*

*Landscape position:* Knobs, hills, alluvial fans, and ridges
*Parent material:* Kind—residuum and alluvium; source—Mancos Shale
*Native plant community:* Pinyon and juniper woodland
*Elevation:* 6,200 to 7,400 feet
*Mean annual temperature:* 46 to 50 degrees F
*Mean annual precipitation:* 13 to 16 inches
*Frost-free period:* 100 to 120 days

### *Composition*

Zigzag soil and similar inclusions: 60 percent
Sideshow soil and similar inclusions: 30 percent
Contrasting inclusions: 10 percent

### *Characteristics of the Zigzag soil*

*Landscape position:* Knobs, hills, and ridges
*Slope range:* 25 to 65 percent
*Parent material:* Kind—residuum; source—Mancos Shale

### *Typical Profile*

0 to 1 inch—light brownish gray very channery clay loam
1 to 5 inches—light brownish gray clay loam
5 to 19 inches—light brownish gray clay
19 inches—weathered Mancos Shale

### *Soil Properties*

*Depth class:* Very shallow and shallow
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* High

### *Characteristics of the Sideshow soil*

*Landscape position:* Alluvial fans and hills
*Slope range:* 25 to 40 percent
*Parent material:* Kind—alluvium; source—Mancos Shale

### *Typical Profile*

0 to 3 inches—brown silty clay loam
3 to 60 inches—brown clay

### *Soil Properties*

*Depth class:* Very deep
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* High
*Potential rooting depth:* 60 inches or more
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* High

### *Included Areas*

*Contrasting Inclusions*
Ramper soils on alluvial fans
Wauquie soils on hills
Dolcan soils on hills

*Similar Inclusions*
Soils that have bedrock between 20 and 60 inches

### *Major Uses*

Wildlife habitat and livestock grazing

### *Major Management Factors*

**Rangeland**

*Suitability:* Poor
*Dominant vegetation in the potential plant community on the Zigzag soil:* Pinyon, juniper, Indian ricegrass, western wheatgrass, big sagebrush, muttongrass, mountain mahogany
*Dominant vegetation in the potential plant community on the Sideshow soil:* Big sagebrush, western wheatgrass, Indian ricegrass, prairie Junegrass
*Potential annual production of air-dry vegetation on the Zigzag soil:* 400 pounds per acre
*Potential annual production of air-dry vegetation on the Sideshow soil:* 900 pounds per acre
*Soil-related factors:* Depth, slope

*Management considerations:*
• Low available water capacity limits forage production.
• Steep slopes limit livestock use to areas of less slope.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, depth

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Slope, permeability, depth, shrink-swell

*Management considerations:*
• High shrink-swell potential should be considered in the design of structures.
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Steepness of slope will increase the hazard of erosion and should be considered in construction.
• Slope may limit septic system design.
• The design of septic systems should consider the slow permeability of the soil.

## 151—Zyme gravelly clay loam, 3 to 12 percent slopes

### *Setting*

*Landscape position:* Knobs, ridges, and hills
*Parent material:* Kind—residuum; source—Mancos Shale
*Native plant community:* Sagebrush and grasses
*Elevation:* 5,800 to 6,200 feet
*Mean annual temperature:* 50 to 52 degrees F

*Mean annual precipitation:* 11 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Zyme soil and similar inclusions: 85 percent
Contrasting inclusions: 15 percent

### *Typical Profile*

0 to 2 inches—light brownish gray gravelly clay loam
2 to 12 inches—brown clay loam
12 inches—weathered Mancos Shale

### *Soil Properties*

*Depth class:* Very shallow and shallow
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Very low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Moderate
*Hazard of wind erosion:* Moderate
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
Rock outcrop
Mikim soils on alluvial fans
Crosscan soils on hills

*Similar Inclusions*
Zyme soils with more coarse fragments on the surface

### *Major Uses*

Livestock grazing and wildlife habitat

### *Major Management Factors*

#### Rangeland

*Suitability:* Very poor
*Dominant vegetation in the potential plant community:* Galleta, Indian ricegrass, western wheatgrass, big sagebrush
*Potential annual production of air-dry vegetation:* 300 pounds per acre
*Soil-related factors:* Depth

*Management considerations:*
• Low available water capacity limits forage production.
• Low annual precipitation limits forage production.

#### Cropland

*Suitability:* Unsuitable
*Soil-related factors:* Depth

#### Building Site Development

*Suitability:* Poor
*Soil-related factors:* Depth, permeability, shrink-swell

*Management considerations:*
• Moderate shrink-swell potential should be considered in the design of structures.
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Slope may limit septic system design.
• The design of septic systems should consider the slow permeability of the soil.

## 152—Zyme very channery clay loam, 12 to 65 percent slopes

### *Setting*

*Landscape position:* Knobs, ridges, and hills
*Parent material:* Kind—residuum; source—Mancos Shale
*Native plant community:* Sagebrushes and grasses
*Elevation:* 5,800 to 6,200 feet
*Mean annual temperature:* 50 to 52 degrees F
*Mean annual precipitation:* 11 to 13 inches
*Frost-free period:* 120 to 135 days

### *Composition*

Zyme soil and similar inclusions: 80 percent
Contrasting inclusions: 20 percent

### *Typical Profile*

0 to 2 inches—brown very channery clay loam
2 to 12 inches—brown clay loam
12 inches—weathered Mancos Shale

### *Soil Properties*

*Depth class:* Very shallow and shallow
*Drainage class:* Well drained
*Permeability:* Slow
*Available water capacity:* Very low
*Potential rooting depth:* 6 to 20 inches
*Flooding:* None
*Runoff:* Very high
*Hazard of water erosion:* Severe
*Hazard of wind erosion:* Slight
*Shrink-swell potential:* Moderate

### *Included Areas*

*Contrasting Inclusions*
Mikim soils on alluvial fans

Crosscan soils on hills
Rock outcrop

*Similar Inclusions*
Soils that have more rock fragments on the surface

### *Major Use*

Wildlife habitat

### *Major Management Factors*

**Rangeland**

*Suitability:* Very poor
*Dominant vegetation in the potential plant community:* Galleta, Indian ricegrass, western wheatgrass, big sagebrush
*Potential annual production of air-dry vegetation:* 300 pounds per acre
*Soil-related factors:* Depth, slope

*Management considerations:*
• Low annual precipitation limits forage production.
• Low available water capacity limits forage production.
• Steep slopes limit livestock use to areas of less slope.

**Cropland**

*Suitability:* Unsuitable
*Soil-related factors:* Slope, depth

**Building Site Development**

*Suitability:* Poor
*Soil-related factors:* Depth, permeability, slope, shrink-swell potential

*Management considerations:*
• Moderate shrink-swell potential should be considered in the design of structures.
• Depth to bedrock may limit excavations.
• The presence of shallow bedrock may adversely affect septic systems.
• Slope may limit septic system design.
• The design of septic systems should consider the slow permeability of the soil.

# Use and Management of the Soils

This soil survey is an inventory and evaluation of the soils in the survey area. It can be used to adjust land uses to the limitations and potentials of natural resources and the environment. Also, it can help to prevent soil-related failures in land uses.

In preparing a soil survey, soil scientists, conservationists, engineers, and others collect extensive field data about the nature and behavioral characteristics of the soils. They collect data on erosion, droughtiness, flooding, and other factors that affect various soil uses and management. Field experience and collected data on soil properties and performance are used as a basis in predicting soil behavior.

Information in this section can be used to plan the use and management of soils for crops and pasture; as rangeland and forestland; as sites for buildings, sanitary facilities, highways and other transportation systems, and parks and other recreational facilities; for agricultural waste management; and as wildlife habitat. It can be used to identify the potentials and limitations of each soil for specific land uses and to help prevent construction failures caused by unfavorable soil properties.

Planners and others using soil survey information can evaluate the effect of specific land uses on productivity and on the environment in all or part of the survey area. The survey can help planners to maintain or create a land use pattern in harmony with the natural soil.

Contractors can use this survey to locate sources of sand and gravel, roadfill, and topsoil. They can use it to identify areas where bedrock, wetness, or very firm soil layers can cause difficulty in excavation.

Health officials, highway officials, engineers, and others may also find this survey useful. The survey can help them plan the safe disposal of wastes and locate sites for pavements, sidewalks, campgrounds, playgrounds, lawns, and trees and shrubs.

## Interpretive Ratings

The interpretive tables in this survey rate the soils in the survey area for various uses. Many of the tables identify the limitations that affect specified uses and indicate the severity of those limitations.

*Rating Class Terms*

Rating classes are expressed in the tables in terms that indicate the extent to which the soils are limited by all of the soil features that affect a specified use or in terms that indicate the suitability of the soils for the use. Thus, the tables may show limitation classes or suitability classes. Terms for the limitation classes are *slight, moderate,* and *severe*. The suitability ratings are expressed as *good, fair, poor* and *very poor*.

## Crops

About 18 percent of the survey area is used for the production of crops, hay, and pasture. Of this total, about 7 percent is irrigated, mainly in Montezuma County. Nonirrigated cropland accounts for about 11 percent of the survey area with the majority in Dolores County (fig. 6). Major irrigated crops are alfalfa and grass/alfalfa hay. Minor amounts of irrigated pinto beans and small grains such as oats and wheat also are grown. The majority of the alfalfa hay is shipped south by truck for use in dairy operations in other states. Most of the grass/alfalfa hay is consumed by local livestock. Historically this area has produced large quantities of nonirrigated pinto beans and winter wheat. With the recent completion of the Dolores Irrigation Project, much of the previously nonirrigated cropland now receives irrigation water. Pinto beans and wheat are still important crops in the areas not receiving irrigation water. A small number of acres are used for specialty crops such as sunflowers, saffron, and garbanzo beans.

Irrigation water for the area originates in the San Juan Mountains to the northeast of the survey area. Water from the Mancos River and smaller creeks is stored in Jackson, Summit, and Puett Reservoirs. This water is used to irrigate areas in the eastern part of the survey area. McPhee Reservoir, constructed in the 1980’s, stores water from the



**Fig. 6.—Nonirrigated alfalfa in an area of Wetherill loam, 3 to 6 percent slopes.**

Dolores River and provides irrigation water for approximately 50,000 acres of cropland. Most areas served by these reservoirs have adequate supplies of water throughout the growing season. Some areas served by direct diversion of water from a stream, or those on a smaller reservoir system, may be limited in available water by the middle to late summer months.

In many areas of the survey area, improved irrigation water management may be needed. Many areas have water that seeps below the root zone or runs off the field in excessive amounts. Most areas that are currently irrigated near Mancos or between Cortez and Dove Creek have moderately fine or fine-textured subsoil horizons with moderately slow or slow permeability; therefore, water should be applied at a uniform, slow rate. Sprinkler systems allow for uniform and regulated applications of water and are the most efficient method for water application on cropland.

Some areas have special problems of high soluble salt content and/or high seasonal water tables. The majority of these areas are located to the south of Cortez and have formed in alluvial material from the Mancos and Mesa Verde Formations. High salt content reduces a plant's ability to use the available moisture that is present in the soil. Only plants that are adapted to these conditions will thrive. Most areas with high salt content also have an associated high water table present during some part of the year. Seepage water from irrigated areas upslope moves through the soil picking up salts from the natural material. In low-lying areas, the water accumulates and forms a water table. As plants and evaporation remove water from the soil, salts are left behind and accumulate. In order to reclaim these areas, a suitable drainage outlet is needed to lower the water table. Low-salt irrigation water can then be used to flush the salts below the rooting zone.

Good tilth and organic matter content should be maintained in cropland soils. This can be accomplished by returning crop residue to the soil and by using green manure crops. Barnyard manure, when available, can be used to maintain tilth, organic matter content, and fertility.

Soil fertility is important for crop production. In most areas of irrigated crops, applications of fertilizer are needed for maximum production. Nitrogen and

phosphorus are the nutrients most lacking in the survey area. Local levels of potassium normally are adequate for common crops. The trace element zinc has been found to be lacking in some areas. The amount of fertilizer applied should be based on a soil test. The Cooperative Extension Service can provide assistance on obtaining a soil test and determining the kind and amount of fertilizer to apply.

Timely tillage, planting, and harvesting are important in producing a crop, maintaining soil tilth, and preventing soil erosion. Tillage operations should be carried out when soil moisture conditions are optional. Most of the irrigated soils become compacted if tilled when they are too wet or become extremely cloddy if tilled when very dry. Timely planting is necessary to take full advantage of the limited growing season and moisture. Some crops and grasses are best planted in late July or after the plants go dormant in the fall to assure that moisture is available for germination and establishment. Using minimum tillage and maintaining crop residue on the surface help to prevent erosion and conserve moisture.

Weed control is important in all cropland and native areas because of the competition for soil moisture and nutrients. Annual weeds are the most common and easiest to control. Perennial noxious weeds such as Russian knapweed, Canadian thistle, and field bindweed are very hard to eliminate because of their extensive perennial root systems. They can be controlled with herbicides, tillage, and biological controls.

Irrigated pasture in the survey area typically consists of areas that are harvested for one cutting of grass hay and then grazed by livestock the remaining part of the year. Most areas are irrigated by flooding from contour ditches. Proper grazing use may include delayed grazing, avoiding grazing when the soils are wet to avoid compaction, and rotational grazing. Some grasses will benefit from mowing, which helps to distribute grazing and to stimulate plant growth. Weed control may be necessary to maintain the proper species of forage.

Preventing water erosion is an important concern on all soils in the survey area. Most soils used for cropland or pasture have a moderate hazard of water erosion. Conducting most farming operations on the contour helps to prevent runoff and water erosion. Maintaining adequate ground cover will help to reduce erosion, increase infiltration, and maintain soil tilth. Land smoothing or leveling of irrigated fields will ensure uniform slopes and help to prevent runoff.

## Yields per Acre

The average yields per acre that can be expected of the principal crops under a high level of management are shown in table 5. In any given year, yields may be higher or lower than those indicated in the table because of variations in rainfall and other climatic factors. The land capability classification of map units in the survey area also is shown in the table.

The yields are based mainly on the experience and records of farmers, conservationists, and extension agents. Available yield data from nearby counties and results of field trials and demonstrations also are considered.

The management needed to obtain the indicated yields of the various crops depends on the kind of soil and the crop. Management can include drainage, erosion control, and protection from flooding; the proper planting and seeding rates; suitable high-yielding crop varieties; appropriate and timely tillage; control of weeds, plant diseases, and harmful insects; favorable soil reaction and optimum levels of nitrogen, phosphorus, potassium, and trace elements for each crop; effective use of crop residue, barnyard manure, and green manure crops; and harvesting that ensures the smallest possible loss.

For yields of irrigated crops, it is assumed that the irrigation system is adapted to the soils and to the crops grown, that good-quality irrigation water is uniformly applied as needed, and that tillage is kept to a minimum.

The estimated yields reflect the productive capacity of each soil for each of the principal crops. Yields are likely to increase as new production technology is developed. The productivity of a given soil compared with that of other soils, however, is not likely to change.

Crops other than those shown in table 5 are grown in the survey area, but estimated yields are not listed because the acreage of such crops is small. The local office of the Natural Resources Conservation Service or of the Cooperative Extension Service can provide information about the management and productivity of the soils for those crops.

## Land Capability Classification

Land capability classification shows, in a general way, the suitability of soils for most kinds of field crops (USDA, 1961). Crops that require special management are excluded. The soils are grouped according to their limitations for field crops, the risk

of damage if they are used for crops, and the way they respond to management. The criteria used in grouping the soils do not include major and generally expensive landforming that would change slope, depth, or other characteristics of the soils, nor do they include possible but unlikely major reclamation projects. Capability classification is not a substitute for interpretations designed to show suitability and limitations of groups of soils for rangeland, for forestland, or for engineering purposes.

In the capability system, soils are generally grouped at three levels—capability class, subclass, and unit.

*Capability classes*, the broadest groups, are designated by the numbers 1 through 8. The numbers indicate progressively greater limitations and narrower choices for practical use. The classes are defined as follows:

Class 1 soils have slight limitations that restrict their use.

Class 2 soils have moderate limitations that restrict the choice of plants or that require moderate conservation practices.

Class 3 soils have severe limitations that restrict the choice of plants or that require special conservation practices, or both.

Class 4 soils have very severe limitations that restrict the choice of plants or that require very careful management, or both.

Class 5 soils are subject to little or no erosion but have other limitations, impractical to remove, that restrict their use mainly to pasture, rangeland, forestland, or wildlife habitat.

Class 6 soils have severe limitations that make them generally unsuitable for cultivation and that restrict their use mainly to pasture, rangeland, forestland, or wildlife habitat.

Class 7 soils have very severe limitations that make them unsuitable for cultivation and that restrict their use mainly to grazing, forestland, or wildlife habitat.

Class 8 soils and miscellaneous areas have limitations that preclude commercial plant production and that restrict their use to recreational purposes, wildlife habitat, watershed, or esthetic purposes.

*Capability subclasses* are soil groups within one class. They are designated by adding a small letter, *e, w, s,* or *c,* to the class numeral, for example, 2e. The letter *e* shows that the main hazard is the risk of erosion unless close-growing plant cover is maintained; *w* shows that water in or on the soil interferes with plant growth or cultivation (in some soils the wetness can be partly corrected by artificial drainage); *s* shows that the soil is limited mainly because it is shallow, droughty, or stony; and *c,* used in only some parts of the United States, shows that the chief limitation is climate that is very cold or very dry.

In class 1 there are no subclasses because the soils of this class have few limitations. Class 5 contains only the subclasses indicated by *w, s,* or *c* because the soils in class 5 are subject to little or no erosion. They have other limitations that restrict their use to pasture, rangeland, forestland, wildlife habitat, or recreation.

## Hydric Soils

In this section, hydric soils are defined and described and the hydric soils in the survey area are listed.

The three essential characteristics of wetlands are hydrophytic vegetation, hydric soils, and wetland hydrology (Cowardin and others, 1979; U.S. Army Corps of Engineers, 1987; National Research Council, 1995; Tiner, 1985). Criteria for each of the characteristics must be met for areas to be identified as wetlands. Undrained hydric soils that have natural vegetation should support a dominant population of ecological wetland plant species. Hydric soils that have been converted to other uses should be capable of being restored to wetlands.

Hydric soils are defined by the National Technical Committee for Hydric Soils (NTCHS) as soils that formed under conditions of saturation, flooding, or ponding long enough during the growing season to develop anaerobic conditions in the upper part (Federal Register, 1994). These soils are either saturated or inundated long enough during the growing season to support the growth and reproduction of hydrophytic vegetation.

The NTCHS definition identifies general soil properties that are associated with wetness. In order to determine whether a specific soil is a hydric soil or nonhydric soil, however, more specific information, such as information about the depth and duration of the water table, is needed. Thus, criteria that identify those estimated soil properties unique to hydric soils have been established (Federal Register, 1995). These criteria are used to identify a phase of a soil series that normally is associated with wetlands. The criteria used are selected estimated soil properties that are described in “Soil Taxonomy” (USDA, 1999) and “Keys to Soil Taxonomy” (USDA, 1998) and in the “Soil Survey Manual” (USDA, 1993).

If soils are wet enough for a long enough period to be considered hydric, they should exhibit certain properties that can be easily observed in the field.

These visible properties are indicators of hydric soils. The indicators used to make onsite determinations of hydric soils in this survey area are specified in “Field Indicators of Hydric Soils in the United States” (Hurt et al., 1996).

Hydric soils are identified by examining and describing the soil to a depth of about 20 inches. This depth may be greater if determination of an appropriate indicator so requires. It is always recommended that soils be excavated and described to the depth necessary for an understanding of the redoximorphic processes. Then, using the completed soil descriptions, soil scientists can compare the soil features required by each indicator and specify which indicators have been matched with the conditions observed in the soil. The soil can be identified as a hydric soil if at least one of the approved indicators is present.

The following map units meet the definition of hydric soils and, in addition, have at least one of the hydric soil indicators. This list can help in planning land uses; however, onsite investigation is recommended to determine the hydric soils on a specific site (National Research Council, 1995; Hurt et al., 1996).

88—Pogo loam, 0 to 2 percent slopes
27—Dalmatian-Apmay-Schrader complex, 0 to 5 percent slopes (Schrader component)
29—Endoaquolls-Ustifluvents complex, 0 to 5 percent slopes (Endoaquolls component)

Map units that are made up of hydric soils may have small areas, or inclusions, of nonhydric soils in the higher positions on the landform, and map units made up of nonhydric soils may have inclusions of hydric soils in the lower positions on the landform.

## Prime Farmland

Prime farmland is one of several kinds of important farmland defined by the U.S. Department of Agriculture. It is of major importance in meeting the Nation’s short- and long-range needs for food and fiber. Because the supply of high-quality farmland is limited, the U.S. Department of Agriculture recognizes that responsible levels of government, as well as individuals, should encourage and facilitate the wise use of our Nation’s prime farmland.

Prime farmland, as defined by the U.S. Department of Agriculture, is land that has the best combination of physical and chemical characteristics for producing food, feed, forage, fiber, and oilseed crops and is available for these uses. It could be cultivated land, pastureland, forestland, or other land, but it is not urban or built-up land or water areas. The soil qualities, growing season, and moisture supply are those needed for the soil to economically produce sustained high yields of crops when proper management, including water management, and acceptable farming methods are applied. In general, prime farmland has an adequate and dependable supply of moisture from precipitation or irrigation, a favorable temperature and growing season, acceptable acidity or alkalinity, an acceptable salt and sodium content, and few or no rocks. It is permeable to water and air. It is not excessively erodible or saturated with water for long periods, and it either is not frequently flooded during the growing season or is protected from flooding. Slope ranges mainly from 0 to 6 percent. More detailed information about the criteria for prime farmland is available at the local office of the Natural Resources Conservation Service.

About 170,000 acres, or 22 percent, of the survey area would meet the requirements for prime farmland if an adequate and dependable supply of irrigation water was available (SCS-USDA, 1982). Approximately 45,000 acres of the survey area currently have adequate irrigation water supplies and qualify as Prime Farmland. These soils are mainly located between Cortez and Dove Creek and are irrigated by water stored in McPhee Reservoir.

A recent trend in land use in some parts of the survey area has been the loss of some prime farmland to industrial and urban uses. The loss of prime farmland to other uses puts pressure on marginal lands, which generally are more erodible, steeper, and less productive and cannot be easily cultivated.

The map units in the survey area that are considered prime farmland are listed in table 6. This list does not constitute a recommendation for a particular land use. On some soils included in the list, measures that overcome a hazard or limitation, such as flooding, wetness, and droughtiness, are needed. Onsite evaluation is needed to determine whether or not the hazard or limitation has been

overcome by corrective measures. The extent of each listed map unit is shown in table 4. The location is shown on the detailed soil maps. The soil qualities that affect use and management are described under the heading “Detailed Soil Map Units.”

## Rangeland

By Cici Sloan and Jerry Archuleta, Range Conservationists, Natural Resources Conservation Service

In areas that have similar climate and topography, differences in the kind and amount of rangeland or forest vegetation are closely related to the kind of soil. Effective management is based on the relationship between the soils and vegetation and water.

About 33 percent of the Cortez Soil Survey Area is rangeland. The major use of rangeland is for grazing. Associated uses include wildlife habitat and recreation. Rangeland is a significant watershed component affecting both water quality and quantity.

The survey area contains three distinct native plant communities. They are the saltdesert, foothill, and mountain plant communities. The saltdesert plant communities are found in the southwest part of the survey area near McElmo creek. They are at the lower elevations (5,000 to 5,700 feet), with saltier soils and lower precipitation. The next step up in



**Fig. 7.—Area of Clayey Saltdesert Ecological Site (Uzacol-Zwicker-Claysprings complex, 3 to 12 percent slopes) in the foreground. An area of Saltdesert Breaks Ecological Site (Typic Torriorthents-Rock outcrop complex, 12 to 80 percent slopes) is on the rugged mesa sideslopes.**



**Fig. 8—-Area of Barx loam, 3 to 6 percent slopes, in the Semidesert Loam Ecological Site. The snow-capped La Plata Mountains are visible in the distance.**

elevation (5,400 to 7,400 feet) and rainfall represents the foothill plant communities. They are located throughout much of the survey area and are found mainly on reddish eolian soils covering the stable mesa tops. The mountain plant communities occur at the highest elevation (7,100 to 8,800 feet) and precipitation along the rim of the Dolores Canyon and upper elevations of the Mesa Verde Plateau.

The saltdesert plant community supports grasses, shrubs, and forbs that are both drought- and salt-tolerant (fig. 7). Dominant shrubs include shadscale, mat saltbush, Gardner saltbush, and fourwing saltbush. Associated cool season grasses are Indian ricegrass and bottlebrush squirreltail. Important warm season grasses are alkali sacaton and galleta. Non-native annual species, such as cheatgrass brome and Russian thistle, are abundant on depleted rangeland.

The foothill plant community occupies the mid-elevation areas of the survey area. This plant community fluctuates between woody and grassland communities, depending upon the occurrence of fire or manipulation by humans (fig. 8). Pinyon pine and Utah juniper trees, rabbitbrush, and sagebrush are woody species that increase in the absence of fire. Cool season grasses such as western wheatgrass,

Indian ricegrass, junegrass, muttongrass, and needleandthread are in the potential native plant community.

The higher precipitation of the mountain community allows for the establishment of woodland as well as grassland communities. Woody species such as ponderosa pine, Gambel's oak, and serviceberry occur in this community. The grassland in these areas supports a variety of grasses, including Arizona fescue, mountain muhly, Parry's oatgrass, and needlegrasses. Bluegrass and forbs will increase in areas of high use.

Table 7 shows, for each soil, the ecological site; the total annual production of vegetation in favorable, normal, and unfavorable years; the characteristic vegetation; and the average percentage of each species. An explanation of the column headings in table 7 follows.

An *ecological site* is the product of all the environmental factors responsible for its development. It has characteristic soils that have developed over time throughout the soil development process; a characteristic hydrology, particularly infiltration and runoff, that has developed over time; and a characteristic plant community (kind and amount of vegetation). The hydrology of the site is influenced by development of the soil and plant community. The vegetation, soils, and hydrology are all interrelated. Each is influenced by the others and influences the development of the others. The plant community on an ecological site is typified by an association of species that differs from that of other ecological sites in the kind and/or proportion of species or in total production. Descriptions of ecological sites are provided in the Field Office Technical Guide, which is available in local offices of the Natural Resources Conservation Service.

*Total dry-weight production* is the amount of vegetation that can be expected to grow annually in a well managed area that is supporting the potential natural plant community. It includes all vegetation, whether or not it is palatable to grazing animals. It includes the current year's growth of leaves, twigs, and fruits of woody plants. It does not include the increase in stem diameter of trees and shrubs. It is expressed in pounds per acre of air-dry vegetation for favorable, normal, and unfavorable years. In a favorable year, the amount and distribution of precipitation and the temperatures make growing conditions substantially better than average. In a normal year, growing conditions are about average. In an unfavorable year, growing conditions are well below average, generally because of low available soil moisture. Yields are adjusted to a common percent of air-dry moisture content.

*Characteristic vegetation*—the grasses, forbs, shrubs and trees that make up most of the potential natural plant community on each soil—is listed by common name. Under *composition*, the expected percentage of the total annual production is given for each species making up the characteristic vegetation. The amount that can be used as forage depends on the kinds of grazing animals and on the grazing season.

Range management requires a knowledge of the kinds of soil and of the potential natural plant community. It also requires an evaluation of the present range similarity index and rangeland trend. Range similarity index is determined by comparing the present plant community with the potential natural plant community on a particular rangeland ecological site. The more closely the existing community resembles the potential community, the higher the range similarity index. Rangeland trend is defined as the direction of change in an existing plant community relative to the potential natural plant community. Further information about the range similarity index and rangeland trend is available in chapter 4 of the "National Range and Pasture Handbook," which is available in local offices of the Natural Resources Conservation Service.

The objective in range management is to control grazing so that the plants growing on a site are about the same in kind and amount as the potential natural plant community for that site. Such management generally results in the optimum production of vegetation, control of undesirable brush species, conservation of water, and control of erosion. Sometimes, however, an area with a range similarity index somewhat below the potential meets grazing needs, provides wildlife habitat, and protects soil and water resources.

## Recreation

The soils of the survey area are rated in table 8 according to limitations that affect their suitability for recreation. The ratings are based on restrictive soil features, such as wetness, slope, and texture of the surface layer. Susceptibility to flooding is considered. Not considered in the ratings, but important in evaluating a site, are the location and accessibility of the area, the size and shape of the area and its scenic quality, vegetation, access to water, potential water impoundment sites, and access to public sewer lines. The capacity of the soil to absorb septic

tank effluent and the ability of the soil to support vegetation are also important. Soils subject to flooding are limited for recreational uses by the duration and intensity of flooding and the season when flooding occurs. In planning recreational facilities, onsite assessment of the height, duration, intensity, and frequency of flooding is essential.

In the table, the degree of soil limitation is expressed as slight, moderate, or severe. *Slight* means that soil properties are generally favorable and that limitations are minor and easily overcome. *Moderate* means that limitations can be overcome or alleviated by planning, design, or special maintenance. *Severe* means that soil properties are unfavorable and that limitations can be offset only by costly soil reclamation, special design, intensive maintenance, limited use, or a combination of these measures.

The information in the table can be supplemented by other information in this survey, for example, interpretations for septic tank absorption fields in table 11 and interpretations for dwellings without basements and for local roads and streets in table 10.

*Camp areas* require site preparation, such as shaping and leveling the tent and parking areas, stabilizing roads and intensively used areas, and installing sanitary facilities and utility lines. Camp areas are subject to heavy foot traffic and some vehicular traffic. The best soils have mild slopes and are not wet or subject to flooding during the period of use. The surface has few or no stones or boulders, absorbs rainfall readily but remains firm, and is not dusty when dry. Strong slopes and stones or boulders can greatly increase the cost of constructing campsites.

*Picnic areas* are subject to heavy foot traffic. Most vehicular traffic is confined to access roads and parking areas. The best soils for picnic areas are firm when wet, are not dusty when dry, are not subject to flooding during the period of use, and do not have slopes or stones or boulders that increase the cost of shaping sites or of building access roads and parking areas.

*Playgrounds* require soils that can withstand intensive foot traffic. The best soils are almost level and are not wet or subject to flooding during the season of use. The surface is free of stones and boulders, is firm after rains, and is not dusty when dry. If grading is needed, the depth of the soil over bedrock or a hardpan should be considered.

*Paths and trails* for hiking and horseback riding should require little or no cutting and filling. The best soils are not wet, are firm after rains, are not dusty when dry, and are not subject to flooding more than once a year during the period of use. They have moderate slopes and few or no stones or boulders on the surface.

*Golf fairways* are subject to heavy foot traffic and some light vehicular traffic. Cutting or filling may be required. The best soils for use as golf fairways are firm when wet, are not dusty when dry, and are not subject to prolonged flooding during the period of use. They have moderate slopes and no stones or boulders on the surface. The suitability of the soil for tees or greens is not considered in rating the soils.

## Wildlife Habitat

This survey area has a wide variety of wildlife habitat types, including irrigated and nonirrigated cropland, rangeland, and woodland. These areas range from semidesert to mountains. The survey area includes diverse habitats which provide the elements needed for a wide range of wildlife.

Land use changes affect wildlife habitat and their associated species. The rapid population growth in recent years and the resulting construction of subdivisions, roads, and homesites adversely affects the habitat and migration of many types of wildlife. The recent large-scale development of irrigation on previously nonirrigated areas has affected the food and habitat of the wildlife in those areas. The designation of wildlife habitat areas throughout the survey area has helped provided protected areas for wildlife to live.

Soils affect the kind and amount of vegetation that is available to wildlife as food and cover. They also affect the construction of water impoundments. The kind and abundance of wildlife depend largely on the amount and distribution of food, cover, and water. Wildlife habitat can be created or improved by planting appropriate vegetation, by maintaining the existing plant cover, or by promoting the natural establishment of desirable plants.

In table 9, the soils in the survey area are rated according to their potential for providing habitat for various kinds of wildlife. This information can be used in planning parks, wildlife refuges, nature study areas, and other developments for wildlife; in selecting soils that are suitable for establishing, improving, or maintaining specific elements of wildlife habitat; and in determining the intensity of management needed for each element of the habitat.

The potential of the soil is rated good, fair, poor, or

very poor. A rating of *good* indicates that the element or kind of habitat is easily established, improved, or maintained. Few or no limitations affect management, and satisfactory results can be expected. A rating of *fair* indicates that the element or kind of habitat can be established, improved, or maintained in most places. Moderately intensive management is required for satisfactory results. A rating of *poor* indicates that limitations are severe for the designated element or kind of habitat. Habitat can be created, improved, or maintained in most places, but management is difficult and must be intensive. A rating of *very poor* indicates that restrictions for the element or kind of habitat are very severe and that unsatisfactory results can be expected. Creating, improving, or maintaining habitat is impractical or impossible.

The elements of wildlife habitat are described in the following paragraphs.

*Grain and seed crops* are domestic grains and seed-producing herbaceous plants. Soil properties and features that affect the growth of grain and seed crops are depth of the root zone, texture of the surface layer, available water capacity, wetness, slope, surface stoniness, and flooding. Soil temperature and soil moisture also are considerations. Examples of grain and seed crops are corn, wheat, oats, and barley.

*Grasses and legumes* are domestic perennial grasses and herbaceous legumes. Soil properties and features that affect the growth of grasses and legumes are depth of the root zone, texture of the surface layer, available water capacity, wetness, surface stoniness, flooding, and slope. Soil temperature and soil moisture also are considerations. Examples of grasses and legumes are fescue, orchardgrass, bromegrass, clover, and alfalfa.

*Wild herbaceous plants* are native or naturally established grasses and forbs, including weeds. Soil properties and features that affect the growth of these plants are depth of the root zone, texture of the surface layer, available water capacity, wetness, surface stoniness, and flooding. Soil temperature and soil moisture also are considerations. Examples of wild herbaceous plants are scarlet globemallow, yarrow, elk sedge, western wheatgrass, and galleta.

*Coniferous plants* furnish browse and seeds. Soil properties and features that affect the growth of coniferous trees, shrubs, and ground cover are depth of the root zone, available water capacity, and wetness. Examples of coniferous plants are ponderosa pine, pinyon, and juniper.

*Shrubs* are bushy woody plants that produce fruit, buds, twigs, bark, and foliage. Soil properties and features that affect the growth of shrubs are depth of the root zone, available water capacity, salinity, and soil moisture. Examples of shrubs are mountain mahogany, antelope bitterbrush, snowberry, and big sagebrush.

*Wetland plants* are annual and perennial wild herbaceous plants that grow on moist or wet sites. Submerged or floating aquatic plants are excluded. Soil properties and features affecting wetland plants are texture of the surface layer, wetness, reaction, salinity, slope, and surface stoniness. Examples of wetland plants are inland saltgrass, cattails, rushes, sedges, and reeds.

*Shallow water areas* have an average depth of less than 5 feet. Some are naturally wet areas. Others are created by dams, levees, or other water-control structures. Soil properties and features affecting shallow water areas are depth to bedrock, wetness, surface stoniness, slope, and permeability. Examples of shallow water areas are marshes, waterfowl feeding areas, and ponds.

The habitat for various kinds of wildlife is described in the following paragraphs.

*Habitat for openland wildlife* consists of cropland, pasture, meadows, and areas that are overgrown with grasses, herbs, shrubs, and vines. These areas produce grain and seed crops, grasses and legumes, and wild herbaceous plants. Wildlife attracted to these areas include pheasant, meadowlark, field sparrow, cottontail, and red fox.

*Habitat for woodland wildlife* consists of areas of deciduous and/or coniferous plants and associated grasses, legumes, and wild herbaceous plants. Wildlife attracted to these areas include wild turkey, blue grouse, thrushes, woodpeckers, squirrels, gray fox, raccoon, deer, and bear.

*Habitat for wetland wildlife* consists of open, marshy or swampy shallow water areas. Some of the wildlife attracted to such areas are ducks, geese, herons, shore birds, muskrat, mink, and beaver.

*Habitat for rangeland wildlife* consists of areas of shrubs and wild herbaceous plants. Wildlife attracted to rangeland include elk, deer, sage grouse, meadowlark, and lark bunting.

## Engineering

This section provides information for planning land uses related to urban development and to water management. Soils are rated for various uses, and

the most limiting features are identified. Ratings are given for building site development, sanitary facilities, construction materials, and water management. The ratings are based on observed performance of the soils and on the estimated data and test data in the "Soil Properties" section.

*Information in this section is intended for land use planning, for evaluating land use alternatives, and for planning site investigations prior to design and construction. The information, however, has limitations. For example, estimates and other data generally apply only to that part of the soil between the surface and a depth of 5 feet. Because of the map scale, small areas of different soils may be included within the mapped areas of a specific soil.*

*The information is not site specific and does not eliminate the need for onsite investigation of the soils or for testing and analysis by personnel experienced in the design and construction of engineering works.*

Government ordinances and regulations that restrict certain land uses or impose specific design criteria were not considered in preparing the information in this section. Local ordinances and regulations should be considered in planning, in site selection, and in design.

Soil properties, site features, and observed performance were considered in determining the ratings in this section. During the fieldwork for this soil survey, determinations were made about particle-size distribution, liquid limit, plasticity index, soil reaction, depth to bedrock, hardness of bedrock within 5 feet of the surface, soil wetness, depth to a water table, ponding, slope, likelihood of flooding, natural soil structure aggregation, and soil density. Data were collected about kinds of clay minerals, mineralogy of the sand and silt fractions, and the kinds of adsorbed cations. Estimates were made for erodibility, permeability, corrosivity, shrink-swell potential, available water capacity, and other behavioral characteristics affecting engineering uses.

This information can be used to evaluate the potential of areas for residential, commercial, industrial, and recreational uses; make preliminary estimates of construction conditions; evaluate alternative routes for roads, streets, highways, pipelines, and underground cables; evaluate alternative sites for sanitary landfills, septic tank absorption fields, and sewage lagoons; plan detailed onsite investigations of soils and geology; locate potential sources of gravel, sand, earthfill, and topsoil; plan drainage systems, irrigation systems, ponds, terraces, and other structures for soil and water conservation; and predict performance of proposed small structures and pavements by comparing the performance of existing similar structures on the same or similar soils.

The information in the tables, along with the soil maps, the soil descriptions, and other data provided in this survey, can be used to make additional interpretations.

Some of the terms used in this soil survey have a special meaning in soil science and are defined in the Glossary.

## Building Site Development

Table 10 shows the degree and kind of soil limitations that affect shallow excavations, dwellings with and without basements, small commercial buildings, local roads and streets, and lawns and landscaping. The limitations are considered *slight* if soil properties and site features are generally favorable for the indicated use and limitations are minor and easily overcome; *moderate* if soil properties or site features are not favorable for the indicated use and special planning, design, or maintenance is needed to overcome or minimize the limitations; and *severe* if soil properties or site features are so unfavorable or so difficult to overcome that special design, significant increases in construction costs, and possibly increased maintenance are required. Special feasibility studies may be required where the soil limitations are severe.

*Shallow excavations* are trenches or holes dug to a maximum depth of 5 or 6 feet for basements, graves, utility lines, open ditches, and other purposes. The ratings are based on soil properties, site features, and observed performance of the soils. The ease of digging, filling, and compacting is affected by the depth to bedrock, a cemented pan, or a very firm dense layer; stone content; soil texture; and slope. The time of the year that excavations can be made is affected by the depth to a seasonal high water table and the susceptibility of the soil to flooding. The resistance of the excavation walls or banks to sloughing or caving is affected by soil texture and depth to the water table.

*Dwellings* and *small commercial buildings* are structures built on shallow foundations on undisturbed soil. The load limit is the same as that for single-family dwellings no higher than three stories. Ratings are made for small commercial buildings without basements, for dwellings with basements, and for dwellings without basements. The ratings are based on soil properties, site features, and observed performance of the soils. A high water table, flooding, shrinking and swelling, and organic layers can cause

the movement of footings. A high water table, depth to bedrock or to a cemented pan, large stones, slope, and flooding affect the ease of excavation and construction. Landscaping and grading that require cuts and fills of more than 5 or 6 feet are not considered.

*Local roads and streets* have an all-weather surface and carry automobile and light truck traffic all year. They have a subgrade of cut or fill soil material; a base of gravel, crushed rock, or stabilized soil material; and a flexible or rigid surface. Cuts and fills are generally limited to less than 6 feet. The ratings are based on soil properties, site features, and observed performance of the soils. Depth to bedrock or to a cemented pan, a high water table, flooding, large stones, and slope affect the ease of excavating and grading. Soil strength (as inferred from the engineering classification of the soil), shrink-swell potential, frost action potential, and depth to a high water table affect the traffic-supporting capacity.

*Lawns and landscaping* require soils on which turf and ornamental trees and shrubs can be established and maintained. The ratings are based on soil properties, site features, and observed performance of the soils. Soil reaction, a high water table, depth to bedrock or to a cemented pan, the available water capacity in the upper 40 inches, and the content of salts, sodium, and sulfidic materials affect plant growth. Flooding, wetness, slope, stoniness, and the amount of sand, clay, or organic matter in the surface layer affect trafficability after vegetation is established.

## Sanitary Facilities

Table 11 shows the degree and kind of soil limitations that affect septic tank absorption fields, sewage lagoons, and sanitary landfills. The limitations are considered *slight* if soil properties and site features are generally favorable for the indicated use and limitations are minor and easily overcome; *moderate* if soil properties or site features are not favorable for the indicated use and special planning, design, or maintenance is needed to overcome or minimize the limitations; and *severe* if soil properties or site features are so unfavorable or so difficult to overcome that special design, significant increases in construction costs, and possibly increased maintenance are required.

The table also shows the suitability of the soils for use as daily cover for landfill. A rating of *good* indicates that soil properties and site features are favorable for the use and good performance and low maintenance can be expected; *fair* indicates that soil properties and site features are moderately favorable for the use and one or more soil properties or site features make the soil less desirable than the soils rated good; and *poor* indicates that one or more soil properties or site features are unfavorable for the use and overcoming the unfavorable properties requires special design, extra maintenance, or costly alteration.

*Septic tank absorption fields* are areas in which effluent from a septic tank is distributed into the soil through subsurface tiles or perforated pipe. Only that part of the soil between depths of 24 and 72 inches is evaluated. The ratings are based on soil properties, site features, and observed performance of the soils. Permeability, a high water table, depth to bedrock or to a cemented pan, and flooding affect absorption of the effluent. Large stones and bedrock or a cemented pan interfere with installation.

Unsatisfactory performance of septic tank absorption fields, including excessively slow absorption of effluent, surfacing of effluent, and hillside seepage, can affect public health. Ground water can be polluted if highly permeable sand and gravel or fractured bedrock is less than 4 feet below the base of the absorption field, if slope is excessive, or if the water table is near the surface. There must be unsaturated soil material beneath the absorption field to filter the effluent effectively. Many local ordinances require that this material be of a certain thickness.

*Sewage lagoons* are shallow ponds constructed to hold sewage while aerobic bacteria decompose the solid and liquid wastes. Lagoons should have a nearly level floor surrounded by cut slopes or embankments of compacted soil. Lagoons generally are designed to hold the sewage within a depth of 2 to 5 feet. Nearly impervious soil material for the lagoon floor and sides is required to minimize seepage and contamination of ground water.

The table gives ratings for the natural soil that makes up the lagoon floor. The surface layer and, generally, 1 or 2 feet of soil material below the surface layer are excavated to provide material for the embankments. The ratings are based on soil properties, site features, and observed performance of the soils. Considered in the ratings are slope, permeability, a high water table, depth to bedrock or to a cemented pan, flooding, large stones, and content of organic matter.

Excessive seepage resulting from rapid permeability in the soil or a water table that is high enough to raise the level of sewage in the lagoon causes a lagoon to function unsatisfactorily. Pollution results if seepage is excessive or if floodwater overtops the lagoon. A high content of organic matter

is detrimental to proper functioning of the lagoon because it inhibits aerobic activity. Slope, bedrock, and cemented pans can cause construction problems, and large stones can hinder compaction of the lagoon floor.

*Sanitary landfills* are areas where solid waste is disposed of by burying it in soil. There are two types of landfill—trench and area. In a trench landfill, the waste is placed in a trench. It is spread, compacted, and covered daily with a thin layer of soil excavated at the site. In an area landfill, the waste is placed in successive layers on the surface of the soil. The waste is spread, compacted, and covered daily with a thin layer of soil from a source away from the site.

Both types of landfill must be able to bear heavy vehicular traffic. Both types involve a risk of ground-water pollution. Ease of excavation and revegetation should be considered.

The ratings in the table are based on soil properties, site features, and observed performance of the soils. Permeability, depth to bedrock or to a cemented pan, a high water table, slope, and flooding affect both types of landfill. Texture, stones and boulders, highly organic layers, soil reaction, and content of salts and sodium affect trench landfills. Unless otherwise stated, the ratings apply only to that part of the soil within a depth of about 6 feet. For deeper trenches, a limitation rated slight or moderate may not be valid. Onsite investigation is needed.

*Daily cover for landfill* is the soil material that is used to cover compacted solid waste in an area sanitary landfill. The soil material is obtained offsite, transported to the landfill, and spread over the waste.

Soil texture, wetness, coarse fragments, and slope affect the ease of removing and spreading the material during wet and dry periods. Loamy or silty soils that are free of large stones or excess gravel are the best cover for a landfill. Clayey soils are sticky or cloddy and are difficult to spread; sandy soils are subject to wind erosion.

After soil material has been removed, the soil material remaining in the borrow area must be thick enough over bedrock, a cemented pan, or the water table to permit revegetation. The soil material used as the final cover for a landfill should be suitable for plants. The surface layer generally has the best workability, more organic matter, and the best potential for plants. Material from the surface layer should be stockpiled for use as the final cover.

## Construction Materials

Table 12 gives information about the soils as a source of roadfill, sand, gravel, and topsoil. The soils are rated *good, fair,* or *poor* as a source of roadfill and topsoil. They are rated as a *probable* or *improbable* source of sand and gravel. The ratings are based on soil properties and site features that affect the removal of the soil and its use as construction material. Normal compaction, minor processing, and other standard construction practices are assumed. Each soil is evaluated to a depth of 5 or 6 feet.

*Roadfill* is soil material that is excavated in one place and used in road embankments in another place. In this table, the soils are rated as a source of roadfill for low embankments, generally less than 6 feet high and less exacting in design than higher embankments.

The ratings are for the soil material below the surface layer to a depth of 5 or 6 feet. It is assumed that soil layers will be mixed during excavating and spreading. Many soils have layers of contrasting suitability within their profile. The table showing engineering index properties provides detailed information about each soil layer. This information can help to determine the suitability of each layer for use as roadfill. The performance of soil after it is stabilized with lime or cement is not considered in the ratings.

The ratings are based on soil properties, site features, and observed performance of the soils. The thickness of suitable material is a major consideration. The ease of excavation is affected by large stones, a high water table, and slope. How well the soil performs in place after it has been compacted and drained is determined by its strength (as inferred from the engineering classification of the soil) and shrink-swell potential.

Soils rated *good* contain significant amounts of sand or gravel or both. They have at least 5 feet of suitable material, a low shrink-swell potential, few cobbles and stones, and slopes of 15 percent or less. Depth to the water table is more than 3 feet. Soils rated *fair* are more than 35 percent silt- and clay-sized particles and have a plasticity index of less than 10. They have a moderate shrink-swell potential, slopes of 15 to 25 percent, or many stones. Depth to the water table is 1 to 3 feet. Soils rated *poor* have a plasticity index of more than 10, a high shrink-swell potential, many stones, or slopes of more than 25 percent. They are wet and have a water table at a depth of less than 1 foot. They may have layers of suitable material, but the material is less than 3 feet thick.

*Sand* and *gravel* are natural aggregates suitable for commercial use with a minimum of processing. They are used in many kinds of construction. Specifications for each use vary widely. In the table,

only the probability of finding material in suitable quantity is evaluated. The suitability of the material for specific purposes is not evaluated, nor are factors that affect excavation of the material.

The properties used to evaluate the soil as a source of sand or gravel are gradation of grain sizes (as indicated by the engineering classification of the soil), the thickness of suitable material, and the content of rock fragments. Kinds of rock, acidity, and stratification are given in the soil series descriptions. Gradation of grain sizes is given in the table on engineering index properties.

A soil rated as a probable source has a layer of clean sand or gravel or a layer of sand or gravel that is up to 12 percent silty fines. This material must be at least 3 feet thick and less than 50 percent, by weight, large stones. All other soils are rated as an improbable source. Coarse fragments of soft bedrock, such as shale and siltstone, are not considered to be sand and gravel.

*Topsoil* is used to cover an area so that vegetation can be established and maintained. The upper 40 inches of a soil is evaluated for use as topsoil. Also evaluated is the reclamation potential of the borrow area.

Plant growth is affected by toxic material and by such properties as soil reaction, available water capacity, and fertility. The ease of excavating, loading, and spreading is affected by rock fragments, slope, a water table, soil texture, and thickness of suitable material. Reclamation of the borrow area is affected by slope, a water table, rock fragments, bedrock, and toxic material.

Soils rated *good* have friable, loamy material to a depth of at least 40 inches. They are free of stones and cobbles, have little or no gravel, and have slopes of less than 8 percent. They are low in content of soluble salts, are naturally fertile or respond well to fertilizer, and are not so wet that excavation is difficult.

Soils rated *fair* are sandy soils, loamy soils that have a relatively high content of clay, soils that have only 20 to 40 inches of suitable material, soils that have an appreciable amount of gravel, stones, or soluble salts, or soils that have slopes of 8 to 15 percent. The soils are not so wet that excavation is difficult.

Soils rated *poor* are very sandy or clayey, have less than 20 inches of suitable material, have a large amount of gravel, stones, or soluble salts, have slopes of more than 15 percent, or have a seasonal high water table at or near the surface.

The surface layer of most soils is generally preferred for topsoil because of its organic matter content. Organic matter greatly increases the absorption and retention of moisture and nutrients for plant growth.

### Water Management

Table 13 gives information on the soil properties and site features that affect water management. The degree and kind of soil limitations are given for pond reservoir areas; embankments, dikes, and levees; and aquifer-fed excavated ponds. The limitations are considered *slight* if soil properties and site features are generally favorable for the indicated use and limitations are minor and are easily overcome; *moderate* if soil properties or site features are not favorable for the indicated use and special planning, design, or maintenance is needed to overcome or minimize the limitations; and *severe* if soil properties or site features are so unfavorable or so difficult to overcome that special design, significant increase in construction costs, and possibly increased maintenance are required.

This table also gives for each soil the restrictive features that affect drainage, irrigation, terraces and diversions, and grassed waterways.

*Pond reservoir areas* hold water behind a dam or embankment. Soils best suited to this use have low seepage potential in the upper 60 inches. The seepage potential is determined by the permeability of the soil and the depth to fractured bedrock or other permeable material. Excessive slope can affect the storage capacity of the reservoir area.

*Embankments, dikes, and levees* are raised structures of soil material, generally less than 20 feet high, constructed to impound water or to protect land against overflow. In this table, the soils are rated as a source of material for embankment fill. The ratings apply to the soil material below the surface layer to a depth of about 5 feet. It is assumed that soil layers will be uniformly mixed and compacted during construction.

The ratings do not indicate the ability of the natural soil to support an embankment. Soil properties to a depth even greater than the height of the embankment can affect performance and safety of the embankment. Generally, deeper onsite investigation is needed to determine these properties.

Soil material in embankments must be resistant to seepage, piping, and erosion and have favorable compaction characteristics. Unfavorable features include less than 5 feet of suitable material and a high content of stones or boulders, organic matter, or salts or sodium. A high water table affects the amount of usable material. It also affects trafficability.

*Aquifer-fed excavated ponds* are pits or dugouts that extend to a ground-water aquifer or to a depth below a permanent water table. Excluded are ponds that are fed only by surface runoff and embankment ponds that impound water 3 feet or more above the original surface. Excavated ponds are affected by depth to a permanent water table, permeability of the aquifer, and quality of the water as inferred from the salinity of the soil. Depth to bedrock and the content of large stones affect the ease of excavation.

*Drainage* is the removal of excess surface and subsurface water from the soil. How easily and effectively the soil is drained depends on the depth to bedrock, a cemented pan, or other layers that affect the rate of water movement; permeability; depth to a high water table or depth of standing water if the soil is subject to ponding; slope; susceptibility to flooding; subsidence of organic layers; and the potential for frost action. Excavating and grading and the stability of ditchbanks are affected by depth to bedrock or a cemented pan, large stones, slope, and the hazard of cutbanks caving. The productivity of the soil after drainage is adversely affected by extreme acidity or by toxic substances in the root zone, such as salts, sodium, and sulfur. Availability of drainage outlets is not considered in the ratings.

*Irrigation* is the controlled application of water to supplement rainfall and support plant growth. The design and management of an irrigation system are affected by depth to the water table, the need for drainage, flooding, available water capacity, intake rate, permeability, erosion hazard, and slope. The construction of a system is affected by large stones and depth to bedrock or a cemented pan. The performance of a system is affected by the depth of the root zone, the amount of salts or sodium, and soil reaction.

*Terraces and diversions* are embankments or a combination of channels and ridges constructed across a slope to control erosion and conserve moisture by intercepting runoff. Slope, wetness, large stones, and depth to bedrock or a cemented pan affect the construction of terraces and diversions. A restricted rooting depth, a severe hazard of wind erosion or water erosion, an excessively coarse texture, and restricted permeability adversely affect maintenance.

*Grassed waterways* are natural or constructed channels, generally broad and shallow, that conduct surface water to outlets at a nonerosive velocity. Large stones, wetness, slope, and depth to bedrock or a cemented pan affect the construction of grassed waterways. A hazard of wind erosion, low available water capacity, restricted rooting depth, toxic substances such as salts and sodium, and restricted permeability adversely affect the growth and maintenance of the grass after construction.

# Soil Properties

Data relating to soil properties are collected during the course of the soil survey.

Soil properties are ascertained by field examination of the soils and by laboratory index testing of some benchmark soils. Established standard procedures are followed. During the survey, many shallow borings are made and examined to identify and classify the soils and to delineate them on the soil maps.

Estimates of soil properties are based on field examinations, on laboratory tests of samples from the survey area, and on laboratory tests of samples of similar soils in nearby areas. Tests verify field observations, verify properties that cannot be estimated accurately by field observation, and help to characterize key soils.

The estimates of soil properties are shown in tables. They include engineering index properties, physical and chemical properties, and pertinent soil and water features.

## Engineering Index Properties

Table 14 gives the engineering classifications and the range of index properties for the layers of each soil in the survey area.

*Depth* to the upper and lower boundaries of each layer is indicated.

*Texture* is given in the standard terms used by the U.S. Department of Agriculture. These terms are defined according to percentages of sand, silt, and clay in the fraction of the soil that is less than 2 millimeters in diameter. "Loam," for example, is soil that is 7 to 27 percent clay, 28 to 50 percent silt, and less than 52 percent sand. If the content of particles coarser than sand is 15 percent or more, an appropriate modifier is added, for example, "gravelly." Textural terms are defined in the Glossary.

*Classification* of the soils is determined according to the Unified soil classification system (ASTM, 1998) and the system adopted by the American Association of State Highway and Transportation Officials (AASHTO, 1998).

The Unified system classifies soils according to properties that affect their use as construction material. Soils are classified according to particle-size distribution of the fraction less than 3 inches in diameter and according to plasticity index, liquid limit, and organic matter content. Sandy and gravelly soils are identified as GW, GP, GM, GC, SW, SP, SM, and SC; silty and clayey soils as ML, CL, OL, MH, CH, and OH; and highly organic soils as PT. Soils exhibiting engineering properties of two groups can have a dual classification, for example, CL-ML.

The AASHTO system classifies soils according to those properties that affect roadway construction and maintenance. In this system, the fraction of a mineral soil that is less than 3 inches in diameter is classified in one of seven groups from A-1 through A-7 on the basis of particle-size distribution, liquid limit, and plasticity index. Soils in group A-1 are coarse grained and low in content of fines (silt and clay). At the other extreme, soils in group A-7 are fine grained. Highly organic soils are classified in group A-8 on the basis of visual inspection.

*Rock fragments* larger than 10 inches in diameter and 3 to 10 inches in diameter are indicated as a percentage of the total soil on a dry-weight basis. The percentages are estimates determined mainly by converting volume percentage in the field to weight percentage.

*Percentage (of soil particles) passing designated sieves* is the percentage of the soil fraction less than 3 inches in diameter based on an ovendry weight. The sieves, numbers 4, 10, 40, and 200 (USA Standard Series), have openings of 4.76, 2.00, 0.420, and 0.074 millimeters, respectively. Estimates are based on laboratory tests of soils sampled in the survey area and in nearby areas and on estimates made in the field.

*Liquid limit* and *plasticity index* (Atterberg limits) indicate the plasticity characteristics of a soil. The estimates are based on test data from the survey area or from nearby areas and on field examination.

The estimates of particle-size distribution, liquid limit, and plasticity index are generally rounded to the nearest 5 percent. Thus, if the ranges of gradation and Atterberg limits extend a marginal amount (1 or 2 percentage points) across classification boundaries,

the classification in the marginal zone is generally omitted in the table.

## Physical Properties

Table 15 shows estimates of some physical characteristics and features that affect soil behavior. These estimates are given for the layers of each soil in the survey area. The estimates are based on field observations and on test data for these and similar soils.

*Depth* to the upper and lower boundaries of each layer is indicated.

Particle size is the effective diameter of a soil particle as measured by sedimentation, sieving, or micrometric methods. Particle sizes are expressed as classes with specific effective diameter class limits. The broad classes are sand, silt, and clay, ranging from the larger to the smaller.

*Sand* as a soil separate consists of mineral soil particles that are 0.05 millimeter to 2 millimeters in diameter.

*Silt* as a soil separate consists of mineral soil particles that are 0.002 to 0.05 millimeter in diameter.

*Clay* as a soil separate consists of mineral soil particles that are less than 0.002 millimeter in diameter. In table 15, the estimated clay content of each soil layer is given as a percentage, by weight, of the soil material that is less than 2 millimeters in diameter.

The content of sand, silt, and clay affects the physical behavior of a soil. Particle size is important for engineering and agronomic interpretations, for determination of soil hydrologic qualities, and for soil classification.

The amount and kind of clay affect the fertility and physical condition of the soil and the ability of the soil to adsorb cations and to retain moisture. They influence shrink-swell potential, permeability, plasticity, the ease of soil dispersion, and other soil properties. The amount and kind of clay in a soil also affect tillage and earthmoving operations.

*Moist bulk density* is the weight of soil (ovendry) per unit volume. Volume is measured when the soil is at field moisture capacity, that is, the moisture content at $^1/_3$- or $^1/_{10}$-bar (33kPa or 10kPa) moisture tension. Weight is determined after the soil is dried at 105 degrees C. In the table, the estimated moist bulk density of each soil horizon is expressed in grams per cubic centimeter of soil material that is less than 2 millimeters in diameter. Bulk density data are used to compute shrink-swell potential, available water capacity, total pore space, and other soil properties. The moist bulk density of a soil indicates the pore space available for water and roots. Depending on soil texture, a bulk density of more than 1.4 can restrict water storage and root penetration. Moist bulk density is influenced by texture, kind of clay, content of organic matter, and soil structure.

*Permeability ($K_{sat}$)* refers to the ability of a soil to transmit water or air. The term “permeability,” as used in soil surveys, indicates saturated hydraulic conductivity ($K_{sat}$). The estimates in the table indicate the rate of water movement, in inches per hour, when the soil is saturated. They are based on soil characteristics observed in the field, particularly structure, porosity, and texture. Permeability is considered in the design of soil drainage systems and septic tank absorption fields.

*Available water capacity* refers to the quantity of water that the soil is capable of storing for use by plants. The capacity for water storage is given in inches of water per inch of soil for each soil layer. The capacity varies, depending on soil properties that affect retention of water. The most important properties are the content of organic matter, soil texture, bulk density, and soil structure. Available water capacity is an important factor in the choice of plants or crops to be grown and in the design and management of irrigation systems. Available water capacity is not an estimate of the quantity of water actually available to plants at any given time.

*Linear extensibility* refers to the change in length of an unconfined clod as moisture content is decreased from a moist to a dry state. It is an expression of the volume change between the water content of the clod at $^1/_3$- or $^1/_{10}$-bar tension (33kPa or 10kPa tension) and oven dryness. The volume change is reported in the table as percent change for the whole soil. Volume change is influenced by the amount and type of clay minerals in the soil.

Linear extensibility is used to determine the shrink-swell potential of soils. The shrink-swell potential is low if the soil has a linear extensibility of less than 3 percent; moderate if 3 to 6 percent; high if 6 to 9 percent; and very high if more than 9 percent. If the linear extensibility is more than 3, shrinking and swelling can cause damage to buildings, roads, and other structures and to plant roots. Special design commonly is needed.

*Organic matter* is the plant and animal residue in the soil at various stages of decomposition. In table 15, the estimated content of organic matter is expressed as a percentage, by weight, of the soil material that is less than 2 millimeters in diameter.

The content of organic matter in a soil can be maintained by returning crop residue to the soil. Organic matter has a positive effect on available

water capacity, water infiltration, soil organism activity, and tilth. It is a source of nitrogen and other nutrients for crops and soil organisms.

*Erosion factors* are shown in table 15 as the K factor (Kw and Kf) and the T factor. Erosion factor K indicates the susceptibility of a soil to sheet and rill erosion by water. Factor K is one of several factors used in the Universal Soil Loss Equation (USLE) and the Revised Universal Soil Loss Equation (RUSLE) to predict the average annual rate of soil loss by sheet and rill erosion in tons per acre per year. The estimates are based primarily on percentage of silt, sand, and organic matter and on soil structure and permeability. Values of K range from 0.02 to 0.69. Other factors being equal, the higher the value, the more susceptible the soil is to sheet and rill erosion by water.

*Erosion factor Kw* indicates the erodibility of the whole soil. The estimates are modified by the presence of rock fragments.

*Erosion factor Kf* indicates the erodibility of the fine-earth fraction, or the material less than 2 millimeters in size.

*Erosion factor T* is an estimate of the maximum average annual rate of soil erosion by wind or water that can occur without affecting crop productivity over a sustained period. The rate is in tons per acre per year.

*Wind erodibility groups* are made up of soils that have similar properties affecting their susceptibility to wind erosion in cultivated areas. The soils assigned to group 1 are the most susceptible to wind erosion, and those assigned to group 8 are the least susceptible. The groups are as follows:

1. Coarse sands, sands, fine sands, and very fine sands.

2. Loamy coarse sands, loamy sands, loamy fine sands, loamy very fine sands, ash material, and sapric soil material.

3. Coarse sandy loams, sandy loams, fine sandy loams, and very fine sandy loams.

4L. Calcareous loams, silt loams, clay loams, and silty clay loams.

4. Clays, silty clays, noncalcareous clay loams, and silty clay loams that are more than 35 percent clay.

5. Noncalcareous loams and silt loams that are less than 20 percent clay and sandy clay loams, sandy clays, and hemic soil material.

6. Noncalcareous loams and silt loams that are more than 20 percent clay and noncalcareous clay loams that are less than 35 percent clay.

7. Silts, noncalcareous silty clay loams that are less than 35 percent clay, and fibric soil material.

8. Soils that are not subject to wind erosion because of coarse fragments on the surface or because of surface wetness.

*Wind erodibility index* is a numerical value indicating the susceptibility of soil to wind erosion, or the tons per acre per year that can be expected to be lost to wind erosion. There is a close correlation between wind erosion and the texture of the surface layer, the size and durability of surface clods, rock fragments, organic matter, and a calcareous reaction. Soil moisture and frozen soil layers also influence wind erosion.

## Chemical Properties

Table 16 shows estimates of some chemical characteristics and features that affect soil behavior. These estimates are given for the layers of each soil in the survey area. The estimates are based on field observations and on test data for these and similar soils.

*Depth* to the upper and lower boundaries of each layer is indicated.

*Cation-exchange capacity* is the total amount of extractable bases that can be held by the soil, expressed in terms of milliequivalents per 100 grams of soil at neutrality (pH 7.0) or at some other stated pH value. Soils having a low cation-exchange capacity hold fewer cations and may require more frequent applications of fertilizer than soils having a high cation-exchange capacity. The ability to retain cations reduces the hazard of ground-water pollution.

*Soil reaction* is a measure of acidity or alkalinity. The pH of each soil horizon is based on many field tests. For many soils, values have been verified by laboratory analyses. Soil reaction is important in selecting crops and other plants, in evaluating soil amendments for fertility and stabilization, and in determining the risk of corrosion.

*Calcium carbonate* equivalent is the percent of carbonates, by weight, in the fraction of the soil less than 2 millimeters in size. The availability of plant nutrients is influenced by the amount of carbonates in the soil. Incorporating nitrogen fertilizer into calcareous soils helps to prevent nitrite accumulation and ammonium-N volatilization.

*Gypsum* is expressed as a percent, by weight, of hydrated calcium sulfates in the fraction of the soil less than 20 millimeters in size. Gypsum is partially soluble in water. Soils that have a high content of gypsum may collapse if the gypsum is removed by percolating water.

*Salinity* is a measure of soluble salts in the soil at saturation. It is expressed as the electrical

conductivity of the saturation extract, in millimhos per centimeter at 25 degrees C. Estimates are based on field and laboratory measurements at representative sites of nonirrigated soils. The salinity of irrigated soils is affected by the quality of the irrigation water and by the frequency of water application. Hence, the salinity of soils in individual fields can differ greatly from the value given in the table. Salinity affects the suitability of a soil for crop production, the stability of soil if used as construction material, and the potential of the soil to corrode metal and concrete.

*Sodium adsorption ratio* (SAR) is a measure of the amount of sodium (Na) relative to calcium (Ca) and magnesium (Mg) in the water extract from saturated soil paste. It is the ratio of the Na concentration divided by the square root of one-half of the Ca + Mg concentration. Soils that have SAR values of 13 or more may be characterized by an increased dispersion of organic matter and clay particles, reduced permeability and aeration, and a general degradation of soil structure.

## Water Features

Table 17 gives estimates of various water features. The estimates are used in land use planning that involves engineering considerations.

*Hydrologic soil groups* are based on estimates of runoff potential. Soils are assigned to one of four groups according to the rate of water infiltration when the soils are not protected by vegetation, are thoroughly wet, and receive precipitation from long-duration storms.

The four hydrologic soil groups are:

Group A. Soils having a high infiltration rate (low runoff potential) when thoroughly wet. These consist mainly of deep, well drained to excessively drained sands or gravelly sands. These soils have a high rate of water transmission.

Group B. Soils having a moderate infiltration rate when thoroughly wet. These consist chiefly of moderately deep or deep, moderately well drained or well drained soils that have moderately fine texture to moderately coarse texture. These soils have a moderate rate of water transmission.

Group C. Soils having a slow infiltration rate when thoroughly wet. These consist chiefly of soils having a layer that impedes the downward movement of water or soils of moderately fine texture or fine texture. These soils have a slow rate of water transmission.

Group D. Soils having a very slow infiltration rate (high runoff potential) when thoroughly wet. These consist chiefly of clays that have a high shrink-swell potential, soils that have a high water table, soils that have a claypan or clay layer at or near the surface, and soils that are shallow over nearly impervious material. These soils have a very slow rate of water transmission.

The *months* in the table indicate the portion of the year in which the feature is most likely to be a concern.

*Water table* refers to a saturated zone in the soil. Table 17 indicates by month, the range to the top of the saturated zone in most years. Estimates are based mainly on observations of the water table at selected sites and on evidence of a saturated zone, namely grayish colors or mottles (redoximorphic features) in the soil. A saturated zone that lasts for less than a month is not considered a water table.

*Flooding* is the temporary inundation of an area caused by overflowing streams, by runoff from adjacent slopes, or by tides. Water standing for short periods after rainfall or snowmelt is not considered flooding, and water standing in swamps and marshes is considered ponding rather than flooding.

*Duration* and *frequency* are estimated. Duration is expressed as *extremely brief* if 0.1 hour to 4 hours, *very brief* if 4 hours to 2 days, *brief* if 2 to 7 days, *long* if 7 to 30 days, and *very long* if more than 30 days. Frequency is expressed as none, very rare, rare, occasional, frequent, and very frequent. *None* means that flooding is not probable; *very rare* that it is very unlikely but possible under extremely unusual weather conditions (the chance of flooding is less than 1 percent in any year); *rare* that it is unlikely but possible under unusual weather conditions (the chance of flooding is 1 to 5 percent in any year); *occasional* that it occurs infrequently under normal weather conditions (the chance of flooding is 5 to 50 percent in any year); *frequent* that it is likely to occur often under normal weather conditions (the chance of flooding is more than 50 percent in any year but is less than 50 percent in all months in any year); and *very frequent* that it is likely to occur very often under normal weather conditions (the chance of flooding is more than 50 percent in all months of any year).

The information is based on evidence in the soil profile, namely thin strata of gravel, sand, silt, or clay deposited by floodwater; irregular decrease in organic matter content with increasing depth; and little or no horizon development.

Also considered are local information about the extent and levels of flooding and the relation of each soil on the landscape to historic floods. Information on the extent of flooding based on soil data is less specific than that provided by detailed engineering

surveys that delineate flood-prone areas at specific flood frequency levels.

## Soil Features

Table 18 gives estimates of various soil features. The estimates are used in land use planning that involves engineering considerations.

A *restrictive layer* is a nearly continuous layer that has one or more physical, chemical, or thermal properties that significantly impede the movement of water and air through the soil or that restrict roots or otherwise provide an unfavorable root environment. Examples are bedrock, cemented layers, dense layers, and frozen layers. The table indicates the hardness and thickness of the restrictive layer, both of which significantly affect the ease of excavation. *Depth to top* is the vertical distance from the soil surface to the upper boundary of the restrictive layer.

*Potential for frost action* is the likelihood of upward or lateral expansion of the soil caused by the formation of segregated ice lenses (frost heave) and the subsequent collapse of the soil and loss of strength on thawing. Frost action occurs when moisture moves into the freezing zone of the soil. Temperature, texture, density, permeability, content of organic matter, and depth to the water table are the most important factors considered in evaluating the potential for frost action. It is assumed that the soil is not insulated by vegetation or snow and is not artificially drained. Silty and highly structured, clayey soils that have a high water table in winter are the most susceptible to frost action. Well drained, very gravelly, or very sandy soils are the least susceptible. Frost heave and low soil strength during thawing cause damage to pavements and other rigid structures.

*Risk of corrosion* pertains to potential soil-induced electrochemical or chemical action that corrodes or weakens uncoated steel or concrete. The rate of corrosion of uncoated steel is related to such factors as soil moisture, particle-size distribution, acidity, and electrical conductivity of the soil. The rate of corrosion of concrete is based mainly on the sulfate and sodium content, texture, moisture content, and acidity of the soil. Special site examination and design may be needed if the combination of factors results in a severe hazard of corrosion. The steel or concrete in installations that intersect soil boundaries or soil layers is more susceptible to corrosion than the steel or concrete in installations that are entirely within one kind of soil or within one soil layer.

For uncoated steel, the risk of corrosion, expressed as *low, moderate,* or *high,* is based on soil drainage class, total acidity, electrical resistivity near field capacity, and electrical conductivity of the saturation extract.

For concrete, the risk of corrosion also is expressed as *low, moderate,* or *high*. It is based on soil texture, acidity, and amount of sulfates in the saturation extract.

### Physical and Chemical Analyses of Selected Soils

Laboratory analysis of several pedons in the survey area are available from the National Soil Survey Laboratory, Lincoln, Nebraska, via the internet at http://www.nrcs.usda.gov. Following is a list of series sampled from the Cortez Soil Survey Area, parts of Dolores and Montezuma Counties.

| Sampled as | Labratory Sample | Map Unit Number | Published Name |
|---|---|---|---|
| Barx | S93CO-83-003 | 8 | Barx |
| Barx | S93C0-83-003A | 8 | Barx |
| Barx | S93CO-83-003B | 8 | Barx |
| Gladel | S93CO-83-004 | 105 | Rizno |
| Gladel | S93CO-83-004A | 105 | Rizno |
| Hesperus | S93CO-83-001 | 55 | Hesperus |
| Mikim | S83CO-83-001 | 75 | Mikim |
| Morefield | S93CO-83-006 | 77 | Morefield |
| Morefield | S93CO-83-006A | 77 | Morefield |
| Nortez | S83CO-83-003 | 78 | Nortez |
| Prater | S93CO-83-002 | 92 | Prater |
| Pulpit | S93CO-83-005 | 105 | Gapmesa |
| Pulpit | S93CO-83-005A | 105 | Gapmesa |
| Redlands | S80CO-83-002 | 70 | Mack |

**Physical and Chemical Analyses of Selected Soils, continued**

| Sampled as | Labratory Sample | Map Unit Number | Published Name |
|---|---|---|---|
| Sheek | S83CO-83-002 | 120 | Sheek |
| Uzona | S80CO-83-003 | 138 | Uzacol |
| Witt | S80CO-83-001 | 144 | Wetherill |

Samples S83CO-83-004 and S83CO-83-005 were sampled as McPhee Dam. They were sampled prior to reservoir filling and are now within the floodpool and inundated by water.

# Classification of the Soils

The system of soil classification used by the National Cooperative Soil Survey has six categories (USDA, 1998 and 1999). Beginning with the broadest, these categories are the order, suborder, great group, subgroup, family, and series. Classification is based on soil properties observed in the field or inferred from those observations or from laboratory measurements. Table 19 shows the classification of the soils in the survey area. The categories are defined in the following paragraphs.

ORDER. Twelve soil orders are recognized. The differences among orders reflect the dominant soil-forming processes and the degree of soil formation. Each order is identified by a word ending in *sol*. An example is Alfisol.

SUBORDER. Each order is divided into suborders primarily on the basis of properties that influence soil genesis and are important to plant growth or properties that reflect the most important variables within the orders. The last syllable in the name of a suborder indicates the order. An example is Ustalf (*Ust*, meaning dry climate, usually hot summers, plus *alf*, from Alfisol).

GREAT GROUP. Each suborder is divided into great groups on the basis of close similarities in kind, arrangement, and degree of development of pedogenic horizons; soil moisture and temperature regimes; type of saturation; and base status. Each great group is identified by the name of a suborder and by a prefix that indicates a property of the soil. An example is Haplustalfs (*Hapl*, meaning minimal horizonation, plus *ustalf*, the suborder of the Alfisols that has a ustic moisture regime).

SUBGROUP. Each great group has a typic subgroup. Other subgroups are intergrades or extragrades. The typic subgroup is the central concept of the great group; it is not necessarily the most extensive. Intergrades are transitions to other orders, suborders, or great groups. Extragrades have some properties that are not representative of the great group but do not indicate transitions to any other taxonomic class. Each subgroup is identified by one or more adjectives preceding the name of the great group. The adjective *Aridic* identifies the subgroup that is drier than is typical for this great group. An example is Aridic Haplustalfs.

FAMILY. Families are established within a subgroup on the basis of physical and chemical properties and other characteristics that affect management. Generally, the properties are those of horizons below plow depth where there is much biological activity. Among the properties and characteristics considered are particle size, mineral content, soil temperature regime, soil depth, and reaction. A family name consists of the name of a subgroup preceded by terms that indicate soil properties. An example is fine-silty, mixed, superactive, mesic Aridic Haplustalfs.

SERIES. The series consists of soils within a family that have horizons similar in color, texture, structure, reaction, consistence, mineral and chemical composition, and arrangement in the profile. The Wetherill series has a classification of fine-silty, mixed, superactive, mesic Aridic Haplustalfs.

## Soil Series and Their Morphology

In this section, each soil series recognized in the survey area is described. Characteristics of the soil and the material in which it formed are identified for each series. A pedon, a small three-dimensional area of soil, that is typical of the series in the survey area is described. The detailed description of each soil horizon follows standards in the “Soil Survey Manual” (USDA, 1993) and “Field Book for Describing and Sampling Soils” (Schoeneberger, 1998). Many of the technical terms used in the descriptions are defined in “Soil Taxonomy” (USDA, 1999) and in “Keys to Soil Taxonomy” (USDA, 1998). Unless otherwise indicated, colors in the descriptions are for moist soil. Following the pedon description is the range of important characteristics of the soils in the series.

## *Ackmen Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Flood plains, draws, and drainageways
*Parent material:* Alluvium derived from mixed sources
*Slope:* 1 to 6 percent
*Elevation:* 6,200 to 7,400 feet
*Mean annual precipitation:* 13 to 16 inches
*Mean annual temperature:* 46 to 50 degrees F

### Taxonomic Class

Fine-silty, mixed, superactive, mesic Cumulic Haplustolls

### Typical Pedon

Ackmen loam, 1 to 3 percent slopes, about 200 feet east and 40 feet north of the southwest corner of sec. 18, T. 38 N., R. 16 W.

Ap—0 to 6 inches; dark brown (10YR 3/3) loam, very dark grayish brown (10YR 3/2) moist; weak coarse platy structure parting to moderate medium granular; slightly hard, friable, slightly sticky and slightly plastic; many fine roots between peds; slightly alkaline (pH 7.8); clear smooth boundary.
A1—6 to 17 inches; dark yellowish brown (10YR 4/4) silt loam, very dark grayish brown (10YR 3/2) moist; massive parting to weak coarse granular structure; hard, friable, slightly sticky and slightly plastic; many fine roots between peds; slightly alkaline (pH 7.6); gradual smooth boundary.
A2—17 to 25 inches; dark yellowish brown (10YR 4/4) loam, very dark grayish brown (10YR 3/2) moist; weak coarse prismatic structure parting to weak medium subangular blocky; hard, friable, slightly sticky and slightly plastic; many very fine roots between peds; slightly alkaline (pH 7.4); gradual smooth boundary.
A3—25 to 60 inches; dark grayish brown (10YR 4/2) clay loam, black (10YR 2/1) moist; weak coarse prismatic structure parting to weak medium subangular blocky; very hard, friable, moderately sticky and moderately plastic; common very fine roots between peds; neutral (pH 7.0).

### Range in Characteristics

*Thickness of the mollic epipedon:* 20 to 36 inches
*Depth to bedrock:* more than 60 inches
*Rock fragment content:* 0 to 10 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—7.5YR or 10YR
Value—3 to 5 dry, 2 or 3 moist
Chroma—1 to 4
Clay content—18 to 35 percent
Reaction—neutral to slightly alkaline

## *Apmay Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Somewhat poorly drained
*Landscape position:* Flood plains
*Parent material:* Alluvium derived from mixed sources
*Slope:* 0 to 5 percent
*Elevation:* 7,000 to 7,200 feet
*Mean annual precipitation:* 16 to 20 inches
*Mean annual temperature:* 41 to 47 degrees F

### Taxonomic Class

Fine-loamy over sandy or sandy-skeletal, mixed, superactive, frigid Aquic Cumulic Haplustolls

### Typical Pedon

Apmay loam in an area of Dalmatian-Apmay-Schrader complex, 0 to 5 percent slopes, from the adjoining Animas-Dolores Area, Colorado, Soil Survey; about 100 feet east and 250 feet south of the northwest corner of sec. 1, T. 38 N., R. 14 W.

A—0 to 4 inches; dark grayish brown (10YR 4/3) loam, very dark grayish brown (10YR 3/2) moist; moderate fine subangular blocky structure parting to weak very fine granular; soft, very friable, slightly sticky and moderately plastic; many very fine and fine, and common medium roots throughout; many very fine continuous pores; moderately acid (pH 6.0); clear wavy boundary.
AB—4 to 10 inches; dark grayish brown (10YR 4/3) clay loam, very dark grayish brown (10YR 3/2) moist; moderate fine subangular blocky structure; slightly hard, friable, moderately sticky and moderately plastic; many very fine and fine roots throughout; many very fine continuous pores; neutral (pH 6.0); clear wavy boundary.
Bw1—10 to 18 inches; dark grayish brown (10YR 4/3) clay loam, very dark grayish brown (10YR 3/2) moist; common medium prominent reddish yellow (5YR 6/6) iron masses; moderate medium subangular blocky structure; hard, friable,

moderately sticky and moderately plastic; many very fine roots; many very fine continuous pores; neutral (pH 6.6); clear wavy boundary.

Bw2—18 to 22 inches; dark yellowish brown (10YR 4/4) sandy loam, very dark grayish brown (10YR 3/2) moist; common medium prominent reddish yellow (5YR 6/6) iron masses; weak fine subangular blocky structure parting to weak fine granular; hard, friable, moderately sticky and moderately plastic; common very fine roots; common very fine continuous pores; 5 percent gravel; neutral (pH 6.6); abrupt smooth boundary.

2C1—22 to 28 inches; brown (7.5YR 5/3) extremely gravelly loamy sand, dark brown (7.5YR 3/2) moist; massive; soft, friable, nonsticky and nonplastic; few fine roots; 60 percent gravel; neutral (pH 6.6); gradual wavy boundary.

2C2—28 to 48 inches; brown (10YR 5/3) extremely gravelly sandy loam, dark brown (10YR 3/3) moist; massive; soft, friable, nonsticky and nonplastic; 60 percent gravel and 5 percent stones; neutral (pH 7.0); gradual wavy boundary.

2C3—48 to 60 inches; brown (10YR 5/3) extremely gravelly sandy loam, dark brown (10YR 3/3) moist; massive; soft, friable, nonsticky and slightly plastic; 60 percent gravel and 5 percent stones; neutral (pH 7.0).

### Range in Characteristics

*Thickness of the mollic epipedon:* 16 to 30 inches
*Depth to bedrock:* more than 60 inches
*Depth to contrasting material:* 20 to 40 inches
*Depth to water table:* 12 to 36 inches

*A horizon:*
Hue—10YR or 2.5Y
Value—3 to 5 dry, 2 or 3 moist
Chroma—2 or 3
Clay content—15 to 27 percent
Reaction—moderately acid to neutral

*Bw horizon:*
Hue—10YR or 2.5Y
Value—4 to 5 dry, 3 to 4 moist
Chroma—2 to 4
Texture, fine earth fraction—clay loam or sandy loam
Clay content—10 to 35 percent
Rock fragment content—0 to 10 percent
Predominant rock fragment size—gravel and cobbles
Reaction—neutral

*2C horizon:*
Hue—7.5YR to 2.5Y
Value—4 to 6 dry, 3 to 5 moist
Chroma—2 to 4
Texture—sandy loam or loamy sand
Clay content—2 to 10 percent
Rock fragment content—50 to 75 percent
Reaction—neutral

The soils in this area have been correlated as Apmay to facilitate joining with Animas-Dolores Area, Colorado, and the typical pedon is shared with this area. The soils mapped as Apmay are taxadjuncts to the series. The Apmay series has a fine-loamy over sandy or sandy-skeletal particle-size control section. The Apmay soils in this area have loamy-skeletal textures in the lower part of the particle-size control section. The soils mapped as Apmay in this area also differ from the Apmay series due to the distribution of precipitation throughout the year. The Apmay series has precipitation distributed evenly throughout the year. The soils in this area are somewhat drier in May and June and somewhat wetter in July and August. These differences, however, do not significantly affect the use or management of the soils. In this survey area the Apmay soils are coarse-loamy, mixed, superactive, frigid Aquic Cumulic Haplustolls.

## Arabrab Series

### Setting

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Landscape position:* Mesas
*Parent material:* Eolian material and residuum derived from sandstone
*Slope:* 3 to 15 percent
*Elevation:* 6,800 to 7,800 feet
*Mean annual precipitation:* 16 to 19 inches
*Mean annual temperature:* 47 to 50 degrees F .

### Taxonomic Class

Loamy, mixed, superactive, mesic Lithic Haplustalfs

### Typical Pedon

Arabrab loamy sand, 3 to 9 percent slopes, Mesa Verde National Park, unsectionalized area: lat. 37 degrees 11 minutes 34 seconds N. and long. 108 degrees 31 minutes 10 seconds E.

A—0 to 4 inches; brown (7.5YR 5/3) loamy sand, dark brown (7.5YR 3/2) moist; weak fine granular; soft, very friable, nonsticky and nonplastic; common very fine roots throughout; noneffervescent; slightly alkaline (pH 7.6); abrupt smooth boundary.

Bt1—4 to 9 inches; strong brown (7.5YR 5/6) loam,

brown (7.5YR 5/4) moist; weak coarse subangular blocky structure; slightly hard, friable, moderately sticky and slightly plastic; common coarse roots throughout; common very fine discontinuous tubular pores; few faint patchy clay films on faces of peds and in pores; noneffervescent; slightly alkaline (pH 7.6); clear smooth boundary.

Bt2—9 to 13 inches; brown (7.5YR 5/4) clay loam, brown (7.5YR 4/4) moist; weak fine subangular blocky structure; hard, firm, slightly sticky and moderately plastic; common coarse roots throughout; common very fine discontinuous tubular pores; common faint discontinuous clay films on faces of peds and in pores; noneffervescent; slightly alkaline (pH 7.6); clear smooth boundary.

Btk—13 to 16 inches; brown (7.5YR 4/4) clay loam, brown (7.5YR 4/4) moist; weak fine subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; common medium roots throughout; common very fine discontinuous tubular pores; few faint patchy clay films on faces of peds and in pores; violently effervescent; moderately alkaline (pH 8.0); abrupt smooth boundary.

2R—16 inches; hard Cliffhouse Sandstone.

### Range in Characteristics

*Depth to bedrock:* 6 to 20 inches
*Depth to carbonates:* 8 to 20 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—7.5YR or 10YR
Value—4 or 5 dry, 3 or 4 moist
Chroma—2 to 4
Clay content—5 to 15 percent
Reaction—neutral or slightly alkaline

*B horizon:*
Hue—7.5YR
Value—4 to 6 dry, 3 to 5 moist
Chroma—3 to 6
Texture, fine earth fraction—sandy clay loam, clay loam, or loam
Clay content—18 to 35 percent
Reaction—neutral to moderately alkaline

## Archuleta Series

### Setting

*Depth class:* Shallow
*Drainage class:* Well drained
*Landscape position:* Hills, ridges, and canyons
*Parent material:* Slope alluvium and residuum derived from sandstone and shale
*Slope:* 6 to 80 percent
*Elevation:* 7,100 to 8,500 feet
*Mean annual precipitation:* 15 to 20 inches
*Mean annual temperature:* 43 to 47 degrees F

### Taxonomic Class

Loamy, mixed, superactive, frigid, shallow Typic Haplustepts

### Typical Pedon

Archuleta very stony sandy loam in an area of Sheek-Archuleta-Rock outcrop complex, 25 to 80 percent slopes, about 2,300 feet north and 1,450 feet west of the southeast corner of sec. 2, T. 35 R., R. 13 W.

Oi—0 to 1 inch; slightly decomposed leaves and twigs; abrupt smooth boundary.

A—1 to 6 inches; grayish brown (10YR 5/2) very stony sandy loam, very dark grayish brown (10YR 3/2) moist; moderate medium granular structure parting to moderate fine granular; soft, very friable, nonsticky and nonplastic; 10 percent gravel, 15 percent cobbles, and 5 percent stones; slightly acid (pH 6.5); clear wavy boundary.

Bw1—6 to 9 inches; light brownish gray (10YR 6/2) stony sandy loam, dark grayish brown (10YR 4/2) moist; moderate fine subangular blocky structure parting to moderate medium granular; soft, very friable, nonsticky and nonplastic; 10 percent gravel, 5 percent cobbles, and 10 percent stones; neutral (pH 6.6); gradual wavy boundary.

Bw2—9 to 18 inches; light brownish gray (10YR 6/2) stony clay loam, grayish brown (10YR 5/2) moist; moderate medium subangular blocky structure; very hard, firm, moderately sticky and moderately plastic; 10 percent gravel, 5 percent cobbles, and 10 percent stones; neutral (pH 6.8); gradual irregular boundary

Cr—18 inches; interbedded sandstone and shale.

### Range in Characteristics

*Depth to bedrock:* 10 to 20 inches
*Rock fragment content:* 0 to 35 percent
*Predominant rock fragment size:* gravel, cobbles, and stones

*A horizon:*
Hue—10YR or 2.5Y
Value—5 to 7 dry, 3 to 6 moist
Chroma—1 to 4

Clay content—10 to 25 percent
Texture, fine earth fraction—loam or very stony sandy loam
Reaction—slightly acid to slightly alkaline

*Bw horizon:*
Hue—10YR or 2.5Y
Value—5 or 6 dry, 4 or 5 moist
Chroma—2 to 4
Texture, fine earth fraction—clay loam, sandy loam or sandy clay loam
Clay content—18 to 35 percent
Reaction—slightly acid to slightly alkaline

## *Argiustolls*

### Setting

*Depth class:* Moderately deep to very deep
*Drainage class:* Well drained
*Landscape position:* Canyons
*Parent material:* Colluvium and slope alluvium derived from sandstone and shale
*Slope:* 30 to 80 percent
*Elevation:* 6,900 to 8,500 feet
*Mean annual precipitation:* 15 to 20 inches
*Mean annual temperature:* 40 to 47 degrees F

### Taxonomic Class

Argiustolls

### Reference Pedon

Argiustolls in an area of Argiustolls-Haplustalfs-Rock outcrop complex, 30 to 80 percent slopes, from the adjoining Animas-Dolores Area, Colorado, Soil Survey; located in the northwest quarter of the southeast quarter of sec. 6, T. 38 N., R. 15 W.

Oi—0 to 1 inch; slightly decomposed needles and leaves.

A—1 to 4 inches; very dark grayish brown (10YR 3/2) extremely stony loam, black (10YR 2/1) moist; strong fine subangular blocky structure; slightly hard, friable, slightly sticky and moderately plastic; many very fine, fine, and medium roots; 15 percent gravel, 25 percent cobbles, and 30 percent stones; neutral (pH 7.0); clear smooth boundary.

Bt1—4 to 7 inches; grayish brown (10YR 5/2) extremely stony clay loam, very dark brown (10YR 2/2) moist; strong medium subangular blocky structure; very hard, friable, moderately sticky and moderately plastic; many very fine, fine, and medium roots; many prominent clay films on faces of peds; 10 percent gravel, 20 percent cobbles, and 40 percent stones; neutral (pH 7.0); clear wavy boundary.

Bt2—7 to 13 inches; brown (10YR 4/3) extremely stony clay loam, dark brown (10YR 3/3) moist; strong coarse subangular blocky structure; very hard, friable, moderately sticky and moderately plastic; common very fine, fine, and medium roots; many prominent clay films on faces of peds; 10 percent gravel, 25 percent cobbles, and 30 percent stones; neutral (pH 7.0); clear wavy boundary.

Bt3—13 to 20 inches; yellowish brown (10YR 5/4) very stony clay loam, dark brown (10YR 3/3) moist; strong coarse subangular blocky structure; extremely hard, firm, moderately sticky and moderately plastic; few very fine, fine, and medium roots; many prominent clay films on faces of peds; 10 percent gravel, 15 percent cobbles, and 15 percent stones; neutral (pH 7.0); gradual wavy boundary.

Bt4—20 to 37 inches; yellowish brown (10YR 5/4) cobbly clay loam, brown (10YR 4/3) moist; moderate medium subangular blocky structure; extremely hard, firm, moderately sticky and moderately plastic; few very fine, fine, and medium roots; common prominent clay films on faces of peds; 10 percent gravel, 15 percent cobbles, and 5 percent stones; neutral (pH 7.0); clear smooth boundary.

C1—37 to 50 inches; light gray (10YR 7/2) cobbly clay, brown (10YR 5/3) moist; massive; extremely hard, very firm, moderately sticky and moderately plastic; 10 percent gravel, 15 percent cobbles, and 5 percent stones; neutral (pH 7.0); clear smooth boundary.

C2—50 to 60 inches; light brownish gray (10YR 6/2) clay, grayish brown (10YR 5/2) moist; massive; extremely hard, very firm, moderately sticky and moderately plastic; neutral (pH 7.0).

### Range in Characteristics

*Thickness of the mollic epipedon:* 10 to more than 40 inches
*Depth to bedrock:* 20 to more than 60 inches
*Rock fragment content:* 35 to 80 percent
*Predominant rock fragment size:* gravel, cobbles, and stones

*A horizon:*
Hue—5YR to 10YR
Clay content—10 to 27 percent
Reaction—slightly acid to slightly line

*B horizon:*
Hue—5YR to 2.5Y
Texture, fine earth fraction—clay loam, loam, or clay
Clay content—18 to 60 percent
Reaction—slightly acid to slightly line

Reference pedon is shared with the Animas-Dolores Area, Colorado, Soil Survey to facilitate joining.

## *Barx Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Mesas and hills
*Parent material:* Eolian material derived from sandstone
*Slope:* 1 to 12 percent
*Elevation:* 5,400 to 6,200 feet
*Mean annual precipitation:* 10 to 13 inches
*Mean annual temperature:* 50 to 52 degrees F

### Taxonomic Class

Fine-loamy, mixed, superactive, mesic Ustic Calciargids

### Typical Pedon

Barx loam, 3 to 6 percent slopes, about 1,400 feet west, 1,500 feet south of the northeast corner of sec. 18, T. 37 N., R. 19 W.

A—0 to 3 inches; brown (7.5YR 5/4) loam, brown (7.5YR 4/4) moist; weak very coarse platy structure; soft, very friable, nonsticky and nonplastic; few very fine roots throughout; neutral (pH 7.2); abrupt smooth boundary.

Bt1—3 to 6 inches; reddish brown (5YR 5/4) sandy clay loam, reddish brown (5YR 4/4) moist; weak fine angular blocky structure; hard, very friable, slightly sticky and moderately plastic; common very fine roots throughout; few very fine discontinuous tubular pores; clay bridging between sand grains; neutral (pH 7.2); clear smooth boundary.

Bt2—6 to 20 inches; yellowish red (5YR 5/6) sandy clay loam, yellowish red (5YR 4/6), moist; weak fine angular blocky structure; slightly hard, very friable, slightly sticky and moderately plastic; few very fine and fine roots throughout; few very fine discontinuous tubular pores; many faint continuous clay films on faces of peds and in pores; slightly alkaline (pH 7.6); gradual smooth boundary.

Btk—20 to 31 inches; yellowish red (5YR 5/6) sandy clay loam, yellowish red (5YR 4/6), moist; weak medium angular blocky structure parting to weak fine angular blocky; slightly hard, very friable, slightly sticky and moderately plastic; few very fine roots throughout; few very fine discontinuous tubular pores; clay bridging between sand grains; common fine carbonate threads throughout; strongly effervescent; moderately alkaline (pH 8.2); gradual smooth boundary.

Bk—31 to 60 inches; pinkish white (7.5YR 8/2) sandy clay loam, light brown (7.5YR 6/4), moist; weak medium angular blocky and weak fine angular blocky structure; slightly hard, very friable, slightly sticky and slightly plastic; 23 percent calcium carbonate equivalent; many coarse irregular soft masses of carbonate throughout; strongly effervescent; moderately alkaline (pH 8.4).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 8 to 20 inches
*Depth to calcic horizon:* 12 to 32 inches

*A horizon:*
Hue—7.5YR
Value—4 to 6 dry, 3 to 5 moist
Chroma—3 to 5
Texture, fine earth fraction—very fine sandy loam or loam
Clay content—10 to 20 percent
Rock fragment content—0 to 5 percent
Predominant rock fragment size—gravel
Reaction—neutral to moderately alkaline

*Bt and Btk horizon:*
Hue—5YR or 7.5YR
Value—5 to 7 dry, 4 or 6 moist
Chroma—4 to 6
Texture, fine earth fraction—loam, sandy clay loam, or clay loam
Clay content—18 to 35 percent
Rock fragment content—0 to 15 percent
Predominant rock fragment size—gravel
Reaction—neutral to moderately alkaline

*Bk horizon:*
Hue—5YR or 7.5YR
Value—6 to 8 dry, 4 to 8 moist
Chroma—2 to 6
Texture, fine earth fraction—loam, clay loam, or sandy clay loam

Clay content—18 to 30 percent
Rock fragment content—0 to 15 percent
Predominant rock fragment size—gravel
Reaction—moderately or strongly alkaline

## Battlerock Series

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Terraces, drainageways, and flood plains
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 0 to 6 percent
*Elevation:* 5,000 to 5,700 feet
*Mean annual precipitation:* 8 to 10 inches
*Mean annual temperature:* 52 to 56 degrees F

### Taxonomic Class

Fine-loamy, mixed, superactive, calcareous, mesic Typic Torrifluvents

### Typical Pedon

Battlerock clay loam, 0 to 6 percent slopes, about 10 feet east and 850 feet north of the southwest corner of sec. 36, T. 36 N., R. 20 W.

Ap—0 to 10 inches; brown (10YR 5/3) clay loam, dark brown (10YR 3/3) moist; massive; very hard, firm, moderately sticky and moderately plastic; violently effervescent; slightly alkaline (pH 7.8); abrupt smooth boundary.
C1—10 to 16 inches; yellowish brown (10YR 5/4) clay loam, dark brown (10YR 3/3) moist; massive; slightly hard, friable, moderately sticky and moderately plastic; violently effervescent; moderately alkaline (pH 8.0); clear smooth boundary.
C2—16 to 24 inches; yellowish brown (10YR 5/4) clay loam, dark brown (10YR 3/3) moist; moderate thin platy structure; hard, firm, very sticky and very plastic; violently effervescent; moderately alkaline (pH 8.2); clear smooth boundary.
Cz—24 to 43 inches; yellowish brown (10YR 5/4) clay loam, brown (10YR 4/3) moist; weak medium prismatic structure parting to weak medium subangular blocky; very hard, firm, moderately sticky and moderately plastic; common fine filaments of salt; strongly effervescent; slightly alkaline (pH 7.8); clear smooth boundary.
C—43 to 56 inches; yellowish brown (10YR 5/4) loam, brown (10YR 4/3) moist; weak medium subangular blocky structure; very hard, firm, slightly sticky and slightly plastic; violently effervescent; moderately alkaline (pH 8.0); clear smooth boundary.
Akb—56 to 60 inches; brown (10YR 4/3) clay loam, very dark grayish brown (10YR 3/2) moist; moderate thin platy structure; very hard, friable, moderately sticky and moderately plastic; common fine filaments of calcium carbonate; violently effervescent; slightly alkaline (pH 7.8).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 0 to 10 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—7.5YR to 2.5Y
Value—5 to 7 dry, 3 to 5 moist
Chroma—2 to 4
Clay content—27 to 35 percent
Reaction—slightly or moderately alkaline

*C horizon:*
Hue—7.5YR to 2.5Y
Value—5 to 7 dry, 3 to 5 moist
Chroma—2 to 4
Texture, fine earth fraction—loam or clay loam
Clay content—18 to 35 percent
Reaction—slightly or moderately alkaline

## Beje Series

### Setting

*Depth class:* Shallow
*Drainage class:* Well drained
*Landscape position:* Mesas, hills, and ridges
*Parent material:* Eolian material, slope alluvium, and residuum derived from sandstone
*Slope:* 1 to 30 percent
*Elevation:* 7,100 to 8,500 feet
*Mean annual precipitation:* 15 to 20 inches
*Mean annual temperature:* 43 to 47 degrees F

### Taxonomic Class

Loamy, mixed, superactive, frigid Lithic Argiustolls

### Typical Pedon

Beje loam in an area of Ormiston-Beje complex, 5 to 30 percent slopes, from the adjoining Animas-Dolores Area, Colorado, Soil Survey; about 550 feet

west and 450 feet south of the northeast corner of sec. 20, T. 38 N., R. 15 W.

A—0 to 2 inches; brown (10YR 4/3) loam, dark brown (10YR 3/3) moist; weak fine subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and slightly plastic; 5 percent gravel, 2 percent cobbles and 2 percent stones; neutral (pH 7.0); clear wavy boundary.
AB—2 to 7 inches; brown (10YR 4/3) loam, dark brown (10YR 3/3) moist; weak fine subangular blocky structure; soft, very friable, nonsticky and slightly plastic; 5 percent gravel; neutral (pH 7.0); clear wavy boundary.
Bt—7 to 14 inches; brown (7.5YR 4/4) loam, brown (10YR 4/3) moist; moderate medium subangular blocky structure; hard, friable, moderately sticky and moderately plastic; few faint clay films on faces of peds; 5 percent gravel; neutral (pH 7.0); clear wavy boundary
R—14 inches; hard sandstone.

### Range in Characteristics

*Thickness of the mollic epipedon:* 7 to 16 inches
*Depth to bedrock:* 10 to 20 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—7.5YR or 10YR
Value—3 or 4 dry, 2 or 3 moist
Chroma—2 or 3
Clay content—10 to 20 percent
Reaction—neutral

*Bt horizon:*
Hue—7.5YR or 10YR
Value—3 to 5 dry, 3 or 4 moist
Chroma—3 or 4
Texture, fine earth fraction—clay loam, loam, or sandy clay loam
Clay content—18 to 35 percent
Reaction—neutral

Typical pedon is shared with the Animas-Dolores Area, Colorado, Soil Survey to facilitate joining.

## *Bodry Series*

### Setting

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Landscape position:* Hills
*Parent material:* Colluvium over residuum derived from shale
*Slope:* 20 to 50 percent
*Elevation:* 5,600 to 5,800 feet
*Mean annual precipitation:* 10 to 12 inches
*Mean annual temperature:* 49 to 53 degrees F

### Taxonomic Class

Fine, smectitic, calcareous, mesic Ustertic Torriorthents

### Typical Pedon

Bodry very cobbly loam in an area of Rizno-Littlenan-Bodry association, 3 to 50 percent slopes, from the adjoining San Juan County, Utah, Central Part Soil Survey; near the end of White Mesa, about 1,500 feet east and 100 feet north of the southwest corner of sec. 17, T. 38 S., R. 22 E.

A—0 to 6 inches; light brown (7.5YR 6/4) very cobbly loam, brown (7.5YR 5/4) moist; weak coarse subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; common very fine, fine, and medium roots; common fine and medium discontinuous tubular pores; 25 percent gravel, 15 percent cobbles, 3 percent stones, and 1 percent boulders; slightly effervescent; moderately alkaline (pH 8.0); clear smooth boundary.
C1—6 to 15 inches; light brownish gray (2.5Y 6/2) clay loam, grayish brown (2.5YR 5/2) moist; massive; hard, firm, slightly sticky and moderately plastic; common very fine, fine, medium, and coarse roots throughout; common fine and few medium discontinuous tubular pores; slightly effervescent; moderately alkaline (pH 8.0); gradual wavy boundary.
C2—15 to 22 inches; light gray (5Y 7/1) clay loam, light brownish gray (2.5Y 6/2) moist; massive; very hard, very firm, moderately sticky and moderately plastic; few very fine, fine, and medium roots; few fine discontinuous tubular pores; common fine gypsum crystals; slightly effervescent; moderately alkaline (pH 8.0); gradual wavy boundary.
C3—22 to 36 inches; light gray (5Y 7/1) clay loam, olive gray (5Y 5/2) moist; massive; very hard, firm, moderately sticky and moderately plastic; few very fine, fine, and medium roots; many fine and medium masses of gypsum; slightly effervescent; moderately alkaline (pH 8.0); gradual wavy boundary.

Cr—36 inches; weathered gypsiferous shale.

#### Range in Characteristics

*Depth to bedrock:* 20 to 40 inches

*A horizon:*
Hue—7.5YR or 10YR
Value—5 to 7 dry, 3 to 5 moist
Chroma—2 to 4
Clay content—10 to 25 percent
Rock fragment content—35 to 45 percent
Predominant rock fragment size—gravel and cobbles
Reaction—slightly or moderately alkaline

*C horizon:*
Hue—7.5YR to 5Y
Value—5 to 7 dry, 3 to 6 moist
Chroma—1 to 4
Texture, fine earth fraction—sandy clay loam, clay loam, silty clay loam, silty clay, or clay
Clay content—35 to 60 percent
Rock fragment content—0 to 15 percent
Predominant rock fragment size—gravel
Reaction—slightly or moderately alkaline

Typical pedon is shared with the San Juan County, Utah, Central Part, Soil Survey to facilitate joining.

## *Burnson Series*

#### Setting

*Depth class:* Deep
*Drainage class:* Well drained
*Landscape position:* Hills, mesas, and structural benches
*Parent material:* Eolian material, residuum, and slope alluvium derived from sandstone and shale
*Slope:* 1 to 30 percent
*Elevation:* 7,100 to 8,500 feet
*Mean annual precipitation:* 17 to 20 inches
*Mean annual temperature:* 41 to 47 degrees F

#### Taxonomic Class

Fine, smectitic, frigid Typic Haplustalfs

#### Typical Pedon

Burnson loam, 1 to 15 percent slopes; from the adjoining Animas-Dolores Area, Colorado, Soil Survey; about 12 miles east of Dove Creek, Colorado; located about 1,200 feet south and 1,700 feet east of the northwest corner of sec. 19, T. 40 N., R. 16 W.

Oi—0 to 1 inch; slightly decomposed leaves and pine needles

A—1 to 4 inches; brown (10YR 4/3) loam, very dark grayish brown (10YR 3/2) moist; moderate medium granular structure; soft, very friable, nonsticky and nonplastic; neutral (pH 6.8); clear smooth boundary.

AB—4 to 8 inches; brown (7.5YR 4/3) clay loam, dark brown (7.5YR 3/2) moist; moderate medium subangular blocky structure; hard, friable, moderately sticky and moderately plastic; 5 percent gravel; slightly acid (pH 6.4); gradual wavy boundary.

Bt1—8 to 18 inches; reddish brown (5YR 5/4) sandy clay, reddish brown (5YR 4/4) moist; moderate medium prismatic structure parting to moderate medium subangular blocky; very hard, very firm, very sticky and moderately plastic; common distinct clay films on faces of peds; organic staining along some ped faces and in some root channels; 10 percent soft sandstone gravel; slightly acid (pH 6.2); gradual irregular boundary.

Bt2—18 to 29 inches; mixed colors of reddish brown (5YR 5/4) and reddish gray (5YR 5/2) sandy clay, reddish brown (5YR 4/3) and dark reddish gray (5YR 4/2) moist, reddish brown (5YR 5/4) moist; moderate coarse prismatic structure parting to moderate fine prismatic; very hard, very firm, moderately sticky and moderately plastic; common prominent clay films on faces of peds and in pores; organic staining along some ped faces and in some root channels; 13 percent soft sandstone gravel; slightly acid (pH 6.1); gradual irregular boundary.

BC—29 to 44 inches; mixed materials of reddish brown (5YR 4/4) clay and brownish yellow (10YR 6/6) sandy clay loam, dark reddish brown (5YR 3/4) and brownish yellow (10YR 6/6) moist; massive; very hard, very firm, clay is very sticky and moderately plastic, sandy clay loam is moderately sticky and slightly plastic; many pressure faces in the clay part; 5 percent gravel; effervescent in few fine soft masses of lime directly above bedrock; neutral (pH 6.8); abrupt smooth boundary.

R—44 inches; hard Dakota Sandstone, weathered in upper inch.

#### Range in Characteristics

*Depth to bedrock:* 40 to 60 inches

*A horizon:*
Hue—7.5YR or 10YR
Value—3 or 4 dry, 2 or 3 moist
Chroma—1 to 3

Texture, fine earth fraction—loam or clay loam
Clay content—15 to 35 percent
Rock fragment content—0 to 5 percent
Predominant rock fragment size—gravel
Reaction—slightly acid or neutral

*Bt horizon:*
Hue—5YR or 7.5YR
Value—3 to 6 dry, 3 or 4 moist
Chroma—3 to 6
Texture, fine earth fraction—clay loam, clay, or sandy clay
Clay content—35 to 55 percent
Rock fragment content—0 to 15 percent
Predominant rock fragment size—gravel
Reaction—slightly acid or neutral

Typical pedon is shared with the Animas-Dolores Area, Colorado, Soil Survey to facilitate joining.

## Cahona Series

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Hills and mesas
*Parent material:* Eolian material derived from sandstone
*Slope:* 1 to 12 percent
*Elevation:* 6,200 to 7,400 feet
*Mean annual precipitation:* 13 to 16 inches
*Mean annual temperature:* 46 to 50 degrees F

### Taxonomic Class

Fine-silty, mixed, superactive, mesic Calcidic Haplustalfs

### Typical Pedon

Cahona loam, 3 to 6 percent slopes, about 500 feet south and 1,500 feet east of the northwest corner of Sec. 9, T. 41 N., R. 19 W.

A1—0 to 1 inch; reddish brown (5YR 4/4) loam, dark reddish brown (5YR 3/4) moist; single grain; loose nonsticky and nonplastic; slightly effervescent; slightly alkaline (pH 7.5); clear smooth boundary.

A2—1 to 5 inches; reddish brown (5YR 4/4) loam, dark reddish brown (5YR 3/4) moist; moderate fine granular structure; slightly hard, friable, slightly sticky and slightly plastic; common very fine roots throughout; common very fine discontinuous tubular pores; slightly alkaline (pH 7.4); clear smooth boundary.

Bt—5 to 15 inches; yellowish red (5YR 4/6) clay loam, reddish brown (5YR 4/4) moist; moderate medium prismatic structure parting to moderate medium angular blocky; hard, friable, slightly sticky and moderately plastic; common fine roots throughout; common fine discontinuous tubular pores; slightly effervescent; slightly alkaline (pH 7.8); gradual smooth boundary.

Btk—15 to 25 inches; yellowish red (5YR 5/6) clay loam, reddish brown (5YR 4/4) moist; weak medium prismatic structure parting to moderate medium angular blocky; hard, friable, moderately sticky and moderately plastic; common fine and medium roots throughout; common fine discontinuous tubular pores; common fine irregular soft masses of carbonate; violently effervescent; moderately alkaline (pH 8.0); clear wavy boundary.

Bk1—25 to 38 inches; pinkish white (5YR 8/2) loam, light reddish brown (5YR 6/3) moist; weak coarse prismatic structure parting to moderate medium subangular blocky; hard, firm, slightly sticky and moderately plastic; common medium roots throughout; 43 percent calcium carbonate equivalent; violently effervescent; strongly alkaline (pH 8.6); clear wavy boundary.

Bk2—38 to 60 inches; pinkish gray (5YR 7/2) loam, light reddish brown (5YR 6/3) moist; massive; hard, firm, slightly sticky and slightly plastic; common medium roots throughout; violently effervescent; moderately alkaline (pH 8.4).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 5 to 30 inches
*Depth to calcic horizon:* 20 to 40 inches
*Rock fragment content:* 0 to 5 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—5YR or 7.5YR
Value—4 to 7 dry, 3 to 6 moist
Chroma—2 to 6
Clay content—10 to 20 percent
Reaction—neutral or slightly alkaline

*Bt or Btk horizon:*
Hue—5YR
Value—4 to 7 dry, 3 to 5 moist

Chroma—3 to 6
Texture, fine earth fraction—loam or clay loam
Clay content—18 to 35 percent
Reaction—slightly to moderately alkaline

*Bk horizon:*
Hue—7.5YR or 5YR
Clay content—18 to 27 percent
Reaction—slightly to strongly alkaline

## *Claysprings Series*

### Setting

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Landscape position:* Ridges, knobs, hills, and canyons
*Parent material:* Residuum derived from Morrison Shale
*Slope:* 3 to 65 percent
*Elevation:* 5,000 to 5,700 feet
*Mean annual precipitation:* 8 to 10 inches
*Mean annual temperature:* 52 to 56 degrees F

### Taxonomic Class

Clayey, smectitic, calcareous, mesic, shallow Typic Torriorthents

### Typical Pedon

Claysprings very stony clay loam in an area of Uzacol-Zwicker-Claysprings complex, 3 to 12 percent slopes, about 2,300 feet east and 2,600 feet north of the southwest corner of sec. 27, T. 36 N., R. 19 W.

A—0 to 3 inches; pink (5YR 7/3) very stony clay loam, dark brown (7.5YR 4/4) moist; weak fine granular structure; soft, very friable, slightly sticky and slightly plastic; 10 percent gravel, 10 percent cobbles, and 15 percent stones; strongly effervescent; strongly alkaline (pH 8.6); clear smooth boundary.

AC—3 to 9 inches; light reddish brown (5YR 6/3) clay, reddish brown (5YR 4/4) moist; moderate fine angular and subangular blocky structure; hard, firm, moderately sticky and moderately plastic; slightly effervescent; strongly alkaline (pH 9.0); clear smooth boundary.

Cy—9 to 18 inches; reddish gray (5YR 5/2) clay, reddish brown (5YR 4/4) moist; massive; hard, friable, moderately sticky and moderately plastic; common fine gypsum crystals; strongly effervescent; very strongly alkaline (pH 9.2); abrupt smooth boundary

Cr—18 inches; slightly weathered Morrison Shale.

### Range in Characteristics

*Depth to bedrock:* 6 to 20 inches

*A horizon:*
Hue—5YR or 7.5YR
Value—4 to 7 dry, 4 or 5 moist
Chroma—2 to 4
Clay content—27 to 35 percent
Rock fragment content—5 to 60 percent
Predominant rock fragment size—gravel, cobbles, and stones
Reaction—moderately to very strongly alkaline

*C horizon:*
Hue—5YR or 7.5YR
Value—4 to 6 dry, 4 to 6 moist
Chroma—2 to 4
Clay content—35 to 60 percent
Reaction—moderately to very strongly alkaline

## *Collide Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Terraces and fans
*Parent material:* Eolian material derived from sandstone
*Slope:* 0 to 12 percent
*Elevation:* 7,000 to 7,600 feet
*Mean annual precipitation:* 15 to 17 inches
*Mean annual temperature:* 46 to 50 degrees F

### Taxonomic Class

Fine, smectitic, mesic Aridic Argiustolls

### Typical Pedon

Collide clay loam in an area of Collide complex, 2 to 6 percent slopes, about 2,560 feet east and 1,200 feet south of the northwest corner of sec. 31, T. 36 N., R. 13 W.

Ap1—0 to 3 inches; dark grayish brown (10YR 4/2) clay loam, very dark grayish brown (10YR 3/2) moist; moderate medium granular structure; hard, friable, slightly sticky and slightly plastic; slightly alkaline (pH 7.5); clear smooth boundary.

Ap2—3 to 10 inches; dark grayish brown (10YR 4/2) clay loam, dark brown (10YR 3/3) moist; moderate medium subangular blocky structure; hard, friable, slightly sticky and slightly plastic; slightly alkaline (pH 7.5); clear smooth boundary.

Bt—10 to 29 inches; yellowish red (5YR 5/6) clay loam, reddish brown (5YR 4/4) moist; moderate coarse prismatic structure parting to moderate coarse subangular blocky; very hard, firm, moderately sticky and moderately plastic; slightly alkaline (pH 7.4); gradual wavy boundary.

Btk1—29 to 40 inches; yellowish red (5YR 4/6) clay loam, reddish brown (5YR 4/4) moist; moderate coarse prismatic structure parting to moderate coarse subangular blocky; very hard, firm, moderately sticky and moderately plastic; few fine seams of calcium carbonate; slightly effervescent; slightly alkaline (pH 7.6); clear wavy boundary.

Btk2—40 to 50 inches; yellowish red (5YR 5/6) clay loam, yellowish red (5YR 4/6) moist; moderate coarse prismatic structure parting to moderate coarse subangular blocky; very hard, firm, moderately sticky and moderately plastic; common large soft masses of calcium carbonate; strongly effervescent; moderately alkaline (pH 8.2); clear wavy boundary.

Btk3—50 to 60 inches; light reddish brown (5YR 6/4) clay loam, strong brown (7.5YR 5/6) moist; weak coarse subangular blocky structure; very hard, firm, moderately sticky and moderately plastic; many large soft masses of calcium carbonate; violently effervescent; moderately alkaline (pH 8.4).

### Range in Characteristics

*Thickness of the mollic epipedon:* 7 to 16 inches
*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 10 to 30 inches

*A horizon:*
Hue—5YR to 10YR
Value—4 or 5 dry, 2 or 3 moist
Chroma—2 or 3
Texture, fine earth fraction—clay loam or loam
Clay content—15 to 35 percent
Rock fragment content—0 to 15 percent
Predominant rock fragment size—gravel
Reaction—neutral or slightly alkaline

*Bt horizon:*
Hue—5YR
Value—3 to 6 dry, 2 to 5 moist
Chroma—2 to 6
Texture, fine earth fraction—clay loam or clay
Clay content—35 to 50 percent
Rock fragment content—0 to 15 percent
Predominant rock fragment size—gravel
Reaction—slightly or moderately alkaline

*Btk horizon:*
Hue—5YR or 7.5YR
Value—5 or 6 dry, 4 or 5 moist
Chroma—4 to 6
Texture, fine earth fraction—clay loam or clay
Clay content—35 to 50 percent
Rock fragment content—0 to 15 percent
Predominant rock fragment size—gravel
Reaction—slightly or moderately alkaline

*2Bk horizon, if present:*
Hue—5YR or 7.5YR
Value—5 or 6 dry, 4 or 5 moist
Chroma—4 to 6
Clay content—20 to 50 percent
Rock fragment content—15 to 70 percent
Predominant rock fragment size—gravel, cobbles, and stones
Reaction—slightly or moderately alkaline

## *Crosscan Series*

### Setting

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Landscape position:* Canyons and hills
*Parent material:* Colluvium and residuum derived from sandstone and shale
*Slope:* 6 to 80 percent
*Elevation:* 5,400 to 6,800 feet
*Mean annual precipitation:* 10 to 14 inches
*Mean annual temperature:* 50 to 52 degrees F

### Taxonomic Class

Loamy-skeletal, mixed, superactive, calcareous, mesic, shallow Ustic Torriorthents

### Typical Pedon

Crosscan very bouldery sandy clay loam in an area of Romberg-Crosscan-Rock outcrop complex, 25 to 80 percent slopes, about 1,190 feet east and 1,950 feet north of the southwest corner of sec. 30, T. 37 N., R. 17 W.

A—0 to 2 inches; dark brown (7.5YR 4/4) very bouldery sandy clay loam, dark brown (7.5YR 3/2) moist; moderate medium granular structure parting to weak fine granular; soft, very friable, slightly sticky and slightly plastic; 25 percent gravel, 10 percent cobbles, 10 percent stones, and 5 percent boulders; slightly effervescent; slightly alkaline (pH 7.5); clear wavy boundary.

AC—2 to 9 inches; light brown (7.5YR 6/4) very gravelly clay loam, dark brown (7.5YR 4/4) moist; weak medium subangular blocky structure; slightly hard, friable, slightly sticky and moderately plastic; 25 percent gravel, 10 percent cobbles, and 10 percent stones; strongly effervescent; slightly alkaline (pH 7.8); clear wavy boundary.

C—9 to 18 inches; variegated colors (5YR to 2.5Y) of very gravelly clay loam, weak fine and medium subangular blocky structure; slightly hard, friable, slightly sticky and moderately plastic; 25 percent gravel, 10 percent cobbles, and 10 percent stones; disseminated calcium carbonate; strongly effervescent; moderately alkaline (pH 7.9); abrupt wavy boundary.

Cr—18 inches; calcareous shale.

### Range in Characteristics

*Depth to bedrock:* 6 to 20 inches
*Rock fragment content:* 35 to 60 percent
*Predominant rock fragment size:* gravel, cobbles, and stones

*A horizon:*
Hue—7.5YR to 2.5Y
Value—4 to 6 dry, 3 or 4 moist
Chroma—2 to 4
Clay content—20 to 35 percent
Reaction—slightly or moderately alkaline

*C horizon:*
Hue—7.5YR to 2.5Y
Texture, fine earth fraction—loam, sandy clay loam, or clay loam
Clay content—18 to 35 percent
Reaction—slightly or moderately alkaline

## *Dalmatian Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Moderately well drained
*Landscape position:* Flood plains
*Parent material:* Alluvium derived from mixed sources
*Slope:* 0 to 5 percent
*Elevation:* 7,000 to 7,200 feet
*Mean annual precipitation:* 16 to 20 inches
*Mean annual temperature:* 41 to 47 degrees F

### Taxonomic class

Fine-loamy, mixed, superactive, frigid Cumulic Haplustolls

### Typical Pedon

Dalmatian loam in an area of Dalmatian-Apmay-Schrader complex, 0 to 5 percent slopes, from the adjoining Animas-Dolores Area, Colorado, Soil Survey; about 1,600 feet east and 2,200 feet south of the northwest corner of sec. 25, T. 37 N., R. 14 W.

A—0 to 2 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; weak fine subangular blocky structure parting to weak fine granular; slightly hard, friable, nonsticky and slightly plastic; many very fine and common fine roots; many very fine continuous pores; neutral (pH 6.8); clear smooth boundary.

AB—2 to 13 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; moderate medium subangular blocky structure parting to moderate fine subangular blocky; slightly hard, friable, nonsticky and slightly plastic; many very fine and few fine roots; many very fine and few medium continuous pores; neutral (pH 6.8); clear wavy boundary.

Bw1—13 to 25 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; moderate medium subangular blocky structure; slightly hard, friable, nonsticky and slightly plastic; many very fine and few fine roots; many very fine continuous pores; neutral (pH 6.8); clear smooth boundary.

Bw2—25 to 39 inches; dark brown (10YR 3/3) loam, very dark brown (10YR 2/2) moist; moderate coarse subangular blocky structure; slightly hard, friable, slightly sticky and moderately plastic; few fine roots; many very fine continuous pores; neutral (pH 6.8); clear wavy boundary.

Bw3—39 to 45 inches; dark grayish brown (10YR 4/2) sandy clay loam, very dark brown (10YR 2/2) moist; common medium distinct strong brown (7.5YR 4/6) masses of iron concentrations; weak fine subangular blocky structure; slightly hard, friable, slightly sticky and moderately plastic; few fine roots; many very fine continuous pores; neutral (pH 6.8); clear smooth boundary

Bg1—45 to 49 inches; dark gray (10YR 4/1) sandy clay loam, very dark brown (10YR 2/2) moist; common medium distinct yellowish brown (10YR

5/4) masses of iron concentrations; moderate coarse subangular blocky structure parting to moderate fine subangular blocky; hard, friable, nonsticky and slightly plastic; few fine roots; many very fine continuous pores; neutral (pH 6.8); gradual wavy boundary.

Bg2—49 to 60 inches; dark gray (10YR 4/1) gravelly sandy loam, very dark grayish brown (10YR 3/2) moist; common medium distinct yellowish brown (10YR 5/4) masses of iron concentrations; massive; very hard, friable, nonsticky and nonplastic; 20 percent gravel and 10 percent cobbles; neutral (pH 6.8)

#### Range in Characteristics

*Thickness of the mollic epipedon:* 20 to 60 inches
*Depth to bedrock:* more than 60 inches
*Depth to water table:* 36 to 60 inches

*A horizon:*
Hue—7.5YR or 10YR
Value—3 or 4 dry, 2 or 3 moist
Chroma—1 to 3
Reaction—neutral

*Bw horizon:*
Hue—7.5YR or 10YR
Value—3 to 6 dry, 2 to 4 moist
Chroma—2 or 3 dry or moist
Rock fragment content—0 to 15 percent
Predominant rock fragment size—gravel
Reaction—neutral

*Bg horizon:*
Hue—7.5YR or 10YR
Value—3 to 6 dry, 2 to 4 moist
Chroma—1 or 2
Texture, fine earth fraction—loam, sandy loam, or sandy clay loam
Rock fragment content—0 to 35 percent
Predominant rock fragment size—gravel and cobbles
Reaction—neutral

Typical pedon is shared with the Animas-Dolores Area, Colorado, Soil Survey to facilitate joining.

## Detra Series

#### Setting

*Depth class:* Deep
*Drainage class:* Well drained
*Landscape position:* Hills
*Parent material:* Eolian material, slope alluvium, and residuum derived from sandstone
*Slope:* 0 to 15 percent
*Elevation:* 7,800 to 8,500 feet
*Mean annual precipitation:* 18 to 20 inches
*Mean annual temperature:* 43 to 45 degrees F

#### Taxonomic Class

Fine-loamy, mixed, superactive, frigid Pachic Argiustolls

#### Typical Pedon

Detra loam in an area of Jemco-Detra-Beje complex, 1 to 15 percent slopes, from the adjoining Animas-Dolores Area, Colorado, Soil Survey; located in the southeast quarter of sec. 19, T. 39 N., R. 15 W.

A—0 to 16 inches; dark brown (10YR 3/3) loam, very dark brown (10YR 2/2) moist; moderate medium granular structure; slightly hard, very friable, slightly sticky and slightly plastic; neutral (pH 7.2); gradual smooth boundary.

BAt—16 to 30 inches; brown (7.5YR 4/3) loam, dark brown (7.5YR 3/3) moist; moderate medium subangular blocky structure; hard, friable, moderately sticky and moderately plastic; few distinct clay films on faces of peds and in root channels; neutral (pH 7.0); clear smooth boundary

Bt1—30 to 43 inches; light reddish brown (5YR 6/4) clay loam, reddish brown (5YR 5/4) moist; moderate medium subangular blocky structure; slightly hard, friable, moderately sticky and moderately plastic; common distinct clay films on faces of peds; neutral (pH 7.2); clear smooth boundary.

Bt2—43 to 51 inches; reddish brown (5YR 5/4) clay loam, reddish brown (5YR 4/4) moist; moderate medium prismatic structure parting to moderate medium subangular blocky; very hard, very firm, very sticky and very plastic; common distinct clay films on faces of peds; neutral (pH 7.2); clear smooth boundary.

2BC—51 to 57 inches; yellowish red (5YR 5/8) sandy clay loam, yellowish red (5YR 5/6) moist; massive; very hard, friable, moderately sticky and moderately plastic; slightly alkaline (pH 7.4); abrupt smooth boundary.

2R—57 inches; sandy shale bedrock, weathered in upper inch.

#### Range in Characteristics

*Thickness of the mollic epipedon:* 16 to 37 inches
*Depth to bedrock:* 40 to 60 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—7.5YR or 10YR
Value—3 to 5 dry, 2 or 3 moist
Chroma—1 to 3
Clay content—10 to 25 percent
Reaction—neutral or slightly alkaline

*Bt horizon:*
Hue—5YR or 7.5YR
Value—4 to 6 dry, 2 to 4 moist
Chroma—2 to 6
Texture, fine earth fraction—loam or clay loam
Clay content—18 to 35 percent
Reaction—neutral or slightly alkaline

*2BC horizon, if present*
Hue—5YR or 7.5YR
Value—5 or 6 dry, 4 or 5 moist
Chroma—3 or 4
Texture, fine earth fraction—sandy clay loam
Clay content—20 to 30 percent
Reaction—neutral or slightly alkaline

Typical pedon is shared with the Animas-Dolores Area, Colorado, Soil Survey to facilitate joining.

## *Dolcan Series*

### Setting

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Landscape position:* Canyons and hills
*Parent material:* Colluvium and residuum derived from sandstone and shale
*Slope:* 6 to 80 percent
*Elevation:* 6,200 to 7,800 feet
*Annual precipitation:* 13 to 19 inches
*Annual temperature:* 46 to 50 degrees F

### Taxonomic Class

Loamy, mixed, superactive, calcareous, mesic, shallow Aridic Ustorthents

### Typical Pedon

Dolcan extremely cobbly fine sandy loam in an area of Wauquie-Dolcan-Rock outcrop complex, 25 to 80 percent slopes, about 1,900 feet east and 800 feet south of the northwest corner of sec. 17, T. 39 N., R. 17 W.

A—0 to 2 inches; brown (10YR 5/3) extremely cobbly fine sandy loam, brown (10YR 4/3) moist; weak fine granular structure; soft, loose, nonsticky and nonplastic; slightly effervescent; 30 percent gravel, 20 percent cobbles, 10 percent stones, and 1 percent boulders; slightly alkaline (pH 7.6); abrupt smooth boundary.

C1—2 to 8 inches; brown (7.5YR 4/2) cobbly clay loam, dark brown (7.5YR 3/2) moist; massive; slightly hard, friable, moderately sticky and moderately plastic; common medium and very fine roots throughout; common fine tubular pores; strongly effervescent; 15 percent gravel, 10 percent cobbles, 5 percent stones, and 1 percent boulders; slightly alkaline (pH 7.8); abrupt smooth boundary.

C2—8 to 11 inches; reddish brown (5YR 4/4) clay loam, dark reddish brown (5YR 3/4) moist; massive; slightly hard, firm, moderately sticky and moderately plastic; common very fine roots throughout; strongly effervescent; 10 percent gravel and 3 percent cobbles; slightly alkaline (pH 7.8); abrupt smooth boundary.

Cr—11 inches; soft shale, strongly effervescent.

### Range in Characteristics

*Depth to bedrock:* 6 to 20 inches
*Depth to carbonates:* 0 to 20 inches

*A horizon:*
Hue—7.5YR or 10YR
Value—4 to 6 dry, 3 or 4 moist
Chroma—1 to 3
Rock fragment content—20 to 60 percent
Predominant rock fragment size—gravel, cobbles, and stones
Clay content—8 to 20 percent
Reaction—slightly alkaline

*C horizon:*
Hue—5YR to 10YR
Value—3 to 7 dry, 3 to 6 moist
Chroma—2 to 4
Texture, fine earth fraction—clay loam or loam
Clay content—18 to 35 percent
Rock fragment content—5 to 35 percent
Predominant rock fragment size—gravel and cobbles
Reaction—slightly or moderately alkaline

## *Endoaquolls*

### Setting

*Depth class:* Very deep
*Drainage class:* Somewhat poorly drained
*Landscape position:* Flood plains
*Parent material:* Alluvium derived from mixed sources
*Slope:* 0 to 5 percent
*Elevation:* 7,100 to 8,500 feet

*Mean annual precipitation:* 18 to 20 inches
*Mean annual temperature:* 43 to 47 degrees F

### Taxonomic Class

Endoaquolls

### Reference Pedon

Endoaquolls in an area of Endoaquolls-Ustifluvents complex, 0 to 5 percent slopes, from the adjoining Animas-Dolores Area, Colorado, Soil Survey; about 1,850 feet north and 1,750 feet east of the southwest corner of sec. 18, T. 40 N., R. 12 W.

A1—0 to 4 inches; grayish brown (10YR 5/2) loam, very dark brown (10YR 2/2) moist; weak fine subangular blocky structure parting to weak fine granular; slightly hard, friable, nonsticky and slightly plastic; many very fine, common fine, and few coarse and medium roots; many very fine and common fine pores; slightly effervescent; slightly alkaline (pH 7.4); clear wavy boundary.

A2—4 to 12 inches; brown (10YR 5/3) fine sandy loam, very dark grayish brown (10YR 3/2) moist; weak medium subangular blocky structure; slightly hard, very friable, nonsticky and nonplastic; many very fine, common fine, and few coarse and medium roots; many very fine, and common fine pores; slightly alkaline (pH 7.4); abrupt smooth boundary.

A3—12 to 14 inches; brown (10YR 5/3) fine sandy loam, very dark grayish brown (10YR 3/2) moist; common small distinct (7.5YR 5/6) iron masses; massive; slightly hard, very friable, nonsticky and nonplastic; common very fine and few fine and medium roots; many very fine pores; neutral (pH 7.2); clear smooth boundary.

A4—14 to 19 inches; brown (10YR 4/3) loam, very dark brown (10YR 2/2) moist; common medium distinct (7.5YR 5/6) iron masses; weak medium subangular blocky structure; slightly hard, very friable, nonsticky and nonplastic; common very fine and few fine and medium roots; common very fine pores; neutral (pH 7.2); gradual wavy boundary.

A5—19 to 28 inches; brown (10YR 5/3) loam, dark brown (10YR 3/3) moist; many large distinct strong brown (7.5YR 5/6) iron masses; massive; slightly hard, friable, slightly sticky and slightly plastic; few very fine and fine roots; few very fine and fine discontinuous pores; strongly effervescent; slightly alkaline (pH 7.6); abrupt smooth boundary.

2C—28 to 60 inches; dark yellowish brown (10YR 4/4) extremely cobbly sand, dark yellowish brown (10YR 4/4) moist; many large distinct strong brown (7.5YR 5/6) iron masses; single grain; loose nonsticky and nonplastic; few coarse roots; strongly effervescent; 35 percent gravel, 20 percent cobble, and 10 percent stones; slightly alkaline (pH 7.8).

### Range in Characteristics

*Thickness of the mollic epipedon:* 10 to 40 inches
*Depth to bedrock:* more than 60 inches
*Depth to water table:* 12 to 60 inches

*A1, A2, A3 horizons:*
Hue—7.5YR or 10YR
Value—4 or 5 dry, 2 or 3 moist
Chroma—1 to 3
Clay content—10 to 27 percent
Rock fragment content—0 to 10 percent
Predominant rock fragment size—gravel
Reaction—neutral or slightly alkaline

*A4, A5 horizons:*
Hue—5YR to 10YR
Value—4 to 6 dry, 2 to 4 moist
Chroma—2 to 4
Texture, fine earth fraction—fine sandy loam or loam
Clay content—5 to 27 percent
Rock fragment content—0 to 10 percent
Predominant rock fragment size—gravel
Reaction—neutral or slightly alkaline

*2C horizon:*
Hue—10YR
Value—4 or 5 dry, 4 or 5 moist
Chroma—3 to 5
Clay content—3 to 8 percent
Rock fragment content—65 to 80 percent
Predominant rock fragment size—gravel, cobbles, and stones
Reaction—neutral or slightly alkaline

Reference pedon is shared with the Animas-Dolores Area, Colorado, Soil Survey to facilitate joining.

## *Falconry Series*

### Setting

*Depth class:* Shallow
*Drainage class:* Well drained
*Landscape position:* Canyons, ridges, and hills
*Parent material:* Slope alluvium and residuum derived from sandstone
*Slope:* 3 to 25 percent

*Elevation:* 7,100 to 8,500 feet
*Mean annual precipitation:* 15 to 20 inches
*Mean annual temperature:* 43 to 47 degrees F

### Taxonomic Class

Loamy, mixed, superactive, frigid Lithic Haplustolls

### Typical Pedon

Falconry gravelly fine sandy loam, 3 to 25 percent slopes, about 300 feet north and 750 feet east of the southwest corner of sec. 12, T. 35 N., R. 13 W.

Oi—0 to 1 inch; slightly decomposed pine needles and leaves.
A1—1 to 5 inches; very dark gray (10YR 3/1) gravelly fine sandy loam, black (10YR 2/1) moist; weak medium and fine granular structure; loose, very friable, nonsticky and nonplastic; 15 percent gravel and 2 percent stones; neutral (pH 7.2); clear wavy boundary.
A2—5 to 14 inches; grayish brown (10YR 5/2) gravelly sandy loam, very dark brown (10YR 2/2) moist; weak fine and very fine subangular blocky structure parting to weak very fine granular; soft, very friable, nonsticky and nonplastic; 20 percent gravel; neutral (pH 7.0); clear wavy boundary.
R—14 inches; hard Dakota Sandstone.

### Range in Characteristics

*Thickness of the mollic epipedon:* 7 to 16 inches
*Clay content:* 8 to 15 percent
*Depth to bedrock:* 10 to 20 inches
*Rock fragment content:* 0 to 35 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—7.5YR or 10YR
Value—3 to 5 dry, 2 or 3 moist
Chroma—1 to 4
Reaction—slightly acid or neutral

*C horizon, if present:*
Hue—7.5YR or 10YR
Value—5 to 7 dry, 2 to 5 moist
Chroma—2 to 4
Reaction—slightly acid or neutral

## *Farb Series*

### Setting

*Depth class:* Shallow and very shallow
*Drainage class:* Excessively drained
*Landscape position:* Mesas, escarpments, and canyons
*Parent material:* Residuum and colluvium derived from sandstone
*Slope:* 3 to 12 percent
*Elevation:* 5,000 to 5,700 feet
*Mean annual precipitation:* 8 to 10 inches
*Mean annual temperature:* 52 to 56 degrees F

### Taxonomic Class

Loamy, mixed, superactive, calcareous, mesic Lithic Torriorthents

### Typical Pedon

Farb sandy loam in an area of Farb-Rock outcrop complex, 3 to 12 percent slopes, about 2,300 feet south and 200 feet west of the northeast corner of sec. 28, T. 36 N., R. 19 W.

A—0 to 3 inches; strong brown (7.5YR 5/6) sandy loam, dark brown (7.5YR 4/4) moist; weak very fine granular structure; soft, very friable, nonsticky and nonplastic; 5 percent gravel; strongly effervescent; moderately alkaline (pH 8.2); clear smooth boundary.
C1—3 to 13 inches; light brown (7.5YR 6/4) sandy loam, brown (7.5YR 5/4) moist; weak coarse granular structure; soft, very friable, nonsticky and nonplastic; 10 percent gravel; strongly effervescent; moderately alkaline (pH 8.2); clear smooth boundary.
C2—13 to 16 inches; pink (7.5YR 7/4) sandy loam, light brown (7.5YR 6/4) moist; massive; slightly hard, friable, nonsticky and nonplastic; 5 percent gravel; few fine filaments and soft masses of calcium carbonate; violently effervescent; moderately alkaline (pH 8.2); abrupt smooth boundary.
R—16 inches; hard Dakota Sandstone.

### Range in Characteristics

*Depth to bedrock:* 5 to 20 inches
*Depth to carbonates:* 0 to 3 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—7.5YR
Value—5 to 7 dry, 4 or 5 moist
Chroma—2 to 6
Clay content—5 to 18 percent
Reaction—slightly or moderately alkaline

*C horizon:*
Hue—7.5YR
Value—5 to 8 dry, 4 to 7 moist
Chroma—4 to 6
Clay content—5 to 18 percent
Reaction—slightly or moderately alkaline

## Fardraw Series

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Structural benches and mesas
*Parent material:* Outwash derived from mixed sources
*Slope:* 0 to 25 percent
*Elevation:* 7,100 to 8,500 feet
*Mean annual precipitation:* 17 to 20 inches
*Mean annual temperature:* 41 to 47 degrees F

### Taxonomic Class

Clayey-skeletal, smectitic, frigid Typic Argiustolls

### Typical Pedon

Fardraw very cobbly loam, 0 to 9 percent slopes, about 1,250 feet east, 1,380 feet north of the southwest corner of sec. 29, T. 36 N., R. 12 W.

A1—0 to 2 inches; brown (7.5YR 4/3) very cobbly loam, dark brown (7.5YR 3/2) moist; moderate coarse granular structure parting to weak fine granular; slightly hard, very friable, nonsticky and nonplastic; common very fine and fine roots throughout; 25 percent gravel, 20 percent cobbles, and 10 percent stones; slightly alkaline (pH 7.4); clear wavy boundary.

A2—2 to 9 inches; brown (7.5YR 4/3) very cobbly loam, very dark brown (7.5YR 2.5/2) moist; weak medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; common very fine and fine roots throughout and few medium roots throughout; common very fine discontinuous tubular pores; 25 percent gravel, 20 percent cobbles, and 10 percent stones; slightly alkaline (pH 7.4); clear wavy boundary.

AB—9 to 13 inches; brown (7.5YR 4/3) very cobbly clay loam, dark reddish brown (7.5YR 3/3) moist; weak medium subangular blocky structure; hard, firm, moderately sticky and moderately plastic; common very fine, fine, and medium roots throughout; common very fine and few fine discontinuous tubular pores; common faint discontinuous clay films on faces of peds; 25 percent gravel, 20 percent cobbles, and 10 percent stones; neutral (pH 7.2); abrupt wavy boundary.

Bt1—13 to 28 inches; brown (7.5YR 4/4) very cobbly clay loam, dark reddish brown (7.5YR 3/4) moist; moderate medium subangular blocky structure; extremely hard, firm, moderately sticky and moderately plastic; common very fine and fine roots and few medium roots throughout; few very fine and fine discontinuous tubular pores; many distinct continuous clay films on faces of peds and in pores and many prominent continuous clay films around rock fragments; 25 percent gravel, 20 percent cobbles, and 10 percent stones; slightly alkaline (pH 7.4); gradual irregular boundary.

Bt2—28 to 36 inches; brown (7.5YR 5/4) very cobbly clay loam, reddish brown (7.5YR 4/4) moist; moderate medium subangular blocky structure; extremely hard, firm, moderately sticky and moderately plastic; few medium roots throughout; few medium discontinuous tubular pores; many distinct continuous clay films on faces of peds and in pores and many prominent continuous clay films on rock fragments; 25 percent gravel, 20 percent cobbles, and 10 percent stones; slightly alkaline (pH 7.4); gradual wavy boundary.

Bt3—36 to 53 inches; strong brown (7.5YR 5/6) very cobbly clay loam, strong brown (7.5YR 4/6) moist; moderate medium subangular blocky structure; slightly hard, firm, moderately sticky and moderately plastic; many distinct continuous clay films on faces of peds and in pores and many prominent continuous clay films around rock fragments; 25 percent gravel, 20 percent cobbles, and 10 percent stones; slightly alkaline (pH 7.4); gradual wavy boundary.

Bt4—53 to 60 inches; strong brown (7.5YR 5/6) very cobbly clay loam, brown (7.5YR 5/4) moist; moderate medium subangular blocky structure; extremely hard, firm, moderately sticky and moderately plastic; many distinct continuous clay films on faces of peds and in pores and many prominent continuous clay films around rock fragments; 25 percent gravel, 20 percent cobbles, and 10 percent stones; slightly alkaline (pH 7.6).

### Range in Characteristics

*Thickness of the mollic epipedon:* 10 to 16 inches
*Depth to bedrock:* more than 60 inches
*Rock fragment content:* 35 to 70 percent
*Predominant rock fragment size:* gravel, cobbles, and stones

*A horizon:*
Hue—7.5YR to 10YR
Value—3 to 5 dry, 1 to 3 moist
Chroma—1 to 3
Clay content—15 to 27 percent
Reaction—slightly acid or slightly alkaline

*Bt horizon:*
Hue—7.5YR or 10YR
Value—4 to 6 dry, 3 to 5 moist
Chroma—3 to 6
Clay content—35 to 50 percent
Reaction—slightly acid or slightly alkaline

*C horizon, if present:*
Hue—7.5YR to 2.5Y
Value—5 to 7 dry, 4 to 6 moist
Chroma—3 to 6
Texture, fine earth fraction—sandy clay loam, clay loam, or clay
Reaction—slightly acid or slightly alkaline

## Fivepine Series

### Setting

*Depth class:* Shallow
*Drainage class:* Well drained
*Landscape position:* Mesas and hills
*Parent material:* Residuum and slope alluvium derived from sandstone
*Slope:* 0 to 15 percent
*Elevation:* 7,100 to 8,500 feet
*Mean annual precipitation:* 15 to 20 inches
*Mean annual temperature:* 41 to 47 degrees F

### Taxonomic Class

Clayey, smectitic, frigid Lithic Argiustolls

### Typical Pedon

Fivepine flaggy loam, in an area of Fivepine-Nortez complex, 0 to 15 percent slopes, from the adjoining Animas-Dolores Area, Colorado, Soil Survey; about 620 feet south and 100 feet east of the northwest corner of sec. 33, T. 42 N., R. 17 W.

A—0 to 3 inches; reddish brown (5YR 4/3) flaggy loam, dark reddish brown (5YR 3/2) moist; moderate medium granular structure; slightly hard, friable, slightly sticky and slightly plastic; 5 percent gravel, 5 percent cobbles, and 20 percent flagstones; neutral (pH 6.6); clear smooth boundary.

BA—3 to 9 inches; reddish brown (5YR 4/3) flaggy clay loam, dark reddish brown (5YR 3/3) moist; moderate medium subangular blocky structure parting to moderate fine subangular blocky; hard, firm, moderately sticky and moderately plastic; 5 percent gravel, 5 percent cobbles, and 20 percent flagstones; neutral (pH 6.6); clear wavy boundary.

Bt1—9 to 12 inches; reddish brown (5YR 4/4) flaggy clay loam, reddish brown (5YR 4/3) moist; strong medium subangular blocky structure; very hard, very firm, moderately sticky and moderately plastic; common distinct clay films on faces of peds; 5 percent gravel, 5 percent cobbles, and 20 percent flagstones; neutral (pH 6.6); clear smooth boundary.

Bt2—12 to 15 inches; yellowish red (5YR 4/6) flaggy clay, reddish brown (5YR 4/3) moist; strong medium subangular blocky structure; extremely hard, very firm, very sticky and very plastic; many prominent clay films on faces of peds; 5 percent gravel, 5 percent cobbles, and 20 percent flagstones; common manganese concretions; neutral (pH 6.6); abrupt smooth boundary.

R—15 inches; hard Dakota Sandstone.

### Range in Characteristics

*Thickness of the mollic epipedon:* 5 to 15 inches
*Depth to bedrock:* 10 to 20 inches
*Rock fragment content:* 15 to 35 percent
*Predominant rock fragment size:* flagstones

*A horizon:*
Hue—5YR to 10YR
Value—4 or 5 dry, 2 or 3 moist
Chroma—2 to 4 dry, 1 to 3 moist
Clay content—10 to 27 percent
Reaction—slightly acid to slightly alkaline

*Bt horizon:*
Hue—5YR or 7.5YR
Value—3 to 6 dry, 3 to 5 moist
Chroma—3 to 6
Texture, fine earth fraction—clay loam or clay
Clay content—35 to 50 percent
Reaction—slightly acid to slightly alkaline

Typical pedon is shared with the Animas-Dolores Area, Colorado, Soil Survey to facilitate joining.

## Fluvaquents

### Setting

*Depth class:* Very deep
*Drainage class:* Somewhat poorly drained

*Landscape position:* Flood plains and drainageways
*Parent material:* Alluvium derived from mixed sources
*Slope:* 0 to 5 percent
*Elevation:* 5,000 to 7,400 feet
*Mean annual precipitation:* 8 to 16 inches
*Mean annual temperature:* 46 to 56 degrees F

### Taxonomic Class

Fluvaquents

### Reference Pedon

Fluvaquents in an area of Fluvents-Fluvaquents complex, 0 to 3 percent slopes, about 100 feet north and 900 feet east of the southwest corner of sec. 9, T. 39 N., R. 18 W.

C1—0 to 8 inches; pale brown (10YR 6/3) sandy loam, dark brown (10YR 3/3) moist; single grain; loose nonsticky and nonplastic; many very fine, common fine and coarse, and few medium roots throughout; many very fine interstitial pores; slightly effervescent; slightly alkaline (pH 7.4); clear smooth boundary.

C2—8 to 17 inches; yellowish brown (10YR 5/4) sandy loam, dark yellowish brown (10YR 3/4) moist; common medium irregular prominent (7.5YR 5/8) iron masses; single grain; loose nonsticky and nonplastic; few very fine and fine, and common medium roots throughout; many very fine interstitial pores; slightly effervescent; slightly alkaline (pH 7.4); abrupt smooth boundary.

C3—17 to 34 inches; yellowish brown (10YR 5/4) loamy sand, dark yellowish brown (10YR 3/4) moist; many medium irregular prominent strong brown (7.5YR 5/8) iron masses; weak medium and coarse subangular blocky structure; soft, very friable, nonsticky and nonplastic; few very fine, common fine, medium, and coarse roots throughout; many very fine interstitial pores; strongly effervescent; slightly alkaline (pH 7.6); clear wavy boundary.

C4—34 to 60 inches; yellowish brown (10YR 5/4) very gravelly loamy sand, dark brown (10YR 3/3) moist; many medium irregular distinct strong brown (7.5YR 5/6) iron masses; single grain; loose nonsticky and nonplastic; common very fine, fine, medium, and coarse roots throughout; many very fine interstitial pores; slightly effervescent; 35 percent gravel, 15 percent cobbles, and 5 percent stones; slightly alkaline (pH 7.6).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Rock fragment content:* 0 to 60 percent
*Predominant rock fragment size:* gravel and cobbles
*Depth to water table:* 12 to 40 inches

*C horizon:*
Hue—7.5YR or 10YR
Value—5 or 6 dry, 3 to 5 moist
Chroma—3 or 4
Texture, fine earth fraction—loamy sand or sandy loam
Clay content—2 to 10 percent
Reaction—neutral or slightly alkaline

## *Fluvents*

### Setting

*Depth class:* Very deep
*Drainage class:* Somewhat excessively drained
*Landscape position:* Flood plains
*Parent material:* Alluvium derived from mixed sources
*Slope:* 0 to 3 percent
*Elevation:* 5,000 to 7,400 feet
*Mean annual precipitation:* 8 to 16 inches
*Mean annual temperature:* 46 to 56 degrees F

### Taxonomic Class

Fluvents

### Reference Pedon

Fluvents in an area of Fluvents-Fluvaquents complex, 0 to 3 percent slopes, about 1,300 feet south and 800 feet east of the northwest corner of sec. 25, T. 37 N., R. 18 W.

A—0 to 6 inches; dark brown (7.5YR 3/4) fine sandy loam, dark brown (7.5YR 3/4) moist; moderate coarse platy structure parting to moderate medium platy; slightly hard, friable, slightly sticky and nonplastic; strongly effervescent; moderately alkaline (pH 8.0); abrupt wavy boundary.

C1—6 to 9 inches; yellowish brown (10YR 5/4) very gravelly loamy coarse sand, dark yellowish brown (10YR 3/4) moist; single grain; loose nonsticky and nonplastic; slightly effervescent; 50 percent gravel; slightly alkaline (pH 7.8); clear wavy boundary.

C2—9 to 18 inches; light yellowish brown (10YR 6/4) loamy sand, dark yellowish brown (10YR 4/4) moist; single grain; loose nonsticky and

nonplastic; strongly effervescent; 6 percent gravel; moderately alkaline (pH 8.2); clear wavy boundary.

C3—18 to 30 inches; light yellowish brown (10YR 6/4) very gravelly sand, yellowish brown (10YR 5/4) moist; single grain; loose nonsticky and nonplastic; slightly effervescent; 50 percent gravel; moderately alkaline (pH 8.2); clear wavy boundary.

C4—30 to 34 inches; light yellowish brown (10YR 6/4) gravelly sand, yellowish brown (10YR 5/4) moist; single grain; loose nonsticky and nonplastic; slightly effervescent; 20 percent gravel; moderately alkaline (pH 8.0); gradual wavy boundary

C5—34 to 60 inches; light yellowish brown (10YR 6/4) very gravelly coarse sand, yellowish brown (10YR 5/4) moist; single grain; loose nonsticky and nonplastic; slightly effervescent; 45 percent gravel; moderately alkaline (pH 8.2).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Rock fragment content:* 0 to 60 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—5YR to 2.5Y
Value—3 or 4 dry, 3 or 4 moist
Chroma—3 or 4
Clay content—5 to 15 percent
Reaction—slightly or moderately alkaline

*C horizon:*
Hue—5YR to 2.5Y
Value—5 or 6 dry, 3 to 5 moist
Chroma—4 or 5
Texture, fine earth fraction—loamy coarse sand, loamy sand, or sand
Clay content—5 to 15 percent
Reaction—slightly or moderately alkaline

## *Fughes Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Draws, hills, and drainageways
*Parent material:* Alluvium, slope alluvium, and colluvium derived from sandstone and shale
*Slope:* 0 to 30 percent
*Elevation:* 7,100 to 8,500 feet
*Mean annual precipitation:* 15 to 20 inches
*Mean annual temperature:* 40 to 47 degrees F

### Taxonomic Class

Fine, smectitic, frigid Pachic Argiustolls

### Typical Pedon

Fughes loam, 1 to 12 percent slopes, about 1,390 feet east and 250 feet north of the southwest corner of sec. 10, T. 38 N., R. 16 W.

A1—0 to 4 inches; brown (7.5YR 5/2) loam, dark brown (7.5YR 3/2) moist; moderate medium platy structure parting to weak fine granular; slightly hard, friable, slightly sticky and slightly plastic; neutral (pH 6.6); abrupt smooth boundary.

A2—4 to 13 inches; dark grayish brown (10YR 4/2) clay loam, very dark grayish brown (10YR 3/2) moist; weak medium subangular blocky structure; slightly hard, firm, moderately sticky and moderately plastic; neutral (pH 6.6); clear wavy boundary.

AB—13 to 21 inches; dark grayish brown (10YR 4/2) clay loam, very dark grayish brown (10YR 3/2) moist; moderate coarse subangular blocky structure; hard, firm, very sticky and very plastic; neutral (pH 6.6); gradual wavy boundary.

Bt1—21 to 30 inches; dark grayish brown (10YR 4/2) clay, very dark grayish brown (10YR 3/2) moist; moderate medium prismatic structure parting to strong medium subangular blocky; extremely hard, firm, very sticky and very plastic; neutral (pH 6.6); clear wavy boundary.

Bt2—30 to 50 inches; brown (10YR 5/3) clay, brown (10YR 4/3) moist; strong medium prismatic structure parting to strong medium subangular blocky; extremely hard, very firm, very sticky and very plastic; neutral (pH 6.8); clear smooth boundary.

2Btb—50 to 60 inches; reddish brown (5YR 5/4) clay loam, reddish brown (5YR 4/4) moist; strong medium prismatic structure parting to strong medium subangular blocky; extremely hard, firm, very sticky and very plastic; neutral (pH 6.8).

### Range in Characteristics

*Thickness of the mollic epipedon:* 16 to 40 inches
*Depth to bedrock:* more than 60 inches

*Depth to carbonates:* 40 to more than 60 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—7.5YR or 10YR
Value—4 or 5 dry, 2 or 3 moist
Chroma—1 to 3
Clay content—15 to 35 percent
Reaction—slightly acid or neutral

*Bt horizon:*
Hue—5YR to 10YR
Value—4 to 6 dry, 3 to 5 moist
Chroma—2 to 5
Texture, fine earth fraction—clay loam or clay
Clay content—35 to 60 percent
Reaction—slightly acid or neutral

## Gapmesa Series

### Setting

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Landscape position:* Mesas and hills
*Parent material:* Eolian material derived from sandstone
*Slope:* 2 to 12 percent
*Elevation:* 5,400 to 6,200 feet
*Mean annual precipitation:* 10 to 13 inches
*Mean annual temperature:* 50 to 52 degrees F

### Taxonomic Class

Fine-loamy, mixed, superactive, mesic Ustic Haplargids

### Typical Pedon

Gapmesa very fine sandy loam in an area of Barx-Gapmesa complex, 2 to 6 percent slopes, about 650 feet east and 2,400 feet south of the northwest corner of sec. 17, T. 37 N., R. 19 W.

A—0 to 2 inches; brown (7.5YR 5/4) very fine sandy loam, brown (7.5YR 4/4) moist; moderate very coarse platy structure; slightly hard, friable, nonsticky and nonplastic; few very fine roots throughout; common very fine vesicular pores; 3 percent gravel; neutral (pH 7.2); abrupt smooth boundary.

Bt1—2 to 8 inches; yellowish red (5YR 4/6) gravelly very fine sandy loam, reddish brown (5YR 4/4) moist; moderate coarse subangular blocky structure parting to moderate medium subangular blocky; slightly hard, friable, slightly sticky and slightly plastic; few fine and medium roots throughout; few very fine discontinuous tubular pores; many faint continuous clay films on faces of peds and in pores; 18 percent gravel; slightly alkaline (pH 7.6); clear smooth boundary.

Bt2—8 to 21 inches; yellowish red (5YR 4/6) gravelly very fine sandy loam, reddish brown (5YR 4/4) moist; moderate medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; few medium roots throughout; few very fine discontinuous tubular pores; many faint continuous clay films on faces of peds and in pores; 22 percent gravel; slightly alkaline (pH 7.6); abrupt smooth boundary.

Bk—21 to 28 inches; light reddish brown (5YR 6/4) gravelly fine sandy loam, reddish brown (5YR 5/4) moist; massive; very hard, friable, nonsticky and nonplastic; few very fine roots in cracks; common irregular carbonate threads throughout; strongly effervescent; 33 percent gravel; slightly alkaline (pH 7.8); abrupt smooth boundary.

R—28 inches; hard Dakota Sandstone.

### Range in Characteristics

*Depth to bedrock:* 20 to 40 inches
*Rock fragment content:* 0 to 35 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—5YR or 7.5YR
Value—5 or 6 dry, 3 or 4 moist
Chroma—3 or 4
Clay content—8 to 15 percent
Reaction—neutral

*B horizon:*
Hue—5YR
Value—4 to 6 dry, 4 or 5 moist
Chroma—3 to 5
Texture, fine earth fraction—very fine sandy loam, fine sandy loam, or loam
Clay content—18 to 27 percent
Reaction—slightly or moderately alkaline

## Gladel Series

### Setting

*Depth class:* Shallow
*Drainage class:* Well drained
*Landscape position:* Mesas and hills
*Parent material:* Eolian material and residuum derived from sandstone

*Slope:* 3 to 9 percent
*Elevation:* 6,200 to 7,400 feet
*Mean annual precipitation:* 13 to 16 inches
*Mean annual temperature:* 46 to 50 degrees F

### Taxonomic Class

Loamy, mixed, superactive, mesic Aridic Lithic Haplustepts

### Typical Pedon

Gladel flaggy fine sandy loam in an area of Gladel-Pulpit complex, 3 to 9 percent slopes, about 200 feet south and 2,300 feet west of the northeast corner of sec. 18, T. 41 N., R. 19 W.

A—0 to 5 inches; light reddish brown (5YR 6/3) flaggy fine sandy loam, reddish brown (5YR 4/3) moist; moderate fine granular structure; soft, very friable, nonsticky and nonplastic; 10 percent gravel, 10 percent flagstones, and 2 percent stones; strongly effervescent; moderately alkaline (pH 8.1); clear smooth boundary.
Bw—5 to 10 inches; light reddish brown (5YR 6/3) flaggy fine sandy loam, reddish brown (5YR 4/3) moist; weak coarse subangular blocky structure; slightly hard, very friable, nonsticky and nonplastic; 15 percent gravel and 15 percent flagstones; strongly effervescent; moderately alkaline (pH 8.1); gradual wavy boundary.
Bk—10 to 15 inches; pinkish gray (5YR 7/2) flaggy fine sandy loam, pinkish gray (5YR 6/2) moist; massive; slightly hard, very friable, nonsticky and nonplastic; 10 percent gravel and 20 percent flagstones; common fine soft masses of calcium carbonate on bottom of coarse fragments; violently effervescent; moderately alkaline (pH 8.1); abrupt wavy boundary.
R—15 inches; hard Dakota Sandstone.

### Range in Characteristics

*Depth to bedrock:* 12 to 20 inches
*Depth to carbonates:* 0 to 17 inches
*Rock fragment content:* 0 to 35 percent
*Predominant rock fragment size:* gravel and flagstones

*A horizon:*
Hue—5YR to 10YR
Value—5 to 7 dry, 3 to 6 moist
Chroma—1 to 4
Clay content—5 to 18 percent
Reaction—slightly or moderately alkaline

*B horizon:*
Hue—5YR or 7.5YR
Value—5 to 7 dry, 3 to 6 moist
Chroma—2 to 4
Texture, fine earth fraction—fine sandy loam or sandy loam
Clay content—5 to 18 percent
Reaction—moderately alkaline

## Goldbug Series

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Hills and mountain slopes
*Parent material:* Slope alluvium derived from sandstone and shale
*Slope:* 5 to 30 percent
*Elevation:* 7,400 to 7,600 feet
*Mean annual precipitation:* 18 to 20 inches
*Mean annual temperature:* 41 to 46 degrees F

### Taxonomic Class

Fine, smectitic, frigid Typic Haplustalfs

### Typical Pedon

Goldbug very stony fine sandy loam, 5 to 30 percent slopes, from the adjoining Animas-Dolores Area, Colorado, Soil Survey; about 600 feet west and 200 feet north of the southeast corner of sec. 36, T. 36 N., R. 9 W.

Oi—0 to 1 inch; slightly decomposed organic material of needles, leaves, and roots. (0 to 3 inches thick)
E1—1 to 10 inches; pinkish gray (5YR 6/2) very stony fine sandy loam, dark reddish gray (5YR 4/2) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; 5 percent gravel, 15 percent cobble, and 30 percent stones; many fine and medium roots; few fine pores; neutral (pH 6.8); clear smooth boundary.
E2—10 to 21 inches; pinkish gray (5YR 7/2) very stony fine sandy loam, pinkish gray (5YR 6/2) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; 5 percent gravel, 20 percent cobble, and 20 percent stones; many medium and fine roots; few fine pores; neutral (pH 6.6); gradual wavy boundary.
B/E—21 to 29 inches; (70 percent B) light reddish brown (5YR 6/4) stony sandy clay loam, reddish brown (5YR 5/4) moist; and (30 percent E) light reddish brown (5YR 6/3) stony fine sandy loam, reddish brown (5YR 5/4) moist; moderate medium subangular blocky structure that parts to moderate fine granular; slightly hard, friable,

slightly sticky and slightly plastic; few distinct clay films on faces of peds of B part; 5 percent gravel, 10 percent cobble, and 15 percent stones; few medium and fine roots; few fine pores; neutral (6.8); clear smooth boundary.

Bt—29 to 60 inches; reddish brown (5YR 5/4) stony clay, reddish brown (5YR 4/4) moist; weak medium prismatic structure parting to moderate medium angular blocky; very hard, very firm, moderately sticky and moderately plastic; many distinct clay films on faces of peds; few fine roots; 5 percent gravel, 10 percent cobble, and 10 percent stones; neutral (pH 6.8).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* more than 60 inches

*E horizon:*
Hue—2.5YR or 5YR
Value—5 to 8 dry, 4 to 7 moist
Chroma—2 to 4 dry or moist
Clay content—6 to 15 percent
Rock fragment content—30 to 50 percent
Predominant rock fragment size—cobbles and stones
Reaction—slightly acid or neutral
*B/E horizon:*

*B part:*
Hue—2.5YR or 5YR
Value—5 or 6 dry, 4 or 5 moist
Chroma—3 to 6 dry or moist
Texture, fine earth fraction—sandy clay loam, clay, or clay loam
Clay content—35 to 50 percent
Reaction—slightly acid or neutral

*E part:*
Hue—2.5YR or 5YR
Value—6 or 7 dry, 5 or 6 moist
Chroma—3 or 4 dry, 4 or 5 moist
Texture, fine earth fraction—sandy loam or fine sandy loam
Reaction—slightly acid or neutral

*Bt horizon:*
Hue—2.5YR or 5YR
Value—5 or 6 dry, 4 or 5 moist
Chroma—3 to 6
Texture, fine earth fraction—sandy clay, clay, or clay loam
Rock fragments—15 to 35 percent
Predominant rock fragment size—cobbles and stones
Reaction—slightly acid or neutral

*C horizon, if present:*
Hue—2.5YR or 5YR
Value—5 to 7 dry, 4 to 6 moist
Chroma—3 to 6
Texture, fine earth fraction—sandy clay loam, clay, or clay loam
Rock fragments—15 to 60 percent
Predominant rock fragment size—gravel, cobbles, and stones
Reaction—slightly acid or neutral

Typical pedon is shared with the Animas-Dolores Area, Colorado, Soil Survey to facilitate joining.

## *Granath Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Mesas, alluvial fans, and hills
*Parent material:* Eolian material derived from sandstone
*Slope:* 0 to 15 percent
*Elevation:* 7,100 to 8,500 feet
*Mean annual precipitation:* 15 to 20 inches
*Mean annual temperature:* 40 to 47 degrees F

### Taxonomic Class

Fine-silty, mixed, superactive, frigid Typic Argiustolls

### Typical Pedon

Granath loam, 3 to 6 percent slopes, about 250 feet west and 300 feet north of the southeast corner of sec. 10, T. 36 N., R. 13 W.

Oi—0 to 1 inch; slightly decomposed organic material consisting of leaves, twigs, bark, and grasses.

A1—1 to 9 inches; grayish brown (10YR 5/2) loam, very dark grayish brown (10YR 3/2) moist; strong fine granular structure; soft, very friable, slightly sticky and slightly plastic; neutral (pH 7.0); clear smooth boundary.

A2—9 to 14 inches; brown (7.5YR 5/2) loam, dark brown (7.5YR 3/2) moist; moderate fine subangular blocky structure parting to strong fine and very fine granular; slightly hard, very friable, slightly sticky and slightly plastic; neutral (pH 7.0); clear smooth boundary

Bt1—14 to 36 inches; reddish brown (5YR 5/3) clay loam, reddish brown (5YR 4/3) moist; moderate medium prismatic structure parting to strong fine and medium angular blocky; friable, slightly hard, slightly sticky and slightly plastic; common

distinct clay films on faces of peds and in pores; neutral (pH 7.2); gradual smooth boundary.

Bt2—36 to 53 inches; light reddish brown (5YR 6/4) clay loam, reddish brown (5YR 4/4) moist; moderate coarse and medium prismatic structure parting to strong medium angular blocky; hard, very friable, slightly sticky and slightly plastic; common distinct clay films on faces of peds and in pores; slightly alkaline (pH 7.6); gradual smooth boundary.

Bt3—53 to 60 inches; light reddish brown (5YR 6/4) clay loam, reddish brown (5YR 4/4) moist; weak medium subangular blocky structure; hard, firm, slightly sticky and slightly plastic; few faint clay films on faces of peds and in pores; slightly alkaline (pH 7.6); clear wavy boundary.

### Range in Characteristics

*Thickness of the mollic epipedon:* 10 to 16 inches
*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 30 to more than 60 inches
*Rock fragment content:* 0 to 5 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—5YR to 10YR
Value—4 or 5 dry, 2 or 3 moist
Chroma—2 or 3
Clay content—10 to 27 percent
Reaction—neutral

*Bt horizon:*
Hue—5YR
Value—5 or 6 dry, 3 to 5 moist
Chroma—3 or 4
Texture, fine earth fraction—clay loam or loam
Clay content—20 to 35 percent
Reaction—neutral or slightly alkaline

*Bk horizon, if present:*
Hue—5YR or 7.5YR or 7.5YR
Texture, fine earth fraction—clay loam or loam
Clay content—20 to 35 percent
Reaction—moderately alkaline

## *Haplustalfs*

### Setting

*Depth class:* Shallow to very deep
*Drainage class:* Well drained
*Landscape position:* Canyons
*Parent material:* Colluvium and slope alluvium derived from sandstone and shale
*Slope:* 30 to 80 percent
*Elevation:* 6,900 to 8,500 feet
*Annual precipitation:* 15 to 20 inches
*Annual temperature:* 40 to 47 degrees F

### Taxonomic Class

Haplustalfs

### Reference Pedon

Haplustalfs in an area of Argiustolls-Haplustalfs-Rock outcrop complex, 30 to 80 percent slopes, from the adjoining Animas-Dolores Area, Colorado, Soil Survey; located in the southeast quarter of the northwest quarter of sec. 7, T. 41 N., R. 17 W.

A1—0 to 2 inches; brown (10YR 5/3) very stony loam, very dark grayish brown (10YR 3/2) moist; moderate coarse platy structure parting to weak fine granular; soft, very friable, slightly sticky and slightly plastic; many very fine, fine, and medium roots; 10 percent gravel, 10 percent cobbles, and 20 percent stones; neutral (pH 7.0); clear wavy boundary.

A2—2 to 5 inches; brown (10YR 5/3) very stony loam, dark brown (10YR 3/3) moist; moderate medium subangular blocky structure; slightly hard, very friable, slightly sticky and slightly plastic; common very fine and few fine and medium roots; 10 percent gravel, 10 percent cobbles, and 35 percent stones; neutral (pH 7.0); clear wavy boundary.

EB—5 to 10 inches; very pale brown (10YR 7/3) very stony clay loam, brown (10YR 4/3) moist; weak fine subangular blocky structure; slightly hard, friable, moderately sticky and moderately plastic; few very fine, fine, and medium roots; 10 percent gravel, 10 percent cobbles, and 35 percent stones; slightly acid (pH 6.4); clear wavy boundary.

Bt1—10 to 24 inches; pale brown (10YR 6/3) very stony clay, brown (10YR 5/3) moist; strong medium angular blocky structure; very hard, very firm, very sticky and very plastic; few very fine, fine, and medium roots; common faint clay films on faces of peds; 10 percent gravel, 10 percent cobbles, and 35 percent stones; neutral (pH 7.0); gradual wavy boundary.

Bt2—24 to 41 inches; light yellowish brown (10YR 6/4) very stony clay, yellowish brown (10YR 5/4) moist; moderate medium subangular blocky structure; very hard, very firm, very sticky and very plastic; few very fine, fine, and medium roots; common faint clay films on the faces of peds; 10 percent gravel, 10 percent cobbles, and 35 percent stones; neutral (pH 7.0); gradual wavy boundary.

CB1—41 to 55 inches; light yellowish brown (10YR

6/4) very stony clay, yellowish brown (10YR 5/4) moist; weak medium subangular blocky structure; very hard, very firm, very sticky and very plastic; few very fine roots; 10 percent gravel, 10 percent cobbles, and 35 percent stones; neutral (pH 7.0); gradual wavy boundary.

CB2—55 to 60 inches; light yellowish brown (10YR 6/4) extremely stony clay, yellowish brown (10YR 5/4) moist; weak medium subangular blocky structure; very hard, very firm, very sticky and very plastic; few very fine roots; 25 percent gravel, 10 percent cobbles, and 35 percent stones; neutral (pH 7.0).

#### Range in Characteristics

*Depth to bedrock:* 10 to more than 60 inches
*Rock fragment content:* 10 to 60 percent
*Predominant rock fragment size:* gravel, cobbles, and stones

*A horizon:*
Hue—7.5YR or 10YR
Value—5 or 6 dry, 3 or 4 moist
Chroma—1 to 3
Clay content—15 to 27 percent
Reaction—slightly acid or neutral

*EB horizon:*
Hue—7.5YR or 10YR
Value—6 or 7 dry, 4 or 5 moist
Chroma—2 to 4
Clay content—18 to 35 percent
Reaction—slightly acid or neutral

*Bt horizon:*
Hue—7.5YR or 10YR
Value—5 or 6 dry, 4 or 5 moist
Chroma—3 or 4
Clay content—27 to 50 percent
Reaction—slightly acid to slightly alkaline

Reference pedon is shared with the Animas-Dolores Area, Colorado, Soil Survey to facilitate joining.

## *Haplustolls*

#### Setting

*Depth class:* Very deep
*Drainage class:* Well or moderately well drained
*Landscape position:* Flood plains and drainageways
*Parent material:* Alluvium derived from mixed sources
*Slope:* 0 to 5 percent
*Elevation:* 6,200 to 7,400 feet
*Mean annual precipitation:* 13 to 16 inches
*Mean annual temperature:* 46 to 50 degrees F

#### Taxonomic Class

Haplustolls

#### Reference Pedon

Haplustolls in an area of Fluvaquents-Haplustolls complex, 0 to 5 percent slopes, located in the southwest quarter of the southeast quarter of sec. 34, T. 39 N., R. 16 W.

A—0 to 4 inches; grayish brown (10YR 5/2) sandy loam, very dark brown (10YR 2/2) moist; weak fine subangular blocky structure parting to weak very fine granular; soft, very friable, nonsticky and nonplastic; 5 percent gravel and 5 percent cobbles; neutral (pH 7.2); clear smooth boundary.

BA—4 to 11 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; weak medium subangular blocky structure parting to weak fine subangular blocky; hard, friable, nonsticky and slightly plastic; 10 percent gravel and 5 percent cobbles; neutral (pH 7.2); clear wavy boundary.

Bw—11 to 19 inches; brown (10YR 4/3) loam, very dark brown (10YR 2/2) moist; moderate medium subangular blocky structure parting to moderate fine subangular blocky; very hard, friable, nonsticky and slightly plastic; slightly effervescent; 15 percent gravel; slightly alkaline (pH 7.8); abrupt smooth boundary.

2C1—19 to 24 inches; brown (10YR 5/3) gravelly loamy sand, dark brown (10YR 3/3) moist; single grain; loose nonsticky and nonplastic; slightly effervescent; 25 percent gravel and 5 percent cobbles; slightly alkaline (pH 7.8); abrupt smooth boundary.

2C2—24 to 60 inches; very pale brown (10YR 7/3) extremely cobbly sand, pale brown (10YR 6/3) moist; single grain; loose nonsticky and nonplastic; strongly effervescent; 45 percent gravel, 35 percent cobbles, and 5 percent stones; moderately alkaline (pH 8.0).

#### Range in Characteristics

*Thickness of the mollic epipedon:* more than 10 inches
*Depth to bedrock:* more than 60 inches

*A horizon:*
Hue—7.5YR or 10YR
Value—4 or 5 dry, 1 to 3 moist
Chroma—1 to 3

Clay content—10 to 20 percent
Rock fragment content—0 to 15 percent
Predominant rock fragment size—gravel and cobbles
Reaction—neutral or slightly alkaline

*Bw horizon, when present:*
Hue—7.5YR or 10YR
Value—4 to 6 dry, 3 to 5 moist
Chroma—2 to 6
Texture, fine earth fraction—loam or fine sandy loam
Clay content—10 to 25 percent
Rock fragment content—0 to 15 percent
Predominant rock fragment size—gravel and cobbles
Reaction—neutral or slightly alkaline

*2C horizon:*
Hue—7.5YR to 2.5Y
Value—5 to 7 dry, 3 to 6 moist
Chroma—3 to 5
Clay content—5 to 18 percent
Rock fragment content—15 to 80 percent
Predominant rock fragment size—gravel and cobbles
Reaction—neutral or moderately alkaline

## *Herm Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Hills, structural benches, mesas, and alluvial fans
*Parent material:* Eolian material and slope alluvium derived from shale and sandstone
*Slope:* 0 to 40 percent
*Elevation:* 7,100 to 8,500 feet
*Mean annual precipitation:* 15 to 20 inches
*Mean annual temperature:* 40 to 47 degrees F

### Taxonomic Class

Fine, smectitic, frigid Typic Argiustolls

### Typical Pedon

Herm loam in an area of Fughes-Herm complex, 5 to 25 percent slopes, 1,000 feet north and 780 feet east of the southwest corner of sec. 5, T. 36 N., R. 12 W.

A—0 to 6 inches; dark grayish brown (10YR 4/3) loam, dark brown (10YR 2/1) moist; moderate medium granular structure; soft, friable, slightly sticky and slightly plastic; common very fine roots throughout; neutral (pH 6.8); clear smooth boundary.

AB—6 to 13 inches; dark brown (10YR 3/3) clay loam, very dark gray (10YR 3/1) moist; moderate medium subangular blocky structure; hard, firm, moderately sticky and moderately plastic; common very fine roots throughout; neutral (pH 6.6); clear smooth boundary.

Bt1—13 to 17 inches; grayish brown (10YR 5/2) clay loam, dark grayish brown (10YR 4/2) moist; strong medium angular and subangular blocky structure; hard, firm, very sticky and very plastic; common very fine roots throughout; few very fine discontinuous tubular pores; few distinct discontinuous clay films on surfaces of peds; neutral (pH 6.6); gradual wavy boundary.

Bt2—17 to 45 inches; brown (10YR 5/3) clay loam, brown (10YR 4/3) moist; strong medium angular and subangular blocky structure; very hard, very firm, very sticky and very plastic; common very fine and fine roots throughout; common very fine discontinuous tubular pores; many prominent continuous clay films on faces of peds and in pores; 5 percent gravel; neutral (pH 6.6); gradual wavy boundary.

BC—45 to 60 inches; grayish brown (10YR 5/2) clay loam, brown (10YR 4/3) moist; weak medium subangular blocky structure; hard, firm, moderately sticky and moderately plastic; few faint patchy clay films on faces of peds and in pores; neutral (pH 7.0).

### Range in Characteristics

*Thickness of the mollic epipedon:* 10 to 16 inches
*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 35 to more than 60 inches
*Rock fragment content:* 0 to 30 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—7.5YR or 10YR
Value—3 to 5 dry, 2 or 3 moist
Chroma—1 to 3
Clay content—10 to 27 percent
Reaction—slightly acid to slightly alkaline

*Bt1 horizon:*
Hue—5YR to 10YR
Value—4 to 6 dry, 3 or 4 moist
Chroma—2 to 4
Texture, fine earth fraction—clay loam, clay, or silty clay loam

Clay content—35 to 50 percent
Reaction—slightly acid to slightly alkaline

*Bt2 horizon:*
Hue—10YR
Value—5 to 7 dry, 4 to 6 moist
Chroma—4 to 6
Texture, fine earth fraction—clay loam or clay
Clay content—35 to 50 percent
Reaction—slightly acid to slightly alkaline

*BC or Bk horizon:*
Hue—10YR or 2.5Y
Value—6 or 7 dry, 4 to 7 moist
Chroma—2 to 6
Texture, fine earth fraction—clay loam or clay
Clay content—27 to 50 percent
Reaction—neutral to moderately alkaline

## Hesperus Series

### Setting

*Depth class:* Very deep
*Drainage class:* Moderately well drained
*Landscape position:* Alluvial fans, drainageways, structural benches, and hills
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 0 to 12 percent
*Elevation:* 7,100 to 8,500 feet
*Mean annual precipitation:* 15 to 20 inches
*Mean annual temperature:* 43 to 47 degrees F

### Taxonomic Class

Fine-loamy, mixed, superactive, frigid Pachic Argiustolls

### Typical Pedon

Hesperus loam, 3 to 6 percent slopes, about 2,100 feet east and 175 feet north of the southwest corner of sec. 22, T. 37 N., R. 14 W.

A—0 to 6 inches; dark gray (10YR 4/1) loam, black (10YR 2/1) moist; moderate fine granular structure; soft, very friable, slightly sticky and slightly plastic; neutral (pH 6.8); clear smooth boundary.

BAt—6 to 11 inches; dark gray (10YR 4/1) loam, black (10YR 2/1) moist; weak medium prismatic structure parting to moderate fine subangular blocky; slightly hard, very friable, slightly sticky and slightly plastic; few faint clay films on faces of peds; neutral (pH 6.9); clear smooth boundary.

Bt1—11 to 29 inches; dark grayish brown (10YR 4/2) clay loam, very dark brown (10YR 2/2) moist; moderate medium prismatic structure parting to moderate fine subangular blocky; slightly hard, very friable, slightly sticky and slightly plastic; many faint clay films on faces of peds and in pores; neutral (pH 7.0); clear smooth boundary.

Bt2—29 to 38 inches; grayish brown (10YR 5/2) clay loam, very dark grayish brown (10YR 3/2) moist; moderate medium prismatic structure parting to moderate fine subangular blocky; slightly hard, very friable, slightly sticky and slightly plastic; many faint clay films on faces of peds and in pores; neutral (pH 7.0); clear smooth boundary.

Bt3—38 to 44 inches; brown (10YR 5/3) clay loam, dark brown (10YR 4/3) moist; weak medium subangular blocky structure; hard, friable, slightly sticky and slightly plastic; few faint clay films on faces of peds; neutral (pH 7.2); gradual smooth boundary.

C—44 to 60 inches; brown (10YR 5/3) loam, dark brown (10YR 4/3) moist; few fine distinct pale brown (10YR 6/3) moist, iron masses; massive; hard, friable, slightly sticky and slightly plastic; neutral (pH 7.2).

### Range in Characteristics

*Thickness of the mollic epipedon:* 17 to 50 inches
*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 40 to more than 60 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—10YR or 2.5Y
Value—3 to 5 dry, 2 or 3 moist
Chroma—1 to 3
Texture, fine earth fraction—loam or sandy loam
Clay content—12 to 25 percent
Reaction—slightly acid to slightly alkaline

*Bt horizon:*
Hue—10YR or 2.5Y
Value—3 to 7 dry, 2 to 6 moist
Chroma—1 to 4
Texture, fine earth fraction—loam, sandy clay loam, or clay loam
Clay content—18 to 35 percent
Reaction—slightly acid to slightly alkaline

*C horizon:*
Hue—10YR or 2.5Y
Value—4 to 6 dry, 4 or 5 moist
Chroma—3 to 6
Texture, fine earth fraction—loam or clay loam
Clay content—18 to 35 percent
Reaction—slightly acid to slightly alkaline

## *Ilex Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Hills
*Parent material:* Eolian material over residuum derived from sandstone and shale
*Slope:* 2 to 25 percent
*Elevation:* 7,100 to 8,500 feet
*Mean annual precipitation:* 15 to 20 inches
*Mean annual temperature:* 43 to 47 degrees F

### Taxonomic Class

Fine, smectitic, frigid Calcic Haplustalfs

### Typical Pedon

Ilex loam in an area of Ilex-Granath complex, 2 to 6 percent slopes, about 400 feet west and 1,850 feet south of the northeast corner of sec. 4, T. 38 N., R. 16 W.

A—0 to 2 inches; reddish brown (5YR 5/3) loam, dark reddish brown (5YR 3/3) moist; moderate medium platy structure parting to weak medium granular; soft, very friable, nonsticky and nonplastic; neutral (pH 7.0); abrupt smooth boundary.

BA—2 to 6 inches; reddish brown (5YR 4/3) clay loam, dark reddish brown (5YR 3/3) moist; weak medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; neutral (pH 7.0); clear wavy boundary.

Bt1—6 to 12 inches; reddish brown (5YR 4/4) clay loam, dark reddish brown (5YR 3/4) moist; moderate medium subangular blocky structure; hard, firm, very sticky and very plastic; neutral (pH 7.0); clear wavy boundary.

Bt2—12 to 22 inches; yellowish red (5YR 4/6) clay loam, yellowish red (5YR 4/6) moist; strong coarse prismatic structure parting to strong medium angular blocky; extremely hard, very firm, very sticky and very plastic; slightly alkaline (pH 7.5); abrupt wavy boundary.

2Btk—22 to 37 inches; light yellowish brown (10YR 6/4) clay, yellowish brown (10YR 5/4) moist; strong medium prismatic structure parting to strong medium angular blocky; extremely hard, very firm, very sticky and very plastic; common large soft seams of calcium carbonate; violently effervescent; moderately alkaline (pH 8.0); clear wavy boundary.

2Bk1—37 to 44 inches; very pale brown (10YR 7/4) clay, light yellowish brown (10YR 6/4) moist; strong medium prismatic structure parting to moderate medium subangular blocky; very hard, very firm, very sticky and very plastic; common large soft seams and soft masses of calcium carbonate; violently effervescent; moderately alkaline (pH 8.2); clear wavy boundary.

2Bk2—44 to 60 inches; brownish yellow (10YR 6/6) clay, brownish yellow (10YR 6/6) moist; massive; very hard, very firm, very sticky and very plastic; common large soft seams of calcium carbonate; violently effervescent; moderately alkaline (pH 8.2).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 14 to 30 inches
*Depth to calcic horizon:* 25 to 40 inches

*A horizon:*
Hue—5YR or 7.5YR
Value—4 or 5 dry, 3 or 4 moist
Chroma—2 to 4
Clay content—18 to 27 percent
Rock fragment content—0 to 5 percent
Predominant rock fragment size—gravel
Reaction—neutral to moderately alkaline

*Bt horizon:*
Hue—5YR to 10YR
Value—3 to 7 dry, 3 to 7 moist
Chroma—2 to 6
Texture, fine earth fraction—clay loam or clay
Clay content—35 to 50 percent
Rock fragment content—0 to 10 percent
Predominant rock fragment size—gravel
Reaction—neutral to moderately alkaline

*Bk horizon:*
Hue—7.5YR to 2.5Y
Value—6 to 8 dry, 5 to 8 moist
Chroma—2 to 6
Texture, fine earth fraction—loam, clay loam, or clay
Clay content—20 to 50 percent
Rock fragment content—0 to 5 percent
Predominant rock fragment size—gravel
Calcium carbonate equivalent—5 to 40 percent
Reaction—moderately alkaline

## Irak Series

### Setting

*Depth class:* Very deep
*Drainage class:* Somewhat poorly drained
*Landscape position:* Draws and drainageways
*Parent material:* Alluvium derived from reworked eolian material
*Slope:* 0 to 3 percent
*Elevation:* 6,200 to 7,400 feet
*Mean annual precipitation:* 13 to 16 inches
*Mean annual temperature:* 46 to 50 degrees F

### Taxonomic Class

Fine-silty, mixed, superactive, mesic Cumulic Haplustolls

### Typical Pedon

Irak loam, 0 to 3 percent slopes, about 175 feet east and 750 feet south of the northwest corner of sec. 29, T. 38 N., R. 17 W.

A—0 to 8 inches; reddish brown (5YR 5/3) loam, dark reddish brown (5YR 3/3) moist; weak medium subangular blocky structure parting to weak fine granular; slightly hard, friable, slightly sticky and slightly plastic; slightly effervescent; slightly alkaline (pH 7.5); abrupt smooth boundary.
C1—8 to 13 inches; reddish brown (5YR 4/3) loam, dark reddish brown (5YR 3/3) moist; strong thick platy structure; hard, friable, slightly sticky and slightly plastic; slightly effervescent; slightly alkaline (pH 7.6); abrupt smooth boundary.
C2—13 to 43 inches; reddish brown (5YR 4/3) loam, dark reddish brown (5YR 3/3) moist; weak coarse prismatic structure parting to weak coarse subangular blocky; hard, friable, slightly sticky and slightly plastic; slightly effervescent; slightly alkaline (pH 7.5); clear smooth boundary.
C3—43 to 60 inches; reddish brown (5YR 4/3) loam, dark reddish brown (5YR 3/3) moist; weak medium subangular blocky structure; very hard, friable, slightly sticky and slightly plastic; slightly effervescent; slightly alkaline (pH 7.6).

### Range in Characteristics

*Thickness of the mollic epipedon:* 20 to 60 inches
*Depth to bedrock:* more than 60 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel
*Depth to water table:* 12 to 36 inches

*A horizon:*
Hue—5YR or 7.5YR
Value—3 to 5 dry, 2 or 3 moist
Chroma—2 or 3
Clay content—10 to 27 percent
Reaction—neutral to moderately alkaline

*C horizon:*
Hue—5YR or 7.5YR
Value—3 to 5 dry, 2 to 4 moist
Chroma—2 to 4
Clay content—18 to 35 percent
Reaction—neutral to moderately alkaline

## Jemco Series

### Setting

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Landscape position:* Hills and mesas
*Parent material:* Eolian material and residuum derived from sandstone
*Slope:* 1 to 15 percent
*Elevation:* 7,800 to 8,500 feet
*Mean annual precipitation:* 18 to 20 inches
*Mean annual temperature:* 43 to 46 degrees F

### Taxonomic Class

Fine-loamy, mixed, superactive, frigid Typic Haplustalfs

### Typical Pedon

Jemco silt loam in an area of Jemco-Detra-Beje complex, 1 to 15 percent slopes, from the adjoining Animas-Dolores soil survey area; located about 1,200 feet east and 2,100 feet north of the southwest corner of sec. 27, T. 40 N., R. 16 W.

A1—0 to 2 inches; brown (10YR 5/3) silt loam, dark brown (7.5YR 3/2) moist; weak fine granular structure; soft, friable, nonsticky and nonplastic; neutral (pH 6.6); clear smooth boundary.
A2—2 to 7 inches; brown (7.5YR 5/2) silt loam, dark brown (7.5YR 3/2) moist; weak medium subangular blocky structure parting to weak fine granular; hard, very friable, slightly sticky and nonplastic; slightly acid (pH 6.4); clear wavy boundary.
BE—7 to 14 inches; light reddish brown (5YR 6/4) loam, reddish brown (5YR 4/3) moist; weak medium subangular blocky structure; hard, very friable, slightly sticky and nonplastic; slightly acid (pH 6.2); gradual wavy boundary.

Bt1—14 to 22 inches; brown (7.5YR 5/4) loam, reddish brown (5YR 4/3) moist; weak medium subangular blocky structure; very hard, friable, moderately sticky and moderately plastic; few distinct clay films on faces of peds and in root channels and pores; slightly acid (pH 6.2); gradual wavy boundary.

Bt2—22 to 35 inches; reddish brown (5YR 5/4) clay loam, dark reddish brown (5YR 3/4) moist; moderate medium subangular blocky structure; hard, friable, very sticky and moderately plastic; few distinct clay films on faces of peds; slightly acid (pH 6.2); gradual wavy boundary.

2Bt—35 to 39 inches; yellowish red (5YR 4/6) clay loam, yellowish red (5YR 4/6) moist; moderate medium angular blocky structure; very hard, friable, very sticky and moderately plastic; few prominent clay films on faces of peds and in pores; slightly acid (pH 6.1); abrupt wavy boundary.

2R—39 inches; hard sandstone.

### Range in Characteristics

*Depth to bedrock:* 20 to 40 inches
*Rock fragment content:* 0 to 5 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—7.5YR or 10YR
Value—3 to 5 dry, 2 or 3 moist
Chroma—2 or 3
Clay content—15 to 27 percent
Reaction—slightly acid or neutral

*BE or E horizon:*
Hue—5YR or 7.5YR
Value—5 to 7 dry, 4 to 6 moist
Chroma—3 or 4
Texture, fine earth fraction—loam or silt loam
Clay content—15 to 27 percent
Reaction—slightly acid or neutral

*Bt horizon:*
Hue—5YR or 7.5YR
Value—4 to 7 dry, 3 or 4 moist
Chroma—3 to 6
Texture, fine earth fraction—loam, clay loam, or sandy clay loam
Clay content—18 to 35 percent
Reaction—slightly acid or neutral

Typical pedon is shared with the Animas-Dolores Area, Colorado, Soil Survey to facilitate joining.

## *Lazear Series*

### Setting

*Depth class:* Shallow
*Drainage class:* Well drained
*Landscape position:* Mesas
*Parent material:* Residuum derived from interbedded shale and sandstone
*Slope:* 12 to 65 percent
*Elevation:* 7,600 to 7,800 feet
*Mean annual precipitation:* 16 to 18 inches
*Mean annual temperature:* 47 to 50 degrees F

### Taxonomic Class

Loamy, mixed, superactive, calcareous, mesic Lithic Ustic Torriorthents

### Typical Pedon

Lazear stony loam, 6 to 25 percent slopes, from the adjoining La Plata County Area, Colorado, Soil Survey; about 1,520 feet east and 1,220 feet north of the southwest corner of sec. 31, T. 34 N., R. 12 W., south of the Ute baseline.

A—0 to 5 inches; brown (7.5YR 5/4) stony loam, brown (7.5YR 4/4) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; 10 percent gravel and 15 percent stones and cobbles; strongly effervescent; moderately alkaline (pH 8.2); clear smooth boundary.

AC—5 to 8 inches; light yellowish brown (10YR 6/4) loam, brown 10YR 5/3) moist; weak fine subangular blocky structure parting to moderate fine granular; soft, very friable, slightly sticky and slightly plastic; 5 percent gravel; strongly effervescent; moderately alkaline (pH 8.2); clear smooth boundary.

C—8 to 15 inches; very pale brown (10YR 8/4) loam, light yellowish brown (10YR 6/4) moist; weak medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; 10 percent gravel; strongly effervescent; moderately alkaline (pH 8.4); abrupt smooth boundary.

R—15 inches; fractured, calcareous sandstone.

### Range in Characteristics

*Depth to bedrock:* 10 to 20 inches
*Depth to carbonates:* 0 to 2 inches

*Rock fragment content:* 10 to 35 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—7.5YR or 10YR
Value—5 to 7 dry, 3 to 5 moist
Chroma—2 to 4
Reaction—slightly to strongly alkaline

*C horizon:*
Hue—7.5YR to 2.5Y
Value—6 to 8 dry, 5 to 7 moist
Chroma—2 to 4
Texture, fine earth fraction—loam or clay loam
Clay content—15 to 35 percent
Reaction—moderately or strongly alkaline

The soils in this area have been correlated as Lazear to facilitate joining with La Plata County Area, Colorado, and the typical pedon is shared with this area. The soils mapped as Lazear are taxadjuncts to the series. The Lazear series is in an aridic moisture regime that borders ustic. The soils mapped as Lazear in this area are in an ustic moisture regime that borders aridic. This difference, however, does not significantly affect the use or management of the soils. In this survey area the Lazear soils are loamy, mixed, superactive, calcareous, mesic Lithic Aridic Ustorthents.

## *Lillings Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Alluvial fans, terraces, and flood plains
*Parent material:* Alluvium derived from shale
*Slope:* 1 to 6 percent
*Elevation:* 5,800 to 6,300 feet
*Mean annual precipitation:* 10 to 13 inches
*Mean annual temperature:* 50 to 52 degrees F

### Taxonomic Class

Fine-silty, mixed, superactive, calcareous, mesic Ustic Torrifluvents

### Typical Pedon

Lillings silt loam, sodic, 1 to 3 percent slopes, about 400 feet west and 1,700 feet south of the northeast corner of sec. 36, T. 36 N., R. 16 W.

A—0 to 2 inches; pale brown (10YR 6/3) silt loam, dark grayish brown (10YR 4/2) moist; moderate medium platy structure; soft, very friable, nonsticky and nonplastic; strongly alkaline (pH 8.5); clear wavy boundary.

C—2 to 9 inches; light gray (2.5Y 7/2) silty clay loam, dark grayish brown (2.5Y 4/2) moist; massive; slightly hard, friable, moderately sticky and moderately plastic; violently effervescent; very strongly alkaline (pH 9.4); gradual wavy boundary.

Ckyz1—9 to 18 inches; light brownish gray (2.5Y 6/4) silty clay loam, dark grayish brown (2.5Y 4/2) moist; massive; slightly hard, friable, moderately sticky and moderately plastic; common fine filaments, threads, seams, and concretions of calcium carbonate, gypsum, and sodium chloride crystals; violently effervescent; moderately alkaline (pH 8.3); gradual wavy boundary.

Ckyz2—18 to 29 inches; light brownish gray (2.5Y 6/4) silty clay loam, dark grayish brown (2.5Y 4/2) moist; weak thick platy structure; slightly hard, friable, slightly sticky and slightly plastic; common fine filaments, threads, seams, and concretions of calcium carbonate, gypsum, and sodium chloride crystals; violently effervescent; moderately alkaline (pH 8.3); clear wavy boundary.

Ckyz3—29 to 37 inches; pale brown (10YR 6/3) silt loam, dark brown (10YR 4/3) moist; massive; hard, firm, moderately sticky and slightly plastic; common fine concretions, filaments, threads, and seams of calcium carbonate, gypsum, and sodium chloride crystals; violently effervescent; moderately alkaline (pH 8.3); gradual wavy boundary.

Ckyz4—37 to 60 inches; brown (10YR 5/3) silt loam, dark brown (10YR 4/3) moist; massive; hard, firm, moderately sticky and slightly plastic; few fine soft masses, filaments, threads, and concretions of calcium carbonate, gypsum, and sodium chloride crystals; violently effervescent; moderately alkaline (pH 8.3).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 0 to 20 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—10YR to 5Y
Value—5 to 7 dry, 4 to 6 moist
Chroma—2 to 4
Texture, fine earth fraction—silt loam or silty clay loam
Clay content—18 to 35 percent
Reaction—slightly to strongly alkaline

*C horizon:*
Hue—10YR to 5Y
Value—5 to 7 dry, 4 to 6 moist
Chroma—2 to 4
Texture, fine earth fraction—silt loam, silty clay loam, loam, or clay loam
Clay content—18 to 35 percent
Reaction—slightly to strongly alkaline

## *Littlenan Series*

### Setting

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Landscape position:* Structural benches and hills
*Parent material:* Alluvium and residuum derived dominantly from shale
*Slope:* 3 to 20 percent
*Elevation:* 5,600 to 5,800 feet
*Mean annual precipitation:* 10 to 12 inches
*Mean annual temperature:* 49 to 53 degrees F

### Taxonomic Class

Fine, smectitic, mesic Ustertic Haplocambids

### Typical Pedon

Littlenan gravelly loam in an area of Littlenan-Ruinpoint-Rizno association, 1 to 20 percent slopes, from the adjoining San Juan County, Utah, Central Part, Soil Survey; about 700 feet north and 2,200 feet east of the southwest corner of sec. 32, T. 37 S., R. 25 E.

A—0 to 3 inches; light brown (7.5YR 6/4) gravelly loam, brown (7.5YR 5/4) moist; weak fine granular structure; soft, friable, moderately sticky and moderately plastic; cracks 3/4 inch wide extend through horizon; common fine and very fine roots throughout; common fine interstitial pores; 15 percent gravel and 5 percent cobbles; moderately alkaline (pH 8.2); slightly effervescent; clear smooth boundary.

Bw—3 to 14 inches; light brown (7.5YR 6/4)) silty clay loam, brown (7.5YR 5/4) moist; strong coarse prismatic structure parting to strong medium subangular blocky; hard, very firm, moderately sticky and moderately plastic; common fine and very fine roots throughout; few fine discontinuous tubular pores; 10 percent gravel; strongly alkaline (pH 8.6); strongly effervescent; clear smooth boundary.

Bky—14 to 29 inches; light brown 7.5YR 6/4) silty clay, light brown (7.5YR 6/5) moist; massive; hard, firm, moderately sticky and moderately plastic; cracks 1/2 inch wide extend through horizon; few fine roots throughout; moderately alkaline (pH 8.2); strongly effervescent; common, medium, soft masses and threads of carbonate and gypsum; clear smooth boundary.

Cr—29 inches; weathered shale.

### Range in Characteristics

*Depth to bedrock:* 20 to 40 inches
*Depth to carbonates:* 0 to 20 inches

*A horizon:*
Hue—5YR or 7.5YR
Value—5 or 6 dry, 4 or 5 moist
Chroma—4 to 6
Clay content—10 to 25 percent
Rock fragment content—15 to 35 percent
Predominant rock fragment size—gravel
Reaction—moderately alkaline

*B horizon:*
Hue—5YR or 7.5YR
Value—5 to 7 dry, 4 to 6 moist
Chroma—4 to 6
Texture, fine earth fraction—silty clay loam, clay, or silty clay
Clay content—35 to 45 percent
Rock fragment content—0 to 10 percent
Predominant rock fragment size—gravel
Reaction—moderately or strongly alkaline

Typical pedon is shared with the San Juan County, Utah, Central Part, Soil Survey to facilitate joining.

## *Longburn Series*

### Setting

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Landscape position:* Mesas and canyons
*Parent material:* Colluvium, residuum, and reworked eolian material derived from sandstone
*Slope:* 3 to 80 percent
*Elevation:* 6,800 to 7,800 feet
*Mean annual precipitation:* 16 to 19 inches
*Mean annual temperature:* 47 to 50 degrees F

### Taxonomic Class

Loamy-skeletal, mixed, superactive, mesic Lithic Haplustalfs

### Typical Pedon

Longburn cobbly fine sandy loam in an area of

Arabrab-Longburn complex, 3 to 15 percent slopes, Mesa Verde National Park; unsectionalized area: lat. 37 degrees 14 minutes 30 seconds and long. 108 degrees 23 minutes 28 seconds.

A1—0 to 1 inch; brown (7.5YR 5/4) cobbly fine sandy loam, dark brown (7.5YR 3/3) moist; weak fine granular structure; soft, loose, nonsticky and nonplastic; 15 percent gravel, 10 percent cobbles, 5 percent stones, and 1 percent boulders; neutral (pH 7.2); abrupt smooth boundary.

A2—1 to 4 inches; brown (7.5YR 5/4) very cobbly fine sandy loam, dark brown (7.5YR 3/4) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; common very fine and many medium roots throughout; 20 percent gravel, 15 percent cobbles, 5 percent stones, and 1 percent boulders; neutral (pH 7.2); clear wavy boundary.

Bt1—4 to 12 inches; brown (7.5YR 5/4) very cobbly clay loam, brown (7.5YR 4/4) moist; moderate medium angular blocky structure; hard, friable, moderately sticky and moderately plastic; common very fine and common medium roots throughout; common very fine continuous tubular pores; many distinct continuous clay films on faces of peds and in pores; 20 percent gravel, 20 percent cobbles, 5 percent stones, and 1 percent boulders; slightly alkaline (pH 7.4); clear wavy boundary.

Bt2—12 to 17 inches; brown (7.5YR 5/4) very cobbly clay loam, brown (7.5YR 4/4) moist; moderate medium angular blocky structure; hard, friable, moderately sticky and moderately plastic; common very fine roots throughout; common very fine discontinuous tubular pores; many distinct continuous clay films on faces of peds and in pores; 25 percent gravel, 20 percent cobbles, 5 percent stones, and 1 percent boulders; slightly alkaline (pH 7.4); abrupt wavy boundary.

R—17 inches; hard Cliffhouse Sandstone.

### Range in Characteristics

*Rock fragment content:* 35 to 60 percent
*Predominant rock fragment size:* gravel and cobbles
*Depth to bedrock:* 6 to 20 inches

*A horizon:*
Hue—7.5YR or 10YR
Value—4 or 5 dry, 3 or 4 moist
Chroma—3 or 4
Clay content—10 to 20 percent
Reaction—neutral or slightly alkaline

*Bt horizon:*
Hue—7.5YR
Value—4 or 5 dry, 3 or 4 moist
Chroma—4 or 5
Texture, fine earth fraction—clay loam or sandy clay loam
Clay content—20 to 35 percent
Reaction—slightly alkaline

## Mack Series

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Mesas, terraces, and alluvial fans
*Parent material:* Alluvium and eolian material derived from sandstone
*Slope:* 0 to 6 percent
*Elevation:* 5,000 to 5,700 feet
*Mean annual precipitation:* 8 to 10 inches
*Mean annual temperature:* 52 to 56 degrees F

### Taxonomic Class

Fine-loamy, mixed, superactive, mesic Typic Calciargids

### Typical Pedon

Mack fine sandy loam, 0 to 6 percent slopes, about 1,200 feet north and 1,100 feet west of the southeast corner of sec. 1, T. 35 N., R. 19 W.

A1—0 to 1 inch; yellowish red (5YR 5/6) fine sandy loam, dark reddish brown (5YR 3/4) moist; weak fine granular structure; soft, friable, nonsticky and nonplastic; slightly alkaline (pH 7.6); clear smooth boundary.

A2—1 to 6 inches; yellowish red (5YR 4/6) fine sandy loam, reddish brown (5YR 4/4) moist; strong thick platy structure; soft, friable, nonsticky and nonplastic; slightly alkaline (pH 7.8); clear smooth boundary.

BA—6 to 13 inches; yellowish red (5YR 4/6) fine sandy loam, reddish brown (5YR 4/4) moist; weak coarse prismatic structure parting to weak coarse subangular blocky; soft, friable, nonsticky and nonplastic; slightly alkaline (pH 7.8); clear wavy boundary.

Btk1—13 to 18 inches; yellowish red (5YR 5/6) sandy clay loam, reddish brown (5YR 4/4) moist; moderate medium prismatic structure parting to moderate medium subangular blocky; hard, firm, slightly sticky and slightly plastic; common

prominent clay films on faces of peds; few fine soft masses of calcium carbonate; strongly effervescent; moderately alkaline (pH 8.1); gradual wavy boundary.

Btk2—18 to 25 inches; light reddish brown (5YR 6/4) sandy clay loam, reddish brown (5YR 4/4) moist; moderate coarse subangular blocky structure; very hard, friable, slightly sticky and slightly plastic; few distinct clay films on faces of peds; common medium soft masses and concretions of calcium carbonate; strongly effervescent; moderately alkaline (pH 8.4); clear wavy boundary.

Btk3—25 to 33 inches; light reddish brown (5YR 6/4) sandy clay loam, reddish brown (5YR 4/4) moist; moderate coarse subangular blocky structure; very hard, friable, slightly sticky and slightly plastic; few distinct clay films on faces of peds; common medium soft masses and concretions of calcium carbonate; strongly effervescent; moderately alkaline (pH 8.4); clear wavy boundary.

Bk—33 to 60 inches; light gray (10YR 7/2) sandy clay loam, light brownish gray (10YR 6/2) moist; massive; hard, friable, slightly sticky and slightly plastic; disseminated calcium carbonate; violently effervescent; strongly alkaline (pH 8.6).

### Range in Characteristics

*Depth to bedrock:* more than 40 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel
*Depth to carbonates:* 0 to 20 inches
*Depth to calcic horizon:* 10 to 30 inches

*A horizon:*
Hue—5YR to 2.5Y
Value—4 to 7 dry, 3 to 5 moist
Chroma—2 to 6
Clay content—8 to 20 percent
Reaction—slightly or moderately alkaline

*Btk horizon:*
Hue—5YR to 10YR
Value—5 to 8 dry, 4 to 6 moist
Chroma—3 to 6
Texture, fine earth fraction—sandy clay loam or clay loam
Clay content—20 to 35 percent
Reaction—slightly or moderately alkaline

*Bk horizon:*
Hue—5YR to 10YR
Value—6 to 8 dry, 5 to 7 moist
Chroma—2 to 4
Texture—sandy clay loam, loam, or sandy loam
Reaction—moderately or strongly alkaline

## Mikett Series

### Setting

*Depth class:* Very deep
*Drainage class:* Somewhat poorly drained
*Landscape position:* Alluvial fans and drainageways
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 0 to 3 percent
*Elevation:* 5,400 to 6,500 feet
*Annual precipitation:* 10 to 13 inches
*Annual temperature:* 50 to 52 degrees F

### Taxonomic Class

Fine-loamy, mixed, superactive, calcareous, mesic Oxyaquic Torriorthents

### Typical Pedon

Mikett clay loam, saline-sodic, 0 to 3 percent slopes, about 190 feet south and 810 feet west of the northeast corner of sec. 17, T. 35 N., R. 16 W.

Ap1—0 to 2 inches; light brownish gray (2.5Y 6/2) clay loam, dark grayish brown (2.5Y 4/2) moist; moderate coarse platy structure parting to moderate medium granular; soft, very friable, moderately sticky and slightly plastic; violently effervescent; moderately alkaline (pH 8.2); abrupt smooth boundary.

Ap2—2 to 8 inches; light brownish gray (2.5Y 6/2) clay loam, dark grayish brown (2.5Y 4/2) moist; weak coarse subangular blocky structure; slightly hard, friable, moderately sticky and slightly plastic; violently effervescent; strongly alkaline (pH 8.6); clear wavy boundary.

C1—8 to 15 inches; light brownish gray (2.5Y 6/2) clay loam, dark grayish brown (2.5Y 4/2) moist; weak coarse prismatic structure parting to weak coarse subangular blocky; hard, firm, moderately sticky and slightly plastic; violently effervescent; very strongly alkaline (pH 9.6); clear wavy boundary.

C2—15 to 22 inches; light brownish gray (2.5Y 6/2) clay loam, dark grayish brown (2.5Y 4/2) moist; weak coarse subangular blocky structure; very hard, firm, moderately sticky and slightly plastic; violently effervescent; very strongly alkaline (pH 9.6); clear smooth boundary.

C3—22 to 35 inches; light brownish gray (2.5Y 6/2) clay loam, dark grayish brown (2.5Y 4/2) moist;

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 230 of 664



massive; slightly hard, friable, moderately sticky and slightly plastic; violently effervescent; very strongly alkaline (pH 9.6); gradual wavy boundary.

C4—35 to 60 inches; light brownish gray (2.5Y 6/2) clay loam, dark grayish brown (2.5Y 4/2) moist; massive; slightly hard, friable, moderately sticky and slightly plastic; violently effervescent; very strongly alkaline (pH 9.6).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 0 to 2 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel
*Depth to water table:* 12 to 60 inches

*A horizon:*
Hue—10YR to 2.5Y
Value—4 to 7 dry, 3 to 6 moist
Chroma—2 to 4
Clay content—27 to 35 percent
Reaction—moderately or strongly alkaline

*C horizon:*
Hue—7.5YR to 2.5Y
Value—4 to 7 dry, 3 to 6 moist
Chroma—2 to 4
Texture, fine earth fraction—clay loam or loam
Clay content—18 to 35 percent
Reaction—strongly or very strongly alkaline

## Mikim Series

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Alluvial fans, drainageways, and valleys
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 0 to 6 percent
*Elevation:* 6,000 to 6,400 feet
*Mean annual precipitation:* 11 to 13 inches
*Mean annual temperature:* 50 to 52 degrees F

### Taxonomic Class

Fine-loamy, mixed, superactive, calcareous, mesic Ustic Torriorthents

### Typical Pedon

Mikim loam, 3 to 6 percent slopes, about 3,200 feet south and 2,200 feet east of the northwest corner of sec. 31, T. 35 N., R. 16 W.

A—0 to 3 inches; brown (10YR 4/3) loam, dark brown (10YR 3/3) moist; strong medium platy structure; soft, very friable, slightly sticky and nonplastic; violently effervescent; slightly alkaline (pH 7.6); clear wavy boundary.

AC—3 to 9 inches; brown (10YR 4/3) clay loam, brown (10YR 4/3) moist; moderate medium subangular blocky structure; slightly hard, friable, slightly sticky and moderately plastic; violently effervescent; slightly alkaline (pH 7.6); clear wavy boundary.

C1—9 to 15 inches; brown (10YR 5/3) clay loam, brown (10YR 4/3) moist; weak coarse prismatic structure parting to weak coarse subangular blocky; very hard, firm, slightly sticky and moderately plastic; violently effervescent; slightly alkaline (pH 7.6); clear smooth boundary.

C2—15 to 19 inches; brown (10YR 5/3) sandy clay loam, brown (10YR 4/3) moist; weak coarse prismatic structure parting to weak coarse subangular blocky; hard, friable, slightly sticky and slightly plastic; violently effervescent; slightly alkaline (pH 7.6); clear smooth boundary.

C3—19 to 32 inches; brown (10YR 5/3) stratified fine sandy loam to clay loam, brown (10YR 4/3) moist; weak coarse prismatic structure parting to weak coarse subangular blocky; hard, firm, slightly sticky and slightly plastic; violently effervescent; slightly alkaline (pH 7.8); gradual wavy boundary.

C4—32 to 60 inches; brown (10YR 5/3) clay loam, brown (10YR 4/3) moist; weak coarse prismatic structure parting to weak coarse subangular blocky; hard, firm, moderately sticky and moderately plastic; common fine irregular carbonate threads; violently effervescent; moderately alkaline (pH 8.0).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 0 to 10 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—10YR to 2.5Y
Value—4 to 7 dry, 3 to 6 moist
Chroma—2 to 4
Texture, fine earth fraction—loam or clay loam
Clay content—10 to 35 percent
Reaction—slightly or moderately alkaline

*C horizon:*
Hue—7.5YR to 2.5Y
Value—5 to 7 dry, 3 to 6 moist
Chroma—2 to 4
Texture, fine earth fraction—stratified clay loam, loam, sandy clay loam, or fine sandy loam
Clay content—10 to 35 percent
Reaction—slightly to strongly alkaline

## Morefield Series

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Mesas
*Parent material:* Eolian material derived from sandstone
*Slope:* 1 to 6 percent
*Elevation:* 6,800 to 7,800 feet
*Mean annual precipitation:* 16 to 19 inches
*Mean annual temperature:* 47 to 50 degrees F

### Taxonomic Class

Fine-silty, mixed, superactive, mesic Aridic Paleustalfs

### Typical Pedon

Morefield loam, 1 to 3 percent slopes, Mesa Verde National Park, sectionalized area: lat. 37 degrees 9 minutes 31 seconds N., and long. 108 degrees 28 minutes 53 seconds W.

A—0 to 2 inches; brown (7.5YR 4/3) loam, dark brown (7.5YR 3/3), moist; single grain; loose nonsticky and nonplastic; common very fine roots throughout; noneffervescent; slightly alkaline (pH 7.6); abrupt smooth boundary.

Bt1—2 to 8 inches; reddish brown (5YR 5/4) clay loam, reddish brown (5YR 4/4), moist; moderate fine angular blocky structure; hard, friable, slightly sticky and slightly plastic; common fine and medium roots throughout; common very fine discontinuous tubular pores; faint discontinuous clay bridging between sand grains; noneffervescent; neutral (pH 6.8); abrupt smooth boundary.

Bt2—8 to 12 inches; reddish brown (5YR 5/4) clay loam, reddish brown (5YR 4/4), moist; moderate medium angular blocky structure; very hard, firm, slightly sticky and slightly plastic; common fine, medium, and coarse roots throughout; common very fine discontinuous tubular pores; faint discontinuous clay bridging between sand grains; noneffervescent; neutral (pH 7.0); clear smooth boundary.

Bt3—12 to 24 inches; reddish brown (5YR 5/4) clay loam, reddish brown (5YR 4/4), moist; moderate medium angular blocky structure; very hard, firm, slightly sticky and slightly plastic; common fine, medium, and coarse roots throughout; few very fine discontinuous tubular pores; faint discontinuous clay bridging between sand grains; slightly effervescent; slightly alkaline (pH 7.8); clear smooth boundary.

Btk1—24 to 58 inches; reddish brown (5YR 5/4) clay loam, reddish brown (5YR 4/4), moist; moderate medium angular blocky structure; very hard, firm, slightly sticky and slightly plastic; common medium roots throughout; few very fine discontinuous tubular pores; many faint continuous clay films on faces of peds and in pores; common fine irregular carbonate threads; slightly effervescent; slightly alkaline; (pH 7.8) clear smooth boundary.

Btk2—58 to 60 inches; yellowish red (5YR 5/4) clay loam, reddish brown (5YR 4/4), moist; strong medium prismatic structure parting to strong medium angular blocky; very hard, firm, slightly sticky and moderately plastic; few fine roots throughout; few very fine discontinuous tubular pores; many faint continuous clay films on faces of peds and in pores; few fine irregular carbonate threads; slightly effervescent; slightly alkaline (pH 7.7); abrupt smooth boundary.

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 10 to 36 inches
*Rock fragment content:* 0 to 10 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—5YR or 7.5YR
Value—4 or 5 dry, 3 or 4 moist
Chroma—2 or 4
Clay content—10 to 20 percent
Reaction—neutral or slightly alkaline

*Bt horizon:*
Hue—5YR or 7.5YR
Value—4 or 5 dry, 3 to 6 moist
Chroma—3 to 6
Texture, fine earth fraction—clay loam or loam
Clay content—18 to 35 percent
Reaction—neutral to moderately alkaline

*Btk horizon:*
Hue—5YR or 7.5YR

Value—4 or 5 dry, 3 to 6 moist
Chroma—3 to 6
Texture, fine earth fraction—clay loam or loam
Clay content—18 to 35 percent
Reaction—slightly or moderately alkaline

## *Nortez Series*

### Setting

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Landscape position:* Hills and mesas
*Parent material:* Eolian material derived from sandstone
*Slope:* 0 to 15 percent
*Elevation:* 7,100 to 8,500 feet
*Mean annual precipitation:* 15 to 20 inches
*Mean annual temperature:* 40 to 47 degrees F

### Taxonomic Class

Fine, smectitic, frigid Typic Argiustolls

### Typical Pedon

Nortez loam in an area of Nortez-Granath complex, 0 to 6 percent slopes, about 800 feet west and 45 feet south of the northeast corner of sec. 29, T. 42 N., R. 18 W.

A1—0 to 2 inches; brown (7.5YR 5/2) loam, dark brown (7.5YR 3/2) moist; weak thick platy structure parting to weak fine granular; soft, friable, slightly sticky and slightly plastic; neutral (pH 7.2); clear wavy boundary.
A2—2 to 6 inches; reddish brown (5YR 5/3) clay loam, dark reddish brown (5YR 3/3) moist; weak medium subangular blocky structure; hard, friable, moderately sticky and moderately plastic; neutral (pH 7.2); clear wavy boundary.
BA—6 to 10 inches; reddish brown (5YR 5/3) clay loam, dark reddish brown (5YR 3/3) moist; moderate fine subangular blocky structure; very hard, friable, moderately sticky and moderately plastic; slightly alkaline (pH 7.4); clear wavy boundary.
Bt1—10 to 13 inches; reddish brown (5YR 5/4) clay loam, dark reddish brown (5YR 3/4) moist; strong fine subangular blocky structure; very hard, friable, moderately sticky and moderately plastic; common distinct clay films on faces of peds; slightly alkaline (pH 7.4); clear wavy boundary.
Bt2—13 to 31 inches; yellowish red (5YR 5/6) clay, yellowish red (5YR 4/6) moist; strong medium prismatic structure parting to strong medium angular blocky; extremely hard, very firm, very sticky and very plastic; many prominent clay films on faces of peds; slightly alkaline (pH 7.4); abrupt smooth boundary.
2R—31 inches; hard Dakota Sandstone.

### Range in Characteristics

*Thickness of the mollic epipedon:* 7 to 16 inches
*Depth to bedrock:* 20 to 40 inches
*Rock fragment content:* 0 to 35 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—5YR to 10YR
Value—3 to 5 dry, 2 or 3 moist
Chroma—2 or 3
Clay content—15 to 27 percent
Reaction—neutral or slightly alkaline

*Bt horizon:*
Hue—5YR to 10YR
Value—4 to 7 dry, 3 to 6 moist
Chroma—2 to 6
Texture, fine earth fraction—clay or clay loam
Clay content—35 to 60 percent
Reaction—neutral to moderately alkaline

## *Northrim Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Canyons, hills, and ridges
*Parent material:* Colluvium derived from sandstone and shale
*Slope:* 15 to 40 percent
*Elevation:* 7,800 to 8,300 feet
*Mean annual precipitation:* 17 to 22 inches
*Mean annual temperature:* 43 to 47 degrees F

### Taxonomic Class

Fine-loamy, mixed, superactive, frigid Typic Haplustalfs

### Typical Pedon

Northrim cobbly loam, 15 to 40 slopes, about 100 feet east and 1,100 feet north of the southwest corner of sec. 22, T. 35 N., R. 15 W.

Oi—0 to 2 inches; slightly decomposed litter consisting of oak leaves and twigs.
A1—2 to 4 inches; brown (10YR 4/3) cobbly loam, very dark grayish brown (10YR 3/2) moist; weak fine granular structure; soft, very friable,

nonsticky and nonplastic; common very fine, fine, and medium roots throughout; noneffervescent; 5 percent sandstone gravel, 20 percent cobbles, and 1 percent stones; neutral (pH 6.8); abrupt smooth boundary.

A2—4 to 9 inches; brown (10YR 5/3) cobbly loam, dark grayish brown (10YR 4/2) moist; moderate very fine subangular blocky structure; hard, friable, slightly sticky and slightly plastic; common very fine, fine, and medium roots throughout; few very fine discontinuous tubular pores; noneffervescent; 5 percent sandstone gravel, 20 percent cobbles, and 1 percent stones; neutral (pH 6.8); abrupt smooth boundary.

Bt1—9 to 22 inches; pale brown (10YR 6/3) cobbly loam, brown (10YR 4/3) moist; moderate fine subangular blocky structure; very hard, firm, slightly sticky and slightly plastic; few very fine and common fine roots throughout; few very fine discontinuous tubular pores; many faint continuous clay films throughout; noneffervescent; 10 percent sandstone gravel, 15 percent cobbles, and 1 percent stones; neutral (pH 6.8); clear smooth boundary.

Bt2—22 to 40 inches; pale brown (10YR 6/3) gravelly clay loam, dark yellowish brown (10YR 4/4) moist; moderate fine subangular blocky structure; very hard, firm, slightly sticky and slightly plastic; few very fine and medium roots throughout; few very fine discontinuous tubular pores; common faint patchy clay films throughout; noneffervescent; 10 percent gravel and 5 percent cobbles; neutral (pH 6.6); gradual smooth boundary.

Bt3—40 to 48 inches; light yellowish brown (2.5Y 6/4) clay loam, light olive brown (2.5Y 5/4) moist; weak fine subangular blocky structure; hard, friable, slightly sticky and slightly plastic; few very fine roots throughout; few very fine discontinuous tubular pores; few faint patchy clay films throughout; noneffervescent; 10 percent gravel and 2 percent cobbles; neutral (pH 6.6); gradual smooth boundary.

Bt4—48 to 60 inches; light yellowish brown (2.5Y 6/4) clay loam, olive brown (2.5Y 4/4) moist; weak fine subangular blocky structure; hard, friable, slightly sticky and slightly plastic; few very fine roots throughout; few faint patchy clay films throughout; noneffervescent; 10 percent gravel and 2 percent cobbles; neutral (pH 6.6).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches

*A horizon:*
- Hue—7.5YR or 10YR
- Value—3 to 5 dry, 2 to 4 moist
- Chroma—2 to 4
- Clay content—15 to 27 percent
- Rock fragment content—5 to 50 percent
- Predominant rock fragment size—gravel and cobbles
- Reaction—neutral

*Bt horizon:*
- Hue—7.5YR to 2.5Y
- Value—4 to 6 dry, 3 to 5 moist
- Chroma—3 to 6
- Texture, fine earth fraction—clay loam or loam
- Clay content—20 to 35 percent
- Rock fragment content—0 to 35 percent
- Predominant rock fragment size—gravel and cobbles
- Reaction—neutral or slightly alkaline

## *Ormiston Series*

### Setting

*Depth class:* Deep
*Drainage class:* Well drained
*Landscape position:* Hills and mesas
*Parent material:* Reworked eolian material, slope alluvium, and residuum derived from sandstone
*Slope:* 0 to 30 percent
*Elevation:* 7,100 to 8,500 feet
*Mean annual precipitation:* 15 to 20 inches
*Mean annual temperature:* 41 to 47 degrees F

### Taxonomic Class

Clayey-skeletal, smectitic, frigid Calcic Haplustalfs

### Typical Pedon

Ormiston extremely stony loam in an area of Ormiston-Granath complex, 1 to 12 percent slopes, about 2,400 feet east and 400 feet north of the southwest corner of sec. 36, T. 41 N., R. 18 W.

A1—0 to 3 inches; brown (7.5YR 4/4) extremely stony loam with 10 percent stones on the surface, dark brown (7.5YR 3/2) moist; weak thick platy structure; soft, very friable, nonsticky and nonplastic; 20 percent gravel, 20 percent cobbles, and 25 percent stones; neutral (pH 7.2); clear wavy boundary.

A2—3 to 7 inches; brown (7.5YR 5/4) very stony clay loam, dark brown (7.5YR 3/4) moist; moderate

medium subangular blocky structure; hard, friable, slightly sticky and moderately plastic; 10 percent gravel, 15 percent cobbles, and 20 percent stones; neutral (pH 7.2); clear wavy boundary.

Bt1—7 to 24 inches; reddish brown (5YR 5/4) very stony clay loam, reddish brown (5YR 4/4) moist; strong medium prismatic structure parting to moderate medium angular blocky; very hard, very firm, moderately sticky and moderately plastic; 10 percent gravel, 20 percent cobbles, and 20 percent stones; slightly alkaline (pH 7.4); clear irregular boundary.

Bt2—24 to 32 inches; reddish brown (5YR 5/4) stony clay loam, yellowish red (5YR 5/6) moist; strong medium angular blocky structure; very hard, very firm, moderately sticky and moderately plastic; 5 percent gravel, 15 percent cobbles, and 10 percent stones; slightly alkaline (pH 7.4); abrupt wavy boundary.

Bk—32 to 44 inches; pinkish white (5YR 8/2) stony clay loam, pink (5YR 7/3) moist; massive; hard, firm, slightly sticky and slightly plastic; 5 percent gravel, 5 percent cobbles, and 5 percent stones; disseminated calcium carbonate; violently effervescent; moderately alkaline (pH 8.1); clear smooth boundary.

2R—44 inches; hard Dakota Sandstone.

### Range in Characteristics

*Depth to bedrock:* 40 to 60 inches
*Depth to calcic horizon:* 30 to 40 inches
*Rock fragment content:* 35 to 80 percent
*Predominant rock fragment size:* gravel, cobbles, and stones

*A horizon:*
Hue—5YR to 10YR
Value—3 to 5 dry, 2 to 4 moist
Chroma—2 to 4
Clay content—12 to 25 percent
Reaction—neutral or slightly alkaline

*Bt horizon:*
Hue—2.5YR to 7.5YR
Value—4 to 6 dry, 3 to 5 moist
Chroma—4 to 6
Texture, fine earth fraction—clay loam or clay
Clay content—35 to 60 percent
Reaction—neutral to slightly alkaline

*Bk horizon:*
Hue—5YR or 7.5YR
Value—7 or 8 dry, 6 or 7 moist
Chroma—2 to 4
Texture, fine earth fraction—clay loam
Calcium carbonate equivalent—15 to 40 percent
Reaction—slightly or moderately alkaline

## *Pagoda Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Hills and mesas
*Parent material:* Slope alluvium derived from shale
*Slope:* 0 to 15 percent
*Elevation:* 7,100 to 8,500 feet
*Mean annual precipitation:* 15 to 20 inches
*Mean annual temperature:* 40 to 47 degrees F

### Taxonomic Class

Fine, smectitic, frigid Vertic Argiustolls

### Typical Pedon

Pagoda loam in an area of Herm-Pagoda complex, 0 to 15 percent slopes, from the adjoining Animas-Dolores Area, Colorado, Soil Survey; about 2,600 feet east and 1,700 feet south of the northwest corner of sec. 15, T. 41 N., R. 16 W.

Oi—0 to 1 inch; slightly decomposed leaf litter and roots.

A—1 to 5 inches; dark grayish brown (10YR 4/2) loam, black (10YR 2/1) moist; moderate medium granular structure; slightly hard, very friable, moderately sticky and moderately plastic; neutral (pH 7.2); clear smooth boundary.

Bt1—5 to 16 inches; brown (10YR 4/3) clay loam, very dark grayish brown (10YR 3/2) moist; moderate medium subangular blocky structure parting to strong fine subangular blocky; hard, friable, moderately sticky and moderately plastic; few distinct clay films on faces of peds; neutral (pH 7.2); clear smooth boundary.

Bt2—16 to 21 inches; brown (10YR 4/3) clay loam, dark brown (10YR 3/3) moist; strong medium subangular blocky structure; hard, firm, moderately sticky and moderately plastic; common distinct clay films on faces of peds; neutral (pH 7.2); clear smooth boundary.

Bk1—21 to 32 inches; grayish brown (2.5Y 5/2) clay loam, dark grayish brown (2.5Y 4/2) moist; massive; very hard, very firm, moderately sticky and moderately plastic; strongly effervescent; calcium carbonate disseminated; moderately alkaline (pH 8.2); gradual smooth boundary.

Bk2—32 to 60 inches; light brownish gray (2.5Y 6/2) clay loam, dark grayish brown (2.5Y 4/2) moist;

massive; very hard, very firm, moderately sticky and moderately plastic; violently effervescent; calcium carbonate disseminated and in soft masses; moderately alkaline (pH 8.2).

### Range in Characteristics

*Thickness of the mollic epipedon:* 16 to 24 inches
*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 20 to more than 40 inches
*Rock fragment content:* 0 to 5 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—7.5YR or 10YR
Value—4 or 5 dry, 2 or 3 moist
Chroma—1 to 3
Reaction—neutral

*Bt horizon:*
Hue—10YR to 5Y
Value—5 to 7 dry, 3 to 6 moist
Chroma—2 to 4
Texture, fine earth fraction—clay or clay loam
Clay content—35 to 50 percent
Reaction—neutral or slightly alkaline

*Bk horizon:*
Hue—10YR to 5Y
Value—5 or 6 dry, 3 to 5 moist
Chroma—2 to 4
Texture, fine earth fraction—clay loam or clay
Reaction—moderately alkaline

Typical pedon is shared with the Animas-Dolores Area, Colorado, Soil Survey to facilitate joining.

## *Payter Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Alluvial fans
*Parent material:* Alluvium derived from sandstone
*Slope:* 3 to 15 percent
*Elevation:* 6,500 to 6,800 feet
*Annual precipitation:* 13 to 15 inches
*Annual temperature:* 47 to 50 degrees F

### Taxonomic Class

Coarse-loamy, mixed, superactive, mesic Cumulic Haplustolls

### Typical Pedon

Payter sandy loam, 3 to 15 percent slopes, from the adjoining Animas-Dolores Area, Colorado, Soil Survey; about 3,100 feet east and 3,800 feet south of the northwest corner of section 34, T.39 N., R.16 W.

A1—0 to 3 inches; brown (10YR 5/3) sandy loam, very dark brown (10YR 2/2) moist; weak fine subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and nonplastic; many fine and few medium roots; 5 percent gravel; strongly effervescent; carbonates are disseminated; slightly alkaline (pH 7.4); clear smooth boundary.

A2—3 to 6 inches; yellowish brown (10YR 5/4) sandy loam, very dark brown (10YR 2/2) moist; moderate fine subangular blocky structure parting to weak fine granular; slightly hard, very friable, nonsticky and nonplastic; common fine and few medium roots; strongly effervescent; carbonates are disseminated; slightly alkaline (pH 7.4); clear smooth boundary.

A3—6 to 11 inches; brown (10YR 5/3) sandy loam, very dark grayish brown (10YR 3/2) moist; weak fine subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and nonplastic; few fine and few medium roots; 5 percent gravel; strongly effervescent; carbonates are disseminated; slightly alkaline (pH 7.4); gradual wavy boundary.

C1—11 to 17 inches; yellowish brown (10YR 5/4) sandy loam, dark brown (10YR 3/3) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; violently effervescent; carbonates are disseminated; slightly alkaline (pH 7.6); gradual wavy boundary.

C2—17 to 39 inches; grayish brown (10YR 5/2) sandy loam, dark brown (10YR 3/3) moist; weak fine subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and nonplastic; violently effervescent; carbonates are disseminated; moderately alkaline (pH 8.0); gradual wavy boundary.

C3—39 to 60 inches; brown (10YR 5/3) sandy loam, brown (10YR 4/3) moist; weak fine subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and nonplastic; violently effervescent; carbonates are disseminated; moderately alkaline (pH 8.2).

### Range in Characteristics

*Thickness of the mollic epipedon:* 20 to 60 inches
*Depth to bedrock:* more than 60 inches

*A horizon:*
Hue—7.5YR or 10YR

Value—4 or 5 dry, 2 or 3 moist
Chroma—2 to 4 dry, 2 or 3 moist
Rock fragment content—0 to 10 percent
Predominant rock fragment size—gravel
Reaction—neutral or slightly alkaline

*C horizon:*
Hue—7.5YR or 10YR
Value—4 to 6 dry, 2 to 4 moist
Chroma—2 to 4 dry or moist
Texture, fine earth fraction—sandy loam or fine sandy loam
Rock fragment content—0 to 15 percent
Predominant rock fragment size—gravel
Reaction—slightly or moderately alkaline

Typical pedon is shared with the Animas-Dolores Area, Colorado, Soil Survey to facilitate joining.

## *Pinacol Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Mesas and hills
*Parent material:* Slope alluvium over outwash from mixed sources
*Slope:* 1 to 40 percent
*Elevation:* 7,800 to 8,200 feet
*Mean annual precipitation:* 18 to 20 inches
*Mean annual temperature:* 40 to 45 degrees F

### Taxonomic Class

Clayey-skeletal, smectitic, frigid Typic Haplustalfs

### Typical Pedon

Pinacol loam, 1 to 12 percent slopes, from the adjoining La Plata County Area, Colorado, Soil Survey; about 400 feet east and 800 feet north of the southwest corner of sec. 13, T. 35 N., R. 11 W.

A—0 to 7 inches; brown (7.5YR 5/2) loam, brown (7.5YR 4/2) moist; weak fine and moderate medium granular structure; soft, very friable, nonsticky and nonplastic; 5 percent gravel and 5 percent cobbles; slightly alkaline (pH 7.4); clear smooth boundary.

BA—7 to 11 inches; brown (7.5YR 5/4) clay loam, brown (7.5YR 4/4) moist; moderate fine subangular blocky structure parting to moderate medium granular; slightly hard, friable, slightly sticky and slightly plastic; faint patchy clay films on faces of peds; 5 percent gravel; slightly alkaline (pH 7.4); clear smooth boundary.

Bt1—11 to 21 inches; reddish brown (5YR 5/4) gravelly clay, reddish brown (5YR4/4) moist; moderate medium subangular blocky structure; hard, firm, moderately sticky and moderately plastic; 20 percent gravel and 10 percent cobbles; faint continuous clay films on faces of peds; neutral (pH 7.0); gradual smooth boundary.

Bt2—21 to 31 inches; reddish brown (5YR 5/4) very cobbly clay, reddish brown (5YR 4/4) moist; moderate medium subangular blocky structure; very hard, firm, moderately sticky and moderately plastic; faint continuous clay films on faces of peds; 15 percent gravel and 40 percent cobbles; neutral (pH 6.8) gradual smooth boundary.

BC—31 to 38 inches; reddish brown (5YR 5/4) extremely cobbly clay, reddish brown (5YR 4/4) moist; moderate fine subangular blocky structure; very hard, firm, moderately sticky and moderately plastic; faint patchy clay films in root channels and on faces of peds; 15 percent gravel and 45 percent cobbles; neutral (pH 6.8); gradual smooth boundary.

C—38 to 60 inches; mixed strong brown (7.5YR 5/6) and pinkish gray (7.5YR 6/2) extremely cobbly sandy clay loam, brown (7.5YR 5/4) and dark brown (7.5YR 4/4) moist; massive; hard, friable, slightly sticky and nonplastic; 20 percent gravel and 50 percent cobbles; slightly alkaline (pH 7.6).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches

*A horizon:*
Hue—7.5YR or 10YR
Value—3 to 5 dry, 2 to 4 moist
Chroma—2 to 4
Reaction—neutral or slightly alkaline

*Bt horizon:*
Hue—5YR or 7.5YR
Value—5 to 6 dry, 4 to 6 moist
Chroma—3 or 4
Texture, fine earth fraction—clay, sandy clay, or clay loam
Rock fragment content—40 to 80 percent
Predominant rock fragment size—gravel and cobbles
Reaction—slightly acid to slightly alkaline

Typical pedon is shared with the La Plata County Area, Colorado, Soil Survey to facilitate joining.

## *Pogo Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Poorly drained
*Landscape position:* Flood plains and drainageways
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 0 to 2 percent
*Elevation:* 5,400 to 7,400 feet
*Mean annual precipitation:* 10 to 16 inches
*Mean annual temperature:* 46 to 52 degrees F

### Taxonomic Class

Fine-loamy, mixed, superactive, calcareous, mesic Typic Fluvaquents

### Typical Pedon

Pogo loam, 0 to 2 percent slopes, about 300 feet east and 200 feet north of the southwest corner of sec. 25, T. 16 N., R. 37 W.

Ay—0 to 2 inches; dark grayish brown (10YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; weak thick platy structure; hard, friable, nonsticky and nonplastic; few fine soft masses of gypsum; strongly effervescent; moderately alkaline (pH 8.0); clear smooth boundary.

Ckyg—2 to 10 inches; light brownish gray (10YR 6/2) silty clay loam, dark grayish brown (10YR 4/2) moist; common fine distinct yellowish red (5YR 4/6), moist, iron masses; massive; very hard, very firm, moderately sticky and moderately plastic; common fine soft masses and filaments of gypsum; few fine seams and filaments of calcium carbonate; violently effervescent; moderately alkaline (pH 8.0); clear smooth boundary.

Cyg1—10 to 20 inches; light brownish gray (10YR 6/2) silty clay loam, dark grayish brown (10YR 4/2) moist; common medium distinct yellowish red (5YR 4/6), moist, iron masses; massive; very hard, very firm, moderately sticky and moderately plastic; common fine soft masses and filaments of gypsum; violently effervescent; moderately alkaline (pH 8.0); clear smooth boundary.

Cyg2—20 to 28 inches; grayish brown (10YR 5/2) silty clay loam, very dark grayish brown (10YR 3/2) moist; many large distinct yellowish red (5YR 4/6), moist, iron masses; massive; hard, friable, slightly sticky and slightly plastic; few fine soft masses of gypsum; violently effervescent; moderately alkaline (pH 8.0); gradual smooth boundary.

Cg1—28 to 36 inches; pale brown (10YR 6/3) very fine sandy loam, dark grayish brown (10YR 4/2) moist; few fine faint yellowish red (5YR 4/6), moist, iron masses; massive; hard, friable, slightly sticky and nonplastic; violently effervescent; moderately alkaline (pH 8.2); clear smooth boundary.

Cg2—36 to 60 inches; brown (10YR 5/3) fine sandy loam, very dark grayish brown (10YR 3/2) moist; few fine faint yellowish red (5YR 4/6), moist, iron masses; massive; very hard, friable, slightly sticky and nonplastic; violently effervescent; moderately alkaline (pH 8.2).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel
*Depth to carbonates:* 0 to more than 60 inches
*Control section:* 27 to 35 percent clay
*Depth to water table:* 0 to 20 inches

*A horizon:*
Hue—10YR
Value—4 to 7 dry, 3 to 5 moist
Chroma—1 to 3
Clay content—15 to 27 percent
Reaction—moderately or strongly alkaline

*C horizon:*
Hue—10YR
Value—5 to 7 dry, 3 to 5 moist
Chroma—1 to 3
Texture, fine earth fraction—stratified with sand to silty clay to clay
Clay content—5 to 45 percent
Reaction—moderately or strongly alkaline

## *Pramiss Series*

### Setting

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Landscape position:* Hills and ridges
*Parent material:* Reworked eolian material and slope alluvium over residuum derived from sandstone and shale
*Slope:* 2 to 25 percent
*Elevation:* 7,100 to 8,500 feet

*Mean annual precipitation:* 15 to 20 inches
*Mean annual temperature:* 43 to 47 degrees F

### Taxonomic Class

Fine, smectitic, frigid Typic Argiustolls

### Typical Pedon

Pramiss very cobbly loam, 6 to 25 percent slopes, about 1,850 feet east and 200 feet south of the northwest corner of sec. 7, T. 41 N., R. 18 W.

A—0 to 3 inches; brown (7.5YR 4/4) very cobbly loam, dark brown (7.5YR 3/2) moist; strong thick platy vesicular crust overlying weak fine granular structure; soft, very friable, nonsticky and nonplastic; 25 percent gravel, 15 percent cobbles, and 10 percent stones; slightly alkaline (pH 7.5); clear wavy boundary.

AB—3 to 8 inches; brown (7.5YR 4/4) clay loam, dark reddish brown (5YR 3/3) moist; moderate medium subangular blocky structure; slightly hard, friable, moderately sticky and moderately plastic; 2 percent gravel; slightly alkaline (pH 7.4); gradual wavy boundary.

Bt—8 to 16 inches; reddish brown (5YR 5/4) clay, reddish brown (5YR 4/4) moist; strong coarse prismatic structure parting to strong coarse angular blocky; very hard, very firm, very sticky and very plastic; 2 percent gravel; slightly alkaline (pH 7.4); gradual wavy boundary.

Bk1—16 to 22 inches; light reddish brown (5YR 6/4) clay, reddish brown (5YR 5/3) moist; moderate coarse prismatic structure parting to moderate medium angular blocky; very hard, very firm, moderately sticky and very plastic; 2 percent gravel; disseminated calcium carbonate; slightly effervescent; moderately alkaline (pH 8.0); clear wavy boundary.

Bk2—22 to 31 inches; pink (5YR 7/4) clay, pinkish gray (5YR 6/2) moist; massive; hard, friable, moderately sticky and moderately plastic; 2 percent gravel; disseminated calcium carbonate; violently effervescent; moderately alkaline (pH 8.2); clear wavy boundary.

2Cr—31 inches; soft calcareous sandstone and shale.

### Range in Characteristics

*Thickness of the mollic epipedon:* 7 to 16 inches
*Depth to bedrock:* 20 to 40 inches
*Depth to carbonates:* 15 to 30 inches

*A horizon:*
Hue—5YR to 10YR
Value—3 to 5 dry, 2 or 3 moist
Chroma—2 to 4
Clay content—10 to 27 percent
Rock fragment content—0 to 60 percent
Predominant rock fragment size—gravel, cobbles, and stones
Reaction—neutral or slightly alkaline

*Bt horizon:*
Hue—5YR or 7.5YR
Value—4 to 6 dry, 4 or 5 moist
Chroma—3 to 6
Texture, fine earth fraction—clay or clay loam
Clay content—35 to 60 percent
Rock fragment content—0 to 35 percent
Predominant rock fragment size—gravel and cobbles
Reaction—neutral to moderately alkaline

*Bk horizon:*
Hue—2.5YR to 7.5YR
Rock fragment content—0 to 35 percent
Predominant rock fragment size—gravel
Reaction—slightly or moderately alkaline

## *Prater Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Canyons, hills, and alluvial fans
*Parent material:* Colluvium and alluvium derived from shale and sandstone
*Slope:* 10 to 60 percent
*Elevation:* 6,800 to 7,800 feet
*Mean annual precipitation:* 16 to 19 inches
*Mean annual temperature:* 47 to 50 degrees F

### Taxonomic Class

Fine, mixed, superactive, mesic Aridic Haplustalfs

### Typical Pedon

Prater loam in an area of Prater-Dolcan complex, 25 to 60 percent slopes, about 1,500 feet west and 300 feet south of the northeast corner of sec. 32, T. 35 N., R. 14 W.

A1—0 to 1 inch; dark grayish brown (10YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; massive; loose nonsticky and nonplastic; 5 percent gravel, 5 percent cobbles, and 1 percent stones; neutral (7.0); abrupt smooth boundary.

A2—1 to 3 inches; brown (10YR 5/3) clay loam, dark

brown (10YR 3/3) moist; moderate coarse platy structure parting to moderate fine granular; slightly hard, very friable, slightly sticky and slightly plastic; common very fine and fine roots throughout; 5 percent gravel, 5 percent cobbles, and 1 percent stones; neutral (7.0); abrupt smooth boundary.

Bt—3 to 9 inches; yellowish brown (10YR 5/4) clay loam, brown (10YR 4/3) moist; moderate fine angular blocky structure; hard, friable, moderately sticky and moderately plastic; common fine roots between peds and common medium roots throughout; few very fine discontinuous tubular pores; common distinct discontinuous clay films on faces of peds and in pores; 5 percent gravel, 5 percent cobbles, and 1 percent stones; neutral (7.0); gradual smooth boundary.

Btk1—9 to 17 inches; yellowish brown (10YR 5/4) clay loam, brown (10YR 4/3) moist; few medium faint yellowish brown (10YR 5/6) masses of iron accumulation; moderate fine angular blocky structure; very hard, friable, moderately sticky and moderately plastic; common fine and coarse roots throughout; few very fine and fine discontinuous tubular pores; many distinct continuous clay films on faces of peds and in pores; few fine rounded soft masses of carbonate throughout; slightly effervescent; 5 percent gravel, 5 percent cobbles, and 1 percent stones; slightly alkaline (7.6); gradual smooth boundary.

Btk2—17 to 21 inches; light yellowish brown (10YR 6/4) clay loam, brown (10YR 4/3), moist; common medium faint yellowish brown (10YR 5/6) iron masses; moderate fine angular blocky structure; very hard, friable, moderately sticky and moderately plastic; few very fine and common fine roots throughout; few very fine and fine discontinuous tubular pores; many distinct continuous clay films on faces of peds and in pores; common medium rounded soft masses of carbonate throughout; strongly effervescent; 5 percent gravel, 5 percent cobbles, and 1 percent stones; moderately alkaline (pH 8.2); gradual smooth boundary.

Btk3—21 to 37 inches; very pale brown (10YR 7/3) clay loam, brown (10YR 5/3) moist; common fine faint yellowish brown (10YR 5/6) iron masses; moderate fine angular blocky structure; very hard, friable, moderately sticky and moderately plastic; few very fine and common fine roots throughout; few very fine discontinuous tubular pores; many distinct continuous clay films on faces of peds and in pores; common coarse irregular soft masses of carbonate throughout; strongly effervescent; 5 percent gravel, 4 percent cobbles, and 2 percent stones; moderately alkaline (pH 8.2); gradual smooth boundary.

Bk—37 to 60 inches; 50 percent light gray (10YR 7/2), 25 percent light yellowish brown (10YR 6/4), and 25 percent brown (10YR 5/3) clay, grayish brown (10YR 5/2), yellowish brown (10YR 5/4), and grayish brown (10YR 5/2) moist; few fine faint yellowish brown (10YR 5/6) iron masses; weak coarse subangular blocky structure; extremely hard, friable, slightly sticky and moderately plastic; common very fine, few fine, and common medium roots throughout; common coarse rounded soft masses of carbonate throughout; slightly effervescent; 5 percent gravel, 5 percent cobbles, and 4 percent stones; moderately alkaline (pH 8.2). Pressure faces present. Horizon has variegated colors. Pockets of eolian material at a depth of 42 inches.

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 6 to 40 inches

*A horizon:*
Hue—7.5YR or 10YR
Value—4 to 6 dry, 3 to 5 moist
Chroma—2 to 4
Clay content—10 to 35 percent
Rock fragments—10 to 20 percent
Reaction—neutral

*B horizon:*
Hue—10YR or 2.5Y
Value—4 to 7 dry, 3 to 6 moist
Chroma—2 to 4
Texture—clay loam or clay
Clay content—27 to 45 percent
Rock fragments—5 to 20 percent
Reaction—neutral to moderately alkaline

## *Pulpit Series*

### Setting

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Landscape position:* Hills and mesas
*Parent material:* Eolian material derived from sandstone
*Slope:* 2 to 12 percent
*Elevation:* 6,200 to 7,800 feet
*Mean annual precipitation:* 13 to 16 inches
*Mean annual temperature:* 46 to 50 degrees F

### Taxonomic Class

Fine-silty, mixed, superactive, mesic Aridic Haplustalfs

### Typical Pedon

Pulpit loam in an area of Sharps-Pulpit complex, 2 to 6 percent slopes, about 1,000 feet west and 700 feet south of the northeast corner of sec. 24, T. 41 N., R. 20 W.

Ap—0 to 7 inches; reddish brown (5YR 5/4) loam, dark reddish brown (5YR 3/4) moist; moderate medium granular structure; soft, very friable, nonsticky and nonplastic; neutral (pH 7.2); clear smooth boundary.

BA—7 to 10 inches; reddish brown (5YR 5/4) loam, reddish brown (5YR 4/4) moist; weak medium subangular blocky structure parting to moderate fine granular; slightly hard, very friable, slightly sticky and slightly plastic; few faint clay films on faces of peds and in pores; slightly alkaline (pH 7.4); clear smooth boundary.

Bt—10 to 20 inches; reddish brown (5YR 5/4) clay loam, reddish brown (5YR 4/4) moist; weak medium prismatic structure parting to moderate medium subangular blocky; slightly hard, friable, slightly sticky and slightly plastic; few distinct clay films on faces of peds and in pores; slightly alkaline (pH 7.6); clear wavy boundary.

Btk—20 to 25 inches; reddish brown (5YR 5/4) loam, reddish brown (5YR 4/4) moist; weak medium subangular blocky structure; hard, friable, slightly sticky and slightly plastic; few faint clay films on faces of peds and in pores; common fine soft masses, seams, filaments and threads of calcium carbonate; strongly effervescent; moderately alkaline (pH 8.2); gradual wavy boundary.

Bk1—25 to 30 inches; reddish brown (5YR 5/4) loam, reddish brown (5YR 4/4) moist; massive; hard, firm, slightly sticky and slightly plastic; common fine soft masses, seams, filaments and threads of calcium carbonate; strongly effervescent; moderately alkaline (pH 8.2); clear smooth boundary.

Bk2—30 to 36 inches; pink (7.5YR 8/4) fine sandy loam, pink (7.5YR 7/4) moist; massive; slightly hard, friable, nonsticky and nonplastic; common fine soft masses, seams, filaments and threads of calcium carbonate; violently effervescent; moderately alkaline (pH 8.2); abrupt wavy boundary

2R—36 inches; hard Dakota Sandstone.

### Range in Characteristics

*Depth to bedrock:* 20 to 40 inches
*Depth to carbonates:* 6 to 20 inches
*Rock fragment content:* 0 to 10 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—2.5YR to 7.5YR
Value—5 to 7 dry, 3 to 6 moist
Chroma—2 to 4
Clay content—10 to 27 percent
Reaction—neutral or slightly alkaline

*Bt horizon:*
Hue—5YR
Value—5 to 7 dry, 3 to 6 moist
Chroma—3 to 6
Clay content—18 to 35 percent
Texture, fine earth fraction—loam or clay loam
Reaction—neutral to moderately alkaline

*Bk horizon:*
Hue—5YR or 7.5YR
Value—5 to 8 dry, 4 to 7 moist
Chroma—2 to 4
Texture, fine earth fraction—loam, clay loam, or fine sandy loam
Clay content—10 to 35 percent
Reaction—slightly or moderately alkaline

## *Purcella Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Terraces
*Parent material:* Alluvium derived from mixed sources
*Slope:* 0 to 3 percent
*Elevation:* 6,200 to 7,400 feet
*Mean annual precipitation:* 13 to 16 inches
*Mean annual temperature:* 46 to 50 degrees F

### Taxonomic Class

Loamy-skeletal, mixed, superactive, mesic Aridic Argiustolls

### Typical Pedon

Purcella loam, 0 to 3 percent slopes, about 1,700 feet south and 50 feet west of the northeast corner of sec. 1, T. 35 N., R. 14 W.

A—0 to 4 inches; dark brown (10YR 4/3) loam, very dark grayish brown (10YR 3/2) moist; moderate medium and thick platy structure; slightly hard,

friable, moderately sticky and slightly plastic; neutral (pH 7.2); clear wavy boundary.

Bt1—4 to 11 inches; dark brown (7.5YR 4/4) gravelly loam, dark brown (7.5YR 3/2) moist; strong medium and fine subangular blocky structure; hard, friable, moderately sticky and slightly plastic; common distinct clay films on faces of peds ; 10 percent gravel and 5 percent cobbles; neutral (pH 7.2); gradual irregular boundary.

Bt2—11 to 30 inches; dark brown (7.5YR 4/4) extremely cobbly clay loam, dark yellowish brown (10YR 3/4) moist; moderate medium and fine subangular blocky structure; hard, friable, moderately sticky and moderately plastic; common distinct clay films on faces of peds; 25 percent gravel, 35 percent cobbles, and 5 percent stones; neutral (pH 7.2); gradual irregular boundary.

Bt3—30 to 41 inches; brown (10YR 5/3) extremely cobbly sandy clay loam, dark brown (10YR 4/3) moist; weak medium subangular blocky structure; hard, friable, moderately sticky and slightly plastic; few distinct clay films on faces of peds; 25 percent gravel, 35 percent cobbles, and 5 percent stones; neutral (pH 7.3); gradual irregular boundary.

Bk—41 to 60 inches; brown (10YR 5/3) extremely cobbly sandy loam, dark brown (10YR 4/3) moist; single grain; loose nonsticky and nonplastic; 25 percent gravel, 40 percent cobbles, and 5 percent stones; common fine soft masses, filaments, and threads of calcium carbonate; strongly effervescent; slightly alkaline (pH 7.5).

### Range in Characteristics

*Thickness of the mollic epipedon:* 10 to 16 inches
*Control section rock fragment content:* 35 to 70 percent
*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 25 to more than 60 inches
*Depth to calcic horizon:* 40 to 60 inches

*A horizon:*
Hue—7.5YR or 10YR
Value—3 or 4 dry, 3 or 4 moist
Chroma—2 or 3
Clay content—10 to 27 percent
Rock fragment content—0 to 15 percent
Predominant rock fragment size—gravel
Reaction—neutral or slightly alkaline

*Bt horizon:*
Hue—5YR or 7.5YR
Value—3 to 6 dry, 3 to 6 moist
Chroma—2 to 4
Texture, fine earth fraction—clay loam, sandy clay loam, or loam
Clay content—18 to 35 percent
Rock fragment content—35 to 70 percent
Predominant rock fragment size—gravel and cobbles
Reaction—neutral or slightly alkaline

*Bk horizon:*
Hue—7.5YR or 10YR
Value—5 to 8 dry, 4 to 7 moist
Chroma—1 to 4
Texture, fine earth fraction—sandy loam or loam
Clay content—8 to 25 percent
Rock fragment content—35 to 70 percent
Predominant rock fragment size—gravel and cobbles
Reaction—slightly or moderately alkaline

## *Ramper Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Alluvial fans, drainageways, and flood plains
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 0 to 3 percent
*Elevation:* 6,000 to 7,400 feet
*Mean annual precipitation:* 12 to 16 inches
*Mean annual temperature:* 46 to 50 degrees F

### Taxonomic Class

Fine-loamy, mixed, superactive, calcareous, mesic Aridic Ustifluvents

### Typical Pedon

Ramper loam, 0 to 3 percent slopes, about 2,600 feet south and 900 feet west of the northeast corner of sec. 30, T. 40 N., R. 18 W.

A—0 to 3 inches; dark yellowish brown (10YR 4/4) loam, very dark grayish brown (10YR 3/2) moist; moderate medium platy structure parting to moderate medium granular; very hard, firm, moderately sticky and moderately plastic; strongly effervescent; moderately alkaline (pH 8.3); clear smooth boundary.

C—3 to 18 inches; brown (7.5YR 5/4) sandy loam, dark brown (7.5YR 3/4) moist; moderate medium

platy structure; slightly hard, very friable, slightly sticky and slightly plastic; strongly effervescent; slightly alkaline (pH 7.4); clear smooth boundary.

Ck1—18 to 30 inches; brown (7.5YR 5/4) loam, dark brown (7.5YR 3/4) moist; moderate medium platy structure; slightly hard, friable, slightly sticky and slightly plastic; few fine soft filaments of calcium carbonate; strongly effervescent; slightly alkaline (pH 7.4); abrupt smooth boundary.

Ck2—30 to 38 inches; brown (7.5YR 5/4) clay loam, dark brown (7.5YR 3/4) moist; weak medium platy structure; slightly hard, firm, moderately sticky and moderately plastic; few fine soft filaments of calcium carbonate; slightly effervescent; slightly alkaline (pH 7.4); abrupt smooth boundary.

Ab—38 to 60 inches; brown (7.5YR 4/4) loam, dark brown (7.5YR 3/2) moist; massive; hard, firm, slightly sticky and slightly plastic; slightly effervescent; slightly alkaline (pH 7.4).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—10YR
Value—4 or 5 dry, 3 or 4 moist
Chroma—2 to 4
Texture, fine earth fraction—loam or clay loam
Clay content—15 to 35 percent
Reaction—slightly or moderately alkaline

*C horizon:*
Hue—7.5YR or 10YR
Value—4 to 6 dry, 3 or 4 moist
Chroma—3 or 4
Texture, fine earth fraction—stratified sandy loam to clay loam
Clay content—18 to 35 percent
Reaction—slightly or moderately alkaline

## *Ravola Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Alluvial fans and flood plains
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 0 to 3 percent
*Elevation:* 5,000 to 5,700 feet
*Mean annual precipitation:* 8 to 10 inches
*Mean annual temperature:* 52 to 56 degrees F

### Taxonomic Class

Fine-silty, mixed, active, calcareous, mesic Typic Torrifluvents

### Typical Pedon

Ravola clay loam, 0 to 3 percent slopes, about 375 feet east and 800 feet north of the southwest corner of sec. 36, T. 37 N., R. 19 W.

An1—0 to 5 inches; pale brown (10YR 6/3) clay loam, brown (10YR 4/3) moist; moderate coarse granular structure; slightly hard, firm, slightly sticky and moderately plastic; slightly effervescent; very strongly alkaline (pH 9.2); gradual smooth boundary.

An2—5 to 9 inches; pale brown (10YR 6/3) clay loam, brown (10YR 4/3) moist; massive; slightly hard, firm, slightly sticky and moderately plastic; slightly effervescent; very strongly alkaline (pH 9.2); clear smooth boundary.

Cn—9 to 20 inches; pale brown (10YR 6/3) silty clay loam, brown (10YR 4/3) moist; massive; slightly hard, firm, slightly sticky and moderately plastic; common fine filaments and threads of salt; slightly effervescent; strongly alkaline (pH 8.6); clear wavy boundary.

C1—20 to 24 inches; light yellowish brown (10YR 6/4) sandy loam, dark yellowish brown (10YR 4/4) moist; massive; slightly hard, friable, nonsticky and nonplastic; slightly effervescent; moderately line (pH 8.2); abrupt wavy boundary.

C2—24 to 28 inches; light yellowish brown (10YR 6/4) clay loam, dark yellowish brown (10YR 4/4) moist; massive; slightly hard, firm, slightly sticky and moderately plastic; common fine filaments and threads of salt; slightly effervescent; moderately alkaline (pH 8.0); abrupt wavy boundary.

C3—28 to 50 inches; light yellowish brown (10YR 6/4) loamy sand, yellowish brown (10YR 5/4) moist; massive; slightly hard, very friable, nonsticky and nonplastic; slightly effervescent; slightly alkaline (pH 7.6); abrupt wavy boundary.

C4—50 to 60 inches; light yellowish brown (10YR 6/4) silt loam, dark yellowish brown (10YR 4/4) moist; massive, slightly hard, very friable, nonsticky and slightly plastic; strongly effervescent; slightly alkaline (pH 7.6).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 0 to 3 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel
*Exchangeable sodium:* 15 to 60 percent

*A horizon:*
Hue—7.5YR or 10YR
Value—5 to 7 dry, 4 to 6 moist
Chroma—2 to 6
Clay content—27 to 35 percent
Reaction—strongly or very strongly alkaline

*C horizon:*
Hue—10YR
Value—5 or 6 dry, 4 or 5 moist
Chroma—3 or 4
Texture, fine earth fraction—loam, clay loam, or silty clay loam
Clay content—18 to 35 percent
Reaction—slightly to strongly alkaline

The soils mapped as Ravola are taxadjuncts to the series. The particle-size control section for Ravola series is fine-silty. The local pedon has a fine-loamy particle-size control section. This difference, however, does not significantly affect the use or management of the soils. In this survey area the Ravola soils are fine-loamy, mixed, active, calcareous, mesic Typic Torrifluvents.

## *Recapture Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Mesas and alluvial fans
*Parent material:* Eolian material and alluvium derived from sandstone and shale
*Slope:* 0 to 6 percent
*Elevation:* 5,000 to 5,700 feet
*Mean annual precipitation:* 8 to 10 inches
*Mean annual temperature:* 52 to 56 degrees F

### Taxonomic Class

Fine-loamy, mixed, superactive, mesic Typic Natrargids

### Typical Pedon

Recapture fine sandy loam, 0 to 6 percent slopes, about 2,400 feet west and 1,700 feet south of the northeast corner of sec. 28, T. 36 N., R. 19 W.

A—0 to 4 inches; light brown (7.5YR 6/4) fine sandy loam, reddish brown (5YR 4/4) moist; weak thick platy structure parting to weak very fine granular; soft, very friable, nonsticky and nonplastic; moderately alkaline (pH 9.2); clear smooth boundary.

BA—4 to 7 inches; yellowish red (5YR 5/6) fine sandy loam, reddish brown (5YR 4/4) moist; weak moderate prismatic structure parting to weak medium subangular blocky; slightly hard, very friable, slightly sticky and slightly plastic; strongly alkaline (pH 8.6); clear smooth boundary.

Btn—7 to 20 inches; yellowish red (5YR 5/6) clay loam, yellowish red (5YR 4/6) moist; moderate medium prismatic structure parting to moderate medium subangular blocky; hard, firm, moderately sticky and slightly plastic; strongly effervescent; strongly alkaline (pH 8.8); gradual smooth boundary.

Bn—20 to 26 inches; yellowish red (5YR 5/6) sandy clay loam, yellowish red (5YR 4/6) moist; moderate medium subangular blocky structure; hard, firm, slightly sticky and slightly plastic; violently effervescent; strongly alkaline (pH 9.0); clear smooth boundary.

Bk—26 to 37 inches; 50 percent pink (5YR 8/3) and 50 percent reddish yellow (5YR 6/6) loam, reddish yellow (5YR 6/6) moist; massive; hard, firm, slightly sticky and nonplastic; disseminated calcium carbonate; violently effervescent; very strongly alkaline (pH 9.6); diffuse boundary.

C—37 to 60 inches; reddish yellow (5YR 7/6) very fine sandy loam, yellowish red (5YR 5/6) moist; massive; hard, firm, nonsticky and nonplastic; violently effervescent; very strongly alkaline (pH 9.6).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 0 to 20 inches
*Depth to calcic horizon:* 20 to more than 60 inches
*Depth to natric horizon:* 5 to 15 inches
*Rock fragment content:* 0 to 5 percent
*Predominant rock fragment size:* gravel

*A or E horizon:*
Hue—2.5YR to 7.5YR
Value—5 or 6 dry, 4 or 5 moist
Chroma—4 to 6
Texture, fine earth fraction—fine sandy loam or sandy loam
Clay content—8 to 20 percent
Reaction—moderately or strongly alkaline

*B horizon:*
Hue—2.5YR or 5YR
Value—5 to 8 dry, 4 to 6 moist
Chroma—3 to 6
Texture, fine earth fraction—fine sandy loam, sandy clay loam, clay loam, or loam
Clay content—18 to 30 percent
Reaction—strongly or very strongly alkaline

*C horizon:*
Hue—2.5YR or 5YR
Value—4 to 7 dry, 4 or 5 moist
Chroma—4 to 7
Texture, fine earth fraction—very fine sandy loam, silt loam, loam, or clay loam
Clay content—10 to 35 percent
Reaction—strongly or very strongly alkaline

## *Ricot Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Mesas
*Parent material:* Eolian material over outwash-derived mixed sources
*Slope:* 1 to 12 percent
*Elevation:* 7,500 to 8,000 feet
*Mean annual precipitation:* 15 to 20 inches
*Mean annual temperature:* 43 to 47 degrees F

### Taxonomic Class

Fine, smectitic, frigid Typic Argiustolls

### Typical Pedon

Ricot loam, 1 to 3 percent slopes, 1,100 feet south and 240 feet east of the northwest corner of sec. 11, T. 36 N., R. 13 W.

A—0 to 8 inches; brown (7.5YR 4/2) loam, dark brown (7.5YR 3/2) moist; strong fine granular structure; soft, very friable, slightly sticky and slightly plastic; neutral (pH 7.2); clear smooth boundary.

BABA—8 to 12 inches; brown (7.5YR 5/3) loam, dark brown (7.5YR 3/2) moist; moderate fine subangular blocky structure parting to coarse granular; slightly hard, very friable, slightly sticky and slightly plastic; few faint clay films on faces of peds and in pores; neutral (pH 7.2); clear smooth boundary.

Bt—12 to 16 inches; reddish brown (5YR 5/3) clay loam, reddish brown (5YR 4/3) moist; moderate fine subangular blocky structure; hard, very friable, slightly sticky and slightly plastic; common distinct clay films on faces of peds and in pores; a thin stone line of gravel and cobbles occurs at the lower margin of this horizon; neutral (pH 7.0 ); clear smooth boundary.

2Bt1—16 to 28 inches; reddish brown (5YR 5/4) clay, reddish brown (5YR 4/4) moist; weak coarse prismatic structure parting to moderate coarse angular blocky; very hard, friable, moderately sticky and moderately plastic; continuous distinct clay films on faces of peds and in pores; 5 percent cobbles and 5 percent stones; neutral (pH 7.0 ); clear wavy boundary.

2Bt2—28 to 34 inches; reddish brown (5YR 5/4) clay, reddish brown (5YR 4/4) moist; weak coarse prismatic structure parting to moderate coarse angular blocky; very hard, friable, moderately sticky and moderately plastic; continuous distinct clay films on faces of peds and in pores; 5 percent cobbles and 5 percent stones; slightly effervescent; moderately alkaline (pH 7.9); gradual wavy boundary.

2Bk1—34 to 38 inches; reddish brown (5YR 5/4) clay, reddish brown (5YR 4/4) moist; weak medium angular and subangular blocky structure; very hard, firm, moderately sticky and moderately plastic; few distinct clay films on faces of peds and in pores; 5 percent cobbles and 5 percent stones; many fine soft masses, seams, filaments, and threads of calcium carbonate; violently effervescent; moderately alkaline (pH 8.0); gradual wavy boundary.

2Bk2—38 to 60 inches; light reddish brown (5YR 6/4) stony clay loam, reddish brown (5YR 5/4) moist; massive; extremely hard, very firm, moderately sticky and moderately plastic; 10 percent cobbles and 15 percent stones; many fine soft masses, seams, filaments, and threads of calcium carbonate; violently effervescent; moderate alkaline (8.0).

### Range in Characteristics

*Thickness of the mollic epipedon:* 10 to 16 inches
*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 12 to 50 inches

*A horizon:*
Hue—7.5YR or 5YR
Value—3 to 5 dry, 2 or 3 moist
Chroma—1 to 3
Clay content—15 to 27 percent

Rock fragment content—0 to 5 percent
Predominant rock fragment size—gravel
Reaction—neutral or slightly alkaline

*Bt horizon:*
Hue—7.5YR or 5YR
Value—5 to 7 dry, 3 to 6 moist
Chroma—2 to 6
Texture, fine earth fraction—clay or clay loam
Clay content—35 to 50 percent
Rock fragment content—0 to 5 percent
Predominant rock fragment size—gravel
Reaction—neutral or slightly alkaline

*2B horizon:*
Hue—7.5YR or 5YR
Value—5 to 7 dry, 3 to 6 moist
Chroma—2 to 6
Texture—clay or clay loam
Clay content—35 to 50 percent
Rock fragment content—10 to 35 percent
Predominant rock fragment size—gravel and cobbles
Reaction—neutral to moderately alkaline

## *Rizno Series*

### Setting

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Landscape position:* Mesas and structural benches
*Parent material:* Eolian material and residuum derived from sandstone
*Slope:* 3 to 15 percent
*Elevation:* 5,400 to 6,200 feet
*Mean annual precipitation:* 10 to 13 inches
*Mean annual temperature:* 49 to 53 degrees F

### Taxonomic Class

Loamy, mixed, superactive, calcareous, mesic Lithic Ustic Torriorthents

### Typical Pedon

Rizno very fine sandy loam in an area of Rizno-Gapmesa complex, 3 to 9 percent slopes, about 400 feet west and 2,500 feet north of the southeast corner sec. 13, T. 37 N., R. 20 W.

A1—0 to 2 inches; reddish brown (5YR 5/4) very fine sandy loam, reddish brown (5YR 4/3) moist; weak fine granular structure; soft, friable, nonsticky and nonplastic; 5 percent gravel; slightly alkaline (pH 7.6); abrupt smooth boundary.

A2—2 to 5 inches; reddish brown (5YR 5/4) very fine sandy loam, reddish brown (5YR 4/3) moist; weak fine subangular blocky structure; soft, friable, nonsticky and nonplastic; many very fine and common fine roots throughout; strongly effervescent; 5 percent gravel; slightly alkaline (pH 7.6); clear smooth boundary.

Bk—5 to 13 inches; reddish brown (5YR 5/4) loam, reddish brown (5YR 4/4) moist; weak medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; common very fine, fine, and medium roots throughout; common very fine discontinuous tubular pores; calcium carbonate concentrated on bottom of gravel; few faint patchy clay films on faces of peds and in pores; violently effervescent; 5 percent gravel; moderately alkaline (pH 8.2); abrupt smooth boundary.

2R—13 inches; hard Dakota Sandstone.

### Range in Characteristics

*Depth to bedrock:* 6 to 20 inches
*Depth to carbonates:* 0 to 9 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—5YR
Value—5 or 6 dry, 4 or 5 moist
Chroma—3 to 6
Clay content—10 to 17 percent
Reaction—slightly or moderately alkaline

*B horizon:*
Hue—5YR
Value—4 or 5 dry, 3 or 4 moist
Chroma—4 to 6
Texture, fine earth fraction—loam or fine sandy loam
Clay content—10 to 17 percent
Reaction—slightly or moderately alkaline

## *Romberg Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Canyons, hills, structural benches, and alluvial fans

*Parent material:* Colluvium and alluvium derived from sandstone and shale
*Slope:* 6 to 50 percent
*Elevation:* 5,400 to 6,800 feet
*Mean annual precipitation:* 10 to 14 inches
*Mean annual temperature:* 50 to 52 degrees F

### Taxonomic Class

Loamy-skeletal, mixed, superactive, mesic Ustic Haplargids

### Typical Pedon

Romberg very stony loam in an area of Romberg-Crosscan-Rock outcrop complex, 25 to 80 percent slopes, about 1,770 feet east and 1,950 feet north of the southwest corner of sec. 30, T. 37 N., R. 17 W.

A—0 to 2 inches; dark brown (7.5YR 4/4) very stony loam, dark brown (7.5YR 3/4) moist; moderate medium and coarse granular structure; soft, very friable, slightly sticky and slightly plastic; 15 percent gravel, 5 percent cobbles, and 30 percent stones; neutral (pH 7.2); clear wavy boundary.

BA—2 to 5 inches; dark brown (7.5YR 4/4) very stony clay loam, dark brown (7.5YR 3/4) moist; weak medium subangular blocky structure; hard, friable, moderately sticky and moderately plastic; 15 percent gravel, 5 percent cobbles, and 30 percent stones; slightly alkaline (pH 7.5); clear wavy boundary.

Bt—5 to 11 inches; brown (7.5YR 5/4) very stony clay loam, dark brown (7.5YR 4/4) moist; weak medium and coarse subangular blocky structure; very hard, firm, moderately sticky and moderately plastic; 15 percent gravel, 5 percent cobbles, and 30 percent stones; violently effervescent; moderately alkaline (pH 8.2); gradual wavy boundary.

Btk—11 to 20 inches; light brown (7.5YR 6/4) very stony clay loam, dark brown (7.5YR 4/4) moist; weak medium and coarse subangular blocky structure; very hard, firm, moderately sticky and moderately plastic; 15 percent gravel, 5 percent cobbles, and 30 percent stones; few medium soft masses of calcium carbonate; strongly effervescent; moderately alkaline (pH 8.2); clear wavy boundary.

Bk1—20 to 35 inches; brown (7.5YR 5/4) very stony clay loam, dark brown (7.5YR 4/4) moist; weak fine and medium subangular blocky structure; very hard, firm, moderately sticky and moderately plastic; 15 percent gravel, 5 percent cobbles, and 30 percent stones; common medium soft masses of calcium carbonate; slightly effervescent; moderately alkaline (pH 8.4); clear wavy boundary.

Bk2—35 to 48 inches; brown (7.5YR 5/4) very stony clay loam, dark brown (7.5YR 4/4) moist; weak medium subangular blocky structure; very hard, firm, moderately sticky and moderately plastic; 15 percent gravel, 5 percent cobbles, and 30 percent stones; few fine soft masses of calcium carbonate; violently effervescent; slightly alkaline (pH 7.6); clear wavy boundary.

Bk3—48 to 60 inches; brown (10YR 5/3) very stony clay loam, dark brown (10YR 4/3) moist; massive; very hard, firm, moderately sticky and slightly plastic; 15 percent gravel, 5 percent cobbles, and 30 percent stones; common fine soft masses of calcium carbonate; violently effervescent; moderately alkaline (pH 8.4).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 3 to 40 inches

*A horizon:*
Hue—7.5YR to 2.5Y
Value—3 to 5 dry, 3 or 4 moist
Chroma—3 or 4
Clay content—15 to 27 percent
Rock fragment content—15 to 70 percent
Predominant rock fragment size—gravel, cobbles, and stones
Reaction—neutral or slightly alkaline

*Bt horizon:*
Hue—7.5YR to 2.5Y
Value—5 or 6 dry, 4 or 5 moist
Chroma—2 to 4
Texture, fine earth fraction—clay loam or loam
Clay content—18 to 35 percent
Rock fragment content—35 to 55 percent
Predominant rock fragment size—gravel, cobbles, and stones
Reaction—slightly or moderately alkaline

*Bk horizon:*
Hue—7.5YR or 10YR
Value—5 or 6 dry, 4 or 5 moist
Chroma—3 to 5
Texture, fine earth fraction—clay loam or loam
Clay content—18 to 35 percent
Rock fragment content—35 to 70 percent
Reaction—slightly or moderately alkaline

## *Roubideau Series*

### Setting

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Landscape position:* Mesas
*Parent material:* Eolian material derived from sandstone
*Slope:* 1 to 6 percent
*Elevation:* 6,800 to 7,800 feet
*Mean annual precipitation:* 16 to 19 inches
*Mean annual temperature:* 47 to 50 degrees F

### Taxonomic Class

Fine-silty, mixed, superactive, mesic Aridic Haplustalfs

### Typical Pedon

Roubideau loam, 1 to 6 percent slopes, about 3,200 feet north and 100 feet west of the southeast corner of sec. 31, T. 35 N., R. 15 W.

A1—0 to 2 inches; brown (7.5YR 5/3) loam, dark brown (7.5YR 3/3) moist; weak fine granular structure; soft, very friable, slightly sticky and slightly plastic; many very fine roots throughout; noneffervescent; neutral (pH 7.0); abrupt smooth boundary.

A2—2 to 6 inches; brown (7.5YR 5/3) loam, dark brown (7.5YR 3/3) moist; weak fine subangular blocky structure; soft, very friable, slightly sticky and slightly plastic; many very fine roots throughout; few medium discontinuous tubular pores; noneffervescent; neutral (pH 7.0); abrupt smooth boundary.

Bt1—6 to 12 inches; brown (7.5YR 5/4) loam, brown (7.5YR 4/4) moist; moderate medium subangular blocky structure; very hard, firm, slightly sticky and slightly plastic; common very fine roots throughout; few very fine discontinuous tubular pores; few faint patchy clay films on faces of peds and in pores; noneffervescent; neutral (pH 7.0); clear smooth boundary.

Bt2—12 to 23 inches; brown (7.5YR 5/4) loam, brown (7.5YR 4/4) moist; moderate medium prismatic structure; very hard, firm, slightly sticky and slightly plastic; common very fine roots throughout; common very fine discontinuous tubular pores; few faint patchy clay films on faces of peds and in pores; noneffervescent; neutral (pH 7.0); clear smooth boundary.

Bt3—23 to 36 inches; strong brown (7.5YR 5/6) loam, strong brown (7.5YR 4/6) moist; moderate medium subangular blocky structure; very hard, firm, slightly sticky and slightly plastic; common fine roots throughout; few very fine vesicular pores and few fine discontinuous tubular pores; common faint continuous clay films on faces of peds and in pores; noneffervescent; slightly alkaline (7.4); clear wavy boundary.

Bt4—36 to 38 inches; strong brown (7.5YR 5/6) channery loam, strong brown (7.5YR 4/6) moist; moderate medium subangular blocky structure; very hard, firm, slightly sticky and slightly plastic; common medium roots throughout; common faint continuous clay films on faces of peds and in pores; noneffervescent; 5 percent sandstone gravel and 15 percent sandstone channers; slightly alkaline (pH 7.4); clear smooth boundary.

2R—38 inches; brownish yellow Cliffhouse Sandstone.

### Range in Characteristics

*Depth to bedrock:* 20 to 40 inches

*A horizon:*
Hue—7.5YR or 10YR
Value—5 to 7 dry, 3 to 6 moist
Chroma—1 to 4
Clay content—10 to 27 percent
Rock fragment content—0 to 5 percent
Predominant rock fragment size—gravel
Reaction—neutral or slightly alkaline

*Bt horizon:*
Hue—5YR or 7.5YR
Value—5 to 7 dry, 4 to 6 moist
Chroma—3 to 6
Texture, fine earth fraction—loam, clay loam, or silty clay loam
Clay content—18 to 35 percent
Rock fragment content—0 to 20 percent
Predominant rock fragment size—gravel and channers
Reaction—neutral or slightly alkaline

## *Ruinpoint Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Mesas
*Parent material:* Eolian material derived from sandstone
*Slope:* 1 to 8 percent

*Elevation:* 5,400 to 5,600 feet
*Mean annual precipitation:* 10 to 12 inches
*Mean annual temperature:* 50 to 52 degrees F

#### Taxonomic Class

Fine-silty, mixed, superactive, mesic Ustic Haplocambids

#### Typical Pedon

Ruinpoint very fine sandy loam, in an area of Ruinpoint-Cahona association, from the adjoining San Juan County, Utah, Central Part, Soil Survey; about 1,000 feet north and 500 feet west of the southeast corner of sec. 8, T. 39 S., R. 26 E.

A—0 to 2 inches; yellowish red (5YR 5/6) very fine sandy loam, reddish brown (5YR 4/4) moist; weak medium platy structure; soft, very friable, moderately sticky and nonplastic; few very fine and fine roots throughout; many fine interstitial pores; slightly effervescent; moderately alkaline (pH 8.0); clear smooth boundary.
Bw—2 to 13 inches; yellowish red (5YR 4/6) silt loam, yellowish red (5YR 4/6) moist; moderate medium subangular blocky structure; soft, friable, moderately sticky and slightly plastic; common very fine, fine, and medium roots throughout; common fine discontinuous tubular pores; slightly effervescent; moderately alkaline (pH 8.0); clear smooth boundary.
Bk1—13 to 23 inches; reddish yellow (5YR 6/6) silt loam, yellowish red (5YR 4/6) moist; massive; slightly hard, firm, moderately sticky and slightly plastic; common very fine, fine, and medium roots; common fine tubular pores; common fine irregular carbonate threads; strongly effervescent; moderately alkaline (pH 8.2); clear smooth boundary.
Bk2—23 to 60 inches; reddish yellow (5YR 6/6) silt loam, yellowish red (5YR 5/6) moist; massive; slightly hard, firm, moderately sticky and slightly plastic; few very fine, fine, and medium roots; few fine discontinuous tubular pores; common fine carbonate threads; strongly effervescent; moderately alkaline (pH 8.4).

#### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Rock fragment content:* 0 to 5 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—5YR
Value—4 or 5 dry, 3 or 4 moist
Chroma—4 to 8
Clay content—15 to 20 percent
Reaction—slightly or moderately alkaline

*Bw horizon:*
Hue—5YR
Value—4 to 6 dry or moist
Chroma—4 to 6
Clay content—10 to 25 percent
Reaction—slightly or moderately alkaline

*Bk horizon:*
Hue—5YR
Value—6 to 8 dry, 4 to 6 moist
Chroma—3 to 8
Texture, fine earth fraction—silt loam or silty clay loam
Clay content—18 to 35 percent
Reaction—moderately or strongly alkaline

Typical pedon is shared with the San Juan County, Utah, Central Part, Soil Survey to facilitate joining.

## *Sanchez Series*

#### Setting

*Depth class:* Shallow
*Drainage class:* Well drained
*Landscape position:* Hills and ridges
*Parent material:* Colluvium and residuum derived from sandstone
*Slope:* 12 to 45 percent
*Elevation:* 7,800 to 8,500 feet
*Mean annual precipitation:* 18 to 20 inches
*Mean annual temperature:* 43 to 47 degrees F

#### Taxonomic Class

Loamy-skeletal, mixed, superactive, frigid Lithic Haplustalfs

#### Typical Pedon

Sanchez stony sandy clay loam in an area of Archuleta-Sanchez complex, 12 to 65 percent slopes, from the adjoining La Plata County Area, Colorado, Soil Survey; about 1,150 feet west and 850 feet south of the northeast corner of sec. 24, T. 35 N., R. 8 W.

E—0 to 5 inches; pale brown (10YR 6/3) stony sandy clay loam, brown (10YR 5/3) moist; weak medium granular structure; hard, friable, slightly sticky and nonplastic; 10 percent gravel, 10 percent cobbles, and 10 percent stones; neutral (pH 7.0); clear smooth boundary.
Bt—5 to 11 inches; light brownish gray (10YR 6/2) stony clay loam, dark grayish brown (10YR 4/2) moist; moderate medium granular structure; hard

firm, moderately sticky and moderately plastic; faint continuous clay films on faces of peds; 10 percent gravel and 20 percent stones; neutral (pH 7.0); clear smooth boundary.

BC—11 to 15 inches; light brownish gray (10YR 6/2) stony sandy clay loam, grayish brown (10YR 5/2) moist; weak medium granular structure; hard, firm, moderately sticky and slightly plastic; 10 percent gravel, 10 percent cobbles, and 10 percent stones; neutral (pH 7.0); abrupt smooth boundary.

R—15 inches; hard sandstone.

#### Range in Characteristics

*Depth to bedrock:* 11 to 20 inches
*Rock fragment content:* 30 to 55 percent
*Predominant rock fragment size:* gravel, cobbles, and stones

*E horizon:*
Hue—7.5YR or 10YR
Value—6 or 7 dry, 5 or 6 moist
Chroma—2 or 3
Clay content—20 to 35 percent
Reaction—slightly acid or neutral

*Bt horizon:*
Hue—7.5YR or 10YR
Value—5 or 6 dry, 4 or 5 moist
Chroma—2 to 4
Texture, fine earth fraction—clay loam or sandy clay loam
Clay content—20 to 35 percent
Reaction—slightly acid or neutral

Typical pedon is shared with the La Plata County Area, Colorado, Soil Survey to facilitate joining. The pedon is misclassified in the La Plata County Area Soil Survey due to insufficient coarse fragments.

## *Schrader Series*

#### Setting

*Depth class:* Very deep
*Drainage class:* Poorly drained
*Landscape position:* Flood plains
*Parent material:* Alluvium derived from mixed sources
*Slope:* 0 to 5 percent
*Elevation:* 7,000 to 7,200 feet
*Mean annual precipitation:* 16 to 20 inches
*Mean annual temperature:* 41 to 47 degrees F

#### Taxonomic Class

Coarse-loamy, mixed, superactive, frigid Cumulic Endoaquolls

#### Typical Pedon

Schrader loam in an area of Dalmatian-Apmay-Schrader complex, 0 to 5 percent slopes, from the adjoining Animas-Dolores Area, Colorado, Soil Survey; about 1,000 feet east and 1,350 feet south of the northwest corner of sec. 5, T. 38 N., R. 13 W.

Ap—0 to 4 inches; dark grayish brown (10YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; moderate fine subangular blocky structure parting to weak fine granular; hard, friable, nonsticky and slightly plastic; many very fine and common fine and medium roots; many very fine continuous pores; slightly effervescent; slightly alkaline (pH 7.4); clear smooth boundary.

A—4 to 13 inches; dark grayish brown (10YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; weak fine subangular blocky structure; hard, friable, nonsticky and slightly plastic; common very fine and few medium roots; common very fine continuous pores; slightly effervescent; neutral (pH 7.2); clear smooth boundary.

AC1—13 to 17 inches; dark brown (10YR 4/3) fine sandy loam, very dark grayish brown (10YR 3/2) moist; common medium distinct strong brown (7.5YR 5/6) iron masses; massive; hard, very friable, nonsticky and nonplastic; few very fine roots; few very fine continuous pores; neutral (pH 7.0); clear smooth boundary.

AC2—17 to 24 inches; brown (10YR 4/3) sandy clay loam, very dark grayish brown (10YR 3/2) moist; common medium distinct strong brown (7.5YR 4/6) iron masses; weak, medium subangular blocky structure; slightly hard, very friable, nonsticky and nonplastic; few very fine roots; few very fine continuous pores; neutral (pH 6.8); clear smooth boundary.

C—24 to 60 inches; brown (10YR 5/3) fine sandy loam, dark brown (10YR 3/3) moist; many medium prominent strong brown (7.5YR 4/6) iron masses; massive; slightly hard, very friable, nonsticky and nonplastic; neutral (pH 7.0).

#### Range in Characteristics

*Thickness of the mollic epipedon:* 24 to 60 inches
*Depth to bedrock:* more than 60 inches
*Rock fragment content:* 0 to 10 percent

*Predominant rock fragment size:* gravel
*Depth to water table:* 12 to 24 inches

*A horizon:*
Hue—7.5YR or 10YR
Value—4 or 5 dry, 2 or 3 moist
Chroma—1 to 3
Clay content—10 to 25 percent
Reaction—neutral or slightly alkaline

*AC horizon, when present:*
Hue—7.5YR or 10YR
Value—4 or 5 dry, 2 or 3 moist
Chroma—1 to 3
Texture, fine earth fraction—fine sandy loam, loam, or stratified fine sandy loam-sandy clay loam
Reaction—neutral or slightly alkaline

*C horizon:*
Hue—7.5YR to 2.5Y
Value—4 to 6 dry, 3 or 4 moist
Chroma—1 to 3
Texture, fine earth fraction—fine sandy loam
Clay content—8 to 15 percent
Reaction—neutral or slightly alkaline

Typical pedon is shared with the Animas-Dolores Area, Colorado, Soil Survey to facilitate joining.

## Sharps Series

### Setting

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Landscape position:* Mesas and hills
*Parent material:* Eolian material derived from sandstone
*Slope:* 2 to 12 percent
*Elevation:* 6,200 to 7,400 feet
*Mean annual precipitation:* 13 to 16 inches
*Mean annual temperature:* 46 to 50 degrees F

### Taxonomic Class

Fine-silty, mixed, superactive, mesic Aridic Haplustalfs

### Typical Pedon

Sharps loam in an area of Sharps-Pulpit complex, 2 to 6 percent slopes, about 200 feet east and 600 feet south of the northwest corner of sec. 18, T. 41 N., R. 19 W. (fig. 9)

Ap—0 to 6 inches; light reddish brown (5YR 6/4) loam, reddish brown (5YR 4/4) moist; moderate medium granular structure; slightly hard, very friable, slightly sticky and slightly plastic; neutral (pH 7.0); clear smooth boundary.

BA—6 to 9 inches; light reddish brown (5YR 6/4) loam, reddish brown (5YR 4/4) moist; weak medium subangular blocky structure parting to moderate medium granular; slightly hard, very friable, slightly sticky and slightly plastic; few faint clay films on the inside of root channels; moderately alkaline (pH 8.1); clear smooth boundary.

Bt—9 to 19 inches; reddish brown (5YR 5/4) clay loam, reddish brown (5YR 4/4) moist; moderate medium prismatic structure parting to moderate medium subangular blocky; hard, friable, slightly sticky and slightly plastic; common distinct clay films on faces of peds and in root channels; moderately alkaline (pH 8.1); clear wavy boundary.

Bk1—19 to 25 inches; light reddish brown (5YR 6/4) loam, reddish brown (5YR 5/4) moist; weak medium subangular blocky structure; hard, friable, slightly sticky and slightly plastic; few faint patchy clay films on faces of peds and in root channels; visible secondary calcium carbonate occurring as soft masses and in thin seams and streaks; violently effervescent; moderately alkaline (pH 8.1); gradual wavy boundary.

Bk2—25 to 30 inches; pink (5YR 8/4) loam, pink (5YR 7/4) moist; massive; hard, friable, slightly sticky and slightly plastic; visible secondary calcium carbonate occurring in finely divided forms; violently effervescent; moderately alkaline (pH 8.1); gradual wavy boundary.

2Cr—30 inches; shale and soft sandstone.

### Range in Characteristics

*Depth to bedrock:* 20 to 40 inches
*Depth to carbonates:* 6 to 30 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—5YR to 10YR
Value—5 to 7 dry, 3 to 6 moist
Chroma—2 to 6
Clay content—10 to 27 percent
Reaction—neutral or slightly alkaline

*Bt horizon:*
Hue—5YR or 7.5YR
Value—5 to 7 dry, 3 to 6 moist
Chroma—3 to 6
Texture, fine earth fraction—loam, clay loam, or silty clay loam




**Fig. 9.—Typical profile of Sharps loam, 6 to 12 percent slopes, with soft sandstone and shale bedrock below 25 inches.**

Clay content—18 to 35 percent
Reaction—neutral to moderately alkaline

*Bk horizon:*
Hue—5YR to 10YR
Value—4 to 8 dry, 4 to 7 moist
Chroma—4 to 8 moist
Texture, fine earth fraction—loam, silty clay loam, or clay loam
Clay content—18 to 35 percent
Reaction—strongly alkaline

The soils mapped as Sharps in map unit 114-Sharps loam, dry, 6 to 12 percent slopes and map unit 115-Sharps, dry-Gapmesa complex, 6 to 12 percent slopes are taxadjuncts to the series. They are in an aridic moisture regime that borders ustic. The Sharps series are in an ustic moisture regime that borders aridic. However, these soils are morphologically similar to the series and give similar responses to use and management. In this survey area the Sharps, dry soils are fine-silty, mixed, superactive, mesic Ustic Haplargids.

## *Sheek Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Alluvial fans, canyons, and hills
*Parent material:* Colluvium and slope alluvium derived from sandstone and shale
*Slope:* 6 to 80 percent
*Elevation:* 7,100 to 8,500 feet
*Mean annual precipitation:* 15 to 20 inches
*Mean annual temperature:* 40 to 47 degrees F

### Taxonomic Class

Loamy-skeletal, mixed, superactive, frigid Typic Haplustalfs

### Typical Pedon

Sheek very stony sandy loam in an area of Sheek-Archuleta-Rock outcrop complex, 25 to 80 percent slopes, about 900 feet north and 200 feet west of the southeast corner of sec. 36, T. 36 N., R. 13 W.

Oe—0 to 1 inch; moderately decomposed leaves, twigs, and needles; abrupt smooth boundary.
A—1 to 5 inches; brown (10YR 5/3) very stony sandy loam, dark brown (10YR 3/3) moist; moderate fine granular structure; hard, friable, slightly sticky and nonplastic; 10 percent gravel, 15 percent cobbles, and 15 percent stones; neutral (pH 6.8); clear wavy boundary.

Bt1—5 to 11 inches; brown (7.5YR 5/4) very stony clay loam, dark brown (7.5YR 4/4) moist; moderate fine subangular blocky structure; hard, firm, moderately sticky and moderately plastic; very few faint clay films on faces of peds; 15 percent gravel, 15 percent cobbles, and 20 percent stones; neutral (pH 6.8); gradual wavy boundary.

Bt2—11 to 17 inches; brown (7.5YR 5/4) very stony clay loam, dark brown (7.5YR 4/4) moist; moderate medium subangular blocky structure; hard, firm, moderately sticky and moderately plastic; few faint clay films on faces of peds; 15 percent gravel, 15 percent cobbles, and 20 percent stones; neutral (pH 7.0); gradual wavy boundary.

Bt3—17 to 27 inches; brown (7.5YR 5/4) very stony clay loam, dark brown (7.5YR 4/4) moist; strong coarse subangular blocky structure parting to strong medium angular blocky; very hard, very firm, moderately sticky and moderately plastic; common distinct clay films on faces of peds and in pores; 25 percent gravel, 10 percent cobbles, and 20 percent stones; slightly acid (pH 6.5); gradual wavy boundary.

Bt4—27 to 43 inches; brown (7.5YR 5/4) very stony clay loam, dark brown (7.5YR 4/4) moist; moderate medium subangular blocky structure; very hard, firm, moderately sticky and moderately plastic; few distinct clay films on faces of peds; 25 percent gravel, 10 percent cobbles, and 20 percent stones; neutral (pH 6.6); gradual smooth boundary.

BC—43 to 60 inches; brown (7.5YR 5/4) very stony clay loam, dark brown (7.5YR 4/4) moist; massive to weak medium subangular blocky structure; very hard, very firm, moderately sticky and moderately plastic; 30 percent gravel, 5 percent cobbles, and 20 percent stones; slightly alkaline (pH 7.4).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 40 to more than 60 inches

*A horizon:*
Hue—7.5YR or 10YR
Value—4 or 5 dry, 2 or 3 moist
Chroma—2 to 4
Texture, fine earth fraction—loam, clay loam, or sandy loam
Clay content—10 to 20 percent
Reaction—slightly acid or neutral

*Bt horizon:*
Hue—7.5YR to 2.5Y
Value—4 to 6 dry, 3 to 5 moist
Chroma—4 to 6
Texture, fine earth fraction—loam, clay loam, or sandy clay loam
Rock fragment content—35 to 70 percent
Predominant rock fragment size—gravel, cobbles, and stones
Clay content—18 to 35 percent
Reaction—slightly acid to slightly alkaline

*BC horizon:*
Hue—7.5YR to 2.5Y
Value—4 to 6 dry, 3 to 5 moist
Chroma—4 to 6
Clay content—27 to 35 percent
Reaction—slightly acid to slightly alkaline

## *Sheppard Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Somewhat excessively drained
*Landscape position:* Dunes, alluvial fans, and terraces
*Parent material:* Eolian material derived from sandstone
*Slope:* 1 to 6 percent
*Elevation:* 5,000 to 5,700 feet
*Mean annual precipitation:* 8 to 10 inches
*Mean annual temperature:* 52 to 56 degrees F

### Taxonomic Class

Mixed, mesic Typic Torripsamments

### Typical Pedon

Sheppard fine sand, 1 to 6 percent slopes, about 2,640 feet east and 2,640 feet north of the southwest corner of sec. 14, T. 35 N., R. 20 W.

C1—0 to 2 inches; light brown (7.5YR 6/4) fine sand, brown (7.5YR 5/4) moist; weak thick platy structure parting to single grain; loose, very friable, nonsticky and nonplastic; slightly effervescent; moderately alkaline (pH 8.2); clear smooth boundary.

C2—2 to 7 inches; light brown (7.5YR 6/4) fine sand, brown (7.5YR 5/4) moist; massive and single grain; soft, very friable, nonsticky and nonplastic; slightly effervescent; moderately alkaline (pH 8.4); gradual smooth boundary.

C3—7 to 60 inches; brown (7.5YR 5/4) fine sand, dark brown (7.5YR 4/4) moist; massive and single grain; soft, very friable, nonsticky and nonplastic; slightly effervescent; slightly alkaline (pH 7.8).

**Range in Characteristics**

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 0 to 10 inches
*Rock fragment content:* 0 to 5 percent
*Predominant rock fragment size:* gravel

*C horizon:*
Hue—5YR or 7.5YR
Value—5 to 7 dry, 4 to 6 moist
Chroma—3 to 6
Clay content—3 to 10 percent
Reaction—slightly or moderately alkaline

## Sideshow Series

**Setting**

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Hills, alluvial fans, and terraces
*Parent material:* Alluvium derived from shale
*Slope:* 0 to 40 percent
*Elevation:* 6,000 to 7,500 feet
*Mean annual precipitation:* 13 to 16 inches
*Mean annual temperature:* 46 to 50 degrees F

**Taxonomic Class**

Fine, smectitic, mesic Aridic Haplusterts

**Typical Pedon**

Sideshow silty clay loam, 6 to 12 percent slopes, about 2,350 feet east and 1,800 feet south of the northwest corner of sec. 30, T. 36 N., R. 14 W.

A—0 to 3 inches; brown (10YR 5/3) silty clay loam, brown (10YR 4/3) moist; moderate medium granular structure; very hard, firm, very sticky and very plastic; common very fine and fine roots throughout; many fine pores; slightly effervescent; 1 percent gravel; moderately alkaline (pH 8.0); clear wavy boundary.

AB—3 to 6 inches; brown (10YR 5/3) clay, brown (10YR 4/3) moist; moderate coarse subangular blocky structure; very hard, firm, very sticky and very plastic; common very fine and fine roots throughout; common fine pores; 1 cm-wide cracks along ped faces; slightly effervescent; 1 percent gravel; moderately alkaline (pH 8.0); clear wavy boundary.

Bss—6 to 25 inches; brown (10YR 5/3) clay, dark grayish brown (10YR 4/2) moist; strong coarse prismatic structure parting to strong coarse angular blocky; extremely hard, very firm, very sticky and very plastic; common fine roots between peds; common fine tubular pores; intersecting slickensides; slightly effervescent; 1 percent sandstone gravel; moderately alkaline (pH 8.4); clear wavy boundary.

Bky—25 to 60 inches; brown (10YR 5/3) clay, dark grayish brown (10YR 4/2) moist; weak coarse angular blocky structure; extremely hard, very firm, very sticky and very plastic; common very fine and fine roots between peds; common fine tubular pores; common fine and medium threads and soft masses of lime and common fine and medium irregular masses of gypsum; slightly effervescent; 1 percent gravel; moderately alkaline (pH 8.2).

**Range in Characteristics**

*Depth to bedrock:* more than 60 inches
*Rock fragment content:* 0 to 5 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—7.5YR to 2.5Y
Value—4 to 6 dry, 3 or 4 moist
Chroma—1 to 3
Clay content—27 to 40 percent
Reaction—slightly or moderately alkaline

*B horizon:*
Hue—7.5YR to 2.5Y
Value—5 or 6 dry, 3 or 4 moist
Chroma—2 to 6
Texture, fine earth fraction—silty clay loam, clay loam, or clay
Clay content—35 to 60 percent
Reaction—slightly or moderately alkaline

## Sideslide Series

**Setting**

*Depth class:* Very deep
*Drainage class:* Somewhat poorly drained
*Landscape position:* Drainageways, hills, and alluvial fans
*Parent material:* Alluvium and slope alluvium derived from Mancos Shale
*Slope:* 3 to 9 percent
*Elevation:* 6,200 to 7,400 feet
*Mean annual precipitation:* 13 to 16 inches
*Mean annual temperature:* 46 to 50 degrees F

### Taxonomic Class

Fine-loamy, mixed, superactive, calcareous, mesic Typic Endoaquepts

### Typical Pedon

Sideslide silty clay loam, 3 to 9 percent slopes, about 2,300 feet east and 500 feet south of the northwest corner of sec. 8, T. 35 N., R. 13 W.

Ap—0 to 3 inches; pale brown (10YR 6/3) silty clay loam, very dark grayish brown (10YR 3/2) moist; weak medium granular structure; moderately hard, very firm, slightly sticky and moderately plastic; many very fine and common fine and medium roots throughout; violently effervescent; moderately alkaline (pH 8.2); clear smooth boundary.

Bw—3 to 25 inches; light brownish gray (10YR 6/2) silty clay loam, dark grayish brown (10YR 4/2) moist; common fine faint yellowish brown (10YR 5/4) iron accumulations; moderate very fine subangular blocky structure; very hard, firm, slightly sticky and moderately plastic; common very fine and fine, and few medium roots throughout; common very fine, fine, and medium discontinuous tubular pores; violently effervescent; moderately alkaline (pH 8.2); gradual smooth boundary.

C1—25 to 40 inches; light brownish gray (10YR 6/2) silty clay loam, dark grayish brown (10YR 4/2) moist; common fine faint yellowish brown (10YR 5/4) iron accumulations and common prominent gray (2.5Y 6/1) iron depletions; massive; very hard, firm, slightly sticky and moderately plastic; many continuous faint pressure faces throughout; common very fine and few moderate roots throughout; common very fine and fine discontinuous tubular pores; few fine carbonate threads; strongly effervescent; moderately alkaline (pH 8.2); gradual smooth boundary.

C2—40 to 60 inches; light brownish gray (10YR 6/2) clay, dark grayish brown (2.5Y 4/2) moist; common fine faint yellowish brown (10YR 5/4) iron masses and common prominent gray (2.5Y 6/1) iron depletions; massive; very hard, firm, slightly sticky and very plastic; few very fine roots throughout; few fine carbonate threads; strongly effervescent; moderately alkaline (pH 8.2).

### Range in Characteristics

*Control section clay content:* 27 to 35 percent
*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 10 to 40 inches
*Depth to water table:* 12 to 24 inches

*A horizon:*
Hue—10YR
Value—5 or 6 dry, 3 or 4 moist
Chroma—2 or 3
Clay content—27 to 40 percent
Rock fragment content—0 to 10 percent
Predominant rock fragment size—gravel
Reaction—slightly or moderately alkaline

*Bw & C horizon:*
Hue—10YR or 2.5Y
Value—5 or 6 dry, 3 to 5 moist
Chroma—1 to 3
Texture, fine earth fraction—silty clay loam, clay loam, or clay
Clay content—27 to 50 percent
Rock fragment content—0 to 3 percent
Predominant rock fragment size—gravel
Reaction—moderately alkaline

## *Stephouse Series*

### Setting

*Depth class:* Shallow and very shallow
*Drainage class:* Well drained
*Landscape position:* Ridges and mesas
*Parent material:* Residuum derived from sandstone and shale
*Slope:* 3 to 10 percent
*Elevation:* 6,800 to 7,500 feet
*Mean annual precipitation:* 16 to 18 inches
*Mean annual temperature:* 47 to 50 degrees F

### Taxonomic Class

Loamy, mixed, superactive, mesic Lithic Calciustepts

### Typical Pedon

Stephouse gravelly fine sandy loam in an area of Stephouse-Rock outcrop complex, 3 to 10 percent slopes, Mesa Verde National Park, unsectionalized area: lat. 37 degrees 08 minutes 56 seconds N. and long. 108 degrees 30 minutes 57 seconds W., NAD 27.

A—0 to 1 inch; yellowish brown (10YR 5/4) gravelly fine sandy loam, brown (10YR 4/3) moist; single grain; loose nonsticky and nonplastic; few very fine roots throughout; common fine rounded soft masses of carbonate; 30 percent gravel; strongly

effervescent; moderately alkaline (pH 8.3); abrupt smooth boundary.

Bk1—1 to 3 inches; yellowish brown (10YR 5/4) gravelly fine sandy loam, brown (10YR 4/3) moist; weak very fine granular; soft, very friable, slightly sticky and nonplastic; common very fine, fine, and medium roots throughout; common fine rounded soft masses of carbonate; 20 percent gravel; violently effervescent; moderately alkaline (pH 8.4); abrupt smooth boundary.

Bk2—3 to 8 inches; pale brown (10YR 6/3) gravelly fine sandy loam, brown (10YR 5/3) moist; massive; soft, very friable, slightly sticky and nonplastic; common very fine, fine, and medium roots throughout; many medium rounded soft masses of carbonate; 30 percent gravel; violently effervescent; moderately alkaline (pH 8.4); clear smooth boundary.

Bk3—8 to 12 inches; pale brown (10YR 6/3) very gravelly fine sandy loam, brown (10YR 5/3) moist; massive; soft, very friable, slightly sticky and nonplastic; common very fine, fine, and medium roots throughout; many medium rounded soft masses of carbonate; 40 percent gravel; violently effervescent; moderately alkaline (pH 8.4); abrupt smooth boundary.

R—12 inches; hard Cliffhouse Sandstone.

### Range in Characteristics

*Depth to bedrock:* 6 to 20 inches
*Depth to calcic horizon:* 0 to 6 inches
*Rock fragment content:* 5 to 50 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—7.5YR or 10YR
Value—5 to 7 dry, 4 or 5 moist
Chroma—3 to 6
Clay content—8 to 18 percent
Reaction—moderately alkaline

*Bk horizon:*
Hue—7.5YR or 10YR
Value—5 to 7 dry, 4 or 5 moist
Chroma—3 to 6
Texture, fine earth fraction—loam, fine sandy loam, or sandy loam
Clay content—8 to 18 percent
Reaction—moderately alkaline

## *Tesajo Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Moderately well drained
*Landscape position:* Flood plains
*Parent material:* Alluvium derived from mixed sources
*Slope:* 0 to 2 percent
*Elevation:* 6,200 to 7,000 feet
*Mean annual precipitation:* 13 to 16 inches
*Mean annual temperature:* 46 to 50 degrees F

### Taxonomic Class

Loamy-skeletal, mixed, superactive, mesic Cumulic Haplustolls

### Typical Pedon

Tesajo gravelly sandy loam in an area of Umbarg-Winner-Tesajo complex, 0 to 2 percent slopes, about 2,400 feet north and 1,900 feet west of the southeast corner of sec. 31, T. 36 N., R. 13 W.

A1—0 to 3 inches; very dark grayish brown (10YR 3/2) gravelly sandy loam, very dark brown (10YR 2/2) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; 25 percent gravel and 5 percent cobbles; neutral (pH 6.6); clear wavy boundary.

A2—3 to 11 inches; dark grayish brown (10YR 4/2) very cobbly sandy loam, very dark brown (10YR 2/2) moist; weak medium subangular blocky structure; slightly hard, very friable, nonsticky and nonplastic; 35 percent gravel and 20 percent cobbles; neutral (pH 7.0); gradual wavy boundary.

A3—11 to 19 inches; dark grayish brown (10YR 4/2) extremely cobbly sandy loam, very dark grayish brown (10YR 3/2) moist; massive; slightly hard, very friable, nonsticky and nonplastic; 30 percent gravel and 35 percent cobbles; neutral (pH 7.0); clear wavy boundary.

A4—19 to 36 inches; grayish brown (10YR 5/2) extremely cobbly loamy sand, very dark grayish brown (10YR 3/2) moist; single grain; loose nonsticky and nonplastic; 25 percent gravel, 30 percent cobbles, and 10 percent stones; neutral (pH 7.0); clear wavy boundary.

Ag—36 to 60 inches; dark grayish brown (10YR 4/2) extremely cobbly sandy loam, very dark grayish brown (10YR 2/2) moist; few fine faint strong brown (7.5YR 5/6), moist, iron masses; single grain; loose nonsticky and nonplastic; 25 percent gravel, 30 percent cobbles, and 10 percent stones; thin dark coatings on rock fragments; neutral (pH 7.0).

### Range in Characteristics

*Thickness of the mollic epipedon:* 20 to more than 60 inches
*Depth to bedrock:* more than 60 inches

*Depth to carbonates:* 30 to more than 60 inches
*Depth to water table:* more than 40 inches
*Rock fragment content:* 15 to 80 percent
*Predominant rock fragment size:* gravel and cobbles

*A horizon:*
Hue—7.5YR or 10YR
Value—3 to 5 dry, 2 or 3 moist
Chroma—2 or 3
Clay content—10 to 18 percent
Reaction—neutral

*C horizon, if present:*
Hue—7.5YR or 10YR
Value—4 to 6 dry, 2 to 4 moist
Chroma—2 or 3
Texture, fine earth fraction—sandy loam or loamy sand
Clay content—10 to 18 percent
Reaction—neutral to moderately alkaline

## *Torriorthents*

### Setting

*Depth class:* Very shallow to very deep
*Drainage class:* Well to somewhat excessively drained
*Landscape position:* Escarpments, canyons, terraces, and hills
*Parent material:* Colluvium, alluvium, and residuum derived from mixed sources
*Slope:* 12 to 100 percent
*Elevation:* 5,000 to 7,000 feet
*Annual precipitation:* 8 to 16 inches
*Annual temperature:* 50 to 56 degrees F

### Taxonomic Class

Torriorthents

### Reference Pedon

Torriorthents in an area of Torriorthents-Badland complex, 25 to 100 percent slopes, about 150 feet east and 400 feet north of the southwest corner of sec. 23, T. 35 N., R. 16 W.

A—0 to 4 inches; very pale brown (10YR 7/4) silty clay loam, olive brown (2.5Y 4/3) moist; moderate fine granular structure; moderately hard, very friable, slightly sticky and slightly plastic; common very fine, common fine, and few medium roots throughout; violently effervescent; 2 percent gravel; moderately alkaline (pH 8.2); abrupt smooth boundary.

C1—4 to 11 inches; very pale brown (10YR 7/4) silty clay loam, olive brown (2.5Y 4/3) moist; weak medium platy structure; slightly hard, very friable, slightly sticky and slightly plastic; common very fine, common fine, and few medium roots throughout; common very fine and common fine discontinuous tubular pores; violently effervescent; 1 percent gravel; moderately alkaline (pH 8.2); clear smooth boundary.

C2—11 to 14 inches; very pale brown (10YR 7/4) silty clay loam, olive brown (2.5Y 4/3) moist; massive; slightly hard, very friable, slightly sticky and slightly plastic; common very fine and common fine roots throughout; common very fine discontinuous tubular pores; strongly effervescent; 1 percent gravel; moderately alkaline (pH 8.2); clear smooth boundary.

Cr—14 inches; soft Mancos Shale.

### Range in Characteristics

*Depth to bedrock:* 6 to more than 60 inches
*Depth to carbonates:* 0 to more than 60 inches
*Rock fragment content:* 0 to 60 percent
*Clay content:* 27 to 60 percent
*Reaction:* neutral to strongly alkaline

*A horizon:*
Hue—7.5YR to 2.5Y
Value—5 to 7 dry, 3 to 5 moist
Chroma—2 to 6

*C horizon:*
Hue—10YR or 2.5Y
Value—5 to 7 dry, 3 to 7 moist
Chroma—2 to 6
Texture—clay, silty clay loam, or clay loam

## *Tragmon Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Hills, canyons, mesas, and alluvial fans
*Parent material:* Colluvium, slope alluvium, and alluvium derived from sandstone and shale
*Slope:* 3 to 20 percent
*Elevation:* 7,100 to 8,500 feet
*Mean annual precipitation:* 15 to 20 inches
*Mean annual temperature:* 43 to 47 degrees F

### Taxonomic Class

Fine-loamy, mixed, superactive, frigid Typic Argiustolls

### Typical Pedon

Tragmon sandy loam in an area of Tragmon-Sheek complex, 12 to 25 percent slopes, about 2,900 feet east and 2,500 feet north of the southwest corner of sec. 33, T. 35 N., R. 15 W.

A1—0 to 2 inches; brown (10YR 5/3) sandy loam; dark brown (10YR 3/3) moist; single grain, loose nonsticky and nonplastic; many very fine roots throughout; 3 percent gravel; neutral (pH 7.2); abrupt smooth boundary.

A2—2 to 5 inches; brown (10YR 5/3) sandy loam; dark brown (10YR 3/3) moist; weak medium subangular blocky structure; slightly hard, very friable, nonsticky and nonplastic; common very fine roots throughout; few very fine vertical discontinuous tubular pores; 3 percent gravel; neutral (pH 7.2); clear smooth boundary.

A3—5 to 11 inches; brown (10YR 5/3) loam; dark brown (10YR 3/3) moist; weak medium subangular blocky structure; slightly hard, very friable, nonsticky and nonplastic; common very fine roots throughout; few very fine vertical discontinuous tubular pores; 3 percent gravel and 1 percent cobbles; neutral (pH 7.2); clear smooth boundary.

Bt1—11 to 36 inches; pale brown (10YR 6/3) loam; dark brown (10YR 3/3) moist; moderate medium subangular blocky structure; hard, firm, slightly sticky and slightly plastic; common very fine roots throughout; few very fine oblique and few fine oblique discontinuous tubular pores; common faint clay films on faces of peds and in pores; 3 percent gravel; neutral (pH 7.2); clear smooth boundary.

Bt2—36 to 40 inches; yellowish brown (10YR 5/4) loam; brown (10YR 4/3) moist; moderate medium subangular blocky structure; hard, firm, slightly sticky and slightly plastic; 3 percent gravel; neutral (pH 7.2); gradual smooth boundary.

C1—40 to 48 inches; light yellowish brown (10YR 6/4) loam; dark yellowish brown (10YR 4/4) moist; massive; hard firm, slightly sticky and slightly plastic; 7 percent gravel; neutral (pH 7.2); clear smooth boundary.

C2—48 to 60 inches; light yellowish brown (10YR 6/4) loam; dark yellowish brown (10YR 4/4) moist; massive; hard firm, slightly sticky and slightly plastic; 7 percent gravel; slightly effervescent; slightly alkaline (pH 7.8).

### Range in Characteristics

*Thickness of the mollic epipedon:* 7 to 16 inches
*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 40 to more than 60 inches

*A horizon:*
Hue—10YR
Value—3 to 5 dry, 2 or 3 moist
Chroma—2 or 3
Clay content—10 to 20 percent
Rock fragment content—0 to 20 percent
Predominant rock fragment size—gravel
Reaction—slightly acid to slightly alkaline

*B horizon:*
Hue—7.5YR or 10YR
Value—4 to 6 dry, 3 to 5 moist
Chroma—2 to 6
Texture, fine earth fraction—loam, sandy clay loam, or clay loam
Clay content—18 to 35 percent
Rock fragment content—0 to 20 percent
Predominant rock fragment size—gravel
Reaction—neutral to moderately alkaline

*C horizon:*
Hue—7.5YR or 10YR
Value—4 to 6 dry, 3 to 5 moist
Chroma—2 to 6
Texture, fine earth fraction—loam, sandy clay loam, or clay loam
Clay content—18 to 35 percent
Rock fragment content—0 to 30 percent
Predominant rock fragment size—gravel
Reaction—neutral to moderately alkaline

## *Typic Argiaquolls*

### Setting

*Depth class:* Very deep
*Drainage class:* Somewhat poorly drained
*Landscape position:* Drainageways
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 0 to 3 percent
*Elevation:* 7,400 to 8,000 feet
*Mean annual precipitation:* 15 to 20 inches
*Mean annual temperature:* 43 to 47 degrees F

### Taxonomic Class

Typic Argiaquolls

### Reference Pedon

Typic Argiaquolls, 0 to 3 percent slopes, 300 feet west, 800 feet south of the northeast corner sec. 30, T. 35 N., R. 14 W.

A1—0 to 4 inches; very dark grayish brown (10YR 3/2) loam, black (10YR 2/1) moist; moderate medium granular structure; slightly hard, very friable, slightly sticky and slightly plastic; common very fine, coarse and medium roots throughout; slightly alkaline (pH 7.6); clear smooth boundary.

A2—4 to 10 inches; very dark grayish brown (10YR 3/2) silty clay loam, black (10YR 2/1) moist; few fine prominent yellowish red (5YR 5/6) (moist) iron masses; moderate medium granular structure; slightly hard, very friable, slightly sticky and slightly plastic; common medium and very fine roots throughout; slightly alkaline (pH 7.6); clear smooth boundary.

Bt—10 to 24 inches; dark grayish brown (10YR 4/2) silty clay loam, black (10YR 2/1) moist; common fine prominent yellowish red (5YR 5/6) (moist) iron masses; moderate fine subangular blocky structure; slightly hard, friable, slightly sticky and moderately plastic; few medium and very fine roots throughout, common very fine and coarse discontinuous tubular pores; common distinct discontinuous clay films between sand grains; slightly alkaline (pH 7.8); clear smooth boundary.

Cg—24 to 60 inches; brown (10YR 5/3) silty clay loam, dark grayish brown (10YR 4/2) moist; common fine prominent yellowish red (5YR 5/6) (moist) iron masses; massive; slightly hard, friable, slightly sticky and slightly plastic; common medium and very fine roots throughout; common very fine discontinuous tubular pores; moderately alkaline (pH 8.0).

### Range in Characteristics

*Thickness of the mollic epipedon:* 10 to 30 inches
*Depth to bedrock:* more than 60 inches
*Rock fragment content:* 0 to 5 percent
*Predominant rock fragment size:* gravel
*Depth to water table:* 12 to 60 inches

*A horizon:*
Hue—10YR
Value—3 dry, 2 moist
Chroma—1 or 2 1 or
Clay content—15 to 35 percent
Reaction—slightly

*B horizon:*
Hue—10YR
Value—3 or 4 dry, 2 or 3 moist
Chroma—1 or 2
Texture, fine earth fraction—silty clay loam or clay loam
Clay content—27 to 35 percent
Reaction—slightly alkaline

*C horizon:*
Hue—10YR
Value—5 dry, 4 moist
Chroma—2 or 3
Texture, fine earth fraction—sandy loam, loam, or silty clay loam
Clay content—15 to 35 percent
Reaction—moderately alkaline

## *Typic Torriorthents*

### Setting

*Depth class:* Very shallow to very deep
*Drainage class:* Well or somewhat excessively drained
*Landscape position:* Terrace escarpments, hills, terraces, mesas, canyons, and alluvial fans
*Parent material:* Colluvium, alluvium, and residuum derived from mixed sources
*Slope:* 12 to 100 percent
*Elevation:* 5,000 to 5,700 feet
*Mean annual precipitation:* 8 to 10 inches
*Mean annual temperature:* 52 to 56 degrees F

### Taxonomic Class

Typic Torriorthents

### Reference Pedon

Typic Torriorthents in an area of Typic Torriorthents-Rock outcrop complex, 12 to 80 percent slopes, about 1,600 feet south and 800 feet west of the northeast corner of sec. 18, T. 35 N., R. 19 W.

A—0 to 3 inches; brown (7.5YR 5/4) extremely stony sandy loam, brown (7.5YR 4/4) moist; weak medium granular structure parting to single grain; soft, very friable, nonsticky and nonplastic; many very fine and fine roots; strongly effervescent; 40 percent gravel, 5 percent cobbles, and 20 percent stones; slightly alkaline (pH 7.5); clear wavy boundary.

AC—3 to 7 inches; light brown (7.5YR 6/4) very stony clay loam, brown (7.5YR 5/3) moist; weak medium subangular blocky structure parting to moderate medium granular; soft, very friable, slightly sticky and slightly plastic; many very fine and fine roots; strongly effervescent; 30 percent gravel, 5 percent cobbles, and 20 percent stones; moderately alkaline (pH 8.2); clear wavy boundary.

2Ck—7 to 16 inches; light gray (2.5Y 7/2) very stony silty clay loam, light brownish gray (2.5Y 6/2)

moist; massive; soft, very friable, slightly sticky and slightly plastic; common fine and very fine roots; strongly effervescent; disseminated calcium carbonate; 30 percent gravel, 5 percent cobbles, and 20 percent stones; moderately alkaline (pH 8.2); abrupt wavy boundary.

Cr—16 inches; soft, weathered, calcareous mudstone.

#### Range in Characteristics

*Depth to bedrock:* 10 to more than 60 inches
*Depth to carbonates:* 0 to more than 60 inches
*Rock fragment content:* 0 to 60 percent
*Predominant rock fragment size:* gravel, cobbles, and stones

*A horizon:*
Hue—7.5YR to 2.5Y
Value—4 to 6 dry, 3 to 5 moist
Chroma—2 to 6
Clay content—10 to 20 percent
Reaction—neutral to strongly alkaline

*C horizon:*
Hue—10YR to 2.5Y
Value—4 to 7 dry, 3 to 7 moist
Chroma—2 to 6
Texture, fine earth fraction—sandy loam, loam, silty clay loam, or clay loam
Clay content—10 to 35 percent
Reaction—neutral to strongly alkaline

### *Umbarg Series*

#### Setting

*Depth class:* Very deep
*Drainage class:* Moderately well drained
*Landscape position:* Flood plains
*Parent material:* Alluvium derived from mixed sources
*Slope:* 0 to 2 percent
*Elevation:* 6,200 to 7,000 feet
*Mean annual precipitation:* 13 to 16 inches
*Mean annual temperature:* 46 to 50 degrees F

#### Taxonomic Class

Fine-loamy, mixed, superactive, mesic Cumulic Haplustolls

#### Typical Pedon

Umbarg loam in an area of Umbarg-Winner-Tesajo complex, 0 to 2 percent slopes, about 800 feet north and 2,525 feet east of the southwest corner of sec. 31, T. 36 N., R. 13 W.

A1—0 to 2 inches; dark grayish brown (10YR 4/2) loam, black (10YR 2/1) moist; moderate fine granular structure; slightly hard, friable, nonsticky and nonplastic; neutral (pH 7.0); abrupt smooth boundary.

A2—2 to 5 inches; dark grayish brown (10YR 4/2) clay loam, black (10YR 2/1) moist; weak medium subangular blocky structure; hard, friable, slightly sticky and slightly plastic; slightly effervescent; slightly alkaline (pH 7.4); abrupt wavy boundary.

A3—5 to 12 inches; dark grayish brown (10YR 4/2) clay loam, very dark brown (10YR 2/2) moist; weak medium subangular blocky structure; hard, friable, slightly sticky and slightly plastic; few fine soft masses of calcium carbonate; strongly effervescent; slightly alkaline (pH 7.6); clear wavy boundary.

A4—12 to 33 inches; dark grayish brown (10YR 4/2) loam, very dark brown (10YR 2/2) moist; massive; slightly hard, friable, nonsticky and nonplastic; slightly alkaline (pH 7.6); gradual wavy boundary.

Ag—33 to 42 inches; grayish brown (10YR 5/2) loam, very dark grayish brown (10YR 3/2) moist; many large distinct strong brown (7.5YR 5/6), moist, iron masses; massive; slightly hard, friable, nonsticky and nonplastic; neutral (pH 7.2); clear wavy boundary.

Cg—42 to 60 inches; grayish brown (10YR 5/2) very gravelly loam, very dark grayish brown (10YR 3/2) moist; many large distinct strong brown (7.5YR 5/6), moist, iron masses; massive; slightly hard, friable, nonsticky and nonplastic; 35 percent gravel, 15 percent cobbles, and 10 percent stones; neutral (pH 7.2).

#### Range in Characteristics

*Thickness of the mollic epipedon:* 20 to more than 40 inches
*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 0 to 30 inches
*Depth to water table:* 36 to 60 inches

*A horizon:*
Hue—10YR
Value—4 or 5 dry, 2 or 3 moist
Chroma—1 to 3
Clay content—15 to 35 percent
Rock fragment content—0 to 5 percent
Predominant rock fragment size—gravel
Reaction—neutral to moderately alkaline

*C horizon:*
Hue—10YR
Value—4 to 6 dry, 3 or 4 moist

Chroma—2 or 3
Texture, fine earth fraction—loam or clay loam
Clay content—15 to 35 percent
Rock fragment content—0 to 60 percent
Predominant rock fragment size—gravel, cobbles, and stones
Reaction—neutral to moderately alkaline

## Ustic Torrifluvents

### Setting

*Depth class:* Very deep
*Drainage class:* Somewhat excessively drained
*Landscape position:* Drainageways and flood plains
*Parent material:* Alluvium derived from mixed sources
*Slope:* 0 to 3 percent
*Elevation:* 5,400 to 6,200 feet
*Mean annual precipitation:* 10 to 13 inches
*Mean annual temperature:* 50 to 52 degrees F

### Taxonomic Class

Ustic Torrifluvents

### Reference Pedon

Ustic Torrifluvents, 0 to 3 percent slopes, about 1,140 feet south and 900 feet west of the northeast corner of sec. 25, T. 37 N., R. 18 W.

A—0 to 3 inches; pale brown (10YR 6/3) loamy sand, brown (10YR 5/3) moist; weak medium granular structure; soft, loose, nonsticky and nonplastic; slightly effervescent; moderately alkaline (pH 8.2); clear wavy boundary.

C1—3 to 11 inches; pale brown (10YR 6/3) fine sandy loam, brown (10YR 5/3) moist; single grain; loose nonsticky and nonplastic; slightly effervescent; moderately alkaline (pH 8.2); clear wavy boundary.

C2—11 to 27 inches; brown (10YR 5/3) stratified very gravelly sandy loam, brown (10YR 4/3) moist; single grain; loose nonsticky and nonplastic; slightly effervescent; moderately alkaline (8.0); abrupt smooth boundary.

C3—27 to 38 inches; pale brown (10YR 6/3) loamy sand, brown (10YR 5/3) moist; massive; soft, very friable, nonsticky and nonplastic; slightly effervescent; moderately alkaline (pH 8.2); abrupt smooth boundary

C4—38 to 60 inches; brown (10YR 5/3) sandy loam, dark brown (10YR 3/3) moist; massive; soft, very friable, nonsticky and nonplastic; moderately alkaline (pH 8.0).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Rock fragment content:* 0 to 60 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—10YR
Value—4 to 6 dry, 3 to 5 moist
Chroma—2 to 6
Clay content—0 to 15 percent
Reaction—neutral to moderately alkaline

*C horizon:*
Hue—10YR
Value—4 to 6 dry, 3 to 5 moist
Chroma—2 to 6
Texture, fine earth fraction—loamy sand, sandy loam, loam, or clay loam
Clay content—0 to 35 percent
Reaction—neutral to moderately alkaline

## Ustic Torriorthents

### Setting

*Depth class:* Very deep
*Drainage class:* Well or somewhat excessively drained
*Landscape position:* Escarpments, alluvial fans, drainageways, terraces, and flood plains
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 1 to 60 percent
*Elevation:* 5,400 to 6,200 feet
*Mean annual precipitation:* 10 to 13 inches
*Mean annual temperature:* 50 to 52 degrees F

### Taxonomic Class

Ustic Torriorthents

### Reference Pedon

Ustic Torriorthents in an area of Ustic Torriorthents-Gullied land complex, 1 to 60 percent slopes, about 1,400 feet west and 2,400 feet north of the southeast corner of sec. 11, T. 35 N., R. 16 W.

A1—0 to 1 inch; brown (10YR 4/3) fine sandy loam, dark brown (10YR 3/3) moist; weak fine platy structure; soft, very friable, nonsticky and

nonplastic; common very fine and fine roots; slightly effervescent; slightly alkaline (pH 7.8); clear smooth boundary.

A2—1 to 7 inches; brown (10YR 5/3) fine sandy loam, brown (10YR 4/3) moist; weak fine platy structure; soft, very friable, nonsticky and nonplastic; many very fine and fine roots; strongly effervescent; moderately alkaline (pH 8.0); clear smooth boundary.

C—7 to 60 inches; pale brown (10YR 6/3) fine sandy loam, brown (10YR 4/3) moist; weak fine platy structure; slightly hard, friable, slightly sticky and slightly plastic; few fine and very fine roots; violently effervescent; 5 percent gravel; moderately alkaline (pH 8.2).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 0 to more than 20 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—7.5YR to 2.5Y
Value—4 to 6 dry, 3 to 5 moist
Chroma—2 to 6
Clay content—8 to 20 percent
Reaction—slightly or moderately alkaline

*C horizon:*
Hue—7.5YR to 2.5Y
Value—4 to 7 dry, 3 to 7 moist
Chroma—2 to 6
Texture, fine earth fraction—fine sandy loam, sandy loam, loam, silty clay loam, or clay loam
Clay content—8 to 35 percent
Reaction—slightly or moderately alkaline

## *Ustifluvents*

### Setting

*Depth class:* Very deep
*Drainage class:* Well or moderately well drained
*Landscape position:* Flood plains
*Parent material:* Alluvium derived from mixed sources
*Slope:* 0 to 5 percent
*Elevation:* 7,100 to 8,500 feet
*Mean annual precipitation:* 18 to 20 inches
*Mean annual temperature:* 43 to 47 degrees F

### Taxonomic Class

Ustifluvents

### Reference Pedon

Ustifluvents in an area of Endoaquolls-Ustifluvents complex, 0 to 5 percent slopes, from the adjoining Animas-Dolores Area, Colorado, Soil Survey; located in the northwest quarter of the southeast quarter of sec. 2, T. 38 N., R. 14 W.

A—0 to 6 inches; reddish brown (5YR 5/3) loam, dark reddish brown (5YR 3/3) moist; moderate fine granular structure; soft, very friable, nonsticky and nonplastic; common medium and fine roots; neutral (pH 7.0); clear smooth boundary.

AC—6 to 17 inches; yellowish red (5YR 5/6) and reddish gray (5YR 5/2) loam stratified with fine sandy loam; reddish brown (5YR 4/3) moist; moderate medium granular structure; soft, very friable, nonsticky, and nonplastic; common medium and fine roots; neutral (pH 7.0); clear smooth boundary.

C1—17 to 24 inches; reddish brown (5YR 5/3) and light reddish brown (5YR 6/3) stratified sandy loam and loam, reddish brown (5YR 4/3) moist; weak medium subangular blocky structure; soft, very friable, nonsticky, and nonplastic; common medium and fine roots; common large pores; neutral (pH 7.0); clear smooth boundary.

C2—24 to 30 inches; reddish gray (5YR 5/2) and light reddish brown (5YR 6/3) stratified loam and fine sandy loam, dark reddish gray (5YR 4/2) moist; common medium distinct (10YR 4/4) iron masses; weak medium subangular blocky structure; soft, very friable, nonsticky and nonplastic; common medium roots; neutral (pH 7.0); clear smooth boundary.

2C—30 to 60 inches; stratified sand, gravel, and cobbles.

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to water table:* 40 to 60 inches

*A horizon:*
Hue—2.5YR to 10YR
Clay content—10 to 27 percent
Rock fragment content—0 to 15 percent
Predominant rock fragment size—gravel
Reaction—slightly acid or neutral

*C horizon:*
Hue—2.5YR to 10YR
Texture, fine earth fraction—stratified loam, sandy loam, fine sandy loam, or loamy sand
Clay content—3 to 25 percent

Rock fragment content—60 to 90 percent
Predominant rock fragment size—gravel
Reaction—slightly acid or neutral

*2C horizon:*
Hue—2.5YR to 10YR
Texture, fine earth fraction—stratified loam, sandy loam, fine sandy loam, or loamy sand
Clay content—3 to 25 percent
Rock fragment content—60 to 90 percent
Predominant rock fragment size—gravel and cobbles
Reaction—slightly acid or neutral

Typical pedon is shared with the Animas-Dolores Area, Colorado, Soil Survey to facilitate joining.

## Ustorthents

### Setting

*Depth class:* Shallow to very deep
*Drainage class:* Well or somewhat excessively drained
*Landscape position:* Terrace escarpments, terraces, and hills
*Parent material:* Alluvium, residuum, and eolian material derived from mixed sources
*Slope:* 12 to 65 percent
*Elevation:* 6,200 to 7,400 feet
*Mean annual precipitation:* 13 to 16 inches
*Mean annual temperature:* 46 to 50 degrees F

### Taxonomic Class

Ustorthents

### Reference Pedon

Ustorthents, 12 to 65 percent slopes, about 800 feet east and 1,700 feet south of the northwest corner of sec. 32, T. 36 N., R. 13 W.

A—0 to 3 inches; brown (7.5YR 5/2) very cobbly loam, dark brown (7.5YR 4/2) moist; weak medium granular structure; soft, very friable, nonsticky and nonplastic; many very fine and fine roots; 25 percent gravel, 25 percent cobbles, and 5 percent stones; neutral (pH 7.2); clear wavy boundary.

AC—3 to 14 inches; brown (7.5YR 5/4) very cobbly loam, dark brown (7.5YR 4/3) moist; weak medium subangular blocky structure parting to moderate medium granular; soft, very friable, slightly sticky and slightly plastic; many very fine and fine roots; 15 percent gravel, 25 percent cobbles, and 10 percent stones; neutral (pH 7.3); clear wavy boundary.

C1—14 to 36 inches; brown (7.5YR 5/4) extremely cobbly loam, dark brown (7.5YR 4/3) moist; weak medium subangular blocky structure parting to moderate medium granular; soft, very friable, slightly sticky and slightly plastic; many very fine and fine roots; 25 percent gravel, 35 percent cobbles, and 10 percent stones; neutral (pH 7.3); clear wavy boundary.

C2—36 to 60 inches; brown (7.5YR 5/2) very stony sandy loam, brown (7.5YR 5/2) moist; massive; soft, very friable, slightly sticky and slightly plastic; common fine and very fine roots; 30 percent gravel, 5 percent cobbles, and 20 percent stones; slightly effervescent; slightly alkaline (pH 7.8); abrupt wavy boundary.

### Range in Characteristics

*Depth to bedrock:* 10 to more than 60 inches
*Depth to carbonates:* 0 to more than 60 inches
*Rock fragment content:* 0 to 80 percent
*Predominant rock fragment size:* gravel, cobbles, and stones

*A horizon:*
Hue—7.5YR to 10YR
Value—4 to 6 dry, 3 to 5 moist
Chroma—2 to 6
Clay content—8 to 20 percent
Reaction—neutral to moderately alkaline

*C horizon:*
Hue—7.5YR to 10YR
Value—4 to 7 dry, 3 to 7 moist
Chroma—2 to 6
Texture, fine earth fraction—sandy loam, loam, or clay loam
Clay content—8 to 35 percent
Reaction—neutral to moderately alkaline

## Uzacol Series

### Setting

*Depth class:* Deep
*Drainage class:* Well drained
*Landscape position:* Hills
*Parent material:* Slope alluvium over residuum derived from Morrison Shale
*Slope:* 3 to 9 percent
*Elevation:* 5,000 to 5,700 feet
*Mean annual precipitation:* 8 to 10 inches
*Mean annual temperature:* 52 to 56 degrees F

### Taxonomic Class

Fine, smectitic, mesic Vertic Natrargids

### Typical Pedon

Uzacol clay loam in an area of Uzacol-Zwicker-Claysprings complex, 3 to 12 percent slopes, about 400 feet south and 1,800 feet west of the northeast corner of sec. 27, T. 36 N., R. 19 W.

A1—0 to 1 inch; light brown (7.5YR 6/4) clay loam with about 1 percent stones on the surface, brown (5YR 5/3) moist; moderate medium granular structure; slightly hard, friable, moderately sticky and moderately plastic; 5 percent gravel and 1 percent stones; strongly effervescent; moderately alkaline (pH 8.4); clear smooth boundary.

A2—1 to 5 inches; light brown (7.5YR 6/4) clay loam, brown (5YR 5/3) moist; weak thick platy structure parting to moderate medium granular; slightly hard, firm, moderately sticky and moderately plastic; strongly effervescent; moderately alkaline (pH 8.4); clear smooth boundary.

Btn1—5 to 16 inches; light brown (7.5YR 6/4) clay, brown (5YR 5/4) moist; moderate coarse prismatic structure parting to moderate medium subangular blocky and angular blocky; very hard, very firm, very sticky and moderately plastic; common faint clay films on the faces of peds and in pores; strongly effervescent; strongly alkaline (pH 9.0); gradual smooth boundary.

Btn2—16 to 26 inches; light brown (7.5YR 6/4) clay, reddish brown (5YR 5/4) moist; moderate medium subangular blocky structure; hard, very firm, very sticky and moderately plastic; common faint clay films on the faces of peds and in pores; strongly effervescent; strongly alkaline (pH 8.8); gradual smooth boundary.

Btn3—26 to 31 inches; light brown (7.5YR 6/4) clay, reddish brown (5YR 5/4) moist; weak to moderate medium subangular blocky structure; hard, firm, moderately sticky and moderately plastic; common faint clay films on the faces of peds and in pores; strongly effervescent; strongly alkaline (pH 8.8); gradual smooth boundary.

Bkn—31 to 45 inches; light reddish brown (5YR 6/4) clay, light reddish brown (5YR 6/3) moist; weak to moderate medium subangular blocky structure; hard, firm, moderately sticky and moderately plastic; 10 percent gravel; few fine soft masses of calcium carbonate; violently effervescent; strongly alkaline (pH 8.8); gradual wavy boundary.

Bky—45 to 59 inches; pink (5YR 7/4) clay, brown (7.5YR 5/4) moist; weak medium subangular blocky structure parting to weak fine subangular blocky; hard, firm, moderately sticky and moderately plastic; 10 percent gravel, many fine soft masses of gypsum and calcium carbonate; violently effervescent; moderately alkaline (pH 8.2).

Cr—59 inches; soft Morrison Shale.

### Range in Characteristics

*Depth to bedrock:* 40 to 60 inches
*Depth to carbonates:* 20 to 40 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—5YR or 7.5YR
Value—5 or 6 dry, 4 or 5 moist
Chroma—3 or 4
Clay content—27 to 35 percent
Reaction—slightly or moderately alkaline

*B horizon:*
Hue—5YR or 7.5YR
Value—5 to 7 dry, 5 or 6 moist
Chroma—3 to 6
Texture, fine earth fraction—clay loam, silty clay loam, or clay
Clay content—35 to 50 percent
Reaction—moderately or strongly alkaline

## Wauquie Series

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Canyons, hills, benches, and alluvial fans
*Parent material:* Colluvium and alluvium derived from sandstone and shale
*Slope:* 6 to 50 percent
*Elevation:* 6,200 to 7,400 feet
*Mean annual precipitation:* 13 to 16 inches
*Mean annual temperature:* 46 to 50 degrees F

### Taxonomic Class

Loamy-skeletal, mixed, superactive, mesic Aridic Haplustalfs

### Typical Pedon

Wauquie stony fine sandy loam in an area of Wauquie-Dolcan-Rock outcrop complex, 25 to 80 percent slopes, about 1,000 feet north and 900 feet

west of the southeast corner of sec. 22, T. 41 N., R. 18 W.

A1—0 to 2 inches; brown (7.5YR 4/3) stony fine sandy loam, dark brown (7.5YR 3/3) moist; weak fine granular structure; loose, very friable, nonsticky and nonplastic; 15 percent gravel, 8 percent cobbles, 5 percent stones, and 2 percent boulders; neutral (pH 7.2); abrupt smooth boundary.

A2—2 to 6 inches; brown (7.5YR 4/4) very cobbly loam, brown (7.5YR 4/4) moist; weak fine granular structure; soft, friable, slightly sticky and slightly plastic; common medium roots throughout; very slightly effervescent; 20 percent gravel, 15 percent cobbles, 10 percent stones, and 2 percent boulders; slightly alkaline (pH 7.4); clear smooth boundary.

Bt1—6 to 11 inches; brown (7.5YR 5/4) very cobbly loam, dark brown (7.5YR 3/4) moist; weak medium subangular blocky structure; slightly hard, friable, moderately sticky and moderately plastic; common very fine and medium roots throughout; common fine tubular pores; common distinct discontinuous clay films on faces of peds; slightly effervescent; 20 percent gravel, 15 percent cobbles, 10 percent stones, and 2 percent boulders; slightly alkaline (pH 7.4); gradual smooth boundary.

Bt2—11 to 22 inches; brown (7.5YR 5/4) very cobbly loam, brown (7.5YR 3/4) moist; weak medium subangular blocky structure; slightly hard, friable, moderately sticky and moderately plastic; common very fine and medium roots throughout; common fine tubular pores; common distinct discontinuous clay films on faces of peds and in pores; common fine irregular soft masses of carbonate; strongly effervescent; 20 percent gravel, 20 percent cobbles, 15 percent stones, and 2 percent boulders; slightly alkaline (pH 7.6); gradual wavy boundary.

Bk1—22 to 31 inches; brown (7.5YR 5/4) very cobbly loam, brown (7.5YR 4/4) moist; massive; slightly hard, friable, moderately sticky and moderately plastic; common medium, very fine, and coarse roots throughout; common fine tubular pores; common fine irregular soft masses of carbonate; strongly effervescent; 20 percent gravel, 20 percent cobbles, 15 percent stones, and 2 percent boulders; slightly alkaline (pH 7.6); gradual wavy boundary.

Bk2—31 to 60 inches; brown (7.5YR 5/4) very cobbly loam, brown (7.5YR 4/4) moist; massive; slightly hard, friable, moderately sticky and moderately plastic; common very fine, medium, coarse roots throughout; common fine tubular pores; strongly effervescent; 20 percent gravel, 20 percent cobbles, 15 percent stones, and 2 percent boulders; slightly alkaline (pH 7.8).

#### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 10 to 40 inches
*Rock fragment content:* 35 to 70 percent
*Predominant rock fragment size:* gravel, cobbles, and stones

*A horizon:*
Hue—7.5YR
Value—3 to 5 dry, 2 to 4 moist
Chroma—2 to 4
Texture, fine earth fraction—fine sandy loam or loam
Clay content—10 to 27 percent
Reaction—neutral or slightly alkaline

*Bt horizon:*
Hue—7.5YR
Value—4 or 5 dry, 3 or 4 moist
Chroma—2 to 6
Texture, fine earth fraction—loam or clay loam
Clay content—18 to 35 percent
Reaction—slightly or moderately alkaline

*Bk horizon:*
Hue—7.5YR
Value—5 to 7 dry, 4 to 6 moist
Chroma—4 to 6
Clay content—15 to 35 percent
Reaction—slightly or moderately alkaline

### *Wetherill Series*

#### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Mesas and hills
*Parent material:* Eolian material derived from sandstone
*Slope:* 1 to 12 percent
*Elevation:* 6,200 to 7,400 feet

*Mean annual precipitation:* 13 to 16 inches
*Mean annual temperature:* 46 to 50 degrees F

**Taxonomic Class**

Fine-silty, mixed, superactive, mesic Aridic Haplustalfs

**Typical Pedon**

Wetherill loam, 3 to 6 percent slopes, about 1,450 feet east and 620 feet north of the southwest corner of sec. 36, T. 38 N., R. 19 W. (fig. 10)

A1—0 to 1 inch; yellowish red (5YR 4/6) loam, dark reddish brown (5YR 3/4) moist; vesicular crust breaking to single grain; soft, very friable, nonsticky and nonplastic; slightly alkaline (pH 7.8); abrupt smooth boundary.

A2—1 to 3 inches; yellowish red (5YR 4/6) loam, dark reddish brown (5YR 3/4) moist; moderate thick platy structure parting to moderate medium platy; slightly hard, very friable, slightly sticky and slightly plastic; slightly effervescent; moderately alkaline (pH 8.2); clear wavy boundary.

Bt—3 to 7 inches; yellowish red (5YR 4/6) loam, dark reddish brown (5YR 3/4) moist; moderate coarse prismatic structure parting moderate medium subangular blocky; very hard, friable, moderately sticky and moderately plastic; common faint clay films on faces of peds; common medium soft masses of calcium carbonate; slightly effervescent; moderately alkaline (pH 8.2); clear wavy boundary.

Btk1—7 to 19 inches; yellowish red (5YR 4/6) loam, dark reddish brown (5YR 3/4) moist; moderate medium prismatic structure parting to moderate medium subangular blocky; very hard, firm, moderately sticky and moderately plastic; many distinct clay films on faces of peds; common medium soft masses of calcium carbonate; slightly effervescent; moderately alkaline (pH 8.2); clear wavy boundary.

Btk2—19 to 31 inches; yellowish red (5YR 4/6) loam, dark reddish brown (5YR 3/4) moist; moderate coarse prismatic structure parting to moderate medium subangular blocky; very hard, firm, moderately sticky and moderately plastic; many distinct clay films on faces of peds; common medium soft seams of calcium carbonate; slightly effervescent; moderately alkaline (pH 8.2); gradual wavy boundary.

Btk3—31 to 48 inches; yellowish red (5YR 4/6) clay loam, dark reddish brown (5YR 3/4) moist; moderate coarse prismatic structure parting to moderate medium subangular blocky; very hard,




**Fig. 10.—Typical profile of Wetherill loam, 3 to 6 percent slopes, with calcic horizon beginning at 42 inches.**

firm, moderately sticky and moderately plastic; many prominent clay films on faces of peds; common medium soft seams of calcium carbonate; strongly effervescent; moderately alkaline (pH 8.2); clear irregular boundary. .

Bk—48 to 60 inches; light reddish brown (5YR 6/4) loam, light reddish brown (5YR 6/4) moist; massive; very hard, firm, slightly sticky and slightly plastic; disseminated calcium carbonate throughout; strongly effervescent; moderately alkaline (pH 8.4).

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 4 to 30 inches
*Depth to calcic horizon:* more than 40 inches
*Rock fragment content:* 0 to 3 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—5YR or 7.5YR
Value—4 or 5 dry, 3 or 4 moist
Chroma—4 to 6
Clay content—10 to 27 percent
Reaction—neutral or slightly alkaline

*Bt horizon:*
Hue—5YR or 7.5YR
Value—4 to 6 dry, 3 to 5 moist
Chroma—4 to 6
Texture, fine earth fraction—loam or clay loam
Clay content—20 to 35 percent
Reaction—neutral to slightly alkaline

*Btk horizon:*
Hue—5YR or 7.5YR
Value—5 or 6 dry
Chroma—4 to 6
Texture, fine earth fraction—loam, clay loam, or sandy clay loam
Clay content—18 to 35 percent
Calcium carbonate equivalent—5 to 10 percent
Reaction—slightly or moderately alkaline

*Bk horizon:*
Hue—5YR or 7.5YR
Value—5 to 8 dry, 4 to 7 moist
Chroma—2 to 6
Texture, fine earth fraction—loam or sandy clay loam
Clay content—18 to 25 percent
Calcium carbonate equivalent—15 to 30 percent
Reaction—moderately or moderately alkaline

## *Winner Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Somewhat poorly drained
*Landscape position:* Flood plains
*Parent material:* Alluvium derived from mixed sources
*Slope:* 0 to 2 percent
*Elevation:* 6,200 to 7,000 feet
*Mean annual precipitation:* 13 to 16 inches
*Mean annual temperature:* 46 to 50 degrees F

### Taxonomic Class

Fine-loamy, mixed, superactive, calcareous, mesic Cumulic Endoaquolls

### Typical Pedon

Winner clay loam in an area of Umbarg-Winner-Tesajo complex, 0 to 2 percent slopes, about 1,600 feet east and 900 feet north of the southwest corner of sec. 31, T. 36 N., R. 13 W.

Azg—0 to 4 inches; dark grayish brown (10YR 4/2) clay loam, very dark grayish brown (10YR 3/2) moist; few fine faint yellowish brown (10YR 5/8), moist, iron masses; moderate medium granular structure; hard, firm, slightly sticky and moderately plastic; common fine filaments and soft masses of salts; 5 percent gravel; strongly effervescent; moderately alkaline (pH 8.0); abrupt smooth boundary.

ACzg1—4 to 14 inches; dark grayish brown (10YR 4/2) clay loam, very dark grayish brown (10YR 3/2) moist; common fine prominent red (2.5YR 4/6), moist, iron masses; moderate medium subangular blocky structure; hard, firm, moderately sticky and moderately plastic; many fine soft masses and filaments of salt; 5 percent gravel; slightly effervescent; slightly alkaline (pH 7.8); clear smooth boundary.

ACzg2—14 to 23 inches; brown (10YR 5/3) clay loam, dark brown (10YR 3/3) moist; common fine distinct yellowish red (5YR 5/6) moist iron masses; massive; very hard, firm, moderately sticky and moderately plastic; few fine soft masses of salts; 5 percent gravel; slightly effervescent; slightly alkaline (pH 7.5); gradual wavy boundary.

ACg—23 to 31 inches; brown (10YR 5/3) clay loam, very dark grayish brown (10YR 3/2) moist; few

fine faint yellowish red (5YR 5/6), moist, iron masses; massive; very hard, firm, moderately sticky and moderately plastic; 5 percent gravel; slightly effervescent; slightly alkaline (pH 7.5); clear wavy boundary.

2Cg—31 to 60 inches; brown (10YR 5/3) very stony sandy clay loam, brown (10YR 4/3) moist; few fine faint yellowish brown (10YR 5/6), moist, iron masses; massive; hard, friable, moderately sticky and moderately plastic; 15 percent gravel, 15 percent cobbles, and 30 percent stones; slightly effervescent; slightly alkaline (pH 7.5).

### Range in Characteristics

*Thickness of the mollic epipedon:* 24 to 50 inches
*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 0 to 20 inches
*Depth to water table:* 6 to 20 inches

*A horizon:*
Hue—10YR
Value—3 or 4 dry, 2 or 3 moist
Chroma—1 or 2
Clay content—27 to 35 percent
Rock fragment content—0 to 10 percent
Predominant rock fragment size—gravel
Reaction—slightly or moderately alkaline

*2C horizon:*
Hue—10YR
Value—4 to 6 dry, 2 to 4 moist
Chroma—2 or 3
Clay content—20 to 35 percent
Rock fragment content—35 to 60 percent
Predominant rock fragment size—gravel, cobbles, and stones
Reaction—slightly or moderately alkaline

## *Yarts Series*

### Setting

*Depth class:* Very deep
*Drainage class:* Well drained
*Landscape position:* Alluvial fans and terraces
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 1 to 6 percent
*Elevation:* 5,400 to 6,200 feet
*Mean annual precipitation:* 10 to 13 inches
*Mean annual temperature:* 50 to 52 degrees F

### Taxonomic Class

Coarse-loamy, mixed, superactive, calcareous, mesic Ustic Torriorthents

### Typical Pedon

Yarts clay loam, 1 to 6 percent slopes, about 320 feet west and 540 feet south of the northeast corner of sec. 33, T. 36 N., R. 18 W.

Ap—0 to 9 inches; reddish brown (5YR 4/3) clay loam, dark reddish brown (5YR 3/3) moist; massive; hard, very firm, moderately sticky and moderately plastic; strongly effervescent; slightly alkaline; abrupt smooth boundary.

AC—9 to 13 inches; reddish brown (5YR 5/4) sandy loam, reddish brown 5YR 4/4) moist; massive; slightly hard, very friable, nonsticky and nonplastic; strongly effervescent; moderately alkaline; clear wavy boundary.

C—13 to 60 inches; yellowish red (5YR 5/6) sandy loam, yellowish red (5YR 4/6) moist; massive; slightly hard, very friable, nonsticky and nonplastic; strongly effervescent; moderately alkaline.

### Range in Characteristics

*Depth to bedrock:* more than 60 inches
*Depth to carbonates:* 0 to 5 inches
*Rock fragment content:* 0 to 15 percent
*Predominant rock fragment size:* gravel, cobbles, and stones

*A horizon:*
Hue—5YR
Value—5 or 6 dry, 3 or 4 moist
Chroma—3 or 4
Texture, fine earth fraction—fine sandy loam or clay loam
Reaction—slightly or moderately alkaline

*C horizon:*
Hue—5YR
Value—5 or 6 dry, 3 or 4 moist
Chroma—3 to 8
Texture, fine earth fraction—sandy loam or fine sandy loam
Clay content—8 to 18 percent
Reaction—slightly to strongly alkaline

## *Zau Series*

### Setting

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Landscape position:* Hills
*Parent material:* Residuum derived from sandstone and shale
*Slope:* 9 to 25 percent

*Elevation:* 7,600 to 8,000 feet
*Mean annual precipitation:* 18 to 22 inches
*Mean annual temperature:* 40 to 44 degrees F

### Taxonomic Class

Fine, mixed, superactive, frigid Typic Argiustolls

### Typical Pedon

Zau stony loam, 9 to 25 percent slopes, from the adjoining La Plata County Area, Colorado, Soil Survey; about 175 feet east and 190 feet south of the northwest corner of sec. 22, T. 35 N., R. 11 W.

2-inch thick layer of undecomposed leaves and bark.

Oe—0 to 2 inches; moderately decomposed plant material.

A1—2 to 10 inches; dark grayish brown (10YR 3/2) stony loam, very dark grayish brown (10YR 3/2) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; many medium and fine roots throughout; common fine discontinuous tubular pores; 5 percent gravel and 2 percent stones and cobbles; neutral (pH 7.2); clear smooth boundary.

A2—10 to 15 inches; brown (10YR 4/3) clay loam, dark brown (10YR 3/3) moist; moderate medium granular structure; slightly hard, friable, slightly sticky and slightly plastic; many medium and fine roots throughout; few fine discontinuous tubular pores; 5 percent gravel; neutral (pH 7.2); gradual wavy boundary.

Bt1—15 to 19 inches; brown (10YR 5/3) and light yellowish brown (10YR 6/4) clay loam, brown (10YR 4/3) and yellowish brown (10YR 5/4) moist; moderate medium subangular blocky structure parting to moderate medium granular; hard, firm, slightly sticky and slightly plastic; faint nearly continuous clay films on faces of peds; few fine roots throughout; few fine discontinuous tubular pores; 5 percent gravel; neutral (pH 7.0); gradual wavy boundary.

Bt2—19 to 29 inches; brown (10YR 5/3) and brownish yellow (10YR 6/6) clay, brown (10YR 4/3) and yellowish brown (10YR 5/6) moist; moderate medium prismatic structure parting to moderate medium subangular blocky; hard, firm, very sticky and moderately plastic; faint nearly continuous clay films on faces of peds; few very fine roots throughout; few very fine discontinuous tubular pores; 5 percent gravel; neutral (pH 6.8); clear smooth boundary.

C—29 to 34 inches; brown (10YR 5/3) and brownish yellow (10YR 6/6) clay loam, brown (10YR 4/3) and yellowish brown (10YR 5/6) moist; massive; slightly hard friable, moderately sticky and moderately plastic; few very fine roots throughout; 15 percent gravel; neutral (pH 7.2); clear smooth boundary.

Cr—34 inches; weathered sandstone.

### Range in Characteristics

*Thickness of the mollic epipedon:* 7 to 16 inches
*Depth to bedrock:* 20 to 40 inches
*Rock fragment content:* 5 to 35 percent
*Predominant rock fragment size:* gravel

*A horizon:*
Hue—7.5YR or 10YR
Value—3 or 4 dry, 2 or 3 moist
Chroma—2 or 3
Clay content—15 to 27 percent
Reaction—neutral or slightly alkaline

*Bt horizon:*
Hue—7.5YR or 10YR
Value—5 or 6 dry, 4 or 5 moist
Chroma—3 to 5
Texture, fine earth fraction—clay loam or clay
Clay content—35 to 45 percent
Reaction—slightly acid or neutral

*C horizon:*
Hue—7.5YR to 2.5Y
Texture, fine earth fraction—clay loam or sandy clay loam
Clay content—27 to 35 percent
Reaction—slightly acid to slightly alkaline

Typical pedon is shared with the La Plata County Area, Colorado, Soil Survey to facilitate joining.

## *Zigzag Series*

### Setting

*Depth class:* Very shallow and shallow
*Drainage class:* Well drained
*Landscape position:* Ridges, knobs, and hills
*Parent material:* Residuum derived from Mancos Shale
*Slope:* 3 to 65 percent
*Elevation:* 6,200 to 7,400 feet
*Mean annual precipitation:* 13 to 16 inches
*Mean annual temperature:* 46 to 50 degrees F

### Taxonomic Class

Clayey, smectitic, calcareous, mesic, shallow Aridic Ustorthents

### Typical Pedon

Zigzag very channery clay loam in an area of Sideshow-Zigzag complex, 3 to 25 percent slopes, 1,800 feet south and 1,050 feet west of the northeast corner, sec. 25, T. 36 N., R. 15 W.

A1—0 to 1 inch; light brownish gray (10YR 6/2) very channery clay loam, brown (10YR 4/3) moist; strong fine granular structure; soft, very friable, moderately sticky and moderately plastic; violently effervescent throughout; 15 percent gravel, 40 percent channers, and 1 percent stones; moderately alkaline (pH 8.2); abrupt smooth boundary. A2—1 to 5 inches; light brownish gray (10YR 6/2) clay loam, dark grayish brown (10YR 4/2) moist; strong fine granular structure; soft, very friable, moderately sticky and moderately plastic; violently effervescent throughout; 10 percent gravel and 2 percent channers; moderately alkaline (pH 8.2); abrupt wavy boundary.

C1—5 to 14 inches; light brownish gray (10YR 6/2) clay, grayish brown (10YR 5/2) moist; moderate medium prismatic structure parting to weak coarse subangular blocky; very hard, very firm, very sticky and very plastic; violently effervescent throughout; moderately alkaline (pH 8.2); abrupt wavy boundary.

C2—14 to 19 inches; light brownish gray (10YR 6/2) clay, brown (10YR 5/3) moist; massive; very hard, very firm, very sticky and very plastic; strongly effervescent throughout; moderately alkaline (pH 8.4); abrupt wavy boundary.

Cr—19 inches; soft Mancos Shale.

### Range in Characteristics

*Depth to bedrock:* 6 to 20 inches
*Depth to carbonates:* 0 to 3 inches

*A horizon:*
Hue—10YR to 5Y to
Value—5 or 6 dry, 3 to 5 moist
Chroma—2 to 4
Clay content—27 to 40 percent
Rock fragment content—0 to 50 percent
Predominant rock fragment size—gravel and channers
Reaction—slightly or moderately alkaline

*C horizon:*
Hue—10YR to 5Y
Value—5 to 7 dry, 4 or 5 moist
Chroma—2 to 4
Texture, fine earth fraction—clay loam, clay, silty clay loam, or silty clay
Clay content—35 to 55 percent
Rock fragment content—0 to 15 percent
Predominant rock fragment size—gravel
Reaction—slightly or moderately alkaline

## *Zwicker Series*

### Setting

*Depth class:* Moderately deep
*Drainage class:* Well drained
*Landscape position:* Hills, knobs, and ridges
*Parent material:* Slope alluvium and colluvium derived from Morrison Shale
*Slope:* 3 to 12 percent
*Elevation:* 5,000 to 5,700 feet
*Mean annual precipitation:* 8 to 10 inches
*Mean annual temperature:* 52 to 56 degrees F

### Taxonomic Class

Fine, smectitic, mesic Chromic Haplotorrerts

### Typical Pedon

Zwicker stony clay loam in an area of Uzacol-Zwicker-Claysprings complex, 3 to 12 percent slopes, 300 feet west and 900 feet south of the northeast corner of sec. 28, T. 36 N., R. 19 W.

A1—0 to 1 inch; light brown (7.5YR 6/4) stony clay loam, brown (7.5YR 5/4) moist; moderate very fine granular structure; soft, very friable, moderately sticky and moderately plastic; strongly effervescent; 2 percent gravel, 10 percent cobbles, and 5 percent stones; moderately alkaline (pH 8.4); clear smooth boundary.

A2—1 to 4 inches; light brown (7.5YR 6/4) clay loam, brown (7.5YR 5/4) moist; weak medium platy structure parting to moderate fine granular; soft, very friable, moderately sticky and moderately plastic; strongly effervescent; strongly alkaline (pH 8.8); clear smooth boundary.

Bss—4 to 10 inches; light brown (7.5YR 6/4) clay, brown (7.5YR 5/4) moist; weak coarse prismatic structure parting to moderate medium subangular blocky; hard, firm, sticky and plastic; strongly effervescent; strongly alkaline (pH 8.6); gradual wavy boundary.

Bssky—10 to 17 inches; light brown (7.5YR 6/4) clay,

brown (7.5YR 5/4) moist; weak coarse prismatic structure parting to moderate medium subangular blocky; very hard, firm, moderately sticky and moderately plastic; few fine irregular seams and soft masses of calcium carbonate; many fine gypsum crystals; violently effervescent; moderately alkaline (pH 8.2); gradual wavy boundary.

Cky—17 to 32 inches; light brown (7.5YR 6/4) clay, brown (7.5YR 5/4) moist; massive; extremely hard, very firm, moderately sticky and moderately plastic; many fine seams and soft masses of calcium carbonate; many fine gypsum crystals; violently effervescent; moderately alkaline (pH 8.2); gradual wavy boundary.

Cr—32 inches; soft Morrison Shale.

### Range in Characteristics

*Depth to bedrock:* 20 to 40 inches
*Depth to carbonates:* 0 inches

*A horizon:*
Hue—5YR to 10YR
Value—5 to 7 dry, 3 to 6 moist
Chroma—3 or 4
Clay content—27 to 40 percent
*Rock fragment content:* 0 to 20 percent
Predominant rock fragment size—gravel, cobbles, and stones
Reaction—slightly to strongly alkaline

*B horizon:*
Hue—7.5YR or 10YR
Value—5 to 7 dry, 3 to 6 moist
Chroma—3 or 4
Texture, fine earth fraction—clay or clay loam
Clay content—35 to 60 percent
Rock fragment content—0 to 15 percent
Predominant rock fragment size—gravel
Reaction—slightly to strongly alkaline

## *Zyme Series*

### Setting

*Depth class:* Very shallow and shallow
*Drainage class:* Well drained
*Landscape position:* Ridges, knobs, and hills
*Parent material:* Residuum derived from Mancos Shale
*Slope:* 3 to 65 percent
*Elevation:* 5,800 to 6,200 feet
*Mean annual precipitation:* 11 to 13 inches
*Mean annual temperature:* 50 to 52 degrees F

### Taxonomic Class

Clayey, smectitic, calcareous, mesic, shallow Ustic Torriorthents

### Typical Pedon

Zyme very channery clay loam, 12 to 65 percent slopes, about 370 feet west and 2,557 feet north of the southeast corner of sec. 24, T. 35 N., R. 17 W.

A—0 to 2 inches; brown (10YR 5/3) very channery clay loam, brown (10YR 4/3) moist; weak fine granular structure; hard, firm, moderately sticky and moderately plastic; strongly effervescent; 30 percent channers and 5 percent flags; moderately alkaline (pH 8.0); clear smooth boundary.

C—2 to 12 inches; brown (10YR 5/3) clay loam, brown (10YR 4/3) moist; massive; very hard, firm, very sticky and moderately plastic; strongly effervescent; moderately alkaline (pH 8.2); gradual wavy boundary.

Cr—12 inches; Mancos Shale with variegated colors.

### Range in Characteristics

*Depth to bedrock:* 6 to 20 inches
*Depth to carbonates:* 0 to 3 inches

*A horizon:*
Hue—10YR or 2.5Y
Value—5 or 6 dry, 3 to 5 moist
Chroma—2 to 4
Clay content—27 to 40 percent
Rock fragment content—15 to 60 percent
Predominant rock fragment size—channers and flags
Reaction—slightly or moderately alkaline

*C horizon:*
Hue—10YR or 2.5Y
Value—5 to 7 dry, 4 or 5 moist
Chroma—2 to 4
Texture, fine earth fraction—clay, clay loam, silty clay, or silty clay loam
Clay content—35 to 45 percent
Rock fragment content—0 to 35 percent
Predominant rock fragment size—gravel
Reaction—slightly or moderately alkaline

# Formation of Soils

Soil, in its traditional meaning, is the natural medium for the growth of land plants. The characteristics of this medium are determined by the interaction of five factors of soil formation—the *climate* under which the soil material accumulated and weathered; the *topography* or lay of the land; the *plant and animal* life that is on and in the soil material; the *time* that these activities have acted upon the material; and the physical and mineralogical composition of the *parent material.*

Climate and plant and animal life are the active factors of soil formation. They act on the parent material that has accumulated through the weathering of rock or that has been deposited by wind and water. They slowly change this material into a natural body that has genetically related horizons. The effects of climate and plant and animal life are conditions of topography. The kind of parent material also affects the kind of profile that is formed or, in extreme cases, determines it almost entirely. Finally, time is needed to change the parent material into a soil that has distinct horizons.

The factors of soil formation are so closely interrelated in their influence on the soil that few generalizations can be made regarding the affects of any one factor unless the conditions are specified for the other four. The factors of soil formation are not equal in their affect on soil formation, nor is any one factor equal under different conditions. In some places, any one factor may have a major influence on soil formation, while in another place it may be of little importance. The five factors of soil formation along with the geology of the area are discussed in the following paragraphs.

## Climate

Climate exerts a major influence on the physical and chemical weathering of the parent material and affects the amount of biological activity that takes place in and on the soil. Soil moisture and temperature are the main factors that affect the rate of soil formation; however, wind velocity and humidity play important roles in the formation of some soils.

The climate of this survey area ranges from hot, arid continental to cold subhumid mountain. The warmest and driest part of the survey area occurs in the southwest corner, along McElmo and Yellowjacket Creeks. To the northeast, as the land steadily gains in elevation, precipitation increases and the temperature decreases. Where McElmo Creek enters Utah, the elevation is 4,900 feet; mean annual precipitation is about 9 inches; and average annual air temperature is 54 F. Cortez, at an elevation of 6,200 feet, has a mean annual precipitation of 13 inches and average annual air temperature of 48 F. Dolores, along the northeastern edge of the survey at an elevation of 7,000 feet, has a mean annual precipitation of 18 inches and average annual air temperature of 46 F. This gradual increase in precipitation and decrease in temperature affects the process of soil formation.

Soil moisture affects soil formation as it moves down through the soil, leaching calcium carbonate and soluble salts from the upper horizons and depositing them in the lower horizons. This water movement can also transport fine clay particles downward through the soil profile, depositing them to develop argillic horizons. The formative effect of precipitation is illustrated by comparing differences among local soils of similar parent material and age. The Mack soil developed in an area of low precipitation; it has a weakly developed argillic horizon and high calcium carbonate content throughout. In the mid-elevation and precipitation range, the Wetherill soil exhibits greater development: this soil contains a well developed argillic horizon, upper horizons that have been leached of calcium carbonate, and strong accumulations of calcium carbonate in the lower, calcic horizon. In the highest elevation and precipitation zones, the Granath soil has been leached free of calcium carbonate throughout the profile, clay movement is deeper, and the argillic horizon is thicker and more developed.

The climate also indirectly influences soil formation by influencing the amount and type of vegetation that occurs in an area; this directly relates to the type and amount of organic material that is returned to the soil. In the drier parts of the survey area where soil moisture is limited, plant growth is

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 272 of 664



also limited, resulting in small amounts of organic material returned to the soil; consequently, soils such as Mack, Claysprings, and Ruinpoint are relatively low in organic matter. In areas of higher precipitation, soils support dense stands of grass and shrubs, and have corresponding increases in soil organic matter. Soils such as Granath, Collide, and Tragmon have sufficient quantities of organic material to produce dark, organic-rich mollic surface layers.

## Topography

Topography influences soil formation primarily through associated water and temperature relations; it also influences the deposit or removal of parent material. This survey area has an extremely varied topography, ranging from nearly level flood plains along the Dolores River and mesa tops to steep mesa and canyon sideslopes (fig. 11).

Topography affects the soil moisture state by influencing runoff and infiltration. On nearly level areas, soil runoff is minimal and moisture infiltrates into the soil to a greater depth and thus promotes plant growth; the Umbarg soil is an example. Areas of steeper slopes lose much of their precipitation to runoff and thus have decreased soil moisture for plant growth and soil formation. The Romberg soil, which occurs on the steep canyon sideslopes, is an example of this topographical influence. Topography can also affect soil drainage. Mikett soils in nearly level drainageways are influenced by additions of water by runoff from steeper areas, resulting in a seasonal high water table that affects the soil-forming processes. Oxidation and reduction processes, which take place alternately in these soils, result in chemical and biologic changes.

Topography can have a major influence on the degree of deposition, erosion, and stability of the parent material. In many areas, such as those along streams and at the base of steeper areas, soil material accumulates and develops into very deep soils. Prater, Hesperus, and Sheek soils are examples of soils that form in depositional positions. Soils that form on steep ridges and canyon sideslopes tend to be shallow and lose soil material at a rate equal to soil formation. Crosscan, Dolcan, and Zigzag soils are examples of shallow soils that form on steep, erosional slopes.

Aspect has a major influence on soil formation in this survey area. Aspect and steepness of slope influence soil formation by their effects on the microclimate of the area. Southern aspects are warmer and drier than a site of similar elevation and climate with a northern aspect. This feature can be noted in the major canyons of the survey area. South-facing areas have sparser vegetation and less organic matter than the north-facing slopes. North-facing areas retain snow longer in the winter and into




**Fig 11.—Block diagram of the typical soils and their landscape positions found in the Cortez Soil Survey Area.**

brown (7.5YR 5/4) moist; weak coarse prismatic structure parting to moderate medium subangular blocky; very hard, firm, moderately sticky and moderately plastic; few fine irregular seams and soft masses of calcium carbonate; many fine gypsum crystals; violently effervescent; moderately alkaline (pH 8.2); gradual wavy boundary.

Cky—17 to 32 inches; light brown (7.5YR 6/4) clay, brown (7.5YR 5/4) moist; massive; extremely hard, very firm, moderately sticky and moderately plastic; many fine seams and soft masses of calcium carbonate; many fine gypsum crystals; violently effervescent; moderately alkaline (pH 8.2); gradual wavy boundary.

Cr—32 inches; soft Morrison Shale.

### Range in Characteristics

*Depth to bedrock:* 20 to 40 inches
*Depth to carbonates:* 0 inches

*A horizon:*
Hue—5YR to 10YR
Value—5 to 7 dry, 3 to 6 moist
Chroma—3 or 4
Clay content—27 to 40 percent
*Rock fragment content:* 0 to 20 percent
Predominant rock fragment size—gravel, cobbles, and stones
Reaction—slightly to strongly alkaline

*B horizon:*
Hue—7.5YR or 10YR
Value—5 to 7 dry, 3 to 6 moist
Chroma—3 or 4
Texture, fine earth fraction—clay or clay loam
Clay content—35 to 60 percent
Rock fragment content—0 to 15 percent
Predominant rock fragment size—gravel
Reaction—slightly to strongly alkaline

## *Zyme Series*

### Setting

*Depth class:* Very shallow and shallow
*Drainage class:* Well drained
*Landscape position:* Ridges, knobs, and hills
*Parent material:* Residuum derived from Mancos Shale
*Slope:* 3 to 65 percent
*Elevation:* 5,800 to 6,200 feet
*Mean annual precipitation:* 11 to 13 inches
*Mean annual temperature:* 50 to 52 degrees F

### Taxonomic Class

Clayey, smectitic, calcareous, mesic, shallow Ustic Torriorthents

### Typical Pedon

Zyme very channery clay loam, 12 to 65 percent slopes, about 370 feet west and 2,557 feet north of the southeast corner of sec. 24, T. 35 N., R. 17 W.

A—0 to 2 inches; brown (10YR 5/3) very channery clay loam, brown (10YR 4/3) moist; weak fine granular structure; hard, firm, moderately sticky and moderately plastic; strongly effervescent; 30 percent channers and 5 percent flags; moderately alkaline (pH 8.0); clear smooth boundary.

C—2 to 12 inches; brown (10YR 5/3) clay loam, brown (10YR 4/3) moist; massive; very hard, firm, very sticky and moderately plastic; strongly effervescent; moderately alkaline (pH 8.2); gradual wavy boundary.

Cr—12 inches; Mancos Shale with variegated colors.

### Range in Characteristics

*Depth to bedrock:* 6 to 20 inches
*Depth to carbonates:* 0 to 3 inches

*A horizon:*
Hue—10YR or 2.5Y
Value—5 or 6 dry, 3 to 5 moist
Chroma—2 to 4
Clay content—27 to 40 percent
Rock fragment content—15 to 60 percent
Predominant rock fragment size—channers and flags
Reaction—slightly or moderately alkaline

*C horizon:*
Hue—10YR or 2.5Y
Value—5 to 7 dry, 4 or 5 moist
Chroma—2 to 4
Texture, fine earth fraction—clay, clay loam, silty clay, or silty clay loam
Clay content—35 to 45 percent
Rock fragment content—0 to 35 percent
Predominant rock fragment size—gravel
Reaction—slightly or moderately alkaline

of the Dolores River consist of stratified sand, gravel, and cobbles with layers of finer textured material from mixed sources. These deposits originated in the San Juan Mountains to the northeast of the survey area, and were moved long distances by water. The Umbarg, Winner, and Tesajo soils formed in recent alluvium along the Dolores River.

Most of the major drainageways throughout the survey area have alluvial deposits associated with them; the source of these deposits is soil material which has been eroded from the surrounding hills and mesas. These soils have few coarse fragments and consist of very deep loamy and silty deposits with fine stratification. Ackmen, Lillings, and Ramper soils formed in these deposits.

Alluvial deposits weathering from the Mancos and Mesa Verde Formations east and south of Cortez were deposited as broad alluvial fans; these deposits cover vast areas with relatively uniform slopes below the escarpments of the Mesa Verde Plateau. These soils have fine to loamy textures with fine stratification. Some of the soils formed in these deposits are Mikim, Sideshow, and Mikett.

### Colluvium and Slope Alluvium

These deposits develop from the movement of material resulting mainly from gravity and surface runoff. They generally are located at the base of steeper slopes and contain various amounts of angular coarse fragments from geologic formations above. Precipitation and gravity work together to move material downslope and deposit it at the bases of steeper slopes. Sheek, Tragmon, and Romberg are soils that form in these deposits.

### Residuum

Many soils in this survey formed directly from material that has not been transported, but rather was weathered in place from the original geologic material. Sandstone and shale are the major geologic materials found throughout the survey area. Residual soils are normally very shallow or shallow and exhibit characteristics of the material from which they are forming. Soils that develop from shale tend to be clayey and calcareous, and to overlay soft bedrock. Zigzag and Zyme soils have developed from the Mancos Shale. Soils that develop from sandstone are normally loamy to sandy and very shallow or shallow. They may exhibit minimal horizon development or movement of calcium carbonate. The Farb, Gladel, and Falconry soils developed from Dakota Sandstone.

# References


(1) American Association of State Highway and Transportation Officials (AASHTO). 1998. Standard specifications for transportation materials and methods of sampling and testing. 19th edition, 2 volumes.

(2) American Society for Testing and Materials (ASTM). 1998. Standard classification of soils for engineering purposes. ASTM Standard D 2487.

(3) Cowardin, L.M., V. Carter, F.C. Golet, and E.T. LaRoe. 1979. Classification of wetlands and deep-water habitats of the United States. U.S. Fish and Wildlife Service FWS/OBS-79/31.

(4) Federal Register. July 13, 1994. Changes in hydric soils of the United States.

(5) Federal Register. February 24, 1995. Hydric soils of the United States.

(6) Hurt, G.W., P.M. Whited, and R.F. Pringle, editors. 1996. Field indicators of hydric soils in the United States.

(7) National Research Council. 1995. Wetlands: Characteristics and boundaries.

(8) Parsons, Orville A. 1964. Soil Survey of Wetherill Mesa, Mesa Verde National Park, Colorado. Unpublished.

(9) Price, A.B., Nettleton, W.D., Bowman, G.A., and Clay, V.L. Selected properties, distribution, source, and age of Eolian deposits and soils of Southwest Colorado. Soil Science Society of America Journal, vol., 52, no. 2, March-April 1988.

(10) Schoeneberger, P.J., Wysocki, D.A., Benham, E.C., and Broderson, W.D. 1998. Field book for describing and sampling soils. Natural Resources Conservation Service, USDA, National Soil Survey Center, Lincoln, NE.

(11) Tiner, R.W., Jr. 1985. Wetlands of Delaware. U.S. Fish and Wildlife Service and Delaware Department of Natural Resources and Environmental Control, Wetlands Section.

(12) United States Army Corps of Engineers, Environmental Laboratory. 1987. Corps of Engineers wetlands delineation manual. Waterways Experiment Station Technical Report Y-87-1.

(13) United States Department of Agriculture, Natural Resources Conservation Service. 1998. Keys to soil taxonomy. 8th edition. Soil Survey Staff.

(14) United States Department of Agriculture, Natural Resources Conservation Service. 1999. Soil taxonomy: A basic system of soil classification for making and interpreting soil surveys. 2nd edition. Soil Survey Staff. U.S. Department of Agriculture Handbook 436.

(15) United States Department of Agriculture, Soil Conservation Service. 1961. Land capability classification. U.S. Dep. of Agric. Handb. 210.

(16) United States Department of Agriculture, Soil Conservation Service. 1982. Important farmland inventory, Colorado. Soil Survey Staff, Denver, CO.

(17) United States Department of Agriculture, Soil Conservation Service. 1993. Soil survey manual. Soil Survey Staff, U.S. Dep. Agric. Handb. 18.

(18) Wanek, Alexander A. Geology and fuel resources of Mesa Verde Area, Montezuma and La Plata Counties, Colorado. 1959. Geological Survey Bulletin 1072-M.

# Glossary

**ABC soil.** A soil having an A, a B, and a C horizon.

**AC soil.** A soil having only an A and a C horizon. Commonly, such soil formed in recent alluvium or on steep, rocky slopes.

**Aeration, soil.** The exchange of air in soil with air from the atmosphere. The air in a well aerated soil is similar to that in the atmosphere; the air in a poorly aerated soil is considerably higher in carbon dioxide and lower in oxygen.

**Aggregate, soil.** Many fine particles held in a single mass or cluster. Natural soil aggregates, such as granules, blocks, or prisms, are called peds. Clods are aggregates produced by tillage or logging.

**Alkali (sodic) soil.** A soil having so high a degree of alkalinity (pH 8.5 or higher) or so high a percentage of exchangeable sodium (15 percent or more of the total exchangeable bases), or both, that plant growth is restricted.

**Alluvial cone.** The material washed down the sides of mountains and hills by ephemeral streams and deposited at the mouth of gorges in the form of a moderately steep, conical mass descending equally in all directions from the point of issue.

**Alluvial fan.** The fanlike deposit of a stream where it issues from a gorge upon a plain or of a tributary stream near or at its junction with its main stream.

**Alluvium.** Material, such as sand, silt, or clay, deposited on land by streams.

**Alpha,alpha-dipyridyl.** A dye that when dissolved in 1N ammonium acetate is used to detect the presence of reduced iron (Fe II) in the soil. A positive reaction indicates a type of redoximorphic feature.

**Animal unit month (AUM).** The amount of forage required by one mature cow of approximately 1,000 pounds weight, with or without a calf, for 1 month.

**Aquic conditions.** Current soil wetness characterized by saturation, reduction, and redoximorphic features.

**Argillic horizon.** A subsoil horizon characterized by an accumulation of illuvial clay.

**Arroyo.** The flat-floored channel of an ephemeral stream, commonly with very steep to vertical banks cut in alluvium.

**Area reclaim** (in tables). An area difficult to reclaim after the removal of soil for construction and other uses. Revegetation and erosion control are extremely difficult.

**Aspect.** The direction in which a slope faces.

**Association, soil.** A group of soils or miscellaneous areas geographically associated in a characteristic repeating pattern and defined and delineated as a single map unit.

**Available water capacity (available moisture capacity).** The capacity of soils to hold water available for use by most plants. It is commonly defined as the difference between the amount of soil water at field moisture capacity and the amount at wilting point. It is commonly expressed as inches of water per inch of soil. The capacity, in inches, in a 60-inch profile or to a limiting layer is expressed as:

| | |
|---|---|
| Very low | 0 to 3 |
| Low | 3 to 6 |
| Moderate | 6 to 9 |
| High | 9 to 12 |
| Very high | more than 12 |

**Backslope.** The position that forms the steepest and generally linear, middle portion of a hillslope. In profile, backslopes are commonly bounded by a convex shoulder above and a concave footslope below.

**Badland.** Steep or very steep, commonly nonstony, barren land dissected by many intermittent drainage channels. Badland is most common in semiarid and arid regions where streams are entrenched in soft geologic material. Local relief generally ranges from 25 to 500 feet. Runoff potential is very high, and geologic erosion is active.

**Bajada.** A broad alluvial slope extending from the base of a mountain range out into a basin and formed by coalescence of separate alluvial fans.

**Base saturation.** The degree to which material having cation-exchange properties is saturated with exchangeable bases (sum of Ca, Mg, Na,

and K), expressed as a percentage of the total cation-exchange capacity.

**Base slope.** A geomorphic component of hills consisting of the concave to linear (perpendicular to the contour) slope that, regardless of the lateral shape, forms an apron or wedge at the bottom of a hillside dominated by colluvium and slope-wash sediments (for example, slope alluvium).

**Bedding planes.** Fine strata, less than 5 millimeters thick, in unconsolidated alluvial, eolian, lacustrine, or marine sediment.

**Bedrock.** The solid rock that underlies the soil and other unconsolidated material or that is exposed at the surface.

**Bedrock-controlled topography.** A landscape where the configuration and relief of the landforms are determined or strongly influenced by the underlying bedrock.

**Bench terrace.** A raised, level or nearly level strip of earth constructed on or nearly on a contour, supported by a barrier of rocks or similar material, and designed to make the soil suitable for tillage and to prevent accelerated erosion.

**Bisequum.** Two sequences of soil horizons, each of which consists of an illuvial horizon and the overlying eluvial horizons.

**Bottom land.** The normal flood plain of a stream, subject to flooding.

**Boulders.** Rock fragments larger than 2 feet (60 centimeters) in diameter.

**Breaks.** The steep and very steep broken land at the border of an upland summit that is dissected by ravines.

**Brush management.** Use of mechanical, chemical, or biological methods to make conditions favorable for reseeding or to reduce or eliminate competition from woody vegetation and thus allow understory grasses and forbs to recover. Brush management increases forage production and thus reduces the hazard of erosion. It can improve the habitat for some species of wildlife.

**Butte.** An isolated small mountain or hill with steep or precipitous sides and a top variously flat, rounded, or pointed that may be a residual mass isolated by erosion or an exposed volcanic neck.

**Calcareous soil.** A soil containing enough calcium carbonate (commonly combined with magnesium carbonate) to effervesce visibly when treated with cold, dilute hydrochloric acid.

**Caliche.** A more or less cemented deposit of calcium carbonate in soils of warm-temperate, subhumid to arid areas. Caliche occurs as soft, thin layers in the soil or as hard, thick beds directly beneath the solum, or it is exposed at the surface by erosion.

**Canopy.** The leafy crown of trees or shrubs. (See Crown.)

**Canyon.** A long, deep, narrow, very steep sided valley with high, precipitous walls in an area of high local relief.

**Capillary water.** Water held as a film around soil particles and in tiny spaces between particles. Surface tension is the adhesive force that holds capillary water in the soil.

**Catena.** A sequence, or “chain,” of soils on a landscape that formed in similar kinds of parent material but have different characteristics as a result of differences in relief and drainage.

**Cation.** An ion carrying a positive charge of electricity. The common soil cations are calcium, potassium, magnesium, sodium, and hydrogen.

**Cation-exchange capacity.** The total amount of exchangeable cations that can be held by the soil, expressed in terms of milliequivalents per 100 grams of soil at neutrality (pH 7.0) or at some other stated pH value. The term, as applied to soils, is synonymous with base-exchange capacity but is more precise in meaning.

**Channery soil material.** Soil material that has, by volume, 15 to 35 percent thin, flat fragments of sandstone, shale, slate, limestone, or schist as much as 6 inches (15 centimeters) along the longest axis. A single piece is called a channer.

**Chemical treatment.** Control of unwanted vegetation through the use of chemicals.

**Chiseling.** Tillage with an implement having one or more soil-penetrating points that shatter or loosen hard, compacted layers to a depth below normal plow depth.

**Clay.** As a soil separate, the mineral soil particles less than 0.002 millimeter in diameter. As a soil textural class, soil material that is 40 percent or more clay, less than 45 percent sand, and less than 40 percent silt.

**Clay depletions.** Low-chroma zones having a low content of iron, manganese, and clay because of the chemical reduction of iron and manganese and the removal of iron, manganese, and clay. A type of redoximorphic depletion.

**Clay film.** A thin coating of oriented clay on the surface of a soil aggregate or lining pores or root channels. Synonyms: clay coating, clay skin.

**Claypan.** A slowly permeable soil horizon that contains much more clay than the horizons above it. A claypan is commonly hard when dry and plastic or stiff when wet.

**Climax plant community.** The stabilized plant

community on a particular site. The plant cover reproduces itself and does not change so long as the environment remains the same.

**Coarse textured soil.** Sand or loamy sand.

**Cobble (or cobblestone).** A rounded or partly rounded fragment of rock 3 to 10 inches (7.6 to 25 centimeters) in diameter.

**Cobbly soil material.** Material that has 15 to 35 percent, by volume, rounded or partially rounded rock fragments 3 to 10 inches (7.6 to 25 centimeters) in diameter. Very cobbly soil material has 35 to 60 percent of these rock fragments, and extremely cobbly soil material has more than 60 percent.

**COLE (coefficient of linear extensibility).** See Linear extensibility.

**Colluvium.** Soil material or rock fragments, or both, moved by creep, slide, or local wash and deposited at the base of steep slopes.

**Complex slope.** Irregular or variable slope. Planning or establishing terraces, diversions, and other water-control structures on a complex slope is difficult.

**Complex, soil.** A map unit of two or more kinds of soil or miscellaneous areas in such an intricate pattern or so small in area that it is not practical to map them separately at the selected scale of mapping. The pattern and proportion of the soils or miscellaneous areas are somewhat similar in all areas.

**Concretions.** Cemented bodies with crude internal symmetry organized around a point, a line, or a plane. They typically take the form of concentric layers visible to the naked eye. Calcium carbonate, iron oxide, and manganese oxide are common compounds making up concretions. If formed in place, concretions of iron oxide or manganese oxide are generally considered a type of redoximorphic concentration.

**Conglomerate.** A coarse grained, clastic rock composed of rounded or subangular rock fragments more than 2 millimeters in diameter. It commonly has a matrix of sand and finer textured material. Conglomerate is the consolidated equivalent of gravel.

**Conservation cropping system.** Growing crops in combination with needed cultural and management practices. In a good conservation cropping system, the soil-improving crops and practices more than offset the effects of the soil-depleting crops and practices. Cropping systems are needed on all tilled soils. Soil-improving practices in a conservation cropping system include the use of rotations that contain grasses and legumes and the return of crop residue to the soil. Other practices include the use of green manure crops of grasses and legumes, proper tillage, adequate fertilization, and weed and pest control.

**Conservation tillage.** A tillage system that does not invert the soil and that leaves a protective amount of crop residue on the surface throughout the year.

**Consistence, soil.** Refers to the degree of cohesion and adhesion of soil material and its resistance to deformation when ruptured. Consistence includes resistance of soil material to rupture and to penetration; plasticity, toughness, and stickiness of puddled soil material; and the manner in which the soil material behaves when subject to compression. Terms describing consistence are defined in the “Soil Survey Manual.”

**Control section.** The part of the soil on which classification is based. The thickness varies among different kinds of soil, but for many it is that part of the soil profile between depths of 10 inches and 40 or 80 inches.

**Coppice dune.** A small dune of fine grained soil material stabilized around shrubs or small trees.

**Corrosion.** Soil-induced electrochemical or chemical action that dissolves or weakens concrete or uncoated steel.

**Cover crop.** A close-growing crop grown primarily to improve and protect the soil between periods of regular crop production, or a crop grown between trees and vines in orchards and vineyards.

**Cropping system.** Growing crops according to a planned system of rotation and management practices.

**Crop residue management.** Returning crop residue to the soil, which helps to maintain soil structure, organic matter content, and fertility and helps to control erosion.

**Cross-slope farming.** Deliberately conducting farming operations on sloping farmland in such a way that tillage is across the general slope.

**Crown.** The upper part of a tree or shrub, including the living branches and their foliage.

**Cuesta.** A hill or ridge that has a gentle slope on one side and a steep slope on the other; specifically, an asymmetric, homoclinal ridge capped by resistant rock layers of slight or moderate dip.

**Cutbanks cave** (in tables). The walls of excavations tend to cave in or slough.

**Decreasers.** The most heavily grazed climax range plants. Because they are the most palatable, they are the first to be destroyed by overgrazing.

**Deferred grazing.** Postponing grazing or resting grazing land for a prescribed period.

**Depth, soil.** Generally, the thickness of the soil over bedrock. Very deep soils are more than 60 inches deep over bedrock; deep soils, 40 to 60 inches; moderately deep, 20 to 40 inches; shallow, 10 to 20 inches; and very shallow, less than 10 inches.

**Depth to rock** (in tables). Bedrock is too near the surface for the specified use.

**Desert pavement.** On a desert surface, a layer of gravel or larger fragments that was emplaced by upward movement of the underlying sediments or that remains after finer particles have been removed by running water or the wind.

**Dip slope.** A slope of the land surface, roughly determined by and approximately conforming to the dip of the underlying bedrock.

**Diversion (or diversion terrace).** A ridge of earth, generally a terrace, built to protect downslope areas by diverting runoff from its natural course.

**Drainage class** (natural). Refers to the frequency and duration of wet periods under conditions similar to those under which the soil formed. Alterations of the water regime by human activities, either through drainage or irrigation, are not a consideration unless they have significantly changed the morphology of the soil. Seven classes of natural soil drainage are recognized—*excessively drained, somewhat excessively drained, well drained, moderately well drained, somewhat poorly drained, poorly drained,* and *very poorly drained*. These classes are defined in the “Soil Survey Manual.”

**Drainage, surface.** Runoff, or surface flow of water, from an area.

**Draw.** A small stream valley that generally is more open and has broader bottom land than a ravine or gulch.

**Duff.** A generally firm organic layer on the surface of mineral soils. It consists of fallen plant material that is in the process of decomposition and includes everything from the litter on the surface to underlying pure humus.

**Ecological site.** An area where climate, soil, and relief are sufficiently uniform to produce a distinct natural plant community. An ecological site is the product of all the environmental factors responsible for its development. It is typified by an association of species that differ from those on other ecological sites in kind and/or proportion of species or in total production.

**Eluviation.** The movement of material in true solution or colloidal suspension from one place to another within the soil. Soil horizons that have lost material through eluviation are eluvial; those that have received material are illuvial.

**Endosaturation.** A type of saturation of the soil in which all horizons between the upper boundary of saturation and a depth of 2 meters are saturated.

**Eolian soil material.** Earthy parent material accumulated through wind action; commonly refers to sandy material in dunes or to loess in blankets on the surface.

**Ephemeral stream.** A stream, or reach of a stream, that flows only in direct response to precipitation. It receives no long-continued supply from melting snow or other source, and its channel is above the water table at all times.

**Episaturation.** A type of saturation indicating a perched water table in a soil in which saturated layers are underlain by one or more unsaturated layers within 2 meters of the surface.

**Erosion.** The wearing away of the land surface by water, wind, ice, or other geologic agents and by such processes as gravitational creep.

*Erosion* (geologic). Erosion caused by geologic processes acting over long geologic periods and resulting in the wearing away of mountains and the building up of such landscape features as flood plains and coastal plains. Synonym: natural erosion.

*Erosion* (accelerated). Erosion much more rapid than geologic erosion, mainly as a result of human or animal activities or of a catastrophe in nature, such as a fire, that exposes the surface.

**Erosion pavement.** A layer of gravel or stones that remains on the surface after fine particles are removed by sheet or rill erosion.

**Escarpment.** A relatively continuous and steep slope or cliff breaking the general continuity of more gently sloping land surfaces and resulting from erosion or faulting. Synonym: scarp.

**Excess fines** (in tables). Excess silt and clay in the soil. The soil does not provide a source of gravel or sand for construction purposes.

**Excess lime** (in tables). Excess carbonates in the soil that restrict the growth of some plants.

**Excess salts** (in tables). Excess water-soluble salts in the soil that restrict the growth of most plants.

**Excess sodium** (in tables). Excess exchangeable sodium in the soil. The resulting poor physical properties restrict the growth of plants.

**Extrusive rock.** Igneous rock derived from deep-seated molten matter (magma) emplaced on the earth’s surface.

**Fallow.** Cropland left idle in order to restore productivity through accumulation of moisture. Summer fallow is common in regions of limited

rainfall where cereal grain is grown. The soil is tilled for at least one growing season for weed control and decomposition of plant residue.

**Fan terrace.** A relict alluvial fan, no longer a site of active deposition, incised by younger and lower alluvial surfaces.

**Fertility, soil.** The quality that enables a soil to provide plant nutrients, in adequate amounts and in proper balance, for the growth of specified plants when light, moisture, temperature, tilth, and other growth factors are favorable.

**Fibric soil material (peat).** The least decomposed of all organic soil material. Peat contains a large amount of well preserved fiber that is readily identifiable according to botanical origin. Peat has the lowest bulk density and the highest water content at saturation of all organic soil material.

**Field moisture capacity.** The moisture content of a soil, expressed as a percentage of the ovendry weight, after the gravitational, or free, water has drained away; the field moisture content 2 or 3 days after a soaking rain; also called *normal field capacity, normal moisture capacity,* or *capillary capacity*.

**Fill slope.** A sloping surface consisting of excavated soil material from a road cut. It commonly is on the downhill side of the road.

**Fine textured soil.** Sandy clay, silty clay, or clay.

**Firebreak.** Area cleared of flammable material to stop or help control creeping or running fires. It also serves as a line from which to work and to facilitate the movement of firefighters and equipment. Designated roads also serve as firebreaks.

**First bottom.** The normal flood plain of a stream, subject to frequent or occasional flooding.

**Flaggy soil material.** Material that has, by volume, 15 to 35 percent flagstones. Very flaggy soil material has 35 to 60 percent flagstones, and extremely flaggy soil material has more than 60 percent flagstones.

**Flagstone.** A thin fragment of sandstone, limestone, slate, shale, or (rarely) schist 6 to 15 inches (15 to 38 centimeters) long.

**Flood plain.** A nearly level alluvial plain that borders a stream and is subject to flooding unless protected artificially.

**Fluvial.** Of or pertaining to rivers; produced by river action, as a fluvial plain.

**Foothill.** A steeply sloping upland that has relief of as much as 1,000 feet (300 meters) and fringes a mountain range or high-plateau escarpment.

**Footslope.** The position that forms the inner, gently inclined surface at the base of a hillslope. In profile, footslopes are commonly concave. A footslope is a transition zone between upslope sites of erosion and transport (shoulders and backslopes) and downslope sites of deposition (toeslopes).

**Forb.** Any herbaceous plant not a grass or a sedge.

**Forest cover.** All trees and other woody plants (underbrush) covering the ground in a forest.

**Forest type.** A stand of trees similar in composition and development because of given physical and biological factors by which it may be differentiated from other stands.

**Frost action** (in tables). Freezing and thawing of soil moisture. Frost action can damage roads, buildings and other structures, and plant roots.

**Genesis, soil.** The mode of origin of the soil. Refers especially to the processes or soil-forming factors responsible for the formation of the solum, or true soil, from the unconsolidated parent material.

**Gleyed soil.** Soil that formed under poor drainage, resulting in the reduction of iron and other elements in the profile and in gray colors.

**Grassed waterway.** A natural or constructed waterway, typically broad and shallow, seeded to grass as protection against erosion. Conducts surface water away from cropland.

**Gravel.** Rounded or angular fragments of rock as much as 3 inches (2 millimeters to 7.6 centimeters) in diameter. An individual piece is a pebble.

**Gravelly soil material.** Material that has 15 to 35 percent, by volume, rounded or angular rock fragments, not prominently flattened, as much as 3 inches (7.6 centimeters) in diameter.

**Green manure crop** (agronomy). A soil-improving crop grown to be plowed under in an early stage of maturity or soon after maturity.

**Ground water.** Water filling all the unblocked pores of the material below the water table.

**Gully.** A miniature valley with steep sides cut by running water and through which water ordinarily runs only after rainfall. The distinction between a gully and a rill is one of depth. A gully generally is an obstacle to farm machinery and is too deep to be obliterated by ordinary tillage; a rill is of lesser depth and can be smoothed over by ordinary tillage.

**Hard bedrock.** Bedrock that cannot be excavated except by blasting or by the use of special equipment that is not commonly used in construction.

**Hardpan.** A hardened or cemented soil horizon, or layer. The soil material is sandy, loamy, or clayey

and is cemented by iron oxide, silica, calcium carbonate, or other substance.

**Head slope.** A geomorphic component of hills consisting of a laterally concave area of a hillside, especially at the head of a drainageway. The overland waterflow is converging.

**Hemic soil material (mucky peat).** Organic soil material intermediate in degree of decomposition between the less decomposed fibric material and the more decomposed sapric material.

**High-residue crops.** Such crops as small grain and corn used for grain. If properly managed, residue from these crops can be used to control erosion until the next crop in the rotation is established. These crops return large amounts of organic matter to the soil.

**Hill.** A natural elevation of the land surface, rising as much as 1,000 feet above surrounding lowlands, commonly of limited summit area and having a well defined outline; hillsides generally have slopes of more than 15 percent. The distinction between a hill and a mountain is arbitrary and is dependent on local usage.

**Horizon, soil.** A layer of soil, approximately parallel to the surface, having distinct characteristics produced by soil-forming processes. In the identification of soil horizons, an uppercase letter represents the major horizons. Numbers or lowercase letters that follow represent subdivisions of the major horizons. An explanation of the subdivisions is given in the "Soil Survey Manual." The major horizons of mineral soil are as follows:

*O horizon.*—An organic layer of fresh and decaying plant residue.

*A horizon.*—The mineral horizon at or near the surface in which an accumulation of humified organic matter is mixed with the mineral material. Also, a plowed surface horizon, most of which was originally part of a B horizon.

*E horizon.*—The mineral horizon in which the main feature is loss of silicate clay, iron, aluminum, or some combination of these.

*B horizon.*—The mineral horizon below an A horizon. The B horizon is in part a layer of transition from the overlying A to the underlying C horizon. The B horizon also has distinctive characteristics, such as (1) accumulation of clay, sesquioxides, humus, or a combination of these; (2) prismatic or blocky structure; (3) redder or browner colors than those in the A horizon; or (4) a combination of these.

*C horizon.*—The mineral horizon or layer, excluding indurated bedrock, that is little affected by soil-forming processes and does not have the properties typical of the overlying soil material. The material of a C horizon may be either like or unlike that in which the solum formed. If the material is known to differ from that in the solum, an Arabic numeral, commonly a 2, precedes the letter C.

*Cr horizon.*—Soft, consolidated bedrock beneath the soil.

*R layer.*—Consolidated bedrock beneath the soil. The bedrock commonly underlies a C horizon, but it can be directly below an A or a B horizon.

**Humus.** The well decomposed, more or less stable part of the organic matter in mineral soils.

**Hydrologic soil groups.** Refers to soils grouped according to their runoff potential. The soil properties that influence this potential are those that affect the minimum rate of water infiltration on a bare soil during periods after prolonged wetting when the soil is not frozen. These properties are depth to a seasonal high water table, the infiltration rate and permeability after prolonged wetting, and depth to a very slowly permeable layer. The slope and the kind of plant cover are not considered but are separate factors in predicting runoff.

**Igneous rock.** Rock formed by solidification from a molten or partially molten state. Major varieties include plutonic and volcanic rock. Examples are andesite, basalt, and granite.

**Illuviation.** The movement of soil material from one horizon to another in the soil profile. Generally, material is removed from an upper horizon and deposited in a lower horizon.

**Impervious soil.** A soil through which water, air, or roots penetrate slowly or not at all. No soil is absolutely impervious to air and water all the time.

**Increasers.** Species in the climax vegetation that increase in amount as the more desirable plants are reduced by close grazing. Increasers commonly are the shorter plants and the less palatable to livestock.

**Infiltration.** The downward entry of water into the immediate surface of soil or other material, as contrasted with percolation, which is movement of water through soil layers or material.

**Infiltration capacity.** The maximum rate at which water can infiltrate into a soil under a given set of conditions.

**Infiltration rate.** The rate at which water penetrates the surface of the soil at any given instant, usually expressed in inches per hour. The rate can be limited by the infiltration capacity of the

soil or the rate at which water is applied at the surface.

**Intake rate.** The average rate of water entering the soil under irrigation. Most soils have a fast initial rate; the rate decreases with application time. Therefore, intake rate for design purposes is not a constant but is a variable depending on the net irrigation application. The rate of water intake, in inches per hour, is expressed as follows:

| | |
|---|---|
| Less than 0.2 | very low |
| 0.2 to 0.4 | low |
| 0.4 to 0.75 | moderately low |
| 0.75 to 1.25 | moderate |
| 1.25 to 1.75 | moderately high |
| 1.75 to 2.5 | high |
| More than 2.5 | very high |

**Interfluve.** An elevated area between two drainageways that sheds water to those drainageways.

**Intermittent stream.** A stream, or reach of a stream, that flows for prolonged periods only when it receives ground-water discharge or long, continued contributions from melting snow or other surface and shallow subsurface sources.

**Invaders.** On range, plants that encroach into an area and grow after the climax vegetation has been reduced by grazing. Generally, plants invade following disturbance of the surface.

**Iron depletions.** Low-chroma zones having a low content of iron and manganese oxide because of chemical reduction and removal, but having a clay content similar to that of the adjacent matrix. A type of redoximorphic depletion.

**Irrigation.** Application of water to soils to assist in production of crops. Methods of irrigation are:

*Basin.*—Water is applied rapidly to nearly level plains surrounded by levees or dikes.

*Border.*—Water is applied at the upper end of a strip in which the lateral flow of water is controlled by small earth ridges called border dikes, or borders.

*Controlled flooding.*—Water is released at intervals from closely spaced field ditches and distributed uniformly over the field.

*Corrugation.*—Water is applied to small, closely spaced furrows or ditches in fields of close-growing crops or in orchards so that it flows in only one direction.

*Drip (or trickle).*—Water is applied slowly and under low pressure to the surface of the soil or into the soil through such applicators as emitters, porous tubing, or perforated pipe.

*Furrow.*—Water is applied in small ditches made by cultivation implements. Furrows are used for tree and row crops.

*Sprinkler.*—Water is sprayed over the soil surface through pipes or nozzles from a pressure system.

*Subirrigation.*—Water is applied in open ditches or tile lines until the water table is raised enough to wet the soil.

*Wild flooding.*—Water, released at high points, is allowed to flow onto an area without controlled distribution.

**Knoll.** A small, low, rounded hill rising above adjacent landforms.

**$K_{sat}$.** Saturated hydraulic conductivity. (See Permeability.)

**Landslide.** The rapid downhill movement of a mass of soil and loose rock, generally when wet or saturated. The speed and distance of movement, as well as the amount of soil and rock material, vary greatly.

**Large stones** (in tables). Rock fragments 3 inches (7.6 centimeters) or more across. Large stones adversely affect the specified use of the soil.

**Leaching.** The removal of soluble material from soil or other material by percolating water.

**Linear extensibility.** Refers to the change in length of an unconfined clod as moisture content is decreased from a moist to a dry state. Linear extensibility is used to determine the shrink-swell potential of soils. It is an expression of the volume change between the water content of the clod at $^1/_3$- or $^1/_{10}$-bar tension (33kPa or 10kPa tension) and oven dryness. Volume change is influenced by the amount and type of clay minerals in the soil. The volume change is the percent change for the whole soil. If it is expressed as a fraction, the resulting value is COLE, coefficient of linear extensibility.

**Liquid limit.** The moisture content at which the soil passes from a plastic to a liquid state.

**Lithic.** Hard bedrock that cannot be excavated except by blasting or by the use of special equipment that is not commonly used in construction.

**Loam.** Soil material that is 7 to 27 percent clay particles, 28 to 50 percent silt particles, and less than 52 percent sand particles.

**Loess.** Fine grained material, dominantly of silt-sized particles, deposited by wind.

**Low-residue crops.** Such crops as corn used for silage, peas, beans, and potatoes. Residue from these crops is not adequate to control erosion

until the next crop in the rotation is established. These crops return little organic matter to the soil.

**Low strength.** The soil is not strong enough to support loads.

**Masses.** Concentrations of substances in the soil matrix that do not have a clearly defined boundary with the surrounding soil material and cannot be removed as a discrete unit. Common compounds making up masses are calcium carbonate, gypsum or other soluble salts, iron oxide, and manganese oxide. Masses consisting of iron oxide or manganese oxide generally are considered a type of redoximorphic concentration.

**Mechanical treatment.** Use of mechanical equipment for seeding, brush management, and other management practices.

**Medium textured soil.** Very fine sandy loam, loam, silt loam, or silt.

**Mesa.** A broad, nearly flat topped and commonly isolated upland mass characterized by summit widths that are more than the heights of bounding erosional scarps.

**Metamorphic rock.** Rock of any origin altered in mineralogical composition, chemical composition, or structure by heat, pressure, and movement. Nearly all such rocks are crystalline.

**Mineral soil.** Soil that is mainly mineral material and low in organic material. Its bulk density is more than that of organic soil.

**Minimum tillage.** Only the tillage essential to crop production and prevention of soil damage.

**Miscellaneous area.** An area that has little or no natural soil and supports little or no vegetation.

**Moderately coarse textured soil.** Coarse sandy loam, sandy loam, or fine sandy loam.

**Moderately fine textured soil.** Clay loam, sandy clay loam, or silty clay loam.

**Mollic epipedon.** A thick, dark, humus-rich surface horizon (or horizons) that has high base saturation and pedogenic soil structure. It may include the upper part of the subsoil.

**Morphology, soil.** The physical makeup of the soil, including the texture, structure, porosity, consistence, color, and other physical, mineral, and biological properties of the various horizons, and the thickness and arrangement of those horizons in the soil profile.

**Mottling, soil.** Irregular spots of different colors that vary in number and size. Descriptive terms are as follows: abundance—*few, common,* and *many;* size—*fine, medium,* and *coarse;* and contrast—*faint, distinct,* and *prominent.* The size measurements are of the diameter along the greatest dimension. *Fine* indicates less than 5 millimeters (about 0.2 inch); *medium,* from 5 to 15 millimeters (about 0.2 to 0.6 inch); and *coarse,* more than 15 millimeters (about 0.6 inch).

**Mountain.** A natural elevation of the land surface, rising more than 1,000 feet above surrounding lowlands, commonly of restricted summit area (relative to a plateau) and generally having steep sides. A mountain can occur as a single, isolated mass or in a group forming a chain or range.

**Muck.** Dark, finely divided, well decomposed organic soil material. (See Sapric soil material.)

**Mudstone.** Sedimentary rock formed by induration of silt and clay in approximately equal amounts.

**Munsell notation.** A designation of color by degrees of three simple variables—hue, value, and chroma. For example, a notation of 10YR 6/4 is a color with hue of 10YR, value of 6, and chroma of 4.

**Natric horizon.** A special kind of argillic horizon that contains enough exchangeable sodium to have an adverse effect on the physical condition of the subsoil.

**Neutral soil.** A soil having a pH value of 6.6 to 7.3. (See Reaction, soil.)

**Nodules.** Cemented bodies lacking visible internal structure. Calcium carbonate, iron oxide, and manganese oxide are common compounds making up nodules. If formed in place, nodules of iron oxide or manganese oxide are considered types of redoximorphic concentrations.

**Nose slope.** A geomorphic component of hills consisting of the projecting end (laterally convex area) of a hillside. The overland waterflow is predominantly divergent.

**Nutrient, plant.** Any element taken in by a plant essential to its growth. Plant nutrients are mainly nitrogen, phosphorus, potassium, calcium, magnesium, sulfur, iron, manganese, copper, boron, and zinc obtained from the soil and carbon, hydrogen, and oxygen obtained from the air and water.

**Organic matter.** Plant and animal residue in the soil in various stages of decomposition. The content of organic matter in the surface layer is described as follows:

| | |
|---|---|
| Very low | less than 0.5 percent |
| Low | 0.5 to 1.0 percent |
| Moderately low | 1.0 to 2.0 percent |
| Moderate | 2.0 to 4.0 percent |
| High | 4.0 to 8.0 percent |
| Very high | more than 8.0 percent |

**Outwash.** Gravel, sand, and silt, commonly stratified, deposited by glacial meltwater.

**Pan.** A compact, dense layer in a soil that impedes the movement of water and the growth of roots. For example, *hardpan, fragipan, claypan, plowpan,* and *traffic pan*.

**Paralithic.** Soft bedrock that can be excavated with trenching machines, backhoes, small rippers, and other equipment commonly used in construction.

**Parent material.** The unconsolidated organic and mineral material in which soil forms.

**Peat.** Unconsolidated material, largely undecomposed organic matter, that has accumulated under excess moisture. (See Fibric soil material.)

**Ped.** An individual natural soil aggregate, such as a granule, a prism, or a block.

**Pedisediment.** A thin layer of alluvial material that mantles an erosion surface and has been transported to its present position from higher lying areas of the erosion surface.

**Pedon.** The smallest volume that can be called "a soil." A pedon is three dimensional and large enough to permit study of all horizons. Its area ranges from about 10 to 100 square feet (1 square meter to 10 square meters), depending on the variability of the soil.

**Percolation.** The movement of water through the soil.

**Percs slowly** (in tables). The slow movement of water through the soil adversely affects the specified use.

**Permeability.** The quality of the soil that enables water or air to move downward through the profile. The rate at which a saturated soil transmits water is accepted as a measure of this quality. In soil physics, the rate is referred to as "saturated hydraulic conductivity," which is defined in the "Soil Survey Manual." In line with conventional usage in the engineering profession and with traditional usage in published soil surveys, this rate of flow continues to be expressed as "permeability." Terms describing permeability, measured in inches per hour, are as follows:

| | |
|---|---|
| Extremely slow | 0.0 to 0.01 inch |
| Very slow | 0.01 to 0.06 inch |
| Slow | 0.06 to 0.2 inch |
| Moderately slow | 0.2 to 0.6 inch |
| Moderate | 0.6 inch to 2.0 inches |
| Moderately rapid | 2.0 to 6.0 inches |
| Rapid | 6.0 to 20 inches |
| Very rapid | more than 20 inches |

**Phase, soil.** A subdivision of a soil series based on features that affect its use and management, such as slope, stoniness, and flooding.

**pH value.** A numerical designation of acidity and alkalinity in soil. (See Reaction, soil.)

**Piping** (in tables). Formation of subsurface tunnels or pipelike cavities by water moving through the soil.

**Plasticity index.** The numerical difference between the liquid limit and the plastic limit; the range of moisture content within which the soil remains plastic.

**Plastic limit.** The moisture content at which a soil changes from semisolid to plastic.

**Plateau.** An extensive upland mass with relatively flat summit area that is considerably elevated (more than 100 meters) above adjacent lowlands and separated from them on one or more sides by escarpments.

**Playa.** The generally dry and nearly level lake plain that occupies the lowest parts of closed depressional areas, such as those on intermontane basin floors. Temporary flooding occurs primarily in response to precipitation and runoff.

**Plowpan.** A compacted layer formed in the soil directly below the plowed layer.

**Ponding.** Standing water on soils in closed depressions. Unless the soils are artificially drained, the water can be removed only by percolation or evapotranspiration.

**Poor filter** (in tables). Because of rapid or very rapid permeability, the soil may not adequately filter effluent from a waste disposal system.

**Poorly graded.** Refers to a coarse grained soil or soil material consisting mainly of particles of nearly the same size. Because there is little difference in size of the particles, density can be increased only slightly by compaction.

**Potential native plant community.** See Climax plant community.

**Potential rooting depth (effective rooting depth).** Depth to which roots could penetrate if the content of moisture in the soil were adequate. The soil has no properties restricting the penetration of roots to this depth.

**Prescribed burning.** Deliberately burning an area for specific management purposes, under the appropriate conditions of weather and soil moisture and at the proper time of day.

**Productivity, soil.** The capability of a soil for producing a specified plant or sequence of plants under specific management.

**Profile, soil.** A vertical section of the soil extending through all its horizons and into the parent material.

**Proper grazing use.** Grazing at an intensity that maintains enough cover to protect the soil and maintain or improve the quantity and quality of the desirable vegetation. This practice increases the vigor and reproduction capacity of the key plants and promotes the accumulation of litter and mulch necessary to conserve soil and water.

**Rangeland.** Land on which the potential natural vegetation is predominantly grasses, grasslike plants, forbs, or shrubs suitable for grazing or browsing. It includes natural grasslands, savannas, many wetlands, some deserts, tundras, and areas that support certain forb and shrub communities.

**Reaction, soil.** A measure of acidity or alkalinity of a soil, expressed in pH values. A soil that tests to pH 7.0 is described as precisely neutral in reaction because it is neither acid nor alkaline. The degrees of acidity or alkalinity, expressed as pH values, are:

| | |
|---|---|
| Ultra acid | less than 3.5 |
| Extremely acid | 3.5 to 4.4 |
| Very strongly acid | 4.5 to 5.0 |
| Strongly acid | 5.1 to 5.5 |
| Moderately acid | 5.6 to 6.0 |
| Slightly acid | 6.1 to 6.5 |
| Neutral | 6.6 to 7.3 |
| Slightly alkaline | 7.4 to 7.8 |
| Moderately alkaline | 7.9 to 8.4 |
| Strongly alkaline | 8.5 to 9.0 |
| Very strongly alkaline | 9.1 and higher |

**Red beds.** Sedimentary strata that are mainly red and are made up largely of sandstone and shale.

**Redoximorphic concentrations.** Nodules, concretions, soft masses, pore linings, and other features resulting from the accumulation of iron or manganese oxide. An indication of chemical reduction and oxidation resulting from saturation.

**Redoximorphic depletions.** Low-chroma zones from which iron and manganese oxide or a combination of iron and manganese oxide and clay has been removed. These zones are indications of the chemical reduction of iron resulting from saturation.

**Redoximorphic features.** Redoximorphic concentrations, redoximorphic depletions, reduced matrices, a positive reaction to alpha,alpha-dipyridyl, and other features indicating the chemical reduction and oxidation of iron and manganese compounds resulting from saturation.

**Reduced matrix.** A soil matrix that has low chroma in situ because of chemically reduced iron (Fe II). The chemical reduction results from nearly continuous wetness. The matrix undergoes a change in hue or chroma within 30 minutes after exposure to air as the iron is oxidized (Fe III). A type of redoximorphic feature.

**Regolith.** The unconsolidated mantle of weathered rock and soil material on the earth's surface; the loose earth material above the solid rock.

**Relief.** The elevations or inequalities of a land surface, considered collectively.

**Residuum (residual soil material).** Unconsolidated, weathered or partly weathered mineral material that accumulated as consolidated rock disintegrated in place.

**Rill.** A steep-sided channel resulting from accelerated erosion. A rill generally is a few inches deep and not wide enough to be an obstacle to farm machinery.

**Road cut.** A sloping surface produced by mechanical means during road construction. It is commonly on the uphill side of the road.

**Rock fragments.** Rock or mineral fragments having a diameter of 2 millimeters or more; for example, pebbles, cobbles, stones, and boulders.

**Rooting depth** (in tables). Shallow root zone. The soil is shallow over a layer that greatly restricts roots.

**Root zone.** The part of the soil that can be penetrated by plant roots.

**Runoff.** The precipitation discharged into stream channels from an area. The water that flows off the surface of the land without sinking into the soil is called surface runoff. Water that enters the soil before reaching surface streams is called ground-water runoff or seepage flow from ground water.

**Runoff Ratings** (in tables).

| | Permeability | | | | | |
|---|---|---|---|---|---|---|
| Slope | Very Rapid | Rapid | Mod Rapid | Mod. | Mod. Slow | Slow |
| 1-3 | Neg. | V. Low | Low | Low | Med. | Med. |
| 3-6 | Neg. | V. Low | Low | Med. | Med. | High |
| 6-12 | V. Low | Low | Med. | High | High | V. High |
| 12-25 | V. Low | Low | Med. | High | V. High | V. High |
| 25+ | Low | Med | High | V. High | V. High | V.High |

**Saline soil.** A soil containing soluble salts in an amount that impairs growth of plants. A saline soil does not contain excess exchangeable sodium.

**Sand.** As a soil separate, individual rock or mineral fragments from 0.05 millimeter to 2.0 millimeters in diameter. Most sand grains consist of quartz. As a soil textural class, a soil that is 85 percent or more sand and not more than 10 percent clay.

**Sandstone.** Sedimentary rock containing dominantly sand-sized particles.

**Sapric soil material (muck).** The most highly decomposed of all organic soil material. Muck has the least amount of plant fiber, the highest bulk density, and the lowest water content at saturation of all organic soil material.

**Saprolite.** Unconsolidated residual material underlying the soil and grading to hard bedrock below.

**Saturation.** Wetness characterized by zero or positive pressure of the soil water. Under conditions of saturation, the water will flow from the soil matrix into an unlined auger hole.

**Scarification.** The act of abrading, scratching, loosening, crushing, or modifying the surface to increase water absorption or to provide a more tillable soil.

**Second bottom.** The first terrace above the normal flood plain (or first bottom) of a river.

**Sedimentary rock.** Rock made up of particles deposited from suspension in water. The chief kinds of sedimentary rock are conglomerate, formed from gravel; sandstone, formed from sand; shale, formed from clay; and limestone, formed from soft masses of calcium carbonate. There are many intermediate types. Some wind-deposited sand is consolidated into sandstone.

**Seepage** (in tables). The movement of water through the soil. Seepage adversely affects the specified use.

**Sequum.** A sequence consisting of an illuvial horizon and the overlying eluvial horizon. (See Eluviation.)

**Series, soil.** A group of soils that have profiles that are almost alike, except for differences in texture of the surface layer. All the soils of a series have horizons that are similar in composition, thickness, and arrangement.

**Shale.** Sedimentary rock formed by the hardening of a clay deposit.

**Sheet erosion.** The removal of a fairly uniform layer of soil material from the land surface by the action of rainfall and surface runoff.

**Shoulder.** The position that forms the uppermost inclined surface near the top of a hillslope. It is a transition from backslope to summit. The surface is dominantly convex in profile and erosional in origin.

**Shrink-swell** (in tables). The shrinking of soil when dry and the swelling when wet. Shrinking and swelling can damage roads, dams, building foundations, and other structures. It can also damage plant roots.

**Side slope.** A geomorphic component of hills consisting of a laterally planar area of a hillside. The overland waterflow is predominantly parallel.

**Silica.** A combination of silicon and oxygen. The mineral form is called quartz.

**Silt.** As a soil separate, individual mineral particles that range in diameter from the upper limit of clay (0.002 millimeter) to the lower limit of very fine sand (0.05 millimeter). As a soil textural class, soil that is 80 percent or more silt and less than 12 percent clay.

**Siltstone.** Sedimentary rock made up of dominantly silt-sized particles.

**Similar soils.** Soils that share limits of diagnostic criteria, behave and perform in a similar manner, and have similar conservation needs or management requirements for the major land uses in the survey area.

**Slickensides.** Polished and grooved surfaces produced by one mass sliding past another. In soils, slickensides may occur at the bases of slip surfaces on the steeper slopes; on faces of blocks, prisms, and columns; and in swelling clayey soils, where there is marked change in moisture content.

**Slick spot.** A small area of soil having a puddled, crusted, or smooth surface and an excess of exchangeable sodium. The soil generally is silty or clayey, is slippery when wet, and is low in productivity.

**Slope.** The inclination of the land surface from the horizontal. Percentage of slope is the vertical distance divided by horizontal distance, then multiplied by 100. Thus, a slope of 20 percent is a drop of 20 feet in 100 feet of horizontal distance. In this survey, classes for simple slopes are as follows:

| | |
|---|---|
| Nearly level | 0 to 1 percent |
| Gently sloping | 1 to 3 percent |
| Moderately sloping | 3 to 6 percent |
| Strongly sloping | 6 to 12 percent |
| Moderately steep | 12 to 25 percent |
| Steep | 25 to 45 percent |
| Very steep | 45 percent and higher |

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 288 of 664



Classes for complex slopes are as follows:

| | |
|---|---|
| Nearly level | 0 to 1 percent |
| Undulating | 1 to 3 percent |
| Gently rolling | 3 to 6 percent |
| Rolling | 6 to 12 percent |
| Hilly | 12 to 25 percent |
| Steep | 25 to 45 percent |
| Very steep | 45 percent and higher |

**Slope** (in tables). Slope is great enough that special practices are required to ensure satisfactory performance of the soil for a specific use.

**Slope alluvium** Soil material and rock fragments, gradually transported on hill slopes primarilly by alluvial processes.

**Small stones** (in tables). Rock fragments less than 3 inches (7.6 centimeters) in diameter. Small stones adversely affect the specified use of the soil.

**Sodic (alkali) soil.** A soil having so high a degree of alkalinity (pH 8.5 or higher) or so high a percentage of exchangeable sodium (15 percent or more of the total exchangeable bases), or both, that plant growth is restricted.

**Sodicity.** The degree to which a soil is affected by exchangeable sodium. Sodicity is expressed as a sodium adsorption ratio (SAR) of a saturation extract, or the ratio of $Na^+$ to $Ca^{++}$ + $Mg^{++}$. The degrees of sodicity and their respective ratios are:

| | |
|---|---|
| Slight | less than 13:1 |
| Moderate | 13-30:1 |
| Strong | more than 30:1 |

**Sodium adsorption ratio (SAR).** A measure of the amount of sodium (Na) relative to calcium (Ca) and magnesium (Mg) in the water extract from saturated soil paste. It is the ratio of the Na concentration divided by the square root of one-half of the Ca + Mg concentration.

**Soft bedrock.** Bedrock that can be excavated with trenching machines, backhoes, small rippers, and other equipment commonly used in construction.

**Soil.** A natural, three-dimensional body at the earth's surface. It is capable of supporting plants and has properties resulting from the integrated effect of climate and living matter acting on earthy parent material, as conditioned by relief over periods of time.

**Soil separates.** Mineral particles less than 2 millimeters in equivalent diameter and ranging between specified size limits. The names and sizes, in millimeters, of separates recognized in the United States are as follows:

| | |
|---|---|
| Very coarse sand | 2.0 to 1.0 |
| Coarse sand | 1.0 to 0.5 |
| Medium sand | 0.5 to 0.25 |
| Fine sand | 0.25 to 0.10 |
| Very fine sand | 0.10 to 0.05 |
| Silt | 0.05 to 0.002 |
| Clay | less than 0.002 |

**Solum.** The upper part of a soil profile, above the C horizon, in which the processes of soil formation are active. The solum in soil consists of the A, E, and B horizons. Generally, the characteristics of the material in these horizons are unlike those of the material below the solum. The living roots and plant and animal activities are largely confined to the solum.

**Stone line.** A concentration of coarse fragments in a soil. Generally, it is indicative of an old weathered surface. In a cross section, the line may be one fragment or more thick. It generally overlies material that weathered in place and is overlain by recent sediment of variable thickness.

**Stones.** Rock fragments 10 to 24 inches (25 to 60 centimeters) in diameter if rounded or 15 to 24 inches (38 to 60 centimeters) in length if flat.

**Stony.** Refers to a soil containing stones in numbers that interfere with or prevent tillage.

**Stripcropping.** Growing crops in a systematic arrangement of strips or bands that provide vegetative barriers to wind erosion and water erosion.

**Structure, soil.** The arrangement of primary soil particles into compound particles or aggregates. The principal forms of soil structure are—*platy* (laminated), *prismatic* (vertical axis of aggregates longer than horizontal), *columnar* (prisms with rounded tops), *blocky* (angular or subangular), and *granular*. *Structureless* soils are either *single grained* (each grain by itself, as in dune sand) or *massive* (the particles adhering without any regular cleavage, as in many hardpans).

**Stubble mulch.** Stubble or other crop residue left on the soil or partly worked into the soil. It protects the soil from wind erosion and water erosion after harvest, during preparation of a seedbed for the

next crop, and during the early growing period of the new crop.

**Subsoil.** Technically, the B horizon; roughly, the part of the solum below plow depth.

**Subsoiling.** Tilling a soil below normal plow depth, ordinarily to shatter a hardpan or claypan.

**Substratum.** The part of the soil below the solum.

**Subsurface layer.** Any surface soil horizon (A, E, AB, or EB) below the surface layer.

**Summer fallow.** The tillage of uncropped land during the summer to control weeds and allow storage of moisture in the soil for the growth of a later crop. A practice common in semiarid regions, where annual precipitation is not enough to produce a crop every year. Summer fallow is frequently practiced before planting winter grain.

**Summit.** The topographically highest position of a hillslope. It has a nearly level (planar or only slightly convex) surface.

**Surface layer.** The soil ordinarily moved in tillage, or its equivalent in uncultivated soil, ranging in depth from 4 to 10 inches (10 to 25 centimeters). Frequently designated as the “plow layer,” or the “Ap horizon.”

**Surface soil.** The A, E, AB, and EB horizons, considered collectively. It includes all subdivisions of these horizons.

**Talus.** Fragments of rock and other soil material accumulated by gravity at the foot of cliffs or steep slopes.

**Taxadjuncts.** Soils that cannot be classified in a series recognized in the classification system. Such soils are named for a series they strongly resemble and are designated as taxadjuncts to that series because they differ in ways too small to be of consequence in interpreting their use and behavior. Soils are recognized as taxadjuncts only when one or more of their characteristics are slightly outside the range defined for the family of the series for which the soils are named.

**Terrace.** An embankment, or ridge, constructed across sloping soils on the contour or at a slight angle to the contour. The terrace intercepts surface runoff so that water soaks into the soil or flows slowly to a prepared outlet. A terrace in a field generally is built so that the field can be farmed. A terrace intended mainly for drainage has a deep channel that is maintained in permanent sod.

**Terrace** (geologic). An old alluvial plain, ordinarily flat or undulating, bordering a river, a lake, or the sea.

**Texture, soil.** The relative proportions of sand, silt, and clay particles in a mass of soil. The basic textural classes, in order of increasing proportion of fine particles, are *sand, loamy sand, sandy loam, loam, silt loam, silt, sandy clay loam, clay loam, silty clay loam, sandy clay, silty clay,* and *clay*. The sand, loamy sand, and sandy loam classes may be further divided by specifying “coarse,” “fine,” or “very fine.”

**Thin layer** (in tables). Otherwise suitable soil material that is too thin for the specified use.

**Tilth, soil.** The physical condition of the soil as related to tillage, seedbed preparation, seedling emergence, and root penetration.

**Toeslope.** The position that forms the gently inclined surface at the base of a hillslope. Toeslopes in profile are commonly gentle and linear and are constructional surfaces forming the lower part of a hillslope continuum that grades to valley or closed-depression floors.

**Too arid** (in tables). The soil is dry most of the time, and vegetation is difficult to establish.

**Topsoil.** The upper part of the soil, which is the most favorable material for plant growth. It is ordinarily rich in organic matter and is used to topdress roadbanks, lawns, and land affected by mining.

**Trace elements.** Chemical elements, for example, zinc, cobalt, manganese, copper, and iron, in soils in extremely small amounts. They are essential to plant growth.

**Unstable fill** (in tables). Risk of caving or sloughing on banks of fill material.

**Upland.** Land at a higher elevation, in general, than the alluvial plain or stream terrace; land above the lowlands along streams.

**Valley fill.** In glaciated regions, material deposited in stream valleys by glacial meltwater. In nonglaciated regions, alluvium deposited by heavily loaded streams.

**Variegation.** Refers to patterns of contrasting colors assumed to be inherited from the parent material rather than to be the result of poor drainage.

**Water bars.** Smooth, shallow ditches or depressional areas that are excavated at an angle across a sloping road. They are used to reduce the downward velocity of water and divert it off and away from the road surface. Water bars can easily be driven over if constructed properly.

**Weathering.** All physical and chemical changes produced in rocks or other deposits at or near the earth’s surface by atmospheric agents. These changes result in disintegration and decomposition of the material.

**Well graded.** Refers to soil material consisting of coarse grained particles that are well distributed over a wide range in size or diameter. Such soil normally can be easily increased in density and bearing properties by compaction. Contrasts with poorly graded soil.

**Wilting point (or permanent wilting point).** The moisture content of soil, on an ovendry basis, at which a plant (specifically a sunflower) wilts so much that it does not recover when placed in a humid, dark chamber.

**Windthrow.** The uprooting and tipping over of trees by the wind.

# Tables

Table 1.--Temperature and Precipitation

(Recorded in the period 1961-90 at Cortez, CO1886)

| Month | Temperature | | | | | | Precipitation | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Average daily maximum | Average daily minimum | Average | 2 years in 10 will have-- Maximum temperature higher than-- | 2 years in 10 will have-- Minimum temperature lower than-- | Average number of growing degree days* | Average | 2 years in 10 will have-- Less than-- | 2 years in 10 will have-- More than-- | Average number of days with 0.10 inch or more | Average snowfall |
| | °F | °F | °F | °F | °F | Units | In | In | In | | In |
| January----- | 39.5 | 11.5 | 25.5 | 56 | -15 | 1 | 0.90 | 0.36 | 1.42 | 3 | 7.3 |
| February---- | 45.1 | 17.8 | 31.4 | 62 | -9 | 12 | 0.91 | 0.40 | 1.46 | 3 | 5.9 |
| March------- | 52.2 | 24.3 | 38.2 | 71 | 4 | 68 | 1.38 | 0.34 | 2.21 | 4 | 6.1 |
| April------- | 61.7 | 30.2 | 45.9 | 78 | 15 | 206 | 0.87 | 0.27 | 1.36 | 2 | 1.1 |
| May--------- | 71.8 | 38.2 | 55.0 | 85 | 22 | 466 | 0.89 | 0.34 | 1.42 | 2 | 0.1 |
| June-------- | 82.7 | 46.4 | 64.5 | 96 | 31 | 731 | 0.45 | 0.10 | 0.86 | 1 | 0.0 |
| July-------- | 88.1 | 54.5 | 71.3 | 97 | 42 | 962 | 1.17 | 0.46 | 1.77 | 3 | 0.0 |
| August------ | 85.4 | 53.1 | 69.2 | 95 | 41 | 905 | 1.52 | 0.60 | 2.29 | 4 | 0.0 |
| September--- | 77.5 | 44.4 | 61.0 | 89 | 28 | 620 | 1.28 | 0.68 | 1.99 | 3 | 0.1 |
| October----- | 66.3 | 33.7 | 50.0 | 81 | 17 | 317 | 1.52 | 0.50 | 2.46 | 3 | 0.2 |
| November---- | 52.0 | 23.8 | 37.9 | 69 | 4 | 61 | 1.19 | 0.60 | 1.78 | 3 | 2.5 |
| December---- | 41.5 | 14.7 | 28.1 | 58 | -11 | 3 | 1.22 | 0.58 | 1.84 | 3 | 8.1 |
| Yearly: | | | | | | | | | | | |
| Average--- | 63.6 | 32.7 | 48.2 | --- | --- | --- | --- | --- | --- | --- | --- |
| Extreme--- | 101 | -27 | --- | 99 | -18 | --- | --- | --- | --- | --- | --- |
| Total----- | --- | --- | --- | --- | --- | 4353 | 13.31 | 9.50 | 15.81 | 34 | 31.3 |

Table 1.--Temperature and Precipitation--Continued

(Recorded in the period 1961-90 at Mesa Verde National Park, CO5531)

| Month | Temperature: Average daily maximum | Temperature: Average daily minimum | Temperature: Average | Temperature: 2 years in 10 will have-- Maximum temperature higher than-- | Temperature: 2 years in 10 will have-- Minimum temperature lower than-- | Temperature: Average number of growing degree days* | Precipitation: Average | Precipitation: 2 years in 10 will have-- Less than-- | Precipitation: 2 years in 10 will have-- More than-- | Precipitation: Average number of days with 0.10 inch or more | Precipitation: Average snowfall |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | °F | °F | °F | °F | °F | Units | In | In | In | | In |
| January----- | 39.0 | 17.7 | 28.4 | 55 | -5 | 3 | 1.64 | 0.56 | 2.52 | 4 | 17.9 |
| February---- | 43.6 | 21.9 | 32.8 | 61 | -1 | 17 | 1.41 | 0.47 | 2.27 | 3 | 14.2 |
| March------- | 49.6 | 26.6 | 38.1 | 69 | 8 | 75 | 1.87 | 0.61 | 2.91 | 5 | 17.7 |
| April------- | 59.3 | 33.0 | 46.2 | 76 | 16 | 220 | 1.14 | 0.58 | 1.71 | 3 | 5.6 |
| May--------- | 69.9 | 41.7 | 55.8 | 85 | 25 | 492 | 1.08 | 0.34 | 1.75 | 3 | 1.0 |
| June-------- | 81.3 | 50.9 | 66.1 | 94 | 36 | 759 | 0.57 | 0.11 | 1.05 | 1 | 0.0 |
| July-------- | 86.4 | 57.2 | 71.8 | 96 | 48 | 974 | 1.89 | 0.79 | 2.83 | 5 | 0.0 |
| August------ | 83.5 | 55.2 | 69.3 | 93 | 45 | 901 | 1.92 | 0.81 | 2.87 | 4 | 0.0 |
| September--- | 75.7 | 48.3 | 62.0 | 88 | 32 | 656 | 1.51 | 0.58 | 2.37 | 3 | 0.1 |
| October----- | 64.3 | 38.5 | 51.4 | 80 | 20 | 363 | 1.77 | 0.52 | 2.89 | 3 | 1.7 |
| November---- | 49.4 | 28.0 | 38.7 | 68 | 7 | 83 | 1.67 | 0.65 | 2.52 | 3 | 9.0 |
| December---- | 40.1 | 19.8 | 29.9 | 58 | -1 | 7 | 1.73 | 0.49 | 2.73 | 4 | 17.2 |
| Yearly: | | | | | | | | | | | |
| Average--- | 61.9 | 36.6 | 49.2 | --- | --- | --- | --- | --- | --- | --- | --- |
| Extreme--- | 100 | -20 | --- | 97 | -8 | --- | --- | --- | --- | --- | --- |
| Total----- | --- | --- | --- | --- | --- | 4550 | 18.20 | 13.91 | 21.94 | 41 | 84.3 |

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 294 of 664



Table 1.--Temperature and Precipitation--Continued

(Recorded in the period 1961-90 at Northdale, CO5970, 2W of Dove Creek)

| Month | Temperature: Average daily maximum | Temperature: Average daily minimum | Temperature: Average | Temperature: 2 years in 10 will have-- Maximum temperature higher than-- | Temperature: 2 years in 10 will have-- Minimum temperature lower than-- | Temperature: Average number of growing degree days* | Precipitation: Average | Precipitation: 2 years in 10 will have-- Less than-- | Precipitation: 2 years in 10 will have-- More than-- | Precipitation: Average number of days with 0.10 inch or more | Precipitation: Average snowfall |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | °F | °F | °F | °F | °F | Units | In | In | In | | In |
| January----- | 36.4 | 7.9 | 22.2 | 52 | -24 | 0 | 0.70 | 0.23 | 1.13 | 2 | 5.5 |
| February---- | 41.4 | 14.0 | 27.7 | 59 | -18 | 4 | 0.70 | 0.21 | 1.19 | 2 | 6.4 |
| March------- | 49.0 | 22.2 | 35.6 | 68 | -3 | 38 | 0.93 | 0.32 | 1.55 | 3 | 6.0 |
| April------- | 59.0 | 27.5 | 43.3 | 75 | 9 | 142 | 0.77 | 0.41 | 1.26 | 2 | 1.7 |
| May--------- | 69.7 | 34.6 | 52.2 | 84 | 18 | 380 | 0.84 | 0.35 | 1.36 | 2 | 0.0 |
| June-------- | 81.2 | 42.0 | 61.6 | 94 | 28 | 648 | 0.38 | 0.08 | 0.80 | 1 | 0.0 |
| July-------- | 86.6 | 50.4 | 68.5 | 96 | 36 | 882 | 1.37 | 0.56 | 2.06 | 4 | 0.0 |
| August------ | 83.6 | 49.5 | 66.6 | 94 | 36 | 824 | 1.39 | 0.58 | 2.08 | 3 | 0.0 |
| September--- | 75.8 | 41.0 | 58.4 | 90 | 24 | 552 | 1.43 | 0.58 | 2.23 | 3 | 0.0 |
| October----- | 63.9 | 30.7 | 47.3 | 79 | 13 | 244 | 1.66 | 0.50 | 2.81 | 3 | 0.8 |
| November---- | 48.6 | 21.0 | 34.8 | 67 | -4 | 29 | 1.09 | 0.42 | 1.79 | 2 | 2.6 |
| December---- | 38.2 | 11.6 | 24.9 | 56 | -19 | 1 | 1.04 | 0.29 | 1.70 | 3 | 6.6 |
| Yearly: | | | | | | | | | | | |
| Average--- | 61.1 | 29.4 | 45.3 | --- | --- | --- | --- | --- | --- | --- | --- |
| Extreme--- | 99 | -33 | --- | 97 | -27 | --- | --- | --- | --- | --- | --- |
| Total----- | --- | --- | --- | --- | --- | 3746 | 12.31 | 9.14 | 15.02 | 30 | 29.6 |

* A growing degree day is a unit of heat available for plant growth. It can be calculated by adding the maximum and minumum daily temperatures, dividing the sum by 2, and subtracting the temperature below which growth is minimal for the principal crops in the area (40 degrees. F)

Table 2.--Freeze Dates in Spring and Fall

(Recorded in the period 1961-90 at Cortez, CO1886)

| Probability | Temperature | | |
|---|---|---|---|
| | 24 °F or lower | 28 °F or lower | 32 °F or lower |
| Last freezing temperature in spring: | | | |
| 1 year in 10 later than-- | May 9 | May 24 | June 11 |
| 2 years in 10 later than-- | May 4 | May 19 | June 5 |
| 5 years in 10 later than-- | April 25 | May 9 | May 26 |
| First freezing temperature in fall: | | | |
| 1 year in 10 earlier than-- | October 6 | September 24 | September 13 |
| 2 years in 10 earlier than-- | October 11 | September 30 | September 18 |
| 5 years in 10 earlier than-- | October 21 | October 12 | September 28 |

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 296 of 664



Table 2.--Freeze Dates in Spring and Fall--Continued

(Recorded in the period 1961-90 at Mesa Verde National Park, CO5531)

| Probability | Temperature | | |
|---|---|---|---|
| | 24 $^{o}$F or lower | 28 $^{o}$F or lower | 32 $^{o}$F or lower |
| Last freezing temperature in spring: | | | |
| 1 year in 10 later than-- | May 2 | May 18 | May 27 |
| 2 years in 10 later than-- | April 27 | May 13 | May 23 |
| 5 years in 10 later than-- | April 17 | May 3 | May 14 |
| First freezing temperature in fall: | | | |
| 1 year in 10 earlier than-- | October 16 | October 1 | September 23 |
| 2 years in 10 earlier than-- | October 21 | October 7 | September 30 |
| 5 years in 10 earlier than-- | November 1 | October 21 | October 12 |

Table 2.--Freeze Dates in Spring and Fall--Continued

(Recorded in the period 1961-90 at Northdale, CO5970, 2W of Dove Creek)

| Probability | Temperature | | |
|---|---|---|---|
| | 24 °F or lower | 28 °F or lower | 32 °F or lower |
| Last freezing temperature in spring: | | | |
| 1 year in 10 later than-- | May 24 | June 6 | June 24 |
| 2 years in 10 later than-- | May 19 | June 1 | June 19 |
| 5 years in 10 later than-- | May 8 | May 23 | June 10 |
| First freezing temperature in fall: | | | |
| 1 year in 10 earlier than-- | September 24 | September 14 | September 3 |
| 2 years in 10 earlier than-- | September 30 | September 19 | September 8 |
| 5 years in 10 earlier than-- | October 11 | September 29 | September 18 |

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 298 of 664



Table 3.--Growing Season

(Recorded for the period 1961-90 at Cortez, CO1886)

| Probability | Daily Minimum Temperature during growing season: Higher than 24 °F (Days) | Higher than 28 °F (Days) | Higher than 32 °F (Days) |
|---|---|---|---|
| 9 years in 10 | 160 | 133 | 105 |
| 8 years in 10 | 167 | 141 | 112 |
| 5 years in 10 | 180 | 157 | 125 |
| 2 years in 10 | 193 | 172 | 138 |
| 1 year in 10 | 200 | 181 | 145 |
| (Recorded for the period 1961-90 at Mesa Verde National Park, CO5531) | | | |
| 9 years in 10 | 174 | 149 | 126 |
| 8 years in 10 | 182 | 156 | 134 |
| 5 years in 10 | 196 | 170 | 150 |
| 2 years in 10 | 211 | 183 | 166 |
| 1 year in 10 | 219 | 190 | 174 |
| (Recorded for the period 1961-90 at Northdale, CO5970, 2W of Dove Creek) | | | |
| 9 years in 10 | 130 | 105 | 76 |
| 8 years in 10 | 138 | 113 | 84 |
| 5 years in 10 | 154 | 128 | 99 |
| 2 years in 10 | 170 | 143 | 114 |
| 1 year in 10 | 179 | 151 | 122 |

Table 4.--Acreage and Proportionate Extent of the Soils

| Map symbol | Soil name | Dolores County | Montezuma County | Total Area | Total Extent |
|---|---|---|---|---|---|
| | | Acres | Acres | Acres | Pct |
| 1 | Ackmen loam, 1 to 3 percent slopes | 2,733 | 2,818 | 5,551 | 0.7 |
| 2 | Ackmen loam, 3 to 6 percent slopes | 146 | 159 | 305 | * |
| 3 | Arabrab loamy sand, 3 to 9 percent slopes | --- | 230 | 230 | * |
| 4 | Arabrab-Longburn complex, 3 to 15 percent slopes | --- | 4,514 | 4,514 | 0.6 |
| 5 | Archuleta-Sanchez complex, 12 to 65 percent slopes | --- | 26 | 26 | * |
| 6 | Argiustolls-Haplustalfs complex, 30 to 80 percent slopes | --- | 143 | 143 | * |
| 7 | Argiustolls-Haplustalfs-Rock outcrop complex, 30 to 80 percent slopes | 361 | 334 | 695 | * |
| 8 | Barx loam, 3 to 6 percent slopes | 89 | 3,996 | 4,085 | 0.5 |
| 9 | Barx loam, 6 to 12 percent slopes | --- | 826 | 826 | 0.1 |
| 10 | Barx very fine sandy loam, 1 to 4 percent slopes | --- | 842 | 842 | 0.1 |
| 11 | Barx-Gapmesa complex, 2 to 6 percent slopes | --- | 5,877 | 5,877 | 0.8 |
| 12 | Battlerock clay loam, 0 to 6 percent slopes | 33 | 2,283 | 2,316 | 0.3 |
| 13 | Beje-Tragmon complex, 3 to 9 percent slopes | --- | 414 | 414 | * |
| 14 | Burnson loam, 1 to 15 percent slopes | --- | 614 | 614 | * |
| 15 | Burnson loam, dry, 1 to 15 percent slopes | --- | 23 | 23 | * |
| 16 | Burnson-Herm complex, 15 to 30 percent slopes | --- | 6 | 6 | * |
| 17 | Cahona loam, 1 to 3 percent slopes | 13 | 35 | 48 | * |
| 18 | Cahona loam, 3 to 6 percent slopes | 730 | 1,672 | 2,402 | 0.3 |
| 19 | Cahona loam, 6 to 12 percent slopes | 1,566 | 4,783 | 6,349 | 0.8 |
| 20 | Cahona-Pulpit complex, 3 to 9 percent slopes | 4,566 | 4,581 | 9,147 | 1.2 |
| 21 | Cahona-Sharps-Wetherill complex, 2 to 6 percent slopes | 9,222 | 12,811 | 22,033 | 2.8 |
| 22 | Claysprings very stony clay loam, 12 to 65 percent slopes | --- | 12,477 | 12,477 | 1.6 |
| 23 | Collide clay loam, 3 to 6 percent slopes | --- | 506 | 506 | * |
| 24 | Collide clay loam, 6 to 12 percent slopes | --- | 265 | 265 | * |
| 25 | Collide complex, 0 to 2 percent slopes | --- | 730 | 730 | * |
| 26 | Collide complex, 2 to 6 percent slopes | --- | 1,569 | 1,569 | 0.2 |
| 27 | Dalmatian-Apmay-Schrader complex, 0 to 5 percent slopes | --- | 803 | 803 | 0.1 |
| 28 | Dam | --- | 31 | 31 | * |
| 29 | Endoaquolls-Ustifluvents complex, 0 to 5 percent slopes | --- | 23 | 23 | * |
| 30 | Falconry gravelly fine sandy loam, 3 to 25 percent slopes | 85 | 1,131 | 1,216 | 0.2 |
| 31 | Farb-Rock outcrop complex, 3 to 12 percent slopes | --- | 8,345 | 8,345 | 1.1 |
| 32 | Fardraw loam, 3 to 15 percent slopes | --- | 245 | 245 | * |
| 33 | Fardraw very cobbly loam, 0 to 9 percent slopes | --- | 994 | 994 | 0.1 |
| 34 | Fardraw very cobbly loam, 9 to 25 percent slopes | --- | 342 | 342 | * |
| 35 | Fardraw-Granath complex, 3 to 12 percent slopes | --- | 117 | 117 | * |
| 36 | Fivepine-Nortez complex, 0 to 15 percent slopes | --- | 389 | 389 | * |
| 37 | Fluvaquents-Haplustolls complex, 0 to 5 percent slopes | 80 | 20 | 100 | * |
| 38 | Fluvents-Fluvaquents complex, 0 to 3 percent slopes | 85 | 4,674 | 4,759 | 0.6 |
| 39 | Fughes loam, 1 to 12 percent slopes | 35 | 960 | 995 | 0.1 |
| 40 | Fughes-Herm complex, 5 to 25 percent slopes | --- | 1,110 | 1,110 | 0.1 |
| 41 | Fughes-Sheek complex, 15 to 30 percent slopes | --- | 400 | 400 | * |
| 42 | Gladel-Pulpit complex, 3 to 9 percent slopes | 19,515 | 39,135 | 58,650 | 7.5 |
| 43 | Goldbug very stony fine sandy loam, 5 to 30 percent slopes | --- | 121 | 121 | * |

See footnote at end of table.

Table 4.--Acreage and Proportionate Extent of the Soils--Continued

| Map symbol | Soil name | Dolores County | Montezuma County | Total Area | Total Extent |
|---|---|---|---|---|---|
| | | Acres | Acres | Acres | Pct |
| 44 | Granath loam, 3 to 6 percent slopes | 6,325 | 7,159 | 13,484 | 1.7 |
| 45 | Granath loam, 6 to 12 percent slopes | 641 | 2,466 | 3,107 | 0.4 |
| 46 | Granath-Fughes complex, 0 to 15 percent slopes | --- | 334 | 334 | * |
| 47 | Granath-Nortez complex, 0 to 15 percent slopes | --- | 20 | 20 | * |
| 48 | Granath-Ormiston-Fivepine complex, 0 to 15 percent slopes | --- | 285 | 285 | * |
| 49 | Herm loam, 6 to 25 percent slopes | --- | 12 | 12 | * |
| 50 | Herm very cobbly loam, 15 to 40 percent slopes | --- | 2,532 | 2,532 | 0.3 |
| 51 | Herm-Pagoda complex, 0 to 15 percent slopes | --- | 468 | 468 | * |
| 52 | Hesperus loam, 0 to 3 percent slopes | 40 | 271 | 311 | * |
| 53 | Hesperus loam, 3 to 6 percent slopes | 149 | 1,002 | 1,151 | 0.1 |
| 54 | Hesperus loam, 6 to 12 percent slopes | --- | 709 | 709 | * |
| 55 | Hesperus sandy loam, 3 to 12 percent slopes | --- | 1,513 | 1,513 | 0.2 |
| 56 | Ilex loam, 3 to 12 percent slopes | --- | 3,775 | 3,775 | 0.5 |
| 57 | Ilex loam, 12 to 25 percent slopes | --- | 107 | 107 | * |
| 58 | Ilex-Granath complex, 2 to 6 percent slopes | 580 | 3,556 | 4,136 | 0.5 |
| 59 | Ilex-Granath complex, 6 to 12 percent slopes | 566 | 2,725 | 3,291 | 0.4 |
| 60 | Ilex-Pramiss-Falconry complex, 3 to 20 percent slopes | 192 | 4,243 | 4,435 | 0.6 |
| 61 | Ilex-Pramiss-Granath complex, 2 to 9 percent slopes | 88 | 2,139 | 2,227 | 0.3 |
| 62 | Irak loam, 0 to 3 percent slopes | 1,018 | 2,630 | 3,648 | 0.5 |
| 63 | Jemco-Detra-Beje complex, 1 to 15 percent slopes | --- | 306 | 306 | * |
| 64 | Lazear-Rock outcrop complex, 12 to 65 percent slopes | --- | 6 | 6 | * |
| 65 | Lillings silt loam, sodic, 1 to 3 percent slopes | --- | 5,414 | 5,414 | 0.7 |
| 66 | Lillings silty clay loam, 1 to 3 percent slopes | --- | 2,186 | 2,186 | 0.3 |
| 67 | Lillings silty clay loam, 3 to 6 percent slopes | --- | 428 | 428 | * |
| 68 | Longburn-Rock outcrop complex, 10 to 45 percent slopes | --- | 3,859 | 3,859 | 0.5 |
| 69 | Longburn-Rock outcrop complex, 45 to 80 percent slopes | --- | 2,175 | 2,175 | 0.3 |
| 70 | Mack fine sandy loam, 0 to 6 percent slopes | --- | 5,407 | 5,407 | 0.7 |
| 71 | Mikett clay loam, saline-sodic, 0 to 3 percent slopes | --- | 2,432 | 2,432 | 0.3 |
| 72 | Mikett clay loam, 0 to 3 percent slopes | 3 | 3,413 | 3,416 | 0.4 |
| 73 | Mikim clay loam, 1 to 3 percent slopes | --- | 5,404 | 5,404 | 0.7 |
| 74 | Mikim clay loam, sodic, 0 to 3 percent slopes | --- | 565 | 565 | * |
| 75 | Mikim loam, 3 to 6 percent slopes | --- | 3,973 | 3,973 | 0.5 |
| 76 | Morefield loam, 1 to 3 percent slopes | --- | 629 | 629 | * |
| 77 | Morefield loam, 3 to 6 percent slopes | --- | 3,637 | 3,637 | 0.5 |
| 78 | Nortez-Granath complex, 0 to 6 percent slopes | 1,634 | 1,252 | 2,886 | 0.4 |
| 79 | Northrim cobbly loam, 15 to 40 percent slopes | --- | 5,354 | 5,354 | 0.7 |
| 80 | Ormiston-Beje complex, 5 to 30 percent slopes | --- | 148 | 148 | * |
| 81 | Ormiston-Fivepine complex, 0 to 15 percent slopes | 139 | --- | 139 | * |
| 82 | Ormiston-Granath complex, 1 to 12 percent slopes | 6,032 | 1,053 | 7,085 | 0.9 |
| 83 | Ormiston-Nortez complex, 3 to 12 percent slopes | 375 | 703 | 1,078 | 0.1 |
| 84 | Payter sandy loam, 3 to 15 percent slopes | --- | 9 | 9 | * |
| 85 | Pinacol loam, 1 to 12 percent slopes | --- | 53 | 53 | * |
| 86 | Pinacol loam, 12 to 40 percent slopes | --- | 11 | 11 | * |
| 87 | Pits | 51 | 673 | 724 | * |

See footnote at end of table.

Table 4.--Acreage and Proportionate Extent of the Soils--Continued

| Map symbol | Soil name | Dolores County | Montezuma County | Total | |
|---|---|---|---|---|---|
| | | | | Area | Extent |
| | | Acres | Acres | Acres | Pct |
| 88 | Pogo loam, 0 to 2 percent slopes | --- | 1,524 | 1,524 | 0.2 |
| 89 | Pramiss very cobbly loam, 6 to 25 percent slopes | 2,996 | 4,288 | 7,284 | 0.9 |
| 90 | Pramiss-Granath complex, 3 to 9 percent slopes | 275 | 538 | 813 | 0.1 |
| 91 | Prater loam, 10 to 25 percent slopes | --- | 521 | 521 | * |
| 92 | Prater-Dolcan complex, 25 to 60 percent slopes | --- | 6,710 | 6,710 | 0.9 |
| 93 | Pulpit loam, 3 to 12 percent slopes | --- | 22 | 22 | * |
| 94 | Pulpit loam, 3 to 6 percent slopes | 435 | 1,242 | 1,677 | 0.2 |
| 95 | Pulpit loam, 6 to 12 percent slopes | 77 | 707 | 784 | 0.1 |
| 96 | Purcella loam, 0 to 3 percent slopes | --- | 760 | 760 | * |
| 97 | Ramper clay loam, 0 to 3 percent slopes | --- | 1,182 | 1,182 | 0.2 |
| 98 | Ramper loam, 0 to 3 percent slopes | 2,098 | 4,952 | 7,050 | 0.9 |
| 99 | Ravola clay loam, 0 to 3 percent slopes | --- | 724 | 724 | * |
| 100 | Recapture fine sandy loam, 0 to 6 percent slopes | --- | 977 | 977 | 0.1 |
| 101 | Recapture sandy loam, 0 to 6 percent slopes | --- | 1,109 | 1,109 | 0.1 |
| 102 | Ricot loam, 1 to 3 percent slopes | --- | 653 | 653 | * |
| 103 | Ricot loam, 3 to 6 percent slopes | --- | 198 | 198 | * |
| 104 | Ricot loam, 6 to 12 percent slopes | --- | 70 | 70 | * |
| 105 | Rizno-Gapmesa complex, 3 to 9 percent slopes | 701 | 14,546 | 15,247 | 2.0 |
| 106 | Rizno-Littlenan-Bodry association, 3 to 50 percent slopes | --- | 63 | 63 | * |
| 107 | Rizno-Ruinpoint-Rock outcrop complex, 1 to 15 percent slopes | 10 | 336 | 346 | * |
| 108 | Rock outcrop | 338 | 4,793 | 5,131 | 0.7 |
| 109 | Romberg-Crosscan complex, 6 to 25 percent slopes | 14,043 | 32,244 | 46,287 | 5.9 |
| 110 | Romberg-Crosscan-Rock outcrop complex, 25 to 80 percent slopes | 15,273 | 59,885 | 75,158 | 9.6 |
| 111 | Roubideau loam, 1 to 6 percent slopes | --- | 682 | 682 | * |
| 112 | Sharps loam, 3 to 6 percent slopes | 1,244 | 2,168 | 3,412 | 0.4 |
| 113 | Sharps loam, 6 to 12 percent slopes | 67 | 1,594 | 1,661 | 0.2 |
| 114 | Sharps loam, dry, 6 to 12 percent slopes | --- | 874 | 874 | 0.1 |
| 115 | Sharps, dry-Gapmesa complex, 6 to 12 percent slopes | --- | 490 | 490 | * |
| 116 | Sharps-Cahona complex, 6 to 12 percent slopes | 7,660 | 9,095 | 16,755 | 2.1 |
| 117 | Sharps-Pulpit complex, 2 to 6 percent slopes | 17,203 | 1,612 | 18,815 | 2.4 |
| 118 | Sharps-Pulpit complex, 6 to 12 percent slopes | 2,416 | 1,231 | 3,647 | 0.5 |
| 119 | Sheek-Archuleta complex, 6 to 25 percent slopes | --- | 3,269 | 3,269 | 0.4 |
| 120 | Sheek-Archuleta-Rock outcrop complex, 25 to 80 percent slopes | 1,244 | 17,238 | 18,482 | 2.4 |
| 121 | Sheek-Archuleta-Rock outcrop complex, 25 to 80 percent slopes, north aspect | 1,211 | 12,341 | 13,552 | 1.7 |
| 122 | Sheppard fine sand, 1 to 6 percent slopes | --- | 927 | 927 | 0.1 |
| 123 | Sideshow silty clay loam, 0 to 3 percent slopes | --- | 2,334 | 2,334 | 0.3 |
| 124 | Sideshow silty clay loam, 3 to 6 percent slopes | 11 | 11,513 | 11,524 | 1.5 |
| 125 | Sideshow silty clay loam, 6 to 12 percent slopes | --- | 7,623 | 7,623 | 1.0 |
| 126 | Sideshow-Zigzag complex, 3 to 25 percent slopes | --- | 6,068 | 6,068 | 0.8 |
| 127 | Sideslide silty clay loam, 3 to 9 percent slopes | --- | 570 | 570 | * |
| 128 | Stephouse-Rock outcrop complex, 3 to 10 percent slopes | --- | 541 | 541 | * |
| 129 | Torriorthents, 12 to 65 percent slopes | --- | 721 | 721 | * |
| 130 | Torriorthents-Badland complex, 25 to 100 percent slopes | --- | 3,692 | 3,692 | 0.5 |

See footnote at end of table.

Table 4.--Acreage and Proportionate Extent of the Soils--Continued

| Map symbol | Soil name | Dolores County | Montezuma County | Total Area | Total Extent |
|---|---|---|---|---|---|
| | | Acres | Acres | Acres | Pct |
| 131 | Tragmon-Sheek complex, 12 to 25 percent slopes | --- | 3,295 | 3,295 | 0.4 |
| 132 | Typic Argiaquolls, 0 to 3 percent slopes | --- | 154 | 154 | * |
| 133 | Typic Torriorthents-Rock outcrop complex, 12 to 80 percent slopes | --- | 20,112 | 20,112 | 2.6 |
| 134 | Umbarg-Winner-Tesajo complex, 0 to 2 percent slopes | 183 | 972 | 1,155 | 0.1 |
| 135 | Ustic Torrifluvents, 0 to 3 percent slopes | --- | 612 | 612 | * |
| 136 | Ustic Torriorthents-Gullied land complex, 1 to 60 percent slopes | 32 | 1,664 | 1,696 | 0.2 |
| 137 | Ustorthents, 12 to 65 percent slopes | --- | 566 | 566 | * |
| 138 | Uzacol-Zwicker-Claysprings complex, 3 to 12 percent slopes | --- | 6,662 | 6,662 | 0.9 |
| 139 | Water | 123 | 3,835 | 3,958 | 0.5 |
| 140 | Wauquie very stony loam, 6 to 25 percent slopes | 116 | 2,438 | 2,554 | 0.3 |
| 141 | Wauquie-Dolcan complex, 6 to 25 percent slopes | 3,343 | 8,177 | 11,520 | 1.5 |
| 142 | Wauquie-Dolcan-Rock outcrop complex, 25 to 80 percent slopes | 4,101 | 21,657 | 25,758 | 3.3 |
| 143 | Wetherill loam, 1 to 3 percent slopes | 8,082 | 10,333 | 18,415 | 2.4 |
| 144 | Wetherill loam, 3 to 6 percent slopes | 36,339 | 59,268 | 95,607 | 12.3 |
| 145 | Wetherill loam, 6 to 12 percent slopes | 5,725 | 10,669 | 16,394 | 2.1 |
| 146 | Yarts clay loam, 1 to 6 percent slopes | --- | 102 | 102 | * |
| 147 | Yarts fine sandy loam, 1 to 6 percent slopes | 9 | 394 | 403 | * |
| 148 | Zau stony loam, 9 to 25 percent slopes | --- | 18 | 18 | * |
| 149 | Zigzag very channery clay loam, 3 to 25 percent slopes | 53 | 6,952 | 7,005 | 0.9 |
| 150 | Zigzag-Sideshow complex, 25 to 65 percent slopes | --- | 8,594 | 8,594 | 1.1 |
| 151 | Zyme gravelly clay loam, 3 to 12 percent slopes | --- | 749 | 749 | * |
| 152 | Zyme very channery clay loam, 12 to 65 percent slopes | --- | 640 | 640 | * |
| | Total | 182,500 | 596,900 | 779,400 | 100.0 |

* Less than 0.1 percent.

Table 5.--Land Capability and Yields per Acre of Crops and Pasture

(Yields in the "N" columns are for nonirrigated areas; those in the "I" columns are for irrigated areas. Yields are those that can be expected under a high level of management. Absence of a yield indicates that the soil is not suited to the crop or the crop generally is not grown on the soil.)

| Map symbol and soil name | Land capability | | Alfalfa hay | | Dry pinto beans | | Pasture | | Winter wheat | |
|---|---|---|---|---|---|---|---|---|---|---|
| | N | I | N | I | N | I | N | I | N | I |
| | | | Tons | Tons | Lbs | Lbs | AUM | AUM | Bu | Bu |
| 1: | | | | | | | | | | |
| Ackmen | 3s | 3s | 2.00 | 5.00 | 500.00 | --- | 1.00 | 7.00 | 20.00 | 65.00 |
| 2: | | | | | | | | | | |
| Ackmen | 3e | 3e | 2.00 | 5.00 | 500.00 | --- | 1.00 | 7.00 | 20.00 | 65.00 |
| 3: | | | | | | | | | | |
| Arabrab | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4: | | | | | | | | | | |
| Arabrab | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Longburn | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5: | | | | | | | | | | |
| Archuleta | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Sanchez | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 6: | | | | | | | | | | |
| Argiustolls | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Haplustalfs | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 7: | | | | | | | | | | |
| Argiustolls | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Haplustalfs | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 8: | | | | | | | | | | |
| Barx | 4c | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9: | | | | | | | | | | |
| Barx | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10: | | | | | | | | | | |
| Barx | 4c | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Table 5.--Land Capability and Yields per Acre of Crops and Pasture--Continued

| Map symbol and soil name | Land capability N | Land capability I | Alfalfa hay N | Alfalfa hay I | Dry pinto beans N | Dry pinto beans I | Pasture N | Pasture I | Winter wheat N | Winter wheat I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Tons | Tons | Lbs | Lbs | AUM | AUM | Bu | Bu |
| 11: | | | | | | | | | | |
| Barx | 4c | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Gapmesa | 4c | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12: | | | | | | | | | | |
| Battlerock | 6c | 3e | --- | 6.00 | --- | --- | 0.30 | 8.00 | --- | 60.00 |
| 13: | | | | | | | | | | |
| Beje | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Tragmon | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 14: | | | | | | | | | | |
| Burnson | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 15: | | | | | | | | | | |
| Burnson, dry | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 16: | | | | | | | | | | |
| Burnson | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Herm | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 17: | | | | | | | | | | |
| Cahona | 3c | 3c | 1.50 | 4.00 | 350.00 | --- | 0.70 | 5.50 | 17.00 | 60.00 |
| 18: | | | | | | | | | | |
| Cahona | 3e | 3e | 1.50 | 4.00 | 350.00 | --- | 0.70 | 5.50 | 17.00 | 60.00 |
| 19: | | | | | | | | | | |
| Cahona | 4e | 4e | 1.00 | 3.50 | 300.00 | --- | 0.50 | 5.50 | 15.00 | 50.00 |
| 20: | | | | | | | | | | |
| Cahona | 4e | 4e | 1.00 | 3.50 | 300.00 | --- | 0.50 | 5.50 | 15.00 | 50.00 |
| Pulpit | 4e | 4e | 1.00 | 2.50 | 300.00 | --- | 0.60 | 3.50 | 15.00 | 40.00 |
| 21: | | | | | | | | | | |
| Cahona | 3e | 3e | 1.50 | 4.00 | 350.00 | --- | 0.70 | 5.50 | 17.00 | 60.00 |
| Sharps | 3e | 3e | 1.00 | 3.00 | 350.00 | --- | 0.70 | 4.00 | 16.00 | 45.00 |
| Wetherill | 3e | 3e | 2.00 | 5.00 | 450.00 | --- | 0.70 | 6.50 | 18.00 | 60.00 |

Table 5.--Land Capability and Yields per Acre of Crops and Pasture--Continued

| Map symbol and soil name | Land capability | | Alfalfa hay | | Dry pinto beans | | Pasture | | Winter wheat | |
|---|---|---|---|---|---|---|---|---|---|---|
| | N | I | N | I | N | I | N | I | N | I |
| | | | Tons | Tons | Lbs | Lbs | AUM | AUM | Bu | Bu |
| 22: | | | | | | | | | | |
| Clayspriings | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 23: | | | | | | | | | | |
| Collide | 3e | 3e | --- | 4.00 | --- | --- | 0.80 | 5.50 | --- | --- |
| 24: | | | | | | | | | | |
| Collide | 4e | 4e | --- | 4.00 | --- | --- | 0.60 | 5.50 | --- | --- |
| 25: | | | | | | | | | | |
| Collide | 3c | 3c | --- | 4.00 | --- | --- | 0.80 | 5.50 | --- | --- |
| Collide, cobbly substratum | 3c | 3c | --- | 4.20 | --- | --- | 0.60 | 5.50 | --- | --- |
| 26: | | | | | | | | | | |
| Collide | 3e | 3e | --- | 4.00 | --- | --- | 0.80 | 5.50 | --- | --- |
| Collide, cobbly substratum | 3e | 3e | --- | 4.00 | --- | --- | 0.60 | 5.50 | --- | --- |
| 27: | | | | | | | | | | |
| Dalmatian | 4c | 4c | --- | --- | --- | --- | --- | --- | --- | --- |
| Apmay | 4c | 4c | --- | --- | --- | --- | --- | --- | --- | --- |
| Schrader | 4w | 4w | --- | --- | --- | --- | --- | --- | --- | --- |
| 28: | | | | | | | | | | |
| Dam | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 29: | | | | | | | | | | |
| Endoaquolls | 6w | 4w | --- | --- | --- | --- | --- | --- | --- | --- |
| Ustifluvents | 3c | 3c | --- | --- | --- | --- | --- | --- | --- | --- |
| 30: | | | | | | | | | | |
| Falconry | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 31: | | | | | | | | | | |
| Farb | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 32: | | | | | | | | | | |
| Fardraw | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Table 5.--Land Capability and Yields per Acre of Crops and Pasture--Continued

| Map symbol and soil name | Land capability N | Land capability I | Alfalfa hay N | Alfalfa hay I | Dry pinto beans N | Dry pinto beans I | Pasture N | Pasture I | Winter wheat N | Winter wheat I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Tons | Tons | Lbs | Lbs | AUM | AUM | Bu | Bu |
| 33: | | | | | | | | | | |
| Fardraw | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 34: | | | | | | | | | | |
| Fardraw | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 35: | | | | | | | | | | |
| Fardraw | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Granath | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 36: | | | | | | | | | | |
| Fivepine | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Nortez | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 37: | | | | | | | | | | |
| Fluvaquents | 7w | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Haplustolls | 4s | 4s | --- | --- | --- | --- | --- | --- | --- | --- |
| 38: | | | | | | | | | | |
| Fluvents | 6w | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Fluvaquents | 6w | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 39: | | | | | | | | | | |
| Fughes | 4e | 4e | 2.00 | 4.00 | 500.00 | --- | 1.20 | 6.50 | 24.00 | 65.00 |
| 40: | | | | | | | | | | |
| Fughes | 6e | 6e | --- | --- | --- | --- | --- | --- | --- | --- |
| Herm | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 41: | | | | | | | | | | |
| Fughes | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Sheek | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 42: | | | | | | | | | | |
| Gladel | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Pulpit | 4e | 4e | 1.00 | 3.50 | 300.00 | --- | 0.60 | 3.50 | 15.00 | 40.00 |
| 43: | | | | | | | | | | |
| Goldbug | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Table 5.--Land Capability and Yields per Acre of Crops and Pasture--Continued

| Map symbol and soil name | Land capability N | Land capability I | Alfalfa hay N | Alfalfa hay I | Dry pinto beans N | Dry pinto beans I | Pasture N | Pasture I | Winter wheat N | Winter wheat I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Tons | Tons | Lbs | Lbs | AUM | AUM | Bu | Bu |
| 44: | | | | | | | | | | |
| Granath | 4c | 4c | 2.00 | 4.00 | 450.00 | --- | 1.00 | 5.00 | 20.00 | 60.00 |
| 45: | | | | | | | | | | |
| Granath | 4e | 4e | 2.00 | 3.50 | 350.00 | --- | 0.70 | 4.50 | 16.00 | 50.00 |
| 46: | | | | | | | | | | |
| Granath | 4e | 4e | --- | --- | --- | --- | --- | --- | --- | --- |
| Fughes | 4e | 4e | --- | --- | --- | --- | --- | --- | --- | --- |
| 47: | | | | | | | | | | |
| Granath | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Nortez | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 48: | | | | | | | | | | |
| Granath | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Ormiston | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Fivepine | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 49: | | | | | | | | | | |
| Herm | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 50: | | | | | | | | | | |
| Herm | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 51: | | | | | | | | | | |
| Herm | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Pagoda | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 52: | | | | | | | | | | |
| Hesperus | 4c | 4c | 2.00 | 4.00 | 500.00 | --- | 1.20 | 5.50 | 24.00 | 65.00 |
| 53: | | | | | | | | | | |
| Hesperus | 4c | 4c | 2.00 | 4.00 | 500.00 | --- | 1.20 | 5.50 | 24.00 | 65.00 |
| 54: | | | | | | | | | | |
| Hesperus | 4e | 4e | 2.00 | 3.50 | 450.00 | --- | 1.00 | 5.00 | 20.00 | 55.00 |
| 55: | | | | | | | | | | |
| Hesperus | 4e | 4e | --- | --- | --- | --- | --- | --- | --- | --- |

Table 5.--Land Capability and Yields per Acre of Crops and Pasture--Continued

| Map symbol and soil name | Land capability N | Land capability I | Alfalfa hay N | Alfalfa hay I | Dry pinto beans N | Dry pinto beans I | Pasture N | Pasture I | Winter wheat N | Winter wheat I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Tons | Tons | Lbs | Lbs | AUM | AUM | Bu | Bu |
| 56: | | | | | | | | | | |
| Ilex | 4e | 4e | 2.00 | 4.00 | 400.00 | --- | 0.70 | 5.00 | 18.00 | 50.00 |
| 57: | | | | | | | | | | |
| Ilex | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 58: | | | | | | | | | | |
| Ilex | 4c | 4c | 2.00 | 4.00 | 450.00 | --- | 1.00 | 5.00 | 20.00 | 60.00 |
| Granath | 4c | 4c | 2.00 | 4.00 | 450.00 | --- | 1.00 | 5.00 | 20.00 | 60.00 |
| 59: | | | | | | | | | | |
| Ilex | 4e | 4e | 2.00 | 4.00 | 400.00 | --- | 0.70 | 5.00 | --- | --- |
| Granath | 4e | 4e | 2.00 | 4.00 | 450.00 | --- | 1.00 | 5.00 | 16.00 | 30.00 |
| 60: | | | | | | | | | | |
| Ilex | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Pramiss | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Falconry | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 61: | | | | | | | | | | |
| Ilex | 4c | 4c | 2.00 | 4.00 | 450.00 | --- | 1.00 | 5.00 | 20.00 | 60.00 |
| Pramiss | 4c | 4c | 1.00 | 3.00 | 400.00 | --- | 0.80 | 4.00 | 17.00 | 50.00 |
| Granath | 4c | 4c | 2.00 | 4.00 | 450.00 | --- | 1.00 | 5.00 | 20.00 | 60.00 |
| 62: | | | | | | | | | | |
| Irak | 3w | 3w | 1.00 | 3.00 | 250.00 | --- | 1.50 | 5.00 | 18.00 | 45.00 |
| 63: | | | | | | | | | | |
| Jemco | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Detra | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Beje | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 64: | | | | | | | | | | |
| Lazear | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Table 5.--Land Capability and Yields per Acre of Crops and Pasture--Continued

| Map symbol and soil name | Land capability N | Land capability I | Alfalfa hay N | Alfalfa hay I | Dry pinto beans N | Dry pinto beans I | Pasture N | Pasture I | Winter wheat N | Winter wheat I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Tons | Tons | Lbs | Lbs | AUM | AUM | Bu | Bu |
| 65: | | | | | | | | | | |
| Lillings | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 66: | | | | | | | | | | |
| Lillings | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 67: | | | | | | | | | | |
| Lillings | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 68: | | | | | | | | | | |
| Longburn | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 69: | | | | | | | | | | |
| Longburn | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 70: | | | | | | | | | | |
| Mack | 6c | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 71: | | | | | | | | | | |
| Mikett | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 72: | | | | | | | | | | |
| Mikett | 6s | 4s | --- | 5.00 | --- | --- | 0.40 | 7.00 | --- | 60.00 |
| 73: | | | | | | | | | | |
| Mikim | 6s | 4s | --- | 5.50 | --- | --- | 0.60 | 7.00 | --- | 60.00 |
| 74: | | | | | | | | | | |
| Mikim | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 75: | | | | | | | | | | |
| Mikim | 6s | 4s | --- | 5.50 | --- | --- | 0.60 | 7.00 | --- | 60.00 |
| 76: | | | | | | | | | | |
| Morefield | 3c | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 77: | | | | | | | | | | |
| Morefield | 3e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 78: | | | | | | | | | | |
| Nortez | 4c | 4c | 1.00 | 3.00 | 400.00 | --- | 0.80 | 4.00 | 16.00 | 50.00 |

Table 5.--Land Capability and Yields per Acre of Crops and Pasture--Continued

| Map symbol and soil name | Land capability N | Land capability I | Alfalfa hay N | Alfalfa hay I | Dry pinto beans N | Dry pinto beans I | Pasture N | Pasture I | Winter wheat N | Winter wheat I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Tons | Tons | Lbs | Lbs | AUM | AUM | Bu | Bu |
| 78: | | | | | | | | | | |
| Granath | 4c | 4c | 2.00 | 4.00 | 450.00 | --- | 1.00 | 5.00 | 20.00 | 60.00 |
| 79: | | | | | | | | | | |
| Northrim | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 80: | | | | | | | | | | |
| Ormiston | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Beje | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 81: | | | | | | | | | | |
| Ormiston | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Fivepine | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 82: | | | | | | | | | | |
| Ormiston | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Granath | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 83: | | | | | | | | | | |
| Ormiston | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Nortez | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 84: | | | | | | | | | | |
| Payter | 4e | 4e | --- | --- | --- | --- | --- | --- | --- | --- |
| 85: | | | | | | | | | | |
| Pinacol | 4e | 4e | --- | 2.00 | --- | --- | --- | --- | --- | --- |
| 86: | | | | | | | | | | |
| Pinacol | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 87: | | | | | | | | | | |
| Pits | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 88: | | | | | | | | | | |
| Pogo | 6w | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 89: | | | | | | | | | | |
| Pramiss | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 90: | | | | | | | | | | |
| Pramiss | 4e | 4e | 0.80 | --- | 300.00 | --- | 0.60 | 4.00 | 17.00 | 50.00 |

Table 5.--Land Capability and Yields per Acre of Crops and Pasture--Continued

| Map symbol and soil name | Land capability N | Land capability I | Alfalfa hay N | Alfalfa hay I | Dry pinto beans N | Dry pinto beans I | Pasture N | Pasture I | Winter wheat N | Winter wheat I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Tons | Tons | Lbs | Lbs | AUM | AUM | Bu | Bu |
| 90: | | | | | | | | | | |
| Granath | 4e | 4e | 2.00 | 4.00 | 450.00 | --- | 1.00 | 5.00 | 20.00 | 60.00 |
| 91: | | | | | | | | | | |
| Prater | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 92: | | | | | | | | | | |
| Prater | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Dolcan | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 93: | | | | | | | | | | |
| Pulpit | 4e | 4e | --- | 2.00 | 200.00 | --- | --- | --- | --- | --- |
| 94: | | | | | | | | | | |
| Pulpit | 3e | 3e | 1.00 | 3.00 | 350.00 | --- | 0.80 | 4.00 | 16.00 | 55.00 |
| 95: | | | | | | | | | | |
| Pulpit | 4e | 4e | 1.00 | 2.50 | 300.00 | --- | 0.60 | 3.50 | 15.00 | 45.00 |
| 96: | | | | | | | | | | |
| Purcella | 4s | 4s | --- | 3.00 | --- | --- | 0.50 | 4.00 | --- | --- |
| 97: | | | | | | | | | | |
| Ramper | 3c | 3c | --- | 4.00 | --- | --- | 1.00 | 5.50 | --- | 60.00 |
| 98: | | | | | | | | | | |
| Ramper | 3c | 3c | --- | 4.00 | --- | --- | 1.00 | 5.50 | --- | 60.00 |
| 99: | | | | | | | | | | |
| Ravola | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 100: | | | | | | | | | | |
| Recapture | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 101: | | | | | | | | | | |
| Recapture | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 102: | | | | | | | | | | |
| Ricot | 4c | 4c | --- | 3.50 | --- | --- | 0.80 | 4.50 | 20.00 | --- |
| 103: | | | | | | | | | | |
| Ricot | 4c | 4c | --- | 3.50 | --- | --- | 0.80 | 4.50 | 20.00 | --- |
| 104: | | | | | | | | | | |
| Ricot | 4e | 4e | --- | 3.00 | --- | --- | 0.70 | 4.00 | 18.00 | --- |

Table 5.--Land Capability and Yields per Acre of Crops and Pasture--Continued

| Map symbol and soil name | Land capability | | Alfalfa hay | | Dry pinto beans | | Pasture | | Winter wheat | |
|---|---|---|---|---|---|---|---|---|---|---|
| | N | I | N | I | N | I | N | I | N | I |
| | | | Tons | Tons | Lbs | Lbs | AUM | AUM | Bu | Bu |
| 105: | | | | | | | | | | |
| Rizno | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Gapmesa | 4e | 4e | --- | --- | --- | --- | --- | --- | --- | --- |
| 106: | | | | | | | | | | |
| Rizno | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Littlenan | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Bodry | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 107: | | | | | | | | | | |
| Rizno | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Ruinpoint | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 108: | | | | | | | | | | |
| Rock outcrop | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 109: | | | | | | | | | | |
| Romberg | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Crosscan | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 110: | | | | | | | | | | |
| Romberg | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Crosscan | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 111: | | | | | | | | | | |
| Roubideau | 3e | 3e | --- | --- | --- | --- | --- | --- | --- | --- |
| 112: | | | | | | | | | | |
| Sharps | 3e | 3e | 1.00 | 3.00 | 350.00 | --- | 0.70 | 4.00 | 16.00 | 55.00 |
| 113: | | | | | | | | | | |
| Sharps | 4e | 4e | 1.00 | 2.50 | 300.00 | --- | 0.60 | 3.50 | 15.00 | 45.00 |
| 114: | | | | | | | | | | |
| Sharps, dry | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Table 5.--Land Capability and Yields per Acre of Crops and Pasture--Continued

| Map symbol and soil name | Land capability | | Alfalfa hay | | Dry pinto beans | | Pasture | | Winter wheat | |
|---|---|---|---|---|---|---|---|---|---|---|
| | N | I | N | I | N | I | N | I | N | I |
| | | | Tons | Tons | Lbs | Lbs | AUM | AUM | Bu | Bu |
| 115: | | | | | | | | | | |
| Sharps, dry | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Gapmesa | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 116: | | | | | | | | | | |
| Sharps | 4e | 4e | 1.00 | 2.50 | 300.00 | --- | 0.60 | 3.50 | 15.00 | 45.00 |
| Cahona | 4e | 4e | 1.00 | 3.50 | 300.00 | --- | 0.50 | 5.50 | 15.00 | 50.00 |
| 117: | | | | | | | | | | |
| Sharps | 3e | 3e | 1.00 | 3.00 | 350.00 | --- | 0.70 | 4.00 | 16.00 | 55.00 |
| Pulpit | 3e | 3e | 1.00 | 3.00 | 350.00 | --- | 0.80 | 4.00 | 16.00 | 55.00 |
| 118: | | | | | | | | | | |
| Sharps | 4e | 4e | 1.00 | 2.50 | 300.00 | --- | 0.60 | 3.50 | 15.00 | 45.00 |
| Pulpit | 4e | 4e | 1.00 | 2.50 | 300.00 | --- | 0.60 | 3.50 | 15.00 | 45.00 |
| 119: | | | | | | | | | | |
| Sheek | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Archuleta | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 120: | | | | | | | | | | |
| Sheek | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Archuleta | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 121: | | | | | | | | | | |
| Sheek | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Archuleta | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 122: | | | | | | | | | | |
| Sheppard | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 123: | | | | | | | | | | |
| Sideshow | 3s | 3s | --- | 4.00 | --- | --- | 0.60 | 5.50 | 14.00 | 55.00 |

Table 5.--Land Capability and Yields per Acre of Crops and Pasture--Continued

| Map symbol and soil name | Land capability N | Land capability I | Alfalfa hay N | Alfalfa hay I | Dry pinto beans N | Dry pinto beans I | Pasture N | Pasture I | Winter wheat N | Winter wheat I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Tons | Tons | Lbs | Lbs | AUM | AUM | Bu | Bu |
| 124: | | | | | | | | | | |
| Sideshow----------- | 3e | 3e | --- | 4.00 | 275.00 | --- | 0.70 | 6.00 | 17.00 | 60.00 |
| 125: | | | | | | | | | | |
| Sideshow----------- | 4e | 4e | --- | 3.50 | 250.00 | --- | 0.50 | 5.00 | 16.00 | 55.00 |
| 126: | | | | | | | | | | |
| Sideshow----------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Zigzag------------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 127: | | | | | | | | | | |
| Sideslide---------- | 3e | 3e | --- | --- | --- | --- | 1.50 | 5.50 | --- | --- |
| 128: | | | | | | | | | | |
| Stephouse---------- | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop------- | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 129: | | | | | | | | | | |
| Torriorthents------ | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 130: | | | | | | | | | | |
| Torriorthents------ | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Badland------------ | 8e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 131: | | | | | | | | | | |
| Tragmon------------ | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Sheek-------------- | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 132: | | | | | | | | | | |
| Typic Argiaquolls-- | 4w | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 133: | | | | | | | | | | |
| Typic Torriorthents | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop------- | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 134: | | | | | | | | | | |
| Umbarg------------- | 3w | 3w | --- | --- | --- | --- | 1.00 | 8.00 | --- | --- |
| Winner------------- | 6w | 6w | --- | --- | --- | --- | 1.00 | 6.00 | --- | --- |
| Tesajo------------- | 4w | 4w | --- | --- | --- | --- | 1.00 | 5.00 | --- | --- |

Table 5.--Land Capability and Yields per Acre of Crops and Pasture--Continued

| Map symbol and soil name | Land capability N | Land capability I | Alfalfa hay N | Alfalfa hay I | Dry pinto beans N | Dry pinto beans I | Pasture N | Pasture I | Winter wheat N | Winter wheat I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Tons | Tons | Lbs | Lbs | AUM | AUM | Bu | Bu |
| 135: | | | | | | | | | | |
| Ustic Torrifluvents | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 136: | | | | | | | | | | |
| Ustic Torriorthents | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Gullied land------- | 8e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 137: | | | | | | | | | | |
| Ustorthents-------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 138: | | | | | | | | | | |
| Uzacol------------- | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Zwicker------------ | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Clayprings-------- | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 139: | | | | | | | | | | |
| Water-------------- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 140: | | | | | | | | | | |
| Wauquie------------ | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 141: | | | | | | | | | | |
| Wauquie------------ | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Dolcan------------- | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 142: | | | | | | | | | | |
| Wauquie------------ | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Dolcan------------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop------- | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 143: | | | | | | | | | | |
| Wetherill---------- | 3c | 3c | 2.00 | 5.00 | 450.00 | --- | 0.70 | 6.50 | 18.00 | 60.00 |
| 144: | | | | | | | | | | |
| Wetherill---------- | 3e | 3e | 2.00 | 5.00 | 450.00 | --- | 0.70 | 6.50 | 18.00 | 60.00 |
| 145: | | | | | | | | | | |
| Wetherill---------- | 4e | 4e | 2.00 | 4.00 | 400.00 | --- | 0.50 | 5.00 | 17.00 | 50.00 |

Table 5.--Land Capability and Yields per Acre of Crops and Pasture--Continued

| Map symbol and soil name | Land capability N | Land capability I | Alfalfa hay N | Alfalfa hay I | Dry pinto beans N | Dry pinto beans I | Pasture N | Pasture I | Winter wheat N | Winter wheat I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Tons | Tons | Lbs | Lbs | AUM | AUM | Bu | Bu |
| 146: | | | | | | | | | | |
| Yarts | 4c | 3e | --- | 4.50 | --- | --- | 0.70 | 6.00 | --- | 60.00 |
| 147: | | | | | | | | | | |
| Yarts | 4c | 3e | --- | 4.50 | --- | --- | 0.50 | 6.00 | --- | 60.00 |
| 148: | | | | | | | | | | |
| Zau | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 149: | | | | | | | | | | |
| Zigzag | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 150: | | | | | | | | | | |
| Zigzag | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Sideshow | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 151: | | | | | | | | | | |
| Zyme | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 152: | | | | | | | | | | |
| Zyme | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Table 6.--Prime Farmland

(Only the soils considered prime farmland are listed. Urban or built-up areas of the soils listed are not considered prime farmland. If a soil is prime farmland only under certain conditions, the conditions are specified in parentheses after the soil name.)

| Map symbol | Soil name |
|---|---|
| 1 | Ackmen loam, 1 to 3 percent slopes (Prime farmland if irrigated) |
| 2 | Ackmen loam, 3 to 6 percent slopes (Prime farmland if irrigated) |
| 8 | Barx loam, 3 to 6 percent slopes (Prime farmland if irrigated) |
| 12 | Battlerock clay loam, 0 to 6 percent slopes (Prime farmland if irrigated) |
| 23 | Collide clay loam, 3 to 6 percent slopes (Prime farmland if irrigated) |
| 25 | Collide complex, 0 to 2 percent slopes (Prime farmland if irrigated) |
| 26 | Collide complex, 2 to 6 percent slopes (Prime farmland if irrigated) |
| 44 | Granath loam, 3 to 6 percent slopes (Prime farmland if irrigated) |
| 52 | Hesperus loam, 0 to 3 percent slopes (Prime farmland if irrigated) |
| 53 | Hesperus loam, 3 to 6 percent slopes (Prime farmland if irrigated) |
| 70 | Mack fine sandy loam, 0 to 6 percent slopes (Prime farmland if irrigated) |
| 73 | Mikim clay loam, 1 to 3 percent slopes (Prime farmland if irrigated) |
| 75 | Mikim loam, 3 to 6 percent slopes (Prime farmland if irrigated) |
| 76 | Morefield loam, 1 to 3 percent slopes (Prime farmland if irrigated) |
| 77 | Morefield loam, 3 to 6 percent slopes (Prime farmland if irrigated) |
| 97 | Ramper clay loam, 0 to 3 percent slopes (Prime farmland if irrigated) |
| 98 | Ramper loam, 0 to 3 percent slopes (Prime farmland if irrigated) |
| 102 | Ricot loam, 1 to 3 percent slopes (Prime farmland if irrigated) |
| 103 | Ricot loam, 3 to 6 percent slopes (Prime farmland if irrigated) |
| 123 | Sideshow silty clay loam, 0 to 3 percent slopes (Prime farmland if irrigated) |
| 124 | Sideshow silty clay loam, 3 to 6 percent slopes (Prime farmland if irrigated) |
| 134 | Umbarg-Winner-Tesajo complex, 0 to 2 percent slopes (Prime farmland if irrigated and drained) |
| 143 | Wetherill loam, 1 to 3 percent slopes (Prime farmland if irrigated) |
| 144 | Wetherill loam, 3 to 6 percent slopes (Prime farmland if irrigated) |
| 146 | Yarts clay loam, 1 to 6 percent slopes (Prime farmland if irrigated) |
| 147 | Yarts fine sandy loam, 1 to 6 percent slopes (Prime farmland if irrigated) |

Table 7.--Productivity and Characteristic Plant Communities

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Total dry-weight production: Normal year | Total dry-weight production: Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 1: | | | | | | |
| Ackmen | Loamy Bottom | 1,000 | 800 | 600 | Muttongrass | 30 |
| | | | | | Western wheatgrass | 20 |
| | | | | | Wyoming big sagebrush | 15 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| 2: | | | | | | |
| Ackmen | Loamy Bottom | 1,000 | 800 | 600 | Muttongrass | 30 |
| | | | | | Western wheatgrass | 20 |
| | | | | | Wyoming big sagebrush | 15 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| 3: | | | | | | |
| Arabrab | Shallow Loamy Mesa Top Pinyon Juniper | 900 | 700 | 400 | Twoneedle pinyon | 5 |
| | | | | | Utah juniper | 5 |
| | | | | | Muttongrass | 20 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Utah serviceberry | 5 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | Cliff fendlerbush | 5 |
| | | | | | True mountain mahogany | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| 4: | | | | | | |
| Arabrab | Shallow Loamy Mesa Top Pinyon Juniper | 900 | 700 | 400 | Twoneedle pinyon | 5 |
| | | | | | Utah juniper | 5 |
| | | | | | Muttongrass | 20 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Utah serviceberry | 5 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | Cliff fendlerbush | 5 |
| | | | | | True mountain mahogany | 5 |
| | | | | | Bottlebrush squirreltail | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 4: | | | | | | |
| Longburn | Shallow Loamy Mesa Top Pinyon Juniper | 850 | 600 | 350 | Utah juniper | 5 |
| | | | | | Twoneedle pinyon | 5 |
| | | | | | Muttongrass | 20 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Utah serviceberry | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | True mountain mahogany | 5 |
| | | | | | Cliff fendlerbush | 5 |
| 5: | | | | | | |
| Archuleta | Ponderosa Pine | 1,400 | 1,200 | 900 | Ponderosa pine | 5 |
| | | | | | Gambel's oak | 15 |
| | | | | | Rocky Mountain juniper | 2 |
| | | | | | Twoneedle pinyon | 2 |
| | | | | | Arizona fescue | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Saskatoon serviceberry | 5 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | Common snowberry | 5 |
| | | | | | Mountain brome | 5 |
| | | | | | True mountain mahogany | 5 |
| Sanchez | Ponderosa Pine | 750 | 600 | 550 | Ponderosa pine | 5 |
| | | | | | Rocky Mountain juniper | 5 |
| | | | | | Twoneedle pinyon | 5 |
| | | | | | Gambel's oak | 10 |
| | | | | | Arizona fescue | 15 |
| | | | | | Mountain muhly | 10 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Saskatoon serviceberry | 5 |
| | | | | | Elk sedge | 5 |
| | | | | | Mountain brome | 5 |
| | | | | | Snowberry | 5 |
| | | | | | True mountain mahogany | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Total dry-weight production: Normal year | Total dry-weight production: Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 6: | | | | | | |
| Argiustolls | Douglas Fir | 1,300 | 1,000 | 800 | Douglas fir | 10 |
| | | | | | Gambel's oak | 35 |
| | | | | | Muttongrass | 10 |
| | | | | | Utah snowberry | 10 |
| | | | | | Utah serviceberry | 10 |
| | | | | | Elk sedge | 5 |
| | | | | | True mountain mahogany | 5 |
| | | | | | Prairie junegrass | 5 |
| Haplustalfs | Ponderosa Pine | 1,100 | 900 | 700 | Douglas fir | 10 |
| | | | | | Gambel's oak | 35 |
| | | | | | Muttongrass | 10 |
| | | | | | Utah serviceberry | 10 |
| | | | | | Utah snowberry | 10 |
| | | | | | Elk sedge | 5 |
| | | | | | True mountain mahogany | 5 |
| | | | | | Prairie junegrass | 5 |
| 7: | | | | | | |
| Argiustolls | Ponderosa Pine | 1,000 | 800 | 600 | Ponderosa pine | 10 |
| | | | | | Gambel's oak | 35 |
| | | | | | Muttongrass | 10 |
| | | | | | Utah serviceberry | 10 |
| | | | | | Utah snowberry | 10 |
| | | | | | Elk sedge | 5 |
| | | | | | True mountain mahogany | 5 |
| | | | | | Prairie junegrass | 5 |
| Haplustalfs | Ponderosa Pine | 900 | 700 | 500 | Ponderosa pine | 10 |
| | | | | | Gambel's oak | 35 |
| | | | | | Muttongrass | 10 |
| | | | | | Utah serviceberry | 10 |
| | | | | | Utah snowberry | 10 |
| | | | | | Elk sedge | 5 |
| | | | | | True mountain mahogany | 5 |
| | | | | | Prairie junegrass | 5 |
| Rock outcrop | --- | --- | --- | --- | --- | --- |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 8: | | | | | | |
| Barx | Semidesert Loam | 800 | 700 | 400 | Galleta | 15 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Wyoming big sagebrush | 10 |
| | | | | | Muttongrass | 10 |
| | | | | | Blue grama | 5 |
| | | | | | New Mexico feathergrass | 5 |
| | | | | | Winterfat | 2 |
| 9: | | | | | | |
| Barx | Semidesert Loam | 800 | 700 | 400 | Galleta | 15 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Wyoming big sagebrush | 10 |
| | | | | | Muttongrass | 10 |
| | | | | | Blue grama | 5 |
| | | | | | New Mexico feathergrass | 5 |
| | | | | | Winterfat | 2 |
| 10: | | | | | | |
| Barx | Upland Loam (basin Big Sagebrush) | 1,300 | 1,000 | 800 | Wyoming big sagebrush | 20 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Needleandthread | 15 |
| | | | | | Blue grama | 5 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Galleta | 5 |
| | | | | | Muttongrass | 5 |
| | | | | | Sand dropseed | 5 |
| | | | | | Winterfat | 5 |
| 11: | | | | | | |
| Barx | Semidesert Loam | 800 | 700 | 400 | Galleta | 15 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Wyoming big sagebrush | 10 |
| | | | | | Muttongrass | 10 |
| | | | | | Blue grama | 5 |
| | | | | | New Mexico feathergrass | 5 |
| | | | | | Winterfat | 2 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 11: | | | | | | |
| Gapmesa | Semidesert Loam | 750 | 600 | 450 | Galleta | 15 |
| | | | | | New Mexico feathergrass | 15 |
| | | | | | Wyoming big sagebrush | 10 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Blue grama | 5 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Winterfat | 2 |
| 12: | | | | | | |
| Battlerock | Alkali Bottom | 900 | 700 | 500 | Alkali sacaton | 25 |
| | | | | | Greasewood | 15 |
| | | | | | Inland saltgrass | 15 |
| | | | | | Basin big sagebrush | 5 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Galleta | 5 |
| | | | | | Saltbush | 5 |
| | | | | | Western wheatgrass | 5 |
| 13: | | | | | | |
| Beje | Brushy Loam | 2,000 | 1,500 | 1,200 | Gambel's oak | 10 |
| | | | | | Saskatoon serviceberry | 10 |
| | | | | | Mountain brome | 10 |
| | | | | | Snowberry | 5 |
| | | | | | True mountain mahogany | 5 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Muttongrass | 5 |
| Tragmon | Brushy Loam | 3,000 | 2,000 | 1,500 | Gambel's oak | 10 |
| | | | | | Serviceberry | 10 |
| | | | | | Sagebrush | 5 |
| | | | | | True mountain mahogany | 5 |
| | | | | | Prairie junegrass | 5 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Muttongrass | 5 |
| | | | | | Snowberry | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Total dry-weight production: Normal year | Total dry-weight production: Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 14: | | | | | | |
| Burnson | Ponderosa Pine | 1,200 | 900 | 600 | Ponderosa pine | 10 |
| | | | | | Gambel's oak | 20 |
| | | | | | Arizona fescue | 15 |
| | | | | | Mountain brome | 15 |
| | | | | | Common snowberry | 10 |
| | | | | | Rocky Mountain juniper | 5 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Antelope bitterbrush | 5 |
| 15: | | | | | | |
| Burnson, dry | Ponderosa Pine | 1,200 | 900 | 600 | Ponderosa pine | 10 |
| | | | | | Gambel's oak | 20 |
| | | | | | Mountain brome | 15 |
| | | | | | Arizona fescue | 15 |
| | | | | | Common snowberry | 10 |
| | | | | | Rocky Mountain juniper | 5 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Antelope bitterbrush | 5 |
| 16: | | | | | | |
| Burnson | Ponderosa Pine | 1,200 | 900 | 600 | Ponderosa pine | 10 |
| | | | | | Gambel's oak | 20 |
| | | | | | Arizona fescue | 15 |
| | | | | | Mountain brome | 15 |
| | | | | | Common snowberry | 10 |
| | | | | | Rocky Mountain juniper | 5 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Antelope bitterbrush | 5 |
| Herm | Ponderosa Pine | 1,500 | 1,300 | 1,000 | Ponderosa pine | 10 |
| | | | | | Arizona fescue | 15 |
| | | | | | Gambel's oak | 10 |
| | | | | | Saskatoon serviceberry | 5 |
| | | | | | Mountain brome | 5 |
| | | | | | Elk sedge | 5 |
| | | | | | Common snowberry | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 17: | | | | | | |
| Cahona | Loamy Foothills | 1,300 | 1,000 | 700 | Muttongrass | 20 |
| | | | | | Western wheatgrass | 20 |
| | | | | | Big sagebrush | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Galleta | 5 |
| | | | | | Antelope bitterbrush | 5 |
| 18: | | | | | | |
| Cahona | Loamy Foothills | 1,300 | 1,000 | 700 | Muttongrass | 20 |
| | | | | | Western wheatgrass | 20 |
| | | | | | Big sagebrush | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Galleta | 5 |
| | | | | | Antelope bitterbrush | 5 |
| 19: | | | | | | |
| Cahona | Loamy Foothills | 1,300 | 1,000 | 700 | Muttongrass | 20 |
| | | | | | Western wheatgrass | 20 |
| | | | | | Big sagebrush | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Galleta | 5 |
| | | | | | Antelope bitterbrush | 5 |
| 20: | | | | | | |
| Cahona | Loamy Foothills | 1,300 | 1,000 | 700 | Muttongrass | 20 |
| | | | | | Western wheatgrass | 20 |
| | | | | | Big sagebrush | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Galleta | 5 |
| | | | | | Antelope bitterbrush | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 20: | | | | | | |
| Pulpit | Loamy Foothills | 1,125 | 800 | 600 | Western wheatgrass | 25 |
| | | | | | Muttongrass | 20 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Big sagebrush | 10 |
| | | | | | Needleandthread | 5 |
| | | | | | Rabbitbrush | 5 |
| | | | | | Prairie junegrass | 5 |
| 21: | | | | | | |
| Cahona | Loamy Foothills | 1,300 | 1,000 | 700 | Muttongrass | 20 |
| | | | | | Western wheatgrass | 20 |
| | | | | | Big sagebrush | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Galleta | 5 |
| | | | | | Antelope bitterbrush | 5 |
| Sharps | Loamy Foothills | 1,200 | 900 | 700 | Western wheatgrass | 30 |
| | | | | | Big sagebrush | 10 |
| | | | | | Muttongrass | 10 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Bottlebrush squirreltail | 10 |
| | | | | | Black sagebrush | 5 |
| | | | | | Galleta | 5 |
| Wetherill | Loamy Foothills | 1,500 | 1,200 | 800 | Muttongrass | 30 |
| | | | | | Western wheatgrass | 30 |
| | | | | | Big sagebrush | 15 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Needleandthread | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 22: | | | | | | |
| Claysprings | Saltdesert Breaks | 500 | 350 | 200 | Galleta | 20 |
| | | | | | Shadscale saltbush | 20 |
| | | | | | Salina wildrye | 15 |
| | | | | | Alkali sacaton | 10 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Big sagebrush | 5 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Utah juniper | 5 |
| 23: | | | | | | |
| Collide | Loamy Foothills | 1,600 | 1,300 | 900 | Western wheatgrass | 20 |
| | | | | | Muttongrass | 20 |
| | | | | | Big sagebrush | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Needleandthread | 5 |
| 24: | | | | | | |
| Collide | Loamy Foothills | 1,600 | 1,300 | 900 | Western wheatgrass | 20 |
| | | | | | Muttongrass | 20 |
| | | | | | Big sagebrush | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Needleandthread | 5 |
| 25: | | | | | | |
| Collide | Loamy Foothills | 1,600 | 1,300 | 900 | Western wheatgrass | 20 |
| | | | | | Muttongrass | 20 |
| | | | | | Big sagebrush | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Needleandthread | 5 |
| Collide, cobbly substratum | Loamy Foothills | 1,400 | 1,100 | 700 | Western wheatgrass | 20 |
| | | | | | Muttongrass | 20 |
| | | | | | Big sagebrush | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Needleandthread | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 26: | | | | | | |
| Collide | Loamy Foothills | 1,600 | 1,300 | 900 | Western wheatgrass | 20 |
| | | | | | Muttongrass | 20 |
| | | | | | Big sagebrush | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Needleandthread | 5 |
| Collide, cobbly substratum | Loamy Foothills | 1,300 | 1,100 | 900 | Western wheatgrass | 20 |
| | | | | | Muttongrass | 20 |
| | | | | | Big sagebrush | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Needleandthread | 5 |
| 27: | | | | | | |
| Dalmatian | River Bottom | 2,500 | 2,000 | 1,500 | Elk sedge | 20 |
| | | | | | Mountain brome | 10 |
| | | | | | Western yarrow | 5 |
| | | | | | Tufted hairgrass | 5 |
| | | | | | Rocky Mountain iris | 5 |
| Apmay | River Bottom | 2,500 | 2,000 | 1,500 | Elk sedge | 20 |
| | | | | | Mountain brome | 10 |
| | | | | | Rocky Mountain iris | 5 |
| | | | | | Western yarrow | 5 |
| | | | | | Tufted hairgrass | 5 |
| Schrader | River Bottom | 2,500 | 2,000 | 1,500 | Sedge | 20 |
| | | | | | Rush | 10 |
| | | | | | Tufted hairgrass | 5 |
| | | | | | Western yarrow | 5 |
| | | | | | Rocky Mountain iris | 5 |
| 28: | | | | | | |
| Dam | --- | --- | --- | --- | --- | --- |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 29: | | | | | | |
| Endoaquolls | River Bottom | 2,500 | 2,000 | 1,500 | Baltic rush | 30 |
| | | | | | Elk sedge | 20 |
| | | | | | Tufted hairgrass | 10 |
| | | | | | Willow | 10 |
| | | | | | Narrowleaf cottonwood | 5 |
| | | | | | Woods' rose | 5 |
| | | | | | Blue spruce | 5 |
| Ustifluvents | River Bottom | 1,200 | 1,000 | 800 | Narrowleaf cottonwood | 15 |
| | | | | | Redtop | 10 |
| | | | | | Miscellaneous trees | 10 |
| | | | | | Mountain brome | 10 |
| | | | | | Common snowberry | 5 |
| | | | | | Blue spruce | 5 |
| 30: | | | | | | |
| Falconry | Pine Grasslands | 900 | 650 | 550 | Ponderosa pine | 10 |
| | | | | | Arizona fescue | 20 |
| | | | | | Parry's oatgrass | 20 |
| | | | | | Mountain muhly | 10 |
| | | | | | Gambel's oak | 5 |
| | | | | | Elk sedge | 5 |
| | | | | | Needlegrass | 5 |
| | | | | | Slender wheatgrass | 3 |
| | | | | | True mountain mahogany | 3 |
| | | | | | Mountain brome | 3 |
| | | | | | Muttongrass | 2 |
| | | | | | Whortleleaf snowberry | 2 |
| 31: | | | | | | |
| Farb | Shallow Desert | 550 | 400 | 275 | New Mexico feathergrass | 20 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Galleta | 15 |
| | | | | | Mormon tea | 5 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Shadscale saltbush | 5 |
| Rock outcrop | --- | --- | --- | --- | --- | --- |





FS-006157

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 32: | | | | | | |
| Fardraw | Brushy Loam | 3,200 | 2,200 | 1,600 | Gambel's oak | 25 |
| | | | | | Mountain brome | 10 |
| | | | | | Arizona fescue | 10 |
| | | | | | Elk sedge | 10 |
| | | | | | Needleandthread | 5 |
| | | | | | Whortleleaf snowberry | 5 |
| 33: | | | | | | |
| Fardraw | Pine Grasslands | 1,200 | 900 | 750 | Parry's oatgrass | 20 |
| | | | | | Arizona fescue | 20 |
| | | | | | Mountain muhly | 15 |
| | | | | | Ponderosa pine | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Rocky Mountain juniper | 2 |
| | | | | | Gambel's oak | 5 |
| Nortez | Ponderosa Pine | 1,400 | 1,200 | 900 | Ponderosa pine | 5 |
| | | | | | Arizona fescue | 25 |
| | | | | | Parry's oatgrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Mountain big sagebrush | 5 |
| | | | | | Mountain brome | 5 |
| | | | | | Prairie junegrass | 5 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | Gambel's oak | 5 |
| 34: | | | | | | |
| Fardraw | Pine Grasslands | 1,200 | 900 | 750 | Parry's oatgrass | 20 |
| | | | | | Arizona fescue | 20 |
| | | | | | Mountain muhly | 15 |
| | | | | | Ponderosa pine | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Rocky Mountain juniper | 2 |
| | | | | | Gambel's oak | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 35: | | | | | | |
| Fardraw | Pine Grasslands | 1,200 | 900 | 750 | Parry's oatgrass | 20 |
| | | | | | Arizona fescue | 20 |
| | | | | | Mountain muhly | 15 |
| | | | | | Ponderosa pine | 10 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Gambel's oak | 5 |
| | | | | | Rocky Mountain juniper | 2 |
| Granath | Mountain Loam | 1,700 | 1,400 | 1,100 | Gambel's oak | 15 |
| | | | | | Arizona fescue | 15 |
| | | | | | Mountain muhly | 10 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Mountain brome | 5 |
| | | | | | Snowberry | 5 |
| 36: | | | | | | |
| Fivepine | Ponderosa Pine | 1,200 | 800 | 600 | Ponderosa pine | 10 |
| | | | | | Gambel's oak | 15 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Pine dropseed | 10 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Mountain muhly | 5 |
| | | | | | Common snowberry | 5 |
| | | | | | Nodding brome | 5 |
| | | | | | Utah serviceberry | 5 |
| 37: | | | | | | |
| Fluvaquents | River Bottom | 2,500 | 2,000 | 1,500 | Western wheatgrass | 20 |
| | | | | | Alkali sacaton | 15 |
| | | | | | Sedge | 10 |
| | | | | | Inland saltgrass | 10 |
| | | | | | Needleandthread | 10 |
| | | | | | Rush | 10 |
| | | | | | Willow | 10 |
| | | | | | Narrowleaf cottonwood | 5 |
| Haplustolls | River Bottom | 1,200 | 900 | 700 | Western wheatgrass | 20 |
| | | | | | Willow | 20 |
| | | | | | Muttongrass | 10 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Mountain brome | 10 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 38: | | | | | | |
| Fluvents | River Bottom | 2,000 | 1,200 | 500 | Alkali sacaton | 30 |
| | | | | | Western wheatgrass | 30 |
| | | | | | Cottonwood | 10 |
| Fluvaquents | River Bottom | 2,500 | 2,000 | 1,500 | Western wheatgrass | 20 |
| | | | | | Alkali sacaton | 15 |
| | | | | | Willow | 10 |
| | | | | | Sedge | 10 |
| | | | | | Inland saltgrass | 10 |
| | | | | | Needleandthread | 10 |
| | | | | | Rush | 10 |
| | | | | | Narrowleaf cottonwood | 5 |
| 39: | | | | | | |
| Fughes | Loamy Park | 2,300 | 1,800 | 1,100 | Arizona fescue | 30 |
| | | | | | Mountain muhly | 20 |
| | | | | | Parry's oatgrass | 15 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Big sagebrush | 5 |
| | | | | | Slender wheatgrass | 5 |
| 40: | | | | | | |
| Fughes | Brushy Loam | 3,000 | 2,000 | 1,500 | Gambel's oak | 10 |
| | | | | | Arizona fescue | 10 |
| | | | | | Mountain brome | 10 |
| | | | | | Saskatoon serviceberry | 5 |
| | | | | | Common snowberry | 5 |
| | | | | | Slender wheatgrass | 5 |
| | | | | | Mountain muhly | 5 |
| | | | | | Western wheatgrass | 5 |
| Herm | Brushy Loam | 2,500 | 1,800 | 1,400 | Gambel's oak | 10 |
| | | | | | Saskatoon serviceberry | 10 |
| | | | | | Mountain brome | 10 |
| | | | | | Arizona fescue | 10 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Common snowberry | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 41: | | | | | | |
| Fughes | Loamy Park | 1,500 | 1,300 | 1,100 | Mountain muhly | 20 |
| | | | | | Western wheatgrass | 20 |
| | | | | | Gambel's oak | 10 |
| | | | | | Big sagebrush | 5 |
| | | | | | Slender wheatgrass | 5 |
| Sheek | Ponderosa Pine | 1,100 | 950 | 700 | Ponderosa pine | 10 |
| | | | | | Gambel's oak | 20 |
| | | | | | Arizona fescue | 15 |
| | | | | | Mountain brome | 15 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Muttongrass | 10 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Utah serviceberry | 5 |
| 42: | | | | | | |
| Gladel | Pinyon-Juniper | 450 | 350 | 250 | Twoneedle pinyon | 10 |
| | | | | | Utah juniper | 5 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Indian ricegrass | 10 |
| | | | | | True mountain mahogany | 10 |
| | | | | | Needleandthread | 10 |
| | | | | | Big sagebrush | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Antelope bitterbrush | 5 |
| Pulpit | Loamy Foothills | 1,200 | 800 | 600 | Western wheatgrass | 30 |
| | | | | | Muttongrass | 20 |
| | | | | | Big sagebrush | 10 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Antelope bitterbrush | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Total dry-weight production: Normal year | Total dry-weight production: Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 43: | | | | | | |
| Goldbug | Ponderosa Pine | 1,100 | 900 | 750 | Ponderosa pine | 10 |
| | | | | | Arizona fescue | 20 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Gambel's oak | 10 |
| | | | | | Common juniper | 5 |
| | | | | | True mountain mahogany | 5 |
| | | | | | Mountain brome | 5 |
| 44: | | | | | | |
| Granath | Mountain Loam | 1,700 | 1,400 | 1,100 | Arizona fescue | 20 |
| | | | | | Big sagebrush | 10 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Mountain brome | 5 |
| | | | | | Snowberry | 5 |
| 45: | | | | | | |
| Granath | Mountain Loam | 1,700 | 1,400 | 1,100 | Arizona fescue | 20 |
| | | | | | Big sagebrush | 10 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Mountain brome | 5 |
| | | | | | Snowberry | 5 |
| 46: | | | | | | |
| Granath | Mountain Loam | 1,500 | 1,300 | 1,100 | Arizona fescue | 20 |
| | | | | | Big sagebrush | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Mountain brome | 5 |
| | | | | | Common snowberry | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 46: | | | | | | |
| Fughes | Loamy Park | 1,500 | 1,300 | 1,100 | Arizona fescue | 20 |
| | | | | | Mountain muhly | 20 |
| | | | | | Parry's oatgrass | 15 |
| | | | | | Gambel's oak | 10 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Big sagebrush | 5 |
| | | | | | Slender wheatgrass | 5 |
| | | | | | Common snowberry | 2 |
| 47: | | | | | | |
| Granath | Mountain Loam | 1,800 | 1,500 | 1,200 | Arizona fescue | 20 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Mountain brome | 10 |
| | | | | | Big sagebrush | 5 |
| Nortez | Pine Grasslands | 1,400 | 1,200 | 900 | Ponderosa pine | 10 |
| | | | | | Arizona fescue | 20 |
| | | | | | Parry's oatgrass | 15 |
| | | | | | Mountain muhly | 10 |
| | | | | | Gambel's oak | 5 |
| | | | | | Big sagebrush | 5 |
| | | | | | Mountain brome | 3 |
| | | | | | Prairie junegrass | 3 |
| | | | | | Antelope bitterbrush | 2 |
| 48: | | | | | | |
| Granath | Mountain Loam | 1,800 | 1,500 | 1,200 | Arizona fescue | 20 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Mountain brome | 10 |
| | | | | | Big sagebrush | 5 |
| | | | | | Common snowberry | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 48: | | | | | | |
| Ormiston | Mountain Clay | 1,200 | 900 | 600 | Western wheatgrass | 25 |
| | | | | | Arizona fescue | 15 |
| | | | | | Needlegrass | 15 |
| | | | | | Slender wheatgrass | 10 |
| | | | | | Black sagebrush | 5 |
| | | | | | Prairie junegrass | 5 |
| | | | | | Mountain muhly | 5 |
| | | | | | Muttongrass | 5 |
| Fivepine | Ponderosa Pine | 1,200 | 800 | 600 | Ponderosa pine | 10 |
| | | | | | Gambel's oak | 15 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Mountain muhly | 10 |
| | | | | | Prairie junegrass | 5 |
| | | | | | Utah serviceberry | 5 |
| | | | | | Common snowberry | 5 |
| 49: | | | | | | |
| Herm | Ponderosa Pine | 1,500 | 1,300 | 1,000 | Ponderosa pine | 10 |
| | | | | | Arizona fescue | 15 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Gambel's oak | 10 |
| | | | | | Common snowberry | 5 |
| | | | | | Saskatoon serviceberry | 5 |
| 50: | | | | | | |
| Herm | Ponderosa Pine | 1,500 | 1,300 | 1,000 | Ponderosa pine | 10 |
| | | | | | Arizona fescue | 15 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Gambel's oak | 10 |
| | | | | | Common snowberry | 5 |
| | | | | | Saskatoon serviceberry | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 51: | | | | | | |
| Herm | Ponderosa Pine | 1,600 | 1,300 | 1,000 | Ponderosa pine | 10 |
| | | | | | Arizona fescue | 15 |
| | | | | | Gambel's oak | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Saskatoon serviceberry | 5 |
| | | | | | Common snowberry | 5 |
| Pagoda | Ponderosa Pine | 1,400 | 1,200 | 1,000 | Ponderosa pine | 10 |
| | | | | | Gambel's oak | 15 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Arizona fescue | 15 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Pine dropseed | 10 |
| | | | | | Saskatoon serviceberry | 5 |
| | | | | | Mountain muhly | 5 |
| | | | | | Common snowberry | 5 |
| 52: | | | | | | |
| Hesperus | Loamy Park | 2,500 | 1,800 | 1,000 | Arizona fescue | 25 |
| | | | | | Parry's oatgrass | 15 |
| | | | | | Mountain muhly | 15 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Big sagebrush | 5 |
| | | | | | Nodding brome | 5 |
| | | | | | Common snowberry | 2 |
| 53: | | | | | | |
| Hesperus | Loamy Park | 2,500 | 1,800 | 1,000 | Arizona fescue | 25 |
| | | | | | Parry's oatgrass | 15 |
| | | | | | Mountain muhly | 15 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Big sagebrush | 5 |
| | | | | | Nodding brome | 5 |
| | | | | | Common snowberry | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 54: | | | | | | |
| Hesperus | Brushy Loam | 3,000 | 2,000 | 1,500 | Gambel's oak | 10 |
| | | | | | Nodding brome | 10 |
| | | | | | Elk sedge | 10 |
| | | | | | Utah serviceberry | 5 |
| | | | | | Arizona fescue | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Common snowberry | 5 |
| 55: | | | | | | |
| Hesperus | Loamy Park | 2,500 | 1,800 | 1,200 | Arizona fescue | 25 |
| | | | | | Parry's oatgrass | 15 |
| | | | | | Mountain muhly | 15 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Big sagebrush | 5 |
| | | | | | Nodding brome | 5 |
| | | | | | Common snowberry | 5 |
| 56: | | | | | | |
| Ilex | Ponderosa Pine | 1,800 | 1,500 | 1,200 | Ponderosa pine | 10 |
| | | | | | Arizona fescue | 25 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Mountain muhly | 10 |
| | | | | | Gambel's oak | 5 |
| 57: | | | | | | |
| Ilex | Ponderosa Pine | 1,800 | 1,500 | 1,200 | Ponderosa pine | 10 |
| | | | | | Arizona fescue | 25 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Mountain muhly | 10 |
| | | | | | Gambel's oak | 5 |
| | | | | | Mountain brome | 5 |
| 58: | | | | | | |
| Ilex | Mountain Clay | 1,300 | 1,100 | 800 | Western wheatgrass | 30 |
| | | | | | Black sagebrush | 20 |
| | | | | | Arizona fescue | 20 |
| | | | | | Prairie junegrass | 5 |
| | | | | | Gambel's oak | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 58: | | | | | | |
| Granath | Mountain Loam | 1,700 | 1,400 | 1,100 | Gambel's oak | 15 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Arizona fescue | 10 |
| | | | | | Mountain mahogany | 5 |
| | | | | | Mountain brome | 5 |
| | | | | | Snowberry | 5 |
| | | | | | Big sagebrush | 5 |
| 59: | | | | | | |
| Ilex | Mountain Clay | 1,300 | 1,100 | 800 | Western wheatgrass | 30 |
| | | | | | Arizona fescue | 20 |
| | | | | | Black sagebrush | 15 |
| | | | | | Gambel's oak | 5 |
| | | | | | Prairie junegrass | 5 |
| Granath | Mountain Loam | 1,700 | 1,400 | 1,100 | Gambel's oak | 15 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Arizona fescue | 10 |
| | | | | | Mountain mahogany | 5 |
| | | | | | Mountain brome | 5 |
| | | | | | Snowberry | 5 |
| | | | | | Big sagebrush | 5 |
| 60: | | | | | | |
| Ilex | Mountain Loam | 1,800 | 1,500 | 1,200 | Arizona fescue | 25 |
| | | | | | Western wheatgrass | 30 |
| | | | | | Mountain muhly | 10 |
| | | | | | Big sagebrush | 5 |
| | | | | | Mountain brome | 5 |
| | | | | | Common snowberry | 5 |
| | | | | | Prairie junegrass | 5 |
| Pramiss | Ponderosa Pine | 1,100 | 800 | 500 | Ponderosa pine | 10 |
| | | | | | Arizona fescue | 15 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Gambel's oak | 5 |
| | | | | | Mountain muhly | 5 |
| | | | | | Prairie junegrass | 5 |
| | | | | | Slender wheatgrass | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Total dry-weight production: Normal year | Total dry-weight production: Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 60: | | | | | | |
| Falconry | Pine Grasslands | 900 | 650 | 550 | Ponderosa pine | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Gambel's oak | 5 |
| | | | | | Muttongrass | 2 |
| | | | | | Slender wheatgrass | 3 |
| | | | | | True mountain mahogany | 3 |
| | | | | | Mountain brome | 3 |
| | | | | | Whortleleaf snowberry | 2 |
| | | | | | Needlegrass | 5 |
| 61: | | | | | | |
| Ilex | Mountain Clay | 1,300 | 1,100 | 800 | Western wheatgrass | 30 |
| | | | | | Black sagebrush | 20 |
| | | | | | Arizona fescue | 20 |
| | | | | | Prairie junegrass | 5 |
| | | | | | Gambel's oak | 5 |
| Pramiss | Mountain Clay | 1,100 | 900 | 700 | Western wheatgrass | 30 |
| | | | | | Arizona fescue | 15 |
| | | | | | Black sagebrush | 15 |
| | | | | | Needlegrass | 15 |
| | | | | | Gambel's oak | 5 |
| | | | | | Mountain muhly | 5 |
| | | | | | Prairie junegrass | 5 |
| | | | | | Slender wheatgrass | 5 |
| Granath | Mountain Loam | 1,700 | 1,400 | 1,100 | Gambel's oak | 15 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Arizona fescue | 10 |
| | | | | | Mountain mahogany | 5 |
| | | | | | Mountain brome | 5 |
| | | | | | Snowberry | 5 |
| | | | | | Big sagebrush | 5 |

FS-006168

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 62: | | | | | | |
| Irak | Wet Meadow | 3,000 | 2,500 | 2,000 | Alkali sacaton | 35 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Inland saltgrass | 10 |
| | | | | | Sedge | 10 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Foxtail barley | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Rush | 5 |
| 63: | | | | | | |
| Jemco | Ponderosa Pine | 1,100 | 900 | 700 | Ponderosa pine | 10 |
| | | | | | Arizona fescue | 15 |
| | | | | | Gambel's oak | 5 |
| | | | | | Common snowberry | 5 |
| | | | | | Rocky Mountain juniper | 5 |
| | | | | | Oregongrape | 5 |
| | | | | | Mountain muhly | 5 |
| | | | | | Western wheatgrass | 5 |
| Detra | Ponderosa Pine | 1,600 | 1,400 | 1,200 | Ponderosa pine | 10 |
| | | | | | Common snowberry | 10 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Arizona fescue | 10 |
| | | | | | Gambel's oak | 5 |
| | | | | | Saskatoon serviceberry | 5 |
| | | | | | Oregongrape | 5 |
| Beje | Ponderosa Pine | 2,000 | 1,300 | 800 | Ponderosa pine | 10 |
| | | | | | Arizona fescue | 15 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Gambel's oak | 10 |
| | | | | | Common snowberry | 5 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Oregongrape | 5 |
| | | | | | Black sagebrush | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Total dry-weight production: Normal year | Total dry-weight production: Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 64: | | | | | | |
| Lazear | Pinyon Juniper | 600 | 500 | 400 | Indian ricegrass | 15 |
| | | | | | Utah juniper | 15 |
| | | | | | Mountain mahogany | 15 |
| | | | | | Bluebunch wheatgrass | 10 |
| | | | | | Muttongrass | 10 |
| | | | | | Twoneedle pinyon | 10 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Galleta | 5 |
| | | | | | Needleandthread | 5 |
| Rock outcrop | --- | --- | --- | --- | --- | --- |
| 65: | | | | | | |
| Lillings | Alkali Bottom | 775 | 600 | 450 | Alkali sacaton | 25 |
| | | | | | Greasewood | 15 |
| | | | | | Inland saltgrass | 15 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Galleta | 5 |
| | | | | | Saltbush | 5 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Big sagebrush | 5 |
| 66: | | | | | | |
| Lillings | Alkali Bottom | 1,000 | 700 | 500 | Alkali sacaton | 25 |
| | | | | | Greasewood | 15 |
| | | | | | Inland saltgrass | 15 |
| | | | | | Big sagebrush | 5 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Galleta | 5 |
| | | | | | Saltbush | 5 |
| | | | | | Fourwing saltbush | 5 |
| 67: | | | | | | |
| Lillings | Alkali Bottom | 1,000 | 700 | 500 | Alkali sacaton | 25 |
| | | | | | Greasewood | 15 |
| | | | | | Inland saltgrass | 15 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Big sagebrush | 5 |
| | | | | | Galleta | 5 |
| | | | | | Saltbush | 5 |
| | | | | | Fourwing saltbush | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Total dry-weight production: Normal year | Total dry-weight production: Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 68: | | | | | | |
| Longburn | Shallow Loamy Mesa Top Pinyon Juniper | 850 | 600 | 350 | Utah juniper | 5 |
| | | | | | Twoneedle pinyon | 5 |
| | | | | | Muttongrass | 20 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Utah serviceberry | 5 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | Cliff fendlerbush | 5 |
| | | | | | True mountain mahogany | 5 |
| Rock outcrop | --- | --- | --- | --- | --- | --- |
| 69: | | | | | | |
| Longburn | Shallow Loamy Mesa Top Pinyon Juniper | 850 | 600 | 350 | Twoneedle pinyon | 5 |
| | | | | | Utah juniper | 5 |
| | | | | | Muttongrass | 20 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Utah serviceberry | 5 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | Cliff fendlerbush | 5 |
| | | | | | True mountain mahogany | 5 |
| Rock outcrop | --- | --- | --- | --- | --- | --- |
| 70: | | | | | | |
| Mack | Alkali Flat | 800 | 700 | 500 | Alkali sacaton | 20 |
| | | | | | Galleta | 15 |
| | | | | | Greasewood | 10 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Shadscale saltbush | 5 |
| | | | | | scarlet globemallow | 5 |
| 71: | | | | | | |
| Mikett | Salt Meadow | 1,800 | 1,600 | 1,200 | Alkali sacaton | 40 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Inland saltgrass | 10 |
| | | | | | Sedge | 10 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Baltic rush | 5 |
| | | | | | Greasewood | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 72: | | | | | | |
| Mikett | Salt Meadow | 2,000 | 1,600 | 1,200 | Alkali sacaton | 30 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Rush | 10 |
| | | | | | Inland saltgrass | 10 |
| | | | | | Sedge | 10 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Greasewood | 5 |
| | | | | | Rabbitbrush | 5 |
| 73: | | | | | | |
| Mikim | Alkali Flat | 875 | 625 | 450 | Alkali sacaton | 25 |
| | | | | | Galleta | 10 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Big sagebrush | 5 |
| | | | | | Shadscale saltbush | 5 |
| 74: | | | | | | |
| Mikim | Alkali Flat | 675 | 475 | 350 | Alkali sacaton | 25 |
| | | | | | Greasewood | 10 |
| | | | | | Big sagebrush | 5 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Galleta | 5 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Shadscale saltbush | 5 |
| 75: | | | | | | |
| Mikim | Alkali Flat | 875 | 625 | 450 | Alkali sacaton | 25 |
| | | | | | Galleta | 10 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Big sagebrush | 5 |
| | | | | | Shadscale saltbush | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 76: | | | | | | |
| Morefield | Loamy Mesa Top Pinyon Juniper | 1,400 | 1,100 | 700 | Utah juniper | 5 |
| | | | | | Twoneedle pinyon | 5 |
| | | | | | Muttongrass | 20 |
| | | | | | Big sagebrush | 15 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | Yucca | 5 |
| | | | | | True mountain mahogany | 5 |
| 77: | | | | | | |
| Morefield | Loamy Mesa Top Pinyon Juniper | 1,400 | 1,100 | 700 | Utah juniper | 5 |
| | | | | | Twoneedle pinyon | 5 |
| | | | | | Muttongrass | 20 |
| | | | | | Big sagebrush | 15 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | Yucca | 5 |
| | | | | | True mountain mahogany | 5 |
| 78: | | | | | | |
| Nortez | Pine Grasslands | 1,400 | 1,200 | 900 | Ponderosa pine | 10 |
| | | | | | Arizona fescue | 25 |
| | | | | | Parry's oatgrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Gambel's oak | 5 |
| | | | | | Mountain big sagebrush | 5 |
| | | | | | Mountain brome | 3 |
| | | | | | Prairie junegrass | 3 |
| | | | | | Antelope bitterbrush | 2 |
| Granath | Mountain Loam | 1,900 | 1,600 | 1,300 | Arizona fescue | 15 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Mountain muhly | 5 |
| | | | | | Big sagebrush | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 79: | | | | | | |
| Northrim | Brushy Loam | 3,000 | 2,000 | 1,500 | Gambel's oak | 15 |
| | | | | | Rocky Mountain juniper | 10 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Utah serviceberry | 5 |
| | | | | | Snowberry | 5 |
| | | | | | Cliff fendlerbush | 5 |
| | | | | | Twoneedle pinyon | 5 |
| 80: | | | | | | |
| Ormiston | Pinyon Juniper | 1,200 | 1,000 | 700 | Rocky Mountain juniper | 10 |
| | | | | | Twoneedle pinyon | 5 |
| | | | | | Gambel's oak | 15 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Muttongrass | 10 |
| | | | | | Needlegrass | 10 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Blue grama | 10 |
| | | | | | Black sagebrush | 5 |
| | | | | | Utah serviceberry | 5 |
| | | | | | Mountain muhly | 5 |
| Beje | Pinyon Juniper | 1,100 | 900 | 700 | Rocky Mountain juniper | 10 |
| | | | | | Twoneedle pinyon | 5 |
| | | | | | Gambel's oak | 10 |
| | | | | | Muttongrass | 10 |
| | | | | | Western wheatgrass | 10 |
| | | | | | True mountain mahogany | 10 |
| | | | | | Black sagebrush | 10 |
| | | | | | Utah serviceberry | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Blue grama | 5 |
| | | | | | Mountain brome | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 81: | | | | | | |
| Ormiston | Ponderosa Pine | 1,500 | 1,200 | 800 | Ponderosa pine | 5 |
| | | | | | Mountain muhly | 20 |
| | | | | | Western wheatgrass | 20 |
| | | | | | Prairie junegrass | 15 |
| | | | | | Mountain brome | 10 |
| | | | | | Gambel's oak | 10 |
| | | | | | Common snowberry | 5 |
| | | | | | Woods' rose | 5 |
| | | | | | Utah serviceberry | 5 |
| Fivepine | Ponderosa Pine | 1,200 | 800 | 600 | Ponderosa pine | 5 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Gambel's oak | 15 |
| | | | | | Mountain muhly | 10 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Pine dropseed | 10 |
| | | | | | Rocky Mountain juniper | 5 |
| | | | | | Utah serviceberry | 5 |
| | | | | | Common snowberry | 5 |
| | | | | | Nodding brome | 5 |
| 82: | | | | | | |
| Ormiston | Mountain Clay | 1,200 | 900 | 600 | Western wheatgrass | 30 |
| | | | | | Arizona fescue | 15 |
| | | | | | Needlegrass | 15 |
| | | | | | Slender wheatgrass | 10 |
| | | | | | Utah serviceberry | 5 |
| | | | | | Mountain muhly | 5 |
| | | | | | Black sagebrush | 5 |
| | | | | | Muttongrass | 5 |
| | | | | | Gambel's oak | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 82: | | | | | | |
| Granath | Mountain Loam | 1,900 | 1,600 | 1,300 | Western wheatgrass | 10 |
| | | | | | Arizona fescue | 15 |
| | | | | | Big sagebrush | 5 |
| | | | | | Mountain muhly | 5 |
| 83: | | | | | | |
| Ormiston | Mountain Clay | 1,200 | 900 | 600 | Western wheatgrass | 10 |
| | | | | | Gambel's oak | 10 |
| | | | | | Muttongrass | 10 |
| | | | | | Needlegrass | 10 |
| | | | | | Arizona fescue | 10 |
| | | | | | Utah serviceberry | 5 |
| | | | | | Black sagebrush | 5 |
| | | | | | Slender wheatgrass | 5 |
| | | | | | Mountain muhly | 5 |
| Nortez | Pine Grasslands | 1,400 | 1,200 | 900 | Arizona fescue | 25 |
| | | | | | Mountain muhly | 10 |
| | | | | | Ponderosa pine | 10 |
| | | | | | Parry's oatgrass | 10 |
| | | | | | Gambel's oak | 5 |
| | | | | | Mountain big sagebrush | 5 |
| | | | | | Mountain brome | 3 |
| | | | | | Prairie junegrass | 3 |
| | | | | | Antelope bitterbrush | 2 |
| 84: | | | | | | |
| Payter | Foothill Valley | 1,500 | 1,200 | 800 | Western wheatgrass | 20 |
| | | | | | Big sagebrush | 10 |
| | | | | | Blue grama | 10 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Needleandthread | 3 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 85: | | | | | | |
| Pinacol | Ponderosa Pine | 1,400 | 1,100 | 900 | Ponderosa pine | 5 |
| | | | | | Arizona fescue | 20 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Gambel's oak | 10 |
| | | | | | Mountain brome | 10 |
| | | | | | Snowberry | 5 |
| | | | | | Saskatoon serviceberry | 5 |
| | | | | | Elk sedge | 5 |
| | | | | | True mountain mahogany | 5 |
| 86: | | | | | | |
| Pinacol | Ponderosa Pine | 1,400 | 1,100 | 900 | Ponderosa pine | 10 |
| | | | | | Arizona fescue | 20 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Gambel's oak | 10 |
| | | | | | Mountain brome | 10 |
| | | | | | Snowberry | 5 |
| | | | | | Saskatoon serviceberry | 5 |
| | | | | | Elk sedge | 5 |
| | | | | | True mountain mahogany | 5 |
| 87: | | | | | | |
| Pits | --- | --- | --- | --- | --- | --- |
| 88: | | | | | | |
| Pogo | Wet Meadow | 4,000 | 3,000 | 2,000 | Broadleaf cattail | 25 |
| | | | | | Sedge | 25 |
| | | | | | Rush | 15 |
| | | | | | Inland saltgrass | 10 |
| 89: | | | | | | |
| Pramiss | Mountain Clay | 1,100 | 800 | 550 | Western wheatgrass | 20 |
| | | | | | Arizona fescue | 10 |
| | | | | | Needlegrass | 10 |
| | | | | | Black sagebrush | 5 |
| | | | | | Gambel's oak | 5 |
| | | | | | Mountain muhly | 5 |
| | | | | | Prairie junegrass | 5 |
| | | | | | Slender wheatgrass | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 90: | | | | | | |
| Pramiss | Mountain Clay | 1,100 | 900 | 700 | Western wheatgrass | 20 |
| | | | | | Needlegrass | 10 |
| | | | | | Arizona fescue | 10 |
| | | | | | Black sagebrush | 5 |
| | | | | | Gambel's oak | 5 |
| | | | | | Mountain muhly | 5 |
| Granath | Mountain Loam | 1,900 | 1,600 | 1,300 | Western wheatgrass | 20 |
| | | | | | Gambel's oak | 20 |
| | | | | | Arizona fescue | 15 |
| | | | | | Pine dropseed | 10 |
| | | | | | Big sagebrush | 5 |
| | | | | | Elk sedge | 5 |
| | | | | | Mountain muhly | 5 |
| | | | | | Muttongrass | 5 |
| | | | | | Antelope bitterbrush | 5 |
| 91: | | | | | | |
| Prater | Pinyon Juniper | 1,200 | 1,000 | 800 | Twoneedle pinyon | 15 |
| | | | | | Utah juniper | 10 |
| | | | | | Gambel's oak | 15 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Muttongrass | 10 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Big sagebrush | 5 |
| | | | | | True mountain mahogany | 5 |
| | | | | | Rabbitbrush | 5 |
| | | | | | Antelope bitterbrush | 5 |
| 92: | | | | | | |
| Prater | Pinyon Juniper | 1,200 | 1,000 | 800 | Twoneedle pinyon | 15 |
| | | | | | Utah juniper | 10 |
| | | | | | Gambel's oak | 15 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Muttongrass | 10 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Big sagebrush | 5 |
| | | | | | True mountain mahogany | 5 |
| | | | | | Rabbitbrush | 5 |
| | | | | | Antelope bitterbrush | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 92: | | | | | | |
| Dolcan | Pinyon Juniper | 700 | 500 | 400 | Twoneedle pinyon | 15 |
| | | | | | Utah juniper | 10 |
| | | | | | Gambel's oak | 15 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Muttongrass | 10 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Big sagebrush | 5 |
| | | | | | True mountain mahogany | 5 |
| | | | | | Rabbitbrush | 5 |
| | | | | | Antelope bitterbrush | 5 |
| 93: | | | | | | |
| Pulpit | Loamy Foothills | 1,125 | 800 | 600 | Western wheatgrass | 25 |
| | | | | | Muttongrass | 20 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Big sagebrush | 10 |
| | | | | | Rocky Mountain juniper | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Prairie junegrass | 5 |
| | | | | | Twoneedle pinyon | 5 |
| | | | | | Rabbitbrush | 3 |
| 94: | | | | | | |
| Pulpit | Loamy Foothills | 1,125 | 800 | 600 | Western wheatgrass | 25 |
| | | | | | Muttongrass | 20 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Big sagebrush | 10 |
| | | | | | Needleandthread | 5 |
| | | | | | Small Douglas rabbitbrush | 5 |
| | | | | | Prairie junegrass | 5 |
| 95: | | | | | | |
| Pulpit | Loamy Foothills | 1,125 | 800 | 600 | Western wheatgrass | 25 |
| | | | | | Muttongrass | 20 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Big sagebrush | 10 |
| | | | | | Needleandthread | 5 |
| | | | | | Small Douglas rabbitbrush | 5 |
| | | | | | Prairie junegrass | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 96: | | | | | | |
| Purcella | Loamy Foothills | 1,500 | 1,200 | 800 | Western wheatgrass | 25 |
| | | | | | Muttongrass | 20 |
| | | | | | Big sagebrush | 10 |
| | | | | | Small Douglas rabbitbrush | 5 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Utah serviceberry | 5 |
| | | | | | Prairie junegrass | 5 |
| 97: | | | | | | |
| Ramper | Loamy Bottom | 1,200 | 900 | 700 | Western wheatgrass | 20 |
| | | | | | Slender wheatgrass | 15 |
| | | | | | Big sagebrush | 15 |
| | | | | | Bottlebrush squirreltail | 10 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| 98: | | | | | | |
| Ramper | Loamy Bottom | 1,200 | 900 | 700 | Western wheatgrass | 20 |
| | | | | | Slender wheatgrass | 15 |
| | | | | | Big sagebrush | 15 |
| | | | | | Bottlebrush squirreltail | 10 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| 99: | | | | | | |
| Ravola | Alkali Bottom | 800 | 600 | 400 | Alkali sacaton | 25 |
| | | | | | Greasewood | 15 |
| | | | | | Inland saltgrass | 10 |
| | | | | | Basin big sagebrush | 5 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Galleta | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 100: | | | | | | |
| Recapture | Alkali Flat | 900 | 650 | 450 | Alkali sacaton | 25 |
| | | | | | Greasewood | 20 |
| | | | | | Galleta | 10 |
| | | | | | Shadscale saltbush | 5 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Wyoming big sagebrush | 5 |
| | | | | | Indian ricegrass | 5 |
| 101: | | | | | | |
| Recapture | Alkali Bottom | 650 | 525 | 375 | Alkali sacaton | 25 |
| | | | | | Inland saltgrass | 15 |
| | | | | | Greasewood | 10 |
| | | | | | Shadscale saltbush | 5 |
| | | | | | Basin big sagebrush | 5 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Western wheatgrass | 5 |
| 102: | | | | | | |
| Ricot | Mountain Loam | 1,800 | 1,500 | 1,200 | Arizona fescue | 25 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Saskatoon serviceberry | 5 |
| | | | | | Mountain big sagebrush | 5 |
| | | | | | Common snowberry | 5 |
| | | | | | Needlegrass | 5 |
| 103: | | | | | | |
| Ricot | Mountain Loam | 1,800 | 1,500 | 1,200 | Arizona fescue | 25 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Saskatoon serviceberry | 5 |
| | | | | | Mountain big sagebrush | 5 |
| | | | | | Common snowberry | 5 |
| | | | | | Needlegrass | 5 |
| 104: | | | | | | |
| Ricot | Mountain Loam | 1,800 | 1,500 | 1,200 | Arizona fescue | 25 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Saskatoon serviceberry | 5 |
| | | | | | Mountain big sagebrush | 5 |
| | | | | | Common snowberry | 5 |
| | | | | | Needlegrass | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Total dry-weight production: Normal year | Total dry-weight production: Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 105: | | | | | | |
| Rizno | Pinyon Juniper | 650 | 500 | 350 | Utah juniper | 15 |
| | | | | | Twoneedle pinyon | 5 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Galleta | 15 |
| | | | | | Blue grama | 10 |
| | | | | | Western wheatgrass | 10 |
| Gapmesa | Semidesert Loam | 750 | 600 | 450 | Galleta | 15 |
| | | | | | Needleandthread | 15 |
| | | | | | Bottlebrush squirreltail | 10 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Big sagebrush | 10 |
| | | | | | Blue grama | 5 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Winterfat | 2 |
| 106: | | | | | | |
| Rizno | Semidesert Shallow Loam (Utah Juniper-Pinyon) | 300 | 200 | 100 | Utah juniper | 15 |
| | | | | | Twoneedle pinyon | 5 |
| | | | | | Mexican cliffrose | 20 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Bottlebrush squirreltail | 10 |
| | | | | | Galleta | 10 |
| Littlenan | Alkali Fan (Castle Valley Saltbush) | 300 | 225 | 130 | Saltbush | 25 |
| | | | | | Galleta | 20 |
| | | | | | Shadscale saltbush | 10 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Mormon tea | 5 |
| Bodry | Semidesert Shallow Clay (Utah Juniper-Pinyon) | 500 | 350 | 200 | Mexican cliffrose | 20 |
| | | | | | Salina wildrye | 15 |
| | | | | | Shadscale saltbush | 15 |
| | | | | | Galleta | 10 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Mormon tea | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Total dry-weight production: Normal year | Total dry-weight production: Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 107: | | | | | | |
| Rizno | Semidesert Shallow Sandy Loam (Utah Juniper-Pinyon) | 400 | 300 | 150 | Utah juniper | 15 |
| | | | | | Twoneedle pinyon | 5 |
| | | | | | Blackbrush | 35 |
| | | | | | Mormon tea | 10 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Galleta | 5 |
| | | | | | Needleandthread | 5 |
| Ruinpoint | Semidesert Loam (Wyoming Big Sagebrush) | 800 | 600 | 400 | Wyoming big sagebrush | 20 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Galleta | 10 |
| | | | | | Blue grama | 5 |
| | | | | | Needleandthread | 5 |
| Rock outcrop | --- | --- | --- | --- | --- | --- |
| 108: | | | | | | |
| Rock outcrop | --- | --- | --- | --- | --- | --- |
| 109: | | | | | | |
| Romberg | Pinyon Juniper | 500 | 350 | 200 | Utah juniper | 10 |
| | | | | | Twoneedle pinyon | 10 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Mountain mahogany | 15 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Galleta | 10 |
| | | | | | Muttongrass | 5 |
| | | | | | Common snowberry | 5 |
| | | | | | Pinyon ricegrass | 5 |
| | | | | | Utah serviceberry | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Total dry-weight production: Normal year | Total dry-weight production: Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 109: | | | | | | |
| Crosscan | Pinyon Juniper | 300 | 200 | 100 | Utah juniper | 10 |
| | | | | | Twoneedle pinyon | 10 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Mountain mahogany | 15 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Galleta | 10 |
| | | | | | Muttongrass | 5 |
| | | | | | Common snowberry | 5 |
| | | | | | Utah serviceberry | 5 |
| | | | | | Pinyon ricegrass | 5 |
| 110: | | | | | | |
| Romberg | Pinyon Juniper | 400 | 300 | 200 | Utah juniper | 10 |
| | | | | | Twoneedle pinyon | 10 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Mountain mahogany | 15 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Galleta | 10 |
| | | | | | Muttongrass | 5 |
| | | | | | Common snowberry | 5 |
| | | | | | Utah serviceberry | 5 |
| | | | | | Pinyon ricegrass | 5 |
| Crosscan | Pinyon Juniper | 300 | 200 | 100 | Utah juniper | 10 |
| | | | | | Twoneedle pinyon | 10 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Mountain mahogany | 15 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Galleta | 10 |
| | | | | | Muttongrass | 5 |
| | | | | | Common snowberry | 5 |
| | | | | | Utah serviceberry | 5 |
| | | | | | Pinyon ricegrass | 5 |
| Rock outcrop | --- | --- | --- | --- | --- | --- |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Total dry-weight production: Normal year | Total dry-weight production: Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 111: | | | | | | |
| Roubideau | Loamy Mesa Top Pinyon Juniper | 1,300 | 1,000 | 700 | Twoneedle pinyon | 5 |
| | | | | | Utah juniper | 5 |
| | | | | | Muttongrass | 20 |
| | | | | | Mountain big sagebrush | 15 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | True mountain mahogany | 5 |
| | | | | | Yucca | 5 |
| 112: | | | | | | |
| Sharps | Loamy Foothills | 1,200 | 900 | 700 | Western wheatgrass | 30 |
| | | | | | Muttongrass | 15 |
| | | | | | Bottlebrush squirreltail | 15 |
| | | | | | Big sagebrush | 10 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Galleta | 5 |
| | | | | | Black sagebrush | 5 |
| 113: | | | | | | |
| Sharps | Loamy Foothills | 1,200 | 900 | 700 | Western wheatgrass | 30 |
| | | | | | Muttongrass | 15 |
| | | | | | Bottlebrush squirreltail | 15 |
| | | | | | Big sagebrush | 10 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Galleta | 5 |
| | | | | | Black sagebrush | 5 |
| 114: | | | | | | |
| Sharps, dry | Semidesert Loam | 750 | 600 | 450 | Galleta | 20 |
| | | | | | Wyoming big sagebrush | 15 |
| | | | | | New Mexico feathergrass | 15 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Blue grama | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Western wheatgrass | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Total dry-weight production: Normal year | Total dry-weight production: Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 115: | | | | | | |
| Sharps, dry | Semidesert Loam | 750 | 600 | 450 | Galleta | 20 |
| | | | | | Wyoming big sagebrush | 15 |
| | | | | | New Mexico feathergrass | 15 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Blue grama | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Western wheatgrass | 5 |
| Gapmesa | Semidesert Loam | 750 | 600 | 450 | Galleta | 20 |
| | | | | | New Mexico feathergrass | 15 |
| | | | | | Big sagebrush | 15 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Blue grama | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Rabbitbrush | 5 |
| | | | | | Western wheatgrass | 5 |
| 116: | | | | | | |
| Sharps | Loamy Foothills | 1,200 | 900 | 700 | Western wheatgrass | 30 |
| | | | | | Muttongrass | 15 |
| | | | | | Bottlebrush squirreltail | 15 |
| | | | | | Big sagebrush | 10 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Galleta | 5 |
| | | | | | Black sagebrush | 5 |
| Cahona | Loamy Foothills | 1,500 | 1,000 | 800 | Muttongrass | 20 |
| | | | | | Big sagebrush | 15 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Galleta | 5 |
| | | | | | Antelope bitterbrush | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 117: | | | | | | |
| Sharps | Loamy Foothills | 1,200 | 900 | 700 | Muttongrass | 20 |
| | | | | | Big sagebrush | 15 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Small Douglas rabbitbrush | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Galleta | 5 |
| | | | | | Antelope bitterbrush | 5 |
| Pulpit | Loamy Foothills | 1,125 | 800 | 600 | Western wheatgrass | 25 |
| | | | | | Muttongrass | 20 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Big sagebrush | 10 |
| | | | | | Small Douglas rabbitbrush | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Prairie junegrass | 5 |
| 118: | | | | | | |
| Sharps | Loamy Foothills | 1,200 | 900 | 700 | Muttongrass | 20 |
| | | | | | Big sagebrush | 15 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Small Douglas rabbitbrush | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Galleta | 5 |
| | | | | | Antelope bitterbrush | 5 |
| Pulpit | Loamy Foothills | 1,125 | 800 | 600 | Western wheatgrass | 25 |
| | | | | | Muttongrass | 20 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Big sagebrush | 10 |
| | | | | | Small Douglas rabbitbrush | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Prairie junegrass | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 119: | | | | | | |
| Sheek | Ponderosa pine | 600 | 400 | 350 | Ponderosa pine | 5 |
| | | | | | Gambel's oak | 15 |
| | | | | | Arizona fescue | 10 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | Rocky Mountain juniper | 5 |
| | | | | | Snowberry | 5 |
| | | | | | Serviceberry | 5 |
| | | | | | Mountain brome | 5 |
| | | | | | Mountain mahogany | 5 |
| Archuleta | Ponderosa pine | 500 | 350 | 300 | Ponderosa pine | 5 |
| | | | | | Gambel's oak | 15 |
| | | | | | Arizona fescue | 10 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | Rocky Mountain juniper | 5 |
| | | | | | Snowberry | 5 |
| | | | | | Serviceberry | 5 |
| | | | | | Mountain brome | 5 |
| | | | | | Mountain mahogany | 5 |
| 120: | | | | | | |
| Sheek | Ponderosa Pine | 600 | 400 | 350 | Ponderosa pine | 10 |
| | | | | | Douglas fir | 10 |
| | | | | | Gambel's oak | 15 |
| | | | | | Arizona fescue | 10 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | Snowberry | 5 |
| | | | | | Serviceberry | 5 |
| | | | | | Mountain brome | 5 |
| | | | | | Mountain mahogany | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Total dry-weight production: Normal year | Total dry-weight production: Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 120: | | | | | | |
| Archuleta | Ponderosa Pine | 500 | 350 | 300 | Ponderosa pine | 10 |
| | | | | | Douglas fir | 10 |
| | | | | | Gambel's oak | 15 |
| | | | | | Arizona fescue | 10 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | Snowberry | 5 |
| | | | | | Serviceberry | 5 |
| | | | | | Mountain brome | 5 |
| | | | | | Mountain mahogany | 5 |
| Rock outcrop | --- | --- | --- | --- | --- | --- |
| 121: | | | | | | |
| Sheek | Douglas Fir | 700 | 550 | 450 | Douglas fir | 20 |
| | | | | | Gambel's oak | 15 |
| | | | | | Arizona fescue | 10 |
| | | | | | Ponderosa pine | 5 |
| | | | | | Serviceberry | 5 |
| | | | | | Mountain brome | 5 |
| | | | | | Mountain mahogany | 5 |
| | | | | | Prairie junegrass | 5 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | Mountain muhly | 5 |
| | | | | | Snowberry | 5 |
| | | | | | Western wheatgrass | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 121: | | | | | | |
| Archuleta | Douglas Fir | 600 | 500 | 400 | Douglas fir | 20 |
| | | | | | Gambel's oak | 15 |
| | | | | | Ponderosa pine | 5 |
| | | | | | Parry's oatgrass | 5 |
| | | | | | Arizona fescue | 5 |
| | | | | | Prairie junegrass | 5 |
| | | | | | Mountain muhly | 5 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | Mountain brome | 5 |
| | | | | | Mountain mahogany | 5 |
| | | | | | Serviceberry | 5 |
| | | | | | Snowberry | --- |
| Rock outcrop | --- | --- | --- | --- | --- | --- |
| 122: | | | | | | |
| Sheppard | Desert Sand | 900 | 550 | 350 | Alkali sacaton | 35 |
| | | | | | Fourwing saltbush | 15 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Galleta | 5 |
| | | | | | Sand dropseed | 5 |
| | | | | | Mesa dropseed | 5 |
| 123: | | | | | | |
| Sideshow | Alkali Bottom | 400 | 300 | 200 | Alkali sacaton | 25 |
| | | | | | Greasewood | 15 |
| | | | | | Inland saltgrass | 10 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Basin big sagebrush | 5 |
| 124: | | | | | | |
| Sideshow | Clayey Foothills | 1,200 | 900 | 600 | Western wheatgrass | 50 |
| | | | | | Big sagebrush | 20 |
| | | | | | Indian ricegrass | 5 |
| 125: | | | | | | |
| Sideshow | Clayey Foothills | 1,200 | 900 | 600 | Western wheatgrass | 50 |
| | | | | | Big sagebrush | 20 |
| | | | | | Indian ricegrass | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 126: | | | | | | |
| Sideshow | Clayey Foothills | 1,200 | 900 | 600 | Western wheatgrass | 50 |
| | | | | | Big sagebrush | 20 |
| | | | | | Indian ricegrass | 5 |
| Zigzag | Pinyon Juniper | 600 | 400 | 300 | Twoneedle pinyon | 15 |
| | | | | | Utah juniper | 5 |
| | | | | | Big sagebrush | 15 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Muttongrass | 10 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | Serviceberry | 5 |
| | | | | | True mountain mahogany | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Needleandthread | 5 |
| 127: | | | | | | |
| Sideslide | Salt Meadow | 2,500 | 2,000 | 1,500 | Alkali sacaton | 40 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Inland saltgrass | 10 |
| | | | | | Sedge | 10 |
| | | | | | Rush | 5 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Greasewood | 5 |
| 128: | | | | | | |
| Stephouse | Shallow Loamy Mesa Top Pinyon Juniper | 750 | 450 | 250 | Twoneedle pinyon | 5 |
| | | | | | Utah juniper | 5 |
| | | | | | Muttongrass | 15 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Utah serviceberry | 5 |
| | | | | | True mountain mahogany | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Antelope bitterbrush | 5 |
| Rock outcrop | --- | --- | --- | --- | --- | --- |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 129: | | | | | | |
| Torriorthents | Saltdesert Breaks | 400 | 300 | 200 | Galleta | 20 |
| | | | | | Shadscale saltbush | 20 |
| | | | | | Salina wildrye | 10 |
| | | | | | Alkali sacaton | 10 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| 130: | | | | | | |
| Torriorthents | Clayey Saltdesert | 400 | 300 | 200 | Shadscale saltbush | 20 |
| | | | | | Galleta | 20 |
| | | | | | Salina wildrye | 10 |
| | | | | | Alkali sacaton | 10 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| Badland | --- | --- | --- | --- | --- | --- |
| 131: | | | | | | |
| Tragmon | Brushy Loam | 3,500 | 2,200 | 1,700 | Gambel's oak | 10 |
| | | | | | Serviceberry | 10 |
| | | | | | Sagebrush | 5 |
| | | | | | Prairie junegrass | 5 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Muttongrass | 5 |
| | | | | | Snowberry | 5 |
| Sheek | Brushy Loam | 3,000 | 2,000 | 1,500 | Gambel's oak | 10 |
| | | | | | Serviceberry | 10 |
| | | | | | Arizona fescue | 10 |
| | | | | | Prairie junegrass | 10 |
| | | | | | Mountain muhly | 10 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | Mountain mahogany | 5 |
| | | | | | Snowberry | 5 |
| | | | | | Mountain brome | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 132: | | | | | | |
| Typic Argiaquolls | Wet Meadow | 4,000 | 3,000 | 2,000 | Sedge | 45 |
| | | | | | Rush | 10 |
| | | | | | Tufted hairgrass | 10 |
| | | | | | broadleaf cattail | 5 |
| 133: | | | | | | |
| Typic Torriorthents | Saltdesert Breaks | 500 | 350 | 200 | Salina wildrye | 20 |
| | | | | | Shadscale saltbush | 20 |
| | | | | | Galleta | 20 |
| | | | | | Alkali sacaton | 10 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Big sagebrush | 5 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Utah juniper | 5 |
| Rock outcrop | --- | --- | --- | --- | --- | --- |
| 134: | | | | | | |
| Umbarg | Wet Meadow | 3,000 | 2,600 | 2,300 | Baltic rush | 15 |
| | | | | | Sedge | 15 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Foxtail barley | 10 |
| Winner | Wet Meadow | 2,500 | 2,000 | 1,500 | Sedge | 30 |
| | | | | | Mountain brome | 10 |
| | | | | | Tufted hairgrass | 5 |
| Tesajo | Wet Meadow | 2,500 | 2,000 | 1,500 | Sedge | 20 |
| | | | | | Mountain brome | 10 |
| | | | | | Tufted hairgrass | 5 |
| | | | | | Rocky Mountain iris | 5 |
| 135: | | | | | | |
| Ustic Torrifluvents | Loamy Bottom | 950 | 800 | 600 | Big sagebrush | 15 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Galleta | 15 |
| | | | | | Alkali sacaton | 10 |
| | | | | | Indian ricegrass | 10 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Greasewood | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 136: | | | | | | |
| Ustic Torriorthents----- | Alkali Bottom | 1,000 | 700 | 500 | Alkali sacaton---------------- | 25 |
| | | | | | Greasewood-------------------- | 10 |
| | | | | | Western wheatgrass------------ | 5 |
| | | | | | Galleta----------------------- | 5 |
| | | | | | Saltbush---------------------- | 5 |
| | | | | | Fourwing saltbush------------- | 5 |
| | | | | | Big sagebrush----------------- | 5 |
| Gullied land------------ | --- | --- | --- | --- | --- | --- |
| 137: | | | | | | |
| Ustorthents------------- | Pinyon Juniper | 700 | 600 | 500 | Twoneedle pinyon-------------- | 15 |
| | | | | | Utah juniper------------------ | 15 |
| | | | | | Big sagebrush----------------- | 20 |
| | | | | | Muttongrass------------------- | 10 |
| | | | | | Western wheatgrass------------ | 10 |
| | | | | | Indian ricegrass-------------- | 5 |
| 138: | | | | | | |
| Uzacol------------------ | Clayey Saltdesert | 625 | 450 | 250 | Shadscale saltbush------------ | 30 |
| | | | | | Galleta----------------------- | 20 |
| | | | | | Saline wildrye---------------- | 10 |
| | | | | | Alkali sacaton---------------- | 10 |
| | | | | | Indian ricegrass-------------- | 5 |
| | | | | | Bottlebrush squirreltail------- | 5 |
| Zwicker----------------- | Clayey Saltdesert | 500 | 350 | 200 | Shadscale saltbush------------ | 30 |
| | | | | | Galleta----------------------- | 20 |
| | | | | | Saline wildrye---------------- | 10 |
| | | | | | Alkali sacaton---------------- | 10 |
| | | | | | Indian ricegrass-------------- | 5 |
| | | | | | Bottlebrush squirreltail------- | 5 |
| Claysprings------------- | Clayey Saltdesert | 375 | 250 | 150 | Shadscale saltbush------------ | 30 |
| | | | | | Galleta----------------------- | 20 |
| | | | | | Saline wildrye---------------- | 10 |
| | | | | | Alkali sacaton---------------- | 10 |
| | | | | | Indian ricegrass-------------- | 5 |
| | | | | | Bottlebrush squirreltail------- | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 139: | | | | | | |
| Water------------------- | --- | --- | --- | --- | --- | --- |
| 140: | | | | | | |
| Wauquie----------------- | Pinyon Juniper | 1,000 | 800 | 600 | Twoneedle pinyon-------------- | 10 |
| | | | | | Utah juniper------------------ | 10 |
| | | | | | Gambel's oak------------------ | 15 |
| | | | | | Western wheatgrass------------ | 15 |
| | | | | | Muttongrass------------------- | 10 |
| | | | | | True mountain mahogany--------- | 10 |
| | | | | | Indian ricegrass-------------- | 5 |
| | | | | | Big sagebrush----------------- | 5 |
| | | | | | Antelope bitterbrush----------- | 5 |
| 141: | | | | | | |
| Wauquie----------------- | Pinyon Juniper | 1,300 | 1,000 | 700 | Twoneedle pinyon-------------- | 15 |
| | | | | | Utah juniper------------------ | 5 |
| | | | | | Gambel's oak------------------ | 15 |
| | | | | | True mountain mahogany--------- | 10 |
| | | | | | Muttongrass------------------- | 10 |
| | | | | | Western wheatgrass------------ | 10 |
| | | | | | Indian ricegrass-------------- | 5 |
| | | | | | Big sagebrush----------------- | 5 |
| | | | | | Antelope bitterbrush----------- | 5 |
| Dolcan------------------ | Pinyon Juniper | 600 | 500 | 400 | Twoneedle pinyon-------------- | 15 |
| | | | | | Utah juniper------------------ | 5 |
| | | | | | Indian ricegrass-------------- | 15 |
| | | | | | Mountain mahogany------------- | 15 |
| | | | | | Western wheatgrass------------ | 10 |
| | | | | | Galleta----------------------- | 10 |
| | | | | | Utah serviceberry------------- | 5 |
| | | | | | Pinyon ricegrass-------------- | 5 |
| | | | | | Common snowberry-------------- | 5 |
| | | | | | Muttongrass------------------- | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 142: | | | | | | |
| Wauquie | Pinyon Juniper | 1,100 | 900 | 700 | Twoneedle pinyon | 15 |
| | | | | | Utah juniper | 5 |
| | | | | | Gambel's oak | 15 |
| | | | | | True mountain mahogany | 10 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Muttongrass | 10 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Big sagebrush | 5 |
| | | | | | Antelope bitterbrush | 5 |
| Dolcan | Pinyon Juniper | 600 | 500 | 400 | Twoneedle pinyon | 15 |
| | | | | | Utah juniper | 5 |
| | | | | | Mountain mahogany | 15 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Galleta | 10 |
| | | | | | Pinyon ricegrass | 5 |
| | | | | | Utah serviceberry | 5 |
| | | | | | Common snowberry | 5 |
| | | | | | Muttongrass | 5 |
| Rock outcrop | --- | --- | --- | --- | --- | --- |
| 143: | | | | | | |
| Wetherill | Loamy Foothills | 1,500 | 1,200 | 800 | Muttongrass | 30 |
| | | | | | Western wheatgrass | 30 |
| | | | | | Big sagebrush | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Indian ricegrass | 5 |
| 144: | | | | | | |
| Wetherill | Loamy Foothills | 1,500 | 1,200 | 800 | Muttongrass | 30 |
| | | | | | Western wheatgrass | 30 |
| | | | | | Big sagebrush | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Indian ricegrass | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 145: | | | | | | |
| Wetherill | Loamy Foothills | 1,400 | 1,100 | 700 | Muttongrass | 30 |
| | | | | | Western wheatgrass | 30 |
| | | | | | Big sagebrush | 15 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Indian ricegrass | 5 |
| 146: | | | | | | |
| Yarts | Semidesert Loam | 900 | 700 | 500 | Galleta | 20 |
| | | | | | New Mexico feathergrass | 15 |
| | | | | | Big sagebrush | 15 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Blue grama | 5 |
| | | | | | Western wheatgrass | 5 |
| 147: | | | | | | |
| Yarts | Semidesert Loam | 900 | 700 | 500 | Galleta | 20 |
| | | | | | New Mexico feathergrass | 15 |
| | | | | | Wyoming big sagebrush | 15 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Blue grama | 5 |
| | | | | | Western wheatgrass | 5 |
| 148: | | | | | | |
| Zau | Brushy Loam | 3,000 | 2,500 | 2,000 | Arizona fescue | 20 |
| | | | | | Gambel's oak | 15 |
| | | | | | Needleandthread | 15 |
| | | | | | Parry's oatgrass | 10 |
| | | | | | Mountain brome | 10 |
| | | | | | Snowberry | 10 |
| | | | | | Mountain muhly | 5 |
| | | | | | Western wheatgrass | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Normal year | Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 149: | | | | | | |
| Zigzag | Pinyon Juniper | 600 | 400 | 300 | Twoneedle pinyon | 15 |
| | | | | | Utah juniper | 5 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Big sagebrush | 15 |
| | | | | | Muttongrass | 10 |
| | | | | | True mountain mahogany | 5 |
| | | | | | Western wheatgrass | 5 |
| | | | | | Serviceberry | 5 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Needleandthread | 5 |
| 150: | | | | | | |
| Zigzag | Pinyon Juniper | 600 | 400 | 300 | Twoneedle pinyon | 15 |
| | | | | | Utah juniper | 5 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Big sagebrush | 15 |
| | | | | | Western wheatgrass | 10 |
| | | | | | Muttongrass | 10 |
| | | | | | Antelope bitterbrush | 5 |
| | | | | | True mountain mahogany | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Needleandthread | 5 |
| | | | | | Serviceberry | 5 |
| Sideshow | Clayey Foothills | 1,200 | 900 | 600 | Western wheatgrass | 50 |
| | | | | | Big sagebrush | 20 |
| | | | | | Indian ricegrass | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Rubber rabbitbrush | 5 |
| | | | | | Prairie junegrass | 5 |

Table 7.--Productivity and Characteristic Plant Communities--Continued

| Map symbol and soil name | Ecological site | Total dry-weight production: Favorable year | Total dry-weight production: Normal year | Total dry-weight production: Unfavorable year | Characteristic vegetation | Composition |
|---|---|---|---|---|---|---|
| | | Lb/acre | Lb/acre | Lb/acre | | Pct |
| 151: | | | | | | |
| Zyme | Shale Knobs | 500 | 300 | 200 | Indian ricegrass | 15 |
| | | | | | Galleta | 15 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Black sagebrush | 10 |
| | | | | | Big sagebrush | 5 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Needleandthread | 5 |
| 152: | | | | | | |
| Zyme | Shale Knobs | 500 | 300 | 200 | Galleta | 15 |
| | | | | | Indian ricegrass | 15 |
| | | | | | Western wheatgrass | 15 |
| | | | | | Black sagebrush | 10 |
| | | | | | Big sagebrush | 5 |
| | | | | | Fourwing saltbush | 5 |
| | | | | | Bottlebrush squirreltail | 5 |
| | | | | | Needleandthread | 5 |

Table 8.--Recreational Development

(The information in this table indicates the dominant soil condition but does not eliminate the need for onsite investigation. See text for definitions of terms used in this table. Absence of an entry indicates that no rating is applicable.)

| Map symbol and soil name | Camp areas | Picnic areas | Playgrounds | Paths and trails | Golf fairways |
|---|---|---|---|---|---|
| 1: | | | | | |
| Ackmen | Severe: flooding | Slight | Moderate: slope | Slight | Slight |
| 2: | | | | | |
| Ackmen | Severe: flooding | Slight | Moderate: slope | Slight | Slight |
| 3: | | | | | |
| Arabrab | Severe: depth to rock | Severe: depth to rock | Severe: slope depth to rock | Slight | Severe: depth to rock |
| 4: | | | | | |
| Arabrab | Severe: depth to rock | Severe: depth to rock | Severe: slope depth to rock | Slight | Severe: depth to rock |
| Longburn | Severe: depth to rock | Severe: depth to rock | Severe: large stones slope small stones | Moderate: large stones | Severe: large stones depth to rock |
| 5: | | | | | |
| Archuleta | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: erodes easily slope | Severe: slope depth to rock |
| Sanchez | Severe: slope small stones depth to rock | Severe: slope small stones depth to rock | Severe: large stones slope small stones | Severe: slope | Severe: slope small stones depth to rock |
| 6: | | | | | |
| Argiustolls | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: slope small stones | Severe: large stones slope small stones |
| Haplustalfs | Severe: slope small stones depth to rock | Severe: slope small stones depth to rock | Severe: large stones slope small stones | Severe: slope | Severe: large stones slope small stones |
| 7: | | | | | |
| Argiustolls | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: slope small stones | Severe: large stones slope small stones |
| Haplustalfs | Severe: slope small stones depth to rock | Severe: slope small stones depth to rock | Severe: large stones slope small stones | Severe: slope | Severe: large stones slope small stones |

Table 8.--Recreational Development--Continued

| Map symbol and soil name | Camp areas | Picnic areas | Playgrounds | Paths and trails | Golf fairways |
|---|---|---|---|---|---|
| 7: | | | | | |
| Rock outcrop | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock |
| 8: | | | | | |
| Barx | Moderate: dusty | Moderate: dusty | Moderate: dusty slope | Moderate: dusty | Slight |
| 9: | | | | | |
| Barx | Moderate: dusty slope | Moderate: dusty slope | Severe: slope | Moderate: dusty | Moderate: slope |
| 10: | | | | | |
| Barx | Moderate: dusty | Moderate: dusty | Moderate: dusty slope | Severe: erodes easily | Slight |
| 11: | | | | | |
| Barx | Moderate: dusty | Moderate: dusty | Moderate: dusty slope | Moderate: dusty | Slight |
| Gapmesa | Slight | Slight | Moderate: slope depth to rock | Slight | Moderate: depth to rock |
| 12: | | | | | |
| Battlerock | Severe: flooding | Slight | Moderate: slope | Slight | Slight |
| 13: | | | | | |
| Beje | Severe: depth to rock | Severe: depth to rock | Severe: slope depth to rock | Slight | Severe: depth to rock |
| Tragmon | Slight | Slight | Severe: slope | Slight | Moderate: large stones |
| 14: | | | | | |
| Burnson | Moderate: slope | Moderate: slope | Severe: slope | Slight | Moderate: slope |
| 15: | | | | | |
| Burnson, dry | Moderate: slope | Moderate: slope | Severe: slope | Slight | Moderate: slope |
| 16: | | | | | |
| Burnson | Severe: slope | Severe: slope | Severe: slope | Moderate: slope | Severe: slope |
| Herm | Severe: slope | Severe: slope | Severe: slope | Moderate: slope | Severe: slope |
| 17: | | | | | |
| Cahona | Moderate: dusty | Moderate: dusty | Moderate: dusty slope | Severe: erodes easily | Slight |

Table 8.--Recreational Development--Continued

| Map symbol and soil name | Camp areas | Picnic areas | Playgrounds | Paths and trails | Golf fairways |
|---|---|---|---|---|---|
| 18: | | | | | |
| Cahona | Moderate: dusty | Moderate: dusty | Moderate: dusty, slope | Severe: erodes easily | Slight |
| 19: | | | | | |
| Cahona | Moderate: dusty, slope | Moderate: dusty, slope | Severe: slope | Severe: erodes easily | Moderate: slope |
| 20: | | | | | |
| Cahona | Moderate: dusty | Moderate: dusty | Severe: slope | Severe: erodes easily | Slight |
| Pulpit | Moderate: dusty | Moderate: dusty | Severe: slope | Severe: erodes easily | Moderate: depth to rock |
| 21: | | | | | |
| Cahona | Moderate: dusty | Moderate: dusty | Moderate: dusty, slope | Severe: erodes easily | Slight |
| Sharps | Moderate: dusty | Moderate: dusty | Moderate: slope, small stones, depth to rock | Severe: erodes easily | Moderate: depth to rock |
| Wetherill | Moderate: dusty | Moderate: dusty | Moderate: dusty, slope | Severe: erodes easily | Slight |
| 22: | | | | | |
| Claysprings | Severe: slope, depth to rock | Severe: slope, depth to rock | Severe: large stones, slope, small stones | Severe: slope | Severe: slope, depth to rock |
| 23: | | | | | |
| Collide | Slight | Slight | Moderate: slope, small stones | Slight | Slight |
| 24: | | | | | |
| Collide | Moderate: slope | Moderate: slope | Severe: slope | Slight | Moderate: slope |
| 25: | | | | | |
| Collide | Slight | Slight | Moderate: small stones | Slight | Slight |
| Collide, cobbly substratum | Moderate: dusty | Moderate: dusty | Moderate: dusty | Moderate: dusty | Slight |
| 26: | | | | | |
| Collide | Slight | Slight | Moderate: slope, small stones | Slight | Slight |

Table 8.--Recreational Development--Continued

| Map symbol and soil name | Camp areas | Picnic areas | Playgrounds | Paths and trails | Golf fairways |
|---|---|---|---|---|---|
| 26: | | | | | |
| Collide, cobbly substratum | Moderate: dusty | Moderate: dusty | Moderate: dusty slope | Moderate: dusty | Slight |
| 27: | | | | | |
| Dalmatian | Severe: flooding | Slight | Moderate: slope | Slight | Slight |
| Apmay | Severe: flooding wetness | Moderate: wetness | Severe: wetness | Moderate: wetness | Moderate: wetness |
| Schrader | Severe: flooding wetness | Moderate: wetness | Severe: wetness | Moderate: wetness | Moderate: flooding wetness |
| 28: | | | | | |
| Dam | --- | --- | --- | --- | --- |
| 29: | | | | | |
| Endoaquolls | Severe: flooding wetness | Severe: wetness | Severe: flooding wetness | Severe: wetness | Severe: flooding wetness |
| Ustifluvents | Severe: flooding | Slight | Moderate: flooding slope small stones | Slight | Moderate: large stones droughty |
| 30: | | | | | |
| Falconry | Severe: depth to rock | Severe: depth to rock | Severe: slope small stones depth to rock | Slight | Severe: depth to rock |
| 31: | | | | | |
| Farb | Severe: depth to rock | Severe: depth to rock | Severe: slope depth to rock | Slight | Severe: depth to rock |
| Rock outcrop | Severe: depth to rock | Severe: depth to rock | Severe: slope depth to rock | Slight | Severe: depth to rock |
| 32: | | | | | |
| Fardraw | Moderate: slope | Moderate: slope | Severe: slope | Slight | Moderate: large stones slope droughty |
| 33: | | | | | |
| Fardraw | Severe: large stones small stones | Severe: large stones small stones | Severe: large stones small stones | Severe: large stones | Severe: large stones small stones |

Table 8.--Recreational Development--Continued

| Map symbol and soil name | Camp areas | Picnic areas | Playgrounds | Paths and trails | Golf fairways |
|---|---|---|---|---|---|
| 34: | | | | | |
| Fardraw | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: large stones | Severe: large stones slope small stones |
| 35: | | | | | |
| Fardraw | Severe: large stones small stones | Severe: large stones small stones | Severe: large stones slope small stones | Severe: large stones | Severe: large stones small stones |
| Granath | Slight | Slight | Severe: slope | Slight | Slight |
| 36: | | | | | |
| Fivepine | Severe: depth to rock | Severe: depth to rock | Severe: large stones slope depth to rock | Slight | Severe: depth to rock |
| Nortez | Slight | Slight | Severe: slope | Slight | Moderate: depth to rock |
| 37: | | | | | |
| Fluvaquents | Severe: flooding wetness | Moderate: flooding wetness | Severe: small stones wetness | Moderate: flooding wetness | Severe: flooding |
| Haplustolls | Severe: flooding | Slight | Moderate: slope small stones | Slight | Moderate: droughty |
| 38: | | | | | |
| Fluvents | Severe: flooding | Slight | Moderate: flooding | Slight | Severe: droughty |
| Fluvaquents | Severe: flooding wetness | Moderate: flooding wetness | Severe: small stones wetness | Moderate: flooding wetness | Severe: flooding |
| 39: | | | | | |
| Fughes | Slight | Slight | Severe: slope | Slight | Slight |
| 40: | | | | | |
| Fughes | Severe: slope | Severe: slope | Severe: slope | Moderate: slope | Severe: slope |
| Herm | Severe: slope | Severe: slope | Severe: slope | Moderate: slope | Severe: slope |
| 41: | | | | | |
| Fughes | Severe: slope | Severe: slope | Severe: slope | Moderate: slope | Severe: slope |
| Sheek | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope small stones | Severe: large stones | Severe: large stones slope |

Table 8.--Recreational Development--Continued

| Map symbol and soil name | Camp areas | Picnic areas | Playgrounds | Paths and trails | Golf fairways |
|---|---|---|---|---|---|
| 42: | | | | | |
| Gladel | Severe: depth to rock | Severe: depth to rock | Severe: large stones slope small stones | Moderate: large stones | Severe: depth to rock |
| Pulpit | Moderate: dusty | Moderate: dusty | Severe: slope | Severe: erodes easily | Moderate: depth to rock |
| 43: | | | | | |
| Goldbug | Severe: slope | Severe: slope | Severe: large stones slope | Moderate: large stones slope | Severe: slope |
| 44: | | | | | |
| Granath | Slight | Slight | Moderate: slope | Slight | Slight |
| 45: | | | | | |
| Granath | Moderate: slope | Moderate: slope | Severe: slope | Slight | Moderate: slope |
| 46: | | | | | |
| Granath | Slight | Slight | Severe: slope | Slight | Slight |
| Fughes | Slight | Slight | Severe: slope | Slight | Slight |
| 47: | | | | | |
| Granath | Slight | Slight | Severe: slope | Slight | Slight |
| Nortez | Slight | Slight | Severe: slope | Slight | Moderate: depth to rock |
| 48: | | | | | |
| Granath | Slight | Slight | Severe: slope | Slight | Slight |
| Ormiston | Slight | Slight | Severe: slope | Slight | Moderate: large stones droughty |
| Fivepine | Severe: depth to rock | Severe: depth to rock | Severe: large stones slope depth to rock | Slight | Severe: depth to rock |
| 49: | | | | | |
| Herm | Severe: slope | Severe: slope | Severe: slope | Moderate: slope | Severe: slope |
| 50: | | | | | |
| Herm | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: large stones slope | Severe: large stones slope small stones |

Table 8.--Recreational Development--Continued

| Map symbol and soil name | Camp areas | Picnic areas | Playgrounds | Paths and trails | Golf fairways |
|---|---|---|---|---|---|
| 51: | | | | | |
| Herm | Slight | Slight | Severe: slope | Slight | Slight |
| Pagoda | Slight | Slight | Severe: slope | Slight | Slight |
| 52: | | | | | |
| Hesperus | Slight | Slight | Slight | Slight | Slight |
| 53: | | | | | |
| Hesperus | Slight | Slight | Moderate: slope | Slight | Slight |
| 54: | | | | | |
| Hesperus | Moderate: slope | Moderate: slope | Severe: slope | Slight | Moderate: slope |
| 55: | | | | | |
| Hesperus | Slight | Slight | Severe: slope | Slight | Slight |
| 56: | | | | | |
| Ilex | Slight | Slight | Severe: slope | Slight | Slight |
| 57: | | | | | |
| Ilex | Severe: slope | Severe: slope | Severe: slope | Moderate: slope | Severe: slope |
| 58: | | | | | |
| Ilex | Slight | Slight | Moderate: slope | Slight | Slight |
| Granath | Slight | Slight | Moderate: slope | Slight | Slight |
| 59: | | | | | |
| Ilex | Moderate: slope | Moderate: slope | Severe: slope | Slight | Moderate: slope |
| Granath | Moderate: slope | Moderate: slope | Severe: slope | Slight | Moderate: slope |
| 60: | | | | | |
| Ilex | Moderate: slope small stones | Moderate: slope small stones | Severe: slope small stones | Slight | Moderate: large stones slope small stones |
| Pramiss | Moderate: large stones slope | Moderate: large stones slope | Severe: large stones slope small stones | Moderate: large stones | Severe: large stones |
| Falconry | Severe: depth to rock | Severe: depth to rock | Severe: slope small stones depth to rock | Slight | Severe: depth to rock |

Table 8.--Recreational Development--Continued

| Map symbol and soil name | Camp areas | Picnic areas | Playgrounds | Paths and trails | Golf fairways |
|---|---|---|---|---|---|
| 61: | | | | | |
| Ilex | Slight | Slight | Moderate: slope | Slight | Slight |
| Pramiss | Slight | Slight | Moderate: slope depth to rock | Slight | Moderate: large stones depth to rock |
| Granath | Slight | Slight | Moderate: slope | Slight | Slight |
| 62: | | | | | |
| Irak | Severe: flooding wetness | Moderate: wetness | Severe: wetness | Moderate: wetness | Moderate: wetness |
| 63: | | | | | |
| Jemco | Moderate: slope | Moderate: slope | Severe: slope | Severe: erodes easily | Moderate: slope depth to rock |
| Detra | Moderate: slope | Moderate: slope | Severe: slope | Slight | Moderate: slope |
| 63: | | | | | |
| Beje | Severe: depth to rock | Severe: depth to rock | Severe: slope depth to rock | Slight | Severe: depth to rock |
| 64: | | | | | |
| Lazear | Severe: slope small stones depth to rock | Severe: slope small stones depth to rock | Severe: large stones slope small stones | Severe: slope | Severe: slope small stones depth to rock |
| Rock outcrop | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock |
| 65: | | | | | |
| Lillings | Severe: excess salt flooding | Severe: excess salt | Severe: excess salt | Moderate: dusty | Severe: excess salt |
| 66: | | | | | |
| Lillings | Severe: excess salt flooding | Severe: excess salt | Severe: excess salt | Slight | Severe: excess salt |
| 67: | | | | | |
| Lillings | Severe: excess salt flooding | Severe: excess salt | Severe: excess salt | Slight | Severe: excess salt |
| 68: | | | | | |
| Longburn | Severe: slope depth to rock | Severe: slope depth to rock | Severe: large stones slope small stones | Severe: slope | Severe: large stones slope depth to rock |

Table 8.--Recreational Development--Continued

| Map symbol and soil name | Camp areas | Picnic areas | Playgrounds | Paths and trails | Golf fairways |
|---|---|---|---|---|---|
| 68: | | | | | |
| Rock outcrop | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock |
| 69: | | | | | |
| Longburn | Severe: slope depth to rock | Severe: slope depth to rock | Severe: large stones slope small stones | Severe: slope | Severe: large stones slope depth to rock |
| Rock outcrop | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock |
| 70: | | | | | |
| Mack | Slight | Slight | Moderate: slope small stones | Slight | Slight |
| 71: | | | | | |
| Mikett | Severe: excess sodium wetness | Severe: excess sodium | Severe: excess sodium wetness | Moderate: wetness | Severe: excess sodium |
| 72: | | | | | |
| Mikett | Moderate: excess salt | Moderate: excess salt | Moderate: excess salt | Slight | Moderate: excess salt |
| 73: | | | | | |
| Mikim | Moderate: excess salt | Moderate: excess salt | Moderate: excess salt slope | Slight | Moderate: excess salt |
| 74: | | | | | |
| Mikim | Severe: excess sodium excess salt | Severe: excess sodium excess salt | Severe: excess sodium excess salt | Slight | Severe: excess sodium excess salt |
| 75: | | | | | |
| Mikim | Moderate: dusty excess salt | Moderate: dusty excess salt | Moderate: dusty excess salt slope | Moderate: dusty | Moderate: excess salt |
| 76: | | | | | |
| Morefield | Moderate: dusty | Moderate: dusty | Moderate: dusty slope | Moderate: dusty | Slight |
| 77: | | | | | |
| Morefield | Moderate: dusty | Moderate: dusty | Moderate: dusty slope | Moderate: dusty | Slight |

Table 8.--Recreational Development--Continued

| Map symbol and soil name | Camp areas | Picnic areas | Playgrounds | Paths and trails | Golf fairways |
|---|---|---|---|---|---|
| 78: | | | | | |
| Nortez | Slight | Slight | Moderate: slope small stones depth to rock | Slight | Moderate: depth to rock |
| Granath | Slight | Slight | Moderate: slope | Slight | Slight |
| 79: | | | | | |
| Northrim | Severe: slope | Severe: slope | Severe: large stones slope small stones | Severe: slope | Severe: large stones slope |
| 80: | | | | | |
| Ormiston | Severe: slope | Severe: slope | Severe: slope | Moderate: slope | Severe: slope |
| Beje | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Moderate: slope | Severe: slope depth to rock |
| 81: | | | | | |
| Ormiston | Slight | Slight | Severe: slope | Slight | Moderate: large stones droughty |
| Fivepine | Severe: depth to rock | Severe: depth to rock | Severe: large stones slope depth to rock | Slight | Severe: depth to rock |
| 82: | | | | | |
| Ormiston | Severe: large stones small stones | Severe: large stones small stones | Severe: large stones slope small stones | Severe: large stones small stones | Severe: large stones small stones |
| Granath | Slight | Slight | Severe: slope | Slight | Slight |
| 83: | | | | | |
| Ormiston | Severe: large stones small stones | Severe: large stones small stones | Severe: large stones slope small stones | Severe: large stones small stones | Severe: large stones small stones |
| Nortez | Slight | Slight | Severe: slope | Slight | Moderate: depth to rock |
| 84: | | | | | |
| Payter | Moderate: slope | Moderate: slope | Severe: slope | Slight | Moderate: slope |
| 85: | | | | | |
| Pinacol | Slight | Slight | Severe: slope | Slight | Moderate: large stones droughty |

Table 8.--Recreational Development--Continued

| Map symbol and soil name | Camp areas | Picnic areas | Playgrounds | Paths and trails | Golf fairways |
|---|---|---|---|---|---|
| 86: | | | | | |
| Pinacol | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope |
| 87: | | | | | |
| Pits | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable |
| 88: | | | | | |
| Pogo | Severe: flooding wetness | Severe: wetness | Severe: flooding wetness | Severe: wetness | Severe: flooding wetness |
| 89: | | | | | |
| Pramiss | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope small stones | Moderate: large stones slope | Severe: large stones slope |
| 90: | | | | | |
| Pramiss | Slight | Slight | Severe: slope | Slight | Moderate: large stones depth to rock |
| Granath | Slight | Slight | Severe: slope | Slight | Slight |
| 91: | | | | | |
| Prater | Severe: slope | Severe: slope | Severe: slope | Moderate: slope | Severe: slope |
| 92: | | | | | |
| Prater | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope |
| Dolcan | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: large stones slope small stones |
| 93: | | | | | |
| Pulpit | Moderate: dusty | Moderate: dusty | Severe: slope | Severe: erodes easily | Moderate: depth to rock |
| 94: | | | | | |
| Pulpit | Moderate: dusty | Moderate: dusty | Moderate: slope depth to rock | Severe: erodes easily | Moderate: depth to rock |
| 95: | | | | | |
| Pulpit | Moderate: dusty slope | Moderate: dusty slope | Severe: slope | Severe: erodes easily | Moderate: slope depth to rock |
| 96: | | | | | |
| Purcella | Moderate: dusty | Moderate: dusty | Moderate: dusty small stones | Moderate: dusty | Moderate: droughty |

Table 8.--Recreational Development--Continued

| Map symbol and soil name | Camp areas | Picnic areas | Playgrounds | Paths and trails | Golf fairways |
|---|---|---|---|---|---|
| 97: Ramper | Severe: flooding | Slight | Moderate: small stones | Slight | Slight |
| 98: Ramper | Severe: flooding | Moderate: dusty | Moderate: dusty small stones | Moderate: dusty | Slight |
| 99: Ravola | Severe: excess salt | Severe: excess salt | Severe: excess salt | Slight | Severe: excess salt |
| 100: Recapture | Severe: excess sodium | Severe: excess sodium | Severe: excess sodium | Slight | Severe: excess sodium |
| 101: Recapture | Severe: excess sodium excess salt flooding | Severe: excess sodium excess salt | Severe: excess sodium excess salt | Slight | Severe: excess sodium excess salt |
| 102: Ricot | Slight | Slight | Moderate: slope small stones | Slight | Slight |
| 103: Ricot | Slight | Slight | Moderate: slope small stones | Slight | Slight |
| 104: Ricot | Moderate: slope | Moderate: slope | Severe: slope | Slight | Moderate: slope |
| 105: Rizno | Severe: depth to rock | Severe: depth to rock | Severe: slope depth to rock | Slight | Severe: depth to rock |
| Gapmesa | Slight | Slight | Severe: slope | Slight | Moderate: depth to rock |
| 106: Rizno | Severe: depth to rock | Severe: depth to rock | Severe: slope depth to rock | Slight | Severe: depth to rock |
| 106: Littlenan | Moderate: dusty slope small stones | Moderate: dusty slope small stones | Severe: slope small stones | Moderate: dusty | Moderate: large stones slope small stones |
| Bodry | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: large stones slope | Severe: large stones slope small stones |

Table 8.--Recreational Development--Continued

| Map symbol and soil name | Camp areas | Picnic areas | Playgrounds | Paths and trails | Golf fairways |
|---|---|---|---|---|---|
| 107: | | | | | |
| Rizno | Severe: depth to rock | Severe: depth to rock | Severe: slope, depth to rock | Slight | Severe: depth to rock |
| Ruinpoint | Moderate: dusty | Moderate: dusty | Moderate: dusty, slope | Moderate: dusty | Slight |
| Rock outcrop | Severe: depth to rock | Severe: depth to rock | Severe: slope, depth to rock | Slight | Severe: depth to rock |
| 108: | | | | | |
| Rock outcrop | Severe: depth to rock | Severe: depth to rock | Severe: slope, depth to rock | Slight | Severe: depth to rock |
| 109: | | | | | |
| Romberg | Severe: slope | Severe: slope | Severe: large stones, slope, small stones | Moderate: dusty, slope | Moderate: large stones, small stones, droughty |
| Crosscan | Severe: slope, small stones, depth to rock | Severe: slope, small stones, depth to rock | Severe: large stones, slope, small stones | Moderate: large stones, slope | Severe: large stones, slope, small stones |
| 110: | | | | | |
| Romberg | Severe: large stones, slope | Severe: large stones, slope | Severe: large stones, slope, small stones | Severe: slope | Severe: large stones, small stones |
| Crosscan | Severe: slope, small stones, depth to rock | Severe: slope, small stones, depth to rock | Severe: large stones, slope, small stones | Severe: slope | Severe: large stones, slope, small stones |
| Rock outcrop | Severe: slope, depth to rock | Severe: slope, depth to rock | Severe: slope, depth to rock | Severe: slope | Severe: slope, depth to rock |
| 111: | | | | | |
| Roubideau | Moderate: dusty | Moderate: dusty | Moderate: dusty, slope, depth to rock | Moderate: dusty | Moderate: depth to rock |
| 112: | | | | | |
| Sharps | Moderate: dusty | Moderate: dusty | Moderate: slope, small stones, depth to rock | Severe: erodes easily | Moderate: depth to rock |
| 113: | | | | | |
| Sharps | Moderate: dusty, slope | Moderate: dusty, slope | Severe: slope | Severe: erodes easily | Moderate: slope, depth to rock |

Table 8.--Recreational Development--Continued

| Map symbol and soil name | Camp areas | Picnic areas | Playgrounds | Paths and trails | Golf fairways |
|---|---|---|---|---|---|
| 114: | | | | | |
| Sharps, dry | Moderate: dusty slope | Moderate: dusty slope | Severe: slope | Severe: erodes easily | Moderate: slope depth to rock |
| 115: | | | | | |
| Sharps, dry | Moderate: dusty slope | Moderate: dusty slope | Severe: slope | Severe: erodes easily | Moderate: slope depth to rock |
| Gapmesa | Moderate: slope | Moderate: slope | Severe: slope | Slight | Moderate: slope depth to rock |
| 116: | | | | | |
| Sharps | Moderate: dusty slope | Moderate: dusty slope | Severe: slope | Severe: erodes easily | Moderate: slope depth to rock |
| Cahona | Moderate: dusty slope | Moderate: dusty slope | Severe: slope | Severe: erodes easily | Moderate: slope |
| 117: | | | | | |
| Sharps | Moderate: dusty | Moderate: dusty | Moderate: slope small stones depth to rock | Severe: erodes easily | Moderate: depth to rock |
| Pulpit | Moderate: dusty | Moderate: dusty | Moderate: slope depth to rock | Severe: erodes easily | Moderate: depth to rock |
| 118: | | | | | |
| Sharps | Moderate: dusty slope | Moderate: dusty slope | Severe: slope | Severe: erodes easily | Moderate: slope depth to rock |
| Pulpit | Moderate: dusty slope | Moderate: dusty slope | Severe: slope | Severe: erodes easily | Moderate: slope depth to rock |
| 119: | | | | | |
| Sheek | Severe: slope small stones | Severe: slope small stones | Severe: large stones slope small stones | Moderate: large stones slope | Severe: large stones slope small stones |
| Archuleta | Severe: slope small stones depth to rock | Severe: slope small stones depth to rock | Severe: large stones slope small stones | Moderate: large stones slope | Severe: large stones small stones depth to rock |
| 120: | | | | | |
| Sheek | Severe: slope small stones | Severe: slope small stones | Severe: large stones slope small stones | Severe: slope | Severe: large stones slope small stones |

Table 8.--Recreational Development--Continued

| Map symbol and soil name | Camp areas | Picnic areas | Playgrounds | Paths and trails | Golf fairways |
|---|---|---|---|---|---|
| 120: | | | | | |
| Archuleta | Severe: slope small stones depth to rock | Severe: slope small stones depth to rock | Severe: large stones slope small stones | Severe: slope | Severe: large stones small stones depth to rock |
| Rock outcrop | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock |
| 121: | | | | | |
| Sheek | Severe: slope small stones | Severe: slope small stones | Severe: large stones slope small stones | Severe: slope | Severe: large stones slope small stones |
| Archuleta | Severe: slope small stones depth to rock | Severe: slope small stones depth to rock | Severe: large stones slope small stones | Severe: slope | Severe: large stones small stones depth to rock |
| Rock outcrop | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock |
| 122: | | | | | |
| Sheppard | Severe: too sandy | Severe: too sandy | Severe: too sandy | Severe: too sandy | Moderate: droughty |
| 123: | | | | | |
| Sideshow | Slight | Slight | Slight | Slight | Slight |
| 124: | | | | | |
| Sideshow | Slight | Slight | Moderate: slope | Slight | Slight |
| 125: | | | | | |
| Sideshow | Moderate: slope | Moderate: slope | Severe: slope | Slight | Moderate: slope |
| 126: | | | | | |
| Sideshow | Moderate: slope | Moderate: slope | Severe: slope | Slight | Moderate: slope |
| Zigzag | Severe: small stones depth to rock | Severe: small stones depth to rock | Severe: slope small stones depth to rock | Severe: small stones | Severe: small stones depth to rock |
| 127: | | | | | |
| Sideslide | Moderate: percs slowly wetness | Moderate: percs slowly wetness | Severe: slope | Slight | Slight |
| 128: | | | | | |
| Stephouse | Severe: depth to rock | Severe: depth to rock | Severe: slope depth to rock | Slight | Severe: depth to rock |

Table 8.--Recreational Development--Continued

| Map symbol and soil name | Camp areas | Picnic areas | Playgrounds | Paths and trails | Golf fairways |
|---|---|---|---|---|---|
| 128: | | | | | |
| Rock outcrop | Severe: depth to rock | Severe: depth to rock | Severe: slope depth to rock | Slight | Severe: depth to rock |
| 129: | | | | | |
| Torriorthents | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: large stones slope | Severe: large stones slope small stones |
| 130: | | | | | |
| Torriorthents | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: large stones slope | Severe: large stones slope small stones |
| Badland | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock |
| 131: | | | | | |
| Tragmon | Severe: slope | Severe: slope | Severe: slope | Moderate: slope | Severe: slope |
| Sheek | Severe: slope | Severe: slope | Severe: large stones slope small stones | Moderate: large stones slope | Severe: large stones slope |
| 132: | | | | | |
| Typic Argiaquolls | Severe: flooding wetness | Severe: wetness | Severe: wetness | Severe: wetness | Severe: wetness |
| 133: | | | | | |
| Typic Torriorthents | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: large stones slope small stones | Severe: large stones slope | Severe: large stones slope small stones |
| Rock outcrop | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock |
| 134: | | | | | |
| Umbarg | Severe: flooding | Slight | Moderate: small stones | Slight | Slight |
| Winner | Severe: flooding wetness | Severe: wetness | Severe: wetness | Severe: wetness | Severe: wetness |
| Tesajo | Severe: flooding | Moderate: small stones | Severe: small stones | Slight | Severe: droughty |
| 135: | | | | | |
| Ustic Torrifluvents | Severe: flooding | Moderate: excess salt | Moderate: excess salt | Slight | Moderate: excess salt droughty |

Table 8.--Recreational Development--Continued

| Map symbol and soil name | Camp areas | Picnic areas | Playgrounds | Paths and trails | Golf fairways |
|---|---|---|---|---|---|
| 136: | | | | | |
| Ustic Torriorthents | Severe: depth to rock | Severe: depth to rock | Severe: slope, depth to rock | Slight | Severe: depth to rock |
| Gullied land | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable |
| 137: | | | | | |
| Ustorthents | Severe: large stones, slope, small stones | Severe: large stones, slope, small stones | Severe: large stones, slope, small stones | Severe: large stones, slope | Severe: large stones, slope, small stones |
| 138: | | | | | |
| Uzacol | Severe: excess sodium | Severe: excess sodium | Severe: excess sodium, slope | Slight | Severe: excess sodium |
| Zwicker | Moderate: small stones | Moderate: small stones | Severe: slope, small stones | Slight | Moderate: large stones, small stones |
| Claysprings | Severe: depth to rock | Severe: depth to rock | Severe: large stones, slope, small stones | Slight | Severe: depth to rock |
| 139: | | | | | |
| Water | --- | --- | --- | --- | --- |
| 140: | | | | | |
| Wauquie | Severe: slope, small stones | Severe: slope, small stones | Severe: large stones, slope, small stones | Moderate: large stones, slope | Severe: slope, small stones |
| 141: | | | | | |
| Wauquie | Severe: slope | Severe: slope | Severe: slope, small stones | Moderate: large stones, slope | Severe: slope |
| Dolcan | Severe: large stones, slope, small stones | Severe: large stones, slope, small stones | Severe: large stones, slope, small stones | Severe: large stones, small stones | Severe: large stones, slope, small stones |
| 142: | | | | | |
| Wauquie | Severe: slope | Severe: slope | Severe: slope, small stones | Severe: slope | Severe: slope |
| Dolcan | Severe: large stones, slope, small stones | Severe: large stones, slope, small stones | Severe: large stones, slope, small stones | Severe: large stones, slope, small stones | Severe: large stones, slope, small stones |
| Rock outcrop | Severe: slope, depth to rock | Severe: slope, depth to rock | Severe: slope, depth to rock | Severe: slope | Severe: slope, depth to rock |

Table 8.--Recreational Development--Continued

| Map symbol and soil name | Camp areas | Picnic areas | Playgrounds | Paths and trails | Golf fairways |
|---|---|---|---|---|---|
| 143: Wetherill | Moderate: dusty | Moderate: dusty | Moderate: dusty slope | Severe: erodes easily | Slight |
| 144: Wetherill | Moderate: dusty | Moderate: dusty | Moderate: dusty slope | Severe: erodes easily | Slight |
| 145: Wetherill | Moderate: dusty slope | Moderate: dusty slope | Severe: slope | Severe: erodes easily | Moderate: slope |
| 146: Yarts | Slight | Slight | Moderate: slope | Slight | Slight |
| 147: Yarts | Slight | Slight | Moderate: slope | Slight | Slight |
| 148: Zau | Severe: slope | Severe: slope | Severe: slope | Moderate: slope | Severe: slope |
| 149: Zigzag | Severe: small stones depth to rock | Severe: small stones depth to rock | Severe: slope small stones depth to rock | Severe: small stones | Severe: small stones depth to rock |
| 150: Zigzag | Severe: slope small stones depth to rock | Severe: slope small stones depth to rock | Severe: slope small stones depth to rock | Severe: slope small stones | Severe: slope small stones depth to rock |
| Sideshow | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope |
| 151: Zyme | Severe: depth to rock | Severe: depth to rock | Severe: slope small stones | Slight | Severe: depth to rock |
| 152: Zyme | Severe: slope small stones | Severe: slope small stones | Severe: slope small stones | Severe: slope small stones | Severe: slope small stones |

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 389 of 664



Table 9.--Wildlife Habitat

(See text for definitions of terms used in this table. Absence of an entry indicates that no rating is applicable.)

| Map symbol and soil name | Potential for habitat elements | | | | | | | Potential as habitat for-- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Grain and seed crops | Grasses and legumes | Wild herba- ceous plants | Conif- erous plants | Shrubs | Wetland plants | Shallow water areas | Open- land wild- life | Wood- land wild- life | Wetland wild- life | Range- land wild- life |
| 1: | | | | | | | | | | | |
| Ackmen | Fair | Fair | Fair | Fair | Good | Poor | Very poor | Fair | Fair | Very poor | Fair |
| 2: | | | | | | | | | | | |
| Ackmen | Fair | Fair | Fair | Fair | Good | Poor | Very poor | Fair | Fair | Very poor | Fair |
| 3: | | | | | | | | | | | |
| Arabrab | Very poor | Very poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| 4: | | | | | | | | | | | |
| Arabrab | Very poor | Very poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| Longburn | Very poor | Very poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| 5: | | | | | | | | | | | |
| Archuleta | Very poor | Very poor | Fair | Fair | Good | Very poor | Very poor | Poor | Fair | Very poor | Fair |
| Sanchez | Very poor | Very poor | Fair | Fair | Good | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| 6: | | | | | | | | | | | |
| Argiustolls | Very poor | Very poor | Good | Good | Good | Very poor | Very poor | Very poor | Good | Very poor | Good |
| Haplustalfs | Very poor | Very poor | Good | Good | Good | Very poor | Very poor | Very poor | Good | Very poor | Good |
| 7: | | | | | | | | | | | |
| Argiustolls | Very poor | Very poor | Good | Good | Good | Very poor | Very poor | Very poor | Fair | Very poor | Good |
| Haplustalfs | Very poor | Very poor | Good | Good | Good | Very poor | Very poor | Very poor | Good | Very poor | Good |
| Rock outcrop | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor |
| 8: | | | | | | | | | | | |
| Barx | Poor | Poor | Poor | Poor | Poor | Very poor | Very poor | Poor | Poor | Very poor | Poor |

Table 9.--Wildlife Habitat--Continued

| Map symbol and soil name | Potential for habitat elements | | | | | | | Potential as habitat for-- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Grain and seed crops | Grasses and legumes | Wild herbaceous plants | Coniferous plants | Shrubs | Wetland plants | Shallow water areas | Openland wildlife | Woodland wildlife | Wetland wildlife | Rangeland wildlife |
| 9: | | | | | | | | | | | |
| Barx | Poor | Poor | Poor | Poor | Poor | Very poor | Very poor | Poor | Poor | Very poor | Poor |
| 10: | | | | | | | | | | | |
| Barx | Poor | Fair | Fair | Fair | Fair | Very poor | Very poor | Fair | Fair | Very poor | Fair |
| 11: | | | | | | | | | | | |
| Barx | Poor | Poor | Poor | Poor | Poor | Very poor | Very poor | Poor | Poor | Very poor | Poor |
| Gapmesa | Poor | Poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| 12: | | | | | | | | | | | |
| Battlerock | Poor | Poor | Poor | Poor | Poor | Very poor | Very poor | Poor | Poor | Very poor | Poor |
| 13: | | | | | | | | | | | |
| Beje | Very poor | Very poor | Fair | Poor | Good | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| Tragmon | Fair | Good | Fair | Good | Fair | Very poor | Very poor | Fair | Good | Very poor | Fair |
| 14: | | | | | | | | | | | |
| Burnson | Poor | Fair | Good | Good | Good | Very poor | Very poor | Fair | Good | Very poor | Good |
| 15: | | | | | | | | | | | |
| Burnson, dry | Poor | Poor | Fair | Good | Good | Very poor | Very poor | Fair | Good | Very poor | Good |
| 16: | | | | | | | | | | | |
| Burnson | Poor | Fair | Good | Good | Good | Very poor | Very poor | Fair | Good | Very poor | Good |
| Herm | Poor | Fair | Good | Good | Good | Very poor | Very poor | Fair | Good | Very poor | Good |
| 17: | | | | | | | | | | | |
| Cahona | Fair | Fair | Fair | Fair | Fair | Poor | Very poor | Fair | Fair | Very poor | Fair |

Table 9.--Wildlife Habitat--Continued

| Map symbol and soil name | Potential for habitat elements | | | | | | | Potential as habitat for-- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Grain and seed crops | Grasses and legumes | Wild herba- ceous plants | Conif- erous plants | Shrubs | Wetland plants | Shallow water areas | Open- land wild- life | Wood- land wild- life | Wetland wild- life | Range- land wild- life |
| 18: | | | | | | | | | | | |
| Cahona | Fair | Fair | Fair | Fair | Fair | Poor | Very poor | Fair | Fair | Very poor | Fair |
| 19: | | | | | | | | | | | |
| Cahona | Poor | Fair | Fair | Fair | Fair | Very poor | Very poor | Fair | Fair | Very poor | Fair |
| 20: | | | | | | | | | | | |
| Cahona | Poor | Fair | Fair | Fair | Fair | Very poor | Very poor | Fair | Fair | Very poor | Fair |
| Pulpit | Poor | Poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| 21: | | | | | | | | | | | |
| Cahona | Fair | Fair | Fair | Fair | Fair | Poor | Very poor | Fair | Fair | Very poor | Fair |
| Sharps | Fair | Fair | Fair | Fair | Fair | Very poor | Very poor | Fair | Fair | Very poor | Fair |
| Wetherill | Fair | Fair | Fair | Fair | Fair | Poor | Very poor | Fair | Fair | Very poor | Fair |
| 22: | | | | | | | | | | | |
| Clayspring | Very poor | Very poor | Poor | Poor | Poor | Very poor | Very poor | Very poor | Poor | Very poor | Poor |
| 23: | | | | | | | | | | | |
| Collide | Fair | Fair | Good | Fair | Good | Poor | Very poor | Fair | Fair | Very poor | Good |
| 24: | | | | | | | | | | | |
| Collide | Fair | Fair | Good | Fair | Good | Poor | Very poor | Fair | Fair | Very poor | Good |
| 25: | | | | | | | | | | | |
| Collide | Fair | Fair | Good | Fair | Good | Poor | Very poor | Fair | Fair | Very poor | Good |
| Collide, cobbly substratum | Fair | Fair | Fair | Fair | Fair | Poor | Very poor | Fair | Fair | Very poor | Fair |
| 26: | | | | | | | | | | | |
| Collide | Fair | Fair | Good | Fair | Good | Poor | Very poor | Fair | Fair | Very poor | Good |

Table 9.--Wildlife Habitat--Continued

| Map symbol and soil name | Potential for habitat elements | | | | | | | Potential as habitat for-- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Grain and seed crops | Grasses and legumes | Wild herba-ceous plants | Conif-erous plants | Shrubs | Wetland plants | Shallow water areas | Open-land wild-life | Wood-land wild-life | Wetland wild-life | Range-land wild-life |
| 26: | | | | | | | | | | | |
| Collide, cobbly substratum | Fair | Fair | Fair | Fair | Fair | Poor | Very poor | Fair | Fair | Very poor | Fair |
| 27: | | | | | | | | | | | |
| Dalmatian | Poor | Fair | Good | Good | Good | Fair | Poor | Fair | Good | Poor | Good |
| Apmay | Poor | Fair | Good | Good | Good | Fair | Poor | Fair | Good | Poor | Good |
| Schrader | Fair | Fair | Poor | Poor | Poor | Good | Good | Fair | Poor | Good | Fair |
| 28: | | | | | | | | | | | |
| Dam | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 29: | | | | | | | | | | | |
| Endoaquolls | Poor | Poor | Fair | Good | Fair | Fair | Poor | Poor | Fair | Poor | Fair |
| Ustifluvents | Fair | Fair | Good | Good | Good | Poor | Very poor | Fair | Good | Very poor | Good |
| 30: | | | | | | | | | | | |
| Falconry | Poor | Fair | Fair | Poor | Fair | Very poor | Very poor | Fair | Fair | Very poor | Fair |
| 31: | | | | | | | | | | | |
| Farb | Very poor | Very poor | Poor | Poor | Poor | Very poor | Very poor | Very poor | Poor | Very poor | Poor |
| Rock outcrop | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor |
| 32: | | | | | | | | | | | |
| Fardraw | Poor | Poor | Good | Good | Good | Very poor | Very poor | Fair | Good | Very poor | Good |
| 33: | | | | | | | | | | | |
| Fardraw | Very poor | Very poor | Very poor | Good | Good | Poor | Poor | Very poor | Fair | Very poor | Poor |
| 34: | | | | | | | | | | | |
| Fardraw | Very poor | Very poor | Very poor | Good | Good | Poor | Poor | Very poor | Fair | Very poor | Poor |

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 393 of 664



Table 9.--Wildlife Habitat--Continued

| Map symbol and soil name | Potential for habitat elements: Grain and seed crops | Grasses and legumes | Wild herbaceous plants | Coniferous plants | Shrubs | Wetland plants | Shallow water areas | Potential as habitat for--: Openland wildlife | Woodland wildlife | Wetland wildlife | Rangeland wildlife |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35: | | | | | | | | | | | |
| Fardraw | Very poor | Very poor | Very poor | Good | Good | Poor | Poor | Very poor | Fair | Very poor | Poor |
| Granath | Fair | Fair | Good | Fair | Good | Poor | Very poor | Fair | Fair | Very poor | Good |
| 36: | | | | | | | | | | | |
| Fivepine | Poor | Poor | Good | Poor | Good | Poor | Very poor | Fair | Poor | Very poor | Good |
| Nortez | Poor | Poor | Good | Fair | Good | Poor | Very poor | Fair | Fair | Poor | Good |
| 37: | | | | | | | | | | | |
| Fluvaquents | Very poor | Very poor | Fair | Poor | Poor | Fair | Fair | Poor | Poor | Fair | Poor |
| Haplustolls | Poor | Poor | Fair | Fair | Good | Poor | Very poor | Poor | Fair | Very poor | Fair |
| 38: | | | | | | | | | | | |
| Fluvents | Poor | Poor | Poor | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Poor |
| Fluvaquents | Poor | Poor | Fair | Poor | Poor | Fair | Fair | Poor | Poor | Fair | Poor |
| 39: | | | | | | | | | | | |
| Fughes | Fair | Fair | Good | Good | Good | Very poor | Very poor | Fair | Good | Very poor | Good |
| 40: | | | | | | | | | | | |
| Fughes | Poor | Fair | Good | Good | Good | Very poor | Very poor | Fair | Good | Very poor | Good |
| Herm | Poor | Fair | Good | Good | Good | Very poor | Very poor | Fair | Good | Very poor | Good |
| 41: | | | | | | | | | | | |
| Fughes | Very poor | Very poor | Good | Good | Good | Very poor | Very poor | Poor | Fair | Very poor | Good |
| Sheek | Poor | Fair | Good | Good | Good | Very poor | Very poor | Fair | Fair | Very poor | Good |

Table 9.--Wildlife Habitat--Continued

| Map symbol and soil name | Potential for habitat elements: Grain and seed crops | Grasses and legumes | Wild herbaceous plants | Coniferous plants | Shrubs | Wetland plants | Shallow water areas | Potential as habitat for--: Openland wildlife | Woodland wildlife | Wetland wildlife | Rangeland wildlife |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42: | | | | | | | | | | | |
| Gladel | Poor | Poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| Pulpit | Poor | Poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| 43: | | | | | | | | | | | |
| Goldbug | Very poor | Very poor | Good | Good | Good | Very poor | Very poor | Poor | Fair | Very poor | Good |
| 44: | | | | | | | | | | | |
| Granath | Fair | Fair | Good | Fair | Good | Poor | Very poor | Fair | Fair | Very poor | Good |
| 45: | | | | | | | | | | | |
| Granath | Fair | Fair | Good | Fair | Good | Poor | Very poor | Fair | Fair | Very poor | Good |
| 46: | | | | | | | | | | | |
| Granath | Poor | Fair | Good | Good | Good | Very poor | Very poor | Fair | Good | Very poor | Good |
| Fughes | Fair | Fair | Good | Good | Good | Poor | Very poor | Fair | Good | Poor | Good |
| 47: | | | | | | | | | | | |
| Granath | Poor | Fair | Good | Good | Good | Very poor | Very poor | Fair | Good | Very poor | Good |
| Nortez | Poor | Poor | Good | Fair | Good | Poor | Very poor | Fair | Fair | Poor | Good |
| 48: | | | | | | | | | | | |
| Granath | Poor | Fair | Good | Good | Good | Very poor | Very poor | Fair | Good | Very poor | Good |
| Ormiston | Poor | Poor | Good | Fair | Good | Poor | Very poor | Good | Good | Very poor | Good |
| Fivepine | Poor | Poor | Good | Poor | Good | Poor | Very poor | Fair | Poor | Very poor | Good |
| 49: | | | | | | | | | | | |
| Herm | Poor | Fair | Good | Good | Good | Very poor | Very poor | Fair | Good | Very poor | Good |

Table 9.--Wildlife Habitat--Continued

| Map symbol and soil name | Potential for habitat elements | | | | | | | Potential as habitat for-- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Grain and seed crops | Grasses and legumes | Wild herba-ceous plants | Conif-erous plants | Shrubs | Wetland plants | Shallow water areas | Open-land wild-life | Wood-land wild-life | Wetland wild-life | Range-land wild-life |
| 50: | | | | | | | | | | | |
| Herm | Very poor | Very poor | Good | Good | Good | Very poor | Very poor | Poor | Fair | Very poor | Good |
| 51: | | | | | | | | | | | |
| Herm | Poor | Fair | Good | Good | Good | Very poor | Very poor | Fair | Good | Very poor | Good |
| Pagoda | Poor | Poor | Good | Good | Good | Poor | Poor | Poor | Good | Poor | Good |
| 52: | | | | | | | | | | | |
| Hesperus | Fair | Fair | Good | Good | Good | Poor | Very poor | Fair | Good | Very poor | Good |
| 53: | | | | | | | | | | | |
| Hesperus | Fair | Fair | Good | Good | Good | Poor | Very poor | Fair | Good | Very poor | Good |
| 54: | | | | | | | | | | | |
| Hesperus | Fair | Fair | Good | Good | Good | Poor | Very poor | Fair | Good | Very poor | Good |
| 55: | | | | | | | | | | | |
| Hesperus | Fair | Fair | Good | Good | Good | Poor | Very poor | Fair | Good | Very poor | Good |
| 56: | | | | | | | | | | | |
| Ilex | Poor | Fair | Good | Good | Good | Poor | Very poor | Fair | Good | Very poor | Good |
| 57: | | | | | | | | | | | |
| Ilex | Poor | Fair | Good | Good | Good | Poor | Very poor | Fair | Good | Very poor | Good |
| 58: | | | | | | | | | | | |
| Ilex | Poor | Fair | Good | Good | Good | Poor | Very poor | Fair | Good | Very poor | Good |
| Granath | Fair | Fair | Good | Good | Good | Poor | Very poor | Fair | Good | Very poor | Good |
| 59: | | | | | | | | | | | |
| Ilex | Poor | Fair | Good | Good | Good | Poor | Very poor | Fair | Good | Very poor | Good |
| Granath | Fair | Fair | Good | Good | Good | Poor | Very poor | Fair | Good | Very poor | Good |

Table 9.--Wildlife Habitat--Continued

| Map symbol and soil name | Potential for habitat elements | | | | | | | Potential as habitat for-- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Grain and seed crops | Grasses and legumes | Wild herba- ceous plants | Conif- erous plants | Shrubs | Wetland plants | Shallow water areas | Open- land wild- life | Wood- land wild- life | Wetland wild- life | Range- land wild- life |
| 60: | | | | | | | | | | | |
| Ilex | Poor | Fair | Good | Good | Good | Poor | Very poor | Fair | Good | Very poor | Good |
| Pramiss | Poor | Poor | Good | Fair | Good | Poor | Very poor | Fair | Fair | Very poor | Good |
| Falconry | Poor | Fair | Fair | Poor | Fair | Very poor | Very poor | Fair | Fair | Very poor | Fair |
| 61: | | | | | | | | | | | |
| Ilex | Poor | Fair | Good | Good | Good | Poor | Very poor | Fair | Good | Very poor | Good |
| Pramiss | Poor | Fair | Good | Fair | Good | Poor | Very poor | Fair | Fair | Very poor | Good |
| Granath | Fair | Fair | Good | Fair | Good | Poor | Very poor | Fair | Fair | Very poor | Good |
| 62: | | | | | | | | | | | |
| Irak | Fair | Fair | Good | Poor | Poor | Good | Fair | Fair | Poor | Fair | Fair |
| 63: | | | | | | | | | | | |
| Jemco | Poor | Fair | Good | Good | Good | Poor | Very poor | Fair | Good | Very poor | Good |
| Detra | Fair | Fair | Good | Good | Good | Very poor | Very poor | Fair | Good | Very poor | Good |
| Beje | Poor | Poor | Fair | Poor | Good | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| 64: | | | | | | | | | | | |
| Lazear | Very poor | Very poor | Fair | Fair | Fair | Very poor | Very poor | Poor | Poor | Very poor | --- |
| Rock outcrop | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 65: | | | | | | | | | | | |
| Lillings | Poor | Poor | Poor | Poor | Poor | Very poor | Very poor | Poor | Poor | Very poor | Poor |
| 66: | | | | | | | | | | | |
| Lillings | Poor | Poor | Poor | Poor | Poor | Very poor | Very poor | Poor | Poor | Very poor | Poor |

Table 9.--Wildlife Habitat--Continued

| Map symbol and soil name | Potential for habitat elements: Grain and seed crops | Grasses and legumes | Wild herbaceous plants | Coniferous plants | Shrubs | Wetland plants | Shallow water areas | Potential as habitat for--: Openland wildlife | Woodland wildlife | Wetland wildlife | Rangeland wildlife |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 67: Lillings | Poor | Poor | Poor | Poor | Poor | Very poor | Very poor | Poor | Poor | Very poor | Poor |
| 68: Longburn | Very poor | Very poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| Rock outcrop | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor |
| 69: Longburn | Very poor | Very poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| Rock outcrop | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor |
| 70: Mack | Very poor | Very poor | Poor | Poor | Poor | Poor | Very poor | Very poor | Poor | Very poor | Poor |
| 71: Mikett | Poor | Poor | Very poor | Poor | Poor | Fair | Fair | Poor | Poor | Fair | Poor |
| 72: Mikett | Poor | Poor | Very poor | Poor | Poor | Fair | Fair | Poor | Poor | Fair | Poor |
| 73: Mikim | Poor | Poor | Poor | Fair | Fair | Poor | Very poor | Poor | Fair | Very poor | Poor |
| 74: Mikim | Poor | Poor | Very poor | Fair | Fair | Poor | Very poor | Poor | Fair | Very poor | Poor |
| 75: Mikim | Poor | Poor | Poor | Fair | Fair | Poor | Very poor | Poor | Fair | Very poor | Poor |
| 76: Morefield | Poor | Fair | Fair | Fair | Fair | Very poor | Very poor | Fair | Fair | Very poor | Fair |

Table 9.--Wildlife Habitat--Continued

| Map symbol and soil name | Potential for habitat elements: Grain and seed crops | Grasses and legumes | Wild herbaceous plants | Coniferous plants | Shrubs | Wetland plants | Shallow water areas | Potential as habitat for--: Openland wildlife | Woodland wildlife | Wetland wildlife | Rangeland wildlife |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 77: | | | | | | | | | | | |
| Morefield | Poor | Fair | Fair | Fair | Fair | Very poor | Very poor | Fair | Fair | Very poor | Fair |
| 78: | | | | | | | | | | | |
| Nortez | Poor | Poor | Good | Fair | Good | Poor | Very poor | Fair | Fair | Poor | Good |
| Granath | Fair | Fair | Good | Fair | Good | Poor | Very poor | Fair | Fair | Very poor | Good |
| 79: | | | | | | | | | | | |
| Northrim | Very poor | Very poor | Good | Good | Good | Very poor | Very poor | Poor | Fair | Very poor | Good |
| 80: | | | | | | | | | | | |
| Ormiston | Poor | Poor | Good | Good | Good | Very poor | Very poor | Good | Good | Very poor | Good |
| Beje | Very poor | Very poor | Fair | Poor | Good | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| 81: | | | | | | | | | | | |
| Ormiston | Poor | Poor | Good | Good | Good | Poor | Very poor | Fair | Good | Very poor | Good |
| Fivepine | Poor | Poor | Good | Poor | Good | Poor | Very poor | Fair | Poor | Very poor | Good |
| 82: | | | | | | | | | | | |
| Ormiston | Very poor | Very poor | Good | Fair | Good | Very poor | Very poor | Poor | Fair | Very poor | Good |
| Granath | Fair | Fair | Good | Fair | Good | Poor | Very poor | Fair | Fair | Very poor | Good |
| 83: | | | | | | | | | | | |
| Ormiston | Very poor | Very poor | Good | Fair | Good | Very poor | Very poor | Poor | Fair | Very poor | Good |
| Nortez | Poor | Poor | Good | Fair | Good | Poor | Very poor | Fair | Fair | Poor | Good |
| 84: | | | | | | | | | | | |
| Payter | Fair | Fair | Fair | Fair | Fair | Very poor | Very poor | Fair | Fair | Very poor | Good |

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 399 of 664



Table 9.--Wildlife Habitat--Continued

| Map symbol and soil name | Potential for habitat elements | | | | | | | Potential as habitat for-- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Grain and seed crops | Grasses and legumes | Wild herbaceous plants | Coniferous plants | Shrubs | Wetland plants | Shallow water areas | Openland wildlife | Woodland wildlife | Wetland wildlife | Rangeland wildlife |
| 85: | | | | | | | | | | | |
| Pinacol | Fair | Fair | Good | Good | Good | Very poor | Very poor | Fair | Good | Very poor | Good |
| 86: | | | | | | | | | | | |
| Pinacol | Poor | Fair | Good | Good | Good | Very poor | Very poor | Fair | Good | Very poor | Good |
| 87: | | | | | | | | | | | |
| Pits | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor |
| 88: | | | | | | | | | | | |
| Pogo | Poor | Poor | Fair | Poor | Very poor | Good | Fair | Poor | Poor | Fair | Poor |
| 89: | | | | | | | | | | | |
| Pramiss | Poor | Poor | Good | Fair | Good | Poor | Very poor | Fair | Fair | Very poor | Good |
| 90: | | | | | | | | | | | |
| Pramiss | Poor | Fair | Good | Fair | Good | Poor | Very poor | Fair | Fair | Very poor | Good |
| Granath | Fair | Fair | Good | Fair | Good | Poor | Very poor | Fair | Fair | Very poor | Good |
| 91: | | | | | | | | | | | |
| Prater | Very poor | Very poor | Fair | Fair | Good | Poor | Very poor | Poor | Fair | Very poor | Fair |
| 92: | | | | | | | | | | | |
| Prater | Very poor | Very poor | Fair | Fair | Good | Poor | Very poor | Poor | Fair | Very poor | Fair |
| Dolcan | Very poor | Very poor | Poor | Poor | Fair | Very poor | Very poor | Very poor | Very poor | Very poor | Poor |
| 93: | | | | | | | | | | | |
| Pulpit | Poor | Poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| 94: | | | | | | | | | | | |
| Pulpit | Poor | Poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |

Table 9.--Wildlife Habitat--Continued

| Map symbol and soil name | Potential for habitat elements: Grain and seed crops | Grasses and legumes | Wild herbaceous plants | Coniferous plants | Shrubs | Wetland plants | Shallow water areas | Potential as habitat for--: Openland wildlife | Woodland wildlife | Wetland wildlife | Rangeland wildlife |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 95: Pulpit | Poor | Poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| 96: Purcella | Poor | Poor | Fair | Fair | Fair | Poor | Very poor | Poor | Fair | Very poor | Fair |
| 97: Ramper | Fair | Fair | Fair | Fair | Fair | Poor | Very poor | Fair | Fair | Very poor | Fair |
| 98: Ramper | Fair | Fair | Fair | Fair | Fair | Poor | Very poor | Fair | Fair | Very poor | Fair |
| 99: Ravola | Very poor | Very poor | Very poor | Poor | Poor | Poor | Very poor | Very poor | Poor | Very poor | Very poor |
| 100: Recapture | Poor | Poor | Poor | Poor | Poor | Poor | Very poor | Poor | Poor | Very poor | Poor |
| 101: Recapture | Poor | Poor | Very poor | Poor | Poor | Poor | Very poor | Very poor | Very poor | Very poor | Very poor |
| 102: Ricot | Fair | Fair | Good | Good | Good | Poor | Very poor | Fair | Good | Very poor | Good |
| 103: Ricot | Fair | Fair | Good | Good | Good | Poor | Very poor | Fair | Good | Very poor | Good |
| 104: Ricot | Fair | Fair | Good | Good | Good | Poor | Very poor | Fair | Good | Very poor | Good |
| 105: Rizno | Very poor | Very poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| Gapmesa | Poor | Poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 401 of 664



Table 9.--Wildlife Habitat--Continued

| Map symbol and soil name | Potential for habitat elements: Grain and seed crops | Grasses and legumes | Wild herbaceous plants | Coniferous plants | Shrubs | Wetland plants | Shallow water areas | Potential as habitat for--: Openland wildlife | Woodland wildlife | Wetland wildlife | Rangeland wildlife |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 106: | | | | | | | | | | | |
| Rizno | Very poor | Very poor | Poor | Poor | Poor | Very poor | Very poor | Very poor | Poor | Very poor | Poor |
| Littlenan | Very poor | Poor | Poor | Poor | Poor | Very poor | Very poor | Poor | Very poor | Very poor | Poor |
| Bodry | Very poor | Very poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Fair | Very poor | Fair |
| 107: | | | | | | | | | | | |
| Rizno | Very poor | Very poor | Poor | --- | Poor | Very poor | Very poor | Very poor | --- | Very poor | Poor |
| Ruinpoint | Very poor | Very poor | Poor | Very poor | Poor | Very poor | Very poor | Poor | Poor | Very poor | Poor |
| Rock outcrop | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 108: | | | | | | | | | | | |
| Rock outcrop | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor |
| 109: | | | | | | | | | | | |
| Romberg | Very poor | Very poor | Fair | Fair | Poor | Very poor | Very poor | Poor | Fair | Very poor | Poor |
| Crosscan | Very poor | Very poor | Poor | Poor | Fair | Very poor | Very poor | Very poor | Very poor | Very poor | Poor |
| 110: | | | | | | | | | | | |
| Romberg | Very poor | Very poor | Fair | Fair | Poor | Very poor | Very poor | Poor | Fair | Very poor | Poor |
| Crosscan | Very poor | Very poor | Poor | Poor | Fair | Very poor | Very poor | Very poor | Very poor | Very poor | Poor |
| Rock outcrop | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor |
| 111: | | | | | | | | | | | |
| Roubideau | Fair | Fair | Fair | Fair | Fair | Very poor | Very poor | Fair | Fair | Very poor | Fair |

Table 9.--Wildlife Habitat--Continued

| Map symbol and soil name | Potential for habitat elements: Grain and seed crops | Grasses and legumes | Wild herbaceous plants | Coniferous plants | Shrubs | Wetland plants | Shallow water areas | Potential as habitat for--: Openland wildlife | Woodland wildlife | Wetland wildlife | Rangeland wildlife |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 112: | | | | | | | | | | | |
| Sharps | Fair | Fair | Fair | Fair | Fair | Very poor | Very poor | Fair | Fair | Very poor | Fair |
| 113: | | | | | | | | | | | |
| Sharps | Fair | Fair | Fair | Fair | Fair | Very poor | Very poor | Fair | Fair | Very poor | Fair |
| 114: | | | | | | | | | | | |
| Sharps, dry | Fair | Fair | Fair | Poor | Fair | Very poor | Very poor | Fair | Fair | Very poor | Fair |
| 115: | | | | | | | | | | | |
| Sharps, dry | Fair | Fair | Fair | Poor | Fair | Very poor | Very poor | Fair | Fair | Very poor | Fair |
| Gapmesa | Poor | Poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| 116: | | | | | | | | | | | |
| Sharps | Fair | Fair | Fair | Fair | Fair | Very poor | Very poor | Fair | Fair | Very poor | Fair |
| Cahona | Poor | Fair | Fair | Fair | Fair | Very poor | Very poor | Fair | Fair | Very poor | Fair |
| 117: | | | | | | | | | | | |
| Sharps | Fair | Fair | Fair | Fair | Fair | Very poor | Very poor | Fair | Fair | Very poor | Fair |
| Pulpit | Poor | Poor | Fair | Fair | Fair | Very poor | Very poor | Poor | Fair | Very poor | Fair |
| 118: | | | | | | | | | | | |
| Sharps | Fair | Fair | Fair | Fair | Fair | Very poor | Very poor | Fair | Fair | Very poor | Fair |
| Pulpit | Poor | Poor | Fair | Fair | Fair | Very poor | Very poor | Poor | Fair | Very poor | Fair |
| 119: | | | | | | | | | | | |
| Sheek | Very poor | Very poor | Good | Good | Good | Very poor | Very poor | Poor | Fair | Very poor | Good |
| Archuleta | Very poor | Very poor | Fair | Poor | Good | Very poor | Very poor | Poor | Fair | Very poor | Fair |

Table 9.--Wildlife Habitat--Continued

| Map symbol and soil name | Potential for habitat elements: Grain and seed crops | Grasses and legumes | Wild herbaceous plants | Coniferous plants | Shrubs | Wetland plants | Shallow water areas | Potential as habitat for--: Openland wildlife | Woodland wildlife | Wetland wildlife | Rangeland wildlife |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120: | | | | | | | | | | | |
| Sheek | Very poor | Very poor | Good | Good | Good | Very poor | Very poor | Poor | Fair | Very poor | Good |
| Archuleta | Very poor | Very poor | Fair | Poor | Good | Very poor | Very poor | Poor | Fair | Very poor | Fair |
| Rock outcrop | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor |
| 121: | | | | | | | | | | | |
| Sheek | Very poor | Very poor | Good | Good | Good | Very poor | Very poor | Poor | Fair | Very poor | Good |
| Archuleta | Very poor | Very poor | Fair | Poor | Good | Very poor | Very poor | Poor | Fair | Very poor | Fair |
| Rock outcrop | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor |
| 122: | | | | | | | | | | | |
| Sheppard | Very poor | Very poor | Poor | Poor | Poor | Very poor | Very poor | Very poor | Poor | Very poor | Poor |
| 123: | | | | | | | | | | | |
| Sideshow | Fair | Good | Fair | Poor | Fair | Poor | Very poor | Fair | Poor | Very poor | Fair |
| 124: | | | | | | | | | | | |
| Sideshow | Poor | Fair | Fair | Poor | Fair | Very poor | Very poor | Fair | Poor | Very poor | Fair |
| 125: | | | | | | | | | | | |
| Sideshow | Poor | Fair | Fair | Poor | Fair | Very poor | Very poor | Fair | Poor | Very poor | Fair |
| 126: | | | | | | | | | | | |
| Sideshow | Poor | Fair | Fair | Poor | Fair | Very poor | Very poor | Fair | Poor | Very poor | Fair |
| Zigzag | Poor | Poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| 127: | | | | | | | | | | | |
| Sideslide | Poor | Fair | Poor | Poor | Poor | Poor | Very poor | Poor | Poor | Very poor | Poor |

Table 9.--Wildlife Habitat--Continued

| Map symbol and soil name | Potential for habitat elements: Grain and seed crops | Grasses and legumes | Wild herbaceous plants | Coniferous plants | Shrubs | Wetland plants | Shallow water areas | Potential as habitat for--: Openland wildlife | Woodland wildlife | Wetland wildlife | Rangeland wildlife |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 128: | | | | | | | | | | | |
| Stephouse | Very poor | Very poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| Rock outcrop | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor |
| 129: | | | | | | | | | | | |
| Torriorthents | Very poor | Very poor | Very poor | Very poor | Poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor |
| 130: | | | | | | | | | | | |
| Torriorthents | Very poor | Very poor | Very poor | Very poor | Poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor |
| Badland | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor |
| 131: | | | | | | | | | | | |
| Tragmon | Poor | Poor | Fair | Good | Fair | Very poor | Very poor | Poor | Good | Very poor | Fair |
| Sheek | Very poor | Very poor | Good | Good | Good | Very poor | Very poor | Poor | Fair | Very poor | Good |
| 132: | | | | | | | | | | | |
| Typic Argiaquolls | Poor | Fair | Fair | Poor | Poor | Fair | Fair | Poor | Poor | Fair | Poor |
| 133: | | | | | | | | | | | |
| Typic Torriorthents | Very poor | Very poor | Very poor | Poor | Poor | Very poor | Very poor | Very poor | Poor | Very poor | Very poor |
| Rock outcrop | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor |
| 134: | | | | | | | | | | | |
| Umbarg | Poor | Fair | Good | Good | Poor | Good | Fair | Fair | Good | Fair | Fair |
| Winner | Poor | Fair | Fair | Poor | Fair | Good | Good | Fair | Poor | Good | Fair |
| Tesajo | Poor | Fair | Good | Good | Good | Good | Fair | Fair | Good | Fair | Good |
| 135: | | | | | | | | | | | |
| Ustic Torrifluvents | Very poor | Poor | Very poor | Poor | Good | Fair | Poor | Poor | Poor | Poor | Poor |

Table 9.--Wildlife Habitat--Continued

| Map symbol and soil name | Potential for habitat elements | | | | | | | Potential as habitat for-- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Grain and seed crops | Grasses and legumes | Wild herbaceous plants | Coniferous plants | Shrubs | Wetland plants | Shallow water areas | Openland wildlife | Woodland wildlife | Wetland wildlife | Rangeland wildlife |
| 136: | | | | | | | | | | | |
| Ustic Torriorthents | Poor | Poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| Gullied land | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Good | Very poor | Very poor | Fair | Very poor |
| 137: | | | | | | | | | | | |
| Ustorthents | Very poor | Very poor | Very poor | Very poor | Poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor |
| 138: | | | | | | | | | | | |
| Uzacol | Very poor | Very poor | Poor | Poor | Poor | Very poor | Very poor | Very poor | Poor | Very poor | Poor |
| Zwicker | Poor | Poor | Poor | Poor | Poor | Very poor | Very poor | Poor | Poor | Very poor | Poor |
| Claysprings | Poor | Poor | Poor | Poor | Poor | Very poor | Very poor | Poor | Poor | Very poor | Poor |
| 139: | | | | | | | | | | | |
| Water | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 140: | | | | | | | | | | | |
| Wauquie | Very poor | Very poor | Fair | Fair | Good | Poor | Very poor | Poor | Fair | Very poor | Fair |
| 141: | | | | | | | | | | | |
| Wauquie | Very poor | Very poor | Fair | Fair | Good | Poor | Very poor | Poor | Fair | Very poor | Fair |
| Dolcan | Very poor | Very poor | Poor | Poor | Fair | Very poor | Very poor | Very poor | Very poor | Very poor | Poor |
| 142: | | | | | | | | | | | |
| Wauquie | Very poor | Very poor | Fair | Fair | Good | Poor | Very poor | Poor | Fair | Very poor | Fair |
| Dolcan | Very poor | Very poor | Poor | Poor | Fair | Very poor | Very poor | Very poor | Very poor | Very poor | Poor |
| Rock outcrop | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor | Very poor |

Table 9.--Wildlife Habitat--Continued

| Map symbol and soil name | Potential for habitat elements: Grain and seed crops | Grasses and legumes | Wild herbaceous plants | Coniferous plants | Shrubs | Wetland plants | Shallow water areas | Potential as habitat for--: Openland wildlife | Woodland wildlife | Wetland wildlife | Rangeland wildlife |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 143: Wetherill | Fair | Fair | Fair | Fair | Fair | Poor | Very poor | Fair | Fair | Very poor | Fair |
| 144: Wetherill | Fair | Fair | Fair | Fair | Fair | Poor | Very poor | Fair | Fair | Very poor | Fair |
| 145: Wetherill | Poor | Fair | Fair | Fair | Fair | Very poor | Very poor | Fair | Fair | Very poor | Fair |
| 146: Yarts | Fair | Fair | Fair | Poor | Fair | Poor | Very poor | Fair | Poor | Very poor | Fair |
| 147: Yarts | Fair | Fair | Fair | Poor | Fair | Poor | Very poor | Fair | Poor | Very poor | Fair |
| 148: Zau | Poor | Fair | Good | --- | Good | Poor | Poor | Fair | Fair | Poor | Good |
| 149: Zigzag | Poor | Poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| 150: Zigzag | Very poor | Very poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Very poor | Very poor | Fair |
| Sideshow | Poor | Fair | Fair | Poor | Fair | Very poor | Very poor | Fair | Poor | Very poor | Fair |
| 151: Zyme | Poor | Poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Poor | Very poor | Fair |
| 152: Zyme | Very poor | Very poor | Fair | Poor | Fair | Very poor | Very poor | Poor | Very poor | Very poor | Fair |

Table 10.--Building Site Development

(The information in this report indicates the dominant soil condition but does not eliminate the need for onsite investigation. See text for definition of terms used in this table. Absence of an entry indicates that no rating is applicable.)

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 1: | | | | | | |
| Ackmen | Slight | Severe: flooding | Severe: flooding | Severe: flooding | Moderate: flooding low strength | Slight |
| 2: | | | | | | |
| Ackmen | Slight | Severe: flooding | Severe: flooding | Severe: flooding | Moderate: flooding low strength | Slight |
| 3: | | | | | | |
| Arabrab | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock |
| 4: | | | | | | |
| Arabrab | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: slope depth to rock | Severe: depth to rock | Severe: depth to rock |
| Longburn | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: slope depth to rock | Severe: depth to rock | Severe: large stones depth to rock |
| 5: | | | | | | |
| Archuleta | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock | Severe: slope | Severe: slope | Severe: slope depth to rock |
| Sanchez | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope small stones depth to rock |
| 6: | | | | | | |
| Argiustolls | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: low strength slope | Severe: large stones slope small stones |

Table 10.--Building Site Development--Continued

| Map symbol And Soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 6: | | | | | | |
| Haplustalfs | Severe: slope depth to rock | Severe: shrink-swell slope | Severe: shrink-swell slope depth to rock | Severe: shrink-swell slope | Severe: low strength shrink-swell slope | Severe: large stones slope small stones |
| 7: | | | | | | |
| Argiustolls | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: low strength slope | Severe: large stones slope small stones |
| Haplustalfs | Severe: slope depth to rock | Severe: shrink-swell slope | Severe: shrink-swell slope depth to rock | Severe: shrink-swell slope | Severe: low strength shrink-swell slope | Severe: large stones slope small stones |
| Rock outcrop | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock |
| 8: | | | | | | |
| Barx | Slight | Slight | Slight | Moderate: slope | Moderate: frost action | Slight |
| 9: | | | | | | |
| Barx | Moderate: slope | Moderate: slope | Moderate: slope | Severe: slope | Moderate: frost action slope | Moderate: slope |
| 10: | | | | | | |
| Barx | Slight | Moderate: shrink-swell | Slight | Moderate: shrink-swell | Severe: low strength | Slight |
| 11: | | | | | | |
| Barx | Slight | Slight | Slight | Moderate: slope | Moderate: frost action | Slight |
| Gapmesa | Severe: depth to rock | Moderate: depth to rock | Severe: depth to rock | Moderate: slope depth to rock | Moderate: depth to rock | Moderate: depth to rock |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 12: | | | | | | |
| Battlerock | Slight | Severe: flooding | Severe: flooding | Severe: flooding | Moderate: flooding | Slight |
| 13: | | | | | | |
| Beje | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock |
| Tragmon | Slight | Slight | Slight | Moderate: slope | Moderate: frost action | Moderate: large stones |
| 14: | | | | | | |
| Burnson | Moderate: slope too clayey depth to rock | Severe: shrink-swell | Severe: shrink-swell | Severe: shrink-swell slope | Severe: low strength shrink-swell | Moderate: slope |
| 15: | | | | | | |
| Burnson, dry | Moderate: slope too clayey depth to rock | Severe: shrink-swell | Severe: shrink-swell | Severe: shrink-swell slope | Severe: low strength shrink-swell | Moderate: slope |
| 16: | | | | | | |
| Burnson | Severe: slope | Severe: shrink-swell slope | Severe: shrink-swell slope | Severe: shrink-swell slope | Severe: low strength shrink-swell slope | Severe: slope |
| Herm | Severe: slope | Severe: shrink-swell slope | Severe: slope | Severe: shrink-swell slope | Severe: low strength shrink-swell slope | Severe: slope |
| 17: | | | | | | |
| Cahona | Slight | Moderate: shrink-swell | Slight | Moderate: shrink-swell | Moderate: low strength shrink-swell | Slight |
| 18: | | | | | | |
| Cahona | Slight | Moderate: shrink-swell | Slight | Moderate: shrink-swell slope | Moderate: low strength shrink-swell | Slight |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 19: | | | | | | |
| Cahona | Moderate: slope | Moderate: shrink-swell slope | Moderate: slope | Severe: slope | Moderate: low strength shrink-swell slope | Moderate: slope |
| 20: | | | | | | |
| Cahona | Slight | Moderate: shrink-swell | Slight | Moderate: shrink-swell slope | Moderate: low strength shrink-swell | Slight |
| Pulpit | Severe: depth to rock | Moderate: shrink-swell depth to rock | Severe: depth to rock | Moderate: shrink-swell slope depth to rock | Severe: low strength | Moderate: depth to rock |
| 21: | | | | | | |
| Cahona | Slight | Moderate: shrink-swell | Slight | Moderate: shrink-swell slope | Moderate: low strength shrink-swell | Slight |
| Sharps | Moderate: depth to rock | Slight | Moderate: depth to rock | Moderate: slope | Slight | Moderate: depth to rock |
| Wetherill | Slight | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell slope | Moderate: low strength shrink-swell | Slight |
| 22: | | | | | | |
| Claysprings | Severe: slope depth to rock | Severe: shrink-swell slope | Severe: shrink-swell slope depth to rock | Severe: shrink-swell slope | Severe: low strength shrink-swell slope | Severe: slope depth to rock |
| 23: | | | | | | |
| Collide | Moderate: too clayey | Severe: shrink-swell | Moderate: shrink-swell | Severe: shrink-swell | Severe: low strength shrink-swell | Slight |
| 24: | | | | | | |
| Collide | Moderate: slope too clayey | Severe: shrink-swell | Moderate: shrink-swell slope | Severe: shrink-swell slope | Severe: low strength shrink-swell | Moderate: slope |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 25: | | | | | | |
| Collide | Moderate: too clayey | Severe: shrink-swell | Moderate: shrink-swell | Severe: shrink-swell | Severe: low strength shrink-swell | Slight |
| Collide, cobbly substratum | Moderate: too clayey | Severe: shrink-swell | Severe: shrink-swell | Severe: shrink-swell | Severe: low strength shrink-swell | Slight |
| 26: | | | | | | |
| Collide | Moderate: too clayey | Severe: shrink-swell | Moderate: shrink-swell | Severe: shrink-swell | Severe: low strength shrink-swell | Slight |
| Collide, cobbly substratum | Moderate: too clayey | Severe: shrink-swell | Severe: shrink-swell | Severe: shrink-swell | Severe: low strength shrink-swell | Slight |
| 27: | | | | | | |
| Dalmatian | Moderate: wetness | Severe: flooding | Severe: flooding | Severe: flooding | Moderate: flooding frost action | Slight |
| Apmay | Severe: wetness | Severe: flooding wetness | Severe: flooding wetness | Severe: flooding wetness | Moderate: flooding frost action wetness | Moderate: wetness |
| Schrader | Severe: wetness | Severe: flooding wetness | Severe: flooding wetness | Severe: flooding wetness | Severe: flooding frost action | Moderate: flooding wetness |
| 28: | | | | | | |
| Dam | --- | --- | --- | --- | --- | --- |
| 29: | | | | | | |
| Endoaquolls | Severe: wetness cutbanks cave | Severe: flooding wetness | Severe: flooding wetness | Severe: flooding wetness | Severe: flooding wetness | Severe: flooding wetness |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 29: | | | | | | |
| Ustifluvents------- | Severe: cutbanks cave | Severe: flooding | Severe: flooding | Severe: flooding | Severe: flooding | Moderate: large stones droughty |
| 30: | | | | | | |
| Falconry----------- | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: slope depth to rock | Severe: depth to rock | Severe: depth to rock |
| 31: | | | | | | |
| Farb--------------- | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock |
| Rock outcrop------- | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock |
| 32: | | | | | | |
| Fardraw------------ | Moderate: large stones slope too clayey | Moderate: large stones shrink-swell slope | Moderate: large stones shrink-swell slope | Severe: slope | Moderate: low strength shrink-swell slope | Moderate: large stones slope droughty |
| 33: | | | | | | |
| Fardraw------------ | Severe: large stones | Severe: large stones | Severe: large stones | Severe: large stones | Severe: large stones | Severe: large stones small stones |
| 34: | | | | | | |
| Fardraw------------ | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope small stones |
| 35: | | | | | | |
| Fardraw------------ | Severe: large stones | Severe: large stones | Severe: large stones | Severe: large stones | Severe: large stones | Severe: large stones small stones |
| Granath------------ | Slight | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell slope | Severe: low strength | Slight |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 36: | | | | | | |
| Fivepine | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: low strength depth to rock | Severe: depth to rock |
| Nortez | Severe: depth to rock | Severe: shrink-swell | Severe: shrink-swell depth to rock | Severe: shrink-swell | Severe: low strength shrink-swell | Moderate: depth to rock |
| 37: | | | | | | |
| Fluvaquents | Severe: wetness cutbanks cave | Severe: flooding wetness | Severe: flooding wetness | Severe: flooding wetness | Severe: flooding | Severe: flooding |
| Haplustolls | Severe: cutbanks cave | Severe: flooding | Severe: flooding | Severe: flooding | Moderate: flooding large stones | Moderate: droughty |
| 38: | | | | | | |
| Fluvents | Severe: cutbanks cave | Severe: flooding | Severe: flooding | Severe: flooding | Severe: flooding | Severe: droughty |
| Fluvaquents | Severe: wetness cutbanks cave | Severe: flooding wetness | Severe: flooding wetness | Severe: flooding wetness | Severe: flooding | Severe: flooding |
| 39: | | | | | | |
| Fughes | Moderate: too clayey | Severe: shrink-swell | Severe: shrink-swell | Severe: shrink-swell | Severe: low strength shrink-swell | Slight |
| 40: | | | | | | |
| Fughes | Severe: slope | Severe: slope | Severe: shrink-swell slope | Severe: slope | Severe: low strength slope | Severe: slope |
| Herm | Severe: slope | Severe: shrink-swell slope | Severe: slope | Severe: shrink-swell slope | Severe: low strength shrink-swell slope | Severe: slope |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 41: | | | | | | |
| Fughes | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: low strength slope | Severe: slope |
| Sheek | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: large stones slope |
| 42: | | | | | | |
| Gladel | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock |
| Pulpit | Severe: depth to rock | Moderate: shrink-swell depth to rock | Severe: depth to rock | Moderate: shrink-swell slope depth to rock | Severe: low strength | Moderate: depth to rock |
| 43: | | | | | | |
| Goldbug | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope |
| 44: | | | | | | |
| Granath | Slight | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell slope | Severe: low strength | Slight |
| 45: | | | | | | |
| Granath | Moderate: slope | Moderate: shrink-swell slope | Moderate: shrink-swell slope | Severe: slope | Severe: low strength | Moderate: slope |
| 46: | | | | | | |
| Granath | Moderate: too clayey | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell slope | Severe: low strength | Slight |
| Fughes | Moderate: too clayey | Moderate: shrink-swell | Severe: shrink-swell | Moderate: shrink-swell slope | Severe: low strength | Slight |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 47: | | | | | | |
| Granath | Moderate: too clayey | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell slope | Severe: low strength | Slight |
| Nortez | Severe: depth to rock | Severe: shrink-swell | Severe: shrink-swell depth to rock | Severe: shrink-swell | Severe: low strength shrink-swell | Moderate: depth to rock |
| 48: | | | | | | |
| Granath | Moderate: too clayey | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell slope | Severe: low strength | Slight |
| Ormiston | Severe: large stones | Severe: large stones | Severe: large stones | Severe: large stones | Severe: large stones | Moderate: large stones droughty |
| Fivepine | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: low strength depth to rock | Severe: depth to rock |
| 49: | | | | | | |
| Herm | Severe: slope | Severe: shrink-swell slope | Severe: slope | Severe: shrink-swell slope | Severe: low strength shrink-swell slope | Severe: slope |
| 50: | | | | | | |
| Herm | Severe: slope | Severe: shrink-swell slope | Severe: shrink-swell slope | Severe: shrink-swell slope | Severe: low strength shrink-swell slope | Severe: large stones slope small stones |
| 51: | | | | | | |
| Herm | Moderate: too clayey | Severe: shrink-swell | Moderate: shrink-swell | Severe: shrink-swell | Severe: low strength shrink-swell | Slight |
| Pagoda | Slight | Severe: shrink-swell | Severe: shrink-swell | Moderate: shrink-swell slope | Severe: low strength shrink-swell | Slight |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 52: Hesperus | Slight | Slight | Slight | Slight | Severe: low strength | Slight |
| 53: Hesperus | Slight | Slight | Slight | Moderate: slope | Severe: low strength | Slight |
| 54: Hesperus | Moderate: slope | Moderate: slope | Moderate: slope | Severe: slope | Severe: low strength | Moderate: slope |
| 55: Hesperus | Slight | Slight | Slight | Moderate: slope | Severe: low strength | Slight |
| 56: Ilex | Moderate: too clayey | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell slope | Severe: low strength | Slight |
| 57: Ilex | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: low strength slope | Severe: slope |
| 58: Ilex | Moderate: too clayey | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell slope | Severe: low strength | Slight |
| Granath | Slight | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell slope | Severe: low strength | Slight |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 59: | | | | | | |
| Ilex | Moderate: slope too clayey | Moderate: shrink-swell slope | Moderate: shrink-swell slope | Severe: slope | Severe: low strength | Moderate: slope |
| Granath | Moderate: slope | Moderate: shrink-swell slope | Moderate: shrink-swell slope | Severe: slope | Severe: low strength | Moderate: slope |
| 60: | | | | | | |
| Ilex | Moderate: slope too clayey | Moderate: shrink-swell slope | Moderate: shrink-swell slope | Severe: slope | Severe: low strength | Moderate: large stones slope small stones |
| Pramiss | Moderate: slope too clayey depth to rock | Severe: shrink-swell | Severe: shrink-swell | Severe: shrink-swell slope | Severe: low strength shrink-swell | Severe: large stones |
| Falconry | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: slope depth to rock | Severe: depth to rock | Severe: depth to rock |
| 61: | | | | | | |
| Ilex | Moderate: too clayey | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell slope | Severe: low strength | Slight |
| Pramiss | Moderate: too clayey depth to rock | Severe: shrink-swell | Severe: shrink-swell | Severe: shrink-swell | Severe: low strength shrink-swell | Moderate: large stones depth to rock |
| Granath | Slight | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell slope | Severe: low strength | Slight |
| 62: | | | | | | |
| Irak | Severe: wetness | Severe: flooding wetness | Severe: flooding wetness | Severe: flooding wetness | Severe: low strength | Moderate: wetness |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 63: | | | | | | |
| Jemco | Severe: depth to rock | Moderate: slope depth to rock | Severe: depth to rock | Severe: slope | Moderate: frost action slope depth to rock | Moderate: slope depth to rock |
| Detra | Moderate: slope depth to rock | Moderate: slope | Moderate: slope depth to rock | Severe: slope | Moderate: frost action slope | Moderate: slope |
| Beje | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: slope depth to rock | Severe: depth to rock | Severe: depth to rock |
| Fughes | --- | --- | --- | --- | --- | --- |
| 64: | | | | | | |
| Lazear | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope small stones depth to rock |
| Rock outcrop | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | --- | Severe: slope depth to rock | Severe: slope depth to rock |
| 65: | | | | | | |
| Lillings | Slight | Severe: flooding | Severe: flooding | Severe: flooding | Moderate: flooding low strength | Severe: excess salt |
| 66: | | | | | | |
| Lillings | Slight | Severe: flooding | Severe: flooding | Severe: flooding | Moderate: flooding low strength | Severe: excess salt |
| 67: | | | | | | |
| Lillings | Slight | Severe: flooding | Severe: flooding | Severe: flooding | Moderate: flooding low strength | Severe: excess salt |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 68: | | | | | | |
| Longburn----------- | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: large stones slope depth to rock |
| Rock outcrop------- | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock |
| 69: | | | | | | |
| Longburn----------- | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: large stones slope depth to rock |
| Rock outcrop------- | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock |
| 70: | | | | | | |
| Mack--------------- | Slight | Slight | Slight | Slight | Slight | Slight |
| 71: | | | | | | |
| Mikett------------- | Severe: wetness | Severe: wetness | Severe: wetness | Severe: wetness | Moderate: frost action wetness | Severe: excess sodium |
| 72: | | | | | | |
| Mikett------------- | Moderate: wetness | Slight | Moderate: wetness | Slight | Moderate: frost action | Moderate: excess salt |
| 73: | | | | | | |
| Mikim-------------- | Slight | Slight | Slight | Slight | Slight | Moderate: excess salt |
| 74: | | | | | | |
| Mikim-------------- | Slight | Slight | Slight | Slight | Slight | Severe: excess sodium excess salt |
| 75: | | | | | | |
| Mikim-------------- | Slight | Slight | Slight | Moderate: slope | Slight | Moderate: excess salt |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 76: | | | | | | |
| Morefield | Slight | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: frost action low strength shrink-swell | Slight |
| 77: | | | | | | |
| Morefield | Slight | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell slope | Moderate: frost action low strength shrink-swell | Slight |
| 78: | | | | | | |
| Nortez | Severe: depth to rock | Severe: shrink-swell | Severe: shrink-swell depth to rock | Severe: shrink-swell | Severe: low strength shrink-swell | Moderate: depth to rock |
| Granath | Slight | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell | Severe: low strength | Slight |
| 79: | | | | | | |
| Northrim | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: large stones slope |
| 80: | | | | | | |
| Ormiston | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope | Severe: slope |
| Beje | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock |
| 81: | | | | | | |
| Ormiston | Severe: large stones | Severe: large stones | Severe: large stones | Severe: large stones | Severe: large stones | Moderate: large stones droughty |
| Fivepine | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: low strength depth to rock | Severe: depth to rock |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 82: | | | | | | |
| Ormiston----------- | Moderate: too clayey depth to rock | Moderate: large stones shrink-swell | Moderate: shrink-swell depth to rock | Moderate: large stones shrink-swell slope | Moderate: low strength shrink-swell | Severe: large stones small stones |
| Granath------------ | Slight | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell slope | Severe: low strength | Slight |
| 83: | | | | | | |
| Ormiston----------- | Moderate: too clayey depth to rock | Moderate: large stones shrink-swell | Moderate: shrink-swell depth to rock | Moderate: large stones shrink-swell slope | Moderate: low strength shrink-swell | Severe: large stones small stones |
| Nortez------------- | Severe: depth to rock | Severe: shrink-swell | Severe: shrink-swell depth to rock | Severe: shrink-swell | Severe: low strength shrink-swell | Moderate: depth to rock |
| 84: | | | | | | |
| Payter------------- | Moderate: slope | Moderate: slope | Moderate: slope | Severe: slope | Moderate: frost action slope | Moderate: slope |
| 85: | | | | | | |
| Pinacol------------ | Moderate: large stones too clayey | Moderate: large stones shrink-swell | Moderate: large stones | Moderate: large stones shrink-swell slope | Moderate: low strength shrink-swell | Moderate: large stones droughty |
| 86: | | | | | | |
| Pinacol------------ | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope |
| 87: | | | | | | |
| Pits--------------- | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 88: | | | | | | |
| Pogo | Severe: wetness | Severe: flooding wetness | Severe: flooding wetness | Severe: flooding wetness | Severe: flooding frost action wetness | Severe: flooding wetness |
| 89: | | | | | | |
| Pramiss | Severe: slope | Severe: shrink-swell slope | Severe: shrink-swell slope | Severe: shrink-swell slope | Severe: low strength shrink-swell slope | Severe: large stones slope |
| 90: | | | | | | |
| Pramiss | Moderate: too clayey depth to rock | Severe: shrink-swell | Severe: shrink-swell | Severe: shrink-swell | Severe: low strength shrink-swell | Moderate: large stones depth to rock |
| Granath | Slight | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell slope | Severe: low strength | Slight |
| 91: | | | | | | |
| Prater | Severe: slope | Severe: shrink-swell slope | Severe: shrink-swell slope | Severe: shrink-swell slope | Severe: low strength shrink-swell slope | Severe: slope |
| 92: | | | | | | |
| Prater | Severe: slope | Severe: shrink-swell slope | Severe: shrink-swell slope | Severe: shrink-swell slope | Severe: low strength shrink-swell slope | Severe: slope |
| Dolcan | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock | Severe: slope | Severe: slope | Severe: large stones slope small stones |
| 93: | | | | | | |
| Pulpit | Severe: depth to rock | Moderate: depth to rock | Severe: depth to rock | Moderate: slope depth to rock | Severe: low strength | Moderate: depth to rock |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 94: | | | | | | |
| Pulpit | Severe: depth to rock | Moderate: shrink-swell depth to rock | Severe: depth to rock | Moderate: shrink-swell slope depth to rock | Severe: low strength | Moderate: depth to rock |
| 95: | | | | | | |
| Pulpit | Severe: depth to rock | Moderate: shrink-swell slope depth to rock | Severe: depth to rock | Severe: slope | Severe: low strength | Moderate: slope depth to rock |
| 96: | | | | | | |
| Purcella | Severe: large stones | Severe: large stones | Severe: large stones | Severe: large stones | Severe: large stones | Moderate: droughty |
| 97: | | | | | | |
| Ramper | Slight | Severe: flooding | Severe: flooding | Severe: flooding | Moderate: flooding | Slight |
| 98: | | | | | | |
| Ramper | Slight | Severe: flooding | Severe: flooding | Severe: flooding | Moderate: flooding | Slight |
| 99: | | | | | | |
| Ravola | Severe: cutbanks cave | Slight | Slight | Slight | Slight | Severe: excess salt |
| 100: | | | | | | |
| Recapture | Slight | Slight | Slight | Slight | Slight | Severe: excess sodium |
| 101: | | | | | | |
| Recapture | Slight | Severe: flooding | Severe: flooding | Severe: flooding | Moderate: flooding low strength shrink-swell | Severe: excess sodium excess salt |
| 102: | | | | | | |
| Ricot | Moderate: too clayey | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell | Severe: low strength | Slight |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 103: | | | | | | |
| Ricot | Moderate: too clayey | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell slope | Severe: low strength | Slight |
| 104: | | | | | | |
| Ricot | Moderate: slope too clayey | Moderate: shrink-swell slope | Moderate: shrink-swell slope | Severe: slope | Severe: low strength | Moderate: slope |
| 105: | | | | | | |
| Rizno | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock |
| Gapmesa | Severe: depth to rock | Moderate: depth to rock | Severe: depth to rock | Moderate: slope depth to rock | Moderate: depth to rock | Moderate: depth to rock |
| 106: | | | | | | |
| Rizno | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: slope depth to rock | Severe: depth to rock | Severe: depth to rock |
| Littlenan | Moderate: slope too clayey depth to rock | Moderate: shrink-swell slope | Moderate: shrink-swell slope depth to rock | Severe: slope | Severe: low strength | Moderate: large stones slope small stones |
| Bodry | Severe: slope | Severe: shrink-swell slope | Severe: shrink-swell slope | Severe: shrink-swell slope | Severe: low strength shrink-swell slope | Severe: large stones slope small stones |
| 107: | | | | | | |
| Rizno | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: slope depth to rock | Severe: depth to rock | Severe: depth to rock |
| Ruinpoint | Slight | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell slope | Severe: low strength | Slight |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 107: | | | | | | |
| Rock outcrop------- | --- | Severe: depth to rock | Severe: depth to rock | --- | Severe: depth to rock | Severe: depth to rock |
| 108: | | | | | | |
| Rock outcrop------- | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: slope depth to rock | Severe: depth to rock | Severe: depth to rock |
| 109: | | | | | | |
| Romberg------------ | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Moderate: large stones small stones droughty |
| Crosscan----------- | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock | Severe: slope | Severe: slope | Severe: large stones slope small stones |
| 110: | | | | | | |
| Romberg------------ | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: large stones small stones |
| Crosscan----------- | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock | Severe: slope | Severe: slope | Severe: large stones slope small stones |
| Rock outcrop------- | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock |
| 111: | | | | | | |
| Roubideau---------- | Severe: depth to rock | Moderate: shrink-swell depth to rock | Severe: depth to rock | Moderate: shrink-swell depth to rock | Moderate: low strength shrink-swell depth to rock | Moderate: depth to rock |
| 112: | | | | | | |
| Sharps------------- | Moderate: depth to rock | Slight | Moderate: depth to rock | Moderate: slope | Slight | Moderate: depth to rock |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 113: | | | | | | |
| Sharps | Moderate: slope depth to rock | Moderate: slope | Moderate: slope depth to rock | Severe: slope | Moderate: slope | Moderate: slope depth to rock |
| 114: | | | | | | |
| Sharps, Dry | Moderate: slope depth to rock | Moderate: slope | Moderate: slope depth to rock | Severe: slope | Moderate: slope | Moderate: slope depth to rock |
| 115: | | | | | | |
| Sharps, Dry | Moderate: slope depth to rock | Moderate: slope | Moderate: slope depth to rock | Severe: slope | Moderate: slope | Moderate: slope depth to rock |
| Gapmesa | Severe: depth to rock | Moderate: slope depth to rock | Severe: depth to rock | Severe: slope | Moderate: slope depth to rock | Moderate: slope depth to rock |
| 116: | | | | | | |
| Sharps | Moderate: slope depth to rock | Moderate: slope | Moderate: slope depth to rock | Severe: slope | Moderate: slope | Moderate: slope depth to rock |
| Cahona | Moderate: slope | Moderate: shrink-swell slope | Moderate: slope | Severe: slope | Moderate: low strength shrink-swell slope | Moderate: slope |
| 117: | | | | | | |
| Sharps | Moderate: depth to rock | Slight | Moderate: depth to rock | Moderate: slope | Slight | Moderate: depth to rock |
| Pulpit | Severe: depth to rock | Moderate: shrink-swell depth to rock | Severe: depth to rock | Moderate: shrink-swell slope depth to rock | Severe: low strength | Moderate: depth to rock |
| 118: | | | | | | |
| Sharps | Moderate: slope depth to rock | Moderate: slope | Moderate: slope depth to rock | Severe: slope | Moderate: slope | Moderate: slope depth to rock |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 118: | | | | | | |
| Pulpit | Severe: depth to rock | Moderate: shrink-swell slope depth to rock | Severe: depth to rock | Severe: slope | Severe: low strength | Moderate: slope depth to rock |
| 119: | | | | | | |
| Sheek | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope small stones |
| Archuleta | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock | Severe: slope | Severe: slope | Severe: large stones small stones depth to rock |
| 120: | | | | | | |
| Sheek | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope small stones |
| Archuleta | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock | Severe: slope | Severe: slope | Severe: large stones small stones depth to rock |
| Rock outcrop | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock |
| 121: | | | | | | |
| Sheek | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope small stones |
| Archuleta | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock | Severe: slope | Severe: slope | Severe: large stones small stones depth to rock |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 121: | | | | | | |
| Rock outcrop------- | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock |
| 122: | | | | | | |
| Sheppard----------- | Severe: cutbanks cave | Slight | Slight | Slight | Slight | Moderate: droughty |
| 123: | | | | | | |
| Sideshow----------- | Moderate: too clayey | Severe: shrink-swell | Severe: shrink-swell | Severe: shrink-swell | Severe: low strength shrink-swell | Slight |
| 124: | | | | | | |
| Sideshow----------- | Moderate: too clayey | Severe: shrink-swell | Severe: shrink-swell | Severe: shrink-swell | Severe: low strength shrink-swell | Slight |
| 125: | | | | | | |
| Sideshow----------- | Moderate: slope too clayey | Severe: shrink-swell | Severe: shrink-swell | Severe: shrink-swell slope | Severe: low strength shrink-swell | Moderate: slope |
| 126: | | | | | | |
| Sideshow----------- | Moderate: slope too clayey | Severe: shrink-swell | Severe: shrink-swell | Severe: shrink-swell slope | Severe: low strength shrink-swell | Moderate: slope |
| Zigzag------------- | Severe: depth to rock | Severe: shrink-swell | Severe: shrink-swell depth to rock | Severe: shrink-swell slope | Severe: low strength shrink-swell | Severe: small stones depth to rock |
| 127: | | | | | | |
| Sideslide---------- | Severe: wetness | Severe: shrink-swell | Severe: shrink-swell wetness | Severe: shrink-swell | Severe: frost action low strength shrink-swell | Slight |
| 128: | | | | | | |
| Stephouse---------- | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 128: | | | | | | |
| Rock outcrop------- | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock |
| 129: | | | | | | |
| Torriorthents------ | Severe: large stones slope depth to rock | Severe: large stones slope | Severe: large stones slope depth to rock | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope small stones |
| 130: | | | | | | |
| Torriorthents------ | Severe: large stones slope depth to rock | Severe: large stones slope | Severe: large stones slope depth to rock | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope small stones |
| Badland------------ | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock | Severe: slope | Severe: slope | Severe: slope depth to rock |
| 131: | | | | | | |
| Tragmon------------ | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope |
| Sheek-------------- | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope |
| 132: | | | | | | |
| Typic Argiaquolls------- | Severe: wetness | Severe: flooding wetness | Severe: flooding wetness | Severe: flooding wetness | Severe: frost action wetness | Severe: wetness |
| 133: | | | | | | |
| Typic Torriorthents----- | Severe: large stones slope depth to rock | Severe: large stones slope | Severe: large stones slope depth to rock | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope small stones |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 133: | | | | | | |
| Rock outcrop------- | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock |
| 134: | | | | | | |
| Umbarg------------- | Moderate: wetness | Severe: flooding | Severe: flooding | Severe: flooding | Moderate: flooding frost action | Slight |
| Winner------------- | Severe: wetness | Severe: flooding wetness | Severe: flooding wetness | Severe: flooding wetness | Severe: frost action wetness | Severe: wetness |
| Tesajo------------- | Severe: large stones cutbanks cave | Severe: flooding large stones | Severe: flooding large stones | Severe: flooding large stones | Severe: large stones | Severe: droughty |
| 135: | | | | | | |
| Ustic Torrifluvents----- | Severe: cutbanks cave | Severe: flooding | Severe: flooding | Severe: flooding | Moderate: flooding | Moderate: excess salt droughty |
| 136: | | | | | | |
| Ustic Torriorthents----- | Severe: depth to rock | Moderate: shrink-swell depth to rock | Severe: depth to rock | Moderate: shrink-swell slope depth to rock | Moderate: shrink-swell depth to rock | Severe: depth to rock |
| Gullied land------- | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable |
| 137: | | | | | | |
| Ustorthents-------- | Severe: large stones slope depth to rock | Severe: large stones slope | Severe: large stones slope depth to rock | Severe: large stones slope | Severe: large stones slope | Severe: large stones slope small stones |
| 138: | | | | | | |
| Uzacol------------- | Moderate: too clayey | Severe: shrink-swell | Severe: shrink-swell | Severe: shrink-swell | Severe: low strength shrink-swell | Severe: excess sodium |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 138: | | | | | | |
| Zwicker | Moderate: too clayey depth to rock | Severe: shrink-swell | Severe: shrink-swell depth to rock | Severe: shrink-swell slope | Severe: low strength | Moderate: large stones small stones |
| Claysprings | Severe: depth to rock | Severe: shrink-swell | Severe: shrink-swell depth to rock | Severe: shrink-swell | Severe: low strength shrink-swell | Severe: depth to rock |
| 139: | | | | | | |
| Water | --- | --- | --- | --- | --- | --- |
| 140: | | | | | | |
| Wauquie | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope small stones |
| 141: | | | | | | |
| Wauquie | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope |
| Dolcan | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock | Severe: slope | Severe: slope | Severe: large stones slope small stones |
| 142: | | | | | | |
| Wauquie | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: slope |
| Dolcan | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock | Severe: slope | Severe: slope | Severe: large stones slope small stones |
| Rock outcrop | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 143: Wetherill | Slight | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: low strength shrink-swell | Slight |
| 144: Wetherill | Slight | Moderate: shrink-swell | Moderate: shrink-swell | Moderate: shrink-swell slope | Moderate: low strength shrink-swell | Slight |
| 145: Wetherill | Moderate: slope | Moderate: shrink-swell slope | Moderate: shrink-swell slope | Severe: slope | Moderate: low strength shrink-swell slope | Moderate: slope |
| 146: Yarts | Slight | Slight | Slight | Moderate: slope | Slight | Slight |
| 147: Yarts | Slight | Slight | Slight | Slight | Slight | Slight |
| 148: Zau | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Severe: low strength slope | Severe: slope |
| 149: Zigzag | Severe: depth to rock | Severe: shrink-swell | Severe: shrink-swell depth to rock | Severe: shrink-swell slope | Severe: low strength shrink-swell | Severe: small stones depth to rock |
| 150: Zigzag | Severe: slope depth to rock | Severe: shrink-swell slope | Severe: shrink-swell slope depth to rock | Severe: shrink-swell slope | Severe: low strength shrink-swell slope | Severe: slope small stones depth to rock |
| Sideshow | Severe: slope | Severe: shrink-swell slope | Severe: shrink-swell slope | Severe: shrink-swell slope | Severe: low strength shrink-swell slope | Severe: slope |

Table 10.--Building Site Development--Continued

| Map symbol and soil name | Shallow excavations | Dwellings without basements | Dwellings with basements | Small commercial buildings | Local roads and streets | Lawns and landscaping |
|---|---|---|---|---|---|---|
| 151: | | | | | | |
| Zyme--------------- | Severe: depth to rock | Moderate: shrink-swell depth to rock | Severe: depth to rock | Moderate: shrink-swell slope depth to rock | Severe: low strength | Severe: depth to rock |
| 152: | | | | | | |
| Zyme--------------- | Severe: slope depth to rock | Severe: slope | Severe: slope depth to rock | Severe: slope | Severe: low strength slope | Severe: slope small stones |

Table 11.--Sanitary Facilities

(The information in this table indicates the dominant soil condition but does not eliminate the need for onsite investigation. See text for definitions of terms used in this table. Absence of an entry indicates that no rating is applicable.)

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 1: | | | | | |
| Ackmen | Moderate: flooding percs slowly | Moderate: seepage slope | Moderate: flooding | Moderate: flooding | Good |
| 2: | | | | | |
| Ackmen | Moderate: flooding percs slowly | Moderate: seepage slope | Moderate: flooding | Moderate: flooding | Good |
| 3: | | | | | |
| Arabrab | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Poor: depth to rock |
| 4: | | | | | |
| Arabrab | Severe: depth to rock | Severe: slope depth to rock | Severe: depth to rock | Severe: depth to rock | Poor: depth to rock |
| Longburn | Severe: depth to rock | Severe: large stones slope depth to rock | Severe: large stones depth to rock | Severe: depth to rock | Poor: small stones depth to rock |
| 5: | | | | | |
| Archuleta | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Poor: slope small stones depth to rock |
| Sanchez | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Poor: slope small stones depth to rock |
| 6: | | | | | |
| Argiustolls | Severe: percs slowly slope depth to rock | Severe: large stones slope depth to rock | Severe: slope too clayey depth to rock | Severe: slope depth to rock | Poor: hard to pack too clayey depth to rock |
| Haplustalfs | Severe: percs slowly slope depth to rock | Severe: large stones slope depth to rock | Severe: slope too clayey depth to rock | Severe: slope depth to rock | Poor: hard to pack too clayey depth to rock |
| 7: | | | | | |
| Argiustolls | Severe: percs slowly slope depth to rock | Severe: large stones slope depth to rock | Severe: slope too clayey depth to rock | Severe: slope depth to rock | Poor: hard to pack too clayey depth to rock |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 7: | | | | | |
| Haplustalfs | Severe: percs slowly slope depth to rock | Severe: large stones slope depth to rock | Severe: slope too clayey depth to rock | Severe: slope depth to rock | Poor: hard to pack too clayey depth to rock |
| Rock outcrop | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Poor: slope depth to rock |
| 8: | | | | | |
| Barx | Moderate: percs slowly | Moderate: seepage slope | Slight | Slight | Good |
| 9: | | | | | |
| Barx | Moderate: percs slowly slope | Severe: slope | Moderate: slope | Moderate: slope | Fair: slope |
| 10: | | | | | |
| Barx | Moderate: percs slowly | Moderate: seepage slope | Slight | Slight | Good |
| 11: | | | | | |
| Barx | Moderate: percs slowly | Moderate: seepage slope | Slight | Slight | Good |
| Gapmesa | Severe: depth to rock | Severe: seepage depth to rock | Severe: depth to rock | Slight | Poor: depth to rock |
| 12: | | | | | |
| Battlerock | Severe: percs slowly | Moderate: slope | Moderate: flooding | Moderate: flooding | Good |
| 13: | | | | | |
| Beje | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Poor: depth to rock |
| Tragmon | Moderate: percs slowly | Moderate: seepage slope | Slight | Slight | Fair: small stones |
| 14: | | | | | |
| Burnson | Severe: percs slowly | Severe: slope | Severe: too clayey depth to rock | Moderate: slope depth to rock | Poor: hard to pack too clayey |
| 15: | | | | | |
| Burnson, dry | Severe: percs slowly | Severe: slope | Severe: too clayey depth to rock | Moderate: slope depth to rock | Poor: hard to pack too clayey |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 16: | | | | | |
| Burnson | Severe: percs slowly slope | Severe: slope | Severe: slope too clayey depth to rock | Severe: slope | Poor: hard to pack slope too clayey |
| Herm | Severe: percs slowly slope | Severe: slope | Severe: slope | Severe: slope | Poor: slope |
| 17: | | | | | |
| Cahona | Severe: percs slowly | Moderate: seepage slope | Slight | Slight | Good |
| 18: | | | | | |
| Cahona | Severe: percs slowly | Moderate: seepage slope | Slight | Slight | Good |
| 19: | | | | | |
| Cahona | Severe: percs slowly | Severe: slope | Moderate: slope | Moderate: slope | Fair: slope |
| 20: | | | | | |
| Cahona | Severe: percs slowly | Moderate: seepage slope | Slight | Slight | Good |
| Pulpit | Severe: percs slowly depth to rock | Severe: depth to rock | Severe: depth to rock | Slight | Poor: depth to rock |
| 21: | | | | | |
| Cahona | Severe: percs slowly | Moderate: seepage slope | Slight | Slight | Good |
| Sharps | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Slight | Poor: depth to rock |
| Wetherill | Severe: percs slowly | Moderate: seepage slope | Slight | Slight | Good |
| 22: | | | | | |
| Claysprings | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope | Poor: hard to pack slope depth to rock |
| 23: | | | | | |
| Collide | Severe: percs slowly | Moderate: slope | Slight | Slight | Good |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 24: | | | | | |
| Collide | Severe: percs slowly | Severe: slope | Moderate: slope | Moderate: slope | Fair: slope |
| 25: | | | | | |
| Collide | Severe: percs slowly | Slight | Slight | Slight | Good |
| Collide, cobbly substratum | Severe: percs slowly | Moderate: seepage | Slight | Slight | Good |
| 26: | | | | | |
| Collide | Severe: percs slowly | Moderate: slope | Slight | Slight | Good |
| Collide, cobbly substratum | Severe: percs slowly | Moderate: seepage slope | Slight | Slight | Good |
| 27: | | | | | |
| Dalmatian | Severe: wetness | Severe: seepage wetness | Severe: seepage wetness | Severe: wetness | Fair: wetness |
| Apmay | Severe: wetness | Severe: seepage wetness | Severe: seepage wetness | Severe: seepage wetness | Poor: seepage small stones wetness |
| Schrader | Severe: flooding wetness | Severe: flooding seepage wetness | Severe: flooding seepage wetness | Severe: flooding seepage wetness | Poor: wetness |
| 28: | | | | | |
| Dam | --- | --- | --- | --- | --- |
| 29: | | | | | |
| Endoaquolls | Severe: flooding wetness poor filter | Severe: flooding seepage | Severe: flooding seepage wetness | Severe: flooding seepage wetness | Poor: seepage small stones too sandy |
| Ustifluvents | Severe: flooding wetness poor filter | Severe: flooding seepage wetness | Severe: flooding seepage wetness | Severe: flooding seepage wetness | Poor: large stones seepage too sandy |
| 30: | | | | | |
| Falconry | Severe: depth to rock | Severe: seepage slope depth to rock | Severe: seepage depth to rock | Severe: depth to rock | Poor: small stones depth to rock |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 31: | | | | | |
| Farb | Severe: depth to rock | Severe: slope depth to rock | Severe: depth to rock | Slight | Poor: depth to rock |
| Rock outcrop | Severe: depth to rock | Severe: slope depth to rock | Severe: depth to rock | Severe: depth to rock | Poor: depth to rock |
| 32: | | | | | |
| Fardraw | Severe: percs slowly | Severe: slope | Severe: large stones too clayey | Moderate: slope | Poor: large stones too clayey |
| 33: | | | | | |
| Fardraw | Severe: large stones percs slowly | Severe: large stones | Severe: large stones too clayey | Slight | Poor: large stones too clayey |
| 34: | | | | | |
| Fardraw | Severe: large stones percs slowly slope | Severe: large stones slope | Severe: large stones slope too clayey | Severe: slope | Poor: large stones slope too clayey |
| 35: | | | | | |
| Fardraw | Severe: large stones percs slowly | Severe: large stones slope | Severe: large stones too clayey | Slight | Poor: large stones too clayey |
| Granath | Severe: percs slowly | Severe: slope | Moderate: too clayey | Slight | Fair: too clayey |
| 36: | | | | | |
| Fivepine | Severe: depth to rock | Severe: slope depth to rock | Severe: too clayey depth to rock | Severe: depth to rock | Poor: too clayey depth to rock |
| Nortez | Severe: percs slowly depth to rock | Severe: slope depth to rock | Severe: too clayey depth to rock | Severe: depth to rock | Poor: hard to pack too clayey depth to rock |
| 37: | | | | | |
| Fluvaquents | Severe: flooding wetness poor filter | Severe: flooding seepage wetness | Severe: flooding seepage wetness | Severe: flooding seepage wetness | Poor: seepage small stones too sandy |
| Haplustolls | Severe: poor filter | Severe: seepage | Severe: large stones seepage too sandy | Severe: seepage | Poor: seepage small stones too sandy |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 38: | | | | | |
| Fluvents | Severe: flooding poor filter | Severe: flooding seepage | Severe: flooding seepage too sandy | Severe: flooding seepage | Poor: seepage small stones too sandy |
| Fluvaquents | Severe: flooding wetness poor filter | Severe: flooding seepage wetness | Severe: flooding seepage wetness | Severe: flooding seepage wetness | Poor: seepage small stones too sandy |
| 39: | | | | | |
| Fughes | Severe: percs slowly | Moderate: seepage slope | Severe: too clayey | Slight | Poor: hard to pack too clayey |
| 40: | | | | | |
| Fughes | Severe: percs slowly slope | Severe: slope | Severe: slope too clayey | Severe: slope | Poor: hard to pack slope too clayey |
| Herm | Severe: percs slowly slope | Severe: slope | Severe: slope | Severe: slope | Poor: slope |
| 41: | | | | | |
| Fughes | Severe: percs slowly slope | Severe: slope | Severe: slope | Severe: slope | Poor: slope thin layer |
| Sheek | Severe: percs slowly slope | Severe: large stones slope | Severe: large stones slope | Severe: slope | Poor: large stones slope |
| 42: | | | | | |
| Gladel | Severe: depth to rock | Severe: seepage depth to rock | Severe: seepage depth to rock | Severe: depth to rock | Poor: large stones depth to rock |
| Pulpit | Severe: percs slowly depth to rock | Severe: depth to rock | Severe: depth to rock | Slight | Poor: depth to rock |
| 43: | | | | | |
| Goldbug | Severe: percs slowly slope | Severe: seepage slope | Severe: slope too clayey | Severe: slope | Poor: slope too clayey |
| 44: | | | | | |
| Granath | Severe: percs slowly | Moderate: seepage slope | Moderate: too clayey | Slight | Fair: too clayey |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 45: | | | | | |
| Granath | Severe: percs slowly | Severe: slope | Moderate: slope too clayey | Moderate: slope | Fair: slope too clayey |
| 46: | | | | | |
| Granath | Severe: percs slowly | Severe: slope | Severe: too clayey | Slight | Poor: too clayey |
| Fughes | Severe: percs slowly | Severe: slope | Severe: too clayey | Slight | Poor: hard to pack too clayey |
| 47: | | | | | |
| Granath | Severe: percs slowly | Severe: slope | Severe: too clayey | Slight | Poor: too clayey |
| Nortez | Severe: percs slowly depth to rock | Severe: slope depth to rock | Severe: too clayey depth to rock | Severe: depth to rock | Poor: hard to pack too clayey depth to rock |
| 48: | | | | | |
| Granath | Severe: percs slowly | Severe: slope | Severe: too clayey | Slight | Poor: too clayey |
| Ormiston | Severe: large stones percs slowly | Severe: large stones slope | Severe: large stones too clayey | Slight | Poor: hard to pack small stones too clayey |
| Fivepine | Severe: depth to rock | Severe: slope depth to rock | Severe: too clayey depth to rock | Severe: depth to rock | Poor: too clayey depth to rock |
| 49: | | | | | |
| Herm | Severe: percs slowly slope | Severe: slope | Severe: slope | Severe: slope | Poor: slope |
| 50: | | | | | |
| Herm | Severe: percs slowly slope | Severe: slope | Severe: slope too clayey | Severe: slope | Poor: hard to pack slope too clayey |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 51: | | | | | |
| Herm | Severe: percs slowly | Severe: slope | Moderate: too clayey | Slight | Fair: too clayey |
| Pagoda | Severe: percs slowly | Severe: slope | Moderate: too clayey | Slight | Fair: too clayey |
| 52: | | | | | |
| Hesperus | Severe: percs slowly | Moderate: seepage | Moderate: too clayey | Slight | Fair: too clayey |
| 53: | | | | | |
| Hesperus | Severe: percs slowly | Moderate: seepage slope | Moderate: too clayey | Slight | Fair: too clayey |
| 54: | | | | | |
| Hesperus | Severe: percs slowly | Severe: slope | Moderate: slope too clayey | Moderate: slope | Fair: slope too clayey |
| 55: | | | | | |
| Hesperus | Severe: percs slowly | Severe: slope | Moderate: too clayey | Slight | Fair: too clayey |
| 56: | | | | | |
| Ilex | Severe: percs slowly | Severe: slope | Severe: too clayey | Slight | Poor: too clayey |
| 57: | | | | | |
| Ilex | Severe: percs slowly slope | Severe: slope | Severe: slope too clayey | Severe: slope | Poor: slope too clayey |
| 58: | | | | | |
| Ilex | Severe: percs slowly | Moderate: slope | Severe: too clayey | Slight | Poor: too clayey |
| Granath | Severe: percs slowly | Moderate: seepage slope | Moderate: too clayey | Slight | Fair: too clayey |
| 59: | | | | | |
| Ilex | Severe: percs slowly | Severe: slope | Severe: too clayey | Moderate: slope | Poor: too clayey |
| Granath | Severe: percs slowly | Severe: slope | Moderate: slope too clayey | Moderate: slope | Fair: slope too clayey |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 60: | | | | | |
| Ilex | Severe: percs slowly | Severe: slope | Severe: too clayey | Moderate: slope | Poor: too clayey |
| Pramiss | Severe: percs slowly depth to rock | Severe: slope depth to rock | Severe: too clayey depth to rock | Severe: depth to rock | Poor: hard to pack too clayey depth to rock |
| Falconry | Severe: depth to rock | Severe: seepage slope depth to rock | Severe: seepage depth to rock | Severe: depth to rock | Poor: small stones depth to rock |
| 61: | | | | | |
| Ilex | Severe: percs slowly | Moderate: slope | Severe: too clayey | Slight | Poor: too clayey |
| Pramiss | Severe: percs slowly depth to rock | Severe: depth to rock | Severe: too clayey depth to rock | Severe: depth to rock | Poor: hard to pack too clayey depth to rock |
| Granath | Severe: percs slowly | Moderate: seepage slope | Moderate: too clayey | Slight | Fair: too clayey |
| 62: | | | | | |
| Irak | Severe: wetness | Severe: wetness | Severe: wetness | Severe: wetness | Poor: wetness |
| 63: | | | | | |
| Jemco | Severe: percs slowly depth to rock | Severe: slope depth to rock | Severe: depth to rock | Severe: depth to rock | Poor: depth to rock |
| Detra | Severe: percs slowly | Severe: slope | Severe: depth to rock | Moderate: slope depth to rock | Fair: slope too clayey depth to rock |
| Beje | Severe: depth to rock | Severe: slope depth to rock | Severe: depth to rock | Severe: depth to rock | Poor: depth to rock |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 64: | | | | | |
| Lazear | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope | Poor: slope small stones depth to rock |
| Rock outcrop | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Poor: slope depth to rock |
| 65: | | | | | |
| Lillings | Severe: percs slowly | Moderate: seepage slope | Moderate: flooding | Moderate: flooding | Good |
| 66: | | | | | |
| Lillings | Severe: percs slowly | Moderate: seepage slope | Moderate: flooding | Moderate: flooding | Good |
| 67: | | | | | |
| Lillings | Severe: percs slowly | Moderate: seepage slope | Moderate: flooding | Moderate: flooding | Good |
| 68: | | | | | |
| Longburn | Severe: slope depth to rock | Severe: large stones slope depth to rock | Severe: large stones slope depth to rock | Severe: slope depth to rock | Poor: slope small stones depth to rock |
| Rock outcrop | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Poor: slope depth to rock |
| 69: | | | | | |
| Longburn | Severe: slope depth to rock | Severe: large stones slope depth to rock | Severe: large stones slope depth to rock | Severe: slope depth to rock | Poor: slope small stones depth to rock |
| Rock outcrop | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Poor: slope depth to rock |
| 70: | | | | | |
| Mack | Moderate: percs slowly | Moderate: seepage slope | Slight | Slight | Good |
| 71: | | | | | |
| Mikett | Severe: percs slowly wetness | Severe: wetness | Severe: wetness | Severe: wetness | Poor: wetness |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 72: | | | | | |
| Mikett | Severe: percs slowly wetness | Severe: wetness | Severe: wetness | Severe: wetness | Fair: wetness |
| 73: | | | | | |
| Mikim | Severe: percs slowly | Moderate: slope | Slight | Slight | Good |
| 74: | | | | | |
| Mikim | Severe: percs slowly | Slight | Slight | Slight | Good |
| 75: | | | | | |
| Mikim | Severe: percs slowly | Moderate: slope | Slight | Slight | Good |
| 76: | | | | | |
| Morefield | Severe: percs slowly | Moderate: slope | Slight | Slight | Good |
| 77: | | | | | |
| Morefield | Severe: percs slowly | Moderate: slope | Slight | Slight | Good |
| 78: | | | | | |
| Nortez | Severe: percs slowly depth to rock | Severe: depth to rock | Severe: too clayey depth to rock | Severe: depth to rock | Poor: hard to pack too clayey depth to rock |
| Granath | Severe: percs slowly | Moderate: seepage slope | Moderate: too clayey | Slight | Fair: too clayey |
| 79: | | | | | |
| Northrim | Severe: percs slowly slope | Severe: slope | Severe: slope | Severe: slope | Poor: slope |
| 80: | | | | | |
| Ormiston | Severe: large stones percs slowly slope | Severe: large stones slope | Severe: large stones slope too clayey | Severe: slope | Poor: hard to pack small stones too clayey |
| Beje | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Poor: slope depth to rock |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 81: | | | | | |
| Ormiston | Severe: large stones percs slowly | Severe: large stones slope | Severe: large stones too clayey | Slight | Poor: hard to pack small stones too clayey |
| Fivepine | Severe: depth to rock | Severe: slope depth to rock | Severe: too clayey depth to rock | Severe: depth to rock | Poor: too clayey depth to rock |
| 82: | | | | | |
| Ormiston | Severe: percs slowly | Severe: large stones | Severe: too clayey depth to rock | Moderate: depth to rock | Poor: hard to pack small stones too clayey |
| Granath | Severe: percs slowly | Moderate: seepage slope | Moderate: too clayey | Slight | Fair: too clayey |
| 83: | | | | | |
| Ormiston | Severe: percs slowly | Severe: large stones slope | Severe: too clayey depth to rock | Moderate: depth to rock | Poor: hard to pack small stones too clayey |
| Nortez | Severe: percs slowly depth to rock | Severe: slope depth to rock | Severe: too clayey depth to rock | Severe: depth to rock | Poor: hard to pack too clayey depth to rock |
| 84: | | | | | |
| Payter | Moderate: slope | Severe: seepage slope | Severe: seepage | Severe: seepage | Fair: slope |
| 85: | | | | | |
| Pinacol | Severe: percs slowly | Moderate: slope | Severe: large stones | Slight | Poor: large stones |
| 86: | | | | | |
| Pinacol | Severe: percs slowly slope | Severe: slope | Severe: large stones slope | Severe: slope | Poor: large stones slope |
| 87: | | | | | |
| Pits | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable |
| 88: | | | | | |
| Pogo | Severe: flooding percs slowly wetness | Severe: flooding wetness | Severe: flooding wetness | Severe: flooding wetness | Poor: wetness |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 89: | | | | | |
| Pramiss | Severe: percs slowly slope depth to rock | Severe: slope depth to rock | Severe: slope too clayey depth to rock | Severe: slope depth to rock | Poor: hard to pack too clayey depth to rock |
| 90: | | | | | |
| Pramiss | Severe: percs slowly depth to rock | Severe: depth to rock | Severe: too clayey depth to rock | Severe: depth to rock | Poor: hard to pack too clayey depth to rock |
| Granath | Severe: percs slowly | Moderate: seepage slope | Moderate: too clayey | Slight | Fair: too clayey |
| 91: | | | | | |
| Prater | Severe: percs slowly slope | Severe: slope | Severe: slope | Severe: slope | Poor: slope |
| 92: | | | | | |
| Prater | Severe: percs slowly slope | Severe: slope | Severe: slope | Severe: slope | Poor: slope |
| Dolcan | Severe: slope depth to rock | Severe: large stones slope depth to rock | Severe: large stones slope depth to rock | Severe: slope | Poor: large stones slope depth to rock |
| 93: | | | | | |
| Pulpit | Severe: percs slowly depth to rock | Severe: slope depth to rock | Severe: depth to rock | Slight | Poor: depth to rock |
| 94: | | | | | |
| Pulpit | Severe: percs slowly depth to rock | Severe: depth to rock | Severe: depth to rock | Slight | Poor: depth to rock |
| 95: | | | | | |
| Pulpit | Severe: percs slowly depth to rock | Severe: slope depth to rock | Severe: depth to rock | Moderate: slope | Poor: depth to rock |
| 96: | | | | | |
| Purcella | Severe: large stones | Severe: large stones seepage | Severe: large stones | Slight | Poor: large stones |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 97: | | | | | |
| Ramper | Severe: percs slowly | Slight | Moderate: flooding | Moderate: flooding | Good |
| 98: | | | | | |
| Ramper | Severe: percs slowly | Slight | Moderate: flooding | Moderate: flooding | Good |
| 99: | | | | | |
| Ravola | Severe: percs slowly | Slight | Moderate: too sandy | Slight | Fair: too sandy |
| 100: | | | | | |
| Recapture | Moderate: percs slowly | Moderate: seepage slope | Slight | Slight | Good |
| 101: | | | | | |
| Recapture | Severe: percs slowly | Severe: seepage | Moderate: flooding | Moderate: flooding | Fair: small stones |
| 102: | | | | | |
| Ricot | Severe: percs slowly | Moderate: seepage slope | Severe: too clayey | Slight | Poor: large stones too clayey |
| 103: | | | | | |
| Ricot | Severe: percs slowly | Moderate: seepage slope | Severe: too clayey | Slight | Poor: large stones too clayey |
| 104: | | | | | |
| Ricot | Severe: percs slowly | Severe: slope | Severe: too clayey | Moderate: slope | Poor: large stones too clayey |
| 105: | | | | | |
| Rizno | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Slight | Poor: depth to rock |
| Gapmesa | Severe: depth to rock | Severe: seepage depth to rock | Severe: depth to rock | Slight | Poor: depth to rock |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 106: | | | | | |
| Rizno | Severe: depth to rock | Severe: seepage slope depth to rock | Severe: depth to rock | Moderate: slope | Poor: small stones depth to rock |
| Littlenan | Severe: percs slowly depth to rock | Severe: slope depth to rock | Severe: depth to rock | Moderate: slope | Poor: depth to rock |
| Bodry | Severe: percs slowly slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope | Poor: hard to pack slope depth to rock |
| 107: | | | | | |
| Rizno | Severe: depth to rock | Severe: seepage slope depth to rock | Severe: depth to rock | Moderate: slope | Poor: depth to rock |
| Ruinpoint | Moderate: percs slowly | Moderate: seepage slope | Slight | Slight | Good |
| Rock outcrop | Severe: depth to rock | Severe: slope depth to rock | Severe: depth to rock | Severe: depth to rock | Poor: depth to rock |
| 108: | | | | | |
| Rock outcrop | Severe: depth to rock | Severe: slope depth to rock | Severe: depth to rock | Severe: depth to rock | Poor: depth to rock |
| 109: | | | | | |
| Romberg | Severe: percs slowly slope | Severe: large stones slope | Severe: large stones slope | Severe: slope | Poor: slope small stones |
| Crosscan | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope | Poor: slope small stones depth to rock |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 110: | | | | | |
| Romberg | Severe: percs slowly, slope | Severe: large stones, slope | Severe: large stones, slope | Severe: slope | Poor: slope, small stones |
| Crosscan | Severe: slope, depth to rock | Severe: slope, depth to rock | Severe: slope, depth to rock | Severe: slope | Poor: slope, small stones, depth to rock |
| Rock outcrop | Severe: slope, depth to rock | Severe: slope, depth to rock | Severe: slope, depth to rock | Severe: slope, depth to rock | Poor: slope, depth to rock |
| 111: | | | | | |
| Roubideau | Severe: percs slowly, depth to rock | Severe: depth to rock | Severe: depth to rock | Slight | Poor: depth to rock |
| 112: | | | | | |
| Sharps | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Slight | Poor: depth to rock |
| 113: | | | | | |
| Sharps | Severe: depth to rock | Severe: slope, depth to rock | Severe: depth to rock | Moderate: slope | Poor: depth to rock |
| 114: | | | | | |
| Sharps, dry | Severe: depth to rock | Severe: slope, depth to rock | Severe: depth to rock | Moderate: slope | Poor: depth to rock |
| 115: | | | | | |
| Sharps, dry | Severe: depth to rock | Severe: slope, depth to rock | Severe: depth to rock | Moderate: slope | Poor: depth to rock |
| Gapmesa | Severe: depth to rock | Severe: seepage, slope, depth to rock | Severe: depth to rock | Moderate: slope | Poor: depth to rock |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 116: | | | | | |
| Sharps | Severe: depth to rock | Severe: slope, depth to rock | Severe: depth to rock | Moderate: slope | Poor: depth to rock |
| Cahona | Severe: percs slowly | Severe: slope | Moderate: slope | Moderate: slope | Fair: slope |
| 117: | | | | | |
| Sharps | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Slight | Poor: depth to rock |
| Pulpit | Severe: percs slowly, depth to rock | Severe: depth to rock | Severe: depth to rock | Slight | Poor: depth to rock |
| 118: | | | | | |
| Sharps | Severe: depth to rock | Severe: slope, depth to rock | Severe: depth to rock | Moderate: slope | Poor: depth to rock |
| Pulpit | Severe: percs slowly, depth to rock | Severe: slope, depth to rock | Severe: depth to rock | Moderate: slope | Poor: depth to rock |
| 119: | | | | | |
| Sheek | Severe: large stones, percs slowly, slope | Severe: large stones, slope | Severe: large stones, slope | Severe: slope | Poor: slope, small stones |
| Archuleta | Severe: slope, depth to rock | Severe: slope, depth to rock | Severe: slope, depth to rock | Severe: slope, depth to rock | Poor: slope, depth to rock |
| 120: | | | | | |
| Sheek | Severe: large stones, percs slowly, slope | Severe: large stones, slope | Severe: large stones, slope | Severe: slope | Poor: slope, small stones |
| Archuleta | Severe: slope, depth to rock | Severe: slope, depth to rock | Severe: slope, depth to rock | Severe: slope, depth to rock | Poor: slope, depth to rock |
| Rock outcrop | Severe: slope, depth to rock | Severe: slope, depth to rock | Severe: slope, depth to rock | Severe: slope, depth to rock | Poor: slope, depth to rock |
| 121: | | | | | |
| Sheek | Severe: large stones, percs slowly, slope | Severe: large stones, slope | Severe: large stones, slope | Severe: slope | Poor: slope, small stones |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 121: | | | | | |
| Archuleta | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Poor: slope depth to rock |
| Rock outcrop | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Poor: slope depth to rock |
| 122: | | | | | |
| Sheppard | Severe: poor filter | Severe: seepage | Severe: too sandy | Slight | Poor: too sandy |
| 123: | | | | | |
| Sideshow | Severe: percs slowly | Slight | Severe: too clayey | Slight | Poor: too clayey |
| 124: | | | | | |
| Sideshow | Severe: percs slowly | Moderate: slope | Severe: too clayey | Slight | Poor: too clayey |
| 125: | | | | | |
| Sideshow | Severe: percs slowly | Severe: slope | Severe: too clayey | Moderate: slope | Poor: too clayey |
| 126: | | | | | |
| Sideshow | Severe: percs slowly | Severe: slope | Severe: too clayey | Moderate: slope | Poor: too clayey |
| Zigzag | Severe: depth to rock | Severe: slope depth to rock | Severe: depth to rock | Moderate: slope | Poor: depth to rock |
| 127: | | | | | |
| Sideslide | Severe: percs slowly wetness | Moderate: slope | Severe: too clayey wetness | Severe: wetness | Poor: hard to pack too clayey |
| 128: | | | | | |
| Stephouse | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Poor: depth to rock |
| Rock outcrop | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Severe: depth to rock | Poor: depth to rock |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 129: | | | | | |
| Torriorthents | Severe: large stones slope depth to rock | Severe: large stones slope depth to rock | Severe: large stones slope depth to rock | Severe: slope | Poor: slope small stones depth to rock |
| 130: | | | | | |
| Torriorthents | Severe: large stones slope depth to rock | Severe: large stones slope depth to rock | Severe: large stones slope depth to rock | Severe: slope | Poor: slope small stones depth to rock |
| Badland | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Poor: slope depth to rock |
| 131: | | | | | |
| Tragmon | Severe: slope | Severe: slope | Severe: slope | Severe: slope | Poor: slope |
| Sheek | Severe: large stones percs slowly slope | Severe: large stones slope | Severe: large stones slope | Severe: slope | Poor: slope small stones |
| 132: | | | | | |
| Typic Argiaquolls | Severe: wetness | Severe: seepage wetness | Severe: seepage wetness | Severe: seepage wetness | Poor: wetness |
| 133: | | | | | |
| Typic Torriorthents | Severe: large stones slope depth to rock | Severe: large stones slope depth to rock | Severe: large stones slope depth to rock | Severe: slope | Poor: slope small stones depth to rock |
| Rock outcrop | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Poor: slope depth to rock |
| 134: | | | | | |
| Umbarg | Severe: wetness | Severe: wetness | Severe: wetness | Severe: wetness | Fair: wetness |
| Winner | Severe: percs slowly wetness | Severe: wetness | Severe: wetness | Severe: wetness | Poor: small stones wetness |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 134: | | | | | |
| Tesajo | Severe: large stones poor filter | Severe: large stones seepage | Severe: large stones seepage wetness | Severe: seepage | Poor: large stones |
| 135: | | | | | |
| Ustic Torrifluvents | Moderate: flooding | Severe: seepage | Moderate: flooding too sandy | Moderate: flooding | Fair: too sandy |
| 136: | | | | | |
| Ustic Torriorthents | Severe: percs slowly depth to rock | Severe: depth to rock | Severe: depth to rock | Slight | Poor: depth to rock |
| Gullied land | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable |
| 137: | | | | | |
| Ustorthents | Severe: large stones slope depth to rock | Severe: large stones slope depth to rock | Severe: large stones slope depth to rock | Severe: slope depth to rock | Poor: slope small stones depth to rock |
| 138: | | | | | |
| Uzacol | Severe: percs slowly | Moderate: slope | Slight | Slight | Poor: hard to pack |
| 138: | | | | | |
| Zwicker | Severe: percs slowly depth to rock | Severe: slope depth to rock | Severe: depth to rock | Slight | Poor: depth to rock |
| Clasysprings | Severe: depth to rock | Severe: slope depth to rock | Severe: depth to rock | Slight | Poor: hard to pack depth to rock |
| 139: | | | | | |
| Water | --- | --- | --- | --- | --- |
| 140: | | | | | |
| Wauquie | Severe: slope | Severe: large stones slope | Severe: large stones slope | Severe: slope | Poor: slope small stones |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 141: | | | | | |
| Wauquie | Severe: slope | Severe: large stones slope | Severe: large stones slope | Severe: slope | Poor: slope small stones |
| Dolcan | Severe: slope depth to rock | Severe: large stones slope depth to rock | Severe: large stones slope depth to rock | Severe: slope | Poor: large stones slope depth to rock |
| 142: | | | | | |
| Wauquie | Severe: slope | Severe: large stones slope | Severe: large stones slope | Severe: slope | Poor: slope small stones |
| Dolcan | Severe: slope depth to rock | Severe: large stones slope depth to rock | Severe: large stones slope depth to rock | Severe: slope | Poor: large stones slope depth to rock |
| Rock outcrop | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Poor: slope depth to rock |
| 143: | | | | | |
| Wetherill | Severe: percs slowly | Moderate: seepage slope | Slight | Slight | Good |
| 144: | | | | | |
| Wetherill | Severe: percs slowly | Moderate: seepage slope | Slight | Slight | Good |
| 145: | | | | | |
| Wetherill | Severe: percs slowly | Severe: slope | Moderate: slope | Moderate: slope | Fair: slope |
| 146: | | | | | |
| Yarts | Slight | Severe: seepage | Slight | Slight | Good |
| 147: | | | | | |
| Yarts | Slight | Severe: seepage | Slight | Slight | Good |

Table 11.--Sanitary Facilities--Continued

| Map symbol and soil name | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 148: | | | | | |
| Zau | Severe: percs slowly slope depth to rock | Severe: slope depth to rock | Severe: slope too clayey depth to rock | Severe: slope depth to rock | Poor: slope too clayey depth to rock |
| 149: | | | | | |
| Zigzag | Severe: depth to rock | Severe: slope depth to rock | Severe: depth to rock | Moderate: slope | Poor: depth to rock |
| 150: | | | | | |
| Zigzag | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope | Poor: slope depth to rock |
| Sideshow | Severe: percs slowly slope | Severe: slope | Severe: slope too clayey | Severe: slope | Poor: slope too clayey |
| 151: | | | | | |
| Zyme | Severe: depth to rock | Severe: slope depth to rock | Severe: depth to rock | Slight | Poor: depth to rock |
| 152: | | | | | |
| Zyme | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope depth to rock | Severe: slope | Poor: slope depth to rock |

Table 12.--Construction Materials

(The information in this table indicates the dominant soil condition but does not eliminate the need for onsite investigation. See text for definitions of terms used in this table. Absence of an entry indicates that no rating is applicable.)

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
|---|---|---|---|---|
| 1: | | | | |
| Ackmen | Fair:<br>low strength | Improbable:<br>excess fines | Improbable:<br>excess fines | Good |
| 2: | | | | |
| Ackmen | Fair:<br>low strength | Improbable:<br>excess fines | Improbable:<br>excess fines | Good |
| 3: | | | | |
| Arabrab | Poor:<br>depth to rock | Improbable:<br>excess fines | Improbable:<br>excess fines | Poor:<br>depth to rock |
| 4: | | | | |
| Arabrab | Poor:<br>depth to rock | Improbable:<br>excess fines | Improbable:<br>excess fines | Poor:<br>depth to rock |
| Longburn | Poor:<br>depth to rock | Improbable:<br>excess fines | Improbable:<br>excess fines | Poor:<br>small stones<br>depth to rock |
| 5: | | | | |
| Archuleta | Poor:<br>slope<br>depth to rock | Improbable:<br>excess fines | Improbable:<br>excess fines | Poor:<br>slope<br>small stones<br>depth to rock |
| Sanchez | Poor:<br>slope<br>depth to rock | Improbable:<br>excess fines | Improbable:<br>excess fines | Poor:<br>slope<br>small stones<br>depth to rock |
| 6: | | | | |
| Argiustolls | Poor:<br>low strength<br>slope<br>depth to rock | Improbable:<br>excess fines | Improbable:<br>excess fines | Poor:<br>area reclaim<br>small stones<br>too clayey |
| Haplustalfs | Poor:<br>low strength<br>shrink-swell<br>depth to rock | Improbable:<br>excess fines | Improbable:<br>excess fines | Poor:<br>small stones<br>too clayey<br>depth to rock |
| 7: | | | | |
| Argiustolls | Poor:<br>low strength<br>slope<br>depth to rock | Improbable:<br>excess fines | Improbable:<br>excess fines | Poor:<br>area reclaim<br>small stones<br>too clayey |
| Haplustalfs | Poor:<br>low strength<br>shrink-swell<br>depth to rock | Improbable:<br>excess fines | Improbable:<br>excess fines | Poor:<br>small stones<br>too clayey<br>depth to rock |
| Rock outcrop | Poor:<br>slope<br>depth to rock | Improbable:<br>excess fines | Improbable:<br>excess fines | Poor:<br>slope<br>depth to rock |

Table 12.--Construction Materials--Continued

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
|---|---|---|---|---|
| 8: | | | | |
| Barx | Good | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |
| 9: | | | | |
| Barx | Good | Improbable: excess fines | Improbable: excess fines | Fair: slope too clayey |
| 10: | | | | |
| Barx | Good | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |
| 11: | | | | |
| Barx | Good | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |
| Gapmesa | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: small stones |
| 12: | | | | |
| Battlerock | Good | Improbable: excess fines | Improbable: excess fines | Fair: small stones too clayey |
| 13: | | | | |
| Beje | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: depth to rock |
| Tragmon | Good | Improbable: excess fines | Improbable: excess fines | Poor: small stones |
| 14: | | | | |
| Burnson | Poor: low strength shrink-swell | Improbable: excess fines | Improbable: excess fines | Poor: too clayey |
| 15: | | | | |
| Burnson, dry | Poor: low strength shrink-swell | Improbable: excess fines | Improbable: excess fines | Poor: too clayey |
| 16: | | | | |
| Burnson | Poor: low strength shrink-swell | Improbable: excess fines | Improbable: excess fines | Poor: slope too clayey |
| Herm | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Poor: slope too clayey |
| 17: | | | | |
| Cahona | Good | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |
| 18: | | | | |
| Cahona | Good | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |

Table 12.--Construction Materials--Continued

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
|---|---|---|---|---|
| 19: | | | | |
| Cahona | Good | Improbable: excess fines | Improbable: excess fines | Fair: slope too clayey |
| 20: | | | | |
| Cahona | Good | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |
| Pulpit | Poor: low strength depth to rock | Improbable: excess fines | Improbable: excess fines | Fair: too clayey depth to rock |
| 21: | | | | |
| Cahona | Good | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |
| Sharps | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Fair: too clayey depth to rock |
| Wetherill | Good | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |
| 22: | | | | |
| Claysprings | Poor: low strength shrink-swell depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: small stones too clayey depth to rock |
| 23: | | | | |
| Collide | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Poor: too clayey |
| 24: | | | | |
| Collide | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Poor: too clayey |
| 25: | | | | |
| Collide | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Poor: too clayey |
| Collide, cobbly substratum | Good | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim too clayey |
| 26: | | | | |
| Collide | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Poor: too clayey |
| Collide, cobbly substratum | Good | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim too clayey |

Table 12.--Construction Materials--Continued

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
|---|---|---|---|---|
| 27: | | | | |
| Dalmatian | Good | Improbable: excess fines | Improbable: excess fines | Fair: area reclaim small stones |
| Apmay | Fair: wetness | Improbable: small stones | Probable | Poor: area reclaim small stones |
| Schrader | Fair: wetness | Improbable: excess fines | Improbable: excess fines | Fair: small stones |
| 28: | | | | |
| Dam | --- | --- | --- | --- |
| 29: | | | | |
| Endoaquolls | Poor: wetness | Probable | Probable | Poor: area reclaim small stones too sandy |
| Ustifluvents | Fair: large stones wetness | Improbable: large stones | Improbable: large stones | Poor: area reclaim small stones |
| 30: | | | | |
| Falconry | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: small stones depth to rock |
| 31: | | | | |
| Farb | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: depth to rock |
| Rock outcrop | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: depth to rock |
| 32: | | | | |
| Fardraw | Fair: large stones shrink-swell | Improbable: large stones excess fines | Improbable: large stones excess fines | Poor: area reclaim small stones too clayey |
| 33: | | | | |
| Fardraw | Poor: large stones | Improbable: large stones excess fines | Improbable: large stones excess fines | Poor: area reclaim large stones too clayey |
| 34: | | | | |
| Fardraw | Poor: large stones | Improbable: large stones excess fines | Improbable: large stones excess fines | Poor: area reclaim large stones too clayey |

Table 12.--Construction Materials--Continued

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
|---|---|---|---|---|
| 35: | | | | |
| Fardraw | Poor: large stones | Improbable: large stones excess fines | Improbable: large stones excess fines | Poor: area reclaim large stones too clayey |
| Granath | Good | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |
| 36: | | | | |
| Fivepine | Poor: low strength depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: small stones depth to rock |
| Nortez | Poor: low strength shrink-swell depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: too clayey |
| 37: | | | | |
| Fluvaquents | Fair: wetness | Probable | Probable | Poor: area reclaim small stones too sandy |
| Haplustolls | Fair: large stones | Probable | Probable | Poor: area reclaim small stones too sandy |
| 38: | | | | |
| Fluvents | Good | Probable | Probable | Poor: area reclaim small stones too sandy |
| Fluvaquents | Fair: wetness | Probable | Probable | Poor: area reclaim small stones too sandy |
| 39: | | | | |
| Fughes | Fair: low strength shrink-swell | Improbable: excess fines | Improbable: excess fines | Poor: too clayey |
| 40: | | | | |
| Fughes | Poor: low strength shrink-swell | Improbable: excess fines | Improbable: excess fines | Poor: slope |
| Herm | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Poor: slope too clayey |
| 41: | | | | |
| Fughes | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Poor: slope |

Table 12.--Construction Materials--Continued

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
|---|---|---|---|---|
| 41: | | | | |
| Sheek | Fair:<br>large stones<br>slope | Improbable:<br>large stones<br>excess fines | Improbable:<br>large stones<br>excess fines | Poor:<br>area reclaim<br>large stones<br>slope |
| 42: | | | | |
| Gladel | Poor:<br>depth to rock | Improbable:<br>excess fines | Improbable:<br>excess fines | Poor:<br>large stones<br>depth to rock |
| Pulpit | Poor:<br>low strength<br>depth to rock | Improbable:<br>excess fines | Improbable:<br>excess fines | Fair:<br>too clayey<br>depth to rock |
| 43: | | | | |
| Goldbug | Fair:<br>shrink-swell<br>slope | Improbable:<br>excess fines | Improbable:<br>excess fines | Poor:<br>area reclaim<br>large stones<br>too clayey |
| 44: | | | | |
| Granath | Good | Improbable:<br>excess fines | Improbable:<br>excess fines | Fair:<br>too clayey |
| 45: | | | | |
| Granath | Good | Improbable:<br>excess fines | Improbable:<br>excess fines | Fair:<br>slope<br>too clayey |
| 46: | | | | |
| Granath | Poor:<br>low strength | Improbable:<br>excess fines | Improbable:<br>excess fines | Poor:<br>too clayey |
| Fughes | Poor:<br>low strength<br>shrink-swell | Improbable:<br>excess fines | Improbable:<br>excess fines | Fair:<br>small stones<br>too clayey |
| 47: | | | | |
| Granath | Poor:<br>low strength | Improbable:<br>excess fines | Improbable:<br>excess fines | Poor:<br>too clayey |
| Nortez | Poor:<br>low strength<br>shrink-swell<br>depth to rock | Improbable:<br>excess fines | Improbable:<br>excess fines | Poor:<br>too clayey |
| 48: | | | | |
| Granath | Poor:<br>low strength | Improbable:<br>excess fines | Improbable:<br>excess fines | Poor:<br>too clayey |
| Ormiston | Poor:<br>large stones | Improbable:<br>large stones<br>excess fines | Improbable:<br>large stones<br>excess fines | Poor:<br>area reclaim<br>small stones<br>too clayey |
| Fivepine | Poor:<br>low strength<br>depth to rock | Improbable:<br>excess fines | Improbable:<br>excess fines | Poor:<br>small stones<br>depth to rock |

Table 12.--Construction Materials--Continued

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
|---|---|---|---|---|
| 49: | | | | |
| Herm | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Poor: slope too clayey |
| 50: | | | | |
| Herm | Poor: low strength slope | Improbable: excess fines | Improbable: excess fines | Poor: slope small stones too clayey |
| 51: | | | | |
| Herm | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Poor: too clayey |
| Pagoda | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Poor: thin layer |
| 52: | | | | |
| Hesperus | Good | Improbable: excess fines | Improbable: excess fines | Fair: small stones too clayey |
| 53: | | | | |
| Hesperus | Good | Improbable: excess fines | Improbable: excess fines | Fair: small stones too clayey |
| 54: | | | | |
| Hesperus | Good | Improbable: excess fines | Improbable: excess fines | Fair: slope small stones too clayey |
| 55: | | | | |
| Hesperus | Good | Improbable: excess fines | Improbable: excess fines | Fair: small stones too clayey |
| 56: | | | | |
| Ilex | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Fair: small stones too clayey |
| 57: | | | | |
| Ilex | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Poor: slope |
| 58: | | | | |
| Ilex | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Fair: small stones too clayey |
| Granath | Good | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |
| 59: | | | | |
| Ilex | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Fair: slope small stones too clayey |

Table 12.--Construction Materials--Continued

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
|---|---|---|---|---|
| 59: | | | | |
| Granath | Good | Improbable: excess fines | Improbable: excess fines | Fair: slope too clayey |
| 60: | | | | |
| Ilex | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Fair: slope small stones too clayey |
| Pramiss | Poor: low strength shrink-swell depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: large stones too clayey |
| Falconry | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: small stones depth to rock |
| 61: | | | | |
| Ilex | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Fair: small stones too clayey |
| Pramiss | Poor: low strength shrink-swell depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: too clayey |
| Granath | Good | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |
| 62: | | | | |
| Irak | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |
| 63: | | | | |
| Jemco | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Fair: small stones too clayey depth to rock |
| Detra | Fair: thin layer depth to rock | Improbable: excess fines | Improbable: excess fines | Fair: slope small stones |
| Beje | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: depth to rock |
| 64: | | | | |
| Lazear | Poor: slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope small stones depth to rock |
| Rock outcrop | Poor: slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope depth to rock |

Table 12.--Construction Materials--Continued

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
|---|---|---|---|---|
| 65: | | | | |
| Lillings | Fair: low strength | Improbable: excess fines | Improbable: excess fines | Poor: excess salt |
| 66: | | | | |
| Lillings | Fair: low strength | Improbable: excess fines | Improbable: excess fines | Poor: excess salt |
| 67: | | | | |
| Lillings | Fair: low strength | Improbable: excess fines | Improbable: excess fines | Poor: excess salt |
| 68: | | | | |
| Longburn | Poor: slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope small stones depth to rock |
| Rock outcrop | Poor: slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope depth to rock |
| 69: | | | | |
| Longburn | Poor: slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope small stones depth to rock |
| Rock outcrop | Poor: slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope depth to rock |
| 70: | | | | |
| Mack | Good | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim |
| 71: | | | | |
| Mikett | Fair: wetness | Improbable: excess fines | Improbable: excess fines | Poor: excess sodium excess salt |
| 72: | | | | |
| Mikett | Fair: low strength | Improbable: excess fines | Improbable: excess fines | Fair: excess salt small stones too clayey |
| 73: | | | | |
| Mikim | Fair: low strength | Improbable: excess fines | Improbable: excess fines | Fair: excess salt small stones too clayey |
| 74: | | | | |
| Mikim | Fair: low strength | Improbable: excess fines | Improbable: excess fines | Poor: excess sodium excess salt |

Table 12.--Construction Materials--Continued

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
|---|---|---|---|---|
| 75: | | | | |
| Mikim | Fair: low strength | Improbable: excess fines | Improbable: excess fines | Fair: excess salt small stones too clayey |
| 76: | | | | |
| Morefield | Fair: low strength shrink-swell | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |
| 77: | | | | |
| Morefield | Fair: low strength shrink-swell | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |
| 78: | | | | |
| Nortez | Poor: low strength shrink-swell depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: too clayey |
| Granath | Good | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |
| 79: | | | | |
| Northrim | Poor: slope | Improbable: excess fines | Improbable: excess fines | Poor: slope small stones |
| 80: | | | | |
| Ormiston | Poor: large stones | Improbable: large stones excess fines | Improbable: large stones excess fines | Poor: area reclaim small stones too clayey |
| Beje | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope depth to rock |
| 81: | | | | |
| Ormiston | Poor: large stones | Improbable: large stones excess fines | Improbable: large stones excess fines | Poor: area reclaim small stones too clayey |
| Fivepine | Poor: low strength depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: small stones depth to rock |
| 82: | | | | |
| Ormiston | Fair: low strength shrink-swell depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim small stones too clayey |
| Granath | Good | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |

Table 12.--Construction Materials--Continued

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
|---|---|---|---|---|
| 83: | | | | |
| Ormiston | Fair: low strength shrink-swell depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim small stones too clayey |
| Nortez | Poor: low strength shrink-swell depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: too clayey |
| 84: | | | | |
| Payter | Good | Improbable: excess fines | Improbable: excess fines | Fair: slope small stones |
| 85: | | | | |
| Pinacol | Fair: large stones | Improbable: large stones excess fines | Improbable: large stones excess fines | Poor: area reclaim small stones too clayey |
| 86: | | | | |
| Pinacol | Poor: slope | Improbable: large stones excess fines | Improbable: large stones excess fines | Poor: area reclaim small stones too clayey |
| 87: | | | | |
| Pits | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable |
| 88: | | | | |
| Pogo | Poor: wetness | Improbable: excess fines | Improbable: excess fines | Poor: wetness |
| 89: | | | | |
| Pramiss | Poor: low strength shrink-swell depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: large stones slope too clayey |
| 90: | | | | |
| Pramiss | Poor: low strength shrink-swell depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: too clayey |
| Granath | Good | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |
| 91: | | | | |
| Prater | Poor: low strength shrink-swell | Improbable: excess fines | Improbable: excess fines | Poor: slope small stones too clayey |

Table 12.--Construction Materials--Continued

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
|---|---|---|---|---|
| 92: | | | | |
| Prater | Poor: low strength shrink-swell slope | Improbable: excess fines | Improbable: excess fines | Poor: slope small stones too clayey |
| Dolcan | Poor: slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: large stones slope depth to rock |
| 93: | | | | |
| Pulpit | Poor: low strength depth to rock | Improbable: excess fines | Improbable: excess fines | Fair: too clayey depth to rock |
| 94: | | | | |
| Pulpit | Poor: low strength depth to rock | Improbable: excess fines | Improbable: excess fines | Fair: too clayey depth to rock |
| 95: | | | | |
| Pulpit | Poor: low strength depth to rock | Improbable: excess fines | Improbable: excess fines | Fair: slope too clayey depth to rock |
| 96: | | | | |
| Purcella | Poor: large stones | Improbable: large stones excess fines | Improbable: large stones excess fines | Poor: area reclaim large stones |
| 97: | | | | |
| Ramper | Good | Improbable: excess fines | Improbable: excess fines | Fair: excess salt small stones too clayey |
| 98: | | | | |
| Ramper | Good | Improbable: excess fines | Improbable: excess fines | Fair: excess salt small stones too clayey |
| 99: | | | | |
| Ravola | Good | Improbable: excess fines | Improbable: excess fines | Fair: small stones too clayey too sandy |
| 100: | | | | |
| Recapture | Good | Improbable: excess fines | Improbable: excess fines | Poor: excess sodium |
| 101: | | | | |
| Recapture | Good | Improbable: excess fines | Improbable: excess fines | Poor: excess sodium excess salt small stones |

Table 12.--Construction Materials--Continued

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
|---|---|---|---|---|
| 102: | | | | |
| Ricot | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim small stones too clayey |
| 103: | | | | |
| Ricot | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim small stones too clayey |
| 104: | | | | |
| Ricot | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim small stones too clayey |
| 105: | | | | |
| Rizno | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: depth to rock |
| Gapmesa | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: small stones |
| 106: | | | | |
| Rizno | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: small stones depth to rock |
| Littlenan | Poor: low strength depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: small stones too clayey |
| Bodry | Poor: low strength shrink-swell depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: large stones slope too clayey |
| 107: | | | | |
| Rizno | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: depth to rock |
| Ruinpoint | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Good |
| Rock outcrop | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: depth to rock |
| 108: | | | | |
| Rock outcrop | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: depth to rock |
| 109: | | | | |
| Romberg | Fair: large stones slope | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim slope small stones |

Table 12.--Construction Materials--Continued

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
| --- | --- | --- | --- | --- |
| 109: | | | | |
| Crosscan | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope small stones depth to rock |
| 110: | | | | |
| Romberg | Poor: slope | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim slope small stones |
| Crosscan | Poor: slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope small stones depth to rock |
| Rock outcrop | Poor: slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope depth to rock |
| 111: | | | | |
| Roubideau | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Fair: small stones too clayey depth to rock |
| 112: | | | | |
| Sharps | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Fair: too clayey depth to rock |
| 113: | | | | |
| Sharps | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Fair: slope too clayey depth to rock |
| 114: | | | | |
| Sharps, dry | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Fair: slope too clayey depth to rock |
| 115: | | | | |
| Sharps, dry | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Fair: slope too clayey depth to rock |
| Gapmesa | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: small stones |
| 116: | | | | |
| Sharps | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Fair: slope too clayey depth to rock |

Table 12.--Construction Materials--Continued

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
|---|---|---|---|---|
| 116: | | | | |
| Cahona | Good | Improbable: excess fines | Improbable: excess fines | Fair: slope too clayey |
| 117: | | | | |
| Sharps | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Fair: too clayey depth to rock |
| Pulpit | Poor: low strength depth to rock | Improbable: excess fines | Improbable: excess fines | Fair: too clayey depth to rock |
| 118: | | | | |
| Sharps | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Fair: slope too clayey depth to rock |
| Pulpit | Poor: low strength depth to rock | Improbable: excess fines | Improbable: excess fines | Fair: slope too clayey depth to rock |
| 119: | | | | |
| Sheek | Poor: large stones | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim slope small stones |
| Archuleta | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope small stones depth to rock |
| 120: | | | | |
| Sheek | Poor: large stones slope | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim slope small stones |
| Archuleta | Poor: slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope small stones depth to rock |
| Rock outcrop | Poor: slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope depth to rock |
| 121: | | | | |
| Sheek | Poor: large stones slope | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim slope small stones |

Table 12.--Construction Materials--Continued

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
|---|---|---|---|---|
| 121: | | | | |
| Archuleta | Poor: slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope small stones depth to rock |
| Rock outcrop | Poor: slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope depth to rock |
| 122: | | | | |
| Sheppard | Good | Improbable: excess fines | Improbable: excess fines | Poor: too sandy |
| 123: | | | | |
| Sideshow | Poor: low strength shrink-swell | Improbable: excess fines | Improbable: excess fines | Poor: too clayey |
| 124: | | | | |
| Sideshow | Poor: low strength shrink-swell | Improbable: excess fines | Improbable: excess fines | Poor: too clayey |
| 125: | | | | |
| Sideshow | Poor: low strength shrink-swell | Improbable: excess fines | Improbable: excess fines | Poor: too clayey |
| 126: | | | | |
| Sideshow | Poor: low strength shrink-swell | Improbable: excess fines | Improbable: excess fines | Poor: too clayey |
| Zigzag | Poor: low strength shrink-swell depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: too clayey depth to rock |
| 127: | | | | |
| Sideslide | Poor: low strength shrink-swell | Improbable: excess fines | Improbable: excess fines | Poor: too clayey |
| 128: | | | | |
| Stephouse | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: depth to rock |
| Rock outcrop | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: depth to rock |
| 129: | | | | |
| Torriorthents | Poor: large stones slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope small stones depth to rock |

Table 12.--Construction Materials--Continued

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
|---|---|---|---|---|
| 130: | | | | |
| Torriorthents | Poor: large stones slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope small stones depth to rock |
| Badland | Poor: slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope depth to rock |
| 131: | | | | |
| Tragmon | Fair: slope | Improbable: excess fines | Improbable: excess fines | Poor: slope small stones |
| Sheek | Poor: large stones | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim slope small stones |
| 132: | | | | |
| Typic Argiaquolls | Poor: wetness | Improbable: excess fines | Improbable: excess fines | Poor: wetness |
| 133: | | | | |
| Typic Torriorthents | Poor: large stones slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope small stones depth to rock |
| Rock outcrop | Poor: slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope depth to rock |
| 134: | | | | |
| Umbarg | Good | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim |
| Winner | Poor: wetness | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim small stones wetness |
| Tesajo | Poor: large stones | Improbable: large stones excess fines | Improbable: large stones excess fines | Poor: area reclaim large stones |
| 135: | | | | |
| Ustic Torrifluvents | Good | Improbable: excess fines | Improbable: excess fines | Poor: small stones |
| 136: | | | | |
| Ustic Torriorthents | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: small stones depth to rock |
| Gullied land | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable |

Table 12.--Construction Materials--Continued

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
|---|---|---|---|---|
| 137: | | | | |
| Ustorthents | Poor: large stones slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope small stones depth to rock |
| 138: | | | | |
| Uzacol | Poor: low strength | Improbable: excess fines | Improbable: excess fines | Poor: excess salt small stones too clayey |
| Zwicker | Poor: low strength depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: small stones too clayey |
| Claysprings | Poor: low strength shrink-swell depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: small stones too clayey depth to rock |
| 139: | | | | |
| Water | --- | --- | --- | --- |
| 140: | | | | |
| Wauquie | Fair: large stones slope | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim slope small stones |
| 141: | | | | |
| Wauquie | Fair: large stones slope | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim slope small stones |
| Dolcan | Poor: depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: large stones slope depth to rock |
| 142: | | | | |
| Wauquie | Poor: slope | Improbable: excess fines | Improbable: excess fines | Poor: area reclaim slope small stones |
| Dolcan | Poor: slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: large stones slope depth to rock |
| Rock outcrop | Poor: slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope depth to rock |
| 143: | | | | |
| Wetherill | Good | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |

Table 12.--Construction Materials--Continued

| Map symbol and soil name | Roadfill | Sand | Gravel | Topsoil |
|---|---|---|---|---|
| 144: | | | | |
| Wetherill | Good | Improbable: excess fines | Improbable: excess fines | Fair: too clayey |
| 145: | | | | |
| Wetherill | Good | Improbable: excess fines | Improbable: excess fines | Fair: slope too clayey |
| 146: | | | | |
| Yarts | Good | Improbable: excess fines | Improbable: excess fines | Fair: small stones |
| 147: | | | | |
| Yarts | Good | Improbable: excess fines | Improbable: excess fines | Fair: small stones |
| 148: | | | | |
| Zau | Poor: low strength depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope small stones too clayey |
| 149: | | | | |
| Zigzag | Poor: low strength shrink-swell depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: too clayey depth to rock |
| 150: | | | | |
| Zigzag | Poor: low strength shrink-swell depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope too clayey depth to rock |
| Sideshow | Poor: low strength shrink-swell slope | Improbable: excess fines | Improbable: excess fines | Poor: slope too clayey |
| 151: | | | | |
| Zyme | Poor: low strength depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: too clayey depth to rock |
| 152: | | | | |
| Zyme | Poor: low strength slope depth to rock | Improbable: excess fines | Improbable: excess fines | Poor: slope too clayey depth to rock |

Table 13.--Water Management

(The information in this table indicates the dominant soil condition but does not eliminate the need for onsite investigation. See text for definitions of terms used in this table. Absence of an entry indicates that no rating is applicable.)

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 1: | | | | | | | |
| Ackmen | Moderate: seepage | Severe: piping | Severe: no water | Limitation: deep to water | Favorable | Limitation: erodes easily | Limitation: erodes easily |
| 2: | | | | | | | |
| Ackmen | Moderate: seepage slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope | Limitation: erodes easily | Limitation: erodes easily |
| 3: | | | | | | | |
| Arabrab | Severe: depth to rock | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: fast intake slope soil blowing | Limitation: soil blowing depth to rock | Limitation: depth to rock |
| 4: | | | | | | | |
| Arabrab | Severe: slope depth to rock | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: fast intake slope soil blowing | Limitation: slope soil blowing depth to rock | Limitation: slope depth to rock |
| Longburn | Severe: slope depth to rock | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones slope depth to rock | Limitation: large stones slope droughty |
| 5: | | | | | | | |
| Archuleta | Severe: slope depth to rock | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: erodes easily slope depth to rock | Limitation: erodes easily slope depth to rock | Limitation: erodes easily slope depth to rock |
| Sanchez | Severe: slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones slope depth to rock | Limitation: large stones slope droughty |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 6: | | | | | | | |
| Argiustolls | Severe: slope | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones slope depth to rock | Limitation: large stones slope droughty |
| Haplustalfs | Severe: slope depth to rock | Moderate: hard to pack large stones | Severe: no water | Limitation: deep to water | Limitation: large stones percs slowly slope | Limitation: large stones slope depth to rock | Limitation: large stones slope depth to rock |
| 7: | | | | | | | |
| Argiustolls | Severe: slope | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones slope depth to rock | Limitation: large stones slope droughty |
| Haplustalfs | Severe: slope depth to rock | Moderate: hard to pack large stones | Severe: no water | Limitation: deep to water | Limitation: large stones percs slowly slope | Limitation: large stones slope depth to rock | Limitation: large stones slope depth to rock |
| Rock outcrop | Severe: slope depth to rock | Slight | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: slope depth to rock | Limitation: slope depth to rock |
| 8: | | | | | | | |
| Barx | Moderate: seepage slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope | Limitation: erodes easily | Limitation: erodes easily too arid |
| 9: | | | | | | | |
| Barx | Severe: slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope | Limitation: erodes easily slope | Limitation: erodes easily slope too arid |
| 10: | | | | | | | |
| Barx | Moderate: seepage | Moderate: piping | Severe: no water | Limitation: deep to water | Limitation: erodes easily soil blowing | Limitation: erodes easily soil blowing | Limitation: erodes easily too arid |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 11: | | | | | | | |
| Barx | Moderate: seepage slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope | Limitation: erodes easily | Limitation: erodes easily too arid |
| Gapmesa | Severe: seepage | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope soil blowing depth to rock | Limitation: soil blowing depth to rock | Limitation: too arid depth to rock |
| 12: | | | | | | | |
| Battlerock | Moderate: slope | Moderate: piping | Severe: no water | Limitation: deep to water | Limitation: slope | Favorable | Limitation: too arid |
| 13: | | | | | | | |
| Beje | Severe: depth to rock | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: depth to rock | Limitation: depth to rock |
| Tragmon | Moderate: seepage slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope soil blowing | Limitation: soil blowing | Favorable |
| 14: | | | | | | | |
| Burnson | Severe: slope | Moderate: hard to pack thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly slope | Limitation: percs slowly slope |
| 15: | | | | | | | |
| Burnson, dry | Severe: slope | Moderate: hard to pack thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly slope | Limitation: percs slowly slope |
| 16: | | | | | | | |
| Burnson | Severe: slope | Moderate: hard to pack thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly slope | Limitation: percs slowly slope |
| Herm | Severe: slope | Moderate: piping | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly slope | Limitation: percs slowly slope |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 17: | | | | | | | |
| Cahona | Moderate: seepage | Severe: piping | Severe: no water | Limitation: deep to water | Favorable | Limitation: erodes easily | Limitation: erodes easily too arid |
| 18: | | | | | | | |
| Cahona | Moderate: seepage slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope | Limitation: erodes easily | Limitation: erodes easily too arid |
| 19: | | | | | | | |
| Cahona | Severe: slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope | Limitation: erodes easily slope | Limitation: erodes easily slope too arid |
| 20: | | | | | | | |
| Cahona | Moderate: seepage slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope | Limitation: erodes easily | Limitation: erodes easily too arid |
| Pulpit | Moderate: seepage slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: erodes easily depth to rock | Limitation: erodes easily too arid |
| 21: | | | | | | | |
| Cahona | Moderate: seepage slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope | Limitation: erodes easily | Limitation: erodes easily too arid |
| Sharps | Moderate: seepage slope depth to rock | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: erodes easily depth to rock | Limitation: erodes easily too arid |
| Wetherill | Moderate: seepage slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: erodes easily slope | Limitation: erodes easily | Limitation: erodes easily too arid |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 22: Claysprings | Severe: slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: percs slowly slope depth to rock | Limitation: slope too arid depth to rock |
| 23: Collide | Moderate: slope | Slight | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly | Limitation: percs slowly too arid |
| 24: Collide | Severe: slope | Slight | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly slope | Limitation: percs slowly slope too arid |
| 25: Collide | Slight | Slight | Severe: no water | Limitation: deep to water | Limitation: percs slowly | Limitation: percs slowly | Limitation: percs slowly too arid |
| Collide, cobbly substratum | Moderate: seepage | Slight | Severe: no water | Limitation: deep to water | Limitation: percs slowly | Limitation: percs slowly | Limitation: percs slowly too arid |
| 26: Collide | Moderate: slope | Slight | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly | Limitation: percs slowly too arid |
| Collide, cobbly Substratum | Moderate: seepage slope | Slight | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly | Limitation: percs slowly too arid |
| 27: Dalmatian | Severe: seepage | Severe: piping | Moderate: slow refill deep to water | Limitation: deep to water | Favorable | Favorable | Favorable |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 27: | | | | | | | |
| Apmay | Severe: seepage | Severe: seepage wetness | Severe: slow refill | Favorable | Limitation: erodes easily wetness | Limitation: erodes easily wetness | Limitation: erodes easily wetness |
| Schrader | Severe: seepage | Severe: piping wetness | Moderate: slow refill | Limitation: flooding frost action | Limitation: flooding wetness | Limitation: wetness | Limitation: wetness |
| 28: | | | | | | | |
| Dam | --- | --- | --- | --- | --- | --- | --- |
| 29: | | | | | | | |
| Endoaquolls | Severe: seepage | Severe: seepage wetness | Severe: cutbanks cave | Limitation: flooding large stones | Limitation: large stones wetness | Limitation: large stones too sandy wetness | Limitation: large stones wetness droughty |
| Ustifluvents | Severe: seepage | Severe: seepage | Severe: cutbanks cave | Limitation: flooding large stones | Limitation: large stones wetness | Limitation: large stones too sandy wetness | Limitation: large stones droughty |
| 30: | | | | | | | |
| Falconry | Severe: slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: slope soil blowing droughty | Limitation: slope soil blowing depth to rock | Limitation: slope depth to rock droughty |
| 31: | | | | | | | |
| Farb | Severe: depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: slope soil blowing droughty | Limitation: soil blowing depth to rock | Limitation: too arid droughty |
| Rock outcrop | Severe: depth to rock | Slight | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: depth to rock | Limitation: depth to rock |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 32: | | | | | | | |
| Fardraw | Severe: slope | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones percs slowly slope | Limitation: large stones slope droughty |
| 33: | | | | | | | |
| Fardraw | Moderate: slope | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones percs slowly | Limitation: large stones droughty |
| 34: | | | | | | | |
| Fardraw | Severe: slope | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones percs slowly slope | Limitation: large stones slope droughty |
| 35: | | | | | | | |
| Fardraw | Moderate: slope | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones percs slowly | Limitation: large stones droughty |
| Granath | Moderate: slope | Moderate: piping thin layer | Severe: no water | Limitation: deep to water | Limitation: slope | Favorable | Favorable |
| 36: | | | | | | | |
| Fivepine | Severe: depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: large stones depth to rock | Limitation: large stones depth to rock |
| Nortez | Moderate: slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: percs slowly depth to rock | Limitation: percs slowly depth to rock |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 37: | | | | | | | |
| Fluvaquents | Severe: seepage | Severe: seepage wetness | Severe: cutbanks cave | Limitation: flooding cutbanks cave | Limitation: wetness droughty | Limitation: large stones too sandy wetness | Limitation: large stones wetness droughty |
| Haplustolls | Severe: seepage | Severe: seepage | Severe: no water | Limitation: deep to water | Limitation: large stones droughty | Limitation: large stones too sandy soil blowing | Limitation: large stones droughty |
| 38: | | | | | | | |
| Fluvents | Severe: seepage | Severe: seepage | Severe: no water | Limitation: deep to water | Limitation: flooding droughty | Limitation: large stones too sandy | Limitation: large stones droughty |
| Fluvaquents | Severe: seepage | Severe: seepage wetness | Severe: cutbanks cave | Limitation: flooding cutbanks cave | Limitation: wetness droughty | Limitation: large stones too sandy wetness | Limitation: large stones wetness droughty |
| 39: | | | | | | | |
| Fughes | Moderate: seepage slope | Moderate: hard to pack | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly | Limitation: percs slowly |
| 40: | | | | | | | |
| Fughes | Severe: slope | Moderate: hard to pack | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly slope | Limitation: percs slowly slope |
| Herm | Severe: slope | Moderate: piping | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly slope | Limitation: percs slowly slope |
| 41: | | | | | | | |
| Fughes | Severe: slope | Moderate: piping | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: slope | Limitation: percs slowly slope |
| Sheek | Severe: slope | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope | Limitation: large stones slope | Limitation: large stones slope |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 42: | | | | | | | |
| Gladel | Severe: depth to rock | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones depth to rock | Limitation: large stones droughty |
| Pulpit | Moderate: seepage slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: erodes easily depth to rock | Limitation: erodes easily too arid |
| 43: | | | | | | | |
| Goldbug | Severe: slope | Moderate: large stones | Severe: no water | Limitation: deep to water | Limitation: slope droughty | Limitation: large stones slope | Limitation: large stones slope droughty |
| 44: | | | | | | | |
| Granath | Moderate: slope | Moderate: piping thin layer | Severe: no water | Limitation: deep to water | Limitation: slope | Favorable | Favorable |
| 45: | | | | | | | |
| Granath | Severe: slope | Moderate: piping thin layer | Severe: no water | Limitation: deep to water | Limitation: slope | Limitation: slope | Limitation: slope |
| 46: | | | | | | | |
| Granath | Moderate: slope | Slight | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly | Limitation: percs slowly |
| Fughes | Moderate: slope | Moderate: hard to pack | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly | Limitation: percs slowly |
| 47: | | | | | | | |
| Granath | Moderate: slope | Slight | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly | Limitation: percs slowly |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for--: Pond reservoir areas | Limitations for--: Embankments, dikes, and levees | Limitations for--: Aquifer-fed excavated ponds | Features affecting--: Drainage | Features affecting--: Irrigation | Features affecting--: Terraces and diversions | Features affecting--: Grassed waterways |
|---|---|---|---|---|---|---|---|
| 47: | | | | | | | |
| Nortez | Moderate: slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: percs slowly depth to rock | Limitation: percs slowly depth to rock |
| 48: | | | | | | | |
| Granath | Moderate: slope | Slight | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly | Limitation: percs slowly |
| Ormiston | Moderate: slope | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones percs slowly | Limitation: large stones droughty |
| Fivepine | Severe: depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: large stones depth to rock | Limitation: large stones depth to rock |
| 49: | | | | | | | |
| Herm | Severe: slope | Moderate: piping | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly slope | Limitation: percs slowly slope |
| 50: | | | | | | | |
| Herm | Severe: slope | Moderate: hard to pack | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly slope | Limitation: percs slowly slope |
| 51: | | | | | | | |
| Herm | Moderate: slope | Moderate: piping | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly | Limitation: percs slowly |
| Pagoda | Moderate: slope | Moderate: piping | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Favorable | Limitation: percs slowly |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 52: Hesperus | Moderate: seepage | Moderate: piping thin layer | Severe: no water | Limitation: deep to water | Favorable | Favorable | Favorable |
| 53: Hesperus | Moderate: seepage slope | Moderate: piping thin layer | Severe: no water | Limitation: deep to water | Limitation: slope | Favorable | Favorable |
| 54: Hesperus | Severe: slope | Moderate: piping thin layer | Severe: no water | Limitation: deep to water | Limitation: slope | Limitation: slope | Limitation: slope |
| 55: Hesperus | Moderate: seepage slope | Moderate: piping thin layer | Severe: no water | Limitation: deep to water | Limitation: slope soil blowing | Limitation: soil blowing | Favorable |
| 56: Ilex | Moderate: slope | Moderate: piping | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly | Limitation: percs slowly |
| 57: Ilex | Severe: slope | Moderate: piping | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly slope | Limitation: percs slowly slope |
| 58: Ilex | Moderate: slope | Moderate: piping | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly | Limitation: percs slowly |
| Granath | Moderate: slope | Moderate: piping thin layer | Severe: no water | Limitation: deep to water | Limitation: slope | Favorable | Favorable |
| 59: Ilex | Severe: slope | Moderate: piping | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly slope | Limitation: percs slowly slope |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 59: | | | | | | | |
| Granath | Severe: slope | Moderate: piping thin layer | Severe: no water | Limitation: deep to water | Limitation: slope | Limitation: slope | Limitation: slope |
| 60: | | | | | | | |
| Ilex | Severe: slope | Moderate: piping | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly slope | Limitation: percs slowly slope |
| Pramiss | Severe: slope | Moderate: hard to pack large stones thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: large stones slope depth to rock | Limitation: large stones slope depth to rock |
| Falconry | Severe: slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: slope soil blowing droughty | Limitation: slope soil blowing depth to rock | Limitation: slope depth to rock droughty |
| 61: | | | | | | | |
| Ilex | Moderate: slope | Moderate: piping | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly | Limitation: percs slowly |
| Pramiss | Moderate: slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: percs slowly depth to rock | Limitation: percs slowly depth to rock |
| Granath | Moderate: slope | Moderate: piping thin layer | Severe: no water | Limitation: deep to water | Limitation: slope | Favorable | Favorable |
| 62: | | | | | | | |
| Irak | Moderate: seepage | Severe: piping wetness | Moderate: slow refill | Favorable | Limitation: wetness | Limitation: wetness | Limitation: wetness |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 63: | | | | | | | |
| Jemco | Severe: slope | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: erodes easily slope depth to rock | Limitation: erodes easily slope depth to rock | Limitation: erodes easily slope depth to rock |
| Detra | Severe: slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope | Limitation: slope | Limitation: slope |
| Beje | Severe: slope depth to rock | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: slope depth to rock | Limitation: slope depth to rock |
| 64: | | | | | | | |
| Lazear | Severe: slope depth to rock | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock droughty | Limitation: large stones slope depth to rock | Limitation: large stones slope too arid |
| Rock outcrop | Severe: slope depth to rock | Slight | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: slope depth to rock | Limitation: slope depth to rock |
| 65: | | | | | | | |
| Lillings | Moderate: seepage | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: erodes easily excess salt | Limitation: erodes easily | Limitation: erodes easily excess salt too arid |
| 66: | | | | | | | |
| Lillings | Moderate: seepage | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: excess salt | Limitation: erodes easily | Limitation: erodes easily excess salt too arid |
| 67: | | | | | | | |
| Lillings | Moderate: seepage slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: excess salt slope | Limitation: erodes easily | Limitation: erodes easily excess salt too arid |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 68: | | | | | | | |
| Longburn | Severe: slope depth to rock | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones slope depth to rock | Limitation: large stones slope droughty |
| Rock outcrop | Severe: slope depth to rock | Slight | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: slope depth to rock | Limitation: slope depth to rock |
| 69: | | | | | | | |
| Longburn | Severe: slope depth to rock | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones slope depth to rock | Limitation: large stones slope droughty |
| Rock outcrop | Severe: slope depth to rock | Slight | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: slope depth to rock | Limitation: slope depth to rock |
| 70: | | | | | | | |
| Mack | Moderate: seepage slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: excess salt slope soil blowing | Limitation: soil blowing | Limitation: too arid |
| 71: | | | | | | | |
| Mikett | Slight | Severe: excess sodium piping wetness | Severe: slow refill | Limitation: excess sodium excess salt | Limitation: excess sodium excess salt wetness | Limitation: wetness | Limitation: excess salt wetness too arid |
| 72: | | | | | | | |
| Mikett | Slight | Moderate: piping wetness | Severe: slow refill | Limitation: deep to water | Limitation: excess salt | Favorable | Limitation: excess salt too arid |
| 73: | | | | | | | |
| Mikim | Slight | Moderate: piping | Severe: no water | Limitation: deep to water | Limitation: excess salt | Favorable | Limitation: excess salt too arid |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 74:<br>Mikim | Slight | Severe:<br>excess sodium | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>excess sodium<br>excess salt | Favorable | Limitation:<br>excess sodium<br>excess salt<br>too arid |
| 75:<br>Mikim | Moderate:<br>slope | Moderate:<br>piping | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>erodes easily<br>excess salt<br>slope | Limitation:<br>erodes easily | Limitation:<br>erodes easily<br>excess salt<br>too arid |
| 76:<br>Morefield | Slight | Severe:<br>piping | Severe:<br>no water | Limitation:<br>deep to water | Favorable | Limitation:<br>erodes easily | Limitation:<br>erodes easily<br>too arid |
| 77:<br>Morefield | Moderate:<br>slope | Severe:<br>piping | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>slope | Limitation:<br>erodes easily | Limitation:<br>erodes easily<br>too arid |
| 78:<br>Nortez | Moderate:<br>slope<br>depth to rock | Severe:<br>thin layer | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>percs slowly<br>slope<br>depth to rock | Limitation:<br>percs slowly<br>depth to rock | Limitation:<br>percs slowly<br>depth to rock |
| Granath | Moderate:<br>slope | Moderate:<br>piping<br>thin layer | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>slope | Favorable | Favorable |
| 79:<br>Northrim | Severe:<br>slope | Severe:<br>piping | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>percs slowly<br>slope | Limitation:<br>large stones<br>slope | Limitation:<br>large stones<br>slope |
| 80:<br>Ormiston | Severe:<br>slope | Severe:<br>large stones | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>large stones<br>slope<br>droughty | Limitation:<br>large stones<br>percs slowly<br>slope | Limitation:<br>large stones<br>slope<br>droughty |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 80: | | | | | | | |
| Beje | Severe: slope depth to rock | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: slope depth to rock | Limitation: slope depth to rock |
| 81: | | | | | | | |
| Ormiston | Moderate: slope | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones percs slowly | Limitation: large stones droughty |
| Fivepine | Severe: depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: large stones depth to rock | Limitation: large stones depth to rock |
| 82: | | | | | | | |
| Ormiston | Moderate: slope depth to rock | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones percs slowly | Limitation: large stones droughty |
| Granath | Moderate: slope | Moderate: piping thin layer | Severe: no water | Limitation: deep to water | Limitation: slope | Favorable | Favorable |
| 83: | | | | | | | |
| Ormiston | Moderate: slope depth to rock | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones percs slowly | Limitation: large stones droughty |
| Nortez | Moderate: slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: percs slowly depth to rock | Limitation: percs slowly depth to rock |
| 84: | | | | | | | |
| Payter | Severe: seepage slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope soil blowing | Limitation: slope soil blowing | Limitation: slope |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 85:<br>Pinacol | Moderate:<br>slope | Severe:<br>large stones | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>large stones<br>slope<br>droughty | Limitation:<br>large stones | Limitation:<br>large stones<br>droughty |
| 86:<br>Pinacol | Severe:<br>slope | Severe:<br>large stones | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>large stones<br>slope<br>droughty | Limitation:<br>large stones<br>slope | Limitation:<br>large stones<br>slope<br>droughty |
| 87:<br>Pits | Limitation:<br>variable | Limitation:<br>variable | Limitation:<br>variable | Limitation:<br>variable | Limitation:<br>variable | Limitation:<br>variable | Limitation:<br>variable |
| 88:<br>Pogo | Slight | Severe:<br>wetness | Severe:<br>slow refill | Limitation:<br>flooding<br>frost action | Limitation:<br>erodes easily<br>flooding<br>wetness | Limitation:<br>erodes easily<br>wetness | Limitation:<br>erodes easily<br>wetness |
| 89:<br>Pramiss | Severe:<br>slope | Moderate:<br>hard to pack<br>large stones<br>thin layer | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>percs slowly<br>slope<br>depth to rock | Limitation:<br>large stones<br>slope<br>depth to rock | Limitation:<br>large stones<br>slope<br>depth to rock |
| 90:<br>Pramiss | Moderate:<br>slope<br>depth to rock | Severe:<br>thin layer | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>percs slowly<br>slope<br>depth to rock | Limitation:<br>percs slowly<br>depth to rock | Limitation:<br>percs slowly<br>depth to rock |
| Granath | Moderate:<br>slope | Moderate:<br>piping<br>thin layer | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>slope | Favorable | Favorable |
| 91:<br>Prater | Severe:<br>slope | Slight | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>fast intake<br>slope<br>soil blowing | Limitation:<br>percs slowly<br>slope<br>soil blowing | Limitation:<br>percs slowly<br>slope<br>too arid |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 92: | | | | | | | |
| Prater | Severe: slope | Slight | Severe: no water | Limitation: deep to water | Limitation: fast intake slope soil blowing | Limitation: percs slowly slope soil blowing | Limitation: percs slowly slope too arid |
| Dolcan | Severe: slope depth to rock | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope depth to rock | Limitation: large stones slope depth to rock | Limitation: large stones slope too arid |
| 93: | | | | | | | |
| Pulpit | Moderate: seepage slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: erodes easily depth to rock | Limitation: erodes easily too arid |
| 94: | | | | | | | |
| Pulpit | Moderate: seepage slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: erodes easily depth to rock | Limitation: erodes easily too arid |
| 95: | | | | | | | |
| Pulpit | Severe: slope | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: erodes easily slope depth to rock | Limitation: erodes easily slope too arid |
| 96: | | | | | | | |
| Purcella | Severe: seepage | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones droughty | Limitation: large stones | Limitation: large stones too arid droughty |
| 97: | | | | | | | |
| Ramper | Slight | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: excess salt | Favorable | Limitation: too arid |
| 98: | | | | | | | |
| Ramper | Slight | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: erodes easily excess salt | Limitation: erodes easily | Limitation: erodes easily too arid |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for--: Pond reservoir areas | Limitations for--: Embankments, dikes, and levees | Limitations for--: Aquifer-fed excavated ponds | Features affecting--: Drainage | Features affecting--: Irrigation | Features affecting--: Terraces and diversions | Features affecting--: Grassed waterways |
|---|---|---|---|---|---|---|---|
| 99: Ravola | Slight | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: excess salt | Limitation: too sandy | Limitation: excess salt too arid |
| 100: Recapture | Moderate: seepage slope | Severe: excess sodium | Severe: no water | Limitation: deep to water | Limitation: excess sodium slope soil blowing | Limitation: erodes easily soil blowing | Limitation: erodes easily excess sodium too arid |
| 101: Recapture | Severe: seepage | Severe: excess sodium piping | Severe: no water | Limitation: deep to water | Limitation: excess sodium slope soil blowing | Limitation: soil blowing | Limitation: excess sodium excess salt too arid |
| 102: Ricot | Slight | Slight | Severe: no water | Limitation: deep to water | Limitation: percs slowly | Limitation: percs slowly | Limitation: percs slowly |
| 103: Ricot | Moderate: slope | Slight | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly | Limitation: percs slowly |
| 104: Ricot | Severe: slope | Slight | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: percs slowly slope | Limitation: percs slowly slope |
| 105: Rizno | Severe: depth to rock | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope soil blowing depth to rock | Limitation: erodes easily depth to rock | Limitation: erodes easily too arid |
| Gapmesa | Severe: seepage | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope soil blowing depth to rock | Limitation: soil blowing depth to rock | Limitation: too arid depth to rock |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 106: | | | | | | | |
| Rizno | Severe: slope depth to rock | Severe: seepage | Severe: no water | Limitation: deep to water | Limitation: slope soil blowing droughty | Limitation: slope too sandy depth to rock | Limitation: slope too arid droughty |
| Littlenan | Severe: slope | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: percs slowly slope depth to rock | Limitation: slope too arid depth to rock |
| Bodry | Severe: slope | Moderate: hard to pack large stones thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: large stones slope depth to rock | Limitation: large stones slope too arid |
| 107: | | | | | | | |
| Rizno | Severe: slope depth to rock | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope soil blowing depth to rock | Limitation: slope soil blowing depth to rock | Limitation: slope too arid depth to rock |
| Ruinpoint | Moderate: seepage slope | Moderate: piping | Severe: no water | Limitation: deep to water | Limitation: erodes easily slope soil blowing | Limitation: erodes easily soil blowing | Limitation: erodes easily too arid |
| Rock outcrop | Severe: slope depth to rock | Slight | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: slope depth to rock | Limitation: slope depth to rock |
| 108: | | | | | | | |
| Rock outcrop | Severe: slope depth to rock | Slight | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: slope depth to rock | Limitation: slope depth to rock |
| 109: | | | | | | | |
| Romberg | Severe: slope | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones slope | Limitation: large stones slope too arid |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 109: | | | | | | | |
| Crosscan | Severe: slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope droughty | Limitation: large stones slope depth to rock | Limitation: large stones slope too arid |
| 110: | | | | | | | |
| Romberg | Severe: slope | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones slope | Limitation: large stones slope too arid |
| Crosscan | Severe: slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope droughty | Limitation: large stones slope depth to rock | Limitation: large stones slope too arid |
| Rock outcrop | Severe: slope depth to rock | Slight | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: slope depth to rock | Limitation: slope depth to rock |
| 111: | | | | | | | |
| Roubideau | Moderate: seepage slope depth to rock | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: depth to rock | Limitation: too arid depth to rock |
| 112: | | | | | | | |
| Sharps | Moderate: seepage slope depth to rock | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: erodes easily depth to rock | Limitation: erodes easily too arid |
| 113: | | | | | | | |
| Sharps | Severe: slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: erodes easily slope depth to rock | Limitation: erodes easily slope too arid |
| 114: | | | | | | | |
| Sharps, dry | Severe: slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: erodes easily slope depth to rock | Limitation: erodes easily slope too arid |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 115: | | | | | | | |
| Sharps, dry | Severe: slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: erodes easily slope depth to rock | Limitation: erodes easily slope too arid |
| Gapmesa | Severe: seepage slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope soil blowing depth to rock | Limitation: slope soil blowing depth to rock | Limitation: slope too arid depth to rock |
| 116: | | | | | | | |
| Sharps | Severe: slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: erodes easily slope depth to rock | Limitation: erodes easily slope too arid |
| Cahona | Severe: slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope | Limitation: erodes easily slope | Limitation: erodes easily slope too arid |
| 117: | | | | | | | |
| Sharps | Moderate: seepage slope depth to rock | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: erodes easily depth to rock | Limitation: erodes easily too arid |
| Pulpit | Moderate: seepage slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: erodes easily depth to rock | Limitation: erodes easily too arid |
| 118: | | | | | | | |
| Sharps | Severe: slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: erodes easily slope depth to rock | Limitation: erodes easily slope too arid |
| Pulpit | Severe: slope | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: erodes easily slope depth to rock | Limitation: erodes easily slope too arid |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 119: | | | | | | | |
| Sheek | Severe: slope | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones slope | Limitation: large stones slope droughty |
| Archuleta | Severe: slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: large stones slope depth to rock | Limitation: large stones slope depth to rock | Limitation: large stones slope droughty |
| 120: | | | | | | | |
| Sheek | Severe: slope | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones slope | Limitation: large stones slope droughty |
| Archuleta | Severe: slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: large stones slope depth to rock | Limitation: large stones slope depth to rock | Limitation: large stones slope droughty |
| Rock outcrop | Severe: slope depth to rock | Slight | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: slope depth to rock | Limitation: slope depth to rock |
| Sheek | Severe: slope | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones slope | Limitation: large stones slope droughty |
| 121: | | | | | | | |
| Archuleta | Severe: slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: large stones slope depth to rock | Limitation: large stones slope depth to rock | Limitation: large stones slope droughty |
| Rock outcrop | Severe: slope depth to rock | Slight | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: slope depth to rock | Limitation: slope depth to rock |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 122: | | | | | | | |
| Sheppard | Severe: seepage | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: fast intake slope droughty | Limitation: too sandy soil blowing | Limitation: too arid droughty |
| 123: | | | | | | | |
| Sideshow | Slight | Slight | Severe: no water | Limitation: deep to water | Limitation: percs slowly | Limitation: erodes easily percs slowly | Limitation: erodes easily too arid |
| 124: | | | | | | | |
| Sideshow | Moderate: slope | Slight | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: erodes easily percs slowly | Limitation: erodes easily too arid |
| 125: | | | | | | | |
| Sideshow | Severe: slope | Slight | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: erodes easily percs slowly slope | Limitation: erodes easily slope too arid |
| 126: | | | | | | | |
| Sideshow | Severe: slope | Slight | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: erodes easily percs slowly slope | Limitation: erodes easily slope too arid |
| Zigzag | Severe: slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: percs slowly slope depth to rock | Limitation: slope too arid depth to rock |
| 127: | | | | | | | |
| Sideslide | Moderate: slope | Moderate: hard to pack wetness | Severe: slow refill | Limitation: frost action percs slowly slope | Limitation: percs slowly slope wetness | Limitation: percs slowly wetness | Limitation: percs slowly |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- | | | Features affecting-- | | | |
|---|---|---|---|---|---|---|---|
| | Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Drainage | Irrigation | Terraces and diversions | Grassed waterways |
| 128: | | | | | | | |
| Stephouse | Severe:<br>depth to rock | Severe:<br>piping | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>fast intake<br>slope<br>soil blowing | Limitation:<br>soil blowing<br>depth to rock | Limitation:<br>depth to rock |
| Rock outcrop | Severe:<br>depth to rock | Slight | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>slope<br>depth to rock | Limitation:<br>depth to rock | Limitation:<br>depth to rock |
| 129: | | | | | | | |
| Torriorthents | Severe:<br>slope<br>depth to rock | Severe:<br>large stones<br>piping | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>large stones<br>slope<br>droughty | Limitation:<br>large stones<br>slope<br>depth to rock | Limitation:<br>large stones<br>slope<br>too arid |
| 130: | | | | | | | |
| Torriorthents | Severe:<br>slope<br>depth to rock | Severe:<br>large stones<br>piping | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>large stones<br>slope<br>droughty | Limitation:<br>large stones<br>slope<br>depth to rock | Limitation:<br>large stones<br>slope<br>too arid |
| Badland | Severe:<br>slope<br>depth to rock | Slight | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>slope<br>depth to rock | Limitation:<br>slope<br>depth to rock | Limitation:<br>slope<br>depth to rock |
| 131: | | | | | | | |
| Tragmon | Severe:<br>slope | Severe:<br>piping | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>slope<br>soil blowing | Limitation:<br>slope<br>soil blowing | Limitation:<br>slope |
| Sheek | Severe:<br>slope | Severe:<br>large stones | Severe:<br>no water | Limitation:<br>deep to water | Limitation:<br>large stones<br>slope<br>droughty | Limitation:<br>large stones<br>slope | Limitation:<br>large stones<br>slope<br>droughty |
| 132: | | | | | | | |
| Typic Argiaquolls | Severe:<br>seepage | Severe:<br>piping<br>wetness | Severe:<br>slow refill | Limitation:<br>frost action<br>percs slowly | Limitation:<br>percs slowly<br>wetness | Limitation:<br>wetness | Limitation:<br>percs slowly<br>wetness |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 133: | | | | | | | |
| Typic Torriorthents---- | Severe: slope depth to rock | Severe: large stones piping | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones slope depth to rock | Limitation: large stones slope too arid |
| Rock outcrop----------- | Severe: slope depth to rock | Slight | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: slope depth to rock | Limitation: slope depth to rock |
| 134: | | | | | | | |
| Umbarg----------------- | Moderate: seepage | Severe: piping | Severe: slow refill | Limitation: deep to water | Favorable | Favorable | Favorable |
| Winner----------------- | Moderate: seepage | Severe: wetness | Severe: slow refill | Limitation: frost action large stones | Limitation: wetness | Limitation: wetness | Limitation: wetness |
| Tesajo----------------- | Severe: seepage | Severe: large stones | Severe: large stones cutbanks cave | Limitation: deep to water | Limitation: large stones soil blowing droughty | Limitation: large stones too sandy soil blowing | Limitation: large stones droughty |
| 135: | | | | | | | |
| Ustic Torrifluvents---- | Severe: seepage | Severe: seepage piping | Severe: no water | Limitation: deep to water | Limitation: fast intake soil blowing droughty | Limitation: too sandy soil blowing | Limitation: excess salt too arid droughty |
| 136: | | | | | | | |
| Ustic Torriorthents---- | Severe: depth to rock | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock droughty | Limitation: large stones depth to rock | Limitation: large stones too arid |
| Gullied land----------- | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable | Limitation: variable |
| 137: | | | | | | | |
| Ustorthents------------ | Severe: slope depth to rock | Severe: large stones piping | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones slope depth to rock | Limitation: excess salt large stones slope |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 138: | | | | | | | |
| Uzacol | Moderate: slope | Severe: excess sodium | Severe: no water | Limitation: deep to water | Limitation: excess sodium percs slowly slope | Limitation: percs slowly | Limitation: excess sodium too arid |
| Zwicker | Moderate: slope depth to rock | Moderate: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: percs slowly depth to rock | Limitation: too arid depth to rock |
| Clayprings | Severe: depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: percs slowly depth to rock | Limitation: too arid depth to rock |
| 139: | | | | | | | |
| Water | --- | --- | --- | --- | --- | --- | --- |
| 140: | | | | | | | |
| Wauquie | Severe: slope | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones slope | Limitation: large stones slope too arid |
| 141: | | | | | | | |
| Wauquie | Severe: slope | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones slope soil blowing | Limitation: large stones slope too arid |
| Dolcan | Severe: slope depth to rock | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope depth to rock | Limitation: large stones slope depth to rock | Limitation: large stones slope too arid |
| 142: | | | | | | | |
| Wauquie | Severe: slope | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope droughty | Limitation: large stones slope soil blowing | Limitation: large stones slope too arid |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 142: | | | | | | | |
| Dolcan | Severe: slope depth to rock | Severe: large stones | Severe: no water | Limitation: deep to water | Limitation: large stones slope depth to rock | Limitation: large stones slope depth to rock | Limitation: large stones slope too arid |
| Rock outcrop | Severe: slope depth to rock | Slight | Severe: no water | Limitation: deep to water | Limitation: slope depth to rock | Limitation: slope depth to rock | Limitation: slope depth to rock |
| 143: | | | | | | | |
| Wetherill | Moderate: seepage | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: erodes easily | Limitation: erodes easily | Limitation: erodes easily too arid |
| 144: | | | | | | | |
| Wetherill | Moderate: seepage slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: erodes easily slope | Limitation: erodes easily | Limitation: erodes easily too arid |
| 145: | | | | | | | |
| Wetherill | Severe: slope | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: erodes easily slope | Limitation: erodes easily slope | Limitation: erodes easily slope too arid |
| 146: | | | | | | | |
| Yarts | Severe: seepage | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope | Favorable | Limitation: too arid |
| 147: | | | | | | | |
| Yarts | Severe: seepage | Severe: piping | Severe: no water | Limitation: deep to water | Limitation: slope soil blowing | Limitation: soil blowing | Limitation: too arid |
| 148: | | | | | | | |
| Zau | Severe: slope | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: percs slowly slope depth to rock | Limitation: percs slowly slope depth to rock |

Table 13.--Water Management--Continued

| Map symbol and soil name | Limitations for-- Pond reservoir areas | Embankments, dikes, and levees | Aquifer-fed excavated ponds | Features affecting-- Drainage | Irrigation | Terraces and diversions | Grassed waterways |
|---|---|---|---|---|---|---|---|
| 149: | | | | | | | |
| Zigzag | Severe: slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: percs slowly slope depth to rock | Limitation: slope too arid depth to rock |
| 150: | | | | | | | |
| Zigzag | Severe: slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: percs slowly slope depth to rock | Limitation: slope too arid depth to rock |
| Sideshow | Severe: slope | Slight | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope | Limitation: erodes easily percs slowly slope | Limitation: erodes easily slope too arid |
| 151: | | | | | | | |
| Zyme | Severe: depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: percs slowly depth to rock | Limitation: too arid depth to rock |
| 152: | | | | | | | |
| Zyme | Severe: slope depth to rock | Severe: thin layer | Severe: no water | Limitation: deep to water | Limitation: percs slowly slope depth to rock | Limitation: percs slowly slope depth to rock | Limitation: slope too arid depth to rock |

Table 14.--Engineering Index Properties

(Absence of an entry indicates that the data were not estimated.)

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | Percentage passing sieve number--: 10 | Percentage passing sieve number--: 40 | Percentage passing sieve number--: 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 1: | | | | | | | | | | | | |
| Ackmen---------- | 0-6 | Loam | CL, CL-ML | A-4 | 0 | 0 | 100 | 100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 6-60 | Silt loam, loam, clay loam | CL, CL-ML | A-4 | 0 | 0 | 100 | 100 | 90-100 | 70-90 | 25-35 | 5-15 |
| 2: | | | | | | | | | | | | |
| Ackmen---------- | 0-6 | Loam | CL, CL-ML | A-4 | 0 | 0 | 100 | 100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 6-60 | Silt loam, loam, clay loam | CL, CL-ML | A-4 | 0 | 0 | 100 | 100 | 90-100 | 70-90 | 25-35 | 5-15 |
| 3: | | | | | | | | | | | | |
| Arabrab--------- | 0-4 | Loamy sand | SC-SM, SM | A-2 | 0-5 | 0-5 | 95-100 | 90-100 | 50-75 | 15-30 | 20-25 | NP-5 |
| | 4-13 | Sandy clay loam, clay loam, loam | SC-SM, SC, CL-ML, CL | A-6, A-4 | 0-5 | 0-5 | 85-100 | 80-100 | 70-90 | 40-80 | 25-35 | 5-15 |
| | 13-16 | Clay loam, sandy clay loam | CL-ML, SC, CL, SC-SM | A-4, A-6 | 0-5 | 0-5 | 85-100 | 80-100 | 70-90 | 40-80 | 25-35 | 5-15 |
| | 16-26 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 4: | | | | | | | | | | | | |
| Arabrab--------- | 0-4 | Loamy sand | SC-SM, SM | A-2 | 0-5 | 0-5 | 95-100 | 90-100 | 50-75 | 15-30 | 20-25 | NP-5 |
| | 4-13 | Sandy clay loam, clay loam, loam | CL-ML, CL, SC, SC-SM | A-6, A-4 | 0-5 | 0-5 | 85-100 | 80-100 | 70-90 | 40-80 | 25-35 | 5-15 |
| | 13-16 | Clay loam, sandy clay loam | CL, SC-SM, CL-ML, SC | A-4, A-6 | 0-5 | 0-5 | 85-100 | 80-100 | 70-90 | 40-80 | 25-35 | 5-15 |
| | 16-26 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 4: | | | | | | | | | | | | |
| Longburn-------- | 0-1 | Cobbly fine sandy loam | SC, SC-SM | A-2, A-4 | 0-10 | 15-45 | 75-90 | 70-85 | 50-70 | 30-45 | 25-30 | 5-10 |
| | 1-4 | Very cobbly fine sandy loam | | | 0-25 | 20-70 | 45-90 | 40-85 | 30-70 | 20-45 | 25-30 | 5-10 |
| | 4-17 | Very cobbly clay loam, very cobbly sandy clay loam | GC, CL, SC | A-2, A-6 | 0-25 | 20-70 | 45-90 | 40-85 | 35-85 | 15-70 | 25-35 | 5-15 |
| | 17-27 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 5: | | | | | | | | | | | | |
| Archuleta------- | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-5 | Loam | CL, CL-ML | A-4 | 0 | 0-10 | 85-100 | 80-100 | 70-95 | 50-75 | 25-30 | 5-10 |
| | 5-13 | Clay loam, loam, gravelly clay loam | CL, SC-SM, CL-ML | A-4, A-6 | 0 | 0-15 | 60-100 | 55-100 | 50-75 | 35-65 | 25-35 | 5-15 |
| | 13-17 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Sanchez--------- | 0-5 | Stony sandy clay loam | SC-SM, GC, GC-GM, SC | A-4, A-2, A-1 | 20-50 | 10-20 | 45-75 | 40-70 | 30-50 | 15-35 | 25-30 | 5-10 |
| | 5-11 | Stony clay loam, very stony sandy clay loam, very stony clay loam | GC, CL, SC | A-2, A-6 | 20-60 | 10-50 | 50-80 | 45-75 | 40-65 | 20-55 | 25-35 | 10-15 |
| | 11-15 | Stony sandy clay loam | SC | A-2, A-6 | 10-45 | 10-25 | 75-85 | 70-80 | 50-70 | 30-45 | 30-35 | 10-15 |
| | 15-19 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 6: | | | | | | | | | | | | |
| Argiustolls----- | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-4 | Extremely stony loam | GC-GM, SC, GC, SC-SM | A-2, A-1, A-4 | 30-80 | 10-50 | 20-65 | 15-60 | 15-55 | 10-40 | 25-30 | 5-10 |
| | 4-13 | Extremely stony clay loam, loam, extremely stony loam | GC, SC | A-2, A-6, A-4 | 30-80 | 10-50 | 20-65 | 15-60 | 15-55 | 10-45 | 30-40 | 5-20 |
| | 13-20 | Very stony clay loam, extremely stony loam | GC, CL, SC | A-2, A-4, A-6 | 25-60 | 5-40 | 45-75 | 40-70 | 35-70 | 30-55 | 30-40 | 5-20 |
| | 20-50 | Cobbly clay loam, cobbly clay | CH, CL | A-6, A-7 | 0-10 | 15-40 | 80-95 | 75-90 | 70-85 | 55-80 | 35-65 | 15-40 |
| | 50-60 | Clay | CH, CL | A-7 | 0-5 | 0-10 | 90-100 | 85-100 | 80-95 | 75-90 | 40-65 | 20-40 |
| Haplustalfs----- | 0-5 | Very stony loam | GC, SC-SM, GC-GM, SC | A-2, A-4 | 25-70 | 5-50 | 45-85 | 40-80 | 35-70 | 25-50 | 25-30 | 5-10 |
| | 5-10 | Very stony clay loam, very cobbly loam | CL, GC, SC | A-2, A-6 | 25-60 | 5-40 | 45-75 | 40-70 | 35-70 | 30-55 | 30-35 | 10-15 |
| | 10-41 | Very stony clay, very stony clay loam, very cobbly clay, clay | CL, GC | A-7, A-6 | 10-60 | 5-50 | 50-90 | 45-90 | 40-80 | 35-75 | 30-50 | 10-25 |
| | 41-60 | Very stony clay, extremely stony clay, very cobbly clay loam | GC, CH, CL | A-6, A-7 | 10-60 | 10-50 | 50-85 | 45-85 | 40-80 | 35-75 | 30-60 | 10-40 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification Unified | Classification AASHTO | Fragments >10 inches | Fragments 3-10 inches | Percentage passing sieve number-- 4 | 10 | 40 | 200 | Liquid limit | Plas- ticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 7: | | | | | | | | | | | | |
| Argiustolls----- | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-4 | Extremely stony loam | GC-GM, SC, GC, SC-SM | A-2, A-1, A-4 | 30-80 | 10-50 | 20-65 | 15-60 | 15-55 | 10-40 | 25-30 | 5-10 |
| | 4-13 | Extremely stony clay loam, loam, extremely stony loam | GC, SC | A-2, A-6, A-4 | 30-80 | 10-50 | 20-65 | 15-60 | 15-55 | 10-45 | 30-40 | 5-20 |
| | 13-20 | Very stony clay loam, extremely stony loam | GC, CL, SC | A-2, A-4, A-6 | 25-60 | 5-40 | 45-75 | 40-70 | 35-70 | 30-55 | 30-40 | 5-20 |
| | 20-50 | Cobbly clay loam, cobbly clay | CH, CL | A-6, A-7 | 0-10 | 15-40 | 80-95 | 75-90 | 70-85 | 55-80 | 35-65 | 15-40 |
| | 50-60 | Clay | CH, CL | A-7 | 0-5 | 0-10 | 90-100 | 85-100 | 80-95 | 75-90 | 40-65 | 20-40 |
| Haplustalfs----- | 0-5 | Very stony loam | GC-GM, SC, GC, SC-SM | A-2, A-4 | 25-70 | 5-50 | 45-85 | 40-80 | 35-70 | 25-50 | 25-30 | 5-10 |
| | 5-10 | Very stony clay loam, very cobbly loam | CL, GC, SC | A-2, A-6 | 25-60 | 5-40 | 45-75 | 40-70 | 35-70 | 30-55 | 30-35 | 10-15 |
| | 10-41 | Very stony clay, very stony clay loam, very cobbly clay, clay | CL, GC | A-7, A-6 | 10-60 | 5-50 | 50-90 | 45-90 | 40-80 | 35-75 | 30-50 | 10-25 |
| | 41-60 | Very stony clay, extremely stony clay, very cobbly clay loam | CH, GC, CL | A-6, A-7 | 10-60 | 10-50 | 50-85 | 45-85 | 40-80 | 35-75 | 30-60 | 10-40 |
| Rock outcrop---- | 0-60 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 8: | | | | | | | | | | | | |
| Barx | 0-3 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 90-100 | 85-95 | 60-70 | 25-30 | 5-10 |
| | 3-31 | Loam, sandy clay loam, clay loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 31-60 | Loam, sandy clay loam, clay loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 85-95 | 65-75 | 25-30 | 5-10 |
| 9: | | | | | | | | | | | | |
| Barx | 0-3 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 90-100 | 85-95 | 60-70 | 25-30 | 5-10 |
| | 3-31 | Loam, sandy clay loam, clay loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 31-60 | Loam, sandy clay loam, clay loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 85-95 | 65-75 | 25-30 | 5-10 |
| 10: | | | | | | | | | | | | |
| Barx | 0-3 | Very fine sandy loam | CL-ML, ML | A-4 | 0 | 0 | 100 | 100 | 90-100 | 50-60 | 15-25 | NP-10 |
| | 3-9 | Fine sandy loam | SC-SM, SM | A-4 | 0 | 0 | 100 | 100 | 90-100 | 40-50 | 15-25 | NP-10 |
| | 9-23 | Sandy clay loam | CL | A-6 | 0 | 0 | 100 | 100 | 90-100 | 50-70 | 35-45 | 15-25 |
| | 23-36 | Sandy clay loam | CL | A-6 | 0 | 0 | 100 | 100 | 90-100 | 50-60 | 35-45 | 15-25 |
| | 36-55 | Sandy clay loam | CL | A-6 | 0 | 0 | 100 | 100 | 90-100 | 50-60 | 25-35 | 10-15 |
| | 55-60 | Sandy clay loam | CL | A-6 | 0 | 0 | 100 | 100 | 90-100 | 50-60 | 25-35 | 10-15 |
| 11: | | | | | | | | | | | | |
| Barx | 0-3 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 90-100 | 85-95 | 60-70 | 25-30 | 5-10 |
| | 3-31 | Loam, sandy clay loam, clay loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 31-60 | Loam, sandy clay loam, clay loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 85-95 | 65-75 | 25-30 | 5-10 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 11: | | | | | | | | | | | | |
| Gapmesa--------- | 0-2 | Very fine sandy loam | CL-ML, ML | A-4 | 0 | 0 | 90-100 | 90-100 | 85-95 | 50-65 | 20-25 | NP-5 |
| | 2-21 | Gravelly very fine sandy loam, loam | CL, CL-ML | A-4 | 0 | 0 | 70-100 | 65-100 | 55-95 | 50-60 | 25-30 | 5-10 |
| | 21-28 | Gravelly sandy loam | SC-SM, SM, GC-GM, GM | A-2, A-4 | 0-5 | 0-10 | 60-80 | 55-75 | 35-50 | 20-30 | 20-25 | NP-5 |
| | 28-38 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 12: | | | | | | | | | | | | |
| Battlerock------ | 0-10 | Clay loam | CL | A-6 | 0 | 0-5 | 85-100 | 80-100 | 75-100 | 60-75 | 30-35 | 10-15 |
| | 10-60 | Clay loam, loam | CL | A-4, A-6 | 0 | 0-5 | 85-100 | 80-100 | 70-100 | 50-75 | 25-35 | 5-15 |
| 13: | | | | | | | | | | | | |
| Beje------------ | 0-2 | Loam | CL, CL-ML | A-4 | 0-5 | 0-5 | 95-100 | 90-95 | 75-90 | 55-70 | 25-30 | 5-10 |
| | 2-14 | Loam | CL, CL-ML | A-4 | 0 | 0 | 90-95 | 85-90 | 70-85 | 50-70 | 25-30 | 5-10 |
| | 14-24 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Tragmon--------- | 0-5 | Sandy loam | SC, SC-SM | A-2, A-4 | 0-5 | 0-10 | 85-100 | 80-100 | 50-70 | 25-40 | 25-30 | 5-10 |
| | 5-11 | Loam | CL, CL-ML | A-4 | 0-5 | 0-15 | 85-100 | 75-100 | 70-95 | 50-75 | 25-30 | 5-10 |
| | 11-40 | Loam, sandy clay loam, clay loam | CL, CL-ML | A-4 | 0-5 | 0-15 | 85-100 | 75-100 | 70-95 | 50-75 | 25-35 | 5-15 |
| | 40-60 | Loam, sandy clay loam, clay loam | CL, CL-ML | A-4 | 0-5 | 0-15 | 85-100 | 75-100 | 70-95 | 50-75 | 25-30 | 5-10 |
| 14: | | | | | | | | | | | | |
| Burnson--------- | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-4 | Loam | CL-ML, CL | A-4 | 0 | 0-5 | 95-100 | 90-100 | 85-95 | 65-75 | 25-30 | 5-10 |
| | 4-8 | Clay, clay loam | CL | A-6, A-7 | 0 | 0-5 | 95-100 | 90-100 | 80-90 | 70-80 | 35-45 | 10-20 |
| | 8-44 | Sandy clay, sandy clay loam, clay, clay loam | CH, CL, SC | A-6, A-7 | 0 | 0-5 | 85-100 | 80-100 | 70-90 | 45-80 | 35-60 | 15-35 |
| | 44-54 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 15: | | | | | | | | | | | | |
| Burnson, dry---- | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-4 | Loam | CL-ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 85-95 | 65-75 | 25-30 | 5-10 |
| | 4-8 | Clay, clay loam | CL | A-6, A-7 | 0 | 0-5 | 95-100 | 90-100 | 80-90 | 70-80 | 35-45 | 10-20 |
| | 8-44 | Sandy clay, sandy clay loam, clay, clay loam | CH, SC, CL | A-6, A-7 | 0 | 0-5 | 85-100 | 80-100 | 70-90 | 45-80 | 35-60 | 15-35 |
| | 44-54 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 16: | | | | | | | | | | | | |
| Burnson--------- | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-4 | Clay loam | CL-ML, CL | A-4 | 0 | 0-5 | 95-100 | 90-100 | 85-95 | 65-75 | 25-30 | 5-10 |
| | 4-8 | Clay, clay loam | CL | A-6, A-7 | 0 | 0-5 | 95-100 | 90-100 | 80-90 | 70-80 | 35-45 | 10-20 |
| | 8-44 | Sandy clay, sandy clay loam, clay, clay loam | CH, CL, SC | A-6, A-7 | 0 | 0-5 | 85-100 | 80-100 | 70-90 | 45-80 | 35-60 | 15-35 |
| | 44-54 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Herm------------ | 0-6 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 75-95 | 50-75 | 25-30 | 5-10 |
| | 6-13 | Clay loam | CL | A-6 | --- | 0-5 | 95-100 | 90-100 | 80-100 | 65-80 | 35-50 | 15-25 |
| | 13-45 | Clay loam, clay | CL | A-6, A-7 | 0 | 0-5 | 95-100 | 90-100 | 80-100 | 65-95 | 35-50 | 15-25 |
| | 45-60 | Clay loam | CL | A-6 | 0-5 | 0-10 | 95-100 | 90-100 | 80-100 | 65-80 | 30-40 | 10-20 |
| 17: | | | | | | | | | | | | |
| Cahona---------- | 0-5 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 5-25 | Clay loam, loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 90-100 | 60-80 | 25-35 | 5-15 |
| | 25-60 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| 18: | | | | | | | | | | | | |
| Cahona---------- | 0-5 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 5-25 | Clay loam, loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 90-100 | 60-80 | 25-35 | 5-15 |
| | 25-60 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-95 | 60-75 | 25-30 | 5-10 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 19: | | | | | | | | | | | | |
| Cahona---------- | 0-5 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 5-25 | Clay loam, loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 90-100 | 60-80 | 25-35 | 5-15 |
| | 25-60 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| 20: | | | | | | | | | | | | |
| Cahona---------- | 0-5 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 5-25 | Clay loam, loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 90-100 | 60-80 | 25-35 | 5-15 |
| | 25-60 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| Pulpit---------- | 0-10 | Loam | CL, CL-ML | A-4 | 0 | 0 | 90-100 | 90-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 10-20 | Loam, clay loam, silty clay loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 95-100 | 80-95 | 30-35 | 5-15 |
| | 20-36 | Loam, fine sandy loam, clay loam | CL, CL-ML, ML | A-4 | 0 | 0 | 90-100 | 90-100 | 90-95 | 65-80 | 20-30 | NP-10 |
| | 36-46 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 21: | | | | | | | | | | | | |
| Cahona---------- | 0-5 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 5-25 | Clay loam, loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 90-100 | 60-80 | 25-35 | 5-15 |
| | 25-60 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| Sharps---------- | 0-9 | Loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 60-95 | 60-75 | 25-30 | 5-10 |
| | 9-19 | Loam, clay loam, silty clay loam | CL | A-6 | 0 | 0 | 85-100 | 85-100 | 60-95 | 50-85 | 25-35 | 10-20 |
| | 19-30 | Loam, clay loam, silty clay loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 60-95 | 50-80 | 25-30 | 5-10 |
| | 30-40 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Wetherill------- | 0-3 | Loam | CL-ML | A-4 | 0 | 0 | 100 | 100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 3-7 | Loam, clay loam | | | 0 | 0 | 100 | 100 | 85-95 | 60-75 | 25-35 | 5-15 |
| | 7-48 | Loam, clay loam, sandy clay loam | CL, CL-ML | A-4, A-6 | 0 | 0 | 100 | 100 | 85-100 | 60-80 | 25-35 | 5-15 |
| | 48-60 | Sandy clay loam, loam | CL, CL-ML | A-4 | 0 | 0 | 100 | 100 | 85-100 | 65-75 | 25-30 | 5-10 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 22: | | | | | | | | | | | | |
| Clayssprings----- | 0-3 | Very stony clay loam | CL | A-6 | 25-50 | 5-15 | 80-95 | 70-85 | 65-85 | 50-65 | 30-35 | 10-15 |
| | 3-18 | Clay, clay loam | CH, CL | A-7 | 0-5 | 0-5 | 90-100 | 90-100 | 85-100 | 70-95 | 40-60 | 15-30 |
| | 18-28 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 23: | | | | | | | | | | | | |
| Collide--------- | 0-10 | Clay loam | CL | A-6 | 0 | 0-5 | 85-100 | 80-100 | 75-100 | 60-80 | 30-35 | 10-15 |
| | 10-29 | Clay, clay loam | | | 0 | 0-5 | 85-100 | 80-100 | 75-100 | 60-95 | 35-50 | 15-25 |
| | 29-60 | Clay, clay loam | CL | A-6, A-7 | 0-5 | 0-5 | 75-100 | 70-100 | 65-100 | 50-85 | 30-50 | 10-25 |
| 24: | | | | | | | | | | | | |
| Collide--------- | 0-10 | Clay loam | CL | A-6 | 0 | 0-5 | 85-100 | 80-100 | 75-100 | 60-80 | 30-35 | 10-15 |
| | 10-29 | Clay, clay loam | | | 0 | 0-5 | 85-100 | 80-100 | 75-100 | 60-95 | 35-50 | 15-25 |
| | 29-60 | Clay, clay loam | CL | A-6, A-7 | 0-5 | 0-5 | 75-100 | 70-100 | 65-100 | 50-85 | 30-50 | 10-25 |
| 25: | | | | | | | | | | | | |
| Collide--------- | 0-10 | Clay loam | CL | A-6 | 0 | 0-5 | 85-100 | 80-100 | 75-100 | 60-80 | 30-35 | 10-15 |
| | 10-29 | Clay, clay loam | | | 0 | 0-5 | 85-100 | 80-100 | 75-100 | 60-95 | 35-50 | 15-25 |
| | 29-60 | Clay, clay loam | CL | A-6, A-7 | 0-5 | 0-5 | 75-100 | 70-100 | 65-100 | 50-85 | 30-50 | 10-25 |
| Collide, cobbly Substratum----- | 0-2 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 80-90 | 65-75 | 25-30 | 5-10 |
| | 2-8 | Silty clay loam | ML | A-4, A-6 | 0 | 0-5 | 95-100 | 90-100 | 90-100 | 85-95 | 30-50 | 5-20 |
| | 8-45 | Clay loam, clay | CL | A-6, A-7 | 0-5 | 0-5 | 95-100 | 90-100 | 85-100 | 70-95 | 35-50 | 15-25 |
| | 45-60 | Extremely cobbly sandy clay loam | GC, GC-GM | A-1, A-2 | 0-15 | 40-65 | 25-50 | 20-45 | 15-40 | 10-25 | 25-35 | 5-15 |
| 26: | | | | | | | | | | | | |
| Collide--------- | 0-10 | Clay loam | CL | A-6 | 0 | 0-5 | 85-100 | 80-100 | 75-100 | 60-80 | 30-35 | 10-15 |
| | 10-29 | Clay, clay loam | | | 0 | 0-5 | 85-100 | 80-100 | 75-100 | 60-95 | 35-50 | 15-25 |
| | 29-60 | Clay, clay loam | CL | A-6, A-7 | 0-5 | 0-5 | 75-100 | 70-100 | 65-100 | 50-85 | 30-50 | 10-25 |
| Collide, cobbly Substratum----- | 0-2 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 80-90 | 65-75 | 25-30 | 5-10 |
| | 2-8 | Silty clay loam | ML | A-4, A-6 | 0 | 0-5 | 95-100 | 90-100 | 90-100 | 85-95 | 30-50 | 5-20 |
| | 8-45 | Clay loam, clay | CL | A-6, A-7 | 0-5 | 0-5 | 95-100 | 90-100 | 85-100 | 70-95 | 35-50 | 15-25 |
| | 45-60 | Extremely cobbly sandy clay loam | GC, GC-GM | A-1, A-2 | 0-15 | 40-65 | 25-50 | 20-45 | 15-40 | 10-25 | 25-35 | 5-15 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 27: | | | | | | | | | | | | |
| Dalmatian------- | 0-39 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 75-95 | 55-75 | 25-30 | 5-10 |
| | 39-49 | Sandy clay loam | CL-ML, CL, SC, SC-SM | A-4 | 0 | 0-5 | 95-100 | 90-100 | 70-90 | 35-65 | 25-30 | 5-10 |
| | 49-60 | Gravelly sandy loam | SC-SM, SM | A-1, A-2 | 0 | 5-15 | 70-90 | 65-85 | 40-60 | 20-30 | 20-25 | NP-5 |
| Apmay----------- | 0-4 | Loam | ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 75-95 | 55-75 | 30-35 | 5-10 |
| | 4-18 | Clay loam | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 80-100 | 65-80 | 35-40 | 10-15 |
| | 18-22 | Sandy loam | SC-SM | A-2, A-4 | 0 | 0-5 | 95-100 | 90-100 | 55-70 | 30-40 | 25-30 | 5-10 |
| | 22-60 | Extremely gravelly sandy loam, extremely gravelly loamy sand | GW-GM, GW | A-1 | 0-10 | 0-10 | 15-30 | 10-25 | 5-20 | 0-10 | 20-25 | NP-5 |
| Schrader-------- | 0-13 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 75-95 | 55-75 | 25-30 | 5-10 |
| | 13-17 | Fine sandy loam | CL-ML, SC, SC-SM | A-4 | 0 | 0-5 | 95-100 | 90-100 | 65-85 | 35-55 | 25-30 | 5-10 |
| | 17-24 | Sandy clay loam | CL, SC-SM, CL-ML, SC | A-2, A-6, A-4 | 0 | 0-5 | 95-100 | 90-100 | 70-90 | 30-55 | 25-40 | 5-20 |
| | 24-60 | Fine sandy loam | CL-ML, SC, SC-SM | A-4 | 0 | 0-5 | 95-100 | 90-100 | 65-85 | 35-55 | 25-30 | 5-10 |
| 28: | | | | | | | | | | | | |
| Dam------------- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 29: | | | | | | | | | | | | |
| Endoaquolls----- | 0-4 | Loam | CL, CL-ML | A-4 | 0-5 | 0-5 | 90-100 | 85-100 | 75-90 | 55-70 | 25-30 | 5-10 |
| | 4-28 | Sandy loam, fine sandy loam, loam | CL-ML, SC-SM, SC | A-2, A-4 | 0 | 0 | 90-100 | 85-100 | 55-75 | 30-70 | 25-30 | 5-10 |
| | 28-60 | Extremely cobbly loamy sand, extremely cobbly sand | GP, SP, GW, SP-SM, SW, GP-GM | A-1 | 0-20 | 30-70 | 20-80 | 20-70 | 10-55 | 0-20 | 20-25 | NP-5 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 29: | | | | | | | | | | | | |
| Ustifluvents---- | 0-6 | Loam | CL, CL-ML | A-4 | 0 | 0-10 | 90-100 | 85-100 | 75-90 | 65-80 | 25-30 | 5-10 |
| | 6-17 | Stratified fine sandy loam to loam | ML, SM | A-4 | 0 | 0-10 | 90-100 | 85-100 | 65-80 | 40-60 | 20-35 | NP-10 |
| | 17-24 | Stratified sandy loam to loam | SM | A-4 | 0 | 0-10 | 90-100 | 85-100 | 50-70 | 40-50 | 20-30 | NP-5 |
| | 24-30 | Stratified fine sandy loam to loam | ML, SM | A-4 | 0 | 0-10 | 90-100 | 85-100 | 65-80 | 40-60 | 20-35 | NP-10 |
| | 30-60 | Extremely cobbly sand, very gravelly sand | GW-GM, GW, SW, SW-SM | A-1 | 0-30 | 20-80 | 35-60 | 25-45 | 5-40 | 0-10 | 0-0 | NP |
| 30: | | | | | | | | | | | | |
| Falconry-------- | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-5 | Gravelly fine sandy loam | GC-GM, GM | A-4, A-2 | 0-5 | 0-10 | 60-80 | 50-75 | 40-60 | 25-40 | 20-25 | NP-5 |
| | 5-14 | Gravelly sandy loam, sandy loam | SC-SM, SM | A-1, A-2 | 0-5 | 0-10 | 60-95 | 55-85 | 35-50 | 20-40 | 20-25 | NP-5 |
| | 14-24 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 31: | | | | | | | | | | | | |
| Farb------------ | 0-3 | Sandy loam | SC-SM | A-4 | 0 | 0 | 100 | 100 | 65-80 | 35-50 | 20-25 | NP-5 |
| | 3-16 | Sand, sandy loam, fine sandy loam | SC-SM | A-2, A-4 | 0 | 0 | 100 | 100 | 50-80 | 15-50 | 20-25 | NP-5 |
| | 16-26 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop---- | 0-60 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 32: | | | | | | | | | | | | |
| Fardraw--------- | 0-11 | Loam | CL, CL-ML | A-4 | 0-10 | 0-10 | 90-95 | 85-95 | 70-90 | 50-70 | 25-30 | 5-10 |
| | 11-15 | Very gravelly clay loam, very gravelly sandy clay | GC | A-2, A-7, A-6 | 0-10 | 0-25 | 35-55 | 30-50 | 30-50 | 15-40 | 35-45 | 15-20 |
| | 15-51 | Very cobbly sandy clay, very cobbly clay | CL, GC | A-2, A-6, A-7 | 10-25 | 20-60 | 45-90 | 40-85 | 35-80 | 20-80 | 35-50 | 15-25 |
| | 51-60 | Very cobbly sandy clay | GC, SC | A-2, A-7, A-6 | 10-25 | 30-60 | 50-95 | 40-85 | 35-80 | 20-50 | 35-45 | 15-20 |
| 33: | | | | | | | | | | | | |
| Fardraw--------- | 0-9 | Very cobbly loam | GC, GC-GM, SC-SM, SC | A-2, A-4 | 0-15 | 30-65 | 50-75 | 45-70 | 40-65 | 30-50 | 25-30 | 5-10 |
| | 9-13 | Very cobbly clay loam | CL, GC, SC | A-6 | 0-15 | 30-65 | 50-75 | 45-70 | 40-65 | 35-55 | 30-35 | 10-15 |
| | 13-60 | Very cobbly clay loam, very cobbly clay, very cobbly sandy clay loam | CL, GC | A-6, A-7 | 0-15 | 30-65 | 50-75 | 45-70 | 45-70 | 40-65 | 35-50 | 15-25 |
| 34: | | | | | | | | | | | | |
| Fardraw--------- | 0-9 | Very cobbly loam | GC-GM, SC, GC, SC-SM | A-2, A-4 | 0-15 | 30-65 | 50-75 | 45-70 | 40-65 | 30-50 | 25-30 | 5-10 |
| | 9-13 | Very cobbly clay loam | CL, GC, SC | A-6 | 0-15 | 30-65 | 50-75 | 45-70 | 40-65 | 35-55 | 30-35 | 10-15 |
| | 13-60 | Very cobbly clay loam, very cobbly clay, very cobbly sandy clay loam | CL, GC | A-6, A-7 | 0-15 | 30-65 | 50-75 | 45-70 | 45-70 | 40-65 | 35-50 | 15-25 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | Percentage passing sieve number--: 10 | Percentage passing sieve number--: 40 | Percentage passing sieve number--: 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 35: | | | | | | | | | | | | |
| Fardraw--------- | 0-9 | Very cobbly loam | GC-GM, SC, GC, SC-SM | A-2, A-4 | 0-15 | 30-65 | 50-75 | 45-70 | 40-65 | 30-50 | 25-30 | 5-10 |
| | 9-13 | Very cobbly clay loam | CL, GC, SC | A-6 | 0-15 | 30-65 | 50-75 | 45-70 | 40-65 | 35-55 | 30-35 | 10-15 |
| | 13-60 | Very cobbly clay loam, very cobbly clay, very cobbly sandy clay loam | CL, GC | A-6, A-7 | 0-15 | 30-65 | 50-75 | 45-70 | 45-70 | 40-65 | 35-50 | 15-25 |
| Granath--------- | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-14 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-100 | 60-75 | 25-30 | 5-10 |
| | 14-60 | Clay loam, silty clay loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 85-100 | 60-80 | 25-35 | 5-15 |
| 36: | | | | | | | | | | | | |
| Fivepine-------- | 0-3 | Flaggy loam | CL, CL-ML | A-4 | 10-30 | 10-20 | 85-95 | 80-90 | 75-85 | 55-70 | 25-30 | 5-10 |
| | 3-9 | Flaggy clay loam | CL | A-6 | 10-30 | 10-20 | 85-95 | 80-90 | 80-90 | 65-75 | 30-40 | 10-20 |
| | 9-12 | Flaggy clay loam, flaggy clay | CL | A-6, A-7 | 10-30 | 10-20 | 85-95 | 80-90 | 80-90 | 65-80 | 30-45 | 15-25 |
| | 12-15 | Flaggy clay | CL | A-7 | 10-30 | 10-20 | 85-95 | 80-90 | 80-90 | 70-90 | 40-50 | 20-30 |
| | 15-25 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Nortez---------- | 0-3 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 90-100 | 85-100 | 75-90 | 55-70 | 25-30 | 5-10 |
| | 3-10 | Clay loam | CL | A-6 | 0 | 0-5 | 90-100 | 85-100 | 80-95 | 65-75 | 30-40 | 10-20 |
| | 10-32 | Clay loam, clay | CH, CL | A-7 | 0 | 0-5 | 90-100 | 85-100 | 80-100 | 70-90 | 40-65 | 25-40 |
| | 32-42 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 37: | | | | | | | | | | | | |
| Fluvaquents----- | 0-8 | Variable | ML, CL, SC, SM | A-2, A-4, A-6 | 0 | 0-10 | 55-100 | 50-90 | 25-80 | 5-65 | 15-40 | NP-25 |
| | 8-60 | Stratified very gravelly sand to sandy loam | GM, SM | A-1 | 0 | 0-25 | 45-70 | 35-65 | 15-40 | 5-20 | --- | NP |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 37: | | | | | | | | | | | | |
| Haplustolls----- | 0-4 | Sandy loam | SC, SC-SM | A-2, A-4 | 0 | 0-5 | 80-100 | 75-100 | 50-70 | 25-40 | 25-30 | 5-10 |
| | 4-19 | Fine sandy loam, loam | CL, CL-ML | A-4 | 0 | 0-5 | 90-100 | 75-100 | 75-90 | 55-75 | 20-30 | 5-10 |
| | 19-24 | Gravelly loamy sand, cobbly sandy loam | GM, GC-GM, SC-SM, SM | A-2, A-1, A-3, A-4 | 0-5 | 0-20 | 60-80 | 55-75 | 10-70 | 5-50 | 20-25 | NP-5 |
| | 24-60 | Extremely cobbly sand, extremely gravelly loamy sand, extremely cobbly sandy loam | GC-GM, SC-SM, GM, GP | A-2, A-1, A-3, A-4 | 0-15 | 10-60 | 45-75 | 35-70 | 5-65 | 0-50 | 20-25 | NP-5 |
| 38: | | | | | | | | | | | | |
| Fluvents-------- | 0-6 | Variable | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 6-60 | Stratified very gravelly sand to loamy sand | GP, GW-GM, GP-GM, GW | A-2, A-1, A-3 | 0-10 | 0-20 | 35-85 | 30-70 | 20-60 | 0-35 | 0-14 | NP-5 |
| Fluvaquents----- | 0-8 | Variable | ML, CL, SC, SM | A-2, A-6, A-4 | 0 | 0-10 | 55-100 | 50-90 | 25-80 | 5-65 | 15-40 | NP-25 |
| | 8-60 | Stratified very gravelly sand to sandy loam | GM, SM | A-1 | 0 | 0-25 | 45-70 | 35-65 | 15-40 | 5-20 | --- | NP |
| 39: | | | | | | | | | | | | |
| Fughes---------- | 0-7 | Loam | CL, CL-ML | A-4 | 0-5 | 0-5 | 90-100 | 90-100 | 75-95 | 60-75 | 25-30 | 5-10 |
| | 7-26 | Clay loam | CL | A-6 | 0-5 | 0-5 | 90-100 | 80-100 | 80-100 | 65-95 | 35-40 | 15-20 |
| | 26-44 | Clay, clay loam | CL | A-7, A-6 | 0-5 | 0-10 | 90-100 | 90-100 | 80-100 | 70-90 | 35-50 | 15-25 |
| | 44-60 | Clay loam, clay | CL, CH | A-6, A-7 | 0-5 | 0-5 | 90-100 | 90-100 | 80-100 | 70-90 | 35-60 | 20-40 |
| 40: | | | | | | | | | | | | |
| Fughes---------- | 0-8 | Loam | CL, CL-ML | A-4 | 0-5 | 0-5 | 90-100 | 90-100 | 75-95 | 60-95 | 25-30 | 5-10 |
| | 8-26 | Clay loam | CL | A-6 | 0-5 | 0-5 | 90-100 | 90-100 | 80-100 | 65-80 | 30-40 | 10-20 |
| | 26-44 | Clay, clay loam | CL | A-7, A-6 | 0-5 | 0-10 | 90-100 | 90-100 | 80-100 | 70-90 | 35-50 | 15-25 |
| | 44-60 | Clay loam, clay, cobbly clay | CH, CL | A-7, A-6 | 0-5 | 0-35 | 80-100 | 75-100 | 70-100 | 60-90 | 35-60 | 20-40 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 40: | | | | | | | | | | | | |
| Herm | 0-6 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 75-95 | 50-75 | 25-30 | 5-10 |
| | 6-13 | Clay loam | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 80-100 | 65-90 | 30-40 | 10-20 |
| | 13-45 | Clay loam, clay | CL | A-6, A-7 | 0 | 0-5 | 95-100 | 90-100 | 80-100 | 65-95 | 35-50 | 15-25 |
| | 45-60 | Clay loam | CL | A-6 | 0-5 | 0-10 | 95-100 | 90-100 | 80-100 | 65-80 | 30-40 | 10-20 |
| 41: | | | | | | | | | | | | |
| Fughes | 0-7 | Loam | CL, CL-ML | A-4 | 5-15 | 0-5 | 90-100 | 85-100 | 75-95 | 50-75 | 25-30 | 5-10 |
| | 7-26 | Clay loam | CL | A-6 | 0-5 | 0-5 | 90-100 | 85-100 | 80-100 | 60-80 | 30-40 | 10-20 |
| | 26-34 | Clay, clay loam | CL | A-6, A-7 | 0-5 | 0-10 | 90-100 | 85-100 | 80-100 | 60-80 | 35-50 | 15-25 |
| | 34-44 | Clay loam, clay | CL | A-7, A-6 | 0-5 | 0-10 | 90-100 | 85-100 | 80-100 | 60-90 | 35-50 | 15-25 |
| | 44-60 | Clay loam, clay | CH, CL | A-7, A-6 | 0-5 | 0-5 | 90-100 | 85-100 | 80-100 | 60-90 | 35-60 | 20-40 |
| Sheek | 0-2 | Very cobbly clay loam | GC | A-2, A-6 | 0-10 | 20-60 | 55-65 | 50-60 | 35-60 | 30-50 | 30-35 | 10-15 |
| | 2-7 | Gravelly clay loam | CL, SC | A-6 | 0-5 | 0-10 | 65-85 | 60-80 | 45-80 | 40-60 | 30-35 | 10-15 |
| | 7-20 | Very cobbly clay loam | CL, SC | A-2, A-6 | 0-10 | 20-60 | 75-85 | 70-80 | 35-80 | 30-75 | 30-35 | 10-15 |
| | 20-29 | Very cobbly loam | CL, CL-ML, SC-SM, SC | A-4 | 0-10 | 20-60 | 50-85 | 45-80 | 35-80 | 35-65 | 25-30 | 5-10 |
| | 29-46 | Cobbly clay loam | CL | A-6 | 0-10 | 15-40 | 75-85 | 70-80 | 65-80 | 50-75 | 30-35 | 10-15 |
| | 46-60 | Very cobbly loam | CL-ML, GC-GM, CL, SC | A-2, A-4 | 0-10 | 20-60 | 65-80 | 60-75 | 30-75 | 30-70 | 25-30 | 5-10 |
| 42: | | | | | | | | | | | | |
| Gladel | 0-5 | Flaggy fine sandy loam | SC, SC-SM | A-2, A-4 | 5-40 | 5-30 | 75-90 | 70-85 | 50-70 | 30-45 | 25-30 | 5-10 |
| | 5-10 | Flaggy fine sandy loam, fine sandy loam | ML, SC-SM, SM | A-4 | 0-40 | 0-30 | 75-100 | 70-100 | 50-85 | 30-55 | 20-25 | NP-5 |
| | 10-15 | Flaggy fine sandy loam, fine sandy loam | ML, SM, SC-SM | A-4 | 0-40 | 0-30 | 75-100 | 70-100 | 50-85 | 30-55 | 20-25 | NP-5 |
| | 15-25 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 42: | | | | | | | | | | | | |
| Pulpit---------- | 0-10 | Loam | CL, CL-ML | A-4 | 0 | 0 | 90-100 | 90-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 10-20 | Loam, clay loam, silty clay loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 95-100 | 80-95 | 30-35 | 5-15 |
| | 20-36 | Loam, fine sandy loam, clay loam | CL, CL-ML, ML | A-4 | 0 | 0 | 90-100 | 90-100 | 90-95 | 65-80 | 20-30 | NP-10 |
| | 36-46 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 43: | | | | | | | | | | | | |
| Goldbug--------- | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-21 | Very stony fine sandy loam | SC, SC-SM | A-2 | 25-50 | 20-30 | 65-90 | 55-85 | 45-70 | 20-40 | 20-25 | 5-10 |
| | 21-29 | Stony sandy clay loam, stony fine sandy loam | SC, SC-SM | A-6, A-4, A-2 | 15-45 | 10-30 | 75-90 | 75-85 | 50-75 | 25-45 | 25-35 | 5-15 |
| | 29-60 | Stony sandy clay, stony clay, stony clay loam | CL, SC | A-6, A-7 | 15-30 | 10-20 | 75-90 | 70-85 | 60-85 | 35-65 | 35-50 | 15-25 |
| 44: | | | | | | | | | | | | |
| Granath--------- | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-14 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-100 | 60-75 | 25-30 | 5-10 |
| | 14-60 | Clay loam, silty clay loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 85-100 | 60-80 | 25-35 | 5-15 |
| 45: | | | | | | | | | | | | |
| Granath--------- | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-14 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-100 | 60-75 | 25-30 | 5-10 |
| | 14-60 | Clay loam, silty clay loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 85-100 | 60-80 | 25-35 | 5-15 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 46: | | | | | | | | | | | | |
| Granath--------- | 0-10 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 90-100 | 60-75 | 25-30 | 5-10 |
| | 10-40 | Clay loam, loam, silty clay loam | CL, CL-ML | A-6, A-4 | 0 | 0 | 100 | 100 | 95-100 | 70-90 | 25-35 | 5-15 |
| | 40-60 | Sandy clay loam, clay loam, loam | CL, CL-ML, SC-SM, SC | A-6, A-4 | 0 | 0 | 100 | 100 | 85-100 | 40-80 | 25-35 | 5-15 |
| Fughes---------- | 0-7 | Loam | CL, CL-ML | A-4 | 5-15 | 0-5 | 90-100 | 85-100 | 75-95 | 50-75 | 25-30 | 5-10 |
| | 7-26 | Clay loam | CL | A-6 | 0-5 | 0-5 | 90-100 | 85-100 | 80-100 | 60-80 | 30-40 | 10-20 |
| | 26-34 | Clay, clay loam | CL | A-6, A-7 | 0-5 | 0-10 | 90-100 | 85-100 | 80-100 | 60-80 | 35-50 | 15-25 |
| | 34-44 | Clay loam, clay | CL | A-7, A-6 | 0-5 | 0-10 | 90-100 | 85-100 | 80-100 | 60-90 | 35-50 | 15-25 |
| | 44-60 | Clay loam, clay | CH, CL | A-7, A-6 | 0-5 | 0-5 | 90-100 | 85-100 | 80-100 | 60-90 | 35-60 | 20-40 |
| 47: | | | | | | | | | | | | |
| Granath--------- | 0-10 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 90-100 | 60-75 | 25-30 | 5-10 |
| | 10-40 | Clay loam, loam, silty clay loam | CL, CL-ML | A-6, A-4 | 0 | 0 | 100 | 100 | 95-100 | 70-90 | 25-35 | 5-15 |
| | 40-60 | Sandy clay loam, clay loam, loam | SC-SM, CL, SC, CL-ML | A-6, A-4 | 0 | 0 | 100 | 100 | 85-100 | 40-80 | 25-35 | 5-15 |
| Nortez---------- | 0-3 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 90-100 | 85-100 | 75-90 | 55-70 | 25-30 | 5-10 |
| | 3-10 | Clay loam | CL | A-6 | 0 | 0-5 | 90-100 | 85-100 | 80-95 | 65-75 | 30-40 | 10-20 |
| | 10-32 | Clay loam, clay | CH, CL | A-7 | 0 | 0-5 | 90-100 | 85-100 | 80-100 | 70-90 | 40-65 | 25-40 |
| | 32-42 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 48: | | | | | | | | | | | | |
| Granath--------- | 0-10 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 90-100 | 60-75 | 25-30 | 5-10 |
| | 10-40 | Clay loam, loam, silty clay loam | CL, CL-ML | A-6, A-4 | 0 | 0 | 100 | 100 | 95-100 | 70-90 | 25-35 | 5-15 |
| | 40-60 | Sandy clay loam, clay loam, loam | SC-SM, SC, CL, CL-ML | A-4, A-6 | 0 | 0 | 100 | 100 | 85-100 | 40-80 | 25-35 | 5-15 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 48: | | | | | | | | | | | | |
| Ormiston-------- | 0-7 | Loam | CL, CL-ML | A-4 | 0-5 | 0-10 | 90-100 | 85-100 | 75-95 | 50-75 | 25-30 | 5-10 |
| | 7-32 | Extremely stony clay, stony clay loam, very stony clay loam, extremely stony clay loam | GC, CH, CL | A-2, A-6, A-7 | 25-50 | 20-50 | 50-85 | 40-80 | 40-75 | 30-65 | 30-65 | 10-40 |
| | 32-44 | Stony clay loam, very stony clay loam | GC | A-6 | 20-60 | 10-40 | 45-90 | 40-85 | 35-85 | 30-70 | 30-40 | 10-20 |
| | 44-54 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Fivepine-------- | 0-3 | Flaggy loam | CL, CL-ML | A-4 | 10-30 | 10-20 | 85-95 | 80-90 | 75-85 | 55-70 | 25-30 | 5-10 |
| | 3-9 | Flaggy clay loam | CL | A-6 | 10-30 | 10-20 | 85-95 | 80-90 | 80-90 | 65-75 | 30-40 | 10-20 |
| | 9-12 | Flaggy clay loam, flaggy clay | CL | A-6, A-7 | 10-30 | 10-20 | 85-95 | 80-90 | 80-90 | 65-80 | 30-45 | 15-25 |
| | 12-15 | Flaggy clay | CL | A-7 | 10-30 | 10-20 | 85-95 | 80-90 | 80-90 | 70-90 | 40-50 | 20-30 |
| | 15-25 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 49: | | | | | | | | | | | | |
| Herm------------ | 0-7 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 75-95 | 50-75 | 25-30 | 5-10 |
| | 7-34 | Clay loam, clay | CL | A-6, A-7 | 0 | 0-5 | 95-100 | 90-100 | 80-100 | 65-95 | 35-50 | 15-25 |
| | 34-60 | Clay loam | CL | A-6 | 0-5 | 0-10 | 95-100 | 90-100 | 80-100 | 65-80 | 30-40 | 10-20 |
| 50: | | | | | | | | | | | | |
| Herm------------ | 0-1 | Very cobbly loam | CL, CL-ML, GC-GM, GC | A-2, A-4 | 0-25 | 20-70 | 45-90 | 40-85 | 35-80 | 25-65 | 25-30 | 5-10 |
| | 1-10 | Gravelly loam | CL-ML, CL, GC-GM, SC | A-4 | 0-10 | 0-35 | 60-80 | 55-75 | 50-70 | 35-55 | 25-30 | 5-10 |
| | 10-60 | Clay, clay loam | CL | A-6 | 0 | 0 | 100 | 100 | 90-100 | 70-80 | 30-40 | 10-20 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 51: | | | | | | | | | | | | |
| Herm------------ | 0-6 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 75-95 | 50-75 | 25-30 | 5-10 |
| | 6-13 | Clay loam | | | 0 | 0-5 | 95-100 | 90-100 | 80-100 | 65-90 | 30-40 | 10-20 |
| | 13-45 | Clay loam, clay | CL | A-6, A-7 | 0 | 0-5 | 95-100 | 90-100 | 80-100 | 65-95 | 35-50 | 15-25 |
| | 45-60 | Clay loam | CL | A-6 | 0-5 | 0-10 | 95-100 | 90-100 | 80-100 | 65-80 | 30-40 | 10-20 |
| | | | | | | | | | | | | |
| Pagoda---------- | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-5 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 90-100 | 85-100 | 70-90 | 60-75 | 25-30 | 5-10 |
| | 5-21 | Clay loam, clay | CL | A-6, A-7 | 0 | 0-5 | 95-100 | 90-100 | 80-95 | 70-90 | 30-50 | 15-25 |
| | 21-60 | Clay loam, clay | CL | A-7, A-6 | 0-5 | 0-5 | 95-100 | 90-100 | 80-95 | 70-90 | 30-50 | 10-20 |
| | | | | | | | | | | | | |
| 52: | | | | | | | | | | | | |
| Hesperus-------- | 0-11 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 90-100 | 90-100 | 80-95 | 65-85 | 25-30 | 5-10 |
| | 11-44 | Clay loam, loam, silty clay loam | CL | A-6 | 0 | 0-5 | 85-100 | 80-100 | 70-95 | 60-85 | 25-35 | 10-20 |
| | 44-60 | Loam, clay loam, sandy clay loam | CL, CL-ML | A-4, A-6 | 0-5 | 0-10 | 85-100 | 80-95 | 70-90 | 50-80 | 25-35 | 5-15 |
| | | | | | | | | | | | | |
| 53: | | | | | | | | | | | | |
| Hesperus-------- | 0-11 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 90-100 | 90-100 | 80-95 | 65-85 | 25-30 | 5-10 |
| | 11-44 | Clay loam, loam, silty clay loam | CL | A-6 | 0 | 0-5 | 85-100 | 80-100 | 70-95 | 60-85 | 25-35 | 10-20 |
| | 44-60 | Loam, clay loam, sandy clay loam | CL, CL-ML | A-4, A-6 | 0-5 | 0-10 | 85-100 | 80-95 | 70-90 | 50-80 | 25-35 | 5-15 |
| | | | | | | | | | | | | |
| 54: | | | | | | | | | | | | |
| Hesperus-------- | 0-11 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 90-100 | 90-100 | 80-95 | 65-85 | 25-30 | 5-10 |
| | 11-44 | Clay loam, loam, silty clay loam | CL | A-6 | 0 | 0-5 | 85-100 | 80-100 | 70-95 | 60-85 | 25-35 | 10-20 |
| | 44-60 | Loam, clay loam, sandy clay loam | CL, CL-ML | A-4, A-6 | 0-5 | 0-10 | 85-100 | 80-95 | 70-90 | 50-80 | 25-35 | 5-15 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 55: | | | | | | | | | | | | |
| Hesperus | 0-11 | Sandy loam | SC-SM, SM | A-2, A-4 | 0 | 0 | 85-100 | 80-95 | 50-70 | 25-50 | 20-25 | NP-5 |
| | 11-44 | Clay loam, loam, silty clay loam | CL | A-6 | 0 | 0-5 | 85-100 | 80-100 | 70-95 | 60-85 | 25-35 | 10-20 |
| | 44-60 | Loam, clay loam, sandy clay loam | CL, CL-ML | A-4, A-6 | 0-5 | 0-10 | 85-100 | 80-95 | 70-90 | 50-80 | 25-35 | 5-15 |
| 56: | | | | | | | | | | | | |
| Ilex | 0-2 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 75-95 | 55-75 | 25-30 | 5-10 |
| | 2-22 | Clay loam, clay | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 80-100 | 60-95 | 35-50 | 15-25 |
| | 22-37 | Clay loam, clay, loam | | | 0 | 0-5 | 95-100 | 90-100 | 85-100 | 60-95 | 20-50 | NP-25 |
| | 37-60 | Loam, clay loam, clay | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 85-100 | 60-95 | 20-45 | NP-20 |
| 57: | | | | | | | | | | | | |
| Ilex | 0-2 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 75-95 | 55-75 | 25-30 | 5-10 |
| | 2-22 | Clay loam, clay | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 80-100 | 60-95 | 35-50 | 15-25 |
| | 22-37 | Clay, loam, clay loam | | | 0 | 0-5 | 95-100 | 90-100 | 85-100 | 60-95 | 20-50 | NP-25 |
| | 37-60 | Loam, clay loam, clay | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 85-100 | 60-95 | 20-45 | NP-20 |
| 58: | | | | | | | | | | | | |
| Ilex | 0-2 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 75-95 | 55-75 | 25-30 | 5-10 |
| | 2-22 | Clay loam, clay | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 80-100 | 60-95 | 35-50 | 15-25 |
| | 22-37 | Clay, loam, clay loam | | | 0 | 0-5 | 95-100 | 90-100 | 85-100 | 60-95 | 20-50 | NP-25 |
| | 37-60 | Loam, clay loam, clay | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 85-100 | 60-95 | 20-45 | NP-20 |
| Granath | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-14 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-100 | 60-75 | 25-30 | 5-10 |
| | 14-60 | Clay loam, silty clay loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 85-100 | 60-80 | 25-35 | 5-15 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments >10 inches | Fragments 3-10 inches | Percentage passing sieve number-- 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 59: | | | | | | | | | | | | |
| Ilex | 0-2 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 75-95 | 55-75 | 25-30 | 5-10 |
| | 2-22 | Clay loam, clay | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 80-100 | 60-95 | 35-50 | 15-25 |
| | 22-37 | Clay, clay loam, loam | | | 0 | 0-5 | 95-100 | 90-100 | 85-100 | 60-95 | 20-50 | NP-25 |
| | 37-60 | Clay loam, loam, clay | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 85-100 | 60-95 | 20-45 | NP-20 |
| Granath | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-14 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-100 | 60-75 | 25-30 | 5-10 |
| | 14-60 | Clay loam, silty clay loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 85-100 | 60-80 | 25-35 | 5-15 |
| 60: | | | | | | | | | | | | |
| Ilex | 0-2 | Stony loam | CL, CL-ML | A-4 | 10-35 | 5-25 | 75-90 | 70-85 | 60-80 | 45-65 | 25-30 | 5-10 |
| | 2-22 | Clay loam, clay | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 80-100 | 60-95 | 35-50 | 15-25 |
| | 22-37 | Clay, clay loam, loam | | | 0 | 0-5 | 95-100 | 90-100 | 85-100 | 60-95 | 20-50 | NP-25 |
| | 37-60 | Loam, clay loam, clay | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 85-100 | 60-95 | 20-45 | NP-20 |
| Pramiss | 0-3 | Very stony loam | GC, GC-GM | A-4 | 10-50 | 10-50 | 60-70 | 55-65 | 45-55 | 35-45 | 25-30 | 5-10 |
| | 3-16 | Clay loam, clay | CH, CL | A-7 | 0-15 | 0-15 | 95-100 | 90-100 | 85-100 | 75-95 | 40-60 | 15-30 |
| | 16-31 | Clay loam, clay | CH, CL | A-7 | 0-15 | 0-15 | 90-100 | 85-95 | 80-90 | 75-85 | 40-60 | 15-30 |
| | 31-41 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Falconry | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-5 | Gravelly fine sandy loam | GC-GM, GM | A-4, A-2 | 0-5 | 0-10 | 60-80 | 50-75 | 40-60 | 25-40 | 20-25 | NP-5 |
| | 5-14 | Gravelly sandy loam, sandy loam | SC-SM, SM | A-1, A-2 | 0-5 | 0-10 | 60-95 | 55-85 | 35-50 | 20-40 | 20-25 | NP-5 |
| | 14-24 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 61: | | | | | | | | | | | | |
| Ilex | 0-2 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 75-95 | 55-75 | 25-30 | 5-10 |
| | 2-22 | Clay loam, clay | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 80-100 | 60-95 | 35-50 | 15-25 |
| | 22-37 | Clay, clay loam, loam | | | 0 | 0-5 | 95-100 | 90-100 | 85-100 | 60-95 | 20-50 | NP-25 |
| | 37-60 | Clay loam, loam, clay | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 85-100 | 60-95 | 20-45 | NP-20 |
| Pramiss | 0-3 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 75-95 | 55-75 | 25-30 | 5-10 |
| | 3-16 | Clay loam, clay | CH, CL | A-7 | 0-15 | 0-15 | 95-100 | 90-100 | 85-100 | 75-95 | 40-60 | 15-30 |
| | 16-31 | Clay loam, clay | CH, CL | A-7 | 0-15 | 0-15 | 90-100 | 90-95 | 80-90 | 75-85 | 40-60 | 15-30 |
| | 31-41 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Granath | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-14 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-100 | 60-75 | 25-30 | 5-10 |
| | 14-60 | Clay loam, silty clay loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 85-100 | 60-80 | 25-35 | 5-15 |
| 62: | | | | | | | | | | | | |
| Irak | 0-8 | Loam | CL-ML, CL, ML | A-4 | 0 | 0 | 100 | 85-100 | 75-95 | 60-70 | 20-30 | NP-10 |
| | 8-60 | Loam, clay loam | CL, CL-ML | A-6 | 0 | 0 | 100 | 85-100 | 80-100 | 75-85 | 25-40 | 5-20 |
| 63: | | | | | | | | | | | | |
| Jemco | 0-7 | Silt loam | ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 80-90 | 65-80 | 30-35 | 5-10 |
| | 7-22 | Loam, silt loam | CL-ML, ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 80-90 | 65-80 | 25-35 | 5-10 |
| | 22-39 | Clay loam, sandy clay loam | CL, SC | A-6 | 0 | 0-5 | 95-100 | 90-100 | 65-90 | 35-70 | 30-35 | 10-15 |
| | 39-49 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Detra | 0-16 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 75-90 | 55-70 | 25-30 | 5-10 |
| | 16-43 | Loam, clay loam | CL, CL-ML | A-4, A-6 | 0 | 0-5 | 95-100 | 90-100 | 80-90 | 55-80 | 25-35 | 5-15 |
| | 43-57 | Clay loam, sandy clay loam | CL, SC | A-6 | 0 | 0-5 | 95-100 | 85-100 | 70-90 | 40-75 | 30-35 | 15-20 |
| | 57-67 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 63: | | | | | | | | | | | | |
| Beje------------ | 0-2 | Loam | CL, CL-ML | A-4 | 0-5 | 0-5 | 95-100 | 90-95 | 75-90 | 55-70 | 25-30 | 5-10 |
| | 2-6 | Loam | CL, CL-ML | A-4 | 0 | 0 | 90-95 | 85-90 | 70-85 | 50-70 | 25-30 | 5-10 |
| | 6-14 | Loam, clay loam, sandy clay loam | CL, CL-ML | A-4, A-6 | 0 | 0 | 95-100 | 90-95 | 80-90 | 50-80 | 25-35 | 5-15 |
| | 14-24 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 64: | | | | | | | | | | | | |
| Lazear---------- | 0-5 | Very stony loam | GC-GM, SC-SM | A-2, A-4 | 25-60 | 15-25 | 50-80 | 40-80 | 35-60 | 25-50 | 25-30 | 5-10 |
| | 5-15 | Stony loam, loam, clay loam | CL, CL-ML | A-6 | 0-30 | 10-25 | 75-95 | 70-90 | 50-70 | 45-70 | 25-35 | 5-15 |
| | 15-19 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop---- | 0-60 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 65: | | | | | | | | | | | | |
| Lillings-------- | 0-2 | Silt loam | ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 90-100 | 70-90 | 30-35 | 5-10 |
| | 2-60 | Stratified silt loam to silty clay loam | CL, CL-ML | A-4, A-6 | 0 | 0-5 | 95-100 | 90-100 | 90-100 | 65-85 | 25-35 | 5-15 |
| 66: | | | | | | | | | | | | |
| Lillings-------- | 0-2 | Silty clay loam | ML | A-6 | 0 | 0-5 | 95-100 | 90-100 | 90-100 | 75-95 | 35-40 | 10-15 |
| | 2-60 | Stratified silt loam to silty clay loam | CL, CL-ML | A-4, A-6 | 0 | 0-5 | 95-100 | 90-100 | 90-100 | 65-85 | 25-35 | 5-15 |
| 67: | | | | | | | | | | | | |
| Lillings-------- | 0-2 | Silty clay loam | ML | A-6 | 0 | 0-5 | 95-100 | 90-100 | 90-100 | 75-95 | 35-40 | 10-15 |
| | 2-60 | Stratified silt loam to silty clay loam | CL, CL-ML | A-4, A-6 | 0 | 0-5 | 95-100 | 90-100 | 90-100 | 65-85 | 25-35 | 5-15 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 68: | | | | | | | | | | | | |
| Longburn-------- | 0-1 | Cobbly fine sandy loam | SC, SC-SM | A-2, A-4 | 0-10 | 15-45 | 75-90 | 70-85 | 50-70 | 30-45 | 25-30 | 5-10 |
| | 1-4 | Very cobbly fine sandy loam | SC-SM, SC | A-2, A-4 | 0-25 | 20-70 | 45-90 | 40-85 | 30-70 | 20-45 | 25-30 | 5-10 |
| | 4-17 | Very cobbly clay loam, very cobbly sandy clay loam | CL, GC, SC | A-2, A-6 | 0-25 | 20-70 | 45-90 | 40-85 | 35-85 | 15-70 | 25-35 | 5-15 |
| | 17-27 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop---- | 0-60 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 69: | | | | | | | | | | | | |
| Longburn-------- | 0-1 | Cobbly fine sandy loam | SC, SC-SM | A-2, A-4 | 0-10 | 15-45 | 75-90 | 70-85 | 50-70 | 30-45 | 25-30 | 5-10 |
| | 1-4 | Very cobbly fine sandy loam | SC, SC-SM | A-2, A-4 | 0-25 | 20-70 | 45-90 | 40-85 | 30-70 | 20-45 | 25-30 | 5-10 |
| | 4-17 | Very cobbly clay loam, very cobbly sandy clay loam | GC, CL, SC | A-2, A-6 | 0-25 | 20-70 | 45-90 | 40-85 | 35-85 | 15-70 | 25-35 | 5-15 |
| | 17-27 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop---- | 0-60 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 70: | | | | | | | | | | | | |
| Mack------------ | 0-13 | Fine sandy loam | CL-ML, SC, SC-SM | A-4 | 0 | 0 | 90-100 | 80-100 | 70-90 | 40-55 | 25-30 | 5-10 |
| | 13-33 | Sandy clay loam, clay loam | | | 0 | 0 | 90-100 | 80-100 | 70-100 | 35-70 | 25-35 | 5-15 |
| | 33-60 | Sandy loam, sandy clay loam | SC, SM, SC-SM | A-4 | 0 | 0 | 85-100 | 80-100 | 50-65 | 35-50 | 20-30 | NP-10 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 71: | | | | | | | | | | | | |
| Mikett---------- | 0-8 | Clay loam | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 85-95 | 65-80 | 30-35 | 10-15 |
| | 8-60 | Clay loam, loam | CL, CL-ML | A-4, A-6 | 0 | 0-5 | 95-100 | 90-100 | 75-95 | 55-80 | 25-35 | 5-15 |
| 72: | | | | | | | | | | | | |
| Mikett---------- | 0-8 | Clay loam | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 85-95 | 65-80 | 30-35 | 10-15 |
| | 8-60 | Clay loam | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 85-95 | 65-80 | 30-35 | 10-15 |
| 73: | | | | | | | | | | | | |
| Mikim----------- | 0-3 | Clay loam | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 85-95 | 65-80 | 30-35 | 10-15 |
| | 3-15 | Clay loam | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 85-95 | 65-80 | 30-35 | 10-15 |
| | 15-32 | Stratified fine sandy loam to clay loam | CL, CL-ML | A-4, A-6 | 0 | 0-5 | 95-100 | 90-100 | 70-95 | 50-80 | 25-35 | 5-15 |
| | 32-60 | Clay loam | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 85-95 | 65-80 | 30-35 | 10-15 |
| 74: | | | | | | | | | | | | |
| Mikim----------- | 0-3 | Clay loam | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 85-95 | 65-80 | 30-35 | 10-15 |
| | 3-15 | Clay loam | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 85-95 | 65-80 | 30-35 | 10-15 |
| | 15-32 | Stratified fine sandy loam to clay loam | CL, SC, CL-ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 70-95 | 45-80 | 25-35 | 5-15 |
| | 32-60 | Clay loam | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 85-95 | 65-80 | 30-35 | 10-15 |
| 75: | | | | | | | | | | | | |
| Mikim----------- | 0-3 | Loam | CL-ML | A-4 | 0 | 0-5 | 95-100 | 90-100 | 80-95 | 55-75 | 25-30 | 5-10 |
| | 3-15 | Clay loam | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 85-95 | 65-80 | 30-35 | 10-15 |
| | 15-32 | Stratified fine sandy loam to clay loam | CL, CL-ML | A-4, A-6 | 0 | 0-5 | 95-100 | 90-100 | 70-95 | 50-80 | 25-35 | 5-15 |
| | 32-60 | Clay loam | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 85-95 | 65-80 | 30-35 | 10-15 |
| 76: | | | | | | | | | | | | |
| Morefield------- | 0-2 | Loam | CL-ML | A-4 | 0 | 0 | 100 | 100 | 85-100 | 60-80 | 25-30 | 5-10 |
| | 2-24 | Clay loam, loam | CL, CL-ML | A-6 | 0 | 0 | 100 | 100 | 85-100 | 60-80 | 25-35 | 5-15 |
| | 24-60 | Loam, clay loam | CL, CL-ML | A-6 | 0 | 0 | 100 | 100 | 85-100 | 60-80 | 25-35 | 5-15 |
| 77: | | | | | | | | | | | | |
| Morefield------- | 0-2 | Loam | CL-ML | A-4 | 0 | 0 | 100 | 100 | 85-100 | 60-80 | 25-30 | 5-10 |
| | 2-24 | Clay loam, loam | CL, CL-ML | A-6 | 0 | 0 | 100 | 100 | 85-100 | 60-80 | 25-35 | 5-15 |
| | 24-60 | Loam, clay loam | CL, CL-ML | A-6 | 0 | 0 | 100 | 100 | 85-100 | 60-80 | 25-35 | 5-15 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 78: | | | | | | | | | | | | |
| Nortez---------- | 0-2 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 90-100 | 85-100 | 75-90 | 55-70 | 25-30 | 5-10 |
| | 2-6 | Clay loam | CL | A-6 | 0 | 0-5 | 90-100 | 85-100 | 80-95 | 65-75 | 30-40 | 10-20 |
| | 6-31 | Clay loam, clay | CH, CL | A-7 | 0 | 0-5 | 90-100 | 85-100 | 80-100 | 70-90 | 40-65 | 25-40 |
| | 31-41 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Granath--------- | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-14 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-100 | 60-75 | 25-30 | 5-10 |
| | 14-60 | Clay loam, silty clay loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 85-100 | 60-80 | 25-35 | 5-15 |
| 79: | | | | | | | | | | | | |
| Northrim-------- | 0-2 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2-9 | Cobbly loam | CL, SC-SM, CL-ML, SC | A-4 | 0-10 | 15-45 | 75-90 | 70-85 | 60-80 | 45-65 | 25-30 | 5-10 |
| | 9-22 | Cobbly loam, clay loam | CL-ML, CL, SC, SC-SM | A-4, A-6 | 0-10 | 0-45 | 80-100 | 75-100 | 65-95 | 45-75 | 25-35 | 5-15 |
| | 22-60 | Gravelly clay loam, clay loam, loam | CL | A-6 | 0-10 | 0-15 | 60-100 | 55-100 | 50-100 | 40-95 | 25-35 | 5-15 |
| 80: | | | | | | | | | | | | |
| Ormiston-------- | 0-7 | Loam | CL, CL-ML | A-4 | 0-5 | 0-10 | 90-100 | 85-100 | 75-95 | 50-75 | 25-30 | 5-10 |
| | 7-32 | Stony clay loam, very stony clay loam, very stony clay, extremely stony clay loam | CH, GC, CL | A-2, A-7, A-6 | 25-50 | 20-50 | 50-85 | 40-80 | 40-75 | 30-65 | 30-65 | 10-40 |
| | 32-44 | Stony clay loam, very stony clay loam | CL | A-6 | 10-45 | 15-30 | 75-90 | 70-85 | 65-85 | 50-70 | 30-40 | 10-20 |
| | 44-54 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | Percentage passing sieve number--: 10 | Percentage passing sieve number--: 40 | Percentage passing sieve number--: 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 80: | | | | | | | | | | | | |
| Beje------------ | 0-2 | Loam | CL, CL-ML | A-4 | 0-5 | 0-5 | 95-100 | 90-95 | 75-90 | 55-70 | 25-30 | 5-10 |
| | 2-6 | Loam | CL, CL-ML | A-4 | 0 | 0 | 90-95 | 85-90 | 70-85 | 50-70 | 25-30 | 5-10 |
| | 6-14 | Loam, clay loam, sandy clay loam | CL, CL-ML | A-4, A-6 | 0 | 0 | 95-100 | 90-95 | 80-90 | 50-80 | 25-35 | 5-15 |
| | 14-24 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 81: | | | | | | | | | | | | |
| Ormiston-------- | 0-7 | Loam | CL, CL-ML | A-4 | 0-5 | 0-10 | 90-100 | 85-100 | 75-95 | 50-75 | 25-30 | 5-10 |
| | 7-32 | Stony clay loam, very stony clay loam, very stony clay, extremely stony clay loam | CH, GC, CL | A-7, A-2, A-6 | 25-50 | 20-50 | 50-85 | 40-80 | 40-75 | 30-65 | 30-65 | 10-40 |
| | 32-44 | Stony clay loam, very stony clay loam | CL | A-6 | 10-45 | 15-30 | 75-90 | 70-85 | 65-85 | 50-70 | 30-40 | 10-20 |
| | 44-54 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Fivepine-------- | 0-3 | Flaggy loam | CL, CL-ML | A-4 | 10-30 | 10-20 | 85-95 | 80-90 | 75-85 | 55-70 | 25-30 | 5-10 |
| | 3-9 | Flaggy clay loam | CL | A-6 | 10-30 | 10-20 | 85-95 | 80-90 | 80-90 | 65-75 | 30-40 | 10-20 |
| | 9-12 | Flaggy clay loam, flaggy clay | CL | A-6, A-7 | 10-30 | 10-20 | 85-95 | 80-90 | 80-90 | 65-80 | 30-45 | 15-25 |
| | 12-15 | Flaggy clay | CL | A-7 | 10-30 | 10-20 | 85-95 | 80-90 | 80-90 | 70-90 | 40-50 | 20-30 |
| | 15-25 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 82: | | | | | | | | | | | | |
| Ormiston-------- | 0-3 | Extremely stony loam | GC-GM, SC, GC, SC-SM | A-2, A-1, A-4 | 30-60 | 20-60 | 50-80 | 25-75 | 20-70 | 15-50 | 25-30 | 5-10 |
| | 3-7 | Very stony clay loam | CL, GC, SC | A-2, A-6 | 25-50 | 20-50 | 50-85 | 40-80 | 35-70 | 30-60 | 30-35 | 10-15 |
| | 7-32 | Stony clay loam, very stony clay loam, very stony clay | CH, GC, CL | A-2, A-7, A-6 | 15-50 | 15-50 | 50-85 | 40-80 | 40-75 | 30-65 | 30-65 | 10-40 |
| | 32-44 | Stony clay loam | CL | A-6 | 10-45 | 15-30 | 75-90 | 70-85 | 65-85 | 50-70 | 30-40 | 10-20 |
| | 44-54 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Granath--------- | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-14 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-100 | 60-75 | 25-30 | 5-10 |
| | 14-60 | Clay loam, silty clay loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 85-100 | 60-80 | 25-35 | 5-15 |
| 83: | | | | | | | | | | | | |
| Ormiston-------- | 0-3 | Extremely stony loam | GC-GM, SC, GC, SC-SM | A-1, A-2, A-4 | 30-60 | 20-60 | 50-80 | 25-75 | 20-70 | 15-50 | 25-30 | 5-10 |
| | 3-7 | Very stony clay loam | CL, GC, SC | A-2, A-6 | 25-50 | 20-50 | 50-85 | 40-80 | 35-70 | 30-60 | 30-35 | 10-15 |
| | 7-32 | Stony clay loam, very stony clay loam, very stony clay | CL, CH, GC | A-7, A-6, A-2 | 15-50 | 15-50 | 50-85 | 40-80 | 40-75 | 30-65 | 30-65 | 10-40 |
| | 32-44 | Stony clay loam | CL | A-6 | 10-45 | 15-30 | 75-90 | 70-85 | 65-85 | 50-70 | 30-40 | 10-20 |
| | 44-54 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Nortez---------- | 0-2 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 90-100 | 85-100 | 75-90 | 55-70 | 25-30 | 5-10 |
| | 2-6 | Clay loam | CL | A-6 | 0 | 0-5 | 90-100 | 85-100 | 80-95 | 65-75 | 30-40 | 10-20 |
| | 6-31 | Clay loam, clay | CH, CL | A-7 | 0 | 0-5 | 90-100 | 85-100 | 80-100 | 70-90 | 40-65 | 25-40 |
| | 31-41 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plas-ticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 84: | | | | | | | | | | | | |
| Payter---------- | 0-11 | Sandy loam | SC-SM, SM | A-2, A-4 | 0 | 0-5 | 95-100 | 90-100 | 55-70 | 25-40 | 20-25 | NP-10 |
| | 11-39 | Sandy loam | SC-SM | A-2, A-4 | 0 | 0-5 | 95-100 | 90-100 | 55-70 | 25-40 | 20-25 | 5-10 |
| | 39-60 | Sandy loam | SC-SM | A-2, A-4 | 0 | 0-5 | 95-100 | 90-100 | 55-70 | 25-40 | 20-25 | 5-10 |
| 85: | | | | | | | | | | | | |
| Pinacol--------- | 0-7 | Loam | CL, CL-ML | A-4 | 0 | 0-10 | 90-100 | 90-100 | 75-95 | 55-75 | 25-30 | 5-10 |
| | 7-21 | Clay loam, gravelly clay | CL, GC | A-6, A-7 | 0-5 | 0-10 | 60-100 | 55-90 | 50-85 | 40-80 | 35-50 | 15-25 |
| | 21-38 | Very cobbly clay, extremely cobbly clay, very cobbly clay loam | CH, CL, GC | A-7 | 0-15 | 25-70 | 50-80 | 45-75 | 40-65 | 30-60 | 35-65 | 15-40 |
| | 38-60 | Extremely cobbly sandy clay loam, extremely cobbly sandy clay, very cobbly clay loam | GC, SC | A-2, A-6 | 0-15 | 35-70 | 45-70 | 40-65 | 30-50 | 20-45 | 25-40 | 5-20 |
| 86: | | | | | | | | | | | | |
| Pinacol--------- | 0-7 | Loam | CL, CL-ML | A-4 | 0 | 0-10 | 90-100 | 90-100 | 75-95 | 55-75 | 25-30 | 5-10 |
| | 7-21 | Clay loam, gravelly clay | CL, GC | A-6, A-7 | 0-5 | 0-10 | 60-100 | 55-90 | 50-85 | 40-80 | 35-50 | 15-25 |
| | 21-38 | Very cobbly clay, extremely cobbly clay, very cobbly clay loam | CL, CH, GC | A-7 | 0-15 | 25-70 | 50-80 | 45-75 | 40-65 | 30-60 | 35-65 | 15-40 |
| | 38-60 | Extremely cobbly sandy clay loam, extremely cobbly sandy clay, very cobbly clay loam | GC, SC | A-2, A-6 | 0-15 | 35-70 | 45-70 | 40-65 | 30-50 | 20-45 | 25-40 | 5-20 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 87: | | | | | | | | | | | | |
| Pits | 0-60 | Variable | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 88: | | | | | | | | | | | | |
| Pogo | 0-2 | Loam | CL, CL-ML | A-4 | 0 | 0 | 80-100 | 75-100 | 70-95 | 55-75 | 25-30 | 5-10 |
| | 2-60 | Stratified fine sandy loam to clay loam | CL, SC | A-6 | 0 | 0 | 85-100 | 80-100 | 50-100 | 10-100 | 20-40 | NP-20 |
| 89: | | | | | | | | | | | | |
| Pramiss | 0-3 | Very cobbly loam | GC, GC-GM | A-4 | 5-15 | 10-50 | 60-70 | 55-65 | 45-55 | 35-45 | 25-30 | 5-10 |
| | 3-16 | Clay loam, clay | CH, CL | A-7 | 0-15 | 0-15 | 95-100 | 90-100 | 85-100 | 75-95 | 40-60 | 15-30 |
| | 16-31 | Clay loam, clay | CH, CL | A-7 | 0-15 | 0-15 | 90-100 | 85-95 | 80-95 | 75-85 | 40-60 | 15-30 |
| | 31-41 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 90: | | | | | | | | | | | | |
| Pramiss | 0-3 | Loam | CL-ML | A-4 | 0-5 | 0 | 85-100 | 80-100 | 70-95 | 50-75 | 25-30 | 5-10 |
| | 3-16 | Clay loam, clay | CH, CL | A-7 | 0-5 | 0-5 | 95-100 | 90-100 | 85-100 | 75-95 | 40-60 | 15-30 |
| | 16-31 | Clay loam, clay | CH, CL | A-7 | 0-5 | 0-5 | 90-95 | 85-95 | 80-90 | 75-85 | 40-60 | 15-30 |
| | 31-41 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Granath | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-14 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-100 | 60-75 | 25-30 | 5-10 |
| | 14-60 | Clay loam, silty clay loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 85-100 | 60-80 | 25-35 | 5-15 |
| 91: | | | | | | | | | | | | |
| Prater | 0-1 | Loam | CL, CL-ML | A-4 | 0-10 | 0-15 | 85-95 | 80-95 | 75-95 | 50-75 | 25-30 | 5-10 |
| | 1-3 | Loam, clay loam | CL | A-6 | 0-10 | 0-15 | 85-95 | 80-95 | 60-85 | 45-70 | 25-35 | 5-15 |
| | 3-9 | Clay, clay loam | | | 0-10 | 0-15 | 85-95 | 80-95 | 65-85 | 50-85 | 30-45 | 10-20 |
| | 9-21 | Clay loam, clay | CL | A-6, A-7 | 0-10 | 0-15 | 85-95 | 80-95 | 75-85 | 50-85 | 35-45 | 15-20 |
| | 21-60 | Clay, clay loam | CL | A-6, A-7 | 0-10 | 5-15 | 90-100 | 85-100 | 75-85 | 50-85 | 35-45 | 15-20 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 92: | | | | | | | | | | | | |
| Prater---------- | 0-1 | Loam | CL, CL-ML | A-4 | 0-5 | 0-15 | 85-100 | 80-100 | 70-95 | 50-75 | 25-30 | 5-10 |
| | 1-3 | Loam, clay loam | CL | A-6 | 0-10 | 0-15 | 85-95 | 80-95 | 60-85 | 45-70 | 25-35 | 5-15 |
| | 3-9 | Clay, clay loam | | | 0-10 | 0-15 | 85-95 | 80-95 | 65-85 | 50-85 | 30-45 | 10-20 |
| | 9-21 | Clay loam, clay | CL | A-6, A-7 | 0-10 | 0-15 | 85-95 | 80-95 | 75-85 | 50-85 | 35-45 | 15-20 |
| | 21-60 | Clay, clay loam | CL | A-6, A-7 | 0-10 | 5-15 | 90-100 | 85-100 | 75-85 | 50-85 | 35-45 | 15-20 |
| Dolcan---------- | 0-2 | Extremely cobbly fine sandy loam | GM, GC-GM, SC-SM, SM | A-1, A-2, A-4, A-3 | 0-30 | 30-85 | 20-80 | 15-75 | 10-65 | 5-40 | 20-25 | NP-5 |
| | 2-11 | Loam, clay loam, cobbly clay loam | CL | A-6 | 0-10 | 0-35 | 75-100 | 70-100 | 65-100 | 60-80 | 30-35 | 10-15 |
| | 11-21 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 93: | | | | | | | | | | | | |
| Pulpit---------- | 0-5 | Loam | CL, CL-ML | A-4 | 0 | 0 | 90-100 | 90-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 5-21 | Clay loam, silty clay loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 95-100 | 70-95 | 30-35 | 10-15 |
| | 21-35 | Loam, fine sandy loam, clay loam | CL, CL-ML, ML | A-4 | 0 | 0 | 90-100 | 85-100 | 60-95 | 45-80 | 20-30 | NP-10 |
| | 35-39 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 94: | | | | | | | | | | | | |
| Pulpit---------- | 0-10 | Loam | CL, CL-ML | A-4 | 0 | 0 | 90-100 | 90-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 10-20 | Loam, clay loam, silty clay loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 95-100 | 80-95 | 30-35 | 5-15 |
| | 20-36 | Loam, fine sandy loam, clay loam | CL-ML, CL, ML | A-4 | 0 | 0 | 90-100 | 90-100 | 90-95 | 65-80 | 20-30 | NP-10 |
| | 36-46 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments >10 inches | Fragments 3-10 inches | Percentage passing sieve number-- 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 95: | | | | | | | | | | | | |
| Pulpit---------- | 0-10 | Loam | CL, CL-ML | A-4 | 0 | 0 | 90-100 | 90-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 10-20 | Loam, clay loam, silty clay loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 95-100 | 80-95 | 30-35 | 5-15 |
| | 20-36 | Loam, fine sandy loam, clay loam | CL-ML, CL, ML | A-4 | 0 | 0 | 90-100 | 90-100 | 90-95 | 65-80 | 20-30 | NP-10 |
| | 36-46 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 96: | | | | | | | | | | | | |
| Purcella-------- | 0-4 | Loam | CL, CL-ML | A-4 | 0-5 | 0-5 | 85-100 | 80-100 | 70-85 | 55-75 | 25-30 | 5-10 |
| | 4-11 | Gravelly loam | CL-ML, SC-SM | A-4 | 0-5 | 0-10 | 60-80 | 55-75 | 50-70 | 40-55 | 25-30 | 5-10 |
| | 11-41 | Extremely cobbly clay loam, extremely cobbly sandy clay loam, extremely cobbly loam | GC | A-2, A-6 | 5-10 | 55-80 | 40-60 | 35-55 | 30-50 | 20-40 | 25-35 | 5-15 |
| | 41-60 | Extremely cobbly sandy loam, very cobbly loam | GM, SM | A-1 | 5-10 | 55-80 | 45-60 | 35-55 | 25-35 | 15-20 | 20-25 | NP-5 |
| 97: | | | | | | | | | | | | |
| Ramper---------- | 0-3 | Clay loam | CL | A-6 | 0 | 0-5 | 90-100 | 85-100 | 80-95 | 65-75 | 30-40 | 10-15 |
| | 3-60 | Stratified sandy loam to clay loam | CL-ML, CL, SC, SC-SM | A-4, A-6 | 0 | 0-5 | 90-100 | 85-100 | 55-95 | 45-75 | 25-40 | 5-15 |
| 98: | | | | | | | | | | | | |
| Ramper---------- | 0-3 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 90-100 | 85-100 | 75-90 | 60-70 | 20-30 | NP-10 |
| | 3-60 | Stratified sandy loam to clay loam | CL, CL-ML, SC-SM, SC | A-4, A-6 | 0 | 0-5 | 90-100 | 85-100 | 55-95 | 45-75 | 25-40 | 5-15 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 99: | | | | | | | | | | | | |
| Ravola---------- | 0-9 | Clay loam | CL | A-6 | 0 | 0-5 | 95-100 | 95-100 | 80-95 | 65-75 | 30-35 | 10-15 |
| | 9-60 | Stratified loamy sand to clay loam | CL, CL-ML, SC-SM, SC | A-4, A-6 | 0 | 0-5 | 95-100 | 80-100 | 50-75 | 35-75 | 25-35 | 5-15 |
| 100: | | | | | | | | | | | | |
| Recapture------- | 0-7 | Fine sandy loam | ML, CL-ML, SC-SM, SM | A-4 | 0 | 0 | 95-100 | 90-100 | 70-85 | 40-55 | 20-30 | NP-10 |
| | 7-26 | Loam, clay loam, sandy clay loam | CL | A-4 | 0 | 0 | 95-100 | 90-100 | 70-90 | 40-80 | 25-30 | 5-10 |
| | 26-60 | Silt loam, very fine sandy loam, loam | CL, CL-ML, ML | A-4 | 0 | 0 | 95-100 | 90-100 | 75-100 | 45-90 | 20-30 | NP-10 |
| 101: | | | | | | | | | | | | |
| Recapture------- | 0-6 | Sandy loam | SC, SM, SC-SM | A-2, A-4 | 0-5 | 0-5 | 80-100 | 75-100 | 45-70 | 25-40 | 20-30 | NP-10 |
| | 6-13 | Clay loam | CL | A-6 | 0-5 | 0-5 | 80-100 | 75-100 | 70-85 | 55-80 | 30-40 | 10-20 |
| | 13-17 | Sandy loam | SC, SM, SC-SM | A-2, A-4 | 0-5 | 0-5 | 80-100 | 75-100 | 45-70 | 25-40 | 20-30 | NP-10 |
| | 17-38 | Sandy clay loam, clay loam | CL, SC | A-6 | 0-5 | 0-5 | 80-100 | 75-100 | 65-85 | 40-80 | 30-40 | 10-20 |
| | 38-60 | Sandy loam | SC, SM, SC-SM | A-2, A-4 | 0-5 | 0-5 | 80-100 | 75-100 | 45-70 | 25-40 | 20-30 | NP-10 |
| 102: | | | | | | | | | | | | |
| Ricot----------- | 0-12 | Loam | CL, CL-ML | A-4 | 0-5 | 0-5 | 85-100 | 80-100 | 70-95 | 50-75 | 25-30 | 5-10 |
| | 12-16 | Loam, clay loam | CL | A-6 | 0-5 | 0-5 | 85-100 | 80-100 | 70-95 | 50-80 | 25-35 | 10-20 |
| | 16-34 | Clay, clay loam | CL | A-6, A-7 | 0-15 | 0-15 | 85-100 | 80-90 | 75-90 | 60-85 | 35-45 | 15-20 |
| | 34-60 | Stony clay, stony clay loam | CL | A-6, A-7 | 15-40 | 15-40 | 80-90 | 75-90 | 65-90 | 55-80 | 35-45 | 15-20 |
| 103: | | | | | | | | | | | | |
| Ricot----------- | 0-12 | Loam | CL, CL-ML | A-4 | 0-5 | 0-5 | 85-100 | 80-100 | 70-95 | 50-75 | 25-30 | 5-10 |
| | 12-16 | Loam, clay loam | CL | A-6 | 0-5 | 0-5 | 85-100 | 80-100 | 70-95 | 50-80 | 25-35 | 10-20 |
| | 16-34 | Clay, clay loam | CL | A-6, A-7 | 0-15 | 0-15 | 85-100 | 80-90 | 75-90 | 60-85 | 35-45 | 15-20 |
| | 34-60 | Stony clay, stony clay loam | CL | A-6, A-7 | 15-40 | 15-40 | 80-90 | 75-90 | 65-90 | 55-80 | 35-45 | 15-20 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 104: | | | | | | | | | | | | |
| Ricot----------- | 0-12 | Loam | CL, CL-ML | A-4 | 0-5 | 0-5 | 85-100 | 80-100 | 70-95 | 50-75 | 25-30 | 5-10 |
| | 12-16 | Loam, clay loam | CL | A-6 | 0-5 | 0-5 | 85-100 | 80-100 | 70-95 | 50-80 | 25-35 | 10-20 |
| | 16-34 | Clay, clay loam | CL | A-6, A-7 | 0-15 | 0-15 | 85-100 | 80-90 | 75-90 | 60-85 | 35-45 | 15-20 |
| | 34-60 | Stony clay, stony clay loam | CL | A-6, A-7 | 15-40 | 15-40 | 80-90 | 75-90 | 65-90 | 55-80 | 35-45 | 15-20 |
| 105: | | | | | | | | | | | | |
| Rizno----------- | 0-5 | Very fine sandy loam | CL-ML | A-4 | 0 | 0 | 100 | 100 | 70-100 | 50-65 | 25-30 | 5-10 |
| | 5-13 | Loam, fine sandy loam | ML, CL-ML, SC-SM, SM | A-4 | 0 | 0-10 | 85-100 | 80-100 | 55-85 | 35-55 | 20-25 | NP-5 |
| | 13-23 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Gapmesa--------- | 0-2 | Very fine sandy loam | ML, SC-SM, CL-ML, SM | A-4 | 0 | 0 | 90-100 | 90-100 | 70-95 | 40-60 | 20-25 | NP-5 |
| | 2-21 | Gravelly very fine sandy loam, loam | CL, CL-ML | A-4 | 0 | 0 | 70-100 | 65-100 | 55-95 | 50-60 | 25-30 | 5-10 |
| | 21-28 | Gravelly sandy loam | SC-SM, GC-GM | A-2, A-4 | 0-5 | 0-10 | 75-95 | 70-90 | 55-90 | 50-75 | 20-25 | NP-5 |
| | 28-38 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 106: | | | | | | | | | | | | |
| Rizno----------- | 0-3 | Fine sandy loam | CL-ML, SM, ML, SC-SM | A-4 | 0 | 0-10 | 85-100 | 80-100 | 55-85 | 35-55 | 20-25 | NP-5 |
| | 3-13 | Fine sandy loam | CL-ML, SM, ML, SC-SM | A-4 | 0 | 0-10 | 85-100 | 80-100 | 55-85 | 35-55 | 20-25 | NP-5 |
| | 13-23 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Littlenan------- | 0-3 | Gravelly loam | SC, CL-ML, SC-SM | A-4 | 0-5 | 0-10 | 60-85 | 50-75 | 45-70 | 35-55 | 25-30 | 5-10 |
| | 3-29 | Silty clay loam, silty clay, clay loam | CL | A-6, A-7 | 0-5 | 0-10 | 90-100 | 85-100 | 75-100 | 65-95 | 30-45 | 10-20 |
| | 29-39 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 106: | | | | | | | | | | | | |
| Bodry----------- | 0-6 | Very cobbly loam | GC-GM, SC, GC, SC-SM | A-2 | 0-10 | 40-70 | 50-70 | 45-65 | 20-45 | 15-35 | 25-30 | 5-10 |
| | 6-15 | Clay loam, silty clay loam, sandy clay loam | CL | A-6, A-7 | 0-5 | 0-20 | 95-100 | 90-100 | 60-90 | 55-85 | 35-45 | 15-25 |
| | 15-36 | Clay, silty clay, clay loam | CH, CL | A-7 | 0 | 0 | 100 | 100 | 70-100 | 65-90 | 40-65 | 20-40 |
| | 36-46 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 107: | | | | | | | | | | | | |
| Rizno----------- | 0-3 | Fine sandy loam | SC-SM, SM | A-2, A-4 | 0 | 0-10 | 95-100 | 90-100 | 65-85 | 30-50 | 20-30 | NP-10 |
| | 3-13 | Fine sandy loam | SC-SM, SM | A-2, A-4 | 0 | 0-10 | 95-100 | 90-100 | 65-85 | 30-50 | 20-30 | NP-10 |
| | 13-23 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Ruinpoint------- | 0-2 | Very fine sandy loam | CL-ML | A-4 | 0 | 0 | 100 | 100 | 70-100 | 50-65 | 25-30 | 5-10 |
| | 2-13 | Silt loam | CL | A-6 | 0 | 0 | 100 | 100 | 95-100 | 80-95 | 30-35 | 10-15 |
| | 13-23 | Silt loam | CL | A-6 | 0 | 0 | 100 | 100 | 95-100 | 80-95 | 30-35 | 10-15 |
| | 23-60 | Silt loam | CL | A-6 | 0 | 0 | 100 | 100 | 95-100 | 80-95 | 30-35 | 10-15 |
| Rock outcrop---- | 0-60 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 108: | | | | | | | | | | | | |
| Rock outcrop---- | 0-60 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 109: | | | | | | | | | | | | |
| Romberg--------- | 0-2 | Very stony loam | CL, CL-ML, SC, GC | A-4 | 25-70 | 10-45 | 40-80 | 35-70 | 30-65 | 25-60 | 25-30 | 5-10 |
| | 2-20 | Very stony clay loam | GC | A-2, A-6 | 25-70 | 25-50 | 50-70 | 45-65 | 40-60 | 30-60 | 30-35 | 10-15 |
| | 20-60 | Very stony clay loam | GC | A-2, A-6 | 25-70 | 25-50 | 50-70 | 45-65 | 40-60 | 30-60 | 30-35 | 10-15 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 109: | | | | | | | | | | | | |
| Crosscan-------- | 0-2 | Very bouldery sandy clay loam | GC, SC-SM, GC-GM, SC | A-1, A-2 | 25-65 | 5-45 | 40-65 | 35-60 | 25-55 | 15-45 | 25-35 | 5-15 |
| | 2-18 | Very gravelly sandy clay loam, very gravelly clay loam, very gravelly loam | GC | A-2, A-6 | 0-10 | 0-20 | 35-55 | 30-50 | 30-50 | 20-40 | 25-35 | 5-15 |
| | 18-28 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 110: | | | | | | | | | | | | |
| Romberg--------- | 0-2 | Very stony loam | CL, SC, CL-ML, GC | A-4 | 25-70 | 10-45 | 40-80 | 35-70 | 30-65 | 25-60 | 25-30 | 5-10 |
| | 2-20 | Very stony clay loam | GC | A-2, A-6 | 25-70 | 25-50 | 50-70 | 45-65 | 40-60 | 30-60 | 30-35 | 10-15 |
| | 20-60 | Very stony clay loam | GC | A-2, A-6 | 25-70 | 25-50 | 50-70 | 45-65 | 40-60 | 30-60 | 30-35 | 10-15 |
| Crosscan-------- | 0-2 | Very bouldery sandy clay loam | GC-GM, GC, SC, SC-SM | A-1, A-2 | 25-65 | 5-45 | 40-65 | 35-60 | 25-55 | 15-45 | 25-35 | 5-15 |
| | 2-18 | Very gravelly sandy clay loam, very gravelly clay loam, very gravelly loam | GC | A-2, A-6 | 0-10 | 0-20 | 35-55 | 30-50 | 30-50 | 20-40 | 25-35 | 5-15 |
| | 18-28 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop---- | 0-60 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification | | Fragments | | Percentage passing sieve number-- | | | | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Unified | AASHTO | >10 inches | 3-10 inches | 4 | 10 | 40 | 200 | | |
| | In | | | | Pct | Pct | | | | | Pct | |
| 111: | | | | | | | | | | | | |
| Roubideau------- | 0-6 | Loam | CL, CL-ML | A-4 | 0 | 0 | 100 | 100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 6-36 | Silty clay loam, loam, clay loam | CL, CL-ML | A-4, A-6 | 0 | 0 | 80-100 | 75-100 | 60-95 | 40-80 | 25-35 | 5-15 |
| | 36-38 | Clay loam, channery loam, channery clay loam, loam | CL, SC-SM, CL-ML, SC | A-4 | 0-5 | 0-20 | 65-100 | 60-100 | 55-95 | 40-80 | 25-35 | 5-15 |
| | 38-48 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 112: | | | | | | | | | | | | |
| Sharps---------- | 0-9 | Loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 60-95 | 60-75 | 25-30 | 5-10 |
| | 9-19 | Clay loam, loam, silty clay loam | CL | A-6 | 0 | 0 | 85-100 | 85-100 | 60-95 | 50-85 | 25-35 | 10-20 |
| | 19-30 | Loam, clay loam, silty clay loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 60-95 | 50-80 | 25-30 | 5-10 |
| | 30-40 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 113: | | | | | | | | | | | | |
| Sharps---------- | 0-9 | Loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 60-95 | 60-75 | 25-30 | 5-10 |
| | 9-19 | Loam, clay loam, silty clay loam | CL | A-6 | 0 | 0 | 85-100 | 85-100 | 60-95 | 50-85 | 25-35 | 10-20 |
| | 19-30 | Loam, clay loam, silty clay loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 60-95 | 50-80 | 25-30 | 5-10 |
| | 30-40 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 114: | | | | | | | | | | | | |
| Sharps, dry----- | 0-2 | Loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 60-95 | 60-75 | 25-30 | 5-10 |
| | 2-12 | Clay loam, loam | CL | A-6 | 0 | 0 | 85-100 | 85-100 | 60-95 | 50-80 | 25-35 | 5-15 |
| | 12-27 | Loam, clay loam, silty clay loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 70-95 | 50-80 | 25-30 | 5-10 |
| | 27-32 | Clay loam | CL | A-6 | 0 | 0-5 | 90-100 | 85-100 | 80-95 | 65-75 | 30-35 | 5-15 |
| | 32-42 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 115: | | | | | | | | | | | | |
| Sharps, dry----- | 0-2 | Loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 60-95 | 60-75 | 25-30 | 5-10 |
| | 2-12 | Clay loam, loam | CL | A-6 | 0 | 0 | 85-100 | 85-100 | 60-95 | 50-80 | 25-35 | 5-15 |
| | 12-27 | Loam, clay loam, silty clay loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 70-95 | 50-80 | 25-30 | 5-10 |
| | 27-32 | Clay loam | CL | A-6 | 0 | 0-5 | 90-100 | 85-100 | 80-95 | 65-75 | 30-35 | 5-15 |
| | 32-42 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Gapmesa--------- | 0-2 | Very fine sandy loam | CL-ML, SM, ML, SC-SM | A-4 | 0 | 0 | 90-100 | 90-100 | 70-85 | 40-55 | 20-25 | NP-5 |
| | 2-21 | Gravelly very fine sandy loam, loam | CL, CL-ML | A-4 | 0 | 0 | 70-100 | 65-100 | 55-95 | 50-60 | 25-30 | 5-10 |
| | 21-28 | Gravelly sandy loam | SC-SM, GC-GM | A-2, A-4 | 0-5 | 0-10 | 75-95 | 70-90 | 55-90 | 50-75 | 20-25 | NP-5 |
| | 28-38 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 116: | | | | | | | | | | | | |
| Sharps---------- | 0-9 | Loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 60-95 | 60-75 | 25-30 | 5-10 |
| | 9-19 | Loam, clay loam, silty clay loam | CL | A-6 | 0 | 0 | 85-100 | 85-100 | 60-95 | 50-85 | 25-35 | 10-20 |
| | 19-30 | Loam, clay loam, silty clay loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 60-95 | 50-80 | 25-30 | 5-10 |
| | 30-40 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Cahona---------- | 0-5 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 5-25 | Clay loam, loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 90-100 | 60-80 | 25-35 | 5-15 |
| | 25-60 | Loam | CL, CL-ML | A-4 | 0 | 0 | 95-100 | 95-100 | 85-95 | 60-75 | 25-30 | 5-10 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 117: | | | | | | | | | | | | |
| Sharps---------- | 0-9 | Loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 60-95 | 60-75 | 25-30 | 5-10 |
| | 9-19 | Loam, clay loam, silty clay loam | CL | A-6 | 0 | 0 | 85-100 | 85-100 | 60-95 | 50-85 | 25-35 | 10-20 |
| | 19-30 | Loam, clay loam, silty clay loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 60-95 | 50-80 | 25-30 | 5-10 |
| | 30-40 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Pulpit---------- | 0-10 | Loam | CL, CL-ML | A-4 | 0 | 0 | 90-100 | 90-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 10-20 | Loam, clay loam, silty clay loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 95-100 | 80-95 | 30-35 | 5-15 |
| | 20-36 | Loam, fine sandy loam, clay loam | CL, CL-ML, ML | A-4 | 0 | 0 | 90-100 | 90-100 | 90-95 | 65-80 | 20-30 | NP-10 |
| | 36-46 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 118: | | | | | | | | | | | | |
| Sharps---------- | 0-9 | Loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 60-95 | 60-75 | 25-30 | 5-10 |
| | 9-19 | Loam, clay loam, silty clay loam | CL | A-6 | 0 | 0 | 85-100 | 85-100 | 60-95 | 50-85 | 25-35 | 10-20 |
| | 19-30 | Loam, clay loam, silty clay loam | CL, CL-ML | A-4 | 0 | 0 | 85-100 | 85-100 | 60-95 | 50-80 | 25-30 | 5-10 |
| | 30-40 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 118: | | | | | | | | | | | | |
| Pulpit---------- | 0-10 | Loam | CL, CL-ML | A-4 | 0 | 0 | 90-100 | 90-100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 10-20 | Loam, clay loam, silty clay loam | CL | A-6 | 0 | 0 | 95-100 | 95-100 | 95-100 | 80-95 | 30-35 | 5-15 |
| | 20-36 | Loam, fine sandy loam, clay loam | CL, CL-ML, ML | A-4 | 0 | 0 | 90-100 | 90-100 | 90-95 | 65-80 | 20-30 | NP-10 |
| | 36-46 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 119: | | | | | | | | | | | | |
| Sheek | 0-1 | Moderately decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-5 | Very stony sandy loam | GC-GM, SC, GC, SC-SM | A-1, A-2 | 25-70 | 10-50 | 45-85 | 40-80 | 25-60 | 15-35 | 25-30 | 5-10 |
| | 5-60 | Very stony clay loam, very stony sandy clay loam, very cobbly loam | CL, GC, SC | A-2, A-6 | 25-70 | 10-70 | 45-85 | 40-80 | 35-75 | 30-70 | 25-35 | 5-15 |
| Archuleta | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-6 | Very stony sandy loam | GC, SC-SM, GC-GM, SC | A-1, A-2 | 25-70 | 5-50 | 45-90 | 40-85 | 25-60 | 15-35 | 25-30 | 5-10 |
| | 6-18 | Stony sandy loam, stony sandy clay loam, stony clay loam | CL, SC-SM, CL-ML | A-4, A-6 | 10-40 | 5-20 | 75-90 | 70-85 | 65-85 | 50-70 | 25-35 | 5-15 |
| | 18-28 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 120: | | | | | | | | | | | | |
| Sheek | 0-1 | Moderately decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-5 | Very stony sandy loam | GC, GC-GM, SC-SM, SC | A-1, A-2 | 25-70 | 10-50 | 45-85 | 40-80 | 25-60 | 15-35 | 25-30 | 5-10 |
| | 5-60 | Very stony clay loam, very stony sandy clay loam, very cobbly loam | CL, GC, SC | A-2, A-6 | 25-70 | 10-70 | 45-85 | 40-80 | 35-75 | 30-70 | 25-35 | 5-15 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments >10 inches | Fragments 3-10 inches | Percentage passing sieve number-- 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 120: | | | | | | | | | | | | |
| Archuleta------- | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-6 | Very stony sandy loam | GC-GM, GC, SC, SC-SM | A-1, A-2 | 25-70 | 5-50 | 45-90 | 40-85 | 25-60 | 15-35 | 25-30 | 5-10 |
| | 6-18 | Stony sandy loam, stony sandy clay loam, stony clay loam | CL-ML, CL, SC-SM | A-4, A-6 | 10-40 | 5-20 | 75-90 | 70-85 | 65-85 | 50-70 | 25-35 | 5-15 |
| | 18-28 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop---- | 0-60 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 121: | | | | | | | | | | | | |
| Sheek----------- | 0-1 | Moderately decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-5 | Very stony sandy loam | GC, SC-SM, GC-GM, SC | A-1, A-2 | 25-70 | 10-50 | 45-85 | 40-80 | 25-60 | 15-35 | 25-30 | 5-10 |
| | 5-60 | Very stony clay loam, very stony sandy clay loam, very cobbly loam | CL, SC, GC | A-2, A-6 | 25-70 | 10-70 | 45-85 | 40-80 | 35-75 | 30-70 | 25-35 | 5-15 |
| Archuleta------- | 0-1 | Slightly decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1-6 | Very stony sandy loam | GC, SC-SM, GC-GM, SC | A-1, A-2 | 25-70 | 5-50 | 45-90 | 40-85 | 25-60 | 15-35 | 25-30 | 5-10 |
| | 6-18 | Stony sandy loam, stony sandy clay loam, stony clay loam | CL-ML, SC-SM, CL | A-4, A-6 | 10-40 | 5-20 | 75-90 | 70-85 | 65-85 | 50-70 | 25-35 | 5-15 |
| | 18-28 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 121: | | | | | | | | | | | | |
| Rock outcrop---- | 0-60 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 122: | | | | | | | | | | | | |
| Sheppard-------- | 0-7 | Fine sand | SM | A-2 | 0 | 0 | 100 | 100 | 65-80 | 20-35 | --- | NP |
| | 7-60 | Loamy fine sand, fine sand, loamy sand | SM | A-2 | 0 | 0 | 100 | 90-100 | 70-80 | 20-50 | --- | NP |
| 123: | | | | | | | | | | | | |
| Sideshow-------- | 0-3 | Silty clay loam | CL, ML | A-6, A-7 | 0 | 0 | 95-100 | 95-100 | 95-100 | 85-95 | 35-45 | 10-20 |
| | 3-60 | Silty clay loam, clay loam, clay | CL | A-6, A-7 | 0 | 0 | 90-100 | 90-100 | 90-100 | 75-95 | 35-50 | 15-25 |
| 124: | | | | | | | | | | | | |
| Sideshow-------- | 0-3 | Silty clay loam | CL, ML | A-6, A-7 | 0 | 0 | 95-100 | 95-100 | 95-100 | 85-95 | 35-45 | 10-20 |
| | 3-60 | Silty clay loam, clay loam, clay | CL | A-6, A-7 | 0 | 0 | 90-100 | 90-100 | 90-100 | 75-95 | 35-50 | 15-25 |
| 125: | | | | | | | | | | | | |
| Sideshow-------- | 0-3 | Silty clay loam | CL, ML | A-6, A-7 | 0 | 0 | 95-100 | 95-100 | 95-100 | 85-95 | 35-45 | 10-20 |
| | 3-60 | Silty clay loam, clay loam, clay | CL | A-6, A-7 | 0 | 0 | 90-100 | 90-100 | 90-100 | 75-95 | 35-50 | 15-25 |
| 126: | | | | | | | | | | | | |
| Sideshow-------- | 0-3 | Silty clay loam | CL, ML | A-6, A-7 | 0 | 0 | 95-100 | 95-100 | 95-100 | 85-95 | 35-45 | 10-20 |
| | 3-60 | Silty clay loam, clay loam, clay | CL | A-6, A-7 | 0 | 0 | 90-100 | 90-100 | 90-100 | 75-95 | 35-50 | 15-25 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 126: | | | | | | | | | | | | |
| Zigzag---------- | 0-1 | Very channery clay loam | GC | A-2 | 0-5 | 0-10 | 35-45 | 30-40 | 30-40 | 20-30 | 30-40 | 10-20 |
| | 1-5 | Clay loam | | | 0-5 | 0-5 | 85-100 | 80-100 | 75-100 | 60-80 | 30-40 | 10-20 |
| | 5-19 | Clay loam, clay | CL | A-7 | 0-5 | 0-5 | 90-100 | 85-100 | 75-100 | 70-95 | 40-60 | 15-35 |
| | 19-29 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 127: | | | | | | | | | | | | |
| Sideslide------- | 0-3 | Silty clay loam | ML | A-6, A-7 | 0 | 0-5 | 95-100 | 90-100 | 90-100 | 85-95 | 35-45 | 10-20 |
| | 3-40 | Silty clay loam, clay loam | CL | A-6 | 0 | 0-5 | 95-100 | 90-100 | 90-100 | 80-90 | 30-35 | 10-15 |
| | 40-60 | Clay, silty clay loam, clay loam | | | 0 | 0-5 | 95-100 | 90-100 | 90-100 | 75-90 | 30-50 | 10-25 |
| 128: | | | | | | | | | | | | |
| Stephouse------- | 0-1 | Gravelly fine sandy loam | | | 0-5 | 0-5 | 60-80 | 55-75 | 40-65 | 25-40 | 20-25 | NP-5 |
| | 1-12 | Gravelly fine sandy loam, very gravelly fine sandy loam, loam | | | 0-5 | 0-5 | 35-80 | 30-75 | 20-65 | 10-40 | 20-25 | NP-5 |
| | 12-22 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop---- | 0-60 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 129: | | | | | | | | | | | | |
| Torriorthents--- | 0-4 | Extremely stony sandy loam | GM, SC-SM, GC-GM, SM | A-2 | 30-80 | 35-70 | 45-90 | 40-85 | 25-55 | 5-30 | 20-25 | NP-5 |
| | 4-14 | Very stony silty clay loam | GM, ML, SM | A-4, A-6 | 25-65 | 10-50 | 45-85 | 40-80 | 40-80 | 35-75 | 30-45 | 5-15 |
| | 14-24 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 130: | | | | | | | | | | | | |
| Torriorthents--- | 0-4 | Silty clay loam | CL, ML | A-6, A-7 | 0 | 0 | 95-100 | 95-100 | 95-100 | 85-95 | 35-45 | 10-20 |
| | 4-14 | Silty clay loam, clay loam, clay | CL | A-6, A-7 | 0 | 0 | 90-100 | 90-100 | 90-100 | 75-95 | 35-50 | 15-25 |
| | 14-24 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Badland--------- | 0-60 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 131: | | | | | | | | | | | | |
| Tragmon--------- | 0-5 | Sandy loam | SC, SC-SM | A-2, A-4 | 0-5 | 0-10 | 85-100 | 80-100 | 50-70 | 25-40 | 25-30 | 5-10 |
| | 5-11 | Loam | CL, CL-ML | A-4 | 0-5 | 0-15 | 85-100 | 75-100 | 70-95 | 50-75 | 25-30 | 5-10 |
| | 11-40 | Loam, sandy clay loam, clay loam | CL, CL-ML | A-4 | 0-5 | 0-15 | 85-100 | 75-100 | 70-95 | 50-75 | 25-35 | 5-15 |
| | 40-60 | Loam, sandy clay loam, clay loam | CL, CL-ML | A-4 | 0-5 | 0-15 | 85-100 | 75-100 | 70-95 | 50-75 | 25-30 | 5-10 |
| Sheek----------- | 0-4 | Cobbly loam | CL, CL-ML, SC-SM, SC | A-4 | 0-10 | 15-45 | 75-85 | 70-80 | 60-80 | 45-65 | 25-30 | 5-10 |
| | 4-16 | Very cobbly clay loam, very stony clay loam | CL, GC, SC | A-2, A-6 | 10-25 | 20-60 | 45-85 | 40-80 | 35-75 | 30-70 | 30-35 | 10-15 |
| | 16-42 | Very gravelly clay loam, very stony clay loam, very cobbly clay loam | CL, SC, GC | A-2, A-6 | 10-40 | 20-50 | 45-90 | 40-85 | 35-80 | 30-70 | 30-35 | 10-15 |
| | 42-60 | Very stony clay loam, very cobbly clay loam | GC, CL, SC | A-2, A-6 | 25-60 | 25-40 | 45-90 | 40-85 | 35-85 | 30-70 | 30-35 | 10-15 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments >10 inches | Fragments 3-10 inches | Percentage passing sieve number-- 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 132: | | | | | | | | | | | | |
| Typic Argiaquolls---- | 0-4 | Loam | CL, CL-ML | A-4 | 0 | 0 | 100 | 100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 4-10 | Silty clay loam, loam | CL, CL-ML | A-4, A-6 | 0 | 0 | 100 | 100 | 85-100 | 60-95 | 25-35 | 5-15 |
| | 10-24 | Silty clay loam, clay loam | CL | A-6 | 0 | 0 | 100 | 100 | 90-100 | 70-95 | 30-35 | 5-20 |
| | 24-60 | Silty clay loam, loam, sandy loam | CL, CL-ML | A-4 | 0 | 0 | 100 | 95-100 | 60-95 | 40-95 | 25-35 | 5-15 |
| 133: | | | | | | | | | | | | |
| Typic Torriorthents-- | 0-3 | Extremely stony sandy loam | GC-GM, SM, GM, SC-SM | A-2 | 30-85 | 35-70 | 45-90 | 40-85 | 25-55 | 15-30 | 20-25 | NP-5 |
| | 3-16 | Stony sandy loam, very stony silty clay loam, very stony clay loam | GM, ML, SM | A-6 | 15-70 | 10-50 | 40-85 | 35-80 | 35-80 | 30-75 | 30-45 | 5-15 |
| | 16-26 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop---- | 0-60 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 134: | | | | | | | | | | | | |
| Umbarg---------- | 0-2 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 90-100 | 85-100 | 75-90 | 60-70 | 25-30 | 5-10 |
| | 2-5 | Clay loam | CL | A-6 | 0 | 0-5 | 90-100 | 85-100 | 80-95 | 65-75 | 30-35 | 10-15 |
| | 5-12 | Clay loam | CL | A-6 | 0 | 0-5 | 90-100 | 85-100 | 80-95 | 65-75 | 30-35 | 10-15 |
| | 12-42 | Loam | CL, CL-ML | A-4 | 0 | 0-5 | 90-100 | 85-100 | 75-90 | 60-70 | 25-30 | 5-10 |
| | 42-60 | Very gravelly loam | GC, GC-GM | A-2 | 0-10 | 5-35 | 40-55 | 35-50 | 30-45 | 25-35 | 25-30 | 5-10 |
| Winner---------- | 0-4 | Clay loam | CL | A-6 | 0-5 | 0-5 | 90-100 | 85-100 | 80-95 | 65-75 | 30-35 | 10-15 |
| | 4-31 | Clay loam | CL | A-6 | 0-5 | 0-5 | 90-100 | 85-100 | 80-95 | 65-75 | 30-35 | 10-15 |
| | 31-60 | Very stony sandy clay loam | GC-GM, SC, GC, SC-SM | A-1, A-2 | 30-65 | 5-40 | 50-80 | 45-75 | 40-65 | 20-35 | 25-30 | 5-10 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 134: | | | | | | | | | | | | |
| Tesajo---------- | 0-3 | Gravelly sandy loam | SC-SM, GC-GM | A-1 | 0-5 | 5-10 | 60-65 | 55-60 | 35-45 | 20-30 | 25-30 | 5-30 |
| | 3-36 | Stratified extremely cobbly loamy sand to very cobbly sandy loam | GC, SC | A-1 | 5-20 | 35-80 | 45-90 | 40-80 | 25-65 | 5-35 | 25-30 | 5-10 |
| | 36-60 | Extremely cobbly sandy loam | GC-GM, SC-SM, GC, SC | A-1 | 5-20 | 40-80 | 30-80 | 20-75 | 10-50 | 5-30 | 25-30 | 5-10 |
| 135: | | | | | | | | | | | | |
| Ustic Torrifluvents-- | 0-3 | Loamy sand | SC-SM, SM | A-2 | 0 | 0 | 95-100 | 90-95 | 50-75 | 15-30 | 15-25 | NP-5 |
| | 3-11 | Fine sandy loam | CL-ML, SC-SM, ML | A-4 | 0 | 0 | 95-100 | 95-100 | 65-85 | 40-55 | 20-25 | NP-5 |
| | 11-60 | Stratified loamy sand to very gravelly sandy loam, very gravelly sandy loam | GP-GM, GW-GM, SM, GM, SC-SM | A-1, A-4, A-2 | 0 | 0-10 | 40-100 | 35-95 | 20-70 | 5-40 | 20-25 | NP-5 |
| 136: | | | | | | | | | | | | |
| Ustic Torriorthents-- | 0-7 | Variable | | | 0-5 | 0-20 | --- | --- | --- | --- | --- | --- |
| | 7-60 | Clay loam, sandy clay loam, sandy loam | CL-ML, SC, CL, SC-SM | A-4, A-2, A-6 | 0-5 | 0-15 | 80-95 | 75-90 | 55-85 | 30-75 | 20-35 | 5-20 |
| Gullied land---- | 0-60 | Variable | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 137: | | | | | | | | | | | | |
| Ustorthents----- | 0-3 | Very cobbly loam | GC-GM, SC-SM | A-2 | 0-25 | 20-70 | 45-90 | 40-85 | 35-80 | 25-65 | 25-30 | 5-10 |
| | 3-14 | Very cobbly loam | GC-GM, SC-SM | A-2 | 0-25 | 20-70 | 45-90 | 40-85 | 35-80 | 25-65 | 25-30 | 5-10 |
| | 14-60 | Extremely cobbly loam, very stony sandy loam, cobbly clay loam | GM, CL, ML, SM | A-2, A-6, A-4 | 0-65 | 0-80 | 20-80 | 15-75 | 10-75 | 5-60 | 25-45 | 5-15 |
| 138: | | | | | | | | | | | | |
| Uzacol---------- | 0-5 | Clay loam | CL | A-6 | 0-1 | 0-1 | 85-95 | 75-95 | 70-85 | 70-80 | 30-35 | 10-15 |
| | 5-45 | Clay, clay loam | CH, CL | A-6, A-7 | 0-5 | 0-5 | 85-100 | 80-100 | 75-95 | 70-90 | 40-65 | 20-40 |
| | 45-59 | Clay, clay loam | CL | A-6, A-7 | 0-5 | 0-5 | 85-100 | 80-100 | 75-100 | 70-95 | 35-60 | 15-35 |
| | 59-69 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Zwicker--------- | 0-1 | Stony clay loam | CL | A-6 | 10-20 | 5-15 | 75-90 | 70-85 | 65-85 | 50-70 | 30-40 | 10-20 |
| | 1-4 | Clay loam | CL | A-6 | 0-5 | 0-5 | 85-100 | 80-100 | 75-95 | 60-75 | 30-40 | 10-20 |
| | 4-32 | Clay, clay loam | CL | A-6, A-7 | 0-5 | 0-5 | 85-100 | 80-100 | 75-95 | 60-90 | 35-50 | 15-25 |
| | 32-42 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Claysprings----- | 0-3 | Very stony clay loam | CL | A-6 | 25-50 | 5-15 | 80-95 | 70-85 | 65-85 | 50-65 | 30-35 | 10-15 |
| | 3-18 | Clay, clay loam | CH, CL | A-7 | 0-5 | 0-5 | 85-100 | 85-100 | 80-100 | 70-95 | 40-60 | 15-30 |
| | 18-28 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 139: | | | | | | | | | | | | |
| Water----------- | 0-60 | Water | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 140: | | | | | | | | | | | | |
| Wauquie--------- | 0-2 | Very stony loam | GC-GM, GC, SC, SC-SM | A-2, A-4 | 25-60 | 5-30 | 45-90 | 40-85 | 35-80 | 25-60 | 25-30 | 5-10 |
| | 2-20 | Very stony sandy loam, very stony loam | GC-GM, CL, SC, SC-SM | A-2, A-1, A-4 | 25-70 | 5-50 | 45-90 | 40-85 | 25-80 | 15-65 | 25-30 | 5-10 |
| | 20-60 | Very stony loam | GC-GM, SC, CL, SC-SM | A-2, A-4 | 25-70 | 5-40 | 45-90 | 40-85 | 35-80 | 25-65 | 25-35 | 5-10 |

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 551 of 664



Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 141: | | | | | | | | | | | | |
| Wauquie--------- | 0-2 | Stony fine sandy loam | SC, SC-SM | A-2, A-4 | 10-45 | 5-30 | 75-90 | 70-85 | 50-70 | 30-45 | 25-30 | 5-10 |
| | 2-6 | Very cobbly sandy loam, very cobbly loam | CL, GC-GM, SC-SM, SC | A-2, A-4 | 0-10 | 20-50 | 45-90 | 40-85 | 35-80 | 25-65 | 25-30 | 5-10 |
| | 6-22 | Very cobbly loam, very cobbly clay loam | | | 5-25 | 20-50 | 45-90 | 40-85 | 35-80 | 25-65 | 25-35 | 5-15 |
| | 22-60 | Very stony clay loam, very cobbly loam | GC-GM, SC, CL, SC-SM | A-2, A-6, A-4 | 25-70 | 5-40 | 45-90 | 40-85 | 35-85 | 25-70 | 25-35 | 5-15 |
| Dolcan---------- | 0-2 | Extremely cobbly fine sandy loam | GM, SC-SM, GC-GM, SM | A-2, A-1, A-3, A-4 | 0-30 | 30-85 | 20-80 | 15-75 | 10-65 | 5-40 | 20-25 | NP-5 |
| | 2-11 | Loam, clay loam, cobbly clay loam | CL | A-6 | 0-10 | 0-35 | 75-100 | 70-100 | 65-100 | 60-80 | 30-35 | 10-15 |
| | 11-21 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 142: | | | | | | | | | | | | |
| Wauquie--------- | 0-2 | Stony fine sandy loam | SC, SC-SM | A-2, A-4 | 10-45 | 5-30 | 75-90 | 70-85 | 50-70 | 30-45 | 25-30 | 5-10 |
| | 2-6 | Very cobbly sandy loam, very cobbly loam | GC-GM, CL, SC, SC-SM | A-2, A-4 | 0-10 | 20-50 | 45-90 | 40-85 | 35-80 | 25-65 | 25-30 | 5-10 |
| | 6-22 | Very cobbly loam, very cobbly clay loam | | | 5-25 | 20-50 | 45-90 | 40-85 | 35-80 | 25-65 | 25-35 | 5-15 |
| | 22-60 | Very stony clay loam, very cobbly loam | CL, SC-SM, GC-GM, SC | A-4, A-2, A-6 | 25-70 | 5-40 | 45-90 | 40-85 | 35-85 | 25-70 | 25-35 | 5-15 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 142: | | | | | | | | | | | | |
| Dolcan---------- | 0-2 | Extremely cobbly fine sandy loam | GM, SC-SM, GC-GM, SM | A-1, A-4, A-2, A-3 | 0-30 | 30-85 | 20-80 | 15-75 | 10-65 | 5-40 | 20-25 | NP-5 |
| | 2-11 | Loam, clay loam, cobbly clay loam | CL | A-6 | 0-10 | 0-35 | 75-100 | 70-100 | 65-100 | 60-80 | 30-35 | 10-15 |
| | 11-21 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop---- | 0-60 | Unweathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 143: | | | | | | | | | | | | |
| Wetherill------- | 0-3 | Loam | CL-ML | A-4 | 0 | 0 | 100 | 100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 3-7 | Loam, clay loam | CL-ML, CL | A-6, A-4 | 0 | 0 | 100 | 100 | 85-95 | 60-75 | 25-35 | 5-15 |
| | 7-48 | Loam, clay loam, sandy clay loam | CL, CL-ML | A-4, A-6 | 0 | 0 | 100 | 100 | 85-100 | 60-80 | 25-35 | 5-15 |
| | 48-60 | Sandy clay loam, loam | CL, CL-ML | A-4 | 0 | 0 | 100 | 100 | 85-100 | 65-75 | 25-30 | 5-10 |
| 144: | | | | | | | | | | | | |
| Wetherill------- | 0-3 | Loam | CL-ML | A-4 | 0 | 0 | 100 | 100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 3-7 | Loam, clay loam | CL-ML, CL | A-6, A-4 | 0 | 0 | 100 | 100 | 85-95 | 60-75 | 25-35 | 5-15 |
| | 7-48 | Loam, clay loam, sandy clay loam | CL, CL-ML | A-4, A-6 | 0 | 0 | 100 | 100 | 85-100 | 60-80 | 25-35 | 5-15 |
| | 48-60 | Sandy clay loam, loam | CL, CL-ML | A-4 | 0 | 0 | 100 | 100 | 85-100 | 65-75 | 25-30 | 5-10 |
| 145: | | | | | | | | | | | | |
| Wetherill------- | 0-3 | Loam | CL-ML | A-4 | 0 | 0 | 100 | 100 | 85-95 | 60-75 | 25-30 | 5-10 |
| | 3-7 | Loam, clay loam | CL-ML, CL | A-6, A-4 | 0 | 0 | 100 | 100 | 85-95 | 60-75 | 25-35 | 5-15 |
| | 7-48 | Loam, clay loam, sandy clay loam | CL, CL-ML | A-4, A-6 | 0 | 0 | 100 | 100 | 85-100 | 60-80 | 25-35 | 5-15 |
| | 48-60 | Sandy clay loam, loam | CL, CL-ML | A-4 | 0 | 0 | 100 | 100 | 85-100 | 65-75 | 25-30 | 5-10 |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 146: | | | | | | | | | | | | |
| Yarts----------- | 0-9 | Clay loam | CL | A-6 | 0 | 0 | 95-100 | 90-100 | 85-100 | 65-75 | 30-35 | 10-15 |
| | 9-13 | Sandy loam, fine sandy loam | ML, CL-ML, SC-SM, SM | A-2, A-4 | 0 | 0 | 95-100 | 90-100 | 55-90 | 30-55 | 20-25 | NP-5 |
| | 13-60 | Sandy loam | SC-SM, SM | A-2, A-4 | 0 | 0 | 95-100 | 90-100 | 55-70 | 30-40 | 20-30 | NP-10 |
| 147: | | | | | | | | | | | | |
| Yarts----------- | 0-9 | Fine sandy loam | CL-ML, ML, SM, SC-SM | A-4 | 0 | 0 | 95-100 | 90-100 | 65-80 | 45-55 | 20-25 | NP-5 |
| | 9-13 | Sandy loam, fine sandy loam | ML, SC-SM, CL-ML, SM | A-2, A-4 | 0 | 0 | 95-100 | 90-100 | 55-90 | 30-55 | 20-25 | NP-5 |
| | 13-60 | Sandy loam | SC-SM, SM | A-2, A-4 | 0 | 0 | 95-100 | 90-100 | 55-70 | 30-40 | 20-30 | NP-10 |
| 148: | | | | | | | | | | | | |
| Zau------------- | 0-2 | Moderately decomposed plant material | | | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2-10 | Stony loam | CL, CL-ML | A-4 | 10-45 | 5-20 | 80-95 | 75-95 | 70-80 | 45-65 | 25-30 | 5-10 |
| | 10-29 | Clay loam, clay | CL | A-6, A-7 | 0-5 | 0-5 | 85-95 | 80-95 | 70-90 | 60-90 | 35-45 | 15-20 |
| | 29-34 | Clay loam, sandy clay loam | CL | A-6 | 0-5 | 0-10 | 85-95 | 80-90 | 65-85 | 45-70 | 30-40 | 10-20 |
| | 34-44 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 149: | | | | | | | | | | | | |
| Zigzag---------- | 0-1 | Very channery clay loam | GC | A-2 | 0-5 | 0-10 | 35-45 | 30-40 | 30-40 | 20-30 | 30-40 | 10-20 |
| | 1-5 | Clay loam | | | 0-5 | 0-5 | 85-100 | 80-100 | 75-100 | 60-80 | 30-40 | 10-20 |
| | 5-19 | Clay loam, clay | CL | A-7 | 0-5 | 0-5 | 90-100 | 85-100 | 75-100 | 70-95 | 40-60 | 15-35 |
| | 19-29 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 150: | | | | | | | | | | | | |
| Zigzag---------- | 0-1 | Very channery clay loam | GC | A-2 | 0-5 | 0-10 | 35-45 | 30-40 | 30-40 | 20-30 | 30-40 | 10-20 |
| | 1-5 | Clay loam | | | 0-5 | 0-5 | 85-100 | 80-100 | 75-100 | 60-80 | 30-40 | 10-20 |
| | 5-19 | Clay loam, clay | CL | A-7 | 0-5 | 0-5 | 90-100 | 85-100 | 75-100 | 70-95 | 40-60 | 15-35 |
| | 19-29 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 14.--Engineering Index Properties--Continued

| Map symbol and soil name | Depth | USDA texture | Classification: Unified | Classification: AASHTO | Fragments: >10 inches | Fragments: 3-10 inches | Percentage passing sieve number--: 4 | 10 | 40 | 200 | Liquid limit | Plas-ticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | Pct | | | | | Pct | |
| 150: | | | | | | | | | | | | |
| Sideshow-------- | 0-3 | Silty clay loam | CL, ML | A-6, A-7 | 0 | 0 | 95-100 | 95-100 | 95-100 | 85-95 | 35-45 | 10-20 |
| | 3-60 | Silty clay loam, clay loam, clay | CL | A-6, A-7 | 0 | 0 | 90-100 | 90-100 | 90-100 | 75-95 | 35-50 | 15-25 |
| 151: | | | | | | | | | | | | |
| Zyme------------ | 0-2 | Gravelly clay loam | GC, CL, SC | A-6 | 0-5 | 0-10 | 65-75 | 60-70 | 45-65 | 40-60 | 30-40 | 10-20 |
| | 2-12 | Clay loam, clay | CL | A-6, A-7 | 0-5 | 0-5 | 90-100 | 85-100 | 75-100 | 70-95 | 35-45 | 15-20 |
| | 12-22 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |
| 152: | | | | | | | | | | | | |
| Zyme------------ | 0-2 | Very channery clay loam | GC | A-2 | 0-5 | 0-10 | 35-45 | 30-40 | 25-35 | 20-30 | 30-40 | 10-20 |
| | 2-12 | Clay loam, clay | CL | A-6, A-7 | 0-5 | 0-5 | 90-100 | 85-100 | 75-100 | 70-95 | 35-45 | 15-20 |
| | 12-22 | Weathered bedrock | | | --- | --- | --- | --- | --- | --- | --- | --- |

Table 15.--Physical Properties of the Soils

(Entries under "Erosion factors--T" apply to the entire profile. Entries under "Wind erodibility group" and "Wind erodibility index" apply only to the surface layer. Absence of an entry indicates that data were not estimated.)

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea-bility (Ksat) | Available water capacity | Linear extensi-bility | Organic matter | Erosion factors | | | Wind erodi-bility group | Wind erodi-bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Kw | Kf | T | | |
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 1: | | | | | | | | | | | | |
| Ackmen------------------- | 0-6 | 18-27 | 1.25-1.40 | 0.60-2.00 | 0.15-0.17 | 0.0-2.9 | 2.0-5.0 | .20 | .20 | 5 | 4L | 86 |
| | 6-60 | 18-35 | 1.25-1.35 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 1.0-3.0 | .32 | .32 | | | |
| 2: | | | | | | | | | | | | |
| Ackmen------------------- | 0-6 | 18-27 | 1.25-1.40 | 0.60-2.00 | 0.15-0.17 | 0.0-2.9 | 2.0-5.0 | .20 | .20 | 5 | 4L | 86 |
| | 6-60 | 18-35 | 1.25-1.35 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 1.0-3.0 | .32 | .32 | | | |
| 3: | | | | | | | | | | | | |
| Arabrab------------------ | 0-4 | 5-15 | 1.45-1.55 | 6.00-20.00 | 0.06-0.08 | 0.0-2.9 | 0.5-2.0 | .20 | .20 | 1 | 2 | 134 |
| | 4-13 | 18-35 | 1.25-1.40 | 0.60-2.00 | 0.13-0.15 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| | 13-16 | 18-35 | 1.30-1.40 | 0.60-2.00 | 0.13-0.15 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| | 16-26 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 4: | | | | | | | | | | | | |
| Arabrab------------------ | 0-4 | 5-15 | 1.45-1.55 | 6.00-20.00 | 0.06-0.08 | 0.0-2.9 | 0.5-2.0 | .20 | .20 | 1 | 2 | 134 |
| | 4-13 | 18-35 | 1.25-1.40 | 0.60-2.00 | 0.13-0.15 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| | 13-16 | 18-35 | 1.30-1.40 | 0.60-2.00 | 0.13-0.15 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| | 16-26 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Longburn----------------- | 0-1 | 10-20 | 1.35-1.50 | 0.20-2.00 | 0.09-0.11 | 0.0-2.9 | 1.0-2.0 | .15 | .28 | 1 | 3 | 86 |
| | 1-4 | 10-20 | 1.35-1.50 | 0.20-2.00 | 0.07-0.09 | 0.0-2.9 | 1.0-2.0 | .10 | .28 | | | |
| | 4-17 | 20-35 | 1.25-1.40 | 0.20-0.60 | 0.09-0.11 | 0.0-2.9 | 0.5-1.0 | .10 | .24 | | | |
| | 17-27 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 5: | | | | | | | | | | | | |
| Archuleta---------------- | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 2 | 6 | 48 |
| | 1-5 | 18-27 | 1.25-1.40 | 0.60-2.00 | 0.13-0.15 | 0.0-2.9 | 0.0-1.0 | .37 | .37 | | | |
| | 5-13 | 18-35 | 1.30-1.40 | 0.60-2.00 | 0.10-0.16 | 0.0-2.9 | 0.0-0.5 | .24 | .43 | | | |
| | 13-17 | --- | --- | 0.06-0.20 | --- | --- | --- | --- | --- | | | |
| Sanchez------------------ | 0-5 | 20-27 | 1.30-1.40 | 0.60-2.00 | 0.07-0.09 | 0.0-2.9 | 2.0-3.0 | .05 | .17 | 1 | 8 | 0 |
| | 5-11 | 30-35 | 1.30-1.40 | 0.20-0.60 | 0.08-0.10 | 0.0-2.9 | 0.0-1.0 | .10 | .24 | | | |
| | 11-15 | 25-35 | 1.25-1.35 | 0.20-0.60 | 0.10-0.12 | 0.0-2.9 | 0.0-0.5 | .15 | .24 | | | |
| | 15-19 | --- | --- | 0.06-0.20 | --- | --- | --- | --- | --- | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea- bility (Ksat) | Available water capacity | Linear extensi- bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi- bility group | Wind erodi- bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 6: | | | | | | | | | | | | |
| Argiustolls | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 3 | 8 | 0 |
| | 1-4 | 18-27 | 1.25-1.40 | 0.60-2.00 | 0.04-0.07 | 0.0-2.9 | 1.0-4.0 | .05 | .28 | | | |
| | 4-13 | 18-40 | 1.25-1.40 | 0.20-2.00 | 0.04-0.07 | 0.0-2.9 | 1.0-3.0 | .02 | .20 | | | |
| | 13-20 | 18-40 | 1.25-1.40 | 0.20-2.00 | 0.09-0.12 | 0.0-2.9 | 0.5-1.0 | .10 | .24 | | | |
| | 20-50 | 27-60 | 1.20-1.35 | 0.06-0.20 | 0.13-0.16 | 3.0-5.9 | 0.0-0.5 | .15 | .28 | | | |
| | 50-60 | 40-60 | 1.15-1.30 | 0.06-0.20 | 0.14-0.16 | 6.0-8.9 | 0.0-0.5 | .17 | .17 | | | |
| Haplustalfs | 0-5 | 15-27 | 1.25-1.35 | 0.60-2.00 | 0.07-0.10 | 0.0-2.9 | 1.0-2.0 | .15 | .37 | 3 | 8 | 0 |
| | 5-10 | 18-35 | 1.25-1.35 | 0.20-0.60 | 0.09-0.11 | 0.0-2.9 | 0.5-1.0 | .10 | .24 | | | |
| | 10-41 | 27-50 | 1.20-1.40 | 0.06-0.60 | 0.07-0.11 | 3.0-5.9 | 0.5-1.0 | .05 | .17 | | | |
| | 41-60 | 27-50 | 1.15-1.25 | 0.06-0.20 | 0.07-0.12 | 3.0-5.9 | 0.0-0.5 | .05 | .17 | | | |
| 7: | | | | | | | | | | | | |
| Argiustolls | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 3 | 8 | 0 |
| | 1-4 | 18-27 | 1.25-1.40 | 0.60-2.00 | 0.04-0.07 | 0.0-2.9 | 1.0-4.0 | .05 | .28 | | | |
| | 4-13 | 18-40 | 1.25-1.40 | 0.20-2.00 | 0.04-0.07 | 0.0-2.9 | 1.0-3.0 | .02 | .20 | | | |
| | 13-20 | 18-40 | 1.25-1.40 | 0.20-2.00 | 0.09-0.12 | 0.0-2.9 | 0.5-1.0 | .10 | .24 | | | |
| | 20-50 | 27-60 | 1.20-1.35 | 0.06-0.20 | 0.13-0.16 | 3.0-5.9 | 0.0-0.5 | .15 | .28 | | | |
| | 50-60 | 40-60 | 1.15-1.30 | 0.06-0.20 | 0.14-0.16 | 6.0-8.9 | 0.0-0.5 | .17 | .17 | | | |
| Haplustalfs | 0-5 | 15-27 | 1.25-1.35 | 0.60-2.00 | 0.07-0.10 | 0.0-2.9 | 1.0-2.0 | .15 | .37 | 3 | 8 | 0 |
| | 5-10 | 18-35 | 1.25-1.35 | 0.20-0.60 | 0.09-0.11 | 0.0-2.9 | 0.5-1.0 | .10 | .24 | | | |
| | 10-41 | 27-50 | 1.20-1.40 | 0.06-0.60 | 0.07-0.11 | 3.0-5.9 | 0.5-1.0 | .05 | .17 | | | |
| | 41-60 | 27-50 | 1.15-1.25 | 0.06-0.20 | 0.07-0.12 | 3.0-5.9 | 0.0-0.5 | .05 | .17 | | | |
| Rock outcrop | 0-60 | --- | --- | 0.00-0.01 | --- | --- | --- | --- | --- | - | 8 | 0 |
| 8: | | | | | | | | | | | | |
| Barx | 0-3 | 10-20 | 1.25-1.40 | 2.00-6.00 | 0.14-0.18 | 0.0-2.9 | 1.0-2.0 | .28 | .28 | 5 | 4L | 86 |
| | 3-31 | 18-35 | 1.25-1.40 | 0.60-2.00 | 0.14-0.18 | 3.0-5.9 | 0.0-1.0 | .37 | .37 | | | |
| | 31-60 | 18-30 | 1.40-1.50 | 0.60-2.00 | 0.14-0.18 | 0.0-2.9 | 0.0-0.5 | .43 | .43 | | | |
| 9: | | | | | | | | | | | | |
| Barx | 0-3 | 10-20 | 1.25-1.40 | 2.00-6.00 | 0.14-0.18 | 0.0-2.9 | 1.0-2.0 | .28 | .28 | 5 | 4L | 86 |
| | 3-31 | 18-35 | 1.25-1.40 | 0.60-2.00 | 0.14-0.18 | 3.0-5.9 | 0.0-1.0 | .37 | .37 | | | |
| | 31-60 | 18-30 | 1.40-1.50 | 0.60-2.00 | 0.14-0.18 | 0.0-2.9 | 0.0-0.5 | .43 | .43 | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea-bility (Ksat) | Available water capacity | Linear extensi-bility | Organic matter | Erosion factors Kw | Kf | T | Wind erodi-bility group | Wind erodi-bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 10: | | | | | | | | | | | | |
| Barx--------------------- | 0-3 | 10-18 | 1.30-1.40 | 2.00-6.00 | 0.14-0.16 | 0.0-2.9 | 1.0-3.0 | .43 | .43 | 5 | 3 | 86 |
| | 3-9 | 10-18 | 1.40-1.50 | 2.00-6.00 | 0.11-0.13 | 0.0-2.9 | 0.0-1.0 | .28 | .28 | | | |
| | 9-23 | 27-35 | 1.30-1.40 | 0.60-2.00 | 0.17-0.18 | 3.0-5.9 | 0.0-1.0 | .28 | .28 | | | |
| | 23-36 | 27-35 | 1.40-1.50 | 0.60-2.00 | 0.17-0.18 | 3.0-5.9 | 0.0-1.0 | .28 | .28 | | | |
| | 36-55 | 20-27 | 1.40-1.50 | 0.60-2.00 | 0.17-0.18 | 0.0-2.9 | 0.0-1.0 | .28 | .28 | | | |
| | 55-60 | 20-27 | 1.40-1.50 | 0.60-2.00 | 0.17-0.18 | 0.0-2.9 | 0.0-1.0 | .28 | .28 | | | |
| 11: | | | | | | | | | | | | |
| Barx--------------------- | 0-3 | 10-20 | 1.25-1.40 | 2.00-6.00 | 0.14-0.18 | 0.0-2.9 | 1.0-2.0 | .28 | .28 | 5 | 4L | 86 |
| | 3-31 | 18-35 | 1.25-1.40 | 0.60-2.00 | 0.14-0.18 | 3.0-5.9 | 0.0-1.0 | .37 | .37 | | | |
| | 31-60 | 18-30 | 1.40-1.50 | 0.60-2.00 | 0.14-0.18 | 0.0-2.9 | 0.0-0.5 | .43 | .43 | | | |
| Gapmesa------------------ | 0-2 | 8-15 | 1.35-1.50 | 2.00-6.00 | 0.13-0.15 | 0.0-2.9 | 1.0-2.0 | .24 | .24 | 2 | 3 | 86 |
| | 2-21 | 18-27 | 1.25-1.40 | 0.60-2.00 | 0.10-0.13 | 0.0-2.9 | 0.5-1.0 | .24 | .24 | | | |
| | 21-28 | 10-20 | 1.35-1.50 | 2.00-6.00 | 0.05-0.07 | 0.0-2.9 | 0.0-0.5 | .20 | .32 | | | |
| | 28-38 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 12: | | | | | | | | | | | | |
| Battlerock--------------- | 0-10 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.17-0.20 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | 5 | 4L | 56 |
| | 10-60 | 18-35 | 1.25-1.40 | 0.20-0.60 | 0.15-0.18 | 3.0-5.9 | 0.5-1.0 | .32 | .32 | | | |
| 13: | | | | | | | | | | | | |
| Beje--------------------- | 0-2 | 15-27 | 1.35-1.40 | 0.60-2.00 | 0.14-0.16 | 0.0-2.9 | 3.0-5.0 | .20 | .20 | 1 | 6 | 48 |
| | 2-14 | 18-27 | 1.35-1.40 | 0.60-2.00 | 0.14-0.16 | 0.0-2.9 | 1.0-2.0 | .28 | .28 | | | |
| | 14-24 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Tragmon------------------ | 0-5 | 10-20 | 1.20-1.30 | 0.60-6.00 | 0.09-0.12 | 0.0-2.9 | 2.0-4.0 | .20 | .20 | 5 | 3 | 86 |
| | 5-11 | 18-27 | 1.25-1.40 | 0.60-2.00 | 0.14-0.16 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | | | |
| | 11-40 | 18-35 | 1.25-1.40 | 0.60-2.00 | 0.14-0.16 | 0.0-2.9 | 1.0-2.0 | .28 | .28 | | | |
| | 40-60 | 18-35 | 1.30-1.40 | 0.60-2.00 | 0.12-0.14 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| 14: | | | | | | | | | | | | |
| Burnson------------------ | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 3 | 6 | 48 |
| | 1-4 | 15-27 | 1.20-1.40 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | | | |
| | 4-8 | 27-45 | 1.20-1.40 | 0.06-0.60 | 0.17-0.20 | 3.0-5.9 | 1.0-3.0 | .20 | .20 | | | |
| | 8-44 | 30-55 | 1.25-1.40 | 0.06-0.20 | 0.14-0.19 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 44-54 | --- | --- | 0.00-0.06 | --- | --- | --- | --- | --- | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permeability (Ksat) | Available water capacity | Linear extensibility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodibility group | Wind erodibility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 15: | | | | | | | | | | | | |
| Burnson, dry | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 3 | 6 | 48 |
| | 1-4 | 15-27 | 1.25-1.40 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | | | |
| | 4-8 | 27-45 | 1.20-1.40 | 0.06-0.60 | 0.17-0.20 | 3.0-5.9 | 1.0-3.0 | .20 | .20 | | | |
| | 8-44 | 30-55 | 1.25-1.40 | 0.06-0.20 | 0.14-0.19 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 44-54 | --- | --- | 0.00-0.06 | --- | --- | --- | --- | --- | | | |
| 16: | | | | | | | | | | | | |
| Burnson | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 3 | 6 | 48 |
| | 1-4 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.17-0.20 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | | | |
| | 4-8 | 27-45 | 1.20-1.40 | 0.06-0.60 | 0.17-0.20 | 3.0-5.9 | 1.0-3.0 | .20 | .20 | | | |
| | 8-44 | 30-55 | 1.25-1.40 | 0.06-0.20 | 0.14-0.19 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 44-54 | --- | --- | 0.00-0.06 | --- | --- | --- | --- | --- | | | |
| Herm | 0-6 | 15-25 | 1.25-1.30 | 0.60-6.00 | 0.13-0.16 | 0.0-2.9 | 2.0-3.0 | .28 | .28 | 5 | 5 | 56 |
| | 6-13 | 27-40 | 1.35-1.40 | 0.06-0.60 | 0.16-0.19 | 3.0-5.9 | 2.0-3.0 | .28 | .28 | | | |
| | 13-45 | 35-50 | 1.25-1.35 | 0.06-0.20 | 0.14-0.17 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 45-60 | 30-40 | 1.35-1.40 | 0.06-0.60 | 0.16-0.19 | 3.0-5.9 | 0.0-0.5 | .28 | .28 | | | |
| 17: | | | | | | | | | | | | |
| Cahona | 0-5 | 10-20 | 1.25-1.40 | 0.60-2.00 | 0.14-0.16 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 4 | 5 | 56 |
| | 5-25 | 18-35 | 1.40-1.55 | 0.20-0.60 | 0.18-0.21 | 3.0-5.9 | 0.5-1.0 | .28 | .28 | | | |
| | 25-60 | 18-27 | 1.25-1.40 | 0.60-2.00 | 0.16-0.19 | 0.0-2.9 | 0.0-0.5 | .43 | .43 | | | |
| 18: | | | | | | | | | | | | |
| Cahona | 0-5 | 10-20 | 1.25-1.40 | 0.60-2.00 | 0.14-0.16 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 4 | 5 | 56 |
| | 5-25 | 18-35 | 1.40-1.55 | 0.20-0.60 | 0.18-0.21 | 3.0-5.9 | 0.5-1.0 | .28 | .28 | | | |
| | 25-60 | 18-27 | 1.25-1.40 | 0.60-2.00 | 0.16-0.19 | 0.0-2.9 | 0.0-0.5 | .43 | .43 | | | |
| 19: | | | | | | | | | | | | |
| Cahona | 0-5 | 10-20 | 1.25-1.40 | 0.60-2.00 | 0.14-0.16 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 4 | 5 | 56 |
| | 5-25 | 18-35 | 1.40-1.55 | 0.20-0.60 | 0.18-0.21 | 3.0-5.9 | 0.5-1.0 | .28 | .28 | | | |
| | 25-60 | 18-27 | 1.25-1.40 | 0.60-2.00 | 0.16-0.19 | 0.0-2.9 | 0.0-0.5 | .43 | .43 | | | |
| 20: | | | | | | | | | | | | |
| Cahona | 0-5 | 10-20 | 1.25-1.40 | 0.60-2.00 | 0.14-0.16 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 4 | 5 | 56 |
| | 5-25 | 18-35 | 1.40-1.55 | 0.20-0.60 | 0.18-0.21 | 3.0-5.9 | 0.5-1.0 | .28 | .28 | | | |
| | 25-60 | 18-27 | 1.25-1.40 | 0.60-2.00 | 0.16-0.19 | 0.0-2.9 | 0.0-0.5 | .43 | .43 | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea-bility (Ksat) | Available water capacity | Linear extensi-bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi-bility group | Wind erodi-bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 20: | | | | | | | | | | | | |
| Pulpit------------------- | 0-10 | 10-27 | 1.25-1.40 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 2 | 5 | 56 |
| | 10-20 | 18-35 | 1.25-1.40 | 0.20-0.60 | 0.19-0.21 | 3.0-5.9 | 0.5-1.0 | .37 | .37 | | | |
| | 20-36 | 10-35 | 1.35-1.50 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 0.0-0.5 | .32 | .32 | | | |
| | 36-46 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 21: | | | | | | | | | | | | |
| Cahona------------------- | 0-5 | 10-20 | 1.25-1.40 | 0.60-2.00 | 0.14-0.16 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 4 | 5 | 56 |
| | 5-25 | 18-35 | 1.40-1.55 | 0.20-0.60 | 0.18-0.21 | 3.0-5.9 | 0.5-1.0 | .28 | .28 | | | |
| | 25-60 | 18-27 | 1.25-1.40 | 0.60-2.00 | 0.16-0.19 | 0.0-2.9 | 0.0-0.5 | .43 | .43 | | | |
| Sharps------------------- | 0-9 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.13-0.16 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 3 | 5 | 56 |
| | 9-19 | 18-35 | 1.25-1.35 | 0.20-0.60 | 0.15-0.17 | 3.0-5.9 | 0.5-1.0 | .32 | .32 | | | |
| | 19-30 | 18-35 | 1.25-1.35 | 0.60-2.00 | 0.13-0.15 | 0.0-2.9 | 0.0-0.5 | .37 | .37 | | | |
| | 30-40 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Wetherill---------------- | 0-3 | 10-27 | 1.25-1.40 | 0.60-2.00 | 0.15-0.18 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 5 | 5 | 56 |
| | 3-7 | 18-35 | 1.25-1.50 | 0.20-0.60 | 0.14-0.16 | 3.0-5.9 | 0.5-1.0 | .37 | .37 | | | |
| | 7-48 | 18-35 | 1.40-1.55 | 0.20-0.60 | 0.18-0.21 | 3.0-5.9 | 0.5-1.0 | .37 | .37 | | | |
| | 48-60 | 18-25 | 1.25-1.40 | 0.60-2.00 | 0.11-0.15 | 0.0-2.9 | 0.0-0.5 | .37 | .37 | | | |
| 22: | | | | | | | | | | | | |
| Clayssprings-------------- | 0-3 | 27-35 | 1.25-1.40 | 0.20-0.60 | 0.10-0.12 | 0.0-2.9 | 0.0-0.5 | .10 | .28 | 2 | 8 | 0 |
| | 3-18 | 35-60 | 1.20-1.35 | 0.06-0.20 | 0.16-0.18 | 6.0-8.9 | 0.0-0.5 | .28 | .28 | | | |
| | 18-28 | --- | --- | 0.00-0.02 | --- | --- | --- | --- | --- | | | |
| 23: | | | | | | | | | | | | |
| Collide------------------ | 0-10 | 27-35 | 1.30-1.40 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 2.0-4.0 | .17 | .17 | 5 | 6 | 48 |
| | 10-29 | 35-50 | 1.35-1.45 | 0.06-0.20 | 0.16-0.19 | 6.0-8.9 | 0.0-1.0 | .24 | .24 | | | |
| | 29-60 | 35-50 | 1.35-1.45 | 0.06-0.20 | 0.10-0.16 | 3.0-5.9 | 0.0-1.0 | .24 | .24 | | | |
| 24: | | | | | | | | | | | | |
| Collide------------------ | 0-10 | 27-35 | 1.30-1.40 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 2.0-4.0 | .17 | .17 | 5 | 6 | 48 |
| | 10-29 | 35-50 | 1.35-1.45 | 0.06-0.20 | 0.16-0.19 | 6.0-8.9 | 0.0-1.0 | .24 | .24 | | | |
| | 29-60 | 35-50 | 1.35-1.45 | 0.06-0.20 | 0.10-0.16 | 3.0-5.9 | 0.0-1.0 | .24 | .24 | | | |
| 25: | | | | | | | | | | | | |
| Collide------------------ | 0-10 | 27-35 | 1.30-1.40 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 2.0-4.0 | .17 | .17 | 5 | 6 | 48 |
| | 10-29 | 35-50 | 1.35-1.45 | 0.06-0.20 | 0.16-0.19 | 6.0-8.9 | 0.0-1.0 | .24 | .24 | | | |
| | 29-60 | 35-50 | 1.35-1.45 | 0.06-0.20 | 0.10-0.16 | 3.0-5.9 | 0.0-1.0 | .24 | .24 | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea- bility (Ksat) | Available water capacity | Linear extensi- bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi- bility group | Wind erodi- bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 25: | | | | | | | | | | | | |
| Collide, Cobbly Substratum | 0-2 | 18-27 | 1.30-1.40 | 0.60-2.00 | 0.15-0.18 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | 4 | 6 | 48 |
| | 2-8 | 27-40 | 1.15-1.30 | 0.20-0.60 | 0.18-0.21 | 3.0-5.9 | 1.0-2.0 | .28 | .28 | | | |
| | 8-45 | 35-50 | 1.15-1.30 | 0.06-0.20 | 0.15-0.18 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 45-60 | 20-35 | 1.25-1.35 | 0.60-2.00 | 0.04-0.06 | 0.0-2.9 | 0.0-0.5 | .05 | .24 | | | |
| 26: | | | | | | | | | | | | |
| Collide | 0-10 | 27-35 | 1.30-1.40 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 2.0-4.0 | .17 | .17 | 5 | 6 | 48 |
| | 10-29 | 35-50 | 1.35-1.45 | 0.06-0.20 | 0.16-0.19 | 6.0-8.9 | 0.0-1.0 | .24 | .24 | | | |
| | 29-60 | 35-50 | 1.35-1.45 | 0.06-0.20 | 0.10-0.16 | 3.0-5.9 | 0.0-1.0 | .24 | .24 | | | |
| Collide, cobbly Substratum | 0-2 | 18-27 | 1.30-1.40 | 0.60-2.00 | 0.15-0.18 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | 4 | 6 | 48 |
| | 2-8 | 27-40 | 1.15-1.30 | 0.20-0.60 | 0.18-0.21 | 3.0-5.9 | 1.0-2.0 | .28 | .28 | | | |
| | 8-45 | 35-50 | 1.15-1.30 | 0.06-0.20 | 0.15-0.18 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 45-60 | 20-35 | 1.25-1.35 | 0.60-2.00 | 0.04-0.06 | 0.0-2.9 | 0.0-0.5 | .05 | .24 | | | |
| 27: | | | | | | | | | | | | |
| Dalmatian | 0-39 | 18-25 | 1.25-1.35 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | 5 | 6 | 48 |
| | 39-49 | 20-27 | 1.25-1.35 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 1.0-3.0 | .17 | .17 | | | |
| | 49-60 | 5-18 | 1.35-1.45 | 2.00-6.00 | 0.11-0.13 | 0.0-2.9 | 0.5-3.0 | .15 | .24 | | | |
| Apmay | 0-4 | 15-27 | 1.25-1.35 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 2.0-4.0 | .37 | .37 | 4 | 5 | 56 |
| | 4-18 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.19-0.21 | 3.0-5.9 | 2.0-3.0 | .43 | .43 | | | |
| | 18-22 | 10-18 | 1.35-1.45 | 2.00-6.00 | 0.11-0.13 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| | 22-60 | 5-15 | 1.35-1.45 | 2.00-6.00 | 0.05-0.07 | 0.0-2.9 | 0.0-0.5 | .05 | .37 | | | |
| Schrader | 0-13 | 15-27 | 1.25-1.35 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | 5 | 8 | 0 |
| | 13-17 | 10-18 | 1.35-1.45 | 2.00-6.00 | 0.13-0.15 | 0.0-2.9 | 2.0-4.0 | .20 | .20 | | | |
| | 17-24 | 20-35 | 1.25-1.35 | 0.60-2.00 | 0.14-0.16 | 3.0-5.9 | 2.0-3.0 | .17 | .17 | | | |
| | 24-60 | 10-18 | 1.35-1.45 | 2.00-6.00 | 0.13-0.15 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| 28: | | | | | | | | | | | | |
| Dam | --- | --- | --- | --- | --- | --- | --- | --- | --- | - | --- | --- |
| 29: | | | | | | | | | | | | |
| Endoaquolls | 0-4 | 15-25 | 1.15-1.25 | 0.60-2.00 | 0.14-0.17 | 0.0-2.9 | 1.0-4.0 | .28 | .28 | 2 | 8 | 0 |
| | 4-28 | 15-25 | 1.25-1.35 | 0.60-6.00 | 0.10-0.13 | 0.0-2.9 | 0.5-3.0 | .24 | .24 | | | |
| | 28-60 | 0-10 | 1.50-1.60 | 6.00-20.00 | 0.02-0.03 | 0.0-2.9 | 0.0-0.5 | .02 | .20 | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea- bility (Ksat) | Available water capacity | Linear extensi- bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi- bility group | Wind erodi- bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 29: | | | | | | | | | | | | |
| Ustifluvents | 0-6 | 10-27 | 1.25-1.35 | 0.60-2.00 | 0.14-0.18 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | 3 | 6 | 48 |
| | 6-17 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.13-0.17 | 0.0-2.9 | 0.5-1.0 | .32 | .32 | | | |
| | 17-24 | 10-20 | 1.35-1.45 | 0.60-6.00 | 0.10-0.15 | 0.0-2.9 | 0.5-1.0 | .32 | .32 | | | |
| | 24-30 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.13-0.17 | 0.0-2.9 | 0.5-1.0 | .32 | .32 | | | |
| | 30-60 | 0-5 | 1.55-1.65 | 20.00-20.00 | 0.01-0.03 | 0.0-2.9 | 0.0-0.5 | .02 | .20 | | | |
| 30: | | | | | | | | | | | | |
| Falconry | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 1 | 3 | 86 |
| | 1-5 | 5-18 | 1.30-1.40 | 0.60-6.00 | 0.07-0.10 | 0.0-2.9 | 3.0-5.0 | .10 | .15 | | | |
| | 5-14 | 5-18 | 1.35-1.45 | 6.00-20.00 | 0.06-0.08 | 0.0-2.9 | 1.0-2.0 | .15 | .24 | | | |
| | 14-24 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 31: | | | | | | | | | | | | |
| Farb | 0-3 | 5-18 | 1.45-1.55 | 2.00-6.00 | 0.08-0.13 | 0.0-2.9 | 0.0-1.0 | .24 | .24 | 1 | 3 | 86 |
| | 3-16 | 5-18 | 1.45-1.55 | 2.00-6.00 | 0.06-0.13 | 0.0-2.9 | 0.0-0.5 | .24 | .24 | | | |
| | 16-26 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Rock outcrop | 0-60 | --- | --- | 0.00-0.01 | --- | --- | --- | --- | --- | - | 8 | 0 |
| 32: | | | | | | | | | | | | |
| Fardraw | 0-11 | 15-27 | 1.35-1.40 | 0.60-2.00 | 0.14-0.16 | 0.0-2.9 | 3.0-5.0 | .20 | .20 | 3 | 6 | 48 |
| | 11-15 | 35-45 | 1.40-1.55 | 0.20-0.60 | 0.08-0.11 | 3.0-5.9 | 1.0-2.0 | .05 | .20 | | | |
| | 15-51 | 35-50 | 1.40-1.55 | 0.06-0.20 | 0.07-0.09 | 3.0-5.9 | 0.5-1.0 | .05 | .17 | | | |
| | 51-60 | 35-45 | 1.40-1.55 | 0.06-0.20 | 0.07-0.09 | 3.0-5.9 | 0.0-0.5 | .05 | .17 | | | |
| 33: | | | | | | | | | | | | |
| Fardraw | 0-9 | 15-27 | 1.25-1.35 | 0.60-2.00 | 0.06-0.09 | 0.0-2.9 | 2.0-4.0 | .10 | .24 | 5 | 8 | 0 |
| | 9-13 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.09-0.11 | 0.0-2.9 | 1.0-2.0 | .05 | .20 | | | |
| | 13-60 | 35-50 | 1.15-1.30 | 0.06-0.20 | 0.07-0.10 | 3.0-5.9 | 0.5-1.0 | .10 | .24 | | | |
| 34: | | | | | | | | | | | | |
| Fardraw | 0-9 | 15-27 | 1.25-1.35 | 0.60-2.00 | 0.06-0.09 | 0.0-2.9 | 2.0-4.0 | .10 | .24 | 5 | 8 | 0 |
| | 9-13 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.09-0.11 | 0.0-2.9 | 1.0-2.0 | .05 | .20 | | | |
| | 13-60 | 35-50 | 1.15-1.30 | 0.06-0.20 | 0.07-0.10 | 3.0-5.9 | 0.5-1.0 | .10 | .24 | | | |
| 35: | | | | | | | | | | | | |
| Fardraw | 0-9 | 15-27 | 1.25-1.35 | 0.60-2.00 | 0.06-0.09 | 0.0-2.9 | 2.0-4.0 | .10 | .24 | 5 | 8 | 0 |
| | 9-13 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.09-0.11 | 0.0-2.9 | 1.0-2.0 | .05 | .20 | | | |
| | 13-60 | 35-50 | 1.15-1.30 | 0.06-0.20 | 0.07-0.10 | 3.0-5.9 | 0.5-1.0 | .10 | .24 | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea- bility (Ksat) | Available water capacity | Linear extensi- bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi- bility group | Wind erodi- bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 35: | | | | | | | | | | | | |
| Granath | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 5 | 6 | 48 |
| | 1-14 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.18-0.20 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | | | |
| | 14-60 | 20-35 | 1.30-1.40 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| 36: | | | | | | | | | | | | |
| Fivepine | 0-3 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.13-0.17 | 0.0-2.9 | 1.0-3.0 | .15 | .28 | 1 | 6 | 48 |
| | 3-9 | 27-40 | 1.20-1.30 | 0.20-0.60 | 0.11-0.13 | 3.0-5.9 | 1.0-2.0 | .15 | .24 | | | |
| | 9-12 | 35-50 | 1.20-1.30 | 0.06-0.60 | 0.11-0.13 | 3.0-5.9 | 0.0-1.0 | .15 | .24 | | | |
| | 12-15 | 40-50 | 1.15-1.30 | 0.06-0.20 | 0.08-0.10 | 3.0-5.9 | 0.0-0.5 | .10 | .17 | | | |
| | 15-25 | --- | --- | 0.00-0.06 | --- | --- | --- | --- | --- | | | |
| Nortez | 0-3 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.15-0.18 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | 2 | 6 | 48 |
| | 3-10 | 27-40 | 1.35-1.45 | 0.20-0.60 | 0.17-0.20 | 3.0-5.9 | 1.0-2.0 | .20 | .20 | | | |
| | 10-32 | 35-60 | 1.25-1.35 | 0.06-0.20 | 0.15-0.18 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 32-42 | --- | --- | 0.00-0.06 | --- | --- | --- | --- | --- | | | |
| 37: | | | | | | | | | | | | |
| Fluvaquents | 0-8 | 5-40 | 1.20-1.60 | 0.20-6.00 | 0.06-0.18 | 3.0-5.9 | 0.5-1.0 | .20 | .24 | 3 | 3 | 86 |
| | 8-60 | 0-10 | 1.50-1.65 | 6.00-20.00 | 0.05-0.08 | 0.0-2.9 | 0.0-0.5 | .10 | .28 | | | |
| Haplustolls | 0-4 | 10-25 | 1.15-1.25 | 0.60-2.00 | 0.10-0.12 | 0.0-2.9 | 1.0-3.0 | .24 | .24 | 4 | 3 | 86 |
| | 4-19 | 10-25 | 1.15-1.35 | 0.60-2.00 | 0.10-0.15 | 0.0-2.9 | 1.0-3.0 | .24 | .24 | | | |
| | 19-24 | 5-18 | 1.40-1.60 | 2.00-20.00 | 0.06-0.10 | 0.0-2.9 | 0.5-1.0 | .05 | .10 | | | |
| | 24-60 | 0-18 | 1.50-1.70 | 6.00-20.00 | 0.02-0.06 | 0.0-2.9 | 0.0-0.5 | .05 | .37 | | | |
| 38: | | | | | | | | | | | | |
| Fluvents | 0-6 | --- | --- | 0.20-20.00 | --- | --- | 0.5-3.0 | --- | --- | 5 | 8 | 0 |
| | 6-60 | 0-10 | 1.45-1.60 | 6.00-20.00 | 0.03-0.06 | 0.0-2.9 | 0.5-1.0 | .05 | .20 | | | |
| Fluvaquents | 0-8 | 5-40 | 1.20-1.60 | 0.20-6.00 | 0.06-0.18 | 3.0-5.9 | 0.5-1.0 | .20 | .24 | 3 | 3 | 86 |
| | 8-60 | 0-10 | 1.50-1.65 | 6.00-20.00 | 0.05-0.08 | 0.0-2.9 | 0.0-0.5 | .10 | .28 | | | |
| 39: | | | | | | | | | | | | |
| Fughes | 0-7 | 15-27 | 1.25-1.35 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | 5 | 5 | 56 |
| | 7-26 | 35-40 | 1.15-1.25 | 0.06-0.20 | 0.18-0.20 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| | 26-44 | 35-50 | 1.15-1.40 | 0.06-0.20 | 0.14-0.16 | 6.0-8.9 | 0.5-1.0 | .17 | .17 | | | |
| | 44-60 | 35-60 | 1.25-1.35 | 0.06-0.20 | 0.14-0.16 | 6.0-8.9 | 0.0-0.5 | .17 | .17 | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea- bility (Ksat) | Available water capacity | Linear extensi- bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi- bility group | Wind erodi- bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 40: | | | | | | | | | | | | |
| Fughes | 0-8 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | 5 | 6 | 48 |
| | 8-26 | 35-40 | 1.25-1.35 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| | 26-44 | 35-50 | 1.15-1.40 | 0.06-0.20 | 0.14-0.16 | 6.0-8.9 | 0.5-1.0 | .17 | .17 | | | |
| | 44-60 | 35-60 | 1.25-1.35 | 0.06-0.20 | 0.10-0.16 | 3.0-5.9 | 0.0-0.5 | .10 | .17 | | | |
| Herm | 0-6 | 15-25 | 1.25-1.30 | 0.60-6.00 | 0.13-0.16 | 0.0-2.9 | 2.0-3.0 | .28 | .28 | 5 | 5 | 56 |
| | 6-13 | 27-40 | 1.35-1.40 | 0.06-0.60 | 0.16-0.19 | 3.0-5.9 | 2.0-3.0 | .28 | .28 | | | |
| | 13-45 | 35-50 | 1.25-1.35 | 0.06-0.20 | 0.14-0.17 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 45-60 | 30-40 | 1.35-1.40 | 0.06-0.60 | 0.16-0.19 | 3.0-5.9 | 0.0-0.5 | .28 | .28 | | | |
| 41: | | | | | | | | | | | | |
| Fughes | 0-7 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.13-0.16 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | 5 | 6 | 48 |
| | 7-26 | 35-40 | 1.25-1.40 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 1.0-3.0 | .20 | .20 | | | |
| | 26-34 | 35-50 | 1.15-1.40 | 0.06-0.20 | 0.16-0.19 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| | 34-44 | 35-50 | 1.15-1.40 | 0.06-0.20 | 0.14-0.16 | 6.0-8.9 | 0.5-1.0 | .17 | .17 | | | |
| | 44-60 | 35-60 | 1.25-1.30 | 0.06-0.20 | 0.14-0.16 | 6.0-8.9 | 0.0-0.5 | .17 | .17 | | | |
| Sheek | 0-2 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.12-0.13 | 0.0-2.9 | 1.0-2.0 | .05 | .20 | 5 | 8 | 0 |
| | 2-7 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.15-0.17 | 0.0-2.9 | 0.5-1.0 | .15 | .24 | | | |
| | 7-20 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.09-0.11 | 0.0-2.9 | 0.0-0.5 | .10 | .28 | | | |
| | 20-29 | 18-27 | 1.25-1.35 | 0.60-2.00 | 0.07-0.09 | 0.0-2.9 | 0.0-0.5 | .15 | .43 | | | |
| | 29-46 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.14-0.16 | 0.0-2.9 | 0.0-0.5 | .15 | .28 | | | |
| | 46-60 | 18-27 | 1.25-1.35 | 0.60-2.00 | 0.07-0.09 | 0.0-2.9 | 0.0-0.5 | .15 | .43 | | | |
| 42: | | | | | | | | | | | | |
| Gladel | 0-5 | 5-18 | 1.35-1.45 | 2.00-6.00 | 0.10-0.12 | 0.0-2.9 | 1.0-2.0 | .15 | .24 | 1 | 3 | 86 |
| | 5-10 | 5-18 | 1.40-1.50 | 2.00-6.00 | 0.08-0.10 | 0.0-2.9 | 0.0-0.5 | .15 | .24 | | | |
| | 10-15 | 5-18 | 1.40-1.50 | 2.00-6.00 | 0.09-0.12 | 0.0-2.9 | 0.5-1.0 | .15 | .24 | | | |
| | 15-25 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Pulpit | 0-10 | 10-27 | 1.25-1.40 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 2 | 5 | 56 |
| | 10-20 | 18-35 | 1.25-1.40 | 0.20-0.60 | 0.19-0.21 | 3.0-5.9 | 0.5-1.0 | .37 | .37 | | | |
| | 20-36 | 10-35 | 1.35-1.50 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 0.0-0.5 | .32 | .32 | | | |
| | 36-46 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 43: | | | | | | | | | | | | |
| Goldbug | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 5 | 8 | 0 |
| | 1-21 | 10-15 | 1.40-1.45 | 2.00-6.00 | 0.06-0.08 | 0.0-2.9 | 1.0-2.0 | .10 | .24 | | | |
| | 21-29 | 10-35 | 1.35-1.40 | 0.06-0.20 | 0.10-0.13 | 0.0-2.9 | 0.5-1.0 | .15 | .28 | | | |
| | 29-60 | 35-50 | 1.35-1.40 | 0.06-0.20 | 0.10-0.16 | 3.0-5.9 | 0.5-1.0 | .10 | .17 | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea- bility (Ksat) | Available water capacity | Linear extensi- bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi- bility group | Wind erodi- bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 44: | | | | | | | | | | | | |
| Granath------------------ | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 5 | 6 | 48 |
| | 1-14 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.18-0.20 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | | | |
| | 14-60 | 20-35 | 1.30-1.40 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| 45: | | | | | | | | | | | | |
| Granath------------------ | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 5 | 6 | 48 |
| | 1-14 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.18-0.20 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | | | |
| | 14-60 | 20-35 | 1.30-1.40 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| 46: | | | | | | | | | | | | |
| Granath------------------ | 0-10 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.18-0.20 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | 5 | 6 | 48 |
| | 10-40 | 18-35 | 1.15-1.40 | 0.20-2.00 | 0.14-0.21 | 0.0-2.9 | 0.5-1.0 | .24 | .24 | | | |
| | 40-60 | 18-35 | 1.25-1.40 | 0.20-0.60 | 0.14-0.21 | 0.0-2.9 | 0.0-0.5 | .28 | .28 | | | |
| Fughes------------------- | 0-7 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.13-0.16 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | 5 | 6 | 48 |
| | 7-26 | 35-40 | 1.25-1.40 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 1.0-3.0 | .20 | .20 | | | |
| | 26-34 | 35-50 | 1.15-1.40 | 0.06-0.20 | 0.16-0.19 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| | 34-44 | 35-50 | 1.15-1.40 | 0.06-0.20 | 0.14-0.16 | 6.0-8.9 | 0.5-1.0 | .17 | .17 | | | |
| | 44-60 | 35-60 | 1.25-1.30 | 0.06-0.20 | 0.14-0.16 | 6.0-8.9 | 0.0-0.5 | .17 | .17 | | | |
| 47: | | | | | | | | | | | | |
| Granath------------------ | 0-10 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.18-0.20 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | 5 | 6 | 48 |
| | 10-40 | 18-35 | 1.15-1.40 | 0.20-2.00 | 0.14-0.21 | 0.0-2.9 | 0.5-1.0 | .24 | .24 | | | |
| | 40-60 | 18-35 | 1.25-1.40 | 0.20-0.60 | 0.14-0.21 | 0.0-2.9 | 0.0-0.5 | .28 | .28 | | | |
| Nortez------------------- | 0-3 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.15-0.18 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | 2 | 6 | 48 |
| | 3-10 | 27-40 | 1.35-1.45 | 0.20-0.60 | 0.17-0.20 | 3.0-5.9 | 1.0-2.0 | .20 | .20 | | | |
| | 10-32 | 35-60 | 1.25-1.35 | 0.06-0.20 | 0.15-0.18 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 32-42 | --- | --- | 0.00-0.06 | --- | --- | --- | --- | --- | | | |
| 48: | | | | | | | | | | | | |
| Granath------------------ | 0-10 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.18-0.20 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | 5 | 6 | 48 |
| | 10-40 | 18-35 | 1.15-1.40 | 0.20-2.00 | 0.14-0.21 | 0.0-2.9 | 0.5-1.0 | .24 | .24 | | | |
| | 40-60 | 18-35 | 1.25-1.40 | 0.20-0.60 | 0.14-0.21 | 0.0-2.9 | 0.0-0.5 | .28 | .28 | | | |
| Ormiston----------------- | 0-7 | 15-27 | 1.25-1.35 | 0.60-2.00 | 0.13-0.16 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | 3 | 6 | 48 |
| | 7-32 | 35-60 | 1.35-1.40 | 0.06-0.20 | 0.07-0.11 | 3.0-5.9 | 0.0-1.0 | .10 | .28 | | | |
| | 32-44 | 27-40 | 1.30-1.40 | 0.20-0.60 | 0.13-0.16 | 3.0-5.9 | 0.0-0.5 | .15 | .28 | | | |
| | 44-54 | --- | --- | 0.00-0.06 | --- | --- | --- | --- | --- | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea- bility (Ksat) | Available water capacity | Linear extensi- bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi- bility group | Wind erodi- bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 48: | | | | | | | | | | | | |
| Fivepine----------------- | 0-3 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.13-0.17 | 0.0-2.9 | 1.0-3.0 | .15 | .28 | 1 | 6 | 48 |
| | 3-9 | 27-40 | 1.20-1.30 | 0.20-0.60 | 0.11-0.13 | 3.0-5.9 | 1.0-2.0 | .15 | .24 | | | |
| | 9-12 | 35-50 | 1.20-1.30 | 0.06-0.60 | 0.11-0.13 | 3.0-5.9 | 0.0-1.0 | .15 | .24 | | | |
| | 12-15 | 40-50 | 1.15-1.30 | 0.06-0.20 | 0.08-0.10 | 3.0-5.9 | 0.0-0.5 | .10 | .17 | | | |
| | 15-25 | --- | --- | 0.00-0.06 | --- | --- | --- | --- | --- | | | |
| 49: | | | | | | | | | | | | |
| Herm--------------------- | 0-7 | 15-25 | 1.25-1.30 | 0.60-6.00 | 0.13-0.16 | 0.0-2.9 | 2.0-3.0 | .28 | .28 | 5 | 5 | 56 |
| | 7-34 | 35-50 | 1.25-1.35 | 0.06-0.20 | 0.14-0.17 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 34-60 | 30-40 | 1.35-1.40 | 0.06-0.60 | 0.16-0.19 | 3.0-5.9 | 0.0-0.5 | .28 | .28 | | | |
| 50: | | | | | | | | | | | | |
| Herm--------------------- | 0-1 | 10-25 | 1.25-1.40 | 0.60-6.00 | 0.07-0.09 | 0.0-2.9 | 1.0-3.0 | .10 | .28 | 5 | 8 | 0 |
| | 1-10 | 10-25 | 1.25-1.40 | 0.60-6.00 | 0.10-0.13 | 0.0-2.9 | 1.0-2.0 | .15 | .28 | | | |
| | 10-60 | 30-40 | 1.40-1.55 | 0.06-0.60 | 0.17-0.21 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| 51: | | | | | | | | | | | | |
| Herm--------------------- | 0-6 | 15-25 | 1.25-1.30 | 0.60-6.00 | 0.13-0.16 | 0.0-2.9 | 2.0-3.0 | .28 | .28 | 5 | 5 | 56 |
| | 6-13 | 27-40 | 1.25-1.40 | 0.06-0.60 | 0.16-0.19 | 3.0-5.9 | 2.0-3.0 | .28 | .28 | | | |
| | 13-45 | 35-50 | 1.25-1.35 | 0.06-0.20 | 0.14-0.17 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 45-60 | 30-40 | 1.35-1.40 | 0.06-0.60 | 0.16-0.19 | 3.0-5.9 | 0.0-0.5 | .28 | .28 | | | |
| Pagoda------------------- | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 5 | 6 | 48 |
| | 1-5 | 15-27 | 1.25-1.35 | 2.00-6.00 | 0.16-0.18 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | | | |
| | 5-21 | 35-50 | 1.30-1.50 | 0.06-0.20 | 0.19-0.21 | 6.0-8.9 | 0.5-2.0 | .24 | .24 | | | |
| | 21-60 | 27-50 | 1.25-1.45 | 0.06-0.60 | 0.19-0.21 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| 52: | | | | | | | | | | | | |
| Hesperus----------------- | 0-11 | 10-20 | 1.30-1.35 | 0.60-2.00 | 0.16-0.19 | 0.0-2.9 | 2.0-5.0 | .20 | .20 | 5 | 5 | 56 |
| | 11-44 | 20-35 | 1.30-1.40 | 0.20-2.00 | 0.16-0.19 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | | | |
| | 44-60 | 15-35 | 1.30-1.40 | 0.60-2.00 | 0.16-0.19 | 0.0-2.9 | 0.0-0.5 | .28 | .28 | | | |
| 53: | | | | | | | | | | | | |
| Hesperus----------------- | 0-11 | 10-20 | 1.30-1.35 | 0.60-2.00 | 0.16-0.19 | 0.0-2.9 | 2.0-5.0 | .20 | .20 | 5 | 5 | 56 |
| | 11-44 | 20-35 | 1.30-1.40 | 0.20-2.00 | 0.16-0.19 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | | | |
| | 44-60 | 15-35 | 1.30-1.40 | 0.60-2.00 | 0.16-0.19 | 0.0-2.9 | 0.0-0.5 | .28 | .28 | | | |
| 54: | | | | | | | | | | | | |
| Hesperus----------------- | 0-11 | 10-20 | 1.30-1.35 | 0.60-2.00 | 0.16-0.19 | 0.0-2.9 | 2.0-5.0 | .20 | .20 | 5 | 5 | 56 |
| | 11-44 | 20-35 | 1.30-1.40 | 0.20-2.00 | 0.16-0.19 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | | | |
| | 44-60 | 15-35 | 1.30-1.40 | 0.60-2.00 | 0.16-0.19 | 0.0-2.9 | 0.0-0.5 | .28 | .28 | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea-bility (Ksat) | Available water capacity | Linear extensi-bility | Organic matter | Erosion factors Kw | Kf | T | Wind erodi-bility group | Wind erodi-bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 55: | | | | | | | | | | | | |
| Hesperus | 0-11 | 8-18 | 1.35-1.40 | 2.00-6.00 | 0.12-0.14 | 0.0-2.9 | 2.0-4.0 | .20 | .20 | 5 | 3 | 86 |
| | 11-44 | 20-35 | 1.30-1.40 | 0.20-2.00 | 0.16-0.19 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | | | |
| | 44-60 | 15-35 | 1.30-1.40 | 0.60-2.00 | 0.16-0.19 | 0.0-2.9 | 0.0-0.5 | .28 | .28 | | | |
| 56: | | | | | | | | | | | | |
| Ilex | 0-2 | 18-27 | 1.25-1.35 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | 3 | 6 | 48 |
| | 2-22 | 35-50 | 1.25-1.40 | 0.06-0.20 | 0.19-0.21 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 22-37 | 15-50 | 1.15-1.40 | 0.06-0.20 | 0.14-0.18 | 6.0-8.9 | 0.0-0.5 | .43 | .43 | | | |
| | 37-60 | 20-50 | 1.15-1.40 | 0.06-0.20 | 0.14-0.18 | 3.0-5.9 | 0.0-0.5 | .43 | .43 | | | |
| 57: | | | | | | | | | | | | |
| Ilex | 0-2 | 18-27 | 1.25-1.35 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | 3 | 6 | 48 |
| | 2-22 | 35-50 | 1.25-1.40 | 0.06-0.20 | 0.19-0.21 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 22-37 | 15-50 | 1.15-1.40 | 0.06-0.20 | 0.14-0.18 | 6.0-8.9 | 0.0-0.5 | .43 | .43 | | | |
| | 37-60 | 20-50 | 1.15-1.40 | 0.06-0.20 | 0.14-0.18 | 3.0-5.9 | 0.0-0.5 | .43 | .43 | | | |
| 58: | | | | | | | | | | | | |
| Ilex | 0-2 | 18-27 | 1.25-1.35 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | 3 | 6 | 48 |
| | 2-22 | 35-50 | 1.25-1.40 | 0.06-0.20 | 0.19-0.21 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 22-37 | 15-50 | 1.15-1.40 | 0.06-0.20 | 0.14-0.18 | 6.0-8.9 | 0.0-0.5 | .43 | .43 | | | |
| | 37-60 | 20-50 | 1.15-1.40 | 0.06-0.20 | 0.14-0.18 | 3.0-5.9 | 0.0-0.5 | .43 | .43 | | | |
| Granath | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 5 | 6 | 48 |
| | 1-14 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.18-0.20 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | | | |
| | 14-60 | 20-35 | 1.30-1.40 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| 59: | | | | | | | | | | | | |
| Ilex | 0-2 | 18-27 | 1.25-1.35 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | 3 | 6 | 48 |
| | 2-22 | 35-50 | 1.25-1.40 | 0.06-0.20 | 0.19-0.21 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 22-37 | 15-50 | 1.15-1.40 | 0.06-0.20 | 0.14-0.18 | 6.0-8.9 | 0.0-0.5 | .43 | .43 | | | |
| | 37-60 | 20-50 | 1.15-1.40 | 0.06-0.20 | 0.14-0.18 | 3.0-5.9 | 0.0-0.5 | .43 | .43 | | | |
| Granath | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 5 | 6 | 48 |
| | 1-14 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.18-0.20 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | | | |
| | 14-60 | 20-35 | 1.30-1.40 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| 60: | | | | | | | | | | | | |
| Ilex | 0-2 | 18-27 | 1.25-1.35 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | 3 | 6 | 48 |
| | 2-22 | 35-50 | 1.25-1.40 | 0.06-0.20 | 0.19-0.21 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 22-37 | 15-50 | 1.15-1.40 | 0.06-0.20 | 0.14-0.18 | 6.0-8.9 | 0.0-0.5 | .43 | .43 | | | |
| | 37-60 | 20-50 | 1.15-1.40 | 0.06-0.20 | 0.14-0.18 | 3.0-5.9 | 0.0-0.5 | .43 | .43 | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea- bility (Ksat) | Available water capacity | Linear extensi- bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi- bility group | Wind erodi- bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 60: | | | | | | | | | | | | |
| Pramiss------------------ | 0-3 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.07-0.09 | 0.0-2.9 | 2.0-5.0 | .05 | .20 | 3 | 8 | 0 |
| | 3-16 | 35-60 | 1.35-1.45 | 0.06-0.20 | 0.16-0.18 | 6.0-8.9 | 1.0-2.0 | .20 | .20 | | | |
| | 16-31 | 35-60 | 1.35-1.45 | 0.06-0.20 | 0.16-0.18 | 6.0-8.9 | 0.0-0.5 | .20 | .20 | | | |
| | 31-41 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Falconry----------------- | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 1 | 3 | 86 |
| | 1-5 | 5-18 | 1.30-1.40 | 0.60-6.00 | 0.07-0.10 | 0.0-2.9 | 3.0-5.0 | .10 | .15 | | | |
| | 5-14 | 5-18 | 1.35-1.45 | 6.00-20.00 | 0.06-0.08 | 0.0-2.9 | 1.0-2.0 | .15 | .24 | | | |
| | 14-24 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 61: | | | | | | | | | | | | |
| Ilex--------------------- | 0-2 | 18-27 | 1.25-1.35 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | 3 | 6 | 48 |
| | 2-22 | 35-50 | 1.25-1.40 | 0.06-0.20 | 0.19-0.21 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 22-37 | 15-50 | 1.15-1.40 | 0.06-0.20 | 0.14-0.18 | 6.0-8.9 | 0.0-0.5 | .43 | .43 | | | |
| | 37-60 | 20-50 | 1.15-1.40 | 0.06-0.20 | 0.14-0.18 | 3.0-5.9 | 0.0-0.5 | .43 | .43 | | | |
| Pramiss------------------ | 0-3 | 18-27 | 1.25-1.35 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | 3 | 5 | 56 |
| | 3-16 | 35-60 | 1.35-1.45 | 0.06-0.20 | 0.16-0.18 | 6.0-8.9 | 1.0-2.0 | .20 | .20 | | | |
| | 16-31 | 35-60 | 1.35-1.45 | 0.06-0.20 | 0.16-0.18 | 6.0-8.9 | 0.0-0.5 | .20 | .20 | | | |
| | 31-41 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Granath------------------ | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 5 | 6 | 48 |
| | 1-14 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.18-0.20 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | | | |
| | 14-60 | 20-35 | 1.30-1.40 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| 62: | | | | | | | | | | | | |
| Irak--------------------- | 0-8 | 10-27 | 1.35-1.45 | 0.60-2.00 | 0.14-0.17 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | 5 | 4L | 86 |
| | 8-60 | 18-35 | 1.30-1.45 | 0.60-2.00 | 0.15-0.18 | 3.0-5.9 | 0.5-3.0 | .28 | .28 | | | |
| 63: | | | | | | | | | | | | |
| Jemco-------------------- | 0-7 | 15-27 | 1.20-1.30 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 1.0-3.0 | .37 | .37 | 2 | 6 | 48 |
| | 7-22 | 15-27 | 1.20-1.30 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 0.5-1.0 | .43 | .43 | | | |
| | 22-39 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.17-0.19 | 0.0-2.9 | 0.0-0.5 | .28 | .28 | | | |
| | 39-49 | --- | --- | 0.00-0.06 | --- | --- | --- | --- | --- | | | |
| Detra-------------------- | 0-16 | 15-27 | 1.35-1.40 | 0.60-2.00 | 0.14-0.18 | 0.0-2.9 | 3.0-5.0 | .20 | .20 | 3 | 6 | 48 |
| | 16-43 | 18-35 | 1.30-1.40 | 0.20-2.00 | 0.14-0.20 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | | | |
| | 43-57 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.16-0.19 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| | 57-67 | --- | --- | 0.00-0.06 | --- | --- | --- | --- | --- | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea-bility (Ksat) | Available water capacity | Linear extensi-bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi-bility group | Wind erodi-bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 63: | | | | | | | | | | | | |
| Beje | 0-2 | 15-27 | 1.35-1.40 | 0.60-2.00 | 0.14-0.16 | 0.0-2.9 | 3.0-5.0 | .20 | .20 | 1 | 6 | 48 |
| | 2-6 | 18-27 | 1.35-1.40 | 0.60-2.00 | 0.14-0.16 | 0.0-2.9 | 1.0-2.0 | .28 | .28 | | | |
| | 6-14 | 18-35 | 1.25-1.35 | 0.20-2.00 | 0.14-0.20 | 0.0-2.9 | 0.5-1.0 | .32 | .32 | | | |
| | 14-24 | --- | --- | 0.00-0.06 | --- | --- | --- | --- | --- | | | |
| 64: | | | | | | | | | | | | |
| Lazear | 0-5 | 15-20 | 1.35-1.40 | 0.60-2.00 | 0.06-0.08 | 0.0-2.9 | 0.5-1.0 | .15 | .37 | 1 | 8 | 0 |
| | 5-15 | 20-32 | 1.40-1.45 | 0.60-2.00 | 0.08-0.15 | 0.0-2.9 | 0.0-0.5 | .24 | .43 | | | |
| | 15-19 | --- | --- | 0.06-0.20 | --- | --- | --- | --- | --- | | | |
| Rock outcrop | 0-60 | --- | --- | 0.00-0.01 | --- | --- | --- | --- | --- | - | 8 | 0 |
| 65: | | | | | | | | | | | | |
| Lillings | 0-2 | 18-27 | 1.25-1.30 | 0.60-2.00 | 0.14-0.18 | 0.0-2.9 | 0.5-1.0 | .43 | .43 | 5 | 4L | 86 |
| | 2-60 | 18-35 | 1.25-1.30 | 0.20-2.00 | 0.14-0.19 | 0.0-2.9 | 0.0-0.5 | .43 | .43 | | | |
| 66: | | | | | | | | | | | | |
| Lillings | 0-2 | 27-35 | 1.15-1.30 | 0.20-0.60 | 0.16-0.19 | 0.0-2.9 | 0.5-1.0 | .32 | .32 | 5 | 7 | 38 |
| | 2-60 | 18-35 | 1.25-1.30 | 0.20-2.00 | 0.14-0.19 | 0.0-2.9 | 0.0-0.5 | .43 | .43 | | | |
| 67: | | | | | | | | | | | | |
| Lillings | 0-2 | 27-35 | 1.15-1.30 | 0.20-0.60 | 0.16-0.19 | 0.0-2.9 | 0.5-1.0 | .32 | .32 | 5 | 7 | 38 |
| | 2-60 | 18-35 | 1.25-1.30 | 0.20-2.00 | 0.14-0.19 | 0.0-2.9 | 0.0-0.5 | .43 | .43 | | | |
| 68: | | | | | | | | | | | | |
| Longburn | 0-1 | 10-20 | 1.35-1.50 | 0.20-2.00 | 0.09-0.11 | 0.0-2.9 | 1.0-2.0 | .15 | .28 | 1 | 3 | 86 |
| | 1-4 | 10-20 | 1.35-1.50 | 0.20-2.00 | 0.07-0.09 | 0.0-2.9 | 1.0-2.0 | .10 | .28 | | | |
| | 4-17 | 20-35 | 1.25-1.40 | 0.20-0.60 | 0.09-0.11 | 0.0-2.9 | 0.5-1.0 | .10 | .24 | | | |
| | 17-27 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Rock outcrop | 0-60 | --- | --- | 0.00-0.01 | --- | --- | --- | --- | --- | - | 8 | 0 |
| 69: | | | | | | | | | | | | |
| Longburn | 0-1 | 10-20 | 1.35-1.50 | 0.20-2.00 | 0.09-0.11 | 0.0-2.9 | 1.0-2.0 | .15 | .28 | 1 | 3 | 86 |
| | 1-4 | 10-20 | 1.35-1.50 | 0.20-2.00 | 0.07-0.09 | 0.0-2.9 | 1.0-2.0 | .10 | .28 | | | |
| | 4-17 | 20-35 | 1.25-1.40 | 0.20-0.60 | 0.09-0.11 | 0.0-2.9 | 0.5-1.0 | .10 | .24 | | | |
| | 17-27 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Rock outcrop | 0-60 | --- | --- | 0.00-0.01 | --- | --- | --- | --- | --- | - | 8 | 0 |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea- bility (Ksat) | Available water capacity | Linear extensi- bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi- bility group | Wind erodi- bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 70: | | | | | | | | | | | | |
| Mack | 0-13 | 15-20 | 1.40-1.50 | 0.60-2.00 | 0.13-0.18 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | 2 | 3 | 86 |
| | 13-33 | 20-35 | 1.40-1.50 | 0.60-2.00 | 0.14-0.18 | 0.0-2.9 | 0.0-1.0 | .24 | .24 | | | |
| | 33-60 | 10-25 | 1.30-1.40 | 0.60-2.00 | 0.13-0.16 | 0.0-2.9 | 0.0-0.5 | .28 | .28 | | | |
| 71: | | | | | | | | | | | | |
| Mikett | 0-8 | 27-35 | 1.30-1.40 | 0.20-0.60 | 0.15-0.17 | 0.0-2.9 | 0.5-1.0 | .24 | .24 | 5 | 4L | 86 |
| | 8-60 | 18-35 | 1.35-1.45 | 0.20-0.60 | 0.09-0.15 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| 72: | | | | | | | | | | | | |
| Mikett | 0-8 | 27-35 | 1.30-1.40 | 0.20-0.60 | 0.15-0.17 | 0.0-2.9 | 0.5-1.0 | .24 | .24 | 5 | 4L | 86 |
| | 8-60 | 27-35 | 1.30-1.40 | 0.20-0.60 | 0.15-0.17 | 0.0-2.9 | 0.0-0.5 | .28 | .28 | | | |
| 73: | | | | | | | | | | | | |
| Mikim | 0-3 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.17-0.20 | 0.0-2.9 | 0.5-2.0 | .24 | .24 | 5 | 4L | 86 |
| | 3-15 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.17-0.20 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| | 15-32 | 10-35 | 1.25-1.40 | 0.20-0.60 | 0.14-0.17 | 0.0-2.9 | 0.5-1.0 | .32 | .32 | | | |
| | 32-60 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.17-0.20 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| 74: | | | | | | | | | | | | |
| Mikim | 0-3 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.14-0.16 | 0.0-2.9 | 0.5-1.0 | .24 | .24 | 5 | 4L | 86 |
| | 3-15 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.14-0.16 | 0.0-2.9 | 0.5-1.0 | .24 | .24 | | | |
| | 15-32 | 18-35 | 1.25-1.40 | 0.20-0.60 | 0.12-0.15 | 0.0-2.9 | 0.0-0.5 | .28 | .28 | | | |
| | 32-60 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.12-0.15 | 0.0-2.9 | 0.0-0.5 | .28 | .28 | | | |
| 75: | | | | | | | | | | | | |
| Mikim | 0-3 | 18-27 | 1.25-1.40 | 0.60-2.00 | 0.14-0.18 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 5 | 4L | 86 |
| | 3-15 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.17-0.20 | 0.0-2.9 | 0.0-1.0 | .28 | .28 | | | |
| | 15-32 | 10-35 | 1.25-1.40 | 0.20-0.60 | 0.14-0.17 | 0.0-2.9 | 0.0-1.0 | .32 | .32 | | | |
| | 32-60 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.17-0.20 | 0.0-2.9 | 0.0-1.0 | .28 | .28 | | | |
| 76: | | | | | | | | | | | | |
| Morefield | 0-2 | 10-20 | 1.20-1.30 | 2.00-6.00 | 0.15-0.17 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | 5 | 5 | 56 |
| | 2-24 | 18-35 | 1.40-1.55 | 0.20-0.60 | 0.17-0.20 | 3.0-5.9 | 0.5-2.0 | .24 | .24 | | | |
| | 24-60 | 18-35 | 1.40-1.55 | 0.20-0.60 | 0.16-0.20 | 3.0-5.9 | 0.0-0.5 | .28 | .28 | | | |
| 77: | | | | | | | | | | | | |
| Morefield | 0-2 | 10-20 | 1.20-1.30 | 2.00-6.00 | 0.15-0.17 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | 5 | 5 | 56 |
| | 2-24 | 18-35 | 1.40-1.55 | 0.20-0.60 | 0.17-0.20 | 3.0-5.9 | 0.5-2.0 | .24 | .24 | | | |
| | 24-60 | 18-35 | 1.40-1.55 | 0.20-0.60 | 0.16-0.20 | 3.0-5.9 | 0.0-0.5 | .28 | .28 | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea- bility (Ksat) | Available water capacity | Linear extensi- bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi- bility group | Wind erodi- bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 78: | | | | | | | | | | | | |
| Nortez------------------- | 0-2 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.15-0.18 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | 2 | 6 | 48 |
| | 2-6 | 27-40 | 1.35-1.45 | 0.20-0.60 | 0.17-0.20 | 3.0-5.9 | 1.0-2.0 | .20 | .20 | | | |
| | 6-31 | 35-60 | 1.25-1.35 | 0.06-0.20 | 0.15-0.18 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 31-41 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Granath------------------ | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 5 | 6 | 48 |
| | 1-14 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.18-0.20 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | | | |
| | 14-60 | 20-35 | 1.30-1.40 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| 79: | | | | | | | | | | | | |
| Northrim----------------- | 0-2 | --- | --- | --- | --- | --- | --- | --- | --- | 5 | 5 | 56 |
| | 2-9 | 10-27 | 1.15-1.25 | 0.60-6.00 | 0.10-0.13 | 0.0-2.9 | 1.0-3.0 | .15 | .28 | | | |
| | 9-22 | 20-35 | 1.25-1.40 | 0.20-2.00 | 0.13-0.16 | 0.0-2.9 | 0.5-1.0 | .17 | .28 | | | |
| | 22-60 | 20-35 | 1.20-1.40 | 0.20-2.00 | 0.13-0.16 | 0.0-2.9 | 0.5-1.0 | .15 | .24 | | | |
| 80: | | | | | | | | | | | | |
| Ormiston----------------- | 0-7 | 15-27 | 1.25-1.35 | 0.60-2.00 | 0.13-0.16 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | 3 | 6 | 48 |
| | 7-32 | 35-60 | 1.35-1.40 | 0.06-0.20 | 0.07-0.11 | 3.0-5.9 | 0.0-1.0 | .10 | .28 | | | |
| | 32-44 | 27-40 | 1.30-1.40 | 0.20-0.60 | 0.13-0.16 | 3.0-5.9 | 0.0-0.5 | .15 | .28 | | | |
| | 44-54 | --- | --- | 0.00-0.06 | --- | --- | --- | --- | --- | | | |
| Beje--------------------- | 0-2 | 15-27 | 1.35-1.40 | 0.60-2.00 | 0.14-0.16 | 0.0-2.9 | 3.0-5.0 | .20 | .20 | 1 | 6 | 48 |
| | 2-6 | 18-27 | 1.35-1.40 | 0.60-2.00 | 0.14-0.16 | 0.0-2.9 | 1.0-2.0 | .28 | .28 | | | |
| | 6-14 | 18-35 | 1.25-1.35 | 0.20-2.00 | 0.14-0.20 | 0.0-2.9 | 0.5-1.0 | .32 | .32 | | | |
| | 14-24 | --- | --- | 0.00-0.06 | --- | --- | --- | --- | --- | | | |
| 81: | | | | | | | | | | | | |
| Ormiston----------------- | 0-7 | 15-27 | 1.25-1.35 | 0.60-2.00 | 0.13-0.16 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | 3 | 6 | 48 |
| | 7-32 | 35-60 | 1.35-1.40 | 0.06-0.20 | 0.07-0.11 | 3.0-5.9 | 0.0-1.0 | .10 | .28 | | | |
| | 32-44 | 27-40 | 1.30-1.40 | 0.20-0.60 | 0.13-0.16 | 3.0-5.9 | 0.0-0.5 | .15 | .28 | | | |
| | 44-54 | --- | --- | 0.00-0.06 | --- | --- | --- | --- | --- | | | |
| Fivepine----------------- | 0-3 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.13-0.17 | 0.0-2.9 | 1.0-3.0 | .15 | .28 | 1 | 6 | 48 |
| | 3-9 | 27-40 | 1.20-1.30 | 0.20-0.60 | 0.11-0.13 | 3.0-5.9 | 1.0-2.0 | .15 | .24 | | | |
| | 9-12 | 35-50 | 1.20-1.30 | 0.06-0.60 | 0.11-0.13 | 3.0-5.9 | 0.0-1.0 | .15 | .24 | | | |
| | 12-15 | 40-50 | 1.15-1.30 | 0.06-0.20 | 0.08-0.10 | 3.0-5.9 | 0.0-0.5 | .10 | .17 | | | |
| | 15-25 | --- | --- | 0.00-0.06 | --- | --- | --- | --- | --- | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea- bility (Ksat) | Available water capacity | Linear extensi- bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi- bility group | Wind erodi- bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 82: | | | | | | | | | | | | |
| Ormiston----------------- | 0-3 | 15-27 | 1.35-1.40 | 0.60-6.00 | 0.04-0.05 | 0.0-2.9 | 1.0-3.0 | .05 | .28 | 3 | 8 | 0 |
| | 3-7 | 27-35 | 1.35-1.40 | 0.20-0.60 | 0.09-0.11 | 0.0-2.9 | 0.0-0.5 | .10 | .24 | | | |
| | 7-32 | 35-60 | 1.35-1.40 | 0.06-0.20 | 0.07-0.11 | 3.0-5.9 | 0.0-0.5 | .10 | .28 | | | |
| | 32-44 | 27-40 | 1.30-1.40 | 0.20-0.60 | 0.13-0.16 | 3.0-5.9 | 0.0-0.5 | .15 | .28 | | | |
| | 44-54 | --- | --- | 0.00-0.06 | --- | --- | --- | --- | --- | | | |
| Granath------------------ | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 5 | 6 | 48 |
| | 1-14 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.18-0.20 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | | | |
| | 14-60 | 20-35 | 1.30-1.40 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| 83: | | | | | | | | | | | | |
| Ormiston----------------- | 0-3 | 15-27 | 1.35-1.40 | 0.60-6.00 | 0.04-0.05 | 0.0-2.9 | 1.0-3.0 | .05 | .28 | 3 | 8 | 0 |
| | 3-7 | 27-35 | 1.35-1.40 | 0.20-0.60 | 0.09-0.11 | 0.0-2.9 | 0.0-0.5 | .10 | .24 | | | |
| | 7-32 | 35-60 | 1.35-1.40 | 0.06-0.20 | 0.07-0.11 | 3.0-5.9 | 0.0-0.5 | .10 | .28 | | | |
| | 32-44 | 27-40 | 1.30-1.40 | 0.20-0.60 | 0.13-0.16 | 3.0-5.9 | 0.0-0.5 | .15 | .28 | | | |
| | 44-54 | --- | --- | 0.00-0.06 | --- | --- | --- | --- | --- | | | |
| Nortez------------------- | 0-2 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.15-0.18 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | 2 | 6 | 48 |
| | 2-6 | 27-40 | 1.35-1.45 | 0.20-0.60 | 0.17-0.20 | 3.0-5.9 | 1.0-2.0 | .20 | .20 | | | |
| | 6-31 | 35-60 | 1.25-1.35 | 0.06-0.20 | 0.15-0.18 | 6.0-8.9 | 0.5-1.0 | .24 | .24 | | | |
| | 31-41 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 84: | | | | | | | | | | | | |
| Payter------------------- | 0-11 | 5-18 | 1.35-1.45 | 2.00-6.00 | 0.11-0.13 | 0.0-2.9 | 2.0-4.0 | .20 | .20 | 5 | 3 | 86 |
| | 11-39 | 10-18 | 1.35-1.45 | 2.00-6.00 | 0.11-0.13 | 0.0-2.9 | 2.0-3.0 | .24 | .24 | | | |
| | 39-60 | 10-18 | 1.35-1.45 | 2.00-6.00 | 0.11-0.13 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| 85: | | | | | | | | | | | | |
| Pinacol------------------ | 0-7 | 10-27 | 1.15-1.25 | 0.60-2.00 | 0.14-0.21 | 0.0-2.9 | 2.0-3.0 | .28 | .28 | 4 | 5 | 56 |
| | 7-21 | 35-50 | 1.30-1.40 | 0.06-0.60 | 0.12-0.18 | 6.0-8.9 | 0.5-1.0 | .15 | .24 | | | |
| | 21-38 | 35-60 | 1.35-1.40 | 0.06-0.20 | 0.06-0.10 | 3.0-5.9 | 0.0-0.5 | .10 | .28 | | | |
| | 38-60 | 20-40 | 1.40-1.50 | 0.20-0.60 | 0.04-0.06 | 0.0-2.9 | 0.0-0.5 | .05 | .24 | | | |
| 86: | | | | | | | | | | | | |
| Pinacol------------------ | 0-7 | 10-27 | 1.15-1.25 | 0.60-2.00 | 0.14-0.21 | 0.0-2.9 | 2.0-3.0 | .28 | .28 | 4 | 5 | 56 |
| | 7-21 | 35-50 | 1.30-1.40 | 0.06-0.60 | 0.12-0.18 | 6.0-8.9 | 0.5-1.0 | .15 | .24 | | | |
| | 21-38 | 35-60 | 1.35-1.40 | 0.06-0.20 | 0.06-0.10 | 3.0-5.9 | 0.0-0.5 | .10 | .28 | | | |
| | 38-60 | 20-40 | 1.40-1.50 | 0.20-0.60 | 0.04-0.06 | 0.0-2.9 | 0.0-0.5 | .05 | .24 | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permeability (Ksat) | Available water capacity | Linear extensibility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodibility group | Wind erodibility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 87: | | | | | | | | | | | | |
| Pits | 0-60 | --- | --- | --- | --- | --- | --- | --- | --- | - | 8 | 0 |
| 88: | | | | | | | | | | | | |
| Pogo | 0-2 | 15-27 | 1.25-1.35 | 0.60-2.00 | 0.15-0.18 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | 5 | 8 | 0 |
| | 2-60 | 5-45 | 1.30-1.60 | 0.20-0.60 | 0.10-0.20 | 0.0-2.9 | 1.0-3.0 | .15 | .15 | | | |
| 89: | | | | | | | | | | | | |
| Pramiss | 0-3 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.07-0.09 | 0.0-2.9 | 2.0-5.0 | .05 | .20 | 3 | 8 | 0 |
| | 3-16 | 35-60 | 1.35-1.45 | 0.06-0.20 | 0.16-0.18 | 6.0-8.9 | 1.0-2.0 | .20 | .20 | | | |
| | 16-31 | 35-60 | 1.35-1.45 | 0.06-0.20 | 0.16-0.18 | 6.0-8.9 | 0.0-0.5 | .20 | .20 | | | |
| | 31-41 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 90: | | | | | | | | | | | | |
| Pramiss | 0-3 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.13-0.16 | 0.0-2.9 | 2.0-5.0 | .05 | .20 | 3 | 5 | 56 |
| | 3-16 | 35-60 | 1.35-1.45 | 0.06-0.20 | 0.16-0.18 | 6.0-8.9 | 1.0-2.0 | .20 | .20 | | | |
| | 16-31 | 35-60 | 1.35-1.45 | 0.06-0.20 | 0.16-0.18 | 6.0-8.9 | 0.0-0.5 | .20 | .20 | | | |
| | 31-41 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Granath | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 5 | 6 | 48 |
| | 1-14 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.18-0.20 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | | | |
| | 14-60 | 20-35 | 1.30-1.40 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| 91: | | | | | | | | | | | | |
| Prater | 0-1 | 10-27 | 1.25-1.40 | 0.60-2.00 | 0.10-0.13 | 0.0-2.9 | 2.0-4.0 | .15 | .24 | 5 | 2 | 134 |
| | 1-3 | 20-35 | 1.25-1.40 | 0.20-0.60 | 0.10-0.16 | 0.0-2.9 | 2.0-4.0 | .15 | .24 | | | |
| | 3-9 | 27-45 | 1.15-1.40 | 0.20-0.60 | 0.10-0.16 | 3.0-5.9 | 1.0-2.0 | .10 | .20 | | | |
| | 9-21 | 35-45 | 1.15-1.40 | 0.20-0.60 | 0.10-0.16 | 3.0-5.9 | 1.0-2.0 | .10 | .20 | | | |
| | 21-60 | 35-45 | 1.15-1.40 | 0.06-0.20 | 0.10-0.16 | 3.0-5.9 | 0.5-1.0 | .15 | .24 | | | |
| 92: | | | | | | | | | | | | |
| Prater | 0-1 | 10-27 | 1.25-1.40 | 0.60-2.00 | 0.13-0.16 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | 5 | 2 | 134 |
| | 1-3 | 20-35 | 1.25-1.40 | 0.20-0.60 | 0.10-0.16 | 0.0-2.9 | 2.0-4.0 | .15 | .24 | | | |
| | 3-9 | 27-45 | 1.15-1.40 | 0.20-0.60 | 0.10-0.16 | 3.0-5.9 | 1.0-2.0 | .10 | .20 | | | |
| | 9-21 | 35-45 | 1.15-1.40 | 0.20-0.60 | 0.10-0.16 | 3.0-5.9 | 1.0-2.0 | .10 | .20 | | | |
| | 21-60 | 35-45 | 1.15-1.40 | 0.06-0.20 | 0.10-0.16 | 3.0-5.9 | 0.5-1.0 | .15 | .24 | | | |
| Dolcan | 0-2 | 8-20 | 1.25-1.35 | 0.60-2.00 | 0.03-0.07 | 0.0-2.9 | 1.0-2.0 | .05 | .28 | 2 | 8 | 0 |
| | 2-11 | 20-35 | 1.25-1.40 | 0.20-0.60 | 0.16-0.19 | 0.0-2.9 | 0.0-1.0 | .15 | .24 | | | |
| | 11-21 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea- bility (Ksat) | Available water capacity | Linear extensi- bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi- bility group | Wind erodi- bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 93: | | | | | | | | | | | | |
| Pulpit | 0-5 | 10-25 | 1.20-1.30 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 0.5-1.0 | .37 | .37 | 2 | 5 | 56 |
| | 5-21 | 27-35 | 1.30-1.40 | 0.20-0.60 | 0.17-0.19 | 0.0-2.9 | 0.0-0.5 | .37 | .37 | | | |
| | 21-35 | 10-30 | 1.35-1.45 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 0.0-0.5 | .32 | .32 | | | |
| | 35-39 | --- | --- | 0.06-0.20 | --- | --- | --- | --- | --- | | | |
| 94: | | | | | | | | | | | | |
| Pulpit | 0-10 | 10-27 | 1.25-1.40 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 2 | 5 | 56 |
| | 10-20 | 18-35 | 1.25-1.40 | 0.20-0.60 | 0.19-0.21 | 3.0-5.9 | 0.5-1.0 | .37 | .37 | | | |
| | 20-36 | 10-35 | 1.35-1.50 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 0.0-0.5 | .32 | .32 | | | |
| | 36-46 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 95: | | | | | | | | | | | | |
| Pulpit | 0-10 | 10-27 | 1.25-1.40 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 2 | 5 | 56 |
| | 10-20 | 18-35 | 1.25-1.40 | 0.20-0.60 | 0.19-0.21 | 3.0-5.9 | 0.5-1.0 | .37 | .37 | | | |
| | 20-36 | 10-35 | 1.35-1.50 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 0.0-0.5 | .32 | .32 | | | |
| | 36-46 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 96: | | | | | | | | | | | | |
| Purcella | 0-4 | 10-27 | 1.25-1.35 | 0.60-2.00 | 0.15-0.18 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | 3 | 5 | 56 |
| | 4-11 | 18-27 | 1.25-1.40 | 0.60-2.00 | 0.12-0.15 | 0.0-2.9 | 1.0-3.0 | .15 | .28 | | | |
| | 11-41 | 20-35 | 1.25-1.40 | 0.60-2.00 | 0.05-0.08 | 0.0-2.9 | 0.0-1.0 | .05 | .24 | | | |
| | 41-60 | 8-25 | 1.35-1.45 | 2.00-6.00 | 0.03-0.05 | 0.0-2.9 | 0.0-1.0 | .05 | .28 | | | |
| 97: | | | | | | | | | | | | |
| Ramper | 0-3 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.17-0.20 | 0.0-2.9 | 0.5-2.0 | .24 | .24 | 5 | 4L | 86 |
| | 3-60 | 18-35 | 1.25-1.40 | 0.20-0.60 | 0.14-0.17 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| 98: | | | | | | | | | | | | |
| Ramper | 0-3 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.15-0.18 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 5 | 4L | 86 |
| | 3-60 | 18-35 | 1.25-1.40 | 0.20-0.60 | 0.14-0.17 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| 99: | | | | | | | | | | | | |
| Ravola | 0-9 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.05-0.08 | 0.0-2.9 | 0.5-1.0 | .24 | .24 | 5 | 4L | 86 |
| | 9-60 | 10-35 | 1.25-1.40 | 0.20-0.60 | 0.05-0.15 | 0.0-2.9 | 0.0-0.5 | .24 | .24 | | | |
| 100: | | | | | | | | | | | | |
| Recapture | 0-7 | 8-20 | 1.25-1.40 | 2.00-6.00 | 0.11-0.13 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | 5 | 3 | 86 |
| | 7-26 | 20-30 | 1.30-1.50 | 0.60-2.00 | 0.15-0.17 | 0.0-2.9 | 0.0-0.5 | .37 | .37 | | | |
| | 26-60 | 10-25 | 1.30-1.50 | 0.60-2.00 | 0.10-0.12 | 0.0-2.9 | 0.0-0.5 | .43 | .43 | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea- bility (Ksat) | Available water capacity | Linear extensi- bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi- bility group | Wind erodi- bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 101: | | | | | | | | | | | | |
| Recapture---------------- | 0-6 | 10-20 | 1.45-1.55 | 2.00-6.00 | 0.08-0.10 | 0.0-2.9 | 0.5-1.0 | .15 | .15 | 3 | 3 | 86 |
| | 6-13 | 27-35 | 1.40-1.50 | 0.20-0.60 | 0.15-0.17 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| | 13-17 | 10-20 | 1.45-1.55 | 2.00-6.00 | 0.08-0.10 | 0.0-2.9 | 0.0-0.5 | .15 | .15 | | | |
| | 17-38 | 20-35 | 1.45-1.55 | 0.20-0.60 | 0.12-0.14 | 3.0-5.9 | 0.0-0.5 | .20 | .20 | | | |
| | 38-60 | 10-20 | 1.50-1.60 | 2.00-6.00 | 0.07-0.09 | 0.0-2.9 | 0.0-0.5 | .15 | .15 | | | |
| 102: | | | | | | | | | | | | |
| Ricot-------------------- | 0-12 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | 5 | 5 | 56 |
| | 12-16 | 20-35 | 1.25-1.35 | 0.60-2.00 | 0.16-0.18 | 3.0-5.9 | 1.0-2.0 | .28 | .28 | | | |
| | 16-34 | 35-50 | 1.20-1.30 | 0.06-0.20 | 0.12-0.15 | 3.0-5.9 | 0.0-1.0 | .28 | .28 | | | |
| | 34-60 | 35-50 | 1.35-1.45 | 0.06-0.20 | 0.10-0.14 | 3.0-5.9 | 0.0-0.5 | .15 | .28 | | | |
| 103: | | | | | | | | | | | | |
| Ricot-------------------- | 0-12 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | 5 | 5 | 56 |
| | 12-16 | 20-35 | 1.25-1.35 | 0.60-2.00 | 0.16-0.18 | 3.0-5.9 | 1.0-2.0 | .28 | .28 | | | |
| | 16-34 | 35-50 | 1.20-1.30 | 0.06-0.20 | 0.12-0.15 | 3.0-5.9 | 0.0-1.0 | .28 | .28 | | | |
| | 34-60 | 35-50 | 1.35-1.45 | 0.06-0.20 | 0.10-0.14 | 3.0-5.9 | 0.0-0.5 | .15 | .28 | | | |
| 104: | | | | | | | | | | | | |
| Ricot-------------------- | 0-12 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | 5 | 5 | 56 |
| | 12-16 | 20-35 | 1.25-1.35 | 0.60-2.00 | 0.16-0.18 | 3.0-5.9 | 1.0-2.0 | .28 | .28 | | | |
| | 16-34 | 35-50 | 1.20-1.30 | 0.06-0.20 | 0.12-0.15 | 3.0-5.9 | 0.0-1.0 | .28 | .28 | | | |
| | 34-60 | 35-50 | 1.35-1.45 | 0.06-0.20 | 0.10-0.14 | 3.0-5.9 | 0.0-0.5 | .15 | .28 | | | |
| 105: | | | | | | | | | | | | |
| Rizno-------------------- | 0-5 | 15-20 | 1.15-1.30 | 1.98-5.95 | 0.13-0.16 | 0.0-2.9 | 1.0-2.0 | .43 | .43 | 1 | 3 | 86 |
| | 5-13 | 10-18 | 1.20-1.40 | 2.00-6.00 | 0.10-0.13 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| | 13-23 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Gapmesa------------------ | 0-2 | 8-15 | 1.35-1.50 | 2.00-6.00 | 0.13-0.15 | 0.0-2.9 | 1.0-2.0 | .24 | .24 | 2 | 3 | 86 |
| | 2-21 | 18-27 | 1.25-1.40 | 0.60-2.00 | 0.10-0.13 | 0.0-2.9 | 0.5-1.0 | .24 | .24 | | | |
| | 21-28 | 10-20 | 1.35-1.50 | 2.00-6.00 | 0.05-0.07 | 0.0-2.9 | 0.0-0.5 | .20 | .32 | | | |
| | 28-38 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 106: | | | | | | | | | | | | |
| Rizno-------------------- | 0-3 | 10-17 | 1.20-1.40 | 2.00-6.00 | 0.10-0.13 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | 1 | 3 | 86 |
| | 3-13 | 10-17 | 1.20-1.40 | 2.00-6.00 | 0.10-0.13 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| | 13-23 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permeability (Ksat) | Available water capacity | Linear extensibility | Organic matter | Erosion factors Kw | Kf | T | Wind erodibility group | Wind erodibility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 106: | | | | | | | | | | | | |
| Littlenan---------------- | 0-3 | 20-27 | 1.20-1.35 | 0.06-0.60 | 0.10-0.13 | 0.0-2.9 | 0.5-1.0 | .20 | .37 | 3 | 4L | 86 |
| | 3-29 | 35-45 | 1.15-1.30 | 0.06-0.20 | 0.16-0.18 | 3.0-5.9 | 0.0-0.5 | .28 | .28 | | | |
| | 29-39 | --- | --- | 0.00-0.02 | --- | --- | --- | --- | --- | | | |
| Bodry-------------------- | 0-6 | 20-27 | 1.15-1.35 | 0.20-2.00 | 0.08-0.12 | 0.0-2.9 | 1.0-2.0 | .10 | .28 | 3 | 8 | 0 |
| | 6-15 | 30-40 | 1.20-1.40 | 0.06-0.60 | 0.16-0.18 | 6.0-8.9 | 0.5-1.0 | .32 | .32 | | | |
| | 15-36 | 35-60 | 1.20-1.40 | 0.06-0.20 | 0.17-0.20 | 6.0-8.9 | 0.0-0.5 | .28 | .28 | | | |
| | 36-46 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 107: | | | | | | | | | | | | |
| Rizno-------------------- | 0-3 | 3-18 | 1.30-1.55 | 2.00-6.00 | 0.10-0.12 | 0.0-2.9 | 0.5-1.0 | .28 | .32 | 1 | 3 | 86 |
| | 3-13 | 5-18 | 1.30-1.55 | 2.00-6.00 | 0.10-0.12 | 0.0-2.9 | 0.0-1.0 | .28 | .32 | | | |
| | 13-23 | --- | --- | 0.06-0.20 | --- | --- | --- | --- | --- | | | |
| Ruinpoint---------------- | 0-2 | 15-20 | 1.15-1.30 | 2.00-6.00 | 0.13-0.16 | 0.0-2.9 | 1.0-2.0 | .43 | .43 | 5 | 3 | 86 |
| | 2-13 | 20-27 | 1.10-1.25 | 0.60-2.00 | 0.16-0.18 | 3.0-5.9 | 0.0-1.0 | .43 | .43 | | | |
| | 13-23 | 20-27 | 1.10-1.25 | 0.60-2.00 | 0.16-0.18 | 3.0-5.9 | 0.0-1.0 | .43 | .43 | | | |
| | 23-60 | 20-27 | 1.10-1.25 | 0.60-2.00 | 0.16-0.18 | 3.0-5.9 | 0.0-1.0 | .43 | .43 | | | |
| Rock outcrop------------- | 0-60 | --- | --- | 0.00-0.01 | --- | --- | --- | --- | --- | - | 8 | 0 |
| 108: | | | | | | | | | | | | |
| Rock outcrop------------- | 0-60 | --- | --- | 0.00-0.01 | --- | --- | --- | --- | --- | - | 8 | 0 |
| 109: | | | | | | | | | | | | |
| Romberg------------------ | 0-2 | 15-27 | 1.25-1.35 | 0.60-2.00 | 0.06-0.09 | 0.0-2.9 | 1.0-2.0 | .10 | .28 | 5 | 8 | 0 |
| | 2-20 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.07-0.08 | 0.0-2.9 | 0.5-1.0 | .10 | .24 | | | |
| | 20-60 | 18-35 | 1.35-1.45 | 0.20-0.60 | 0.07-0.08 | 0.0-2.9 | 0.0-0.5 | .10 | .24 | | | |
| Crosscan----------------- | 0-2 | 20-35 | 1.25-1.40 | 0.60-2.00 | 0.06-0.09 | 0.0-2.9 | 1.0-2.0 | .05 | .17 | 2 | 8 | 0 |
| | 2-18 | 18-35 | 1.25-1.40 | 0.06-0.20 | 0.07-0.10 | 0.0-2.9 | 0.0-0.5 | .10 | .28 | | | |
| | 18-28 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 110: | | | | | | | | | | | | |
| Romberg------------------ | 0-2 | 15-27 | 1.25-1.35 | 0.60-2.00 | 0.06-0.09 | 0.0-2.9 | 1.0-2.0 | .10 | .28 | 5 | 8 | 0 |
| | 2-20 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.07-0.08 | 0.0-2.9 | 0.5-1.0 | .10 | .24 | | | |
| | 20-60 | 18-35 | 1.35-1.45 | 0.20-0.60 | 0.07-0.08 | 0.0-2.9 | 0.0-0.5 | .10 | .24 | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea- bility (Ksat) | Available water capacity | Linear extensi- bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi- bility group | Wind erodi- bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 110: | | | | | | | | | | | | |
| Crosscan | 0-2 | 20-35 | 1.25-1.40 | 0.60-2.00 | 0.06-0.09 | 0.0-2.9 | 1.0-2.0 | .05 | .17 | 2 | 8 | 0 |
| | 2-18 | 18-35 | 1.25-1.40 | 0.06-0.20 | 0.07-0.10 | 0.0-2.9 | 0.0-0.5 | .10 | .28 | | | |
| | 18-28 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Rock outcrop | 0-60 | --- | --- | 0.00-0.01 | --- | --- | --- | --- | --- | - | 8 | 0 |
| 111: | | | | | | | | | | | | |
| Roubideau | 0-6 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.14-0.18 | 0.0-2.9 | 1.0-2.0 | .28 | .28 | 2 | 5 | 56 |
| | 6-36 | 18-35 | 1.25-1.40 | 0.20-0.60 | 0.13-0.19 | 3.0-5.9 | 0.5-1.0 | .37 | .37 | | | |
| | 36-38 | 18-35 | 1.25-1.40 | 0.60-2.00 | 0.13-0.15 | 0.0-2.9 | 0.0-0.5 | .20 | .37 | | | |
| | 38-48 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 112: | | | | | | | | | | | | |
| Sharps | 0-9 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.13-0.16 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 3 | 5 | 56 |
| | 9-19 | 18-35 | 1.25-1.35 | 0.20-0.60 | 0.15-0.17 | 3.0-5.9 | 0.5-1.0 | .32 | .32 | | | |
| | 19-30 | 18-35 | 1.25-1.35 | 0.60-2.00 | 0.13-0.15 | 0.0-2.9 | 0.0-0.5 | .37 | .37 | | | |
| | 30-40 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 113: | | | | | | | | | | | | |
| Sharps | 0-9 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.13-0.16 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 3 | 5 | 56 |
| | 9-19 | 18-35 | 1.25-1.35 | 0.20-0.60 | 0.15-0.17 | 3.0-5.9 | 0.5-1.0 | .32 | .32 | | | |
| | 19-30 | 18-35 | 1.25-1.35 | 0.60-2.00 | 0.13-0.15 | 0.0-2.9 | 0.0-0.5 | .37 | .37 | | | |
| | 30-40 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 114: | | | | | | | | | | | | |
| Sharps, dry | 0-2 | 10-20 | 1.30-1.40 | 0.60-2.00 | 0.13-0.16 | 0.0-2.9 | 1.0-2.0 | .28 | .28 | 3 | 5 | 56 |
| | 2-12 | 18-35 | 1.25-1.35 | 0.20-0.60 | 0.15-0.17 | 3.0-5.9 | 0.5-1.0 | .32 | .32 | | | |
| | 12-27 | 18-35 | 1.25-1.35 | 0.60-2.00 | 0.13-0.15 | 0.0-2.9 | 0.5-1.0 | .37 | .37 | | | |
| | 27-32 | 27-35 | 1.35-1.45 | 0.20-0.60 | 0.13-0.15 | 3.0-5.9 | 0.0-1.0 | .20 | .20 | | | |
| | 32-42 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 115: | | | | | | | | | | | | |
| Sharps, dry | 0-2 | 10-20 | 1.30-1.40 | 0.60-2.00 | 0.13-0.16 | 0.0-2.9 | 1.0-2.0 | .28 | .28 | 3 | 5 | 56 |
| | 2-12 | 18-35 | 1.25-1.35 | 0.20-0.60 | 0.15-0.17 | 3.0-5.9 | 0.5-1.0 | .32 | .32 | | | |
| | 12-27 | 18-35 | 1.25-1.35 | 0.60-2.00 | 0.13-0.15 | 0.0-2.9 | 0.5-1.0 | .37 | .37 | | | |
| | 27-32 | 27-35 | 1.35-1.45 | 0.20-0.60 | 0.13-0.15 | 3.0-5.9 | 0.0-1.0 | .20 | .20 | | | |
| | 32-42 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Gapmesa | 0-2 | 8-15 | 1.35-1.50 | 2.00-6.00 | 0.13-0.15 | 0.0-2.9 | 1.0-2.0 | .24 | .24 | 2 | 3 | 86 |
| | 2-21 | 18-27 | 1.25-1.40 | 0.60-2.00 | 0.10-0.13 | 0.0-2.9 | 0.5-1.0 | .24 | .24 | | | |
| | 21-28 | 10-20 | 1.35-1.50 | 2.00-6.00 | 0.05-0.07 | 0.0-2.9 | 0.0-0.5 | .20 | .32 | | | |
| | 28-38 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea-bility (Ksat) | Available water capacity | Linear extensi-bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi-bility group | Wind erodi-bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 116: | | | | | | | | | | | | |
| Sharps------------------- | 0-9 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.13-0.16 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 3 | 5 | 56 |
| | 9-19 | 18-35 | 1.25-1.35 | 0.20-0.60 | 0.15-0.17 | 3.0-5.9 | 0.5-1.0 | .32 | .32 | | | |
| | 19-30 | 18-35 | 1.25-1.35 | 0.60-2.00 | 0.13-0.15 | 0.0-2.9 | 0.0-0.5 | .37 | .37 | | | |
| | 30-40 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Cahona------------------- | 0-5 | 10-20 | 1.25-1.40 | 0.60-2.00 | 0.14-0.16 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 4 | 5 | 56 |
| | 5-25 | 18-35 | 1.40-1.55 | 0.20-0.60 | 0.18-0.21 | 3.0-5.9 | 0.5-1.0 | .28 | .28 | | | |
| | 25-60 | 18-27 | 1.25-1.40 | 0.60-2.00 | 0.16-0.19 | 0.0-2.9 | 0.0-0.5 | .43 | .43 | | | |
| 117: | | | | | | | | | | | | |
| Sharps------------------- | 0-9 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.13-0.16 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 3 | 4L | 86 |
| | 9-19 | 18-35 | 1.25-1.35 | 0.20-0.60 | 0.15-0.17 | 3.0-5.9 | 0.5-1.0 | .32 | .32 | | | |
| | 19-30 | 18-35 | 1.25-1.35 | 0.60-2.00 | 0.13-0.15 | 0.0-2.9 | 0.0-0.5 | .37 | .37 | | | |
| | 30-40 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Pulpit------------------- | 0-10 | 10-27 | 1.25-1.40 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 2 | 5 | 56 |
| | 10-20 | 18-35 | 1.25-1.40 | 0.20-0.60 | 0.19-0.21 | 3.0-5.9 | 0.5-1.0 | .37 | .37 | | | |
| | 20-36 | 10-35 | 1.35-1.50 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 0.0-0.5 | .32 | .32 | | | |
| | 36-46 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 118: | | | | | | | | | | | | |
| Sharps------------------- | 0-9 | 10-27 | 1.30-1.40 | 0.60-2.00 | 0.13-0.16 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 3 | 4L | 86 |
| | 9-19 | 18-35 | 1.25-1.35 | 0.20-0.60 | 0.15-0.17 | 3.0-5.9 | 0.5-1.0 | .32 | .32 | | | |
| | 19-30 | 18-35 | 1.25-1.35 | 0.60-2.00 | 0.13-0.15 | 0.0-2.9 | 0.0-0.5 | .37 | .37 | | | |
| | 30-40 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Pulpit------------------- | 0-10 | 10-27 | 1.25-1.40 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 2 | 5 | 56 |
| | 10-20 | 18-35 | 1.25-1.40 | 0.20-0.60 | 0.19-0.21 | 3.0-5.9 | 0.5-1.0 | .37 | .37 | | | |
| | 20-36 | 10-35 | 1.35-1.50 | 0.60-2.00 | 0.16-0.18 | 0.0-2.9 | 0.0-0.5 | .32 | .32 | | | |
| | 36-46 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 119: | | | | | | | | | | | | |
| Sheek-------------------- | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 5 | 8 | 0 |
| | 1-5 | 10-20 | 1.40-1.50 | 2.00-6.00 | 0.05-0.07 | 0.0-2.9 | 2.0-4.0 | .05 | .20 | | | |
| | 5-60 | 18-35 | 1.35-1.45 | 0.20-0.60 | 0.09-0.11 | 0.0-2.9 | 1.0-2.0 | .15 | .28 | | | |
| Archuleta---------------- | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 2 | 8 | 0 |
| | 1-6 | 10-20 | 1.40-1.50 | 2.00-6.00 | 0.05-0.07 | 0.0-2.9 | 1.0-3.0 | .10 | .24 | | | |
| | 6-18 | 18-35 | 1.25-1.40 | 0.20-0.60 | 0.13-0.16 | 0.0-2.9 | 0.5-1.0 | .15 | .28 | | | |
| | 18-28 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permeability (Ksat) | Available water capacity | Linear extensibility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodibility group | Wind erodibility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 120: | | | | | | | | | | | | |
| Sheek | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 5 | 8 | 0 |
| | 1-5 | 10-20 | 1.40-1.50 | 2.00-6.00 | 0.05-0.07 | 0.0-2.9 | 2.0-4.0 | .05 | .20 | | | |
| | 5-60 | 18-35 | 1.35-1.45 | 0.20-0.60 | 0.09-0.11 | 0.0-2.9 | 1.0-2.0 | .15 | .28 | | | |
| Archuleta | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 2 | 8 | 0 |
| | 1-6 | 10-20 | 1.40-1.50 | 2.00-6.00 | 0.05-0.07 | 0.0-2.9 | 1.0-3.0 | .10 | .24 | | | |
| | 6-18 | 18-35 | 1.25-1.40 | 0.20-0.60 | 0.13-0.16 | 0.0-2.9 | 0.5-1.0 | .15 | .28 | | | |
| | 18-28 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Rock outcrop | 0-60 | --- | --- | 0.00-0.01 | --- | --- | --- | --- | --- | - | 8 | 0 |
| 121: | | | | | | | | | | | | |
| Sheek | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 5 | 8 | 0 |
| | 1-5 | 10-20 | 1.40-1.50 | 2.00-6.00 | 0.05-0.07 | 0.0-2.9 | 2.0-4.0 | .05 | .20 | | | |
| | 5-60 | 18-35 | 1.35-1.45 | 0.20-0.60 | 0.09-0.11 | 0.0-2.9 | 1.0-2.0 | .15 | .28 | | | |
| Archuleta | 0-1 | --- | --- | --- | --- | --- | --- | --- | --- | 2 | 8 | 0 |
| | 1-6 | 10-20 | 1.40-1.50 | 2.00-6.00 | 0.05-0.07 | 0.0-2.9 | 1.0-3.0 | .10 | .24 | | | |
| | 6-18 | 18-35 | 1.25-1.40 | 0.20-0.60 | 0.13-0.16 | 0.0-2.9 | 0.5-1.0 | .15 | .28 | | | |
| | 18-28 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Rock outcrop | 0-60 | --- | --- | 0.00-0.01 | --- | --- | --- | --- | --- | - | 8 | 0 |
| 122: | | | | | | | | | | | | |
| Sheppard | 0-7 | 3-10 | 1.50-1.60 | 6.00-20.00 | 0.05-0.07 | 0.0-2.9 | 0.0-0.5 | .24 | .24 | 5 | 1 | 250 |
| | 7-60 | 3-10 | 1.50-1.60 | 6.00-20.00 | 0.06-0.08 | 0.0-2.9 | 0.0-0.5 | .28 | .28 | | | |
| 123: | | | | | | | | | | | | |
| Sideshow | 0-3 | 27-40 | 1.15-1.30 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 1.0-2.0 | .28 | .28 | 5 | 4L | 86 |
| | 3-60 | 35-60 | 1.20-1.40 | 0.06-0.20 | 0.16-0.21 | 6.0-8.9 | 0.0-1.0 | .24 | .24 | | | |
| 124: | | | | | | | | | | | | |
| Sideshow | 0-3 | 27-40 | 1.15-1.30 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 1.0-2.0 | .28 | .28 | 5 | 4L | 86 |
| | 3-60 | 35-60 | 1.20-1.40 | 0.06-0.20 | 0.16-0.21 | 6.0-8.9 | 0.0-1.0 | .24 | .24 | | | |
| 125: | | | | | | | | | | | | |
| Sideshow | 0-3 | 27-40 | 1.15-1.30 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 1.0-2.0 | .28 | .28 | 5 | 4L | 86 |
| | 3-60 | 35-60 | 1.20-1.40 | 0.06-0.20 | 0.16-0.21 | 6.0-8.9 | 0.0-1.0 | .24 | .24 | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permeability (Ksat) | Available water capacity | Linear extensibility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodibility group | Wind erodibility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 126: | | | | | | | | | | | | |
| Sideshow | 0-3 | 27-40 | 1.15-1.30 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 1.0-2.0 | .28 | .28 | 5 | 4L | 86 |
| | 3-60 | 35-60 | 1.20-1.40 | 0.06-0.20 | 0.16-0.21 | 6.0-8.9 | 0.0-1.0 | .24 | .24 | | | |
| Zigzag | 0-1 | 27-40 | 1.30-1.35 | 0.20-0.60 | 0.08-0.10 | 0.0-2.9 | 0.0-1.0 | .10 | .24 | 2 | 8 | 0 |
| | 1-5 | 27-40 | 1.30-1.40 | 0.06-0.60 | 0.16-0.19 | 3.0-5.9 | 0.0-1.0 | .24 | .24 | | | |
| | 5-19 | 35-55 | 1.30-1.40 | 0.06-0.20 | 0.15-0.19 | 6.0-8.9 | 0.0-0.5 | .28 | .28 | | | |
| | 19-29 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 127: | | | | | | | | | | | | |
| Sideslide | 0-3 | 27-40 | 1.15-1.25 | 0.20-0.60 | 0.17-0.20 | 3.0-5.9 | 3.0-5.0 | .20 | .20 | 5 | 4L | 86 |
| | 3-40 | 27-35 | 1.15-1.25 | 0.20-0.60 | 0.17-0.21 | 3.0-5.9 | 1.0-3.0 | .20 | .20 | | | |
| | 40-60 | 27-50 | 1.15-1.40 | 0.06-0.60 | 0.14-0.21 | 6.0-8.9 | 0.0-1.0 | .20 | .20 | | | |
| 128: | | | | | | | | | | | | |
| Stephouse | 0-1 | 8-18 | 1.35-1.50 | 0.60-6.00 | 0.09-0.11 | 0.0-2.9 | 0.5-1.0 | .15 | .28 | 1 | 3 | 86 |
| | 1-12 | 8-18 | 1.25-1.50 | 2.00-6.00 | 0.07-0.09 | 0.0-2.9 | 0.0-0.5 | .15 | .37 | | | |
| | 12-22 | --- | --- | 0.00-0.06 | --- | --- | --- | --- | --- | | | |
| Rock outcrop | 0-60 | --- | --- | 0.00-0.01 | --- | --- | --- | --- | --- | - | 8 | 0 |
| 129: | | | | | | | | | | | | |
| Torriorthents | 0-4 | 10-20 | 1.35-1.45 | 2.00-6.00 | 0.04-0.06 | 0.0-2.9 | 0.5-1.0 | .05 | .28 | 3 | 8 | 0 |
| | 4-14 | 27-35 | 1.15-1.25 | 0.20-0.60 | 0.07-0.08 | 0.0-2.9 | 0.0-0.5 | .15 | .37 | | | |
| | 14-24 | --- | --- | 0.00-2.00 | --- | --- | --- | --- | --- | | | |
| 130: | | | | | | | | | | | | |
| Torriorthents | 0-4 | 27-40 | 1.15-1.30 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 1.0-2.0 | .28 | .28 | 3 | 8 | 0 |
| | 4-14 | 27-60 | 1.20-1.40 | 0.06-0.20 | 0.16-0.21 | 6.0-8.9 | 0.0-1.0 | .24 | .24 | | | |
| | 14-24 | --- | --- | 0.00-2.00 | --- | --- | --- | --- | --- | | | |
| Badland | 0-60 | --- | --- | 0.00-0.03 | --- | --- | --- | --- | --- | - | 8 | 0 |
| 131: | | | | | | | | | | | | |
| Tragmon | 0-5 | 10-20 | 1.20-1.30 | 0.60-6.00 | 0.09-0.12 | 0.0-2.9 | 2.0-4.0 | .20 | .20 | 5 | 3 | 86 |
| | 5-11 | 18-27 | 1.25-1.40 | 0.60-2.00 | 0.14-0.16 | 0.0-2.9 | 2.0-4.0 | .24 | .24 | | | |
| | 11-40 | 18-35 | 1.25-1.40 | 0.60-2.00 | 0.14-0.16 | 0.0-2.9 | 1.0-2.0 | .28 | .28 | | | |
| | 40-60 | 18-35 | 1.30-1.40 | 0.60-2.00 | 0.12-0.14 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea-bility (Ksat) | Available water capacity | Linear extensi-bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi-bility group | Wind erodi-bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 131: | | | | | | | | | | | | |
| Sheek | 0-4 | 10-25 | 1.25-1.40 | 0.60-6.00 | 0.10-0.13 | 0.0-2.9 | 2.0-4.0 | .15 | .24 | 5 | 5 | 56 |
| | 4-16 | 27-35 | 1.35-1.45 | 0.20-0.60 | 0.09-0.11 | 0.0-2.9 | 1.0-2.0 | .05 | .20 | | | |
| | 16-42 | 27-35 | 1.25-1.40 | 0.20-0.60 | 0.09-0.11 | 0.0-2.9 | 1.0-2.0 | .05 | .20 | | | |
| | 42-60 | 27-35 | 1.25-1.40 | 0.20-0.60 | 0.10-0.11 | 0.0-2.9 | 0.5-1.0 | .10 | .24 | | | |
| 132: | | | | | | | | | | | | |
| Typic Argiaquolls | 0-4 | 15-27 | 1.25-1.40 | 0.60-6.00 | 0.14-0.18 | 0.0-2.9 | 2.0-5.0 | .20 | .20 | 5 | 6 | 48 |
| | 4-10 | 20-35 | 1.15-1.40 | 0.20-2.00 | 0.14-0.21 | 3.0-5.9 | 2.0-5.0 | .20 | .20 | | | |
| | 10-24 | 27-35 | 1.15-1.40 | 0.06-0.60 | 0.17-0.21 | 3.0-5.9 | 2.0-4.0 | .24 | .24 | | | |
| | 24-60 | 15-35 | 1.40-1.55 | 0.06-6.00 | 0.14-0.18 | 0.0-2.9 | 1.0-2.0 | .28 | .28 | | | |
| 133: | | | | | | | | | | | | |
| Typic Torriorthents | 0-3 | 10-20 | 1.35-1.45 | 2.00-6.00 | 0.04-0.06 | 0.0-2.9 | 0.5-1.0 | .05 | .28 | 3 | 8 | 0 |
| | 3-16 | 10-35 | 1.15-1.25 | 0.20-0.60 | 0.07-0.09 | 0.0-2.9 | 0.0-0.5 | .15 | .37 | | | |
| | 16-26 | --- | --- | 0.00-2.00 | --- | 0.0-5.9 | --- | --- | --- | | | |
| Rock outcrop | 0-60 | --- | --- | 0.00-0.01 | --- | --- | --- | --- | --- | - | 8 | 0 |
| 134: | | | | | | | | | | | | |
| Umbarg | 0-2 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.15-0.18 | 0.0-2.9 | 2.0-5.0 | .20 | .20 | 4 | 4L | 86 |
| | 2-5 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.17-0.20 | 0.0-2.9 | 2.0-5.0 | .15 | .15 | | | |
| | 5-12 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.17-0.20 | 0.0-2.9 | 2.0-5.0 | .15 | .15 | | | |
| | 12-42 | 18-27 | 1.30-1.40 | 0.60-2.00 | 0.15-0.18 | 0.0-2.9 | 1.0-3.0 | .28 | .28 | | | |
| | 42-60 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.08-0.11 | 0.0-2.9 | 1.0-3.0 | .10 | .28 | | | |
| Winner | 0-4 | 27-35 | 1.15-1.25 | 0.20-0.60 | 0.18-0.20 | 0.0-2.9 | 2.0-4.0 | .17 | .17 | 4 | 8 | 0 |
| | 4-31 | 27-35 | 1.15-1.25 | 0.20-0.60 | 0.18-0.20 | 0.0-2.9 | 2.0-4.0 | .17 | .17 | | | |
| | 31-60 | 20-35 | 1.25-1.35 | 0.60-2.00 | 0.07-0.10 | 0.0-2.9 | 0.5-2.0 | .05 | .20 | | | |
| Tesajo | 0-3 | 10-18 | 1.40-1.50 | 2.00-6.00 | 0.08-0.11 | 0.0-2.9 | 2.0-4.0 | .10 | .20 | 5 | 3 | 86 |
| | 3-36 | 10-18 | 1.45-1.55 | 6.00-20.00 | 0.04-0.06 | 0.0-2.9 | 1.0-3.0 | .05 | .20 | | | |
| | 36-60 | 10-18 | 1.40-1.50 | 2.00-6.00 | 0.04-0.06 | 0.0-2.9 | 1.0-3.0 | .05 | .24 | | | |
| 135: | | | | | | | | | | | | |
| Ustic Torrifluvents | 0-3 | 0-15 | 1.50-1.60 | 6.00-20.00 | 0.05-0.06 | 0.0-2.9 | 0.0-0.5 | .24 | .24 | 3 | 2 | 134 |
| | 3-11 | 0-20 | 1.50-1.50 | 2.00-6.00 | 0.13-0.15 | 0.0-2.9 | 0.0-0.5 | .32 | .32 | | | |
| | 11-60 | 0-20 | 1.45-1.55 | 2.00-6.00 | 0.04-0.08 | 0.0-2.9 | 0.0-0.5 | .10 | .28 | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea- bility (Ksat) | Available water capacity | Linear extensi- bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi- bility group | Wind erodi- bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 136: | | | | | | | | | | | | |
| Ustic Torriorthents | 0-7 | 18-35 | 1.25-1.40 | 0.20-6.00 | 0.10-0.20 | 0.0-5.9 | 0.5-1.0 | .32 | .32 | 3 | 4L | 86 |
| | 7-60 | 18-35 | 1.25-1.40 | 0.20-2.00 | 0.06-0.18 | 3.0-5.9 | 0.0-0.5 | .28 | .28 | | | |
| Gullied land | 0-60 | --- | --- | --- | --- | --- | --- | --- | --- | - | 8 | 0 |
| 137: | | | | | | | | | | | | |
| Ustorthents | 0-3 | 8-20 | 1.25-1.45 | 0.60-6.00 | 0.07-0.09 | 0.0-2.9 | 0.5-1.0 | .15 | .37 | 3 | 8 | 0 |
| | 3-14 | 8-20 | 1.25-1.45 | 0.60-6.00 | 0.07-0.09 | 0.0-2.9 | 0.0-0.5 | .15 | .37 | | | |
| | 14-60 | 8-35 | 1.15-1.25 | 0.20-0.60 | 0.07-0.11 | 0.0-2.9 | 0.0-0.5 | .32 | .37 | | | |
| 138: | | | | | | | | | | | | |
| Uzacol | 0-5 | 27-35 | 1.35-1.40 | 0.20-0.60 | 0.17-0.21 | 3.0-5.9 | 1.0-2.0 | .20 | .20 | 2 | 4L | 48 |
| | 5-45 | 35-60 | 1.30-1.40 | 0.06-0.20 | 0.15-0.17 | 6.0-8.9 | 0.0-0.5 | .24 | .24 | | | |
| | 45-59 | 35-55 | 1.35-1.40 | 0.06-0.20 | 0.15-0.19 | 6.0-8.9 | 0.0-0.5 | .28 | .28 | | | |
| | 59-69 | --- | --- | 0.06-0.20 | --- | --- | --- | --- | --- | | | |
| Zwicker | 0-1 | 27-40 | 1.30-1.40 | 0.20-0.60 | 0.13-0.16 | 3.0-5.9 | 1.0-2.0 | .10 | .20 | 3 | 4L | 86 |
| | 1-4 | 27-40 | 1.30-1.40 | 0.20-0.60 | 0.16-0.20 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| | 4-32 | 35-60 | 1.35-1.40 | 0.06-0.20 | 0.14-0.19 | 6.0-8.9 | 0.0-0.5 | .20 | .20 | | | |
| | 32-42 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Claysprings | 0-3 | 27-35 | 1.25-1.40 | 0.20-0.60 | 0.10-0.12 | 0.0-2.9 | 0.0-0.5 | .10 | .28 | 2 | 8 | 0 |
| | 3-18 | 35-60 | 1.20-1.35 | 0.06-0.20 | 0.16-0.18 | 6.0-8.9 | 0.0-0.5 | .28 | .28 | | | |
| | 18-28 | --- | --- | 0.00-0.02 | --- | --- | --- | --- | --- | | | |
| 139: | | | | | | | | | | | | |
| Water | 0-60 | --- | --- | --- | --- | --- | --- | --- | --- | - | --- | --- |
| 140: | | | | | | | | | | | | |
| Wauquie | 0-2 | 15-27 | 1.25-1.35 | 2.00-6.00 | 0.07-0.09 | 0.0-2.9 | 1.0-2.0 | .10 | .28 | 5 | 8 | 0 |
| | 2-20 | 15-27 | 1.30-1.45 | 0.60-2.00 | 0.05-0.09 | 0.0-2.9 | 0.5-1.0 | .10 | .28 | | | |
| | 20-60 | 20-27 | 1.25-1.40 | 0.60-2.00 | 0.07-0.09 | 0.0-2.9 | 0.0-0.5 | .15 | .43 | | | |
| 141: | | | | | | | | | | | | |
| Wauquie | 0-2 | 10-20 | 1.35-1.50 | 2.00-6.00 | 0.10-0.11 | 0.0-2.9 | 1.0-2.0 | .15 | .24 | 5 | 3 | 86 |
| | 2-6 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.07-0.09 | 0.0-2.9 | 0.5-1.0 | .15 | .37 | | | |
| | 6-22 | 18-35 | 1.30-1.40 | 0.60-2.00 | 0.07-0.09 | 0.0-2.9 | 0.5-1.0 | .15 | .24 | | | |
| | 22-60 | 20-35 | 1.25-1.40 | 0.60-2.00 | 0.07-0.11 | 0.0-2.9 | 0.0-1.0 | .15 | .24 | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea-bility (Ksat) | Available water capacity | Linear extensi-bility | Organic matter | Erosion factors Kw | Erosion factors Kf | Erosion factors T | Wind erodi-bility group | Wind erodi-bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 141: | | | | | | | | | | | | |
| Dolcan------------------- | 0-2 | 8-20 | 1.25-1.35 | 0.60-2.00 | 0.03-0.07 | 0.0-2.9 | 1.0-2.0 | .05 | .28 | 2 | 8 | 0 |
| | 2-11 | 20-35 | 1.25-1.40 | 0.20-0.60 | 0.16-0.19 | 0.0-2.9 | 0.0-1.0 | .15 | .24 | | | |
| | 11-21 | --- | --- | 0.00-0.02 | --- | --- | --- | --- | --- | | | |
| 142: | | | | | | | | | | | | |
| Wauquie------------------ | 0-2 | 10-20 | 1.35-1.50 | 2.00-6.00 | 0.10-0.11 | 0.0-2.9 | 1.0-2.0 | .15 | .24 | 5 | 3 | 86 |
| | 2-6 | 15-27 | 1.30-1.40 | 0.60-2.00 | 0.07-0.09 | 0.0-2.9 | 0.5-1.0 | .15 | .37 | | | |
| | 6-22 | 18-35 | 1.30-1.40 | 0.60-2.00 | 0.07-0.09 | 0.0-2.9 | 0.5-1.0 | .15 | .24 | | | |
| | 22-60 | 20-35 | 1.25-1.40 | 0.60-2.00 | 0.07-0.11 | 0.0-2.9 | 0.0-1.0 | .15 | .24 | | | |
| Dolcan------------------- | 0-2 | 8-20 | 1.25-1.35 | 0.60-2.00 | 0.03-0.07 | 0.0-2.9 | 1.0-2.0 | .05 | .28 | 2 | 8 | 0 |
| | 2-11 | 20-35 | 1.25-1.40 | 0.20-0.60 | 0.16-0.19 | 0.0-2.9 | 0.0-1.0 | .15 | .24 | | | |
| | 11-21 | --- | --- | 0.00-0.02 | --- | --- | --- | --- | --- | | | |
| Rock outcrop------------- | 0-60 | --- | --- | 0.00-0.01 | --- | --- | --- | --- | --- | - | 8 | 0 |
| 143: | | | | | | | | | | | | |
| Wetherill---------------- | 0-3 | 10-27 | 1.25-1.40 | 0.60-2.00 | 0.15-0.18 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 5 | 5 | 56 |
| | 3-7 | 18-35 | 1.25-1.50 | 0.20-0.60 | 0.14-0.16 | 3.0-5.9 | 0.5-1.0 | .37 | .37 | | | |
| | 7-48 | 18-35 | 1.40-1.55 | 0.20-0.60 | 0.18-0.21 | 3.0-5.9 | 0.5-1.0 | .37 | .37 | | | |
| | 48-60 | 18-25 | 1.25-1.40 | 0.60-2.00 | 0.11-0.15 | 0.0-2.9 | 0.0-0.5 | .37 | .37 | | | |
| 144: | | | | | | | | | | | | |
| Wetherill---------------- | 0-3 | 10-27 | 1.25-1.40 | 0.60-2.00 | 0.15-0.18 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 5 | 5 | 56 |
| | 3-7 | 18-35 | 1.25-1.50 | 0.20-0.60 | 0.14-0.16 | 3.0-5.9 | 0.5-1.0 | .37 | .37 | | | |
| | 7-48 | 18-35 | 1.40-1.55 | 0.20-0.60 | 0.18-0.21 | 3.0-5.9 | 0.5-1.0 | .37 | .37 | | | |
| | 48-60 | 18-25 | 1.25-1.40 | 0.60-2.00 | 0.11-0.15 | 0.0-2.9 | 0.0-0.5 | .37 | .37 | | | |
| 145: | | | | | | | | | | | | |
| Wetherill---------------- | 0-3 | 10-27 | 1.25-1.40 | 0.60-2.00 | 0.15-0.18 | 0.0-2.9 | 0.5-2.0 | .37 | .37 | 5 | 5 | 56 |
| | 3-7 | 18-35 | 1.25-1.50 | 0.20-0.60 | 0.14-0.16 | 3.0-5.9 | 0.5-1.0 | .37 | .37 | | | |
| | 7-48 | 18-35 | 1.40-1.55 | 0.20-0.60 | 0.18-0.21 | 3.0-5.9 | 0.5-1.0 | .37 | .37 | | | |
| | 48-60 | 18-25 | 1.25-1.40 | 0.60-2.00 | 0.11-0.15 | 0.0-2.9 | 0.0-0.5 | .37 | .37 | | | |

Table 15.--Physical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Clay | Moist bulk density | Permea- bility (Ksat) | Available water capacity | Linear extensi- bility | Organic matter | Erosion factors Kw | Kf | T | Wind erodi- bility group | Wind erodi- bility index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | g/cc | In/hr | In/in | Pct | Pct | | | | | |
| 146: | | | | | | | | | | | | |
| Yarts-------------------- | 0-9 | 27-35 | 1.25-1.35 | 0.20-0.60 | 0.18-0.20 | 0.0-2.9 | 0.5-1.0 | .24 | .24 | 5 | 4L | 86 |
| | 9-13 | 8-18 | 1.35-1.45 | 2.00-6.00 | 0.11-0.14 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| | 13-60 | 8-18 | 1.35-1.45 | 2.00-6.00 | 0.11-0.12 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| 147: | | | | | | | | | | | | |
| Yarts-------------------- | 0-9 | 8-18 | 1.35-1.45 | 2.00-6.00 | 0.13-0.15 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | 5 | 3 | 86 |
| | 9-13 | 8-18 | 1.35-1.45 | 2.00-6.00 | 0.11-0.14 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| | 13-60 | 8-18 | 1.35-1.45 | 2.00-6.00 | 0.11-0.12 | 0.0-2.9 | 0.5-1.0 | .28 | .28 | | | |
| 148: | | | | | | | | | | | | |
| Zau---------------------- | 0-2 | --- | --- | --- | --- | --- | --- | --- | --- | 3 | 6 | 48 |
| | 2-10 | 15-27 | 1.35-1.40 | 0.60-2.00 | 0.10-0.13 | 0.0-2.9 | 2.0-3.0 | .15 | .28 | | | |
| | 10-29 | 35-45 | 1.35-1.45 | 0.06-0.20 | 0.15-0.17 | 3.0-5.9 | 1.0-2.0 | .20 | .20 | | | |
| | 29-34 | 27-35 | 1.25-1.40 | 0.20-0.60 | 0.14-0.18 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| | 34-44 | --- | --- | 0.06-2.00 | --- | --- | --- | --- | --- | | | |
| 149: | | | | | | | | | | | | |
| Zigzag------------------- | 0-1 | 27-40 | 1.30-1.35 | 0.20-0.60 | 0.08-0.10 | 0.0-2.9 | 0.0-1.0 | .10 | .24 | 2 | 8 | 0 |
| | 1-5 | 27-40 | 1.30-1.40 | 0.06-0.60 | 0.16-0.19 | 3.0-5.9 | 0.0-1.0 | .24 | .24 | | | |
| | 5-19 | 35-55 | 1.30-1.40 | 0.06-0.20 | 0.15-0.19 | 6.0-8.9 | 0.0-0.5 | .28 | .28 | | | |
| | 19-29 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 150: | | | | | | | | | | | | |
| Zigzag------------------- | 0-1 | 27-40 | 1.30-1.35 | 0.20-0.60 | 0.08-0.10 | 0.0-2.9 | 0.0-1.0 | .10 | .24 | 2 | 8 | 0 |
| | 1-5 | 27-40 | 1.30-1.40 | 0.06-0.60 | 0.16-0.19 | 3.0-5.9 | 0.0-1.0 | .24 | .24 | | | |
| | 5-19 | 35-55 | 1.30-1.40 | 0.06-0.20 | 0.15-0.19 | 6.0-8.9 | 0.0-0.5 | .28 | .28 | | | |
| | 19-29 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| Sideshow----------------- | 0-3 | 27-40 | 1.15-1.30 | 0.20-0.60 | 0.18-0.20 | 3.0-5.9 | 1.0-2.0 | .28 | .28 | 5 | 4L | 86 |
| | 3-60 | 35-60 | 1.20-1.40 | 0.06-0.20 | 0.16-0.21 | 6.0-8.9 | 0.0-1.0 | .24 | .24 | | | |
| 151: | | | | | | | | | | | | |
| Zyme--------------------- | 0-2 | 27-40 | 1.30-1.35 | 0.20-0.60 | 0.12-0.14 | 3.0-5.9 | 1.0-2.0 | .10 | .20 | 2 | 4L | 86 |
| | 2-12 | 35-45 | 1.30-1.40 | 0.06-0.20 | 0.15-0.17 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| | 12-22 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |
| 152: | | | | | | | | | | | | |
| Zyme--------------------- | 0-2 | 27-40 | 1.30-1.35 | 0.20-0.60 | 0.08-0.10 | 0.0-2.9 | 1.0-2.0 | .05 | .20 | 2 | 8 | 0 |
| | 2-12 | 35-45 | 1.30-1.40 | 0.06-0.20 | 0.15-0.17 | 3.0-5.9 | 0.5-1.0 | .24 | .24 | | | |
| | 12-22 | --- | --- | 0.00-0.20 | --- | --- | --- | --- | --- | | | |

Table 16.--Chemical Properties of the Soils

(Absence of an entry indicates that data were not estimated.)

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 1: | | | | | | | |
| Ackmen | 0-6 | 10-25 | 7.4-7.8 | 0-5 | 0 | 0.0-2.0 | 0-1 |
| | 6-60 | 10-25 | 6.6-7.8 | 0-5 | 0 | 0.0-2.0 | 0 |
| 2: | | | | | | | |
| Ackmen | 0-6 | 10-25 | 7.4-7.8 | 0-5 | 0 | 0.0-2.0 | 0-1 |
| | 6-60 | 10-25 | 6.6-7.8 | 0-5 | 0 | 0.0-2.0 | 0 |
| 3: | | | | | | | |
| Arabrab | 0-4 | 3.0-15 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 4-13 | 10-25 | 6.6-8.4 | 0-2 | 0 | 0 | 0 |
| | 13-16 | 10-25 | 6.6-8.4 | 1-5 | 0 | 0.0-2.0 | 0 |
| | 16-26 | --- | --- | --- | --- | --- | --- |
| 4: | | | | | | | |
| Arabrab | 0-4 | 3.0-15 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 4-13 | 10-25 | 6.6-8.4 | 0-2 | 0 | 0 | 0 |
| | 13-16 | 10-25 | 6.6-8.4 | 1-5 | 0 | 0.0-2.0 | 0 |
| | 16-26 | --- | --- | --- | --- | --- | --- |
| Longburn | 0-1 | 5.0-15 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 1-4 | 5.0-15 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 4-17 | 10-25 | 7.4-7.8 | 0-5 | 0 | 0 | 0 |
| | 17-27 | --- | --- | --- | --- | --- | --- |
| 5: | | | | | | | |
| Archuleta | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-5 | 5.0-20 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 5-13 | 5.0-20 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 13-17 | --- | --- | --- | --- | --- | --- |
| Sanchez | 0-5 | 10-20 | 5.6-7.3 | 0 | 0 | 0.0-1.0 | 0-2 |
| | 5-11 | 10-25 | 5.6-7.3 | 0 | 0 | 0.0-1.0 | 0-2 |
| | 11-15 | 10-20 | 5.6-7.3 | 0 | 0 | 0.0-1.0 | 0-2 |
| | 15-19 | --- | --- | --- | --- | --- | --- |
| 6: | | | | | | | |
| Argiustolls | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-4 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 4-13 | 10-30 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 13-20 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 20-50 | 15-50 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 50-60 | 15-35 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| Haplustalfs | 0-5 | 5.0-20 | 6.1-7.4 | 0 | 0 | 0 | 0 |
| | 5-10 | 10-25 | 6.1-7.4 | 0 | 0 | 0 | 0 |
| | 10-41 | 10-30 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 41-60 | 10-35 | 6.1-7.8 | 0 | 0 | 0 | 0 |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 7: | | | | | | | |
| Argiustolls | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-4 | 10-25 | 6.1-7.4 | 0 | 0 | 0 | 0 |
| | 4-13 | 10-30 | 6.1-7.4 | 0 | 0 | 0 | 0 |
| | 13-20 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 20-50 | 15-50 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 50-60 | 15-35 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| Haplustalfs | 0-5 | 5.0-20 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 5-10 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 10-41 | 10-30 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 41-60 | 10-35 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| Rock outcrop | 0-60 | --- | --- | --- | --- | --- | --- |
| 8: | | | | | | | |
| Barx | 0-3 | 5.0-15 | 6.6-8.4 | 0-2 | 0 | 0 | 0 |
| | 3-31 | 10-15 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 31-60 | 5.0-15 | 7.9-9.0 | 15-30 | 0 | 0 | 0-5 |
| 9: | | | | | | | |
| Barx | 0-3 | 5.0-15 | 6.6-8.4 | 0-2 | 0 | 0 | 0 |
| | 3-31 | 10-15 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 31-60 | 5.0-15 | 7.9-9.0 | 15-30 | 0 | 0 | 0-5 |
| 10: | | | | | | | |
| Barx | 0-3 | 5.0-10 | 7.4-8.4 | 0 | 0 | 0 | 0-5 |
| | 3-9 | 5.0-10 | 7.4-8.4 | 0 | 0 | 0 | 0-5 |
| | 9-23 | 10-20 | 7.4-8.4 | 0-3 | 0 | 0 | 0-5 |
| | 23-36 | 10-20 | 7.9-8.4 | 3-15 | 0 | 0.0-2.0 | 0-5 |
| | 36-55 | 5.0-15 | 7.9-9.0 | 15-40 | 0 | 0.0-2.0 | 0-5 |
| | 55-60 | 5.0-15 | 7.9-9.0 | 15-40 | 0 | 0.0-2.0 | 0-5 |
| 11: | | | | | | | |
| Barx | 0-3 | 5.0-15 | 6.6-8.4 | 0-2 | 0 | 0 | 0 |
| | 3-31 | 10-15 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 31-60 | 5.0-15 | 7.9-9.0 | 15-30 | 0 | 0 | 0-5 |
| Gapmesa | 0-2 | 5.0-15 | 6.6-7.3 | 0-3 | 0 | 0 | 0 |
| | 2-21 | 10-20 | 7.4-8.4 | 0-5 | 0 | 0 | 0 |
| | 21-28 | 5.0-20 | 7.4-8.4 | 5-10 | 0 | 0.0-2.0 | 0 |
| | 28-38 | --- | --- | --- | --- | --- | --- |
| 12: | | | | | | | |
| Battlerock | 0-10 | 10-20 | 7.4-8.4 | 0-5 | 0 | 0.0-4.0 | 0 |
| | 10-60 | 5.0-20 | 7.4-8.4 | 4-15 | 0 | 0.0-4.0 | 0 |
| 13: | | | | | | | |
| Beje | 0-2 | 10-25 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 2-14 | 10-20 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 14-24 | --- | --- | --- | --- | --- | --- |
| Tragmon | 0-5 | 10-20 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 5-11 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 11-40 | 10-25 | 6.6-8.4 | 0 | 0 | 0 | 0 |
| | 40-60 | 10-25 | 6.6-8.4 | 0-1 | 0 | 0 | 0 |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 14: | | | | | | | |
| Burnson | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-4 | 10-25 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 4-8 | 20-35 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 8-44 | 20-40 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 44-54 | --- | --- | --- | --- | --- | --- |
| 15: | | | | | | | |
| Burnson, dry | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-4 | 10-25 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 4-8 | 20-35 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 8-44 | 20-40 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 44-54 | --- | --- | --- | --- | --- | --- |
| 16: | | | | | | | |
| Burnson | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-4 | 10-25 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 4-8 | 20-35 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 8-44 | 20-40 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 44-54 | --- | --- | --- | --- | --- | --- |
| Herm | 0-6 | 15-25 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 6-13 | 20-35 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 13-45 | 20-40 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 45-60 | 20-30 | 6.6-7.8 | 0-5 | 0 | 0 | 0 |
| 17: | | | | | | | |
| Cahona | 0-5 | 5.0-15 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 5-25 | 10-20 | 7.4-8.4 | 1-10 | 0 | 0 | 0 |
| | 25-60 | 5.0-15 | 7.4-9.0 | 15-50 | 0 | 0.0-2.0 | 0-4 |
| 18: | | | | | | | |
| Cahona | 0-5 | 5.0-15 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 5-25 | 10-20 | 7.4-8.4 | 1-10 | 0 | 0 | 0 |
| | 25-60 | 5.0-15 | 7.4-9.0 | 15-50 | 0 | 0.0-2.0 | 0-4 |
| 19: | | | | | | | |
| Cahona | 0-5 | 5.0-15 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 5-25 | 10-20 | 7.4-8.4 | 1-10 | 0 | 0 | 0 |
| | 25-60 | 5.0-15 | 7.4-9.0 | 15-50 | 0 | 0.0-2.0 | 0-4 |
| 20: | | | | | | | |
| Cahona | 0-5 | 5.0-15 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 5-25 | 10-20 | 7.4-8.4 | 1-10 | 0 | 0 | 0 |
| | 25-60 | 5.0-15 | 7.4-9.0 | 15-50 | 0 | 0.0-2.0 | 0-4 |
| Pulpit | 0-10 | 5.0-20 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 10-20 | 10-25 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 20-36 | 5.0-20 | 7.4-8.4 | 5-10 | 0 | 0.0-2.0 | 0 |
| | 36-46 | --- | --- | --- | --- | --- | --- |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 21: | | | | | | | |
| Cahona------------------- | 0-5 | 5.0-15 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 5-25 | 10-20 | 7.4-8.4 | 1-10 | 0 | 0 | 0 |
| | 25-60 | 5.0-15 | 7.4-9.0 | 15-50 | 0 | 0.0-2.0 | 0-4 |
| Sharps------------------- | 0-9 | 5.0-15 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 9-19 | 10-20 | 6.6-8.4 | 5-10 | 0 | 0 | 0 |
| | 19-30 | 10-20 | 7.9-8.4 | 10-15 | 0 | 0.0-2.0 | 0 |
| | 30-40 | --- | --- | --- | --- | --- | --- |
| Wetherill---------------- | 0-3 | 5.0-20 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 3-7 | 10-25 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 7-48 | 5.0-20 | 7.4-8.4 | 1-10 | 0 | 0 | 0 |
| | 48-60 | 5.0-15 | 7.9-8.4 | 5-30 | 0 | 0.0-2.0 | 0-4 |
| 22: | | | | | | | |
| Clayssprings-------------- | 0-3 | 10-35 | 7.9-9.2 | 1-15 | 0-5 | 0.0-4.0 | 0-10 |
| | 3-18 | 20-40 | 7.9-9.2 | 1-15 | 0-10 | 0.0-4.0 | 0-20 |
| | 18-28 | --- | --- | --- | --- | --- | --- |
| 23: | | | | | | | |
| Collide------------------ | 0-10 | 20-35 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 10-29 | 20-40 | 7.4-8.4 | 0 | 0 | 0 | 0 |
| | 29-60 | 20-40 | 7.4-8.4 | 1-15 | 0 | 0 | 0 |
| 24: | | | | | | | |
| Collide------------------ | 0-10 | 20-35 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 10-29 | 20-40 | 7.4-8.4 | 0 | 0 | 0 | 0 |
| | 29-60 | 20-40 | 7.4-8.4 | 1-15 | 0 | 0 | 0 |
| 25: | | | | | | | |
| Collide------------------ | 0-10 | 20-35 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 10-29 | 20-40 | 7.4-8.4 | 0 | 0 | 0 | 0 |
| | 29-60 | 20-40 | 7.4-8.4 | 1-15 | 0 | 0 | 0 |
| Collide, cobbly | 0-2 | 15-30 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| Substratum-------------- | 2-8 | 20-35 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 8-45 | 20-40 | 7.4-8.4 | 0-5 | 0 | 0.0-2.0 | 0 |
| | 45-60 | 5.0-20 | 7.9-8.4 | 1-10 | 0 | 0.0-2.0 | 0 |
| 26: | | | | | | | |
| Collide------------------ | 0-10 | 20-35 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 10-29 | 20-40 | 7.4-8.4 | 0 | 0 | 0 | 0 |
| | 29-60 | 20-40 | 7.4-8.4 | 1-15 | 0 | 0 | 0 |
| Collide, cobbly | 0-2 | 15-30 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| Substratum-------------- | 2-8 | 20-35 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 8-45 | 20-40 | 7.4-8.4 | 0-5 | 0 | 0.0-2.0 | 0 |
| | 45-60 | 5.0-20 | 7.9-8.4 | 1-10 | 0 | 0.0-2.0 | 0 |
| 27: | | | | | | | |
| Dalmatian---------------- | 0-39 | 10-25 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 39-49 | 10-20 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 49-60 | 5.0-15 | 6.6-7.3 | 0 | 0 | 0 | 0 |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 27: | | | | | | | |
| Apmay | 0-4 | 15-30 | 5.6-7.3 | 0 | 0 | 0 | 0 |
| | 4-18 | 20-35 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 18-22 | 10-15 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 22-60 | 10-15 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| Schrader | 0-13 | 15-30 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 13-17 | 10-20 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 17-24 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 24-60 | 5.0-20 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| 28: | | | | | | | |
| Dam | --- | --- | --- | --- | --- | --- | --- |
| 29: | | | | | | | |
| Endoaquolls | 0-4 | 5.0-15 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 4-28 | 10-20 | 6.6-7.8 | 0-2 | 0 | 0 | 0 |
| | 28-60 | 5.0-10 | 6.6-7.8 | 0-2 | 0 | 0 | 0 |
| Ustifluvents | 0-6 | 10-20 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 6-17 | 5.0-20 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 17-24 | 5.0-15 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 24-30 | 5.0-20 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 30-60 | 0.0-5.0 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| 30: | | | | | | | |
| Falconry | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-5 | 10-20 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 5-14 | 5.0-15 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 14-24 | --- | --- | --- | --- | --- | --- |
| 31: | | | | | | | |
| Farb | 0-3 | 5.0-15 | 7.4-8.4 | 1-15 | 0 | 0 | 0 |
| | 3-16 | 1.0-15 | 7.4-8.4 | 1-15 | 0 | 0.0-2.0 | 0 |
| | 16-26 | --- | --- | --- | --- | --- | --- |
| Rock outcrop | 0-60 | --- | --- | --- | --- | --- | --- |
| 32: | | | | | | | |
| Fardraw | 0-11 | 10-25 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 11-15 | 25-40 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 15-51 | 20-40 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 51-60 | 20-35 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| 33: | | | | | | | |
| Fardraw | 0-9 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 9-13 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 13-60 | 20-40 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| 34: | | | | | | | |
| Fardraw | 0-9 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 9-13 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 13-60 | 20-40 | 6.6-7.8 | 0 | 0 | 0 | 0 |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 35: | | | | | | | |
| Fardraw | 0-9 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 9-13 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 13-60 | 20-40 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| Granath | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-14 | 10-25 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 14-60 | 10-25 | 6.6-7.8 | 0-5 | 0 | 0 | 0 |
| 36: | | | | | | | |
| Fivepine | 0-3 | 10-20 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 3-9 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 9-12 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 12-15 | 15-30 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 15-25 | --- | --- | --- | --- | --- | --- |
| Nortez | 0-3 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 3-10 | 20-30 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 10-32 | 30-50 | 6.6-8.4 | 0-1 | 0 | 0 | 0 |
| | 32-42 | --- | --- | --- | --- | --- | --- |
| 37: | | | | | | | |
| Fluvaquents | 0-8 | 5.0-30 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 8-60 | 0.0-10 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| Haplustolls | 0-4 | 5.0-20 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 4-19 | 5.0-20 | 6.6-7.8 | 0-2 | 0 | 0 | 0 |
| | 19-24 | 5.0-10 | 6.6-7.8 | 0-5 | 0 | 0 | 0 |
| | 24-60 | 0.0-10 | 7.4-8.4 | 0-5 | 0 | 0.0-2.0 | 0 |
| 38: | | | | | | | |
| Fluvents | 0-6 | --- | 7.4-8.4 | --- | --- | --- | --- |
| | 6-60 | 0.0-5.0 | 7.4-8.4 | 0-5 | 0 | 0 | 0 |
| Fluvaquents | 0-8 | 5.0-30 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 8-60 | 0.0-10 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| 39: | | | | | | | |
| Fughes | 0-7 | 10-25 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 7-26 | 20-35 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 26-44 | 25-40 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 44-60 | 25-40 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| 40: | | | | | | | |
| Fughes | 0-8 | 10-25 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 8-26 | 20-35 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 26-44 | 25-45 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 44-60 | 20-45 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| Herm | 0-6 | 15-25 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 6-13 | 20-35 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 13-45 | 20-40 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 45-60 | 20-30 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 41: | | | | | | | |
| Fughes------------------- | 0-7 | 10-25 | 6.1-6.5 | 0 | 0 | 0 | 0 |
| | 7-26 | 10-30 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 26-34 | 15-35 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 34-44 | 25-50 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 44-60 | 25-50 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| Sheek-------------------- | 0-2 | 15-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 2-7 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 7-20 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 20-29 | 5.0-15 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 29-46 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 46-60 | 5.0-15 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| 42: | | | | | | | |
| Gladel------------------- | 0-5 | 5.0-15 | 7.4-8.4 | 0-5 | 0 | 0 | 0 |
| | 5-10 | 5.0-15 | 7.9-8.4 | 2-15 | 0 | 0.0-2.0 | 0 |
| | 10-15 | 5.0-15 | 7.9-8.4 | 2-5 | 0 | 0.0-2.0 | 0 |
| | 15-25 | --- | --- | --- | --- | --- | --- |
| Pulpit------------------- | 0-10 | 5.0-20 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 10-20 | 10-25 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 20-36 | 5.0-20 | 7.4-8.4 | 5-10 | 0 | 0.0-2.0 | 0 |
| | 36-46 | --- | --- | --- | --- | --- | --- |
| 43: | | | | | | | |
| Goldbug------------------ | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-21 | 5.0-15 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 21-29 | 5.0-25 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 29-60 | 20-40 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| 44: | | | | | | | |
| Granath------------------ | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-14 | 10-25 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 14-60 | 10-25 | 6.6-7.8 | 0-5 | 0 | 0 | 0 |
| 45: | | | | | | | |
| Granath------------------ | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-14 | 10-25 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 14-60 | 10-25 | 6.6-7.8 | 0-5 | 0 | 0 | 0 |
| 46: | | | | | | | |
| Granath------------------ | 0-10 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 10-40 | 15-35 | 6.6-7.8 | 0-5 | 0 | 0 | 0 |
| | 40-60 | 15-30 | 7.9-8.4 | 1-25 | 0 | 0 | 0 |
| Fughes------------------- | 0-7 | 10-25 | 6.1-6.5 | 0 | 0 | 0 | 0 |
| | 7-26 | 10-30 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 26-34 | 15-35 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 34-44 | 25-50 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 44-60 | 25-50 | 6.1-7.3 | 0 | 0 | 0 | 0 |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 47: | | | | | | | |
| Granath | 0-10 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 10-40 | 15-35 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 40-60 | 15-30 | 7.9-8.4 | 1-25 | 0 | 0 | 0 |
| Nortez | 0-3 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 3-10 | 20-30 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 10-32 | 30-50 | 6.6-8.4 | 0-1 | 0 | 0 | 0 |
| | 32-42 | --- | --- | --- | --- | --- | --- |
| 48: | | | | | | | |
| Granath | 0-10 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 10-40 | 15-35 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 40-60 | 15-30 | 7.9-8.4 | 1-25 | 0 | 0 | 0 |
| Ormiston | 0-7 | 15-30 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 7-32 | 20-50 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 32-44 | 15-35 | 7.4-8.4 | 15-40 | 0 | 0.0-2.0 | 0 |
| | 44-54 | --- | --- | --- | --- | --- | --- |
| Fivepine | 0-3 | 10-20 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 3-9 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 9-12 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 12-15 | 15-30 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 15-25 | --- | --- | --- | --- | --- | --- |
| 49: | | | | | | | |
| Herm | 0-7 | 15-25 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 7-34 | 20-40 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 34-60 | 20-30 | 6.6-7.8 | 0-5 | 0 | 0 | 0 |
| 50: | | | | | | | |
| Herm | 0-1 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 1-10 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 10-60 | 20-35 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| 51: | | | | | | | |
| Herm | 0-6 | 15-25 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 6-13 | 20-35 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 13-45 | 20-40 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 45-60 | 20-30 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| Pagoda | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-5 | 10-25 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 5-21 | 20-40 | 6.6-7.3 | 0-1 | 0 | 0 | 0 |
| | 21-60 | 15-35 | 7.9-8.4 | 1-10 | 0 | 0.0-2.0 | 0 |
| 52: | | | | | | | |
| Hesperus | 0-11 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 11-44 | 15-35 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 44-60 | 10-30 | 6.1-7.8 | 0-5 | 0 | 0 | 0 |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 53: | | | | | | | |
| Hesperus | 0-11 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 11-44 | 15-35 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 44-60 | 10-30 | 6.1-7.8 | 0-5 | 0 | 0 | 0 |
| 54: | | | | | | | |
| Hesperus | 0-11 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 11-44 | 15-35 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 44-60 | 10-30 | 6.1-7.8 | 0-5 | 0 | 0 | 0 |
| 55: | | | | | | | |
| Hesperus | 0-11 | 5.0-20 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 11-44 | 15-35 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 44-60 | 10-30 | 6.1-7.8 | 0-5 | 0 | 0 | 0 |
| 56: | | | | | | | |
| Ilex | 0-2 | 10-20 | 6.6-8.4 | 0 | 0 | 0 | 0 |
| | 2-22 | 20-40 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 22-37 | 5.0-40 | 6.6-8.4 | 5-40 | 0 | 0 | 0 |
| | 37-60 | 5.0-35 | 7.9-8.4 | 15-40 | 0 | 0 | 0 |
| 57: | | | | | | | |
| Ilex | 0-2 | 10-20 | 6.6-8.4 | 0 | 0 | 0 | 0 |
| | 2-22 | 20-40 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 22-37 | 5.0-40 | 6.6-8.4 | 5-40 | 0 | 0 | 0 |
| | 37-60 | 5.0-35 | 7.9-8.4 | 15-40 | 0 | 0 | 0 |
| 58: | | | | | | | |
| Ilex | 0-2 | 10-20 | 6.6-8.4 | 0 | 0 | 0 | 0 |
| | 2-22 | 20-40 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 22-37 | 5.0-40 | 6.6-8.4 | 5-40 | 0 | 0 | 0 |
| | 37-60 | 5.0-35 | 7.9-8.4 | 15-40 | 0 | 0 | 0 |
| Granath | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-14 | 10-25 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 14-60 | 10-25 | 6.6-7.8 | 0-5 | 0 | 0 | 0 |
| 59: | | | | | | | |
| Ilex | 0-2 | 10-20 | 6.6-8.4 | 0 | 0 | 0 | 0 |
| | 2-22 | 20-40 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 22-37 | 5.0-40 | 6.6-8.4 | 5-40 | 0 | 0 | 0 |
| | 37-60 | 5.0-35 | 7.9-8.4 | 15-40 | 0 | 0 | 0 |
| Granath | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-14 | 10-25 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 14-60 | 10-25 | 6.6-7.8 | 0-5 | 0 | 0 | 0 |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 60: | | | | | | | |
| Ilex | 0-2 | 10-20 | 6.6-8.4 | 0 | 0 | 0 | 0 |
| | 2-22 | 20-40 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 22-37 | 5.0-40 | 6.6-8.4 | 5-40 | 0 | 0 | 0 |
| | 37-60 | 5.0-35 | 7.9-8.4 | 15-40 | 0 | 0 | 0 |
| Pramiss | 0-3 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 3-16 | 15-45 | 6.6-8.4 | 0 | 0 | 0 | 0 |
| | 16-31 | 15-40 | 7.4-8.4 | 5-15 | 0 | 0.0-2.0 | 0 |
| | 31-41 | --- | --- | --- | --- | --- | --- |
| Falconry | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-5 | 10-20 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 5-14 | 5.0-15 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 14-24 | --- | --- | --- | --- | --- | --- |
| 61: | | | | | | | |
| Ilex | 0-2 | 10-20 | 6.6-8.4 | 0 | 0 | 0 | 0 |
| | 2-22 | 20-40 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 22-37 | 5.0-40 | 6.6-8.4 | 5-40 | 0 | 0 | 0 |
| | 37-60 | 5.0-35 | 7.9-8.4 | 15-40 | 0 | 0 | 0 |
| Pramiss | 0-3 | 10-20 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 3-16 | 15-45 | 6.6-8.4 | 0 | 0 | 0 | 0 |
| | 16-31 | 15-40 | 7.4-8.4 | 5-15 | 0 | 0.0-2.0 | 0 |
| | 31-41 | --- | --- | --- | --- | --- | --- |
| Granath | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-14 | 10-25 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 14-60 | 10-25 | 6.6-7.8 | 0-5 | 0 | 0 | 0 |
| 62: | | | | | | | |
| Irak | 0-8 | 10-25 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 8-60 | 5.0-25 | 6.6-8.4 | 1-5 | 0 | 0.0-4.0 | 0 |
| 63: | | | | | | | |
| Jemco | 0-7 | 10-25 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 7-22 | 10-20 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 22-39 | 15-30 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 39-49 | --- | --- | --- | --- | --- | --- |
| Detra | 0-16 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 16-43 | 10-30 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 43-57 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 57-67 | --- | --- | --- | --- | --- | --- |
| Beje | 0-2 | 10-25 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 2-6 | 10-20 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 6-14 | 5.0-25 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 14-24 | --- | --- | --- | --- | --- | --- |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 64: | | | | | | | |
| Lazear------------------- | 0-5 | 5.0-15 | 7.4-9.0 | 1-15 | 0 | 0.0-2.0 | 0 |
| | 5-15 | 5.0-20 | 7.4-9.0 | 1-15 | 0 | 0.0-2.0 | 0 |
| | 15-19 | --- | --- | --- | --- | --- | --- |
| Rock outcrop------------- | 0-60 | --- | --- | --- | --- | --- | --- |
| 65: | | | | | | | |
| Lillings----------------- | 0-2 | 5.0-20 | 7.4-9.0 | 0-15 | 0 | 8.0-16.0 | 5-15 |
| | 2-60 | 5.0-20 | 7.4-9.4 | 10-15 | 0-5 | 4.0-16.0 | 5-10 |
| 66: | | | | | | | |
| Lillings----------------- | 0-2 | 10-25 | 7.4-9.0 | 0-15 | 0 | 0.0-4.0 | 1-10 |
| | 2-60 | 5.0-20 | 7.4-9.0 | 10-15 | 0-5 | 4.0-16.0 | 5-10 |
| 67: | | | | | | | |
| Lillings----------------- | 0-2 | 10-25 | 7.4-9.0 | 0-15 | 0 | 0.0-4.0 | 1-10 |
| | 2-60 | 5.0-20 | 7.4-9.0 | 10-15 | 0-5 | 4.0-16.0 | 5-10 |
| 68: | | | | | | | |
| Longburn----------------- | 0-1 | 5.0-15 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 1-4 | 5.0-15 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 4-17 | 10-25 | 7.4-7.8 | 0-5 | 0 | 0 | 0 |
| | 17-27 | --- | --- | --- | --- | --- | --- |
| Rock outcrop------------- | 0-60 | --- | --- | --- | --- | --- | --- |
| 69: | | | | | | | |
| Longburn----------------- | 0-1 | 5.0-15 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 1-4 | 5.0-15 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 4-17 | 10-25 | 7.4-7.8 | 0-5 | 0 | 0 | 0 |
| | 17-27 | --- | --- | --- | --- | --- | --- |
| Rock outcrop------------- | 0-60 | --- | --- | --- | --- | --- | --- |
| 70: | | | | | | | |
| Mack--------------------- | 0-13 | 5.0-10 | 7.4-8.4 | 0-5 | 0 | 0.0-2.0 | 0 |
| | 13-33 | 5.0-25 | 7.4-8.4 | 1-15 | 0 | 0.0-2.0 | 0-2 |
| | 33-60 | 5.0-15 | 7.9-9.0 | 15-25 | 0 | 2.0-8.0 | 0-10 |
| 71: | | | | | | | |
| Mikett------------------- | 0-8 | 10-25 | 7.9-9.0 | 5-10 | 0-5 | 4.0-8.0 | 5-15 |
| | 8-60 | 5.0-25 | 8.5-9.6 | 5-10 | 0-5 | 8.0-16.0 | 15-20 |
| 72: | | | | | | | |
| Mikett------------------- | 0-8 | 10-20 | 7.9-9.0 | 1-5 | 0 | 4.0-8.0 | 0-5 |
| | 8-60 | 5.0-20 | 8.5-9.0 | 5-10 | 0 | 4.0-8.0 | 5-15 |
| 73: | | | | | | | |
| Mikim-------------------- | 0-3 | 10-20 | 7.4-8.4 | 0-5 | 0 | 0.0-2.0 | 0 |
| | 3-15 | 10-20 | 7.4-8.4 | 0-5 | 0 | 0.0-2.0 | 0 |
| | 15-32 | 5.0-20 | 7.4-8.4 | 0-5 | 0 | 0.0-2.0 | 0 |
| | 32-60 | 10-20 | 7.4-8.4 | 0-5 | 0 | 0.0-2.0 | 0 |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 74: | | | | | | | |
| Mikim | 0-3 | 10-20 | 7.4-8.4 | 1-5 | 0 | 8.0-16.0 | 0-10 |
| | 3-15 | 10-20 | 7.9-9.0 | 1-5 | 0 | 8.0-16.0 | 0-10 |
| | 15-32 | 5.0-20 | 7.9-9.0 | 3-10 | 0 | 8.0-16.0 | 0-10 |
| | 32-60 | 10-20 | 7.9-9.0 | 5-10 | 0 | 8.0-16.0 | 0-10 |
| 75: | | | | | | | |
| Mikim | 0-3 | 5.0-15 | 7.4-8.4 | 0-5 | 0 | 0.0-2.0 | 0 |
| | 3-15 | 10-20 | 7.4-8.4 | 0-5 | 0 | 0.0-2.0 | 0 |
| | 15-32 | 5.0-20 | 7.4-8.4 | 0-5 | 0 | 0.0-2.0 | 0 |
| | 32-60 | 10-20 | 7.4-8.4 | 0-5 | 0 | 0.0-2.0 | 0 |
| 76: | | | | | | | |
| Morefield | 0-2 | 5.0-20 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 2-24 | 10-20 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 24-60 | 5.0-15 | 7.4-7.8 | 5-15 | 0 | 0 | 0 |
| 77: | | | | | | | |
| Morefield | 0-2 | 5.0-20 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 2-24 | 10-20 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 24-60 | 5.0-15 | 7.4-7.8 | 5-15 | 0 | 0 | 0 |
| 78: | | | | | | | |
| Nortez | 0-2 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 2-6 | 20-30 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 6-31 | 30-50 | 6.6-8.4 | 0-1 | 0 | 0 | 0 |
| | 31-41 | --- | --- | --- | --- | --- | --- |
| Granath | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-14 | 10-25 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 14-60 | 10-25 | 6.6-7.8 | 0-5 | 0 | 0 | 0 |
| 79: | | | | | | | |
| Northrim | 0-2 | --- | --- | --- | --- | --- | --- |
| | 2-9 | 10-20 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 9-22 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 22-60 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| 80: | | | | | | | |
| Ormiston | 0-7 | 15-30 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 7-32 | 20-50 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 32-44 | 15-35 | 7.4-8.4 | 15-40 | 0 | 0.0-2.0 | 0 |
| | 44-54 | --- | --- | --- | --- | --- | --- |
| Beje | 0-2 | 10-25 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 2-6 | 10-20 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 6-14 | 5.0-25 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 14-24 | --- | --- | --- | --- | --- | --- |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 81: | | | | | | | |
| Ormiston | 0-7 | 15-30 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 7-32 | 20-50 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 32-44 | 15-35 | 7.4-8.4 | 15-40 | 0 | 0.0-2.0 | 0 |
| | 44-54 | --- | --- | --- | --- | --- | --- |
| Fivepine | 0-3 | 10-20 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 3-9 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 9-12 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 12-15 | 15-30 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 15-25 | --- | --- | --- | --- | --- | --- |
| 82: | | | | | | | |
| Ormiston | 0-3 | 10-30 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 3-7 | 15-30 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 7-32 | 20-50 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 32-44 | 15-35 | 7.4-8.4 | 15-40 | 0 | 0.0-2.0 | 0 |
| | 44-54 | --- | --- | --- | --- | --- | --- |
| Granath | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-14 | 10-25 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 14-60 | 10-25 | 6.6-7.8 | 0-5 | 0 | 0 | 0 |
| 83: | | | | | | | |
| Ormiston | 0-3 | 10-30 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 3-7 | 15-30 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 7-32 | 20-50 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 32-44 | 15-35 | 7.4-8.4 | 15-40 | 0 | 0.0-2.0 | 0 |
| | 44-54 | --- | --- | --- | --- | --- | --- |
| Nortez | 0-2 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 2-6 | 20-30 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 6-31 | 30-50 | 6.6-8.4 | 0-1 | 0 | 0 | 0 |
| | 31-41 | --- | --- | --- | --- | --- | --- |
| 84: | | | | | | | |
| Payter | 0-11 | 5.0-15 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 11-39 | 5.0-15 | 7.4-8.4 | 0-2 | 0 | 0.0-2.0 | 0 |
| | 39-60 | 5.0-10 | 7.4-8.4 | 1-5 | 0 | 0.0-2.0 | 0 |
| 85: | | | | | | | |
| Pinacol | 0-7 | 10-30 | 6.6-7.8 | 0 | 0 | 0.0-1.0 | 0-2 |
| | 7-21 | 15-30 | 6.1-7.8 | 0 | 0 | 0.0-1.0 | 0-2 |
| | 21-38 | 15-35 | 6.1-7.8 | 0 | 0 | 0.0-1.0 | 0-2 |
| | 38-60 | 10-25 | 6.6-7.8 | 0 | 0 | 0.0-1.0 | 0-2 |
| 86: | | | | | | | |
| Pinacol | 0-7 | 10-30 | 6.6-7.8 | 0 | 0 | 0.0-1.0 | 0-2 |
| | 7-21 | 15-30 | 6.1-7.8 | 0 | 0 | 0.0-1.0 | 0-2 |
| | 21-38 | 15-35 | 6.1-7.8 | 0 | 0 | 0.0-1.0 | 0-2 |
| | 38-60 | 10-25 | 6.6-7.8 | 0 | 0 | 0.0-1.0 | 0-2 |

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 597 of 664



Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 87: | | | | | | | |
| Pits | 0-60 | --- | --- | --- | --- | --- | --- |
| 88: | | | | | | | |
| Pogo | 0-2 | 5.0-20 | 7.9-9.0 | 0-5 | 0-1 | 0.0-4.0 | 0-5 |
| | 2-60 | 5.0-30 | 7.9-9.0 | 1-15 | 0-1 | 0.0-4.0 | 0-5 |
| 89: | | | | | | | |
| Pramiss | 0-3 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 3-16 | 15-45 | 6.6-8.4 | 0 | 0 | 0 | 0 |
| | 16-31 | 15-40 | 7.4-8.4 | 5-15 | 0 | 0.0-2.0 | 0 |
| | 31-41 | --- | --- | --- | --- | --- | --- |
| 90: | | | | | | | |
| Pramiss | 0-3 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 3-16 | 15-45 | 6.6-8.4 | 0 | 0 | 0 | 0 |
| | 16-31 | 15-40 | 7.4-8.4 | 5-15 | 0 | 0.0-2.0 | 0 |
| | 31-41 | --- | --- | --- | --- | --- | --- |
| Granath | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-14 | 10-25 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 14-60 | 10-25 | 6.6-7.8 | 0-5 | 0 | 0 | 0 |
| 91: | | | | | | | |
| Prater | 0-1 | 10-25 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 1-3 | 15-30 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 3-9 | 15-30 | 6.6-8.4 | 0 | 0 | 0 | 0 |
| | 9-21 | 15-30 | 6.6-8.4 | 1-10 | 0 | 0 | 0 |
| | 21-60 | 15-30 | 6.6-8.4 | 1-10 | 0 | 0 | 0 |
| 92: | | | | | | | |
| Prater | 0-1 | 10-25 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 1-3 | 15-30 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 3-9 | 15-30 | 6.6-8.4 | 0 | 0 | 0 | 0 |
| | 9-21 | 15-30 | 6.6-8.4 | 1-10 | 0 | 0 | 0 |
| | 21-60 | 15-30 | 6.6-8.4 | 1-10 | 0 | 0 | 0 |
| Dolcan | 0-2 | 5.0-15 | 7.4-7.8 | 0-2 | 0 | 0 | 0 |
| | 2-11 | 10-20 | 7.4-8.4 | 0-5 | 0 | 0 | 0 |
| | 11-21 | --- | --- | --- | --- | --- | --- |
| 93: | | | | | | | |
| Pulpit | 0-5 | 5.0-15 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 5-21 | 10-20 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 21-35 | 5.0-20 | 7.4-8.4 | 5-10 | 0 | 0.0-2.0 | 0 |
| | 35-39 | --- | --- | --- | --- | --- | --- |
| 94: | | | | | | | |
| Pulpit | 0-10 | 5.0-20 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 10-20 | 10-25 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 20-36 | 5.0-20 | 7.4-8.4 | 5-10 | 0 | 0.0-2.0 | 0 |
| | 36-46 | --- | --- | --- | --- | --- | --- |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 95: | | | | | | | |
| Pulpit------------------- | 0-10 | 5.0-20 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 10-20 | 10-25 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 20-36 | 5.0-20 | 7.4-8.4 | 5-10 | 0 | 0.0-2.0 | 0 |
| | 36-46 | --- | --- | --- | --- | --- | --- |
| 96: | | | | | | | |
| Purcella----------------- | 0-4 | 5.0-20 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 4-11 | 10-20 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 11-41 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 41-60 | 5.0-15 | 7.4-8.4 | 0-15 | 0 | 0.0-2.0 | 0 |
| 97: | | | | | | | |
| Ramper------------------- | 0-3 | 10-25 | 7.4-8.4 | 1-5 | 0 | 0.0-4.0 | 0 |
| | 3-60 | 5.0-20 | 7.4-8.4 | 5-10 | 0 | 2.0-8.0 | 0 |
| 98: | | | | | | | |
| Ramper------------------- | 0-3 | 5.0-20 | 7.4-8.4 | 1-5 | 0 | 0.0-4.0 | 0 |
| | 3-60 | 5.0-20 | 7.4-8.4 | 5-10 | 0 | 2.0-8.0 | 0 |
| 99: | | | | | | | |
| Ravola------------------- | 0-9 | 10-20 | 8.5-9.4 | 2-15 | 0-5 | 8.0-16.0 | 15-50 |
| | 9-60 | 5.0-20 | 7.4-9.0 | 2-15 | 0-5 | 4.0-8.0 | 2-30 |
| 100: | | | | | | | |
| Recapture---------------- | 0-7 | 3.0-15 | 7.9-9.0 | 0-15 | 0 | 0.0-4.0 | 5-25 |
| | 7-26 | 5.0-20 | 8.5-9.6 | 1-25 | 0-3 | 4.0-8.0 | 15-40 |
| | 26-60 | 5.0-15 | 8.5-9.6 | 1-25 | 0-2 | 4.0-8.0 | 5-25 |
| 101: | | | | | | | |
| Recapture---------------- | 0-6 | 5.0-15 | 7.9-9.0 | 1-5 | 0-2 | 4.0-16.0 | 5-15 |
| | 6-13 | 10-25 | 7.9-9.0 | 1-5 | 0-2 | 4.0-16.0 | 5-15 |
| | 13-17 | 5.0-15 | 8.5-9.6 | 1-5 | 0-2 | 4.0-8.0 | 13-35 |
| | 17-38 | 10-25 | 8.5-9.6 | 5-15 | 0-10 | 4.0-16.0 | 13-35 |
| | 38-60 | 5.0-15 | 8.5-9.6 | 5-15 | 0-10 | 4.0-16.0 | 5-15 |
| 102: | | | | | | | |
| Ricot-------------------- | 0-12 | 10-20 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 12-16 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 16-34 | 15-30 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 34-60 | 15-30 | 7.4-8.4 | 1-10 | 0 | 0 | 0 |
| 103: | | | | | | | |
| Ricot-------------------- | 0-12 | 10-20 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 12-16 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 16-34 | 15-30 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 34-60 | 15-30 | 7.4-8.4 | 1-10 | 0 | 0 | 0 |
| 104: | | | | | | | |
| Ricot-------------------- | 0-12 | 10-20 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 12-16 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 16-34 | 15-30 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 34-60 | 15-30 | 7.4-8.4 | 1-10 | 0 | 0 | 0 |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 105: | | | | | | | |
| Rizno | 0-5 | 5.0-15 | 7.4-8.4 | 0 | 0 | 0 | 0 |
| | 5-13 | 5.0-10 | 7.9-8.4 | 5-15 | 0 | 0.0-2.0 | 0 |
| | 13-23 | --- | --- | --- | --- | --- | --- |
| Gapmesa | 0-2 | 5.0-15 | 6.6-7.3 | 0-3 | 0 | 0 | 0 |
| | 2-21 | 10-20 | 7.4-8.4 | 0-5 | 0 | 0 | 0 |
| | 21-28 | 5.0-20 | 7.4-8.4 | 5-10 | 0 | 0.0-2.0 | 0 |
| | 28-38 | --- | --- | --- | --- | --- | --- |
| 106: | | | | | | | |
| Rizno | 0-3 | 10-20 | 7.4-8.4 | 5-15 | 0 | 0.0-2.0 | 0 |
| | 3-13 | 5.0-10 | 7.4-8.4 | 5-15 | 0 | 0.0-2.0 | 0 |
| | 13-23 | --- | --- | --- | --- | --- | --- |
| Littlenan | 0-3 | 10-20 | 7.9-8.4 | 1-10 | 0 | 0.0-2.0 | 0 |
| | 3-29 | 20-35 | 7.9-9.0 | 5-15 | 0 | 2.0-4.0 | 0 |
| | 29-39 | --- | --- | --- | --- | --- | --- |
| Bodry | 0-6 | 15-25 | 7.4-8.4 | 0-5 | 0 | 0.0-2.0 | 0 |
| | 6-15 | 20-35 | 7.4-8.4 | 1-10 | 0 | 0.0-2.0 | 0 |
| | 15-36 | 25-60 | 7.4-8.4 | 1-10 | 0 | 0.0-2.0 | 0 |
| | 36-46 | --- | --- | --- | --- | --- | --- |
| 107: | | | | | | | |
| Rizno | 0-3 | 5.0-10 | 7.4-8.4 | 1-5 | 0 | 0.0-2.0 | 0 |
| | 3-13 | 5.0-10 | 7.4-8.4 | 1-15 | 0 | 0.0-2.0 | 0 |
| | 13-23 | --- | --- | --- | --- | --- | --- |
| Ruinpoint | 0-2 | 5.0-15 | 7.4-8.4 | 0 | 0 | 0 | 0 |
| | 2-13 | 10-20 | 7.4-8.4 | 0 | 0 | 0 | 0 |
| | 13-23 | 10-20 | 7.9-9.0 | 15-30 | 0 | 0.0-2.0 | 0 |
| | 23-60 | 10-20 | 7.9-9.0 | 15-30 | 0 | 0.0-2.0 | 0 |
| Rock outcrop | 0-60 | --- | --- | --- | --- | --- | --- |
| 108: | | | | | | | |
| Rock outcrop | 0-60 | --- | --- | --- | --- | --- | --- |
| 109: | | | | | | | |
| Romberg | 0-2 | 10-20 | 6.6-7.8 | 0-5 | 0 | 0 | 0 |
| | 2-20 | 10-25 | 7.4-8.4 | 1-15 | 0 | 0.0-2.0 | 0 |
| | 20-60 | 10-25 | 7.4-8.4 | 1-15 | 0 | 0.0-2.0 | 0 |
| Crosscan | 0-2 | 10-25 | 7.4-8.4 | 0-5 | 0 | 0 | 0 |
| | 2-18 | 10-20 | 7.4-8.4 | 1-15 | 0 | 0.0-2.0 | 0 |
| | 18-28 | --- | --- | --- | --- | --- | --- |
| 110: | | | | | | | |
| Romberg | 0-2 | 10-20 | 6.6-7.8 | 0-5 | 0 | 0 | 0 |
| | 2-20 | 10-25 | 7.4-8.4 | 1-15 | 0 | 0.0-2.0 | 0 |
| | 20-60 | 10-25 | 7.4-8.4 | 1-15 | 0 | 0.0-2.0 | 0 |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 110: | | | | | | | |
| Crosscan | 0-2 | 10-25 | 7.4-8.4 | 0-5 | 0 | 0 | 0 |
| | 2-18 | 10-20 | 7.4-8.4 | 1-15 | 0 | 0.0-2.0 | 0 |
| | 18-28 | --- | --- | --- | --- | --- | --- |
| Rock outcrop | 0-60 | --- | --- | --- | --- | --- | --- |
| 111: | | | | | | | |
| Roubideau | 0-6 | 5.0-20 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 6-36 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 36-38 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 38-48 | --- | --- | --- | --- | --- | --- |
| 112: | | | | | | | |
| Sharps | 0-9 | 5.0-15 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 9-19 | 10-20 | 6.6-8.4 | 5-10 | 0 | 0 | 0 |
| | 19-30 | 10-20 | 7.9-8.4 | 10-15 | 0 | 0.0-2.0 | 0 |
| | 30-40 | --- | --- | --- | --- | --- | --- |
| 113: | | | | | | | |
| Sharps | 0-9 | 5.0-15 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 9-19 | 10-20 | 6.6-8.4 | 5-10 | 0 | 0 | 0 |
| | 19-30 | 10-20 | 7.9-8.4 | 10-15 | 0 | 0.0-2.0 | 0 |
| | 30-40 | --- | --- | --- | --- | --- | --- |
| 114: | | | | | | | |
| Sharps, dry | 0-2 | 5.0-15 | 7.4-8.4 | 0-1 | 0 | 0 | 0 |
| | 2-12 | 10-20 | 7.4-8.4 | 5-10 | 0 | 0 | 0 |
| | 12-27 | 10-20 | 7.9-8.4 | 10-15 | 0 | 0.0-2.0 | 0 |
| | 27-32 | 10-20 | 7.9-8.4 | 1-10 | 0 | 0.0-2.0 | 0 |
| | 32-42 | --- | --- | --- | --- | --- | --- |
| 115: | | | | | | | |
| Sharps, dry | 0-2 | 5.0-15 | 7.4-8.4 | 0-1 | 0 | 0 | 0 |
| | 2-12 | 10-20 | 7.4-8.4 | 5-10 | 0 | 0 | 0 |
| | 12-27 | 10-20 | 7.9-8.4 | 10-15 | 0 | 0.0-2.0 | 0 |
| | 27-32 | 10-20 | 7.9-8.4 | 1-10 | 0 | 0.0-2.0 | 0 |
| | 32-42 | --- | --- | --- | --- | --- | --- |
| Gapmesa | 0-2 | 5.0-15 | 6.6-7.3 | 0-3 | 0 | 0 | 0 |
| | 2-21 | 10-20 | 7.4-8.4 | 0-5 | 0 | 0 | 0 |
| | 21-28 | 5.0-20 | 7.4-8.4 | 5-10 | 0 | 0.0-2.0 | 0 |
| | 28-38 | --- | --- | --- | --- | --- | --- |
| 116: | | | | | | | |
| Sharps | 0-9 | 5.0-15 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 9-19 | 10-20 | 6.6-8.4 | 5-10 | 0 | 0 | 0 |
| | 19-30 | 10-20 | 7.9-8.4 | 10-15 | 0 | 0.0-2.0 | 0 |
| | 30-40 | --- | --- | --- | --- | --- | --- |
| Cahona | 0-5 | 5.0-15 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 5-25 | 10-20 | 7.4-8.4 | 1-10 | 0 | 0 | 0 |
| | 25-60 | 5.0-15 | 7.4-9.0 | 15-50 | 0 | 0.0-2.0 | 0-4 |

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 601 of 664



Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 117: | | | | | | | |
| Sharps------------------- | 0-9 | 5.0-15 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 9-19 | 10-20 | 6.6-8.4 | 5-10 | 0 | 0 | 0 |
| | 19-30 | 10-20 | 7.9-8.4 | 10-15 | 0 | 0.0-2.0 | 0 |
| | 30-40 | --- | --- | --- | --- | --- | --- |
| Pulpit------------------- | 0-10 | 5.0-20 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 10-20 | 10-25 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 20-36 | 5.0-20 | 7.4-8.4 | 5-10 | 0 | 0.0-2.0 | 0 |
| | 36-46 | --- | --- | --- | --- | --- | --- |
| 118: | | | | | | | |
| Sharps------------------- | 0-9 | 5.0-15 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 9-19 | 10-20 | 6.6-8.4 | 5-10 | 0 | 0 | 0 |
| | 19-30 | 10-20 | 7.9-8.4 | 10-15 | 0 | 0.0-2.0 | 0 |
| | 30-40 | --- | --- | --- | --- | --- | --- |
| Pulpit------------------- | 0-10 | 5.0-20 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 10-20 | 10-25 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 20-36 | 5.0-20 | 7.4-8.4 | 5-10 | 0 | 0.0-2.0 | 0 |
| | 36-46 | --- | --- | --- | --- | --- | --- |
| 119: | | | | | | | |
| Sheek-------------------- | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-5 | 10-20 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 5-60 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| Archuleta---------------- | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-6 | 5.0-20 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 6-18 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 18-28 | --- | --- | --- | --- | --- | --- |
| 120: | | | | | | | |
| Sheek-------------------- | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-5 | 10-20 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 5-60 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| Archuleta---------------- | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-6 | 5.0-20 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 6-18 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 18-28 | --- | --- | --- | --- | --- | --- |
| Rock outcrop------------- | 0-60 | --- | --- | --- | --- | --- | --- |
| 121: | | | | | | | |
| Sheek-------------------- | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-5 | 10-20 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 5-60 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 121: | | | | | | | |
| Archuleta | 0-1 | --- | --- | --- | --- | --- | --- |
| | 1-6 | 5.0-20 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 6-18 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 18-28 | --- | --- | --- | --- | --- | --- |
| Rock outcrop | 0-60 | --- | --- | --- | --- | --- | --- |
| 122: | | | | | | | |
| Sheppard | 0-7 | 1.0-10 | 7.4-8.4 | 0-5 | 0 | 0 | 0 |
| | 7-60 | 1.0-5.0 | 7.4-8.4 | 0-10 | 0 | 0.0-2.0 | 0 |
| 123: | | | | | | | |
| Sideshow | 0-3 | 20-35 | 7.4-8.4 | 0-5 | 0 | 2.0-4.0 | 0 |
| | 3-60 | 20-40 | 7.4-8.4 | 0-5 | 0 | 0.0-2.0 | 0 |
| 124: | | | | | | | |
| Sideshow | 0-3 | 20-35 | 7.4-8.4 | 0-5 | 0 | 2.0-4.0 | 0 |
| | 3-60 | 20-40 | 7.4-8.4 | 0-5 | 0 | 0.0-2.0 | 0 |
| 125: | | | | | | | |
| Sideshow | 0-3 | 20-35 | 7.4-8.4 | 0-5 | 0 | 2.0-4.0 | 0 |
| | 3-60 | 20-40 | 7.4-8.4 | 0-5 | 0 | 0.0-2.0 | 0 |
| 126: | | | | | | | |
| Sideshow | 0-3 | 20-35 | 7.4-8.4 | 0-5 | 0 | 2.0-4.0 | 0 |
| | 3-60 | 20-40 | 7.4-8.4 | 0-5 | 0 | 0.0-2.0 | 0 |
| Zigzag | 0-1 | 15-30 | 7.4-8.4 | 1-5 | 0 | 0.0-2.0 | 0 |
| | 1-5 | 15-30 | 7.4-8.4 | 1-5 | 0 | 0.0-2.0 | 0 |
| | 5-19 | 20-45 | 7.4-8.4 | 1-10 | 0 | 0.0-2.0 | 0 |
| | 19-29 | --- | --- | --- | --- | --- | --- |
| 127: | | | | | | | |
| Sideslide | 0-3 | 20-35 | 7.4-8.4 | 0-1 | 0 | 0.0-4.0 | 0 |
| | 3-40 | 10-25 | 7.9-8.4 | 1-5 | 0 | 4.0-8.0 | 0 |
| | 40-60 | 10-35 | 7.9-8.4 | 1-5 | 0 | 4.0-8.0 | 0 |
| 128: | | | | | | | |
| Stephouse | 0-1 | 3.0-10 | 7.9-8.4 | 10-30 | 0 | 0 | 0 |
| | 1-12 | 1.0-10 | 7.9-8.4 | 10-40 | 0 | 0 | 0 |
| | 12-22 | --- | --- | --- | --- | --- | --- |
| Rock outcrop | 0-60 | --- | --- | --- | --- | --- | --- |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 129: | | | | | | | |
| Torriorthents | 0-4 | 5.0-15 | 6.6-9.0 | 1-10 | 0 | 0.0-8.0 | 0-5 |
| | 4-14 | 10-20 | 6.6-9.0 | 1-15 | 0-3 | 0.0-8.0 | 0-10 |
| | 14-24 | --- | 6.6-9.0 | --- | --- | --- | --- |
| 130: | | | | | | | |
| Torriorthents | 0-4 | 20-35 | 7.4-8.4 | 0-5 | 0 | 2.0-4.0 | 0 |
| | 4-14 | 20-40 | 7.4-8.4 | 0-5 | 0 | 0.0-2.0 | 0 |
| | 14-24 | --- | --- | --- | --- | --- | --- |
| Badland | 0-60 | --- | --- | --- | --- | 0 | --- |
| 131: | | | | | | | |
| Tragmon | 0-5 | 10-20 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 5-11 | 10-25 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 11-40 | 10-25 | 6.6-8.4 | 0 | 0 | 0 | 0 |
| | 40-60 | 10-25 | 6.6-8.4 | 0-1 | 0 | 0 | 0 |
| Sheek | 0-4 | 10-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 4-16 | 15-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 16-42 | 15-25 | 6.1-7.8 | 0 | 0 | 0 | 0 |
| | 42-60 | 10-25 | 6.6-8.4 | 0-10 | 0 | 0 | 0 |
| 132: | | | | | | | |
| Typic Argiaquolls | 0-4 | 10-25 | 7.4-7.8 | 0 | 0 | 0 | 0 |
| | 4-10 | 10-30 | 7.4-7.8 | 0 | 0 | 0 | 0 |
| | 10-24 | 15-30 | 7.4-7.8 | 0 | 0 | 0 | 0 |
| | 24-60 | 10-20 | 7.9-8.4 | 0 | 0 | 0 | 0 |
| 133: | | | | | | | |
| Typic Torriorthents | 0-3 | 5.0-15 | 7.4-9.4 | 1-10 | 0 | 0.0-8.0 | 0-5 |
| | 3-16 | 10-20 | 7.4-9.4 | 1-15 | 0-2 | 0.0-8.0 | 0-10 |
| | 16-26 | --- | --- | --- | --- | --- | --- |
| Rock outcrop | 0-60 | --- | --- | --- | --- | --- | --- |
| 134: | | | | | | | |
| Umbarg | 0-2 | 10-25 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 2-5 | 20-30 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 5-12 | 20-30 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 12-42 | 10-20 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| | 42-60 | 10-20 | 6.6-8.4 | 0-5 | 0 | 0 | 0 |
| Winner | 0-4 | 15-30 | 7.4-8.4 | 0 | 0 | 0 | 0 |
| | 4-31 | 15-30 | 7.4-8.4 | 0-2 | 0-1 | 2.0-8.0 | 0 |
| | 31-60 | 10-20 | 7.4-8.4 | 0-2 | 0-1 | 0.0-4.0 | 0 |
| Tesajo | 0-3 | 10-20 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 3-36 | 10-20 | 6.6-7.3 | 0 | 0 | 0 | 0 |
| | 36-60 | 5.0-15 | 6.6-7.3 | 0 | 0 | 0 | 0 |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 135: | | | | | | | |
| Ustic Torrifluvents | 0-3 | 0.0-10 | 6.6-8.4 | 1-5 | 0 | 2.0-8.0 | 0 |
| | 3-11 | 0.0-10 | 6.6-8.4 | 1-5 | 0 | 2.0-8.0 | 0 |
| | 11-60 | 0.0-10 | 6.6-8.4 | 1-5 | 0 | 2.0-8.0 | 0 |
| 136: | | | | | | | |
| Ustic Torriorthents | 0-7 | 5.0-20 | 7.4-8.4 | 0-10 | 0 | 0.0-2.0 | 0 |
| | 7-60 | 10-25 | 7.4-8.4 | 1-5 | 0-5 | 0.0-2.0 | 0 |
| Gullied land | 0-60 | --- | --- | --- | --- | --- | --- |
| 137: | | | | | | | |
| Ustorthents | 0-3 | 5.0-15 | 6.6-8.4 | 0-5 | 0 | 0.0-8.0 | 0-2 |
| | 3-14 | 5.0-10 | 6.6-8.4 | 0-10 | 0 | 0.0-8.0 | 0-2 |
| | 14-60 | 10-20 | 6.6-8.4 | 1-15 | 0-3 | 0.0-8.0 | 0-10 |
| 138: | | | | | | | |
| Uzacol | 0-5 | 20-30 | 7.4-8.4 | 1-5 | 0 | 2.0-4.0 | 0-10 |
| | 5-45 | 20-50 | 7.9-9.0 | 1-15 | 0-5 | 4.0-16.0 | 15-50 |
| | 45-59 | 20-45 | 7.9-9.0 | 1-15 | 0-15 | 4.0-16.0 | 15-50 |
| | 59-69 | --- | --- | --- | --- | --- | --- |
| Zwicker | 0-1 | 25-45 | 7.4-9.0 | 1-5 | 0 | 2.0-4.0 | 0-5 |
| | 1-4 | 20-40 | 7.4-9.0 | 1-5 | 0 | 2.0-4.0 | 0-5 |
| | 4-32 | 20-45 | 7.4-9.0 | 5-10 | 1-10 | 2.0-4.0 | 0-5 |
| | 32-42 | --- | --- | --- | --- | --- | --- |
| Clayspings | 0-3 | 10-35 | 7.9-9.2 | 1-15 | 0-5 | 0.0-4.0 | 0-10 |
| | 3-18 | 20-40 | 7.9-9.2 | 1-15 | 0-10 | 0.0-4.0 | 0-20 |
| | 18-28 | --- | --- | --- | --- | --- | --- |
| 139: | | | | | | | |
| Water | 0-60 | --- | --- | --- | --- | --- | --- |
| 140: | | | | | | | |
| Wauquie | 0-2 | 10-20 | 6.6-7.8 | 0-2 | 0 | 0 | 0 |
| | 2-20 | 5.0-20 | 7.4-8.4 | 1-5 | 0 | 0 | 0 |
| | 20-60 | 5.0-15 | 7.4-8.4 | 1-10 | 0 | 0 | 0 |
| 141: | | | | | | | |
| Wauquie | 0-2 | 5.0-15 | 6.6-7.8 | 0-2 | 0 | 0 | 0 |
| | 2-6 | 5.0-20 | 6.6-7.8 | 0-5 | 0 | 0 | 0 |
| | 6-22 | 10-25 | 7.4-8.4 | 0-5 | 0 | 0 | 0 |
| | 22-60 | 10-25 | 7.4-8.4 | 1-10 | 0 | 0 | 0 |
| Dolcan | 0-2 | 5.0-15 | 7.4-7.8 | 0-2 | 0 | 0 | 0 |
| | 2-11 | 10-20 | 7.4-8.4 | 0-5 | 0 | 0 | 0 |
| | 11-21 | --- | --- | --- | --- | --- | --- |

Table 16.--Chemical Properties of the Soils--Continued

| Map symbol and soil name | Depth | Cation-exchange capacity | Soil reaction | Calcium carbonate | Gypsum | Salinity | Sodium adsorption ratio |
|---|---|---|---|---|---|---|---|
| | In | meq/100 g | pH | Pct | Pct | mmhos/cm | |
| 142: | | | | | | | |
| Wauquie------------------ | 0-2 | 5.0-15 | 6.6-7.8 | 0-2 | 0 | 0 | 0 |
| | 2-6 | 5.0-20 | 6.6-7.8 | 0-5 | 0 | 0 | 0 |
| | 6-22 | 10-25 | 7.4-8.4 | 0-5 | 0 | 0 | 0 |
| | 22-60 | 10-25 | 7.4-8.4 | 1-10 | 0 | 0 | 0 |
| Dolcan------------------- | 0-2 | 5.0-15 | 7.4-7.8 | 0-2 | 0 | 0 | 0 |
| | 2-11 | 10-20 | 7.4-8.4 | 0-5 | 0 | 0 | 0 |
| | 11-21 | --- | --- | --- | --- | --- | --- |
| Rock outcrop------------- | 0-60 | --- | --- | --- | --- | --- | --- |
| 143: | | | | | | | |
| Wetherill---------------- | 0-3 | 5.0-20 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 3-7 | 10-25 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 7-48 | 5.0-20 | 7.4-8.4 | 1-10 | 0 | 0 | 0 |
| | 48-60 | 5.0-15 | 7.9-8.4 | 5-30 | 0 | 0.0-2.0 | 0-4 |
| 144: | | | | | | | |
| Wetherill---------------- | 0-3 | 5.0-20 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 3-7 | 10-25 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 7-48 | 5.0-20 | 7.4-8.4 | 1-10 | 0 | 0 | 0 |
| | 48-60 | 5.0-15 | 7.9-8.4 | 5-30 | 0 | 0.0-2.0 | 0-4 |
| 145: | | | | | | | |
| Wetherill---------------- | 0-3 | 5.0-20 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 3-7 | 10-25 | 6.6-7.8 | 0-1 | 0 | 0 | 0 |
| | 7-48 | 5.0-20 | 7.4-8.4 | 1-10 | 0 | 0 | 0 |
| | 48-60 | 5.0-15 | 7.9-8.4 | 5-30 | 0 | 0.0-2.0 | 0-4 |
| 146: | | | | | | | |
| Yarts-------------------- | 0-9 | 10-25 | 7.4-8.4 | 1-5 | 0 | 0 | 0 |
| | 9-13 | 3.0-15 | 7.4-8.4 | 1-5 | 0 | 0 | 0 |
| | 13-60 | 5.0-10 | 7.4-9.0 | 1-5 | 0 | 0 | 0 |
| 147: | | | | | | | |
| Yarts-------------------- | 0-9 | 5.0-15 | 7.4-8.4 | 1-5 | 0 | 0 | 0 |
| | 9-13 | 3.0-15 | 7.4-8.4 | 1-5 | 0 | 0 | 0 |
| | 13-60 | 5.0-10 | 7.4-9.0 | 1-5 | 0 | 0 | 0 |
| 148: | | | | | | | |
| Zau---------------------- | 0-2 | --- | --- | --- | --- | --- | --- |
| | 2-10 | 10-20 | 6.6-7.8 | 0 | 0 | 0 | 0 |
| | 10-29 | 15-30 | 6.1-7.3 | 0 | 0 | 0 | 0 |
| | 29-34 | 10-25 | 6.1-7.8 | 0-5 | 0 | 0 | 0 |
| | 34-44 | --- | --- | --- | --- | --- | --- |

Table 17.--Water Features

(Depths of layers are in feet. See text for definitions of terms used in this table. Absence of an entry indicates that the feature is not a concern or that data were not estimated.)

| Map symbol and soil name | Hydro-logic group | Month | Water table upper limit | Flooding: Duration | Flooding: Frequency |
|---|---|---|---|---|---|
| 1: | | | | | |
| Ackmen | B | March | --- | Brief | Rare |
| | | April | --- | Brief | Rare |
| | | July | --- | Very brief | Rare |
| | | August | --- | Very brief | Rare |
| | | September | --- | Very brief | Rare |
| | | October | --- | Very brief | Rare |
| 2: | | | | | |
| Ackmen | B | March | --- | Brief | Rare |
| | | April | --- | Brief | Rare |
| | | July | --- | Very brief | Rare |
| | | August | --- | Very brief | Rare |
| | | September | --- | Very brief | Rare |
| | | October | --- | Very brief | Rare |
| 3: | | | | | |
| Arabrab | D | All months | --- | --- | --- |
| 4: | | | | | |
| Arabrab | D | All months | --- | --- | --- |
| Longburn | D | All months | --- | --- | --- |
| 5: | | | | | |
| Archuleta | D | All months | --- | --- | --- |
| Sanchez | D | All months | --- | --- | --- |
| 6: | | | | | |
| Argiustolls | B | All months | --- | --- | --- |
| Haplustalfs | C | All months | --- | --- | --- |
| 7: | | | | | |
| Argiustolls | B | All months | --- | --- | --- |
| Haplustalfs | C | All months | --- | --- | --- |
| Rock outcrop | D | All months | --- | --- | --- |
| 8: | | | | | |
| Barx | B | All months | --- | --- | --- |
| 9: | | | | | |
| Barx | B | All months | --- | --- | --- |
| 10: | | | | | |
| Barx | B | All months | --- | --- | --- |
| 11: | | | | | |
| Barx | B | All months | --- | --- | --- |
| Gapmesa | C | All months | --- | --- | --- |

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 607 of 664



Table 17.--Water Features--Continued

| Map symbol and soil name | Hydro-logic group | Month | Water table upper limit | Flooding | |
|---|---|---|---|---|---|
| | | | | Duration | Frequency |
| 12: | | | | | |
| Battlerock | B | July | --- | Very brief | Rare |
| | | August | --- | Very brief | Rare |
| | | September | --- | Very brief | Rare |
| | | October | --- | Very brief | Rare |
| 13: | | | | | |
| Beje | D | All months | --- | --- | --- |
| Tragmon | B | All months | --- | --- | --- |
| 14: | | | | | |
| Burnson | C | All months | --- | --- | --- |
| 15: | | | | | |
| Burnson, dry | C | All months | --- | --- | --- |
| 16: | | | | | |
| Burnson | C | All months | --- | --- | --- |
| Herm | C | All months | --- | --- | --- |
| 17: | | | | | |
| Cahona | B | All months | --- | --- | --- |
| 18: | | | | | |
| Cahona | B | All months | --- | --- | --- |
| 19: | | | | | |
| Cahona | B | All months | --- | --- | --- |
| 20: | | | | | |
| Cahona | B | All months | --- | --- | --- |
| Pulpit | C | All months | --- | --- | --- |
| 21: | | | | | |
| Cahona | B | All months | --- | --- | --- |
| Sharps | C | All months | --- | --- | --- |
| Wetherill | B | All months | --- | --- | --- |
| 22: | | | | | |
| Claysprings | D | All months | --- | --- | --- |
| 23: | | | | | |
| Collide | C | All months | --- | --- | --- |
| 24: | | | | | |
| Collide | C | All months | --- | --- | --- |
| 25: | | | | | |
| Collide | C | All months | --- | --- | --- |
| Collide, cobbly substratum | C | All months | --- | --- | --- |

Table 17.--Water Features--Continued

| Map symbol and soil name | Hydro-logic group | Month | Water table upper limit | Flooding: Duration | Flooding: Frequency |
|---|---|---|---|---|---|
| 26: | | | | | |
| Collide | C | All months | --- | --- | --- |
| Collide, cobbly substratum | C | All months | --- | --- | --- |
| 27: | | | | | |
| Dalmatian | B | January | 5.0-6.0 | --- | --- |
| | | February | 5.0-6.0 | --- | --- |
| | | March | 4.0-6.0 | Brief | Rare |
| | | April | 3.0-5.0 | Brief | Rare |
| | | May | 3.0-5.0 | Brief | Rare |
| | | June | 3.0-5.0 | Brief | Rare |
| | | July | 3.0-5.0 | --- | --- |
| | | August | 4.0-6.0 | --- | --- |
| | | September | 4.0-6.0 | --- | --- |
| | | November | 5.0-6.0 | --- | --- |
| | | December | 5.0-6.0 | --- | --- |
| Apmay | B | January | 5.0-6.0 | --- | --- |
| | | February | 5.0-6.0 | --- | --- |
| | | March | 3.0-5.0 | Brief | Rare |
| | | April | 2.0-4.0 | Brief | Rare |
| | | May | 1.0-3.0 | Brief | Rare |
| | | June | 1.0-3.0 | Brief | Rare |
| | | July | 2.0-4.0 | --- | --- |
| | | August | 3.0-5.0 | --- | --- |
| | | September | 4.0-6.0 | --- | --- |
| | | October | 5.0-6.0 | --- | --- |
| | | November | 5.0-6.0 | --- | --- |
| | | December | 5.0-6.0 | --- | --- |
| Schrader | D | January | 5.0-6.0 | --- | --- |
| | | February | 5.0-6.0 | --- | --- |
| | | March | 3.0-4.0 | Brief | Occasional |
| | | April | 2.0-3.0 | Brief | Occasional |
| | | May | 1.0-2.0 | Brief | Occasional |
| | | June | 1.0-2.0 | Brief | Occasional |
| | | July | 2.0-3.0 | --- | --- |
| | | August | 3.0-4.0 | --- | --- |
| | | September | 4.0-5.0 | --- | --- |
| | | October | 5.0-6.0 | --- | --- |
| | | November | 5.0-6.0 | --- | --- |
| | | December | 5.0-6.0 | --- | --- |
| 28: | | | | | |
| Dam | --- | All months | --- | --- | --- |
| 29: | | | | | |
| Endoaquolls | D | January | 3.0-5.0 | --- | --- |
| | | February | 3.0-5.0 | --- | --- |
| | | March | 3.0-5.0 | --- | --- |
| | | April | 2.0-4.0 | Long | Frequent |
| | | May | 1.0-2.0 | Long | Frequent |
| | | June | 1.0-2.0 | Long | Frequent |
| | | July | 2.0-3.0 | --- | --- |
| | | August | 2.0-3.0 | --- | --- |
| | | September | 3.0-4.0 | --- | --- |
| | | October | 3.0-5.0 | --- | --- |
| | | November | 3.0-5.0 | --- | --- |
| | | December | 3.0-5.0 | --- | --- |

Table 17.--Water Features--Continued

| Map symbol and soil name | Hydro-logic group | Month | Water table upper limit | Flooding | |
|---|---|---|---|---|---|
| | | | | Duration | Frequency |
| 29: | | | | | |
| Ustifluvents | B | January | 5.0-6.0 | --- | --- |
| | | February | 5.0-6.0 | --- | --- |
| | | March | 4.0-6.0 | --- | --- |
| | | April | 3.0-5.0 | Brief | Occasional |
| | | May | 3.0-5.0 | Brief | Occasional |
| | | June | 3.0-5.0 | Brief | Occasional |
| | | July | 4.0-5.0 | --- | --- |
| | | August | 4.0-6.0 | --- | --- |
| | | September | 5.0-6.0 | --- | --- |
| | | October | 5.0-6.0 | --- | --- |
| | | November | 5.0-6.0 | --- | --- |
| | | December | 5.0-6.0 | --- | --- |
| 30: | | | | | |
| Falconry | D | All months | --- | --- | --- |
| 31: | | | | | |
| Farb | D | All months | --- | --- | --- |
| Rock outcrop | D | All months | --- | --- | --- |
| 32: | | | | | |
| Fardraw | B | All months | --- | --- | --- |
| 33: | | | | | |
| Fardraw | C | All months | --- | --- | --- |
| 34: | | | | | |
| Fardraw | C | All months | --- | --- | --- |
| 35: | | | | | |
| Fardraw | C | All months | --- | --- | --- |
| Granath | B | All months | --- | --- | --- |
| 36: | | | | | |
| Fivepine | D | All months | --- | --- | --- |
| Nortez | C | All months | --- | --- | --- |
| 37: | | | | | |
| Fluvaquents | D | January | 1.0-3.0 | --- | --- |
| | | February | 1.0-3.0 | --- | --- |
| | | March | 1.0-3.0 | Brief | Frequent |
| | | April | 1.0-3.0 | Brief | Frequent |
| | | May | 1.0-2.0 | Brief | Frequent |
| | | June | 1.0-2.0 | Brief | Frequent |
| | | July | 1.0-3.0 | --- | --- |
| | | August | 1.0-3.0 | --- | --- |
| | | September | 1.0-3.0 | --- | --- |
| | | October | 1.0-3.0 | --- | --- |
| | | November | 1.0-3.0 | --- | --- |
| | | December | 1.0-3.0 | --- | --- |

Table 17.--Water Features--Continued

| Map symbol and soil name | Hydro-logic group | Month | Water table upper limit | Flooding | |
|---|---|---|---|---|---|
| | | | | Duration | Frequency |
| 37: | | | | | |
| Haplustolls | B | March | --- | Brief | Rare |
| | | April | --- | Brief | Rare |
| | | May | --- | Brief | Rare |
| | | June | --- | Brief | Rare |
| 38: | | | | | |
| Fluvents | A | March | --- | Brief | Occasional |
| | | April | --- | Brief | Occasional |
| | | May | --- | Brief | Occasional |
| | | June | --- | Brief | Occasional |
| | | July | --- | Brief | Occasional |
| | | August | --- | Brief | Occasional |
| Fluvaquents | D | January | 1.0-3.0 | --- | --- |
| | | February | 1.0-3.0 | --- | --- |
| | | March | 1.0-3.0 | Brief | Frequent |
| | | April | 1.0-3.0 | Brief | Frequent |
| | | May | 1.0-3.0 | Brief | Frequent |
| | | June | 1.0-3.0 | Brief | Frequent |
| | | July | 1.0-3.0 | --- | --- |
| | | August | 1.0-3.0 | --- | --- |
| | | September | 1.0-3.0 | --- | --- |
| | | October | 1.0-3.0 | --- | --- |
| | | November | 1.0-3.0 | --- | --- |
| | | December | 1.0-3.0 | --- | --- |
| 39: | | | | | |
| Fughes | C | All months | --- | --- | --- |
| 40: | | | | | |
| Fughes | C | All months | --- | --- | --- |
| Herm | C | All months | --- | --- | --- |
| 41: | | | | | |
| Fughes | C | All months | --- | --- | --- |
| Sheek | B | All months | --- | --- | --- |
| 42: | | | | | |
| Gladel | D | All months | --- | --- | --- |
| Pulpit | C | All months | --- | --- | --- |
| 43: | | | | | |
| Goldbug | B | All months | --- | --- | --- |
| 44: | | | | | |
| Granath | B | All months | --- | --- | --- |
| 45: | | | | | |
| Granath | B | All months | --- | --- | --- |
| 46: | | | | | |
| Granath | C | All months | --- | --- | --- |
| Fughes | C | All months | --- | --- | --- |

Table 17.--Water Features--Continued

| Map symbol and soil name | Hydro-logic group | Month | Water table upper limit | Flooding: Duration | Flooding: Frequency |
|---|---|---|---|---|---|
| 47: | | | | | |
| Granath | C | All months | --- | --- | --- |
| Nortez | C | All months | --- | --- | --- |
| 48: | | | | | |
| Granath | C | All months | --- | --- | --- |
| Ormiston | C | All months | --- | --- | --- |
| Fivepine | D | All months | --- | --- | --- |
| 49: | | | | | |
| Herm | C | All months | --- | --- | --- |
| 50: | | | | | |
| Herm | C | All months | --- | --- | --- |
| 51: | | | | | |
| Herm | C | All months | --- | --- | --- |
| Pagoda | C | All months | --- | --- | --- |
| 52: | | | | | |
| Hesperus | B | All months | --- | --- | --- |
| 53: | | | | | |
| Hesperus | B | All months | --- | --- | --- |
| 54: | | | | | |
| Hesperus | B | All months | --- | --- | --- |
| 55: | | | | | |
| Hesperus | B | All months | --- | --- | --- |
| 56: | | | | | |
| Ilex | C | All months | --- | --- | --- |
| 57: | | | | | |
| Ilex | C | All months | --- | --- | --- |
| 58: | | | | | |
| Ilex | C | All months | --- | --- | --- |
| Granath | B | All months | --- | --- | --- |
| 59: | | | | | |
| Ilex | C | All months | --- | --- | --- |
| Granath | B | All months | --- | --- | --- |
| 60: | | | | | |
| Ilex | C | All months | --- | --- | --- |
| Pramiss | C | All months | --- | --- | --- |
| Falconry | D | All months | --- | --- | --- |

Table 17.--Water Features--Continued

| Map symbol and soil name | Hydro- logic group | Month | Water table upper limit | Flooding | |
|---|---|---|---|---|---|
| | | | | Duration | Frequency |
| 61: | | | | | |
| Ilex | C | All months | --- | --- | --- |
| Pramiss | C | All months | --- | --- | --- |
| Granath | B | All months | --- | --- | --- |
| 62: | | | | | |
| Irak | D | January | 5.0-6.0 | --- | --- |
| | | February | 5.0-6.0 | --- | --- |
| | | March | 3.0-5.0 | Brief | Rare |
| | | April | 2.0-4.0 | Brief | Rare |
| | | May | 2.0-4.0 | --- | --- |
| | | June | 2.0-4.0 | --- | --- |
| | | July | 2.0-4.0 | Brief | Rare |
| | | August | 2.0-4.0 | Very brief | Rare |
| | | September | 2.0-4.0 | Very brief | Rare |
| | | October | 3.0-5.0 | Brief | Rare |
| | | November | 4.0-6.0 | --- | --- |
| | | December | 5.0-6.0 | --- | --- |
| 63: | | | | | |
| Jemco | C | All months | --- | --- | --- |
| Detra | B | All months | --- | --- | --- |
| Beje | D | All months | --- | --- | --- |
| 64: | | | | | |
| Lazear | D | All months | --- | --- | --- |
| Rock outcrop | D | All months | --- | --- | --- |
| 65: | | | | | |
| Lillings | B | March | --- | Brief | Rare |
| | | April | --- | Brief | Rare |
| | | July | --- | Brief | Rare |
| | | August | --- | Brief | Rare |
| | | September | --- | Very brief | Rare |
| | | October | --- | Brief | Rare |
| 66: | | | | | |
| Lillings | B | March | --- | Brief | Rare |
| | | April | --- | Brief | Rare |
| | | July | --- | Brief | Rare |
| | | August | --- | Brief | Rare |
| | | September | --- | Very brief | Rare |
| | | October | --- | Brief | Rare |
| 67: | | | | | |
| Lillings | B | March | --- | Brief | Rare |
| | | April | --- | Brief | Rare |
| | | July | --- | Brief | Rare |
| | | August | --- | Brief | Rare |
| | | September | --- | Very brief | Rare |
| | | October | --- | Brief | Rare |

Table 17.--Water Features--Continued

| Map symbol and soil name | Hydro-logic group | Month | Water table upper limit | Flooding Duration | Flooding Frequency |
|---|---|---|---|---|---|
| 68: | | | | | |
| Longburn | D | All months | --- | --- | --- |
| Rock outcrop | D | All months | --- | --- | --- |
| 69: | | | | | |
| Longburn | D | All months | --- | --- | --- |
| Rock outcrop | D | All months | --- | --- | --- |
| 70: | | | | | |
| Mack | B | All months | --- | --- | --- |
| 71: | | | | | |
| Mikett | D | January | 1.0-3.0 | --- | --- |
| | | February | 1.0-3.0 | --- | --- |
| | | March | 1.0-3.0 | --- | --- |
| | | April | 1.0-3.0 | --- | --- |
| | | May | 1.0-3.0 | --- | --- |
| | | June | 1.0-3.0 | --- | --- |
| | | July | 1.0-3.0 | --- | --- |
| | | August | 1.0-3.0 | --- | --- |
| | | September | 1.0-3.0 | --- | --- |
| | | October | 1.0-3.0 | --- | --- |
| | | November | 1.0-3.0 | --- | --- |
| | | December | 1.0-3.0 | --- | --- |
| 72: | | | | | |
| Mikett | C | January | 4.0-6.0 | --- | --- |
| | | February | 4.0-6.0 | --- | --- |
| | | March | 4.0-6.0 | --- | --- |
| | | April | 3.0-5.0 | --- | --- |
| | | May | 3.0-5.0 | --- | --- |
| | | June | 3.0-5.0 | --- | --- |
| | | July | 3.0-5.0 | --- | --- |
| | | August | 3.0-5.0 | --- | --- |
| | | September | 4.0-6.0 | --- | --- |
| | | October | 4.0-6.0 | --- | --- |
| | | November | 4.0-6.0 | --- | --- |
| | | December | 4.0-6.0 | --- | --- |
| 73: | | | | | |
| Mikim | B | All months | --- | --- | --- |
| 74: | | | | | |
| Mikim | B | All months | --- | --- | --- |
| 75: | | | | | |
| Mikim | B | All months | --- | --- | --- |
| 76: | | | | | |
| Morefield | B | All months | --- | --- | --- |
| 77: | | | | | |
| Morefield | B | All months | --- | --- | --- |

Table 17.--Water Features--Continued

| Map symbol and soil name | Hydro-logic group | Month | Water table upper limit | Flooding | |
|---|---|---|---|---|---|
| | | | | Duration | Frequency |
| 78: | | | | | |
| Nortez | C | All months | --- | --- | --- |
| Granath | B | All months | --- | --- | --- |
| 79: | | | | | |
| Northrim | B | All months | --- | --- | --- |
| 80: | | | | | |
| Ormiston | C | All months | --- | --- | --- |
| Beje | D | All months | --- | --- | --- |
| 81: | | | | | |
| Ormiston | C | All months | --- | --- | --- |
| Fivepine | D | All months | --- | --- | --- |
| 82: | | | | | |
| Ormiston | C | All months | --- | --- | --- |
| Granath | B | All months | --- | --- | --- |
| 83: | | | | | |
| Ormiston | C | All months | --- | --- | --- |
| Nortez | C | All months | --- | --- | --- |
| 84: | | | | | |
| Payter | B | All months | --- | --- | --- |
| 85: | | | | | |
| Pinacol | C | All months | --- | --- | --- |
| 86: | | | | | |
| Pinacol | C | All months | --- | --- | --- |
| 87: | | | | | |
| Pits | A | All months | --- | --- | --- |
| 88: | | | | | |
| Pogo | D | January | 0.0-1.5 | Very long | Frequent |
| | | February | 0.0-1.5 | Very long | Frequent |
| | | March | 0.0-1.5 | Very long | Frequent |
| | | April | 0.0-1.5 | Very long | Frequent |
| | | May | 0.0-1.5 | Very long | Frequent |
| | | June | 0.0-1.5 | Very long | Frequent |
| | | July | 0.0-1.5 | Very long | Frequent |
| | | August | 0.0-1.5 | Very long | Frequent |
| | | September | 0.0-1.5 | Very long | Frequent |
| | | October | 0.0-1.5 | Very long | Frequent |
| | | November | 0.0-1.5 | Very long | Frequent |
| | | December | 0.0-1.5 | Very long | Frequent |

Table 17.--Water Features--Continued

| Map symbol and soil name | Hydro-logic group | Month | Water table upper limit | Flooding: Duration | Flooding: Frequency |
|---|---|---|---|---|---|
| 89: | | | | | |
| Pramiss | C | All months | --- | --- | --- |
| 90: | | | | | |
| Pramiss | C | All months | --- | --- | --- |
| Granath | B | All months | --- | --- | --- |
| 91: | | | | | |
| Prater | B | All months | --- | --- | --- |
| 92: | | | | | |
| Prater | B | All months | --- | --- | --- |
| Dolcan | D | All months | --- | --- | --- |
| 93: | | | | | |
| Pulpit | C | All months | --- | --- | --- |
| 94: | | | | | |
| Pulpit | C | All months | --- | --- | --- |
| 95: | | | | | |
| Pulpit | C | All months | --- | --- | --- |
| 96: | | | | | |
| Purcella | B | All months | --- | --- | --- |
| 97: | | | | | |
| Ramper | B | March | --- | Brief | Rare |
| | | April | --- | Brief | Rare |
| | | July | --- | Brief | Rare |
| | | August | --- | Brief | Rare |
| | | September | --- | Brief | Rare |
| | | October | --- | Brief | Rare |
| 98: | | | | | |
| Ramper | B | March | --- | Brief | Rare |
| | | April | --- | Brief | Rare |
| | | July | --- | Brief | Rare |
| | | August | --- | Brief | Rare |
| | | September | --- | Brief | Rare |
| | | October | --- | Brief | Rare |
| 99: | | | | | |
| Ravola | B | July | --- | Brief | Rare |
| | | August | --- | Brief | Rare |
| | | September | --- | Brief | Rare |
| | | October | --- | Brief | Rare |
| 100: | | | | | |
| Recapture | B | All months | --- | --- | --- |
| 101: | | | | | |
| Recapture | B | July | --- | Brief | Rare |
| | | August | --- | Brief | Rare |
| | | September | --- | Brief | Rare |
| | | October | --- | Brief | Rare |

Table 17.--Water Features--Continued

| Map symbol and soil name | Hydro-logic group | Month | Water table upper limit | Flooding: Duration | Flooding: Frequency |
|---|---|---|---|---|---|
| 102: | | | | | |
| Ricot | C | All months | --- | --- | --- |
| 103: | | | | | |
| Ricot | C | All months | --- | --- | --- |
| 104: | | | | | |
| Ricot | C | All months | --- | --- | --- |
| 105: | | | | | |
| Rizno | D | All months | --- | --- | --- |
| Gapmesa | C | All months | --- | --- | --- |
| 106: | | | | | |
| Rizno | D | All months | --- | --- | --- |
| Littlenan | C | All months | --- | --- | --- |
| Bodry | C | All months | --- | --- | --- |
| 107: | | | | | |
| Rizno | D | All months | --- | --- | --- |
| Ruinpoint | B | All months | --- | --- | --- |
| Rock outcrop | D | All months | --- | --- | --- |
| 108: | | | | | |
| Rock outcrop | D | All months | --- | --- | --- |
| 109: | | | | | |
| Romberg | B | All months | --- | --- | --- |
| 109: | | | | | |
| Crosscan | D | All months | --- | --- | --- |
| 110: | | | | | |
| Romberg | B | All months | --- | --- | --- |
| Crosscan | D | All months | --- | --- | --- |
| Rock outcrop | D | All months | --- | --- | --- |
| 111: | | | | | |
| Roubideau | C | All months | --- | --- | --- |
| 112: | | | | | |
| Sharps | C | All months | --- | --- | --- |
| 113: | | | | | |
| Sharps | C | All months | --- | --- | --- |
| 114: | | | | | |
| Sharps, dry | C | All months | --- | --- | --- |

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 617 of 664



Table 17.--Water Features--Continued

| Map symbol and soil name | Hydro-logic group | Month | Water table upper limit | Flooding: Duration | Flooding: Frequency |
|---|---|---|---|---|---|
| 115: | | | | | |
| Sharps, dry | C | All months | --- | --- | --- |
| Gapmesa | C | All months | --- | --- | --- |
| 116: | | | | | |
| Sharps | C | All months | --- | --- | --- |
| Cahona | B | All months | --- | --- | --- |
| 117: | | | | | |
| Sharps | C | All months | --- | --- | --- |
| Pulpit | C | All months | --- | --- | --- |
| 118: | | | | | |
| Sharps | C | All months | --- | --- | --- |
| Pulpit | C | All months | --- | --- | --- |
| 119: | | | | | |
| Sheek | B | All months | --- | --- | --- |
| Archuleta | D | All months | --- | --- | --- |
| 120: | | | | | |
| Sheek | B | All months | --- | --- | --- |
| Archuleta | D | All months | --- | --- | --- |
| Rock outcrop | D | All months | --- | --- | --- |
| 121: | | | | | |
| Sheek | B | All months | --- | --- | --- |
| Archuleta | D | All months | --- | --- | --- |
| Rock outcrop | D | All months | --- | --- | --- |
| 122: | | | | | |
| Sheppard | A | All months | --- | --- | --- |
| 123: | | | | | |
| Sideshow | C | All months | --- | --- | --- |
| 124: | | | | | |
| Sideshow | C | All months | --- | --- | --- |
| 125: | | | | | |
| Sideshow | C | All months | --- | --- | --- |

Table 17.--Water Features--Continued

| Map symbol and soil name | Hydro-logic group | Month | Water table upper limit | Flooding: Duration | Flooding: Frequency |
|---|---|---|---|---|---|
| 126: | | | | | |
| Sideshow | C | All months | --- | --- | --- |
| Zigzag | D | All months | --- | --- | --- |
| 127: | | | | | |
| Sideslide | C | January | 3.0-5.0 | --- | --- |
| | | February | 3.0-5.0 | --- | --- |
| | | March | 3.0-5.0 | --- | --- |
| | | April | 1.0-2.0 | --- | --- |
| | | May | 0.5-2.0 | --- | --- |
| | | June | 0.5-2.0 | --- | --- |
| | | July | 0.5-2.0 | --- | --- |
| | | August | 0.5-2.0 | --- | --- |
| | | September | 0.5-2.0 | --- | --- |
| | | October | 2.0-4.0 | --- | --- |
| | | November | 3.0-5.0 | --- | --- |
| | | December | 3.0-5.0 | --- | --- |
| 128: | | | | | |
| Stephouse | D | All months | --- | --- | --- |
| Rock outcrop | D | All months | --- | --- | --- |
| 129: | | | | | |
| Torriorthents | D | All months | --- | --- | --- |
| 130: | | | | | |
| Torriorthents | D | All months | --- | --- | --- |
| Badland | D | All months | --- | --- | --- |
| 131: | | | | | |
| Tragmon | B | All months | --- | --- | --- |
| Sheek | B | All months | --- | --- | --- |
| 132: | | | | | |
| Typic Argiaquolls | C | January | 4.0-6.0 | --- | --- |
| | | February | 3.0-6.0 | --- | --- |
| | | March | 1.0-3.0 | Long | Occasional |
| | | April | 1.0-2.0 | Long | Occasional |
| | | May | 1.0-2.0 | Long | Occasional |
| | | June | 1.0-2.0 | --- | --- |
| | | July | 2.0-3.0 | Very brief | Rare |
| | | August | 2.0-3.0 | Very brief | Rare |
| | | September | 3.0-5.0 | Very brief | Rare |
| | | October | 3.0-6.0 | Very brief | Rare |
| | | November | 4.0-6.0 | --- | --- |
| | | December | 4.0-6.0 | --- | --- |
| 133: | | | | | |
| Typic Torriorthents | D | All months | --- | --- | --- |
| Rock outcrop | D | All months | --- | --- | --- |

Table 17.--Water Features--Continued

| Map symbol and soil name | Hydro-logic group | Month | Water table upper limit | Flooding Duration | Flooding Frequency |
|---|---|---|---|---|---|
| 134: | | | | | |
| Umbarg | C | January | 5.0-6.0 | --- | --- |
| | | February | 5.0-6.0 | --- | --- |
| | | March | 4.0-6.0 | Brief | Rare |
| | | April | 3.0-5.0 | Brief | Rare |
| | | May | 3.0-5.0 | Brief | Rare |
| | | June | 3.0-5.0 | --- | --- |
| | | July | 3.0-5.0 | Very brief | Rare |
| | | August | 3.0-5.0 | Very brief | Rare |
| | | September | 3.0-5.0 | Very brief | Rare |
| | | October | 4.0-6.0 | Very brief | Rare |
| | | November | 4.0-6.0 | --- | --- |
| | | December | 5.0-6.0 | --- | --- |
| Winner | D | January | 4.0-6.0 | --- | --- |
| | | February | 4.0-6.0 | --- | --- |
| | | March | 3.0-5.0 | Brief | Rare |
| | | April | 0.5-2.0 | Brief | Rare |
| | | May | 0.5-2.0 | Brief | Rare |
| | | June | 0.5-2.0 | --- | --- |
| | | July | 1.0-3.0 | Very brief | Rare |
| | | August | 1.0-3.0 | Very brief | Rare |
| | | September | 2.0-4.0 | Very brief | Rare |
| | | October | 2.0-4.0 | Very brief | Rare |
| | | November | 4.0-5.0 | --- | --- |
| | | December | 4.0-6.0 | --- | --- |
| Tesajo | B | January | 5.0-6.0 | --- | --- |
| | | February | 5.0-6.0 | --- | --- |
| | | March | 4.0-6.0 | Brief | Rare |
| | | April | 4.0-6.0 | Brief | Rare |
| | | May | 4.0-6.0 | Brief | Rare |
| | | June | 4.0-6.0 | --- | --- |
| | | July | 4.0-6.0 | Very brief | Rare |
| | | August | 4.0-6.0 | Very brief | Rare |
| | | September | 4.0-6.0 | Very brief | Rare |
| | | October | 4.0-6.0 | Very brief | Rare |
| | | November | 5.0-6.0 | --- | --- |
| | | December | 5.0-6.0 | --- | --- |
| 135: | | | | | |
| Ustic Torrifluvents | A | March | --- | Brief | Rare |
| | | April | --- | Brief | Rare |
| | | May | --- | Brief | Rare |
| | | July | --- | Very brief | Rare |
| | | August | --- | Very brief | Rare |
| | | September | --- | Very brief | Rare |
| | | October | --- | Very brief | Rare |
| 136: | | | | | |
| Ustic Torriorthents | D | March | --- | Brief | Rare |
| | | April | --- | Brief | Rare |
| | | July | --- | Brief | Rare |
| | | August | --- | Brief | Rare |
| | | September | --- | Brief | Rare |
| | | October | --- | Brief | Rare |

Table 17.--Water Features--Continued

| Map symbol and soil name | Hydro-logic group | Month | Water table upper limit | Flooding | |
|---|---|---|---|---|---|
| | | | | Duration | Frequency |
| 136: | | | | | |
| Gullied land | --- | March | --- | Brief | Rare |
| | | April | --- | Brief | Rare |
| | | July | --- | Brief | Rare |
| | | August | --- | Brief | Rare |
| | | September | --- | Brief | Rare |
| | | October | --- | Brief | Rare |
| 137: | | | | | |
| Ustorthents | D | All months | --- | --- | --- |
| 138: | | | | | |
| Uzacol | D | All months | --- | --- | --- |
| Zwicker | C | All months | --- | --- | --- |
| Clayspring | D | All months | --- | --- | --- |
| 139: | | | | | |
| Water | --- | All months | --- | --- | --- |
| 140: | | | | | |
| Wauquie | B | All months | --- | --- | --- |
| 141: | | | | | |
| Wauquie | B | All months | --- | --- | --- |
| Dolcan | D | All months | --- | --- | --- |
| 142: | | | | | |
| Wauquie | B | All months | --- | --- | --- |
| Dolcan | D | All months | --- | --- | --- |
| Rock outcrop | D | All months | --- | --- | --- |
| 143: | | | | | |
| Wetherill | B | All months | --- | --- | --- |
| 144: | | | | | |
| Wetherill | B | All months | --- | --- | --- |
| 145: | | | | | |
| Wetherill | B | All months | --- | --- | --- |
| 146: | | | | | |
| Yarts | B | All months | --- | --- | --- |
| 147: | | | | | |
| Yarts | B | All months | --- | --- | --- |
| 148: | | | | | |
| Zau | C | All months | --- | --- | --- |
| 149: | | | | | |
| Zigzag | D | All months | --- | --- | --- |

Table 17.--Water Features--Continued

| Map symbol and soil name | Hydro-logic group | Month | Water table upper limit | Flooding Duration | Flooding Frequency |
|---|---|---|---|---|---|
| 150: | | | | | |
| Zigzag | D | All months | --- | --- | --- |
| Sideshow | C | All months | --- | --- | --- |
| 151: | | | | | |
| Zyme | D | All months | --- | --- | --- |
| 152: | | | | | |
| Zyme | D | All months | --- | --- | --- |

Table 18.--Soil Features

(See text for definitions of terms used in this table. Absence of an entry indicates that the feature is not a concern or that data were not estimated.)

| Map symbol and soil name | Restrictive layer: Kind | Restrictive layer: Depth to top | Potential for frost action | Risk of corrosion: Uncoated steel | Risk of corrosion: Concrete |
|---|---|---|---|---|---|
| | | In | | | |
| 1: | | | | | |
| Ackmen | --- | --- | Low | Moderate | Low |
| 2: | | | | | |
| Ackmen | --- | --- | Low | Moderate | Low |
| 3: | | | | | |
| Arabrab | Bedrock (lithic) | 6-20 | Moderate | High | Low |
| 4: | | | | | |
| Arabrab | Bedrock (lithic) | 6-20 | Moderate | High | Low |
| Longburn | Bedrock (lithic) | 6-20 | Moderate | High | Low |
| 5: | | | | | |
| Archuleta | Bedrock (paralithic) | 10-20 | Low | Moderate | Low |
| Sanchez | Bedrock (lithic) | 11-20 | Low | Moderate | Moderate |
| 6: | | | | | |
| Argiustolls | Bedrock (paralithic) | 20-80 | Low | Moderate | Low |
| Haplustalfs | Bedrock (paralithic) | 10-80 | Low | High | Low |
| 7: | | | | | |
| Argiustolls | Bedrock (paralithic) | 20-80 | Low | Moderate | Low |
| Haplustalfs | Bedrock (paralithic) | 10-80 | Low | High | Low |
| Rock outcrop | Bedrock (lithic) | 0-0 | None | --- | --- |
| 8: | | | | | |
| Barx | --- | --- | Moderate | Low | Low |
| 9: | | | | | |
| Barx | --- | --- | Moderate | Low | Low |
| 10: | | | | | |
| Barx | --- | --- | Moderate | High | Low |
| 11: | | | | | |
| Barx | --- | --- | Moderate | Low | Low |
| Gapmesa | Bedrock (lithic) | 20-40 | Low | Moderate | Low |

Table 18.--Soil Features--Continued

| Map symbol and soil name | Restrictive layer: Kind | Restrictive layer: Depth to top | Potential for frost action | Risk of corrosion: Uncoated steel | Risk of corrosion: Concrete |
|---|---|---|---|---|---|
| | | In | | | |
| 12: | | | | | |
| Battlerock | --- | --- | Low | High | Low |
| 13: | | | | | |
| Beje | Bedrock (lithic) | 10-20 | Moderate | Moderate | Low |
| Tragmon | --- | --- | Moderate | Moderate | Low |
| 14: | | | | | |
| Burnson | Bedrock (lithic) | 40-60 | Moderate | Moderate | Low |
| 15: | | | | | |
| Burnson, dry | Bedrock (lithic) | 40-60 | Moderate | Moderate | Low |
| 16: | | | | | |
| Burnson | Bedrock (lithic) | 40-60 | Moderate | Moderate | Low |
| Herm | --- | --- | Low | Moderate | Low |
| 17: | | | | | |
| Cahona | --- | --- | Moderate | High | Low |
| 18: | | | | | |
| Cahona | --- | --- | Moderate | High | Low |
| 19: | | | | | |
| Cahona | --- | --- | Moderate | High | Low |
| 20: | | | | | |
| Cahona | --- | --- | Moderate | High | Low |
| Pulpit | Bedrock (lithic) | 20-40 | Low | Moderate | Low |
| 21: | | | | | |
| Cahona | --- | --- | Moderate | High | Low |
| Sharps | Bedrock (paralithic) | 20-40 | Low | High | Low |
| Wetherill | --- | --- | Moderate | High | Low |
| 22: | | | | | |
| Claysprings | Bedrock (paralithic) | 6-20 | Low | High | High |
| 23: | | | | | |
| Collide | --- | --- | Low | High | Low |
| 24: | | | | | |
| Collide | --- | --- | Low | High | Low |

Table 18.--Soil Features--Continued

| Map symbol and soil name | Restrictive layer | | Potential for frost action | Risk of corrosion | |
|---|---|---|---|---|---|
| | Kind | Depth to top | | Uncoated steel | Concrete |
| | | In | | | |
| 25: | | | | | |
| Collide | --- | --- | Low | High | Low |
| Collide, cobbly substratum | --- | --- | Low | High | Low |
| 26: | | | | | |
| Collide | --- | --- | Low | High | Low |
| Collide, cobbly substratum | --- | --- | Low | High | Low |
| 27: | | | | | |
| Dalmatian | --- | --- | Moderate | Moderate | Low |
| Apmay | --- | --- | Moderate | Moderate | Low |
| Schrader | --- | --- | High | High | Low |
| 28: | | | | | |
| Dam | --- | --- | --- | --- | --- |
| 29: | | | | | |
| Endoaquolls | --- | --- | Low | Moderate | Low |
| Ustifluvents | --- | --- | Low | Moderate | Low |
| 30: | | | | | |
| Falconry | Bedrock (lithic) | 10-20 | Low | Low | Low |
| 31: | | | | | |
| Farb | Bedrock (lithic) | 5-20 | Low | High | Low |
| Rock outcrop | Bedrock (lithic) | 0-0 | None | --- | --- |
| 32: | | | | | |
| Fardraw | --- | --- | Low | Moderate | Low |
| 33: | | | | | |
| Fardraw | --- | --- | Low | Moderate | Low |
| 34: | | | | | |
| Fardraw | --- | --- | Low | Moderate | Low |
| 35: | | | | | |
| Fardraw | --- | --- | Low | Moderate | Low |
| Granath | --- | --- | Moderate | High | Low |
| 36: | | | | | |
| Fivepine | Bedrock (lithic) | 10-20 | Low | Moderate | Low |
| Nortez | Bedrock (lithic) | 20-40 | Low | Moderate | Low |

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 625 of 664



Table 18.--Soil Features--Continued

| Map symbol and soil name | Restrictive layer: Kind | Restrictive layer: Depth to top | Potential for frost action | Risk of corrosion: Uncoated steel | Risk of corrosion: Concrete |
|---|---|---|---|---|---|
| | | In | | | |
| 37: | | | | | |
| Fluvaquents | --- | --- | Moderate | Moderate | Low |
| Haplustolls | --- | --- | Low | Moderate | Low |
| 38: | | | | | |
| Fluvents | --- | --- | Low | Moderate | Low |
| Fluvaquents | --- | --- | Moderate | Moderate | Low |
| 39: | | | | | |
| Fughes | --- | --- | Moderate | High | Low |
| 40: | | | | | |
| Fughes | --- | --- | Low | Moderate | Low |
| Herm | --- | --- | Low | Moderate | Low |
| 41: | | | | | |
| Fughes | --- | --- | Low | Moderate | Low |
| Sheek | --- | --- | Low | High | Low |
| 42: | | | | | |
| Gladel | Bedrock (lithic) | 12-20 | Low | Moderate | Low |
| Pulpit | Bedrock (lithic) | 20-40 | Low | Moderate | Low |
| 43: | | | | | |
| Goldbug | --- | --- | Low | Moderate | Moderate |
| 44: | | | | | |
| Granath | --- | --- | Moderate | High | Low |
| 45: | | | | | |
| Granath | --- | --- | Moderate | High | Low |
| 46: | | | | | |
| Granath | --- | --- | Moderate | High | Low |
| Fughes | --- | --- | Low | Moderate | Low |
| 47: | | | | | |
| Granath | --- | --- | Moderate | High | Low |
| Nortez | Bedrock (lithic) | 20-40 | Low | Moderate | Low |
| 48: | | | | | |
| Granath | --- | --- | Moderate | High | Low |
| Ormiston | Bedrock (lithic) | 40-60 | Low | High | Low |
| Fivepine | Bedrock (lithic) | 10-20 | Low | Moderate | Low |

Table 18.--Soil Features--Continued

| Map symbol and soil name | Restrictive layer | | Potential for frost action | Risk of corrosion | |
|---|---|---|---|---|---|
| | Kind | Depth to top | | Uncoated steel | Concrete |
| | | In | | | |
| 49: | | | | | |
| Herm | --- | --- | Low | Moderate | Low |
| 50: | | | | | |
| Herm | --- | --- | Low | Low | Moderate |
| 51: | | | | | |
| Herm | --- | --- | Low | Moderate | Low |
| Pagoda | --- | --- | Low | High | Low |
| 52: | | | | | |
| Hesperus | --- | --- | Moderate | Moderate | Low |
| 53: | | | | | |
| Hesperus | --- | --- | Moderate | Moderate | Low |
| 54: | | | | | |
| Hesperus | --- | --- | Moderate | Moderate | Low |
| 55: | | | | | |
| Hesperus | --- | --- | Moderate | Moderate | Low |
| 56: | | | | | |
| Ilex | --- | --- | Low | Moderate | Low |
| 57: | | | | | |
| Ilex | --- | --- | Low | Moderate | Low |
| 58: | | | | | |
| Ilex | --- | --- | Low | Moderate | Low |
| Granath | --- | --- | Moderate | High | Low |
| 59: | | | | | |
| Ilex | --- | --- | Low | Moderate | Low |
| Granath | --- | --- | Moderate | High | Low |
| 60: | | | | | |
| Ilex | --- | --- | Low | Moderate | Low |
| Pramiss | Bedrock (paralithic) | 20-40 | Low | High | Low |
| Falconry | Bedrock (lithic) | 10-20 | Low | Low | Low |

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 627 of 664



Table 18.--Soil Features--Continued

| Map symbol and soil name | Restrictive layer: Kind | Restrictive layer: Depth to top | Potential for frost action | Risk of corrosion: Uncoated steel | Risk of corrosion: Concrete |
|---|---|---|---|---|---|
| | | In | | | |
| 61: | | | | | |
| Ilex | --- | --- | Low | Moderate | Low |
| Pramiss | Bedrock (paralithic) | 20-40 | Low | High | Low |
| Granath | --- | --- | Moderate | High | Low |
| 62: | | | | | |
| Irak | --- | --- | Moderate | High | Low |
| 63: | | | | | |
| Jemco | Bedrock (lithic) | 20-40 | Moderate | Moderate | Low |
| Detra | Bedrock (lithic) | 40-60 | Moderate | Moderate | Low |
| Beje | Bedrock (lithic) | 10-20 | Moderate | Moderate | Low |
| 64: | | | | | |
| Lazear | Bedrock (lithic) | 10-20 | Low | High | Low |
| Rock outcrop | Bedrock (lithic) | 0-0 | None | --- | --- |
| 65: | | | | | |
| Lillings | --- | --- | Low | High | High |
| 66: | | | | | |
| Lillings | --- | --- | Low | High | High |
| 67: | | | | | |
| Lillings | --- | --- | Low | High | High |
| 68: | | | | | |
| Longburn | Bedrock (lithic) | 6-20 | Moderate | High | Low |
| Rock outcrop | Bedrock (lithic) | 0-0 | None | --- | --- |
| 69: | | | | | |
| Longburn | Bedrock (lithic) | 6-20 | Moderate | High | Low |
| Rock outcrop | Bedrock (lithic) | 0-0 | None | --- | --- |
| 70: | | | | | |
| Mack | --- | --- | Low | High | Moderate |
| 71: | | | | | |
| Mikett | --- | --- | Moderate | High | High |
| 72: | | | | | |
| Mikett | --- | --- | Moderate | High | Moderate |
| 73: | | | | | |
| Mikim | --- | --- | Low | High | Moderate |

Table 18.--Soil Features--Continued

| Map symbol and soil name | Restrictive layer | | Potential for frost action | Risk of corrosion | |
|---|---|---|---|---|---|
| | Kind | Depth to top | | Uncoated steel | Concrete |
| | | In | | | |
| 74: | | | | | |
| Mikim | --- | --- | Low | High | High |
| 75: | | | | | |
| Mikim | --- | --- | Low | High | Moderate |
| 76: | | | | | |
| Morefield | --- | --- | Moderate | Moderate | Low |
| 77: | | | | | |
| Morefield | --- | --- | Moderate | Moderate | Low |
| 78: | | | | | |
| Nortez | Bedrock (lithic) | 20-40 | Low | Moderate | Low |
| Granath | --- | --- | Moderate | High | Low |
| 79: | | | | | |
| Northrim | --- | --- | Moderate | Moderate | Low |
| 80: | | | | | |
| Ormiston | Bedrock (lithic) | 40-60 | Low | High | Low |
| Beje | Bedrock (lithic) | 10-20 | Moderate | Moderate | Low |
| 81: | | | | | |
| Ormiston | Bedrock (lithic) | 40-60 | Low | High | Low |
| Fivepine | Bedrock (lithic) | 10-20 | Low | Moderate | Low |
| 82: | | | | | |
| Ormiston | Bedrock (lithic) | 40-60 | Low | High | Low |
| Granath | --- | --- | Moderate | High | Low |
| 83: | | | | | |
| Ormiston | Bedrock (lithic) | 40-60 | Low | High | Low |
| Nortez | Bedrock (lithic) | 20-40 | Low | Moderate | Low |
| 84: | | | | | |
| Payter | --- | --- | Moderate | High | Low |
| 85: | | | | | |
| Pinacol | --- | --- | Moderate | Moderate | Low |
| 86: | | | | | |
| Pinacol | --- | --- | Moderate | Moderate | Low |
| 87: | | | | | |
| Pits | --- | --- | None | --- | --- |

Table 18.--Soil Features--Continued

| Map symbol and soil name | Restrictive layer | | Potential for frost action | Risk of corrosion | |
|---|---|---|---|---|---|
| | Kind | Depth to top | | Uncoated steel | Concrete |
| | | In | | | |
| 88: | | | | | |
| Pogo | --- | --- | High | High | High |
| 89: | | | | | |
| Pramiss | Bedrock (paralithic) | 20-40 | Low | High | Low |
| 90: | | | | | |
| Pramiss | Bedrock (paralithic) | 20-40 | Low | High | Low |
| Granath | --- | --- | Moderate | High | Low |
| 91: | | | | | |
| Prater | --- | --- | Moderate | High | Low |
| 92: | | | | | |
| Prater | --- | --- | Moderate | High | Low |
| Dolcan | Bedrock (paralithic) | 6-20 | Low | Low | Low |
| 93: | | | | | |
| Pulpit | Bedrock (lithic) | 20-40 | Low | High | Low |
| 94: | | | | | |
| Pulpit | Bedrock (lithic) | 20-40 | Low | Moderate | Low |
| 95: | | | | | |
| Pulpit | Bedrock (lithic) | 20-40 | Low | Moderate | Low |
| 96: | | | | | |
| Purcella | --- | --- | Moderate | High | Low |
| 97: | | | | | |
| Ramper | --- | --- | Low | Moderate | Low |
| 98: | | | | | |
| Ramper | --- | --- | Low | Moderate | Low |
| 99: | | | | | |
| Ravola | --- | --- | Low | High | High |
| 100: | | | | | |
| Recapture | --- | --- | Low | High | Moderate |
| 101: | | | | | |
| Recapture | --- | --- | Low | High | High |
| 102: | | | | | |
| Ricot | --- | --- | Moderate | High | Low |

Table 18.--Soil Features--Continued

| Map symbol and soil name | Restrictive layer | | Potential for frost action | Risk of corrosion | |
|---|---|---|---|---|---|
| | Kind | Depth to top | | Uncoated steel | Concrete |
| | | In | | | |
| 103: | | | | | |
| Ricot | --- | --- | Moderate | High | Low |
| 104: | | | | | |
| Ricot | --- | --- | Moderate | High | Low |
| 105: | | | | | |
| Rizno | Bedrock (lithic) | 6-20 | Low | Low | Low |
| Gapmesa | Bedrock (lithic) | 20-40 | Low | Moderate | Low |
| 106: | | | | | |
| Rizno | Bedrock (lithic) | 4-20 | Low | High | Moderate |
| Littlenan | Bedrock (paralithic) | 20-40 | Low | High | Moderate |
| Bodry | Bedrock (paralithic) | 20-40 | Low | High | Moderate |
| 107: | | | | | |
| Rizno | Bedrock (lithic) | 4-20 | Low | High | Moderate |
| Ruinpoint | --- | --- | Moderate | High | Moderate |
| Rock outcrop | Bedrock (lithic) | 0-0 | None | --- | --- |
| 108: | | | | | |
| Rock outcrop | Bedrock (lithic) | 0-0 | None | --- | --- |
| 109: | | | | | |
| Romberg | --- | --- | Moderate | High | Low |
| Crosscan | Bedrock (paralithic) | 6-20 | Low | High | Low |
| 110: | | | | | |
| Romberg | --- | --- | Moderate | High | Low |
| Crosscan | Bedrock (paralithic) | 6-20 | Low | High | Low |
| Rock outcrop | Bedrock (lithic) | 0-0 | None | --- | --- |
| 111: | | | | | |
| Roubideau | Bedrock (lithic) | 20-40 | Low | High | Low |
| 112: | | | | | |
| Sharps | Bedrock (paralithic) | 20-40 | Low | High | Low |

Table 18.--Soil Features--Continued

| Map symbol and soil name | Restrictive layer | | Potential for frost action | Risk of corrosion | |
|---|---|---|---|---|---|
| | Kind | Depth to top | | Uncoated steel | Concrete |
| | | In | | | |
| 113: | | | | | |
| Sharps | Bedrock (paralithic) | 20-40 | Low | High | Low |
| 114: | | | | | |
| Sharps, dry | Bedrock (paralithic) | 20-40 | Low | High | Low |
| 115: | | | | | |
| Sharps, dry | Bedrock (paralithic) | 20-40 | Low | High | Low |
| Gapmesa | Bedrock (lithic) | 20-40 | Low | Moderate | Low |
| 116: | | | | | |
| Sharps | Bedrock (paralithic) | 20-40 | Low | High | Low |
| Cahona | --- | --- | Moderate | High | Low |
| 117: | | | | | |
| Sharps | Bedrock (paralithic) | 20-40 | Low | High | Low |
| Pulpit | Bedrock (lithic) | 20-40 | Low | Moderate | Low |
| 118: | | | | | |
| Sharps | Bedrock (paralithic) | 20-40 | Low | High | Low |
| Pulpit | Bedrock (lithic) | 20-40 | Low | Moderate | Low |
| 119: | | | | | |
| Sheek | --- | --- | Low | Moderate | Low |
| Archuleta | Bedrock (paralithic) | 10-20 | Low | Moderate | Low |
| 120: | | | | | |
| Sheek | --- | --- | Low | Moderate | Low |
| Archuleta | Bedrock (paralithic) | 10-20 | Low | Moderate | Low |
| Rock outcrop | Bedrock (lithic) | 0-0 | None | --- | --- |

Table 18.--Soil Features--Continued

| Map symbol and soil name | Restrictive layer | | Potential for frost action | Risk of corrosion | |
|---|---|---|---|---|---|
| | Kind | Depth to top | | Uncoated steel | Concrete |
| | | In | | | |
| 121: | | | | | |
| Sheek | --- | --- | Low | Moderate | Low |
| Archuleta | Bedrock (paralithic) | 10-20 | Low | Moderate | Low |
| Rock outcrop | Bedrock (lithic) | 0-0 | None | --- | --- |
| 122: | | | | | |
| Sheppard | --- | --- | Low | High | Low |
| 123: | | | | | |
| Sideshow | --- | --- | Low | High | Low |
| 124: | | | | | |
| Sideshow | --- | --- | Low | High | Low |
| 125: | | | | | |
| Sideshow | --- | --- | Low | High | Low |
| 126: | | | | | |
| Sideshow | --- | --- | Low | High | Low |
| Zigzag | Bedrock (paralithic) | 6-20 | Low | High | Low |
| 127: | | | | | |
| Sideslide | --- | --- | High | High | High |
| 128: | | | | | |
| Stephouse | Bedrock (lithic) | 6-20 | Low | Low | High |
| Rock outcrop | Bedrock (lithic) | 0-0 | None | --- | --- |
| 129: | | | | | |
| Torriorthents | Bedrock (paralithic) | 6-80 | Low | High | Moderate |
| 130: | | | | | |
| Torriorthents | Bedrock (paralithic) | 6-80 | Low | High | Moderate |
| Badland | Bedrock (paralithic) | 0-3 | None | --- | --- |
| 131: | | | | | |
| Tragmon | --- | --- | Moderate | Moderate | Low |
| Sheek | --- | --- | Low | Moderate | Low |
| 132: | | | | | |
| Typic Argiaquolls | --- | --- | High | High | Low |

Table 18.--Soil Features--Continued

| Map symbol and soil name | Restrictive layer | | Potential for frost action | Risk of corrosion | |
|---|---|---|---|---|---|
| | Kind | Depth to top | | Uncoated steel | Concrete |
| | | In | | | |
| 133: | | | | | |
| Typic Torriorthents | Bedrock (paralithic) | 6-80 | Low | High | Moderate |
| Rock outcrop | Bedrock (lithic) | 0-0 | None | --- | --- |
| 134: | | | | | |
| Umbarg | --- | --- | Moderate | Moderate | Low |
| Winner | --- | --- | High | High | Low |
| Tesajo | --- | --- | Moderate | Moderate | Low |
| 135: | | | | | |
| Ustic Torrifluvents | --- | --- | Low | Low | Low |
| 136: | | | | | |
| Ustic Torriorthents | --- | --- | Low | High | Low |
| Gullied land | --- | --- | Low | High | Low |
| 137: | | | | | |
| Ustorthents | Bedrock (paralithic) | 10-80 | Low | High | Moderate |
| 138: | | | | | |
| Uzacol | Bedrock (paralithic) | 40-60 | Low | High | High |
| Zwicker | Bedrock (paralithic) | 20-40 | Low | High | High |
| Claysprings | Bedrock (paralithic) | 6-20 | Low | High | High |
| 139: | | | | | |
| Water | --- | --- | --- | --- | --- |
| 140: | | | | | |
| Wauquie | --- | --- | Moderate | Low | Low |
| 141: | | | | | |
| Wauquie | --- | --- | Moderate | Low | Low |
| Dolcan | Bedrock (paralithic) | 6-20 | Low | Low | Low |

Table 18.--Soil Features--Continued

| Map symbol and soil name | Restrictive layer | | Potential for frost action | Risk of corrosion | |
|---|---|---|---|---|---|
| | Kind | Depth to top | | Uncoated steel | Concrete |
| | | In | | | |
| 142: | | | | | |
| Wauquie | --- | --- | Moderate | Low | Low |
| Dolcan | Bedrock (paralithic) | 6-20 | Low | Low | Low |
| Rock outcrop | Bedrock (lithic) | 0-0 | None | --- | --- |
| 143: | | | | | |
| Wetherill | --- | --- | Moderate | High | Low |
| 144: | | | | | |
| Wetherill | --- | --- | Moderate | High | Low |
| 145: | | | | | |
| Wetherill | --- | --- | Moderate | High | Low |
| 146: | | | | | |
| Yarts | --- | --- | Low | Moderate | Low |
| 147: | | | | | |
| Yarts | --- | --- | Low | Moderate | Low |
| 148: | | | | | |
| Zau | Bedrock (paralithic) | 20-40 | Low | Moderate | Low |
| 149: | | | | | |
| Zigzag | Bedrock (paralithic) | 6-20 | Low | High | Low |
| 150: | | | | | |
| Zigzag | Bedrock (paralithic) | 6-20 | Low | High | Low |
| Sideshow | --- | --- | Low | High | Low |
| 151: | | | | | |
| Zyme | Bedrock (paralithic) | 6-20 | Low | High | Low |
| 152: | | | | | |
| Zyme | Bedrock (paralithic) | 6-20 | Low | High | Low |

Table 19.--Classification of the Soils

(An asterisk in the first column indicates a taxadjunct to the series. See text for a description of those characteristics that are outside the range of the series.)

| Soil name | Family or higher taxonomic class |
|---|---|
| Ackmen | Fine-silty, mixed, superactive, mesic Cumulic Haplustolls |
| *Apmay | Fine-loamy over sandy or sandy-skeletal, mixed, superactive, frigid Aquic Cumulic Haplustolls |
| Arabrab | Loamy, mixed, superactive, mesic Lithic Haplustalfs |
| Archuleta | Loamy, mixed, superactive, frigid, shallow Typic Haplustepts |
| Argiustolls | Argiustolls |
| Barx | Fine-loamy, mixed, superactive, mesic Ustic Calciargids |
| Battlerock | Fine-loamy, mixed, superactive, calcareous, mesic Typic Torrifluvents |
| Beje | Loamy, mixed, superactive, frigid Lithic Argiustolls |
| Bodry | Fine, smectitic, calcareous, mesic Ustertic Torriorthents |
| Burnson | Fine, smectitic, frigid Typic Haplustalfs |
| Cahona | Fine-silty, mixed, superactive, mesic Calcidic Haplustalfs |
| Claysprings | Clayey, smectitic, calcareous, mesic, shallow Typic Torriorthents |
| Collide | Fine, smectitic, mesic Aridic Argiustolls |
| Crosscan | Loamy-skeletal, mixed, superactive, calcareous, mesic, shallow Ustic Torriorthents |
| Dalmatian | Fine-loamy, mixed, superactive, frigid Cumulic Haplustolls |
| Detra | Fine-loamy, mixed, superactive, frigid Pachic Argiustolls |
| Dolcan | Loamy, mixed, superactive, calcareous, mesic, shallow Aridic Ustorthents |
| Endoaquolls | Endoaquolls |
| Falconry | Loamy, mixed, superactive, frigid Lithic Haplustolls |
| Farb | Loamy, mixed, superactive, calcareous, mesic Lithic Torriorthents |
| Fardraw | Clayey-skeletal, smectitic, frigid Typic Argiustolls |
| Fivepine | Clayey, smectitic, frigid Lithic Argiustolls |
| Fluvaquents | Fluvaquents |
| Fluvents | Fluvents |
| Fughes | Fine, smectitic, frigid Pachic Argiustolls |
| Gapmesa | Fine-loamy, mixed, superactive, mesic Ustic Haplargids |
| Gladel | Loamy, mixed, superactive, mesic Aridic Lithic Haplustepts |
| Goldbug | Fine, smectitic, frigid Typic Haplustalfs |
| Granath | Fine-silty, mixed, superactive, frigid Typic Argiustolls |
| Haplustalfs | Haplustalfs |
| Haplustolls | Haplustolls |
| Herm | Fine, smectitic, frigid Typic Argiustolls |
| Hesperus | Fine-loamy, mixed, superactive, frigid Pachic Argiustolls |
| Ilex | Fine, smectitic, frigid Calcic Haplustalfs |
| Irak | Fine-silty, mixed, superactive, mesic Cumulic Haplustolls |
| Jemco | Fine-loamy, mixed, superactive, frigid Typic Haplustalfs |
| Lazear | Loamy, mixed, superactive, calcareous, mesic Lithic Ustic Torriorthents |
| Lillings | Fine-silty, mixed, superactive, calcareous, mesic Ustic Torrifluvents |
| Littlenan | Fine, smectitic, mesic Ustertic Haplocambids |
| Longburn | Loamy-skeletal, mixed, superactive, mesic Lithic Haplustalfs |
| Mack | Fine-loamy, mixed, superactive, mesic Typic Calciargids |
| Mikett | Fine-loamy, mixed, superactive, calcareous, mesic Oxyaquic Torriorthents |
| Mikim | Fine-loamy, mixed, superactive, calcareous, mesic Ustic Torriorthents |
| Morefield | Fine-silty, mixed, superactive, mesic Aridic Paleustalfs |
| Nortez | Fine, smectitic, frigid Typic Argiustolls |
| Northrim | Fine-loamy, mixed, superactive, frigid Typic Haplustalfs |
| Ormiston | Clayey-skeletal, smectitic, frigid Calcic Haplustalfs |
| Pagoda | Fine, smectitic, frigid Vertic Argiustolls |
| Payter | Coarse-loamy, mixed, superactive, mesic Cumulic Haplustolls |
| Pinacol | Clayey-skeletal, smectitic, frigid Typic Haplustalfs |
| Pogo | Fine-loamy, mixed, superactive, calcareous, mesic Typic Fluvaquents |

Table 19.--Classification of the Soils--Continued

| Soil name | Family or higher taxonomic class |
|---|---|
| Pramiss | Fine, smectitic, frigid Typic Argiustolls |
| Prater | Fine, mixed, superactive, mesic Aridic Haplustalfs |
| Pulpit | Fine-silty, mixed, superactive, mesic Aridic Haplustalfs |
| Purcella | Loamy-skeletal, mixed, superactive, mesic Aridic Argiustolls |
| Ramper | Fine-loamy, mixed, superactive, calcareous, mesic Aridic Ustifluvents |
| *Ravola | Fine-silty, mixed, active, calcareous, mesic Typic Torrifluvents |
| Recapture | Fine-loamy, mixed, superactive, mesic Typic Natrargids |
| Ricot | Fine, smectitic, frigid Typic Argiustolls |
| Rizno | Loamy, mixed, superactive, calcareous, mesic Lithic Ustic Torriorthents |
| Romberg | Loamy-skeletal, mixed, superactive, mesic Ustic Haplargids |
| Roubideau | Fine-silty, mixed, superactive, mesic Aridic Haplustalfs |
| Ruinpoint | Fine-silty, mixed, superactive, mesic Ustic Haplocambids |
| Sanchez | Loamy-skeletal, mixed, superactive, frigid Lithic Haplustalfs |
| Schrader | Coarse-loamy, mixed, superactive, frigid Cumulic Endoaquolls |
| Sharps | Fine-silty, mixed, superactive, mesic Aridic Haplustalfs |
| Sheek | Loamy-skeletal, mixed, superactive, frigid Typic Haplustalfs |
| Sheppard | Mixed, mesic Typic Torripsamments |
| Sideshow | Fine, smectitic, mesic Aridic Haplusterts |
| Sideslide | Fine-loamy, mixed, superactive, calcareous, mesic Typic Endoaquepts |
| Stephouse | Loamy, mixed, superactive, mesic Lithic Calciustepts |
| Tesajo | Loamy-skeletal, mixed, superactive, mesic Cumulic Haplustolls |
| Torriorthents | Torriorthents |
| Tragmon | Fine-loamy, mixed, superactive, frigid Typic Argiustolls |
| Typic Argiaquolls | Typic Argiaquolls |
| Typic Torriorthents | Typic Torriorthents |
| Umbarg | Fine-loamy, mixed, superactive, mesic Cumulic Haplustolls |
| Ustic Torrifluvents | Ustic Torrifluvents |
| Ustic Torriorthents | Ustic Torriorthents |
| Ustifluvents | Ustifluvents |
| Ustorthents | Ustorthents |
| Uzacol | Fine, smectitic, mesic Vertic Natrargids |
| Wauquie | Loamy-skeletal, mixed, superactive, mesic Aridic Haplustalfs |
| Wetherill | Fine-silty, mixed, superactive, mesic Aridic Haplustalfs |
| Winner | Fine-loamy, mixed, superactive, calcareous, mesic Cumulic Endoaquolls |
| Yarts | Coarse-loamy, mixed, superactive, calcareous, mesic Ustic Torriorthents |
| Zau | Fine, smectitic, frigid Typic Argiustolls |
| Zigzag | Clayey, smectitic, calcareous, mesic, shallow Aridic Ustorthents |
| Zwicker | Fine, smectitic, mesic Chromic Haplotorrerts |
| Zyme | Clayey, smectitic, calcareous, mesic, shallow Ustic Torriorthents |

# NRCS Accessibility Statement

The Natural Resources Conservation Service (NRCS) is committed to making its information accessible to all of its customers and employees. If you are experiencing accessibility issues and need assistance, please contact our Helpdesk by phone at 1-800-457-3642 or by e-mail at ServiceDesk-FTC@ftc.usda.gov. For assistance with publications that include maps, graphs, or similar forms of information, you may also wish to contact our State or local office. You can locate the correct office and phone number at http://offices.sc.egov.usda.gov/locator/app.




## SOIL LEGEND*

SOILS ON FLOOD PLAINS, STREAM TERRACES AND ALLUVIAL FANS

1 Mikim-Mikett

2 Lillings-Ramper-Fluvents

SOILS ON HILLS AND MESAS

3 Mack-Farb

4 Barx-Gapmesa-Rizno

5 Wetherill-Pulpit-Gladel

6 Granath-Ilex-Ormiston

7 Morefield-Arabrab-Longburn

ROCK OUTCROP AND SOILS IN CANYONS, ON HILLS AND MOUNTAINS

8 Typic Torriorthents-Clayssprings-Uzacol

9 Romberg-Crosscan-Rock outcrop

10 Sideshow-Zigzag

11 Wauquie-Dolcan-Rock outcrop

12 Sheek-Archuleta-Pramiss

13 Northrim-Prater-Sheek

Water

*The units on this legend are described in the text under the heading "General Soil Map Units."

Compiled 2002

SECTIONALIZED TOWNSHIP

| | | | | | |
|---|---|---|---|---|---|
| 6 | 5 | 4 | 3 | 2 | 1 |
| 7 | 8 | 9 | 10 | 11 | 12 |
| 18 | 17 | 16 | 15 | 14 | 13 |
| 19 | 20 | 21 | 22 | 23 | 24 |
| 30 | 29 | 28 | 27 | 26 | 25 |
| 31 | 32 | 33 | 34 | 35 | 36 |

UNITED STATES DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE
IN COOPERATION WITH
UNITED STATES DEPARTMENT OF INTERIOR
BUREAU OF LAND MANAGEMENT
NATIONAL PARK SERVICE
AND THE
COLORADO AGRICULTURAL EXPERIMENT STATION

# GENERAL SOIL MAP

## CORTEZ AREA, COLORADO
## Including parts of
## Dolores and Montezuma Counties

Scale 1:380160

1 0 1 2 3
MILES

1 0 1 2 3 4 5 6
KILOMETERS

*Each area outlined on this map consists of more than one kind of soil. The map is thus meant for general planning rather than a basis for decisions on the use of specific tracts.*

FS-006467




SECTIONALIZED TOWNSHIP

| | | | | | |
|---|---|---|---|---|---|
| 6 | 5 | 4 | 3 | 2 | 1 |
| 7 | 8 | 9 | 10 | 11 | 12 |
| 18 | 17 | 16 | 15 | 14 | 13 |
| 19 | 20 | 21 | 22 | 23 | 24 |
| 30 | 29 | 28 | 27 | 26 | 25 |
| 31 | 32 | 33 | 34 | 35 | 36 |

# INDEX TO MAP SHEETS

**CORTEZ AREA, COLORADO**
**Including parts of**
**Dolores and Montezuma Counties**

Scale 1:380160

1 0 1 2 3
MILES

1 0 1 2 3 4 5 6
KILOMETERS

UNITED STATES DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT AND NATIONAL PARK SERVICE
COLORADO AGRICULTURAL EXPERIMENT STATION

## SOIL LEGEND

Publication map symbols are numerical and assigned according to the alphabetical sequence of the mapping units.

| SYMBOL | NAME |
|---|---|
| 1 | Ackmen loam, 1 to 3 percent slopes |
| 2 | Ackmen loam, 3 to 6 percent slopes |
| 3 | Arabrab loamy sand, 3 to 9 percent slopes |
| 4 | Arabrab-Longburn complex, 3 to 15 percent slopes |
| 5 | Archuleta-Sanchez complex, 12 to 65 percent slopes |
| 6 | Argiustolls-Haplustalfs complex, 30 to 80 percent slopes |
| 7 | Argiustolls-Haplustalfs-Rock outcrop complex, 30 to 80 percent slopes |
| 8 | Barx loam, 3 to 6 percent slopes |
| 9 | Barx loam, 6 to 12 percent slopes |
| 10 | Barx very fine sandy loam, 1 to 4 percent slopes |
| 11 | Barx-Gapmesa complex, 2 to 6 percent slopes |
| 12 | Battlerock clay loam, 0 to 6 percent slopes |
| 13 | Beje-Tragmon complex, 3 to 9 percent slopes |
| 14 | Burnson loam, 1 to 15 percent slopes |
| 15 | Burnson loam, dry, 1 to 15 percent slopes |
| 16 | Burnson-Herm complex, 15 to 30 percent slopes |
| 17 | Cahona loam, 1 to 3 percent slopes |
| 18 | Cahona loam, 3 to 6 percent slopes |
| 19 | Cahona loam, 6 to 12 percent slopes |
| 20 | Cahona-Pulpit complex, 3 to 9 percent slopes |
| 21 | Cahona-Sharps-Wetherill complex, 2 to 6 percent slopes |
| 22 | Claysprings very stony clay loam, 12 to 65 percent slopes |
| 23 | Collide clay loam, 3 to 6 percent slopes |
| 24 | Collide clay loam, 6 to 12 percent slopes |
| 25 | Collide complex, 0 to 2 percent slopes |
| 26 | Collide complex, 2 to 6 percent slopes |
| 27 | Dalmatian-Apmay-Schrader complex, 0 to 5 percent slopes |
| 28 | Dam |
| 29 | Endoaquolls-Ustifluvents complex, 0 to 5 percent slopes |
| 30 | Falconry gravelly fine sandy loam, 3 to 25 percent slopes |
| 31 | Farb-Rock outcrop complex, 3 to 12 percent slopes |
| 32 | Fardraw loam, 3 to 15 percent slopes |
| 33 | Fardraw very cobbly loam, 0 to 9 percent slopes |
| 34 | Fardraw very cobbly loam, 9 to 25 percent slopes |
| 35 | Fardraw-Granath complex, 3 to 12 percent slopes |
| 36 | Fivepine-Nortez complex, 0 to 15 percent slopes |
| 37 | Fluvaquents-Haplustolls complex, 0 to 5 percent slopes |
| 38 | Fluvents-Fluvaquents complex, 0 to 3 percent slopes |
| 39 | Fughes loam, 1 to 12 percent slopes |
| 40 | Fughes-Herm complex, 5 to 25 percent slopes |
| 41 | Fughes-Sheek complex, 15 to 30 percent slopes |
| 42 | Gladel-Pulpit complex, 3 to 9 percent slopes |
| 43 | Goldbug very stony fine sandy loam, 5 to 30 percent slopes |
| 44 | Granath loam, 3 to 6 percent slopes |
| 45 | Granath loam, 6 to 12 percent slopes |
| 46 | Granath-Fughes complex, 0 to 15 percent slopes |
| 47 | Granath-Nortez complex, 0 to 15 percent slopes |
| 48 | Granath-Ormiston-Fivepine complex, 0 to 15 percent slopes |
| 49 | Herm loam, 6 to 25 percent slopes |
| 50 | Herm very cobbly loam, 15 to 40 percent slopes |
| 51 | Herm-Pagoda complex, 0 to 15 percent slopes |
| 52 | Hesperus loam, 0 to 3 percent slopes |
| 53 | Hesperus loam, 3 to 6 percent slopes |
| 54 | Hesperus loam, 6 to 12 percent slopes |
| 55 | Hesperus sandy loam, 3 to 12 percent slopes |
| 56 | Ilex loam, 3 to 12 percent slopes |
| 57 | Ilex loam, 12 to 25 percent slopes |
| 58 | Ilex-Granath complex, 2 to 6 percent slopes |
| 59 | Ilex-Granath complex, 6 to 12 percent slopes |
| 60 | Ilex-Pramiss-Falconry complex, 3 to 20 percent slopes |
| 61 | Ilex-Pramiss-Granath complex, 2 to 9 percent slopes |
| 62 | Irak loam, 0 to 3 percent slopes |
| 63 | Jemco-Detra-Beje complex, 1 to 15 percent slopes |
| 64 | Lazear-Rock outcrop complex, 12 to 65 percent slopes |
| 65 | Lillings silt loam, sodic, 1 to 3 percent slopes |
| 66 | Lillings silty clay loam, 1 to 3 percent slopes |
| 67 | Lillings silty clay loam, 3 to 6 percent slopes |
| 68 | Longburn-Rock outcrop complex, 10 to 45 percent slopes |
| 69 | Longburn-Rock outcrop complex, 45 to 80 percent slopes |
| 70 | Mack fine sandy loam, 0 to 6 percent slopes |
| 71 | Mikett clay loam, saline-sodic, 0 to 3 percent slopes |
| 72 | Mikett clay loam, 0 to 3 percent slopes |
| 73 | Mikim clay loam, 1 to 3 percent slopes |
| 74 | Mikim clay loam, sodic, 0 to 3 percent slopes |
| 75 | Mikim loam, 3 to 6 percent slopes |
| 76 | Morefield loam, 1 to 3 percent slopes |
| 77 | Morefield loam, 3 to 6 percent slopes |
| 78 | Nortez-Granath complex, 0 to 6 percent slopes |
| 79 | Northrim cobbly loam, 15 to 40 percent slopes |
| 80 | Ormiston-Beje complex, 5 to 30 percent slopes |
| 81 | Ormiston-Fivepine complex, 0 to 15 percent slopes |
| 82 | Ormiston-Granath complex, 1 to 12 percent slopes |
| 83 | Ormiston-Nortez complex, 3 to 12 percent slopes |
| 84 | Payter sandy loam, 3 to 15 percent slopes |
| 85 | Pinacol loam, 1 to 12 percent slopes |
| 86 | Pinacol loam, 12 to 40 percent slopes |
| 87 | Pits |
| 88 | Pogo loam, 0 to 2 percent slopes |
| 89 | Pramiss very cobbly loam, 6 to 25 percent slopes |
| 90 | Pramiss-Granath complex, 3 to 9 percent slopes |
| 91 | Prater loam, 10 to 25 percent slopes |
| 92 | Prater-Dolcan complex, 25 to 60 percent slopes |
| 93 | Pulpit loam, 3 to 12 percent slopes |
| 94 | Pulpit loam, 3 to 6 percent slopes |
| 95 | Pulpit loam, 6 to 12 percent slopes |
| 96 | Purcella loam, 0 to 3 percent slopes |
| 97 | Ramper clay loam, 0 to 3 percent slopes |
| 98 | Ramper loam, 0 to 3 percent slopes |
| 99 | Ravola clay loam, 0 to 3 percent slopes |
| 100 | Recapture fine sandy loam, 0 to 6 percent slopes |
| 101 | Recapture sandy loam, 0 to 6 percent slopes |
| 102 | Ricot loam, 1 to 3 percent slopes |
| 103 | Ricot loam, 3 to 6 percent slopes |
| 104 | Ricot loam, 6 to 12 percent slopes |
| 105 | Rizno-Gapmesa complex, 3 to 9 percent slopes |
| 106 | Rizno-Littlenan-Bodry association, 3 to 50 percent slopes |
| 107 | Rizno-Ruinpoint-Rock outcrop complex, 1 to 15 percent slopes |
| 108 | Rock outcrop |
| 109 | Romberg-Crosscan complex, 6 to 25 percent slopes |
| 110 | Romberg-Crosscan-Rock outcrop complex, 25 to 80 percent slopes |
| 111 | Roubideau loam, 1 to 6 percent slopes |
| 112 | Sharps loam, 3 to 6 percent slopes |
| 113 | Sharps loam, 6 to 12 percent slopes |
| 114 | Sharps loam, dry, 6 to 12 percent slopes |
| 115 | Sharps, dry-Gapmesa complex, 6 to 12 percent slopes |
| 116 | Sharps-Cahona complex, 6 to 12 percent slopes |
| 117 | Sharps-Pulpit complex, 2 to 6 percent slopes |
| 118 | Sharps-Pulpit complex, 6 to 12 percent slopes |
| 119 | Sheek-Archuleta complex, 6 to 25 percent slopes |
| 120 | Sheek-Archuleta-Rock outcrop complex, 25 to 80 percent slopes |
| 121 | Sheek-Archuleta-Rock outcrop complex, 25 to 80 percent slopes, north aspect |
| 122 | Sheppard fine sand, 1 to 6 percent slopes |
| 123 | Sideshow silty clay loam, 0 to 3 percent slopes |
| 124 | Sideshow silty clay loam, 3 to 6 percent slopes |
| 125 | Sideshow silty clay loam, 6 to 12 percent slopes |
| 126 | Sideshow-Zigzag complex, 3 to 25 percent slopes |
| 127 | Sideslide silty clay loam, 3 to 9 percent slopes |
| 128 | Stephouse-Rock outcrop complex, 3 to 10 percent slopes |
| 129 | Torriorthents, 12 to 65 percent slopes |
| 130 | Torriorthents-Badland complex, 25 to 100 percent slopes |
| 131 | Tragmon-Sheek complex, 12 to 25 percent slopes |
| 132 | Typic Argiaquolls, 0 to 3 percent slopes |
| 133 | Typic Torriorthents-Rock outcrop complex, 12 to 80 percent slopes |
| 134 | Umbarg-Winner-Tesajo complex, 0 to 2 percent slopes |
| 135 | Ustic Torrifluvents, 0 to 3 percent slopes |
| 136 | Ustic Torriorthents-Gullied land complex, 1 to 60 percent slopes |
| 137 | Ustorthents, 12 to 65 percent slopes |
| 138 | Uzacol-Zwicker-Claysprings complex, 3 to 12 percent slopes |
| 139 | Water |
| 140 | Wauquie very stony loam, 6 to 25 percent slopes |
| 141 | Wauquie-Dolcan complex, 6 to 25 percent slopes |
| 142 | Wauquie-Dolcan-Rock outcrop complex, 25 to 80 percent slopes |
| 143 | Wetherill loam, 1 to 3 percent slopes |
| 144 | Wetherill loam, 3 to 6 percent slopes |
| 145 | Wetherill loam, 6 to 12 percent slopes |
| 146 | Yarts clay loam, 1 to 6 percent slopes |
| 147 | Yarts fine sandy loam, 1 to 6 percent slopes |
| 148 | Zau stony loam, 9 to 25 percent slopes |
| 149 | Zigzag very channery clay loam, 3 to 25 percent slopes |
| 150 | Zigzag-Sideshow complex, 25 to 65 percent slopes |
| 151 | Zyme gravelly clay loam, 3 to 12 percent slopes |
| 152 | Zyme very channery clay loam, 12 to 65 percent slopes |

## CONVENTIONAL AND SPECIAL SYMBOLS LEGEND

### CULTURAL FEATURES

BOUNDARIES

- National, state, or province
- County or parish
- Minor civil division
- Reservation (national forest or park, state forest or park, and large airport)
- Land grant
- Limit of soil survey (label)
- Field sheet matchline and neatline
- Previously Published Survey

LAND DIVISION CORNER (sections and land grants)

ROADS

- Other roads

ROAD EMBLEM & DESIGNATIONS

- Federal (287)
- State (52)

DAMS

- Medium or Small (Named where applicable) (water; w)

PITS

- Gravel pit
- Mine or quarry

### WATER FEATURES

DRAINAGE

- Perennial, double line
- Perennial, single line
- Intermittent

SMALL LAKES, PONDS AND RESERVOIRS

- Perennial water

MISCELLANEOUS WATER FEATURES

- Marsh or swamp
- Spring
- Wet spot

### SPECIAL SYMBOLS FOR SOIL SURVEY

SOIL DELINEATIONS AND SYMBOLS (121, 142)

ESCARPMENTS

- Bedrock (points down slope)

GULLY

MISCELLANEOUS

- Clay spot
- Gravelly spot
- Rock outcrop (includes sandstone and shale)
- Saline spot
- Sandy spot
- Severely eroded spot
- Sodic spot
- Spoil area
- Stony spot, very stony spot

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
PIUTE KNOLL QUADRANGLE
SHEET NUMBER 1 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

KILOMETERS

FEET

MILES

1 SOP CANYON
2 SUMMIT POINT
3 HORSE RANGE MESA
4 EASTLAND NW
5 EGNAR
6 EASTLAND
7 NORTHDALE
8 DOVE CREEK

INDEX TO ADJOINING 7.5 MAPS

PIUTE KNOLL, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 1 OF 39

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
JOE DAVIS HILL QUADRANGLE
SHEET NUMBER 3 OF 39

108°52'30" 108°50'00" 108°47'30" 108°45'00"
R. 18 W. R. 17 W.
38°00'00" 38°00'00"

37°57'30" 37°57'30"

T. 43 N.
T. 42 N.

T. 43 N.
T. 42 N.

37°55'00" 37°55'00"




(Joins sheet 2)
37°52'30" 37°52'30"
(Joins sheet 6)
108°52'30" 108°50'00" R. 18 W. R. 17 W. 108°47'30" 108°45'00"

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH



QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
KILOMETERS

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
MILES

| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | | 5 |
| 6 | 7 | 8 |

1 HORSE RANGE MESA
2 HAMM CANYON
3 GYPSUM GAP
4 EGNAR
5 DAWSON DRAW
6 DOVE CREEK
7 SECRET CANYON
8 THE GLADE

INDEX TO ADJOINING 7.5 MAPS

JOE DAVIS HILL, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 3 OF 39



FS-006471

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
NORTHDALE QUADRANGLE
SHEET NUMBER 4 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.




SCALE 1:24000




| | | | |
|---|---|---|---|
| 1 | 2 | 3 | 1 EASTLAND NW<br>2 PIUTE KNOLL<br>3 EGNAR |
| 4 | | 5 | 4 EASTLAND<br>5 DOVE CREEK<br>6 HORSEHEAD POINT |
| 6 | 7 | 8 | 7 BURNT CABIN CREEK<br>8 CHAMPAGNE SPRING |

INDEX TO ADJOINING 7.5 MAPS

NORTHDALE, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 4 OF 39

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
DOVE CREEK QUADRANGLE
SHEET NUMBER 5 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

KILOMETERS 1 0 1

FEET 1000 0 1000 2000 3000 4000 5000 6000 7000

MILES 1 0 1

| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | | 5 |
| 6 | 7 | 8 |

1 PIUTE KNOLL
2 EGNAR
3 JOE DAVIS HILL
4 NORTHDALE
5 SECRET CANYON
6 BURNT CABIN CREEK
7 CHAMPAGNE SPRING
8 CAHONE

INDEX TO ADJOINING 7.5 MAPS

DOVE CREEK, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 5 OF 39

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
SECRET CANYON QUADRANGLE
SHEET NUMBER 6 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1,000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

KILOMETERS

FEET

MILES

INDEX TO ADJOINING 7.5 MAPS

1 EGNAR
2 JOE DAVIS HILL
3 DAWSON DRAW
4 DOVE CREEK
5 THE GLADE
6 CHAMPAGNE SPRING
7 CAHONE
8 DOE CANYON

SECRET CANYON, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 6 OF 39

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA CO.
BURNT CABIN CREEK QUADRANGLE
SHEET NUMBER 7 OF 39

109° 07'30" R. 25 E. R. 26 E. 109° 05'00" 109° 02'30" R. 26 E. R. 20 W. (Joins sheet 4) R. 20 E. R. 19 W. 109° 00'00"

37° 45'00"




37° 42'30" T. 35 S. T. 36 S. T. 40 N. T. 39 N. 37° 40'00"

37° 37'30" 109° 07'30" R. 25 E. R. 26 E. 109° 05'00" R. 26 E. R. 20 W. 109° 02'30" (Joins sheet 11) 109° 00'00"

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1 KILOMETERS

1000 0 1000 2000 3000 4000 5000 6000 7000 FEET

1 0 1 MILES

| 1 | 2 | 3 |
|---|---|---|
| 4 | | 5 |
| 6 | 7 | 8 |

1 EASTLAND
2 NORTHDALE
3 DOVE CREEK
4 HORSEHEAD POINT
5 CHAMPAGNE SPRING
6 BUG CANYON
7 PAPOOSE CANYON
8 RUIN CANYON

INDEX TO ADJOINING 7.5 MAPS

BURNT CABIN CREEK, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 7 OF 39

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
CHAMPAGNE SPRING QUADRANGLE
SHEET NUMBER 8 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

KILOMETERS 1 0 1

FEET 1000 0 1000 2000 3000 4000 5000 6000 7000

MILES 1 0 1

| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | | 5 |
| 6 | 7 | 8 |

1 NORTHDALE
2 DOVE CREEK
3 SECRET CANYON
4 BURNT CABIN CREEK
5 CAHONE
6 PAPOOSE CANYON
7 RUIN CANYON
8 PLEASANT VIEW

INDEX TO ADJOINING 7.5 MAPS

CHAMPAGNE SPRING, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 8 OF 39



FS-006476

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
CAHONE QUADRANGLE
SHEET NUMBER 9 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.




SCALE 1:24000




| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | | 5 |
| 6 | 7 | 8 |

1 DOVE CREEK
2 SECRET CANYON
3 THE GLADE
4 CHAMPAGNE SPRING
5 DOE CANYON
6 RUIN CANYON
7 PLEASANT VIEW
8 YELLOW JACKET

INDEX TO ADJOINING 7.5 MAPS

CAHONE, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 9 OF 39

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 649 of 664

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
DOE CANYON QUADRANGLE
SHEET NUMBER 10 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

KILOMETERS: 1 0 1

FEET: 1000 0 1000 2000 3000 4000 5000 6000 7000

MILES: 1 0 1

| 1 | 2 | 3 |
|---|---|---|
| 4 | ■ | 5 |
| 6 | 7 | 8 |

1 SECRET CANYON
2 THE GLADE
3 GLADE MOUNTAIN
4 CAHONE
5 NARRAGUINNEP MOUNTAIN
6 PLEASANT VIEW
7 YELLOW JACKET
8 TRIMBLE POINT

INDEX TO ADJOINING 7.5 MAPS

DOE CANYON, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 10 OF 39

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
PAPOOSE CANYON QUADRANGLE
SHEET NUMBER 11 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

KILOMETERS

FEET

MILES

| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | | 5 |
| 6 | 7 | 8 |

1 HORSEHEAD POINT
2 BURNT CABIN CREEK
3 CHAMPAGNE SPRING
4 BUG CANYON
5 RUIN CANYON
6 HATCH TRADING POST
7 RUIN POINT
8 NEGRO CANYON

INDEX TO ADJOINING 7.5 MAPS

PAPOOSE CANYON, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 11 OF 39

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
RUIN CANYON QUADRANGLE
SHEET NUMBER 12 OF 39

109°00'00" 108°57'30" 108°55'00" 108°52'30"
37°37'30" R. 20 W. R. 19 W. (Joins sheet 8) R. 19 W. R. 18 W. 37°37'30"




T. 39 N. T. 38 N. 37°35'00" (Joins sheet 11) 37°32'30" T. 39 N. T. 38 N. 37°35'00" (Joins sheet 13) 37°32'30" T. 38 N. T. 37 N.

37°30'00" 109°00'00" R. 20 W. R. 19 W. (Joins sheet 18) 108°57'30" 108°55'00" R. 19 W. R. 18 W. 37°30'00" 108°52'30"

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

KILOMETERS 1 0 1

FEET 1000 0 1000 2000 3000 4000 5000 6000 7000

MILES 1 0 1

| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | | 5 |
| 6 | 7 | 8 |

1 BURNT CABIN CREEK
2 CHAMPAGNE SPRING
3 CAHONE
4 PAPOOSE CANYON
5 PLEASANT VIEW
6 RUIN POINT
7 NEGRO CANYON
8 WOODS CANYON

INDEX TO ADJOINING 7.5 MAPS

RUIN CANYON, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 12 OF 39

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
PLEASANT VIEW QUADRANGLE
SHEET NUMBER 13 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

KILOMETERS 1 0 1

FEET 1000 0 1000 2000 3000 4000 5000 6000 7000

MILES 1 0 1

| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | | 5 |
| 6 | 7 | 8 |

1 CHAMPAGNE SPRING
2 CAHONE
3 DOE CANYON
4 RUIN CANYON
5 YELLOW JACKET
6 NEGRO CANYON
7 WOODS CANYON
8 ARRIOLA

INDEX TO ADJOINING 7.5 MAPS

PLEASANT VIEW, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 13 OF 39



FS-006481

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
YELLOW JACKET QUADRANGLE
SHEET NUMBER 14 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

KILOMETERS 1 0 1

FEET 1000 0 1000 2000 3000 4000 5000 6000 7000

MILES 1 0 1

| 1 | 2 | 3 |
|---|---|---|
| 4 | | 5 |
| 6 | 7 | 8 |

1 CAHONE
2 DOE CANYON
3 NARRAGUINNEP MOUNTAIN
4 PLEASANT VIEW
5 TRIMBLE POINT
6 WOODS CANYON
7 ARRIOLA
8 DOLORES WEST

INDEX TO ADJOINING 7.5 MAPS

YELLOW JACKET, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 14 OF 39



FS-006482

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
TRIMBLE POINT QUADRANGLE
SHEET NUMBER 15 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

MILES

FEET

KILOMETERS

INDEX TO ADJOINING 7.5 MAPS

1 DOE CANYON
2 NARRAGUINNEP MOUNTAIN
3 WILLOW SPRING
4 YELLOW JACKET
5 BOGGY DRAW
6 ARRIOLA
7 DOLORES WEST
8 DOLORES EAST

TRIMBLE POINT, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 15 OF 39



FS-006483

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
BOGGY DRAW QUADRANGLE
SHEET NUMBER 16 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

KILOMETERS

FEET

MILES

| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | | 5 |
| 6 | 7 | 8 |

1 NARRAGUINNEP MOUNTAIN
2 WILLOW SPRING
3 NIPPLE MOUNTAIN
4 TRIMBLE POINT
5 STONER
6 DOLORES WEST
7 DOLORES EAST
8 MILLWOOD

INDEX TO ADJOINING 7.5 MAPS

BOGGY DRAW, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 16 OF 39

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
RUIN POINT QUADRANGLE
SHEET NUMBER 17 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

KILOMETERS

FEET

MILES

| | | | |
|---|---|---|---|
| 1 | 2 | 3 | |
| 4 | | 5 | |
| 6 | 7 | 8 | |

1 BUG CANYON
2 PAPOOSE CANYON
3 RUIN CANYON
4 HATCH TRADING POST
5 NEGRO CANYON
6 NAVAJO CANYON
7 WICKIUP CANYON
8 BOWDISH CANYON

INDEX TO ADJOINING 7.5 MAPS

RUIN POINT, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 17 OF 39



FS-006485

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
NEGRO CANYON QUADRANGLE
SHEET NUMBER 18 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

KILOMETERS 1 0 1

FEET 1000 0 1000 2000 3000 4000 5000 6000 7000

MILES 1 0 1

| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | | 5 |
| 6 | 7 | 8 |

1 PAPOOSE CANYON
2 RUIN CANYON
3 PLEASANT VIEW
4 RUIN POINT
5 WOODS CANYON
6 WICKIUP CANYON
7 BOWDISH CANYON
8 BATTLE ROCK

INDEX TO ADJOINING 7.5 MAPS

NEGRO CANYON, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 18 OF 39



FS-006486

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
WOODS CANYON QUADRANGLE
SHEET NUMBER 19 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

KILOMETERS

1000 0 1000 2000 3000 4000 5000 6000 7000 FEET

MILES

| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | | 5 |
| 6 | 7 | 8 |

1 RUIN CANYON
2 PLEASANT VIEW
3 YELLOW JACKET
4 NEGRO CANYON
5 ARRIOLA
6 BOWDISH CANYON
7 BATTLE ROCK
8 MUD CREEK

INDEX TO ADJOINING 7.5 MAPS

WOODS CANYON, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 19 OF 39

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
ARRIOLA QUADRANGLE
SHEET NUMBER 20 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

KILOMETERS 1 0 1

FEET 1000 0 1000 2000 3000 4000 5000 6000 7000

MILES 1 0 1

| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | | 5 |
| 6 | 7 | 8 |

1 PLEASANT VIEW
2 YELLOW JACKET
3 TRIMBLE POINT
4 WOODS CANYON
5 DOLORES WEST
6 BATTLE ROCK
7 MUD CREEK
8 CORTEZ

INDEX TO ADJOINING 7.5 MAPS

ARRIOLA, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 20 OF 39

Case No. 1:23-cv-01501-RMR Document 18-1 filed 09/29/23 USDC Colorado pg 660 of 664

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
DOLORES WEST QUADRANGLE
SHEET NUMBER 21 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.







| | | | |
|---|---|---|---|
| 1 | 2 | 3 | 1 YELLOW JACKET |
| | | | 2 TRIMBLE POINT |
| | | | 3 BOGGY DRAW |
| 4 | | 5 | 4 ARRIOLA |
| | | | 5 DOLORES EAST |
| | | | 6 MUD CREEK |
| 6 | 7 | 8 | 7 CORTEZ |
| | | | 8 POINT LOOKOUT |

INDEX TO ADJOINING 7.5 MAPS

DOLORES WEST, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 21 OF 39



FS-006489

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
DOLORES EAST QUADRANGLE
SHEET NUMBER 22 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

KILOMETERS 1 0 1

FEET 1000 0 1000 2000 3000 4000 5000 6000 7000

MILES 1 0 1

| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | | 5 |
| 6 | 7 | 8 |

1 TRIMBLE POINT
2 BOGGY DRAW
3 STONER
4 DOLORES WEST
5 MILLWOOD
6 CORTEZ
7 POINT LOOKOUT
8 MANCOS

INDEX TO ADJOINING 7.5 MAPS

DOLORES EAST, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 22 OF 39



FS-006490

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
MILLWOOD QUADRANGLE
SHEET NUMBER 23 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

KILOMETERS 1 0 1

FEET 1000 0 1000 2000 3000 4000 5000 6000 7000

MILES 1 0 1

| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | | 5 |
| 6 | 7 | 8 |

1 BOGGY DRAW
2 STONER
3 WALLACE RANCH
4 DOLORES EAST
5 RAMPART HILLS
6 POINT LOOKOUT
7 MANCOS
8 THOMPSON PARK

INDEX TO ADJOINING 7.5 MAPS

MILLWOOD, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 23 OF 39

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
RAMPART HILLS QUADRANGLE
SHEET NUMBER 24 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

KILOMETERS

FEET

MILES

1 STONER
2 WALLACE RANCH
3 ORPHAN BUTTE
4 MILLWOOD
5 LA PLATA
6 MANCOS
7 THOMPSON PARK
8 HESPERUS

INDEX TO ADJOINING 7.5 MAPS

RAMPART HILLS, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 24 OF 39

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

CORTEZ AREA, COLORADO, PARTS OF DOLORES AND MONTEZUMA COUNTIES
WICKIUP CANYON QUADRANGLE
SHEET NUMBER 25 OF 39




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service, formerly Soil Conservation Service, and cooperating agencies. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1975-1979 aerial photography.

North American Datum of 1927 (NAD27). Clarke 1866 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data are available for this quadrangle.




QUADRANGLE LOCATION

SCALE 1:24000

1 0 1 KILOMETERS

1000 0 1000 2000 3000 4000 5000 6000 7000 FEET

1 0 1 MILES

| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | | 5 |
| 6 | 7 | 8 |

1 HATCH TRADING POST
2 RUIN POINT
3 NEGRO CANYON
4 NAVAJO CANYON
5 BOWDISH CANYON
6 ANETH
7 PETERS NIPPLE
8 MARIANO WASH WEST

INDEX TO ADJOINING 7.5 MAPS

WICKIUP CANYON, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 25 OF 39