UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
NATURITA QUADRANGLE
SHEET NUMBER 17 OF 50

Joins sheet 9, Uravan

Joins sheet 10, Nucla

Joins sheet 11, Big Bucktail Creek

108°37'30" 108°35'00" 108°32'30" 108°30'00"

R. 16 W. R. 15 W.

38°15'00" 38°15'00"




38°12'30" 38°12'30"

T. 46 N.
T. 45 N.

Joins sheet 16, Naturita NW

Joins sheet 18, Redvale

38°10'00" 38°10'00"

38°07'30" 38°07'30"

108°37'30" 108°35'00" 108°32'30" 108°30'00"

R. 16 W. R. 15 W.

Joins sheet 26, Gypsum Gap

Joins sheet 27, Basin

Joins sheet 28, Berkelew Draw

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

NATURITA, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 17 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007025

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
REDVALE QUADRANGLE
SHEET NUMBER 18 OF 50

Joins sheet 10, Nucla

Joins sheet 11, Big Bucktail Creek

Joins sheet 12, Ute

108°30'00" R. 15 W. R. 14 W. 108°27'30" 108°25'00" 108°22'30"

38°15'00"




38°12'30"

T.46 N.
T.45 N.

Joins sheet 17, Naturita

Joins sheet 19, Norwood

38°10'00"

38°07'30"

108°30'00" R. 15 W. R. 14 W. 108°27'30" 108°25'00" 108°22'30"

Joins sheet 27, Basin

Joins sheet 28, Barkelew Draw

Joins sheet 29, Oak Hill

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

REDVALE, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 18 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007026

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES,
MONTROSE AND SAN MIGUEL COUNTIES
NORWOOD QUADRANGLE
SHEET NUMBER 19 OF 50




SCALE 1:24000

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

MILES
FEET
KILOMETERS

NORWOOD, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 19 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007027

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES,
MONTROSE AND SAN MIGUEL COUNTIES
SANBORN PARK QUADRANGLE
SHEET NUMBER 20 OF 50

Joins sheet 12, Ute




Joins sheet 30, Gurley Canyon

Joins sheet 29, Oak Hill

Joins sheet 31, Placerville

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

SANBORN PARK, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 20 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES,
MONTROSE AND SAN MIGUEL COUNTIES
HOTCHKISS RESERVOIR QUADRANGLE
SHEET NUMBER 21 OF 50




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

MILES

FEET

KILOMETERS

HOTCHKISS RESERVOIR, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 21 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007029

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
HORSEFLY PEAK QUADRANGLE
SHEET NUMBER 22 OF 50




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

MILES

FEET

KILOMETERS

HORSEFLY PEAK, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 22 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
SUMMIT POINT QUADRANGLE
SHEET NUMBER 23 OF 50




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

MILES

FEET

KILOMETERS

SUMMIT POINT, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 23 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

# SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
## HORSE RANGE MESA QUADRANGLE
SHEET NUMBER 24 OF 50

Joins sheet 13, Lisbon Gap
Joins sheet 14, Anderson Mesa
Joins sheet 15, Bull Canyon




Joins sheet 23, Summit Point
Joins sheet 25, Hamm Canyon
Joins sheet 33, Paiute Knoll
Joins sheet 34, Egnar
Joins sheet 35, Joe Davis Hill

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

HORSE RANGE MESA, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 24 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
HAMM CANYON QUADRANGLE
SHEET NUMBER 25 OF 50

Joins sheet 14, Anderson Mesa

Joins sheet 15, Bull Canyon

Joins sheet 16, Naturita NW

Joins sheet 24, Horse Range Mesa

Joins sheet 26, Gypsum Gap




Joins sheet 34, Egnar

Joins sheet 35, Joe Davis Hill

Joins sheet 36, Dawson Draw

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

HAMM CANYON, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 25 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007033

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
GYPSUM GAP QUADRANGLE
SHEET NUMBER 26 OF 50

Joins sheet 15, Bull Canyon

Joins sheet 17, Naturita

Joins sheet 16, Naturita NW

108° 45′00″ 108° 42′30″ 108° 40′00″ 108° 37′30″

R. 17 W. R. 16 W.

38° 07′30″ 38° 05′00″ 38° 02′30″ 38° 00′00″

T. 45 N. T. 44 N. T. 44 N. T. 43 N.

Joins sheet 25, Hamm Canyon

Joins sheet 27, Basin




R. 17 W. R. 16 W.

Joins sheet 36, Dawson Draw

Joins sheet 35, Joe Davis Hill

Joins sheet 37, McKenna Peak

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

GYPSUM GAP, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 26 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007034

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
BASIN QUADRANGLE
SHEET NUMBER 27 OF 50

Joins sheet 16, Naturita NW

Joins sheet 17, Naturita

Joins sheet 18, Redvale

108° 37′30″ 108° 35′00″ 108° 32′30″ 108° 30′00″

R. 16 W. R. 15 W.




Joins sheet 26, Gypsum Gap

Joins sheet 28, Berkelew Draw

108° 37′30″ 108° 35′00″ 108° 32′30″ 108° 30′00″

R. 16 W. R. 15 W.

Joins sheet 36, Dawson Draw

Joins sheet 37, McKenna Peak

Joins sheet 38, North Mountain

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1 MILES

1000 0 1000 2000 3000 4000 5000 6000 7000 FEET

1 0 1 KILOMETERS

BASIN, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 27 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007035

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
BARKELEW DRAW QUADRANGLE
SHEET NUMBER 28 OF 50

Joins sheet 17, Naturita

Joins sheet 18, Redvale

Joins sheet 19, Norwood




Joins sheet 38, North Mountain

Joins sheet 37, McKenna Peak

Joins sheet 39, Lone Cone

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

BARKELEW DRAW, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 28 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007036

Joins sheet 18, Redvale

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
OAK HILL QUADRANGLE
SHEET NUMBER 29 OF 50

Joins sheet 20, Sanborn Park

Joins sheet 19, Norwood

108° 22′30″ R. 14 W. R. 13 W. 108° 20′00″ 108° 17′30″ 108° 15′00″

38° 07′30″




38° 05′00″ 38° 02′30″ 38° 00′00″

Joins sheet 28, Barkelew Draw

Joins sheet 30, Gurley Canyon

108° 22′30″ R. 14 W. R. 13 W. 108° 20′00″ 108° 17′30″ 108° 15′00″

Joins sheet 39, Lone Cone

Joins sheet 38, North Mountain

Joins sheet 40, Beaver Park

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

OAK HILL, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 29 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES,
MONTROSE AND SAN MIGUEL COUNTIES
GURLEY CANYON QUADRANGLE
SHEET NUMBER 30 OF 50




SCALE 1:24000

MILES

FEET

KILOMETERS

QUADRANGLE LOCATION

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

GURLEY CANYON, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 30 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007038

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES,
MONTROSE AND SAN MIGUEL COUNTIES
PLACERVILLE QUADRANGLE
SHEET NUMBER 31 OF 50

Joins sheet 20, Sanborn Park

Joins sheet 21, Hotchkiss Reservoir

Joins sheet 22, Horsefly Peak

108° 07′30″ 108° 05′00″ 108° 02′30″ 108° 00′00″

R. 11 W. R. 10 W.

38° 07′30″

T. 45 N.
T. 44 N.

38° 05′00″

Joins sheet 30, Gurley Canyon

Joins sheet 32, Sams

38° 02′30″

T. 44 N.
T. 43 N.

38° 00′00″




108° 07′30″ 108° 05′00″ 108° 02′30″ 108° 00′00″

R. 11 W. R. 10 W.

Joins sheet 40, Beaver Park

Joins sheet 41, Little Cone

Joins sheet 42, Gray Head

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

PLACERVILLE, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 31 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007039

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES,
MONTROSE AND SAN MIGUEL COUNTIES
SAMS QUADRANGLE
SHEET NUMBER 32 OF 50

Joins sheet 21, Hotchkiss Reservoir

Joins sheet 22, Horsefly Peak

108° 00′00″ 107° 57′30″ 107° 55′00″ 107° 52′30″

R. 10 W. R. 9 W.

38° 07′30″ 38° 05′00″ 38° 02′30″ 38° 00′00″

T. 45 N. T. 44 N. T. 43 N.

Joins sheet 31, Placerville




108° 00′00″ 107° 57′30″ 107° 55′00″ 107° 52′30″

Joins sheet 42, Gray Head

Joins sheet 41, Little Cone

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

SAMS, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 32 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007040

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
PIUTE KNOLL QUADRANGLE
SHEET NUMBER 33 OF 50




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.




SCALE 1:24000




PIUTE KNOLL, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 33 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007041

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
EGNAR QUADRANGLE
SHEET NUMBER 34 OF 50




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.




SCALE 1:24000




EGNAR, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 34 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007042

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES,
MONTROSE AND SAN MIGUEL COUNTIES
JOE DAVIS HILL QUADRANGLE
SHEET NUMBER 35 OF 50

Joins sheet 24, Horse Range Mesa

Joins sheet 25, Hamm Canyon

Joins sheet 26, Gypsum Gap

108° 52′30″ 108° 50′00″ R. 18 W. R. 17 W. 108° 47′30″ 108° 45′00″

38° 00′00″




37° 57′30″ 37° 55′00″ 37° 52′30″

T. 43 N.
T. 42 N.

Joins sheet 34, Egnar

Joins sheet 36, Dawson Draw

108° 52′30″ 108° 50′00″ R. 18 W. R. 17 W. 108° 47′30″ 108° 45′00″

Joins sheet 43, The Glade

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

JOE DAVIS HILL, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 35 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007043

Joins sheet 25, Hamm Canyon

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
DAWSON DRAW QUADRANGLE
SHEET NUMBER 36 OF 50

Joins sheet 27, Basin

Joins sheet 26, Gypsum Gap




Joins sheet 43, The Glade

SCALE 1:24000

MILES

FEET

KILOMETERS

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

Joins sheet 44, Glade Mountain

DAWSON DRAW, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 36 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007044

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
MCKENNA PEAK QUADRANGLE
SHEET NUMBER 37 OF 50

Joins sheet 26, Gypsum Gap
Joins sheet 27, Basin
Joins sheet 28, Barkelew Draw
Joins sheet 36, Dawson Draw
Joins sheet 38, North Mountain




Joins sheet 43, The Glade
Joins sheet 44, Glade Mountain
Joins sheet 45, South Mountain

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH



QUADRANGLE LOCATION

SCALE 1:24000

1 0 1 MILES

1000 0 1000 2000 3000 4000 5000 6000 7000 FEET

1 0 1 KILOMETERS

MCKENNA PEAK, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 37 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007045

Joins sheet 27, Basin

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
NORTH MOUNTAIN QUADRANGLE
SHEET NUMBER 38 OF 50

Joins sheet 29, Oak Hill

Joins sheet 28, Barkelew Draw

108° 30'00" R. 15 W. R. 14 W. 108° 27'30" 108° 25'00" 108° 22'30"

38° 00'00"




37° 57'30" 37° 55'00" 37° 52'30"

T. 43 N. T. 42 N.

Joins sheet 37, McKenna Peak

Joins sheet 39, Lone Cone

108° 30'00" R. 15 W. R. 14 W. 108° 27'30" 108° 25'00" 108° 22'30"

Joins sheet 44, Glade Mountain

Joins sheet 45, South Mountain

Joins sheet 46, Groundhog Reservoir

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

MILES

FEET

KILOMETERS

NORTH MOUNTAIN, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 38 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007046

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
LONE CONE QUADRANGLE
SHEET NUMBER 39 OF 50

Joins sheet 28, Barkelew Draw

Joins sheet 29, Oak Hill

Joins sheet 30, Gurley Canyon

108° 22'30" R. 14 W. R. 13 W. 108° 20'00" 108°17'30" 108°15'00"

38° 00'00"




37°57'30"

37°55'00"

37°52'30"

Joins sheet 38, North Mountain

Joins sheet 40, Beaver Park

108° 22'30" R. 14 W. R. 13 W. 108° 20'00" 108°17'30" 108°15'00"

Joins sheet 45, South Mountain

Joins sheet 46, Groundhog Reservoir

Joins sheet 47, Groundhog Mountain

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

LONE CONE, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 39 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007047

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
BEAVER PARK QUADRANGLE
SHEET NUMBER 40 OF 50

Joins sheet 29, Oak Hill

Joins sheet 30, Gurley Canyon

Joins sheet 31, Placerville




Joins sheet 39, Lone Cone

Joins sheet 41, Little Cone

Joins sheet 46, Groundhog Reservoir

Joins sheet 47, Groundhog Mountain

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

BEAVER PARK, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 40 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007048

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES,
MONTROSE AND SAN MIGUEL COUNTIES
LITTLE CONE QUADRANGLE
SHEET NUMBER 41 OF 50

Joins sheet 30, Gurley Canyon

Joins sheet 31, Placerville

Joins sheet 32, Sams

Joins sheet 40, Beaver Park

Joins sheet 42, Gray Head

Joins sheet 47, Groundhog Mountain

108° 07′30″ 108° 05′00″ 108° 02′30″ 108° 00′00″

R. 11 W. R. 10 W.

38° 00′00″

37° 57′30″

T. 43 N.
T. 42 N.

37° 55′00″

37° 52′30″




108° 07′30″ 108° 05′00″ 108° 02′30″ 108° 00′00″

R. 11 W. R. 10 W.

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

LITTLE CONE, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 41 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
GRAY HEAD QUADRANGLE
SHEET NUMBER 42 OF 50




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 13. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.




SCALE 1:24000

MILES — FEET — KILOMETERS

GRAY HEAD, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 42 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES,
MONTROSE AND SAN MIGUEL COUNTIES
THE GLADE QUADRANGLE
SHEET NUMBER 43 OF 50




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.




QUADRANGLE LOCATION

SCALE 1:24000

MILES

FEET

KILOMETERS

THE GLADE, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 43 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007051

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES,
MONTROSE AND SAN MIGUEL COUNTIES
GLADE MOUNTAIN QUADRANGLE
SHEET NUMBER 44 OF 50

Joins sheet 36, Dawson Draw

Joins sheet 37, McKenna Peak

Joins sheet 38, North Mountain

108° 37'30" 108° 35'00" 108° 32'30" 108° 30'00"

R. 16 W. R. 15 W.




Joins sheet 43, The Glade

Joins sheet 45, South Mountain

108° 37'30" 108° 35'00" 108° 32'30" 108° 30'00"

R. 16 W. R. 15 W.

Joins sheet 48, Narraguinnep Mountain

Joins sheet 49, Willow Spring

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

GLADE MOUNTAIN, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 44 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007052