UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
SOUTH MOUNTAIN QUADRANGLE
SHEET NUMBER 45 OF 50

Joins sheet 37, McKenna Peak
Joins sheet 38, North Mountain
Joins sheet 39, Lone Cone




Joins sheet 44, Glade Mountain
Joins sheet 46, Groundhog Reservoir
Joins sheet 48, Narraguinnep Mountain
Joins sheet 49, Willow Spring
Joins sheet 50, Nipple Mountain

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

SOUTH MOUNTAIN, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 45 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007053

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
GROUNDHOG RESERVOIR QUADRANGLE
SHEET NUMBER 46 OF 50




This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

GROUNDHOG RESERVOIR, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 46 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007054

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
GROUNDHOG MOUNTAIN QUADRANGLE
SHEET NUMBER 47 OF 50

Joins sheet 39, Lone Cone

Joins sheet 40, Beaver Park

Joins sheet 41, Little Cone

108°15'00" R. 13 W. R. 12 W. 108°12'30" 108°10'00" 108°07'30"

37°52'30"

T 42 N.
T 41 N.




37°50'00"

37°47'30"

T 41 N.
T 40 N.

37°45'00"

R. 13 W. R. 12 W.
108°15'00" 108°12'30" 108°10'00" 108°07'30"

Joins sheet 46, Groundhog Reservoir

Joins sheet 50, Nipple Mountain

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

MILES: 1 0 1

FEET: 1000 0 1000 2000 3000 4000 5000 6000 7000

KILOMETERS: 1 0 1

GROUNDHOG MOUNTAIN, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 47 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007055

Joins sheet 43, The Glade

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
NARRAGUINNEP MOUNTAIN QUADRANGLE
SHEET NUMBER 48 OF 50

Joins sheet 45, South Mountain

Joins sheet 44, Glade Mountain

108° 37′30″ 108° 35′00″ R. 16 W. R. 15 W. 108° 32′30″ 108° 30′00″

37° 45′00″




37° 42′30″

T. 40 N.
T. 39 N.

37° 40′00″

37° 37′30″

Joins sheet 49, Willow Spring

108° 37′30″ 108° 35′00″ R. 16 W. R. 15 W. 108° 32′30″ 108° 30′00″

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

MILES

FEET

KILOMETERS

NARRAGUINNEP MOUNTAIN, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 48 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007056

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES,
MONTROSE AND SAN MIGUEL COUNTIES
WILLOW SPRING QUADRANGLE
SHEET NUMBER 49 OF 50

Joins sheet 44, Glade Mountain

Joins sheet 45, South Mountain

Joins sheet 46, Groundhog Reservoir

108° 30′00″ 108° 27′30″ 108° 25′00″ 108° 22′30″

R. 15 W. R. 14 W.

37° 45′00″




37° 42′30″

37° 40′00″

37° 37′30″

T. 40 N.
T. 39 N.

Joins sheet 48, Narraguinnep Mountain

Joins sheet 50, Nipple Mountain

108° 30′00″ 108° 27′30″ 108° 25′00″ 108° 22′30″

R. 15 W. R. 14 W.

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NORTH

QUADRANGLE LOCATION

SCALE 1:24000

1 0 1
MILES

1000 0 1000 2000 3000 4000 5000 6000 7000
FEET

1 0 1
KILOMETERS

WILLOW SPRING, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 49 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

FS-007057

UNITED STATES
DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

SAN MIGUEL AREA, COLORADO, PARTS OF DELORES, MONTROSE AND SAN MIGUEL COUNTIES
NIPPLE MOUNTAIN QUADRANGLE
SHEET NUMBER 50 OF 50




SCALE 1:24000

MILES · FEET · KILOMETERS

NORTH

QUADRANGLE LOCATION

This soil survey was compiled by the U.S. Department of Agriculture, Natural Resources Conservation Service. Base maps are orthophotographs prepared by the U.S. Department of Interior, Geological Survey, from 1989-1998 aerial photography. Public land survey system (PLSS) was acquired from U.S. Geological Survey.

North American Datum of 1983 (NAD83). GRS-80 Spheroid 1000-meter ticks: Universal Transverse Mercator, zone 12. Coordinate grid ticks and land division data, if shown, are approximately positioned. Digital data is available for this quadrangle.

NIPPLE MOUNTAIN, COLORADO
7.5 MINUTE SERIES
SHEET NUMBER 50 OF 50

Soil map delineations extending beyond the dashed white quadrangle neatline are for reference only and are included on adjacent map sheets.

# Appendix J

## Biological Assessment for the Final San Juan National Forest Land and Resource Management Plan

# Biological Assessment for the Final San Juan National Forest Land and Resource Management Plan

## Prepared by

*s/s Mark Ball 02/20/2013*

**Mark Ball**

**SJNF Terrestrial Wildlife Program Leader**

*s/s Anthony Garcia 02/20/2013*

**Anthony Garcia**

**Pagosa Ranger District Wildlife Biologist**

*s/s Dave Gerhardt 02/20/2013*

**Dave Gerhardt**

**SJNF Aquatic Species Program Leader**

*s/s Sara Brinton 02/20/2013*

**Sara Brinton**

**Pagosa Ranger District Plant Ecologist**

# Table of Contents

**Chapter 1 – Introduction ... 1**
- **1.1** Decisions to be Made Under the Revised Land and Resource Management Plan ... 1
- **1.2** Forest Planning Consultation History ... 3
- **1.3** The Land and Resource Management Plan ... 3
- **1.4** Management Area Allocations ... 5
- **1.5** Land Suitability and Program Objectives Decisions ... 6

**Chapter 2 – Environmental Baseline ... 13**
- **2.1** Species Considered and Species Evaluated ... 13
- **2.2** Assessment of Threatened and Endangered Terrestrial Wildlife Species and Invertebrates ... 16
- **2.3** Assessment of Threatened and Endangered Aquatic Species ... 54
- **2.4** Assessment of Threatened and Endangered Plant Species ... 64

**Chapter 3 – References ... 73**

**Appendix J.A – LRMP Section 2.1- Species Conservation ... 80**
- 2.1 Ecological Framework and the Conservation of Species ... 80

**Appendix J.B – Applicable LRMP Management Direction (Desired Conditions, Management Objectives, Standards, Guidelines, And Lease Stipulations) ... 85**
- LRMP 2.3 Terrestrial Wildlife ... 89
- LRMP 2.4 Riparian Area and Wetland Ecosystems ... 96
- LRMP 2.5 Aquatic Ecosystems and Fisheries ... 98
- LRMP 2.6 Water Resources ... 101
- LRMP 2.7 Livestock and Rangeland Management ... 104
- LRMP 2.8 Invasive Species ... 105
- LRMP 2.9 Timber and other Forest Products ... 106
- LRMP 2.10 Insects and Diseases ... 106
- LRMP 2.11 Fire and Fuels Management ... 107
- LRMP 2.12 Air Quality ... 107
- LRMP 2.13 Access And Travel Management ... 107
- LRMP 2.14 Recreation ... 109
- LRMP 2.18 Lands and Special Uses ... 109
- LRMP 2.21 Abandoned Mine Lands and Hazardous Materials ... 110

**Stipulations Related To Leasing For Oil And Gas Development ... 110**
- Mexican Spotted Owl ... 110
- Lynx ... 111
- Southwestern Willow Flycatcher ... 112
- Gunnison Sage-grouse ... 113
- Colorado River Cutthroat Trout ... 116
- Greenback Cutthroat Trout ... 117
- Perennial Streams, Water Bodies, Riparian Areas, and Fens ... 118
- Intermittent and Ephemeral Streams ... 120

**Appendix J.C – Water Depletion Analysis ... 122**
- Water Depletions Associated with Livestock Grazing ... 122
- Water Depletions Associated with Road Maintenance and Construction ... 122
- Water Depletions Associated Oil and Gas Leasing and Development ... 122
- Cumulative Impacts ... 126

*This page intentionally left blank.*

# CHAPTER 1 – INTRODUCTION

This Biological Assessment (BA) analyzes the potential effects of the proposed 2013 revision of the Land and Resource Management Plan (LRMP) for the U.S. Forest Service (USFS) San Juan National Forest (SJNF) and Bureau of Land Management (BLM) Tres Rios Field Office (TRFO) on threatened, endangered, and proposed wildlife, invertebrate, and plant species, as well as proposed critical habitat. Section 7(a)(2) of the Endangered Species Act (ESA) states that each federal agency, in consultation with the Secretary of the Interior or Secretary of Commerce, must ensure that any action it authorizes, funds, or carries out is not likely to jeopardize the continued existence of a listed species or result in the destruction or adverse modification of designated critical habitat. Section 7(c) of the ESA requires preparation of a BA if listed species or critical habitat may be present in a project area to assess whether the Proposed Action may affect a listed species or its critical habitat. This BA is prepared in accordance with the legal requirements set forth under Section 7(c) of the ESA, and USFS manual direction to address potential effects to listed species from proposed activities.

## 1.1 Decisions to be Made Under the Revised Land and Resource Management Plan

The LRMP for which we are consulting provides strategic guidance for future management of National Forest System (NFS) lands managed by the SJNF. The LRMP guides the restoration or maintenance of the health of SJNF lands using an ecosystem management approach that provides for the conservation of all wildlife and plant species. The LRMP also promotes a sustainable flow of uses, benefits, products, services, and visitor opportunities. The LRMP provides a framework for decision-making, and guides resource management programs, practices, uses, and projects. It does not include specific project and activity decisions. Those decisions are made later, after more detailed analysis and further public involvement.

Four alternatives have been developed for management of the SJNF. Each is a management strategy that in different ways emphasizes an ecosystem management approach to species conservation. Alternative B, which is detailed below, is our Proposed Action (Preferred Alternative).

Alternative B provides for a mix of multiple-use activities, with a primary emphasis on maintaining most of the large, contiguous blocks of undeveloped lands, enhancing various forms of recreation opportunities, and maintaining the full diversity of uses and active forest and rangeland vegetation management. Alternative B focuses on balancing the goals of maintaining “working forest and rangelands” and of retaining “core, undeveloped lands.” Uses and activities that require roads, such as timber harvesting and oil and gas development, would be mostly focused in areas that are already roaded. Relatively undeveloped areas and areas that are unroaded would, for the most part, remain that way.

The alternatives not selected are:

- Alternative A, which represents the continuation of current management direction under the existing 1983 San Juan National Forest Land and Resource Management Plan. The alternative reflects the implementation of existing management goals, objectives, and management practices based on the existing land use plan.
- Alternative C, which provides for a mix of multiple-use activities with a primary emphasis on maintaining the undeveloped character of the planning area. Production of goods from vegetation management would continue, but might be secondary to other non-commodity objectives. Alternative C identifies more resources and areas for special designation than the other alternatives. Management provisions under this alternative would emphasize the undeveloped character of large blocks of contiguous land and non-motorized recreational activities to a greater degree than would any of the other alternatives.
- Alternative D, which provides for a mix of multiple-use activities, with a primary emphasis on the “working forest and rangelands” concept in order to produce a higher level of commodity goods and services when compared to the other alternatives.

There are two related but different decisions for which we are consulting; each will have a separate Record of Decision:

- Adopting a revised LRMP for the SJNF. The new LRMP replaces the current LRMP adopted in September 1983.
- Determining the NFS lands that would be administratively available for oil and gas leasing, as well as the associated leasing stipulations. The USFS considers leasing availability decisions to be separate from, but closely linked to, planning decisions, with both planning- and project-level components. NFS lands in the planning area are currently managed for leasing under the analysis and decision for the 1983 San Juan National Forest Land and Resource Management Plan. Under the LRMP, 1,367,769 acres were open for leasing, mostly under standard lease terms. Approximately 95,500 acres are currently leased.

The lands analyzed in the Final Environmental Impact Statement (FEIS) encompass the approximately 1,867,800 acres of the SJNF, administered by the USFS. The planning area is located in Archuleta, Conejos, Dolores, Hinsdale, La Plata, Mineral, Montezuma, San Juan, and San Miguel Counties, Colorado.

## *The Tiered Decision-Making Process: Resource Commitments*

The LRMP revision is part of a two level decision-making framework. The FEIS, from which the BA is developed, examines potential environmental impacts that could occur as a result of land use allocations and the implementation of actions associated with final planning decisions. Potential subsequent projects and/or activities are discussed in the FEIS in order to analyze the differences between the alternatives. These projects and activities are actions that could occur, but are not authorized or approved by the LRMP, and would need to be analyzed through subsequent project-level environmental analysis. The LRMP Record of Decision will not approve or execute project-level activities.

The oil and gas availability decisions follow the same path as other activities. After the oil and gas leasing availability decision is made for NFS lands, the USFS may authorize the BLM to lease specific lands. Subsequent lease nominations submitted to the BLM by industry would be subject to verification that leasing has been adequately addressed in a separate National Environmental Policy Act (NEPA) analysis and is consistent with the LRMP, assurance that conditions of surface occupancy identified in the leasing availability decision are properly included as stipulations in resulting leases, and determination that operations and development could be allowed somewhere on each proposed lease, except where stipulations prohibit all surface occupancy.

Ground-disturbing activities, such as drilling exploratory wells, would require further NEPA analysis when an application for permit to drill (APD) is received. Proposals to develop a well field would also require site-specific NEPA analysis before being approved. However, this BA treats the leasing decision component of the revised LRMP as if it is an irreversible and irretrievable commitment of resources and therefore analyzes the effects of oil and gas development similar to that which would occur for a project-level analysis.

## *The Nine Key Land and Resource Management Plan Decisions*

The proposed LRMP contains the following key components and decisions that comprise the SJNF's management system. Each of these decisions may affect threatened, endangered, and candidate species either beneficially or negatively, and provide projected outcomes which are the basis for this consultation:

- The establishment of management area (MA) direction, allowable uses, allocations, restrictions, and prohibitions (36 Code of Federal Regulations [CFR] 219.11).
- The establishment of desired outcomes, including multiple-use goals and objectives. Goals are expressed as desired condition in the form of aspirations for which our MA direction, objectives, standards, and guidelines have been directed (36 CFR 219.11(b)).
- The establishment of management requirements, including measures or criteria that would be applied in order to guide day-to-day activities. These are primarily expressed as standards

and guidelines in the Preferred Alternative (resource integration requirements of 36 CFR 219.13–219.16).
- The designation of research natural areas (RNAs) and other special designations.
- The recommendations of lands for inclusion in the National Wilderness Preservation System.
- The identification of river segments that are suitable for inclusion in the National Wild and Scenic Rivers System.
- The designation of suitable timber lands and the establishment of allowable sale quantity (36 CFR 219.14).
- The designation of suitable grazing lands.
- The establishment of monitoring and evaluation requirements (36 CFR 219.11(d)).

### *Oil and Gas Leasing*

In addition to the key LRMP decisions listed above, this BA also addresses the decision to make certain lands available or unavailable for oil and gas leasing. This leasing decision is not an LRMP decision and will be issued under a separate Record of Decision. However, the analysis for this decision is combined with the analysis of the LRMP decisions in the FEIS and in this BA.

## 1.2 Forest Planning Consultation History

The current SJNF LRMP was approved in 1983. The associated 1983 BA concluded that there would be no adverse effect to the species consulted on from the LRMP's implementation. The U.S. Fish and Wildlife Service (USFWS) concurred with this determination on May 20, 1983, at which time both agencies agreed that site-specific analysis of projects on a case-by-case basis would be a primary mechanism for meeting responsibilities under Section 7 of the ESA.

Subsequently, a major amendment of the LRMP was implemented in 1992. Through programmatic evaluation of that action, a "No Effect" determination was reached. The USFWS concurred with this determination on April 11, 1991. Site-specific analysis and ESA Section 7 consultation on a case-by-case basis, as needed, was reiterated as the primary mechanism for evaluating potential effects on federally listed species.

This action constitutes a revision of the 1983 LRMP, as amended in 1992.

## 1.3 The Land and Resource Management Plan

### *Overarching Land and Resource Management Plan Direction – Species Conservation*

A new management plan has been developed for the SJNF (the Proposed Action). With this LRMP, there is direction that implements a systematic approach to the management of biological diversity and species conservation on the SJNF. As a basis, the management of wildlife on the SJNF is guided by laws, regulations, and policies that prescribe management requirements for the public lands. USFS regulation under 36 CFR 219.19 requires that "[f]ish and wildlife habitat shall be managed to maintain viable populations of existing native and desired non-native vertebrate species in the planning area." Regulation 36 CFR 219.26 requires that forest planning provide for diversity of plant and animal communities and tree species consistent with the overall multiple-use objectives of the planning area. Such diversity would be considered throughout the planning process.

To address these requirements, the LRMP's sustainable ecosystems strategy would provide the ecological framework for the conservation and management of ecosystems, habitats, and species occurring on the SJNF. The sustainable ecosystems strategy includes a four-pronged approach that frames wildlife, fish, and plant species program direction on the SJNF and TRFO. This approach includes 1) the designation and management of protected areas, which include SJNF wilderness areas, the Piedra Area, Colorado Roadless Areas (CRAs), and RNAs; 2) the application of ecosystem management using sustainable ecosystem concepts; 3) the development and application of the LRMP components

presented below (desired conditions, objectives, standards, and guidelines) that provide a framework for the management and preservation of ecosystems; 4) the monitoring of effects of management activities on the SJNF and TRFO; and 5) the application of adaptive management principles in response to monitoring results. Effective monitoring and evaluation of how SJNF management activities are affecting ecosystems and wildlife, and the application of adaptive management principles, would be critical to maintaining functional, sustainable ecosystems and addressing the needs of dependent species. Refer to Section 4.0 of the LRMP for a review of the monitoring requirements.

Protected areas are lands that we have dedicated to the protection and maintenance of biological diversity. Within this BA, protected areas are used in context of the LRMP and have no specific relationship to listed species as may be found within some recovery plans. The definition of protected areas is found within Appendix J.A. These areas would serve as conservation reserves and refuges to protect the native biodiversity within them and provide wildlife movement corridors and linkage areas that connect landscapes and habitats, which facilitates the interaction of animals. Establishing and preserving protected areas on the SJNF is a means to maintain ecosystem diversity. Protected areas are established to ensure ongoing species diversity and maintain the population viability of native plant and animal species and communities. Approximately 566,053 acres of the SJNF is within CRAs and would be managed according to the direction of the Colorado Roadless Rule. Protected areas comprise 54% of the SJNF; 153,194 of those acres are within more restrictive Upper Tier CRAs. While CRAs do allow for some activities, these areas more or less are undeveloped, where management activity is limited and in overall serve as refuges that provide for wildlife movement and relatively undisturbed habitat.

Ecosystem management is the integrating component of the sustainable ecosystems strategy. Ecosystem management on the SJNF, which uses the historical range of variability (HRV) for reference, would be implemented by maintaining or restoring the composition (plant species, animal species, and vegetation types), structure (size, density, and arrangement of live and dead vegetation; stream channel attributes), function (ecological processes and disturbances), and physical environment (soils, water, and geomorphology) of ecosystems. The approach is intended to protect and maintain these ecosystems and ensure the diversity and population viability of the majority of species within them.

Wildlife species that may not be adequately recognized or protected by the above ecosystems management approach, or whose specific habitat needs or other life requirements may not be fully met under the sustainable ecosystems strategy, are given special management considerations, including the development of LRMP components that contribute to the conservation of those species. In addition, current species-specific conservation plans and strategies would be relied upon to address the needs of special status species. These plans and strategies are discussed within the applicable resource sections of the LRMP. These plans and strategies are analogous to the Nature Conservancy's (TNC) fine-filter approach, which is intended to protect species with known conservation concerns (Hunter et al. 1988; Noss 1987; TNC 1982).

Overall, the LRMP provides management direction that is intended to provide for species diversity and population viability goals described above. The process has been to identify a range of key ecosystem elements, determine the importance of those elements to maintaining species diversity and population viability (e.g., limiting factors), define desired future conditions and land management objectives for those elements, and ensure that appropriate management standards and guidelines are in place that address the ecological needs of species and populations. In general, management standards are provided for those elements determined to have an overriding influence on species diversity or long-term population viability, while other elements that have less influence are addressed through the application of management guidelines. Existing and updated guidance is not repeated within the LRMP but is referenced within the Other Referenced Guidance sections for each resource area within the LRMP. The relevant standards and guidelines, along with desired conditions and management objectives, and leasing stipulations, are listed in Appendix J.B.

## Standards

A standard is an approach or condition that has been determined to be necessary to meet desired future conditions and objectives, and/or to ensure the long-term viability of resources. A standard (worded as

"must" or "shall") describes a course of action that must be followed or a level of attainment that must be reached. Deviations from standards would require analysis and documentation through a subsequent land management plan amendment.

### Guidelines

A guideline (worded as "should") is a requirement that we have established to meet desired future conditions and objectives, and/or to ensure the long-term viability of resources. Guidelines are put forward in the LRMP in recognition that there may be circumstances that could generate or require alternative, more appropriate means for meeting desired future conditions and objectives, and/or to ensure the long-term viability of resources. It is also recognized that there may be limited individual circumstances where the need for a guideline no longer exists or the applicability of a guideline is otherwise altered (e.g., changes is surrounding land use that may render a guideline ineffective). In these situations, a guideline has been determined to be more appropriate than a standard by allowing some flexibility in approach as conditions change and new information is obtained.

### Other Referenced Guidance

The LRMP also uses appropriate components that address specific needs of federal listed species. This includes direction found in recovery plans, adoption of guidance such as that found within the Southern Rockies Lynx Amendment (SRLA), and new information and direction as agreed to in consultation with the USFWS. Appropriate agency manuals, handbooks, laws, regulation, policy, memoranda of agreement (MOUs), etc., are listed in this section for each resource area.

## 1.4 Management Area Allocations

The MA prescriptions, which represent the allocation of SJNF lands to various emphases, have been assigned to land areas of the on the SJNF (Table J.1)

**Table J.1: Management Area Allocations on San Juan National Forest Lands**

| Management Area Allocations | Preferred Alternative (acres) |
|---|---|
| MA 1 - These are areas of the SJNF where natural processes would dominate and determine the vegetative characteristics of wildlife habitats. These areas include the Weminuche, Lizard Head and South San Juan wildernesses, the Piedra Area, and other undeveloped area identified for limited management, including the west half of the Hermosa roadless area, the San Miguel roadless area, and areas adjacent to existing wilderness. | 598,517 |
| MA 2 - These are areas of the SJNF that would be managed as special areas and designations. These areas include RNAs, botanical areas, and archaeological areas. | 91,985 |
| MA 3 - These are areas of the SJNF that would be managed as natural landscapes with limited management. They are relatively unaltered lands and places where natural ecological processes would operate primarily free from human influences. Succession, fire, insects, disease, floods, and other natural processes and disturbance events would predominantly shape the composition, structure, and landscape patterns of wildlife habitats | 596,119 |
| MA 4 - High-use recreation emphasis areas: These areas are places with relatively high levels of recreation use that would be managed in order to provide for a broad spectrum of visitors. They include popular recreation destinations such as lakes and campgrounds, and travel corridors valued for their scenery, including scenic byways. | 69,864 |
| MA 5 - Areas designated as active Management: These areas include roaded areas where active management would continue to occur in order to meet a variety of social, economic, and ecological objectives. These are lands where timber harvesting, oil and gas activities, and intensive livestock grazing would continue to occur and influence the composition, structure, and landscape patterns of the vegetation. | 451,730 |

| Management Area Allocations | Preferred Alternative (acres) |
|---|---|
| MA 7 - Public and private lands intermix: These areas are places where the SJNF is in close proximity to private lands. These areas would be a priority for fuels and vegetation treatments in order to reduce wildfire hazards. Winter range for deer and elk is a common component of MA 7 areas, as are seasonal closures in order to reduce animal disturbance. | 49,560 |
| MA 8 - highly developed areas: These areas include downhill ski areas and the McPhee dam on SJNF lands. | 7,056 |
| **Total Acres** | 1,864,831 |

The management area allocations provide for managing approximately 1.3 million acres as unroaded with limited activities and to function as core habitat areas. These protected areas are lands that would be dedicated to the protection and maintenance of biological diversity. They would serve as conservation reserves and refuges to protect the native biodiversity within them and would provide wildlife movement corridors and linkage areas that connect landscapes and habitats, which facilitates the interaction of animals.

# 1.5 Land Suitability and Program Objectives Decisions

## *Lands Suitable For Livestock Grazing and Projected Stocking*

These two LRMP decisions (suitability and objectives) designate where livestock grazing would occur on the SJNF and the objectives for livestock grazing as defined by projected stocking levels (Table J.2). Lands where grazing has been found unsuitable include areas with high soils hazard, low forage production potential, closed canopy spruce, and currently closed allotments, and others. Suitable lands are lands that have been determined to have adequate productivity that are not eliminated by the preceding factors. Table J.2 does not include suitable acres outside active allotments, such as in forage reserve or vacant allotments.

**Table J.2: Suitable Grazing Lands and Stocking Rates**

| Livestock Grazing | Proposed Action (Preferred Alternative) |
|---|---|
| **Animal Unit Months (AUMs)** | |
| Sheep: permitted AUMs | 6,396 |
| Cattle: permitted AUMs | 105,809 |
| **Livestock Grazing Suitable and Available acres** | |
| Sheep: suitable areas on active allotments | 76,921 |
| Cattle: suitable areas on active allotments | 666,160 |

## *Lands Suitable for Timber Production and Timber Management Objectives*

Lands suitable for timber production are lands where we have determined timber production is compatible with desired conditions and objectives (Table J.3). These lands are in MA 5 areas where timber harvests would occur on a regulated, scheduled basis. The land characteristics are generally lands outside roadless areas, on slopes less than 40%, capable of producing greater than 20 cubic feet per acre per year. These lands were available in the previous management plans.

**Table J.3: Timberlands Suitable for Production and Allowable Sales Quantity**

| Suitable Timberlands and Timber Production | Proposed Action |
|---|---|
| Suitable for timber production - SJNF (acres) | 311,583 |
| Other tentatively suitable lands where non-commercial timber harvest may occur - SJNF (acres) | 361,282 |
| **Total Acres where Timber Harvesting May Occur on the SJNF** | **672,865** |
| Allowable sale quantity (million cubic feet/million board feet) | 4.0/19.9 |

Case No. 1:23-cv-01501-RMR Document 18-4 filed 09/29/23 USDC Colorado pg 21 of 344



| Suitable Timberlands and Timber Production | Proposed Action |
|---|---|
| Ponderosa pine acres treated | 1000 Rest.<br>500 PC |
| Warm-dry mixed conifer acres treated | 250 Rest.<br>250 PC |
| Cool-moist mixed conifer acres treated | 125 PC |
| Aspen acres treated | 500 CC |
| Spruce-fir acres treated | 100 PC |
| Rest = Restoration, a form of partial cut where post-harvest residual density is partially or closely tied to HRV.<br>PC = Partial cut; includes single-tree and group selection, improvement cuts, shelterwood, and other partial-cut harvesting methods, generally removing 30% or less of the existing overstory.<br>CC = Clearcut; Coppice. | |

Under the LRMP, the majority of timber harvesting would be used to meet desired vegetative conditions including improvements in age-class distribution, reduction of hazardous fuels, and improvements in stand structure or composition designed to return forest vegetation to desired conditions. The SJNF may be managed in order to reduce the intensity and extent of disturbances (e.g., wildfire or insect epidemics) that otherwise might result in damage to ecosystem processes and functions. Management activities may also be used to maintain forested vegetation at a desired point within the HRV in order to avoid broad swings in various elements that have occurred naturally over time, but are undesired today. To best meet these goals, commercial and non-commercial timber harvest would be concentrated in the lower-elevation forested vegetation types.

## *Lands Suitable for Motorized and Non-motorized Recreation*

Motorized *suitable* areas designated in the LRMP have existing developed road and/or motorized trail systems that, for the most part, serve current recreation and resource access needs for a particular area. The road and motorized trail system in motorized suitable areas would generally not be considered for expansion or substantial alteration of the transportation system. Importantly, the Proposed Action eliminates over-ground cross-country motorized use, and as such no over-ground cross-country acreages are included in Table J.4. Table J.4 only displays suitability of lands for over-ground and over-snow travel, it does not authorize or make any decisions or changes to the over-ground or over-snow system. This does not affect or change conditions as consulted on concerning snow compaction for lynx habitat.

**Table J.4: Recreation Suitability and Objectives**

| SJNF Motorized Travel Over Ground (acres) | |
|---|---|
| Not suitable | 928,054 |
| Suitable areas | 936,778 |
| Total | 1,864,832 |
| **Motorized Travel Over Snow (acres)** | |
| Not suitable areas | 1,072,520 |
| Suitable areas | 792,312 |
| Total | 1,864,832 |

The areas identified as *unsuitable* for over-ground or over-snow travel have boundaries similar to MA 1, which are wilderness areas or other areas where natural processes dominate. The areas identified as *suitable* for over-ground travel or *suitable* for over-snow travel have boundaries that correspond to MA 3 (natural landscapes with limited management), MA 4 (high use recreation emphasis), MA 5 (active management), MA 7 (public and private land intermix) and MA 8 (highly developed). On NFS lands, large tracts of non-motorized areas, such as roadless areas are classified as unsuitable.

## *Oil and Gas Availability Decision and Projected Development*

As compared to the current LRMP, the Proposed Action has more lands stipulated No Surface Occupancy (NSO), Controlled Surface Use (CSU), and Timing Limitation (TL), to protect sensitive

biological and physical resources. Designated wilderness areas and the Piedra Area are withdrawn from leasing by law. Approximately 67,700 acres are recommended for wilderness and Wild and Scenic River (WSR) designation (wild river segments) and are administratively not available for lease. Roadless areas are stipulated NSO. For lands outside of roadless areas, a full range of stipulations are assigned, including NSO stipulations, and for lands outside roadless areas, a full range of leasing stipulations are assigned including NSO, TL, CSU, and standard lease terms to protect various resources such as highly erosive soils, steep slopes, critical wildlife habitat, and areas with special management designations such as archaeological areas (Table J.5).

**Table J.5: Oil and Gas Leasing Availability**

| SJNF | Proposed Action (acres) |
|---|---|
| Federal mineral acres | 1,863,402 |
| Acres withdrawn from leasing | 509,954 |
| Acres administratively not available for leasing | 73,636 |
| Acres available for leasing | 1,279,811 |
| NSO | 876,266 |
| TL | 882,532 |
| CSU | 527,489 |
| Standard lease terms | 143,722 |

Prospective oil and gas development areas include the Paradox Basin portion of the SJNF, the northern San Juan Basin (existing leases), and the San Juan Sag.

Table J.6 tabulates the cumulative number of wells, miles of well access roads, and acres of projected development of existing and future leases. Northern San Jun Basin development at 80-acre spacing would involve expansion of existing well pads only. A certain percentage of wells drilled do not produce product or enough to be economically viable. The table projects the number of wells that would be non-producing. These non-producing wells and any infrastructure associated with them are required to be reclaimed to a natural state.

**Table J.6: Proposed Action: Projection of Well Pads and Access Road Miles, and Corresponding Disturbance Acres on National Forest Lands, 2013–2027**

| | **Existing Producing Wells** | **Existing Well Sites Projected to be Reclaimed (2011–2027)** | **Projected Well Pads on Existing Leases** | | **Projected Well Pads on Future Leases** | |
|---|---|---|---|---|---|---|
| | | | Non-productive (reclaimed) | Production (long-term) | Non-productive (reclaimed) | Production (long-term) |
| Northern San Juan Basin – CBM | 32 | 0 | 0 | 255 | 0 | 0 |
| Northern San Juan Basin – conventional | 0 | 0 | 30 | 0 | 0 | 0 |
| San Juan Sag | 0 | 0 | 5 | 0 | 25 | 0 |
| Conventional gas | 0 | 0 | 2 | 6 | 14 | 93 |
| - Gothic Shale | 0 | 0 | 8 | 59 | 42 | 279 |
| **Total** | **32** | **0** | **45** | **320** | **81** | **372** |
| | **Existing Road Miles** | **Existing Road Miles Projected to be Reclaimed (2011–2027)** | **Projected Road Miles for Projected Well Pads on Existing Leases** | | **Projected Road Miles for Projected Well Pads on Future Leases** | |
| | | | Non-productive (reclaimed) | Production (long-term) | Non-productive (reclaimed) | Production (long-term) |
| Northern San Juan Basin – CBM | 16 | 0 | 0 | 70 | 0 | 0 |
| Northern San Juan Basin – conventional | 0 | 0 | 0 | 0 | 0 | 0 |
| San Juan Sag | 0 | 0 | 2 | 0 | 12 | 0 |
| Conventional gas | 0 | 0 | 1 | 3 | 7 | 46 |
| Gothic Shale | 0 | 0 | 4 | 36 | 21 | 140 |
| **Total** | **16** | **0** | **7** | **109** | **40** | **186** |
| | **Existing Wells and Roads** | | **Projected Disturbance Existing Leases** | | **Projected Disturbance Future Leases** | |
| | Total Acres Disturbed | Total Acres Projected to be Reclaimed | Non-productive Wells and Associated Roads (reclaimed) | Total Acres Disturbed – Production Wells and Roads | Non-productive Wells and Associated Roads (reclaimed) | Total Acres Disturbed – Production Wells and Roads |
| Northern San Juan Basin – CBM | 110 | 0 | 0 | 585 | 0 | 0 |
| Northern San Juan Basin – conventional | 0 | 0 | 15 | 0 | 0 | 0 |
| San Juan Sag | 0 | 0 | 20 | 0 | 100 | 0 |
| Conventional gas | 0 | 0 | 10 | 25 | 55 | 370 |
| Gothic Shale | 0 | 0 | 60 | 435 | 320 | 2120 |
| **Total Acres** | **110** | **0** | **105** | **1045** | **475** | **2490** |

Only roads for administrative use (closed to public) are included. Pipelines are projected to be in road rights-of-way, so road disturbance acres include pipeline disturbance.
CBM = coalbed methane.

## Water Consumption Resulting from Drilling, Completion, and Well Operations

Substantial quantities of water are projected to be used to drill, fracture, and complete wells for both Gothic Shale Gas Play (GSGP) and conventional well development (see Appendix J.C). GSGP wells would use approximately 7.9 to 13.1 acre-feet of water per well for the entire process. This level of water consumption is six to 11 times the amount of water used to drill and complete a conventional gas well and 11 to 18 times the amount of water used to drill and complete a coalbed methane gas well. Paradox conventional gas wells would use 3.3 acre-feet of water per wells to drill and complete. In the Northern San Juan Basin, coalbed methane (CBM) wells would be drilled on existing leases, but doubling the number of wells on each well pad. In total, 126 federal wells are projected. Water consumption to drill, complete, and operate the wells over their 20-year economic life is 241 acre-feet. For the San Juan Sag (within the San Juan River Basin), 35 acre-feet of water is projected to be used in well drilling, fracturing, and completion process for unleased mineral estate over the next 15 years for all alternatives (Table J.7).

**Table J.7: Projected Water Used to Develop Conventional and Gothic Shale Wells, Coalbed Methane Development, and Conventional Wells within the San Juan Basin for the Proposed Action**

| Area | Water Usage (acre-feet) |
|---|---|
| Dolores Basin - Leased and unleased GSGP and Paradox conventional | 4,831 |
| San Juan Basin - Leased and unleased GSGP and Paradox conventional | 201 |
| Northern San Juan Basin new 80-acre infill development | 241 |
| San Juan Sag (San Juan Basin) - new lease development | 35 |
| **Total** | **5,308** |

## Fire and Fuels Management Decisions

Under the revised LRMP, the SJNF would use prescribed burns and mechanical treatments to achieve multiple objectives, including hazardous and natural fuels reduction, wildlife habitat improvement, ecosystem restoration, and range betterment. Approximately 8,500 to 10,500 acres of hazardous fuels would be treated annually, primarily through prescribed burning. Mechanical treatments would constitute approximately 30% of the overall fuels program. For the SJNF, much of the focus on reducing fire risk is on the wildland urban interface (WUI) areas where structures and other human development meet or intermingle with undeveloped wildland or vegetative fuels. These areas often are within MA 7 areas. The focus of the treatment program would be vegetative treatments in the lower-elevation vegetation types. Management of naturally ignited wildfire for resource benefit would be the preferred management approach for the higher-elevation forest types. Wildland fire would be used in order to maintain public land conditions within the HRV while, at the same time, recognizing that other resource and social values may determine the appropriate management responses. Use of managed fire, along with mechanical and other fuels management strategies, may create forest conditions that meet desired conditions for the natural vegetation types within the planning area.

Case No. 1:23-cv-01501-RMR Document 18-4 filed 09/29/23 USDC Colorado pg 25 of 344



**Table J.8: Acres of Fuels Treatments (annual)**

| Vegetation Type | Treatment | Proposed Action (annual) |
|---|---|---|
| Pinyon-juniper | Mastication and Prescribed Fire | 1,000 acres |
| Mixed shrubland/no pine | Mastication | 2,000 acres |
| | Prescribed fire | 1,000 acres |
| Oakbrush understory in pine | Mastication | 2,500 acres |
| Ponderosa pine | Mastication & Mechanical | 1,500 acres Restoration Treatment |
| | Prescribed fire | 3,500 acres |
| Warm-dry mixed conifer | Mechanical | 500 acres Restoration Treatment |
| | Prescribed fire | 1,000 acres |
| Mixed vegetation types | Fire managed for resource benefit | 1–50,000 acres |
| Spruce-fir | Fire managed for resource benefit | 1–50,000 acres |

## Special Uses

The SJNF administers approximately 700 non-recreational land use authorizations consisting of special use permits, rights-of-way (ROW) grants, easements, and leases that authorize the occupancy and use of public lands by government agencies, private individuals, or companies for a variety of activities (including roads, dams, pipelines, and other private or commercial uses). The SJNF special uses program also authorizes the occupancy of public lands for pipelines, communication lines, power transmission lines, and communication sites. The new LRMP brings forth the current procedural management requirements, but because MAs change, there would be a change in terms of where developments are allowable and discouraged.

There is a difference in terms of how the Proposed Action conditions and ultimately manage new and existing authorizations. New authorizations would be subject to all of the requirements of the new LRMP. They would be also be conditioned by MA direction, which can be more restrictive in MAs 1, 2 and 3. Some new special use applications may not be compatible with these three MAs and may be rejected; other applications may have valid existing rights, which, as a result, may afford the USFS less discretion to reject outright an application not compatible with MA direction. Existing authorizations are not subject to immediate retroactive application of LRMP requirements. However, upon expiration and application for reauthorization, they must be adjusted to conform to current LRMP requirements.

For the purposes of impact analysis, future special use authorizations cannot be predicted as to specific location, scale, and timing; therefore, there is no clear way to estimate the impacts of a special uses program under the requirements of the Proposed Action. However, overlaying MAs with threatened and endangered species habitat provides a rough indication of areas where species protection would be highest. Given the assumption that MAs 1, 2, and 3 are more restrictive (especially where these MAs correlate with special designations such as Colorado Roadless Areas, etc.) they are most favorable to threatened and endangered species. Conversely, MA 5 and 7 areas are less restrictive and would be more compatible with special uses development. Ultimately, the degree of the impacts of any project would depend on approved conservation strategies, critical habitat designations, and Biological Opinions (BOs) that mandate specific management requirements for land uses. These requirements would not be known until specific project proposals are submitted and assessed.

## Habitat Improvement Objectives

The Proposed Action has annual wildlife habitat improvement, fish habitat improvement, and watershed restoration objectives, including erosion control, stream restoration, riparian/lake/fen treatments, and road decommissioning. In addition, the objectives for vegetation management, including timber harvest and the fire program objectives, have direction for wildlife habitat improvement by creating conditions guided by HRV desired outcomes. Table J.9 lists objectives for habitat improvement. The acres for accomplishment are mostly accomplished through other resource programs other than with wildlife program budget. Resource areas such as timber would design timber accomplishment, as listed in Table J.3, to achieve habitat improvement goals as listed below. Thus, the acres listed below are also captured

as the same accomplishment for the timber program listed in Table J.3, not in addition to the acres listed in that table.

**Table J.9: Watershed, Riparian, and Aquatic and Terrestrial Habitat Improvement**

| Estimated Resource and Program Management Activities | Proposed Action |
|---|---|
| **Water and Habitat Improvement Projects** | |
| Watershed road densities reduced – road decommissioning | 3 miles |
| Fish habitat enhanced or improved | 6 miles |
| **Wildlife Habitat Improvement Projects** | |
| Terrestrial wildlife habitat improvement and restoration | 2,000 acres |
| Ponderosa pine restoration to support associated wildlife populations | 3,000 acres |
| Cool-moist mixed conifer and spruce-fir restoration to support associated wildlife populations | 2,000 acres |
| Winter range habitat improvement for big game | 5,000 acres |
| Aspen restoration to support associated wildlife populations | 3,000 acres |
| Invasive plant acres treated | 1,500 acres/year |

# CHAPTER 2 – ENVIRONMENTAL BASELINE

The environmental baseline used for this BA is the existing environmental condition, which includes the past and present impacts of all federal, state, and private actions and other activities occurring within the action area; the anticipated impacts of all proposed federal projects within the action area that have already undergone formal Section 7 consultation; and the impact of state or private actions occurring during the same period of time as the consultation process. It should be noted that the environmental baseline that would be applied to certain analyses related to LRMP implementation may differ from that used for ESA consultation purposes.

## 2.1 Species Considered and Species Evaluated

Tables J.10, J.11 and J.12 list the wildlife, invertebrate, fish, and plant species that are being evaluated. The USFWS approved this species list on December 21, 2012. These species fall under the requirements of Section 7 of the ESA [16 United States Code [USC] 1531 et seq.], which outlines the procedures for federal interagency cooperation designed to conserve federally listed species and designated critical habitats. Since list concurrence, the North American wolverine (*Gulo gulo luscus*) has been designated as proposed threatened, and the Gunnison sage-grouse (*Centrocercus minimus*) has been designated as proposed endangered with proposed critical habitat. In addition, the yellow-billed cuckoo (*Coccyzus americanus*) is a federal candidate species and is analyzed in the LRMP FEIS Biological Evaluation.

**Table J.10: Threatened and Endangered Wildlife Species**

| Species | Federal Listing Category | Primary Habitat Association | General Habitat and Status on the SJNF |
|---|---|---|---|
| Canada lynx (*Lynx canadensis*) | Threatened | Spruce-fir | Primarily inhabits high-elevation spruce-fir forests; also cool-moist mixed conifer, high-elevation aspen mixed with spruce or cool-moist mixed conifer, and willow-riparian adjacent to the above habitats. Closely associated with snowshoe hare (*Lepus americanus*) as a primary prey item. The SJNF is considered part of the core habitat for the state lynx reintroduction program. |
| Gunnison sage-grouse (*Centrocercus minimus*) | Proposed Endangered | Sagebrush | Lower-elevation contiguous landscapes of varied sagebrush habitats. |
| Mexican spotted owl (*Strix occidentalis lucida*) | Threatened | Pinyon-juniper/ mixed conifer | Mixed conifer or ponderosa pine/mixed conifer located in steep rock-walled canyons. Individuals have been documented on the SJNF; no documented reproduction to date. |
| North American wolverine (*Gulo gulo luscus*) | Proposed Threatened | Spruce-fir and alpine | Primarily inhabits high-elevation spruce-fir forests; also cool-moist mixed conifer, high-elevation aspen mixed with spruce or cool-moist mixed conifer, and willow-riparian adjacent to the above habitats. |
| Southwestern willow flycatcher (*Empidonax traillii extimus*) | Threatened | Riparian/ Wetland | Willow-riparian patches of at least 30 × 30 × 5 feet tall and at least 0.25 acre or larger. Individuals have been documented on the SJNF; no documented reproduction to date. |
| Uncompahgre fritillary butterfly (*Boloria acrocnema*) | Endangered | Alpine | Alpine habitat above 12,500 feet with a snow willow (*Salix nivalis*) component. Sites are generally found on north, northeast, and east aspects and represent the coolest microclimates in high alpine cirques. One small population is known to occur on the SJNF. |

We are consulting on five fish species, the bonytail chub (*Gila elegans*), humpback chub (*G. cypha*), Colorado pikeminnow (*Ptychocheilus lucius*), razorback sucker (*Xyrauchen texanus*), and lineage greenback cutthroat trout (*Oncorhynchus clarki stomias*) (see Table J.11). The first four species are found downstream of the planning area in mainstem reaches of the San Juan, Dolores, and Colorado Rivers. The greenback cutthroat trout is found in Stoner Creek, Little Taylor Creek, Rio Lado Creek, and Roaring Forks Creek, all of which are tributaries of the Dolores River System.

**Table J.11: Threatened and Endangered Fish Species**

| Species | Status | Known to Occur on SJNF lands | General Habitat |
|---|---|---|---|
| Bonytail chub (*Gila elegans*) | Endangered | No | Large warm water rivers |
| Colorado pikeminnow (*Ptychocheilus lucius*) | Endangered | No | Large warm water rivers |
| Humpback chub (*Gila cypha*) | Endangered | No | Large warm water rivers |
| Razorback sucker (*Xyrauchen texanus*) | Endangered | No | Large warm water rivers |
| Lineage greenback cutthroat trout (*Oncorhynchus clarki stomias*) | Threatened | Yes | Cold water rivers and streams |

**Table J.12: Threatened and Endangered Plant Species**

| Species | Status | Habitat Description | Known to Occur on SJNF Lands |
|---|---|---|---|
| Knowlton's cactus (*Pediocactus knowltonii*) | E | Rolling, gravelly hills in pinyon-juniper/sagebrush communities at about 6,200 to 6,300 feet elevation. Strongly associated with pea- to cobble-sized gravels (tertiary alluvial deposits of the San Jose Formation) covering a majority of the soil, black sagebrush (*Artemisia nova*), and occurrence of reindeer lichen (*Hypogymnia physodes* var. *vittata*). | No |
| Pagosa skyrocket (*Ipomopsis polyantha*) | E | Found on barren shale, montane grasslands, ponderosa pine, juniper/Gambel oak plant communities on the Mancos Shale Formation At elevations of 6,750–7,775 feet, but possible between 6,400 and 8,100 feet. | No |
| *E=Endangered | | | |

On February 4, 2013, the USFWS published a proposed rule to list the distinct population segment (DPS) of the North American wolverine occurring in the contiguous United States as a threatened species under the ESA (USFWS 2013a). The DPS evaluation in the proposed rule concerns the segment of the wolverine species occurring within the contiguous 48 states, including the northern and southern Rocky Mountains, Sierra Nevada Range, and North Cascades Range (USFWS 2013a). The proposed rule did not propose any critical habitat for the species.

There are numerous historical records of North American wolverines from the Colorado Rocky Mountains; however, the species is believed to have been extirpated from the southern Rocky Mountains in Colorado, New Mexico, and Wyoming by the early 1900s (Aubry et al. 2007 cited in USFWS 2013b). The lack of records for Colorado and Utah after 1921 suggests that the southern Rocky Mountains population of wolverines was extirpated in the early 1900s, concurrent with widespread systematic predator control by government agencies and livestock interests (USFWS 2013a).

The Preferred Alternative is not likely to jeopardize the continued existence of North American wolverine, as there is currently no wolverine population on the SJNF or State of Colorado, and the available scientific and commercial information does not indicate that other potential stressors such as land management, recreation, infrastructure development, and transportation corridors pose a threat to the DPS (USFWS 2013a). Section 7 (a)(4) of the ESA requires conferencing with the USFWS when a Proposed Action is likely to jeopardize the continued existence of a proposed species or destroy or adversely modify proposed critical habitat. Because the Proposed Action is not likely to jeopardize the continued existence of North American wolverine, conferencing is not required.

On January 11, 2013, the USFWS published a proposed rule to list the Gunnison sage-grouse as an endangered species under the ESA (USFWS 2013c). In addition, approximately 1,704,227 acres are being proposed for designation as critical habitat in Chaffee, Delta, Dolores, Gunnison, Hinsdale, Mesa, Montrose, Ouray, Saguache, and San Miguel Counties in Colorado, and in Grand and San Juan Counties in Utah (USFWS 2013d).

Gunnison sage-grouse currently occur in seven widely scattered and isolated populations in Colorado and Utah, occupying 3,795 square kilometers (1,511 square miles) (USFWS 2013c). The seven populations are Gunnison Basin, San Miguel Basin, Monticello–Dove Creek, Pinyon Mesa, Crawford, Cerro Summit–Cimarron–Sims Mesa, and Poncha Pass (USFWS 2013c). There are approximately 48 acres of proposed critical habitat on the SJNF in Dolores County. Based on the best available information, there are no Gunnison sage-grouse present on the proposed critical habitat location or on any other lands managed by the SJNF.

The proposed critical habitat for Gunnison sage-grouse on lands managed by the SJNF is considered very marginal given its fragmented nature from other habitat, lack of sagebrush (*Artemisia* sp.), and existing disturbances associated with use of an access road, adjacent gravel pit, and agricultural activities

on adjacent private lands. The habitat is located on a mesa, surrounded by mostly non-habitat. Habitat is therefore isolated from other sage-grouse habitat, the closest being approximately 1 mile west. Sagebrush vegetation is sparse on the site, encompassing less than 25% of the vegetative species composition. The eastern portion of the site occurs on a steep slope with pinyon-juniper vegetation. There is an access road that runs through the middle of the site that accesses a gravel pit located on state lands on the northern end. And finally, there is irrigated farm land south and adjacent to the habitat. There are approximately 50 acres of potential habitat on adjacent private lands to the southwest.

The Preferred Alternative is not likely to jeopardize the continued existence of Gunnison sage-grouse or adversely modify proposed critical habitat on the SJNF. There are currently no sage-grouse present on the SJNF. The proposed critical habitat present on SJNF lands is isolated from other patches of sage-grouse habitat. At this time, there are no actions planned that would adversely modify proposed critical habitat. The LRMP contains management direction specific to sage-grouse to minimize adverse impacts from land management actions. Section 7 (a)(4) of the ESA requires conferencing with USFWS when a Proposed Action is likely to jeopardize the continued existence of a proposed species or destroy or adversely modify proposed critical habitat. Because the Preferred Alternative is not likely to jeopardize the continued existence of Gunnison sage-grouse, or destroy or adversely modify proposed critical habitat, conferencing is not required. Section 7 consultation would be reinitiated with the USFWS for future activities that have potential to effect sage-grouse and proposed critical habitat.

## 2.2 Assessment of Threatened and Endangered Terrestrial Wildlife Species and Invertebrates

### *Consultation History*

The following is a list of SJNF-level Section 7 consultations that have occurred on the SJNF related to the Proposed Action.

- Biological Opinion for the Southern Rockies Lynx Amendment, ES/CO: USFS/SRLA, TAILS: 65412-2008-F-00370, BO ES/LK-6-CO-08-F-024 (USFWS 2008).
- Supplemental Biological Assessment for the Southern Rockies Lynx Amendment (USFS 2008).
- Biological Opinion for the Management and Control of Noxious Plants on the San Juan and Rio Grande National Forests, ES/CO: SJ/RGPLC, TAILS 65413-2011-I-0136 (USFWS 2011a).
- Biological Assessment for the Management and Control of Noxious Plants on the San Juan and Rio Grande National Forests (USFS 2011).

### *Canada Lynx (Lynx canadensis)*

#### Background

The Canada lynx was listed as a federally threatened species under the ESA in March 2000. The species is also listed as endangered by the State of Colorado. Currently, there has been no federal recovery plan published for the species. In November 2006, the USFWS designated critical habitat for the contiguous United States DPS of the Canada lynx (USDA Forest Service and USFWS 2006). There was no critical habitat designated for the species in the southern Rockies (Colorado and southern Wyoming). These lands were not included due to the Conservation Agreement between the USFS and USFWS (USFS 2005a) and an agreement by the USFS to incorporate conservation measures in the Canada Lynx Conservation Assessment and Strategy (LCAS) (Ruediger et al. 2000). The Recovery Outline (USFWS 2005) identifies core areas, secondary areas and peripheral areas, based on historical and current occurrence records, as well as confirmed breeding. The southern Rockies were identified as a Provisional Core Area. This designation was identified because this area contains a reintroduced population, which has documented reproduction in the recent past.

Canada lynx habitat on NFS lands in Region 2 is managed in accordance with the SRLA (USFS 2008). The SRLA amended eight Forest Plans in Region 2 that are within the Southern Rocky Mountains

Geographic Area (SRMGA). The San Juan Mountains and SJNF lie at the southern end of the SRMGA. The SRLA contains management direction in the form of management objectives, standards, and guidelines that are intended to provide a consistent approach to conserve lynx and lynx habitat. Much of the management direction in the SRLA was based on management recommendations contained in the LCAS.

The following is a summary of the status and distribution, habitat requirements, and risk factors for Canada lynx in the southern Rocky Mountains and the SJNF. Much of the information was taken from the BA and BO for the SRLA (USFS 2008; USFWS 2008), the LCAS, and the Ecology and Conservation of Lynx in the United States (Ruggiero et al. 2000a), and monitoring reports by the Colorado Division of Wildlife, currently referred to as Colorado Parks and Wildlife (CPW) (Colorado Division of Wildlife 2009). More detailed information on the species life history, risk factors, and other pertinent biological information can be obtained in the documents mentioned above.

## Status and Distribution

Most of the records and literature on Canada lynx abundance and distribution in the southern Rocky Mountains indicate that historically, populations were relatively rare, compared to populations in Alaska and the northern portions of Washington and Montana. Verified records after the 1920s are rare in southern Wyoming and in Colorado, with central Colorado being the “core” area of lynx records until the early 1970s. A statewide lynx verification program was conducted in Colorado from 1978 to 1980 and concluded that a viable but low-density lynx population persisted in Eagle, Pitkin, Lake, and Clear Creek Counties with evidence of lynx occurrence in Grand and Park Counties, Utah. Lack of evidence from other parts of lynx range in Colorado may have been due to lack of adequate surveys. Several surveys conducted since then have not confirmed lynx to be present. While the surveys did not cover the entire state, they were sufficient to conclude that lynx at that time were rare in the southern Rockies.

Even though lynx individuals appeared to persist in the southern Rocky Mountains, the population had not rebounded despite the removal of key suppressing factors such as commercial trapping and indiscriminate predator control. It was believed that the population was so small in Colorado that it was incapable of rebounding and was augmented with a re-establishment program by CPW in 1999. A total of 218 lynx was released in the San Juan Mountains from 1999 to 2006. The San Juan Mountains are part of the core research area, which is located from the New Mexico border, north to Gunnison, west to Taylor Mesa, and east to Monarch Pass. In 2010, CPW declared the reintroduction program a success when recruitment exceeded mortality.

The majority of surviving lynx from the reintroduction effort currently continue to use high-elevation (9,500 feet) forested terrain in an area bounded on the south by New Mexico north to Independence Pass, west as far as Taylor Mesa and east to Monarch Pass. Lynx continue to occupy suitable habitat in the core release area and other locations across Colorado. Most movements away from the core release area were to the north. Numerous travel corridors within Colorado have been used repeatedly by more than one lynx. These travel corridors include the Cochetopa Hills area for northerly movements, the Rio Grande Reservoir-Silverton-Lizardhead Pass for movements to the west, and southerly movements down the east side of Wolf Creek Pass to the Conejos River valley.

Within the areas of high use in southwest Colorado, site-scale habitat use, documented through snow tracking, supports mature Engelmann spruce-subalpine fir (*Picea engelmannii-Abies lasiocarpa*) forest stands with 42% to 65% canopy cover and 15% to 20% conifer understory cover as the most commonly used areas in southwest Colorado. Little difference in aspect (slight preference for north-facing slopes), slope, or elevation were detected for long beds, travel, and kill sites. Den sites, however, were located at higher elevations and more commonly north-facing slopes with a dense understory of coarse woody debris.

### *Habitat in the Southern Rocky Mountains*

Lynx habitat in the southern Rocky Mountains is usually found in the subalpine and upper montane forest zones, typically between 8,000 and 12,000 feet in elevation. Upper-elevation subalpine forests are

dominated by subalpine fir and Engelmann spruce. As the subalpine zone transitions down to the upper montane, spruce-fir forests begin to give way to a predominance of lodgepole pine (*Pinus contorta*), aspen (*Populus tremulolides*), or mixed stands. Engelmann spruce and/or subalpine fir may retain dominance on cooler, more mesic mid-elevation sites, intermixed with aspen, lodgepole pine, and Douglas-fir (*Pseudotsuga menziesii*). White fir (*Abies concolor*) appears in the San Juan Mountains, Sangre de Cristo Range, and Wet Mountains in southern Colorado. The lower montane zone is dominated by ponderosa pine (*Pinus ponderosa*), pinyon-juniper communities, and Douglas-fir, with pine typically dominating on lower, drier, more exposed sites, and Douglas-fir occurring on moister and more sheltered sites. Although the lower montane zone is generally below occupied lynx habitat, montane forests can be important as connective travel habitat that may facilitate lynx dispersal and movements between blocks of lynx habitat, and may provide some foraging opportunities during those movements.

Lynx forage in forested stands with a high density of young, healthy trees or shrubs tall enough to protrude above the snow. These areas provide habitat for snowshoe hare (*Lepus americanus*) (primary prey), and may occur in early successional stands following disturbance (such as vegetation treatments, wind throw, and wildfire) or in older forests with a substantial understory of shrubs and young conifers. Willow riparian areas also provide year-round foraging habitat for hares. Denning habitat consists of mid-aged or mature and older forests with complex physical structure on the ground such as downed logs, trees, or rocks and boulders. Forested areas that lack complex physical structure on the ground provide little value for denning.

### *Habitat on the San Juan National Forest*

Lynx habitat on the SJNF was modeled using habitat criteria in the LCAS and through coordination with USFWS. Updates to the SJNF lynx habitat model and Lynx Analysis Unit (LAU) boundaries were completed in December 2010 based on guidance provided by the USFWS. Modeled lynx habitat consists of spruce-fir, cool-moist mixed conifer, high-elevation aspen mixed with spruce-fir or cool-moist mixed conifer, and willow riparian adjacent to these habitats. Modeled habitat is based on existing vegetation and habitat attributes such as tree size and canopy closure within forested stands. Vegetation data and habitat attributes were obtained from the SJNF's geographic information system (GIS) vegetation database. LAUs represent planning units that approximate home ranges for female lynx. They provide a scale in which to evaluate and monitor the effects of management actions on lynx habitat over time (Ruediger et al. 2000). The remapping of lynx habitat also resulted in the re-delineation of LAUs to better meet the intent of LAUs representing the biological needs for lynx home ranges. Due to a better understanding of lynx habitat as it relates to the habitat criteria described within the SRLA and adjusted for local condition, and in consultation with the USFWS, acreages of lynx habitat across the SJNF have changed. The initial mapping effort, prior to the SRLA identified 1,048,567 acres of lynx habitat on the SJNF. The current model identified 752,435 acres across the SJNF, Table J.13 describes existing lynx habitat and LAUs across the SJNF.

**Table J.13: Existing Lynx Habitat on the San Juan National Forest**

| LAU Name | LAU Number | LAU Gross Acres | LAU Net NFS Acres | Total Suitable Lynx Habitat (acres) | Total Stand Initiation (acres) | Total Lynx Habitat (acres) | Percent Stand Initiation | Non Habitat (acres) |
|---|---|---|---|---|---|---|---|---|
| Bear Creek | 21,327 | 45,779 | 44,101 | 32,194 | 2,417 | 34,611 | 7% | 9,491 |
| Black Mesa | 21,329 | 78,289 | 75,435 | 52,253 | 1,836 | 54,089 | 3.4% | 21,346 |
| East Dolores River | 21,328 | 47,347 | 46,135 | 35,020 | 1,314 | 36,334 | 3.6% | 9,801 |
| East Fork San Juan River | 21,318 | 72,906 | 67,926 | 44,593 | 72 | 44,665 | 0.2% | 23,262 |
| Engineer | 21,331 | 89,976 | 84,796 | 39,552 | 3,149 | 42,701 | 7.4% | 42,095 |
| Fourmile-Turkey | 21,336 | 45,897 | 42,555 | 19,518 | 5 | 19,523 | 0.0% | 23,,032 |
| Hermosa | 21,304 | 80,080 | 79,042 | 61,016 | 917 | 61,934 | 1.5% | 17,108 |
| Junction | 21,325 | 85,183 | 80,817 | 47,709 | 224 | 46,933 | 0.5% | 33,884 |

| LAU Name | LAU Number | LAU Gross Acres | LAU Net NFS Acres | Total Suitable Lynx Habitat (acres) | Total Stand Initiation (acres) | Total Lynx Habitat (acres) | Percent Stand Initiation | Non Habitat (acres) |
|---|---|---|---|---|---|---|---|---|
| Creek | | | | | | | | |
| Lower Pine River | 21,333 | 60,821 | 58,286 | 40,310 | 2,353 | 42,663 | 5.5% | 15,623 |
| Mancos | 21,326 | 69,800 | 65,534 | 38,249 | 430 | 38,679 | 1.1% | 26,855 |
| Missionary-Florida | 21,324 | 66,434 | 60,494 | 33,383 | 4,311 | 37,694 | 11.4% | 22,800 |
| Mosca-Coldwater | 21,334 | 42,720 | 42,700 | 29,819 | 1,839 | 31,659 | 5.8% | 11,042 |
| Needles | 21,308 | 62,601 | 62,245 | 25,864 | 997 | 26,861 | 3.7% | 35,384 |
| Piedra River Headwaters | 21,314 | 86,770 | 84,680 | 46,909 | 156 | 47,066 | 0.3% | 37,614 |
| Rico | 21,330 | 75,730 | 71,126 | 51,612 | 221 | 51,833 | 0.4% | 19,293 |
| Rio Blanco | 21,321 | 81,221 | 75,500 | 48,750 | 87 | 48,837 | 0.2% | 26,662 |
| Upper Pine River | 21,335 | 37,450 | 37,450 | 20,441 | 0 | 20,442 | 0.0% | 17,009 |
| Vallecito Creek | 21,311 | 61,935 | 60,287 | 26,319 | 4,029 | 30,348 | 13.3% | 29,939 |
| Weminuche | 21,332 | 44,291 | 41,090 | 27,503 | 8 | 27,510 | 0.0% | 13,580 |
| West Fork San Juan River | 21,316 | 57,011 | 53,032 | 32,356 | 176 | 32,533 | 0.5% | 20,499 |

Currently, there are approximately 752,435 acres of suitable lynx habitat and approximately 24,479 of unsuitable habitat (habitat in the stand initiation stage) across the SJNF. The vast majority of the primary lynx habitat is located in subalpine forests in designated wilderness (Lizard Head, Weminuche, and South San Juan) and other protected areas such as roadless areas. The SRLA also provided for land management activities that could occur under exceptions or exemptions to the SRLA guidance. The acres that could be affected under the exceptions and exemptions were capped at a percentage of lynx habitat across the landscape. These were initially based on mapped acreages from the first habitat model. These have been readjusted to reflect the current habitat model acreages for SJNF.

In 2006 the SJNF identified areas important for lynx movement and/or connectivity. Five linkage areas were identified including Wolf Creek Pass, North La Plata Mountains, Lizard Head Pass, Molas Pass – Coal Bank Pass, and Red Mountain – South Mineral (Schultz et al. 2006). The Wolf Creek Pass linkage area includes areas on both sides of U.S. Highway 160 east of Pagosa Spring and provides for north-south movement. At the top of Wolf Creek Pass, it connects with the Rio Grande National Forest linkage area. Monitoring by CPW indicates that the area is being used by lynx. The primary concern in this linkage area is a high-volume, four-lane highway (U.S. Highway 160), which continues to receive periodic upgrades. Other concerns include old clearcut areas, as well as forest roads and meadows with concentrated snowmobile use and other winter recreation activity. Wolf Creek ski area is directly east of and next to this linkage area. There is proposal by a private owner to build a village adjacent to the ski area surrounded by NFS lands managed by the Rio Grande National Forest. The Wolf Creek Pass area likely provides the primary connectivity between the southern San Juan Mountains (South San Juan wilderness) and the central San Juan Mountains (Weminuche wilderness).

The North La Plata Mountains linkage area is centered on the ridgeline above Hermosa Creek, which connects the Lizard Head and Molas area to the La Plata peaks block of habitat. It incorporates the Divide Road (Forest Road 564) and the narrowest segment of spruce-fir habitat from north to south, which is fragmented both naturally and by past timber harvest activities. The primary concern in this linkage area is maintaining a narrow and relatively fragmented band of primary lynx habitat along a restricted ridgeline that is the only high-elevation connection into the La Plata Mountains. This linkage

area probably provides the primary connectivity between the Rico Mountains and central San Juan Mountains to the north and the relatively isolated and disjunct La Plata Mountains to the south.

The Lizard Head Pass linkage area includes a rough triangle extending from Lizard Head Pass (U.S. Highway 145) to Rico to East Hermosa. It connects with the Uncompahgre National Forest linkage area at the top of Lizard Head Pass. Lynx movements have been documented throughout this linkage area. The primary concern is a high-speed, two-lane highway (U.S. Highway 145). Lynx habitat is disjunct near the crest of the pass (meadows), but safe crossing of the highway is important all along the linkage area. This linkage area includes private land south of U.S. Highway 145 that contains significant primary lynx habitat and is considered likely to be key to linkage integrity. This area provides linkage between disparate blocks of primary habitat, as well as movement within a known lynx high-use area.

The Molas Pass – Coal Bank Pass linkage area includes areas on both sides of U.S. Highway 550 from the north side of Molas Pass south to the south side of Coal Bank Pass, and south of Silverton (U.S. Highway 550). It extends north to the South Mineral portion of the Red Mountain Pass linkage and has a shared linkage boundary at Deadwood Gulch. Lynx habitat throughout the linkage area is naturally fragmented and patchy, due to high-relief topography, pre-settlement fires, and steep terrain. There is well-documented lynx use, however, throughout the area. The primary concern in this linkage area is for east-west crossing of a high-volume, two-lane highway (U.S. Highway 550), and crossing is important all along the linkage area. A lynx fatality near Durango Mountain Resort is evidence that the area is being used by lynx, and that highway crossing is a valid concern (Schultz et al. 2006). This area is an east-west connection between habitat blocks on both sides of the highway and between the West Needle Mountains and Rico Mountains and Ophir Mountains.

The Red Mountain – South Mineral linkage area includes both sides of U.S. Highway 550 from Silverton to the top of Red Mountain Pass, where it connects with the Uncompahgre National Forest linkage area. It includes the entire South Mineral Creek drainage from U.S. Highway 550 to the San Miguel County line. Lynx habitat throughout the linkage area is naturally fragmented and patchy, due to high elevation and steep terrain. There is well-documented lynx use, however, throughout much of the linkage area. The primary concern is east-west crossing of a high-volume, two-lane highway (U.S. Highway 550), and crossing is important all along the linkage area. The South Mineral drainage is included in this linkage area to provide a connection west toward the known lynx use areas of Trout Lake and Lizard Head Pass. The South Mineral drainage is also the most probable east-west connection between the Lizard Head Pass area to the west and the expansive central San Juan Mountains east of Silverton and farther east to Lake City.

There was very minimal alteration of lynx habitat over the last planning cycle (~30-year period). During this period, the primary impacts to habitat resulted from natural disturbances such as wildfire and, to a much larger extent, insects and disease. Spruce-fir forests have experienced widespread spruce bark beetle (*Ips typographus*) activity, resulting in impacts to mature and late successional spruce-fir forests. Large areas of spruce mortality were noted in the early 2000s with activity spreading from the Wolf Creek Pass area west to the upper Los Pinos River Drainage. Large stands of Engelmann spruce have either died or are dying due to the epidemic beetle infestation, causing major changes to forest structure. The resulting changes include the loss of the forest overstory in some areas with a corresponding increase in understory vegetation (grasses, forbs, and shrubs). These changes have and would continue to affect habitat for lynx and primary and alternate prey species.

A variety of recreational activities occur across lynx habitat on the SJNF. Potential effects to lynx from recreation management stem from the use of forest roads, developed recreation, non-winter dispersed recreation, and dispersed winter recreation. There are approximately 2,761 miles of forest roads (maintenance levels 1–5) across the SJNF, and approximately 1,041 miles occur of which in lynx habitat. Roads designated as open to motorized use receive varying degrees of use during summer. Many of the recreationists enjoy traveling on forest roads that provide access to high elevations because of the scenery present and the vast amount of outdoor activities available (day hiking, mountain biking, backpacking, horseback riding, and in some areas designated off-highway vehicle [OHV] use, etc.). During winter, the vast majority of forest roads are closed to motorized use, except for areas designated/approved for over-snow motorized use. Currently, approximately 321,269 acres of lynx

habitat is suitable/available for winter motorized recreation. The SJNF has seen an increase in many forms of winter recreation (snowmobiling, snowshoeing, cross-country skiing, back-country skiing, hybrid skiing-use of snowmobiles to access downhill ski terrain, etc.). The SJNF also has numerous developed recreation facilities (campgrounds, visitor centers, day use areas, trailhead parking areas, etc.) that receive extensive use during summer, with some areas (trailhead parking areas) receiving extensive use during winter. These recreational activities have resulted in impacts to lynx habitat. The overall impact from all these activities to lynx is uncertain; however, cumulatively these activities have likely not resulted in appreciable adverse impacts to lynx due the vast amount of suitable habitat present across the SJNF and the vast amount of habitat available that receives limited to non-existent use by humans during summer and winter.

## Direct and Indirect Effects

The SRLA BA and BO address key risk factors affecting lynx productivity, mortality, and movement in the southern Rocky Mountains. As noted in the BO, management actions that affect lynx productivity include vegetation management (timber harvest, fuels treatments, and salvage harvest), fire management, recreation management (forest roads, developed recreation, non-winter dispersed recreation, and winter dispersed recreation), minerals and energy, and livestock grazing. Management actions affecting mortality include trapping, competition and predation, predator control, and incidental or illegal shooting. Management actions affecting movement include highways and associated developments and private land development. This BA describes how the proposed management actions associated with the Preferred Alternative would affect key risk factors for lynx. The BA summarizes the direct and indirect effects from the proposed management actions and also tiers to the effects findings described in the SRLA BA and BO.

## Management Actions Affecting Lynx Productivity

**Vegetation Management:** Under the Preferred Alternative, timber harvesting may occur across approximately 672,865 acres of the SJNF. These acreages include lands that are suitable for timber production and other tentatively suitable lands where non-commercial timber harvest may occur. Of the total, approximately 315,027 acres are lynx habitat and include approximately 9,620 acres of unsuitable habitat or habitat in the stand initiation stage.

Under the Preferred Alternative, approximately 675 acres of lynx habitat may be treated annually over the life of the LRMP (approximately 15-year period), which includes 125 acres of cool-moist mixed conifer, 500 acres of aspen, and 50 acres of spruce-fir. In total, approximately 10,125 acres of lynx habitat would be treated via timber management across the SJNF. Treatment methods in cool-moist mixed conifer and spruce-fir forests would include single tree and group selection, improvement cuts, shelterwood, and other partial-cut harvesting methods generally removing 30% or less of the existing overstory.

Timber outputs associated with the Proposed Action are expected to have minimal influences on lynx habitat because of the minor amount of acreage involved and application of SRLA management direction. As described in the SRLA BA and BO, some treatments may improve denning, dispersal, and foraging habitat, while others may have negative short-term impacts that render the habitat unsuitable on a temporary basis. Although no new road construction is expected, timber management activities may involve the reconstruction and re-opening of existing roads, which may cause additional disturbance and possibly result in increases in recreational activities such as snowmobiling. Additional road use may result in additional snow compaction, possibly increasing competition from coyotes and other competitors.

Vegetation treatments occurring across the SJNF would review objectives (VEG O1, O2, O3 and O4) and adhere to standards (VEG S1, S2, S5, and S6) and guidelines (VEG G1, G4, G5, G10, and G11) in the SRLA. With application of the SRLA objectives, standards, and guidelines, potential adverse effects to lynx from vegetation management projects are expected to be reduced. The SJNF would continue to report on the use of exemptions and exceptions to the SRLA vegetation management standards. The current baseline information for exemptions and exceptions are listed in Tables J.14 and J.15.

**Table J.14: Wildland Urban Interface Fuels Treatment Exemptions Used in Lynx Habitat on the San Juan National Forest**

| Total Acres of Lynx Habitat Treated (fuels and non-fuels vegetation treatments) | Acres of Lynx Habitat Treated inside the WUI | Acres of Lynx Habitat Treated under the WUI Exemption | Forest Allocation per SRLA Incidental Take Statement (acres) | Current Forest Balance (acres) | Cumulative % Change from SRLA ITS Allocation (D-E/Dx100) |
|---|---|---|---|---|---|
| 254 | 0 | 0 | 23,307 | 23,307 | 0.0% |

**Table J.15: VEG S5 and S6 Exceptions Used in Lynx Habitat on the San Juan National Forest**

| Acres of Lynx Habitat Treated under Exceptions 1–4 in VEG S5 and Exceptions 1–3 in VEG S6 (0.5% of lynx habitat) | Forest Acreage Allocation (0.5%) per SRLA Incidental Take Statement | Current Balance of Forest Allocation (0.5%) (acres) | Acres of Lynx Habitat Treated Under Exception 5 in VEG S5 (1% of lynx habitat) | Forest Acreage Allocation (1%) per SRLA Incidental Take Statement (ITS) (1%) | Current Balance of Forest Allocation (1%) (Acres) | Combined Allocation per Incidental Take Statement (1.5%) (B+E) | Combined Current Balance of Forest Allocation (1.5%) (C+F) | Cumulative % Change from Combined Incidental Take Statement Allocation (G-H/Gx100) |
|---|---|---|---|---|---|---|---|---|
| 114 | 3,885 | 3,771 | 0 | 7,769 | 7,769 | 11,654 | 11,540 | 1.0% |

Fuels treatments such as mechanical vegetation thinning are generally not associated with the cover types that comprise lynx habitat. These treatments would occur in Gambel oak (*Quercus gambelii*) shrublands, ponderosa pine, and warm-dry mixed conifer cover types.

**Fire Management:** Prescribed fire through application of ground or aerial ignition methods are generally not associated with the cover types that comprise lynx habitat. Prescribed fire would be applied in the same cover types as fuels treatments described previously.

Wildfires that result from natural ignitions (lightning) would be managed under the SJNF's wildland fire use program, where fires are managed for resource benefits. Under the Preferred Alternative, fires that are managed for resource benefits may occur on 1 to 60,000 acres annually. These fires are a primary means for restoring natural disturbance processes to high-elevation forest cover types and are likely to occur in lynx habitat.

The influence of wildland fire in lynx habitat could involve short- to long-term reductions in denning habitat due to the removal of dead and down woody material. Other effects include a temporary reduction in suitable snowshoe hare habitat. In most areas, wildland fire should promote the regeneration of snowshoe hare habitat over time. Despite the potential for large wildfire occurrence, large blocks of lynx habitat on the SJNF are expected to remain available. In general, wildland fire can be expected to have greater influences on snowshoe hare and lynx habitat suitability when fires burn at mixed intensity and severity across the landscape. In these cases, the influences on habitat suitability and prey species may last longer due to the presence of habitat attributes preferred by lynx and prey species. In most cases, long-term benefits to both prey and predator are expected from wildfire managed for resource benefits.

ESA Section 7 emergency consultation may be initiated with the USFWS where discretionary actions are taken that have effects on lynx or lynx habitat when managing fires caused by natural ignitions. In some instances the construction of line via hand or mechanical equipment may be necessary to help confine or contain the fire to pre-established management boundaries. Wildfire management conservation measures identified in the LCAS would be applied to reduce potential effects from discretionary actions.

**Recreation Management:** Potential effects to lynx from recreation management stem from the use of forest roads, developed recreation, non-winter dispersed recreation, and dispersed winter recreation.

Under the Preferred Alternative, there are approximately 936,778 acres suitable for motorized travel over ground. Of the total, approximately 792,313 acres provide suitable motorized travel over snow. The amount of lynx habitat present in suitable motorized areas is discussed below. Designated suitable motorized areas have existing developed road and/or motorized trail systems that, for the most part, serve current recreation and resource access needs for a particular area. The road and motorized trail system in motorized suitable areas would generally not be considered for expansion or substantial alteration of the transportation system. More importantly, the Preferred Alternative eliminates cross-country motorized use.

Under the Preferred Alternative, approximately 281,713 acres of lynx habitat are present in areas identified as suitable for winter motorized recreation. In these areas, snowmobiles would be allowed to operate in designated areas, such as unplowed forest roads, and away from forest roads in the designated areas. Much of the designated winter motorized areas are heavily forested, and occur in relatively steep terrain. Although openings or “play areas” are present, they tend to be limited across the SJNF. Some of the more popular designated play areas include the Wolf Creek Pass area, the Molas Pass – Coal Bank Pass areas, the Red Mountain Pass area, and west of the Durango Mountain Resort ski area.

The SJNF has completed a baseline snow compaction mapping (Schultz et al. 2006). Across the SJNF, there are approximately 101,027 acres of compacted snow in 100 individual areas. Of these, 82,043 acres of mapped snow compaction are within or immediately adjacent to LAUs. There are also approximately 1,663 linear miles of snow-compacted routes, of which 1,390 miles are within or lead recreational users into LAUs. And finally, there are 46 winter access points, of which 31 are within LAUs. Projects implemented under the Preferred Alternative would be evaluated for snow compaction and would assess potential effects to lynx from interspecific competition with other predators for available food sources (refer to the Competition and Predation section below).

Lynx are known to have been killed by vehicle collisions in Colorado, Minnesota, Maine, New York, and Idaho (USFWS 2008). Preliminary information suggests that lynx do not avoid roads (Ruggiero et al. 2000b), except at high traffic volumes. Additionally, lynx have shown no preference or avoidance of unpaved SJNF roads, and the existing road density does not appear to affect habitat selection (McKelvey et al. 2000). High traffic volumes may impede or create barriers to lynx movement and may increase the likelihood of lynx mortality through vehicle collisions. To date, there have been no incidents reported where lynx have been killed by vehicle collision on roads managed by the USFS in the SRLA area (USFS 2008). The USFWS believes that lynx mortality on forest roads from vehicle collisions are less likely, due primarily to the relatively slow speeds at which vehicles on these roads travel (due to topography and road conditions (USFWS 2008).

The Preferred Alternative incorporates an objective and several guidelines from the SRLA to address potential impacts of forest roads. Objective HU 06 directs that adverse effects of highways can be reduced by working cooperatively with other agencies to provide for lynx movement and habitat connectivity, and to reduce lynx mortality. Guidelines HU G6, G7, G8, and G9 address issues such as upgrading forest roads, habitat connectivity, and brush removal. With application of the SRLA objectives and guidelines, potential effects to lynx from the use of forest roads are expected to be minimized.

There are numerous developed recreation areas (campgrounds, day use areas/visitor centers, or picnic areas) and one ski area (Durango Mountain Resort) occurring in lynx habitat on the SJNF. Existing facilities have been accounted for in the environmental baseline’s existing habitat acreage. Developed

recreation areas may have direct and indirect effects to lynx resulting from the direct loss of habitat and associated development of the surrounding areas. Any proposed recreational developments, such as campgrounds, may have additional impacts on lynx habitat and habitat use. These developments are usually small in acreage, so actual impacts to habitat and disturbances to lynx are expected to be minor.

Ski area developments such as the Durango Mountain Resort have had some historic impacts on lynx habitat including modifications of denning, foraging, and dispersal habitat, and increased disturbance. In some cases, however, occasional reports are received from the ski area indicating that lynx still utilize portions of the development. Monitoring of lynx by CPW also show use in and adjacent to the ski area. The Preferred Alternative includes approximately 603 acres of potential expansion associated with the Wolf Creek ski area. The entire potential expansion area contains suitable lynx habitat, and falls within the Wolf Creek Pass linkage area.

Future proposals to expand or modify existing facilities would incorporate guidelines for ski areas such as Guideline HU G1 (maintaining adequately sized inter-trail islands that includes course woody debris to provide for winter snowshoe hare habitat), G2 (provide lynx habitat consistent with ski area operation needs especially where lynx habitat occurs as narrow bands of coniferous forest across mountain slopes), and G11 (consider locating access roads and lift termini to maintain and provide lynx security when developing or expanding ski areas and trails). Any future proposals to expand or modify existing facilities in the ski area would require and undergo project-specific NEPA analysis and Section 7 consultation with the USFWS.

Non-winter dispersed recreation activities such as hiking, mountain biking, horseback riding, camping, etc., are common forms of spring, summer, and fall recreation across the SJNF. Many of these activities occur in lynx habitat in both designated (on designated or established trails) and undesignated areas (areas open to cross-country travel). These activities represent low risk of adverse effects to lynx habitat, except possibly for disturbance near den sites.

Dispersed winter recreation use and activities such as snowmobiling, cross-country skiing, and snowshoeing are increasing in higher elevation environments. These activities may result in additional snow compaction and have negative influences on lynx habitat due to increases in snow compaction. Effects to lynx and lynx habitat from use of compacted snow routes are discussed below under competition and predation.

**Energy Development:** Under the Preferred Alternative, the most common of forms of energy development include oil and gas leasing and development. The SJNF is not a priority area for other energy development such as wind or solar energy. Under the Preferred Alternative, approximately 1,279,811 acres of NFS lands are available for oil and gas leasing. Designated wilderness areas and the Piedra Area are areas withdrawn from leasing by law. Additionally, approximately 73,636 acres are recommended for wilderness and WSR designation, and are administratively not available for lease.

The Preferred Alternative incorporates a number of lease stipulations that guide how potential development could occur across leased areas. Some land designations, which include lynx habitat, are withdrawn from leasing or are not available for leasing and would not be impacted by leasable minerals development. This would include areas with wilderness designation and those such as the Piedra Area. On lands available for leasing, lease stipulations are applied to protect various resources (soils, watersheds, terrestrial and aquatic wildlife and habitat, cultural resources, etc.) from adverse impacts from development activities. There is no NSO stipulation specific for lynx. However, roadless areas do have an NSO stipulation applied, and this would also apply to lynx habitat where it lies within roadless areas or any other areas where NSO is applied for any reason. For lands outside roadless areas, a full range of leasing stipulations are assigned including NSO, TL, CSU, and standard lease terms to protect various resources. All lynx habitat available for leasing is covered by NSO, CSU, TL, or standard lease terms. Standard lease terms apply to all lands available for leasing.

NSO, for any resource reason, prevent surface development on lynx habitat where if overlays that habitat. CSU and TL vary in requirements depending on their purpose. Therefore, the SJNF only inventories acreage specific to lynx CSU and TL within lynx habitat for the numbers reported below.

Of the total area available for lease, approximately 435,924 acres are present in lynx habitat. The different types of leasing stipulations are not mutually exclusive on any one piece of land and may, in fact, overlap on top of each other.

Of the total acreage in lynx habitat, an NSO stipulation has been applied across approximately 345,517 acres or 79% of the habitat. A CSU stipulation has been applied across all of the habitat and a TL stipulation has been applied across approximately 172,453 acres or 37% of the habitat. And finally, standard lease terms apply across approximately 16,241 acres or 3% of the habitat.

Under the Preferred Alternative, areas with high potential for prospective oil and gas development include the GSGP area, the Northern San Juan Basin, the San Juan Sag, and the Paradox Basin. The Paradox Basin and the San Juan Sag are development areas that contain lynx habitat.

Approximately 6,468 acres of lynx habitat are present in the GSGP area. Of the total habitat present in the GSGP area, approximately 6,026 acres are available for lease, of which 1,443 acres (24%) include an NSO stipulation, 4,458 acres (74%) include a CSU stipulation, 158 acres (3%) include a TL stipulation, and standard lease terms apply across 1,259 acres (21%).

Approximately 74,666 acres of lynx habitat are present in the San Juan Sag area. Of the total habitat present in San Juan Sag area, approximately 63,219 acres are available for lease, of which 54,580 acres (86%) include an NSO stipulation, 52,393 acres (83%) include a CSU stipulation, 11,537 acres (18%) include a TL stipulation, and standard lease terms apply across 368 acres (1%).

The leasing of areas with potential for mineral and energy development, and development of the areas, may result in impacts to lynx such as direct habitat loss and potential for increased disturbance from dispersed recreation activity. The increase in dispersed recreation activity may result in additional snow compaction and competition with competitors (coyotes [*Canis latrans*], foxes, mountain lion [*Puma concolor*], etc.). The Preferred Alternative incorporates objectives and guidelines from the SRLA that specifically address minerals and energy projects or actions to minimize the potential impacts to lynx and lynx habitat. Objective HU O5 refers to managing human activities such as mineral and oil and gas exploration and development to reduce impacts on lynx and lynx habitat. Guideline HU G4 encourages remote monitoring of sites and facilities to reduce snow compaction, and G5 addresses reducing impact to lynx habitat through reclamation of closed sites and facilities. G12 addresses limiting winter access for mineral and energy exploration and development by limiting access to designated routes or designated over-snow routes. With application of the SRLA objectives and guidelines, and lease stipulations listed in the Conservation Measures section, potential effects to lynx from mineral and energy developments are expected to be minimized.

**Livestock Management:** The Preferred Alternative designates where livestock grazing would occur on suitable lands across the SJNF. Suitable lands are lands that have been determined to have adequate productivity for domestic livestock, while meeting forage needs for wildlife. Areas suitable for cattle and horse grazing exist on approximately 666,160 acres. Areas suitable for domestic sheep and goat grazing exist on approximately 76,921 acres. Of the areas suitable for cattle and horse grazing, approximately 346,472 acres contain lynx habitat of which approximately 266,304 acres are within active or vacant allotments. Of the areas suitable for domestic sheep and goat grazing, approximately 434,088 acres are in lynx habitat, of which approximately 311,412 acres are in active or vacant allotments.

Livestock grazing occasionally occurs in some lynx habitat; however, most grazing occurs in non-preferable areas such as open grassland and shrublands. Livestock grazing that occurs within lynx habitat has the potential to influence cover components utilized by snowshoe hare or influence food supplies such as the regeneration of aspen. The development of range improvements (fencing, stock ponds, spring developments, etc.) may also result in minimal habitat loss and minimal disturbance to individuals should they occur in the area. The Preferred Alternative incorporates one objective (GRAZ 01) and several guidelines (GRAZ G1, G2, G3, and G4) in the SRLA. With application of the SRLA objectives and guidelines, potential effects to lynx form livestock grazing are expected to be minimal.

## Management Actions Affecting Lynx Mortality

**Trapping:** Lynx appear to be vulnerable to trapping and as a result may have been over exploited in the past. Road access may increase the vulnerability of lynx to trappers. At low population levels or in situations where reproduction or recruitment are low, trapping mortality can be additive and lead to population declines. Incidental trapping may occur where regulated trapping is permitted for other species (such as coyote and fox) whose range overlaps with that of the lynx.

Regulations on trapping are not within the jurisdiction of the USFS. Trapping is regulated by CPW. There is no trapping season for lynx in Colorado. It is possible that lynx could be incidentally trapped during trapping seasons for other species. Trapping with leghold traps for all species is illegal in Colorado. The final rule for listing indicates trapping does not currently appear to be a significant mortality factor in the SRMGA. The Preferred Alternative does not specifically address trapping activities on the SJNF. Trapping would continue to be regulated by CPW.

**Competition and Predation:** Buskirk et al. (in Ruggiero et al. 2000a) described the two major competition impacts to lynx as exploitation (competition for food) and interference (avoidance).

It is hypothesized that coyotes, bobcats (*Lynx rufus*), and mountain lions could be competitors with lynx.

Where historically the ranges of these species overlapped with lynx, deep snow excluded them from winter habitats for the lynx. Lynx have evolved a competitive advantage in deep soft snow environments that tend to exclude other predators during the middle of winter, a time when prey is most limiting.

Widespread human activity (snowshoeing, cross-country skiing, snowmobiling, snow cats, etc.) may lead to patterns of snow compaction that make it possible for competing predators such as coyotes and bobcats to occupy lynx habitat throughout the winter, reducing its value to and even possibly excluding lynx (Ruediger et al. 2000; Ruggiero et al. 2000a). The lynx and coyote seem to hunt under different snow conditions with coyotes using shallower and more compacted snow while lynx tend to use deeper snow areas. Coyotes have greatly expanded their range, and the use of packed snow trails and plowed roads may allow them to occupy winter habitats of lynx in some cases.

Plowed roads and snow compaction of roads and trails associated with a variety of forest management and recreational activities may also increase the potential for competitors to move into lynx habitat. The SRLA provides management recommendation to minimize the impacts from snow compaction to lynx and lynx habitat. Future projects and activities implemented under the LRMP would incorporate guidelines in the SRLA, notably HU G10, which addresses the non-expansion (outside baseline areas of consistent snow compaction) of designated over-snow routes or designated play areas, unless designation serves to consolidate use and improve lynx habitat. With application of the SRLA guidelines, potential effects to lynx resulting from snow compaction activities are expected to be reduced.

**Predator Control:** Predator control activities occur on the SJNF to protect livestock from predation. Predator control activities are conducted by the U.S. Department of Agriculture Animal and Plant Health Inspection Service, Wildlife Services. These activities are directed at specific animals or target species. Predator control activities that affect lynx or lynx habitat on NFS lands must be done in compliance with the ESA. These activities are subject to their own separate Section 7 consultation process and must be done in compliance with the LRMP. Predator control activities can occur in lynx habitat, but more often take place outside lynx habitat and at lower elevations.

Under the Preferred Alternative, predator control would be managed in cooperation with CPW, USFWS, Animal and Plant Health Inspection Service, and other appropriate agencies and cooperators in order to reduce damage to other resources (and to direct control toward removing only the offending animal). Preventive methods of denning, aerial gunning, and poisons of any kind towards predators would not be allowed on NFS lands within the planning area under any circumstances. Under these requirements, the risks of any adverse effects to lynx from predator control activities are expected to be low.

## Management Actions Affecting Lynx Movement

Ruggiero et al. (2000b) indicates that we know little about the degree of connectivity or its role in the viability of lynx, but assumes that connectivity plays an important role. Protecting, maintaining, and improving lynx habitat afforded by the various conservation measures contribute to the conservation of lynx and population viability. Maintaining habitats to provide for dispersal movements and interchange among individuals and subpopulations may be the most important provision for maintenance of population viability contained in the LCAS. An interconnected ecosystem can be essential to maintain the ability of subpopulations to expand and colonize new habitats, recolonize areas where subpopulations have been locally extirpated, provide population support to declining populations, allow individuals to find mates among neighboring subpopulations, and affect dispersal and genetic interchanges (Noss and Cooperrider 1994).

The negative effects of highways on rare carnivores include habitat fragmentation, direct mortalities, direct loss of habitat, displacement due to noise and human activity, and secondary loss of habitat due to associated urban sprawl. When traffic volume increases, there is an evolution of highways from gravel roads to paved two-lane roads, and from two-lane highways to more problematic four-lane highways, and the interstate highways, which have the most adverse effects to wildlife movements. The result of this progression of upgrades in the transportation system is the mortality of individuals attempting to cross the highway and potential subpopulation isolation, both of which result in a slow decline in the population and ultimately can affect viability for some of the low density carnivores such as lynx and wolverine (Ruediger et al. 2000a). Critical points in development of highways occur when gravel forest or backcountry roads are paved, which results in higher speeds, higher traffic volumes, and increased human developments.

Habitat for lynx across the SJNF and SRMGA is naturally fragmented. The Preferred Alternative incorporates SRLA objectives, standards, and guidelines to maintain habitat connectivity across the SJNF. The application of SRLA objectives, standards, and guidelines would lessen adverse impacts to habitat from management actions across lynx habitat, and especially in identified linkage areas.

## Conservation Measures

The Preferred Alternative would adhere to standards and Guidelines in the SRLA.

## Minerals and Energy Lease Stipulations

The following lease stipulations would be applied to minerals and energy leases where lynx habitat is present.

### *Controlled Surface Use - Lynx, Landscape Linkage, Denning and Winter Foraging Habitat*

***Surface occupancy or use is subject to the following special operating constraints:*** Limitations on surface use and/or operational activities may be required. TL (especially during winter and/or in lynx habitat) and restrictions on snow compaction activities may be applied in consultation with the USFWS as necessary to protect habitat and linkage area function and limit access by potential lynx competitors. Actions would be consistent with direction found in the LCAS, best available science as determined by the managing agencies and the USFWS, and/or the SRLA, each where applicable.

***On the lands described below:***

- Within identified current active denning locations
- Within identified landscape linkage areas
- Within identified lynx habitat in an LAU

***For the purpose of:*** Protection of lynx and lynx habitat in compliance with the ESA.

***Justification:*** The Canada lynx is a threatened species, with suitable habitat within portions of the SJNF. CSU would apply in these habitat areas to protect the habitat and the species.

***Exceptions**:* The Authorized Officer in consultation with the USFWS may grant an exception to this stipulation if an environmental analysis and subsequent consultation indicates that the proposed or conditioned activities would not affect current and subsequent, suitability or utility of established lynx linkage corridors or lynx habitat within the LAU.

***Modifications:*** The Authorized Officer, in consultation with USFWS, may modify the size of the stipulation area or time frames if an environmental analysis indicates that a portion of the area is nonessential to function and utility of established lynx linkage corridors and lynx habitat, and not impair the utility of the corridors and LAU for current or subsequent lynx use or occupation.

***Waivers:*** A waiver of this stipulation may be granted by the Authorized Officer in consultation with the USFWS, only through a land use plan amendment if site conditions have changed sufficient to preclude current and subsequent lynx occupation of the LAU or use of linkage corridors.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or Forest Service Manual [FSM] 1950 and 2820.)

### *Timing Limitation - Lynx Denning Sites*

***No surface use is allowed during the following time period:*** March 1–August 30 (this stipulation applies to all lease activities).

***No surface use is allowed during the following time period on the lands described below***: Within 1 mile of known, active, den sites.

***For the purpose of***: Protection of denning habitat for Canada lynx in compliance with the ESA.

***Justification***: The Canada lynx is a threatened species, with suitable habitat within portions of the SJNF. A TL would apply in these habitat areas to protect the habitat and the species.

***Exceptions***: An exception can be granted if an environmental analysis of the Proposed Action and subsequent consultation indicates that the nature or conduct of the activity could be conditioned so as not to impair the utility of habitat for current or subsequent reproductive activity or occupation.

***Modifications***: The Authorized Officer, in consultation with USFWS, may modify the size of the stipulation area or time frames if an environmental analysis shows that the modification would not impair the utility of the habitat and LAU for current or subsequent lynx reproductive activity or occupation.

***Waivers***: A waiver of this stipulation may be granted by the Authorized Officer in consultation with USFWS only through a land use plan amendment.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

## Cumulative Effects

The cumulative influences of numerous past, present, and future activities that may occur on various land ownerships within the southern Rocky Mountains could affect lynx and contribute positively or negatively toward its recovery in the state of Colorado. Land management activities that occur on the SJNF would be particularly important to the conservation of lynx because the majority of suitable habitat occurs in high-elevation forests on USFS lands. Some activities, features, or trends that occur on other land ownerships would also affect lynx within the greater southern Rocky Mountains. These include highways, commercial and residential development, expansion of recreational activities, and other uses that are closely tied to human population growth. While all of these cumulative actions/activities may negatively affect lynx and lynx habitat, the SJNF would continue to meet the goals and objectives of the LCAS and

SRLA and provide vast amounts of suitable habitat for lynx. This is expected to result in the persistence of the species on the SJNF.

## Determination

The Preferred Alternative **“may affect and is likely to adversely affect”** Canada lynx and lynx habitat. The primary reason for an adverse effect determination is due to direct and indirect effects associated with vegetation management across the SJNF. Under the Preferred Alternative, 23,307 acres of lynx habitat within the WUI would be exempt from standards VEG S1, S2, S5 and S6 for fuels treatments. Some or all of these acres would be treated in various ways that are incompatible with lynx habitat needs. Additionally, approximately 11,654 acres of lynx habitat can be treated under exceptions 1–4 in VEG S5 and exceptions 1–3 in VEG S6. Additional direct and indirect effects associated with the Preferred Alternative include habitat loss from recreational activities (development of facilities such as campgrounds, day use areas, trailhead parking areas, etc.), minerals and energy developments, and livestock grazing management. The activities may also result in disturbance impacts to lynx, which are expected to be limited in scale and duration. The Preferred Alternative also has potential to increase snow compaction, increasing the potential for competition with other predators for food resources and predation from competitors. The planning components in the LRMP include desired conditions, objectives, and design criteria that would continue to meet or exceed management considerations and recovery objectives associated with the lynx. The application of SRLA standards and guidelines is expected to reduce adverse effects to lynx, thereby maintaining the long-term persistence of the species across the SJNF.

# *Uncompahgre Fritillary Butterfly (Boloria acrocnema)*

## Background

The Uncompahgre fritillary butterfly was discovered in 1978 and described as a new species in 1980. This butterfly has the smallest range of any North American butterfly and is restricted to a small geographical area in the San Juan Mountains and southern Sawatch Range in southwest Colorado. The Uncompahgre fritillary butterfly is endemic to high elevation (>12,500 feet) alpine peaks of Colorado’s San Juan Mountains. It was listed as endangered under the ESA in 1991 due to population declines observed in the 1980s (USFWS 1994). Over collection is considered the greatest human-caused threat to the species persistence.

The Uncompahgre fritillary butterfly is dependent on snow willow (*Salix reticulate nivalis*) for food and shelter, and even adult butterflies are rarely found far from patches of snow willow (USFWS 1994). The Uncompahgre fritillary butterfly has a biennial life cycle, with two overlapping populations representing even and odd years present at each occupied site (USFWS 1994). Eggs laid in year one become caterpillars, then become adults in year two. Adult butterflies fly for only about 3 weeks, usually beginning in early to mid-July (Dr. Kevin Alexander, Western State Colorado University, personal communication). Adult butterflies feed on nectar from a wide variety of alpine flowers. Females lay their eggs on snow willow plants or in litter within snow willow patches, which shelters the caterpillars and provides them with their sole source of food.

Various concerns regarding the butterfly’s continued persistence have been presented including extensive adult butterfly collection, possibility of disruption of larval microhabitat by livestock grazing, and prolonged local drought conditions (USFWS 1994). Trampling damage by livestock has been identified by the Recovery Team as a minor potential threat to Uncompahgre fritillary butterfly larvae.

Critical habitat has not been designated for this species. The SJNF continues to be part of the recovery team effort and would refine baseline habitat conditions for the Uncompahgre fritillary butterfly as the information warrants.

## Status and Distribution

Since 1983, the number of known Uncompahgre fritillary butterfly colonies has increased as more extensive surveys have been initiated. Currently, the species is known or suspected to occur at 11

colony sites, all of which contain various numbers of population clusters (Alexander and Keck 2011). After at least 10 years of intensive inventory, all probable locations for finding additional Uncompahgre fritillary butterfly colonies are nearly exhausted. There are no additional priority sites to survey on the SJNF that may possibly support the species.

Currently, there are enough known colonies of sufficient size to down list the Uncompahgre fritillary butterfly. However, the down listing criteria calls for 10 stable colonies for a period of 10 years, and not enough colonies have been known for that long. There is also a need for more long-term monitoring data to determine population changes over time. Enough quantitative population information has been collected over the years to start statistical analysis to establish population trend information at the end of the 2011 field season. Continued monitoring and confidentiality of the colony locations are the primary conservation measures that would be pursued to aid in the recovery of this species.

The Uncompahgre fritillary butterfly was not known to occur on the SJNF until 2004 when two of six habitat patches of one colony on adjacent NFS land were identified as occurring east of the Continental Divide. These two patches contain approximately 10 acres of snow willow and have been identified as Patch H and Patch G in the annual Uncompahgre fritillary butterfly monitoring reports (Ellingson 1998). There are no habitat threats identified for this colony due to its remoteness, and the habitat patches are suspected to be stable because of annual presence. The existing data indicate that the population is persistent and that the colony currently remains one of the most extensive of the known populations (Ellingson 2003).

### *Habitat for Uncompahgre Fritillary Butterfly across Its Geographic Range*

The primary habitat for the Uncompahgre fritillary butterfly consists of suitable snow willow patches that are located above 12,000 feet at north through east aspects. In general, these habitats involve very high maximum elevations (often above 13,500 feet), extensive contiguous areas of suitable elevation and aspect, and rolling or terraced terrain. Snow willow serves as the host plant for the eggs and larvae of the Uncompahgre fritillary butterfly, and suitable snow willow sites appear to be restricted to topographic features that occur rarely. They often involve glacial cirque, and are remote and inaccessible. These patches are usually situated below snow fields lasting late into the summer, which provides a source of melt water for snow willow plants during the brief summer growing season.

### *Habitat on the San Juan National Forest*

Initial efforts on the SJNF identified and surveyed approximately 3,200 acres of potential Uncompahgre fritillary butterfly habitat without discovering any colonies or high-potential habitat (Ellingson 2001). Rather, the surveys indicated that characteristics of snow willow on the SJNF differ from those in the remainder of the species range and, where patches do occur, they are rarely extensive enough to support the Uncompahgre fritillary butterfly. The reasons for this are unclear, but may be related to soil and moisture factors.

Existing Uncompahgre fritillary butterfly habitat is located in the Weminuche wilderness. Existing management activities in the area include livestock grazing and recreation management. Occupied habitat is located in a small section of the Pine River Domestic Sheep and Goat Grazing Allotment. Grazing in the portion of the Pine River Allotment where the Uncompahgre fritillary butterfly colony is located began in the very early 1900s and continued annually through 1980. The Pine River Allotment was last grazed by domestic sheep in 1980. The permitted grazing season was mostly from July 1 through September 15 each year. The area where the Uncompahgre fritillary butterfly colony is located was permitted for 2,000 head of sheep until 1947. Beginning in 1948, the permitted numbers were reduced to 850 through 1950, then increased to 1,050 head in 1951, where it remained until 1978. In 1978, this area was combined with two other areas to form the current Pine River Allotment. The combined Pine River Allotment was permitted for 850 head, but grazing actually occurred for only three more seasons, being last grazed in 1980. There is ongoing NEPA analysis (Weminuche Sheep Grazing Analysis) that proposes to close the Pine River Allotment to all livestock grazing. Currently, there are no impacts to the Uncompahgre fritillary butterfly colony from grazing as the area has not been grazed since 1980.

Recreation activities (day hiking and backpacking) occur in the vicinity of the Uncompahgre fritillary butterfly colony. The activities are mostly incidental, and to date no adverse impacts to the colony have been documented.

There are four small areas in the Rock Creek Domestic Sheep and Goat Grazing Allotment located in the Weminuche wilderness, totaling 233 acres, that appear to have suitable Uncompahgre fritillary butterfly habitat attributes and the potential for butterfly occurrence appears to be high. Dr. Kevin Alexander, the lead USFWS interagency species recovery team butterfly researcher, has visited the area and believes there is high potential for Uncompahgre fritillary butterfly occurrence. However, the area has not been surveyed during the primary Uncompahgre fritillary butterfly survey season to adequately determine the status of butterfly occurrence. For this reason, until the area can be adequately surveyed, the area would be presumed to be occupied by Uncompahgre fritillary butterfly and domestic sheep would be managed to avoid and not impact habitat. The Rock Creek Allotment is proposed for forage reserve status under the Preferred Alternative of the ongoing Weminuche Sheep Grazing Analysis.

Domestic sheep grazing in the Rock Creek Allotment began in the very early 1900s and continued annually through 1970. The Rock Creek Allotment has not been grazed by sheep since 1971. Early on, the Rock Creek Allotment was combined with the Leviathan Allotment, and the combined allotment was permitted for 1,300 head of sheep from 1928 through 1930. In 1931 the permitted number on the combined allotment was increased to 1,500 head. In 1932, the Rock Creek Allotment was separated from the Leviathan Allotment, and the number permitted on Rock Creek was reduced to 600 head. In 1947, the Rock Creek Allotment was combined with the adjacent Vallecito Allotment and the combined allotment was permitted for a total of 850 head (reduced from a previous combined total of 1,800 head across both allotments). The permitted number for the combined Rock Creek Allotment remained at 850 head until grazing ended in 1970.

As part of the ongoing NEPA analysis, a polygon was delineated with assistance from the USFWS that includes the four small potential Uncompahgre fritillary butterfly areas, within which domestic sheep grazing activities would be restricted. This restricted area polygon was designed to have boundaries that can be readily identified on the ground by sheep herders managing the domestic sheep flocks. This polygon is 676 acres in size. The grazing permittee is responsible for ensuring their herders manage the movement, activities, and presence of sheep around this restricted area polygon to ensure that grazing sheep do not enter the area or degrade butterfly key habitat attributes.

Salting, bedding, and intentional grazing of sheep would not be permitted in this restricted area polygon. Trailing through the polygon would not be necessary because of its location along a very steep and rugged margin of the forage reserve allotment that is not needed to be crossed to move sheep within the allotment or move sheep to or from other allotments.

There are no system trails leading into the area around the polygon but the area receives regular dispersed recreation by backpackers and climbers on user-created trails. Peaks around the polygon are popular with climbers, and the basin adjacent to the polygon provides a well-used route to and from the climbing areas.

## Direct and Indirect Effects

There are few management actions associated with the LRMP that may affect the Uncompahgre fritillary butterfly or its habitat because the species is restricted to higher-elevation alpine habitats that are often inaccessible. Most of the potential habitat is also protected as designated wilderness. The one known colony with habitat patches on the SJNF is considered secure and stable. There are no habitat threats identified for this colony due to its remoteness, and the habitat patches are suspected to be stable because of presence from long-term monitoring. The existing data indicate that the population is persistent and that the colony currently remains one of the most extensive of the known populations (Ellingson 2003).

As mentioned previously, the ongoing Weminuche Sheep Grazing Analysis proposes to close the Pine River Allotment to all livestock grazing. Currently, there are no impacts to the Uncompahgre fritillary

butterfly colony in the Pine River Allotment from grazing as the area has not been grazed since 1980. As part of the Weminuche Sheep Grazing Analysis, a restricted area has been identified in Uncompahgre fritillary butterfly habitat in the Rock Creek Allotment that would ensure domestic sheep do not enter the area or degrade key butterfly habitat attributes. As noted previously, various forms of recreational use occur in the vicinity of the current Uncompahgre fritillary butterfly colony and in the areas presumed to be occupied by Uncompahgre fritillary butterfly in the Rock Creek Allotment. There have been no impacts to Uncompahgre fritillary butterfly habitat reported from recreational activities.

Most of the potential habitat on the SJNF is considered poor quality and occurrence is unlikely. Within some of these locations, however, it is possible that recreational activities and/or livestock grazing might influence habitat or individuals if occurrence is eventually documented. Where access to habitat areas exists, the risk of illegal collection may also increase if the species is found there in the future.

In summary, management activities implemented under the Preferred Alternative are not expected to have any adverse direct or indirect effects to occupied Uncompahgre fritillary butterfly habitat in the Pine River Domestic Sheep Grazing Allotment or habitat patches presumed to be occupied in the Rock Creek Domestic Sheep Grazing Allotment. The LRMP standards and guidelines adopt the Uncompahgre Fritillary Butterfly Recovery Plan (USFWS 1994) and the interagency agreement to conserve the species. The SJNF would continue to participate in and adopt the relevant findings from the annual field report, the interagency recovery team, and new direction as agreed to in consultation with the USFWS to further management and conservation of the species. Butterfly surveys would be conducted before proposed actions are implemented in suitable habitat, and actions that would negatively impact known habitat or populations would be avoided. In areas of occupied habitat, regulations that prohibit collecting would be implemented and enforced by the agencies.

## Conservation Measures

In addition to adopting the conservation measures identified in the Uncompahgre Fritillary Butterfly Recovery Plan, the LRMP revision has the following standard that further protects Uncompahgre fritillary butterfly habitat and populations

### *Standard*

**Butterflies:** Management actions that could adversely impact reproductive habitat for occupied BLM and USFS sensitive butterfly species must be designed to sustain host plant species.

## Cumulative Effects

The Uncompahgre fritillary butterfly has been recorded only above 12,500 feet in elevation. There are few activities on federal lands that are expected to influence the existing known population or potential habitat for the species. The only private lands that occur at that elevation within the boundary of the SJNF are mining claims, most of which are no longer active. Although unlikely, there is a potential that some high-elevation private lands could continue to influence potential habitat for the Uncompahgre fritillary butterfly. However, the vast majority of potential habitat occurs on public lands and is expected to remain secure from potential impacts. No other actions on private or state lands have been identified that would affect the potential habitat for this species.

## Determination

Actions associated with the Preferred Alternative are expected to have minimal influences on the Uncompahgre fritillary butterfly and its habitat. The planning components in the LRMP include desired conditions, objectives, and design criteria, including mitigation, and conservation measures that would continue to meet or exceed management considerations and recovery objectives associated with the Uncompahgre Fritillary Butterfly Recovery Plan. With implementation of the recovery plan, direction in the LRMP, and direction as agreed to in consultation with the USFWS, the Preferred Alternative **may affect, but is not likely to adversely affect** Uncompahgre fritillary butterfly and its habitat. Separate site- and project-specific NEPA analysis would occur if any activities are proposed in or near potential Uncompahgre fritillary butterfly habitat.

## Southwestern Willow Flycatcher (*Empidonax traillii extimus*)

### Background

The southwestern willow flycatcher is one of four or five recognized subspecies of the willow flycatcher (Sedgwick 2001). It is a neotropical migratory bird that breeds in the southwestern United States. In the late summer or early fall it migrates south into Mexico and Central America. Historically it was found in southern California, Arizona, New Mexico, west Texas, southwest Colorado, south Utah, extreme southern Nevada, and extreme northwestern Mexico (Unitt 1987).

In March 1995, the southwestern willow flycatcher was listed as a federally endangered species by the USFWS. The USFWS recently revised its 2005 designation of critical habitat for the species, identifying 1,227 stream miles within the 100-year floodplain of waters in California, Arizona, Nevada, Utah, Colorado, and New Mexico, encompassing a total area of approximately 208,973 acres (USFWS 2013e). During this designation, there was no critical habitat identified on the SJNF.

Southwestern willow flycatchers are considered to be a riparian-obligate species nesting in riparian willows (*Salix* sp.), buttonbush (*Cephalanthus occidentalis*), box alder (*Acer negundo*), saltcedar (*Tamarix* sp.), and other riparian associated species. There is currently no upper elevation limits described for the species. Habitat may consist of riparian willows or other suitable vegetation at least 5 feet high and as small as 30 × 30 feet in area. This small area may be composed of subsequent smaller patches in close proximity.

The southwestern willow flycatcher is an insectivore, foraging within and above dense riparian vegetation, feeding on insects on the wing or gleaning them from within the vegetation (USFWS 2002a). Parasitism by brown-headed cowbirds (*Molothrus ater*) is a serious problem. These birds lay their eggs inside the willow flycatcher's nest and remove some of the flycatcher's eggs. In addition, the loss of riparian vegetation and the replacement of native vegetation with exotic species are occurring within the range of the willow flycatcher. Low numbers of nesting pairs within their range may affect population viability (USFWS 2002a). The nesting season which begins in late May and early June and fledging from late June through mid-August (USFWS 2002a), is the most critical time to prevent nest parasitism or nest predation from occurring

The final rule determining endangered status for the southwestern willow flycatcher listed a variety of threats to the species. The primary threats include the following:

1. Large-scale loss of riparian wetlands, particularly cottonwood (*Populus* sp.)/willow, and changes in riparian plant communities resulting in the reduction, degradation, and elimination of nesting habitat. These losses and changes can result from:
    a) Water diversion, impoundment, and channelization,
    b) OHV and other recreational uses,
    c) Impacts from livestock grazing, which affects plant community structure, species composition, and relative abundance of species and plant density,
    d) Invasion by the exotic saltcedar,
    e) Logging in the upper reaches of southwestern rivers, which could increase the likelihood of damaging floods in southwestern willow flycatcher nesting habitat.
2. Predation, which may be increasing with habitat fragmentation.
3. Brood parasitism by brown-headed cowbirds.
4. Direct mortality from livestock grazing in and near occupied habitat. Livestock in riparian habitats sometimes make physical contact with nests or supporting branches, resulting in destruction of nests and spillage of eggs or nestlings.
5. Pesticides in agricultural areas, and recreation, particularly during the warm summer months, may constitute potential threats.

### Status and Distribution on the San Juan National Forest

The current survey information suggests that southwestern willow flycatchers are localized and uncommon in southwest Colorado. Despite extensive surveys and suspected suitable habitat in some

locations, there are no confirmed breeding populations on the SJNF. The total population of southwestern willow flycatcher consists of one site on the Weminuche Devil Grazing Allotment that has been occupied intermittently for at least 10 years by zero to four singing males (USFS 2005b). The population at this site is too small to detect a long-term trend, but the pattern of occupancy indicates occurrence of individual flycatchers has persisted over the past 10+ years and therefore continued survey and monitoring efforts are warranted. Direction concerning maintenance of habitat for this site results from that found in the species' recovery plan and that developed in consultation with the USFWS. This direction is adopted by the plan as other referenced guidance within the LRMP's terrestrial wildlife section. If occupation or nesting is observed elsewhere on the SJNF, consultation with the USFWS would be initiated. There have been no reports of southwestern willow flycatchers elsewhere across the across the SJNF.

Increasing trends in southwestern willow flycatcher populations across the species range and limited suitable riparian habitat on the SJNF suggest that habitat is available if the subspecies eventually begins nesting on the SJNF. The current information suggests that the SJNF does not measurably contribute to the recovery or overall viability of the southwestern willow flycatcher. The possibility of future individual breeding pairs, however, cannot be discounted as the recovery of the subspecies expands. Continued monitoring of potential and occupied habitats would continue to utilize the USFWS protocol. Maintenance of occupied habitats, if and when identified, would occur to aid in the recovery of this species.

### *Habitat for Southwestern Willow Flycatcher across Its Geographic Range*

The southwestern willow flycatcher breeds in dense riparian habitats in all or parts of seven southwestern states, from sea level in California to over 8,500 feet in Arizona and southwest Colorado (Finch and Stoleson 2000). The species breeds only in dense riparian vegetation near surface water or saturated soil (Finch and Stoleson 2000). Other habitat characteristics such as dominant plant species, size, and shape of habitat patch, canopy structure, vegetation height, etc., vary widely among sites. In Colorado, willow or other riparian habitat must be on average at least 5 feet high to be suitable for southwestern willow flycatcher (USFWS 2003, 2011b). Below 8,500 feet, habitat patches as small as 0.25 acre (30 feet wide by 30 feet long by average 5 feet high) could support a flycatcher territory. Above 8,500 feet, however, a minimum patch size of 5 acres or greater is considered necessary to support breeding territories in Colorado (USFWS 2011b). These minimum territory sizes may be made up of two or more closely associated smaller patches of habitat. Slow moving or standing surface water, or subsurface water, is nearly always found near breeding territories, but habitat occupancy cannot be ruled out if habitat of sufficient width exists near flowing streams.

### *Habitat on the San Juan National Forest*

A habitat model was developed to identify suitable southwestern willow flycatcher habitat across the SJNF. The model was developed in cooperation with the USFWS and contains many of the characteristics and criteria described above. The habitat model has identified 846 acres of suitable southwestern willow flycatcher habitat. Most of the suitable habitat consists of patches that are less than 5 acres in size. Existing habitat across the SJNF occurs in elevations up to approximately 10,500 feet. Current management actions occurring in habitat include domestic livestock grazing (mostly cattle), recreational use (developed and dispersed recreation), and to a lesser extent other management actions such as prescribed fire, watershed restoration, timber management, minerals and energy development, and lands and special uses management. Presently, the primary activity with potential to affect southwestern willow flycatcher consists of livestock grazing in suitable and occupied habitat. Livestock grazing in suitable and occupied habitat occurs under criteria developed in conjunction with the USFWS for the Williams Reservoir site. If occupation or nesting is identified elsewhere on the unit consultation would be initiated. Potential effects associated with other management actions mentioned previously are largely mitigated through the use of timing restrictions or avoidance of habitat.

## Direct and Indirect Effects

Risk factors associated with the southwestern willow flycatcher under the Preferred Alternative are similar to those described elsewhere throughout the species' range and primarily related to activities that may

occur within or influence willow-riparian systems. These include activities that might occur directly within suitable habitat, such as livestock grazing, recreation, minerals and energy development, vegetation management, or activities that may occur off-site but indirectly influence the health of riparian systems. Examples of the latter category include roads, OHV use, and numerous other activities.

These risk factors can influence the amount and distribution of riparian vegetation that may provide breeding habitat for the southwestern willow flycatcher (Marshall and Stoleson 2000; Tibbetts et al. 1994). Activities that occur within or near southwestern willow flycatcher habitat are of concern because they may increase the potential for injury or mortality, loss and degradation of habitats, nest parasitism, and disturbance resulting from human activity. LRMP direction is expected to minimize or eliminate effects to the flycatcher and maintain or improve habitat condition for the species as listed under the conservation measures. Examples of potential risk factors under the Preferred Alternative are as follows.

***Livestock grazing:*** Under the Preferred Alternative, approximately 306 acres of suitable southwestern willow flycatcher habitat exists in active/vacant cattle and horse allotments. Approximately 305 acres of suitable habitat exists in active/vacant domestic sheep and goat grazing allotments. Livestock grazing has potential to affect plant community structure, species composition, and relative abundance of species and plant density. Grazing also has potential to disturb and physically impact nest sites. Grazing management in the occupied pasture at Williams Reservoir was modified in consultation with USFWS. No other occupation is known on the SJNF. With application of livestock grazing conservation measures listed below, adverse effects to southwestern willow flycatcher and habitat for the species area expected to be minimized. Consultation would be initiated if additional occupation or nesting is observed on the SJNF.

**Recreation Management:** Under the Preferred Alternative, a variety of developed and dispersed recreation activities have potential to affect southwestern willow flycatcher habitat. Approximately 3 acres of suitable habitat is associated with developed recreation sites. The potential effects associated include disturbance and limited habitat loss associated with brushing activities to improve site distances and to achieve other vegetation management objectives at the developed recreational sites. The potential for human disturbance and displacement of the species also exists for these sites. There is no known occupation of habitat within the developed recreational sites. Consultation would be initiated if occupation or nesting is observed at these sites.

Dispersed recreation activities (day hiking, fishing along stream corridors, wildlife watching, horseback riding, etc.) also have potential to cause disturbance during the nesting season. Direct impacts to habitat are less likely from dispersed recreation, although some activities such as repeated use, and therefore creation of trails into habitat, could result in minor habitat loss and disturbance. Generally, suitable habitat is not traversed by recreationists due to site characteristics. Recreationists usually take the path of least resistance when on foot or horseback and choose easier routes outside flycatcher habitat. Impact to habitat from these activities is expected to be minimal. Subsequent site-specific, project-level analysis would be conducted during LRMP implementation, with potential impacts to southwestern willow flycatcher and habitat minimized through application of LRMP design criteria and other efforts to minimize adverse effects from developed and dispersed recreation activities. The USFS and USFWS conducted informal consultation with a site visit to the Williams Reservoir occupation site and did not identify any dispersed recreation issues that needed to be addressed for the site. There is strong LRMP direction for maintaining habitat condition in southwestern willow flycatcher habitat as discussed below in Conservation Measures. No known nesting occurs on the SJNF. Consultation would be initiated if additional occupation or nesting is observed on the SJNF.

**Energy Development:** Under the Preferred Alternative, the most common of forms of energy development include oil and gas leasing and development. The SJNF is not a priority area for other energy development such as wind or solar energy. Under the Preferred Alternative, approximately 1,279,811 acres of NFS lands are available for oil and gas leasing. Designated wilderness areas and the Piedra Area are areas withdrawn from leasing by law. Additionally, approximately 67,700 acres are recommended for wilderness and WSR designation, and are administratively not available for lease.

The Preferred Alternative incorporates a number of lease stipulations that guide how potential development could occur across areas leased areas. Lease stipulations are applied to protect various resources (soils, watersheds, terrestrial and aquatic wildlife and habitat, cultural resources, etc.) from adverse impacts from development activities. Roadless areas have an NSO stipulation, and for lands outside roadless areas, a full range of leasing stipulations are assigned including NSO, TL, CSU, and standard lease terms to protect various resources.

Of the total area available for fluid minerals lease, approximately 283 acres are present in southwestern willow flycatcher habitat.

The different types of leasing stipulations are not mutually exclusive on any one piece of land and may, in fact, overlap on top of each other. Of the total acreage in southwestern willow flycatcher habitat, an NSO stipulation has been applied across approximately 242 acres or 86% of the habitat available for lease. A CSU stipulation has been applied across 271 acres or 96% of the habitat, and TL has been applied across approximately 283 acres or 100% of the habitat.

The previous paragraph includes all areas of potential leasing within southwestern willow flycatcher habitat. Most of these acres fall into areas of geological formation that show little to no potential for containing or recovery of fluid minerals. Under the Preferred Alternative, leasable areas with high potential for prospective oil and gas development include the GSGP area, the Northern San Juan Basin, the San Juan Sag, and the Paradox Basin. The San Juan Sag is the only high potential development area that contains habitat for southwestern willow flycatcher. Approximately 29 acres of southwestern willow flycatcher habitat are present in the San Juan Sag area. Of the total habitat present in San Juan Sag area, 25 acres are available for lease. NSO, CSU, and TL stipulations, which overlap here, are applied across all 25 acres.

The leasing of areas with potential for mineral and energy development, and development of the areas, may result in impacts to southwestern willow flycatcher such as direct habitat loss, and potential for increased disturbance from noise, human presence, and other activities. The addition of lease stipulations applied across the vast majority of southwestern willow flycatcher habitat would minimize adverse effects resulting from loss of habitat and disturbance during the breeding season. Site-specific analysis would be conducted for any new developments, with potential impacts to southwestern willow flycatcher and habitat minimized through application of LRMP design criteria and other efforts to minimize adverse effects from mineral and energy developments. This would include direction such as that found within the Watershed Conservation Practices Handbook; for example, Allow no action that will cause long-term change away from desired condition in any riparian or wetland vegetation community. Consider management of stream temperature and large woody debris recruitment when determining desired vegetation community. In degraded systems, progress toward desired condition within the next plan period. (USDA Forest Service 2006)

**OHV Use:** Under the Preferred Alternative, the use of OHVs is restricted to designated motorized routes to be consistent with national direction, which is incorporated into the LRMP as other referenced guidance. Any new designations would be evaluated through site-specific NEPA analysis, and appropriate measures would be taken to either avoid or minimize direct impacts to southwestern willow flycatcher habitat, and potential disturbance. Analysis of the impacts of travel management actions on southwestern willow flycatcher habitat would be further evaluated in a separate but related process—travel management planning. The SJNF is currently in the process of travel management planning in response to new national direction for all NFS lands. During travel management planning, more detailed analysis of roads and trails that would be open, closed, or created would be analyzed. Impacts to southwestern willow flycatcher would be considered, as well as other resources and use patterns in developing these transportation plans. Where appropriate, consultation would be initiated concerning southwestern willow flycatcher as project-level analysis occurs for landscapes.

On NFS lands, motorized travel would be limited to existing designated routes, except where specifically authorized or through a travel management plan decision. Because the SJNF has completed travel management planning on more than half of the lands (as well as closing cross-country travel through a special order), there is less cross-country travel on SJNF lands. Project-level implementation must be

compliant with Section 7 requirements and LRMP direction. The LRMP contains direction to minimize or eliminate effects to habitat and potential disturbance. Project implementation would be required to follow LRMP direction, which includes that found under the species' recovery plan and any additional direction developed in consultation with the USFWS. These are listed under other referenced guidance in the terrestrial wildlife section of the LRMP.

## Conservation Measures

**Land and Resource Management Plan Standards and Guidelines and Other Referenced Guidance:** LRMP Section 2.1 Ecological Framework and the Conservation of Species explains the approach the LRMP takes in providing for species (Appendix J.A). The LRMP contains numerous standards and guidelines that provide for the species and its habitat on the SJNF. These provide for basic ecological components of soils, water, and air, to those more specifically focused on maintaining or improving the riparian habitat characteristics required by the species. This guidance is found under the various resource sections of the LRMP. Most of the relevant direction is found under LRMP sections, including Terrestrial Wildlife, Riparian Area and Wetland Ecosystems, Aquatic Ecosystems and Fisheries, Water Resources, Livestock and Rangeland Management, and Invasive Species. Examples include:

- 2.4.21. Management actions must not cause long-term change away from desired conditions in riparian or wetland vegetation communities.
- 2.4.25. Livestock browsing should not remove more than 25% of the annual leader growth of hydrophytic shrubs and trees.
- 2.4.26. Agency actions should avoid or otherwise mitigate adverse impacts to the abundance and distribution of willows to maintain or improve the ecological integrity of riparian area and wetland ecosystems.
- 2.4.28. Woody riparian vegetation along low-gradient ephemeral and permanent stream channels should be maintained or restored to ensure terrestrial food sources for invertebrates, fish, birds, and mammals, and to minimize water temperature changes.
- 2.5.18a. From April 1 through September 30, an instantaneous minimum flow equal to 40% of the average annual flow; from October 1 through March 31, an instantaneous minimum flow equal to 20% of the average annual flow (Tennant 1972).
- 2.6.30. Activities must not be allowed within aquatic management zones that will cause a long-term change from desired conditions. The protection or improvement of riparian values, water quality, aquatic community, and for long-term stream health in these areas must be emphasized. Aquatic management zones have a minimum horizontal width from the top of each bank of 100 feet or the mean height of the mature late-seral vegetation, whichever is greater.
- 2.7.13. Project-level NEPA analysis and decisions, and the resultant AMPs, must identify key herbaceous and woody plant species and their respective utilization guidelines.
- 2.7.22. Grazing management activities should be modified in, or livestock excluded from, riparian areas that are "nonfunctional" or "functional-at risk" with a downward trend (as rated by the Proper Functioning Condition protocol), where livestock have been determined to be a key causative agent.
- 2.7.23. Trailing of livestock should be avoided along riparian areas to the extent practicable.
- 2.8.11. Invasive species must be managed using integrated weed management principles.
- 2.8.18. For all proposed projects or activities, the risk of invasive aquatic and plant species introduction or spread should be determined and appropriate prevention and mitigation measures implemented.

Where guidance already exists, it is not repeated in the LRMP but is captured as "Other Referenced Guidance" under each resource section of the LRMP. These include guidance such as that found under agency manuals and handbooks, threatened and endangered species recovery plans, and direction resulting from consultation, law, regulation, policy, MOUs, etc. Some of the more applicable guidance to the southwestern willow flycatcher is discussed below. Stipulations concerning development of leasable minerals have been developed for the LRMP and are also discussed below.

**Forest Service Handbook (FSH) 2509.25, Watershed Conservation Practices Handbook:** This handbook contains extensive guidance for NFS lands for maintaining and/or improving the ecological functioning and vegetation potentials within the riparian zone. Some examples of applicable direction include:

- Allow no action that will cause long-term change to a lower stream health class in any stream reach. In degraded systems (that is At-risk or Diminished stream health class), progress toward robust stream health within the next plan period.
- Allow no action that will cause long-term change away from desired condition in any riparian or wetland vegetation community. Consider management of stream temperature and large woody debris recruitment when determining desired vegetation community. In degraded systems, progress toward desired condition within the next plan period.
- Maintain the organic ground cover of each activity area so that pedestals, rills, and surface runoff from the activity area are not increased. The amount of organic ground cover needed will vary by different ecological types and should be commensurate with the potential of the site.
- Restore the organic ground cover of degraded activity areas within the next plan period, using certified local native plants as practicable; avoid persistent or invasive exotic plants.
- Locate new concentrated-use sites outside the water influence zone (WIZ) if practicable and outside riparian areas and wetlands. Armor or reclaim existing sites in the WIZ to prevent detrimental soil and bank erosion.
- Manage livestock use through control of time/timing, intensity, and duration/frequency of use in riparian areas and wetlands to maintain or improve long-term stream health. Exclude livestock from riparian areas and wetlands that are not meeting or moving towards desired condition objectives where monitoring information shows continued livestock grazing would prevent attainment of those objectives.
- Keep stock tanks, salt supplements, and similar features out of the WIZ if practicable and out of riparian areas and wetlands always. Keep stock driveways out of the WIZ except to cross at designated points. Armor water gaps and designated stock crossings where needed and practicable.
- Design grazing systems to limit utilization of woody species. Where woody species have been historically suppressed, or where the plant community is below its desired condition and livestock are a key contributing factor, manage livestock through control of time/timing, intensity, and duration/frequency of use so as to allow for riparian hardwood growth extension and reproduction. Manage woody species in riparian areas to provide for stream temperature, bank stability and riparian habitat.
- Adjust management in riparian areas and wetlands to improve detrimental soil compaction whenever it occurs.

**Southwestern Willow Flycatcher Species Recovery Plan:** A flycatcher habitat “patch” contains relatively contiguous willow/woody riparian vegetation, but open areas within the patch may commonly occur. It is up to the professional judgment of biologists certified by the USFWS in flycatcher survey methods to determine the continuity of habitat and what constitutes a flycatcher habitat patch.

In addition to adopting the conservation measures identified in the Southwestern Willow Flycatcher Recovery Plan, the SJNF has consulted with USFWS to develop more applicable guidance for habitat identification, and inventory and monitoring procedures that better fit the unique nature of flycatcher habitat on the SJNF, below. Habitat for southwestern willow flycatcher on the SJNF is present at elevations exceeding most areas across the species range (USFS 2012). The USFWS responded with a letter concurring with the following discussed habitat definitions, periodicity of site visits, and survey protocol, and would serve as guidance for Section 7 consultation until new information becomes available (USFWS 2012a).

**Habitat Definitions:** A flycatcher habitat patch contains relatively contiguous willow/woody riparian vegetation, but open areas within the patch may commonly occur. It is up to the professional judgment of biologists certified by the USFWS in flycatcher survey methods to determine the continuity of habitat and what constitutes a flycatcher habitat patch.

Suitable flycatcher habitat on the SJNF is defined as a patch that is at least 30 feet in width, on average at least 5 feet in height, has a relatively dense canopy cover (roughly 60% or greater) dominated by willows as well as understory vegetation, and has relatively slow or standing surface water present within the patch during most of the flycatcher breeding season, sufficient to maintain suitable vegetation conditions and insect prey abundance.

Willow patches greater than 0.25 acre in size and at least 30 feet wide and averaging greater than 5 feet in height are considered suitable for flycatcher occupancy. However, in response to USFWS guidance, for habitat above 8,500 feet in elevation, only those willow patches greater than 5 acres in size are required to be surveyed for flycatcher occupancy. Previously, above 8,500 feet, all habitat patches down to 0.25 acre in size required surveys. This change in USFWS guidance recognizes that habitat above 8,500 feet declines substantially in the potential for supporting flycatchers and therefore limited survey and monitoring resources should be focused on the largest patches of habitat that have the greatest potential for flycatcher occupancy. However, if flycatchers were located in a habitat patch less than 5 acres in size, full habitat protection and flycatcher monitoring requirements would be applied to that site.

**Periodicity of Site Visits:** Above 8,500 feet, only patches of suitable flycatcher habitat greater than 5 acres in size require protocol surveys prior to project implementation, compared to the previous requirement to survey all patches greater than 0.25 acre in size. Additionally, above 8,500 feet, only 1 year's worth of protocol survey effort is required in suitable flycatcher habitat, compared to the previous 2-year survey requirement.

Below 8,500 feet, patches greater than 0.25 acre in size require surveys prior to project implementation, and only 1 year's worth of protocol survey effort is required.

New proposed project actions, including renewal of term grazing permits, require surveys of suitable flycatcher habitat. A determination about whether surveys are needed should be based on the patch size and elevation criteria described above. Flycatcher surveys should be completed prior to, but not more than 1 year before, signing the NEPA decision or term permit renewal. If surveys cannot be completed prior to signing the decision, the decision document should include provisions for completing surveys before project implementation begins and include mitigation/conservation measures that would be implemented if flycatchers were detected during those surveys.

Within active livestock allotments, the USFWS believes surveying suitable flycatcher habitat patches only once every 10 years is not sufficient to determine if flycatchers have occupied suitable habitat and/or make decisions about appropriate management responses. For this reason, protocol flycatcher surveys should be completed prior to, but not more than 1 year before signing the 10-year term permit renewal, and at least once every 5 years thereafter during the term of the permit. If grazing management changes or monitoring shows that suitable flycatcher habitat is not being maintained in a stable or upward trend, the USFWS should be contacted to determine if more frequent surveys may be required and/or changes in livestock management practices is necessary.

For allotments that are stocked annually under valid term grazing permits, suitable flycatcher habitat patches should be resurveyed at least once every 5 years. However, only a 1-year protocol survey is required, compared to the previous 2-year survey requirement. For example, if a flycatcher protocol survey was completed in 2009, flycatcher surveys would not be needed in 2010, 2011, 2012, or 2013, but a 1-year resurvey would be needed in 2014, completing the 5-year cycle for periodic resurveys of suitable flycatcher habitat patches. Following the 2014 survey season, no flycatcher surveys would be needed in 2015, 2016, 2017, or 2018, but a 1-year resurvey would be required in 2019 to maintain compliance with the ESA. This schedule would meet the USFWS's requirement for a 1-year resurvey every 5 years to check for possible occupancy of suitable flycatcher habitat within a landscape of ongoing livestock grazing during the operation of a 10-year term grazing permit.

If surveys detect flycatchers during the breeding season, the USFWS should be contacted to determine the appropriate periodicity for monitoring efforts, but surveys would likely be conducted once every 3 years, instead of once every 5 years. If habitat monitoring showed that suitable flycatcher habitats were

not being maintained in a stable or upward trend, the USFWS should be contacted to discuss if changes in livestock management practices is necessary and determine if more frequent surveys are needed.

**Survey Protocol:** For project-specific clearance surveys, the current flycatcher survey protocol requires a total of five surveys be conducted across the survey season, with individual surveys separated by a minimum of 5 days. The protocol calls for one survey in the first survey period, at least one survey in the second survey period, and third surveys in the third survey period.

At higher-elevation sites on the SJNF (sites typically above 8,500 feet), access to survey sites is sometimes not possible until after the end of the first flycatcher survey period due to roads remaining blocked by remaining winter snow. In these cases, the first survey period may be skipped, but surveys should begin as soon as access to the site is possible. In these cases, two surveys should be done during the second survey period and three surveys done in the third survey period, again with individual surveys separated by a minimum of 5 days.

If surveys are being done for the purpose of “clearing” a proposed project in or near suitable flycatcher habitat, then all five surveys should be completed during the survey season. If surveys are being done for the purpose of periodically checking to see if flycatchers have occupied suitable habitat then three surveys are sufficient for the purpose of a general occupancy inventory. But in this case, at least two surveys should be completed in the second survey period and at least one survey should be completed in the third survey period.

**Land and Resource Management Plan Leasable Minerals Stipulations:** The following lease stipulations would be applied to minerals and energy leases where southwestern willow flycatcher habitat is present.

## *Timing Limitation*

***No surface use is allowed during the following time period(s):*** May 1 to August 15 in mapped suitable nesting habitat.

***For the purpose of:*** Prevent disruption of reproductive activity during the production period.

***Justification:*** The southwestern willow flycatcher is a federally designated endangered species with suitable breeding habitat within the planning area. Oil and gas activities have the potential to adversely affect the species.

*Exceptions, modifications, and waivers would be considered for BLM leases. On NFS lands, the following exceptions, modifications, and waivers apply:*

***Exceptions:*** The Authorized Officer, in consultation with the USFWS, may grant an exception if an environmental analysis indicates that the Proposed Action could be conditioned so as not to affect current or subsequent breeding behavior, nest attendance, egg/chick survival, or nesting success.

***Modifications:*** The Authorized Officer, in consultation with the USFWS, may modify the size or dates of the TL area if an environmental analysis indicates that the Proposed Action could be conditioned so as not to affect current of subsequent nest attendance, egg/chick survival, or nesting success. Seasonal time frames may be modified if operations could be conditioned to not disrupt current or subsequent breeding behavior and bird distribution within suitable breeding habitat.

***Waivers:*** A waiver of this stipulation may be granted by the Authorized Officer in consultation with the USFWS only through a land use plan amendment.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

## No Surface Occupancy

***No surface occupancy is allowed on the lands described below:*** Within 325 feet of the ordinary high water mark in mapped habitat.

***For the purpose of:*** Prevent disruption of reproductive activity in mapped habitat.

***Justification:*** The southwestern willow flycatcher is a federally designated endangered species with suitable breeding habitat within the planning area. Oil and gas activities have the potential to adversely affect the species.

*Exceptions, modifications, and waivers would be considered for BLM leases. On NFS lands, the following exceptions, modifications, and waivers apply:*

***Exceptions:*** The Authorized Officer in consultation with the USFWS, may grant an exception to this stipulation if an environmental analysis indicates that the proposed or conditioned activities would not affect current or subsequent suitability or utility of riparian habitat suitable for the southwestern willow flycatcher.

***Modifications:*** The Authorized Officer in consultation with the USFWS, may modify the configuration of the stipulation area or time frames if an environmental analysis indicates that a portion of the area is currently and subsequently nonessential to the function and utility of riparian habitat, or that the Proposed Action could be conditioned so as not to impair the utility of habitat for the southwestern willow flycatcher.

***Waivers:*** A waiver of this stipulation may be granted by the Authorized Officer in consultation with the USFWS only through a land use plan amendment.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

## Cumulative Effects

The southwestern willow flycatcher's current range is believed to be similar to its historical range, but the quality and quantity of habitat has been significantly reduced causing habitat to be less common and more isolated (USFWS 2004). Thus, the primary cause of the flycatcher's decline is loss and modification of habitat (USFWS 2002a). Historically, these habitats have always been dynamic (i.e., habitat size and location evolve over time) due to natural disturbance and regeneration events such as floods, fire, and drought. With increasing human populations and the related industrial, agricultural, and urban developments, these habitats have been further modified, reduced, and eliminated by various mechanisms (USFWS 2002a).

Human influences on local riparian habitats on the SJNF and southwest Colorado have historically been similar to those described elsewhere throughout the range of the southwestern willow flycatcher. Although riparian zones are protected by various laws and regulation, pressures on these systems on public and/or private land can be expected to continue. The influence of past and current cumulative effects on riparian willow systems on public lands is expected to lessen as riparian areas receive greater management attention and continue to improve over time. Potential cumulative effects on willow flycatcher habitat on private lands can be expected to continue and perhaps increase as human development pressures and other activities increase.

## Determination

Willow carrs and other riparian systems are recognized in the LRMP for their limited distribution and unique ecological values. As such, there are numerous conservation measures and standards and guidelines to protect, maintain, and improve these features. These include an NSO fluid minerals leasing stipulation for southwestern willow flycatcher habitat, guidance found in Region 2 Watershed Conservation Practices Handbook (Region 2 FSH 2509.25-2006-1), and additional standards and

guidelines found mainly in the Terrestrial Wildlife, Riparian Area and Wetland Ecosystems, Aquatic Ecosystems and Fisheries, Water Resources, and Livestock and Rangeland Management sections of the LRMP. The contained direction addresses hydrology, soils, and vegetation health for maintaining or improving functionality and riparian habitat throughout the SJNF, including that suitable for the flycatcher. The application of the conservation measures/standards and guidelines in the LRMP are expected to avoid any direct habitat loss of willow or other riparian systems, as well as minimize potential indirect effects. Consultation for management of the one occupied site has occurred. Extensive surveys have been completed across the planning unit with no additional observations. If additional occupation or nesting is identified elsewhere, consultation would be initiated. Other indirect influences mentioned as potential risk factors to the species, such as nest parasitism of by brown-headed cowbirds, have not been documented on the SJNF and are currently not considered a local management concern. With application of LRMP standards and guidelines, and conservation measures described above, management actions associated with the Preferred Alternative **may affect but are not likely to adversely affect** southwestern willow flycatcher or its habitat.

## *Mexican Spotted Owl (Strix occidentalis lucida)*

### Background

The Mexican spotted owl is one of three recognized subspecies of spotted owl. The Mexican subspecies is geographically isolated from both the California and northern subspecies. Studies suggest that the Mexican spotted owl is genetically isolated from the other subspecies (Barrowclough and Gutiérrez 1990; see also Funk et al. 2008). It has the largest range of the three spotted owl subspecies, extending north from Mexico through the mountains of Arizona, New Mexico, and west Texas into the canyons of Utah and south and west Colorado.

In 1993 the USFWS listed the Mexican spotted owl as threatened under the ESA (USFWS 1995a). Critical habitat for Mexican spotted owl was designated in 2004 on federal lands in Arizona, Colorado, New Mexico, and Utah. No critical habitat is designated on the SJNF. The Mexican spotted owl was also state listed as threatened by CPW in 1993.

The Mexican spotted owl inhabits coniferous mixed woodlands in isolated mountain ranges and canyon lands of the southwestern United States and into Mexico (USFWS 2012b). The Mexican spotted owls range is fragmented, occupying isolated mountains and canyon lands, and it is believed that the historic and current range is similar. The 2012 Mexican Spotted Owl Recovery Plan divides the species’ range into five Ecological Management Units (USFWS 2012b).

Mexican spotted owls consume a wide variety of prey throughout their range. Feeding primarily at night, they feed on small to medium-sized rodents such as deer mice (*Peromyscus* sp.), voles, and the larger woodrats (*Neotoma* sp.). They would also catch flying prey such as birds and large insects.

The reasons for listing under ESA are discussed in the recovery plan and fall within five categories:

A. Present or threatened destruction, modification, or curtailment of habitat or range.
B. Overutilization for commercial, recreational, scientific, or educational purposes.
C. Disease or predation.
D. Inadequacy of existing regulatory mechanisms.
E. Other natural or human-made factors affecting the species’ continued existence.

Appendix C of the 2012 Mexican Spotted Owl Recovery Plan (USFWS 2012b) provides management recommendations for addressing these five categories.

### Status and Distribution on the San Juan National Forest

Based on habitat definitions in the 2012 recovery plan and subsequent consultation with the USFWS, an updated habitat model was used to in the first quarter of 2013 to determine habitat across the SJNF. Previous surveys, since the late 1980s to determine occupation, have covered 22% of the habitat identified under the current Mexican spotted owl habitat model for the SJNF. Despite extensive surveys, only two verified juvenile females, one verified juvenile male, and one probable detection of an individual

have occurred on the SJNF. All have been in the lower elevations of the southeast portion of the SJNF within steep canyons containing mature mixed conifer vegetation. These detections may represent dispersing or migratory individuals. Surveys have not identified any nesting pairs or reproductive activity on the SJNF. The closest known nesting is located south of the SJNF in and around Mesa Verde National Park within deep canyon country with mature mixed conifer vegetation. The occurrence of Mexican spotted owl on the SJNF appears to be incidental and uncommon, and similar to other locations in Colorado, where apparently suitable habitat remains unoccupied. As no populations occur on the SJNF, no population trends can be established. The current information suggests that the SJNF does not measurably contribute to the recovery or overall viability of the Mexican spotted owl. The recovery plan shows no designated critical habitat essential for the conservation of the species and necessary to support recovery on the SJNF. The recovery plan also states that observations of birds on the SJNF are considered transitory. No protected activity centers related to critical life function are designated on the Forest. The observed birds are not considered part of a breeding population on SJNF, contributing to the maintenance and recovery of populations. The possibility of future individual breeding pairs; however, cannot be discounted as the recovery of this subspecies expands.

### *Habitat for Mexican Spotted Owl across its Geographic Range*

Throughout its lifetime, a Mexican spotted owl would use a variety of habitats to meet different life-history needs. To maintain a diversity of habitat types for the various activities of the owl, key habitat variables are required. These include nesting, roosting, and foraging habitat patches with structural, compositional, and successional diversity, as well as connectivity among suitable patches. Specifics regarding key habitat variables are found in the Recovery Plan, Appendix C, describing desired conditions.

Mexican spotted owls have been observed to nest, roost, forage, and disperse among a wide array of biotic communities, the owl is typically considered a “habitat specialist” in that roost and nest habitats generally occur in late seral forests or rocky canyon habitats. Some Mexican spotted owls undergo altitudinal migrations during winter to areas where habitat structure and composition differ from that used during breeding (USFWS 2012b). Dispersing juveniles can occur in a wide variety of habitats, including mixed conifer forests, pinyon-juniper woodlands, and riparian areas surrounded by grasslands.

Mexican spotted owl habitat is limited by the availability of nesting and roosting habitat (Ganey and Balda 1994). Territories consist of a core of mature or late successional mixed conifer forest or steep, narrow, rocky canyons for nesting and roosting. These stands are typically on steep, north-facing slopes with complex structures including high snag and downed wood densities and very high canopy closures (USFWS 2012b). The Recovery Plan uses 43 hectare (100 acres) as minimum patch size for nesting and roosting habitat within a minimum 600-acre protected activity center.

The proposed rule to designate critical habitat for the Mexican spotted owl was completed by the USFWS in February 2001. That proposal included 4.6 million acres across Colorado, Utah, Arizona, and New Mexico. The 2001 proposal was considered inadequate by the courts in October 2003, and a new final rule to designate critical habitat was published in August 2004. The 2004 rule included 8.6 million acres across federal lands in Colorado, Utah, Arizona, and New Mexico. Approximately 322,326 acres (3.7%) of this land occurs in Colorado. The SJNF was not included in the 2001 nor the 2004 critical habitat designations.

### *Habitat on the San Juan National Forest*

The SJNF is split between the Colorado Plateau and the Southern Rockies Ecological Management Units. No protected activity centers have been designated on the SJNF. Recovery habitat on the SJNF is almost identical for both Ecological Management Units and differs slightly in the composition of some canyon habitats. The SJNF mapped areas of Mexican spotted owl recovery habitat, where data are available, using habitat criteria developed in cooperation with the USFWS. These criteria include mature mixed conifer vegetation on slopes of greater than 40%, with 40% to 70% and above crown closure. Adjacent bottoms to these habitats that also contain these mature forest types can be considered recovery habitat. There are limited narrow, rocky canyons occurring on the SJNF. It is thought that where this vegetation condition occurs within narrow rocky canyons, that this would represent the more

suitable habitat conditions on the SJNF. Also, the upper portions of some side canyons originating along the main Dolores River canyon reach NFS lands along the western boundary. These habitat types are also considered recovery habitat, although suitability of habitat across the SJNF is generally considered marginal (Charles Johnson, personal communication 2003). A reliable inventory of the slot canyons and side canyons of the Dolores River are not available for the SJNF. GIS queries would capture a portion of these when the forested or canyon component is present in large enough areas to be captured in the GIS database. Some isolated sites suitable for nesting may only be identified during project-level ground surveys as the specific criteria producing an isolated microclimate conducive for nesting may not occur in areas large enough to be identified by a GIS habitat model exercise. These areas are identified through on-the-ground habitat evaluation that occurs during project-level analysis for proposed management actions.

GIS queries have modeled the forested categories of recovery habitat for the SJNF. In total, 65,511 acres of habitat were mapped throughout the SJNF. These areas represent approximately 3% of the total acreage on the SJNF. Habitat trend analysis show minor changes, less than 1%, to this habitat type (mature 4B and 4C mixed conifer) across the entire landscape since the inception of the first LRMP in the early 1980s.

The Mexican spotted owl utilizes a wide variety of habitat types throughout its range. The USFS and USFWS are currently cooperating to better define recovery habitat characteristic specifically occurring on SJNF. The recovery plan is adopted in the LRMP revision for providing guidance for management activities occurring on the SJNF. This and continued monitoring and maintenance of occupied habitats, if identified, are the primary conservation measures that the SJNF would utilize to aid in the recovery of this species.

Most of the existing Mexican spotted owl habitat on the SJNF is located in protected areas, which include CRAs (33,888 acres), designated wilderness and the Piedra Area (16,483 acres), and RNAs (29 acres). Additionally, there are 240 acres in the Chimney Rock National Monument, which will have limited management that would affect Mexican spotted owl habitat. Approximately 14,871 acres of habitat are not within a protected area. Very few projects/activities have occurred in protected areas. Those that have occurred include prescribed burning (Piedra Area and Hermosa area), vegetation management (Chimney Rock National Monument), and livestock grazing. Livestock grazing has occurred in most protected areas except Chimney Rock National Monument, which is closed to grazing. Limited grazing has also occurred in designated wilderness and RNAs. Projects that have occurred outside protected areas include mechanical vegetation treatments, recreation, and livestock grazing.

Although management activities have occurred in Mexican spotted owl habitat, their occurrences have been small in scale and have not resulted in adverse impacts to habitat. The largest influences to owl habitat have resulted from fire suppression, wildland fires, and insects and disease. Existing Mexican spotted owl habitat at the only known occupied owl site on the SJNF has been negatively affected by insects and disease. Monitoring at the site has shown structural changes to mixed conifer habitat located on the north-facing steep slopes in and outside canyons. There has been an increase in mixed conifer mortality (primarily Douglas-fir) resulting from insect and disease activity. There are numerous dead and dying Douglas-fir trees of all age classes on north-facing slopes. In these areas, downfall is extensive, and in other areas, the open canopy has created favorable growing conditions for mixed shrub species. These declining habitat conditions have degraded habitat for Mexican spotted owl, likely affecting occupancy at the site, and increasing the vulnerability of the area to severe wildland fire. The site has remained unoccupied by Mexican spotted owl for the last 5 years.

Wildfires are a very common occurrence across the SJNF. Wildfire occurrences have resulted from natural ignitions and, to a lesser extent, caused by humans either intentionally or unintentionally. Approximately 5,000 acres of Mexican spotted owl habitat were influenced by wildfires from 2000 to 2012. The vast majority of the habitat burned resulted from the Little Sand Fire of 2012 and Missionary Ridge Fire of 2002. Effects to habitat from these fires have not been quantified, as the areas burned were not classified as habitat for Mexican spotted owl prior to the recent mapping effort. General observations of the burn areas have shown areas of high-intensity fire, and areas of low- to moderate-intensity fire. The overall effects to habitat have been positive and negative as described below.

Existing recreational use in Mexican spotted owl habitat is limited, and therefore potential effects on Mexican spotted owl from recreationists are expected to be minimal. There are limited designated roads and designated trails (summer or winter) in Mexican spotted owl habitat. Additionally, there are no developed recreation sites in owl habitat. Portions of habitat that may contain roads or trails would include the well-developed open riparian bottoms, adjacent to suitable nesting habitat that owls could utilize for foraging and/or roosting habitat. Where engineering allows for stability and ecological sustainability, limited roads may exist through some steep slope mature mixed conifer habitat, but would be considered unusual on the SJNF. No system roads or trails are located within the narrow slot canyon habitat, which is considered the most suitable habitat for the owl on SJNF (Charles Johnson, personal communication 2003). Most of the owl habitat across the SJNF is in areas that receive limited use by recreationists because of the remote nature and rugged topography making access difficult. Use that does occur is limited to hiking, with most hiking occurring during the spring and fall turkey hunting season, late summer/early fall small game seasons, and fall big game hunting seasons. Occasional use occurs outside hunting seasons but is generally minimal.

## Direct and Indirect Effects

The Mexican Spotted Owl Recovery Plan identifies listing factors/activities influencing Mexican spotted owl across its range (USFWS 2012b). These factors were identified in the background section. Their relationship to and/or influences from the LRMP's Preferred Alternative are discussed below.

Actions proposed under the Preferred Alternative are not likely to contribute to Factor B, overutilization of commercial, recreational, scientific, or educational purposes. Mexican spotted owl occurrence and occupancy across the SJNF is very limited. The lack of Mexican spotted owl populations minimizes risk from activities associated with Factor B.

Actions proposed under the Preferred Alternative are not likely to contribute to Factor C, disease and predation. The final rule for listing implied that forest management created transition habitats (i.e., ecotones) favored by great horned owls (*Bubo virginianus*), thus creating an increased likelihood of contact between the two. The Preferred Alternative adopts management recommendations in the Mexican Spotted Owl Recovery Plan, which provides guidelines for minimizing impacts to habitat from actions such as vegetation treatments that create transition habitats predisposing the species to predation.

Actions proposed under the Preferred Alternative are not likely to contribute to Factor D, inadequacy of existing regulatory mechanisms. The Preferred Alternative adopts management recommendations in the recovery plan, which provides guidelines for minimizing impacts to Mexican spotted owl habitat from a variety of land use activities. The extent of various land use activities proposed under the Preferred Alternative are described below.

Actions proposed under the Preferred Alternative are not likely to contribute to Factor E, other natural or human-made factors affecting the species' continued existence. This factor identifies several threats to the Mexican spotted owl such as the potential for increasing malicious and accidental anthropogenic harm to the species and potential for barred owl to expand its range into that of Mexican spotted owl habitat resulting in potential competition and/or hybridization. Presently, Mexican spotted owl occurrence on the SJNF is very limited. The lack of known occurrences minimizes the risk of malicious and accidental anthropogenic harm to the species. Barred owls are currently not present on the SJNF, and their presence in Colorado is rare, therefore minimizing risk of competition and hybridization.

Federal actions affecting Mexican spotted owl fall primarily within Factor A, present or threatened destruction, modification, or curtailment of habitat or range. Factor A includes activities/risk factors such as stand-replacing fire, fire suppression, burned area response, WUI treatments (discussed under Fire and Fuels Management below), silvicultural treatments (discussed under Timber Management below), insects and disease, livestock grazing, energy development, roads and trails, land development, recreation, and water developments. These activities may not necessarily be threats per se, depending on their level of intensity, duration, or geographic extent (USFWS 2012b). The analysis of direct and indirect effects focuses on activities/risk factors identified under Factor A.

**Stand-replacing Fire:** Human-managed alteration of forests in the southwestern United States has resulted in extensive areas of Mexican spotted owl habitat that are now more vulnerable to the effects of stand-replacing wildland fires (USFWS 2012b). Current forest conditions in Mexican spotted owl habitat across the SJNF have the potential to sustain landscape-scale stand-replacing fires that would positively or negatively alter owl habitat over extensive areas in a single fire incident, depending on certain conditions. As described in the recovery plan, the extent of any positive or negative effects would depend on whether the fire and/or suppression activities are within owl habitat, type of habitat involved (e.g., nest/roost, foraging, dispersal habitat), severity and intensity of the wildland fire, areal extent, location, intensity of suppression activities, frequency and cumulative effects of the suppression activities, and time of year.

Direct and indirect fire effects to Mexican spotted owl habitat from stand-replacement fire include the alteration of vegetation structure, soil, and watershed conditions. These effects can be detrimental, beneficial, or both depending on the factors listed above. The evaluation of effects is also dependent on temporal scale; effects that are detrimental in the near term may have long-term beneficial effects. Conversely, fires may provide short-term benefits, but result in stand degradation over time. The fire-severity class is directly related to the magnitude of these effects, and it also influences whether such effects are positive or negative on owl habitat. High-severity burns have the most negative long-term effects on spotted owl nest and roost habitats but could enhance foraging habitats used by owl prey species (e.g., woodrats or deer mice) (Franklin et al. 2000; Kyle and Block 2000).

The Preferred Alternative includes management actions such as prescribed burning and mechanical vegetation treatments that would help minimize risk of stand-replacement wildfire. Treatments may occur in and adjacent to Mexican spotted owl habitat. Priority areas for mechanical vegetation treatments would include the WUI where communities are at risk to fire, where fires are a greater threat to people and property, and where fire applications have much greater risk and liabilities. In most WUI areas, fire regime and vegetation structure and composition have been moderately to substantially altered, representing Fire Regime Condition Classes 2 and 3. Many of the identified WUI areas also coincide with big game winter range habitat and habitat for Mexican spotted owl.

**Fire Suppression:** Varying levels of fire suppression activities have occurred across the SJNF since it was proclaimed in 1905. Suppression efforts coupled with other management actions such as historic timber harvest and livestock grazing have altered forest conditions, thereby increasing the risk of high-intensity wildfire. The SJNF continues to manage wildland fire using appropriate management response strategies which may include full suppression actions to initiating limited suppression such as the case when managing fires for resource benefits under the wildland fire use program.

Regardless, of the suppression actions taken, suppression activities can result in habitat loss through building of firelines, construction of support areas such as helipads and fire camps, and ignition of backfires and burnouts to reduce the amount of fuel available to wildland fires. Whether the habitat effects of fire-suppression activities cause more or less impact to Mexican spotted owl habitat than the benefits gained by controlling the fire can only be determined site specifically, and then only to the extent that with-suppression and without-suppression scenarios can be accurately evaluated (USFWS 2012b). The SJNF has and would continue taking actions to reduce suppression impacts to federally listed species by assigning resource advisors to incident management teams. Resource advisors provide input to help reduce impacts to listed species and their habitats.

**Burned Area Response:** Emergency stabilization and burned area rehabilitation treatments are applied to stabilize and rehabilitate burned areas so they can recover more rapidly (USFWS 2012b). Methods of emergency stabilization and burned area rehabilitation include aerial mulching and seeding, tree planting, and construction of water/soil control structures (e.g., gabions, water bars, and straw bales). From a habitat standpoint, these activities are probably beneficial to Mexican spotted owl in that they provide protection of soils, thereby reducing the likelihood of permanent soil loss in preparation for longer-term rehabilitation efforts. Use of non-native species, however, for post-fire seeding is often ineffective at meeting management objectives and may have long-term implications on forest ecology (Peppin et al. 2010 cited in (USFWS 2012b).

The SJNF has and would continue to conduct emergency stabilization and burned area rehabilitation treatments for wildfires for resource recovery. As described above under fire suppression, resource advisors are usually assigned to assist with emergency stabilization and burned area rehabilitation treatments, providing input designed to reduce impacts to federally listed species.

**Fire and Fuels Management:** The Mexican Spotted Owl Recovery Plan lists a primary threat to Mexican spotted owl population in the United States as an increased risk of stand-replacing wildland fire. It also recognized that climate change conditions in the southwestern United States compound that risk of stand-replacement fires within Mexican spotted owl habitat. Recent forest management, including the LRMP, now emphasizes sustainable ecological function and a return toward pre-settlement fire regimes, both of which are more compatible with maintenance of spotted owl habitat conditions than the even-aged management regime practiced at the time of listing, and being consistent with strategies outlined within the recovery plan. The LRMP identifies large landscapes, much within or adjacent to Mexican spotted owl habitat, which are currently susceptible to stand-replacement fire in need of fuels treatment to move habitat toward desired conditions more representative of HRV. Conditions resulting from strict fire exclusion management of the twentieth century are a factor leading to current condition outside of HRV and the resulting risk of loss of suitable condition to Mexican spotted owl habitat function on the SJNF. Under the Preferred Alternative, approximately 6,000 acres of hazardous fuels would be treated annually via prescribed fire in vegetation types that are within or adjacent to Mexican spotted owl habitat. Mechanical treatments would constitute approximately 7,000 acres of the annual hazardous fuels treatments, also in vegetation types that are within or adjacent to Mexican spotted owl habitat. In total, approximately 90,000 acres of prescribed burning and approximately 105,000 acres of mechanical vegetation treatments may occur in vegetation types that are within or adjacent to Mexican spotted owl habitat over the life of the LRMP.

Naturally ignited wildland fire, managed for resource benefits, may occur up to 60,000 acres annually in mixed vegetation types that are within or adjacent to Mexican spotted owl habitat. Use of managed fire, along with mechanical and other fuels management strategies, is expected to create forest conditions that meet desired conditions for the natural vegetation types within the planning area. The use of prescribed fire through application of ground or aerial ignition methods is expected to continue in Mexican spotted owl habitat under the Preferred Alternative. Prescribed burns would occur during early spring or fall when conditions are favorable to meet desired project burn plan objectives. Summer burns are possible in areas where prior treatments (mechanical or prescribed fire) have occurred and conditions are favorable to reduce risk of high-intensity fire.

Prescribed burning in Mexican spotted owl habitat would generally occur on mesas, in canyons, and in steep-slope mixed conifer. Low- to moderate-intensity understory burns are expected, resulting in the consumption of leaf and needle litter, down and dead woody debris, and small-diameter trees and shrubs. Burning would reduce surface fuel loading and the “ladder effect” that results from fire moving into the crowns of trees due to fuel build-up (small trees, shrubs, and litter) beneath the crowns. Torching of individual trees or groups of trees and some scorching of trees due to fuel loading and potential heat build-up under individual or groups of trees is expected. The torching and scorching of individual or groups of trees has potential to affect roosting habitat. Burning would also consume down and dead course woody debris and some snags, all habitat components utilized by prey species. Direct impacts to owl habitat and habitat components utilized by prey species are expected to be minimal due to burn prescription parameters and treatment objectives. Overall, suitable Mexican spotted owl habitat is not expected to be converted to an unsuitable condition.

Approximately 20,290 acres or 31% of Mexican spotted owl habitat on the SJNF is located in the WUI. Mechanical vegetation treatments in the WUI would focus on thinning primarily small to mid-sized trees in project areas to break-up fuel continuity and to reduce the ladder effect of fuels as described previously. The resulting stand structure and general appearance would be more open, with small openings interspersed within clumps of mature and older trees.

Wildfires that result from natural ignitions (lightning) would be managed under the SJNF’s wildland fire use program where fires are managed for resource benefits. These fires are a primary means for restoring natural disturbance processes and are likely to occur in or adjacent to Mexican spotted owl

habitat. Effects to owl habitat from wildland fire use are expected to be similar to prescribed fire described above, but likely occurring across a larger scale. ESA Section 7 emergency consultation may be initiated with the USFWS where discretionary actions are taken that effect Mexican spotted owl or habitat when managing natural ignitions. In some instances, the construction of line via hand or mechanical equipment may be necessary to help confine or contain the fire to pre-established management boundaries, potentially affecting habitat as described above.

Mexican spotted owl protocol surveys described in the recovery plan would be conducted prior to prescribed fire and mechanical vegetation treatments to determine owl occupancy and potential breeding activity in project areas. Treatments would be consistent with fire and fuels management recommendations in the recovery plan. Effects from burn activities would be evaluated and Section 7 consultation would be initiated with the USFWS to ensure consistence with the recovery plan.

**Timber Management:** Under the Preferred Alternative, timber harvesting may occur across approximately 707,616 acres of the SJNF. These acreages include lands that are suitable for timber production and other tentatively suitable lands where non-commercial timber harvest may occur. Of the total, approximately 2,004 acres or 3% of Mexican spotted owl habitat are in lands identified as suitable for timber production. Approximately 20,417 acres or 31% of Mexican spotted owl habitat occur in other lands tentatively suitable for timber harvest. Timber harvest may occur on these lands for purposes other than for timber production, but is not scheduled or regulated. The remaining approximately 43,090 acres of habitat are in lands that are generally not suitable for timber production.

Under the Preferred Alternative, approximately 500 acres of warm-dry mixed conifer may be treated annually over the life of the LRMP (approximately 15-year period), which includes 250 acres via restoration treatment and 250 acres via partial cutting. Additionally, approximately 125 acres of cool-moist mixed conifer may be treated annually via partial cutting. In total, approximately 9,375 acres of mixed conifer habitat may be treated over the life of the LRMP via timber management across the SJNF. At this time, site-specific information is not available and the portion of the treatment areas that may comprise Mexican spotted owl habitat are not determined at this programmatic level of planning.

Timber outputs associated with the Preferred Alternative are expected to have minimal influence to Mexican spotted owl habitat. Direct and indirect effects to stand structure are expected to be similar to those described for fuels treatments. Ponderosa pine and warm-dry mixed conifer forests currently have less acres in both young and old growth structural stages compared to HRV conditions. Other timber types also vary from HRV condition for various structural stages. In the recovery plan, managing for habitat perpetuity into the future is listed as one of the five key elements designed to conserve the subspecies throughout its range. Where suitable on the planning landscape, harvest for either timber production or for purposes other than timber production, would be designed to meet the needs for habitat sustainability. These are described under the LRMP in the Ecological Framework and the Conservation of Species and the Terrestrial Ecosystems and Plant Species sections, which include direction for providing and maintaining sustainable habitat structural stages of timber types and assure that suitable habitat structural stages are maintained and replaced through successional processes, including harvest. These harvest amounts are designed to move these habitat types toward HRV condition and are consistent with the recovery plan design to provide habitat for the species over the long term. We are unable to quantify total acreage of habitat treated under the Preferred Alternative; however, only 3% of the habitat is suitable for timber production. Treatment in suitable areas is expected to be limited as habitat is largely located on steep slopes and in rugged terrain, areas generally not conducive for harvest equipment. Potential timber harvest in other lands tentatively suitable for harvest would likely result in fewer impacts to habitat as treatment is more restricted (must occur in order to meet other desired conditions and resource objectives, as opposed to production). Timber management can affect Mexican spotted owl and its habitat both positively or negatively depending on project design and site-specific factors. Timber management in owl habitat would be consistent with recommendations in the recovery plan and with additional LRMP components designed to move habitat toward HRV condition, maintain or improve habitat suitability for Mexican spotted owl, and reduce the threat of stand-replacing wildfire potential. Effects from timber management actions in Mexican spotted owl habitat would be evaluated

under site-specific analysis, and Section 7 consultation would be initiated with the USFWS to ensure compliance with the recovery plan.

**Insects and Disease:** Insect and disease aerial detection data from the USFS Rocky Mountain Region Forest Health Management Program show approximately 16,970 acres of Mexican spotted owl habitat have been influenced by insects and disease from 2007 to 2011. These data depict the occurrence and location of forest insect, disease, and other biotic and abiotic causes of tree mortality and tree damage. Aerial survey data are collected by observing areas of tree damage or tree mortality from an aircraft and manually recording the information onto a map. Due to the nature of aerial surveys, these data can only provide rough estimates of location, intensity, and the resulting trend information for agents detectable from the air.

Native forest insects and diseases are natural ecosystem processes with which the Mexican spotted owl has evolved. The influences of these ecosystem processes on owls can be either negative or positive, depending on intensity and extent, both within and among forest-pathogen types (USFWS 2012b). Native insects and disease likely are an issue for owl habitat only when they reach epidemic levels. Insects and disease of primary interest in Mexican spotted owl habitat on the SJNF include Douglas-fir beetle (*Dendroctonus pseudotsugae*), fir engraver beetle (*Scolytus ventralis*), western spruce budworm (*Choristoneura occidentalis*), Douglas-fir pole beetle (*Pseudohylesinus nebulosus*), root rot (*Armillaria ostoyae*), white trunk rot (*P. tremulae*), fir broom rust (*Melampsorella caryophyllacearum*), annosus root rot (*Heterobasidium annosum*), and Douglas-fir dwarf mistletoe (*Arceuthobium douglasii*). Insects and diseases, while naturally occurring, can pose some risk to Mexican spotted owl when they involve exotic species or when native-species infestations are exacerbated by unnatural stand conditions, drought, climate change, or other factors. If the range of the owl becomes hotter and drier, insect and disease outbreaks can be expected to increase in frequency, extent, intensity, and duration (USFWS 2012b).

As mentioned earlier, insects and disease have affected habitat occupied by Mexican spotted owl on the SJNF. These activities have degraded habitat for Mexican spotted owl, and could have contributed to the only known occupied site being vacated by owls. The Preferred Alternative includes management actions that would help address forest health concerns related to insects and disease; however, the potential still exists for continued impacts to owl habitat from insect and disease. Native insects and disease play a role in ecological functioning and are not usually considered a problem when found at normal endemic levels. Currently, varying species of bark beetle are spreading at epidemic rates in the western states, including the SJNF, killing trees within particular age classes within varying life zones. Where a disproportionate percent of the forest consists of the vulnerable tree species and age classes, large portions of that age class may be affected. The current rate of spread on the SJNF is being attributed mainly to the compounding factors of climate change and extended drought. The LRMP direction takes a sustainable ecological function approach and is focused on providing long-term healthy forest conditions, which are more resistant to outbreaks and their resiliency for recovery and for minimizing the extent of new outbreaks. Commodity uses, such as timber production, must fit within the LRMP constraints and contribute to the ecological framework set up in the Ecological Framework and Conservation of Species section of the LRMP and within the latter sections such as Terrestrial Ecosystems and Plant Species. This is achieved by managing for balanced ecological representation of tree species and age classes which fit within the HRV conditions. These changes are not instantaneous on the landscape and require long-term planning to achieve the desired conditions, especially where current condition varies significantly from those conditions found under HRV. Managing for recovery habitat into the future is one of the five key elements of the recovery strategy designed to conserve the subspecies throughout its range. The LRMP and its direction concerning disease and insects are consistent with the guidelines for disease and insects listed within the Mexican Spotted Owl Recovery Plan.

**Livestock Grazing:** The Preferred Alternative designates where livestock grazing can occur on suitable lands across the SJNF. Suitable lands are lands that have been determined to have adequate productivity for domestic livestock, while meeting forage needs for wildlife. Areas suitable for cattle and horse grazing exist on approximately 666,160 acres. Areas suitable for domestic sheep and goat grazing exist on approximately 76,921 acres. Of the areas suitable for cattle and horse grazing, approximately 10,902 acres contain Mexican spotted owl habitat, of which approximately 6,655 acres or 61% are within

active or vacant allotments. Of the areas suitable for domestic sheep and goat grazing, approximately 20,363 acres are in Mexican spotted owl habitat, of which approximately 9,941 acres or 49% are in active or vacant allotments.

Effects to Mexican spotted owl from grazing by domestic livestock and wild ungulates are complex, and multiple factors may determine specific influences. These factors include local and regional climatic patterns, biotic community associations and ecology, soil types and conditions, and the timing, intensity, and duration of vegetation removal associated with the presence of grazing animals (USFWS 2012b). Although the effects of grazing on Mexican spotted owl are complex, they generally fall into two categories: 1) those that result in relatively short-term effects requiring short recovery periods to restore suitable habitat characteristics, and 2) those that result in long-term alterations in plant species composition and vegetation structure (USFWS 2012b). Grazing by domestic livestock and wild ungulates is a potential threat to Mexican spotted owl when managed insufficiently, with respect to effects on prey species habitat (e.g., reducing herbaceous ground cover), nest/roost habitat (e.g., limiting regeneration of important tree species, especially in riparian areas), and the capacity for resource managers to restore and maintain conditions supporting natural fire regimes within an array of habitat types.

Grazing by domestic livestock and wild ungulates on the SJNF is prevalent and reoccurring in most Mexican spotted owl habitat. The level of grazing is limited due to the overall lack of preferred grass-forb forage in closed canopy, steep-sloped mixed conifer owl habitat. Livestock generally prefer open habitats that support an abundance of forage species. Steep slopes and closed canopy of mature timber stands utilized by Mexican spotted owl as nesting and brood rearing habitat provide little livestock forage and are utilized and impacted minimally by livestock. Areas suitable for livestock use, which overlap with Mexican spotted owl habitat, consist of more open areas which support livestock forage species and subsequently support prey species and foraging habitat for the Mexican spotted owl. There are a number of conservation measures represented in standards and guidelines for range management and ecological sustainability, as well as other referenced guidance, including agency manual and handbook direction and the Mexican Spotted Owl Recovery Plan direction. This is expected to provide for healthy ecosystem conditions where managed livestock use would additionally provide for conditions that support Mexican spotted owl forage species. Grazing under the Preferred Alternative is not expected to have adverse impacts to owl habitat based on current grazing intensities (low to moderate) in owl habitat. Grazing management recommendation from the Mexican Spotted Owl Recovery Plan would be applied to grazing activities occurring across active/vacant livestock grazing allotments. The application of grazing recommendations is expected to reduce livestock grazing impacts to Mexican spotted owl under the Preferred Alternative.

**Energy Development:** Under the Preferred Alternative, the most common of forms of energy development include oil and gas leasing and development. The SJNF is not a priority area for other energy development such as wind or solar energy. Under the Preferred Alternative, approximately 1,301,352 acres of NFS lands are available for oil and gas leasing. Designated wilderness areas and the Piedra Area are areas withdrawn from leasing by law. Additionally, approximately 67,700 acres are recommended for wilderness and WSR designation and are administratively not available for lease.

The Preferred Alternative incorporates a number of lease stipulations that guide how potential development could occur across areas leased areas. Lease stipulations are applied to protect various resources (soils, watersheds, terrestrial and aquatic wildlife and habitat, cultural resources, etc.) from adverse impacts from development activities. Roadless areas have an NSO stipulation, and for lands outside roadless areas, a full range of leasing stipulations are assigned including NSO, TL, CSU, and standard lease terms to protect various resources.

Of the total area available for lease, approximately 40,717 acres are present in Mexican spotted owl habitat, as modeled. The different types of leasing stipulations are not mutually exclusive on any one piece of land and may, in fact, overlap on top of each other. Of the total habitat acreage leased, an NSO stipulation has been applied across 35,130 acres (86%), a CSU stipulation has been applied across 28,522 acres (70%), a TL stipulation has been applied across 9,782 acres (24%), and standard lease terms apply across approximately 968 acres (2%) of the habitat.

Under the Preferred Alternative, areas with high potential for prospective oil and gas development include the GSGP area, the Northern San Juan Basin, the San Juan Sag, and the Paradox Basin.

Approximately 2,531 acres of Mexican spotted owl habitat are present in the GSGP area. Of the total habitat present in the GSGP area, approximately 2,067 acres are available for lease, of which 1,786 acres (86%) include an NSO stipulation, 575 acres (28%) include a CSU stipulation, 103 acres (5%) include a TL stipulation, and standard lease terms apply across 65 acres (3%).

Approximately 1,905 acres of Mexican spotted owl habitat are present in the Northern San Juan Basin area. Of the total habitat present in the Northern San Juan Basin area, approximately 1,681 acres are available for lease, of which 1,435 acres (85%) include an NSO stipulation, 420 acres (25%) include a CSU stipulation, 789 acres (47%) include a TL stipulation, and standard lease terms apply across 71 acres (4%).

Approximately 8,455 acres of Mexican spotted owl habitat are present in the San Juan Sag area. Of the total habitat present in San Juan Sag area, approximately 7,410 acres are available for lease, of which 5,615 acres (76%) include an NSO stipulation, 5,105 acres (69%) include a CSU stipulation, 2,961 acres (40%) include a TL stipulation, and standard lease terms apply across 318 acres (4%).

Approximately 1,961 acres of Mexican spotted owl habitat are present in the Paradox Basin area. Of the total habitat present in Paradox Basin area, approximately 1,689 acres are available for lease, of which 1,226 acres (73%) include an NSO stipulation, 627 acres (37%) include a CSU stipulation, 141 acres (8%) include a TL stipulation, and standard lease terms apply across 65 acres (4%).

Oil and gas development may affect owls through alteration of habitat caused by facility (e.g., well pads and pipelines) and/or road construction, as well as exploration equipment. Construction activities often involve use of large equipment potentially directly impacting habitat through removal of large trees, dead and down materials, etc. Such activities may also increase accessibility, opening areas to increased human disturbance.

Under the Preferred Alternative, the overall impacts to Mexican spotted owl habitat are expected to be minimal given the large amount of habitat with various lease stipulations applied. Additionally, an NSO stipulation would apply to Mexican spotted owl habitat to maintain the utility of suitable breeding and brood rearing habitat as defined in the recovery plan to promote recovery (see Conservation Measures). This stipulation would greatly reduce impacts to Mexican spotted owl, as there would be no alteration of surface habitat. The remaining stipulations, particularly CSU and TL, would also reduce impacts to habitat through protection of other resources (watersheds, soils, and terrestrial and aquatic wildlife habitat). Additionally, the application of energy-related development recommendations identified in the recovery plan would further reduce adverse effects to owl habitat.

**Roads and Trails:** The construction of roads and trails in owl habitat can result in direct and indirect effects such as direct loss of habitat and disturbance from human presence. The presence of roads also encourages public use resulting in additional impacts to habitat such as the removal of large logs, snags, and hardwoods through fuelwood cutting and dispersed camping. Access into owl habitat also increases potential for human presence and disturbance.

Under the Preferred Alternative, the construction of roads is unlikely to occur in Mexican spotted owl habitat due to topography that makes access difficult (steep terrain and in some locations physical features such as rock and riparian areas). In addition, analysis of the impacts of travel management actions on Mexican spotted owl habitat would be further evaluated in a separate but related process—travel management planning. The SJNF is currently in the process of travel management planning in response to new national direction for all NFS lands. During travel management planning, more detailed analysis of roads and trails that would be open, closed, or created would be analyzed. Impacts to Mexican spotted owl would be considered, as well as other resources and use patterns, in developing these transportation plans. Where appropriate, consultation would be initiated concerning Mexican spotted owl as project-level analysis occurs for landscapes. The proposed construction of roads in Mexican spotted owl habitat and subsequent project-level analysis and implementation would require

NEPA analysis and protocol surveys to determine occupancy and breeding status in the project area, and must be compliant with Section 7 requirements and LRMP direction. The LRMP contains direction to minimize or eliminate effects to habitat and potential disturbance. LRMP direction includes that found under the species' recovery plan and any additional direction developed in consultation with the USFWS. The recovery plan is listed under other referenced guidance in the terrestrial wildlife section of the LRMP.

**Land Development:** Land development is the conversion of natural land covers to non-natural surfaces for human use, including housing, commercial enterprises, and the associated infrastructure such as roads, trails, and utility structures. Land development occurs along a gradient from urban development to exurban and rural development.

Under the Preferred Alternative, the conversion of Mexican spotted owl habitat on NFS lands to non-natural surfaces for human use, including housing developments or use by commercial enterprises is not expected. Potential effects to Mexican spotted owl habitat from roads and trails is discussed above.

**Recreation:** Recreational activities may affect owls directly through disturbances caused by human activity (e.g., hiking, shooting, and OHV use at nesting, roosting, or foraging sites, or indirectly through alteration of habitats such as damage to vegetation, soil compaction, illegal trail creation, and increased risk of wildland fires (USFWS 2012b). Whether managed or unmanaged (i.e., user-created), development of new recreational facilities (e.g., trailheads and OHV and mountain bike trails) and expansion of existing facilities (e.g., campgrounds and hiking trails) may alter owl habitat (USFWS 2012b).

Under the Preferred Alternative, a variety of recreation activities are expected. The addition of developed recreation projects/activities (roads and trails, campgrounds, trailheads, parking areas, and associated motorize use etc.) in owl habitat are possible, but highly unlikely due to the general nature and location of habitat. Dispersed recreation activities (hiking, camping, horseback riding, etc.) are expected to continue in owl habitat with overall use and potential effects similar to existing conditions. The risk of illegal OHV use in owl habitat is possible; however, occurrences and potential impacts are expected to be minimal due to difficult access. Proposed future recreation management actions under the Preferred Alternative would require NEPA analysis, protocol surveys to determine occupancy and breeding status in project areas, and site-specific Section 7 consultation with the USFWS. Proposed projects would incorporate management recommendations described in the recovery plan to reduce impacts to Mexican spotted owl and habitat from recreation activities.

**Water Developments:** Water development such as dams, permanent flooding of riparian habitats, bed degradation below dams, stream dewatering, diversions, altered-flow regimes, and artificial watering ponds (e.g., stock tanks) have potential to effect Mexican spotted owl and habitat (USFWS 2012b). Effects of development on owls vary, but can include loss or degradation of habitat, habitat fragmentation, disruption of migration corridors, inhibited gene flow, and altered grazing patterns by wild and domestic ungulates (USFWS 2012b).

The development of dams, permanent flooding of riparian areas, bed degradation below dams, stream dewatering, and activities that alter flow regimes are possible, but unlikely to occur under the Preferred Alternative. The construction and installation of watering ponds could occur in or adjacent to owl habitat to help improve livestock or wildlife distribution. Proposed water developments in owl habitat would require NEPA analysis, possibly surveys to determine occupancy and breeding status in project areas, and site-specific Section 7 Consultation with the USFWS. Proposed projects would incorporate management recommendations described in the recovery plan to reduce impacts to Mexican spotted owl and habitat from water development projects.

## Conservation Measures

The Preferred Alternative would incorporate management recommendations in the Mexican Spotted Owl Recovery Plan for projects/activities occurring in owl habitat.

### Minerals and Energy Lease Stipulations

The following lease stipulations would be applied to minerals and energy leases where Mexican spotted owl habitat is present.

#### No Surface Occupancy

***No surface occupancy is allowed on the lands described below***: In Mexican spotted owl habitat, as determined by a qualified biologist at the time, NSO would be allowed. Surveys of the lease area may be required to determine the presence of suitable habitat, occupation, and, if warranted, designation determination for a protected activity center.

If it is determined that suitable nesting and fledgling Mexican spotted owl habitat exists and surveys cannot be conducted, a TL would be placed from March 1 to August 31.

***For the purpose of***: Preventing actions that may result in take as defined under the ESA.

***Justification***: The Mexican spotted owl is a threatened species with suitable habitat within portions of the SJNF and TRFO. NSO would be allowed in these habitat areas to maintain the utility of suitable breeding and brood-rearing habitat as defined in the Mexican Spotted Owl Recovery Plan to promote recovery.

***Exceptions***: An exception can be granted if an environmental analysis of the Proposed Action and subsequent consultation indicates that the nature or conduct of the activity could be conditioned so as not to impair the utility of habitat for current or subsequent reproductive activity or occupancy. No exceptions would be granted within a protected activity center.

***Modifications***: The Authorized Officer may modify habitat configuration or extent based on new information. Modification of a protected activity center would be completed in consultation with the USFWS.

***Waivers***: A waiver of this stipulation maybe granted by the Authorized Officer only through a land use plan amendment. No waivers shall be granted within designated protected activity centers.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

### Lease Notice

A survey of the lease area may be required to determine if unsurveyed suitable habitat is present, and the agencies should prioritize completing surveys where expressions of interest have been made for leasable mineral development. A 2-year protocol survey to determine occupation by the species would be required prior to any development activity within the identified suitable habitat. Surveys would be completed by a qualified biologist as determined by the USFWS and the managing agencies. No development activity would take place in resultant occupied habitat until a determination is made by the USFWS and the managing agencies for designation of a protected activity center.

## Cumulative Effects

Mexican spotted owl populations in Colorado are low in comparison to the core range area of New Mexico and Arizona. There are very few known breeding pairs in Colorado. There has been no breeding activity documented on the SJNF, despite the vast amount of apparently suitable habitat present. Spotted owl habitat on the SJNF consists of steep slopes containing mature or late successional mixed conifer, as well as mixed conifer forests associated with steep rocky canyons. Habitat conditions are declining to varying degree forest-wide due insects and disease and fire suppression. The potential for high-intensity wildfire is therefore a concern on both public and private lands. Land use practices occur on non-federal lands that may influence Mexican spotted owl habitat include timber management and

recreation. Residential developments are also encroaching on public lands in some locations. While much of this development occurs in locations that are not considered owl habitat, it may synergistically contribute to potential effects on spotted owl habitat, such as increased fire risks or increased recreational use of public lands.

### Determination

The Preferred Alternative **"may affect but is not likely to adversely affect"** Mexican spotted owl and owl habitat. Program activities such as fire and fuels management, timber management, livestock grazing, energy development, roads and trails, and water developments may result in potential effects (positive and negative) to Mexican spotted owl. Approximately 31% of Mexican spotted owl habitat is located in WUI areas, 3% in areas suitable for timber production, 31% in other lands tentatively suitable for timber harvest, 16% in active/vacant cattle and horse grazing allotments, 31% in active/vacant domestic sheep and goat grazing allotments, and 62% in areas available for oil and gas leasing. The Preferred Alternative includes management actions such as prescribed fire, wildland fire use, fuels, and timber management that may reduce and or help reverse impacts to owl habitat from insects and disease and stand-replacement wildfire. The Preferred Alternative includes management requirements to minimize impacts from activities such as oil and gas leasing and development by including numerous lease stipulations to protect various resources occurring in owl habitat, and more importantly an NSO stipulation in owl habitat to prevent habitat alteration. Overall, the effects from management actions are expected to be minimal based on the level of potential activity occurring in owl habitat and application of management requirements in the LRMP and management recommendations described in the Mexican Spotted Owl Recovery Plan.

## 2.3 Assessment of Threatened and Endangered Aquatic Species

### *Greenback Cutthroat Trout (Oncorhynchus clarki stomias)*

The following policy discussion related to lineage greenback cutthroat trout is taken from the USFWS position paper on ESA consultations for lineage greenback cutthroat trout (updated October 4, 2012). It is relevant to all lineage greenback populations known to occur on SJNF lands.

### Background

The greenback cutthroat trout was listed as an endangered species in 1967 under a precursor to the ESA. It was relisted as endangered under the current act in 1974 and down listed to threatened status in 1978.

Until recently, greenback cutthroat trout have been considered native to the headwaters of the South Platte and Arkansas River drainages in eastern Colorado, and a few headwater tributaries of the South Platte in a small area of southeastern Wyoming (Behnke 1992). Another cutthroat trout subspecies, the Colorado River cutthroat trout (*Oncorhynchus clarki pleuriticus*), is known to occur in the Colorado and Green River drainages in the west slope of Colorado, southwestern Wyoming, and eastern Utah. The Rio Grande cutthroat trout (*O.c. virginialis*), a candidate species, is known to occur within the Rio Grande drainage. A fourth subspecies in Colorado, the yellowfin cutthroat trout (*O.c. macdonaldi*), was known to occur in the headwaters of the Arkansas River drainage and is believed to be extinct.

A recent genetic study (Metcalf et al. 2012) provided new information on the native range of the cutthroat trout in Colorado, as provided in the following text:

- Six cutthroat trout lineages were originally present in the state, of which two lineages have gone extinct.
- Greenbacks were native only to the South Platte drainage.
- The only known greenback cutthroat trout population, a federally threatened species, is present in Bear Creek in the Arkansas drainage.
- Cutthroat trout on the west slope of Colorado are actually divided into two lineages: the native range of the Colorado River cutthroat, also referred to as Lineage CR, is located in the

Yampa/White River drainages, while another lineage, referred to as Lineage GB at this time, has a native range that is located in the Gunnison/Colorado River drainages.

- Another cutthroat trout lineage was present in the San Juan Mountains; it is now believed to be extinct.
- Other cutthroat trout present in streams on the east slope, which have been previously considered to be greenback cutthroat trout, are actually cutthroats that had been stocked earlier from Colorado River cutthroat and Lineage GB streams originating on the west slope of Colorado.

The USFWS has not confirmed its position on the new information by Metcalf et al. (2012) and is waiting for the completion of a meristic study of cutthroat trout in Colorado before conducting any reviews and making decisions on listing status. The meristic study, which was designed to complement the genetic study, is being conducted by researchers at Colorado State University and should be completed in 2013. Following completion of the meristic study, the USFWS intends to conduct a scientific peer review of the genetic and meristic studies together, involving genetic and cutthroat experts from throughout the country. Following this scientific review, the USFWS would conduct a status review of the cutthroat groups, evaluating threats and population trends, etc. If, at that time, it is determined that a new listing or a revision to an existing listing is appropriate, the USFWS would then conduct a formal rulemaking process.

### *Section 7 Consultation Requirements*

The identification of Lineage GB fish in western Colorado and eastern Utah has raised concerns regarding whether there is a need for application of the ESA (particularly Section 7 consultation) in these areas. Although the greenback was listed range-wide, its distribution was designated only as Colorado. Thus, any greenback lineage fish found in Utah or Wyoming would not currently receive any protections under the ESA.

Until the review and rulemaking process, if necessary, have been completed, the USFWS has advised federal agencies to continue to conduct consultations for actions that may affect the currently listed cutthroat trout in Colorado; therefore, this would include all cutthroat populations that have been identified as greenback, including Lineage GB and Lineage CR on the eastern slope and Lineage GB on the western slope of Colorado.

### *Colorado River Cutthroat Trout Conservation*

The Colorado River Cutthroat Trout Conservation Team updated the Conservation Strategy and Agreement in March 2006. Signatories to the agreement include the state wildlife agencies of Colorado, Utah, and Wyoming; the USFS; the BLM; and the USFWS (Colorado River Cutthroat Trout Conservation Team 2006). The purpose of the strategy is to provide a framework for the long-term conservation of the Colorado River cutthroat trout and reduce or eliminate the threats that warrant its status as a sensitive species or species of concern by federal and state resource agencies. The objectives of the strategy are to identify and characterize all core and conservation populations, secure and enhance conservation populations, restore populations, secure and enhance watershed conditions, and conduct public outreach, data sharing, and coordination. The three states, USFS, BLM, and USFWS have committed to implement the strategy.

The USFWS believes that implementation of the Colorado River Cutthroat Trout Conservation Team strategy to conserve and protect Colorado River cutthroat trout populations throughout its range would also adequately protect any Lineage GB populations. Therefore, agencies should include these activities in their Biological Evaluations/Assessments (BE/BAs as conservation measures for Lineage GB populations.

## Existing Condition

Once widespread, the greenback cutthroat trout is now thought to be limited to a single population located in Bear Creek within the Arkansas drainage. What is now being referred to as “lineage greenback cutthroat trout” is present in the Arkansas, South Platte, and Colorado River systems. These fish inhabit clear, cold foothill and mountain waters and require clean gravel substrates to successfully spawn and

reproduce. The greenback evolved in environments containing low species diversity with few competitors and their competitive mechanisms are not well developed. This compromises their ability to coexist with other species of trout. They are also known to be relatively easy to harvest by anglers, which renders them susceptible to overfishing.

Populations of greenback began to decline when settlers first arrived and began developing areas associated with greenback occurrence. Mining in its native river basins led to sediment and toxic runoff, which compromised the greenbacks aquatic habitats. This, along with water diversion for agriculture and overfishing, contributed to the decline of many greenback populations. However, the introduction of non-native and non-endemic species such as brook trout (*Salvelinus fontinalis*), brown trout (*Salmo trutta*), rainbow trout (*Oncorhynchus mykiss*), and other cutthroat species (*Oncorhynchus clarki spp*.) has likely had the greatest ongoing detrimental impact to greenback cutthroat populations. The two fall spawning species, brown trout and brook trout, directly compete and displace the greenback. The two spring spawning species, rainbow trout and other cutthroat subspecies, interbreed with the greenback resulting in genetic hybrid progeny.

## Lineage Greenback Populations Occurring on the San Juan National Forest

Four populations of lineage greenback trout are known to occur on the SJNF, all of which occupy tributaries of the Dolores River system: Rio Lado Creek, Little Taylor Creek, Spring Creek, and Roaring Forks Creek. The Rio Lado Creek population is isolated due to a migration barrier installed by the USFS in 2003. Although some degree of isolation exists for the other three locations, there are no well-defined barriers that preclude upstream migration of non-native species.

While easily accessible, the four locations do not receive much recreational fishing use and angling mortality is low. These are relatively small, first and second order streams with very low stream flows occurring in late summer and winter periods. Habitat constraints resulting from low natural stream flow is likely a controlling biological factor for all four greenback populations.

## Grazing Suitability Decision

All four lineage greenback streams are located within established livestock grazing allotments. The Rio Lado and Divide (Roaring Forks Creek) allotments are presently vacant and no grazing has occurred in recent years. The Little Taylor and Spring Creek allotments are open to grazing and are being stocked annually. The Spring Creek allotment is heavily stocked and some sections of the stream may be affected by grazing activity. No studies have been done to evaluate the potential effects of grazing on the lineage greenback population in Spring Creek. A walkthrough evaluation conducted in 2011 suggests there are no grazing impacts to Little Taylor Creek.

## Timber Suitability Decision

Under the Proposed Action, portions of the four occupied watersheds are identified as being suitable for timber harvest. Lands designated as suitable include 70% of the Spring Creek watershed, 53% of the Rio Lado watershed, 90% of the Little Taylor Creek watershed, and 84% of the Roaring Forks Creek watershed. However, the suitability determination does not reflect the likelihood or extent of timber harvest that may occur. Presently, the commercial demand for timber is very low and there are no plans to conduct any harvest activities within the four occupied watersheds. Any harvest that may occur would likely be done to maintain forest health (i.e., beetle kill salvage and Sudden Aspen Decline salvage). Under any harvest scenario, LRMP objectives, standards, and guidelines would minimize any potential effects of harvest activities to the occupied streams (see Appendix J.B).

## Special Uses

There are no known special use activities (e.g., water development projects) present, planned, or proposed for any of the four greenback locations. However, should future proposals be developed, the LRMP habitat maintenance standards specific to aquatic species would apply (see Appendix J.B, Section 2.5 and 2.6).

Oil and Gas Leasing

All four lineage greenback populations are located to the east of the Paradox Basin and other areas suitable for conventional and gothic shale development**.** It is improbable that the cumulative effects of water consumption resulting from any oil and gas development on the SJNF would influence the availability of water in the four occupied streams.

## Direct, Indirect, and Cumulative Effects Related to Land and Resource Management Plan Implementation

Being small headwater streams surrounded by NFS lands, there is little potential for habitats occupied by lineage greenback cutthroat to be influenced by state and private actions. No private inholdings or mining claims occur within the occupied areas of these watersheds. Therefore, the potential for cumulative adverse effects associated with state and private actions is very low.

Of primary concern to the Spring Creek, Little Taylor Creek, and Roaring Forks Creek is the potential for the introduction of other species of trout into the stream section now occupied by lineage greenback cutthroat. The SJNF and CPW plan to conduct evaluations to determine the potential for non-native species introductions, specifically to identify the need for the installation of barriers to prevent upstream migration of non-native species. There is no decision under the LRMP revision that would increase the potential for exotic species introductions into these streams.

For the Spring Creek and Little Taylor Creek watersheds, the potential for adverse effects from livestock grazing presents the next highest risk to these two populations, followed by the potential for wildfire, water developments, timber harvest, and recreational activities, which apply to all four occupied watersheds. All of these activities have to potential to impact the quantity or quality of aquatic habitats that greenback rely upon.

Livestock grazing can impact riparian vegetation, reduce overhead cover, compromise stream bank integrity, increase bank erosion and sedimentation, and alter the width to depth ratios of a stream. These alterations can directly influence the biological limiting factors for a variety of life stages of fish, including spawning habitats, rearing habitats, foraging habitats, and overwintering habitats.

Wildfire can have devastating impacts on aquatic habitats. Some fires reduce ground cover and sterilize soils to the point where long-term erosion and sedimentation preclude fish survival. Short-term impacts may also occur as a result of fire retardant applications. To minimize the potential for these impacts, the SJNF has an aggressive prescribed fire program intended to reduce fuels and reduce the potential for catastrophic wildfires. The SJNF has also established a 600-foot buffer zone around all perennial streams where fire-retardant application is not allowed.

On-going water developments have major impacts on many streams within the planning area. These developments reduce the quantity and quality of aquatic habitats by removing water, the basic component that often dictates the abundance and distribution of fish populations within the planning area. As previously stated, no water developments exist within the occupied stream reaches and it is unlikely that any future water developments would be permitted that would affect the occupied reaches. In the unlikely event that such developments would be authorized, the instream flow standards of the LRMP would be applied (see Appendix J.B, 2.5.18).

Timber harvest may also impact a variety of aquatic habitat characteristics that fish rely upon. Of primary concern is a reduction in woody debris recruitment to the stream, which in turn reduces habitat complexity, overwintering habitat features, and organic nutrients and overall stream productivity. Roads and trails used to conduct timber harvest can also be problematic since they may increase erosion and act as hydrologic conduits that transport sediment to the streams.

Oil and gas leasing would not be associated with any of the four occupied watersheds. Therefore, the oil and gas leasing decision would have no direct, indirect, or cumulative effects on lineage greenback cutthroat trout.

A variety of management direction and planning components (planning objectives, desired conditions, standards, and guidelines) for aquatic species contained in the revised LRMP are intended to mitigate any ongoing effects and prevent new adverse effects to the four lineage greenback populations (see Appendix J.B, Sections 2.2, 2.5, and 2.6). Considering all decisions to be implemented under the revised LRMP, and with consideration of the overall approach to species conservation contained within the LRMP (see Appendix J.A), it is our determination that implementation of the Proposed Action **may effect, but is not likely to adversely affect** any of the four lineage greenback populations occurring on the SJNF.

## *Federally Listed Fish Species Occurring Off-Forest*

A variety of actions occurring on SJNF lands have the potential to affect four federally listed fish species that occupy segments of the Upper Colorado River and the San Juan River. Two species, the Colorado pikeminnow and the razorback sucker, are known to occupy the San Juan River. These two species and two additional species, the humpback chub and bonytail chub, are known to occupy the upper Colorado River and some of its tributaries, including the lower Dolores River. Two endangered fish recovery programs are applicable to actions occurring within the planning area. The Upper Colorado River Endangered Fish Recovery Program applies to the Dolores River and its tributaries, while the San Juan River Basin Recovery Implementation Program applies to the San Juan River and its tributaries (Public Law 106-392, 114 Stat. 1602, as amended; Public Law 107-375, 116 Stat. 3113).

### Consultation History

For historic SJNF actions associated with the Dolores River drainage, formal consultation was conducted under the Programmatic Biological Assessment for Minor Water Depletions Associated with Routine Forest Decisions In the Upper Colorado River Basin (USFS 1993), and the related BO by the USFWS, the Final Biological Opinion for Small Water Depletions on Seven National Forests in Colorado and One in Wyoming (USFWS 1993). For the San Juan River Basin, the SJNF initiated formal consultation in January 1996 under the San Juan National Forest Programmatic Biological Assessment for Water Depletions Associated with Routine Forest Actions Occurring within the Upper San Juan River Basin (USFS 1996) and the related BO of March 1996 (USFWS 1996). These two consultations addressed the majority of historic water uses authorized by the SJNF that were determined to have adverse effects on the four endangered fish species. Numerous other project-level consultations have occurred since then, primarily to address new consumptive water uses.

### Colorado Pikeminnow (*Ptychocheilus lucius*)

#### *Background and Existing Condition*

The Colorado pikeminnow is the largest member of the cyprinid family native to North America, with reports of individuals up to 6 feet long and weighing over 100 pounds. It evolved as the top predator of all native species in the Colorado River system. It was once found throughout warm water reaches of the entire Colorado River Basin down to the Gulf of California, including reaches of the upper Colorado River and its major tributaries, the Green River and its major tributaries, the San Juan River and some of its tributaries, and the Gila River system in Arizona (Platania 1990; Seethaler 1978). Seethaler (1978) indicates the species was abundant in suitable habitat throughout the entire Colorado River Basin prior to the 1850s. However, pikeminnow were not known to occur in colder, headwater streams, which describe the majority of streams occurring throughout the planning area.

The decline in Colorado pikeminnow populations is correlated with the construction of dams and reservoirs occurring between the 1930s and 1960s, the introduction of non-native fishes, and the removal of vast quantities of water from the Colorado River system. Dams, impoundments, and water use practices are the major reasons for drastically modified natural river flows and channel characteristics in the Colorado River Basin. Dams on the mainstem have segmented the river system, blocking spawning migrations and changing flows and temperatures. Major changes in species composition have occurred with the introduction of non-native species. In the upper Colorado River Basin, declines in pikeminnow populations occurred primarily after the 1960s, when the following dams were constructed: Glen Canyon Dam on the mainstem Colorado River, Flaming Gorge Dam on the Green River, Navajo Dam on the San Juan River, and the Aspinall Unit dams on the Gunnison River.

The decline of pikeminnow is also related to competition or other behavioral interactions with non-native fishes. Alterations in the natural fluvial environment have exacerbated this problem (USFWS 1995b).

By the 1970s, pikeminnow were extirpated from the entire lower Colorado River Basin (downstream of Glen Canyon Dam) and from portions of the upper Colorado River Basin, as a result of major alterations to riverine environments. Having lost approximately 75% to 80% of its former range, the pikeminnow was federally listed as an endangered species in 1967 (USFWS 1967).

In 1994, critical habitat was designated within the 100-year floodplain of the Colorado pikeminnow's historical range for several sections of the Colorado River system (59 Federal Register 13374). The section relevant to actions occurring within the planning area is limited to the following critical habitat designation:

> New Mexico, San Juan County; and Utah, San Juan County. The San Juan River and its 100-year floodplain from the State Route 371 Bridge in Section 17, Township 29 North, Range 13 West (New Mexico Meridian) to Neskahai Canyon in the San Juan arm of Lake Powell in Section 26, Township 41 South, Range 11 East (Salt Lake Meridian) up to the full pool elevation.

## *Life History and Limiting Factors*

The pikeminnow recovery goals summarize threats to the species as follows: stream regulation, habitat modification, competition with and predation by non-native fish, and pesticides and pollutants (USFWS 2002b). The life history phases that appear to be most limiting for pikeminnow populations include spawning, egg hatching, development of larvae, and the first year of life. These phases of pikeminnow development are tied closely to specific habitat requirements.

Known spawning sites are characterized by riffles or shallow runs with well-washed coarse substrate containing relatively deep interstitial voids (for egg deposition) in association with deep pools or areas of slow non-turbulent flow used as staging areas by adults (Lamarra et al. 1985; Tyus and Karp 1990). Recent investigations at a spawning site in the San Juan River by Bliesner and Lamarra (1995) are consistent with these characteristics. The most unique feature at the sites used for spawning, in comparison with otherwise similar sites nearby, is the lack of embeddedness of the cobble substrate and the depth to which the rocks are devoid of fine sediments (Bliesner and Lamarra 1995; Lamarra et al. 1985).

Pikeminnow often migrate considerable distances to spawn in the Green and Yampa Rivers (Archer et al. 1985; Miller et al. 1982; Tyus 1985, 1990; Tyus and McAda 1984), and similar movement has been noted in the mainstem San Juan River. A fish captured and tagged in the San Juan arm of Lake Powell in April 1987 was recaptured in the San Juan River approximately 80 miles upstream in September 1987 (Platania 1990).

Ryden and Ahlm (1996) found that pikeminnow in the San Juan River aggregated at the mouth of the Mancos River prior to spawning. Miller et al. (2000) also recorded two pikeminnow in both 1993 and 1994 at the mouth of the Mancos River prior to the spawning period. Historical spawning areas for the pikeminnow in the San Juan River are unknown; however, Platania (1990) speculated that spawning likely occurred upstream at least to Rosa, New Mexico.

Tributaries are the primary area of residence to which the adults return after spawning. Tributaries to the San Juan River no longer provide habitat for adults because they are totally dewatered or access is restricted (Holden 2000). Pikeminnow utilized the Animas River in the late 1800s. The Animas could still provide suitable habitat; however, the uppermost location of the present pikeminnow population is approximately 50 miles downstream from the mouth of the Animas River (Holden 2000). Pikeminnow are known to have aggregated at the mouth of the Mancos River prior to spawning as late as the early 1990s (Miller et al. 2000; Ryden and Ahlm 1996).

Successful reproduction was documented in the San Juan River in 1987, 1988, and 1992 through 1996, by the collection of larval and fingerling pikeminnow. Platania (1990) noted that, during 3 years of studies on the San Juan River (1987–1989), spring flows and pikeminnow reproduction were highest in 1987. Recent studies also found catch rates for fingerling pikeminnow to be highest in high water years, such as 1993 (Buntjer et al. 1994; Lashmett 1994).

Due to the low numbers of pikeminnow collected in the San Juan River, it is not possible to quantify population size or trends. Estimates during a 7-year research period between 1991 and 1997 suggest that there were fewer than 50 adults in a given year (Ryden 2000).

The ability of the pikeminnow to withstand adverse impacts to its populations and its habitat is difficult to determine given the longevity of individuals and their scarcity within the San Juan River Basin. The younger life stages are considered the most vulnerable to predation, competition, toxic chemicals, and habitat degradation. It may take many years for a population of pikeminnow to recover from these types of impacts.

Surface water and groundwater quality in the Animas, La Plata, Mancos, and San Juan River drainages have become concerns in recent years (Abell 1994). Changes in water quality and contamination of associated biota are known to occur in reclamation projects in the San Juan drainage (i.e., irrigated lands on the Pine and Mancos Rivers) where return flows from irrigation make up a portion of the river flow (Sylvester et al. 1988). Increased loading of the San Juan River and its tributaries with heavy metals; elemental contaminants such as selenium, salts, polycyclic aromatic hydrocarbons; and pesticides have degraded water quality of the San Juan River in critical habitat (Abell 1994; Holden 1999; Wilson et al. 1995).

## Razorback Sucker (*Xyrauchen texanus*)

### *Distribution*

The razorback sucker was historically abundant and widely distributed within warm water reaches throughout the Colorado River Basin. It was found in the mainstem Colorado River and major tributaries in Arizona, California, Colorado, Nevada, New Mexico, Utah, Wyoming, and Mexico (Ellis 1914; Minckley 1973). It was once so numerous early settlers used it for food, and as recently as 1949 commercially marketable quantities were being caught in Arizona (Bestgen 1990).

The current distribution and abundance of the razorback sucker has been significantly reduced throughout the Colorado River system. The only substantial population of razorback suckers remaining is in Lake Mohave and consists of mostly old adults (McCarthy and Minckley 1987). This population is not successfully reproducing and recruiting. Limited numbers of razorbacks do persist in other locations in the lower Colorado River, but they are considered rare or incidental and may be continuing to decline.

In the Upper Basin, above Glen Canyon Dam, razorback suckers are found in limited numbers in both lentic and lotic environments. The largest population of razorback in the Upper Basin is found in the Upper Green River and lower Yampa River (Tyus 1987). In the Colorado River, most razorback suckers occur in the Grand Valley area near Grand Junction, but they have declined drastically since 1974 (Osmundson and Kaeding 1991). The lack of recruitment suggests a combination of biological, physical, and/or chemical factors that may be affecting the survival and recruitment of early life stages of razorback suckers. Recovery efforts include the capture and removal of razorback suckers for hatchery programs (USFWS 1990).

### *Reason for Concern*

A marked decline in populations of razorback suckers can be attributed to construction of dams and reservoirs, introduction of non-native fishes, and removal of large quantities of water from the Colorado River system. Dams on the main stem Colorado River and its major tributaries have segmented the river system and drastically altered flows, temperatures, and channel geomorphology. Major changes in species composition have occurred due to the introduction of numerous non-native fishes, many of which thrived due to human-induced changes to the natural river system (USFWS 1995b).

### Life History

A natural hydrograph with a large spring peak, gradually descending limb into early summer, and low stable flows through summer, fall, and winter are thought to create the best habitat conditions for razorback suckers. Prior to construction of large mainstem dams and the suppression of spring peak flows, low-velocity off-channel habitats were commonly available throughout the Upper Basin. The present absence of these seasonally flooded riverine habitats is believed to be a limiting factor in the successful recruitment of razorback suckers in their native environment (Osmundson and Kaeding 1991; Tyus and Karp 1989).

Springtime aggregations of razorback suckers in off-channel impoundments and tributaries are believed to be associated with reproductive activities (Tyus 1987). These off-channel habitats are warmer than the mainstem. Razorback suckers use these areas for feeding, resting, sexual maturation, spawning, and other activities associated with their reproductive cycle (Tyus and Karp 1990). Sexually mature razorback suckers are generally collected on the ascending limb of the hydrograph from mid-April through June and are associated with coarse gravel substrates (USFWS 1990).

Outside the spawning season, adult razorback suckers occupy a variety of shoreline and main channel habitats, including low runs, shallow to deep pools, backwaters, eddies, and other relatively slow-velocity areas associated with sand substrates (Osmundson and Kaeding 1989; Tyus 1987; Tyus and Karp 1989).

Habitat requirements of young and juvenile razorback suckers in the wild are largely unknown, particularly in native riverine environments. Life stages, other than adults, have not been collected in the Upper Basin in recent times (USFWS 1995b).

## Humpback Chub (*Gila cypha*)

### Distribution

Humpback chub originally inhabited the mainstem Colorado River from what is now Lake Mead to the canyon areas of the Green and Yampa River Basins. It was considered less common than other endemic fish of the region, but occurred in fairly large numbers where reproducing populations existed. The greatest concentrations of humpback chub occur in the Grand Canyon portion of the Colorado and Little Colorado Rivers and Westwater/Blackrocks region of the Colorado River. Smaller populations and incidental catches are reported from the Yampa River; Desolation, Gray, and Whirlpool Canyons of the Green River; and Cataract Canyon of the Colorado River (USFWS 1995b).

### Reason for Concern

Shoreline eddies associated with sand and boulders are important breeding areas. Availability of shoreline eddy habitat is greatest with spring flooding and decreases thereafter with decreasing summer flows; spring runoff forms and maintains these habitats. Loss of spring runoff could reduce availability of spawning habitat and consequently adversely affect humpback chub reproduction. Habitat alteration may also promote hybridization. Flow reductions and decreased temperatures were implicated as factors curtailing successful spawning and increasing competition in the Colorado River (USFWS 1995b).

### Life History

During spring and early summer, humpback chub are most prevalent in high-gradient, rocky-run, riffle, and rapid dominated whitewater reaches. Adult fish are most often collected in seasonally flooded shoreline eddies that are downstream of large boulders and upstream of rapids. Juveniles are more common in smaller eddies in rocky shoreline runs. Feeding habits of humpback chub are relatively unknown; however, stomachs of sampled fish contained hymenopterans and plant debris. They also feed on Mormon crickets (*Anabrus simplex*) and presumably other foods. In fall and winter, fish remain in pools and eddies of impounded water and rapids in low flow conditions (Tyus and Karp 1990).

Humpback chub generally spawn between temperatures of 16°C to 20°C but may also spawn in temperatures as low as 11.5°C and as high as 20.5°C (Kaeding and Zimmerman 1983; Valdez and Clemmer 1982). Eggs are adhesive, but little is known about preferred substrate for egg deposition.

Case No. 1:23-cv-01501-RMR Document 18-4 filed 09/29/23 USDC Colorado pg 76 of 344



Hatchery success diminishes as temperatures vary from their optimum of 20°C. The eggs generally hatch in 5 to 7 days (Hamman 1982).

Humpback chub spawn in spring and early summer following highest spring flows. This includes May and June in low and average years, but extended to July during the high flow year 1986. Ripe fish are predominately captured in shoreline eddy habitats, and there is some indication that these fish remain in or near specific eddies for extended periods and return to the same eddy during different spawning seasons (Tyus and Karp 1990).

Larval and young of the year humpback chub are generally found in low-velocity microhabitats associated with backwaters and eddies. Fish grow from 7.5 to 10.5 centimeters during their first year of life, and by age 2 many are 200 millimeters. Males begin reaching sexual maturity at age 2 and females at age 3. Once humpback chubs reach sexual maturity growth slows considerably (USFWS 1995b).

## Bonytail Chub (*Gila elegans*)

### Distribution

Historically the bonytail chub occurred throughout the Colorado River mainstem and its major tributaries, including the Gila and Salt Rivers in the lower basin and the Green, Yampa, White, Gunnison, and San Juan Rivers in the upper basin. Recent collections indicate the fish is extremely rare and is extirpated from much of its former range, although individual fish are still occasionally collected from the upper and lower basins. Supplemental stocking from hatchery fish and maintaining stocks in hatcheries may be necessary to preclude this species from becoming extinct. The recovery goal for bonytail chub is to “prevent immediate extinction” (USFWS 1995b).

### Reason for Concern

This species has drastically declined since 1960. Until recently, the USFWS considered the species extirpated from the upper basin; however, a recently collected specimen, which exhibits many bonytail chub characteristics, could indicate a small extant population (Kaeding et al. 1986)

### Life History

A radio tracking study of adult bonytail chub movement indicated they are crepuscular and are inactive during the day and night. Spawning is believed to occur from between mid-June and early July when water temperatures are near 18°C. The optimum temperature for hatching success is 20°C to 21°C. Hatching success decreases considerably when water temperatures vary plus or minus 10°C. Hatching occurs in 4 to 7 days under optimum conditions (Hamman 1982). Little data exist on larval and juvenile bonytail chubs. Their survival and growth are presumed to be dependent on low-velocity habitats (USFWS 1995b).

### Effects Determinations

The cause and effect relationships as related to actions occurring on SJNF lands within the San Juan and Dolores River Basins are identical for the Colorado pikeminnow, razorback sucker, humpback chub, and bonytail chub. Therefore, a single effects analysis is provided that applies to all four species.

### Direct, Indirect, and Cumulative Effects Related to Land and Resource Management Plan Implementation

The USFWS has determined that the effects of water depletions and regulated flows are the activities with the greatest potential to impact the four endangered Colorado River fishes. Consumptive water uses reduce the magnitude and duration of peak flows. This causes losses of backwater pools for spawning and rearing. It also reduces suspended sediments, which confer a competitive advantage on non-native species. These water depletions occur on federal, state, and privately owned lands primarily as a result of agricultural irrigation, municipal and domestic uses, oil and gas development, ski area operations, and reservoir evaporation.

In addition, reservoir operations have changed the natural flow and temperature regimes, reduced suspended sediments, created barriers to fish migration, and transformed thousands of miles of lotic habitats into lentic habitats. The reservoirs have also been stocked with an assortment of non-native fish species, which are now competing with the native fishes

There are a variety of federal actions occurring within the planning area that have the potential to alter the quantity, quality, or timing of water leaving the SJNF. These actions have the potential to negatively affect the four endangered fish species that reside downstream. Primary among these is the authorization of reservoirs and diversion structures, and the leasing of lands for the purpose of oil and gas development. In addition, there are numerous actions that result in minor water depletions, such as campground developments, road construction and dust abatement, construction of small stock ponds, domestic well construction, etc. Also, very small increases in water yield are predicted to be associated with timber harvest and prescribed fire treatments. Ski area management also has an influence on water availability and the timing of flows. As new ski area terrain is developed, it is likely that more snowmaking would occur, altering quantity and timing of flow leaving NFS lands. The acreage cleared of timber to accommodate new ski runs may also affect water yield and the timing of winter and spring flows.

The impacts related to water use and development projects (including diversion ditches, storage reservoirs, pipelines, and wells) on water quantity, timing, water quality, fisheries, and aquatic species are specifically described in the Water Resources and Aquatic Ecosystems and Fisheries sections of the LRMP. The primary impact to aquatic ecosystems and aquatic species would be from reduced or eliminated stream flows, and the related degradation or elimination of aquatic habitats. Additional impacts on fisheries and aquatic species may include increased stream temperatures and reduced dissolved oxygen levels. These impacts may be more pronounced during periods of natural cyclic flow reductions (during fall and winter) or during summer months in a drought. Winter base flows would also be reduced when ski area operations divert water from streams and/or utilize well water that may be connected to and influence surface flows. This may limit aquatic habitats and dependent aquatic communities.

Collectively, the aforementioned uses have dramatic effects on stream flows and aquatic habitats occupied by the four endangered Colorado River fishes. Even though they may be located on NFS lands and affect SJNF resources, many of these uses (especially large reservoir operations) are not under the discretion of the USFS. Many other uses occur on state and private lands, typically located downstream of NFS lands.

It is expected that SJNF special use authorizations (primarily existing and new water developments), recreational developments, road maintenance activities, and stock pond construction would deplete varying amounts of water from the San Juan and Dolores River Basins. Where possible, the estimated water volumes associated with these activities are discussed in Appendix J.C. Project-level assessments would add to and refine these amounts when necessary.

<u>Water Depletions Associated with Livestock Grazing</u>

The impacts related to livestock grazing on bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker would generally be minor because these fish species do not occur within the planning area. With the exception of associated water depleting activities, livestock grazing would not impact their habitats. The development of new stock watering features (stock ponds and springs) would result in minor water depletions to the San Juan and Dolores River Basins. It is unknown exactly how many facilities might be constructed over the life of the LRMP, but it is expected that the associated cumulative net depletion amount would be less than 5 acre-feet per year.

<u>Water Depletions Associated with Road Maintenance and Construction</u>

Small amounts of water would be used for road construction and reconstruction, road maintenance, and dust abatement, resulting in short-term water depletions to the San Juan and Dolores River Basins. This water would be obtained from federal and private sources and would include contracted actions (e.g., Schedule A maintenance by counties to apply magnesium chloride, etc.). It is estimated that these actions would use approximately 9 acre-feet per year from the San Juan River Basin and 6 acre-feet per year from the Dolores River Basin over a 15-year period, excluding road-related activities with gas well drilling and completion.

Other Actions
There are a variety of other actions that may be implemented during the life of the LRMP. The USFS cannot predict the type, location, or extent of these actions, as they would likely be in response to external special use proposals. As necessary, these proposed actions would undergo project-level NEPA assessments and be subject to terms and conditions connected to the LRMP components (see Appendix J.B) and may be subject to additional Section 7 ESA consultation requirements.

### *Determination for the Land and Resource Management Plan*

Providing adequate stream flows to maintain aquatic habitats for the four endangered fish species is a primary component of the recovery efforts for the four endangered big river fishes. Ongoing and new consumptive water uses, such as those likely to be authorized and implemented under the LRMP, run counter to these efforts and would add to the overall cumulative impacts to these species. Therefore, implementation of the LRMP **may affect and is likely to adversely affect** the Colorado pikeminnow, razorback sucker, humpback chub, and bonytail chub.

### *Direct, Indirect, and Cumulative Effects Related to Oil and Gas Leasing*

Substantial quantities of water are projected to be used to drill, fracture, and complete wells for both GSGP and conventional well development. The projected water uses are described in detail in Appendix J.C. Applicable mitigation measures (LRMP components) and oil and gas leasing stipulations are described in Appendix J.B.

GSGP wells would use approximately 7.9 to 13.1 acre-feet of water per well for the entire process. This level of consumption is six to 11 times the amount of water used to drill and complete a conventional gas well, and 11 to 18 times the amount of water used to drill and complete a single CBM well. Paradox conventional gas wells would use 3.3 acre-feet of water per wells to drill and complete. Total water consumption for GSGP and conventional oil well development in the Dolores and San Juan River Basins is estimated at 4,831 and 201 acre-feet, respectively (see Table 7 in Appendix J.C).

In the Northern San Juan Basin, CBM wells would be drilled on existing leases, but doubling the number of wells on each well pad. In total, 126 new federal wells are projected. Water consumption to drill, complete, and operate the wells over their 20-year economic life is estimated at 241 acre-feet. For the San Juan Sag (within the San Juan River Basin), 35 acre-feet of water is projected to be used in well drilling, fracturing, and completion process for unleased mineral estate over the next 15 years for all alternatives (see Table 7 in Appendix J.C).

### *Determination for Oil and Gas Leasing*

Providing adequate stream flows to maintain aquatic habitats for the four endangered fish species is a primary component of the recovery efforts for the four endangered big river fishes. Ongoing and new consumptive water uses, such as those to be implemented under the oil and gas leasing decision, run counter to these efforts and would add to the overall cumulative impacts to these species. Therefore, implementation of the LRMP **may affect and is likely to adversely affect** the Colorado pikeminnow, razorback sucker, humpback chub, and bonytail chub.

## 2.4 Assessment of Threatened and Endangered Plant Species

### *Pagosa skyrocket (Ipomopsis polyantha)*

#### Background

Pagosa skyrocket is an herbaceous biennial in the phlox family, typically from 12 to 24 inches tall. It has short, tubular white flowers that are often flecked with purple dots (Anderson 2004). The species typically blooms from mid-June to mid-July. During a pollinator study in 1992 and 1993, over 30 different insects were collected visiting Pagosa skyrocket, with bee species being the primary pollinators (Collins 1995). However, the study did not determine which species was the most important pollinator of Pagosa skyrocket (Wilken 2003). Based on the findings from this study, and the fact that Pagosa skyrocket sets

far less fruit when self-pollinated than when pollinators are present, it has been concluded that pollinators and their associated habitats are essential for the long-term successful reproduction and conservation of the plant. Pagosa skyrocket is considered a ruderal species, which means it is one of the first plant species to colonize disturbed lands (USFWS 2012c).

Pagosa skyrocket was listed as endangered under the ESA, effective August 26, 2011 (USFWS 2011c). Critical habitat for Pagosa skyrocket was designated on August 13, 2012 (USFWS, 2012), and is discussed in more detail below. There is currently no recovery plan for this species.

## Status and Distribution

Pagosa skyrocket is found only on Mancos Shale soils in and around the town of Pagosa Springs in Archuleta County. Population numbers fluctuate greatly from year to year, as is typical with biennial species. In 2011, it was estimated that there were 162,220 flowering plants between the two known populations. Collectively, these two populations occupy approximately 388 acres. The larger of the two populations is found on municipal and private lands in and around the town of Pagosa Springs and is estimated to contain 161,950 flowering plants on 342 acres. The second, smaller population is found on BLM, private, and Colorado Department of Transportation (CDOT) and Archuleta County ROWs near the old town site of Dyke, Colorado, approximately 13 miles to the west of the first population. In 2011, it was estimated that this population contained 270 flowering plants on 46 acres. Only 2.5% of the habitat occupied by this species is on federally managed land, with the remaining occupied habitat occurring on private and municipal lands, as well as along CDOT, Archuleta County, and private road ROWs (USFWS 2011c). This species is not known to occur on NFS lands, but is found on BLM land.

### *Habitat*

**Suitable Habitat:** As would be expected from a ruderal species, Pagosa skyrocket is found only within areas with light to moderate or discontinuous disturbances. Current populations are limited to Mancos Shale soils from the Upper Cretaceous period, at elevations between 6,750 and 7,775 feet (USFWS 2011c). This includes, but is not limited to ROWs alongside U.S. Highways 84 and 160, in roadside ditches, in areas cleared for overflow parking at the local rodeo grounds, along utility corridors, and in previously heavily grazed pasture land. It is often found on barren shales where very little other vegetation grows, but can also be found within a variety of vegetation types, including montane grasslands, within and at the edges of ponderosa pine stands, and in juniper/Gambel oak plant communities (Anderson 2004; USFWS 2012c). Within these vegetation types, it is typically found in more open areas or in small, sparsely vegetated areas where plant cover is less than 5% or 10% (USFWS 2012c). Although outcrops of Mancos Shale and soils derived from Mancos Shale within the elevation range of Pagosa skyrocket are common in Archuleta County and surrounding areas, the species is found on only a very tiny portion of this formation. Work conducted by Collins in 1995 on seed germination and pH measurements suggest that this species has very specific physiological requirements for germination and growth that might prevent its spread to other locations. However, it may also be dispersal limited, which may preclude its colonization of otherwise suitable sites (Anderson 2004). There are approximately 148,442 acres of suitable habitat for Pagosa skyrocket in Archuleta County. Approximately 27%, or 41,373 acres, occurs on the SJNF. Pagosa skyrocket has never been found on any of the suitable habitat on the SJNF. Approximately 2%, or 3,282 acres, occurs within the TRFO. Pagosa skyrocket has been found in a small portion of an isolated 42-acre parcel of BLM. The remaining suitable habitat on BLM lands in Archuleta County is unoccupied.

**Critical Habitat:** On August 13, 2012, the USFWS designated approximately 9,641 acres of critical habitat for Pagosa skyrocket for the purpose of conserving the species and its habitat. Four critical habitat units were designated in Archuleta County. These are, as they occur from west to east, 1) Dyke, 2) O'Neal Hill, 3) Pagosa Springs, and 4) Eight Mile Mesa. Both the Pagosa Springs unit and the Dyke unit are currently occupied by Pagosa skyrocket. The O'Neal Hill and Eight Mile Mesa units are unoccupied, but were designated as critical habitat because the USFWS felt that two populations do not offer adequate redundancy for the survival and recovery of Pagosa skyrocket (USFWS, 2012).

The Pagosa Springs unit is the largest at 6,456 acres, occurring on municipal, state, and private lands, and contains a majority of the known Pagosa skyrocket (USFWS, 2012). The Dyke unit is a total of 1,475 acres, with 42 acres on BLM lands and the remaining acreage on private lands and within CDOT and Archuleta County ROWs. This unit contains the smaller of the known populations and the only known portion of the population that occurs on federal land. The O'Neal Hill unit (564 acres) and Eight Mile Mesa unit (1,146 acres) are both entirely on NFS lands within the Pagosa Ranger District of the SJNF. Currently, Pagosa skyrocket does not occur in these two units, so they are considered unoccupied critical habitat. The O'Neal Hill unit is partially within the O'Neal Hill Special Botanical Area (SBA). All of the critical habitat units, occupied and unoccupied, contain the primary constituent elements needed to support the life-history processes of this species. The primary constituent elements described by the USFWS in the critical habitat designation include:

1. Mancos shale soils;
2. Suitable elevations and climate conditions – elevations between 6,400 to 8,100 feet, and climate conditions that provide suitable precipitation, cold, dry springs and winter snow;
3. Suitable plant communities – barren shales, open montane grassland, clearings within ponderosa pine, juniper, and/or oak communities;
4. Habitat for pollinators – a mosaic of native plant communities that can provide pollinator ground and twig nesting areas suitable for a wide range of pollinators, connectivity between areas, availability of floral resources, and a 1,000-meter area beyond occupied habitat to conserve pollinators essential for plant reproduction); and
5. Appropriate disturbance regimes – appropriate disturbance levels (light to moderate, or intermittent or discontinuous disturbance) and naturally maintained disturbances through soil erosion, or human-maintained disturbances, which can include light grazing, occasional ground clearing, and other disturbances that are not severe or continual. (USFWS 2012c)

## *Direct and Indirect Effects*

The final rule listing Pagosa skyrocket as endangered described several threats to this species. These include 1) the direct mortality and permanent loss of habitat due to development on private, commercial, residential, municipal, and agricultural property, including impacts associated with installation of utilities and access roads; 2) the destruction of flowering plants, rosettes, and seeds from heavy livestock use; 3) inadequate regulatory mechanisms on private, commercial, residential, municipal, and agricultural property to address the primary threats to the species; and 4) other natural and human-made factors, including effects of drought and climate change, lack of proven methods for propagation and reintroduction, specific soil and germination requirements, and fragmented habitat. Activities that may occur on the SJNF within potentially suitable habitat for Pagosa skyrocket include livestock grazing, installation and/or maintenance of utility corridors, mineral and energy development, vegetation management, fire management, road use and maintenance, and management of noxious weeds. Drought and climate change may also impact potentially suitable habitat for Pagosa skyrocket on the SJNF. The impacts of each activity would vary and are dependent on factors such as location, timing, and intensity. Specific conservation measures (standards, guidelines, and leasing stipulations) would be adopted as part of the LRMP to help eliminate, reduce, or mitigate the potential impacts from these activities. These are discussed in more detail below.

**Livestock Grazing:** Permitted livestock grazing occurs across much of the suitable habitat for Pagosa skyrocket on the SJNF. Livestock grazing is also permitted on portions of the O'Neal Hill critical habitat unit, which is part of a currently active allotment, and on the Eightmile Mesa critical habitat unit, which is part of a currently vacant allotment. Impacts from grazing to potentially suitable habitat could include soil disturbance from trampling and a potential increase in noxious weed due to this soil disturbance. Impacts to Pagosa skyrocket from livestock grazing would be minimized by the application of LRMP Standard 2.2.63, which requires that permitted livestock grazing in habitat occupied by federally listed plant species or in critical habitat for federally listed plant species, and be managed to prevent adverse effects to those federally listed plant species and their habitat. This standard would prevent the destruction of flowering plants, rosettes, and seeds from heavy livestock use and would prevent adverse effects to the native plant communities used by potential pollinators. Guidelines are also in place stating that long-term impacts to suitable habitat for federally listed plant species should be minimized.

**Installation and Maintenance of Utility Corridors:** Much of the suitable habitat for Pagosa skyrocket occurs within the public and private lands intermix, where the public need to access private land often requires the installation of new utilities and/or the maintenance of existing utilities. This typically requires ground-disturbing activities such as digging trenches to install utilities, replacement of power poles, or motorized access to aboveground utilities for maintenance. Threats to Pagosa skyrocket from these activities would be minimized by the application of LRMP Guideline 2.2.66, which states that new ground-disturbing activities should be managed to avoid habitat occupied by federally listed plant species in order to prevent the loss of habitat and prevent adverse effects to federally listed plant species. This guideline would prevent the direct mortality and permanent loss of habitat for Pagosa skyrocket. In addition, Guideline 2.2.71 would help prevent adverse impacts to habitat by avoiding or mitigating soil erosion or compaction on Mancos Shale. Changes to the primary constituent elements needed to support the life-history processes of this species, particularly those related to suitable plant communities and habitat for pollinators, would also be minimized by Guideline 2.2.71, as well as by Guideline 2.2.80, which states that persistent non-natives and invasive exotic plant species should be avoided in seed mixes.

**Mineral and Energy Development:** The known population of Pagosa skyrocket and the designated critical habitat for this species are not currently under lease for mineral and energy development. Only 4% of the suitable habitat for Pagosa skyrocket on SJNF lands is currently under lease. Mineral and energy development often requires ground disturbing activities which could potentially impact Pagosa skyrocket and its habitat. In areas **already under lease**, but not yet developed, standard lease terms can be used to move the location of a well or access road prior to development to help prevent or minimize impacts to this species, its suitable habitat, and its designated critical habitat. There is also a guideline in the LRMP that states that activities should be managed to minimize long-term impacts to the suitable habitat of federally listed plant species. These design criteria can be used to condition the approval of development on existing leases. In **new lease** areas, impacts to this species and designated critical habitat would be prevented by application of the NSO stipulation in areas occupied by federally listed plant species and within a 650-foot buffer around those lands. It also includes an NSO stipulation for SBAs. These stipulations would prevent the direct mortality of Pagosa skyrocket, prevent the permanent loss of habitat for Pagosa skyrocket, and prevent adverse effects to the native plant communities in occupied habitat used by potential pollinators.

**Vegetation Management:** Vegetation management (such as mechanical thinning and fuels treatments) may occur within suitable habitat for Pagosa skyrocket. Impacts to Pagosa skyrocket and its habitat are possible from these activities but would be minimized through the application of various standards and guidelines designed to 1) avoid new ground-disturbing activities in habitat occupied by federally listed plant species (Guideline 2.2.66); 2) minimize adverse effects to habitat for federally listed plant species (Guideline 2.2.67); 3) minimize impacts to Mancos Shale soil (Standard 2.2.61 and Guideline 2.2.71); 4) provide habitat for pollinators by retaining adequate slash (Guideline 2.2.73); and 5) prevent establishment of non-native plant species by avoiding the use of non-native and invasive exotic plant species during revegetation projects (Guideline 2.2.80). These standards and guidelines would minimize impacts to both occupied and unoccupied habitat.

**Management-ignited Fires:** Management-ignited fires may also occur within suitable habitat for Pagosa skyrocket. The standards and guidelines listed above for vegetation management projects would also apply to management-ignited fire, and would help prevent or minimize impacts to this species and its habitat. In addition, management-ignited fires are typically conducted in the spring (March, April, or May), prior to flowering of Pagosa skyrocket, or in the fall (October and November), after flowering and seed set, which should help minimize impacts to flowering individuals that may be present. Management-ignited fires would not impact the barren shale where this species can be found, but could impact the other vegetation types that provide habitat. However, the more open areas, and small, sparsely vegetated areas in these vegetation types with less than 5% or 10% cover where Pagosa skyrocket is typically found would likely experience low fire intensity and low burn severity, thus minimizing impacts to suitable habitat and any individuals that may be present. Prior to Euro-American settlement in the 1880s, low-intensity fire was a common disturbance event in the vegetation types where Pagosa skyrocket is found. Low-intensity management-ignited fires are not severe or continual disturbance, but instead would be considered light to moderate or intermittent or discontinuous disturbance, which is one of the

primary constituent elements needed to support the life-history processes of this species. Impacts to pollinators and their habitat are also possible since many fine fuels on the ground surface are consumed during burning. However, this impact would be localized and of relatively short duration. There are typically many patches of varying size that are left unburned after management-ignited fires, so many twigs and branches would still be available to pollinators. In addition, only a very small percentage of pollinator habitats within suitable Pagosa skyrocket habitat would be impacted by management-ignited fires in any given year. If fireline is needed to provide a control feature for a management-ignited fire, impacts would be minimized in both occupied and unoccupied habitat by the application of LRMP Guidelines 2.2.66 and 2.2.67. In addition, the disturbance caused by building fireline would impact only a very small fraction of suitable habitat for this species and would be considered an intermittent or discontinuous disturbance, which is appropriate to support the life-history processes of this species.

**Wildfires:** Impacts to suitable Pagosa skyrocket habitat from wildfires would be similar to those described for management-ignited fires, but more impacts could occur from suppression activities such as building fireline and mop-up activities. Naturally ignited fires in the public and private lands intermix and adjacent areas are usually suppressed as quickly as possible and are therefore typically less than a few acres in size, making the impacts of wildfire suppression very localized. As with management-ignited fires, the intermittent or discontinuous disturbance caused by building fireline would impact only a very small fraction of suitable habitat for this species with impacts from the construction of fireline being minimized in both occupied and unoccupied habitat by the application of LRMP Guidelines 2.2.66 and 2.2.67.

**Road Use and Maintenance:** Numerous roads currently exist within suitable Pagosa skyrocket habitat on the SJNF, including U.S. Highway 160, NFS roads, and permitted roads and driveways used to access private land. Impacts to suitable habitat from the maintenance of these roads are possible. In habitat occupied by Pagosa skyrocket, this impact can be mitigated using LRMP Guideline 2.2.66, which states that new ground-disturbing activities should be managed to avoid habitat occupied by federally listed plant species in order to prevent the loss of habitat and prevent adverse effects to federally listed plant species. In unoccupied habitat, impacts from periodic road maintenance would be considered intermittent or discontinuous disturbance, which is appropriate to support the life-history processes of this species. Loss of unoccupied habitat would be mitigated by the application of Guideline 2.2.67, which minimizes adverse effects to habitat for federally listed plant species by minimizing effects from ground-disturbing activities. Impacts from related activities, such as seeding roadsides to prevent erosion and weed establishment, could also impact suitable habitat. These potential impacts would be mitigated by the application of Guideline 2.2.80, which would help reduce competition with non-native species.

**Noxious Weed Treatment:** Noxious weeds are commonly found on roadsides and other disturbed areas that are considered suitable habitat for Pagosa skyrocket. Treatment of noxious weeds in unoccupied suitable habitat would minimize the amount of non-natives species that are present in suitable habitat, thus helping preserve native plant communities that provide habitat for potential pollinators. In habitat occupied by federally listed plant species, or in critical habitat for these species, LRMP Standard 2.2.63 requires that noxious weed treatment be managed to prevent adverse effects to those species and their habitat. Weed treatment crews would be trained to identify Pagosa skyrocket and its habitat and instructed to avoid this species during treatment activities.

**Drought and Climate Change:** In addition to the specific management actions discussed above, drought and climate change may also impact potentially suitable habitat for Pagosa skyrocket. Although the SJNF has no control over the intensity or timing of these events, a management emphasis on maintaining resilient plant communities and ecosystems would help mitigate potential adverse effects from drought and climate change. These include managing for productive soils and native plant communities (LRMP Desired Conditions 2.2.2, 2.2.6, 2.2.13, 2.2.15, 2.2.32, 2.2.33, 2.2.39, 2.2.40, and 2.2.41), restricting the use of non-native plant species that compete with federally listed plant species for resources and space (Guideline 2.2.80), planning for long-term seed storage of vulnerable plant species (Objective 2.2.55), and prohibiting heavy livestock grazing that could adversely impact suitable Pagosa skyrocket habitat and other native plant communities used by pollinators (Standard 2.2.63, Guidelines 2.2.66 and 2.2.67).

Critical habitat for Pagosa skyrocket was designated for the purpose of conserving this species and its habitat. As stated in Section 3 of the ESA, these areas may require special management considerations or protection. This is accomplished in the LRMP through the adoption of standards, guidelines, and leasing stipulations discussed above. The management activities that have potential to occur within the O'Neal Hill, Eightmile Mesa, and Dyke critical habitat units, including livestock grazing, road use and management, vegetation treatments, or oil and gas development, must abide by the direction found in the LRMP. The effects of these activities have been previously discussed.

In addition to the protections offered by management of critical habitat units, and the adoption of the standards, guidelines, and leasing stipulations found in the LRMP, some protections to Pagosa skyrocket are also offered through the designation of special areas and unique landscapes in MA 2. The O'Neal Hill SBA, which was designated in order to protect and preserve Pagosa bladderpod (*Lesquerella pruinosa*) (a USFS Region 2 sensitive plant species) and its habitat, is one of these areas. Although this SBA was not established specifically for Pagosa skyrocket, it contains similar Mancos shale habitat and the other primary constituent elements needed to support the life-history processes of Pagosa skyrocket. The protections provided by the SBA would help maintain self-sustaining populations of Pagosa skyrocket and the native plant communities used by potential pollinators of this species.

### *Cumulative Effects*

It is likely that past and current activities such as development, the construction and maintenance of roads and utility lines, and livestock grazing have all contributed to diminished distribution and a loss of habitat for Pagosa skyrocket across its entire global range. Approximately 70% of all suitable habitat for this species, and 98% of known populations, occur on commercial, residential, municipal, and agricultural properties on non-federal lands where there are few, if any, regulatory mechanisms available to address the primary threats to this species. Reasonably foreseeable future activities on non-federal land include continued commercial and residential expansion around Pagosa Springs, road maintenance and expansion, continued ROW maintenance, and exotic species control. Plans for development in and around Pagosa Springs affect almost the entire global range of Pagosa skyrocket and a majority of its suitable habitat.

The actions proposed on SJNF and TRFO lands under the Preferred Alternative would contribute to the past, present, and future impacts to Pagosa skyrocket described above, and thus contribute to cumulative impacts to this species. However, these impacts would be minimized by the application of standards, guidelines, leasing stipulations, and special area designations, as well as project-level mitigation.

### *Determination*

Activities on the SJNF and TRFO authorized under the LRMP, including livestock grazing, installation and/or maintenance of utility corridors, mineral and energy development, vegetation management, fire management, road use and maintenance, and noxious weed control **may affect, but are not likely to adversely affect** Pagosa skyrocket and its suitable habitat, and **would not result in the destruction or adverse modification of designated critical habitat** for Pagosa skyrocket. The effects of these activities would be minimized through the application of the standards, guidelines, and leasing stipulations, as described under direct and indirect impacts. In addition, impacts to Pagosa skyrocket, its suitable habitat, and designated critical habitat would be analyzed on a project-specific basis and impacts minimized with the development of project specific design criteria.

## *Knowlton's cactus (Pediocactus knowltonii)*

### Background

Knowlton's cactus is a diminutive ball cactus measuring up to 2.2 inches tall with solitary or clustered stems and pink flowers. It has very short spines and flowers in late April to early May (USFWS 2010). The most common pollinators seen on the flowers are small native bees, but pollination for Knowlton's cactus has not been specifically studied and very little is actually known about pollination of this species (USFWS 2013f).

Knowlton's cactus was listed as endangered under the ESA on October 29, 1979 (USFWS 1985). In 1985, the Knowlton Cactus Recovery Plan was completed by the USFWS. The two main goals of the 1985 recovery plan were to protect populations from present and future human threats, and ensure the maintenance of vigorous self-sustaining population in the species natural habitat (USFWS 1985). The 5-year review completed in 2010 recommended that the recovery plan be revised to incorporate new information on biology, ecology, management recommendations, and objectives, and that measurable recovery criteria for down and delisting of the species be developed, which address all listing factors relevant to the species. To date, the recovery plan has not been revised (USFWS 2010). No critical habitat for this species has been designated.

## Status and Distribution

Knowlton's cactus is currently known from a single natural population of approximately 6,100 plants within a 25-acre preserve owned by TNC in northern San Juan County, New Mexico. A few cacti (approximately 55) also occur on adjoining BLM land within approximately 33 feet of the TNC boundary. In 1986, 1987, and 1995, numerous Knowlton's cactus were transplanted to a nearby site owned by the Bureau of Reclamation in an attempt to establish a new population. Only two new plants were recruited into this population from 1987 to 2006, with rodent or rabbit predation killing most of the transplanted cacti.

By 2007, with mortality consistently exceeding recruitment, only a few individuals remained, and the attempt was deemed a failure. In 1991, another transplant was attempted on BLM land within the Reese Canyon Area of Critical Environmental Concern. By 2008, only three new plants had been recruited into this population, and the remaining transplanted cacti were being seriously impacted by rodent or rabbit predation. As of 2008, only 48 of the originally transplanted cacti remained alive, making the long-term persistence at this transplant site unlikely (USFWS 2010).

Knowlton's cactus is not known to occur in Colorado, although inaccurate reports of the species occurring in Colorado are still common in federal, state, and conservation organization literature and websites (Glenne 2013; USFWS 2010). However, the known population of Knowlton's cactus is within 30 meters of the Colorado border (USFWS 2010), and there is suitable habitat for the species on both private and federal lands in La Plata and Archuleta Counties in southern Colorado (Glenne 2013), including lands managed by the SJNF.

At the time of its listing in 1985, there were an estimated 7,000 plants in the natural population (USFWS 1985). Population surveys begun in 1992 showed that the population increased through the late 1980s and early 1990s to a peak of approximately 14,000 individuals in 1994 (USFWS 2010). Since 1994, however, the population has been gradually but steadily declining. Mortality in this population has consistently exceeded recruitment, with relatively few new seedlings becoming established since 1994. Both drought and predation by rodents seem to be contributing factors in this trend. The most recent population estimates from 2008 estimated that 6,100 cacti were present on the site (Sivinski 2008; USFWS 2010).

### *Habitat*

The current known population of Knowlton's cactus is found on varying aspects between 6,200 to 6,300 feet in elevation, on alluvial deposits with pea to cobble-sized gravel overlying the San Jose Formation. These rolling, gravelly hills are dominated by a pinyon-juniper-sagebrush vegetation community.

Although not known to occur in Colorado, an analysis of best available geology, soils, and vegetation information shows that there is potentially suitable habitat present in both La Plata and Archuleta Counties in southern Colorado (Glenne 2013). Surveys for this species and field reconnaissance of some of the areas considered most likely to contain suitable habitat for this species were done by the USFS on May 9 and 17, 1995. This included Ignacio Creek, Skull Canyon, Goose Creek, Turkey Creek, Spring Creek, and Salt Canyon. No Knowlton's cactus was found during these surveys, and it was determined that these areas did not contain suitable habitat based on the lack of pinyon-juniper-sagebrush communities in these areas and the lack of cobbly riverine alluvial soils (Dickerson 1995). Surveys of

potentially suitable habitat have also been done on nearby lands managed by the Bureau of Indian Affairs, but the species has never been found (Friedley 2013).

## *Direct and Indirect Effects*

The 5-year review of Knowlton's cactus listed several potential threats to Knowlton's cactus, including continued oil and gas exploration, illegal collection by cactus enthusiasts, predation by rabbits or rodents, and continued and worsening drought conditions due to changes in climate. Management activities that may occur on the SJNF under the Preferred Alternative within potentially suitable habitat for Knowlton's cactus include livestock grazing, minerals and energy development, and vegetation management. The impacts of each activity would vary and are dependent on factors such as location, timing, and intensity. Specific conservation measures (standards, guidelines, and leasing stipulations) would be adopted as part of the LRMP to help eliminate, reduce, or mitigate the potential impacts from these activities. These are discussed in more detail below.

**Livestock Grazing:** Permitted livestock grazing occurs within portions of the potentially suitable habitat for Knowlton's cactus on the SJNF. Impacts from grazing to potentially suitable habitat could include soil disturbance from trampling and a potential increase in noxious weed due to this soil disturbance. Impacts to Knowlton's cactus and its habitat from permitted livestock grazing would be minimized by the application of Standard 2.2.66, which requires that permitted livestock grazing in habitat occupied by federally listed plant species, or in critical habitat for federally listed plant species, and be managed to prevent adverse effects to those federally listed plant species and their habitat. Guidelines are also in place stating that long-term impacts to suitable habitat for federally listed plant species should be minimized.

**Mineral and Energy Development:** Approximately 38% of the area considered suitable habitat for Knowlton's cactus is currently under lease for potential mineral and energy development. Mineral and energy development often requires ground-disturbing activities that could potentially impact Knowlton's cactus and its habitat. In areas **already under lease**, but not yet developed, standard lease terms can be used to move the location of a well or access road prior to development to help prevent or minimize impacts to this species and its suitable habitat. There is also a guideline in the LRMP that states that activities should be managed to minimize long-term impacts to the suitable habitat of federally listed plant species. These design criteria can be used to condition the approval of development on existing leases. In **new lease** areas, impacts to this species would be prevented by application of the NSO stipulation in areas occupied by federally listed plant species, and within a 650-foot buffer around those lands. The NSO stipulation for federally listed species would be applied under each alternative. These stipulations would prevent both the direct mortality of Knowlton's cactus and the permanent loss of habitat for the species.

**Vegetation Management:** Vegetation management (such as mechanical thinning and fuels treatments) may occur within potentially suitable habitat for Knowlton's cactus. Impacts to Knowlton's cactus and its habitat are possible from these activities but would be minimized through the application of various standards and guidelines designed to minimize new ground-disturbing activities in habitat occupied by federally listed plant species (Guideline 2.2.66) and prevent establishment of non-native plant species by avoiding the use of non-native and invasive exotic plant species during revegetation projects (Guideline 2.2.80). These standards and guidelines would minimize impacts to potentially suitable habitat for Knowlton's cactus.

## *Cumulative Effects*

Past and present activities that have impacted Knowlton's cactus include continued oil and gas exploration, illegal collection by cactus enthusiasts, predation by rabbits or rodents, and continued and worsening drought conditions due to changes in climate. Past and current activities on the SJNF and TRFO that could impact Knowlton's cactus include livestock grazing, vegetation management projects, and oil and gas leasing. The actions proposed on SJNF and TRFO lands under the Preferred Alternative could contribute to the past, present, and future impacts to Knowlton's cactus described above, and thus

contribute to cumulative impacts to this species. However, these impacts would be minimized by the application of standards, guidelines, and leasing stipulations, as well as project-level mitigation.

### *Determination*

Actions associated with the Preferred Alternative **may affect, but are not likely to adversely affect** Knowlton's cactus and its suitable habitat. The application of the standards, guidelines, and special leasing stipulations described above should minimize adverse effects to Knowlton's cactus and its potential habitat on the SJNF. In addition, this species would continue to receive consideration during project-level planning for activities proposed in or near potential Knowlton's cactus habitat, which would include measures designed to avoid impacts to this species and its habitat as necessary.

# CHAPTER 3 – REFERENCES

Abell, R. 1994. San Juan River Basin water quality contaminants review. Volume 1. Unpublished report prepared by the Museum of Southwestern Biology, University of New Mexico for the San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque.

Aubry, K.B., K.S. McKelvey, and J.P. Copeland. 2007. Distribution and broadscale habitat relations of the wolverine in the contiguous United States. *Journal of Wildlife Management* 71:2147–2158.

Alexander, K., and A.G. Keck. 2011. Uncompahgre fritillary butterfly monitoring, inventory, and mapping: 2010 report and status. Unpublished Report, Western State College, Gunnison, Colorado.

Anderson, D. 2004. *Ipomopsis polyantha* (Rydberg) V. Grant (Pagosa Ipomopsis): A Technical Conservation Assessment. Report produced for the U.S. Department of Agriculture, Forest Service, Rocky Mountain Region, Species Conservation Project, Lakewood, Colorado.

Archer, D.L., L.R. Kaeding, B.D. Burdick, and C.W. McAda. 1985. *A Study of the Endangered Fishes of the Upper Colorado River*. Final Report-Cooperative Agreement, 14-16-006-82-959. U.S. Department of the Interior, Fish and Wildlife Service, Grand Junction, Colorado.

Barrowclough, G.F., and R.J. Gutiérrez. 1990. Genetic variation and differentiation in the spotted owl (*Strix occidentalis*). *Auk* 107:737–744.

Behnke, R.J. 1992. Greenback cutthroat trout. In *Native Trout of Western North America*, pp. 146–148. American Fisheries Society Monograph 6, Bethesda, Maryland: American Fisheries Society.

Bliesner, R., and V. Lamarra. 1995. *San Juan River Habitat Studies - 1994 Annual Report*. Logan, Utah: Keller Bliesner Engineering and Ecosystems Research Institute.

Buntjer, M.J., T. Chart, and L. Lentsch. 1994. *Early Life History Fishery Survey of the San Juan River, New Mexico and Utah*. Salt Lake City: Utah Division of Wildlife Resources.

Colorado River Cutthroat Trout Conservation Team. 2006. *Conservation Strategy for Colorado River Cutthroat Trout (*Oncorhynchus clarki pleuriticus*) in the States of Colorado, Utah, and Wyoming*. Fort Collins, Colorado: Colorado Division of Wildlife.

Colorado Division of Wildlife. 2009. Wildlife research report, July 2008 – August 2009. Post-release monitoring of Lynx reintroduced to Colorado. Colorado Division of Wildlife, Denver, CO.

Collins, Christine 1995. *The Natural History and Reproductive Biology of the Pagosa Gilia, Ipomopsis polyantha* (Rydberg) V. Grant var. polyantha (Polemoniaceae). M.S. Thesis. California State University, Fullerton, CA

Dickerson, Jimmy. 1995. *Survey Report for Knowlton's Cactus. On file: Pagosa Ranger District, San Juan National Forest.*

Ellingson, A.R. 1998. *Uncompahgre Fritillary Butterfly Monitoring and Inventory: 1997 Field Report and Status*. Report prepared for U.S. Forest Service, U.S. Bureau of Land Management, and U.S. Fish and Wildlife Service.

———. 2001. *Uncompahgre Fritillary Butterfly Monitoring and Inventory: 2000 Field Report and Status*. Report prepared for U.S. Forest Service, U.S. Bureau of Land Management, and U.S. Fish and Wildlife Service.

———. 2003. *Uncompahgre Fritillary Butterfly Monitoring and Inventory: 2002 Field Report and Status*. Report prepared for U.S. Forest Service, U.S. Bureau of Land Management, and U.S. Fish and Wildlife Service.

Ellis, N.M. 1914. *Fishes of Colorado*. University of Colorado Studies Vol.11(1).

Finch, D. M., and S. H. Stoleson, eds., 2000. *Status, Ecology, and Conservation of the Southwestern Willow Flycatcher*. General Technical Report RMRS-GTR-60. Ogden, Utah: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station.

Franklin, A.B., D.R. Anderson, R.J. Gutíerrez, and K.P. Burnham. 2000. Climate, habitat quality, and fitness in northern spotted owl populations in northwestern California. *Ecological Monographs* 70:539–590.

Friedley, Jim. 2013. Personnel communications regarding Knowlton's cactus surveys conducted by the Bureau of Indian Affairs.

Funk, W.C., E.D. Forsman, T.D. Mullins, and S.M. Haig. 2008. Introgression and dispersal among spotted owl (*Strix occidentalis*) subspecies. *Evolutionary Applications* 1:161–171.

Ganey, J.L., and R.P. Balda. 1994. Habitat selection by Mexican spotted owls in northern Arizona. *Auk* 111:162–169.

Glenne, Gina. 2013. Personnel communications regarding Knowlton's cactus.

Grinnell, J., and A.H. Miller. 1944. The distribution of the birds of fornia. *Pacific Coast Avifauna* 27.

Hamman, R.L. 1982. Spawning and culture of Humpback chub. *Progressive Fish-Culturist* 44:213–216.

Holden, P.B., editor. 1999. *Flow Recommendations for the San Juan River*. San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service. Albuquerque, New Mexico.

Holden, P.B., editor. 2000. *Program evaluation report for the 7-year research period (1991-1997).* San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, New Mexico.

Hunter, M.L., G.J. Jacobson Jr., and T. Webb III. 1988. Paleoecology and the coarse-filter approach to maintaining biological diversity. Conservation Biology 2:375–385.

Kaeding, L.R., B.D. Burdick, P.A. Schrader, and W.R. Noonan. 1986. Recent capture of a bonytail (*Gila elegans*) and observations on this nearly extinct cyprinid from the Colorado River. *Copeia* 1986:1021–1023.

Kaeding. L.R., and M.A. Zimmerman. 1983. Life history and ecology of the humpback chub in the Little Colorado and Colorado rivers of the Grand Canyon. *Transactions of the American Fisheries Society* 112:557–594.

Kyle, S.C., and W.M. Block. 2000. Effects of wildfire severity on small mammals in northern Arizona ponderosa pine forests. In *Fire and Forest Ecology: Innovative Silviculture and Vegetation Management*, edited by W.K. Moser and C.F. Moser, pp. 163–168. Tall Timbers Fire Ecology Conference Proceedings 21. Tallahassee, Florida: Tall Timbers Research Station.

Lamarra, V., M. Lamarra, and J. Carter. 1985. Ecological investigations of a suspected spawning site of Colorado squawfish on the Yampa River, Utah. *Western North American Naturalist* 45:127–140.

Lashmett, K. 1994. *Fishery Survey of the Lower San Juan River and the Upper Arm of Lake Powell* (RM 4.0-[-]0.8) 1993 B Annual Report. Durango, Colorado: Bureau of Reclamation.

Marshall, R.M., and S.H. Stoleson. 2000. Threats in Status, Ecology, and Conservation of the Southwestern Willow Flycatcher. Edited by D.M. Finch and S.H. Stoleson. U.S. Forest Service General Technical Report RMRS-GTR-60. Ogden, Utah: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station.

McCarthy, C.W., and W.L. Minckley. 1987. Age estimation for razorback sucker form Lake Mohave, Arizona and Nevada. *Journal Arizona-Nevada Academy of Science* 21:87–97.

McKelvey, K.S., Y.K. Ortega, G. Koehler, K. Aubry, and D.Brittell. 2000. Canada lynx habitat and topographic use patterns in north central Washington: a reanalysis. Chapter 10. In *Ecology and Conservation of Lynx in the United States*, L.F. Ruggiero, K.B. Aubry, S.W. Buskirk. Boulder: University Press of Colorado.

Metcalf, J.L., S.L. Lovell, C.M. Kennedy, K.B. Rogers, D. McDonald, J. Epp, K. Keepers, A. Cooper, J.J. Austin, and A.P. Martin. 2012. Historical stocking data and 19th century DNA reveal human-induced changes to native diversity and distribution of cutthroat trout. *Molecular Ecology* (2012).

Miller, W.J., J.A. Ptacek, Miller Ecological Consultants, U.S. Fish and Wildlife Service, and San Juan River Basin Recovery Implementation Program. 2000. *Colorado Pikeminnow Habitat Use in the San Juan River, New Mexico and Utah: Final Report*. Albuquerque, New Mexico: U.S. Fish and Wildlife Service, San Juan River Basin Recovery Implementation Program.

Miller, W.H., D.L. Archer, H.M. Tyus, and R.M. McNatt. 1982. Yampa River Fishes Study. Final Report. Salt Lake City: U.S. Fish and Wildlife Service.

Minckley, W.L. 1973. *Fishes of Arizona.* Arizona Game and Fish Department, Phoenix, AZ.

Nature Conservancy (TNC). 1982. *Natural Heritage Program Operations Manual*. Arlington, Virginia: The Nature Conservancy.

Noss, R.F. 1987. From plant communities to landscapes to conservation inventories: a look at the Nature Conservancy, USA. *Biological Conservation* 41:11–37.

Noss, R.F., and A.Y. Cooperrider. 1994. *Saving Nature's Legacy: Protecting and Restoring Biodiversity*. Washington D.C.: Island Press.

Osmundson, D.B., and L.R. Kaeding. 1989. *Studies of Colorado squawfish and razorback sucker use of the 15-mile reach" of the upper Colorado River as part of conservation measures for the Green Mountain and Ruedi Reservoir water sales.* Final report to U.S. Bureau of Reclamation. U.s. Fish and Wildlife Service, Grand Junction, Colorado.

Osmundson, D.B., and L.R. Kaeding, 1991. Flow Recommendations for Maintenance and Enhancement of Rare Fish Habitat in the 15-mile Reach during October-June. Final Report. Grand Junction, Colorado: U.S. Fish and Wildlife Service.

Platania, S.P. 1990. Biological summary of the 1987 to 1989 New Mexico-Utah ichthyofaunal study of the San Juan River. Unpublished report to the New Mexico Department of Game and Fish, Santa Fe, New Mexico.

Ruediger, B., J. Claar, S. Gniadek, B. Holt, L. Lewis, S. Mighton. B. Naney, G. Patton, T. Rinaldi, J. Trick, A. Vandehey, F. Wahl, N. Warren, D. Wenger, and A. Williamson. 2000. Canada Lynx Conservation Assessment and Strategy. Forest Service Publication #R1-00-53. Missoula, Montana: U.S. Department of Agriculture, Forest Service, U.S. Fish and Wildlife Service, Bureau of Land Management, and National Park Service.

Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, eds. 2000a. *Ecology and Conservation of Lynx in the United States*. Boulder, Colorado: University Press of Colorado.

———. 2000b. The scientific basis for lynx conservation: qualified insights. In *Ecology and Conservation of Lynx in the United States,* edited by L.F. Ruggiero, K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires, pp. 443–454. Boulder, Colorado: University Press of Colorado.

Ryden, D.W., and L.A. Ahlm. 1996. Observations on the distribution and movement of Colorado Squawfish, *Ptychocheilus Lucius*, in the San Juan River, New Mexico, Colorado, and Utah. *The Southwestern Naturalist* 41(2):161–168.

Ryden, D.W. 2000. *Adult fish community monitoring on the San Juan River, 1991-1997.* San Juan River Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, New Mexico.

Schultz, C., A. Garcia, and J. Redders. 2006. *Developing a Lynx Habitat Conservation Model, Assumptions, Criteria, and Components*. Durango, Colorado: San Juan National Forest.

Sedgwick, J.A. 2001. Geographic variation in the song of Willow Flycatchers: differentiation between *Empidonax traillii adastus* and *E. t. extimus*. *Auk* 118:366–379.

Seethaler, K.H. 1978. Life History and Ecology of the Colorado Squawfish (*Ptychocheilus lucius*) in the Upper Colorado River Biological Assessments. M.S. Thesis, Utah State University, Logan, Utah.

Sivinski, R. 2008. Referenced in: USFWS, 2010. *Knowlton's Cactus (Pediocactus knowltonii) 5-Year Review: Summary and Evaluation*. U. S. Fish and Wildlife Service, Albuquerque, New Mexico.

Sylvester, M.A., J.P. Deason, H.R. Feltz, and R.A. Engberg. 1988. *Preliminary Results of Department of Interior Drainage Studies*.

Tennant, D.L. 1972. A method for determining instream flow requirements for fish, wildlife and aquatic environment. In *Proceedings of the Instream Flow Requirement Workshop*. Portland, Oregon: Pacific Northwest River Basins Commission.

Tibbitts, T.J., M.K. Sogge, and S.J. Sferra. 1994. *A Survey Protocol for the Southwestern Willow Flycatcher (*Empidonax traillii extimus*)*. U.S. Department of the Interior, National Park Service. Technical Report NPS/NAUCPRS/NRTR-94/04. Flagstaff, Arizona: Colorado Plateau Research Station, Northern Arizona University.

Tyus, H.M. 1985. *Homing behavior noted for Colorado Squawfish.* Copeia 1985:213-215.

Tyus, H.M. 1987. Distribution, reproduction, and habitat use of the razorback sucker in the Green River, Utah, 197901986. *Transaction of the American Fisheries Society* 116:111–116.

Tyus, H.M., and C.W. McAda. 1984. Migration, movements and habitat preferences of Colorado squawfish *Ptychocheilus lucius*, in the Green, White and Yampa rivers, Colorado and Utah. *Southwest Naturalist* 29:289–299.

Tyus, H.M., and C.A. Karp. 1990. Spawning and movements of razorback sucker in the Green River Basin of Colorado and Utah. *Southwest Naturalist* 35(4):427–433.

———. 1989. *Habitat Use and Streamflow Need of Rare and Endangered Fishes, Yampa River, Colorado*. U.S. Fish and Wildlife Service, Biology Report 89(14).

Tyus, H.M., R.A. Valdez, and B.D. Williams. 1986. Status of endangered fishes in the Upper Colorado River, 1985. *Proceedings Bonneville Chapter American Fisheries Society* 1986:20–30.

Unitt, P. 1987. *Empidonax traillii extimus*: An endangered subspecies. *Western Birds* 18(3):137–162.

USDA Forest Service and U.S. Fish and Wildlife Service (USFS and USFWS). 2006. Canada Lynx Conservation Agreement. USFS Agreement #00-MU-11015600-013. Missoula, MT. Unpublished. 13 pp.

U.S. Fish and Wildlife Service (USFWS). 1967. Endangered Species List. Available at: http://www.fws.gov/southwest/es/arizona/Documents/Federal%20Registers/FR_List3_67.pdf Accessed on August 14,2003.

———. 1985. *Knowlton's Cactus Recovery Plan*. Albuquerque, New Mexico: U.S. Fish and Wildlife Service.

———. 1987. *Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin*. Lakewood, Colorado: U.S. Fish and Wildlife Service.

———. 1990. *Policy and Guidelines for Planning and Coordinating Recovery of Endangered and Threatened Species*. Washington, D.C: U.S. Fish and Wildlife Service.

———. 1993. *Final Biological Opinion for Small Water Depletions on Seven National Forests in Colorado and One in Wyoming*. Lakewood, Colorado: U.S. Fish and Wildlife Service.

———. 1994. *Uncompahgre Fritillary Butterfly Recovery Plan*. Denver: U.S. Fish and Wildlife Service.

———. 1995a. Endangered and threatened wildlife and plants; Determination of critical habitat for the Mexican spotted owl; final rule. *Federal Register*, Vol. 60, no. 108, June 6, 1995. pp. 29913–29951.

———. 1995b. *San Juan River Basin Recovery Implementation Program*. Albuquerque, New Mexico: U.S. Fish and Wildlife Service, Region 2.

———. 1996. *Final Biological Opinion for Water Depletions Associated with Routine Forest Actions Occurring within the Upper San Juan River Basin*. Lakewood, Colorado: U.S. Fish and Wildlife Service.

———. 2002a. *Southwestern Willow Flycatcher Recovery Plan*. Albuquerque, New Mexico: U.S. Fish and Wildlife Service.

———. 2002b. *Razorback Sucker (*Xyrauchen texanus*) Recovery Goals: Amendment and Supplement to the Razorback Sucker Recovery Plan*. Denver: U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, Colorado.

———. 2003. Letter dated April 11, 2003 giving notice of the Final Recovery Plan for Southwestern Willow Flycatcher. Grand Junction, Colorado: U.S. Fish and Wildlife Service, Ecological Services, Grand Junction Field Office.

———. 2004. Proposed Designation of Critical Habitat for the Southwestern Willow Flycatcher (*Empidonax traillii extimus*): Proposed Rule. *Federal Register* Volume 69, No. 196, 60706.

———. 2005. Recovery plan outline: contiguous United States distinct population segment of the Canada lynx. Unpublished. Helena, Montana: U.S. Fish and Wildlife Service Montana Field Office.

_______. 2005a. Canada lynx conservation agreement. USFS Agreement #00-MU-11015600-013. Missoula, MT. Unpublished. 9 pp.

———. 2008. *Supplement Biological Opinion for the Southern Rockies Lynx Amendment*. Denver: U.S. Fish and Wildlife Service, Region 6.

———. 2010. *Knowlton's Cactus (*Pediocactus knowltonii*) 5-Year Review: Summary and Evaluation*. Albuquerque, New Mexico: U.S. Fish and Wildlife Service.

———. 2011a. *Biological Opinion for the Management and Control of Noxious Plants on the San Juan and Rio Grande National Forests*. Grand Junction, Colorado: U.S. Fish and Wildlife Service, Ecological Services.

———. 2011b. Letter dated July 12, 2011 describing changes to southwestern willow flycatcher survey protocol requirements for projects occurring in Colorado. Grand Junction, Colorado: U.S. Fish and Wildlife Service, Ecological Services.

———. 2011c. *Federal Register* Vol. 76, No. 144. Endangered and Threatened Wildlife and Plants; Determination of Endangered Status for *Ipomopsis polyantha* (Pagosa Skyrocket) and Threatened Status for *Penstemon debilis* (Parachute Beardtongue) and *Phacelia submutica* (DeBeque Phacelia). July 27, 2011.

———. 2012a. Unit Species List of Federal Threatened, Endangered, and Candidate Species for the San Juan National Forest, December 21, 2012. Email from U.S. Fish and Wildlife Service, Grand Junction, Colorado. On file at the San Juan National Forest Supervisor's Office, Durango, Colorado.

———. 2012a. Section 7 Consultation Procedures for the Southwestern Willow Flycatcher on the San Juan National Forest. Grand Junction, Colorado: U.S. Fish and Wildlife Service, Ecological Services.

———. 2012b. Southwest Region. Mexican Spotted Owl Recovery Plan, First Revision (*Strix occidentalis lucida*). Albuquerque, New Mexico: U.S. Fish and Wildlife Service.

———. 2012c. *Federal Register* Vol. 77, No. 156. Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for *Ipomopsis polyantha* (Pagosa skyrocket), *Penstemon debilis* (Parachute beardtongue), and *Phacelia submutica* (DeBeque phacelia). August 13, 2012.

———. 2013a. Endangered and Threatened Wildlife and Plants: Threatened Status for the Distinct Population Segment of the North American Wolverine Occurring in the Contiguous United States. *Federal Register*/Vol. 78, No. 23, February 4, 2013. Pages 7864–7890.

———. 2013b. Endangered and Threatened Wildlife and Plants: Establishment of a Nonessential Experimental Population of the North American Wolverine in Colorado, Wyoming, and New Mexico. *Federal Register*/Vol. 78, No. 23, February 4, 2013. Pages 7890–7905.

———. 2013c. Endangered and Threatened Wildlife and Plants: Endangered Status for Gunnison Sage-Grouse. *Federal Register*/Vol. 78, No. 8, January 11, 2013. Pages 2486–2538.

———. 2013d. Endangered and Threatened Wildlife and Plants: Designation of Critical Habitat for Gunnison Sage-Grouse. Federal Register/Vol. 78, No. 8, January 11, 2013. Pages 2540–2570.

———. 2013e. News Release: Service Identifies Important Habitat Recovery of Southwestern Willow Flycatcher. Arizona Ecological Services, Phoenix, Arizona.

U.S. Forest Service. 1991a. Forest and rangeland birds of the United States, natural history and habitat use. *Agriculture Handbook* 688.

———. 1993. *Programmatic Biological Assessment for Minor Water Depletions Associated with Routine Forest Decisions in the Upper Colorado River Basin*. Glenwood Springs, Colorado: U.S. Department of Agriculture, Forest Service.

———. 1996. *San Juan National Forest Programmatic Biological Assessment for Water Depletions Associated with Routine Forest Actions Occurring Within the Upper San Juan River Basin.* Durango, Colorado: U.S. Department of Agriculture, Forest Service.

———.2005a. *Aquatic, Riparian, and Wetland Ecosystem Assessment San Juan National Forest.* U.S. Forest Service, Rocky Mountain Region.

———. 2005b. Southwestern Willow Flycatcher Species Assessment for the San Juan National Forest. Unpublished Report. Durango, Colorado: San Juan National Forest.

———. 2006. FSH 2509.25. Region 2 Watershed Conservation Practices Handbook (Region 2 Supplement).

———. 2008. *Supplemental Biological Assessment for the Southern Rockies Lynx Amendment*. Lakewood, Colorado: U.S. Department of Agriculture, Forest Service, Region 2.

———. 2011. *Biological Assessment for the Management and Control of Noxious Plants on the San Juan and Rio Grande National Forests*. Durango, Colorado: San Juan National Forest.

———. 2012. Letter to USFWS from the San Juan National Forest requesting concurrence on Southwestern willow flycatcher habitat management procedures. Durango, Colorado: San Juan National Forest Supervisor's Office.

U.S. Forest Service and U.S. Fish and Wildlife Service (USFS and USFWS). 2005. Canada lynx conservation agreement.

U.S. Forest Service and U.S. Fish and Wildlife Service (USFS and USFWS). 2006. Occupied mapped lynx habitat amendment to the Canada lynx Conservation Agreement. Missoula, MT. Unpublished. 5 pp.

Valdez, R.A., and G.H. Clemmer. 1982. Life history and prospects for recovery of the humpback and bonytail chub. In *Fishes of the Upper Colorado River Systems, Present and Future*, edited by W.H. Miller, H.M. Tyus, and C.A. Carlson. Bethesda, Maryland: Western Division, American Fisheries Society.

Wilken, D. 2003. Referenced in: Anderson, D. 2004. Ipomopsis polyantha (Rydberg) V. Grant (*Pagosa Ipomopsis*): A Technical Conservation Assessment. Report produced for the U.S. Department of Agriculture, Forest Service, Rocky Mountain Region, Species Conservation Project, Lakewood, Colorado.

Wilson, R.M., J.D. Lusk, S. Bristol., B. Waddell, and C. Wiens. 1995. Environmental Contaminants in Biota from the San Juan River and Selected Tributaries in Colorado, New Mexico, and Utah. U.S. Fish and Wildlife Service, Regions 2 and 6.

# APPENDIX J.A – LRMP SECTION 2.1- SPECIES CONSERVATION

## 2.1 Ecological Framework and the Conservation of Species

The following strategies, concepts, and components are used in this LRMP to establish an ecological framework for the conservation and management of ecosystems, habitats, and species. These are overarching strategies that have relevance to a wide range of program areas and agency actions occurring on TRFO and SJNF lands. They are especially important to the four program areas of terrestrial ecosystems and plant species, terrestrial wildlife, riparian and wetland ecosystems, and aquatic ecosystems (Sections 2.2–2.5).

### *Sustainable Ecosystem Strategy*

Ecosystems are communities of living organisms interacting with each other and with their physical environment (Kaufmann et al. 1994). They are dynamic systems that change in response to succession, climate, and the effects of disturbances, including those caused by fire, insects, disease, drought, wind, and humans. Humans are an integral part of ecosystems and depend on them for their short- and long-term well-being. In order to meet the social and economic needs of future generations, ecosystems are to be managed for sustainability. To ensure the long-term sustainability of ecosystems, humans must manage within the physical and biological capabilities of the land, maintain all of the ecological components and processes, and not irreversibly alter ecosystem integrity and resilience. The concept of sustainability is a fundamental component of the LRMP and is guided by the Multiple-Use Sustained-Yield Act (MUSY) and the FLPMA. The MUSY directs that federal lands are managed in a manner that provide a framework of social, economic, and ecological conditions that sustain native ecosystems, support a diversity of native plant and animal species, and provide a continuous flow of goods and services to the nation. The FLPMA directs that public lands be managed based on multiple use and sustained yield, as well as the protection of other values including, but not limited to, scenic, historical, ecological, environmental, air and atmospheric, and water resource values.

The MUSY identifies three interrelated and interdependent elements of sustainability for the USFS: social, economic, and ecological. Social and economic sustainability is associated with the provision of goods and services from the TRFO and SJNF to people and communities over the long term. Sustainability takes into account the social and economic conditions of the planning area, including recreational opportunities, multiple uses that contribute to local and regional economies, and cultural resources. Ecological sustainability is intended to provide the ecological conditions that maintain or restore the diversity of native ecosystems and natural disturbance processes. This in turn will maintain suitable habitats for a wide range of plant and animal species and provide for the diversity and viability of plant and animal species, populations, and communities. When applied effectively, the sustainable ecosystems strategy will result in ecological conditions similar to those under which native species evolved. Achieving these conditions offers some assurance against further losses of biodiversity (Seymore and Hunter 1999). Managing for ecological sustainability is intended to ensure that ecosystems of the TRFO and SJNF continue to maintain the ecological conditions necessary to provide goods and services needed by people and communities, now and in the future. This strategy is also consistent with the management of public lands as prescribed under the FLPMA.

The sustainable ecosystems strategy of the TRFO and SJNF includes 1) protected area designation and preservation (a coarse-filter approach), 2) ecosystem management using sustainable ecosystem concepts, 3) the development and application of plan components (desired conditions, objectives, standards, and guidelines) that provide a framework for the management and preservation of ecosystems, and 4) monitoring the effects of management activities on the TRFO and SJNF and the application of adaptive management principles. Effective monitoring and evaluation of how management activities are affecting ecosystems and species, and the correct application of adaptive management principles, will be critical to maintaining functional, sustainable ecosystems and addressing the needs of dependent species. Refer to Chapter 4 for a description of the SJNF and TRFO monitoring components.

## *Disturbances and the Historical Range of Variability*

Major disturbances, including those caused by fire, insects, disease, drought, wind, floods, and humans, can have a profound effect toward shaping the composition, structure, and function of ecosystems at multiple scales and in creating a heterogeneous pattern of vegetation communities and habitats across the planning area. Disturbances vary in magnitude, size, and frequency, some of which humans have little control over. Multiple disturbances can interact in complex ways and often act in concert, which can predispose ecosystems to more intense effects. Many of these disturbances have significant long-term effects on terrestrial, riparian area and wetland, and aquatic ecosystems. It is not a question of whether disturbances will happen, but when, where, and at what scale they will happen. Disturbances can have a major influence (adverse or beneficial) on the agencies' ability to achieve the desired conditions and objectives of the LRMP.

The Historical Range of Variability (HRV) of ecosystems is determined by major disturbances and also less dramatic changes occurring over a long period of time. HRV is an important concept used in the LRMP to guide the management of ecosystems and to achieve ecosystem sustainability. HRV provides a tool used to gain a better understanding of complex ecological systems. It can be used to establish an ecological baseline, allowing managers to identify trends, assess the need for ecological restoration, and evaluate the consequences of management activities (Kaufmann et al. 1994; Kulakowski and Veblen 2006; Landres et al. 1999; Moore et al. 1999; Swetnam et al. 1999; Veblen and Donnegan 2005). HRV describes a dynamic set of boundaries within which most native biota have persisted through time and across space (Landres et al. 1999; Swetnam et al. 1999).

Using a reference period of indigenous settlement that occurred from the 1500s to the late 1800s, HRV first describes the range of ecological conditions that occurred on TRFO and SJNF lands under more "natural" disturbance regimes. Conditions occurring during this period represent those that existed prior to European-American settlement, which introduced sweeping ecological changes due to activities such as large-scale timber harvest, livestock grazing, fire suppression, dams, consumptive water uses, and roads.

The HRV is then used to evaluate the current ecological conditions of ecosystems on TRFO and SJNF lands by comparing them to the ecological conditions that occurred during the reference period. The HRV concept assumes that as ecological conditions depart from the range of historic conditions (primarily due to human actions), the risk of species loss increases (Duffy et al. 1999). Since native species evolved under HRV conditions, maintaining a full range of similar conditions will offer some assurance against the loss of biodiversity (Seymore and Hunter 1999). As reflected in the desired conditions, objectives, and standards and guidelines that follow, the intent is to use HRV to better describe and understand ecosystems within TRFO and SJNF lands and to help develop attainable LRMP components that are intended to protect and sustain ecosystems and species, while meeting a variety of public needs where possible. The intent is not to mandate that HRV conditions be achieved in all cases.

## *Protected Areas*

Protected areas are key components of the sustainable ecosystems strategy. Protected areas are lands especially dedicated to the protection and maintenance of biological diversity (International Union for Conservation of Nature 1994).They are large, mostly unaltered, undeveloped, and roadless lands that contain terrestrial, riparian area and wetland, and aquatic ecosystems at multiple scales. They serve as conservation reserves and refuges to protect the native biodiversity within them (Norton 1999; Noss 1991). They also provide wildlife movement corridors and landscape linkage areas that connect habitats and landscapes, which in turn facilitate the interaction of species.

Management objectives for protected areas on TRFO and SJNF lands include:

- Preserving habitats, ecosystems, and species in as undisturbed a state as possible;
- Conserving the area's biodiversity through protection, not through active management;
- Ensuring the integrity of its ecosystems; and
- Maintaining established ecological processes.

Establishing and preserving protected areas is a means to maintain ecosystem diversity, which presumably will protect the diversity and viability of native plant and animal species and communities, and the ecological processes occurring within those ecosystems. The maximum level of biodiversity will be preserved if the maximum diversity of habitats is represented in protected area networks (Noss and Peters 1995; Scott et al. 1993). The establishment and preservation of protected areas is analogous to the Nature Conservancy's (TNC) coarse-filter conservation approach, which is well-documented in the literature and has broad support in the scientific community (Hunter et al. 1988; Noss 1987; TNC 1982). Protected areas, which make up about 48% of public lands within the planning area, include wilderness areas, the Piedra Area, WSAs, research natural areas (RNAs), and CRAs (see Figure 2.1.1).

Unaltered, unroaded, high-elevation terrestrial, riparian, and wetland ecosystems are very well represented in protected areas on both SJNF and TRFO lands. These include alpine areas, spruce-fir forests, aspen forests, Thurber fescue mountain grasslands, riparian forests and shrublands, fens, and herbaceous riparian areas and wetlands. Unaltered, unroaded, mid-elevation ecosystems are also well represented in SJNF and TRFO protected areas. These include cool-moist mixed conifer forests, warm-dry mixed conifer forests, ponderosa pine forests, pinyon-juniper woodlands, mountain shrublands, Arizona fescue mountain grasslands, deciduous riparian forests and shrublands, and herbaceous riparian areas and wetlands. Unaltered, unroaded, low-elevation ecosystems are less common and not as well represented in protected areas in the planning area. These include sagebrush shrublands, semi-desert shrublands and grasslands, deciduous riparian forests, and hanging gardens. For aquatic ecosystems, both lotic (running water) and lentic (standing water) ecosystems are well represented throughout the network of protected areas in the planning area. However, these waters are almost exclusively cold water systems. Warm water systems are not well represented within the SJNF and TRFO protected areas.

### *Ecosystem Management*

Ecosystem management is an important integrating component of the sustainable ecosystems strategy. Ecosystem management uses an ecological approach to blend the social, economic, and ecological needs and values to assure productive, sustainable ecosystems, perpetuate natural disturbance regimes, and allow human uses that do not result in long-term ecological degradation (Kaufmann et al. 1994; Noss and Cooperrider 1994). Outside the designated protected areas described above, a wide range of public uses and management activities occur on TRFO and SJNF lands. For these lands, the application of sustainable ecosystem management principles is critical to maintaining ecosystems, providing for biological diversity, and maintaining populations of fish, wildlife, and plant populations. Ecosystem management on SJNF and TRFO lands, which uses the HRV for reference, will be implemented by maintaining or restoring the composition (plant species, animal species, and vegetation types), structure (size, density, and arrangement of live and dead vegetation, stream channel attributes), function (ecological processes and disturbances), and physical environment (soils, water, and geomorphology) of ecosystems. Ecological assessments specific to the SJNF and TRFO are used to describe current ecological conditions in and adjacent to the planning area (Romme et al. 2009; USFS 2005a). The ecosystem management approach will be implemented at multiple scales using terrestrial, riparian area and wetland, and aquatic ecosystems as the primary analysis units. The approach is intended to protect and maintain these ecosystems and ensure the diversity and population viability of the majority of species within them.

## Species Management Strategy

Species that may not be adequately recognized or protected by the above ecosystems management approach, or whose specific habitat needs or other life requirements may not be fully met under the sustainable ecosystems strategy, will be given special management considerations, including the development of LRMP components that contribute to the conservation of those species. This species conservation approach is analogous to TNC's fine-filter approach that protects species with known conservation concerns (Hunter et al. 1988; Noss 1987; TNC 1982). The species conservation approach may be needed for species at risk of extinction, species that are highly vulnerable to disturbances, species whose habitat includes rare ecological components (rare soil types or geologic types) that occur at a very small scale, and species with unique hydrologic conditions. This approach may also be needed

for special status species whose key habitat components are directly affected by agency management activities.

## Special Status Species and Management Indicator Species

Special status species on TRFO and SJNF lands include federally listed species, species proposed for federal listing, candidate species for federal listing, Region 2 Regional Forester's sensitive species, and Colorado BLM State Director's sensitive species. Some of these species have immediate needs that may not be adequately recognized and addressed by the overall sustainable ecosystems strategy. As such, they are given special consideration, and additional LRMP components have been developed to address those special needs. In addition, current species-specific conservation plans and strategies are relied upon to address the needs of special status species. These plans and strategies are discussed within the applicable resource sections below and are analogous to TNC's fine-filter approach. LRMP components specific to special status species augment those components developed through the ecosystem management approach. A list of special status species can be found in Volume III, Appendix P.

USFS Management Indicator Species (MIS) serve several related functions in LRMP development and implementation. MIS are typically selected due to their responsiveness to land management activities and represent groups of species with similar needs. With these applications in mind, MIS are used to develop LRMP objectives for fish and wildlife populations and their habitats, analyze the degree to which LRMP alternatives meet those objectives, and ultimately monitor the effectiveness of LRMP implementation. Changes in MIS populations, or their habitats, may indicate how management has affected the composition, structure, or function of habitats and ecosystems, and help determine the need for change. The planning requirement to identify and address MIS is applicable only to NFS lands (36 CFR 219) and is not required by BLM planning regulations. The BLM does not identify MIS but instead monitors and reports on sensitive species populations as directed in BLM Manual 6840 (BLM 2008).

Species considered for inclusion as MIS on SJNF lands were developed using the following five categories:

- Endangered and threatened plant and animal species identified on state and federal lists;
- Species commonly hunted, fished, or trapped;
- Non-game species of special interest;
- Species with special habitat needs that may be influenced significantly by planned management programs; and
- Additional plant or animal species selected because their population changes are believed to indicate the effects of management activities on water quality.

## Biological Diversity and Population Viability

The maintenance of biological diversity and population viability on SJNF and TRFO lands are addressed directly or inferred under a variety of laws, regulations, and policies specific to each agency. These include the NFMA, the MUSY, the FLPMA, and the Endangered Species Act of 1973 (ESA). Some of the supporting federal regulations, departmental regulations, and departmental manual direction include 36 CFR 219.19, Forest Service Manual (FSM) 2620, FSM 2622.01, and U.S. Department of Agriculture (USDA) Departmental Regulation 9500-4.

For lands managed by the USFS, 36 CFR 219.19 specifically requires that "[f]ish and wildlife habitat shall be managed to maintain viable populations of existing native and desired non-native vertebrate species in the planning area," and "[f]or planning purposes, a viable population shall be regarded as one which has the estimated numbers and distribution of reproductive individuals to insure [sic] its continued existence is well distributed in the planning area." Regulation 36 CFR 219.26 requires that "[f]orest planning shall provide for diversity of plant and animal communities and tree species consistent with the overall multiple-use objectives of the planning area. Such diversity shall be considered throughout the planning process." In addition, the FLPMA specifies that special uses granted by the Secretary of Agriculture or the Secretary of the Interior are subject to terms and conditions that "minimize damage to fish and wildlife habitat and otherwise protect the environment." Agency actions should avoid or minimize impacts to

species whose viability has been identified as a concern. USFS actions must not result in loss of population viability or create significant trends toward federal listing (FSM 2670.32).

BLM Colorado's Standards for Public Land Health (BLM Manual H-4180-1) describe the resource conditions and acceptable management practices for BLM lands. Standards of land health are expressions of levels of physical and biological condition or degree of function required for healthy lands and sustainable uses, and define minimum resource conditions that must be achieved and maintained. Standards are applied on a landscape scale and relate to the potential of the landscape. Standard 2 requires that riparian habitat associated with perennial streams functions properly, provides habitat, provides biodiversity, and meets water quality standards. Standard 3 specifies that wildlife and fish communities are maintained at viable population levels commensurate with habitat potential. Standard 4 requires that special status species and their habitats are maintained and enhanced.

In addition, the BLM's Special Status Species Management Manual requires that methods and procedures be identified in land use plans that ultimately bring sensitive species and their habitats to a condition in which management under sensitive species policies is no longer necessary (BLM Manual Section 6840.2B).

The SJNF and TRFO sustainable ecosystems and species management strategies combine to provide a foundation for addressing the legal, regulatory, and policy requirements described above. The underlying assumption is that implementing a management strategy that maintains sustainable ecosystems, along with a species strategy that addresses the specific needs of selected species, will provide for species diversity and long-term population viability, in as much as species diversity and population viability can be tied to the management of local federal lands. These two strategies are implemented through the LRMP components, which provide a framework for the management and protection of ecosystems, populations, and individual species occurring on SJNF and TRFO lands.

For each of the aforementioned ecosystem categories (riparian area and wetland ecosystems, aquatic ecosystems, and terrestrial ecosystems), specific management direction has been developed that is intended to address the legal, regulatory, and policy requirements for species diversity and population viability described above. The process applied was to identify a range of key ecosystem elements, determine the importance of those elements to maintaining species diversity and population viability (e.g. limiting factors), define desired future conditions and land management objectives for those elements, and ensure that appropriate management standards and guidelines are in place that address the ecological needs of species and populations. In general, management standards have been developed for those elements determined to have an overriding influence on species diversity or long-term population viability, while other elements that have less influence are typically addressed through the application of guidelines.

# APPENDIX J.B – APPLICABLE LRMP MANAGEMENT DIRECTION (DESIRED CONDITIONS, MANAGEMENT OBJECTIVES, STANDARDS, GUIDELINES, AND LEASE STIPULATIONS)

## *Desired Conditions*

2.2.1 The composition, structure, and function of terrestrial ecosystems are influenced by natural ecological processes, including disturbance events such as fire, infestations by insects or disease, winds, and flooding.

2.2.2 Non-climate ecosystem stresses (e.g., high road densities, water depletions, air and water pollution) are reduced to improve the resilience and resistance of ecosystems to the future dynamics of a changing climate.

2.2.3 Key ecosystems that are not functioning properly are realigned/restored/renovated to survive the near-future dynamics of changing climate.

2.2.4 Future biodiversity, especially for endangered, rare, or dwindling species, is protected in the face of a changing climate by safeguarding habitats, preserving genetic diversity, and cooperating with seed banking efforts that provide secure, long-term storage of plant genetic resources.

2.2.5 Terrestrial ecosystems have a diverse composition of desirable native plants that are vigorous and self-perpetuating. Invasive plant species are absent or rare.

2.2.6 All development stages of the forested terrestrial ecosystems are well represented at the landscape scale and occur within the ranges identified in Tables 2.2.1 and 2.2.2.

2.2.7 Old growth ponderosa pine, old growth pinyon-juniper and old growth warm-dry mixed conifer forests are more abundant, occupy more acreage, and are well distributed on SJNF and TRFO lands.

2.2.8 Aspen forests display larger patches of the young-development stage.

2.2.9 Terrestrial ecosystems, including habitat for special status plant species, are productive, sustainable, and resilient, and provide goods and services over the long-term.

2.2.10 Forested terrestrial ecosystems display a Fire Regime Condition Class of 1.

2.2.11 Canyon escarpments, and the terrestrial ecosystems that occur on them, serve as refugia for native biota. These escarpments are associated with the following canyons: Lower Dolores River, Wild Steer, Coyote Wash Spring, McIntyre, Summit, Big Glade, Lake, Doe, Narraguinnep, Cabin, Ferris, Salter, Spruce Water, and Lost. They also include the Mesa Verde Escarpment.

2.2.15 Forested terrestrial ecosystems have stand structures and tree species composition that offer resistance and resilience to changes in climate, including extreme weather events, or epidemic insect and disease outbreaks.

2.2.16 Non-forested terrestrial ecosystems have community structure and species composition that offer resistance and resilience to changes in climate, including extreme weather events, or epidemic insect and disease outbreaks

2.2.17 Local seeds of desirable native plant species are available for revegetation and restoration efforts.

2.2.18 Suitable habitats for species vulnerable to climate change exist and serve as seed sources for revegetation and restoration efforts.

2.2.19 The SJNF and TRFO forested ecosystems provide net positive carbon storage.

2.2.20 Five-needle pine species (southwestern white pine [Pinus strobiformus], limber pine [P. flexilis], and bristlecone pine [P. aristata]) are maintained as a component of forested ecosystems.

2.2.21 High-elevation stands dominated by aspen (Populus tremuloides) will be maintained or increased over time to ensure the persistence of aspen on the landscape in light of declining aspen health and loss of aspen in lower elevations associated with a warmer and drier climate.

2.2.22 Ponderosa pine, warm-dry mixed conifer, and cool-moist mixed conifer forest stands that are in the old growth development stage and that have not been previously harvested are managed for their old growth values through active or passive management.

2.2.23 **Ponderosa Pine Forests -** Ponderosa pine forests display variable density and structure. Most stands reflect uneven-age structure comprising variable-sized, even-aged clumps of trees. Clumps vary in size, ranging from as few as three trees to as many as 20 or more trees. Tree clumps vary in density from widely spaced large trees to tightly spaced small trees. Collectively, these forests contain multiple canopy layers. Between or surrounding these clumps are shrub- and/or grass/forb-dominated openings. Ponderosa pine seedlings and saplings are present, as are large old, yellow-barked ponderosa pine trees. The presence of other tree species—e.g., Douglas-fir, white fir, blue spruce (Picea pungens), or Rocky Mountain juniper (Juniperus scopulorum)—is infrequent to rare. The abundance and distribution of Gambel oak (Quercus gambelii) and other native shrubs in the understory of these forests is variable and includes small and large patches of all size classes. Native grasses and forbs (including bunchgrasses, Arizona fescue, muttongrass [Poa fendleriana], and mountain muhly [Muhlenbergia montana]) are present and well distributed in most ponderosa pine forests. Forest litter is common, though highly variable in depth and extent due to fire. Invasive plant species are absent or rare. Presence of snags or large wood (on the ground) is also highly variable due to fire. Low-intensity, high-frequency surface fires are common in most ponderosa pine forests (with frequencies ranging from about 12 to 30 years).

2.2.24 **Warm-Dry Mixed Conifer Forests -** Warm-dry mixed conifer forests display variable density and structure, similar to ponderosa pine forests, with added complexity in species composition. Most stands reflect uneven-age structure composed of variable-sized, even-aged clumps of trees. Some have open canopies with widely spaced trees, especially on warmer aspects; some are dense with more closed canopies (e.g., on cooler aspects). Composition is dominated by ponderosa pine. Douglas-fir is a typical minor component. Trees range from young to old. White fir, blue spruce, or limber pine may be present, but infrequent. Shrub- and/or grass/forb-dominated openings are common. The abundance and distribution of Gambel oak and other native shrubs in the understory of these forests is variable, and includes small and large patches of all size classes. Native grasses and forb (including tall bunchgrasses) are common and well distributed in most warm-dry mixed-conifer forests. Invasive plant species are absent or rare. Forest litter is common, though variable in depth and extent due to fire. Presence of snags or large wood (on the ground) is also variable due to fire. Low-intensity, surface fires occur in most warm-dry mixed conifer forests (with frequencies ranging from about 18 to 28 years). Tree species composition is closely tied to fire frequency, with Douglas-fir and white fir (or blue spruce) increasing during longer fire-free periods, and ponderosa pine increasing during shorter fire-free periods.

2.2.25 **Cool-Moist Mixed Conifer Forests -** Cool-moist mixed conifer forests display variable stand structures and species composition. Most are dense with closed canopies and multiple canopy layers. Tree species composition includes an abundance of Douglas-fir trees (ranging from young to old); other species include white or subalpine fir (Abies lasiocarpa), blue or Engelmann spruce (Picea engelmannii), aspen, or limber pine. Patches of cool-moist mixed conifer forest, ranging

from small to large, are distributed across the landscape. The canopy cover of shrubs in the understory of these forests is highly variable. Native grasses and forbs are common and well distributed in most cool-moist mixed conifer forests. Forest litter is common and well distributed. Invasive plant species are absent or rare. Snags and large wood (on the ground) are abundant in late successional stages. Mixed-severity fires occur in most cool-moist mixed conifer forests (with frequencies of about 144 years). All development stages of these forests are well represented.

2.2.26 **Spruce-Fir Forests -** Spruce-fir forests display variable stand structures and species composition. Engelmann spruce is generally dominant; subalpine (or corkbark) fir makes up a lesser, but common, component. Bristlecone pine (Pinus longaeva), limber pine, aspen, white fir, or Douglas-fir are infrequent to rare and usually found on warmer, drier aspects. Most spruce-fir forests are dense with closed canopies and multiple canopy layers. Patches of spruce-fir forest, ranging from small to large, are distributed across the landscape. The canopy cover of shrubs in the understory of these forests is highly variable. High-elevation spruce-fir forest can have bristlecone pine, but is rare. Native grasses and forbs are common and well distributed in most spruce-fir forests. Forest litter is common and well distributed. Invasive plant species are absent or rare. Snags and large wood (on the ground) are abundant in most development stages. High-intensity, stand-replacement fires can occur in most spruce-fir forests (with frequencies longer than 200 years); most fires are of limited scale and variable intensity. All development stages of these forests are well-represented.

2.2.27 **Aspen Forests -** Aspen forests display simple to variable stand structures—generally simple where conifer is rare or absent or variable where conifer comprise a substantial portion (up to 49% of the canopy cover). Patches of aspen, ranging from small to large, are distributed across the landscape. Aspen is infrequent to rare in the lowest- and highest-elevation forests (ponderosa pine and spruce-fir, respectively), and common throughout mixed conifer forests. The canopy cover of shrubs in the understory of these forests is highly variable. Native grasses and forbs are abundant and well distributed in most aspen and aspen-conifer forests. Forest litter is common and well distributed. Invasive plant species are absent or rare. Snags and large wood (on the ground) are abundant in late successional stages. Fire frequency in aspen stands is about 140 years. All development stages of these forests are well-represented.

2.2.28 **Pinyon-Juniper Woodlands -** Pinyon-juniper woodlands display variable stand structures. Some have open structures with widely spaced trees; others are dense with high canopy covers. Most stands are uneven aged. Tree species composition varies in pinyon pine (Pinus edulis) and/or juniper (Juniperus sp.) abundance, ranging from young to old. The canopy cover and size of Gambel oak, sagebrush (Atriplex sp.), and other shrubs in the understory of these forests is variable. Native grasses and forbs are present and well distributed. Biological soil crusts and litter are common and well distributed on most sites. Invasive plant species are absent or rare. High-intensity, stand-replacement fires occur in most pinyon-juniper woodlands (with frequencies of 100 to 123 years).

2.2.29 **Mountain Shrublands -** Mountain shrublands display variable stand structures. Most are dense with high canopy cover; others are open with widely spaced shrubs. Gambel oak and other deciduous native shrubs (including mountain mahogany [Cercocarpus montanus], serviceberry [Amelanchier sp.], chokecherry [Prunus virginiana], fendlerbush [Fendlera rupicola], and squaw apple [Peraphyllum ramosissimum]) are abundant and well distributed. Native grasses and forbs are abundant and well distributed. Invasive plant species are absent or rare. Litter is common and well distributed. High-intensity, replacement fires occur in most mountain shrublands.

2.2.30 **Sagebrush Shrublands -** Sagebrush shrublands display variable stand structures. Some are open with widely spaced shrubs; others are dense. Some large patches are present. Sagebrush and other native shrubs are abundant and well distributed. Native perennial grasses (including Indian ricegrass [Oryzopsis hymenoides], galleta [Pleuraphis sp.], western wheatgrass [Pascopyrum smithii], and needle and thread [Hesperostipa comata]) are abundant and well distributed. Encroachment of pinyon and juniper trees is absent or rare. Invasive plant species

are absent or rare. Biological soil crusts are common and well distributed on many sites. High-intensity, replacement fires occur in most sagebrush shrublands.

2.2.31 **Semi-Desert Shrublands -** Semi-desert shrublands are dominated by native shrubs that could include shadscale saltbush (Atriplex confertifolia), winterfat (Krascheninnikovia lanata), fourwing saltbush (Atriplex canescens), plains pricklypear (Opuntia polyacantha), rubber rabbitbrush (Ericameria nauseosa), spiny hopsage (Grayia spinosa), greasewood (Sarcobatus sp.), and/or basin big sagebrush (Artemisia tridentata ssp. tridentata). Stand structures display open or moderately dense shrubs with native perennial grasses and forbs in the openings between them. Native grasses (including Indian ricegrass, galleta, western wheatgrass, and needle and thread) are abundant and well distributed. Invasive plant species and/or undesirable native plant species that are currently abundant on most sites are absent or rare. Biological soil crusts and litter are common on most sites.

2.2.32 **Semi-Desert Grasslands -** Semi-desert grasslands are dominated by native perennial bunchgrasses (including Indian ricegrass, galleta, and needle and thread). Invasive plant species and/or undesirable native plant species that are currently abundant on most sites are absent or rare. Biological soil crusts and litter are common on most sites.

2.2.33 **Mountain Grasslands -** Mountain grasslands display moderate to high canopy cover of desirable native grasses and forbs (including Arizona fescue at mid elevations and Thurber fescue at higher elevations). Invasive plant species and undesirable native plant species that are currently abundant on many sites are absent or rare. Litter is common and well distributed.

2.2.34 **Alpine -** Alpine terrestrial ecosystems sustain their ecosystem diversity. They display a diverse composition of desirable native plant species and vegetation communities (including fellfield and turf types). Invasive plant species are absent or rare.

2.2.35 Soil productivity is maintained at site potential or is trending towards site potential.

2.2.36 Long-term levels of soil organic matter and soil nutrients (including soil carbon) are maintained at sustainable levels.

2.2.37 Ground cover (vegetation and litter) is adequate to protect soils and prevent erosion.

2.2.38 Management-induced soil erosion, soil compaction, soil displacement, puddling, and/or severely burned soils are rare on terrestrial ecosystems of the SJNF.

2.2.39 Upland soils exhibit infiltration and permeability rates that minimize surface runoff and allow for the accumulation of the soil moisture necessary for plant growth and ecosystem function.

2.2.40 Biological soil crusts are maintained or increased in pinyon-juniper woodlands, sagebrush shrublands, semi-desert shrublands, and semi-desert grasslands.

2.2.41 Fens, wetlands, and hanging gardens have the water sources and hydrologic systems necessary to support and sustain the special status plant species associated with them.

2.2.42 Shale and gypsum soils have the characteristics necessary to support and sustain the special status plant species associated with them.

2.2.43 Soils that provide habitat for all special status plant species maintain the soil conditions necessary to support and sustain those species.

2.2.44 Areas that are identified as critical habitat or proposed critical habitat for federally listed plant species have the characteristics necessary to provide for the growth and reproduction of the federally listed plant species for which they were designated.

### Objectives

2.2.58 Over the life of the LRMP, collect seed from 20 local vulnerable grass, forb, and shrub species, including some alpine species, for long-term storage to protect genetic sources (10 species on the SJNF and 10 species on TRFO lands).

### Standards

2.2.66 Projects or activities in habitat occupied by federally listed plant species, or in designated critical habitat, must be designed and conducted in a manner that preserves the primary constituent elements needed to sustain the life history processes of those federally listed plant species.

2.2.67 Projects or activities occurring in fens, wetlands, or hanging gardens that are occupied by special status plant species must be designed to maintain the hydrologic systems necessary to support and sustain those species.

2.2.68 Projects or activities that occur in shale and gypsum soils that are occupied by special status plant species must be designed to maintain the soil characteristics necessary to support and sustain those species.

### Guidelines

2.2.69 Agency actions should not adversely affect the long-term soil productivity or carbon storage of terrestrial ecosystems.

2.2.71 Projects or activities occurring in suitable habitat for federally listed plant species should be managed to minimize long-term impacts to the suitable habitat.

2.2.75 Ground-disturbing projects on shale soils of the Mancos Shale, Lewis, Fruitland, and Morrison geologic formations, and other highly erosive soils, should be designed to include efforts that avoid or mitigate soil erosion or compaction (see Volume III, Appendix I).

2.2.77 Adequate slash (including tree tops and limbs), if deemed necessary for soil protection or nutrient cycling, should be left on-site following timber harvest and mechanical fuels treatments, and distributed as needed.

2.2.80 Ground disturbance should be limited or otherwise mitigated on gypsum soils and organic soils (histosols) in order to protect the ecological integrity of these rare and unique soils and the rare plants associated with these soils.

2.2.84 Certified, weed-free native seed mixes of local ecotypes should be used to revegetate terrestrial ecosystems where commercially available. Non-native, non-invasive plant material may be used in limited situations where considered necessary in order to protect resources and/or stabilize soils in a timely fashion. Persistent non-natives or invasive exotic plant species should be avoided.

## LRMP 2.3 Terrestrial Wildlife

### Desired Conditions

*2.3.1 Wildlife populations are viable on SJNF lands. Wildlife populations are self-sustaining, connected, and genetically diverse across SJNF and TRFO lands.*

*2.3.2 Big game severe winter range, winter concentration areas, and production areas are capable of supporting populations that meet state population objectives. These areas provide sustainable forage and habitat in areas with acceptable levels of human disturbance which do not reduce habitat effectiveness.*

2.3.3 *Invasive exotic wildlife species and diseases do not become established within the planning area. Existing invasive exotic wildlife species and diseases do not spread.*

2.3.4 *Habitat components (e.g., snags and downed logs) are maintained. Unique habitat types (e.g., springs, seeps, willow carrs, caves, and cliffs) support associated flora and fauna (with abundance and distribution commensurate with the capability of the land).*

2.3.5 *Large predator species contribute to ecological diversity and ecosystem functioning.*

2.3.6 *Projects and activities occurring on USFS and BLM lands near state and federal highways are designed to provide for long-term connectivity and integrity of habitats to facilitate effective wildlife movement.*

2.3.7 *Snag and downed wood features occur in quantities that support self-sustaining populations of associated species.*

2.3.8 *Effective raptor nesting habitat occurs throughout the planning area with abundance and distribution commensurate with the capability of the land to sustain populations.*

2.3.9 *Ecosystems and habitat conditions for terrestrial wildlife species sensitive to human disturbance are maintained.*

2.3.11 *Habitat continuity and travel corridors exist and persist to facilitate species movement and establishment into newly suitable areas as a result of changing habitats.*

2.3.12 *Populations are conserved by maintaining or improving habitat availability and quality through the incorporation of conservation strategies and species' habitat needs during project development and implementation.*

2.3.13 *Riparian and aquatic habitat, including springs and fens, support well-distributed populations of invertebrate and vertebrate riparian and aquatic dependent wildlife special status species.*

2.3.14 *Disturbances from management activities occur at levels that support critical life functions and sustain key habitat characteristics for wildlife special status species.*

2.3.15 *Areas identified as critical habitat or proposed critical habitat for special status wildlife species have the characteristics to support sustainable populations, promoting recovery of the species.*

2.3.16 *The alpine and subalpine willow (Salix sp.) dominated riparian areas, providing crucial winter habitat for white-tailed ptarmigan (Lagopus leucura) and snowshoe hare (Lepus americanus), do not bioaccumulate heavy metals above historically occurring background levels which enter the food chain. Areas of contamination do not become limiting factors for wildlife population sustainability.*

2.3.17 *Management actions maintain or improve habitat conditions for special status species, contributing to the stability and/or recovery of these species.*

2.3.18 *Special status species are able to disperse within the planning area and into adjacent lands. This will allow for the interchange between populations and the maintenance of genetic diversity.*

2.3.19 *MIS are able to disperse freely across the planning area allowing for the interchange between populations and the maintenance of genetic diversity (SJNF only).*

## *Objectives*

2.3.27 **Nokomis fritillary butterfly**: Over the life of the Plan, restore the hydrologic conditions and plant communities during project implementation at springs or seeps capable of supporting Nokomis fritillary while, at the same time, retaining the water development for livestock or other

uses.

2.3.28 **Bats**: Over the life of the LRMP, all mine closures for human safety at sites supporting bat populations include structures (such as bat gates) designed to provide for continued use as bat habitat.

2.3.30 **Invasives and disease**: Over the life of the plan, coordinate with CPW to prevent introductions or spread of fish or terrestrial wildlife species, as needed, where there is potential for negative impacts on Wildlife Special Status Species.

## *Standards*

2.3.35 Standards for the Golden eagle, Bald eagle, and Peregrine falcon are listed in Table 2.3.2.

2.3.37 **Bats**: If abandoned mines are closed, surveys will be conducted to determine occupancy. If surveys cannot be completed, occupancy will be assumed and mine closures must allow for bat access. Abandon mines that are determined to be hazardous to bats will be closed to bats.

2.3.38 **Bats**: Human access at occupied caves or abandoned mines will be restricted as necessary during the following periods to maintain essential life cycle processes:

- Maternity sites - April 15 through September 1
- Swarming sites - August 15 through October 15 (30 minutes before sunset to 30 minutes after sunrise)
- Winter hibernaculum - October 15 through May 15

2.3.39 **Bighorn sheep (*Ovis canadensis*):** During project-level planning on domestic sheep (*O. aries*) allotments, management options must be developed to prevent physical contact between domestic sheep and bighorn sheep. Actions may include but are not limited to boundary modification, livestock-type conversion, or allotment closures.

2.3.40 **Bighorn sheep**: Grazing permit administration in occupied bighorn sheep habitat must utilize measures to prevent physical contact between domestic sheep and bighorn sheep. Permit administration actions may include but are not limited to use of guard dogs, grazing rotation adjustments, or relocation of salting and bed grounds.

2.3.41 **Bighorn sheep**: Management of recreational pack goats and other domestic goats (*Capra aegagrus hircus*) must utilize measures to prevent the risk for physical contact with bighorn sheep.

2.3.42 **Bighorn sheep**: Domestic goats used for invasive plant control must be veterinarian certified as free of pathogens transmissible to bighorn sheep, except in areas where there is no risk of contact with bighorn sheep.

2.3.43 **Butterflies**: Management actions that could adversely impact reproductive habitat for occupied BLM and FS special status butterfly species must be designed to sustain host plant species.

2.3.44 **Columbian sharp-tailed grouse (Tympanuchus phasianellus columbianus)**: New noise sources resulting from management activities must not contribute to noise levels that negatively impact sharp-tailed grouse leks during the active lek season (March 1 to June 30) based on best available science

2.3.45 **Gunnison Sage-grouse**: Management activities must not occur from March 1 to June 30 within occupied habitat suitable for nesting to allow for breeding and December 1 to March 15 for known winter habitat.

2.3.46 **Gunnison Sage-grouse**: New structural improvements or surface disturbance must not occur within known winter concentration area or within a 0.6-mile radius of known Gunnison sage-

grouse leks.

2.3.47 **Gunnison Sage-grouse**: In occupied habitat fuels treatments must be designed and implemented with an emphasis on protecting and enhancing existing sagebrush ecosystems

2.3.48 **Gunnison Sage-grouse**: Invasive vegetation must be monitored and controlled post-treatment.

## *Guidelines*

2.3.49 Guidelines for the Golden eagle, Bald eagle, Osprey, Peregrine falcon, Northern Goshawk, Burrowing Owl and all other accipiter, Buteo, Falcon, Harrier, and Owls are listed in Table 2.3.2.

2.3.50 In order to determine site occupation, pre-implementation surveys may be required for projects occurring in habitats that may support populations of Sensitive Species and Species listed or proposed under the Endangered Species Act, as determined by an agency biologist.

2.3.51 **Bats**: Human access should be managed at caves and abandoned mines where known bat populations exist to protect bat habitat from disturbance and/or the introduction of pathogens. Management examples include, but are not limited to; seasonal or permanent closures, and excluding humans by installing bat gates.

2.3.52 **Bats**: Where known bat concentrations of significant conservation concern are located outside of caves or abandoned mines (such as in bridges structures, rock crevasse, or tree snags), human disturbance should be managed in order to protect those populations and the concentration site's physical features.

2.3.53 **Bats**: On the SJNF, formal mineral withdrawal of abandoned mines for conservation for special status bat species should be pursued when demonstrated necessary to prevent loss of effective or crucial habitat due to mining activity.

2.3.54 **Bats**: At swarming sites, hibernacula, and maternity sites, activities that may alter the suitability of the cave or abandoned mine for bat occupation should not occur within 500 feet of the entrance, unless to rehabilitate the suitability of the site or install mine safety closures.

2.3.55 **Migratory birds**: Projects or activities should consider and undertake proactive bird conservation actions as practicable particularly during breeding season, to maintain or improve habitat needs over the long-term for species identified by each agency as priority for conservation action.

2.3.56 The drainage of acid-mine run-off through alpine and sub-alpine willow-dominated riparian areas that provide crucial winter habitat for white-tailed ptarmigan and snowshoe hare should be avoided in order to prevent physiological impacts from the effects of bioaccumulation of heavy metals.

2.3.57 **Pollinators**: Pollinators should be considered during the application of pesticides to prevent population level impacts and maintain pollinator function in the ecosystem.

2.3.58 New structural improvements, reconstruction and operations should be designed to provide for wildlife movement to sustain populations.

*2.3.59 Projects or activities that adversely impact pronghorn (Antilocapra americana) and elk production areas should be limited or avoided. This will keep reproductive success from being negatively impacted from management activities by using access restrictions during the following periods:*

- Pronghorn: May 1–July 1
- Elk: May 15–June 30

2.3.60 Management activities and access should be limited or avoided in critical winter range, severe winter range, and winter concentration areas for pronghorn, elk, and mule deer during the following times to keep survival and reproduction from being negatively impacted (see Figures 2.3.1, 2.3.2, and 2.3.5):

- Pronghorn: Dec 1 – April 30
- Elk: Dec 1 – April 30
- Mule deer: Dec 1 – April 30

2.3.61 Severe and critical big game winter range and winter concentration areas: In Animas City Mountain and Grandview Ridge, conditions-based winter wildlife closures should be implemented in order to protect critical and severe winter range and winter concentrations areas for elk and mule deer. This includes Animas and Grandview recreation areas. These closures may be implemented at any time between December 1 and April 30. The closures should be based on existing snow conditions and/or the level of wildlife use for the given area. The specific conditions that will trigger a closure or that will allow the BLM to open the Cortez or Durango Special Recreation Management Areas (SRMA) will be based on snow conditions of 16 inches. Parameters for re-opening will be based on 1) general assessment of the north facing slope, such as absence of snow; 2) weather/snow condition in the general surrounding area; 3) presence of big game at higher elevations; and 4) coordination with CPW.

2.3.62 **Ungulates**: Projects or activities in big game critical winter range, winter concentration areas, severe winter range, production areas and important migration corridors should be designed and conducted in a manner which preserves and does not reduce habitat effectiveness within those mapped areas.

2.3.63 **Ungulates**: In order to provide for healthy ungulate populations capable of meeting State population objectives, anthropomorphic activity and improvements across the planning area should be designed to maintain and continue to provide effective habitat components that support critical life functions. This includes components of size and quality on the landscape providing connectivity to seasonal habitats (wildlife travel corridors), production areas, critical winter range, severe winter range and winter concentration areas, along with other habitat components necessary to support herd viability.

*2.3.64* **Bighorn sheep**: Projects or activities that adversely impact bighorn sheep production areas by reducing habitat effectiveness should be limited or avoided, using access restrictions during the following periods (see Figure 2.3.3 of the LRMP):

- Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*): April 15–June 30
- **Desert bighorn sheep (*O.c. nelsoni*): February 1–May 1**

***2.3.65*** **Bighorn** sheep: Projects or activities that adversely impact bighorn sheep severe winter range and winter concentration areas by reducing habitat effectiveness should be limited or avoided using access restrictions during the following periods:

- Rocky Mountain bighorn sheep: November 1–April 15
- Desert bighorn sheep: December 1–April 15

2.3.66 **Wildlife corridors**: Public ownership of important wildlife movement corridors should be maintained. Priority areas are those adjacent to public highways or where public lands are identified as a key component in maintaining the integrity of seasonal movements by wildlife in an otherwise restricted landscape.

2.3.67 **Columbian sharp-tailed grouse**: Surveys for new/unknown Columbian sharp-tailed grouse leks within occupied.

2.3.68 **Columbian sharp-tailed grouse**: Management activities that adversely impact critical life functions should not occur from March 15 to July 30 within a 1.25-mile radius of mapped occupied Columbian sharp-tailed grouse leks to allow for breeding and December 1 to March 15

for known winter habitat to provide for effective winter habitat to support populations on the landscape.

2.3.69 **Columbian sharp-tailed grouse**: No new structural improvements or surface disturbance should occur within known winter habitat or within a 0.4-mile radius of known Columbian sharp-tailed grouse leks to maintain effective habitat for critical life functions.

## *Gunnison Sage-grouse*

2.3.70 Structures in sage-grouse habitat should be constructed to limit risk of collision and predation.

*2.3.71 New noise sources resulting from management activities should not contribute to noise levels that negatively impact sage-grouse leks during the active lek season (March 1 to June 30) based on best available science.*

2.3.72 Projects in occupied GUSG habitat should be designed to mitigate or avoid the direct or indirect loss of habitat necessary for maintenance of the local population or reduce to acceptable levels the direct or indirect loss of important habitat necessary for sustainable local populations. Projects will incorporate special reclamation measures or design features that accelerate recovery and/or re-establishment of affected sage-grouse habitat as much as possible.

2.3.73 Applicable BMPs should be applied to all mineral proposals as Conditions of Approval within occupied sage-grouse habitat to provide for adequate effective habitat and breeding, nesting, and wintering habitat.

2.3.74 Remote methodologies for monitoring, transporting fluids to centralized collection tanks, etc., should be utilized to minimize human disturbance in GUSG habitat.

2.3.75 Fuels treatments should be designed to meet strategic protection of identified occupied sage-grouse habitat.

2.376 Use of native seeds should be used for revegetation following fuels management treatment based on availability, adaptation (site potential), and probability of success (Richards et al. 1998). Where probability of success or native seed availability is low, non-native seeds may be used as long as they meet sage-grouse habitat objectives

2.3.77 Within occupied Gunnison sage-grouse critical habitat the RCP grazing guidelines should be incorporated when appropriate.

2.3.78 Within occupied habitat, grazing in treatment areas should be deferred for 2 growing season after treatment, unless needed for seedbed preparation or desired understory and overstory are established.

2.3.79 When developing or modifying water developments, BMPs (see Appendix N) should be used to mitigate potential impacts from West Nile virus on sage-grouse within occupied habitat.

**Table 2.3.2: Raptor Timing and Buffer Zone Distance Standards and Guidelines**

| Species | Impact/Risk | Time Frame | Buffer Distance**** | Source |
|---|---|---|---|---|
| Golden eagle | Structural improvements* | Year-round | New structures must not occur within a 0.5-mile radius of an active nest. (S)*** | CPW 2008 |
| | Disturbance ** | December 15–July 15 | Human encroachment should not occur within 0.5 mile of an active nest during the nesting season. (G) *** | CPW 2008 |
| Bald eagle | Structural improvements* | Year round | New structures must not occur within a 0.5-mile radius of an active nest. (S)*** | SJNF and TRFO |

| Species | Impact/Risk | Time Frame | Buffer Distance**** | Source |
|---|---|---|---|---|
| | Disturbance** | November 15–July 15 | Human encroachment should not occur within 0.5 mile of an active nest during the nesting season. (G)*** | SJNF and TRFO |
| Bald eagle winter roost | Structural improvements* | Year round | New structures must not occur within 0.5 mile of a communal roost site. (S) | SJNF and TRFO |
| | Disturbance** | November 15 –March 15 | Human encroachment should not occur within a 0.25-mile radius (indirect line of sight) or a 0.5-mile radius (direct line of sight) of a communal winter roost site (as identified by CPW and the managing agency biologist). (G)<br>Limit activity between 10 a.m. and 2 p.m. if encroachment will occur within buffer zones. (G) | CPW 2008 |
| Osprey | Disturbance** | April 1–August 31 | Human encroachment should not occur within 0.25 mile of a nest during the nesting season. (G) | SJNF and TRFO |
| | Structural Improvements* | Year-round | New structures should not occur within a 0.25-mile radius of an active nest. (G) | CPW 2008 |
| Peregrine falcon | Structural Improvements* | Year-round | New structures must not occur within a 0.5-mile radius of an active cliff nest complex. (S) | CPW 2008 |
| | Disturbance** | March 15–July 31 | Human encroachment should not occur within 0.5 mile of a nest during the nesting season. (G) | CPW 2008 |
| Northern goshawk | Disturbance** | March 1–August 31 | Human encroachment should not occur within 0.5 mile of a nest during the nesting season. (G) | SJNF and TRFO |
| | Structural Improvements* | Year-round | New structures should not occur within a 0.5-mile radius of an active nest. (G) | CPW 2008 |
| Burrowing owl | Disturbance** | March 15–August 15 | Human encroachment should not occur within 0.25 mile of nest burrows when owls may be present during the nesting season. (G) | Romin and Muck 2002 |
| | Structural Improvements* | Year-round | New structures should not occur within a 0.25-mile radius of active nests or within occupied habitat. (G) | Romin and Muck 2002 |
| All other raptors | Disturbance** | Varies by species | Determination of the application of these specific seasonal restrictions, timing limitations, and/or buffer distances should be made by the project biologist, guided by agency requirements, along with professional knowledge and experience. They will be considered on a case-by-case basis, taking into consideration site-specific factors such as topography, vegetation, species of raptor, historic patterns of human activity and infrastructure, and observed behaviors of individual birds. (G) | Romin and Muck 2002 |

| Species | Impact/Risk | Time Frame | Buffer Distance**** | Source |
|---|---|---|---|---|
| | Structural Improvements* | Varies by species | Determination of the application of these specific seasonal restrictions, timing limitations, and/or buffer distances should be made by the project biologist, guided by agency requirements, along with professional knowledge and experience. They will be considered on a case-by-case basis, taking into consideration site-specific factors such as topography, vegetation, species of raptor, historic patterns of human activity and infrastructure, and observed behaviors of individual birds. (G) | Romin and Muck 2002 |

*Structures include improvements such as roads, trails, radio towers, power lines, aboveground transmission corridors, and wells as proposed following nest establishment. This is not intended to include structures that historically occurred in the area prior to nest establishment.

**This does not apply to historic levels and patterns of disturbance under which the nest was established and is intended to apply to additional levels and change in disturbance patterns.

***Golden and bald eagle nest as defined under the Bald and Golden Eagle Protection Act.

****Buffer distances for some species may vary based on site-specific information, current science, and agency wildlife biologists' professional judgment. Area closures may be considered where appropriate.

Note: (S) = Standard; (G) = Guideline.

Table information is based on a variety of sources, including 2008 Colorado Parks and Wildlife raptor guidelines, Romin and Muck (2002), professional knowledge of local area conditions, Reynolds et al.'s (1992) recommendations specific to the SJNF, and Bald and Golden Eagle Protection Act conformance

Where literature and other evidence shows, exceptions may occur when individuals are adapted to human activity. Management is designed to reduce impacts during sensitive periods.

## LRMP 2.4 Riparian Area and Wetland Ecosystems

### *Desired Conditions*

2.4.1 Riparian area and wetland ecosystems have a diverse composition of desirable native hydrophytic plants that are vigorous and self-perpetuating. Invasive plant species are absent or rare.

2.4.2 Riparian area and wetland ecosystems have vegetation cover sufficient to catch sediment, dissipate energy, prevent erosion, stabilize stream banks, enhance aquatic and terrestrial wildlife habitat, and promote floodplain development.

2.4.3 Forest and shrubland types display hydrophytic trees and shrubs in a variety of size classes; they provide terrestrial and aquatic habitats, stream shading, woody channel debris, aesthetic values, and other ecosystem functions.

2.4.4 Woody debris in a variety of sizes is present in forest and shrubland riparian area and wetland ecosystem types.

2.4.5 Riparian area and wetland ecosystems are resilient to change from disturbances (including from floods, fire, and drought) and offer resistance and resilience to changes in climate.

2.4.6 Riparian area and wetland ecosystems have flow regimes and flooding processes that contribute to stream-channel and floodplain development, maintenance, and function, and facilitate the regeneration of native hydrophytic plants (including narrowleaf cottonwood [Populus angustifolia] and Rio Grande cottonwood [P. deltoides ssp. wislizeni]) that depend on flooding for regeneration.

2.4.7 The composition, structure, and function of fens and hanging gardens are intact (including their native plant species, organic soils, and hydrology).

2.4.8 Riparian area and wetland ecosystems that contain plant communities with G1, G2, S1, or S2 NatureServe Plant Community conservation status ranks are protected, have habitat to expand into, and have the water quantity and hydrologic systems necessary in order to support and sustain these communities.

2.4.9 Soil productivity is intact on all riparian area and wetland ecosystems on the SJNF and TRFO.

2.4.10 Long-term levels of soil organic matter and soil nutrients are maintained at acceptable levels on all riparian area and wetland ecosystems of the SJNF and TRFO.

2.4.11 Ground cover (vegetation and litter) is adequate to protect soils and prevent erosion on all riparian area and wetland ecosystems of the SJNF and TRFO.

2.4.12 Long term impacts to soils (e.g., soil erosion, soil compaction, soil displacement, puddling, and/or severely burned soils) from management actions are rare on all riparian area and wetland ecosystems of the SJNF and TRFO.

## *Objectives*

2.4.13 Within 10 years, restore the ecological integrity of four deciduous riparian shrubland sites (two on SJNF and two on TRFO lands) that currently classify as riparian herbaceous lands by increasing the canopy cover of native hydrophytic shrubs by at least 10%.

2.4.14 Within 10 years, determine the functional condition of 40 miles (25 miles on TRFO and 15 miles on SJNF lands) of riparian area and wetland ecosystems using the Proper Functioning Condition assessment method (Prichard 1998).

2.4.15 Within 15 years, treat three fens on TRFO lands and two fens on SJNF lands with impaired functions.

2.4.16 Within 5 years, eradicate tamarisk and Russian olive (Elaeagnus angustifolia) on two stream reaches or two seeps/springs on TRFO lands, and if needed conduct follow-up treatment to prevent the establishment or spread of other invasive species.

2.4.17 Maintain native riparian and upland ecosystems that have been treated to control non-native species on a minimum of 50 miles of TRFO stream reaches over the next 20 years.

2.4.18 Maintain or restore native riparian ecosystems and connected uplands that have been treated to control non-native species on a minimum of 50 miles on the Dolores River and its tributaries on TRFO lands over the next 20 years.

## *Standards*

2.4.19 Long term adverse effects to the hydrology, soils, and vegetation of fens and hanging gardens from management activities in or adjacent to them (including motorized travel, road construction, water pumping, and peat removal) must not occur.

2.4.20 Agency actions in protected areas must not adversely affect the long-term ecological integrity of the riparian area and wetland ecosystems within them.

2.4.21 Management actions must not cause long-term change away from desired conditions in riparian or wetland vegetation communities.

### Guidelines

2.4.22 Agency actions should avoid or otherwise mitigate long-term adverse impacts to riparian areas and wetlands.

2.4.23 Agency actions should avoid or otherwise mitigate long-term adverse impacts in riparian area and wetland ecosystems that have plant communities with G1, G2, S1, or S2 NatureServe Plant Community conservation status ranks, including wild privet (Forestiera pubescens) shrublands and boxelder/river birch (Acer negundo/Betula fontinalis) woodlands, in order to maintain the ecological integrity of those rare plant communities.

2.4.24 Agency actions should avoid or otherwise mitigate damage to the long-term soil productivity of riparian area and wetland ecosystems.

2.4.25 Livestock browsing should not remove more than 25% of the annual leader growth of hydrophytic shrubs and trees.

2.4.26 Agency actions should avoid or otherwise mitigate adverse impacts to the abundance and distribution of willows to maintain or improve the ecological integrity of riparian area and wetland ecosystems.

2.4.27 Certified, weed-free native seed mixes of local ecotypes should be used to revegetate riparian area and wetland ecosystems where commercially available. Non-native, non-invasive plant material may be used in limited situations where considered necessary in order to protect resources and/or stabilize soils in a timely fashion. Persistent non-natives or invasive exotic plant species should be avoided.

2.4.28 Woody riparian vegetation along low-gradient ephemeral and permanent stream channels should be maintained or restored to ensure terrestrial food sources for invertebrates, fish, birds, and mammals, and to minimize water temperature changes.

## LRMP 2.5 Aquatic Ecosystems and Fisheries

### Desired Conditions

2.5.1 Long-term sustainability of aquatic ecosystems is maintained.

2.5.2 Streams, lakes, riparian vegetation, and adjacent uplands provide habitats adequate to maintain healthy aquatic ecosystems capable of supporting a variety of native and desired non-native aquatic communities.

2.5.3 The quantity and quality of aquatic habitats are maintained or enhanced to provide for the long-term sustainability of biological diversity and population viability of all native and/or desired non-native vertebrate species.

2.5.4 Channel characteristics, water quality, flow regimens, and physical habitat features are diverse and appropriately reflect the climate, geology, and natural biota of the area.

2.5.5 An adequate range of stream flow provides for the long-term maintenance of physical habitat features. Channel features, including bank stability, width-to-depth ratio, pool/riffle ratio, pool depth, slope, sinuosity, cover, and substrate composition, are commensurate with those expected to occur under natural ranges of stream flow.

2.5.6 Water flow conditions in streams, lakes, springs, seeps, wetlands, fens, and aquifers support functioning habitats for a variety of aquatic and semi-aquatic species and communities.

2.5.7 Macroinvertebrate diversity and abundance reflect high water quality.

2.5.8 Populations of aquatic species are adequately mobile, genetically diverse, and functionally diverse throughout the planning area.

2.5.9 Aquatic systems are connected in a manner that avoids fragmentation of aquatic habitats and isolation of aquatic species. Connectivity between water bodies provides for all life history functions of aquatic species except where barriers are beneficial and necessary to achieve conservation goals for certain aquatic species.

2.5.10 All native and desired non-native fish species are disease free and thrive in the vast majority of systems historically capable of supporting such species.

2.5.11 Abundant Colorado River cutthroat trout populations are maintained and other areas are managed for increased abundance.

2.5.12 Threats to Colorado River cutthroat trout and its habitat are eliminated or reduced to the greatest extent possible.

2.5.13 The distribution of Colorado River cutthroat trout is increased where ecologically, sociologically, and economically feasible.

## *Objectives*

2.5.14 Annually evaluate seven streams (five streams on NFS lands and two on BLM lands) for adequacy of instream flows sufficient to maintain population viability and otherwise achieve LRMP direction.

2.5.15 Annually enhance or restore at least 4 miles of stream habitat (3 miles on NFS lands and 1 mile on BLM lands) to maintain or restore the structure, composition, and function of physical habitat for USFS and BLM sensitive species or USFS MIS species.

2.5.16 Over the life of the LRMP, connect at least 10 miles of fragmented stream habitat (8 miles on NFS lands and 2 miles on BLM lands) to provide for aquatic species movement.

2.5.17 Over the life of the LRMP, establish two self-sustaining meta-populations on NFS lands, each consisting of five separate but interconnected sub-populations. In addition, establish one new population in each Geographic Management Unit within the historic range (Colorado River Cutthroat Trout Task Force 2001).

## *Standards*

2.5.18 Where native or desired non-native fish species occur, or should occur, a minimum level of aquatic habitat shall be maintained by identifying the minimum flow rates required to support that habitat using at least one of the following four options (2.5.19a–2.5.19d):

2.5.18a. From April 1 through September 30, an instantaneous minimum flow equal to 40% of the average annual flow; from October 1 through March 31, an instantaneous minimum flow equal to 20% of the average annual flow (Tennant 1972).

2.5.18b. Stream flow in riffle habitats shall be maintained at levels that maintain the minimum values for mean water depth, wetted perimeter, and mean velocity, as defined in Table 2.5.3, for each stream size category (e.g., bankfull width).

2.5.18c. Stream flow in each reach shall be sufficient to maintain a minimum of 50% of the weighted usable area, for each life stage of each target species (USFWS 1984). The weighted usable area baseline (100%) will be the amount of habitat that would occur under natural, unaltered flow conditions.

2.5.18d. Stream flow in each reach shall be maintained at levels that have been determined using alternate methods and where it can be clearly demonstrated, to the satisfaction of the USFS and/or BLM, that said flows will be adequate to achieve the LRMP's goals and objectives for population viability and sustainable aquatic ecosystems.

**Table 2.5.3: Metrics Applicable to Standard 2.5.18b**

| Bankfull Width (feet) | Mean Depth (feet) | Wetted Perimeter (%) | Mean Velocity (feet/second) |
|---|---|---|---|
| 1–2 | ≥ 0.2 | 50 | 1.0 |
| 21–40 | 0.2–0.4 | 50 | 1.0 |
| 41–60 | 0.4–0.6 | 50–60 | 1.0 |
| > 60 | > 0.6 | > 60 | 1.0 |

2.5.19 Prior to use in other waters, all agency, partnering agency, and contractor field equipment having had contact with whirling disease waters must be decontaminated using current decontamination procedures.

2.5.20 To prevent the spread of chitrid disease, established decontamination protocols must be used when working in waters and water influence zones for current and historic breeding sites for all sensitive and listed aquatic and amphibious species.

## Guidelines

2.5.21 Agency actions should maintain or improve all existing habitat for designated conservation populations of Colorado River cutthroat trout (Colorado River Cutthroat Trout Task Force 2001).

2.5.22 Minimum pool levels should be established for water storage facilities where aquatic USFS MIS and/or BLM or USFS sensitive species occur.

2.5.23 Except where barriers are beneficial and necessary to achieve conservation goals for certain aquatic species, fragmentation of aquatic habitats and isolation of aquatic species should be avoided.

2.5.24 Sediment delivery to streams occupied by MIS or threatened, endangered, or sensitive species should be avoided.

2.5.25 Activities that may cause sedimentation to amphibian habitats should be minimized.

2.5.26 Drainage of acid-mine runoff into riparian areas and wetland amphibian habitats should be avoided.

2.5.27 Agency actions should avoid or mitigate impacts within 100 feet of boreal toad (Bufo boreas boreas) breeding sites between May 15 and September 30 (breeding season).

2.5.28 *Agency actions should maintain or improve hydrologic function and water quality of known and historic breeding sites for all sensitive and listed aquatic and amphibious species to provide for effective habitat.*

# LRMP 2.6 Water Resources

## Desired Conditions

### Water Quality

2.6.1 State water quality standards and anti-degradation rules are met and state-classified water uses are supported for all water bodies.

2.6.2 Water quality for impaired water bodies on the State of Colorado's 303(d) list move toward fully supporting state-classified uses.

2.6.3 State "Outstanding Waters" within the planning area maintain the high levels of water quality necessary for this status.

2.6.4 Watersheds within the planning area containing saline soils exhibit stable upland, riparian, and channel conditions that produce water quality as close as possible to reference conditions (as defined in FSH 2509.25 for the USFS); they produce the lowest possible saline contributions to the upper Colorado River (per the Colorado River Basin Salinity Control Act for the BLM) (see Volume III, Appendix I for saline watersheds).

2.6.5 Water from SJNF and TRFO lands will meet applicable drinking water standards when given adequate and appropriate treatment. Management activities throughout the planning area protect and/or enhance the water quality of municipal supply watersheds (as defined in FSM 2542 for the USFS). Enhancement may be achieved by watershed restoration or other activities.

### Stream Channels and Floodplains

2.6.6 Stream channel types that naturally build floodplains are connected to their floodplains and riparian areas, maintain the ability to transport overbank flows (which occur on the average every 1.5 years), and are capable of transporting moderate or high flow events.

2.6.7 Physical channel characteristics are in dynamic equilibrium and commensurate with the natural ranges of discharge and sediment load provided to a stream. Streams have the most probable form and the expected native riparian vegetation composition within the valley landforms that they occupy; they function correctly without management intervention.

2.6.8 Historically disturbed and degraded stream channels recover through floodplain development; establishment of riparian vegetation with correct structure, composition, and function; and stable channel geomorphic characteristics.

### Groundwater Resources

2.6.9 Aquifers maintain natural conditions of recharge and discharge, especially where they are important to surface features dependent on groundwater for their existence (including caves, karst, springs, seeps, lakes, riparian areas, hanging gardens, wetland ecosystems, fens, and intermittent and perennial streams).

2.6.10 Potentially usable aquifers and water-bearing intervals possessing groundwater of quality and/or quantity that could provide multiple-use benefits and maintain water quality at natural conditions.

2.6.11 Administrative and permitted activities on the SJNF and TRFO do not contribute to the reduction of surface water or groundwater that supplies seasonal springs, seeps, small ponds, and small wetlands considered most vulnerable to a changing climate.

### Watershed Conditions, Watershed Scale, and Water Uses

2.6.12 Upland areas function properly and do not contribute to stream-channel degradation.

2.6.13 The majority of undeveloped and unregulated or free-flowing streams within the planning area are retained in their current undeveloped condition; they provide potential reference conditions and offer unique opportunities for aquatic habitat, recreation, species conservation, and pleasing aesthetics.

2.6.14 The overall function and integrity of streams impacted by water developments are adequately protected for their baseline ecological and recreational values. This is accomplished by providing for adequate stream flows as part of water development planning for existing or new water development projects. This includes sustaining ecological processes dependent on flow within the impacted watersheds.

2.6.15 In unique cases where water is transferred from one catchment to another, water lost (i.e., there is no return flow) from watersheds as a result of water transfer does not adversely alter or impact the aquatic ecology of the watershed or the stream. Conversely, aquatic ecology and stability of the streams and watersheds receiving imported water are not adversely impacted.

2.6.16 All water developments for federal purposes have state water rights, if applicable. The beneficial use of water continues over the implementation life of the LRMP, when the water is available.

2.6.17 All approved water developments that involve the use of SJNF and TRFO lands are permitted pursuant to applicable federal authorizations.

## Objectives

### Water Quality

2.6.18 Work with the selenium task force annually to reduce salt delivery to the upper Colorado River Basin.

2.6.19 Every 5 years rehabilitate 10 or more acres to reduce erosion and sedimentation delivery to water bodies on both TRFO and SJNF lands. For SJNF lands, conduct the work in priority watersheds, including those with water bodies listed for sediment impairment or that have total maximum daily loads (TMDLs) established for sediment.

2.6.20 Over the implementation life of the LRMP, actively participate in the development of all of the TMDL determinations and/or other appropriate options for the restoration of State of Colorado 303(d) listed impaired water bodies within the planning area (both TRFO and SJNF lands).

2.6.21 Over the life of the LRMP, implement BMPs to minimize management impacts to water quality on TRFO and SJNF lands. The effectiveness of BMPs will be improved if necessary through adaptive management.

### Maintain or Improve Watershed Condition and Stream/Floodplain Function

2.6.22 Annually, treat approximately 20 acres or more in SJNF priority watersheds in order to improve poor watershed conditions or maintain good watershed conditions. The goal is to move a watershed from an impacted condition class to a better condition class or to maintain a good condition class.

2.6.23 Annually decommission 6 linear miles or more of unneeded routes that may consist of roads and/or trails on SJNF lands. Routes will be decommissioned on TRFO lands as identified through the travel management planning process. Watersheds listed in Volume III, Appendix I could be considered priority for decommissioning efforts. Watersheds designated as priority through the USFS Watershed Condition Framework should also be focus areas for route decommissioning.

### Managing Water Uses

2.6.24 Annually acquire new appropriated water rights for 30 USFS water uses (including water rights for livestock, recreation, administrative, or other uses) within the planning area. For TRFO lands, pursue appropriated water rights for new or outstanding BLM water uses.

2.6.25 Over the implementation life of the LRMP, put all consumptive use water rights owned by the BLM and USFS to beneficial use and that use documented.

2.6.26 Based on review of monthly water court resumes, enter into any water court case necessary to protect BLM or USFS water rights and water-dependent resources.

2.6.27 Over the life of the LRMP, enforce compliance where the USFS or BLM place conditions and other requirements on special use authorizations related to water diversion or storage that are outside the jurisdiction of the Colorado Division of Water Resources.

## Standards

2.6.29 Land use activities (new projects, or replacement/retrofitted/reconstructed/reauthorized projects) must not impact potentially useable groundwater quality or quantity to the extent that groundwater-dependent features are adversely affected. Examples of some groundwater-dependent features are springs, seeps, fens, and intermittent or perennial streams.

2.6.30 No activities must be allowed within aquatic management zones that will cause a long-term change from desired conditions. The protection or improvement of riparian values, water quality, aquatic community, and for long-term stream health in these areas must be emphasized. Aquatic management zones have a minimum horizontal width from the top of each bank of 100 feet or the mean height of the mature late-seral vegetation, whichever is greater.

2.6.31 In all places where technically feasible, pitless, self-contained drilling systems (e.g., closed loop drilling systems) must be used for all leasable fluid minerals wells.

## Guidelines

2.6.32 Roads and trails that are removed from the SJNF transportation network, as well as maintenance level 1 roads (i.e., roads that have been closed to the public but may be used in the future principally for administrative purposes), should be treated sufficiently where no further management intervention would be necessary in order to sustain long-term natural processes. This will avoid future risks to watershed functions, water quality, and/or aquatic habitat. Sufficient treatments may include removal of unstable fills, effective and permanent breaching of drainage ditches, elimination of persistent in-sloped road surfaces; complete removal of stream-crossing structures and associated fills with restoration of floodplains, and the maintenance or restoration of fish passages.

2.6.33 Ditches authorized on the SJNF or TRFO should maintain a sufficient freeboard above the water line of the ditch to avoid or minimize damage to the ditch or from overtopping. Headgates and conveyance structures should be maintained in good functioning condition and should be clear of sediment and other debris in order to ensure proper operation. The operator should close the headgate at the end of the diversion (e.g., irrigation) season.

2.6.34 Water conveyance structures authorized on the SJNF or TRFO should be maintained to prevent and control soil erosion and gullying on adjacent lands resulting from operations and maintenance of the structure. Design criteria may include maintaining the ditch channel to prevent downcutting and ditch failure, removal of all obstructions from the channel, and prompt remediation of pipeline breaks and ditch failures, and rehabilitation of any erosion resulting from failure of a water conveyance structure.

2.6.34a Water conveyance structures authorized on the SJNF or TRFO should allow for the passage of aquatic organisms if there is the potential to obstruct such passage to potential or occupied habitat.

2.6.34b Headgates should contain measurement devices that can be used to determine compliance with land use authorization permits.

2.6.35 As a general practice non-toxic fluid, additives, and other materials should be used for well drilling to protect surface water and groundwater quality.

2.6.36 Exploration and production waste should be disposed of using BMPs that meet state regulations and specific BLM or USFS requirements. Exploration and production waste should be disposed of in such a manner as to not to inhibit reclamation success of the site.

2.6.37 Operators should use proven technologies for the recycling of fresh water, drilling fluids, and produced water for reuse in drilling and completion operations or other beneficial purposes whenever possible.

2.6.38 As individual fields are developed, centralized liquid gathering systems should be used for the delivery and gathering of drilling, completion, and produced fluids such as fresh water, waste/produced water, and condensate.

2.6.39 Water Use and Disposal Management Plans should be included in Plans of Development for fluid minerals projects and solid minerals projects.

2.6.40 Ground disturbance, facilities construction, and incompatible land management activities (those activities that may pose a risk of impacting water quality) on SJNF lands should be prohibited on lands within 1,000 horizontal feet of either side of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of 5 miles upstream of public water supply intakes for towns, cities, and municipalities. These activities should also be prohibited within a minimum distance of 1,000 horizontal feet for source water protection areas for towns, cities, and municipalities using a groundwater well or spring.

# LRMP 2.7 Livestock and Rangeland Management

## *Desired Conditions*

2.7.4 Rangelands provide healthy and sustainable habitat for wildlife populations that, in turn, support recreational hunting, fishing, and/or viewing (thereby contributing to the local and regional economy).

## *Standards*

### Livestock Management

2.7.11 Grazing permit administration in occupied bighorn sheep habitat must utilize measures to prevent physical contact between domestic sheep and bighorn sheep. Permit administration actions may include but are not limited to use of guard dogs, grazing rotation adjustments, or relocation of salting and bed grounds.

2.7.12 Management of domestic sheep must utilize measures to prevent physical contact with bighorn sheep.

## *Guidelines*

### Livestock Management

2.7.17 Prior to allocating grazing privileges for a new grazing permittee on unallocated grazing allotments, the needs of existing rangeland management, as well as ecological diversity and species viability, should be considered.

# LRMP 2.8 Invasive Species

## *Desired Conditions*

2.8.1 Invasive species management is coordinated with adjacent land owners.

2.8.3 Invasive species, both terrestrial and aquatic, are absent or rare within the planning area, and are not influencing native populations or ecosystem function.

2.8.4 Invasive species are not introduced or spread within protected areas.

2.8.5 Management activities do not contribute to the spread of invasive annual plants or other invasive species.

## *Objectives*

2.8.6 Within 15 years, contain priority Class B invasive species on TRFO and SJNF lands identified in the Invasive Species Action Plan.

2.8.7 Within 15 years, increase annual treated acres of noxious weeds to 10% of known acres infested on TRFO and SJNF lands.

2.8.8 Within 15 years, annual backcountry treatment (including wilderness areas and WSAs) is 10 to 15% of the total annual noxious weed treatment target on SJNF and TRFO lands.

2.8.9 Over the life of the LRMP eradicate newly established invasive species especially Colorado Class A noxious species on both SJNF and TRFO lands.

## *Standards*

2.8.10 Projects or activities that would authorize the use of forage products must use certified “noxious weed seed-free” forage products.

2.8.11 Invasive species must be managed using integrated weed management principles.

2.8.12 The SJNF and TRFO must include provisions that are necessary to prevent the spread of and to control the introduction of invasive species in contracts and permits for use of SJNF and TRFO lands and resources.

## *Guidelines*

2.8.13 Cleaning facilities and associated educational materials should be developed for boating areas in cooperation with CPW or other state and local regulatory agencies.

*2.8.14 Wildland fire operations should follow direction provided in Interagency Standards for Fire and Fire Aviation Operations (NFES 2724; USFS et al. 2013) under the Operational Guidelines for Aquatic Invasive Species section to prevent the introduction and spread of aquatic invasive species.*

2.8.15 Project planning and implementation should consider the need to prevent the introduction and spread of aquatic invasive species. The SJNF and TRFO Invasive Species Action Plan (USFS et al. 2012) provides a useful reference for appropriate management and mitigation measures.

2.8.16 High risk aquatic invasive species areas should be a priority for inventory and monitoring activities.

2.8.17 Proper equipment (e.g., vehicles, waders), cleaning techniques, and chemicals should be used as necessary to prevent the spread and establishment of aquatic invasive species.

2.8.18 For all proposed projects or activities, the risk of invasive aquatic and plant species introduction or spread should be determined and appropriate prevention and mitigation measures implemented.

# LRMP 2.9 Timber and other Forest Products

## *Guidelines*

*2.9.18 Regeneration harvests of even-aged timber stands (sites) on SJNF lands should not be undertaken until the stands have generally reached or surpassed 95% of the culmination of the mean annual increment measured in cubic feet. Exceptions may be made where resource management objectives or special resource considerations require earlier harvest, such as:*

- stands in imminent danger from insect or disease attack;
- wildlife habitat improvement;
- scenery resource enhancement or rehabilitation;
- ecosystem restoration; and
- areas managed for Christmas tree production.

# LRMP 2.10 Insects and Diseases

## *Desired Conditions*

2.10.1 Terrestrial Ecosystems have age- or size-class diversity, and compositional diversity that make them resistant to insect and disease outbreaks.

2.10.2 Insect and disease processes and cycles are similar to those that occurred during the reference period (HRV conditions) in MA 1.

2.10.3 Epidemic outbreaks are rare within management areas where active management is allowed.

2.10.4 Mortality of aspen trees in high value aspen forests due to sudden aspen decline is significantly reduced.

## *Objectives*

2.10.5 Within 5 years, use coppice timber treatments or prescribed fire to regenerate 500-1000 acres of low-elevation aspen forests that are experiencing sudden aspen decline on SJNF lands.

2.10.6 Within the next 10 years, reduce the risk of mortality due to bark beetles by increasing the mature-open development stage of ponderosa pine forests by 20,000 to 40,000 acres by using timber harvest and prescribed fire in the mature-closed development stage of ponderosa pine forests on SJNF lands.

2.10.7 Within 10 years, continue with treatment of developed recreation facilities, ski areas, and administrative sites to reduce susceptibility and hazards from insect and disease incidence, and increase long-term forest health, vigor, and resiliency on SJNF and TRFO lands.

### Standards & Guidelines

There are no Standards or guidelines for insects and disease.

## LRMP 2.11 Fire and Fuels Management

### Desired Conditions

2.11.6 Major veg types reflect little or no departure from historic range of variation of fire frequency and intensity (e.g., reflect fire regime condition class 1).

2.11.7 Planned and unplanned fire ignitions are used to increase resiliency and diversity across all forest and rangeland vegetation types.

2.11.8 Fire is reintroduced to increase the resistance and resiliency of the warm-dry mixed conifer and ponderosa pine forest types in landscape such as the Hermosa and Piedra areas.

2.11.9 The occurrence of low elevation fires burning upward into spruce fir forest will increase over time to promote the heterogeneity of spruce-fir forests.

### Standards

2.11.13 Natural Fire ignitions will be used, when feasible, to reintroduce fire into fire-adapted and dependent ecosystems. Fire for ecological benefit will be used as a resource management tool where and when allowed.

2.11.14 Restoration and recovery in areas, when possible, must be provided where critical resource concerns merit rehabilitation for controlling the spread of invasive species, protecting areas of cultural concern, or protecting critical or endangered species habitat.

### Guidelines

2.11.16 Seeding and other site-rehabilitation practices should be provided, as necessary, on wildland fire and managed wildland fire areas. Fire suppression support activities and facilities (including constructed firelines, fuel breaks and safety areas, fire camps, staging areas, heli-bases, and heli-spots); and mechanical and prescribed fire treatment areas should follow the same site-rehabilitation practices.

2.11.17 Aerial application of retardant in live water, wetlands and riparian areas should be avoided unless necessitated by human safety or property loss considerations.

## LRMP 2.12 Air Quality

### Objectives

2.12.8 For the Weminuche Wilderness Class 1 Area, improve air quality so that flora and fauna AQRVs that are at risk (including lichens, amphibians, and aquatic organisms) recover to a level that is within the limits of acceptable change (compared to natural conditions) by the next planning period so that there is no humanly perceptible change in visibility (visual range, contrast, coloration) from that which would have existed under natural conditions (conditions substantially unaltered by humans or human activities).

## LRMP 2.13 Access And Travel Management

2.13.28 **Road Density Guideline for Water Quality and Watershed Health on TRFO Lands:** In order to protect water quality, watershed function, major surface source water protection areas for municipalities, and to ensure compliance with the Colorado River Basin Salinity Control Act, use

the best available information for determining the appropriate level of road density when analyzing and approving management actions that affect motorized routes.

2.13.29 **Road and Motorized Trail Density Guideline for Ungulate Production Areas, Winter Concentration Areas, Severe Winter Range, and Critical Winter Range on SJNF Lands:** The intent of this guideline is to ensure no net loss of existing habitat effectiveness within the areas listed below. In order to maintain wildlife habitat effectiveness of SJNF lands, road and motorized trail densities should be addressed when analyzing and approving management actions that affect motorized routes. Where management actions would result in road and motorized trail densities exceeding 1 mile/square mile on SJNF lands in the areas listed below, actions should be designed to maintain habitat effectiveness on SJNF lands throughout each mapped polygon. Habitat effectiveness for this guideline is considered maintained when road densities within the CPW mapped areas on SJNF lands listed below are less than or equal to 1 mile/square mile. When road densities exceed 1 mile/square mile within the CPW mapped areas on SJNF lands listed below, densities should not be increased without mitigation designed to maintain habitat effectiveness.

- Big game production areas (calving or lambing areas)
- Elk and deer severe winter range
- Elk and deer winter concentration areas
- Deer critical winter range

---

The following parameters and constraints will be used to calculate road and motorized trail density for wildlife:

2.13.29a Roads used to develop route density calculations include roads on NFS lands only, regardless of road ownership, that are a) open year-long or seasonally to public use and b) closed to public use, but are used for administrative access or are authorized by contract, permit, or other written authorization. Included in these calculations are maintenance level 2–5 NFS roads. Also included for this calculation are NFS trails that are designated for motorized use. Roads and motorized trails with design features sufficient to maintain habitat effectiveness (such as seasonal closures that are determined to be sufficient mitigation), as determined by the USFS biologist, should not be used for final density calculations. Non-motorized trails and those roads that are closed to all motorized use and/or are in storage are not used for route density calculations. Temporary roads to be used for 5 years or less are not included in these calculations.

2.13.29b Data used for density calculations will be based on the best available information at the time of analysis.

2.13.31 Road and Motorized Trail Density Guideline for Deer and Elk General Winter Range on SJNF Lands: Where management actions would result in road and motorized trail densities exceeding 1 mile/square mile and where CPW analysis determines that road and motorized trail densities inhibit the state's ability to meet population objectives, SJNF management actions should be designed to reduce the impacts of road density on habitat effectiveness throughout each mapped general winter range polygon. This guideline applies to the portions of each mapped general winter range polygon not covered under Guideline 2.13.29.

The following parameters and constraints will be used to calculate road and motorized trail density for wildlife:

2.13.31a Roads used to develop route density calculations include roads on NFS lands only, regardless of road ownership, that are a) open year-long or seasonally to public use and b) closed to public use, but are used for administrative access or are authorized by contract, permit, or other written authorization. Included in these calculations are maintenance level 2–5 NFS roads. Also included for this calculation are NFS trails that are designated for motorized use. Roads and motorized trails with design features sufficient to maintain habitat effectiveness (such as seasonal closures that

are determined to be sufficient mitigation), as determined by the USFS biologist, should not be used for final density calculations. Non-motorized trails and those roads that are closed to all motorized use and/or are in storage are not used for route density calculations. Temporary roads to be used for 5 years or less are not included in these calculations.

2.13.31b Data used for density calculations will be based on the best available information at the time of analysis.

# LRMP 2.14 Recreation

## *Desired Conditions*

### Developed Recreation

#### *Winter Recreation:*

2.14.36 Timing restrictions for motorized over-snow recreational use may be employed in wildlife habitat areas or due to ground conditions.

# LRMP 2.18 Lands and Special Uses

## *Desired Conditions*

2.18.3 The SJNF and TRFO retains and/or acquires river frontage, riparian areas and wetland ecosystems, and other lands that would enhance or protect recreation, open space, scenery, clean air and water, and key habitat for species.

## Objectives

2.18.12 Annually, ensure that all relevant desired conditions are being met or trending toward being met in special use permit areas by inspecting at least 5% of existing special use permit areas.

## *Guidelines*

*2.18.16 The SJNF and TRFO should acquire or retain lands, interest in lands, or ROWs or easements:*

- within designated wilderness areas, other Congressionally classified areas, such as the Piedra Area and wild and scenic rivers (WSR), and WSAs;
- that provide habitat for animal and plant species designated as threatened or endangered, and/or for other species identified for special protection;
- that contain wetlands and/or floodplains and associated riparian ecosystems, or enhance watershed protection;
- with historical or important heritage resources;
- where resource management or values are threatened by change of use or may be enhanced by public ownership;
- that enhance resource management and values, improve production of goods and services, or are needed to meet resource management goals and objectives;
- that contain resources or values of local importance such as water frontage, outstanding scenery, and outdoor recreation, or that maintain or stabilize local economies;
- that consolidate federal lands or reduce the miles of interior boundaries and number of interior corners;
- where the entire mineral estate is acquired with the surface estate or where acquisition will not include lands likely to go to patent under the 1872 Mining Law; and
- where needed to enhance public and administrative access to federal lands or to enhance recreation opportunities.

## LRMP 2.21 Abandoned Mine Lands and Hazardous Materials

### Desired Conditions

2.21.1 Abandoned mine reclamation within the planning area does not negatively impact water quality and historic resource protection.

2.21.2 Abandoned mines do not endanger the environment, wildlife, the public, or employees

2.21.5 Over the life of the LRMP, AML closures for human safety at sites supporting bat populations include structures (such as bat gates) designed to provide for continued use as bat habitat.

### *Objectives*

2.21.7 Stabilize, rehabilitate, or restore AML on priority sites on an annual basis in order to improve water quality and watershed condition.

2.21.12 On all TRFO and SJNF lands, close or mitigate high-priority sites over the life of the LRMP. On SJNF lands, newly discovered sites will be prioritized for closure or mitigation based on hazard.

### *Standards and Guidelines*

All applicable standards and guidelines are found within other sections of the Design Criteria, or are found in existing law, regulations, and policies.

# STIPULATIONS RELATED TO LEASING FOR OIL AND GAS DEVELOPMENT

## Mexican Spotted Owl

### *Lease Notice*

A survey of the lease area may be required to determine if unsurveyed suitable habitat is present, and the agencies should prioritize completing surveys where expressions of interest have been made for leasable mineral development. A 2-year protocol survey to determine occupation by the species would be required prior to any development activity within the identified suitable habitat. Surveys would be completed by a qualified biologist as determined by USFWS and the managing agencies. No development activity would take place in resultant occupied habitat until a determination is made by the USFWS and the managing agencies for designation of a protected activity center.

### *No Surface Occupancy*

***No surface occupancy is allowed on the lands described below:*** In Mexican spotted owl habitat, as determined by biologist at the time, NSO would be allowed. Surveys of the lease area may be required to determine the presence of suitable habitat, occupation, and, if warranted, designation determination for a protected activity center.

If it is determined that suitable nesting and fledgling Mexican spotted owl habitat exists and surveys cannot be conducted, a TL would be placed from March 1 to August 31.

***For the purpose of:*** Preventing actions which may result in take as defined under the Endangered Species Act.

***Justification:*** The Mexican spotted owl is a threatened species with suitable habitat within portions of the SJNF and TRFO lands. NSO would be allowed in these habitat areas to maintain the utility of suitable

breeding and brood rearing habitat as defined in the Mexican Spotted Owl Recovery Plan to promote recovery.

*Exceptions, modifications, and waivers would be considered for BLM leases. On NFS lands, the following exceptions, modifications, and waivers apply:*

***Exceptions:*** An exception can be granted if an environmental analysis of the Proposed Action and subsequent consultation indicates that the nature or conduct of the activity could be conditioned so as not to impair the utility of habitat for current or subsequent reproductive activity or occupancy. No exceptions would be granted within a protected activity center.

***Modifications:*** The Authorized Officer may modify habitat configuration or extent based on new information. Modification of a protected activity center would be completed in consultation with the USFWS.

***Waivers:*** A waiver of this stipulation maybe granted by the Authorized Officer only through a land use plan amendment. No waivers shall be granted within designated protected activity centers.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

# Lynx

## *Controlled Surface Use – Landscape Linkage, Denning and Winter Foraging Habitat*

***Surface occupancy or use is subject to the following special operating constraints:*** Limitations on surface use and/or operational activities may be required. TL (especially during winter and/or in lynx habitat) and restrictions on snow compaction activities may be applied in consultation with the USFWS as necessary to protect habitat and linkage area function and limit access by potential lynx competitors. Actions would be consistent with direction found in the Lynx Conservation Assessment and Strategy, best available science as determined by the managing agencies and the USFWS, and/or the Southern Rockies Lynx Amendment, each where applicable.

***On the lands described below:***

- Within identified current active denning locations
- Within identified landscape linkage areas
- Within identified lynx habitat in a Lynx Analysis Unit (LAU)

***For the purpose of:*** Protection of lynx and lynx habitat in compliance with the Endangered Species Act.

***Justification:*** The Canada lynx is a threatened species, with suitable habitat within portions of the SJNF and TRFO. CSU would apply in these habitat areas to protect the habitat and the species.

*Exceptions, modifications, and waivers would be considered for BLM leases. On NFS lands, the following exceptions, modifications, and waivers apply:*

***Exceptions:*** The Authorized Officer, in consultation with the USFWS, may grant an exception to this stipulation if an environmental analysis and subsequent consultation indicates that the proposed or conditioned activities would not affect, current and subsequent, suitability or utility of established lynx linkage corridors or lynx habitat within the LAU.

***Modifications:*** The Authorized Officer, in consultation with the USFWS, may modify the size of the stipulation area or time frames if an environmental analysis indicates that a portion of the area is non-essential to function and utility of established lynx linkage corridors and lynx habitat, and not impair the utility of the corridors and LAU for current or subsequent lynx use or occupation.

***Waivers:*** A waiver of this stipulation may be granted by the Authorized Officer in consultation with the USFWS, only through a land use plan amendment if site conditions have changed sufficient to preclude current and subsequent lynx occupation of the LAU or use of linkage corridors.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

### *Timing Limitation –Denning Sites*

***No surface use is allowed during the following time period on the lands described below:*** March 1 to August 30 (this stipulation applies to all lease activities) within 1 mile of known, active den sites.

***For the purpose of:*** Protection of denning habitat for Canada lynx in compliance with the Endangered Species Act.

***Justification:*** The Canada lynx is a threatened species with suitable habitat within portions of the SJNF and TFRO. A TL would apply in these habitat areas to protect the habitat and the species.

*Exceptions, modifications, and waivers would be considered for BLM leases. On NFS lands, the following exceptions, modifications, and waivers apply:*

***Exceptions:*** An exception can be granted if an environmental analysis of the Proposed Action and subsequent consultation indicates that the nature or conduct of the activity could be conditioned so as not to impair the utility of habitat for current or subsequent reproductive activity or occupation.

***Modifications:*** The Authorized Officer, in consultation with the USFWS, may modify the size of the stipulation area or time frames if an environmental analysis shows that the modification would not impair the utility of the habitat and LAU for current or subsequent lynx reproductive activity or occupation.

***Waivers:*** A waiver of this stipulation may be granted by the Authorized Officer in consultation with the USFWS only through a land use plan amendment.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

## Southwestern Willow Flycatcher

### *No Surface Occupancy*

***No surface occupancy is allowed on the lands described below:*** Within 325 feet of the ordinary high water mark in mapped habitat.

***For the purpose of:*** Prevent disruption of reproductive activity in mapped habitat.

***Justification:*** The southwestern willow flycatcher is a federally designated endangered species with suitable breeding habitat within the planning area. Oil and gas activities have the potential to adversely affect the species.

*Exceptions, modifications, and waivers would be considered for BLM leases. On NFS lands, the following exceptions, modifications, and waivers apply:*

***Exceptions:*** The Authorized Officer in consultation with the USFWS, may grant an exception to this stipulation if an environmental analysis indicates that the proposed or conditioned activities would not affect current or subsequent suitability or utility of riparian habitat suitable for the southwestern willow flycatcher.

***Modifications:*** The Authorized Officer in consultation with the USFWS, may modify the configuration of the stipulation area or time frames if an environmental analysis indicates that a portion of the area is currently and subsequently nonessential to the function and utility of riparian habitat, or that the Proposed Action could be conditioned so as not to impair the utility of habitat for the southwestern willow flycatcher.

***Waivers:*** A waiver of this stipulation may be granted by the Authorized Officer in consultation with the USFWS only through a land use plan amendment.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

### *Timing Limitation*

***No surface use is allowed during the following time period(s):*** May 1 to August 15 in mapped suitable nesting habitat.

***For the purpose of:*** Prevent disruption of reproductive activity during the production period.

***Justification:*** The southwestern willow flycatcher is a federally designated endangered species with suitable breeding habitat within the planning area. Oil and gas activities have the potential to adversely affect the species.

*Exceptions, modifications, and waivers would be considered for BLM leases. On NFS lands, the following exceptions, modifications, and waivers apply:*

***Exceptions:*** The Authorized Officer, in consultation with the USFWS, may grant an exception if an environmental analysis indicates that the Proposed Action could be conditioned so as not to affect current or subsequent breeding behavior, nest attendance, egg/chick survival, or nesting success.

***Modifications:*** The Authorized Officer, in consultation with the USFWS, may modify the size or dates of the TL area if an environmental analysis indicates that the Proposed Action could be conditioned so as not to affect current of subsequent nest attendance, egg/chick survival, or nesting success. Seasonal time frames may be modified if operations could be conditioned to not disrupt current or subsequent breeding behavior and bird distribution within suitable breeding habitat.

***Waivers:*** A waiver of this stipulation may be granted by the Authorized Officer in consultation with the USFWS only through a land use plan amendment.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

## Gunnison Sage-grouse

### *Lease Notice*

The lease may in part, or in total contain critical Gunnison sage-grouse habitat, as identified by the managing agencies, either currently or prospectively. The operator may be required to implement specific measures to reduce impacts of oil and gas or geothermal operations on Gunnison sage-grouse populations and habitat quality.

Sage-grouse habitat conservation measures may include timing restrictions, noise restrictions, distances or percentages of allowable surface-disturbing activities, and desired density levels or other development constraints consistent with the state or Gunnison Sage-grouse Rangewide Conservation Plan (including subsequent updates), current peer reviewed sage-grouse research, or as developed in conjunction with CPW to meet local population objectives.

Such measures shall be developed during the Application for Permit to Drill on-site and environmental review process for sundry notices and associated rights-of-way, and would be consistent with lease rights granted.

## No Surface Occupancy –Occupied Habitat

***No surface occupancy is allowed on the lands described below:*** as mapped for occupied critical Gunnison sage-grouse habitat.

***For the purpose of:*** Protecting priority habitat such as lek sites and nesting habitat for Gunnison sage-grouse.

***Justification:*** Development and human activity are known to be limiting to occupation and successful reproduction of this species within its complex of suitable habitat. NSO may be used in these habitat areas to protect the habitat and the species.

*Exceptions, modifications, and waivers would be considered for BLM leases. On NFS lands, the following exceptions, modifications, and waivers apply:*

***Exceptions:*** Exceptions may be considered.

***Modifications:*** A modification may be granted by the Authorized Officer if the occupied habitat boundaries change.

***Waivers:*** A waiver of this stipulation may be granted by the Authorized Officer only through a land use plan amendment.

Any changed may be in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

## Controlled Surface Use –Occupied Habitat

***Surface occupancy or use is subject to the following special operating constraints:*** The Field Manager may require the proponent/applicant to submit a plan of development that would demonstrate:

- Avoidance of direct or indirect loss of important Gunnison sage-grouse habitat necessary for maintenance of the local population or reduce to acceptable levels the direct or indirect loss of important Gunnison sage-grouse habitat necessary for sustainable local populations.
- Special reclamation measures or design features are incorporated that would accelerate recovery and/or re-establishment of affected sage-grouse habitat;
- The current/future utility of such habitat for sage-grouse use would not be impaired.

Additional conservation measures may be imposed as necessary to maintain high-quality sage-grouse habitat, reduce fragmentation or loss of habitat within or between population areas, reduce cumulative effects within population areas, and reduce disturbance to sage-grouse use in the area. Conservation measures may be identified in state or local conservation plans or through appropriate science or research for the species.

***Justification:*** Loss of habitat is known to be among the factors limiting successful breeding, reproduction, and recruitment of this species within otherwise suitable habitat. The BLM and USFS, signatories to the Gunnison Sage-grouse Range-wide Conservation Plan (2005), have made commitments to limit noise associated with anthropogenic sources within priority habitats consistent with the LRMP.

*Exceptions, modifications, and waivers would be considered for BLM leases. On NFS lands, the following exceptions, modifications, and waivers apply:*

***Exceptions:*** The Authorized Officer, in coordination with CPW, may grant an exception to this stipulation if an environmental analysis indicates that the proposed or conditioned activities would not affect the long term suitability or utility of habitat for sage-grouse.

***Modifications:*** May be considered

***Waivers:*** The Authorized Officer, in coordination with CPW, may grant a waiver to this stipulation if site conditions have changed sufficient to permanently preclude sage-grouse occupation of the lease area.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

## *Controlled Surface Use –Unoccupied Habitat*

***Surface occupancy or use is subject to the following special operating constraints:*** In unoccupied Gunnison sage-grouse habitat, NSO would be allowed within a 0.6-mile radius of a newly identified lek site. A TL may be applied to lease activities if surface occupancy is allowed. A TL may apply to construction, drilling, and workovers within 4.0 miles of an identified lek site from March 1 through June 30, dependent on the distribution of suitable nesting habitat and line of sight from the activity to the lek (potential habitat as identified in the Gunnison Sage Grouse Rangewide Plan, 2005). These are areas where Gunnison sage-grouse use is suspected or the habitat is deemed suitable but no grouse have been documented there. An agency approved survey of the lease acreage within "potential" habitat may be required to verify occupancy status.

***For the purpose of:*** Protecting crucial habitat such as lek sites and nesting habitat for Gunnison sage-grouse.

***Justification:*** The Gunnison sage-grouse is a BLM and USFS sensitive species, with suitable habitat and populations within portions of the SJNF and TRFO lands. Development and human activity are known to be limiting to occupation and successful reproduction of this species within its complex of suitable habitat. NSO may be used in these habitat areas to protect the habitat and the species.

*Exceptions, modifications, and waivers would be considered for BLM leases. On NFS lands, the following exceptions, modifications, and waivers apply:*

***Exceptions:*** The Authorized Officer may grant an exception if an environmental analysis and coordination with CPW indicate that the Proposed Action could be conditioned so as not to affect current or subsequent breeding behavior, nest attendance, egg/chick survival, or nesting success. Actions designed to enhance the long-term utility or availability of nest habitat may be excepted.

***Modifications:*** A modification may be granted by the Authorized Officer if the suitable habitat boundaries change. The Authorized Officer may modify the size or dates of the TL area if an environmental analysis indicates that the Proposed Action could be conditioned so as not to affect current or subsequent nest attendance, egg/chick survival, or nesting success. Seasonal or daily time frames may be modified if operations to not disrupt current or subsequent lek attendance, breeding behavior, and bird distribution within a 0.6-mile radius of the lek during the breeding period (March 1–June 30).

***Waivers:*** A waiver of this stipulation may be granted by the Authorized Officer only through a land use plan amendment.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

### Controlled Surface Use – Noise Restriction Occupied and Unoccupied Habitat

***Surface occupancy or use is subject to the following special operating constraints:*** New noise sources resulting from management activities must not contribute to noise levels exceeding 34 A-weighted decibels (dBA) (10 dBA above ambient measures, typically 20 to 24 dBA) from 6 p.m. until 9 a.m. at the perimeter of a lek during active lek season.

In occupied habitat the BLM would not authorize vehicular traffic between the hours of 6 p.m. and 9 a.m. within 1.9 miles of a lek from March 15 through May 15 annually. This stipulation applies to vehicles that may create noise levels that exceed recommended guidance.

***For the purpose of:*** Protecting priority habitats such as lek sites, nesting, brood rearing, and winter habitat for Gunnison sage-grouse in order to prevent abandonment of display grounds and to maintain reproductive success, recruitment, and survival.

***Justification:*** Noise associated with oil and gas operations and other similar development activity is known to be among the factors limiting successful breeding, reproduction and recruitment of this species within otherwise suitable habitat. The BLM and USFS, signatories to the Gunnison Sage-grouse Range-wide Conservation Plan (2005), have made commitments to limit noise associated with anthropogenic sources within priority habitats consistent with the Plan.

*Exceptions, modifications, and waivers would be considered for BLM leases. On NFS lands, the following exceptions, modifications, and waivers apply:*

***Exceptions:*** The Authorized Officer, in consultation with the agency wildlife biologist and CPW, may grant an exception to this stipulation if other measures have been implemented sufficient to reduce the noise levels at the edge of the 0.6-mile lek buffer to a maximum of 10 dBA above ambient noise levels (measured at dawn) in an undeveloped area with no other anthropogenic sources of noise.

***Modifications:*** A modification may be granted by the Authorized Officer if the lek and associated habitat boundaries change for this species.

***Waivers:*** A waiver of this stipulation may be granted by the Authorized Officer only through a land use plan amendment.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

## Colorado River Cutthroat Trout

### No Surface Occupancy

***No surface occupancy or use is allowed on the lands described below:*** Within 0.25 mile of streams occupied by conservation populations of Colorado River cutthroat trout or streams that have been identified as reintroduction sites for Colorado River cutthroat trout.

***For the purpose of:*** Protection of existing Colorado River cutthroat trout populations and habitat.

***Justification:*** To assist in the recovery and conservation of Colorado River cutthroat trout populations in accordance with the 2001 Conservation Agreement and Strategy for the States of Colorado, Utah, and Wyoming. This species is both a USFS and BLM sensitive species. The Colorado River cutthroat trout is the only salmonid species native to western Colorado. Populations of cutthroat have declined over the past 100 years to where they now occur less than 5% of the area once occupied. The introduction of non-native trout species is the primary cause of the decline of endemic cutthroats. However, a variety of land management activities, resulting in the loss or degradation of their habitat, have also contributed to

the declines. The declines have been so severe that this subspecies of cutthroat has been petitioned for listing under the Endangered Species Act. The above stipulation would help promote the long-term recovery of the species and help reduce the trend towards federal listing.

*Exceptions, modifications, and waivers would be considered for BLM leases. On NFS lands, the following exceptions, modifications, and waivers apply:*

***Exceptions:*** Exceptions to this stipulation may be authorized if the affected area is determined not to be suitable habitat. Exceptions may also be granted when surface occupancy within the 0.25-mile distance of the Colorado River cutthroat trout conservation population or reintroduction sites would have no potential for adverse impacts on the habitat or population. Although these situations would be very rare, the Authorized Officer shall consider topography, hydrology, timing of surface activities, and all other relevant factors when evaluating an exception request.

***Modifications:*** No circumstances have been identified under which a modification would be allowed. A 30-day public notice and comment period is required before modification of a stipulation.

***Waivers:*** No waivers would be authorized unless the areas mapped as possessing the attributes are verified by USFS staff to not possess those attributes. A waiver of stipulations may only be granted through a land use plan amendment.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

## Greenback Cutthroat Trout

### *No Surface Occupancy*

***No surface occupancy or use is allowed on the lands described below:*** Within 0.25 mile of streams occupied by existing populations of greenback cutthroat trout.

***For the purpose of:*** Protection of existing greenback cutthroat trout populations in compliance with the Endangered Species Act.

***Justification:*** To assist in the protection of greenback cutthroat trout populations.

*Exceptions, modifications, and waivers would be considered for BLM leases. On NFS lands, the following exceptions, modifications, and waivers apply:*

***Exceptions:*** Exceptions can also be granted when surface occupancy within the 0.25-mile distance of the greenback cutthroat trout populations would have no potential for adverse impacts on the population. Although these situations would be very rare, the Authorized Officer shall consider topography, hydrology, timing of surface activities, and all other relevant factors when evaluating an exception request.

***Modifications:*** No circumstances have been identified under which a modification would be allowed. A 30-day public notice and comment period is required before modification of a stipulation.

***Waivers:*** No waivers would be authorized unless the areas mapped as possessing the attributes are verified by USFS staff to not possess those attributes. A waiver of stipulations may only be granted through a land use plan amendment.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

# Perennial Streams, Water Bodies, Riparian Areas, and Fens

## *No Surface Occupancy*

***No surface occupancy or use is allowed on the lands described below:*** Prohibit surface occupancy and surface-disturbing activities within a minimum buffer distance of 325 horizontal feet for all perennial waters. For perennial streams, the buffer would be measured from the ordinary high water mark (bankfull stage), whereas for wetland features, the buffer would be measured from the edge of the mapped extent (Table H.1). For unmapped wetlands, the vegetative boundary (from which the buffer originates) would be determined in the field. Where the riparian zone extends beyond 325 feet, the NSO stipulation would be extended to include the entire riparian zone.

**Table J.B.1: No Surface Occupancy Buffers for Perennial Waters**

| Water Body Type | Buffer Width (feet) |
|---|---|
| Fens and wetlands | 325* |
| Perennial streams (with or without fish) | 325 (as measured from ordinary high water mark) |
| Lotic or lentic springs and seeps | 325 (as measured from wetland vegetation edge) |
| Riparian | 325 (or greater if riparian area is wider than 325 feet) |

*See Modification.




Wetland buffer dimensions may be averaged to accommodate variability in terrain or development plans. Up-gradient distances should be maintained (i.e., up- gradient buffer distances of 325 feet), while down-gradient buffers may be reduced to no less than 100 feet. The buffer averaging must, however, not adversely affect wetland functions and values, and a minimum buffer distance of 100 feet from the wetland edge is maintained. The buffer's intent is to protect the water source area of the wetland, which is more important than the down-gradient portion of the wetland.

***For the purpose of***: Maintaining the proper functioning condition, including the vegetative, hydrologic and geomorphic functionality of the perennial water body. Protect water quality, fish habitat, aquatic habitat, and provide a clean, reliable source of water for downstream users. Buffers are expected to indirectly benefit migratory birds, wildlife habitat, amphibians, and other species.

***Justification***: Wetlands, floodplains, riparian areas, water influence zones, and fens represent important ecological components and functions, such as storing water, stabilizing valley floors, enhancing water quality, and providing recreation and aesthetic values, biological diversity, and wildlife species with habitat, water, food, cover, and travel routes. They are easily disturbed by ground-disturbing activities that can cause soil erosion, soil compaction, and adverse changes to the hydrologic function that is important to maintaining the hydrologic and ecological integrity of these lands.

*Exceptions, modifications, and waivers would be considered for BLM leases. On NFS lands, the following exceptions, modifications, and waivers apply:*

***Exceptions:*** An exception may be allowed if the agency determines that project design or mitigation measures can be used to prevent impacts to reservoirs. Consideration must include the degree of slope, soils, importance of the amount and type of wildlife and fish use, water quality, riparian vegetation, and other related resource values. If wetlands are present around the reservoir, no exceptions would be granted unless compliance can be demonstrated with Executive Order 11990. In addition, an exception may be granted for stream crossings where no other alternative exists, such as another route, and must be approved by the Authorized Officer.

***Modifications***: Wetland buffer dimensions may be averaged to accommodate variability in terrain or development plans. Up-gradient distances should be maintained (i.e., up-gradient buffer distances of 325 feet), while down-gradient buffers may be reduced to no less than 100 feet. The buffer averaging must, however, not adversely affect wetland functions and values, and a minimum buffer distance of 100 feet from the wetland edge is maintained. The buffer's intent is to protect the water source area of the wetland, which is more important than the down-gradient portion of the wetland.

***Waivers***: No waivers would be authorized unless the areas mapped as possessing the attributes are verified by USFS staff to not possess those attributes. A waiver of stipulations may only be granted through a land use plan amendment.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

## *Controlled Surface Use*

***Surface occupancy or use is subject to the following special operating constraints:*** From 325 to 500 horizontal feet from the perennial water body, CSU restrictions would apply. Surface-disturbing activities may require special engineering design, construction and implementation measures, including re-location of operations beyond 656 feet (200 meters) to protect water resources within the 325 foot NSO buffer. For perennial streams, the buffer would be measured from ordinary high water mark (bankfull stage), whereas for wetland features, the buffer would be measured from the edge of the mapped extent (Table H.2). For unmapped wetlands, the vegetative boundary (from which the buffer originates) would be determined in the field.

**Table J.B..2: Controlled Surface Use buffers for perennial waters.**

| Water Body Type | Buffer Width (feet) |
|---|---|
| Fens and wetlands | 325–500* |
| Perennial streams (with or without fish) | 325–500 (as measured from ordinary high water mark) |
| Lotic or lentic springs and seeps | 325–500 (as measured from wetland vegetation edge) |




***For the purpose of***: Maintaining the proper functioning condition, including the vegetative, hydrologic, and geomorphic functionality of the perennial water body, to protect water quality, fish habitat, and aquatic habitat and provide a clean, reliable source of water for downstream users. Buffers are expected to indirectly benefit migratory birds, wildlife habitat, amphibians, and other species.

***Justification***: Minimizing potential deterioration of water quality; maintaining natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities; and preserving wildlife habitat. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones.

*Exceptions, modifications, and waivers would be considered for BLM leases. On NFS lands, the following exceptions, modifications, and waivers apply:*

***Exceptions***: Exceptions may apply if a professionally engineered design is implemented and a construction, maintenance, and reclamation plan can mitigate to the fullest extent all potential resource damage associated with the Proposed Action.

***Modifications:*** No circumstances have been identified under which a modification would be allowed. A 30-day public notice and comment period is required before modification of a stipulation.

***Waivers:*** No waivers would be authorized unless the areas mapped as possessing the attributes are verified by USFS staff to not possess those attributes. A waiver of stipulations may only be granted through a land use plan amendment.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

# Intermittent and Ephemeral Streams

## *No Surface Occupancy*

***No surface occupancy or use is allowed in the lands described below***: NSO of 50 horizontal feet as measured from the top of the stream bank for all intermittent or ephemeral streams (see diagram). If riparian vegetation extends beyond the top of the stream bank, the buffer would be measured from the extent of the riparian vegetation.




***For the purpose of***: Maintaining and protecting water quality, stream stability, aquatic health, seasonal use and downstream fisheries, and sediment processes downstream.

***Justification***: Minimizing potential deterioration of water quality and maintaining natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities.

*Exceptions, modifications, and waivers would be considered for BLM leases. On NFS lands, the following exceptions, modifications, and waivers apply:*

***Exceptions***: Exceptions may apply if a professionally engineered design is implemented and a construction, maintenance, and reclamation plan can mitigate to the fullest extent all potential resource damage associated with the Proposed Action.

***Modifications***: No circumstances have been identified under which a modification would be allowed. A 30-day public notice and comment period is required before modification of a stipulation.

***Waivers***: No waivers would be authorized unless the areas mapped as possessing the attributes are verified by USFS staff to not possess those attributes. A waiver of stipulations may only be granted through a land use plan amendment.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

## Controlled Surface Use

***Surface occupancy or use is subject to the following special operating constraints***: CSU from the edge of the NSO buffer to 100 horizontal feet. Avoid locating roads, stream crossings, and facilities within this zone, because activities within this area can potentially affect streams and water quality. Adequate professional design and engineering of activities in this zone is necessary to prevent stormwater runoff and sedimentation. Measurement is from the top of the stream bank, although if wetland vegetation exists, then the measurement is from the vegetation's edge.

***For the purpose of***: Minimizing the risk of sedimentation, spills, and other contaminants reaching intermittent and/or ephemeral streams to protect water quality, stream function, and aquatic habitat.

***Justification***: CSU in this zone would minimize potential deterioration of water quality, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities.

**Exceptions, modifications, and waivers would be considered for BLM leases. On NFS lands, the following exceptions, modifications, and waivers apply:**

***Exceptions***: An exception may be granted by the Authorized Officer if it can be demonstrated that the surface-disturbing activity would cause only negligible impacts to the resource or resource use that the stipulation was designated to protect or would improve the protected resource or resource use as defined by LRMP objectives, standards, or conditions.

***Modifications***: No circumstances have been identified under which a modification would be allowed. A 30-day public notice and comment period is required before modification of a stipulation.

***Waivers***: No waivers would be authorized unless the areas mapped as possessing the attributes are verified by USFS staff to not possess those attributes. A waiver of stipulations may only be granted through a land use plan amendment.

Any changes to this stipulation would be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FSM 1950 and 2820.)

# APPENDIX J.C – WATER DEPLETION ANALYSIS

## Water Depletions Associated with Livestock Grazing

The primary impact to fisheries and aquatic species would be mainly due to degraded habitat resulting from erosion and sedimentation and increased stream temperatures caused by long-term concentrated grazing in riparian areas where stream bank trampling and trailing, stream widening, and stream-side vegetation removal are occurring. Use of LRMP design criteria and referenced documents and manuals should ensure proper rangeland management and reduce the effects to fisheries and aquatic ecosystems.

The impacts related to livestock grazing on the bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker would generally be minor because these fish species do not occur within the planning area. With the exception of associated water-depleting activities, livestock grazing would not impact their habitats. The development of new stock watering features (stock ponds and springs) will result in minor water depletions to the San Juan and Dolores River Basins. It is unknown exactly how many facilities might be constructed over the life of the LRMP, but it is expected that the associated cumulative net depletion amount will be less than 5 acre-feet per year.

## Water Depletions Associated with Road Maintenance and Construction

Impacts related to roads and trails on stream flow and sediment production are more specifically described in the Water Resources Section of the LRMP.

Small amounts of water are used in road construction and reconstruction, road maintenance, and dust abatement, resulting in short-term water depletions to the San Juan and Dolores River Basins. This water would be obtained from federal and private sources and will include contracted actions (e.g., Schedule A maintenance by counties to apply magnesium chloride, etc.). Since this water is connected to a federal action, it is considered a discretional federal action subject to ESA Section 7 consultation requirements. It is estimated that these actions will use approximately 9 acre-feet from the San Juan River Basin and 6 acre-feet from the Dolores River Basin over a 15-year period, excluding road-related activities with gas well drilling and completion.

## Water Depletions Associated Oil and Gas Leasing and Development

The impacts related to oil and gas leasing and development on water quantity and water quality are discussed in the Water Resources Section in the LRMP. There are indications that oil and gas resource potential may result in leasing and exploration east of Pagosa Springs (in the San Juan Sag area) on NFS lands, and on the BLM portion (especially in the Disappointment Valley, Big Gypsum Valley, and Dry Creek Basin, and along the Dolores River Canyon) and the NFS portion (especially in the Glade and McPhee Reservoir areas, and along the Dolores River Canyon) of the Paradox Basin. There are two types of possible gas development (i.e., conventional gas and GSGP gas) within the Paradox Basin. Exploration could include one to two wildcat wells per year in the San Juan Sag area. For conventional development in the Paradox Basin, four to seven exploratory gas wells per year may be developed on BLM lands for the 15-year period, and five to eight wildcat gas wells per year may be developed on NFS lands for the same period (see Fluid Minerals Section). For the GSGP development within the Paradox Basin, exploratory wells are slowly developed for the first 7 years, then accelerated development occurs. For BLM lands, two to three exploratory gas wells per year are constructed for the first 7 years, then nine to 24 gas wells per year are developed for the next 8 years. For NFS lands, six to eight wildcat wells are constructed for the first 7 years, then 37 to 68 gas wells per year are developed for the next 8 years.

In total, approximately 8 to 12 acres per year may be disturbed from well pads and roads on BLM public lands from oil and gas development activity for the first 7 years. For the next 8 years, about 36 to 96

acres per year may be disturbed. For all oil and gas development on NFS lands, approximately 24 to 32 acres per year may be disturbed from well pads and roads for the first 7 years. For the following 8 years, about 148 to 272 acres per year may be disturbed. If paying quantities of gas are discovered in the San Juan Sag and Paradox Basin (for both conventional and GSGP gas development), as many as 263 and 611 production wells are projected for BLM and NFS lands, respectively.

The potential impacts to aquatic ecosystems and fish species from oil and gas leasing and development would be mainly related to water depletions and some reduced stream flows. This would, subsequently, reduce fishery habitat available for use, increase sediment production, and result in degraded fishery habitat. Other potential effects include salinity and water contamination from petroleum products, drilling mud, and other contaminants. The major river basins affected by the projected development in the Paradox Leasing Analysis Area are the Dolores and San Juan River Basins.

Substantial quantities of water are projected to be used in the drilling, fracturing, and completion process for both the GSGP and Paradox conventional development (Table J.19). GSGP gas wells in the Paradox Basin would use approximately 7.9 to 13.1 acre-feet of water per well in the drilling and completion process. This level of water consumption is six to 11 times the amount of water used to drill and complete a conventional gas well and 11 to 18 times the amount of water used to drill and complete a CBM gas well. Paradox conventional gas wells would use 3.3 acre-feet of water per well in the drilling and completion process. This level of water use is 2.5 times the amount of water used to drill and complete other conventional wells and five times the amount of water used to drill and complete a CBM well.

**Table J.C.1: Projected Water Used in Well Drilling, Fracturing, and Completion (acre-feet) for Leased and Unleased GSGP and Paradox Conventional Gas Wells over a Period of 15 Years for National Forest System and Bureau of Land Management Lands by Alternative**

| | Alternative A | Alternative B | Alternative C | Alternative D | No Leasing Alternative |
|---|---|---|---|---|---|
| USFS - Leased and unleased GSGP and Paradox conventional | 5,311 | **5,032** | 4,556 | 5,300 | 832 |
| BLM - Leased and unleased GSGP and Paradox conventional | 4,265 | 3,726 | 3,593 | 4,107 | 2,480 |
| Total | 9,576 | 8,758 | 8,149 | 9,407 | 3,312 |

It is assumed that all water associated with GSGP and Paradox conventional gas development and production would be purchased and trucked into the project area, as the water would not be obtained from water sources on public land. The sources of this private water are unknown, but would occur within the San Juan River Basin and Dolores River Basin. Since this water is connected to a federal action, it is considered a depletion from a major river basin and would require preparation of a biological assessment and coordination and consultation with the USFWS for threatened and endangered species, under Section 7 of the ESA (Table J.20 and Table J.21).

Water can also be depleted during gas field production. For the GSGP and Paradox conventional, small quantities of water are produced or pumped from the gas producing formation(s) in order to release the pressure on the gas tied-up in the seam and allow it to flow. In some cases as wells are drilled and the formation(s) fractured, groundwater may be connected to surface water streams. With the large number of gas wells proposed in the GSGP and Paradox conventional development (see Table J.20 and Table J.216), the amount of produced water removed may reduce some stream flows in stream systems with warm water sensitive fisheries or tributary to downstream threatened and endangered and sensitive

fishery streams. Because of difficulties in quantifying effects on stream flow, water depleted due to gas field production was not estimated for the GSGP and Paradox conventional.

**Table J.C.2. Projected Number of Gas Wells and Water Used in Well Drilling, Fracturing, and Completion (acre-feet) for Leased and Unleased GSGP and Paradox Conventional Gas Wells over a Period of 15 Years by Major River Basin for National Forest System and Bureau of Land Management Lands under Alternative A**

| | Future Leases Dolores River Basin | Future Leases San Juan River Basin | Existing Leases Dolores River Basin | Existing Leases San Juan River Basin |
|---|---|---|---|---|
| USFS | | | | |
| Number of wells | 562 | 24 | 101 | – |
| Water used (acre-feet) | 4,262 | 216 | 832 | – |
| BLM | | | | |
| Number of wells | 229 | 34 | 326 | 25 |
| Water used (acre-feet) | 1,490 | 296 | 2,256 | 224 |
| Total of water used (acre-feet) | 5,752 | 512 | 3,088 | 224 |

**Table J.C.3: Projected Number of Gas Wells and Water Used in Well Drilling, Fracturing, and Completion (acre-feet) for Leased and Unleased GSGP and Paradox Conventional Gas Wells over a Period of 15 Years by Major River Basin for National Forest System and Bureau of Land Management Lands under Alternative C**

| | Future Leases Dolores River Basin | Future Leases San Juan River Basin | Existing Leases Dolores River Basin | Existing Leases San Juan River Basin |
|---|---|---|---|---|
| USFS | | | | |
| Number of wells | 460 | 20 | 101 | – |
| Water used (acre-feet) | 3,539 | 185 | 832 | – |
| BLM | | | | |
| Number of wells | 147 | 20 | 326 | 25 |
| Water used (acre-feet) | 928 | 185 | 2,256 | 224 |
| Total of water used (acre-feet) | 4,467 | 370 | 3,088 | 224 |

Decreased stream flows may impact aquatic habitat and fish populations by reducing or eliminating both the extent and quality of suitable habitat by increasing stream temperatures and, subsequently, by reducing dissolved oxygen levels. Such impacts may be more pronounced during periods of natural cyclic flow reductions during fall and winter or during summer months during periods of drought. A loss of stream flow can also reduce a stream's ability to transport sediment downstream and result in increased deposition which, in turn, can impact the numbers and diversity of benthic macro invertebrates and, ultimately, aquatic habitat.

Clearing of drill pads and roads and their continued use can expose soil to both wind and water erosion. Given the number of well pads and roads projected in the Paradox Leasing Analysis Area, consequential sedimentation of streams and still water bodies has the potential to impact fishery and aquatic resources (Table J.22). These impacts may be more pronounced in the Paradox Basin because of the number of sensitive watersheds with sediment and salinity concerns that may be upstream of warm water sensitive fisheries or threatened and endangered species (Table 3.2 and Table 3.4 in the Water Section). Eroded material may be delivered to streams as fine sediment and deposited in channels or transported

downstream. The actual amount of sediment from these land disturbing activities that reaches stream channels or still water bodies would be a result of numerous factors including the location of roads, number of road/stream crossings, slope steepness and length, amount of exposed soil, type of vegetation in the area, frequency and intensity of rainfall, soil type and the implementation and effectiveness of BMPs. A typical concern with sedimentation is that sediment loads, above background levels, can reduce pool depths, bury stream substrates and spawning gravels, adhere to aquatic insects and the gills of fish, alter channel form and function, and result in other forms of habitat degradation. Elevated salinity levels, over extended periods of time, may become toxic for aquatic ecosystems and fish species.

**Table J.C.4: Projected Surface Disturbance (acres) for Leased and Unleased Gothic Shale Gas Play and Paradox Conventional Gas Well Development over a Period of 15 Years for National Forest System and Bureau of Land Management Lands by Alternative**

| | Alternative A | Alternative B | Alternative C | Alternative D | No Lease Alternative |
|---|---|---|---|---|---|
| USFS - Leased and unleased GSGP and Paradox conventional | 3,570 | 3,395 | 2,770 | 3,555 | 530 |
| BLM - Leased and unleased GSGP and Paradox conventional | 3,070 | 2,688 | 2,590 | 2,920 | 1,780 |
| Total | 6,640 | 6,083 | 5,360 | 6,475 | 2,310 |

LRMP direction addresses potential aquatic impacts from surface disturbance. Where gas facilities are developed within the Paradox Basin, soil erosion and sediment deposition, and corresponding potential to impact aquatic and riparian habitat would be limited by implementing lease stipulations that require avoidance of sensitive, erosion-prone areas and riparian areas, secondly by using standards and guidelines, and thirdly by the application of BMPs. Some of these BMPs may include, for example, graveling road surfaces to avoid dust and loss of soil to wind erosion; revegetating or covering any soil stockpiles that would remain for extended periods to avoid significant wind and water erosion; installing slope breaks and silt fences on slopes to slow and filter storm water runoff that might carry exposed soils to surface water drainages; timely reclaiming disturbed areas to minimize erosion after construction of facilities; and avoiding locations having highly erosive soils where possible. Non-productive wells would also be immediately reclaimed. The applicable lease stipulations to protect aquatic ecosystems and fish species are below (Table J.23).

**Table J.23: Lease Stipulations that Pertain to the Aquatic Ecosystem and Fish Species as Applied by Alternative**

| Fisheries | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| **Perennial streams, water bodies, riparian areas, and fens:** Prohibit surface occupancy and surface-disturbing activities within a minimum buffer distance of 325 horizontal feet for all perennial waters. See Appendix H for full description of distances where NSO applies. | NSO | NSO | NSO | CSU |
| **Perennial streams, water bodies, riparian areas, and fens :** From 325 to 500 horizontal feet from the perennial water body, controlled surface use restrictions would apply. See stipulations for full description of distances where CSU applies. | CSU | CSU | CSU | SLT |
| **Reservoirs and lakes** For reservoirs and lakes 1 acre or larger as measured by the high water mark, | NSO | NSO | NSO | CSU |

| Fisheries | Alt A | Alt B | Alt C | Alt D |
|---|---|---|---|---|
| NSO would be allowed within 0.25 mile of the high water shoreline. | | | | |
| **Colorado River cutthroat trout (sensitive species):** Within 0.25 mile of streams occupied by conservation populations of Colorado River cutthroat trout or streams that have been identified as reintroduction sites for Colorado River cutthroat trout. | NSO | NSO | NSO | CSU |
| **Greenback cutthroat trout (threatened species):** Within 0.25 mile of streams occupied by existing populations of greenback cutthroat trout. | NSO | NSO | NSO | NSO |
| NSO = No Surface Occupancy; CSU = Controlled Surface Use; SLT = Standard Lease Terms. | | | | |

Another potential impact to fisheries from the projected gas development and production would be the potential for various chemical leaks and spills. This impact has been addressed previously in the Water Resources section of this chapter and is mitigated through the use of BMPs that apply to well drilling operation maintenance and material handling.

In regard to air quality (see Section 1), the effects on aquatic ecosystems and fish species would be negligible over the life of the LRMP. The air analysis was focused on the entire planning area, not just the Paradox Leasing Analysis Area. It is a modeling effort with many assumptions, including a gas development scenario as depicted in the Reasonable Foreseeable Development (RFD) scenario. The potential impacts of nitrogen loading or sulfur dioxide deposition to lakes, streams, and the aquatic ecosystems and fish species would be a very slow and prolonged process. It would be very difficult to detect any measureable effects on aquatic ecosystems well beyond the life of the LRMP.

## Cumulative Impacts

The cumulative impacts to aquatic ecosystems of ongoing basin-wide water development activities have played a major role in the decline of the bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker. The primary cumulative impacts to these species would occur as the result of LRMP and project-level decisions that lead to further water depletions. These activities would primarily be due to the reauthorization of existing uses, authorization of new water development projects, and to gas development and production from current and private mineral estate leases. Gas development on private and State mineral estate development may add an additional 810 wells to those projected for development on federal mineral estate in the Paradox Basin. These private and State well numbers equate to 6,540 acre-feet and 166 acre-feet of water used for drilling, fracturing, and completion for the GSGP gas development and Paradox conventional gas development, respectively. For the San Juan Sag (within the San Juan River Basin), existing leases on national forest lands are estimated to have used 7 acre-feet for well drilling and completion. Existing leases for the San Juan Basin CBM and conventional gas wells are estimated to have used 160 acre-feet and 14 acre-feet of water, respectively, for BLM lands, and 487 acre-feet and 42 acre-feet of water, respectively for national forest lands. Private and State mineral estate development may use an additional 722 acre-feet of water for CBM gas wells in the San Juan Basin. The water usage estimates for the above San Juan Basin CBM gas wells (all ownerships) also includes gas production -induced depletions of river and stream flow.

Water is produced in conjunction with the production of CBM gas in the Northern San Juan Basin. Within the Basin in Colorado there are concerns that the removal of water from the tributary Fruitland – Pictured Cliffs aquifer may result in stream depletions that impact downstream water users and fisheries. These concerns have prompted four studies spanning 2000 to 2009 which quantify groundwater/surface water impacts and their interactions:

1. Applied Hydrology Associates, Inc. 2000. ***3M Project, San Juan Basin, Colorado and New Mexico, Hydrologic Modeling Report***. Prepared for the Southern Ute Indian Tribe, Colorado Oil

and Gas Conservation Commission, and the Bureau of Land Management.
2. Cox, D., P. Onsager, J. Thomson, R. Reinke, G. Gianinny, C. Vliss, J. Hughes, and M. Janowiak. 2001. ***San Juan Basin Ground Water Modeling Study: Ground Water – Surface Water Interactions between Fruitland CBM Development and Rivers***. Sponsored by the Ground Water Protection Research Foundation.
3. S.S. Papadopoulos and Associates Inc. in conjunction with Colorado Geological Survey. 2006. ***Coalbed Methane Stream Depletion Assessment Study – Northern San Juan Basin, Colorado.*** Sponsored by State of Colorado.
4. Norwest Corporation. 2009. ***Northern San Juan Basin Groundwater Modeling Project -Final Report.*** Sponsored by BP American Production Company, Chevron U.S.A. Inc., Conoco Phillips Company, the Southern Ute Indian Tribe, and XTO Energy Inc.

The 3M model (Applied Hydrology Associates) (***study 1***)) simulated the primary streams that cross the Fruitland-Pictured Cliffs aquifer outcrop as receiving discharge water from the Fruitland-Pictured Cliffs aquifer. Estimated total discharge to the rivers crossing the outcrop in Colorado—which includes the Animas, Florida, Los Pinos, Piedra, and the San Juan Rivers—were estimated to equal approximately 200 acre-feet/year. CBM development could deplete all or some portion of this total.

The Cox et al. study (***study 2)*** estimated CBM development depletions from the Animas, Florida, and Los Pinos Rivers. The model first simulated pre-CBM development discharge from the Fruitland-Pictured Cliffs aquifer into the three rivers as approximately145 acre-feet/year. Cox et al. then calculated that the depletion to the three rivers due to CBM water production projected to 2005 would be up to 95 to 100 acre-feet/year. Data did not permit a model to be constructed to evaluate depletion from the Piedra River and Stollsteimer Creek, but projection of results from the area west were used to provide an estimate of 15 to 60 acre-feet/year of depletion from the Piedra-Stollsteimer system by 2050.

According to the S.S. Papadopulos and Associates 2006 modeling (***study 3***), the riverine depletion as of August 2005 from the CBM wells producing within the Basin in Colorado was modeled to be about 155 acre-feet/year. This quantity does not differ greatly from the above depletions calculated in the 2001 Cox et al. study for the Animas, Florida, and Los Pinos Rivers . Stated differently, riverine depletions are approximately four to 5% of CBM well water produced. The current CBM water production rate from wells operating in the San Juan Basin in Colorado is approximately 3,000 acre-feet/year.

The Norwest report (***study 4***) applied a more conceptually complex treatment to the various layers of the Fruitland and Pictured Cliff Sandstone Formations, while also incorporating 12 perennial streams that have outcrop contact. The study found that in 2007 discharges to surrounding streams were approximately 100 acre-feet/year, which is consistent with the values from studies 1, 2, and 3.

To evaluate future depletions, S.S. Papadopulos and Associates projected further development of CBM resources beyond 2005 based on information provided in well spacing orders for the Fruitland Formation, on the selected alternative for the FEIS for the Northern San Juan Basin (USFS and BLM, 2006), and on the basis of information provided by Colorado Oil and Gas Conservation Commission (COGCC) personnel. COGCC spacing orders included 80-acre infill development within portions of the Southern Ute Reservation. Two related scenarios were modeled: in the first scenario, all potential future wells were included in the analysis, for a total of 1,516 wells; in the second scenario, wells within a 1.5 mile buffer along the outcrop were omitted. This second scenario recognizes current COGCC prohibitions on drilling within 1.5 miles of the outcrop; under it, 1,155 future wells were installed. Using these assumptions, depletion curves for currently operating wells and under both buffered and unbuffered future well scenarios were determined. These curves indicate that the depletion rate for existing wells would peak in about 2020 at 164 acre-feet/year and that by 2070 depletions would drop below 100 acre-feet/year. Under the buffered future well scenario (i.e., no wells within 1.5 miles of the outcrop), depletions would peak in approximately 2035 at 171 acre-feet/year, and would drop below 100 acre-feet/year by 2150. These depletion estimates are relatively low compared to flows in the rivers. The combined base flows for the Animas, Florida, and Pine Rivers average nearly 200,000 acre-feet/year (Cox et al. 2001).

Our RFD scenario for CBM in the Northern San Juan Basin includes 450 wells to be developed at 80-acre spacing on existing leases. Relying on the above study parameters, to estimate the effects of the RFD,

we assumed 50 barrels/day of produced water per well, or 2 acre-feet/well/year, depletions are approximately 4% of water produced, and that approximately, 40% of projected development would occur on federal mineral estate.

Consequently on BLM lands for infill CBM development and production, about 103 acre-feet of water would be needed for well drilling and completion and water depletion from intercepted groundwater potentially bound for streams and river, over the next 15 years. On NFS lands, approximately 241 acre-feet of water would be needed for well drilling and completion and water depletion from intercepted groundwater potentially bound for streams and rivers over the next 15 years, due to infill CBM development and production. Private and state mineral estate development may use an additional 516 acre-feet of water over the next 15 years for infill CBM development and production.

Future development in the Northern San Juan Basin would occur on existing oil and gas leases, most of which have already been developed. The decision as to whether the existing lease can be developed is a function of project level decision-making and subject to the rights granted by the associated leases. Consequently, federal lease development in the Northern San Juan Basin is not considered a direct effect of the LRMP decisions, but is considered an indirect impact and addressed in cumulative effects analysis.

Due to heightened concerns about sediment and salinity inputs and subsequent downstream impacts to fishery habitat quality, ground-disturbing activities (including new road construction and well pads) in the Dolores River watershed may also adversely impact these endangered species. Stipulations and BMPs for oil and gas development, as described previously and in the Water and Soils sections of the FEIS, should reduce the potential for measurable sedimentation. Since the exact details for these projects and activities are presently unknown, the impacts continue to be speculative. In addition, water used in road construction and reconstruction, road maintenance, and dust abatement may also impact these endangered species.

# ROCKY MOUNTAIN REGION
# ENDANGERED, THREATENED, PROPOSED, AND SENSITIVE SPECIES

*Updated to reflect current ESA listing status and the revised (August 2015) sensitive species list*

**NOTE:** Sensitive species are designated by the Regional Forester for the Region, not for individual national forests or grasslands. Agency policy and direction for management of sensitive species and their habitat apply wherever the species occurs. It is the responsibility of the Forest Supervisors to "Determine distribution, status, and trend of threatened, endangered, proposed, and sensitive species and their habitats on Forest lands" (FSM 2670.45). This matrix captures our best, but still incomplete, understanding of where these species are known or likely to occur. Occurrence information can be updated at any time based on new information. Requests for updates can be made currently through Peter McDonald (x5029).

**KEY**

BIGH - Bighorn National Forest (NF)
BLKH - Black Hills NF
GMUG - Grand Mesa, Uncompahgre, and Gunnison NFs
MBRTB - Medicine Bow-Routt NFs & Thunder Basin National Grassland (NG)
NEBR - Nebraska NF, Samuel R McKelvie NF & Oglala, Buffalo Gap, or Fort Pierre NGs
RIOG - Rio Grande NF
ARP - Arapaho-Roosevelt NFs & Pawnee NG
PSICC - Pike-San Isabel NFs, Comanche or Cimarron NG
SANJ - San Juan NF
SHOS - Shoshone NF
WHR - White River NF

K - Species currently documented to occur on National Forest System (NFS) lands.
L - Species or habitat is suspected to occur on NFS lands, but unconfirmed.
P – Potential site for reintroduction of the species has been identified.
N - Species not known or suspected to occur on NFS lands, but may occur in planning area vicinity. Evaluate indirect effects of NFS actions.

*Notes:* In the columns for administrative units, an entry in the first row presents distribution information for National Forests while the second row provides information for National Grasslands.

(N/E) = Designated as a non-essential, experimental population under the ESA.
FWS "Candidate" species are highlighted in green.
Under Review (positive 90-day finding)

Scientific names and common names follow the accepted nomenclature of Natureserve and the Integrated Taxonomic Information System (ITIS) for animals and NRCS's PLANTS database and the ITIS for plants. In this matrix, common names are also included, with the aim of assisting understanding by non-botanists and for PLANTS database queries. Please be aware of the problems associated with the lack of standardization of common names for plants, and use them cautiously.

## ADMINISTRATIVE UNIT

**STATUS: ENDANGERED**

| | BIGH | BLKH | GMUG | MB<br>R<br>TB | NEBR | RIOG | AR<br>P | PSI<br>CC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **MAMMALS** | | | | | | | | | | | |
| Black-footed ferret<br>*Mustela nigripes* | | | | P | K N/E | | | K | | | |
| Gray wolf<br>*Canis lupus*<br>(except delisted in WY) | Endangered wherever found in Region 2 *except* delisted in Wyoming | | | | | | | | | | |
| New Mexico meadow jumping mouse<br>*Zapus hudsonius luteus* | | | | | | L | | | L | | |
| **BIRDS** | | | | | | | | | | | |
| Least tern<br>*Sternula antillarum*<br>(Interior pop.) | | | | N | N | | N | N | | | |
| Piping plover<br>*Charadrius melodus*<br>(No. Great Plains pop.) | | | | N | | | N | N | | | |
| Southwestern willow flycatcher<br>*Empidonax traillii extimus* | | | | | | L | | | K | | |

| | BIGH | BLKH | GMUG | MBRTB | NEBR | RIOG | ARP | PSICC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Whooping crane<br>*Grus Americana* | | | | N | L<br>L | | N | N | | | |
| **AMPHIBIANS** | | | | | | | | | | | |
| Wyoming toad<br>*Bufo baxteri* | | | | N | | | | | | | |
| **FISHES** | | | | | | | | | | | |
| Bonytail chub<br>*Gila elegans* | | | N | N | | | N | | N | | N |
| Colorado pikeminnow<br>*Ptychocheilus lucius* | | | N | N<br>N | | | N | | N | | N |
| Humpback chub<br>*Gila cypha* | | | N | N<br>N | | | N | | N | | N |
| Pallid sturgeon<br>*Scaphirhynchus albus* | | | | N<br>N | | | N | N | | | |
| Razorback sucker<br>*Xyrauchen texanus* | | | N | N<br>N | | | N | | | | N |

| | BIGH | BLKH | GMUG | MB<br>R<br>TB | NEBR | RIOG | AR<br>P | PSI<br>CC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **INVERTEBRATES** | | | | | | | | | | | |
| American burying beetle<br>*Nicrophorus americanus* | | N | | | K | | | | | | |
| Uncompahgre fritillary<br>*Boloria acrocnema* | | | K | | | K | | L | K | | L |
| **PLANTS** | | | | | | | | | | | |
| *Astragalus osterhoutii*<br>Osterhout milkvetch | | | | N<br>N | | | L | | | | |
| *Ipomopsis polyantha*<br>Pagosa skyrocket | | | | | | | | | L | | |
| *Penstemon haydenii*<br>Blowout penstemon | | | | L<br>L | K | | | | | | |
| *Penstemon penlandii*<br>Penland beardtongue | | | | N<br>N | | | N | | | | |
| *Phacelia formosula*<br>North Park phacelia | | | | N<br>N | | | | | | | |

| | BIGH | BLKH | GMUG | MB<br>R<br>TB | NEBR | RIOG | AR<br>P | PSI<br>CC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **STATUS: THREATENED** | | | | | | | | | | | |
| **MAMMALS** | | | | | | | | | | | |
| Grizzly bear<br>*Ursus arctos horribilis* | | | | | | | | | | K | |
| Canada lynx<br>*Lynx canadensis* | L | | K | K<br>K | | K | K | K | K | K | K |
| Northern long-eared bat<br>*Myotis septentrionalis* | | K | | K | L | | | | | | |
| Preble's meadow jumping mouse<br>*Zapus hudsonius preblei* | | | | K<br>K | | | K | K | | | |
| **BIRDS** | | | | | | | | | | | |
| Gunnison sage-grouse<br>(with CH)<br>*Centrocercus minimus* | | | K | | | K | | K | N | | |
| Mexican spotted owl<br>*Strix occidentalis lucida* | | | L | | | N | L | K | K | | L |
| Yellow-billed cuckoo<br>*Coccyzus americanus*<br>(Western US DPS only) | | | N | N<br>K | | N | N<br>K | | L | N | |

| | BIGH | BLKH | GMUG | MB<br>R<br>TB | NEBR | RIOG | AR<br>P | PSI<br>CC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **FISHES** | | | | | | | | | | | |
| Greenback cutthroat trout<br>*Oncorhynchus clarki stomias* | | | K | K<br>K | | | K | K | K | | K |
| **INVERTEBRATES** | | | | | | | | | | | |
| Pawnee montane skipper<br>*Hesperia leonardus montana* | | | | | | | | K | | | |
| **PLANTS** | | | | | | | | | | | |
| *Eutrema penlandii*<br>Penland alpine fen mustard | | | | | | | | K | | | K |
| *Phacelia submutica*<br>Debeque phacelia | | | K | | | | | | | | K |
| *Platanthera praeclara*<br>Western prairie fringed orchid | | | | N<br>N | L | | | N | | | |
| *Rhodiola integrifolia ssp. Leedyi*<br>Leedy's roseroot | | K | | | | | | | | | |
| *Sclerocactus glaucus*<br>Colorado hookless cactus | | | K | | | | | | | | L |

| | BIGH | BLKH | GMUG | MB<br>R<br>TB | NEBR | RIOG | AR<br>P | PSI<br>CC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Spiranthes diluvialis*<br>Ute ladies'-tresses orchid | | | | L<br>L<br>L | | | N | L | | | K |

**STATUS: PROPOSED**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| North American wolverine<br>*Gulo gulo* | L | | K | L<br>L | | L | K | K | K | K | K |

**STATUS: SENSITIVE**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **MAMMALS** | | | | | | | | | | | |
| American hognosed skunk<br>*Conepatus leuconotus* | | | | | | | | K | | | |
| American marten<br>*Martes americana* | K | K | K | K<br>K | | K | K | K | K | K | K |
| Black-tailed prairie dog<br>*Cynomys ludovicianus* | | K | | K | K<br>K | | K | K | | | |
| Desert bighorn sheep<br>*Ovis canadensis nelsoni* | | | K | | | | | | N | | |

| | BIGH | BLKH | GMUG | MB R TB | NEBR | RIOG | AR P | PSI CC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fringed myotis *Myotis thysanodes* | K | K | K | K K K | K K | L | K L | K K | K | K | K |
| Gunnison's prairie dog *Cynomys gunnisoni* | | | K | | | K | | K | K | | |
| Hoary bat *Lasiurus cinereus* | K | K | K | K K K | K | K | K | K | K | K | K |
| Kit fox *Vulpes macrotis* | | | K | | | | | | L | | |
| Pygmy shrew *Sorex hoyi* | | | K | K K | | | K | | | | K |
| River otter *Lontra canadensis* | | | K | L L | L | K | K | L | K | K | K |
| Rocky Mountain bighorn sheep *Ovis canadensis canadensis* | K | K | K | K K K | K K | K | K | K | K | K | K |
| Spotted bat *Euderma maculatum* | L | | K | | | | | | K | L | K |
| Swift fox *Vulpes velox* | | N | | N N K | K | | K | K | | | |

| | BIGH | BLKH | GMUG | MBRTB | NEBR | RIOG | ARP | PSICC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Townsend's big-eared bat<br>*Corynorhinus townsendii* | K | K | K | K<br>K<br>K | K<br>K | K | K | K<br>K | K | K | K |
| Water vole<br>*Microtus richardsoni* | K | | | | | | | | | K | |
| White-tailed prairie dog<br>*Cynomys leucurus* | | | L | K<br>K | | | L | | | N | |
| Wyoming pocket gopher<br>*Thomomys clusius* | | | | K | | | | | | | |
| **BIRDS** | | | | | | | | | | | |
| American bittern<br>*Botaurus lentiginosus* | | | N | K | K<br>K | | K<br>L | N<br>N | K | | |
| Black-backed woodpecker<br>*Picoides arcticus* | | K | | | | | | | | K | |
| Black swift<br>*Cypseloides niger* | | | K | L<br>L | | K | K | K | K | | K |
| Black tern<br>*Chlidonias niger* | | | | K<br>K | L<br>K | | K<br>K | N | | N | |

| | BIGH | BLKH | GMUG | MB<br>R<br>TB | NEBR | RIOG | AR<br>P | PSI<br>CC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Boreal owl<br>*Aegolius funereus* | K | | K | K<br>K | | K | K | K | K | K | K |
| Brewer's sparrow<br>*Spizella breweri* | K | | K | K<br>K<br>K | K | K | K<br>K | K<br>K | K | K | K |
| Burrowing owl<br>*Athene cunicularia* | | K | N | N<br>N<br>K | K<br>K | N | K<br>K | K | N | N | |
| Cassin's sparrow<br>*Peucaea cassini* | | | | | | | K | K | | | |
| Chestnut-collared longspur<br>*Calcarius ornatus* | | | | K<br>K<br>K | L | | K | N | | | |
| Columbian sharp-tailed grouse<br>*Tympanuchus phasianellus columbianus* | | | K | K<br>K | | | L | | N | | L |
| Ferruginous hawk<br>*Buteo regalis* | | N | K | K<br>K<br>K | K<br>K | L | K<br>K | K | K | K | K |
| Flammulated owl<br>*Psiloscops flammeolus* | L | K | K | K<br>K<br>L | | K | K | K | K | | K |

| | BIGH | BLKH | GMUG | MBRTB | NEBR | RIOG | ARP | PSICC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Grasshopper sparrow<br>*Ammodramus savannarum* | L | K | | L<br>L<br>K | K<br>K | | K | K | L | L | |
| Greater prairie-chicken<br>*Tympanuchus cupido* | | | | | K<br>K | | | | | | |
| Greater sage-grouse<br>*Centrocercus urophasianus* | K | | | K<br>K<br>K | K | | K | | | K | K |
| Harlequin duck<br>*Histrionicus histrionicus* | K | | | | | | | | | K | |
| Lesser prairie-chicken<br>*Tympanuchus pallidicinctus* | | | | | | | | K | | | |
| Lewis's woodpecker<br>*Melanerpes lewis* | K | K | K | K<br>K<br>K | K<br>L | K | K<br>L | K<br>K | K | N | L |
| Loggerhead shrike<br>*Lanius ludovicianus* | K | K | K | K<br>K<br>K | K<br>K | K | K<br>K | K<br>K | K | K | K |
| Long-billed curlew<br>*Numenius americanus* | | K | | K | K<br>K | | K<br>K | K<br>K | | N | |
| McCown's longspur<br>*Rhynchophanes mccownii* | | | | K | K | | K | K | | | |

| | BIGH | BLKH | GMUG | MBRTB | NEBR | RIOG | ARP | PSICC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mountain plover<br>*Charadrius montanus* | | N | | N<br>N<br>K | K | L | K | N<br>K | | N | |
| Northern goshawk<br>*Accipiter gentilis* | K | K | K | K<br>K<br>K | | K | K | K | K | K | K |
| Northern harrier<br>*Circus cyaneus* | K | K | K | K<br>K<br>K | K<br>K | K | K<br>K | K<br>K | K | L | K |
| Olive-sided flycatcher<br>*Contopus cooperi* | K | | K | K<br>K<br>K | | K | K<br>K | K<br>K | K | K | K |
| Purple martin<br>*Progne subis* | | | K | K<br>K | | | K<br>K | K | K | | K |
| Sagebrush sparrow<br>*Artemisiospiza nevadensis* | L | | K | K<br>K<br>K | | N | | K | L | | L |
| Short-eared owl<br>*Asio flammeus* | L | | | | K<br>K | | | K | L | L | |
| Trumpeter swan<br>*Cygnus buccinator* | | | | | K<br>K | | K | | | K | |
| White-tailed ptarmigan<br>*Lagopus leucura* | | | K | K<br>K | | K | K | K | K | | K |

| | BIGH | BLKH | GMUG | MB<br>R<br>TB | NEBR | RIOG | AR<br>P | PSI<br>CC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **AMPHIBIANS** | | | | | | | | | | | |
| Boreal toad<br>*Anaxyrus boreas boreas* | | | K | K<br>K | | K | K | K | L | K | K |
| Columbia spotted frog<br>*Rana luteiventris*<br>(Bighorn Mtn. pop.) | K | | | | | | | | | K | |
| Northern leopard frog<br>*Lithobates pipiens* | K | K | K | K<br>K<br>K | K<br>K | L | K<br>K | K | K | K | K |
| Plains leopard frog<br>*Lithobates blairi* | | | | | L | | | K | | | |
| Wood frog<br>*Lithobates sylvatica* | K | | | K<br>K | | | K | | | | |
| **REPTILES** | | | | | | | | | | | |
| Black Hills redbelly snake<br>*Storeria occipitomaculata pahasapae* | | K | | | | | | | | | |
| Desert massasauga rattlesnake<br>*Sistrurus catenatus edwardsii* | | | | | | | | K | | | |

| | BIGH | BLKH | GMUG | MB<br>R<br>TB | NEBR | RIOG | AR<br>P | PSI<br>CC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **FISHES** | | | | | | | | | | | |
| Bluehead sucker<br>*Catostomus discobolus* | | | K | N<br>N | | | | | K | | K |
| Colorado River cutthroat<br>*Oncorhynchus clarkii pleuriticus* | | | K | K<br>K | | | K | | K | | K |
| Finescale dace<br>*Chrosomus neogaeus* | | K | | L | L<br>L | | | | | | |
| Flannelmouth sucker<br>*Catostomus latipinnis* | | | K | N<br>N | | | L | | K | | K |
| Flathead chub<br>*Platygobio gracilis* | | | | K | K<br>K | | | K | | | |
| Hornyhead chub<br>*Nocomis biguttatus* | | | | K<br>K | | | | | | | |
| Lake chub<br>*Couesius plumbeus* | | K | | K | | | L | | | K | |
| Mountain sucker<br>*Catostomus platyrhynchus* | K | K | K | K<br>K<br>K | | | K | | | K | K |

| | BIGH | BLKH | GMUG | MB<br>R<br>TB | NEBR | RIOG | AR<br>P | PSI<br>CC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Northern redbelly dace<br>*Chrosomus eos* | | N | | | N | | N | | | | |
| Northern pearl dace<br>*Margariscus margarita* | | | | | L | | | | | | |
| Plains minnow<br>*Hybognathus placitus* | | N | | K | L<br>K | | | | | | |
| Plains topminnow<br>*Fundulus sciadicus* | | | | L | K<br>L | | L<br>K | | | | |
| Rio Grande chub<br>*Gila pandora* | | | | | | K | | | | | |
| Rio Grande cutthroat<br>*Oncorhynchus clarkii virginalis* | | | | | | K | | | | | |
| Rio Grande sucker<br>*Catostomus plebeius* | | | | | | K | | | | | |
| Roundtail chub<br>*Gila robusta* | | | K | N<br>N | | | | | K | | K |
| Southern redbelly dace<br>*Chrosomus erythrogaster* | | | | | | | | N | | | |
| Sturgeon chub<br>*Macrhybopsis gelida* | | N | | K | K | | | | | | |

| | BIGH | BLKH | GMUG | MB<br>R<br>TB | NEBR | RIOG | AR<br>P | PSI<br>CC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Yellowstone cutthroat<br>*Oncorhynchus clarkii bouveri* | K | | | K<br>K | | | | | | K | |
| **MOLLUSCS** | | | | | | | | | | | |
| Cooper's Rocky Mountainsnail<br>*Oreohelix strigosa cooperi* | K | K | | | N | | | | | | |
| Pygmy mountainsnail<br>*Oreohelix pygmaea* | K | | | | | | | | | | |
| Rocky Mountain capshell<br>*Acroloxus coloradensis* | | | | K<br>K | | | K | | | | |
| **INSECTS** | | | | | | | | | | | |
| Arogos skipper<br>*Atrytone arogos* | L | K | | K<br>K | K | | K<br>K | L<br>L | | | |
| Arapahoe snowfly<br>*Capnia arapahoe* | | | | | | | K | | | | |
| Hudsonian emerald<br>*Somatochlora hudsonica* | | | | K<br>K | | | K | L | | K | |
| Nokomis fritillary<br>(*aka* Great Basin silverspot)<br>*Speyeria nokomis nokomis* | | | K | | | L | | | L | | L |

| | BIGH | BLKH | GMUG | MB<br>R<br>TB | NEBR | RIOG | AR<br>P | PSI<br>CC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Monarch butterfly<br>*Danaus plexippus plexippus* | L | L | L | L<br>L<br>L | L | L | K<br>L | L<br>L | L | L | L |
| Ottoe skipper<br>*Hesperia ottoe* | | L | | L<br>L<br>L | L<br>L | | | L | | | |
| Regal fritillary<br>*Speyeria idalia* | | L | | L<br>L<br>L | K<br>K | | L | | | | |
| Susan's purse making caddisfly<br>*Ochrotrichia susanae* | | | | | | | | K | | | |
| Western bumblebee<br>*Bombus occidentalis* | L | K | K | L<br>L<br>L | L | K | L<br>L | L<br>L | L | L | L |
| **PLANTS – Non-vascular** | | | | | | | | | | | |
| *Sphagnum angustifolium*<br>Sphagnum | | | K | K<br>K | | K | | K | K | | K |
| *Sphagnum balticum*<br>Baltic sphagnum | | | L | | | | | L | K | | L |
| **PLANTS – Ferns & Allies** | | | | | | | | | | | |
| *Botrychium ascendens*<br>triangleglobe moonwort | K | | | | | | L | K | | K | K |

| | BIGH | BLKH | GMUG | MB<br>R<br>TB | NEBR | RIOG | AR<br>P | PSI<br>CC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Botrychium campestre*<br>Iowa, or prairie moonwort | | L | | L | | | K<br>L | | | | |
| *Botrychium paradoxum*<br>peculiar moonwort | K | | K | L | | | | | | | |
| *Lycopodium complanatum*<br>groundcedar | | K | | | | | | | | | |
| *Selaginella selaginoides*<br>club spikemoss | | | | L<br>L | | | | | | | |
| **PLANTS – GYMNOSPERMS** | | | | | | | | | | | |
| *Pinus albicaulis*<br>whitebark pine | | | | | | | | | | K | |
| **PLANTS – ANGIOSPERMS: *Monocots*** | | | | | | | | | | | |
| *Galearis rotundifolia*<br>roundleaf orchid | | | | | | | | | | K | |
| *Calochortus flexuosus*<br>winding mariposa lily | | | | | | L | | | | | |
| *Carex alopecoidea*<br>foxtail sedge | | K | | L | | | | | | | |

| | BIGH | BLKH | GMUG | MB<br>R<br>TB | NEBR | RIOG | AR<br>P | PSI<br>CC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Carex diandra*<br>lesser panicled sedge | K | | K | K<br>K | K | | K | L | K | K | K |
| *Carex livida*<br>livid sedge | | | K | K<br>K | | | K | K | | K | L |
| *Cypripedium montanum*<br>mountain lady's slipper | K | | | | | | | | | | |
| *Cypripedium parviflorum*<br>lesser yellow lady's slipper | K | K | | K | | L | K | K | K | | K |
| *Eleocharis elliptica*<br>elliptic, or slender spikerush | | | | K | | | | | | | |
| *Epipactis gigantea*<br>giant helleborine, or stream orchid | | K | | | | | | N<br>L | K | | L, P |
| *Eriophorum chamissonis*<br>Chamisso's bristlegrass, or Chamisso's cottongrass | K | | K | | | | | L | K | K | K |
| *Eriophorum gracile*<br>slender bristlegrass, or slender cottongrass | K | | K | K<br>K | K<br>L | | K | K | K | K | K |
| *Festuca hallii*<br>plains rough fescue | L | | | K<br>L | | | K | K | | K | |

| | BIGH | BLKH | GMUG | MB<br>R<br>TB | NEBR | RIOG | AR<br>P | PSI<br>CC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Kobresia simpliciuscula*<br>simple bog sedge | | | K | L<br>L | | | K | K | | K | K |
| *Liparis loeselii*<br>yellow widelip orchid | | | | | K | | | | | | |
| *Malaxis monophyllos var. brachypoda*<br>white adder's-mouth orchid | | | | L<br>L | | | L | K | | | |
| *Platanthera orbiculata*<br>lesser roundleaved orchid | | K | | | | | | | | | |
| *Ptilagrostis porteri*<br>Porter's false needlegrass | | | | | | | | K | | | K |
| *Schoenoplectus hallii*<br>Hall's bulrush | | | | | L | | | | | | |
| *Triteleia grandiflora*<br>largeflower triteleia | | | | L | | | | | K | | |
| **PLANTS – ANGIOSPERMS: *Dicots*** | | | | | | | | | | | |
| *Aliciella sedifolia*<br>stonecrop gilia | | | K | | | K | | | K | | |
| *Aquilegia chrysantha*<br>Rydberg's golden columbine | | | | | | | | K | | | |

| | BIGH | BLKH | GMUG | MB<br>R<br>TB | NEBR | RIOG | AR<br>P | PSI<br>CC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Aquilegia laramiensis*<br>Laramie columbine | | | | K | | | | | | | |
| *Armeria maritima ssp. sibirica*<br>Siberian sea thrift | | | | L<br>L | | | L | K | | | K |
| *Asclepias uncialis*<br>wheel milkweed | | | | | | | K | K | | | |
| *Astragalus barrii*<br>Barr's milkvetch | | | | K | K | | | | | | |
| *Astragalus iodopetalus*<br>violet milkvetch | | | | | | | | | K | | |
| *Astragalus leptaleus*<br>park milkvetch | | | K | K<br>L | | | L | L | | | K |
| *Astragalus missouriensis var. humistratus*<br>Missouri, or Archuleta milkvetch | | | | | | | | | K | | |
| *Astragalus proximus*<br>Aztec milkvetch | | | | | | | | | K | | |
| *Astragalus ripleyi*<br>Ripley's milkvetch | | | | | | K | | | | | |
| *Braya glabella*<br>smooth northern-rockcress | | | K | | | | | K | | | K |

| | BIGH | BLKH | GMUG | MBRTB | NEBR | RIOG | ARP | PSICC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Chenopodium cycloides* sandhill goosefoot | | | | | | | K | K | | | |
| *Cuscuta plattensis* prairie, or Wyoming dodder | | | | K | | | | | | | |
| *Descurainia torulosa* Wyoming, or Wind River tansymustard | | | | | | | | | | K | |
| *Draba exunguiculata* clawless, or Garys Peak draba | | | | L L | | | K | K | | | K |
| *Draba grayana* Gray's draba | | | | L L | | K | K | K | | | K |
| *Draba smithii* Smith's draba | | | | | | K | | K | K | | |
| *Draba weberi* Weber's draba, or Weber's whitlowgrass | | | | | | | | K | | | K |
| *Drosera anglica* English sundew | K | | | | | | | | K | K | |
| *Drosera rotundifolia* roundleaf sundew | | | K | K K | | | K | L | | | L |
| *Eriogonum brandegeei* Brandegee's buckwheat | | | | | | | | N | | | |

| | BIGH | BLKH | GMUG | MBRTB | NEBR | RIOG | ARP | PSICC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Eriogonum exilifolium*<br>dropleaf buckwheat | | | | K | | | K | | | | |
| *Eriogonum visheri*<br>Visher's buckwheat | | | | K | K | | | | | | |
| *Gutierrezia elegans*<br>Lone mesa snakeweed | | | | | | | | | K | | |
| *Ipomopsis aggregata ssp. weberi*<br>scarlet gilia | | | | K<br>K | | | L | | | | |
| *Lesquerella fremontii*<br>Fremont's bladderpod | | | | | | | | | | K | |
| *Lesquerella pruinosa*<br>Pagosa Springs bladderpod | | | | | | | | | K | | |
| *Machaeranthera coloradoensis*<br>Colorado tansyaster | | | K | K<br>L | | K | | K | K | | K |
| *Mimulus gemmiparus*<br>Rocky Mountain, budding, or Weber monkeyflower | | | | L<br>L | | | K | K | | | |
| *Neoparrya lithophila*<br>Bill's neoparrya | | | | | | K | | K | | | |
| *Oreoxis humilis*<br>Pikes Peak alpineparsley | | | | | | | | K | | | |

| | BIGH | BLKH | GMUG | MB<br>R<br>TB | NEBR | RIOG | AR<br>P | PSI<br>CC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Packera mancosana*<br>Mancos shale packera | | | | | | | | | K | | |
| *Parnassia kotzebuei*<br>Kotzebue's grass of Parnassus | K | | | L<br>L | | | K | K | K | K | K |
| *Penstemon absarokensis*<br>Absaroka, or Absaroka Range beardtongue | | | | | | | | | | K | |
| *Penstemon caryi*<br>Cary's beardtongue | K | | | | | | | | | | |
| *Penstemon degeneri*<br>Degener's beardtongue | | | | | | | | K | | | |
| *Penstemon harringtonii*<br>Harrington's beardtongue | | | | K<br>L | | | L | | | | K |
| *Physaria didymocarpa var. lanata*<br>common twinpod | K | | | ? | | | | | | | |
| *Physaria pulvinata*<br>cushion bladderpod | | | | | | | | | K | | |
| *Physaria scrotiformis*<br>silver, or west silver bladderpod | | | | | | K | | | K | | |
| *Potentilla rupincola*<br>rock, or Rocky Mountain cinquefoil | | | | | | | K | K | | | |

| | BIGH | BLKH | GMUG | MB R TB | NEBR | RIOG | AR P | PSI CC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Primula egaliksensis* Greenland primrose | | | | | | | | K | | K | |
| *Pyrrocoma carthamoides var. subsquarrosa* largeflower goldenweed | | | | | | | | | | K | |
| *Pyrrocoma clementis var. villosa* tranquil goldenweed | K | | | | | | | | | K | |
| *Pyrrocoma integrifolia* many-stemmed goldenweed | | | | | | | | | | K | |
| *Ranunculus grayi* ice cold buttercup | | | K | L L | | | K | K | | K | K |
| *Rubus arcticus ssp. acaulis* dwarf raspberry | K | | K | K L | | | K | K | | | L |
| *Salix arizonica* Arizona willow | | | | | | K | | | L | | |
| *Salix barrattiana* Barratt's willow | | | | | | | | | | K | |
| *Salix candida* sageleaf, or sage willow | | K | K | K L | | L | K | K | K | | L |
| *Salix myrtillifolia* blueberry willow | | | | | | | | K | | K | |

| | BIGH | BLKH | GMUG | MBRTB | NEBR | RIOG | ARP | PSICC | SANJ | SHOS | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Salix serissima*<br>autumn willow | | K | | K<br>L | | | L | K | | | L |
| *Sanguinaria canadensis*<br>bloodroot | | K | | | | | | | | | |
| *Shoshonea pulvinata*<br>Shoshone carrot | | | | | | | | | | K | |
| *Thalictrum heliophilum*<br>Cathedral Bluff meadow-rue | | | K | | | | | | | | K |
| *Townsendia condensata var. anomola*<br>cushion Townsend daisy | | | | | | | | | | K | |
| *Utricularia minor*<br>lesser bladderwort | K | ? | K | K<br>K | K | | K | L | K | K | L |
| *Viburnum opulus var. americanum*<br>American cranberrybush, or mooseberry | | K | | K | | | | | | | L |
| *Viola selkirkii*<br>Selkirk's violet | | K | | L<br>L | | | L | K | | | |

**United States Department of Agriculture**
Forest Service

# Salter Vegetation Management Project

*Biological Assessment for Threatened, Endangered and Proposed Wildlife and Aquatic Species – FINAL DRAFT*

San Juan National Forest
Dolores Ranger District

Prepared By:
Tiffany Young
Wildlife Biologist, Enterprise Program
December 2020, Final Edits 05 February 2021

Reviewed By:
Ivan Messinger
Wildlife Biologist, Dolores Ranger District
December 2020

Submitted To:
Derek Padilla
Dolores District Ranger

## Table of Contents


**1 INTRODUCTION - 1 -**

**2 PROJECT INFORMATION - 1 -**

2.1 LOCATION - 1 -

2.2 PURPOSE AND NEED - 3 -

2.3 PUBLIC COMMENTS AND ISSUES ADDRESSED IN THIS ANALYSIS - 4 -

2.4 NO ACTION ALTERNATIVE - 5 -

2.5 ALTERNATIVE 2 – MODIFIED PROPOSED ACTION (26” DBH CAP) - 5 -

2.6 ALTERNATIVE 3 – LARGE TREE RETENTION (20” DBH CAP) - 12 -

2.7 DESIGN FEATURES - 12 -

**3 METHODS AND SPECIES CONSIDERED FOR ANALYSIS - 13 -**

3.1 ANALYSIS AREA - 13 -

3.2 SPECIES CONSIDERED FOR ANALYSIS - 13 -

3.3 CONSULTATION TO DATE - 15 -

3.4 DETERMINATION OF EFFECT - 15 -

**4 LITERATURE CITED - 16 -**

# 1 INTRODUCTION

The purpose of this document is to present the analysis and determination of effects of the alternatives on threatened, endangered and proposed wildlife and aquatic species.

Under the ESA, the effects analysis report is called a Biological Assessment (BA) and must be prepared for federal actions that impact federally listed species (endangered, threatened, and proposed) are "major construction activities" to evaluate the potential effects of the proposal these species and critical habitats.

# 2 PROJECT INFORMATION

## 2.1 Location

The project area is located northeast of Dolores, Colorado, on the Dolores Ranger District. Proposed treatment areas are in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. The project is bordered in multiple locations by state and private lands; the Dolores River and McPhee Reservoir on the west; and the West Dolores and Dolores Rivers on the east. The project area is located on suitable timber lands within Management Area 5. Management Area 5 emphasizes active management and commodity production in order to meet multiple use goals (USDA 2013).

The legal description of the project area is: T37N R14W portions of Sections 5, 6, 7. T37N R15W portions of Section 10. T38N R14W portions of Sections 2-thru-9, 15-thru-20, 29-thru-32. T38N R15W portions of Sections 1-thru-5, 10-thru-15, 22-thru-26, 34-thru-36. T39N R13W portions of Section 6. T39N R14W portions of Sections 1-thru-24, 26-thru-35. T39N R15W portions of Sections 1, 8-thru-6. T39N R16W portions of Sections 10-thru-16, 22-thru-27, 35, 36. T40N R14W portions of Sections 34-thru-36. See Figure 1.

**Figure 1. Vicinity Map of the Salter Vegetation Management Project.**






FS-007224

The project area has been broken into six individual treatment blocks based on geographical location and transportation system (Table 1).

**Table 1. Treatment acres by treatment block.**

| Block | Single Tree Selection (STS) | Commercial Thinning (CT) | Post-fledgling Family Area (PFA) | Plantation |
|---|---|---|---|---|
| Salter | 1,518 | 348 | N/A | 629 |
| Plateau Creek | 2,065 | 479 | N/A | N/A |
| Carlyle | 3,605 | 1,334 | 1,057 | N/A |
| House Creek | 220 | N/A | 246 | N/A |
| Boggy Draw | 9,216 | 723 | 739 | N/A |
| Turkey Knoll | 3,051 | 231 | N/A | N/A |

## 2.2 Purpose and Need

The purpose and need for this project are derived from the differences between the existing forest vegetation conditions and the desired forest vegetation conditions, as defined by the San Juan National Forest Land and Resource Management Plan (Forest Plan).

All units proposed for treatment are located within Management Area 5 (MA 5). MA 5 is a management area allocation that provides for active management; emphasizing commodity production in order to meet multiple-use goals. In MA 5, forest visitors can expect to see a wide range of activities including timber harvesting. These are multiple-use areas where active management occurs in order to meet a variety of social, economic, and ecological objectives. These areas are easily accessible, occurring mostly on roaded landscapes and relatively gentle terrain. These are lands where timber harvesting and other management activities influence the composition, structure, and landscape patterns of the vegetation. Natural ecological processes and disturbance agents (including succession and fire) are often influenced by humans on many of these lands.

The overall objective of the Salter Vegetation Management project is to improve the resistance and resiliency of forest ecosystems over the long-term; increase the forest developmental stages (age and size classes) on the landscape; and provide economic support to local communities by providing timber products to local industries in a sustainable manner.

In this context, there is a need to:

1. The need to improve resilience or maintain the resistance of forest ecosystems over the long term to increase protection against epidemic insect and disease outbreaks.
2. The need to increase the structural diversity of the ponderosa pine forest represented across the landscape, including forest developmental stages (age and size classes).
3. The need to provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

Elevations in the analysis area ranges from 7,800 feet at the southwestern end of the analysis area, to 8,800 feet on the northern end. The topography of the treatment area is predominately mesa top with

southwest aspect. Slopes range from 0 to approximately 20 percent, with steeper draws and canyons which intersect the project area throughout.

The dominant forest type of the proposed project areas is Ponderosa pine with an under story of Gambel oak, grass and forbs. The forest structure is variable and includes plantations from the 1980's intermixed with natural regeneration and overstory trees, to mature stands that are generally even aged. Although pre-dominantly even aged, modeling suggests that there are two underrepresented size classes relative to stand structure. The presence of other tree species—e.g., Douglas-fir, white fir, blue spruce, or Rocky Mountain juniper is infrequent to rare.

Large trees, 28" in diameter and above with only a few trees per acre are poorly represented. In some cases, these trees are relics left from the last harvest entry. The second underrepresented stand structural component is the 12" to 24" size class with basal areas ranging from 80 to 140 sq. ft. per acre. These trees average 80-120 years with stand initiation in the 1900 to 1940's era. The majority of the stocking in the project area is represented in this diameter class. These stands typically support the successful establishment of seedlings and regeneration. However, seedling establishment and regeneration can be episodic in nature, very patchy and variable. Yet where seedlings are represented, there are often 400 to 500 seedlings per acre present on a site.

Gambel oak is found in the understory of both stand-types in tree and brush form with variable densities and diameters. Natural meadows are occasionally found in low lying draws where aspen is often present. Aspen is a minor tree species, but does persist in some areas and can dominant the canopy in microsites that have adequate moisture and soil. Encroachment of conifer species into these areas due to the lack of disturbance has inhibited recruitment conditions in some stands. Grass and forb production is lacking in most areas of over-story pine where pine litter dominates the ground layer. Many areas contain over 18" of litter which creates conditions for potential adverse impacts to Ponderosa pine root systems during fuels treatment or other fire activity.

## 2.3 Public Comments and Issues Addressed in This Analysis

Issues are points of concern about effects that may occur as a result of implementing a proposed action. Issues are generated by the public and are in response to the proposed action; others are identified by the interdisciplinary team based on local and specific scientific knowledge and may be used to disclose and compare effects between actions. Issues identified during scoping can either be addressed by developing alternatives to the proposed action or by adjusting the proposed action to resolve conflicts [36 CFR 220.7 (b)(2)(i)].

The following are public comments received as they relate to wildlife, along with the consideration of those comments and response.

*Summary of comments:* The proposed vegetation treatments and connected activities could result in various impacts to wildlife, including: displacement of wildlife, particularly deer and elk, onto private lands where treatments are proposed near the Forest Service and private land boundary and adverse impacts from unauthorized motorized travel on project created roads and trails during and post project implementation. As well, the proposed prescriptions for clear cut and leave group size may be

inadequate and lead to reduced available hiding and escape cover. In addition, concerns over guzzler installation was raised, where the public wanted to know the exact location of each guzzler, along with how guzzlers would be maintained. To protect wildlife species and minimize the potential for poaching, exact locations are not disclosed in this document.

*Response to comments:* Potential issues and concerns were resolved through project modification, application of best management practices and project design features.

## 2.4 No Action Alternative

Under the No Action Alternative, there would be no change in current management. Under this alternative, no additional timber harvest would occur in the project area. For analysis purposes, it is assumed that ongoing and previously permitted National Forest activities would continue to occur in the project area. These activities would include livestock grazing, completion of existing timber sale contracts, continued suppression of both natural and human caused wildfires, road maintenance, motorized and non-motorized recreation, camping, and personal use firewood cutting.

## 2.5 Alternative 2 – Modified Proposed Action (26" DBH Cap)

The Dolores Ranger District is proposing tree-cutting, tree planting, and activity fuel burning in the locations displayed and described in figure 1, table 2, and figures 6-11-appendix A. The combined acreage of these project areas is approximately 22,346 acres. Treatments would lower pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove infested bark beetle trees, and dead trees. The proposed actions would create gaps and small openings in the dense canopy to allow sunlight to reach the forest floor and activity fuel burning would reduce duff, exposing bare soil and encouraging the growth of young trees and understory.

Four silvicultural treatments are proposed to move the treatment area towards the desired conditions. Immediately prior to harvesting, a condition specific prescription based on stand exam data, local knowledge of the area, and walk-thru exams would be applied to each stand. The final prescriptions would vary depending on stand-specific objectives and current conditions.

A group, clump and individual structure distributed across the landscape is desired while achieving basal area targets. This will be achieved through enhancement of current stand components or through harvest designed to achieve conditions conducive to gaining more desired conditions over time. Utilizing harvest to replicate historic tree patterns is intended to improve ecological function and resilience and to return the role of fire on the landscape.

A group is several to many trees, and can be ½ to ¾ of an acre in size with all trees growing in close proximity to each other with interlocking crowns for the most part, with a clearly definable edge. Defining the edge is key in determining a group size as well as undesirable ingrowth in need of removal. Stems can be separated by as much as 20 feet. Typically, main stems of the trees in a group have not been influenced greatly by the proximity of neighboring trees. A clump is a small group of trees growing with stems touching at the base or nearly so. The main stems of trees in a clump have likely been influenced by the proximity of neighboring trees. Individual trees are trees within a stand's matrix that are single trees allowed to be open grown with full canopy sunlight.

**Table 2. Vegetation treatment type and description.**

| Treatment Type | Treatment Description[1] |
|---|---|
| Single Tree Selection | An uneven-aged regeneration method where individual trees of all size classes up to 26 inches diameter at breast height are evaluated and removed more or less uniformly throughout the stand creating or maintaining a multiage structure of groups, clumps and individuals to promote growth of remaining trees and to provide space for regeneration. Multiple entries of this activity ultimately results in an uneven-aged stand of 3 or more age classes. This would be the preferred and dominate prescription used. 50-to-70 basal area per acre of residual basal area depending upon stand condition. There are 19,675 acres of this treatment type. |
| Commercial Thinning | Silviculture "Free Thinning" with enhancement objectives in mixed stocking ponderosa pine with a variable residual square feet of tree stem basal area of 50 -70 basal area per acre depending upon stand condition. Individual trees of all size classes up to 26 inches diameter at breast height are evaluated and removed throughout the stand creating or maintaining a multiage structure of groups, clumps and individuals.<br>These stands have some of the following characteristics: recent treatment, structure is more clump than group, inconsistent harvestable volume per acre. Goal is to enhance current qualities of the stand to promote resiliency to disturbances. Includes the plantation units. There are 3,115 acres of this treatment. |
| Post-fledgling Family Area Thinning (PFAT) | PFA prescription is a free thinning in which trees of all size classes up 22 inches are evaluated for harvest while retaining a 100-to-120 residual basal area target. A focus on large groups of 20-30 trees or more is desired with internal clumps made up of 3-to-5 large and mature trees with interlocking crowns. Individual tree structure and isolated clumping is not desired structure in this treatment type. When structure is not available, thinning should focus on creating conditions for long-term structure moving towards PFA desired conditions. |
| Pre-commercial Thinning | Thinning of ponderosa pine (Less than 5 inches diameter) to variable spacing specifications. Would be implemented in any treatment unit. |
| Brush Thinning | Thinning of understory brush species (generally target brush less than 6 inches diameter at root collar), mainly Gambel oak; to create openings for seedling recruitment and reduce ladder fuel effects on residual trees. Would be implemented in any treatment unit. No more than 50%, or 9,000 acres, of the acres treated with the single tree selection prescription would also receive this treatment. |

## Silviculture Descriptions in Detail

***Single Tree Selection*** - Single Tree Selection (STS) is an un-even aged regeneration harvest method approved for use under the Land and Resource Management Plan at 2.9.14 for ponderosa pine. Single tree removal is an uneven-aged regeneration method where individual trees of all size classes up to 26 inches diameter at breast height are evaluated and removed more or less uniformly throughout the stand creating or maintaining a multiage structure to promote growth of remaining trees and to provide space for regeneration. Multiple entries of this activity ultimately results in an uneven-aged stand of three or more age classes. The purpose of this entry is regeneration to promote the propagation of a new cohort of trees. Trees are individually selected for removal based on spacing, tree form, insect or disease evidence and species preference. With any un-even aged prescription there is no terminus to the management of the stands, meaning that process continues indefinitely with re-entry every 20-to-25 years. This is referred to as a cutting cycle. The initial cut would reduce basal area, but with most stands,

[1] No tree larger than 26.9 inch diameter at breast height would be cut in alternatives 2 and 3.

the first entry alone would not achieve the desired uneven-aged structure described above. More specifically, the stands lack enough trees in all the age classes to meet the desired target per age class. To compensate for this more trees than desired would be left in certain age classes to maintain the desired basal area target. Overtime, and with continued entries, the stand would eventually become regulated and then only trees in excess in each size class would be removed at each cutting cycle.

The single tree selection prescription would be applied to the majority of the project area. The prescription that follows was developed on the average stand characteristics taken from stand exam data. All the prescriptions would have the same basic components but may vary slightly due to changes in site conditions and stand locations in the project area as the stands identified for treatment are relatively uniform.

Single tree selection prescriptions would all have the same basic components and would use a BDQ method where "B" is the desired residual basal area, "D" is the maximum tree size (all trees 26.9" and larger diameter at breast height would be retained in all stands) and "Q" describes the diameter distribution as a ratio of the number of trees in succeeding size classes. Based on stand exam data the general prescriptions would target a residual basal area of 50-to-70 ft2/acre with a mean or target of 66 basal area when conditions allow.

For the average stand in the project area, the residual basal area would be 60-to-68 ft2/acre depending upon the silviculture treatment. The maximum diameter to harvest would be 26.9" and the q-factor would be 1.3 (applied to 2-inch diameter classes). The residual stocking level of 50-to-70 ft2 was chosen to allow sufficient growing space to establish new regeneration while reducing severe fire risk and promoting tree vigor. The maximum diameter of 26.9" addresses management objectives by providing a continuous supply of desirable saw timber products without allowing trees to progress into age related decadence while at the same time maintaining a large tree emphasis on the landscape. A q-factor of 1.3 keeps sub-merchantable trees fully stocked for the next cohort. The harvests would take place on a 20 to 25-year cutting cycle to allow for sufficient stand growth while at the same time keeping stand density within the target range.

Aspen trees found in distinguishable groups would be targeted for a lower basal area to increase vigor and promote recruitment conditions. This would be done by thinning around aspen trees to create as close to full sunlight conditions as possible. Aspen is a shade intolerant species and requires full sunlight to vigorously grow and regenerate. The overall goal is to increase light to the forest floor and expand the aspen stands which increases stand composition and enhances wildlife habitat. Aspen comprises less than one percent (90 acres) of the activity area so this effort would provide the growing space to expand this critical species. No aspen trees would be prescribed for cutting under this proposal.

***Commercial Thinning*** – Commercial Thinning (CT) Thinning is defined as an intermediate harvest treatment designed to improve the overall stand functionality and improve growth rates by reducing trees per acre. Thinning does not have specific silviculture objectives related to regeneration as it is an intermediate prescription, however, conditions will be created that promote regeneration. No modeling was conducted related to commercial thinning due to the intermediate nature of the prescription and related difficulty to accurately model the outcomes. These areas are a minor component of the overall

project acres. Based on stand exam data, the general prescriptions would target a residual basal area of 50-to-70 ft2 per acre with a mean or target of 60 basal area, depending on stand conditions. In general, emphasis would be placed on retaining the healthiest green trees in the groups, clumps, and individuals depending upon current structure and stand productivity

Aspen trees would be targeted for a lower basal area to increase vigor and promote recruitment conditions. This would be done by thinning around the aspen trees and removing pine trees to create space which is essential in promoting aspen regeneration. The overall goal is to increase light to the forest floor and expand the aspen cohorts which increases species diversity and improves wildlife habitat. Aspen comprises less than one percent of the stand area so this effort would provide the growing space to expand this critical species. No aspen would be prescribed for cutting under this proposal.

***Post-fledgling Family Area Thinning (PFAT)*** - The post-fledgling family area thinning applies to currently mapped post-fledgling family (PFA) areas and is a commercial thinning by definition, and as such, an intermediate harvest treatment. The prescription is also designed to improve the overall stand functionality and improve growth rates by reducing trees per acre while maintaining or promoting a relatively closed canopy. Post-fledgling family area thinning does not have specific silviculture objectives related to regeneration. No modeling was conducted related to commercial thinning due to the intermediate nature of the prescription and the related difficulty to accurately model the outcomes. These areas are a minor component of the overall project acres. The base prescription was developed with technical input from the district wildlife biologist. Trees of all size classes up to 22-inches diameter at breast height are evaluated for harvest and designated for removal, with an emphasis on large leave groups with 20-to-30 trees per group. The objective is to promote clumps of 3-5 mature and older trees with interlocking crowns within groups. Individual tree structure and isolated clumping is not desired structure in this treatment type nor is promoting aspen. Small openings of two acres or less can be created when implemented for insects (ex: bark beetles) or disease (ex: mistletoe) (Reynolds et al. 1992). Where existing conditions do not provide for application of this prescription, thinning will focus on enhancing what is desirable and creating conditions for recruitment of desired structure over time (Reynolds et al. 1992).

***Pre-commercial Thinning (support treatment)*** - Precommercial thinning could be applied in any unit identified for silviculture treatment. The prescription would attempt to create variable spacing with an emphasis on clumping and individual patterns, considering the overall improvement of growth and resiliency. This pre-commercial thinning prescription would increase resiliency and promote healthy and productive pine stands. Due to a limited number of trees less than 5 inches diameter at breast height; not all stands would require this treatment; each stand would be evaluated by a certified silviculturist prior to implementation to determine the site-specific need.

***Brush Thinning (support treatment)*** - This treatment could take place in any unit identified for silviculture treatment. The presence of Gambel oak and other woody brush species in this pine ecosystem are both a hindrance and help. Oak specifically plays an important part in pine stands in southwest Colorado, most notably it is a very important species for wildlife habitat providing cover and concealment for big and small game animals and as a food source for a number of species. However, if

not controlled with fire or mechanical treatments, oak creates difficulties in the management of pine. Although oak plays a role in nutrient cycling and providing fuels for natural and prescribed fire, it also dominates the understory in many places and competes for light and nutrients needed for young pine trees. There may be instances where the silviculturist needs to prescribe, in conjunction with the wildlife biologist, mastication or hand cutting of brush to reduce its presence in the pine stands. This would be done on a limited basis due to cost and the limited occurrence of this condition on the ground. The focus of these prescriptions would be to remove oak but other brush may be impacted during implementation. Total removal of oak would not be implemented, but rather, a reduction with the purpose of creating openings for pine regeneration in areas that have insufficient stocking levels. The focus of the treatment would be on oak, in the brush form, with a desire to remove species 6 inches diameter at root collar and less.

## Conditions Influencing Silvicultural Treatments

Adjusting basal area retention prescriptions within stands or implementing a support treatment would be condition-driven and initiated when a trigger or indicator shows that a threshold has been reached. Once a threshold has been reached, a determination regarding the appropriate management action, or suite of prescriptions, would be made by a certified silviculturist during site-specific prescription development for each stand.

Stands that have an above average threat of a bark beetle infestation, either from identified stand traits or untreated nearby stands, would have a lower basal area retention prescription applied.

Indicators and triggers suggesting the need for the application of a lower basal area retention prescription include: the SDI is greater than 175, the current basal area or the basal area in adjacent stands is greater than 80 BA, or the stand currently has bark beetle populations in or around the stand. These stands displaying these conditions would have the lower spectrum of basal area retention applied. The goal is to reduce basal areas, which in turn lowers the percent chance of an infestation and lessens the spread of the current infestations (Negron et al. 2008). Areas with heavy mistletoe, especially if advanced regeneration is in place, will also be targeted for the lower spectrum of basal area retention. Typically, the mistletoe in early to mid-stages of infections occupies the upper canopies of a stand. By removing highly infested trees, a reduction in the parasitic plant occurs and a separation of canopies occurs; making it less likely to spread. Areas of stands with advanced regeneration in need of releasing to improve growth will receive a lower basal area retention prescription. Forest inventory has shown one of the missing size class components in these stands is seedlings to mid-closed. If regeneration has occurred, then a reduction in older trees around the regeneration will promote an increase in age class diversity. Stands with aspen present in distinguishable groups will receive the lower end of the basal area retention prescription. Increasing sunlight to the forest floor through conifer canopy reduction will enhance recruitment conditions in aspen and reduce overall competition for plant resources (source).

Retention of upper basal areas will be focused on high productivity areas with minimal eminent risk of infestation of bark beetles or heavy disease. Site index will be used by the silviculturist, in combination with current conditions, to make a final call at the time of prescription writing. The goal will be to move stands to desired conditions given the variables of this landscape.

## Connected Actions

***Site Preparation*** - This treatment is done prior to planting and involves potentially the following actions:

- Mechanical felling and processing of dead trees to reduce hazardous fuels, except those required to meet San Juan National Forest wildlife snag requirements set forth in Table 2.2.3 of the land and resource management plan. Any live trees that are infested with bark beetles would also be removed, but isolated green trees that are not infested would not be cut.
- Removal of hazardous fuel (dead trees only) utilizing the same approach as harvest in single tree selection but leaving 1/3 of all potential volume to be utilized as enhancements and mitigations.
- Placement of logs on contours for erosion control and placement of logs for microsite creations to enhance planting survivability.
- Hand scraping of ground vegetation (scarification) to expose bare mineral soil and reduce competition.

***Reforestation*** - Hand planting of ponderosa pine stock from locally collected seed.

***Transportation System*** - Other activities associated with the proposed vegetation treatment would include maintenance-related roadwork. The work would be performed prior to, during, and/or following treatments. The majority of this work would involve reshaping and smoothing of the road surface and restoring any associated drainage ditches or rolling dips. Several additional Maintenance Level 1, stored roads, that have been closed and unused for the last 20-to-30 years would be reopened, used and put back in storage after use. These roads could require some level of reconstruction in addition to normal maintenance to return them to an operational status. Reconstruction would largely consist of clearing downed trees and grown-in vegetation, installing or repairing drainage at stream crossings, along roadside ditches or associated with rolling dips and repairing failed sections of the roadway. Forest products would be removed off the Forest via the identified Forest Service roads. Some primary haul routes would require upgrades to the surface and could include the change of surfacing type to accommodate the volume of forest products being removed. See Table 3 for more information.

**Table 3. Primary road haul routes.**

| Treatment Block | Forest Service Road Number and Name |
|---|---|
| Salter | FSR 510 Dry Canyon; FSR 521 Ormiston Point |
| Plateau | FSR 523 Trimble; FSR 514 The Glade; FSR 521 Ormiston Point |
| Carlyle Point | FSR 524 Plateau; FSR 525 Trail Canyon; FSR 514 The Glade; FSR 526 Dolores Norwood |
| Boggy Draw | FSR 527 Boggy Draw; FSR 526 Dolores Norwood |
| Turkey Knoll | FSR 249 Bald Hill Res; FSR 527 Boggy Draw; FSR 532 Cottonwood; FSR 526 Dolores Norwood |
| House Creek | FSR 526 Dolores Norwood; FSR 529 Beaver Rim |

No new permanent roads are proposed to be built with this project, though temporary roads may be required to reduce the need for excessive tractor skidding and allow wood products to be moved to the permanent road system. Creating these roads would involve clearing vegetation and minimal

construction. They would be constructed, utilized and reclaimed when rainfall and erosion potential is minimal. These segments would be decommissioned within five years of first use.

Any existing system roads currently closed to public motorized use will remain closed (except for permitted use) during and following operations. Closures would be accomplished via a variety of means, such as gates or boulder barriers with disturbed areas scarified and seeded following use. All roads in the project area that are currently open to public car and truck traffic would remain open following operations. For safety, short term closures of publicly accessible roads or trails may be necessary during logging operations.

***Fuels Treatments*** - Other related forestry activities would include the reduction of activity fuel. Cutting and removal of trees would result in limbs, tops, un-merchantable boles and stems, referred to as slash. Slash typically concentrates at landing locations or within the treatment units themselves. Landings would be identified by the sale administrator during implementation with guidance from the design features developed during this analysis. Timber sale or stewardship contracts would require concentrations of this material to be disposed of by a) piling for later burning, b) lopping and scattering throughout the unit, c) a combination of scattering and piling/burning or d) removal from the site. The method used would be dependent upon the amount of slash generated and the mechanical means employed by the contractor, as well as, specific conditions within the unit.

## Other Actions

*Wildlife Habitat Enhancement* – Wildlife guzzlers would be installed within the project area under this proposal. The goal is to provide additional water sources for wildlife during dry months and in years when drought conditions are present, as well as to encourage large game to remain upland on Forest Service land ownership to decrease the potential for damage to private property. The Salter Project is mostly situated on flat plateaus, rugged rocky draws or where well-distributed perennial water sources are lacking. The area serves as an important migration route for mule deer and elk; and also supports habitat for other wildlife species, including upland gamebirds and migratory birds.

As a means to supplement natural water sources that do occur in the area, the district would install four guzzlers in strategic locations in the Salter and Plateau treatment blocks to provide connectivity to other perennial waters sources. Site locations were chosen by surveying the project area for accessibility and installation suitability. The surrounding landscape, existing water sources and wildlife movement patterns were also considered. Guzzlers would be catchment-type guzzlers, by which rainwater and snowmelt is funneled into a holding tank (usually via an “apron”) and delivered through an open drinking pan. Fencing would be built around the guzzlers to protect the structure from unintended use or damage. The footprint size of a guzzler is approximately 12 by 12 feet, with protective fencing measuring approximately 20-25 feet around the site. Site preparation involves clearing the space with hand tools and setting a portion of the guzzler approximately 4-12 inches in the ground. Site preparation is dependent on soil conditions and rocky terrain. All materials are brought in with a UTV or ATV and temporary road construction is not necessary to install a guzzler.

*Snowplowing*: Normal operating season would be from April 1 until November 30. Winter season would be from December 1 until February 28. Snow plowing would be allowed to facilitate access. Additional time outside of those defined above may be granted by the line officer if conditions allow.

## 2.6 Alternative 3 – Large Tree Retention (20" DBH Cap)

This alternative is identical to Alternative 2 in all aspects except for the tree diameter component. With this alternative there would be a 20-inch diameter at breast height (DBH) restriction on all silvicultural treatments. Design features would also be identical to Alternative 2. See previous section for more information.

## 2.7 Design Features

The following design features are applicable to wildlife resources. See the Environmental Analysis for other resource design features.

*Wildlife and Terrestrial Ecosystems*:

1. Surveys for northern goshawks and other raptors (generally Cooper's hawk and sharp-shinned hawk) would be completed prior to project implementation. If active northern goshawk nests are discovered, all project operations would be restricted annually from March 1 to August 31 within one-half (½) mile of the active nest. If other raptor nests are discovered, all project operations would be restricted annually from March 1 to August 31 within one-quarter (¼) mile of the active nest.
2. Northern Goshawk Prescriptions:
    a. Nest Areas - No harvest or treatment of any kind would occur in the nest area (includes 30 acres around nest) of a goshawk nest. This design feature only applies to the Boggy, Carlyle and House Creek treatment blocks.
    b. Post-fledgling Family Area (PFA) - An intermediate harvest treatment would be applied to this area adjacent to occupied nest sites. Designed to improve the overall stand functionality while maintaining or promoting a relatively closed canopy. Trees of all size classes up to 22-inches diameter at breast height are evaluated for harvest and designated for removal, with an emphasis on large leave groups with 20-to-30 trees per group. The objective is to promote clumps of 3-5 mature and older trees with interlocking crowns within groups. Individual tree structure and isolated clumping is not desired structure in this treatment type nor is promoting aspen. Small openings of two acres or less can be created when implemented for insects (ex: bark beetles) or disease (ex: mistletoe) (Reynolds et al. 1992).Where existing conditions do not provide for application of this prescription, thinning will focus on enhancing what is desirable and creating conditions for recruitment of desired structure over time (Reynolds et al. 1992).
3. Elk Production Habitat - Operations in Colorado Parks and Wildlife mapped elk production habitat would not occur from May 15 to June 30 without line officer approval. The only operations that would be approved are travel through mapped production areas to units outside of the production areas. This would only be approved after consultation with Colorado Parks and Wildlife about the amount of proposed use and access routes. This design feature only applies to the Turkey Knoll treatment block.

4. Critical Elk Winter Range - Operations in Colorado Parks and Wildlife mapped critical elk winter range would not occur from December 1 to April 30 without line officer approval. The only operations that the line officer would approve are travel through mapped winter range areas to units outside of the critical winter range. This would only be approved after consultation with Colorado Parks and Wildlife about the amount of proposed use and access routes. This design feature only applies to a portion of the Boggy treatment block.
5. To meet the desired conditions, leave a minimum of 1 snag per acre of at least 12 inches diameter at breast height and 25 feet tall. If trees in this size class are not available, then leave 2 to 3 snags per acre of at least 9 inches diameter at breast height and 15 feet tall.
6. Consult with wildlife biologist prior to layout of projects that include oak treatment in order to identify areas to be treated (assure benefit wildlife and maintain clumps of dense understory oak for turkey nesting habitat).
7. Mechanized equipment must not operate within exclosure areas that protect wildlife. Consult with the wildlife biologist when developing marking guidelines for trees within exclosures.

# 3 METHODS AND SPECIES CONSIDERED FOR ANALYSIS

## 3.1 Analysis Area

The analysis area includes the Salter Vegetation Management Project Area boundary. It is large enough to be representative of the effects of natural events (fire, drought, etc.) and proposed management activities to evaluate the impacts for all species addressed.

## 3.2 Species Considered for Analysis

The following information includes listed species, along with associated habitat that are located on the Dolores Ranger District of the San Juan National Forest, or are located adjacent to or downstream of the project and could potentially be impacted by proposed activities of the project. A pre-field review was conducted of available information to assemble occurrence records, describe habitat needs and ecological requirements needed to complete the analysis. Sources of information included Forest Service records and files, the State Natural Heritage Program database, state wildlife agency information, and published research. In addition, an unofficial Information for Planning and Consultation (IPAC) list was generated on November, 30th, 2020 to verify current species list and critical habitat.

Species considered for analysis based on five criteria listed below. The criteria were used to identify species that would experience “no effect” from the implementation of the proposed action and could, therefore, be eliminated from further analysis.

1. Analysis area is outside the species’ range.
2. Potential habitat for the species does not exist within the project area or where proposed activities would take place.
3. No critical habitat occurs in the project area.

4. The type or intensity of the activity in the proposed action is expected to have no impact/effect on these species or their habitat; or proposed activities do not take place in potential or occupied habitat.

5. The associated conservation design of the proposed action eliminates any potential for negative impact on the species.

*Wildlife Species Dismissed from Analysis:* Habitat is absent, no known records exist or proposed activities would not occur in habitat for Canada lynx, New Mexico meadow jumping mouse, Mexican spotted owl, Gunnison's Sage-grouse and Western yellow-billed cuckoo. Therefore, these species are dismissed from further analysis because the proposed action is not expected to impact these species.

*Fish Species Dismissed from Analysis*: Habitat for bonytail chub, Colorado pikeminnow, humpback chub and razorback sucker is absent in the project area. Project is outside of its occupied range and does not deplete water from the basin. Therefore, these species are dismissed from further analysis because the proposed action is not expected to impact these species.

The following table documents the rationale for excluding a species or if further analysis is necessary to identify potential effects of proposed activities (See Table 5). No species were carried forward for analysis.

**Table 4. Federally listed species for the San Juan National Forest and potential occurrence in the project area.**

| Species and Status | Present or Suspected In Project Area? | Habitat Description | Suitable Habitat or Critical Habitat Present in Project Area? | Rationale |
|---|---|---|---|---|
| Canada lynx (*Lynx canadensis*) **Threatened** | No | Forested (Spruce fir primarily) areas of various development stages. Dependent on snowshoe hare. | No | Not present and therefore no further analysis needed. Lynx, lynx habitat, LAUs, linkage areas or critical habitat does not occur in the western portion of the District. |
| New Mexico meadow jumping mouse (*Zapus hudsonius luteus*) **Endangered** | No | Meadows and open clearings | No | Not present and therefore no further analysis needed. |
| Mexican spotted owl (*Strix occidentalis lucida*) **Threatened** | No | Nests in caves, cliffs, or trees in steep-walled canyons with distinct cliff bands and vegetated benches. | No | Not present and therefore no further analysis needed. The Dolores River Canyon adjacent to the Project Area is steep-walled; however, it is lacking the distinct cliff-bands and vegetated benches preferred by owls. Potential habitat occurs downstream the Dolores River, but no habitat exists within Project Area. |
| Western yellow-billed cuckoo (*Coccyzus americanus*) **Candidate** | No | Breeds in riparian woodlands with dense understory vegetation. | No | Not present and therefore no further analysis needed. Scattered cottonwoods occur in some drainages in the project area but lack the dense understory or basal area preferred by cuckoos. |
| Gunnison Sage-grouse (*Centrocercus minimus*) **Threatened** | No | Sagebrush parks. | No | Not present and therefore no further analysis needed. The project is located outside the critical habitat. Suitable |

| Species and Status | Present or Suspected In Project Area? | Habitat Description | Suitable Habitat or Critical Habitat Present in Project Area? | Rationale |
|---|---|---|---|---|
| | | | | habitat is not present in the Project Area. |
| Bonytail Chub (*Gila elegans*) **Endangered** | No | Large streams and reservoirs | No | Not present and therefore no further analysis needed. Project is outside of its occupied range and does not deplete water from the basin. |
| Colorado Pikeminnow (*Ptychocheilus lucius*) **Endangered** | No | Large streams and reservoirs | No | Not present and therefore no further analysis needed. Project is outside of its occupied range and does not deplete water from the basin. |
| Humpback Chub (*Gila cypha*) **Endangered** | No | Large streams and reservoirs | No | Not present and therefore no further analysis needed. Project is outside of its occupied range and does not deplete water from the basin. |
| Razorback Sucker (*Xyrauchen texanus*) **Endangered** | No | Large streams and reservoirs | No | Not present and therefore no further analysis needed. Project is outside of its occupied range and does not deplete water from the basin. |

## 3.3 Consultation to Date

Informal conferencing was initiated with U.S. Fish and Wildlife Service (Service) in May 2020.

## 3.4 Determination of Effect

The proposed action will have “No Effect” to any federally listed species.

# 4 Literature Cited

Negrón, J., Allen, K., Cook, B., Withrow, J. 2008. Susceptibility of ponderosa pine, Pinus ponderosa (Dougl. Ex Laws.), to mountain pine beetle, Dendroctonus ponderosae Hopkins, attack in uneven–aged stands in the Black Hills of South Dakota and Wyoming, USA. Forest Ecology and Management 254: 327–334.

Reynolds, R. T., R. T. Graham, M. H. Reiser, R. L. Bassett, P. L. Kennedy, D. A. Boyce, G. Goodwin, R. Smith, and E. L. Fisher. 1992. Management Recommendations for the Northern Goshawk in the Southwestern United States. U.S. Forest Service General Technical Report RM-217.

**United States Department of Agriculture**
Forest Service

# Salter Vegetation Management Project

*Biological Evaluation of Regional Forester Sensitive Species and Species of Special Interest (Formally Management Indicator Species and Migratory Birds) – FINAL DRAFT*

San Juan National Forest
Dolores Ranger District

Prepared By:
Tiffany Young
Wildlife Biologist, Enterprise Program
December 2020, Final Edits 05 February 2021

Reviewed By:
Ivan Messinger
Wildlife Biologist, Dolores Ranger District
December 2020

Submitted To:
Derek Padilla
Dolores District Ranger

## Table of Contents

**1 INTRODUCTION - 5 -**
**2 PROJECT INFORMATION - 5 -**
2.1 Location - 5 -
2.2 Purpose and Need - 7 -
2.3 Public Comments and Issues Addressed in This Analysis - 8 -
2.4 No Action Alternative - 9 -
2.5 Alternative 2 – Modified Proposed Action (26” DBH Cap) - 9 -
2.6 Alternative 3 – Large Tree Retention (20” DBH Cap) - 16 -
2.7 Design Features - 16 -
2.8 Comparison of Alternatives - 17 -
**3 METHODS AND SPECIES CONSIDERED FOR ANALYSIS - 20 -**
3.1 Analysis Area - 20 -
3.2 Resource Indicators and Measures - 20 -
3.3 Species Considered for Analysis - 21 -
3.4 Field Visit Details - 28 -
**4 EFFECTS ANALYSIS – SENSITIVE SPECIES - 28 -**
**4.1 Boreal Toad** - 28 -
*4.1.1 Background - 28 -*
*4.1.2 Project Area (Analysis Area) - 29 -*
*4.1.3 Direct and Indirect Effects – No Action Alternative - 29 -*
*4.1.4 Direct and Indirect Effects – Alternative 2 and Alternative 3 - 29 -*
*4.1.5 Determination of Effects and Rationale - 29 -*
**4.2 Northern Leopard Frog** - 30 -
*4.2.1 Background - 30 -*
*4.2.2 Project Area (Analysis Area) - 30 -*
*4.2.3 Direct and Indirect Effects – No Action Alternative - 31 -*
*4.2.4 Direct and Indirect Effects – Alternative 2 and Alternative 3 - 31 -*
*4.2.5 Determination of Effects and Rationale - 31 -*
**4.3 Flannelmouth Sucker** - 31 -
*4.3.1 Background - 31 -*
*4.3.2 Project Area (Analysis Area) - 32 -*
*4.3.3 Direct and Indirect Effects – No Action Alternative - 32 -*
*4.3.4 Direct and Indirect Effects – Alternative 2 and Alternative 3 - 32 -*
*4.3.5 Determination of Effects and Rationale - 32 -*
**4.4 Flammulated Owl** - 32 -
*4.4.1 Background - 32 -*
*4.4.2 Project Area (Analysis Area) - 33 -*
*4.4.3 Direct and Indirect Effects – No Action Alternative - 33 -*
*4.4.4 Direct and Indirect Effects – Alternative 2 and Alternative 3 - 33 -*
*4.4.5 Determination of Effects and Rationale - 34 -*
**4.5 Lewis’s Woodpecker** - 34 -
*4.5.1 Background - 34 -*
*4.5.2 Project Area (Analysis Area) - 35 -*
*4.5.3 Direct and Indirect Effects – No Action Alternative - 35 -*

4.5.4 *Direct and Indirect Effects – Alternative 2 and Alternative 3* - 35 -
4.5.5 *Determination of Effects and Rationale* - 36 -
**4.6 Northern Goshawk** - 36 -
4.6.1 *Background* - 37 -
4.6.2 *Project Area (Analysis Area)* - 38 -
4.6.3 *Direct and Indirect Effects – No Action Alternative* - 39 -
4.6.4 *Direct and Indirect Effects – Alternative 2 and Alternative 3* - 39 -
4.6.5 *Determination of Effects and Rationale* - 41 -
**4.7 Olive-sided Flycatcher** - 41 -
4.7.1 *Background* - 41 -
4.7.2 *Project Area (Analysis Area)* - 41 -
4.7.3 *Direct and Indirect Effects – No Action Alternative* - 42 -
4.7.4 *Direct and Indirect Effects – Alternative 2 and Alternative 3* - 42 -
4.7.5 *Determination of Effects and Rationale* - 42 -
**4.8 Pollinators – Monarch Butterfly and Western Bumblebee** - 43 -
4.8.1 *Background* - 43 -
4.8.2 *Project Area (Analysis Area)* - 44 -
4.8.3 *Direct and Indirect Effects – No Action Alternative* - 45 -
4.8.4 *Direct and Indirect Effects – Alternative 2 and Alternative 3* - 45 -
4.8.5 *Determination of Effects and Rationale* - 45 -
**4.9 Fringed Myotis, Hoary Bat, Spotted Bat and Townsend's Big-eared Bat** - 45 -
4.9.1 *Background* - 45 -
4.9.2 *Project Area (Analysis Area)* - 46 -
4.9.3 *Direct and Indirect Effects – No Action Alternative* - 47 -
4.9.4 *Direct and Indirect Effects – Alternative 2 and Alternative 3* - 47 -
4.9.5 *Determination of Effects and Rationale* - 48 -
**5 EFFECTS ANALYSIS – SPECIES OF SPECIAL INTEREST AND MIGRATORY BIRDS - 48 -**
**5.1 Abert's Squirrel** - 48 -
5.1.1 *Background* - 48 -
5.1.2 *Project Area (Analysis Area)* - 49 -
5.1.3 *Direct and Indirect Effects – No Action Alternative* - 49 -
5.1.4 *Direct and Indirect Effects – Alternative 2 and Alternative 3* - 49 -
5.1.5 *Determination of Effects and Rationale* - 50 -
**5.2 Big Game (Mule Deer and Rocky Mountain Elk)** - 50 -
5.2.1 *Background* - 50 -
5.2.2 *Project Area (Analysis Area)* - 51 -
5.2.3 *Direct and Indirect Effects – No Action Alternative* - 52 -
5.2.4 *Direct and Indirect Effects – Alternative 2 and Alternative 3* - 53 -
5.2.5 *Determination of Effects and Rationale* - 54 -
**5.3 Hairy Woodpecker** - 54 -
5.3.1 *Background* - 54 -
5.3.2 *Project Area (Analysis Area)* - 55 -
5.3.3 *Direct and Indirect Effects – No Action Alternative* - 55 -
5.3.4 *Direct and Indirect Effects – Alternative 2 and Alternative 3* - 55 -
5.3.5 *Determination of Effects and Rationale* - 56 -
**5.4 Migratory Birds** - 57 -

*5.4.1 Background ... - 57 -*
*5.4.2 Project Area (Analysis Area) ... - 57 -*
*5.4.3 Direct and Indirect Effects – No Action Alternative ... - 57 -*
*5.4.4 Direct and Indirect Effects – Alternative 2 and Alternative 3 ... - 58 -*
*5.4.5 Determination of Effects and Rationale ... - 58 -*
**6 CUMULATIVE EFFECTS ... - 59 -**
**7 LITERATURE CITED ... - 60 -**
**8 APPENDIX A – MAPS ... - 64 -**
**9 APPENDIX B - U. S. FISH AND WILDLIFE SERVICE MIGRATORY BIRD SPECIES LIST FOR THE SAN JUAN NATIONAL FOREST ... - 72 -**

# 1 INTRODUCTION

The purpose of this document is to present the analysis and determination of effects of the alternatives on Forest Service Sensitive Species and Species of Special Interest.

Portions of this report conform to legal requirements for Biological Evaluations, set forth under section 7 of the Endangered Species Act (ESA) (19 U.S.C. 1536 (c), 50 CFR 402.12 (f) and 402.14). Section 7(a) (1) of the ESA requires federal agencies to use their authorities to further the conservation of listed species. Forest Service policy requires that a review of programs and activities, through an effects analysis document (referred to in current Forest Service policy as a Biological Evaluation or BE), be conducted to determine their potential effect on threatened and endangered species, species proposed for listing, and Regional Forester-designated sensitive species (FSM 2670.3).

Under the ESA, the effects analysis report is called a Biological Assessment (BA) and must be prepared for federal actions that impact federally listed species (endangered, threatened, and proposed) are “major construction activities” to evaluate the potential effects of the proposal these species and critical habitats. Please refer to the Biological Assessment for further analysis and information.

Species of Special Interest were selected for detailed analysis due to public interest and management direction in the San Juan National Forest Plan (2013). The Forest Plan identifies that some species are to be used to assess long-term population trends and evaluate continued population viability. Species selected for detailed analysis are big game (elk and mule deer), Abert’s squirrel, hairy woodpecker and migratory birds (Grace’s warbler, olive-sided flycatcher and Virginia’s warbler).

# 2 PROJECT INFORMATION

## 2.1 Location

The project area is located northeast of Dolores, Colorado, on the Dolores Ranger District. Proposed treatment areas are in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. The project is bordered in multiple locations by state and private lands; the Dolores River and McPhee Reservoir on the west; and the West Dolores and Dolores Rivers on the east. The project area is located on suitable timber lands within Management Area 5. Management Area 5 emphasizes active management and commodity production in order to meet multiple use goals (USDA 2013).

The legal description of the project area is: T37N R14W portions of Sections 5, 6, 7. T37N R15W portions of Section 10. T38N R14W portions of Sections 2-thru-9, 15-thru-20, 29-thru-32. T38N R15W portions of Sections 1-thru-5, 10-thru-15, 22-thru-26, 34-thru-36. T39N R13W portions of Section 6. T39N R14W portions of Sections 1-thru-24, 26-thru-35. T39N R15W portions of Sections 1, 8-thru-6. T39N R16W portions of Sections 10-thru-16, 22-thru-27, 35, 36. T40N R14W portions of Sections 34-thru-36. See Figure 1.

**Figure 1. Vicinity Map of the Salter Vegetation Management Project.**



The project area has been broken into six individual treatment blocks based on geographical location and transportation system (Table 1).

**Table 1. Treatment acres by treatment block.**

| Block | Single Tree Selection (STS) | Commercial Thinning (CT) | Post-fledgling Family Area (PFA) | Plantation |
|---|---|---|---|---|
| Salter | 1,518 | 348 | N/A | 629 |
| Plateau Creek | 2,065 | 479 | N/A | N/A |
| Carlyle | 3,605 | 1,334 | 1,057 | N/A |
| House Creek | 220 | N/A | 246 | N/A |
| Boggy Draw | 9,216 | 723 | 739 | N/A |
| Turkey Knoll | 3,051 | 231 | N/A | N/A |

## 2.2 Purpose and Need

The purpose and need for this project are derived from the differences between the existing forest vegetation conditions and the desired forest vegetation conditions, as defined by the San Juan National Forest Land and Resource Management Plan (Forest Plan).

All units proposed for treatment are located within Management Area 5 (MA 5). MA 5 is a management area allocation that provides for active management; emphasizing commodity production in order to meet multiple-use goals. In MA 5, forest visitors can expect to see a wide range of activities including timber harvesting. These are multiple-use areas where active management occurs in order to meet a variety of social, economic, and ecological objectives. These areas are easily accessible, occurring mostly on roaded landscapes and relatively gentle terrain. These are lands where timber harvesting and other management activities influence the composition, structure, and landscape patterns of the vegetation. Natural ecological processes and disturbance agents (including succession and fire) are often influenced by humans on many of these lands.

The overall objective of the Salter Vegetation Management project is to improve the resistance and resiliency of forest ecosystems over the long-term; increase the forest developmental stages (age and size classes) on the landscape; and provide economic support to local communities by providing timber products to local industries in a sustainable manner.

In this context, there is a need to:

1. The need to improve resilience or maintain the resistance of forest ecosystems over the long term to increase protection against epidemic insect and disease outbreaks.
2. The need to increase the structural diversity of the ponderosa pine forest represented across the landscape, including forest developmental stages (age and size classes).
3. The need to provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

Elevations in the analysis area ranges from 7,800 feet at the southwestern end of the analysis area, to 8,800 feet on the northern end. The topography of the treatment area is predominately mesa top with

southwest aspect. Slopes range from 0 to approximately 20 percent, with steeper draws and canyons which intersect the project area throughout.

The dominant forest type of the proposed project areas is Ponderosa pine with an under story of Gambel oak, grass and forbs. The forest structure is variable and includes plantations from the 1980's intermixed with natural regeneration and overstory trees, to mature stands that are generally even aged. Although pre-dominantly even aged, modeling suggests that there are two underrepresented size classes relative to stand structure. The presence of other tree species—e.g., Douglas-fir, white fir, blue spruce, or Rocky Mountain juniper is infrequent to rare.

Large trees, 28" in diameter and above with only a few trees per acre are poorly represented. In some cases, these trees are relics left from the last harvest entry. The second underrepresented stand structural component is the 12" to 24" size class with basal areas ranging from 80 to 140 sq. ft. per acre. These trees average 80-120 years with stand initiation in the 1900 to 1940's era. The majority of the stocking in the project area is represented in this diameter class. These stands typically support the successful establishment of seedlings and regeneration. However, seedling establishment and regeneration can be episodic in nature, very patchy and variable. Yet where seedlings are represented, there are often 400 to 500 seedlings per acre present on a site.

Gambel oak is found in the understory of both stand-types in tree and brush form with variable densities and diameters. Natural meadows are occasionally found in low lying draws where aspen is often present. Aspen is a minor tree species, but does persist in some areas and can dominant the canopy in microsites that have adequate moisture and soil. Encroachment of conifer species into these areas due to the lack of disturbance has inhibited recruitment conditions in some stands. Grass and forb production is lacking in most areas of over-story pine where pine litter dominates the ground layer. Many areas contain over 18" of litter which creates conditions for potential adverse impacts to Ponderosa pine root systems during fuels treatment or other fire activity.

## 2.3 Public Comments and Issues Addressed in This Analysis

Issues are points of concern about effects that may occur as a result of implementing a proposed action. Issues are generated by the public and are in response to the proposed action; others are identified by the interdisciplinary team based on local and specific scientific knowledge and may be used to disclose and compare effects between actions. Issues identified during scoping can either be addressed by developing alternatives to the proposed action or by adjusting the proposed action to resolve conflicts [36 CFR 220.7 (b)(2)(i)].

The following are public comments received as they relate to wildlife, along with the consideration of those comments and response.

*Summary of comments:* The proposed vegetation treatments and connected activities could result in various impacts to wildlife, including: displacement of wildlife, particularly deer and elk, onto private lands where treatments are proposed near the Forest Service and private land boundary and adverse impacts from unauthorized motorized travel on project created roads and trails during and post project implementation. As well, the proposed prescriptions for clear cut and leave group size may be

inadequate and lead to reduced available hiding and escape cover. In addition, concerns over guzzler installation was raised, where the public wanted to know the exact location of each guzzler, along with how guzzlers would be maintained. To protect wildlife species and minimize the potential for poaching, exact locations are not disclosed in this document.

*Response to comments:* Potential issues and concerns were resolved through project modification, application of best management practices and project design features.

## 2.4 No Action Alternative

Under the No Action Alternative, there would be no change in current management. Under this alternative, no additional timber harvest would occur in the project area. For analysis purposes, it is assumed that ongoing and previously permitted National Forest activities would continue to occur in the project area. These activities would include livestock grazing, completion of existing timber sale contracts, continued suppression of both natural and human caused wildfires, road maintenance, motorized and non-motorized recreation, camping, and personal use firewood cutting.

## 2.5 Alternative 2 – Modified Proposed Action (26" DBH Cap)

The Dolores Ranger District is proposing tree-cutting, tree planting, and activity fuel burning in the locations displayed and described in figure 1, table 2, and figures 6-11-appendix A. The combined acreage of these project areas is approximately 22,346 acres. Treatments would lower pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove infested bark beetle trees, and dead trees. The proposed actions would create gaps and small openings in the dense canopy to allow sunlight to reach the forest floor and activity fuel burning would reduce duff, exposing bare soil and encouraging the growth of young trees and understory.

Four silvicultural treatments are proposed to move the treatment area towards the desired conditions. Immediately prior to harvesting, a condition specific prescription based on stand exam data, local knowledge of the area, and walk-thru exams would be applied to each stand. The final prescriptions would vary depending on stand-specific objectives and current conditions.

A group, clump and individual structure distributed across the landscape is desired while achieving basal area targets. This will be achieved through enhancement of current stand components or through harvest designed to achieve conditions conducive to gaining more desired conditions over time. Utilizing harvest to replicate historic tree patterns is intended to improve ecological function and resilience and to return the role of fire on the landscape.

A group is several to many trees, and can be ½ to ¾ of an acre in size with all trees growing in close proximity to each other with interlocking crowns for the most part, with a clearly definable edge. Defining the edge is key in determining a group size as well as undesirable ingrowth in need of removal. Stems can be separated by as much as 20 feet. Typically, main stems of the trees in a group have not been influenced greatly by the proximity of neighboring trees. A clump is a small group of trees growing with stems touching at the base or nearly so. The main stems of trees in a clump have likely been influenced by the proximity of neighboring trees. Individual trees are trees within a stand's matrix that are single trees allowed to be open grown with full canopy sunlight.

**Table 2. Vegetation treatment type and description.**

| Treatment Type | Treatment Description[1] |
|---|---|
| Single Tree Selection | An uneven-aged regeneration method where individual trees of all size classes up to 26 inches diameter at breast height are evaluated and removed more or less uniformly throughout the stand creating or maintaining a multiage structure of groups, clumps and individuals to promote growth of remaining trees and to provide space for regeneration. Multiple entries of this activity ultimately results in an uneven-aged stand of 3 or more age classes. This would be the preferred and dominate prescription used. 50-to-70 basal area per acre of residual basal area depending upon stand condition. There are 19,675 acres of this treatment type. |
| Commercial Thinning | Silviculture "Free Thinning" with enhancement objectives in mixed stocking ponderosa pine with a variable residual square feet of tree stem basal area of 50 -70 basal area per acre depending upon stand condition. Individual trees of all size classes up to 26 inches diameter at breast height are evaluated and removed throughout the stand creating or maintaining a multiage structure of groups, clumps and individuals.<br>These stands have some of the following characteristics: recent treatment, structure is more clump than group, inconsistent harvestable volume per acre. Goal is to enhance current qualities of the stand to promote resiliency to disturbances. Includes the plantation units. There are 3,115 acres of this treatment. |
| Post-fledgling Family Area Thinning (PFAT) | PFA prescription is a free thinning in which trees of all size classes up 22 inches are evaluated for harvest while retaining a 100-to-120 residual basal area target. A focus on large groups of 20-30 trees or more is desired with internal clumps made up of 3-to-5 large and mature trees with interlocking crowns. Individual tree structure and isolated clumping is not desired structure in this treatment type. When structure is not available, thinning should focus on creating conditions for long-term structure moving towards PFA desired conditions. |
| Pre-commercial Thinning | Thinning of ponderosa pine (Less than 5 inches diameter) to variable spacing specifications. Would be implemented in any treatment unit. |
| Brush Thinning | Thinning of understory brush species (generally target brush less than 6 inches diameter at root collar), mainly Gambel oak; to create openings for seedling recruitment and reduce ladder fuel effects on residual trees. Would be implemented in any treatment unit. No more than 50%, or 9,000 acres, of the acres treated with the single tree selection prescription would also receive this treatment. |

## Silviculture Descriptions in Detail

***Single Tree Selection*** - Single Tree Selection (STS) is an un-even aged regeneration harvest method approved for use under the Land and Resource Management Plan at 2.9.14 for ponderosa pine. Single tree removal is an uneven-aged regeneration method where individual trees of all size classes up to 26 inches diameter at breast height are evaluated and removed more or less uniformly throughout the stand creating or maintaining a multiage structure to promote growth of remaining trees and to provide space for regeneration. Multiple entries of this activity ultimately results in an uneven-aged stand of three or more age classes. The purpose of this entry is regeneration to promote the propagation of a new cohort of trees. Trees are individually selected for removal based on spacing, tree form, insect or disease evidence and species preference. With any un-even aged prescription there is no terminus to the management of the stands, meaning that process continues indefinitely with re-entry every 20-to-25 years. This is referred to as a cutting cycle. The initial cut would reduce basal area, but with most stands,

[1] No tree larger than 26.9 inch diameter at breast height would be cut in alternatives 2 and 3.

the first entry alone would not achieve the desired uneven-aged structure described above. More specifically, the stands lack enough trees in all the age classes to meet the desired target per age class. To compensate for this more trees than desired would be left in certain age classes to maintain the desired basal area target. Overtime, and with continued entries, the stand would eventually become regulated and then only trees in excess in each size class would be removed at each cutting cycle.

The single tree selection prescription would be applied to the majority of the project area. The prescription that follows was developed on the average stand characteristics taken from stand exam data. All the prescriptions would have the same basic components but may vary slightly due to changes in site conditions and stand locations in the project area as the stands identified for treatment are relatively uniform.

Single tree selection prescriptions would all have the same basic components and would use a BDQ method where "B" is the desired residual basal area, "D" is the maximum tree size (all trees 26.9" and larger diameter at breast height would be retained in all stands) and "Q" describes the diameter distribution as a ratio of the number of trees in succeeding size classes. Based on stand exam data the general prescriptions would target a residual basal area of 50-to-70 ft2/acre with a mean or target of 66 basal area when conditions allow.

For the average stand in the project area, the residual basal area would be 60-to-68 ft2/acre depending upon the silviculture treatment. The maximum diameter to harvest would be 26.9" and the q-factor would be 1.3 (applied to 2-inch diameter classes). The residual stocking level of 50-to-70 ft2 was chosen to allow sufficient growing space to establish new regeneration while reducing severe fire risk and promoting tree vigor. The maximum diameter of 26.9" addresses management objectives by providing a continuous supply of desirable saw timber products without allowing trees to progress into age related decadence while at the same time maintaining a large tree emphasis on the landscape. A q-factor of 1.3 keeps sub-merchantable trees fully stocked for the next cohort. The harvests would take place on a 20 to 25-year cutting cycle to allow for sufficient stand growth while at the same time keeping stand density within the target range.

Aspen trees found in distinguishable groups would be targeted for a lower basal area to increase vigor and promote recruitment conditions. This would be done by thinning around aspen trees to create as close to full sunlight conditions as possible. Aspen is a shade intolerant species and requires full sunlight to vigorously grow and regenerate. The overall goal is to increase light to the forest floor and expand the aspen stands which increases stand composition and enhances wildlife habitat. Aspen comprises less than one percent (90 acres) of the activity area so this effort would provide the growing space to expand this critical species. No aspen trees would be prescribed for cutting under this proposal.

***Commercial Thinning*** – Commercial Thinning (CT) Thinning is defined as an intermediate harvest treatment designed to improve the overall stand functionality and improve growth rates by reducing trees per acre. Thinning does not have specific silviculture objectives related to regeneration as it is an intermediate prescription, however, conditions will be created that promote regeneration. No modeling was conducted related to commercial thinning due to the intermediate nature of the prescription and related difficulty to accurately model the outcomes. These areas are a minor component of the overall

project acres. Based on stand exam data, the general prescriptions would target a residual basal area of 50-to-70 ft2 per acre with a mean or target of 60 basal area, depending on stand conditions. In general, emphasis would be placed on retaining the healthiest green trees in the groups, clumps, and individuals depending upon current structure and stand productivity

Aspen trees would be targeted for a lower basal area to increase vigor and promote recruitment conditions. This would be done by thinning around the aspen trees and removing pine trees to create space which is essential in promoting aspen regeneration. The overall goal is to increase light to the forest floor and expand the aspen cohorts which increases species diversity and improves wildlife habitat. Aspen comprises less than one percent of the stand area so this effort would provide the growing space to expand this critical species. No aspen would be prescribed for cutting under this proposal.

***Post-fledgling Family Area Thinning (PFAT)*** - The post-fledgling family area thinning applies to currently mapped post-fledgling family (PFA) areas and is a commercial thinning by definition, and as such, an intermediate harvest treatment. The prescription is also designed to improve the overall stand functionality and improve growth rates by reducing trees per acre while maintaining or promoting a relatively closed canopy. Post-fledgling family area thinning does not have specific silviculture objectives related to regeneration. No modeling was conducted related to commercial thinning due to the intermediate nature of the prescription and the related difficulty to accurately model the outcomes. These areas are a minor component of the overall project acres. The base prescription was developed with technical input from the district wildlife biologist. Trees of all size classes up to 22-inches diameter at breast height are evaluated for harvest and designated for removal, with an emphasis on large leave groups with 20-to-30 trees per group. The objective is to promote clumps of 3-5 mature and older trees with interlocking crowns within groups. Individual tree structure and isolated clumping is not desired structure in this treatment type nor is promoting aspen. Small openings of two acres or less can be created when implemented for insects (ex: bark beetles) or disease (ex: mistletoe) (Reynolds et al. 1992). Where existing conditions do not provide for application of this prescription, thinning will focus on enhancing what is desirable and creating conditions for recruitment of desired structure over time (Reynolds et al. 1992).

***Pre-commercial Thinning (support treatment)*** - Precommercial thinning could be applied in any unit identified for silviculture treatment. The prescription would attempt to create variable spacing with an emphasis on clumping and individual patterns, considering the overall improvement of growth and resiliency. This pre-commercial thinning prescription would increase resiliency and promote healthy and productive pine stands. Due to a limited number of trees less than 5 inches diameter at breast height; not all stands would require this treatment; each stand would be evaluated by a certified silviculturist prior to implementation to determine the site-specific need.

***Brush Thinning (support treatment)*** - This treatment could take place in any unit identified for silviculture treatment. The presence of Gambel oak and other woody brush species in this pine ecosystem are both a hindrance and help. Oak specifically plays an important part in pine stands in southwest Colorado, most notably it is a very important species for wildlife habitat providing cover and

concealment for big and small game animals and as a food source for a number of species. However, if not controlled with fire or mechanical treatments, oak creates difficulties in the management of pine. Although oak plays a role in nutrient cycling and providing fuels for natural and prescribed fire, it also dominates the understory in many places and competes for light and nutrients needed for young pine trees. There may be instances where the silviculturist needs to prescribe, in conjunction with the wildlife biologist, mastication or hand cutting of brush to reduce its presence in the pine stands. This would be done on a limited basis due to cost and the limited occurrence of this condition on the ground. The focus of these prescriptions would be to remove oak but other brush may be impacted during implementation. Total removal of oak would not be implemented, but rather, a reduction with the purpose of creating openings for pine regeneration in areas that have insufficient stocking levels. The focus of the treatment would be on oak, in the brush form, with a desire to remove species 6 inches diameter at root collar and less.

### Conditions Influencing Silvicultural Treatments

Adjusting basal area retention prescriptions within stands or implementing a support treatment would be condition-driven and initiated when a trigger or indicator shows that a threshold has been reached. Once a threshold has been reached, a determination regarding the appropriate management action, or suite of prescriptions, would be made by a certified silviculturist during site-specific prescription development for each stand.

Stands that have an above average threat of a bark beetle infestation, either from identified stand traits or untreated nearby stands, would have a lower basal area retention prescription applied.

Indicators and triggers suggesting the need for the application of a lower basal area retention prescription include:  the SDI is greater than 175, the current basal area or the basal area in adjacent stands is greater than 80 BA, or the stand currently has bark beetle populations in or around the stand. These stands displaying these conditions would have the lower spectrum of basal area retention applied. The goal is to reduce basal areas, which in turn lowers the percent chance of an infestation and lessens the spread of the current infestations (Negron et al. 2008). Areas with heavy mistletoe, especially if advanced regeneration is in place, will also be targeted for the lower spectrum of basal area retention. Typically, the mistletoe in early to mid-stages of infections occupies the upper canopies of a stand. By removing highly infested trees, a reduction in the parasitic plant occurs and a separation of canopies occurs; making it less likely to spread. Areas of stands with advanced regeneration in need of releasing to improve growth will receive a lower basal area retention prescription. Forest inventory has shown one of the missing size class components in these stands is seedlings to mid-closed. If regeneration has occurred, then a reduction in older trees around the regeneration will promote an increase in age class diversity. Stands with aspen present in distinguishable groups will receive the lower end of the basal area retention prescription. Increasing sunlight to the forest floor through conifer canopy reduction will enhance recruitment conditions in aspen and reduce overall competition for plant resources (source).

Retention of upper basal areas will be focused on high productivity areas with minimal eminent risk of infestation of bark beetles or heavy disease. Site index will be used by the silviculturist, in combination

with current conditions, to make a final call at the time of prescription writing. The goal will be to move stands to desired conditions given the variables of this landscape.

### Connected Actions

***Site Preparation*** - This treatment is done prior to planting and involves potentially the following actions:

- Mechanical felling and processing of dead trees to reduce hazardous fuels, except those required to meet San Juan National Forest wildlife snag requirements set forth in Table 2.2.3 of the land and resource management plan. Any live trees that are infested with bark beetles would also be removed, but isolated green trees that are not infested would not be cut.
- Removal of hazardous fuel (dead trees only) utilizing the same approach as harvest in single tree selection but leaving 1/3 of all potential volume to be utilized as enhancements and mitigations.
- Placement of logs on contours for erosion control and placement of logs for microsite creations to enhance planting survivability.
- Hand scraping of ground vegetation (scarification) to expose bare mineral soil and reduce competition.

***Reforestation*** - Hand planting of ponderosa pine stock from locally collected seed.

***Transportation System*** - Other activities associated with the proposed vegetation treatment would include maintenance-related roadwork. The work would be performed prior to, during, and/or following treatments. The majority of this work would involve reshaping and smoothing of the road surface and restoring any associated drainage ditches or rolling dips. Several additional Maintenance Level 1, stored roads, that have been closed and unused for the last 20-to-30 years would be reopened, used and put back in storage after use. These roads could require some level of reconstruction in addition to normal maintenance to return them to an operational status. Reconstruction would largely consist of clearing downed trees and grown-in vegetation, installing or repairing drainage at stream crossings, along roadside ditches or associated with rolling dips and repairing failed sections of the roadway. Forest products would be removed off the Forest via the identified Forest Service roads. Some primary haul routes would require upgrades to the surface and could include the change of surfacing type to accommodate the volume of forest products being removed. See Table 3 for more information.

**Table 3. Primary road haul routes.**

| Treatment Block | Forest Service Road Number and Name |
|---|---|
| Salter | FSR 510 Dry Canyon; FSR 521 Ormiston Point |
| Plateau | FSR 523 Trimble; FSR 514 The Glade; FSR 521 Ormiston Point |
| Carlyle Point | FSR 524 Plateau; FSR 525 Trail Canyon; FSR 514 The Glade; FSR 526 Dolores Norwood |
| Boggy Draw | FSR 527 Boggy Draw; FSR 526 Dolores Norwood |
| Turkey Knoll | FSR 249 Bald Hill Res; FSR 527 Boggy Draw; FSR 532 Cottonwood; FSR 526 Dolores Norwood |
| House Creek | FSR 526 Dolores Norwood; FSR 529 Beaver Rim |

No new permanent roads are proposed to be built with this project, though temporary roads may be required to reduce the need for excessive tractor skidding and allow wood products to be moved to the

permanent road system. Creating these roads would involve clearing vegetation and minimal construction. They would be constructed, utilized and reclaimed when rainfall and erosion potential is minimal. These segments would be decommissioned within five years of first use.

Any existing system roads currently closed to public motorized use will remain closed (except for permitted use) during and following operations. Closures would be accomplished via a variety of means, such as gates or boulder barriers with disturbed areas scarified and seeded following use. All roads in the project area that are currently open to public car and truck traffic would remain open following operations. For safety, short term closures of publicly accessible roads or trails may be necessary during logging operations.

***Fuels Treatments*** - Other related forestry activities would include the reduction of activity fuel. Cutting and removal of trees would result in limbs, tops, un-merchantable boles and stems, referred to as slash. Slash typically concentrates at landing locations or within the treatment units themselves. Landings would be identified by the sale administrator during implementation with guidance from the design features developed during this analysis. Timber sale or stewardship contracts would require concentrations of this material to be disposed of by a) piling for later burning, b) lopping and scattering throughout the unit, c) a combination of scattering and piling/burning or d) removal from the site. The method used would be dependent upon the amount of slash generated and the mechanical means employed by the contractor, as well as, specific conditions within the unit.

### Other Actions

*Wildlife Habitat Enhancement* – Wildlife guzzlers would be installed within the project area under this proposal. The goal is to provide additional water sources for wildlife during dry months and in years when drought conditions are present, as well as to encourage large game to remain upland on Forest Service land ownership to decrease the potential for damage to private property. The Salter Project is mostly situated on flat plateaus, rugged rocky draws or where well-distributed perennial water sources are lacking. The area serves as an important migration route for mule deer and elk; and also supports habitat for other wildlife species, including upland gamebirds and migratory birds.

As a means to supplement natural water sources that do occur in the area, the district would install four guzzlers in strategic locations in the Salter and Plateau treatment blocks to provide connectivity to other perennial waters sources. Site locations were chosen by surveying the project area for accessibility and installation suitability. The surrounding landscape, existing water sources and wildlife movement patterns were also considered. Guzzlers would be catchment-type guzzlers, by which rainwater and snowmelt is funneled into a holding tank (usually via an “apron”) and delivered through an open drinking pan. Fencing would be built around the guzzlers to protect the structure from unintended use or damage. The footprint size of a guzzler is approximately 12 by 12 feet, with protective fencing measuring approximately 20-25 feet around the site. Site preparation involves clearing the space with hand tools and setting a portion of the guzzler approximately 4-12 inches in the ground. Site preparation is dependent on soil conditions and rocky terrain. All materials are brought in with a UTV or ATV and temporary road construction is not necessary to install a guzzler.

*Snowplowing*: Normal operating season would be from April 1 until November 30. Winter season would be from December 1 until February 28. Snow plowing would be allowed to facilitate access. Additional time outside of those defined above may be granted by the line officer if conditions allow.

## 2.6 Alternative 3 – Large Tree Retention (20" DBH Cap)

This alternative is identical to Alternative 2 in all aspects except for the tree diameter component. With this alternative there would be a 20-inch diameter at breast height (DBH) restriction on all silvicultural treatments. Design features would also be identical to Alternative 2. See previous section for more information.

## 2.7 Design Features

The following design features are applicable to wildlife resources. See the Environmental Analysis for other resource design features.

*Wildlife and Terrestrial Ecosystems*:

1. Surveys for northern goshawks and other raptors (generally Cooper's hawk and sharp-shinned hawk) would be completed prior to project implementation. If active northern goshawk nests are discovered, all project operations would be restricted annually from March 1 to August 31 within one-half (½) mile of the active nest. If other raptor nests are discovered, all project operations would be restricted annually from March 1 to August 31 within one-quarter (¼) mile of the active nest.

2. Northern Goshawk Prescriptions:

   a. Nest Areas - No harvest or treatment of any kind would occur in the nest area (includes 30 acres around nest) of a goshawk nest. This design feature only applies to the Boggy, Carlyle and House Creek treatment blocks.

   b. Post-fledgling Family Area (PFA) - An intermediate harvest treatment would be applied to this area adjacent to occupied nest sites. Designed to improve the overall stand functionality while maintaining or promoting a relatively closed canopy. Trees of all size classes up to 22-inches diameter at breast height are evaluated for harvest and designated for removal, with an emphasis on large leave groups with 20-to-30 trees per group. The objective is to promote clumps of 3-5 mature and older trees with interlocking crowns within groups. Individual tree structure and isolated clumping is not desired structure in this treatment type nor is promoting aspen. Small openings of two acres or less can be created when implemented for insects (ex: bark beetles) or disease (ex: mistletoe) (Reynolds et al. 1992).Where existing conditions do not provide for application of this prescription, thinning will focus on enhancing what is desirable and creating conditions for recruitment of desired structure over time (Reynolds et al. 1992).

3. Elk Production Habitat - Operations in Colorado Parks and Wildlife mapped elk production habitat would not occur from May 15 to June 30 without line officer approval. The only operations that would be approved are travel through mapped production areas to units outside of the production areas. This would only be approved after consultation with Colorado Parks and Wildlife about the amount of proposed use and access routes. This design feature only applies to the Turkey Knoll treatment block.

4. Critical Elk Winter Range - Operations in Colorado Parks and Wildlife mapped critical elk winter range would not occur from December 1 to April 30 without line officer approval. The only operations that the line officer would approve are travel through mapped winter range areas to units outside of the critical winter range. This would only be approved after consultation with Colorado Parks and Wildlife about the amount of proposed use and access routes. This design feature only applies to a portion of the Boggy treatment block.
5. To meet the desired conditions, leave a minimum of 1 snag per acre of at least 12 inches diameter at breast height and 25 feet tall. If trees in this size class are not available, then leave 2 to 3 snags per acre of at least 9 inches diameter at breast height and 15 feet tall.
6. Consult with wildlife biologist prior to layout of projects that include oak treatment in order to identify areas to be treated (assure benefit wildlife and maintain clumps of dense understory oak for turkey nesting habitat).
7. Mechanized equipment must not operate within exclosure areas that protect wildlife. Consult with the wildlife biologist when developing marking guidelines for trees within exclosures.

## 2.8 Comparison of Alternatives

A comparison of alternatives enables a planning unit to identify the benefits and drawbacks of alternatives, along with assessing how those alternatives meet Forest goals (See Table 4). Forest goals identified for this project include:

Goal #1: Provide offerings to support the current needs of local and regional timber dependent industries. Utilization of forest resources from vegetation management activities, including providing small-diameter and biomass products from treatments in order to support emerging biomass markets is also important.

Goal #2: Improve and maintain the Forest-wide age classes and habitat diversity of ponderosa stands. Target areas where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions.

Goal #3: Improve and maintain forest health within ponderosa and Gambel oak habitats, along with aspen stands that occur in the area. Target areas where there is a high risk for developing epidemic levels of insect and/or disease infestation.

**No Action Alternative**

Under this alternative, vegetation management treatments would be deferred. No timber sales are planned under this scenario and no merchantable products would be provided to the local dependent industries.

Under the current conditions, if left untreated, stands within the project area are likely to continue to decline over future decades. If left untreated, growth rates will slow, productivity will decline, and many currently mature trees will likely die as insect, disease and fire risk increase.

Current bark beetle activity within the treatment units continues to affect small isolated pockets of light infestation. The exception to this condition is the Salter block where small pockets vary from light to

very severe in intensity. Mortality can be readily seen in the over story of this area but is still isolated. This is likely an expansion of the RHBB infestation from the Lone Pine main infestation. Isolated pockets are also located within the area between the Salter and Plateau treatment blocks, indicating an eastern movement. Isolated pockets are also located within the Boggy Draw block further identifying an eastern movement.

**Alternative 2 – Modified Proposed Action (26" DBH Cap)**
Alternative 2 would implement treatments on approximately 27,000 acres of ponderosa and Gambel oak.

A primary effect to the forest environment would be the altering of the age class, structures and species composition of the treated ponderosa stands. A comparison based on common stand exam data, FVS modeling, and field observations between the current and desired conditions shows that the condition of the ponderosa pine cover type found within the Salter Vegetation Management project area is different from the desired conditions associated with that vegetative cover type in the San Juan National Forest Land and Resource Management Plan.

The structure and age class distributions in the ponderosa stands identified for this analysis are not within desired conditions described in 2.2.23 based on field recognizance and inventory data. Bark beetles have infested adjacent landscapes causing significant mortality. The early stages of a bark beetle infestation is now being observed in the Salter project area. There are portions within the Salter project area that have been moderately burned by wildfire and there are immediately adjacent areas that have been devastated by wildfire. It is well documented that dense, over-stocked, even-age, closed canopy ponderosa pine stands are more susceptible to insect outbreaks and uncharacteristic and stand replacing fire events. It is also well documented that a lack of structural diversity corresponds directly to a reduction in forest resiliency and consequently long-term resistance to detrimental natural and human-caused disturbance events. The presence of other tree species—e.g., Douglas-fir, white fir, blue spruce, or Rocky Mountain juniper is infrequent to rare.

Based on this comparison, the proposed action is intended to meet the following objectives:

- The need to improve resilience or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks.
- The need to increase the structural diversity of the ponderosa pine forest represented across the landscape.
- The need to provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

Large trees, 28" in diameter and above with only a few trees per acre are poorly represented. In some cases, these trees are relics left from the last harvest entry. The second underrepresented stand structural component is the 12" to 24" size class with basal areas ranging from 80 to 140 sq. ft. per acre. These trees average 80-120 years with stand initiation in the 1900 to 1940's era. The majority of the stocking in the project area is represented in this diameter class. These stands typically support the successful establishment of seedlings and regeneration. However, seedling establishment and

regeneration can be episodic in nature, very patchy and variable. Yet where seedlings are represented, there are often 400 to 500 seedlings per acre present on a site.

Gambel oak is found in the understory of both stand-types in tree and brush form with variable densities and diameters. Natural meadows are occasionally found in low lying draws where aspen is often present. Aspen is a minor tree species, but does persist in some areas and can dominant the canopy in microsites that have adequate moisture and soil. Encroachment of conifer species into these areas due to the lack of disturbance has inhibited recruitment conditions in some stands. Grass and forb production is lacking in most areas of over-story pine where pine litter dominates the ground layer. Many areas contain over 18” of litter which creates conditions for potential adverse impacts to ponderosa pine root systems during fuels treatment or other fire activity.

Aspen trees scattered throughout the stands will be targeted for a lower basal area around clones to increase vigor and promote recruitment conditions. This will be done by thinning around the aspen trees and removing pines trees to create space which is essential in promoting aspen regeneration. The overall goal is to increase light to the forest floor and expand the aspen cohorts which increases species diversity and improves wildlife habitat. Aspen comprises less than 1% of the stand area so this effort will provide the growing space to expand this critical species. No aspen trees will be prescribed for cutting within this analysis.

**Alternative 3 – Large Tree Retention (20” DBH Cap)**

This alternative would implement treatments on approximately 27,000 acres of ponderosa and Gambel oak.

Alternative 3 is identical to Alternative 2 in all aspects except for the tree diameter component. With this alternative there would be a 20-inch diameter at breast height (DBH) restriction on all silvicultural treatments. Design features would also be identical to Alternative 2.

**Table 4. Comparison of alternatives in relation to the project’s goals, purpose and need.**

| | No Action Alternative | Alternative 2 (26” DBH Cap) | Alternative 3 (20” DBH Cap) |
|---|---|---|---|
| **Goal #1:** Provide offerings to support the current needs of local and regional timber dependent industries. | | | |
| Merchantable forest products provided to industry. | **Zero** merchantable products are provided to industry. | Products are estimated to be provided to industry. | Products are estimated to be provided to industry as well as additional volume. |
| **Goal #2:** Improve and maintain the Forest-wide age classes and habitat diversity of ponderosa stands. | | | |
| Number of acres treated to improve the structural diversity of the ponderosa | **Zero acres** would be treated to improve the structural diversity of the ponderosa pine forest | Approximately **27,000 acres** would be treated to improve the structural diversity of the ponderosa pine forest | Approximately **27,000 acres** would be treated to improve the structural diversity of the ponderosa pine forest |

| | | | |
|---|---|---|---|
| pine forest represented across the landscape. | represented across the landscape. | represented across the landscape. Areas would be targeted where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions. | represented across the landscape. Areas would be targeted where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions. |
| **Goal #3:** Improve and maintain forest health within ponderosa and Gambel oak habitats, along with aspen stands that occur in the area. | | | |
| Target stands for treatment with high populations of insect, diseases and wood decaying fungus agents. | **Zero acres** would be treated and conditions would continue to deteriorate. | Activities include targeting areas where there is a high risk for developing epidemic levels of insect and/or disease infestation. | Activities include targeting areas where there is a high risk for developing epidemic levels of insect and/or disease infestation. |

# 3 METHODS AND SPECIES CONSIDERED FOR ANALYSIS

## 3.1 Analysis Area

The analysis area includes the Salter Vegetation Management Project Area boundary. It is large enough to be representative of the effects of natural events (fire, drought, etc.) and proposed management activities to evaluate the impacts for all species addressed.

## 3.2 Resource Indicators and Measures

A useful way to evaluate impact significance within the context of NEPA is to use resource indicators to characterize the status of resource elements and monitor their response to potential stressors introduced by the alternatives. For this analysis, short-term impacts are considered 10 years or less and long-term impacts are considered greater than 10 years. Below are the resource indicators and measures used for this analysis (Table 5).

**Table 5. Resource indicators and measures to evaluate effects of proposed activities.**

| Resource Element | Resource Indicator | Measure (Quantify if possible) | Used to address Purpose and Need or key issue? | Source |
|---|---|---|---|---|
| Ecological Conditions: Wildlife Habitat Availability | Quantitative: Changes in species habitat. Specifically changes in patch size, contiguity, structure and quality, which affect overall species persistence and viability | Acres of habitat impacted or altered by proposed activities | Yes – when data or information was available | FSM 2670 |
| Ecological Conditions: Wildlife Habitat Suitability | Qualitative: Discussion of species' response to proposed activities based on best available information and science | Anticipated level of risk for disturbing, injury or mortality of individuals | Yes – when data or information was available | FSM 2670 |

## 3.3 Species Considered for Analysis

The following information includes sensitive species and species of special interest, along with associated habitat that are located on the Dolores Ranger District of the San Juan National Forest, or are located adjacent to or downstream of the project and could potentially be impacted by proposed activities of the project. A pre-field review was conducted of available information to assemble occurrence records, past survey efforts, describe habitat needs and ecological requirements needed to complete the analysis. Additional surveys were conducted for species to gather more detailed information of the occurrence, such as northern goshawk. In addition, past surveys were reviewed for species and habitat presence (flannelmouth sucker). Sources of information included Forest Service records and files, the State Natural Heritage Program database, state wildlife agency information, published research and eBird records (eBird 2020).

Sensitive species reviewed for detailed analysis were designated by the Regional Forester due to concerns over their population status, trend, and habitat conditions. Species of Special Interest (formally Management Indicator Species) were selected for detailed analysis due to public interest and management direction in the San Juan National Forest Plan (2013). The Forest Plan identifies that some species are to be used to assess long-term population trends and evaluate continued population viability. The sensitive species that could be impacted by the proposed action are the boreal toad, northern leopard frog, flammulated owl, flannelmouth sucker, Lewis's woodpecker, Monarch butterfly, northern goshawk, olive-sided flycatcher, fringed myotis, hoary bat, spotted bat, Townsend's big-eared bat and western bumblebee. Abert's squirrel, big game (Rocky Mountain elk and mule deer), hairy woodpecker and migratory birds (Grace's warbler, olive-sided flycatcher and Virginia's warbler) were selected to represent Species of Special Interest and could be impacted by the proposed action.

Species considered for analysis based on five criteria listed below. The criteria were used to identify species that would experience "no impact or no effect" from the implementation of the proposed action and could, therefore, be eliminated from detailed analysis.

1. Analysis area is outside the species' range.
2. Potential habitat for the species does not exist within the project area or where proposed activities would take place.
3. The type or intensity of the activity in the proposed action is expected to have no impact/effect on these species or their habitat; or proposed activities do not take place in potential or occupied habitat.
4. Individual animals may be accidental, dispersing, migrating, happenstance, vagrant, nomadic or opportunistic visitors to the habitat(s) impacted by the proposal; however, no affiliation or dependence on these habitat(s) has been shown.
5. The associated conservation design of the proposed action eliminates any potential for negative impact on the species.

*Wildlife Species Dismissed from Analysis:* Habitat is absent or proposed activities would not occur in habitat for American bald eagle, American bittern, American peregrine falcon, black swift, boreal owl, brewer's sparrow, Columbia sharp-tailed grouse, ferruginous hawk, loggerhead shrike, northern harrier, purple martin, sagebrush sparrow, short-eared owl, western burrowing owl, white-tailed ptarmigan, Great Basin silverspot butterfly, American marten, desert bighorn sheep, Gunnison's prairie dog, kit fox, mule deer critical winter habitat, river otter and Rocky Mountain bighorn sheep. Therefore, these species are dismissed from further analysis because the proposed action is not expected to impact these species.

*Fish Species Dismissed from Analysis*: Habitat for Colorado cutthroat trout, bluehead sucker and roundtail chub is absent in the project area. Therefore, these species are dismissed from further analysis because the proposed action is not expected to impact these species.

The following table documents the rationale for excluding a species or if further analysis is necessary to identify potential effects of proposed activities (See Table 6).

**Table 6. Forest Service Sensitive Species and Species of Special Interest for the San Juan National Forest and occurrence in the project area.**

| Common Name | Present or Suspected In Project Area? | Habitat Description | Suitable Habitat Present in Project Area? | Rationale |
|---|---|---|---|---|
| **Amphibians and Fish** | | | | |
| Boreal toad (Sensitive) | Suspected | Forested areas and meadows near water sources. | Yes | Further analysis will be conducted: The project area contains habitat features associated with this species, although no known records exist. |
| Northern leopard frog (Sensitive) | Suspected | Forested areas and meadows near water sources. | Yes | Further analysis will be conducted: The project area contains habitat features associated with this species, although no known records exist. |
| Bluehead sucker (Sensitive) | Not Present | Large streams and rivers | No | Not present and therefore no further analysis needed. |
| Colorado River cutthroat trout (Sensitive) | Not Present | Large streams and rivers | No | Not present and therefore no further analysis needed. |
| Flannelmouth sucker (Sensitive) | Present | Large streams and rivers, smaller tributaries and occasionally in lakes and reservoirs. | Yes | Further analysis will be conducted: The project area contains habitat features associated with this species and known records exist. |
| Greenback cutthroat trout (Sensitive) | Not Present | Large streams and rivers | No | Not present and therefore no further analysis needed. |
| Roundtail chub (Sensitive) | Not Present | Large streams and rivers | No | Not present and therefore no further analysis needed. |
| **Birds** | | | | |
| American bald eagle (Sensitive) | Not Present | Nests and roosts are usually found in open-branched trees near larger lakes, streams, rivers and reservoirs. | No | Not present and therefore no further analysis needed. |
| American bittern (Sensitive) | Not Present | Marsh, swamp, or bog with cattails, rushes, grasses, & sedges. | No | Not present and therefore no further analysis needed. |
| American peregrine falcon (Sensitive) | Not Present | Cliff habitat over 200 feet high with suitable ledges for nest construction. | No | Not present and therefore no further analysis needed. |
| Black swift (Sensitive) | Not Present | Nests behind or next to waterfalls and wet cliffs. Forages over forests and open areas. | No | Not present and therefore no further analysis needed. |
| Brewer's sparrow (Sensitive) | Not Present | Strongly associated with sagebrush in areas with scattered shrubs and short grass; to lesser extent in mountain mahogany, rabbit | No | Not present and therefore no further analysis needed. |

| Common Name | Present or Suspected In Project Area? | Habitat Description | Suitable Habitat Present in Project Area? | Rationale |
|---|---|---|---|---|
| | | brush, and bunchgrass grasslands with shrubs or large openings in pinyon-juniper. | | |
| Boreal owl (Sensitive) | Not Present | Inhabits mature spruce/fir and mixed conifer forested areas with preference for bogs or streams for foraging. | No | Not present and therefore no further analysis needed. |
| Columbian sharp-tailed grouse (Sensitive) | Not Present | Oak and serviceberry shrublands, often interspersed with sagebrush; aspen forests; irrigated pasture; recently reintroduced near Dolores, not found on Columbine or Pagosa Districts. | No | Not present and therefore no further analysis needed. |
| Ferruginous hawk (Sensitive) | Not Present | Open grasslands and shrub steppe communities. Nests in tall trees or shrubs along streams or on steep slopes. Not known to nest on or near San Juan National Forest. Migrates through the Forest. | No | Not present and therefore no further analysis needed. |
| Flammulated owl (Sensitive) | Present | This species is associated with dry mature mountain forests of ponderosa pine or other large coniferous trees, often interspersed with aspen or oak. | Yes | Further analysis will be conducted: Habitat occurs within the project area. Proposed activities are located in suitable habitat. Known eBird records exist in the project area and eBird sightings of the species have occurred in areas adjacent (eBird 2020). |
| Hairy woodpecker Species of Special Interest (Management Indicator Species) | Present | Inhabits open ponderosa pine forests and burned forests with a high density of standing dead trees (snags). They also breed in aspen and mixed-conifer habitat. | Yes | Further analysis will be conducted: Habitat occurs within the project area. Proposed activities are located in suitable habitat. Known eBird records exist in the project area and eBird sightings of the species have occurred in areas adjacent (eBird 2020). |
| Lewis' woodpecker (Sensitive) | Suspected | This species is associated with open ponderosa pine | Yes | Further analysis will be conducted: Habitat occurs within the project area. Proposed activities are located in |

| Common Name | Present or Suspected In Project Area? | Habitat Description | Suitable Habitat Present in Project Area? | Rationale |
|---|---|---|---|---|
| | | forests and burned forests with a high density of standing dead trees (snags). They also breed in woodlands near streams, oak woodlands, orchards, and pinyon-juniper woodlands. | | suitable habitat. No known records exist in the project area, but eBird sightings of the species have occurred in areas adjacent (eBird 2020). |
| Loggerhead shrike (Sensitive) | Present | This species is associated with open country with short vegetation, grazing pastures and well-spaced shrubs or low trees, particularly those with spines or thorns. | Yes | No further analysis will be conducted: Habitat occurs within the project area but not where proposed activities or proposed treatment units would occur. Known eBird records exist outside of proposed units in the project area and sightings of the species have occurred in areas on the Forest (eBird 2020). |
| Migratory birds Species of Special Interest | Present | Variable | Yes | Further analysis will be conducted: See Migratory Bird section, along with olive-sided flycatcher section. |
| Northern goshawk (Sensitive) | Present | Northern goshawk are associated with mixed-conifer, pine and aspen forests. | Yes | Further analysis will be conducted: Habitat is known to be located within the project area. Proposed activities are located in suitable habitat. In addition, there are active and historic territories within the project area. |
| Northern harrier (Sensitive) | Not Present | Not Present | No | Not present and therefore no further analysis needed. |
| Olive-sided flycatcher (Sensitive) | Suspected | Associated with forests of varying trees species, but coniferous is preferred. Areas near forest edges and openings also preferred. | Yes | Further analysis will be conducted: Habitat occurs in project area. Proposed activities are located in suitable habitat. Known eBird records exist in the project area and sightings of the species have occurred in areas adjacent (eBird 2020). |
| Purple martin (Sensitive) | Suspected | Colonial species associated with mature aspen stands with standing snags near water features. | Yes | No further analysis will be conducted: Purple martin are associated with mature aspen stands with standing snags near water features. Habitat occurs within the project area but not where proposed activities would occur. Known colony locations and eBird sightings occur adjacent to project area (eBird 2020). |
| Sagebrush sparrow (Sensitive) | Not Present | Large, low-elevation stands of big sagebrush or mixed big sagebrush and greasewood (Dolores Ranger District only). | No | Not present and therefore no further analysis needed. |

| Common Name | Present or Suspected In Project Area? | Habitat Description | Suitable Habitat Present in Project Area? | Rationale |
|---|---|---|---|---|
| Short-eared owl (Sensitive) | Not Present | Open habitats including grasslands, marsh edges, shrub-steppe and agricultural lands. | No | Not present and therefore no further analysis needed. |
| Western burrowing owl (Sensitive) | Not Present | Open grasslands associated with prairie dogs. Nests and roosts in burrows dug by mammals or other animals. | No | Not present and therefore no further analysis needed. |
| White-tailed ptarmigan (Sensitive) | Not Present | Alpine tundra, especially in rocky areas with sparse vegetation. Summer habitats include moist, low-growing alpine vegetation. | No | Not present and therefore no further analysis needed. |
| **Invertebrates** | | | | |
| Great Basin silverspot butterfly (Sensitive) | Not Present | Spring fed and/or sub-irrigated wetlands at 7,500 feet or less in elevation; larval food plant Viola nephrophylla; wet meadows interspersed with willows and other woody wetland species; adult nectar sources are mostly composites. | No | Not present and therefore no further analysis needed. |
| Monarch butterfly (Sensitive) | Suspected | Milkweed Plants | Suspected | Further analysis will be conducted: Suspected habitat occurs within the project area and proposed activities are located in potential habitat. |
| Western bumblebee (Sensitive) | Suspected | This species is associated with a wide variety of natural, agricultural, urban, and rural habitats, although species richness tends to peak in flower-rich meadows of forests and subalpine zones. | Yes | Further analysis will be conducted: Habitat occurs within the project area and proposed activities are located in potential habitat. |
| **Mammals** | | | | |
| Abert's squirrel | Present | Associated with open ponderosa pine | Yes | Further analysis will be conducted: This species occur in the project area and habitat occurs in the project area. |

| Common Name | Present or Suspected In Project Area? | Habitat Description | Suitable Habitat Present in Project Area? | Rationale |
|---|---|---|---|---|
| Species of Special Interest (Management Indicator Species) | | forests and mixed-conifer habitat. | | Proposed activities are located in suitable habitat. |
| American marten (Sensitive) | Not Present | Mature spruce/fir and mixed conifer forests with complex stand structure. | No | Not present and therefore no further analysis needed. |
| Big Game – mule deer and Rocky Mountain elk<br>Species of Special Interest (Management Indicator Species) | Present | Forested areas with cover, meadows and open areas for forage. | Yes | Further analysis will be conducted for elk only: Elk occur in the project area and critical winter habitat and production area habitat occur in the project area. Proposed activities are located in both habitats. No mule deer critical winter habitat occurs in the project area and will not be discussed further. |
| Desert bighorn sheep (Sensitive) | Not Present | Open or semi-open habitats, often in precipitous terrain and the adjacent benches and mesa tops, most commonly in alpine, grassland, shrub-steppe and rocky areas. | No | Not present and therefore no further analysis needed. |
| Fringed myotis (Sensitive) | Suspected | Utilizes mines, caves, buildings and other structures for day and night roots; however, it also utilizes snag habitat in ponderosa pine stands or other large coniferous and woodland trees. | Yes | Further analysis will be conducted: Habitat occurs within the project area. Proposed activities are located in suitable habitat. |
| Gunnison's prairie dog (Sensitive) | Not Present | High mountain valleys and plateaus at 6000-12,000 ft.; open or slightly brushy country, scattered junipers and pines. Burrows usually on slopes or in hummocks. | No | Not present and therefore no further analysis needed. |
| Hoary bat (Sensitive) | Suspected | Utilizes snag habitat of any large tree species, although conifers are preferred. | Yes | Further analysis will be conducted: Habitat occurs within the project area. Proposed activities are located in suitable habitat. |
| Kit fox (Sensitive) | Not Present | Low elevation sagebrush and greasewood | No | Not present and therefore no further analysis needed. |

| Common Name | Present or Suspected In Project Area? | Habitat Description | Suitable Habitat Present in Project Area? | Rationale |
|---|---|---|---|---|
| River otter (Sensitive) | Not Present | Perennial watercourses with fish. | No | Not present and therefore no further analysis needed. |
| Rocky Mountain bighorn sheep (Sensitive) | Not Present | Not Present | No | Not present and therefore no further analysis needed. |
| Spotted bat (Sensitive) | Suspected | Suspected | Yes | Further analysis will be conducted: This species utilizes variety of habitats, including ponderosa pine, pinon-juniper woodland and shrub desert, along with cliff, rocky outcrop and cave habitat. Habitat occurs within the project area. Proposed activities are located in suitable habitat. |
| Townsend's big-eared bat (Sensitive) | Not Present | Utilizes mines, caves, buildings and other structures for day and night roots; however, it also utilizes snag habitat in ponderosa pine stands or other large coniferous and woodland trees. | Yes | Further analysis will be conducted: Habitat occurs within the project area. Proposed activities are located in suitable habitat. |

## 3.4 Field Visit Details

Regular field visits are made to Salter Vegetation Management Project to monitor existing guzzler sites and to monitor northern goshawk territories. The area has also been assessed for future installation of additional guzzlers. Monitoring will continue for northern goshawk to assess the outcome of proposed treatments in the project area and to further develop a management plan for the species.

# 4 EFFECTS ANALYSIS – SENSITIVE SPECIES

## 4.1 Boreal Toad

### 4.1.1 Background

Habitat for the boreal toad is found on the Forest, primarily within the spruce-fir and alpine zones and generally above 8,000 feet. Mixed conifer, ponderosa and aspen stands can also provide suitable habitat conditions where water features are present. Ponds, wet meadows, wet stands of willow, small lakes, marshes, beaver impoundments, and glacial kettle ponds serve as suitable breeding habitat for this species. Habitats in the Southern Rocky Mountains include subalpine lakes, reservoirs, ponds, creek pools, marshy areas, wet meadows, and adjacent terrestrial habitats. Individuals seek shelter under logs, rocks, rodent burrows and other below-ground spaces as over-wintering hibernacula habitat. Eggs and larvae develop in shallow areas of ponds, lakes, or reservoirs, or in pools of slow-moving streams. Larvae filter suspended organic material or feed on bottom detritus/microbes. Metamorphosed individuals feed on various small terrestrial invertebrates.

### 4.1.2 Project Area (Analysis Area)

The project area has a wide variety of aquatic features that have the potential to provide habitat for the boreal toad; however, such features are limited. There are no known boreal toad records in the project area.

### 4.1.3 Direct and Indirect Effects – No Action Alternative

This alternative is expected to have "***No Effect***" to this species or associated habitat since all habitat conditions would remain unchanged and progress naturally.

### 4.1.4 Direct and Indirect Effects – Alternative 2 and Alternative 3

Habitat for the boreal toad occurs in the project area but is limited. Aquatic features would not be impacted since the project has been designed to avoid or minimize impacts to these features. The impact of timber harvest on boreal toads depends greatly on the timing, method, spatial extent, configuration, and location of harvest activities relative to boreal toad habitats (Keinath et. al. 2005). Boreal toads may be particularly vulnerable to impacts of timber harvesting when harvest activities occur within their dispersal range and during the late summer when adults migrate into upland forested habitats.

Direct and indirect effects of both action alternatives include disturbance of stream habitats from sedimentation and is one of the greatest impacts of timber harvest on amphibian species. Timber harvest activities typically include the development and maintenance of roads, which may further increase erosion and sedimentation in adjacent streams and wetlands. These activities can impact boreal toads most directly during the larval stage, when they are restricted to aquatic habitats. Clear-cuts may influence boreal toad use of migration corridors due to the decreased moisture and increased heat within the open areas. Shrub understories provide important microhabitats that aid in thermoregulation by providing moisture, water and thermal cover for boreal toads. During harvest activities, soil compaction from equipment use may also reduce the availability of rodent burrows used by boreal toads as over-wintering hibernacula habitat. However, post-harvest, these activities can benefit boreal toads by increasing small mammal use and subsequently providing future burrow habitat. Boreal toads may also over-winter in these burrows and in slash piles.

Other effects from both action alternatives could include incidental mortality of toads crushed by equipment used during harvest activities. Adults do migrate into upland habitats seasonally to hibernate and can travel distances up to 2.4km (females travel farther than males) in some cases. Over-snow operations are expected to have little to no impact since toads hibernate under the snowpack in winter.

Design features for this project include avoiding fens, wetlands and other aquatic features that provide habitat for the species. Overall, proposed activities may impact individuals dispersing to other aquatic habitat, however, the likelihood is low.

### 4.1.5 Determination of Effects and Rationale

With all proposed activities combined and resource protection measures, either action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***", since the effects are expected be minimal or

discountable. The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Impacts from proposed activities to this species would be similar in nature. There is no anticipated impact to habitat availability and suitability, outside of incidental mortality of individuals due to equipment use.

The rationale for this determination is based on the availability of habitat in and adjacent to the project area. Aquatic features are not expected to be impacted since the project has been designed to avoid these features.

## 4.2 Northern Leopard Frog

### 4.2.1 Background

Habitat used by the Northern leopard frog varies throughout its range. In Colorado, it is reported to occur in elevations well below 3,500 feet in northeastern Colorado to above 11,000 feet in southern Colorado (Hammerson 1999). Merrell and Rodell (1968) describe three major habitat divisions: winter habitat (lakes, streams and ponds), summer habitat (post-breeding areas including upland habitats for feeding), and egg/tadpole habitat (shallow breeding ponds). Although aquatic habitats are a central feature in the frog's cycles of life, it may travel a considerable distance from natal and breeding areas to a variety of other habitat types. Typical aquatic features used by the species include wet meadows and the banks and shallows of marshes, glacial kettle ponds, beaver ponds, lakes, reservoirs, streams and irrigation ditches (Hammerson 1999). Streams are often used as dispersal corridors, but upland areas are also used.

Suitable breeding habitat for the species does occur on the Forest and includes streams, natural lakes and ponds, glacial kettles, stock ponds and reservoirs, marshes and wetlands. Post-breeding habitat occurs along the edges of these features as well as the surrounding upland habitats (generally within 2 miles). Wintering habitat occurs in streams, ponds and lakes that do not completely freeze over during winter and do not have substantial populations of predaceous fish.

Larvae of the species are primarily vegetarian gaining sustenance by filtering free-floating algae from their surrounding waters. However, they have been observed feeding on dead animal material including conspecifics. Adults and sub-adults are carnivorous and primarily insectivorous, although they have been described as generalists that will "consume anything that moves and is small enough to swallow" in certain portions of their range. Beetles and grasshoppers can make up a large portion of their diets and other prey include flies, wasps and bees and spiders. Studies on stomach contents have also found mollusks, crustaceans, garter snakes, hummingbirds and a yellow warbler (Hammerson 1999)

Loss or degradation of breeding habitat can occur through changes in hydrology or water quality. Other factors include habitat fragmentation, predation, disease and sensitivity to UV radiation.

### 4.2.2 Project Area (Analysis Area)

The project area has a wide variety of aquatic habitat that has the potential to provide habitat for the northern leopard frog. Within the project area there are aquatic features but these will not be affected by the implementation of the project since there are large aquatic area buffers associated with the

project. No activities will directly occur in potential habitat. Although, habitat exists in the project area, there are no known locations.

#### 4.2.3 Direct and Indirect Effects – No Action Alternative

This alternative is expected to have "***No Effect***" to this species or associated habitat since all habitat conditions would remain unchanged and progress naturally.

#### 4.2.4 Direct and Indirect Effects – Alternative 2 and Alternative 3

Direct and indirect effects of both action alternatives include disturbance of stream habitats from sedimentation and is one of the greatest impacts of timber harvest on amphibian species. Timber harvest activities typically include the development and maintenance of roads, which may further increase erosion and sedimentation in adjacent streams and wetlands. These activities can impact amphibians most directly during the larval stage, when they are restricted to aquatic habitats. Clear-cuts may influence the use of migration corridors due to the decreased moisture and increased heat within the open areas. Shrub understories provide important microhabitats that aid in thermoregulation by providing moisture, water and thermal cover for amphibians.

Other effects from both action alternatives could include incidental mortality of frogs crushed by equipment used during harvest activities. Over-snow operations are expected to have little to no impact since northern leopard frogs overwinter in ponds and lakes that do not freeze over in winter.

Design features for this project include avoiding fens, wetlands and other aquatic features that provide habitat for the species. Overall, proposed activities may impact individuals dispersing to other aquatic habitat, however, the likelihood is low.

#### 4.2.5 Determination of Effects and Rationale

With all proposed activities combined and resource protection measures, either action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***", since the effects are expected be minimal or discountable. The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Impacts from proposed activities to this species would be similar in nature. There is no anticipated impact to habitat availability and suitability, outside of incidental mortality of individuals due to equipment use.

The rationale for this determination is based on the availability of habitat in and adjacent to the project area. Aquatic features are not expected to be impacted since the project has been designed to avoid these features.

### 4.3 Flannelmouth Sucker

#### 4.3.1 Background

Rees et al. 2005 describe habitat and primary threats for the flannelmouth sucker as, "*typically found in slower, warmer rivers in plateau regions of the Colorado River drainage. They usually inhabit the mainstem of moderate to large rivers but are occasionally found in small streams. This species frequents pools and deep runs but can also be found in the mouths of tributaries, riffles, and backwaters.*

*Flannelmouth suckers are occasionally found in lakes and reservoirs, but they generally react poorly to impounded habitats, or habitats influenced by impoundments. Habitat association can be attributed to feeding strategies during specific life stages…The primary threats to the flannelmouth sucker are generally human-induced activities that divert water and change the flow regime in both tributary and mainstem streams. Specific threats include (a) construction of passage barriers (e.g., diversion dams and reservoirs) that disconnect habitats and cause habitat fragmentation and (b) introduction of non-native species that are both predators on and competitors with the flannelmouth sucker. Other threats include modification of streambeds through channelization, landscape changes resulting from land use, and local degradation of riparian zones that reduces the natural function of the stream ecosystem*".

#### 4.3.2 Project Area (Analysis Area)

The project area is located in flannelmouth sucker habitat. Surveys conducted in 1998 detected this species in Plateau Creek. No activities will directly occur in habitat since there are large aquatic area buffers associated with the project.

#### 4.3.3 Direct and Indirect Effects – No Action Alternative

This alternative is expected to have "***No Effect***" to this species or associated habitat since all habitat conditions would remain unchanged and progress naturally.

#### 4.3.4 Direct and Indirect Effects – Alternative 2 and Alternative 3

Direct and indirect effects of both action alternatives include disturbance of stream habitats from sedimentation and is one of the greatest impacts of timber harvest on fish species. Timber harvest activities typically include the development and maintenance of roads, which may further increase erosion and sedimentation in adjacent streams and wetlands. These activities can impact fish species most directly during the larval stage, when feeding and development occurs.

Design features for this project include avoiding fens, wetlands, streams and other aquatic features that provide habitat for the species. Overall, proposed activities may impact individuals or habitat; however, the likelihood is low.

#### 4.3.5 Determination of Effects and Rationale

With all proposed activities combined and resource protection measures, either action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***", since the effects are expected be minimal or discountable. The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Impacts from proposed activities to this species would be similar in nature. There is no anticipated impact to habitat availability and suitability.

The rationale for this determination is based on the availability of habitat in and adjacent to the project area. Aquatic features are not expected to be impacted since the project has been designed to avoid these features.

### 4.4 Flammulated Owl

#### 4.4.1 Background

The flammulated owl is associated with dry mature mountain forests of ponderosa pine or other large coniferous trees, often interspersed with aspen or oak (Linkhart et al. 2013). It is considered migratory and preferred summer breeding habitat for flammulated owls on the Forest is mature, open-growing stands of ponderosa pine and mixed-conifer (USDA, Forest Service 2013). The species has been detected in many areas of the District during surveys for Mexican spotted owls; however, availability of suitable nest cavities and fragmentation of habitat may act as a limiting factor for this species.

Flammulated owls feed primarily on insects, but have been known to hunt small mammals occasionally (Linkhart et al. 2013). Nesting occurs almost exclusively in tree cavities of live trees and snags, excavated by other wildlife. This species does show the ability to use nest boxes (Linkhart et al. 2013). As an obligate secondary cavity nester, the species depends on the presence of snags and decaying trees of sufficient diameter to contain nest cavities and the presence of woodpeckers to construct suitable nest cavities (USDA, Forest Service 2013). Flammulated owls forage intensively near the nest and open vegetation is preferred for foraging (USDA, Forest Service 2013). In contrast to foraging habitat, which includes numerous interior edges, preferred roosting habitat appears to be dense vegetation that provides a thermal cover quality (USDA, Forest Service 2013).

### 4.4.2 Project Area (Analysis Area)

The project area provides potential habitat for flammulated owl; however, habitat quality has declined in many areas due to dense and degrading forest health conditions, despite an increase in snag densities. Ponderosa pine snag density increases over the last 20 years are due disease and beetle kill; and as a result, do not provide long-term high-quality habitat. The species does occur in the project area. In addition to Forest survey data, known eBird records exist in the project area and eBird sightings of the species have occurred in areas adjacent (eBird 2020).

### 4.4.3 Direct and Indirect Effects – No Action Alternative

The no action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***" since continued tree mortality across the project area would negatively affect breeding site selection of the species and the potential availability of large, live overstory trees would be reduced. Snags may be abundant, but the mature overstory component required for thermal cover and foraging would be reduced, thus degrading habitat capability over the long-term. It is not anticipated that bark beetle activity will slow or stop naturally and associated fire risk could further impact habitat availability and suitability, both in the short-term and long-term.

### 4.4.4 Direct and Indirect Effects – Alternative 2 and Alternative 3

Direct and indirect effects of both action alternatives include a reduction in the habitat availability by reducing the number of trees per acre across the project area. Single Tree Selection and Commercial Thinning prescriptions are intended to improve and maintain age classes and habitat diversity of ponderosa stands. Targeting areas where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions is also intended. Prescriptions were further developed to address forest health issues in existing ponderosa and Gambel oak habitats, along

with aspen stands that occur in the area. The project area, in particular, is at a high risk for developing increased level of insect, disease and fire risk.

Short-term impacts to the species would reduce the number of large, live overstory trees and may negatively impact breeding site selection. Design features are intended to retain suitable levels of snags as designate by plan requirements for ponderosa forest types. Plan requirements for ponderosa stands include leaving a minimum of 1 snag per acre of at least 12 inches DBH and 25 feet tall. If trees in this size class are not available, then leave 2-3 snags per acre of at least 9 inches DBH and 15 feet tall. If insufficient numbers of snags exist before the treatment, then additional snag recruits would be reserved. Snag recruits should have the following characteristics: evidence of cavities, decay, broken/dead tops or lightning strikes.

Foraging habitat may improve in areas where treatments reduce the density of pine and oak, and subsequently improve the productivity and cover of understory herbaceous species. In the long-term, post-treatment stand structure is expected to provide better foraging habitat than currently exists by providing increased interior edge and more open stands. Proposed activities would also promote the recovery of forest vegetation and create more resilient pine stands across the landscape, resulting in long-term habitat quality.

The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Alternative 2 leaves less trees on the landscape than Alternative 3 due to the tree diameter restriction. However, basal area target ranges are the same for both alternatives, thus, the goal is to still provide healthy and resilient stand conditions. As a result, impacts from proposed activities to this species would be similar in nature for both alternatives.

#### 4.4.5 Determination of Effects and Rationale

With all proposed activities combined and resource protection measures, either action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***", since the effects are expected be short-term and the long-term impacts are intended to be beneficial by providing higher quality habitat that is well distributed in the future. The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Although Alternative 2 may leave less trees on the landscape than Alternative 3, impacts from proposed activities to this species are still expected to be similar in nature due to the intended basal area target range. In addition, design features are intended to retain adequate snag levels in the project area, post-treatment. Other potential impacts to the species may include disturbance or displacement during harvest activities.

The rationale for this determination is based on the availability of habitat in and adjacent to the project area, along with the known occurrence of the species in the project area.

### 4.5 Lewis's Woodpecker

#### 4.5.1 Background

Lewis's woodpecker is associated with open ponderosa pine forests and burned forests with a high density of standing dead trees (snags). They also breed in woodlands near streams, oak woodlands, orchards and pinyon-juniper woodlands. Habitat on the Forest is found in ponderosa pine and Gambel oak woodlands, forested riparian areas with large over story cottonwood trees and ponderosa pine stands adjacent to large open parks and meadows (USDA, Forest Service 2013). In Colorado, Lewis's woodpeckers typically nest at lower elevations, from 4,215' to 6,365' of elevation (Colorado Breeding Bird Atlas 2016).

Lewis's woodpecker feed primarily on insects, but also feed on nuts and fruits (Vierling et al. 2013). Contrary other woodpecker behavior, they tend to eat flying insects that they take in mid-air or pick from a branch or tree trunk, as opposed to probing for wood-boring insects (Vierling et al. 2013). This species also stores acorns, other nuts and grains in the crevices of hardwood trees in the fall and winter (Vierling et al. 2013).

Nesting occurs almost exclusively in tree cavities of snags, excavated by other wildlife. As an obligate secondary cavity nester, the species depends on the presence of snags and decaying trees of sufficient diameter to contain nest cavities and the presence of woodpeckers to construct suitable nest cavities (USDA, Forest Service 2013, Vierling et al. 2013). Outside of the breeding season, the species utilizes a variety of habitats, including cottonwoods near streams, orchards and oak woodlands with food resources (Vierling et al. 2013).

#### 4.5.2 Project Area (Analysis Area)

Habitat across much of the project area is considered marginal since it occurs at higher elevations, from 7,800 ft. to 8,800 ft. In addition, habitat quality has declined in many areas due to dense and degrading forest health conditions, despite an increase in snag densities. Ponderosa pine snag density increases over the last 20 years are due disease and beetle kill; and as a result, do not provide long-term high-quality habitat. No known records exist in the project area, but eBird sightings of the species have occurred in areas adjacent. Individuals have been sighted in adjacent lower elevation stands located in previously burned stands of ponderosa pine (eBird 2020).

#### 4.5.3 Direct and Indirect Effects – No Action Alternative

The no action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***" since continued tree mortality across the project area would negatively affect breeding site selection of the species and the potential availability of overstory trees would be reduced. Snags may be abundant, but the mature overstory component required for thermal cover and foraging would be reduced, thus degrading habitat capability over the long-term. It is not anticipated that bark beetle activity will slow or stop naturally and associated fire risk could further impact habitat availability and suitability, both in the short-term and long-term.

#### 4.5.4 Direct and Indirect Effects – Alternative 2 and Alternative 3

Direct and indirect effects of both action alternatives include a reduction in the habitat availability by reducing the number of trees per acre across the project area. Single Tree Selection and Commercial Thinning prescriptions are intended to improve and maintain age classes and habitat diversity of

ponderosa stands. Targeting areas where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions is also intended. Prescriptions were further developed to address forest health issues in existing ponderosa and Gambel oak habitats, along with aspen stands that occur in the area. The project area, in particular, is at a high risk for developing increased level of insect, disease and fire risk.

Short-term impacts to the species would reduce the number of overstory trees and may negatively impact breeding site selection. Design features are intended to retain suitable levels of snags as designate by plan requirements for ponderosa forest types. Plan requirements for ponderosa stands include leaving a minimum of 1 snag per acre of at least 12 inches DBH and 25 feet tall. If trees in this size class are not available, then leave 2-3 snags per acre of at least 9 inches DBH and 15 feet tall. If insufficient numbers of snags exist before the treatment, then additional snag recruits would be reserved. Snag recruits should have the following characteristics: evidence of cavities, decay, broken/dead tops or lightning strikes.

Foraging habitat may improve in areas where treatments reduce density of pine and oak, and subsequently improve the productivity and cover of understory herbaceous species. In the long-term, post-treatment stand structure is expected to provide better foraging habitat than currently exists by providing increased interior edge and more open stands. Proposed activities would also promote the recovery of forest vegetation and create more resilient pine stands across the landscape, resulting in long-term habitat quality.

The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Alternative 2 leaves less trees on the landscape than Alternative 3 due to the tree diameter restriction. However, basal area target ranges are the same for both alternatives, thus, the goal is to still provide healthy and resilient stand conditions. As a result, impacts from proposed activities to this species would be similar in nature for both alternatives.

#### 4.5.5 Determination of Effects and Rationale

With all proposed activities combined and resource protection measures, either action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***", since the effects are expected be short-term and the long-term impacts are intended to be beneficial by providing higher quality habitat that is well distributed in the future. The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Although Alternative 2 may leave less trees on the landscape than Alternative 3, impacts from proposed activities to this species are still expected to be similar in nature due to the intended basal area target range. In addition, design features are intended to retain adequate snag levels in the project area, post-treatment. Other potential impacts to the species may include disturbance or displacement during harvest activities.

The rationale for this determination is based on the availability of habitat in and adjacent to the project area, along with the potential occurrence of the species in the project area.

### 4.6 Northern Goshawk

### 4.6.1 Background

The Northern goshawk (goshawk) a forest generalist because it occurs in all major forest types (coniferous, deciduous, and mixed). Mature forest structures appear to be an important component in the goshawk nesting home ranges. Research suggests that goshawk seldom uses young dense forests and reasons for avoidance of these areas may be due to insufficient space in and below the canopy to facilitate flight and prey capture. Additionally, due to the absence of larger trees, these areas would offer few opportunities for nesting (Reynolds et al. 1992).

Goshawks are predators of forest birds and mammals. While there are variances between regions on type of prey, there is a common trait: The majority of the important prey species reside mainly on the ground and in the lower portions of the tree canopy (Reynolds et al. 1992). The implications of this are that in areas that have tall and very dense understories, goshawk populations may effectively be diminished since there would be more cover for the potential prey species to hide and escape (Reynolds et al. 1992). Boal and Mannan (1994) found that mammals accounted for 94% of the total prey biomass and birds (6%) in a Northern Arizona study. They found that cottontail rabbits, Stellar's jays, and northern flickers accounted for the most frequently taken species, accounting for over 65% of total number of bird prey taken. Reynolds et al. (1992) found in a study of nest areas on the Kaibab Plateau that mammals contributed 67% of the number of prey items identified and birds contributed 38%. The most common taken prey in descending order of frequency were cottontail rabbit, tassel-eared squirrel, Steller's jay, red squirrel, black-tailed jackrabbit and northern flicker. Other species taken with some regularity included American robin, band-tailed pigeon, blue grouse, chipmunks, hairy woodpecker, mantled ground squirrel, mourning dove, red-naped sapsucker and Williamson's sapsucker. Shuster (1980) noted a high preference for Richardson's and thirteen-lined ground squirrels on the Arapaho-Roosevelt N.F. Dolye and Smith (1994) observed a strong dependency on snowshoe hare in Alaskan populations of goshawk.

The foraging area, due to its large size, consists of a mosaic of forest structural conditions and age classes and encompasses a diversity of landforms. There is a limited amount of information on preferred foraging habitat. Some studies (Fischer 1986) suggest a preference for older age classes. Based on the habitat requirement of favored prey and the hunting techniques used by the goshawk, these areas would be relatively open (40-60% canopy cover) with well-developed herbaceous and shrubby understories. Reynolds et al. (1992) described important components of foraging habitat as snags, downed logs, woody debris, small openings, large trees, and a range of vegetative structural stages (VVS). Under their conservation recommendations for the southwestern Rocky Mountains (Region 3) they suggested optimum proportions for the various VVSs ranging from openings dominated by grasses, forbs and shrubs (VVS 1) to old-growth, late successional forest (VVS 6). These components reflect the habitat preferences of preferred prey species, as well as the hunting techniques for the goshawk. Under their recommendations they emphasized a high proportion of foraging habitat in the mid-late successional stages for the maintenance of quality goshawk habitat.

Goshawks exhibit high breeding territory fidelity from year to year. The territory is typically occupied by the goshawk pair from early March at least until late September. Reynolds et al. (1992) identified three

components of territory: Nest Area, Post-fledgling Family Area (PFA) and Foraging Area (Territory). The following below provides a detailed description of each component.

- Nest Areas (Sites): contain nest sites which are active or historic that represent the nesting activity of a NOGO Territory. NOGO often have alternate nest sites, so multiple nests sites can occur in a territory and each have a 30-acre habitat boundary around them.
- *Post-fledgling Family Areas (PFAs*): represent a concentrated area that surrounds the nest areas/sites and is used by the family from the time the young leave the nest until they are no longer dependent on the adults for food. These areas often vary in forest types, vegetation types and conditions. PFAs are a minimum of 420 acres outside of Nest Areas.
- *Foraging Area (Territory)* - represents the full use of habitat required to carry out biological functions. These are approximately 5,400 acres.

### 4.6.2 Project Area (Analysis Area)

The project area contains breeding, nesting and foraging habitat. Surveys have been conducted in this area regularly and multiple observations of individual goshawks, along with nesting pairs have been observed. As a result, additional efforts have been made to delineate Post-fledging Family Areas and Nest Area for seven territories in order to manage for the species and its habitat. Methods to delineate these areas used guidelines provided in the *Management Recommendations for Northern Goshawk in the Southwestern United States* (Reynolds et al. 1992). The final areas represent the "best available information" for nest locations, including active, alternate and historic that would contribute to a functioning PFA. Most current information (past surveys and surveys from this summer), activity status, surrounding habitat for historic or alternate sites was used to choose final locations for a PFA. All nest sites considered functioning and useable were delineated and given a 30-acre circular buffer. In some cases, Nest Areas overlap, due to proximity of nest sites to one another and where primary and alternate nest sites were identified. If this occurred, the buffer was dissolved, and a total acreage would reflect this. See the following table below for more information and Appendix A for maps.

**Table 7. Northern Goshawk Territories and newly delineated PFAs and Nest Areas with acreage amounts.**

| Territory Name | Post-fledging Family Area | Nest Area (circular buffer around known nest and alternate nests) | Number of Nest Sites associated with the Territory |
|---|---|---|---|
| Beaver Creek | 509 Acres | 123 Acres | 5 Sites |
| Beaver Railroad | 546 Acres | 111 Acres | 5 Sites |
| Italian Canyon | 712 Acres | 90 Acres | 3 Sites |
| Lower Boggy | 433 Acres | 120 Acres | 5 Sites |
| Plateau | 485 Acres | 54 Acres | 2 Sites |
| Trail Canyon | 557 Acres | 80 Acres | 3 Sites |
| Upper House | 490Acres | 90 Acres | 3 Sites |

The current condition of the analysis area is in decline with respect to nesting habitat because of beetle kill. The live overstory component which provides the canopy closure and basal area requirements for goshawks are at risk. There have been increased observations of sharp-shinned and cooper's hawks within the area in the past 3 years. This might be a representation of reduced habitat effectiveness in the area.

### 4.6.3 Direct and Indirect Effects – No Action Alternative

The no action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***" since continued tree mortality across the project area would negatively affect site selection of the species and the potential availability of habitat would be reduced. It is not anticipated that bark beetle activity will slow or stop naturally and associated fire risk could further impact habitat availability and suitability, both in the short-term and long-term.

Northern goshawk habitat in the analysis area is primarily found in ponderosa pine forests, which are used as nesting and foraging habitat. This species tends to inhabit ponderosa pine stands that have a mostly closed canopy of mature pine and a basal area of 80 or higher. Goshawks need this type of live tree density for both nest thermal cover and for foraging cover. In the short-term under the no action alternative, if bark beetle activity continues to expand at the current rate, northern goshawk will be negatively impacted because the overstory canopy cover and basal area could be reduced to the point where the habitat would not be effective as nesting or foraging habitat. This alternative may also have long-term impacts if large scale mortality leaves few green trees to regenerate the forest. Under this scenario, there could be both short-term and long-term reductions in breeding and nesting success.

Although this species occupies other habitats across the forest (spruce/fir, mixed conifer and aspen) at higher elevations, it would likely see reduced individual numbers as other raptor species better adapted to open ponderosa pine stands with little to no overstory move in to occupy previous goshawk territories. If bark beetle activity slows or stops, the impacts to northern goshawks described above would mainly be seen in the areas that have already sustained considerable mortality, including the Lake Canyon and Bradfield areas.

### 4.6.4 Direct and Indirect Effects – Alternative 2 and Alternative 3

Direct and indirect effects of both action alternatives include a reduction in the habitat availability by reducing the number of trees per acre across the project area. Single Tree Selection and Commercial Thinning prescriptions are intended to improve and maintain age classes and habitat diversity of ponderosa stands. Targeting areas where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions is also intended. Prescriptions were further developed to address forest health issues in existing ponderosa and Gambel oak habitats, along with aspen stands that occur in the area. The project area, in particular, is at a high risk for developing increased level of insect, disease and fire risk.

Short-term impacts to the species would reduce the number of trees and may negatively impact site selection. Foraging habitat may improve in areas where treatments retain healthy clusters of pine and conifer. In the long-term, post-treatment stand structure is expected to promote the recovery of forest

vegetation and create more resilient pine stands across the landscape, resulting in long-term habitat quality. Without proposed treatments, continued bark beetle outbreaks may occur and decrease nesting site selection and foraging. The long-term impacts of bark beetles would result in an overall loss of habitat as stand conditions continue to deteriorate.

The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Alternative 2 leaves less trees on the landscape than Alternative 3 due to the tree diameter restriction. However, basal area target ranges are the same for both alternatives, thus, the goal is to still provide healthy and resilient stand conditions. As a result, impacts from proposed activities to this species would be similar in nature for both alternatives.

The direct and indirect effects of forest modifications through land management on the habitats of goshawks and their prey area are not well understood. These modifications (i.e., timber harvesting, fire suppression, and grazing) can adversely affect the use of habitat by goshawks and cause reductions in the prey base (Reynolds et al. 1992). These activities can also have an adverse effect on the preferred structural characteristics of nest area.

Natural occurrences can also have adverse effects the structural components of goshawk habitat. Large scale stand replacement fires can eliminate mature forest while converting the post-fire forest to a young even-aged structure. Epidemic insect and disease outbreaks can have a similar effect (Graham et al. 1999).

For northern goshawk, assuming that bark beetle activity slows or stops, the proposed activities are expected to result in short-term negative impacts but overall long-term beneficial impacts. In areas that receive Single Tree Selection and Commercial Thinning, basal area after treatment is expected to average around 60-80 square feet per acre, with clumps of trees having higher basal areas. Basal area reductions below 80 square feet per acre in mature stands would affect nesting behavior of northern goshawk because thermal and protective sight cover for nesting will be reduced, which will reduce reproduction. A reduction in canopy cover may also impact foraging success as there will be less ability to hide from prey. These impacts may reduce habitat effectiveness in the short-term for this species, but in the long-term, recovery of forest vegetation and increased age class diversity associated with the proposed action will benefit habitat effectiveness for northern goshawk.

Potential impacts to nesting goshawk will be minimized with application of design elements that requires surveys for the species be completed prior to project implementation. This includes the requirement that if active northern goshawk nests are discovered, all project operations would be restricted annually from March 1st to August 31st within one-half (½) mile of the active nest. Design features requiring the retention of snags will also minimize impacts to prey species. Additional design features were developed to address PFAs and Nest Areas. See below.

a. Nest Areas - No harvest or treatment of any kind would occur in the nest area (includes 30 acres around nest) of a goshawk nest. This design feature only applies to the Boggy, Carlyle and House Creek treatment blocks.

b. Post-fledgling Family Area (PFA) - An intermediate harvest treatment would be applied to this area adjacent to occupied nest sites. Designed to improve the overall stand functionality while maintaining or promoting a relatively closed canopy. Trees of all size classes up to 22-inches diameter at breast height are evaluated for harvest and designated for removal, with an emphasis on large leave groups with 20-to-30 trees per group. The objective is to promote clumps of 3-5 mature and older trees with interlocking crowns within groups. Individual tree structure and isolated clumping is not desired structure in this treatment type nor is promoting aspen. Small openings of two acres or less can be created when implemented for insects (ex: bark beetles) or disease (ex: mistletoe) (Reynolds et al. 1992).Where existing conditions do not provide for application of this prescription, thinning will focus on enhancing what is desirable and creating conditions for recruitment of desired structure over time (Reynolds et al. 1992).

### 4.6.5 Determination of Effects and Rationale

With all proposed activities combined and resource protection measures, either action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***", since the effects are expected be short-term and the long-term impacts are intended to be beneficial by providing higher quality habitat that is well distributed in the future. The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Although Alternative 2 may leave less trees on the landscape than Alternative 3, impacts from proposed activities to this species are still expected to be similar in nature due to the intended basal area target range. Other potential impacts to the species may include disturbance or displacement during harvest activities.

The rationale for this determination is based on the availability of habitat in and adjacent to the project area, along with the occurrence of the species in the project area.

## 4.7 Olive-sided Flycatcher

### 4.7.1 Background

Olive-sided flycatchers breed mostly in the boreal forest and in western coniferous forests, from sea level to over 10,000 feet elevation, however, in some parts of the range ponderosa pine forests are used (Altman et al. 2012, USDA, Forest Service 2013). Preferred diet includes insects and nesting typically occurs in the mid to upper section of tree.

On the Forest, the species is found in spruce-fir forests and ponderosa pine forests where there is a significant remaining component of pre-settlement trees or super-canopy snags (USDA, Forest Service 2013). Mixed conifer and aspen forests are used less frequently and the nesting season generally occurs from May to August. This species is considered a long-distance migrant and often winters well into South American in the winter.

### 4.7.2 Project Area (Analysis Area)

Habitat for olive-sided flycatcher occurs throughout the project area and in proposed treatment units. Known eBird records exist throughout the project area but not in proposed units. Sightings of the species have also occurred in other areas on the Forest (eBird 2020).

### 4.7.3 Direct and Indirect Effects – No Action Alternative

The no action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***" since continued tree mortality across the project area would negatively affect site selection of the species and the potential availability of habitat would be reduced. It is not anticipated that bark beetle activity will slow or stop naturally and associated fire risk could further impact habitat availability and suitability, both in the short-term and long-term.

### 4.7.4 Direct and Indirect Effects – Alternative 2 and Alternative 3

Direct and indirect effects of both action alternatives include a reduction in the habitat availability by reducing the number of trees per acre across the project area. Single Tree Selection and Commercial Thinning prescriptions are intended to improve and maintain age classes and habitat diversity of ponderosa stands. Targeting areas where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions is also intended. Prescriptions were further developed to address forest health issues in existing ponderosa and Gambel oak habitats, along with aspen stands that occur in the area. The project area, in particular, is at a high risk for developing increased level of insect, disease and fire risk.

Short-term impacts to the species would reduce the number of trees and may negatively impact habitat use. Foraging habitat may improve in areas where treatments reduce density of pine and oak, and subsequently improve the productivity and cover of understory herbaceous species for native insect species. In the long-term, post-treatment stand structure is expected to provide better foraging habitat than currently exists by providing increased interior edge and more open stands. Proposed activities would also promote the recovery of forest vegetation and create more resilient pine stands across the landscape, resulting in long-term habitat quality. The long-term impacts of bark beetles would result in an overall loss of habitat as stand conditions continue to deteriorate.

The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Alternative 2 leaves less trees on the landscape than Alternative 3 due to the tree diameter restriction. However, basal area target ranges are the same for both alternatives, thus, the goal is to still provide healthy and resilient stand conditions. As a result, impacts from proposed activities to this species would be similar in nature for both alternatives.

### 4.7.5 Determination of Effects and Rationale

With all proposed activities combined and resource protection measures, either action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***", since the effects are expected be short-term and the long-term impacts are intended to be beneficial by providing higher quality habitat that is well distributed in the future. The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Although Alternative 2 may leave less trees on the landscape than Alternative 3, impacts from proposed activities to these species are still expected to be similar in nature due to the intended basal area target range. Other potential impacts to the species may include disturbance or displacement during harvest activities.

The rationale for this determination is based on the availability of habitat in and adjacent to the project area, along with the potential occurrence of these species in the project area.

## 4.8 Pollinators – Monarch Butterfly and Western Bumblebee

### 4.8.1 Background

Pollinators are essential to ecosystem function and also provide a key role in food webs. In 2015, the Forest Service signed a Memorandum of Understanding (MOU) with the Bureau of Land Management (BLM) for the Conservation and Management of Pollinator Species (USDA 2015a). The MOU recognizes a partnership and mutual interest in conserving and managing biological diversity and provides a framework to achieve conservation goals. Specifically, it outlines the need to protect, restore, rehabilitate and manage important pollinator habitats. It also outlines the need to assess habitat use, develop native plant materials that are beneficial to pollinators and research pollinator issues relevant to the National Forest Systems as directed by the National Strategy to Promote the Health of Honeybees and Other Pollinators. The Pollinator Partnership Action Plan (PPAP) also recognizes Monarch butterflies and honeybees in particular as species to focus on for conservation efforts (USDA 2016).

*Monarch butterfly* - Monarch butterflies rely completely on milkweed plant species to carry out their entire lifecycle. The state of Colorado is considered a transitional or migratory zone that separates the western and eastern populations. Potential habitat may occur in the area, but no detections of Monarch or milkweed plant have been documented in the project area.

Egg, larva, pupa and adult are the four stages of this insect's life. Eggs are laid on the underside of a young milkweed plant during the spring and summer months. Although larvae eat only milkweed, adult monarchs feed on the nectar of many plants such as asters (*Aster* sp.), thistles (*Cirsium* sp.), alfalfa (*Medicago sativa*) and lilac (*Syringa vulgaris*).

All evidence demonstrates that the monarch in North America has declined significantly in a short period of time and appears to be at high risk. The primary cause of its decline is believed to be from the substantial loss of milkweeds from conversion of lands to agricultural production and the increased use of herbicides (USDA 2015b). Overall reduction of milkweed has occurred across the species range, and this reduction has likely occurred throughout Region 2. Monarchs are exclusively dependent on milkweeds for breeding and provide the sole food source for young caterpillars (USDA 2015b).

The number of butterflies east of the Continental Divide have declined by more than 90 percent and numbers west of the Continental Divide by more than 50 percent. While there could be local or regional differences in the amount of decline, it is apparent that the overall trend in R2 is downward (USDA 2015b). This species is highly mobile and dependent upon milkweed for reproductive success. Showy milkweed (*Aslepias speciosa*) is the variety found most commonly on the forest along roadsides, ditches pastures and cultivated fields, but several other varieties exist across the forest up to approximately 8,600 feet therefore some milkweed may exist in the lower elevations of the project area (8,000-10,000 feet). Monarch butterflies may be present where milkweed exist spring through summer.

*Western bumblebee* - Western bumblebees are primitively eusocial insects that live in colonies made up of one queen, female workers, and, near the end of the season, reproductive members of the colony (new queens, or gynes, and males). New colonies are initiated by solitary queens, generally in the early spring. This process includes locating a suitable nest site; collecting pollen and nectar from flowers; building a wax structure to store nectar; forming a mass of pollen to lay eggs on; and building a wax structure to enclose the eggs and pollen. Western bumblebee, like most other species of bumblebees, primarily nests underground in abandoned rodent burrows or other cavities (MacFarlane et al. 1994, Thorp et al. 2008). Thus, nesting sites may be limited by rodent abundance (Evans et al. 2008).

Once the colony has been initiated by the queen and the first brood of female workers have grown, pupated, and emerged as adults, the female workers take over all duties of foraging for pollen and nectar, colony defense, and feeding larvae. The queen's only responsibility at this point is to lay eggs. Bombus occidentalis colonies can contain as many as 1,685 workers and produce up to 360 new queens; this colony size is considered large relative to many other species of bumblebees (MacFarlane et al. 1994).

Bumblebees, including western bumblebee, are generalist foragers and have been reported visiting a wide variety of flowering plants. Western bumblebee has a short tongue, and thus is best suited to forage at open flowers with short corollas. In addition to foraging at the open face of flowers, the species is also known to engage in a behavior called 'nectar robbing' in which a hole is chewed in the base of flowers with long corollas to obtain nectar without actually facilitating plant pollination.

The western bumblebee has three basic habitat requirements: suitable nesting sites for the colonies, nectar and pollen from floral resources available throughout the duration of the colony period (spring, summer and fall), and suitable overwintering sites for the queens (Jepson et al. 2014). Nests occur primarily in underground cavities such as old squirrel or other animal nests and in open west-southwest slopes bordered by trees, although a few nests have been reported from above-ground locations such as in logs among railroad ties (Jepson et al. 2014).

Bumblebees require plants that bloom and provide adequate nectar and pollen throughout the colony's life cycle, which is from early February to late November for *B. occidentalis* (although the actual dates likely vary by elevation). Very little is known about the hibernacula, or overwintering sites (Jepson et al. 2014).

Major threats that alter landscapes and habitat required by bumblebees include agricultural and urban development, livestock grazing (due to removal of flowering food sources, alteration of vegetation communities, and likely nest disturbance), and habitat fragmentation leading to decreased genetic diversity and increased risk of decline (Xerces Society 2019).

### 4.8.2 Project Area (Analysis Area)

*Monarch butterfly* - Core breeding and overwintering habitats do not occur on the San Juan National Forest, but the species does occur on the forest (USDA 2015a). Overall, the abundance of monarch butterflies within R2 is not known. Potential habitat may occur in the area, but no detections of Monarch or milkweed plant have been documented in the project area.

*Western bumblebee* - Western bumblebees are habitat generalists and are associated with a wide variety of natural, agricultural, urban, and rural habitats, although species richness tends to peak in flower-rich meadows of forests and subalpine zones. No detections of western bumblebee are been documented in the project area, but potential habitat does exist.

#### 4.8.3 Direct and Indirect Effects – No Action Alternative

This alternative is expected to have "***No Effect***" to this species or associated habitat since all habitat conditions would remain unchanged and progress naturally.

#### 4.8.4 Direct and Indirect Effects – Alternative 2 and Alternative 3

Proposed activities have the potential to disturb or displace individuals and impact flowering plants utilized by monarch butterfly and western bumblebee. Post-treatment, the canopy will be more open which may enhance grass and forb production and benefit these species in the short-term before trees begin to regenerate. Long-term, natural meadows and openings will continue to provide suitable habitat for these species. Some bumblebee nest may be disturbed during project activities, however this impacted is expected to be negligible as most existing meadows and open areas will be avoided, thereby minimizing effects to flowering plants.

The likelihood of potential habitat for monarch butterfly and western bumblebee to be impacted by proposed activities is low. Activities are not intended to take place in suitable habitat. Potential habitat may occur along roadways, and in this case, individuals may be impacted by vehicle and truck traffic that creates dust on flowering plants and milkweed plants. Individuals could also be impacted by accidental collisions with vehicles.

#### 4.8.5 Determination of Effects and Rationale

With all proposed activities combined and resource protection measures, either action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***", since the effects are expected be short-term and the long-term impacts are intended to be beneficial by providing higher quality habitat that is well distributed in the future. The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Although Alternative 2 may leave less trees on the landscape than Alternative 3, impacts from proposed activities to these species are still expected to be similar in nature due to the intended basal area target range. Other potential impacts to the species may include disturbance or displacement during harvest activities; however, activities are not intended to take place in suitable habitat. Individuals could also be impacted by accidental collisions with vehicles.

The rationale for this determination is based on the availability of habitat in and adjacent to the project area, along with the potential occurrence of these species in the project area.

### 4.9 Fringed Myotis, Hoary Bat, Spotted Bat and Townsend's Big-eared Bat

#### 4.9.1 Background

Listed bat species will be discussed collectively, since information is similar and overlapping. Bats are important members of ecosystem function. Most bats in the United States are insectivorous and are

vitally important for insect and pest control, serve as secondary pollinator species and also provide seed dispersal. Bats are under recognized for their importance to agriculture in the United States. It is estimated that insectivorous bats save U.S. farmers roughly $23 billion each year by reducing crop damage and limiting the need for pesticides (Bat Conservation International 2020).

Habitat requirements for many bats in the United States, including those species discussed below, require three basic components for survival - roosting, foraging and drinking sites. Roost sites include dead and dying trees, especially with loose bark, tree cavities and hollows, along with crevices created by lightning strikes. It is not uncommon for bats to use the same roost site in successive years (Bat Conservation International 2020). Foraging habitat includes areas typically near water sources where insects congregate. Roads and forest edges also provide foraging habitat since insects tend to be more abundant in these areas. Drinking areas are critical to the species and bats are dependent on water sources, especially during periods of increased activity, such as rearing young and lactation (Bat Conservation International 2020). Riparian areas, ponds, bogs, meadows with high levels of moisture and relative humidity and guzzlers can provide necessary habitat.

Loss of habitat through conversion and degradation is considered a threat to this species. Loss of forested habitat, along with loss of stand structural complexity, which supports both foraging and roosting activities is also considered a threat. Fire and logging activities can remove roosting snags and reduce stand complexity. Reductions in floral diversity following fire, logging, and overgrazing can further degrade foraging habitat by reducing insect diversity (Gervais 2017).

The following species information is taken directly from Bat Conservation International (2020) and provides a brief summary of species information for those being analyzed:

*Fringed myotis* – This species typically occurs in the woodlands at moderate elevation in mountains. Night and day roosts include caves, mines, and buildings (typically abandoned). Hibernacula include caves and buildings, but not much is known about their wintering whereabouts. It also utilizes snag habitat in ponderosa pine stands or other large coniferous and woodland trees.

*Hoary bat* – This species is a solitary, tree-roosting species and can be expected to live in snag habitat of any large tree, although conifers are preferred. They often stay well-hidden in foliage throughout the day and typically roost 10-15 feet up in trees along forest borders.

*Spotted bat* – This species uses a variety of habitats, including ponderosa pine, pinyon-juniper woodland and shrub desert, along with cliff, rocky outcrop and cave habitat. It also utilizes snag habitat in ponderosa pine stands or other large coniferous and woodland trees.

*Townsend's big-eared bat* – This species primarily utilizes mines, caves, buildings and other structures for day and night roots; however, it also utilizes snag habitat in ponderosa pine stands or other large coniferous and woodland trees.

### 4.9.2 Project Area (Analysis Area)

Habitat occurs within the project area for all bat species selected for analysis. Proposed activities are also located in suitable habitat. No known records exist for these bat species in the project area.

#### 4.9.3 Direct and Indirect Effects – No Action Alternative

The no action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***" since continued tree mortality across the project area would negatively affect roosting site selection of the species and the potential availability of overstory trees would be reduced. Snags may be abundant, but the mature overstory component required for thermal cover and foraging would be reduced, thus degrading habitat capability over the long-term. It is not anticipated that bark beetle activity will slow or stop naturally and associated fire risk could further impact habitat availability and suitability, both in the short-term and long-term.

#### 4.9.4 Direct and Indirect Effects – Alternative 2 and Alternative 3

Direct and indirect effects of both action alternatives include a reduction in the habitat availability by reducing the number of trees per acre across the project area. Single Tree Selection and Commercial Thinning prescriptions are intended to improve and maintain age classes and habitat diversity of ponderosa stands. Targeting areas where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions is also intended. Prescriptions were further developed to address forest health issues in existing ponderosa and Gambel oak habitats, along with aspen stands that occur in the area. The project area, in particular, is at a high risk for developing increased level of insect, disease and fire risk.

Short-term impacts to the species would reduce the number of overstory trees and may negatively impact roost site selection. Design features are intended to retain suitable levels of snags as designate by plan requirements for ponderosa forest types. Plan requirements for ponderosa stands include leaving a minimum of 1 snag per acre of at least 12 inches DBH and 25 feet tall. If trees in this size class are not available, then leave 2-3 snags per acre of at least 9 inches DBH and 15 feet tall. If insufficient numbers of snags exist before the treatment, then additional snag recruits would be reserved. Snag recruits should have the following characteristics: evidence of cavities, decay, broken/dead tops or lightning strikes.

Foraging habitat may improve in areas where treatments reduce density of pine and oak, and subsequently improve the productivity and cover of understory herbaceous species, which would improve habitat for insects. In the long-term, post-treatment stand structure is expected to provide better foraging habitat than currently exists by providing increased interior edge and more open stands. Proposed activities would also promote the recovery of forest vegetation and create more resilient pine stands across the landscape, resulting in long-term habitat quality. Although bark beetle outbreaks provide opportunistic foraging, the long-term impacts of bark beetles would result in an overall loss of habitat as stand conditions continue to deteriorate.

The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Alternative 2 leaves less trees on the landscape than Alternative 3 due to the tree diameter restriction. However, basal area target ranges are the same for both alternatives, thus, the goal is to still provide healthy and resilient stand conditions. As a result, impacts from proposed activities to this species would be similar in nature for both alternatives.

Other actions proposed in the project are installing guzzlers for big game. The District experiences limitations in natural water sources for wildlife, and as a result, guzzlers have been placed throughout the District in strategic areas to supplement wildlife travel corridors and to access areas where water currently exists. The District wildlife program uses catchment type guzzlers, by which rainwater and snowmelt is funneled into a holding tank (usually via an "apron") and delivered through an open drinking pan. Fencing is often built around the guzzlers to protect the structure from overuse.

This project in particular is located in an area where there is not enough water to support wildlife, including big game, upland bird species and bats. The area is mostly situated on flat plateaus, rugged rocky draws or where well-distributed perennial water sources are lacking.

As a result, proposed activities include installing guzzlers in the Salter Treatment Block to provide connectivity to other perennial waters sources. These activities are considered to be beneficial to bat species in the area and will provide a water source for where it is currently lacking.

#### 4.9.5 Determination of Effects and Rationale

With all proposed activities combined and resource protection measures, either action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***", since the effects are expected be short-term and the long-term impacts are intended to be beneficial by providing higher quality habitat that is well distributed in the future. The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Although Alternative 2 may leave less trees on the landscape than Alternative 3, impacts from proposed activities to these species are still expected to be similar in nature due to the intended basal area target range. In addition, design features are intended to retain adequate snag levels in the project area, post treatment. Other potential impacts to these species may include disturbance or displacement during harvest activities.

The rationale for this determination is based on the availability of habitat in and adjacent to the project area, along with the potential occurrence of the species in the project area.

# 5 EFFECTS ANALYSIS – SPECIES OF SPECIAL INTEREST AND MIGRATORY BIRDS

## 5.1 Abert's Squirrel

#### 5.1.1 Background

Abert's squirrel are a ponderosa pine obligate species that span across the San Juan National Forest. These squirrels rely on ponderosa pine forest for nesting, forage, reproduction, and cover. They require interconnected structure in mature conifer forest that produce abundant forage and reproductive habitat. It is normal for the abundance of Abert's squirrels to vary greatly and frequently due to weather conditions and food supplies (Keith 2003).

Abert's squirrel are identified in the Forest Plan as a Management Indicator Species. The primary threat or limiting factor to Abert's squirrel populations in Colorado at the present time appears to be the condition of their habitat. By 1900, original forests had been severely degraded by logging, grazing, and

wildfires. Replacement forests provided fewer valuable habitats for squirrels, and forest management (practices of the past) stressed timber production rather than creation of habitat for wildlife. Current forest conditions are not sustainable. Forest management is now focused on thinning and fuels reduction to protect watersheds and human dwellings. Habitat requirements of squirrels could be accommodated but are seldom considered. The future condition of squirrel habitat in Colorado will depend on management decisions, and it easily could decrease in value. Global climate change is increasingly becoming a threat to the squirrels and to their habitat. Recent droughts have restricted reproductive success, heavy and persistent winter snowfalls have caused increased mortality (Keith 2003), and recent late-frost events have reduced nut production.

### 5.1.2 Project Area (Analysis Area)

Habitat across much of the project area is considered suitable for Abert’s squirrel in the short-term. A large-scale annual monitoring effort for Abert’s squirrel has taken place on the Forest over the past 12 years. This monitoring plan provides a consistent and rigorous framework for the purpose of evaluating population trends of Abert’s squirrel. These monitoring efforts show that ponderosa pine habitat on the Forest is currently in a condition that can support Abert’s squirrels and populations across the forest appear to be stable at this time.

Abert’s squirrels are dependent on ponderosa pine forests for nesting, foraging, and cover. Suitable squirrel habitat with adequate habitat effectiveness contains open, uneven-aged stands, with clusters of even-aged groups of trees connected by canopy corridors to provide secure travel routes. Such forest structure provides the food required by squirrels, as well as the canopy cover necessary for fungi production, nesting, and escape.

Currently, the even-aged stands which dominate the project area provide adequate habitat over the short-term but are not sustainable over the long-term. Continuing mortality of pine across the analysis area will cause reductions in stand densities and interlocking canopy structure that will result in a reduction of nesting and foraging habitat for Abert’s squirrel. This would reduce habitat effectiveness for this species over the long-term.

### 5.1.3 Direct and Indirect Effects – No Action Alternative

The no action alternative “***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***” since continued tree mortality across the project area would negatively affect site selection of the species and the potential availability of trees would be reduced. It is not anticipated that bark beetle activity will slow or stop naturally and associated fire risk could further impact habitat availability and suitability, both in the short-term and long-term.

### 5.1.4 Direct and Indirect Effects – Alternative 2 and Alternative 3

Direct and indirect effects of both action alternatives include a reduction in the habitat availability by reducing the number of trees per acre across the project area. Single Tree Selection and Commercial Thinning prescriptions are intended to improve and maintain age classes and habitat diversity of ponderosa stands. Targeting areas where vegetation management could most effectively move age



FS-007287

classes, size classes, density and species closer to desired conditions is also intended. Prescriptions were further developed to address forest health issues in existing ponderosa and Gambel oak habitats, along with aspen stands that occur in the area. The project area, in particular, is at a high risk for developing increased level of insect, disease and fire risk.

Short-term impacts to the species would reduce the number of trees and may negatively impact site selection. Foraging habitat may improve in areas where treatments retain healthy clusters of pine and conifer. In the long-term, post-treatment stand structure is expected to promote the recovery of forest vegetation and create more resilient pine stands across the landscape, resulting in long-term habitat quality. Without proposed treatments, continued bark beetle outbreaks may occur and decrease nesting and foraging site selection. The long-term impacts of bark beetles would result in an overall loss of habitat as stand conditions continue to deteriorate.

The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Alternative 2 leaves less trees on the landscape than Alternative 3 due to the tree diameter restriction. However, basal area target ranges are the same for both alternatives, thus, the goal is to still provide healthy and resilient stand conditions. As a result, impacts from proposed activities to this species would be similar in nature for both alternatives.

#### 5.1.5 Determination of Effects and Rationale

With all proposed activities combined and resource protection measures, either action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***", since the effects are expected be short-term and the long-term impacts are intended to be beneficial by providing higher quality habitat that is well distributed in the future. The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Although Alternative 2 may leave less trees on the landscape than Alternative 3, impacts from proposed activities to this species are still expected to be similar in nature due to the intended basal area target range. Other potential impacts to the species may include disturbance or displacement during harvest activities.

The rationale for this determination is based on the availability of habitat in and adjacent to the project area, along with the potential occurrence of the species in the project area.

### 5.2 Big Game (Mule Deer and Rocky Mountain Elk)

#### 5.2.1 Background

Elk are distributed broadly across the landscape and occur throughout the project area. They are identified in the Forest Plan as an early successional management indicator species and quantitative Forest level population data exists, which is collected annually. Elk have three broad habitat requirements - feeding, cover and rearing. Because mule deer and elk utilize cover and forage similarly, elk were selected to represent big game since winter range habitat, critical (known as severe by Colorado Parks and Wildlife) winter range habitat and production area habitat occurs in the project area. No critical winter habitat for mule deer occurs in the project area and mule deer will not be discussed further in this analysis. Topography, elevation, weather, livestock grazing, travel management,

soil types and plant communities are the main factors influencing habitat condition and capability. Winter range is the most important habitat for elk, but summer range and production areas also can be important when dry conditions cause a decrease in forage. Elk populations have grown in the past two to three decades, and currently exceed the Colorado Parks and Wildlife objectives. Although habitat quality is important, populations are largely influenced by human population growth and land development (USDA 2014).

Colorado Parks and Wildlife manage for a variety of game species, including elk. Herd Management Plans (HMPs) are intended to integrate the plans and intentions of Colorado Parks and Wildlife with the concerns and ideas of land management agencies and interested public to determine how a big game herd in a DAU should be managed. Big game populations are managed to achieve population and sex ratio objectives established for Data Analysis Units. A Data Analysis Unit (DAU) is the geographic area that represents the year-around range of a big game herd and includes all of the seasonal ranges of a specific herd. Each DAU usually is composed of several Game Management Units (GMUs), but in some cases only one GMU makes up a DAU (Colorado Parks and Wildlife 2020).

Data Analysis Unit (DAU) E-24, the Disappointment Creek Elk Management Area, consists of Game Management Units (GMUs) 70, 71, 711, 72, and 73. It has an area of 5055 square miles (3,235,200 acres) and encompasses portions of Dolores, Montezuma, Montrose, and San Miguel Counties (CPW DAU E-24 Exec Summary 2006). The elk population reached a high in the early 2000's and exceeded population management objectives. At that time cow harvest was increased through list "B" and "C" antlerless licenses, either-sex licenses, and late seasons to decrease the population. Since then the population has decreased and those tools to increase cow harvest have been removed (with the exception of either-sex licenses in GMU 70).

Elk generally occupy the entire EAU but occur at highest densities in the central montane portions comprised of pinyon-juniper, mountain shrub, ponderosa pine, aspen, spruce and fir.

### 5.2.2 Project Area (Analysis Area)

Elk utilize the project area for cover and foraging habitat. This habitat consists mainly of transitional and summer range. Cover is provided in the denser stands of trees, especially those with a dense Gambel oak understory. Foraging habitat includes grasses and forbs, along with browsing opportunities in dispersed aspen stands. Security areas (areas that contain both cover and forage that are greater than 250 acres) also exist within the project area. The entire project area is considered CPW summer range. Portions of the project area fall in CPW mapped elk production habitat. Production areas are defined as that part of the overall range of elk occupied by the females from May 15 to June 30 for calving. There is critical (severe) winter range habitat mapped for elk within the project area as well. Winter and critical (severe) winter range habitat occurs on the southern side of the project area. The largest elk habitat within the planning area is general winter range habitat. Critical (severe) winter range habitat and production area habitat make up a very small portion of the project area. See Tables 8 and 9 for more information and Appendix A for maps.

**Table 8. Elk Production Area amounts in Treatment Blocks and Proposed Units.**

| Block Name | Elk Production Area Acres in Treatment Block | Elk Production Area Acres in Proposed Units |
|---|---|---|
| Boggy Draw | 0 Acres | 0 Acres |
| Carlyle | 0 Acres | 0 Acres |
| House Creek | 0 Acres | 0 Acres |
| Plateau | 0 Acres | 0 Acres |
| Salter | 0 Acres | 0 Acres |
| Turkey Knoll | 3942 Acres | 1541 Acres |
| **Total** | **3942 Acres** | **1541 Acres** |

**Table 9. Critical (Severe) Elk Winter Range and Winter Range Area amounts in Treatment Blocks and Proposed Units.**

| Block Name | Critical (Severe) Elk Winter Range Acres in Treatment Block | Critical (Severe) Elk Winter Range Acres in Proposed Units | Elk Winter Range Acres in Treatment Block | Elk Winter Range Acres in Proposed Units |
|---|---|---|---|---|
| Boggy Draw | 1052 Acres | 832 Acres | 5568 Acres | 7280 Acres |
| Carlyle | 0 Acres | 0 Acres | 218 Acres | 456 Acres |
| House Creek | 0 Acres | 0 Acres | 1852 Acres | 3754 Acres |
| Plateau | 0 Acres | 0 Acres | 452 Acres | 676 Acres |
| Salter | 0 Acres | 0 Acres | 1734 Acres | 3664 Acres |
| Turkey Knoll | 0 Acres | 0 Acres | 372 Acres | 840 Acres |
| **Total** | **1052 Acres** | **832 Acres** | **16,670 Acres** | **10,196 Acres** |

### 5.2.3 Direct and Indirect Effects – No Action Alternative

This alternative is expected to have "***No Effect***" to elk and associated habitat since all conditions would remain unchanged and progress naturally. However, changes progressing natural could have future impacts on wildlife habitat due to going beetle activity. In addition, there is a higher risk of stand-replacing wildfires occurring under the no action alternative, which could have impacts on wildlife habitat in the analysis area. These impacts are discussed in more detail below.

Under the No Action alternative elk foraging habitat would potentially increase in the short-term if beetle damage reduces overstory and allows the understory grasses and forbs to develop. If understory Gambel oak begins to dominate, the amount of cover habitat will increase, but the production of grasses and forbs may decline, reducing forage available for elk over the long-term. Both production area habitat and security areas would remain functional in the long-term under this alternative since both cover and forage will be maintained over the long-term.

### 5.2.4 Direct and Indirect Effects – Alternative 2 and Alternative 3

Direct and indirect effects of both action alternatives include a reduction in the habitat availability by reducing the number of trees per acre across the project area. Single Tree Selection and Commercial Thinning prescriptions are intended to improve and maintain age classes and habitat diversity of ponderosa stands. Targeting areas where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions is also intended. Prescriptions were further developed to address forest health issues in existing ponderosa and Gambel oak habitats, along with aspen stands that occur in the area. The project area, in particular, is at a high risk for developing increased level of insect, disease and fire risk.

Foraging habitat may improve in areas where treatments reduce density of pine and oak, and subsequently improve the productivity and cover of understory herbaceous species. In the long-term, post-treatment stand structure is expected to provide better foraging habitat than currently exists by providing increased interior edge, more open stands and an increase in herbaceous shrub species. Proposed activities would also promote the recovery of forest vegetation and create more resilient pine stands across the landscape, resulting in long-term habitat quality. The long-term impacts of bark beetles would result in an overall loss of habitat as stand conditions continue to deteriorate.

Proposed activities such as timber harvest and pile burning may cause the temporary displacement of elk. To reduce these impacts, design features will be implemented to restrict access in CPW mapped production areas from May 15th – June 30th , (LRMP Guideline 2.3.59) and in CPW mapped critical (severe) elk winter range from December 1st to April 30th (LRMP Guideline 2.3.60). There is also a design element requiring consultation with the wildlife biologist prior to late summer or fall operations so that elk are not pushed onto private land areas or pushed out of transition areas and onto winter range ahead of schedule.

In addition, there is good connectivity between security areas, which will help maintain habitat effectiveness for elk. The habitat security areas help offset the impacts of harvest activities in the treatment units. Although some seasonal displacement of individual elk would occur as a result of harvest activities, this impact will be short-term and localized, and is not anticipated to create a loss of viability of the elk population.

The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Alternative 2 leaves less trees on the landscape than Alternative 3 due to the tree diameter restriction. However, basal area target ranges are the same for both alternatives, thus, the goal is to still provide healthy and resilient stand conditions. As a result, impacts from proposed activities to this species would be similar in nature for both alternatives.

Wildlife guzzlers would be installed within the project area under this proposal. The goal is to provide additional water sources for wildlife during dry months and in years when drought conditions are present, as well as to encourage large game to remain upland on Forest Service land ownership to decrease the potential for damage to private property. The Salter Project is mostly situated on flat plateaus, rugged rocky draws or where well-distributed perennial water sources are

lacking. The area serves as an important migration route for mule deer and elk; and also supports habitat for other wildlife species, including upland gamebirds and migratory birds.

As a means to supplement natural water sources that do occur in the area, the district would install four guzzlers in strategic locations in the Salter and Plateau treatment blocks to provide connectivity to other perennial waters sources. Site locations were chosen by surveying the project area for accessibility and installation suitability. The surrounding landscape, existing water sources and wildlife movement patterns were also considered. Guzzlers would be catchment-type guzzlers, by which rainwater and snowmelt is funneled into a holding tank (usually via an "apron") and delivered through an open drinking pan. Fencing would be built around the guzzlers to protect the structure from unintended use or damage. The footprint size of a guzzler is approximately 12 by 12 feet, with protective fencing measuring approximately 20-25 feet around the site. Site preparation involves clearing the space with hand tools and setting a portion of the guzzler approximately 4-12 inches in the ground. Site preparation is dependent on soil conditions and rocky terrain. All materials are brought in with a UTV or ATV and temporary road construction is not necessary to install a guzzler.

### 5.2.5 Determination of Effects and Rationale

With all proposed activities combined and resource protection measures, either action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***", since the effects are expected be short-term and the long-term impacts are intended to be beneficial by providing higher quality habitat that is well distributed in the future. The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Although the proposed action may have a higher reduction in trees left on the landscape than Alternative 3, impacts from proposed activities to this species are still expected to be similar in nature due to the intended basal area target range. In addition, design features are intended to reduce disturbance to the species.

Elk foraging habitat is expected to increase over the short-term in the areas where treatments reducing the density of overstory trees. Over time, as understory Gambel oak begins to increase, the amount of cover will increase, but the production of grasses and forbs may decline. This would reduce the amount of forage available for elk over the long-term. In areas where Gambel oak is burned, short-term forage production will again increase. Over the long-term, recovery of forest vegetation associated with proposed activities will benefit habitat effectiveness for elk through the long-term availability of both foraging and cover habitat.

The rationale for this determination is based on the availability of habitat in and adjacent to the project area, along with the potential occurrence of the species in the project area.

## 5.3 Hairy Woodpecker

### 5.3.1 Background

Hairy woodpeckers are associated with coniferous, pine and burned forests with a high density of standing dead trees (snags). They also breed in woodlands near streams, oak woodlands, orchards and pinyon-juniper woodlands. Habitat on the Forest is found in coniferous stands, ponderosa pine and

Gambel oak woodlands, forested riparian areas with large over story cottonwood trees and ponderosa pine stands adjacent to large open parks and meadows (Jackson et al. 2002, USDA, Forest Service 2013b). This species is a year-round resident and is generally found up to about 6,500 feet elevation. Occurrence at higher elevations tends to be seasonal and attributed to opportunistic foraging or nesting opportunities (large-scale fire events or bark beetle outbreaks).

Hairy woodpecker feed almost exclusively on insects, particularly, larvae of wood-boring beetles and bark beetles, ants and moth pupae (Jackson et al. 2002). To a lesser extent, bees, wasps, caterpillars, spiders and millipedes supplement their diet (Jackson et al 2002). Bark beetles are known to cause extensive infestations in live trees populations and can sometimes reach into the billions. Upon these events, hairy woodpeckers and other woodpecker species often appear in large numbers to opportunistically feed on beetle larvae (Jackson et al. 2002).

This species typically excavates its own nest in snags or the dead stub of a living tree, especially trees with heart-rot (Jackson et al. 2002). To deter other species from taking over the nesting cavity, hairy woodpeckers will often excavate the cavity in a branch or stub that is not perfectly vertical, and often requires entering on the underside (Jackson et al. 2002).

### 5.3.2 Project Area (Analysis Area)

Habitat across much of the project area is considered marginal since it occurs at higher elevations, from 7,800 ft. to 8,800 ft. In addition, habitat quality has declined in many areas due to dense and degrading forest health conditions, despite an increase in snag densities. Ponderosa pine snag density increases over the last 20 years are due disease and beetle kill; and as a result, do not provide long-term high-quality habitat. No known records exist in the project area, but eBird sightings of the species have occurred in areas adjacent. Individuals have been sighted in adjacent lower elevation stands located in previously burned stands of ponderosa pine (eBird 2020).

### 5.3.3 Direct and Indirect Effects – No Action Alternative

The no action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***" since continued tree mortality across the project area would negatively affect breeding site selection of the species and the potential availability of overstory trees would be reduced. Snags may be abundant, but the mature overstory component required for thermal cover and foraging would be reduced, thus degrading habitat capability over the long-term. It is not anticipated that bark beetle activity will slow or stop naturally and associated fire risk could further impact habitat availability and suitability, both in the short-term and long-term.

### 5.3.4 Direct and Indirect Effects – Alternative 2 and Alternative 3

Direct and indirect effects of both action alternatives include a reduction in the habitat availability by reducing the number of trees per acre across the project area. Single Tree Selection and Commercial Thinning prescriptions are intended to improve and maintain age classes and habitat diversity of ponderosa stands. Targeting areas where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions is also intended. Prescriptions were further developed to address forest health issues in existing ponderosa and Gambel oak habitats, along

with aspen stands that occur in the area. The project area, in particular, is at a high risk for developing increased level of insect, disease and fire risk.

Short-term impacts to the species would reduce the number of overstory trees and may negatively impact breeding site selection. Design features are intended to retain suitable levels of snags as designate by plan requirements for ponderosa forest types. Plan requirements for ponderosa stands include leaving a minimum of 1 snag per acre of at least 12 inches DBH and 25 feet tall. If trees in this size class are not available, then leave 2-3 snags per acre of at least 9 inches DBH and 15 feet tall. If insufficient numbers of snags exist before the treatment, then additional snag recruits would be reserved. Snag recruits should have the following characteristics: evidence of cavities, decay, broken/dead tops or lightning strikes.

Foraging habitat may improve in areas where treatments reduce density of pine and oak, and subsequently improve the productivity and cover of understory herbaceous species. In the long-term, post-treatment stand structure is expected to provide better foraging habitat than currently exists by providing increased interior edge and more open stands. Proposed activities would also promote the recovery of forest vegetation and create more resilient pine stands across the landscape, resulting in long-term habitat quality. Although bark beetle outbreaks provide opportunistic foraging, the long-term impacts of bark beetles would result in an overall loss of habitat as stand conditions continue to deteriorate.

The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Alternative 2 leaves less trees on the landscape than Alternative 3 due to the tree diameter restriction. However, basal area target ranges are the same for both alternatives, thus, the goal is to still provide healthy and resilient stand conditions. As a result, impacts from proposed activities to this species would be similar in nature for both alternatives.

### 5.3.5 Determination of Effects and Rationale

With all proposed activities combined and resource protection measures, either action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***", since the effects are expected be short-term and the long-term impacts are intended to be beneficial by providing higher quality habitat that is well distributed in the future. The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Although Alternative 2 may leave less trees on the landscape than Alternative 3, impacts from proposed activities to this species are still expected to be similar in nature due to the intended basal area target range. In addition, design features are intended to retain adequate snag levels in the project area, post treatment. Other potential impacts to the species may include disturbance or displacement during harvest activities.

The rationale for this determination is based on the availability of habitat in and adjacent to the project area, along with the potential occurrence of the species in the project area.

## 5.4 Migratory Birds

### 5.4.1 Background

Migratory birds of conservation concern are those avian species of the United States identified by the U.S. Fish and Wildlife Service for the San Juan National Forest, which due to population declines, naturally small ranges, population sizes, threats to habitat, or other factors, should receive closer monitoring and more proactive conservation than other more abundant species. See Appendix B for full U.S. Fish and Wildlife Service migratory bird species list for the San Juan National Forest.

Species selected for analysis are Grace's warbler, olive-sided flycatcher and Virginia's warbler. Effects described for these species can be used as a proxy to describe effects on migratory birds that use ponderosa and other pine forest habitats for foraging and nesting. See olive-sided flycatcher analysis in Sensitive Species section for more information.

*Grace's warbler* - This species prefers mature pine and pine-oak forests in mountainous regions with grassy openings, and brush understories (Stacier et al. 2002). The preferred diet of Grace's warbler consists of insects (beetles, flies, dragonflies, caterpillars) and spiders, which they typically catch while foraging in the upper third of mature pine trees, often well away from the trunk (Stacier et al 2002). This species tends to nest inside a pine needle cluster near the outer edge of the tree, often more than 30 feet above the ground (Stacier et al 2002).

*Virginia's warbler* - This species prefers habitat in open pinyon-juniper and oak woodlands often on steep slopes with shrubby ravines (Olson et al. 1999). During migration, this species sometimes gravitates towards pine forests and scrubby or wooded areas adjacent to creeks (Olson et al. 1999). Nesting generally occurs on the ground in leaf and grass litter and foraging occurs in lower levels of pinyon-juniper forests. The preferred diet of Virginia's warbler consists of insects and individuals will often wag their tails up and down as they hop from twig to twig looking for prey (Olson et al 1999).

### 5.4.2 Project Area (Analysis Area)

Habitat for Grace's warbler occurs throughout the project area. Known eBird records exist throughout the project area and in proposed units. Sightings of the species have also occurred in other areas on the Forest (eBird 2020).

Primary habitat for Virginia's warbler occurs along the rim of the Dolores River canyon and is outside of the project area. Secondary habitat would be ponderosa stands used during migration and occurs throughout the project area. Since Virginia's warbler prefer dense shrublands and scrub forests, habitat use in the project area is expected to be low. Known eBird records exist throughout the project area but not in proposed units (eBird 2020). Sightings of the species have also occurred in other areas on the Forest.

### 5.4.3 Direct and Indirect Effects – No Action Alternative

The no action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***" since continued tree mortality across the project area would negatively affect site selection of the species and the

potential availability of habitat would be reduced. It is not anticipated that bark beetle activity will slow or stop naturally and associated fire risk could further impact habitat availability and suitability, both in the short-term and long-term.

### 5.4.4 Direct and Indirect Effects – Alternative 2 and Alternative 3

Direct and indirect effects of both action alternatives include a reduction in the habitat availability by reducing the number of trees per acre across the project area. Single Tree Selection and Commercial Thinning prescriptions are intended to improve and maintain age classes and habitat diversity of ponderosa stands. Targeting areas where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions is also intended. Prescriptions were further developed to address forest health issues in existing ponderosa and Gambel oak habitats, along with aspen stands that occur in the area. The project area, in particular, is at a high risk for developing increased level of insect, disease and fire risk.

Short-term impacts to Grace's warbler and Virginia's warbler would reduce the number of trees and may negatively impact habitat use. Foraging habitat may improve in areas where treatments reduce density of pine and oak, and subsequently improve the productivity and cover of understory herbaceous species for native insect species. In the long-term, post-treatment stand structure is expected to provide better foraging habitat than currently exists by providing increased interior edge and more open stands. Proposed activities would also promote the recovery of forest vegetation and create more resilient pine stands across the landscape, resulting in long-term habitat quality. The long-term impacts of bark beetles would result in an overall loss of habitat as stand conditions continue to deteriorate. Since the project does not include activities in pinyon-juniper, impacts to Virginia's warbler are expected to be minimal.

The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Alternative 2 leaves less trees on the landscape than Alternative 3 due to the tree diameter restriction. However, basal area target ranges are the same for both alternatives, thus, the goal is to still provide healthy and resilient stand conditions. As a result, impacts from proposed activities to this species would be similar in nature for both alternatives.

### 5.4.5 Determination of Effects and Rationale

With all proposed activities combined and resource protection measures, either action alternative "***may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species***", since the effects are expected be short-term and the long-term impacts are intended to be beneficial by providing higher quality habitat that is well distributed in the future. The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Although Alternative 2 may leave less trees on the landscape than Alternative 3, impacts from proposed activities to these species are still expected to be similar in nature due to the intended basal area target range. Impacts are anticipated to be much less for Virginia's warbler, since ponderosa forest habitat is used less often than pinyon-juniper preferred habitat. Other potential impacts to the species may include disturbance or displacement during harvest activities.

The rationale for this determination is based on the availability of habitat in and adjacent to the project area, along with the potential occurrence of these species in the project area.

# 6 CUMULATIVE EFFECTS

The cumulative effects associated with this project include those past, present, and reasonably foreseeable activities that have or will occur within the project area. There is a history of timber harvests on the Forest and most recent harvests have occurred more than 30 years ago; however, the Lone Pine Vegetation Project is planned in the vicinity and is located adjacent to the Salter Vegetation Management Project. Currently, there are no additional proposed timber harvests planned within the LAUs for at least the next 10 years.

Recreation opportunities within the area are expected to increase some, but they are not expected to become significant enough to reduce the functionality of any species' habitat.

Habitat is perhaps the most important limiting and controlling factor for the above listed species populations, particularly loss of habitat components as it effects foraging, resting, roosting, breeding, and dispersal. Other limiting factors include habitat fragmentation and geographic isolation, prey availability, low population density, low reproductive potential, predation, weather, parasites and disease.

# 7 LITERATURE CITED

Altman, B and R Sallabanks. 2012. Olive-sided Flycatcher (Contopus cooperi), version 2.0. In The Birds of North America (P. G. Rodewald, editor). Cornell Lab of Ornithology, Ithaca, New York, USA.

Bat Conservation International. 2020. https://www.batcon.org

Boal, C. W., and R. W. Mannan. 1994. Northern goshawk diets in ponderosa pine forests on the Kaibab Plateau. Studies in Avian Biology 16:97–102.

Buskirk, S.W. and L.F. Ruggiero. 1994. Martin. Pages 7-37 in L.F. Ruggiero, K.B. Aubry, S.W. Buskirk, L. Jack Lyon, and W.J. Zielinski, eds. The scientific basis for conserving forest carnivores. Gen. Tech. Rep. RM-254. Ft. Collins, CO: USDA, Forest Service, Rocky Mountain Forest and Range Experiment Station. 184 p.

Calder, J.W., et al. 2011. Conifer Expansion Reduces the Competitive Ability and Herbivore Defense of Aspen by Modifying Light Environment and Soil Chemistry. Tree Phys. 31. pp. 582-591.

Colorado Bird Atlas Partnership. 2016. The Second Colorado Breeding Bird Atlas online database. Colorado Bird Atlas Partnership, Denver, CO. Available at: http://www.cobreedingbirdatlasii.org

Colorado Parks and Wildlife. 2020. Big Game Herd Management Plans. Available at: https://cpw.state.co.us/thingstodo/Pages/HerdManagementPlans.aspx

DeByle, N. V. 1985. Management for esthetics and recreation, forage, water, and wildlife. Aspen: ecology and management in the Western United States. Gen. Tech. Rep. RM-119. Fort Collins, CO: US Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, 223, 232.San Juan National Forest (2013). San Juan National Forest Land and Resource Management Plan. Available at https://www.fs.fed.us/rm/pubs_rm/rm_gtr119/rm_gtr119_223_232.pdf

Doyle, F. I., and J. M. N. Smith. 1994. Population responses of northern goshawks to the 10-year cycle in numbers of snowshoe hares. Studies in Avian Biology 16:122–129.

eBird. 2020. eBird: An online database of bird distribution and abundance [web application]. Cornell University, Ithaca, New York. Available: http://eBird.org (Accessed: Date January 2021).

Evans, E., R. W. Thorp, S. Jepsen, and S. H. Black. 2008. Status review of three formerly common species of bumble bee in the Subgenus Bombus. Available at http://www.xerces.org/wp-content/uploads/2009/03/xerces_2008_bombus_status_review.pdf

Fischer, D. L. 1986. Daily activity patterns and habitat use of coexisting accipiter hawks in Utah. Dissertation, Brigham Young University, Provo, Utah, USA.

Fitzgerald, J.P., C.A. Meaney and D.M. Armstrong. 1994. Mammals of Colorado. University Press of Colorado, Boulder, USA.

Gervais, J., Oregon Wildlife Institute. 2017. Conservation Assessment for the Fringed Myotis (*Myotis thysanodes*) in Oregon and Washington. Prepared for the Interagency Special Status and Sensitive Species Program USDA Forest Service Region 6, Oregon and Washington, USDI Bureau of Land Management, Oregon and Washington.

Graham, R. T., R. L. Rodriquez, K. L. Paulin, R. L. Rodney, A. P. Heap, and R. Williams. 1999. The northern goshawk in Utah: habitat assessment and management recommendations. U.S. Forest Service General Technical Report RMRS-22, Rocky Mountain Research Station, Ogden, Utah, USA.

Hammerson, G. A. 1999. Amphibians and Reptiles in Colorado. 2nd ed. University Press of Colorado and Colorado Division of Wildlife, Denver.

Hayward, G. H., P. H Hayward, E. 0. Garton, and R. Escano. 1987. Revised breeding distribution of the Boreal Owl in the northern Rocky Mountains. Condor 89:431-432.

Jackson, Jerome A., Henri R. Ouellet and Bette J. Jackson. 2002. Hairy Woodpecker (*Picoides villosus*), version 2.0. In The Birds of North America (P. G. Rodewald, editor). Cornell Lab of Ornithology, Ithaca, New York, USA.

Jepson, S., S.F. Jordan, and R. Huff. . 2014. Species fact sheet: Western bumblebee (*Bombus occidentalis)*. 6 pp.

Johnsgard, P. A. 1988. North American owls: biology and natural history. Smithsonian Institution Press, Washington, DC, USA.

Keinath, D., and M. McGee. 2005. Boreal Toad (Bufo boreas boreas): A Technical Assessment. USDA Forest Service, Rocky Mountain Region, Denver, CO http://www.fs.fed.us/r2/projects/ scp/assessments/borealtoad.pdf [accessed 30 December 2005].

Keith, J.O. 2003. Abert's Squirrel (Sciurus aberti): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprdb5181932.pdf

Kennedy, P.L.1989. The nesting ecology of Cooper's hawks and northern goshawks nesting in the Jemez Mountains, New Mexico: a summary of results, 1984-1988. United States Department of Agriculture, Forest Service, Final Report No. 43-8379-8-346, Santa Fe National Forest, Region 3, Santa Fe, New Mexico. 21 pages.

Linkhart, Brian D. and D. Archibald McCallum. (2013). Flammulated Owl (Psiloscops flammeolus), version 2.0. In The Birds of North America (P. G. Rodewald, editor). Cornell Lab of Ornithology, Ithaca, New York, USA.

Macfarlane R. P., K. D. Patten, L. A. Royce, B. K. W. Wyatt, and D. F. Mayer. 1994. Management potential of sixteen North American bumble bee species. Melanderia 50:1-12.

Martin, S.K. 1987. The ecology of the pine marten (Martes americana) at Sagehen Creek, California. Ph.D. thesis, University of California, Berkeley, CA. 223 p.

Martin, S.K. 1994. Feeding ecology of American martens and fishers. Pages 297-315 in Buskirk, S. W., AS. Harestad, M.G. Raphael, and R.A. Powell, eds. Martens, sables, and fishers: biology and conservation. Cornell University Press, Ithaca, N.Y. 484 p.

Merrell, D.J., and C.F. Rodell. 1968. Seasonal selection in the Leopard Frog, Rana pipiens. Evolution 22:284–288.

Negrón, J., Allen, K., Cook, B., Withrow, J. 2008. Susceptibility of ponderosa pine, Pinus ponderosa (Dougl. Ex Laws.), to mountain pine beetle, Dendroctonus ponderosae Hopkins, attack in uneven–aged stands in the Black Hills of South Dakota and Wyoming, USA. Forest Ecology and Management 254: 327–334.

Olson, Christopher R. and Thomas E. Martin. (1999). Virginia's Warbler (Oreothlypis virginiae), version 2.0. In The Birds of North America (P. G. Rodewald, editor). Cornell Lab of Ornithology, Ithaca, New York, USA.

Rees, D.E., J.A. Ptacek, R.J. Carr, and W.J. Miller. (2005, April 6). Flannelmouth Sucker (*Catostomus latipinnis*): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/flannelmouthsucker.pdf [Accessed January 2021].

Reynolds, R. T., R. T. Graham, M. H. Reiser, R. L. Bassett, P. L. Kennedy, D. A. Boyce, G. Goodwin, R. Smith, and E. L. Fisher. 1992. Management Recommendations for the Northern Goshawk in the Southwestern United States. U.S. Forest Service General Technical Report RM-217.

Ruggiero, L.F., K.B. Aubry, S.W. Buskirk, L.J. Lyon, W.J. Zielinski. 1994. The scientific basis for conserving forest carnivores: American marten, fisher, lynx, and wolverine in the Western United States. USDA Forest Service General Technical Report RM-254.

Squires, J. R., and R. T. Reynolds. 1997. Northern goshawk (Accipiter gentilis). Account 298 in A. Poole and F. Gill, editors. The birds of North America. The Academy of Natural Sciences, Philadelphia, Pennsylvania, and The American Ornithologists' Union, Washington, D.C., USA.

Strickland, M.A., C. W. Douglas, M. Novak, and N.P. Hunziger. 1982. Marten. Pages 599-612 in Chapman, J.A. and G.A. Feldhamer, eds. Wild mammals of North America: biology, management, economics. Johns Hopkins University Press, Baltimore, MD.

Shuster, W. C. 1980. Northern goshawk nest site requirements in the Colorado Rockies. Western Birds 11:89-96.

Stacier, Cynthia A. and Michael J. Guzy. 2002. Grace's Warbler (Setophaga graciae), version 2.0. In The Birds of North America (P. G. Rodewald, editor). Cornell Lab of Ornithology, Ithaca, New York, USA.

Thorp, R.W., E. Evans and S.H. Black. 2008. Status review of three formerly common species of bumblebee in the subgenus Bombus. Available Online (http://www.xerces.org/wp-content/uploads/2009/03/xerces_2008_bombus_status_review.pdf). 63 pp

USDA, Forest Service. 2013. Biological Evaluation for the Final San Juan National Forest Land and Resource Management Plan. U.S. Forest Service, Region 2 - San Juan National Forest, Durango, Colorado.

USDA, Forest Service. 2013b. Final San Juan National Forest and Proposed Tres Rios Field Office Land and Resource Management Plan. U.S. Forest Service, Region 2 – San Juan National Forest, Durango, Colorado.

USDA, USDI, Forest Service and Bureau of Land Management. 2015a. Memorandum of Understanding - Conservation and Management of Pollinator Species. https://www.blm.gov/policy/im-2016-013

USDA, Forest Service. 2015b. Conservation and Management of Monarch Butterflies: A Strategic Framework. March 2015. https://www.fs.fed.us/wildflowers/pollinators/Monarch_Butterfly/documents/ConservationManagementMonarchButterflies.pdf

USDA, 2016. Pollinator Partnership Action Plan. https://www.whitehouse.gov/sites/default/files/microsites/ostp/Pollinator%20Research

USDI Fish and Wildlife Service. 2019 IPAC website accessed 05/28/2019. https://ecos.fws.gov/ipac

Vierling, Kerri T., Victoria A. Saab and Bret W. Tobalske. 2013. Lewis's Woodpecker (Melanerpes lewis), version 2.0. In the Birds of North America (P. G. Rodewald, editor). Cornell Lab of Ornithology, Ithaca, New York, USA.

Worrall, J.J. et. al. 2008. Rapid Mortality of *Populus tremuloides* in Southwestern Colorado, USA. For. Eco. Mgmt. 255. pp. 686-696.

Xerces Society. 2019. Bumblebees: western bumblebee (Bombus occidentalis). Profile prepared by R. W. Thorp, E. Evans and S. H. Black. http://www.xerces.org/western-bumble-bee/. Accessed January 2021.

# 8 APPENDIX A – MAPS

Figure A-1. Northern Goshawk Territories – Beaver Creek, Plateau and Trail Canyon
Figure A-2. Northern Goshawk Territory - Beaver Railroad
Figure A-3. Northern Goshawk Territory – Italian Canyon
Figure A-4. Northern Goshawk Territory – Lower Boggy
Figure A-5. Northern Goshawk Territory – Upper House
Figure A-6. Elk Production Areas
Figure A-7. Critical (Severe) Winter Range Habitat and General Winter Range Habitat Areas

**Figure A-1. Northern Goshawk Territories – Beaver Creek, Plateau and Trail Canyon.**






FS-007303

**Figure A-2. Northern Goshawk Territory - Beaver Railroad.**






FS-007304

**Figure A-3. Northern Goshawk Territory – Italian Canyon.**






FS-007305

**Figure A-4. Northern Goshawk Territory – Lower Boggy.**






FS-007306

**Figure A-5. Northern Goshawk Territory – Upper House.**






FS-007307

**Figure A-6. Elk Production Areas.**



**Figure A-7. Critical (Severe) Winter Range Habitat and General Winter Range Habitat Areas.**




| Block Name | Critical Elk Winter Range Acres in Treatment Block | Critical Elk Winter Range Acres in Proposed Units | Elk Winter Range Acres in Treatment Block | Elk Winter Range Acres in Proposed Units |
|---|---|---|---|---|
| Boggy Draw | 1052 Acres | 832 Acres | 5568 Acres | 7280 Acres |
| Carlyle | 0 Acres | 0 Acres | 218 Acres | 456 Acres |
| House Creek | 0 Acres | 0 Acres | 1852 Acres | 3754 Acres |
| Plateau | 0 Acres | 0 Acres | 452 Acres | 676 Acres |
| Salter | 0 Acres | 0 Acres | 1734 Acres | 3664 Acres |
| Turkey Knoll | 0 Acres | 0 Acres | 372 Acres | 840 Acres |
| Total | 1052 Acres | 832 Acres | 16,670 Acres | 10,196 Acres |

# 9 APPENDIX B - U. S. Fish and Wildlife Service Migratory Bird Species List for the San Juan National Forest

## Information for Planning and Consultation (IPaC) - U. S. Fish & Wildlife Service

This report is an automatically generated list of species and other resources such as critical habitat (collectively referred to as trust resources) under the U.S. Fish and Wildlife Service's (USFWS) jurisdiction that are known or expected to be on or near the project area referenced below. The list may also include trust resources that occur outside of the project area, but that could potentially be directly or indirectly affected by activities in the project area. However, determining the likelihood and extent of effects a project may have on trust resources typically requires gathering additional site-specific (e.g., vegetation/species surveys) and project-specific (e.g., magnitude and timing of proposed activities) information.

Below is a summary of the project information you provided and contact information for the USFWS office(s) with jurisdiction in the defined project area. Please read the introduction to each section that follows (Endangered Species, Migratory Birds, USFWS Facilities, and NWI Wetlands) for additional information applicable to the trust resources addressed in that section.

## Project Information

NAME
San Juan NF - Salter Vegetation Management Project

LOCATION
Dolores and Montezuma counties, Colorado

DESCRIPTION
San Juan National Forest, Dolores Ranger District

## Local Office

Western Colorado Ecological Services Field Office
(970) 628-7180
U.S. Fish

## Migratory Birds

The birds listed below are birds of particular concern either because they occur on the USFWS Birds of Conservation Concern (BCC) list or warrant special attention in your project location. To learn more about the levels of concern for birds on your list and how this list is generated, see the FAQ below. This is not a list of every bird you may find in this location, nor a guarantee that every bird on this list will be found in your project area. To see exact locations of where birders and the general public have sighted birds in and around your project area, visit the E-bird data mapping tool (Tip: enter your location, desired date range and a species on your list). For projects that occur off the Atlantic Coast, additional maps and models detailing the relative occurrence and abundance of bird species on your list are available. Links to additional information about Atlantic Coast birds, and other important information about your migratory bird list, including how to properly interpret and use your migratory bird report, can be found below.

Certain birds are protected under the Migratory Bird Treaty Act and the Bald and Golden Eagle Protection Act. Any person or organization who plans or conducts activities that may result in impacts to migratory birds, eagles, and their habitats should follow appropriate regulations and consider implementing appropriate conservation measures, as described below.

1. The Migratory Birds Treaty Act of 1918.
2. The Bald and Golden Eagle Protection Act of 1940.

Additional information can be found using the following links:

- Birds of Conservation Concern http://www.fws.gov/birds/management/managed-species/birds-of-conservation-concern.php
- Measures for avoiding and minimizing impacts to birds http://www.fws.gov/birds/management/project-assessment-tools-and-guidance/

conservation-measures.php

- Nationwide conservation measures for birds http://www.fws.gov/migratorybirds/pdf/management/nationwidestandardconservationmeasures.pdf

**Bald Eagle *Haliaeetus leucocephalus* - Breeds Dec 1 to Aug 31**
This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.
https://ecos.fws.gov/ecp/species/1626

**Brewer's Sparrow *Spizella breweri* - Breeds May 15 to Aug 10**
This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA
https://ecos.fws.gov/ecp/species/9291

**Golden Eagle *Aquila chrysaetos* - Breeds Jan 1 to Aug 31**
This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA
https://ecos.fws.gov/ecp/species/1680

**Grace's Warbler *Dendroica graciae* - Breeds May 20 to Jul 20**
This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA.

**Gray Vireo *Vireo vicinior* - Breeds May 10 to Aug 20**
This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.
https://ecos.fws.gov/ecp/species/8680

**Lewis's Woodpecker Melanerpes lewis - Breeds Apr 20 to Sep 30**
This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.
https://ecos.fws.gov/ecp/species/9408

**Olive-sided Flycatcher *Contopus cooperi* - Breeds May 20 to Aug 31**
This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.
https://ecos.fws.gov/ecp/species/3914

**Pinyon Jay *Gymnorhinus cyanocephalus* - Breeds Feb 15 to Jul 15**
This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.
https://ecos.fws.gov/ecp/species/9420

**Rufous Hummingbird *selasphorus rufus* - Breeds elsewhere**
This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.
https://ecos.fws.gov/ecp/species/8002

**Virginia's Warbler *Vermivora virginiae* - Breeds May 1 to Jul 31**
This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.
https://ecos.fws.gov/ecp/species/9441

**Willet *Tringa semipalmata* - Breeds elsewhere**
This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.

# Biological Assessment/Biological Evaluation
# for Threatened, Endangered, Proposed, and Sensitive Plant Species

Salter Vegetation Management Environmental Assessment
USDA Forest Service
Dolores Ranger District, San Juan National Forest
Dolores and Montezuma Counties, CO
Townships 37, 38, 39 40 North and Ranges 14, 15, 16 West, NMPM

## Introduction

This biological evaluation is being prepared for the *Salter Vegetation Management Environmental Assessment* (EA). This biological evaluation complies with *Forest Service Manual (FSM) 2672.4* direction. As part of the National Environmental Policy Act (NEPA) decision-making process, biological assessments (BAs) and biological evaluations (BEs) review and disclose the effects of proposed United States Department of Agriculture (USDA) Forest Service programs or activities in sufficient detail to determine how an action or proposed action will affect any species which is federally designated as threatened or endangered, proposed for listing, or designated in FS Region 2 as sensitive. The process used to evaluate the effects projects may have on threatened, endangered, proposed, and sensitive species is described in *Forest Service Manual 2672.43 – Procedure for conducting Biological Evaluations*.

The sensitive species addressed in this document include only those species known or suspected to occur on the San Juan National Forest (SJNF) (USDA FS, 2020). The United States Fish & Wildlife Service (USFWS) Information for Planning and Conservation (IPaC) website was accessed on September 8, 2020, to help determine if there are any federally listed plant species known or suspected to occur within the Salter project area boundary described in the EA. According to the IPaC website, there are no federally listed plant species identified as occurring in the project area (USFWS, 2020).

## Project Description

As described in the EA, the Forest Service is proposing to treat approximately 27,035 acres of the ponderosa pine-Gambel oak (*Pinus ponderosa-Quercus gambelii*) vegetation type on the Dolores Ranger District of the San Juan National Forest. Proposed activities include tree cutting, tree planting, and activity fuel burning. There are two silviculture treatments (single tree selection and commercial thinning) and two supporting treatments (pre-commercial thinning and brush thinning) proposed to move the treatment area towards the desired conditions identified for this project, and condition-specific prescriptions would be implemented prior to harvests. Slash created during treatments will be treated either by piling or lop/scatter and then burned as determined by the district fuels specialist. Other activities associated with the proposed vegetation treatment would include maintenance-related roadwork. This includes

potentially reopening closed roads with potential reconstruction for the life of the project. Additionally, wildlife guzzlers may be installed within the project area.

The project area is located northeast of Dolores, Colorado, on the Dolores Ranger District. Proposed treatment areas are in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. The project is bordered in multiple locations by state and private lands; the Dolores River and McPhee Reservoir on the west; and the West Dolores and Dolores Rivers on the east. The project area is located on suitable timber lands within Management Area 5. Management Area 5 emphasizes active management and commodity production in order to meet multiple use goals. Elevations range from 7,800 feet at the southwestern end of the analysis area, to 8,800 feet on the northern end. The topography of the treatment area is predominately mesa top with southwest aspect. Slopes range from 0 to approximately 20 percent, with steeper draws and canyons which intersect the project area throughout.

Further detail on the proposed project and alternatives is found in the EA.

## Project Ecological Description

The dominant forest type of the proposed project areas is ponderosa pine with an understory of Gambel oak, grasses, and forbs. There are also small patches of quaking aspen (*Populus tremuloides*) with conifer developing in the understory. Non-forested vegetation types within the project area include mountain shrublands, mountain grasslands, and riparian areas. Further detail on vegetation types within the proposed project area is found in the EA.

## Relevant Laws, Regulations, and Policy

### Land and Resource Management Plan

The *San Juan National Forest Land and Resource Management Plan* (LRMP) provides standards and guidelines in regard to threatened, endangered, proposed, and sensitive plant species. The standards and guidelines that apply to this project are:

2.2.68 Projects or activities that occur in shale and gypsum soils that are occupied by special status plant species must be designed to maintain the soil characteristics necessary to support and sustain those species.

2.2.69 Agency actions should not adversely affect the long-term soil productivity or carbon storage of terrestrial ecosystems.

## Analysis

### Pre-field Review

The analysis area for threatened, endangered, proposed, and sensitive plant species are the Salter project area treatment units and any existing roads proposed to be potentially used to support project-activities, including a 50-foot buffer. For the analysis in this BA/BE, these areas were merged to create an approximately 59,877 acre analysis area, which encompasses the approximately 27,035 acres proposed total treatment unit, as well as the existing roads with 50-foot buffer. Project-related activities may not occur in all of this analysis area.

As previously stated, the USFWS IPaC website was accessed to help determine if there are any federally listed plant species known or suspected to occur in the project area. The lPaC website was also accessed to help determine if there are any federal listed species known or suspected to occur in the larger analysis area; none were identified (USFWS, 2020).

There are twenty-three (23) FS Region 2 sensitive plant species known or suspected to occur on the Dolores Ranger District. Based on a review of elevation profiles, existing vegetation associations, the most recent sensitive plant data from the Colorado Natural Heritage Program, and soil map unit characteristics and acreages (NRCS, 2001a; NRCS 2001b; NRCS, 2003), there is habitat present in the analysis area for seven (7) of these 23 sensitive plant species. This includes violet milkvetch (*Astragalus iodopetalus*), Missouri milkvetch (*Astragalus missouriensis* var. *humistratus*), Aztec milkvetch (*Astragalus proximus*), Lone Mesa snakeweed (*Gutierrezia elegans*), Mancos shale packera (*Packera mancosana*), cushion bladderpod (*Physaria pulvinata*), and largeflower triteleia (*Triteleia grandiflora*). These 7 species are carried forward for detailed analysis. Sensitive plant species that do not have suitable habitat within the analysis area are not carried forward for detailed analysis.

**Table 1** describes the 23 sensitive plant species known to occur or that have habitat on the Dolores District and whether or not potential suitable habitat is found in the analysis area.

**Table 1. Checklist of 23 sensitive plant species known or suspected to occur on the Dolores Ranger District, based on the October 2020 Matrix for FS Region 2. Table includes potential for sensitive plant species habitat to occur within the Salter analysis area.**

| Species | Habitat | Habitat present in analysis area? |
|---|---|---|
| *Aliciella sedifolia* (stonecrop gilia) | Above treeline on barren, dry, rocky gravelly talus of tuffacous sandstone. 11,800-14,000 feet. | No. |
| *Astragalus iodopetalus* (Violet milkvetch) | Dry stony hillsides and benches, commonly on granite often in oak, pinyon, or among sagebrush at 6,000-8,000' elevation | Yes. Habitat may be present in the analysis area in the gambel oak component of the ponderosa pine-gambel oak vegetation and potentially affected by project-related infrastructure and activities. Suitable habitat is present where the majority of project-related activities would occur; however, granite as a common species habitat characteristic is not prevalent in the analysis area. Analysis is carried forward. |
| *Astragalus missouriensis var. humistratus* (Missouri milkvetch) | Flat, shale meadows and on shallow slopes, including roadsides and other disturbed areas. 6,200-8,500 feet. | Yes, suitable habitat is present within the analysis area. None of this suitable habitat is proposed for timber harvest activities, but there may be impacts from road use and noxious weed spread. Analysis is carried forward. |
| *Astragalus proximus* (Aztec milkvetch) | Mesas, bluffs, and low hills in sandy, often alkaline, clay soil in sagebrush and pinyon juniper. Mancos shale. 5,400-8,700 feet. | Yes, suitable habitat is present within the analysis area. None of this suitable habitat is proposed for timber harvest activities, but there may be impacts from road use and noxious weed spread. Analysis is carried forward. |
| *Carex diandra* (Lesser panicled sedge) | Calcareous sub-alpine fens and bogs. | No. |
| *Cypripedium parviflorum* (lesser yellow lady's slipper orchid) | Ponderosa pine, Douglas fir, or aspen vegetation types. Restricted to calcareous derived soils in montane forests. 6,000-9,500 feet. | No, habitat not present in analysis area as calcareous-derived soils are not present. |
| *Draba smitthii* (Smith's draba) | Montane seeps, talus slopes, in crevices and between rocks in shaded protected sites. 7,700-12,000 feet. | No. |
| *Drosera anglica* (English sundew) | Fens with wet, often calcium-rich soils. | No. |
| *Epipactis gigantea* (Giant helleborine orchid or stream orchid) | Seeps on sandstone cliffs and hillsides; springs, hot springs, 4,800'-8,000'. | No. |
| *Eriophorum chamissonis* (Chamisso's cottongrass) | Fens. | No. |
| *Eriophorum gracile* (Slender cottongrass) | Fens, wet meadows, pond edges, 8,100'-12,000'. | No. |
| *Gutierrezia elegans* (Lone Mesa snakeweed) | Pinyon juniper (P) J, semi-desert shrubland, sagebrush (barren Mancos shale outcrops); Grayish, argillaceous shale outcrops, tends to be | Yes, suitable habitat is present within the analysis area. None of this suitable habitat is proposed for timber harvest activities, but there may be impacts from road use and noxious weed spread. Analysis is carried forward. |

| Species | Habitat | Habitat present in analysis area? |
|---|---|---|
| | dominant plant in openings between low shrubs of *Artemisia, Chrysopsis,* and *Tetraneuris*. | |
| *Machaeranthera coloradoensis* (Colorado tansy-aster) | Gravelly areas in mountain parks, slopes, and rock outcrops up to dry tundra, 8500'-12500'. | No. |
| *Packera mancosana* (Mancos shale packera) | Barren Mancos Shale areas in PJ, semi-desert shrublands | Yes, suitable habitat is present within the analysis area. Any potential disturbance related to the project would be anticipated to be from logging-related road infrastructure and use and noxious weed spread as habitat areas are not suitable to ponderosa pine timber harvest. Analysis is carried forward. |
| *Parnassia kotzebuei* (Kotzebue grass-of-Parnassus) | Subalpine and alpine wet, rocky ledges, in streamlets and moss mats, often in association with lakes 10,000'-12,000'. | No. |
| *Physaria pulvinata* (Cushion bladderpod) | PJ, semi-desert shrubland, sagebrush (barren shale outcrops); Grayish, argillaceous shale outcrops, tends to be dominant plant in openings between low shrubs of *Artemisia, Chrysopsis,* and *Tetraneuris*. | Yes, suitable habitat is present within the analysis area. None of this suitable habitat is proposed for timber harvest activities, but there may be impacts from road use and noxious weed spread. Analysis is carried forward. |
| *Physaria scrotiformis* (west silver bladderpod) | Barren exposure of Leadville limestone in the alpine. 11,400-12,500 feet. | No. |
| *Salix arizonica* (Arizona willow) | High elevation wetlands and riparian areas, extending from low subalpine to just below treeline, usually mixed with other short willows. | No. |
| *Salix candida* (Sageleaf willow) | Hummocks in nutrient-rich fens, and thickets at edges of ponds and river terraces; often growing with other *Salix* and *Carex* spp., 8800'-10,600'. | No. |
| *Sphagnum angustifolium* (Sphagnum) | Fens. | No. |
| *Sphagnum balticum* (Baltic sphagnum) | Fens. | No. |
| *Triteleia grandiflora* (Largeflower triteleia) | Grasslands or sagebrush and pinyon-juniper woodlands to ponderosa pine-forest slopes and hills, 4,500'-7,500' in Utah. | Yes. Species is known to occur in the analysis area, but there are no known populations within any proposed treatment units. Suitable habitat is also present where the majority of project-related activities would occur in ponderosa pine forest. Analysis is carried forward. |
| *Utricularia minor* (Lesser bladderpod) | Submerged in fens, shallow ponds, lakes and slow-moving streams. Attached not floating. | No. |

### Field Survey

*Forest Service Manual 2670 -TES Plants and Animals* provides direction for determining survey needs. Guidance directs that if a field survey is not feasible and effective for providing information on presence/absence or number and location of individuals, then it is assumed the species is present and expected effects are analyzed.

Field surveys have not been conducted due to the large project area and because the exact site-specific locations and timing of project activities and disturbance have not been determined within the Salter project area and will undergo specific prescriptions in the future. Additionally, growth characteristics of sensitive plants do not always lend to reliable detection; therefore, a lack of occurrence during a field survey will not guarantee absence. While no botanical field surveys have been conducted for this project, past rare plant surveys on the district were reviewed for this analysis.

## Species Determination

### Threatened, Endangered, Proposed or Candidate Species

Since there are no federally listed threatened, endangered, proposed, or candidate plant species or their habitat known or suspected to occur in the analysis area, a determination of "**no effect**" was reached.

### USFS Region 2 Sensitive Species

For all FS Region 2 sensitive species potentially occurring within the analysis area as listed in **Table 1**, the following general impacts and design features apply. Proposed implementation of the following design features and those specific to other resources as listed in the EA reduces potential for detrimental impacts to any sensitive species population within the Salter analysis area from proposed disturbance activities.

<u>Associated Project-Implementation Impacts for All Species:</u>

- *Invasive Species:* Some invasive species (noxious weeds) do occur within the analysis area, though in smaller isolated populations. Noxious weeds can negatively affect ecosystem health and compete with native plant species, including sensitive plants. Weeds inventory and treatment is ongoing and has been analyzed under other forest-wide weeds NEPA analysis. Weeds treatments are planned and implemented annually, and these would continue to occur into the future under the most current and applicable NEPA analysis. Through contractors, county agreements, and agency applicators, noxious weed species are surveyed and treated on an annual basis. Funding from timber sale contracts return to the district to further supplement the invasive species program. Because soil disturbance and vehicular traffic can increase the spread of noxious weeds, there is a higher risk of spread and infestations where bare ground occurs and along roadways and where motorized use occurs. Therefore, design features are proposed to

minimize spread and new infestations. The project area and areas within the analysis area will continue to be surveyed and receive noxious weed treatments as needed.

- *Equipment Operation, Skidding & Landing Areas, & Temporary Roads:* Soil disturbance, compaction, and bare ground areas can occur from equipment operation, skidding and landing areas, and new temporary road construction. Temporary roads may be utilized to access and haul materials from treatment units within the analysis area and can reduce skidding and landing areas. Proposed priorities are to use existing roads prior to the need to construct temporary roads. Attempts to limit temporary road construction reduces the chance of potential soil disturbance where sensitive plants might be present.
- *Burn Piles:* Slash that is piled and later burned can alter soil properties underneath the pile due to high temperatures. Exact locations or quantities of slash piles have not yet been identified. The burning of slash piles and soil sterilization within the pile footprint could potentially harm any individual plants as well as create areas of bare soil where noxious weeds could establish. To reduce the footprint of burn piles and reduce impacts to soils and plants, a design feature is proposed to limit pile size.

The following design features are proposed in the Salter EA under all proposed action alternatives and are relevant to all sensitive plant species that may be present or may have habitat in the analysis area.

Design Features

- Limit each burn pile to ¼ acre or less.
- Under timber sale contract provisions, all off-road heavy equipment must be washed and free of foreign soil or debris before entering the operations area to minimize spread of invasive species.
- Sale and contract areas shall be monitored for weeds; infestations are to be reported to the USFS Rangeland Management Specialist for management.
- All seed used for revegetation shall be tested for, and free of, invasive non-native species that are problematic for this forest. Contact the agency for the most current list.
- Monitor noxious weeds/invasive species and treat infestations as needed for containment, minimizing rate of spread, and eradication.
- If noxious weeds and invasive species are found to be increasing in infestation size within a treatment unit as direct result of harvest and associated activities, one or both of the following options will be implemented to prevent further spread:
    - •Prohibit harvest equipment or vehicles from driving through infestations.
    - •Require onsite weed decontamination stations for equipment washing.

Additionally, proposed design features for *Hydrology and Soils* in the EA limit or prohibit equipment use equipment use when soils are saturated, which reduces soil equipment impacts. Proposed design features for *Hydrology and Soils* also restrict roads, landings, skid trails, concentrated-use sites, and similar soil disturbances to designated sites to no more than 15% of

any timber sale unit. Limiting the acreage of these soil disturbances reduces the potential impacts to sensitive plants. Further detail is found in the EA on all proposed design features.

The following text discusses the 7 sensitive plant species with the potential to occur within and to be impacted by the proposed project-related activities. Their subsequent determinations are included.

Violet Milkvetch (*Astragalus iodopetalus*)

*Habitat:* This species of *Astragalus* occurs on dry stony hillsides and benches, commonly on granite, in and around oak thickets, in oak-pinyon forests, or with sagebrush (Barneby, 1964, as cited in CNHP, 2012; Heil 2013; Ackerfield 2015). It is most commonly found from 6,000-8,100 feet elevation (CNHP, 2012).

*Distribution and Occurrence:* Violet milkvetch is a local endemic whose known distribution is limited to southwestern Colorado and northern New Mexico. According to Heil et al. (2013), it is "locally plentiful and not uncommon around the western and southern slopes of the Rocky Mountains in the valleys of the Dolores, Gunnison, and upper San Juan rivers in southwestern Colorado, extending more rarely southeast to the western tributaries to the Rio Arriba in Taos and Sandoval counties, New Mexico". The two known locations on the SJNF are on the Pagosa Ranger District. There are no known locations within the Dolores Ranger District.

*Direct, Indirect and Cumulative Effects:* Violet milkvetch is ranked as imperiled by NatureServe and is considered critically imperiled (S1) in Colorado.

Potential impacts can occur to Aztec milkvetch habitat and individuals when soil disturbance is involved (Decker, 2005). For the Salter project, ground disturbance from logging activities within proposed treatment units could impact individual violet milkvetch and habitat for the species. Design features are proposed that would reduce potential ground disturbance. In addition, while invasive species may increase with the proposed activities, design features to reduce spread and infestation are proposed. Reducing potential ground disturbance and invasive species prevalence will reduce impacts to sensitive plant species and their habitat. These project-related impacts are also discussed under the general impacts described for all sensitive plant species with potential to occur in the project area. Additionally, the general **design features** for all sensitive plant species apply to violet milkvetch.

*Determination*: Implementation of proposed design features will reduce potential negative impacts to violet milkvetch. Disturbances associated with this project are short-term and past survey attempts have failed to document species presence on the Dolores Ranger District. In addition, this project will not impact the two known location of this species on the SJNF. Therefore, it has been determined that project activities **may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide** for violet milkvetch.

Missouri Milkvetch (*Astragalus missouriensis* var. *humistratus*)

*Habitat:* Missouri milkvetch in Colorado are associated with pinyon-juniper woodlands, ponderosa pine forests, and Gambel oak mountain shrublands. Within these types, it is typically found in openings or on sparsely vegetated soils at elevations ranging from about 7,100 to

8,600 feet. The species appears to favor shaley substrates as the majority of known populations are on sites underlain by Mancos Shale or Lewis Shale, with a few on shales of the Mesa Verde Formation (Decker, 2006).

*Distribution and Occurrence:* Missouri milkvetch is a local endemic species whose global distribution is limited to 3 known locations in northwestern New Mexico and 12 in southwestern Colorado. There are 4 known locations on the SJNF on the Pagosa and Columbine Ranger Districts (Decker, 2006). There are no known locations within the Dolores Ranger District.

*Direct, Indirect and Cumulative Effects:* Missouri milkvetch is ranked as a critically imperiled variety of an otherwise widespread and common species (G5T1) by NatureServe. It is considered critically imperiled (S1) in Colorado. Land development, surface disturbance, and invasive species are listed among to threats to Missouri milkvetch (Decker, 2006). Decker (2006) also notes that while little is known about the species, it is unlikely that human-caused activities will suddenly destroy the species or that a single threat will eliminate the species from its range. An increase in fire intensity outside of the historic natural fire regime is likely to cause negative impacts to the species (Decker, 2006). There is also some evidence that it is tolerant of some disturbance as many collections of the species have been performed on disturbed ground or along highways (Decker, 2006).

Ground disturbance from logging activities within proposed treatment units could impact individual Missouri milkvetch and habitat for the species. Design features are proposed that would reduce potential ground disturbance. In addition, while invasive species may increase with the proposed activities, design features to reduce spread and infestation are proposed. Additionally, reducing the risk of severe wildfire through the proposed activities should reduce fire intensity threats to potential Missouri milkvetch plants. Reducing potential ground disturbance and invasive species prevalence through application of design criteria will reduce impacts to this species and its habitat. These project-related impacts to Missouri milkvetch are also discussed under the general impacts described for all sensitive plant species with potential to occur in the project area. Additionally, the general **design features** for all sensitive plant species apply to Missouri milkvetch.

*Determination*: Implementation of proposed design features will reduce potential negative impacts to Missouri milkvetch. Disturbances associated with this project are short-term and past survey attempts have failed to document species presence on the Dolores Ranger District. In addition, this project will not impact the four known location of this species on the SJNF. Therefore, it has been determined that project activities **may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide** for Missouri milkvetch.

Aztec Milkvetch (*Astragalus proximus*)

*Habitat:* Aztec milkvetch occurrences in Colorado are associated with pinyon-juniper woodlands (with or without sagebrush) and ponderosa pine/Gambel oak forests ranging from 6,650 – 7,350 feet. Soils are sandy or clayey and contain shale rock fragments. The reduced stature, apparent unpalatability and long lifespan of Aztec milkvetch indicates that it tolerates stress

similarly to many other *Astragalus* species as is common among species of sparsely vegetated habitats (Decker, 2005).

*Distribution and Occurrence: Aztec milkvetch* is a local endemic species whose global distribution is limited to the San Juan Basin in southwestern Colorado and northwestern New Mexico. It is fairly common within the New Mexico part of the basin but is much rarer in the Colorado portion of its range. Documented locations include five sites on the Pagosa and Columbine Ranger Districts of the SJNF. There are no known locations on the Dolores Ranger District.

*Direct, Indirect and Cumulative Effects:* Aztec milkvetch is ranked globally apparently secure (G4) by NatureServe, and imperiled (S2) in Colorado. Decker (2005) lists habitat fragmentation from a variety of uses, road construction and maintenance, livestock trailing, off-road vehicle use, and invasive species as potential threats to the species. Timber harvest is not anticipated to affect habitat to the level of energy development (Decker, 2005). Like Missouri milkvetch, improvement of fire regimes and ponderosa pine health should aide in conserving any potential plants present.

Ground disturbance from logging activities within proposed treatment units could impact individual Aztec milkvetch and habitat for the species. Design features are proposed that would reduce potential ground disturbance. While invasive species may increase with the proposed activities, design features to reduce spread and infestation are proposed. Like Missouri milkvetch, the reduction of severe wildfire risk through the proposed activities should reduce fire intensity threats to potential Aztec milkvetch plants. Reducing potential ground disturbance and invasive species prevalence through application of design criteria will reduce impacts to this species and its habitat. These project-related impacts to Aztec milkvetch are also discussed under the general impacts described for all sensitive plant species with potential to occur in the project area. Additionally, the general **design features** for all sensitive plant species apply to Aztec milkvetch.

*Determination*: Implementation of proposed design features will reduce potential negative impacts to Aztec milkvetch. Disturbances associated with this project are short-term and past survey attempts have failed to document species presence on the Dolores Ranger District. In addition, this project will not impact the five known location of this species on the SJNF. Therefore, it has been determined that project activities **may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide** for Aztec milkvetch.

Lone Mesa Snakeweed (*Gutierrezia elegans*)

*Habitat*: Lone Mesa snakeweed is found on barren Mancos shale outcrops, side slopes of shallow washes, and in sites with deeper soil over the shale at approximately 7,575 feet elevation (Schneider et al., 2008).

*Distribution and Occurrence*: This species is currently known from five occurrences in and around Lone Mesa State Park in southwestern Colorado. One of these locations is on the Dolores Ranger District.

*Direct, Indirect and Cumulative Effects*: The Colorado Rare Plant Guide suggests that Lone Mesa snakeweed may be impacted by disturbances that include oil and gas development, seismic testing, excessive or repeated erosion, motorized recreation, over-grazing, and water development. Lone Mesa snakeweed is ranked globally critically imperiled (G1) by NatureServe, and critically imperiled (S1) in Colorado.

As this species habitat is not located within areas suitable to ponderosa pine timber harvest, any potential project-related impacts would be limited to being transportation-related and from noxious weed spread. However, design features are proposed that would reduce potential ground disturbance. While invasive species may increase with the proposed activities, design features to reduce spread and infestation are proposed.

Reducing potential ground disturbance and invasive species prevalence through application of design criteria will reduce impacts to this species and its habitat. These design features include limiting equipment use when soils are saturated, which reduces soil equipment impacts. Limiting the acreage of these soil disturbances reduces the potential impacts to sensitive plants. These project-related impacts to Lone Mesa snakeweed are also discussed under the general impacts described for all sensitive plant species with potential to occur in the project area. Additionally, the general **design features** for all sensitive species apply to Lone Mesa snakeweed.

*Determination*: Implementation of proposed design features reduce potential negative impacts to Lone Mesa snakeweed. Disturbances associated with this project are short-term and habitat is located outside of proposed project area timber harvest treatment units where the majority of proposed activities would occur. In addition, this project will not impact the five known occurrences, including the one known occurrence located on the SJNF. Therefore, it has been determined that project activities **may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide** for Lone Mesa snakeweed.

Mancos Shale Pakera (*Pakera mancosana*)

*Habitat:* Mancos shale pakera is found on very sparsely vegetated flats and sides of shallow washes, along cracks in the bare shale and in thin gravelly soil over the shale. The elevation of the known populations in Lone Mesa State Park is 7,500 – 7,600 feet (Yeatts and Schneider, 2011).

*Distribution and Occurrence:* This species is known from several small populations in and adjacent to Lone Mesa State Park in Dolores County, Colorado. There are no documented occurrences of this species on the SJNF, but there is habitat for it on the Dolores Ranger District.

*Direct, Indirect and Cumulative Effects:* Mancos shale pakera is ranked globally critically imperiled (G1) by NatureServe, and it is considered critically imperiled (S1) in Colorado. However, Mancos shale pakera is located in the same habitat as Lone Mesa snakeweed and impacts would likely be similar (see discussion above).

*Determination*: Implementation of proposed design features reduce potential negative impacts to Mancos shale pakera. Disturbances associated with this project are short-term and habitat for this species is located outside of proposed project area timber harvest treatment units where the majority of proposed activities would occur; therefore, any potential project-related impacts would be limited to being transportation-related and from noxious weed spread. However, design features are proposed that would reduce potential ground disturbance. While invasive species may increase with the proposed activities, design features to reduce spread and infestation are proposed. Reducing potential ground disturbance and invasive species prevalence through application of design criteria will reduce impacts to this species and its habitat.

In addition, this species is not known to occur on the SJNF; this project will not impact the known occurrences of this species outside of the SJNF. Therefore, it is been determined that project activities **may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide** for Mancos shale pakera.

Cushion Bladderpod (*Physaria pulvinata*)

*Habitat:* Cushion bladderpod is found on scattered outcrops of grayish, argillaceous shale (CNHP, 2013).

*Distribution and Occurrence*: It is currently known from two occurrences in San Miguel and Dolores Counties, Colorado at approximately 7,500 feet elevation (O'Kane and Reveal, 2006). A portion of one of these populations is on the Dolores Ranger District.

*Direct, Indirect and Cumulative Effects*: Cushion bladderpod is ranked globally critically imperiled (G1) by NatureServe, and critically imperiled (S1) in Colorado. Like Lone Mesa snakeweed and Manos shale pakera, this species habitat is not located within areas suitable to ponderosa pine timber harvest, and therefore any potential project-related impacts would be limited to being transportation-related and from noxious weed spread. Ground disturbance from roads could impact cushion bladderpod individuals and habitat. Design features are proposed that would reduce potential ground disturbance. While invasive species may increase with the proposed activities, design features to reduce spread and infestation are proposed.

Reducing potential ground disturbance and invasive species prevalence through application of design criteria will reduce impacts to this species and its habitat. These project-related impacts to cushion bladderpod are also discussed under the general impacts described for all sensitive plant species with potential to occur in the project area. Additionally, the general **design features** for all sensitive species apply to cushion bladderpod.

*Determination*: Implementation of proposed design features reduce potential negative impacts to cushion bladderpod. Disturbances associated with this project are short-term and habitat for this species is located outside of proposed project area timber harvest treatment units where the majority of proposed activities would occur. In addition, this project will not impact the know occurrence of this species on the SJNF. Therefore, it had been determined that project activities **may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide** for cushion bladderpod.

Largeflower Triteleia (*Triteleia grandiflora*)

*Habitat:* Largeflower triteleia is a perennial plant in the lily family that has been reported in Washington, Oregon, northern California, Idaho, Wyoming, Utah, and southwest Colorado. The only known location of this species on National Forest System lands in USFS Region 2 is on the Dolores Ranger District (Ladyman, 2007). At the Dolores Ranger District site, largeflower triteleia is found in open to partially shaded patches in a ponderosa pine/Gambel oak plant community at approximately 7,900 to 7,960 feet in elevation (Ladyman, 2007). Individual plants are typically in association with the tree-form of Gambel oak. Desired conditions for largeflower triteleia are based on existing conditions at the location of the known occurrence on the Dolores District. It may be assumed that stands with similar stand structure and herbaceous cover to the known population site are more likely to contain any unknown occurrences of this species. Characteristics of such stands include ponderosa pine/Gambel oak stand with approximately 30% tree cover, 30% shrub cover, 30-40% forb cover, 15-25% graminoid cover, and 10-20% bare ground. Additional characteristics include a relatively diverse and healthy herbaceous understory that includes multi-aged Gambel oak with some clumps of mature oak of large diameter and interspersed herbaceous meadows that include several species of perennial forbs and bunchgrasses.

Range-wide there is considerable variation in habitat of known occurrences. There is a high level of variation between vegetation types, as well as soil characteristics. Since the next nearest known occurrence is several hundred miles away, it is reasonable to hypothesize that the habitat characteristics of the local population best meet potential habitat requirements for potential populations across the SJNF.

*Distribution and Occurrences:* The only know occurrence of this species on the SJNF is an occurrence on the Dolores Ranger District within the analysis area. The last thorough population survey was conducted in 2005, estimated at 700-2,000 individuals (Ladyman, 2007). More recent field observations in 2016 have documented occurrence, but not population size. In 2005, 1,100 acres across the Dolores Ranger District were surveyed, with no additional occurrences documented. Some local FS personnel are familiar with the species and have not documented additional occurrences to date.

The known population within the analysis area is outside of any proposed individual treatment units. It is approximately 600 feet at the nearest point from a proposed treatment unit. The known population encompasses approximately 26 acres, part of which is located within a two-track roadbed that is no longer open to motorized travel. It is not known whether the population established within the roadbed post road construction, or if the population predated the road and withstood the associated disturbance.

*Direct, Indirect, and Cumulative Effects:* Largeflower triteleia is ranked globally ‘apparently secure’ to ‘secure’ (G4/G5) by NatureServe and critically imperiled (S1) in Colorado. Activities occurring where the single population of this species is located on the SJNF with the most potential to impact largeflower triteleia include livestock grazing, recreation, fire suppression, uncharacteristic wildfires, timber harvest, and mechanical fuels treatments. According to a conservation assessment for this species, invasive species are listed as a substantial threat to largeflower triteleia (Ladyman, 2007). Invasive weed species were thought to be the direct

cause for the extirpation of a largeflower triteleia population in Yellowstone National Park (Ladyman, 2007).

The known population's presence on the Dolores Ranger District in an established roadbed provides evidence that the species is resilient and tolerates disturbance to an extent. Some experts suggest the establishment of this population is likely the result of anthropogenic influences. Some of the specimens are confined to the roadbed and some specimens extend outside the footprint. Largeflower triteleia root structure is a corm, and only flowers for a short time period in late May or early June. Environmental stress can result in multi-season dormancy (Ladyman, 2007). Soon after flowering the plant goes dormant, offering resilience to most disturbance activities. Largeflower triteleia is most susceptible to activities that physically dig up the root corm, soil erosion, or placement/compaction of material on the soil surface that may prevent the plant from flowering.

If project-related temporary roads are surfaced, such as graveled, this would likely prohibit any largeflower triteleia individuals from producing flowering shoots due to the compaction layer. However, range wide known populations of the species tend to occur in patches (Ladyman, 2007). Therefore, patchy population characteristics would help overcome the effects of a linear disturbance such as a roadbed. Based on observations of the local known population, individuals along the roadbed were not affected. Additionally, the patchy population characteristics of largeflower triteleia would also help overcome the effects of small scattered burn pile disturbance footprints.

Forest thinning that results in opening dense conifer stands, such as logging, likely improves habitat conditions (Ladyman, 2007). Opening up dense forest canopies will increase species abundance of understory vegetation. Much of the project area is dense ponderosa pine stands, with significant needle cast, preventing understory vegetation from establishing or persisting.

The known local population occupies a ponderosa pine stand with a relative diverse species composition. The long-term effects of proposed timber harvest to thin stands will create more open ponderosa pine stands, with a potentially greater vegetative understory component. This is a potential net positive effect for largeflower triteleia in creation of "higher quality" potential habitat.

The greatest threat from ponderosa pine harvest to largeflower triteleia is associated ground disturbance (Ladyman, 2007). However, the area with the known population was extensively logged in the 1940s, providing evidence that the population was resilient to past logging activities.

Ground disturbance from proposed activities could impact largeflower triteleia individuals. Design features are proposed that would reduce potential ground disturbance. These design features include limiting equipment use when soils are saturated, which reduces soil equipment impacts. Other proposed design features for *Hydrology and Soils* also restrict roads, landings, skid trails, concentrated-use sites, and similar soil disturbances to designated sites to no more than 15% of any timber sale unit. Limiting the acreage of these soil disturbances reduces the potential impacts to this species. While invasive species may increase with the proposed activities, design features to reduce spread and infestation are proposed. Reducing potential

ground disturbances and invasive species prevalence will also reduce impacts to this species and its habitat.

These project-related impacts to largeflower triteleia are also discussed under the general impacts described for all sensitive plant species with potential to occur in the project area. Additionally, the general **design features** for all sensitive species apply to largeflower triteleia.

*Determination*: Implementation of proposed design features reduce potential negative impacts to largeflower triteleia. Disturbances associated with this project are short-term, the long term effects of forest thinning are likely to be beneficial, and the known population has been documented to be resilient to disturbance. In addition, the known location of this species in the analysis area is located outside of proposed project area timber harvest treatment units where the majority of proposed activities would occur; this project will not impact the known occurrence of this species on the SJNF. Therefore, it has been determined that project activities **may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide** for largeflower triteleia.

**Determination Summary**

*Federally Listed Plant Species*: Project-related activities will not affect federally listed threatened, endangered, proposed, or candidate plant species.

*Sensitive Plant Species*: For the seven FS Region 2 sensitive plant species with potential to occur, or habitat in, the Salter project area and greater analysis area, it has been determined that project-related activities may adversely impact, but are not likely to cause a trend to federal listing or a loss of species viability range-wide for these species.

| Prepared by | | Reviewed and Signed by | |
|---|---|---|---|
| /s/ Angela Yemma | 4/27/2021 | /s/ Sara Brinton | 4/29/2021 |
| Angela Yemma | Date | Sara W. Brinton | Date |
| Dolores Ranger District | | Pagosa Ranger District | |
| Rangeland Management Specialist | | NEPA Coordinator/Ecologist | |

## References and Literature Cited

Ackerfield, J. 2015. Flora of Colorado. First edition. Botanical Research Institute of Texas (BRIT) Press. Fort Worth, Texas.

Barneby, R. C. 1964. Atlas of North American Astragalus. Memoirs of New York Botanical Garden, vol. 13. New York Botanical Garden, Bronx, NY. Cited in Colorado Rare Plant Guide page for *Astragalus iodopetalus*. https://cnhp.colostate.edu/rareplants/guide.asp?id=21202

[CNHP] Colorado Natural Heritage Program. 2012. *Astragalus iodopetalus*. Colorado Rare Plant Guide. Colorado State University. https://cnhp.colostate.edu/rareplants/guide.asp?id=21202.

[CNHP] Colorado Natural Heritage Program. 2013. *Physaria pulvinata*. Colorado Rare Plant Guide. Colorado State University. https://cnhp.colostate.edu/rareplants/guide_print.asp?id=40393

Decker, K. 2005. *Astragalus proximus* (Rydberg) Wooton & Standley (Aztec milkvetch): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/astragalusproximus.pdf [Accessed December 18, 2019].

Decker, K. 2006. *Astragalus missouriensis* Nutt. var. *humistratus* Isely (Missouri milkvetch): A Technical Conservation Assessment. [Online]. USDA Forest Service, Rocky Mountain Region [ Accessed October 21, 2020].

.

Griffis, K. L., Crawford, J. A., Wagner, M. R., Moir, W. H. 2000. Understory Response to Management Treatments in Northern Arizona Ponderosa Pine Forests. Forest Ecology and Management. 146 (239-245).

Heil, K., S.L. O'Kane Jr., L.M. Reeves, and A. Clifford. 2013. Flora of the Four Corners Region. Missouri Botanical Garden Press, St. Louis, MO.

Ladyman, J.A.R. 2007. Triteleia *grandiflora* Lindley (largeflower triteleia): A Technical Conservation Assessment. USDA Forest Service, Rocky Mountain Region.

NatureServe. 2013. NatureServe Explorer: An online encyclopedia of life [web application]. Version 7.1. NatureServe, Arlington, Virginia. Available http://www.natureserve.org/explorer.

[NRCS] United States Department of Agriculture Natural Resources Conservation Service. 2001a. Soil Survey of Animas-Dolores Area, Colorado, Parts of Archuleta, Dolores, Hinsdale, La Plata, Montezuma, San Juan, and San Miguel Counties.

[NRCS] United States Department of Agriculture Natural Resources Conservation Service. 2001b. Soil Survey of Cortez Area, Colorado, Parts of Dolores and Montezuma Counties.

[NRCS] United States Department of Agriculture Natural Resources Conservation Service. 2003 Soil Survey of San Miguel Area, Colorado Parts of Dolores, Montrose, and San Miguel.

O'Kane, S.L. and J.L. Reveal. 2006. *Physaria pulvinata* (Brassicaceae), a new species from southwestern Colorado. Brittonia 58(1): 74-77.

Schneider, Al, P. Lyon, and G. Nesom. 2008. *Gutierrezia elegans* sp. Nov. (Asteraceae: Astereae), A shale Barren endemic of southwestern Colorado. J. Bot. Res. Inst. Texas 2(2):771-774, 2008.

USDA Forest Service. 2020. Rocky Mountain Regional – Endangered, Threatened, Proposed, and Sensitive Species by Unit (based on the revised 2020 sensitive species list, and updated to reflect current ESA listing status). USDA Forest Service, Region 2. Golden, CO. Available on the internet at: http://fsweb.r2.fs.fed.us/rr/R2_TES_Site_2007/sensitive.html#ss1

[USFWS] United States Fish & Wildlife Service. 2020. USDI Fish and Wildlife Service Information Planning and Conservation (IPaC) Website. Accessed on May 6, 2020 and September 8, 2020.

Yeatts, L., B. Schneider, and A. Schneider. 2011. *Packera mancosana* (Asteracae: Senecioneae), A New Species and Shale Barren Endemic of Southwestern Colorado. Phytoneuron 2011-26:1-8

06-18-2021

Cody Jones

Civil Engineering Tech

# Transportation System

## Existing Condition

The National Forest transportation system includes roads and trails. This section will address roads only, trails will be addressed in the Recreation section. National Forest System Roads (NFSRs) may have any of the following status; closed to all use, open to public use, or open to administrative use but closed to public use. Open roads associated with this project area are depicted on the Motor Vehicle Use Map (MVUM) for the San Juan National Forest, Dolores Ranger District. NFSR's are maintained to one of five operational maintenance levels, based on the intended use and user comfort and convenience. Maintenance levels are fully defined in the Forest Service Handbook 7709.59 sec 62.32. Table (01), below, summarizes the miles of each operational maintenance level in the proposed action.

**Table (01). Miles of Each Maintenance Level Road in Project Area**

| Operational Maintenance Level | Description | Project Area Approximate Miles |
|---|---|---|
| ML 1 – Basic Custodial Care (Storage of closed roads) | Intermittent use road while placed in storage; closed to all mechanized travel but not decommissioned | 6.1 |
| ML 2 – High Clearance Vehicle | Maintained for travel by high clearance vehicles | 80.0 |
| ML 3 – Suitable for Passenger Cars | Maintained for travel by prudent driver in standard passenger car | 32.3 |
| ML 4 - Moderate Degree of User Comfort | Maintained to Provide a moderate degree of user comfort and convenience at moderate travel speeds | 29.8 |
| ML 5 - High Degree of User Comfort | Maintained to Provide a high degree of user comfort and convenience at most travel speeds | 6.7 |

**Operational maintenance levels 2-5 summarized here also include administrative use roads not open to public use.*

## Effects of No Action Alternative

The No-Action Alternative would continue to implement current operation and maintenance practices. The existing road system would undergo no changes in status. Open roads would continue to provide access for recreational, commercial, and administrative functions as they currently do. Open roads would receive no maintenance beyond that which is normally scheduled. As a result, current sediment delivery from road segments in need of maintenance would continue, especially during heavy run-off events.

Roads that are currently in custodial status (ML1 and administrative use roads) would remain closed. Some of these roads have not been properly stored or maintained to establish a hydrologically stable condition. This can lead to additional road damage, greater sediment transfer, additional environmental impacts, and higher reconstruction costs should the roads be reopened.

The no action alternative would result in the continued deterioration of the transportation system due to existing uses and the continually growing maintenance backlog.

# Effects of the Proposed Action

## New System Roads

No new system roads are proposed for development associated with the proposed action.

## Existing Public Road System (ML 2-5 Roads)

The proposed action would result in temporary inconveniences to the public due to temporary road closures as well as increased traffic during project implementation. Increased traffic may result in higher fugitive dust levels and temporarily degraded road surface conditions such as washboarding and potholes. The Forest Service or contractor would repair any damage to existing roads that results from implementing the proposed action according to the Project Design Features. In general the Forest transportation system would benefit from maintenance efforts required and as a result long term public and administrative access would be improved throughout the project area. FS vegetation management contracts require maintenance of roads before, during, and after the work is complete. These maintenance and repair efforts on roads included in the proposed action would improve the condition of 155 miles of maintenance level 2-5 roads in the project area.

The existing ML 2 roads system has been created as a result of some historical use or constructed for specific land management access needs and converted to system roads. These roads are typically maintained on a 5-year maintenance cycle. However, in most cases across this landscape the maintenance has been deferred due to lack of adequate maintenance budget. This means the majority of these roads have not been maintained in more than 5 years. As a result, much of this system will require maintenance to accommodate vegetation management and forest product haul. These maintenance efforts will serve to increase user access and address drainage and erosion concerns.

The existing arterial roads (generally ML 3-5) were constructed or reconstructed between 40 and 60 years ago and have been maintained only to meet the current user needs. These arterial roads are no longer structurally adequate to accommodate consistent use by 85,000 pound state legal loads. Mitigation efforts by upgrading these arterial roads will be required prior to haul. Upgrades will serve as a long-term benefit for local communities and forest users for decades to come.

## ML1 - Stored Roads

The Forest Service and contractors would use 6.1 miles of ML1 roads to implement the proposed action. ML1 roads would be used intermittently when needed for project access and as haul roads but would remain closed to the public. Travel management during implementation shall be the responsibility of the purchaser. All closed roads should be effectively closed when not in use and/or signage should restrict public access during operations.

These roads would be opened by the Forest Service or a contractor to accommodate the vehicle of the associated treatment prescription. Log hauling trucks would be the design vehicle for vertical and horizontal curve reconstruction. After project implementation, but within one year of completion, these roads would be placed back into custodial care and physically closed. These roads would remain as part of the Forest transportation system.

The process of placing a road back into custodial care includes the implementing activities along the entire length of the road that would be conducted in a manner that hydrologically stabilizes the road prism (toe of fill to top of cut) for the long term. This could include adding or removing drainage features, including culverts, as appropriate. The Forest Service or contractor would also implement closures by installing gates, boulders, or other native material barriers, typically within the first 100 feet of the road. Many roads currently in custodial care have been given this designation without the process as described

above and therefore are at risk to cause resource damage. The proposed action has the potential to improve the stability of these roads.

## Temporary Roads

Field evaluations have been completed to identify the most efficient use of the existing system and the process by which a temporary system will be developed as described in the Project Design Features Implementing the proposed action would require development of approximately 106 miles of temporary roads. Per Forest Plan guideline 2.13.24 these roads should be constructed to minimize disturbance, construction should be limited to clearing vegetation and minimal surface disturbance. They should be built, used, and reclaimed when erosion potential is minimal.

As displayed on the Transportation System Map the primary temporary road system has been identified however, additional temporary roads will likely be needed. These roads would be identified and approved by the engineering representative, sale administrator, and the purchaser. The primary temporary road alignments consist of 69.8 miles of existing non-system roads, and 36.4 miles of new ground disturbance. Primary temporary roads that will need to be developed on undisturbed ground are identified in the "Summary of Concerns" section of this report. Some temporary roads due share alignments with system trails. 4.7 miles of temporary roads share portion of the same alignment with motorized trails and 1.4 miles with non-motorized trials.

Like maintenance level 1 roads, temporary roads would remain closed to public access throughout project implementation. Closure during operations would be achieved by signage. The Forest Service or contractor would physically close temporary roads with barriers during periods of inactivity and at final project closeout.

The proposed action would use temporary roads for short-term access to treatment areas. Though these roads have been theoretically identified, the final alignment may deviate from the plan. Such deviation would be limited to that agreed by the Forest Service (ER / Sale Admin) and the contractor. The implementation of the proposed action should not result in an increase of temporary road mileage greater than 10 percent of the estimated 109 miles of primary temporary roads. Therefore 11 miles or less of addition temp roads can be expected.

Temporary roads are typically constructed under minimal standards and investment. However, temporary roads can traverse difficult terrain and can require higher standards. In such cases specific survey and design would be required.

After the implementation of the vegetation management prescription, the contractor would be responsible for decommissioning temporary roads. In some cases post-contract activities such as pile burning would be necessary. In these circumstances the Forest Service would be responsible for the decommissioning efforts. Temporary roads would be decommissioned in a timely fashion following implementation, as described in the Project Design Features.

## Shared Alignments – Roads and Trails

The proposed action includes opening routes that would share alignment with motorized or non-motorized trails that do not typically have shared uses. In these cases temporary closures would be required during project implementation. Further discussion and detail on this topic can be found in the Recreation section of this report.

## Summary of Concerns

The existing condition of the transportation system was evaluated in the summer of 2019 per Forest Plan standards 2.13.21 and 2.13.22 as a co-operative effort between the San Juan National Forest Supervisory Forester and Engineering. Several general concerns that should be considered as impacts of the proposed

action are 1. A high financial investment in the transportation system to accommodate the removal of forest products 2. A high level of user conflict in highly used recreation areas. 3. Without mitigation a significant increase in fugitive dust on primary haul routes.

Table (02) summarizes specific areas of concern associated with the implementation of the proposed action based on block and road number.

TABLE (TS-??) - Summary of Concerns

| **Salter Block** | | |
|---|---|---|
| **Road Number** | **Maintenance Level** | **Concern** |
| 521.A | 2 | This road crosses a meadow with deep soils and is high susceptible to rutting and erosion having a potential impact to the adjacent Ferris Reservoir. |
| 522 | 2 | The first 0.5 miles of this road crosses a meadow with deep soils and is highly susceptible to rutting and erosion. |
| 510 | 3 | The cattle guards on this road are constructed with wood bases and would not be adequate for overweight haul |
| **Salter Block New Disturbance Temp Roads** | | |
| **Road Number** | **Miles** | **Concern** |
| 510.T1.A | 0.47 | New Disturbance |
| 510.T2 | 0.43 | New Disturbance |
| 510.A.T1 | 0.24 | New Disturbance |
| 514.T1 | 0.33 | New Disturbance |
| 511.T2 | 1.99 | This alignment is will require cuts and fill and traverses several ridges and drainages. This is should be a designed temp road. |
| 511.T1.A | 0.23 | New Disturbance |
| 511.T3 | 0.18 | New Disturbance |
| 511.T2.A | 0.35 | New Disturbance |
| 510.T5.A | 1.18 | New Disturbance |
| 510.A.T2 | 0.48 | New Disturbance |
| 510.A.T3 | 0.53 | New Disturbance |
| 523.T3 | 2.61 | This alignment will require cuts and fill and traverses several ridges and drainages. This is should be a designed temp road. |
| 522.B.T | 0.50 | New Disturbance |
| 510.T1 | 0.92 | New Disturbance |
| 511.T1 | 0.15 | New Disturbance |
| | | |
| **Plateau Block** | | |
| **Road Number** | **Maintenance Level** | **Concern** |
| 523.A | 2 | This alignment will accommodate a significant volume of forest products removal additional consideration should be given to drainage crossings and surface hardening. |
| 532.A.T2 | Temp | Crosses and follow a drainage bottom |
| **Plateau Block New Disturbance Temp Roads** | | |
| **Road Number** | **Miles** | **Concern** |

| | | |
|---|---|---|
| 532.T2 | 0.63 | New Disturbance |
| | | |
| **Carlyle Block** | | |
| **Road Number** | **Maintenance Level** | **Concern** |
| 524 | 2 | This alignment will accommodate a significant volume of forest products removal aggregate surfacing is recommended. |
| 524.A.T | Temp | This alignment crosses the dam of a stock pond. (Little Beaver Reservoir) |
| 525 | 2 | This alignment will accommodate a significant volume of forest products removal aggregate surfacing is recommended. |
| 525 | 2 | This alignment crosses the dam of a stock pond. (Anderson Reservoir) |
| 238 | 2 | This alignment will accommodate a significant volume of forest products removal aggregate surfacing is recommended. |
| 531.T3 | Temp | This alignment crosses the dam of a stock pond. |
| **Carlyle Block New Disturbance Temp Roads** | | |
| **Road Number** | **Miles** | **Concern** |
| 525.T4 | 0.42 | New Disturbance |
| 525.T4.A | 0.25 | New Disturbance |
| 524.A.T.B | 0.40 | New Disturbance |
| 524.B.T2 | 0.52 | New Disturbance – for wildlife concerns |
| 514.T1 | 0.53 | New Disturbance |
| 525.A.T.A | 1.78 | New Disturbance |
| 525.A.T.B | 1.46 | New Disturbance |
| 238.T1 | 0.83 | New Disturbance – for wildlife concerns |
| 524.A.T.A | 0.16 | New Disturbance |
| | | |
| **Turkey Knoll Block** | | |
| **Road Number** | **Maintenance Level** | **Concern** |
| 249 | 2 | This high clearance vehicle road will need substantial reconstruction in some locations and a cattle guard will have to be replace as the wood base has failed and the grate is not adequate for haul. Consider bisecting this route using only 3 miles of the norther portion and 1.3 miles of the southern portion. |
| **Turkey Knoll Block New Disturbance Temp Roads** | | |
| **Road Number** | **Miles** | **Concern** |
| 526.M.T.A | 1.08 | New Disturbance |
| 249.T3 | 0.32 | New Disturbance |
| 249.T4.A | 0.75 | New Disturbance |
| 249.T5 | 0.56 | New Disturbance |
| 532.A.T1 | 0.35 | New Disturbance |
| 532.T2.A | 0.88 | New Disturbance |
| 532.A.T4 | 0.99 | New Disturbance |
| 249.T2 | 0.89 | New Disturbance |
| 532.T1 | 0.84 | New Disturbance |

| | | |
|---|---|---|
| 532.B.T | 1.80 | This alignment will require cuts and fill and traverses several ridges and drainages. This is should be a designed temp road. |
| 249.T1 | 1.33 | This alignment will require cuts and fills and is a candidate to be a designed temp road. |
| 249.T4 | 0.32 | New Disturbance |
| 532.T2 | 0.79 | New Disturbance |
| 532.A.T2 | 0.23 | New Disturbance |
| | | |
| **Boggy Draw Block** | | |
| **Road Number** | **Maintenance Level** | **Concern** |
| 527.L | 1 | This alignment has steep grades and large rock. |
| 405 | 2 | This alignment traverses the powerline corridor and crosses several drainages with steep grades. |
| 530 | 2 | This alignment traverses the powerline corridor and crosses several drainages with steep grades. |
| 527.B.T | TEMP | This alignment crosses the dam of a stock pond. (Morgan Cabin Reservoir) |
| **Boggy Draw Block New Disturbance Temp Roads** | | |
| **Road Number** | **Miles** | **Concern** |
| 527.T1.A | 0.56 | New Disturbance |
| 527.E.T2 | 0.53 | New Disturbance – for recreation concern |
| 526.T7 | 0.45 | New Disturbance |
| 526.J.T3 | 0.35 | New Disturbance |
| 526.J.T2 | 0.51 | New Disturbance |
| 527.L.T1.A | 0.40 | New Disturbance |
| 527.K1.T.A | 0.21 | New Disturbance |
| 526.T1 | 0.90 | Traverses private boundary |
| 526.Y.T.A | 0.50 | New Disturbance |
| 526.X.T.A | 0.28 | New Disturbance |
| 526.T4 | 1.17 | New Disturbance |
| 526.T5 | 0.37 | New Disturbance |
| 526.T5.A | 1.11 | New Disturbance – for recreation concern |
| | | |
| | | |
| **House Creek Block** | | |
| **Road Number** | **Maintenance Level** | **Concern** |
| 528 | 5 | The asphalt surface on this road is degraded and likely will not withstand extensive haul traffic. |
| **House Creek Block New Disturbance Temp Roads** | | |
| **Road Number** | **Miles** | **Concern** |
| 529.T2 | 0.44 | New Disturbance |

The Dolores Norwood Road

The Dolores Norwood road (NFSR 526) is an arterial system road that serves several remote communities. The portion of the Dolores Norwood Road that would be affected by the proposed action is managed and maintained by three entities- Montezuma and Dolores counties, and the U.S. Forest Service. The first 12 miles (from the Forest boundary) is in Montezuma County and is under a "Schedule A" maintenance agreement. This means the Forest Service is the owner and Montezuma County conducts the primary maintenance. The remaining two miles in the project area have been transferred to Dolores County through a Forest Road and Trails Act (FRTA) easement. This means the operations and maintenance is under their jurisdiction.

Maintenance investments on the Dolores Norwood Road have been significant over the past 10 years. Improvements include new aggregate surfacing, surface stabilization, and the extension of the chip and seal segment of the road. These improvements were designed to accommodate recreational, residential, and limited commercial use.

The Montezuma County segment is open year-round and is approximately 5 miles of asphalt surface and 7 miles of chip and seal surface. Montezuma County has expressed concerns about both the paved and the chip and seal segment. The current maintenance activities on the asphalt segment are not adequate to prevent degradation by the current uses. Deformation in the wheel tracks, extensive surface cracking, and significant sections of annual blade patching indicate subgrade failure. The recently installed chip and seal segment was not designed to accommodate heavy loads. This 12-mile segment is open year-round and snow removal operations are conducted.

The Dolores County segment of the Dolores Norwood Road is an aggregate surface. Surface stabilization has occurred in the past however the current level of traffic maximizes the effectiveness of maintenance efforts. Though this segment is no longer the jurisdiction of the Forest Service, the impacts of the proposed action will affect the counties management of the road. Approximately 1.4 miles from the county line to the Cottonwood Road intersection is open year-round, the remaining 0.6 miles typically snow closes in December.

Of the 27,000 acres of proposed action approximately 22,000 acres will use some portion of the Dolores Norwood Road to haul and remove forest products. Haul of these forest products will result in approximately 17,400 loads hauled on the Dolores Norwood Road. In addition, approximately 6,500 loads will come off the Boggy Draw Road. All of these loads, approximately 24,000 will come through the town of Dolores. It is impossible to have and accurate number of loads per day due to logistical timeline of implementation however if you were to spread this out over the estimated 10 year time frame of the project and assume 9 months of hauling per year this would average out to approximately 9 loads per day. This number is purely speculative due to the nature of the forest product business and days of heavy logging traffic should be expected throughout the implementation of these projects.

The effects of this projects associated elevated heavy commercial traffic will result in increased maintenance needs on county and city roads and elevated public transportation risk.

## Mitigation Measures Associated with the Proposed Action

Given the degraded condition of the existing transportation system, mitigation measure will be needed to accommodate the implementation of the proposed action. Two classes of general requirements for the condition of roads have been provided, Standard haul and overweight haul for maintenance level 3 and 4 aggregate surface roads. ML 2 roads will be evaluated for maintenance and possible hardening based on

the volume being removed. The lone ML5 road (Dolores Norwood) will need to be evaluated and receive county input for requirements.

Recent vegetation management contracts in the adjacent Lone Pine landscape have included the request to haul forest products over the state legal limit (overweight). This approach allows for more efficient movement of forest products for the purchaser but the deterioration of road the structure happens at an exponential rate. Evaluation of surface course, base course, and operational structures (culverts, bridges, cattle guards, etc.) should be conducted on a road by road basis. To assure the operational continuity of this transportation system this work must be conducted prior to implementation.

**General requirements for standard haul on aggregate surface ML3 – 4 roads:**

Aggregate surface depth of 6” (assuming adequate base course)

All culverts have minimum 12” of structural cover.

All culverts have been evaluated for structural integrity.

Cattle guards must have design specification for HL 93 load ratings.

Bridges have a completed inspection and meet safety requirements.

**General requirements for Overweight haul on aggregate surface ML3 – 4 roads:**

Aggregate surface depth of 8” (assuming adequate base course)

All culverts have minimum 18” of structural cover.

All culverts have been evaluated for structural integrity.

Cattle guards must have design specification for HL 93 load ratings.

Bridges have a completed inspection and meet safety requirements.

# Appendix I

## Vulnerable Watersheds

# VULNERABLE WATERSHEDS

## San Juan National Forest Watersheds with the Highest Levels of Anthropogenic Disturbance

These watersheds on the San Juan National Forest (SJNF) have the greatest amount of anthropogenic disturbance and have the highest potential for impacts to aquatic, riparian, and wetland resources due to the high percentage of anthropogenic activities. The potential effects for all anthropogenic activities were analyzed by cumulating the percentile ranking for each of the identified anthropogenic activities. A total of six different activity categories was used for this process using all the activities: transportation, water use, vegetation management, urbanization, mineral extraction, and recreation. The values of 1 through 5 were assigned based on the percentile in which that Hydrologic Unit Code (HUC) watershed was located for the anthropogenic activity, with 5 being the highest percentile of impact. The watersheds in the following table were listed in Quantile 5 for all anthropogenic activities, which correspond to the 100th to 80th percentile range for percentage of watershed area affected by anthropogenic disturbances (Winters, Staley et al. 2006). These watersheds may be good candidates for remediation. The watersheds in Quantiles 1 through 4 can be found in the Aquatic, Riparian, and Wetland Ecosystem Assessment for the San Juan National Forest (Winters, Cooper et al. 2006, Winters, Staley et al. 2006).

**Table I.1: Watersheds on the San Juan National Forest with the Highest Levels of Anthropogenic Disturbance**

| HUC 6 | HUC 6 Name | Recreation | Urbanization | Minerals | Transportation | Vegetation | Water Use | Total | Cluster* |
|---|---|---|---|---|---|---|---|---|---|
| 140801070103 | Chicken Creek | 3 | 4 | 3 | 5 | 5 | 3 | 23 | 4r |
| 140300020209 | Upper Dolores River-Taylor Creek | 4 | 2 | 3 | 5 | 4 | 5 | 23 | 5r |
| 140801011601 | Upper Beaver Creek | 2 | 3 | 5 | 3 | 5 | 5 | 23 | 5r |
| 140801020401 | Martinez Creek-Dutton Creek | 5 | 3 | 1 | 4 | 4 | 5 | 22 | 5r |
| 140801010403 | Fourmile Creek | 3 | 2 | 3 | 4 | 4 | 5 | 21 | 2r |
| 140300020105 | Lower West Dolores River | 2 | 3 | 3 | 3 | 5 | 5 | 21 | 5r |
| 140801050106 | Upper Cherry Creek | 2 | 5 | 3 | 5 | 3 | 3 | 21 | 5r |
| 140801040502 | Elbert Creek | 3 | 3 | 3 | 5 | 4 | 3 | 21 | 5r |
| 140300020303 | Upper Lost Canyon | 4 | 2 | 1 | 4 | 5 | 4 | 20 | 2r |
| 140801070102 | West Mancos River | 1 | 3 | 2 | 5 | 5 | 3 | 19 | 2r |
| 140801010402 | Laughlin Park | 3 | 2 | 3 | 3 | 3 | 5 | 19 | 5r |
| 140300020402 | Beaver Creek-Trail Canyon | 1 | 3 | 4 | 4 | 4 | 3 | 19 | 4r |
| 140300020307 | House Creek | 1 | 2 | 3 | 5 | 5 | 3 | 19 | 4r |
| 140300020604 | Dolores Canyon-Lake Canyon | 3 | 2 | 3 | 3 | 4 | 4 | 19 | 4r |
| 140801010404 | Upper Pagosa Springs | 2 | 4 | 3 | 3 | 4 | 3 | 19 | 4r |
| 140801010606 | Navajo River-Weisel Flat | 5 | 2 | 3 | 3 | 3 | 3 | 19 | 4r |
| 140801010607 | Coyote Creek | 2 | 2 | 3 | 4 | 4 | 4 | 19 | 4r |
| 140801011404 | Vallecito Reservoir | 5 | 2 | 1 | 3 | 4 | 4 | 19 | 5r |
| 140801020301 | Upper Devil Creek | 4 | 2 | 1 | 4 | 5 | 3 | 19 | 5r |
| 140801020501 | Yellow Jacket Creek | 2 | 3 | 3 | 3 | 4 | 4 | 19 | 4r |
| 140801070105 | East Fork of Mud Creek | 1 | 5 | 5 | 3 | 2 | 3 | 19 | 4r |
| 140801011302 | Middle Beaver Creek | 2 | 3 | 4 | 3 | 4 | 3 | 19 | 5r |
| 140801040203 | Lower Cascade Creek | 5 | 2 | 2 | 4 | 4 | 2 | 19 | 2r |

*Clusters are defined in the narratives following the table.

**Cluster 2r:** The watersheds in cluster 2r are characterized by a high-elevation snowfall-driven hydroclimatic regime. The streams are underlain by rock units derived from mainly non-igneous formative processes. This cluster is dominated by high-gradient streams with a snowmelt regime that produces moderate to high yields of both coarse and fine sediment. Anthropogenic influences could have large influences on low-gradient reaches if excessive sediment were produced. Sediment produced in this cluster could influence stream reaches downstream. Watersheds in this cluster occupy the majority of the highest-elevation watersheds in the San Juan Mountains. Cluster 2r is among the most sensitive to changes in the thermal regime. Watersheds in this cluster are relatively unresponsive to changes in sediment regime resulting from the overall dominance of high-gradient stream channels.

**Cluster 4r:** The watersheds in cluster 4r are driven by a predominantly mixed precipitation hydroclimatic regime. The largely high-gradient streams in this cluster are typically underlain by non-calcareous lithology of a non-igneous origin. This cluster is dominated by high-gradient streams with a mixed snowmelt and rainfall flow regime that produces moderate to high yields of both coarse and fine sediment. The rain- and snow-driven conditions would produce a significant amount of sediment if exposed during periods of increased runoff. Cluster 4r watersheds are mainly at mid-elevations. A mixture of stream gradients is present. Cluster 4r is somewhat sensitive to changes in the thermal regime. Anthropogenic disturbance that increases sediment production would be detrimental to fish populations and riparian communities.

**Cluster 5r:** The watersheds in cluster 5r are driven by a predominantly mixed precipitation regime. The largely high-gradient streams in this cluster are typically underlain by lithology of a non-igneous origin. This cluster is dominated by high- and mid-gradient streams with a mixed snowmelt and rainfall regime that produces moderate to high yields of both coarse and fine sediment. Because of the heterogeneity of conditions within this cluster more site-specific analysis would be necessary to determine potential for sediment movement from management activities. Cluster 5r is somewhat sensitive to changes in the thermal regime. Additional sediment would be temporarily stored during low-flow conditions, degrading the biotic condition (Winters, Cooper et al. 2006).

## San Juan National Forest Watersheds Most Sensitive to Anthropogenic Disturbances

The sensitivity of a stream to human-caused disturbance is determined by the physical characteristics of the stream and its watershed. Table I-2 below summarizes watersheds that are naturally sensitive to disturbance (Winters, Cooper et al. 2006). Management activities planned within these watersheds may need additional design features that would minimize erosion potential and also minimize changes to stream flow regime and sediment load.

Most streams on the SJNF are high-gradient streams and consequently are assigned the lowest sensitivity to changes in water and sediment delivery. The channel bed and banks of these stream segments are composed of very coarse sediment that is less likely to experience a substantial change in mobility as a result of either a decrease or increase in water supply. These reaches also usually pass excess sediment downstream fairly efficiently and are less likely to have channel erosion than lower-gradient stream segments.

Low-gradient streams are typically assigned the highest sensitivity to changes in water and sediment yield. The materials forming the channel bed and banks in these stream segments are likely to be the most mobile of all the gradient categories and thus most likely to be eroded in response to increased flow or reduced sediment load. Eroded materials can be deposited in response to reduced flow or increased sediment load

The watersheds that were determined to be the most sensitive to anthropogenic disturbance typically occur at low to mid-elevations in mixed rain-snow precipitation regimes or rainfall-dominated regimes. These watersheds have been labeled 4r and 6r. Only watersheds with more than 20% of their area within the SJNF were included in the table.

**4r Watersheds:** These watersheds occur mainly at mid-elevations. A mixture of stream gradients is present although they contain mostly high-gradient streams. These watersheds are typically underlain by non-calcareous lithology of a non-igneous origin. The 4r watersheds are driven by mixed rain and snow precipitation regimes. The mixed snowmelt and rainfall flow regimes produce moderate to high yields of both coarse and fine sediment. These precipitation conditions would produce a significant amount of sediment if anthropogenic disturbances were to occur during periods of increased runoff. Activities that trigger sediment production would be detrimental to the fish populations and riparian communities in these watersheds.

**6r Watersheds:** The majority of these watersheds are driven primarily by rainfall hydroclimatic regimes with mixed rain and snow precipitation regimes. The streams in this cluster are underlain by rock units formed by predominantly non-igneous processes. These watersheds are dominated by erosive parent material that produce moderate to high yields of both coarse and fine sediment. These watersheds are also influenced dramatically by sediment produced upstream in other watersheds. Sediment deposition could influence stream-bank stability and over-wide channels where deposition occurs. Braiding of the stream channel could be realized in low-gradient channels where deposition occurs from upstream. This cluster is also sensitive to anthropogenic activities that alter the surface and subsurface hydrology.

**Table I.2: Watersheds on the San Juan National Forest Most Sensitive to Anthropogenic Disturbances**

| HUC 6 | HUC 6 Name | Cluster |
|---|---|---|
| 140300020301 | Spruce Water Canyon | 4r |
| 140300020304 | Middle Lost Canyon | 4r |
| 140300020306 | Upper Dolores River-Italian Creek | 4r |
| 140300020307 | House Creek | 4r |
| 140300020308 | McPhee Reservoir-Dolores River | 4r |
| 140300020402 | Beaver Creek-Trail Canyon | 4r |
| 140300020406 | McPhee Reservoir-Beaver Creek Inlet | 4r |
| 140300020506 | Brumley Valley | 6r |
| 140300020507 | Dawson Draw | 4r |
| 140300020509 | Pine Arroyo | 4r |
| 140300020511 | Disappointment Valley-Wild Horse Reservoir | 6r |
| 140300020601 | Dolores River-Salter Canyon | 4r |
| 140300020602 | Narraguinnep Canyon Natural Area | 4r |
| 140300020603 | Dolores Canyon-Cabin Creek | 4r |
| 140300020604 | Dolores Canyon-Lake Canyon | 4r |
| 140801010304 | Middle Rio Blanco | 4r |
| 140801010306 | Lower Rio Blanco-San Juan River | 4r |
| 140801010404 | Upper Pagosa Springs | 4r |
| 140801010406 | Mill Creek | 4r |
| 140801010606 | Navajo River-Weisel Flat | 4r |
| 140801010607 | Coyote Creek | 4r |
| 140801010701 | Montezuma Creek | 4r |
| 140801010702 | San Juan River-Trujillo | 6r |
| 140801011503 | Ute Creek | 6r |
| 140801011504 | Upper Spring Creek | 6r |
| 140801020302 | Lower Devil Creek | 6r |
| 140801020404 | Middle Stollsteimer Creek | 6r |
| 140801020405 | Lower Stollsteimer Creek | 6r |
| 140801020501 | Yellowjacket Creek | 4r |
| 140801020502 | Piedra River-Stollsteimer | 6r |
| 140801020503 | Piedra River-Navajo Reservoir Inlet | 6r |
| 140801070103 | Chicken Creek | 4r |

# San Juan National Forest and Tres Rios Field Office Watersheds with Potential Salinity Issues

The watersheds in Table I-3 have a high potential for salinity issues since more than 50% of the watershed contains marine-derived Mancos or Lewis Shale, or the watershed was identified for salinity control potential in the Colorado River Basin Salinity Control Act of 1974. Information about cluster types as determined by the USFS Aquatic, Riparian and Wetland Ecosystem Assessment (Winters, Cooper et al. 2006) was available only for watersheds on lands administered by the SJNF. It should be noted that in addition to a high potential for salinity issues, Upper Cherry Creek also has a high amount of anthropogenic disturbance at this time.

**Table I.3: Watersheds on the San Juan National Forest and Tres Rios Field Office with Potential Salinity Issues**

| HUC 6 | HUC 6 Name | Watershed Size (acres) | Shale Soils (acres) | Shale Soils (% of watershed) | Shale Soils under BLM Management (acres ) | Shale Soils under USFS Management (acres ) | Cluster |
|---|---|---|---|---|---|---|---|
| 140300020401 | Upper Beaver Creek - McPhee | 29,386 | 22,978 | 78 | 0 | 1,991 | 5r |
| 140300020405 | Lower Plateau Creek | 20,507 | 13,350 | 65 | 419 | 3,081 | 5r |
| 140300020501 | Bear Creek-Disappointment Creek* | 10,583 | 9,226 | 87 | 287 | 0 | 5r |
| 140300020502 | Disappointment Creek Headwaters* | 17,516 | 14,830 | 85 | 776 | 3,157 | 5r |
| 140300020503 | Sheep Camp Valley* | 12,004 | 8,019 | 67 | 5,620 | 238 | 5r |
| 140300020504 | Ryman Creek* | 15,909 | 15,441 | 97 | 579 | 11,605 | 5r |
| 140300020505 | Upper Disappointment Creek* | 26,058 | 19,138 | 73 | 8,996 | 7,291 | 5r |
| 140300020506 | Brumley Valley* | 22,809 | 11,430 | 50 | 5,834 | 4,989 | – |
| 140300020507 | Dawson Draw* | 17,689 | 394 | 2 | 0 | 329 | 4r |
| 140300020508 | Spring Creek* | 33,864 | 18,365 | 54 | 15,261 | 0 | – |
| 140300020510 | Upper Disappointment Valley* | 11,826 | 4,356 | 37 | 2,513 | 76 | 5r |
| 140300020511 | Disappointment Valley-Wild Horse Reservoir* | 10,384 | 709 | 7 | 706 | 0 | 6r |
| 140300020512 | Middle Disappointment Valley* | 12,705 | 5,946 | 47 | 4,106 | 0 | – |
| 140300020513 | Lower Disappointment Valley* | 18,851 | 9,057 | 48 | 6,132 | 0 | – |
| 140300030401 | Naturita Creek* | 56,142 | 34,747 | 62 | 290 | 732 | 5r |
| 140300030408 | Broad Canyon* | 13,692 | 749 | 5 | 286 | 0 | – |
| 140300030501 | Nelson Creek* | 19,587 | 14,099 | 72 | 4,492 | 0 | – |
| 140300030502 | Beards Corner* | 10,247 | 7,802 | 76 | 3,046 | 0 | – |
| 140300030503 | West Fork Dry Creek* | 29,441 | 3,269 | 11 | 1,144 | 0 | – |
| 140300030504 | Upper Dry Creek8 | 38,598 | 22,124 | 57 | 9,700 | 0 | – |
| 140801010404 | Upper Pagosa Springs | 13,634 | 8,677 | 64 | 0 | 4,480 | 4r |
| 140801010405 | McCabe Creek | 12,826 | 11,244 | 88 | 0 | 1,832 | 5r |
| 140801010406 | Mill Creek | 14,815 | 8,716 | 59 | 0 | 3,946 | 4r |
| 140801010407 | Echo Canyon Reservoir | 14,521 | 9,633 | 66 | 0 | 984 | 5r |
| 140801010408 | San Juan River-Eightmile Mesa | 25,486 | 16,031 | 63 | 27 | 3,385 | 5r |
| 140801010605 | Spring Creek | 10,265 | 8,991 | 88 | 29 | 0 | – |
| 140801011402 | Bear Creek | 12,371 | 7,017 | 57 | 0 | 4,055 | – |
| 140801020104 | Piedra River-O'Neal Creek | 16,480 | 9,278 | 56 | 0 | 4,205 | 5r |
| 140801020401 | Martinez Creek-Dutton Creek | 18,021 | 12,178 | 68 | 0 | 5,303 | 5r |
| 140801020404 | Middle Stollsteimer Creek | 14,230 | 7,778 | 55 | 0 | 5,460 | – |
| 140801050106 | Upper Cherry Creek | 24,793 | 12,853 | 52 | 88 | 4,956 | 5r |
| 140801070106 | Mud Creek-Mancos River | 10,804 | 9,342 | 86 | 1,612 | 0 | – |
| 140801070108 | Mancos River-East Rim | 15,063 | 10,213 | 68 | 2,078 | 0 | – |
| 140802020101 | Simon Draw* | 21,731 | 3,431 | 16 | 34 | 0 | – |

| HUC 6 | HUC 6 Name | Watershed Size (acres) | Shale Soils (acres) | Shale Soils (% of watershed) | Shale Soils under BLM Management (acres ) | Shale Soils under USFS Management (acres ) | Cluster |
|---|---|---|---|---|---|---|---|
| 140802020102 | Stinking Springs Canyon* | 27,004 | 15,885 | 59 | 5,801 | 0 | – |
| 140802020104 | McElmo Creek-Highline Ditch* | 18,153 | 9,725 | 54 | 2,262 | 0 | – |
| 140802020105 | Lower Alkali Canyon-Narraguinnep Canyon* | 23,804 | 3,737 | 16 | 0 | 29 | 6r |
| 140802020201 | Upper Yellowjacket Canyon* | 13,935 | 399 | 3 | 0 | 90 | 4r |
| 140802020301 | Mud Creek-McElmo Creek* | 22,462 | 8,701 | 39 | 703 | 0 | – |

Selection Criteria for Watersheds: >25 acres of BLM and/or USFS lands with Lewis or Mancos Shale and either rated high for salinity control potential in the Colorado River Basin Salinity Control Act of 1974 or >50% of the watershed is Lewis and/or Mancos Shale.

* Watersheds that are rated high for salinity control potential in the Colorado River Basin Salinity Control Act of 1974.

# References

Winters, D., D. Cooper, N. Lee, N. Poff, F. Rahel, D. Staley, and E. Wohl. 2006. Aquatic, Riparian and Wetland Ecosystem Assessment for the San Juan National Forest. Report 1 of 3: Introduction and Ecological Driver Analysis. Denver: U.S. Department of Agriculture, Forest Service, Rocky Mountain Region

Winters, D., D. Staley, J. Fryxell, and J. Krezelok, 2006. Aquatic, Riparian and Wetland Ecosystem Assessment for the San Juan National Forest. Report 3 of 3: Ecological Driver Analysis and Anthropogenic Influence Results: Synthesis and Discussion. Denver: U.S. Department of Agriculture, Forest Service, Rocky Mountain Region.

*This page intentionally left blank.*

Seasonal Selection in the Leopard Frog, Rana pipiens

Author(s): David J. Merrell and Charles F. Rodell

Source: *Evolution* , Jun., 1968, Vol. 22, No. 2 (Jun., 1968), pp. 284-288

Published by: Society for the Study of Evolution

Stable URL: https://www.jstor.org/stable/2406527

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at https://about.jstor.org/terms

*Society for the Study of Evolution* is collaborating with JSTOR to digitize, preserve and extend access to *Evolution*

JSTOR

This content downloaded from 170.144.241.66 on Thu, 07 Sep 2023 13:54:26 +00:00
All use subject to https://about.jstor.org/terms

# SEASONAL SELECTION IN THE LEOPARD FROG, *RANA PIPIENS*

David J. Merrell and Charles F. Rodell
*Department of Zoology, University of Minnesota*

Received July 24, 1967

The leopard frog, *Rana pipiens*, exists as a polymorphic species in an area of about 100,000 square miles in Minnesota, western Wisconsin, northern Iowa, and northeastern South Dakota (Merrell, 1965). In addition to the usual spotted wild type, the populations frequently contain about 1 to 10% of the unspotted burnsi type, shown by Moore (1942) to be due to a single dominant gene. The wide distribution and fairly high frequency of the burnsi gene seem to rule out the possibility that it is being maintained by recurrent mutation. Furthermore, heterozygote advantage, the mechanism most commonly invoked to explain balanced polymorphism, does not seem an adequate explanation in this case. First, the frequency of the heterozygotes in natural populations is lower than would reasonably be expected if heterosis were involved. Also, the results from crosses in the laboratory between wild-type and burnsi individuals showed no evidence of heterozygote advantage (Merrell—unpublished). Crosses between heterozygous burnsi (B/+) and pipiens (+/+) yielded the expected one-to-one burnsi to pipiens ratio, even under crowded conditions. Crosses between heterozygous burnsi frogs gave the expected 3 : 1 ratios with no indication that the homozygous burnsi type (B/B) was less vigorous than the B/+ or +/+ genotypes. Finally, crosses between burnsi and kandiyohi heterozygotes gave the four genotypes, burnsi, kandiyohi, double mutant burnsi-kandiyohi, and wild type pipiens, in the expected equal numbers. (Kandiyohi is another dominant polymorphic gene in *R. pipiens* not linked to burnsi—Volpe 1955, 1956, 1960; Anderson and Volpe, 1958). Not only were the expected ratios obtained, but there were no significant differences in rate of development or size at metamorphosis among the different types of progeny. Therefore, the available evidence gives no support to heterozygote advantage as an explanation for the burnsi polymorphism.

For this reason, other mechanisms for maintaining the burnsi polymorphism must be considered. One possibility is a seasonal shift in selection pressure (Merrell, 1965). The data presented below suggest that the burnsi frogs are somewhat better able to survive the winter than the pipiens type.

## Methods

Two kinds of data have been collected, one set comparing burnsi frequencies among living and dead frogs in early spring, the other comparing burnsi frequencies in the fall and spring populations at the same locality. All of the samples came from populations of *Rana pipiens* in the following Minnesota counties: Ramsey, Dakota, Washington, Anoka, and Isanti.

The leopard frog in Minnesota spends the winter months in the depths of the larger lakes or streams. Occasionally in early spring, dead frogs have been found lying at the water's edge or in the water near the shore of lakes used for overwintering. These dead frogs have been counted and scored as to their phenotype. Since some of the frogs usually managed to survive, it was possible to get comparable data on the living frogs in the same lake before they migrated to the breeding ponds. These data on living and dead frogs were collected in March or April depending on the weather.

The comparison of burnsi frequencies in fall and spring populations was based



This content downloaded from
170.144.241.66 on Thu, 07 Sep 2023 13:54:26 +00:00
All use subject to https://about.jstor.org/terms

FS-007347

Case No. 1:23-cv-01501-RMR Document 18-4 filed 09/29/23 USDC Colorado
296 of 344



TABLE 1. *Burnsi frequencies in living and dead* Rana pipiens *from overwintering populations in Minnesota.*

| Year | Location | Dead N | Burnsi % | Living N | Burnsi % |
|---|---|---|---|---|---|
| 1960 | L. Francis, Isanti Co. | 455 | 3.3 | 546 | 6.2 |
| 1962 | Farquar L., Dakota Co. | 153 | 3.3 | 60 | 8.3 |
| 1962 | Island L., Ramsey Co. | 170 | 3.5 | 71 | 5.6 |
| 1962 | Martin L., Anoka Co. | 15 | – | 102 | 3.9 |
| 1962 | Thomas L., Dakota Co. | 98 | 7.1 | 22 | 13.6 |
| 1963 | L. Francis, Isanti Co. | 198 | 3.0 | 86 | 3.5 |
| | Totals | 1089 | 3.6 | 887 | 6.0 |

on samples of living frogs collected at the same location in the fall of one year and the spring of the next. Samples collected in September or later were considered to be fall samples; those collected in March, April, and May (Table 2) or March, April, May, and June (Table 3) were included as spring samples. The inclusion of June samples in Table 3 gives information on greater numbers of frogs and more locations, but does not significantly change the results, despite the possibility that summer selection pressures might have done so.

The differences between burnsi and pipiens are clear cut, and the dead frogs were sufficiently well-preserved so that there was no problem in scoring their phenotypes. The live frogs were captured with a long handled frog net. The possibility of sampling bias in favor of the mutant frogs was not great. Usually, only movement was detected before capture. Even when the frog was seen before capture, only rarely was it observed clearly enough to identify its phenotype.

## RESULTS

The data on burnsi frequencies among dead and living frogs in the early spring are given in Table 1. In all six sets of data, burnsi was more frequent among the living than among the dead frogs. A simple sign test indicates that the observed differences are significant ($P = 0.016$). When the totals are put in the form of a $2 \times 2$ contingency table, a $\chi^2$ of 6.507 is obtained. With one degree of freedom, the probability that this $\chi^2$ is due to chance lies between 0.02 and 0.01. Hence, these data indicate that the burnsi type survived the winter better than pipiens.

Tables 2 and 3 contain the data on the fall and spring samples of living frogs in the same locality. The $2 \times 2$ contingency tests for the totals gave values of $\chi^2_{1df} = 3.619$ for Table 2 ($P \sim 0.06$) and $\chi^2_{1df} = 3.488$ for Table 3 ($P \sim 0.07$). Thus, the data indicate only 6 or 7 chances in 100 that the observed differences in burnsi frequency in fall and spring samples were due to chance alone.

## DISCUSSION

The data in Table 1 show burnsi to be significantly more frequent among the frogs that have survived the winter than among the dead frogs in the same population. The data in Tables 2 and 3, while not quite reaching the conventional levels of significance, are nevertheless consistent with this finding. Thus, two independent sets of data seem to indicate that burnsi tends to survive the winter somewhat better than pipiens.

The data on burnsi frequencies among dead and living frogs are probably more reliable than the fall-spring comparisons. The dead and living samples were both taken at the same place and at about the same time so that the comparisons are being made with frogs that formed a part of the same overwintering population. Most of the samples of living and dead frogs were taken on the same day at a given lake, with 11 days the greatest

This content downloaded from
170.144.241.66 on Thu, 07 Sep 2023 13:54:26 +00:00
All use subject to https://about.jstor.org/terms

FS-007348

TABLE 2. *Burnsi frequencies in fall (September and later) and spring (March, April, and May) populations of* Rana pipiens *at the same locality in Minnesota.*

| Years | Location | Fall *N* | Burnsi % | Spring *N* | Burnsi % |
|---|---|---|---|---|---|
| 1960–61 | Green L., Isanti Co.[a] | 30 | 6.7 | 25 | 4.0 |
| 1961–62 | Fish L., Anoka Co.[a] | 42 | 2.4 | 11 | 9.1 |
| 1965–66 | Thomas L., Dakota Co.[b] | 43 | 2.3 | 148 | 7.4 |
| 1965–66 | Snail L., Ramsey Co.[c] | 58 | 8.6 | 16 | 12.5 |
| 1965–66 | Soo Line Pd., Washington Co.[b] | 12 | 8.3 | 24 | 8.3 |
| 1965–66 | Mud L., Washington Co.[b] | 219 | 5.0 | 34 | 11.8 |
| 1965–66 | 2nd Pd., Isanti Co.[b] | 26 | – | 14 | 8.3 |
| | Totals | 430 | 4.9 | 272 | 8.5 |

[a] No frogs marked in fall.
[b] Frogs marked in fall and recaptured in spring.
[c] No marked frogs recaptured.

separation in time between the two kinds of samples. The fall and spring samples, on the other hand, were separated by several months in time, and the population composition could have been altered by migration during this interval. However, that some of the fall population was still present in the spring is indicated by the recapture of marked frogs in 5 of the 9 populations in which fall frogs had been marked by toe-clipping and released (Tables 2 and 3). Furthermore, in Tables 2 and 3 the effects of selection during the winter may have been blurred by the fact that the samples, for the most part, were not taken just before the frogs went into the lakes for the winter nor just after they had emerged in the spring.

The causes of death among the dead frogs have not been determined, and a number of factors were probably involved. Since a sizable winter kill of fishes was typically observed in the lakes where dead frogs were found, and all of these lakes except Martin Lake are relatively shallow, a major factor in the death of both frogs and fish was probably the depletion of the oxygen supply. If this is the case, then the burnsi type may be better able to tolerate low oxygen tensions than pipiens, a possibility that is open to experimental test.

TABLE 3. *Burnsi frequencies in fall (September and later) and spring (March, April, May and June) populations of* Rana pipiens *at the same locality in Minnesota.*

| Years | Location | Fall *N* | Burnsi % | Spring *N* | Burnsi % |
|---|---|---|---|---|---|
| 1958–59 | Fish L., Anoka Co.[b] | 126 | 6.4 | 23 | 8.7 |
| 1960–61 | Green L., Isanti Co.[a] | 30 | 6.7 | 25 | 4.0 |
| 1961–62 | Fish L., Anoka Co.[a] | 42 | 2.4 | 11 | 9.1 |
| 1965–66 | 2nd Pd., Isanti Co.[b] | 26 | – | 60 | 5.0 |
| 1965–66 | 1st Pd., Isanti Co.[c] | 37 | 5.4 | 19 | – |
| 1965–66 | Thomas L., Dakota Co.[b] | 43 | 2.3 | 184 | 8.7 |
| 1965–66 | Snail L., Ramsey Co.[c] | 58 | 8.6 | 26 | 11.5 |
| 1965–66 | Mud L., Washington Co.[b] | 219 | 5.0 | 87 | 12.6 |
| 1965–66 | Rice L., Anoka Co.[c] | 40 | 10.0 | 11 | – |
| 1965–66 | Schoolhouse, Anoka Co.[c] | 16 | 6.3 | 4 | 25.0 |
| 1965–66 | Soo Line Pd., Washington Co.[b] | 12 | 8.3 | 41 | 7.3 |
| | Totals | 649 | 5.5 | 491 | 8.4 |

a, b, and c as in Table 2.

This content downloaded from
170.144.241.66 on Thu, 07 Sep 2023 13:54:26 +00:00
All use subject to https://about.jstor.org/terms

Case No. 1:23-cv-01501-RMR Document 18-4 filed 09/29/23 USDC Colorado
298 of 344



From the data in Tables 1 and 3, two independent estimates of the selection coefficient against pipiens have been made (Table 4). They indicate that pipiens is only about 5/8 or 6/8 as fit as burnsi in winter.

If the burnsi polymorphism is a balanced polymorphism maintained by seasonal selection without heterosis, and burnsi is favored during the winter, then pipiens must be favored by selection during the summer. Some question has been raised about the ability of seasonal selection to maintain balanced polymorphism for any length of time (Mayr 1963: 240). The essence of the argument is that sooner or later one or the other type will become fixed due to random fluctuations (Kimura, 1955) if the system is not also maintained by heterozygote superiority. However, the seasonal changes in Minnesota are marked and regular. In winter, the ground is covered with snow and the lakes with ice from about late November to late March. As a result, the leopard frogs in Minnesota occupy two quite distinct environments after metamorphosis, each for about 6 months. Their winter habitat from October to late March or April is aquatic, on the bottom of a large lake or stream with the water temperatures not far above freezing. They do not hibernate nor are they completely dormant, but rather they tend to seek cover on the bottom in leafy debris or close along the sides of rocks or logs or even in depressions in the sand. If disturbed, they swim away sluggishly. Predation by the larger game fish occurs during this period. From April to October, they assume the more active amphibious existence usually thought of as characteristic of the life of the frog. Hence, the fluctuations in the selection pressure are regular and not random. Furthermore, any fluctuations in gene frequency due to random genetic drift tend to be counterbalanced by the migratory behavior of the frogs, which migrate at least three times a year, to the breeding ponds in spring, to their summer feeding habitat, and to the lakes in autumn.

TABLE 4. *Estimates of fitness and the selection coefficient in overwintering* Rana pipiens.
*A) Data from living and dead samples (Table 1)*

| | Pipiens | Burnsi | |
|---|---|---|---|
| Living | 834 | 53 | 887 |
| Dead | 1050 | 39 | 1089 |
| | 1884 | 92 | 1976 |

% survival pipiens = 44.2%
% survival burnsi = 57.6%
$W_p = 0.442/0.576 = 0.767$
$s = 0.233$

*B) Data from fall and spring samples (Table 3)*

Fall pipiens frequency $= 0.945 = q^2$;
$q = 0.972$; $p = 0.028$

Spring pipiens frequency $= 0.916 = q^2$;
$q = 0.957$; $p = 0.043$

$\Delta p = 0.015$

Selection against pipiens recessive on assumption of complete dominance of burnsi.

$$\Delta p = spq^2/1 - sq^2 = 0.015$$
$$= s(0.028)(0.945)/[1 - s(0.945)]$$
$$s = 0.375$$
$$W_p = 0.625$$

Since the winter and summer habitats are so different, it seems reasonable to assume that the selection pressures acting on the frogs in these environments also differ. Because the alternation between environments is invariable, genetic adaptations to this situation might well be expected. Adaptive polymorphism is one device by which populations are able to adapt to such conditions.

The third major type of habitat in the life cycle of the leopard frog is the shallow breeding pond where the first 3 months are spent in the tadpole stage. It is noteworthy that it is very difficult if not impossible to distinguish between burnsi and pipiens tadpoles. The gene only becomes clearly expressed phenotypically at metamorphosis. This suggests that the burnsi gene plays a role in adaptive coloration only in the adults, a role yet to be demonstrated.

This content downloaded from
170.144.241.66 on Thu, 07 Sep 2023 13:54:26 +00:00
All use subject to https://about.jstor.org/terms

FS-007350

In the absence of specific information about the adaptive role of the burnsi gene, it is perhaps hazardous to attribute the observed differences in frequency to selection. If such a small difference in frequency appeared in only a single population, it would be quite meaningless. However, the significant aspect of the data lies in the fact that in a number of different populations in different places and in different years, the same sort of difference continues to appear. Furthermore, it appears in two rather different kinds of data, which tend to reinforce one another. Among the evolutionary factors that lead to gene frequency change, selection seems by far the most reasonable explanation for these data.

## Summary

The frequency of the dominant burnsi type was compared in fall and spring leopard frog populations at the same locality and among living and dead frogs from the same over-wintering population. Data are available for eleven comparisons of fall and spring populations and for six comparisons between living and dead frogs. The different populations studied were separated from one another in time or space or both. The results from both types of comparison agree in indicating that the burnsi type survives the winter somewhat better than pipiens. Since the available data fail to show any evidence for heterozygote advantage, it is suggested that the burnsi polymorphism is maintained by seasonal shifts in selection pressure, with burnsi favored in the winter habitat.

## Literature Cited

Anderson, S. C., and E. P. Volpe. 1958. Burnsi and kandiyohi genes in the leopard frog, *Rana pipiens*. Science 127:1048–1050.

Kimura, M. 1955. Stochastic processes and distribution of gene frequencies under natural selection. Cold Spring Harbor Symp. Quant. Biol. 20:33–53.

Mayr, E. 1963. Animal species and evolution. Harvard Univ. Press.

Merrell, D. J. 1965. The distribution of the dominant burnsi gene in the leopard frog, *Rana pipiens*. Evolution 19:69–85.

Moore, J. A. 1942. An embryological and genetical study of *Rana burnsi* Weed. Genetics 27:408–416.

Volpe, E. P. 1955. A taxo-genetic analysis of the status of *Rana kandiyohi* Weed. Syst. Zool. 4:75–82.

Volpe, E. P. 1956. Mutant color patterns in leopard frogs. J. Heredity 47:79–85.

Volpe, E. P. 1960. Interaction of mutant genes in the leopard frog. J. Heredity 51:150–155.

This content downloaded from
170.144.241.66 on Thu, 07 Sep 2023 13:54:26 +00:00
All use subject to https://about.jstor.org/terms

# Appendix AB

**Appendix AB - Fischer, D.L. 1986. Daily Activity Patterns and Habitat Use of Coexisting Accipiter Hawks in Utah. Manuscripts of Journal Articles, Department of Zoology, Brigham Young University.**

# DAILY ACTIVITY PATTERNS AND HABITAT USE OF COEXISTING *ACCIPITER* HAWKS IN UTAH

Manuscripts of Journal Articles

Presented to the Department of Zoology

Brigham Young University

In Partial Fulfillment of

the Requirements for the Degree

Doctor of Philosophy

by

David Lawrence Fischer

April 1986


NG
CH
SSH
DF1
DF2
4
2
0
-2
-4
4
2
0
-2
-4

# DAILY ACTIVITY PATTERNS AND HABITAT USE OF COEXISTING *ACCIPITER* HAWKS IN UTAH

Manuscripts of Journal Articles

Presented to the Department of Zoology

Brigham Young University

In Partial Fulfillment of

the Requirements for the Degree

Doctor of Philosophy

by

David Lawrence Fischer

April 1986

David L. Fischer
Department of Zoology
Brigham Young University
Provo, UT 84602

# FORAGING AND NESTING HABITAT OF *ACCIPITER* HAWKS IN UTAH

running head: *ACCIPITER* HABITAT IN UTAH

DAVID L. FISCHER, Department of Zoology, Brigham Young University, Provo, Utah 84602.

JOSEPH R. MURPHY, Department of Zoology, Brigham Young University, Provo, Utah 84602

Abstract: Foraging and nesting habitat of three coexisting species of *Accipiter*, the Northern Goshawk (*A. gentilis*), Cooper's Hawk (*A. cooperii*) and Sharp-shinned Hawk (*A. striatus*), was investigated in central Utah. Sharp-shinned Hawks foraged in all habitat types present in their home ranges, while Cooper's Hawks and Northern Goshawks foraged preferentially in certain forest types, and avoided others. Northern Goshawks preferred woodland with large, mature trees. Cooper's Hawks preferred denser stands of small to medium-sized trees. Species differences in use of habitat for foraging related more to differences in accessability, than to interspecific avoidance. Nesting habitat of all three species was distinct. Sharp-shinned Hawks nested in the shortest and densest woods; Northern Goshawks nested in the tallest and most open woods; Cooper's Hawks nested in intermediate woodland. It is suggested that interspecific differences in nesting sites is better explained by

predation pressures, than by competition.

Key Words: _Accipiter gentilis_, _A. cooperii_, _A. striatus_, Northern Goshawk, Cooper's Hawk, Sharp-shinned Hawk, Nesting Habitat, Foraging Habitat, Habitat Partitioning, Radio-telemetry.

Effective management of any wildlife species requires precise knowledge of habitat requirements. For raptors, habitat management efforts have most often been directed toward identifying, protecting and enhancing nesting sites and foraging areas (Olendorff et al. 1980).

Foraging habitat has usually been investigated on a coarse-grain level (i.e., the level of the biological community). Number of observations made or time spent in broad habitat categories such as "woodland", "agricultural land" or "desert scrub", have been reported for many raptor species (Fischer et al. 1984, and references therein). Rarely, the specific microhabitats associated with hunting perches or prey capture sites have been described (Steenhof et al. 1980, Kenward 1982). Because of convenience, studies have usually been carried out on species that are diurnal, live in open country and choose conspicuous perches (e.g. Ferruginous Hawk, Wakely 1978). Radio-telemetry methods provide a means of obtaining similar data in species less easily observed such as owls (Nichols and Warner 1972, Fuller 1979) and accipiters (Kenward 1982).

Nesting habitat of raptors has been investigated on a finer-grained level. Recent studies have used a multivariate approach to describe the microhabitats of nest sites (Titus and Mosher 1981). In *Buteo* (Schmutz et al. 1980, Titus and Mosher 1981, Janes 1985) and *Accipiter* (Hennessy 1978, Reynolds et al. 1982, Moore and Henny 1983), coexisting congeners select distinct microhabits, suggesting that partitioning of nesting habitat between closely related species is usual.

From 1982-1985, we investigated habitat used for foraging and nesting in central Utah by the three North American species of *Accipiter*: the Northern Goshawk (*A. gentilis*), Cooper's Hawk (*A. cooperii*) and Sharp-shinned Hawk (*A. striatus*). Relative use of six habitat types by foraging accipiters was investigated by radio-tracking breeding adults during the nestling and fledgling-dependency periods. At this time, energy demands of young force adults to devote considerable time to hunting. Nesting habitat was studied by using a multivariate approach similar to Titus and Mosher (1981) and Reynolds et al. (1982). Previous studies investigated food partitioning between species and/or sexes of this assemblage (Storer 1966, Reynolds 1979, Kennedy 1981, Reynolds and Meslow 1984), but it was not known if differences existed between species or sexes in habitat used for foraging. Hennessy (1978), Reynolds et al. (1982) and Moore and Henny (1983) quantified nesting habitat of these three species in northern Utah, southern Idaho and Oregon, but their data come from areas dominated by coniferous forests. Our study area was predominantely deciduous forest. Whenever possible,

we tested the null hypotheses that no differences in habitat use existed between species, and that use of specific habitat types was proportional to that available.

This paper is part of a Ph.D. dissertation by the senior author submitted to the Department of Zoology, Brigham Young University. Funding was generously provided by Robert Redford, the Associated Students of Brigham Young University and the Department of Zoology, Brigham Young University. We thank D.S. Hopkins, R.L. Yergenson, J. Albuquerque and M. Belk for assistance in the telemetry work and M. Carter and A. Rencher for help in the statistical analyses. We benefited greatly from the helpful discussion and comments of R. Kenward and R. Reynolds, and thank C. M. White, J. T. Flinders and H. D. Smith for comments on early drafts of the paper.

## STUDY AREAS

Cooper's Hawks and Sharp-shinned Hawks were studied in the 26 $km^2$ Squaw Peak study area located 10 km northeast of Provo, Utah Co., in the Uinta National Forest. Elevation ranged from 3350 m at the summit of Cascade Mountain at the east edge of the study area, to a low point of 1370 m where the Provo river crossed the north end of the study area. Nests of pairs studied were no higher in elevation than 2350 m. Vegetation type varied greatly with elevation and slope aspect. Dominant tree species, ordered roughly from low to high elevation, were: Gambel's oak (*Quercus gambelli*), big-toothed maple (*Acer grandidentatum*), white fir (*Abies concolor*), Rocky Mountain Douglas fir (*Pseudotsuga menziesii*), quaking aspen (*Populus*

tremuloides), spruce (Picea sp.) and sub-alpine fir (Abies lasiocarpa). Riparian woodland containing cottonwoods (Populus spp.) and box elder (Acer negundo) occurred along the Provo River and in isolated pockets along several small tributaries emanating from the south end of the study area.

Cooper's Hawks and Northern Goshawks were studied in the 16 $km^2$ Sundance study area located 35 km NE of Provo on the east slope of Mt. Timpanogos. Elevation ranged from 1830 - 3585 m. Tree species were similar to those listed for the Squaw Peak area; however the Sundance area contained more extensive stands of conifers and mature stands of aspen. The amount of woodland edge was artificially high due to develpment of the southern third of the study area into a ski resort area.

## METHODS

### Nest Searches

Systematic ground searches for Accipiter nest sites were conducted prior to leaf-out of deciduous trees in April and May. All habitat types in each study area were searched. Nests located were plotted on 7.5 min topographic maps and checked for occupancy several times each season.

### Radio-telemetry Methods

Birds were trapped near their nests in small mist nets using a live Great Horned Owl (Bubo virginianus) as a decoy. Single-staged transmitter packages were mounted either on the tail or back as

suggested by Dunstan (1972) and Kenward (1978). Twenty-six hawks were tagged, but usable data were obtained from only 18 (seven *A. striatus*, nine *A cooperii*, two *A. gentilis*).

Radio-monitoring commenced within a few days of tagging of males and with the resumption of hunting in the case of females (females did not leave the nest stand to hunt until young were near fledging age) and continued until batteries failed or the bird left the study area (usually by 1 September). Signals were monitored from fixed receiving stations equipped with a four-element dual-Yagi null/peak antenna system (AVM Instrument Co., Dublin, California) or occasionally from on foot with a four-element Yagi antenna. In 1983, we attempted to determine locations by triangulating directional fixes taken several minutes apart from different locations by a mobile observer. This method proved unreliable because hawks often moved between readings. In subsequent field seasons, two or more radio-trackers manned fixed receiving stations and locations were made by triangulation of directional readings taken simultaneously at each station. Citizen band radios were used for communication between stations. Directional accuracy (95% level) of the null/peak antenna system was tested using beacon transmitters and found to be ± 1 degree.

The two behavioral sampling methods used were focal animal and scan sampling (Altman 1974). During focal animal samples, the signal of a systematically chosen bird was continually monitored for a 2-h period and the time spent at each location was recorded. Scan samples, which consisted of near simultaneous directional

readings on all birds in the study area, were taken at hourly intervals.

## Measurement of Nesting Habitat

Sixteen habitat variables were measured following methods adapted from James and Shugart (1970), Reynolds et al. (1982) and Moore and Henny (1983). Variables measured were percent slope, tree diameter at breast height (dbh), tree (stems $\geq$ 5 cm dbh) density, tree height, canopy height, crown depth, canopy cover (as measured with occular tube from 20 pts), percent frequency of coniferous trees, shrub cover index (scale of 1-5), herbaceous cover index (scale of 1-10), site aspect, nest directional exposure, nest height, nest tree height, nest tree dbh, and height of nest relative to canopy base. Tree density and percent frequency of conifer trees were determined by counting trees within a 15.4-m (50 ft) radius of the nest tree. Tree diameter and tree height were measured for the nest tree and 12 other trees selected via the point-centered quarter method. The three points used were the center of the nest tree and 10 m away along two cardinal compass directions chosen by toss of a coin. Canopy height and canopy depth were measured at five points, one at the nest tree and the others 10 m away along each of the four cardinal directions. Each nest or nest site was treated as a single observation and species means were compared. The first 10 variables listed above (those describing the characteristics of the entire nest stand) were entered into a stepwise, discriminant function analysis to determine

which variables were most important in distinguishing interspecific differences in nesting habitat.

## Data Analysis

Habitat use was investigated by assigning each bird location to one of six habitat classes (ordered roughly from low to high elevation): (1) riparian woodland, (2) low oak shrubland/grassland, (3) oak-maple scrub forest, (4) aspen-maple forest, (5) white fir-Douglas fir forest (to include some mixed conifer and aspen stands) and (6) open montane slopes (to include cliffs, talus slopes, ski trails, avalanche zones and open stands of subalpine fir). Use of each habitat type was determined from two independent data bases: (1) the amount of time spent in each habitat, and (2) the number of bird locations recorded in each habitat. The first method utilized data obtained during focal animal samples. The second method used locations obtained during scan samples and locations made 30 min or more apart (to assure statistical independence) during focal animal samples. Because of the triangulation errors experienced in 1983, only visually-confirmed locations from this season were analyzed. A chi-square analysis was used to test the null hypothesis that use was proportional to availablity, where availability of a given habitat type was calculated as the proportion of that type present within the individual's home range (defined here as the minimum convex polygon enclosing all locations, Mohr 1947). Availability values were obtained by superimposing home ranges onto habitat maps and

Case No. 1:23-cv-01501-RMR Document 18-4 filed 09/29/23 USDC Colorado pg 312 of 344



determining the relative proportions with a planimeter. If the null hypothesis was rejected, Bonferroni 95% confidence intervals were calculated for each habitat use value to determine which specific types were used more and less than expected (Neu et al. 1974).

## RESULTS

### Foraging Habitat

Use of habitat for foraging was investigated in seven Sharp-shinned Hawks (four male, three female), nine Cooper's Hawks (five male, four female) and two Northern Goshawks (one of each sex). Relative use and availability of each habitat type for each species (calculated by weighting within species samples equally) are presented in Figure 1. In nearly all cases, use determined by the proportion of time spent in the habitat mirrored that determined by the proportion of locations recorded. Regardless of the method used to calculate relative use, Cooper's Hawks and Northern Goshawks used available habitat non-randomly ($\underline{x}^2$ = 95.5 for location data, and $\underline{x}^2$ = 157.7 for time data, df = 5, $\underline{P} < 0.01$ for Coopers Hawk; $\underline{x}^2$ = 109.1 for location data, df = 5, $\underline{P} < 0.01$ for Northern Goshawk); whereas, use of habitat by Sharp-shinned Hawks was not different from that available ($\underline{x}^2$ = 9.9 for location data, $\underline{x}^2$ = 7.9 for time data, df = 5, $\underline{P} > 0.05$).

Species differed in the habitat types they preferred (used significantly more than expected) and avoided (used significantly less than expected) when foraging (Fig. 2). Northern Goshawks

showed a strong preference for white fir-Douglas fir woodland, even though the nests of the individuals studied were in a pure stand of aspen. They avoided oak-maple woods and open montane slopes. No oak shrubland/grassland areas were present in their home ranges. Cooper's Hawks preferred oak-maple woodland and oak shrubland/ grassland and avoided aspen-maple woodland and open montane slopes. Sharp-shinned Hawks showed no significant preference or avoidance of any habitat types. The greatest tendencies noted in this species were high use of riparian woodland and low use of open montane slopes. Although all three species avoided open montane slopes, interpreting this finding is difficult because (1) this was a "catch-all" habitat category, and (2) habitat use calculations were based soley on locations of perched birds, and not areas hunted from the air, or scanned from woodland edge perches. We saw Northern Goshawks and Cooper's Hawks capture prey several times in open areas (ski trails, avalanche zones, etc.) that were adjacent to woodland. It was obvious that these open areas were hunted, even though few radio locations were recorded there.

There was considerable within species variation in the use of habitat types (Table 1). For example, three pairs of Cooper's Hawks were studied in the lower portion of the Squaw Peak area in 1984. Nests were linearly distributed about 700 m apart along a riparian zone and home ranges of each pair contained similar amounts of each habitat type. Of the three males, use by one of oak-maple woodland was significantly greater than expected, a second showed significantly less use of this habitat than expected, while use by

the third was not different than expected. All three males used low oak shrubland/grassland more than expected, but one female used this habitat significantly less than expected. Few consistent patterns of habitat preference or avoidance were evident in the other species as well (Table 1).

We expected hawks to prefer the habitats having the most prey. The prey of Sharp-shinned Hawks was almost exclusively passerine birds (Fischer, unpublished data), as has been found elsewhere (Storer 1966, Reynolds and Meslow 1984). The prey of Cooper's Hawks and Northern Goshawks included appreciable numbers of both birds and small mammals (Fischer, unpublished data) as was previously noted in the Sundance area by Lee (1981). Bird (mostly passerine) densities in the five forest habitats were obtained using variable circular plot censuses (Reynolds et al. 1979) and were as follows: 13.5 birds per hectare in oak shrubland, 15.0 birds per hectare in white fir-Douglas fir forest, 15.4 birds per hectare in oak-maple forest, 16.1 birds per hectare in riparian forest and 20.3 birds per hectare in aspen-maple forest. We did not census birds in open montane slopes, but estimate their density there was lower than any of the other habitat types. The predominant mammalian prey were Uinta ground squirrels (Spermophilus armatus), rock squirrels (S. variagatus) and chipmunks (Eutamius spp., Lee 1981, Fischer, unpublished data). Numbers of small mammals were not quantified but appeared from casual observation to be most abundant in and around clearings in the aspen-maple and oak-maple forests. There was no indication that any of the hawks concentrated foraging

efforts in aspen-maple forest, the habitat which contained the greatest numbers of avian prey, and good numbers of ground squirrels and chipmunks.

## Nesting Habitat

Nests of all three species were found in both deciduous and coniferous woodland. For the Northern Goshawk, seven of 10 nests were in white fir-Douglas fir or mixed fir and aspen stands; three were in pure aspen stands. Five of these 10 nests were in aspen trees, five were in fir trees. For the Cooper's Hawk, only one of 17 nests was in coniferous woodland. Nine nests (53%) were in stands of aspen or maple and seven nests (41%) were in riparian woodland comprised of box elder and cottonwood. Five of the 17 nests were in box elder trees, four were in big-toothed maples, two each were in aspen, Gambel's oak and white fir trees, and one each was in a spruce and cottonwood. For the Sharp-shinned Hawk, five (56%) of nine nests were in stands of maples and oaks, three (33%) were in stands of white fir and Douglas Fir, and one (11%) was in an aspen-maple stand. Six of these nests were in firs and one each was in big-toothed maple, Gambel's oak and Utah juniper (*Juniperus utahensis*).

Vegetative structure of nest sites differed significantly between species of *Accipiter* (Table 2). Northern Goshawks selected stands with taller, larger-diameter trees and higher and deeper canopies than the other two species. Sharp-shinned Hawks selected stands with shorter, smaller-diameter trees and lower and shallower

canopies than the other species. Cooper's Hawks selected nest stands with a vegetative structure intermediate between the other two species (medium sized trees, medium canopy height and depth). All three species tended to select sites with northerly aspects (Fig. 3). Assuming equal availability of slope aspects, this preference was significant for _Accipiter_ in general ($\chi^2 = 28.7$, df=3, $P < 0.05$). However, our study areas probably contained a disproportionate number of north and east faces. The tendency to select northerly aspects is hardly surprising in central Utah, because well developed forests are largely restricted to this aspect.

Nest and nest tree measurements are summarized in Table 3. Accipiters differed significantly in height of the nest tree, diameter of the nest tree and height of the nest. No difference was evident in placement of the nest relative to canopy height. All three species tended to place nests 2 m or so above the canopy base. This helped conceal the nest from potential predators. The Northern Goshawk was the only species to build nests below the canopy (40% of nests). Nest concealment is probably not as critical to nesting success in this species because it is larger and better able to drive off potential predators. Nests, especially those in conifer trees, were typically placed against the trunk on horizontal branches. No preference in directional exposure of nests (relative to the trunk, Fig. 3) was evident. In each species, nest trees were on average larger than other trees in the stand. In the smaller two species, diameter and height of nest trees (Table 3) averaged

larger than the upper bound of the 95% confidence limits of the respective means for all trees in the stand (Table 2).

Significant differences between species (all combinations) were noted at every step of the discriminant analysis of 10 nest site variables (Table 4). At each step, the variable explaining (by itself) the greatest amount of the among groups variance in the data was entered. Thus, considering each variable alone, tree height (the first variable entered) was the most important variable in the analysis. With all variables entered, nest sites of the three species differed most from one another in tree diameter and canopy depth, as shown by the magnitude of the coefficients of the first two canonical variables (Table 5). The discriminant scores of the first two canonical variables (which accounted for 83.5% and 16.5% respectively of the among species variance) are plotted in Figure 4. A small amount of overlap in nesting habitat occurred between Cooper's Hawk and Sharp-shinned Hawk. No overlap occurred between either of these species and Northern Goshawk. Accuracy of the discriminant functions (canonical variables) was tested with a classification analysis based on posterior probabilities. The classification procedure correctly assigned 88.9% of the nests and misclassified only four nests (Table 6).

## DISCUSSION

A bird that pursues prey in the air is probably incapable of exploiting a wooded habitat with vegetation so dense that normal flight is impaired. Presumably, smaller body size and greater

in-flight maneuverability afforded by it, should allow the Sharp-shinned Hawk to use denser woodland than the Cooper's Hawk. Likewise, the Cooper's Hawk should be able to use denser woodland than the Northern Goshawk. It follows that a smaller species should be capable of foraging in a wider range of forest densities than a larger species. Wooded habitats investigated in this study varied from extremely dense oak and oak-maple stands, to moderately dense young aspen stands and riparian woodland, to comparatively open mature aspen and white fir-Douglas fir stands. Sharp-shinned Hawks, the smallest species, foraged in all habitats; Northern Goshawks, the largest species, foraged significantly ~~more often in~~ the more open forest types; thus to a large extent, the use of foraging habitat by *Accipiter* was consistent with the hypothesis that each species used all habitats it was capable of exploiting. An exception to this pattern was the low use of mature aspen stands by Cooper's Hawks. This might be interpreted as evidence that habitat partitioning occurred between Northern Goshawks (which used mature aspen stands readily) and Cooper's Hawks; however, the individual Cooper's Hawks which showed significant avoidance of aspen stands (1983 sample, Table 1), inhabited the Squaw Peak study area, where breeding Northern Goshawks were lacking.

The low use of aspen stands by Cooper's Hawks was certainly not related to a lack of prey there; this habitat held the most prey. Although our information on prey densities was limited, relative use of the six habitat types appeared unrelated to their respective prey abundances. This may mean food was not limiting, or that some

other factor, such as differential prey vulnerability between habitats, was operating. Previous observations of high nesting success and survival of last-hatched chicks of Northern Goshawks in the Sundance study area (Lee 1980, 1981), along with similar observations of our own (Fischer, unpublished data) cause us to doubt that accipiters were food-limited.

Reynolds et al. (1982) and Moore and Henny (1983) noted that the physical characteristics of nesting habitat of the three *Accipiter* species corresponded to different successional stages of conifer forests. In Oregon, Sharp-shinned Hawks used young (40-60 yr old), dense stands; Cooper's Hawks used middle-aged (50-80 yr old), moderately dense stands; Northern Goshawks used mature (80+ yr old), more open stands. In central Utah, differences in nesting habitat corresponded less exactly with successional stage (most communities were fairly stable), but similar differences in physical structure held. Characteristics of nest sites of Northern Goshawks in central Utah matched most closely those reported for eastern Oregon (Reynolds et al. 1982), while Cooper's Hawk sites were most similar to those of northeastern Oregon (Moore and Henny 1983) and northern Utah and southern Idaho (Hennessy 1978). Nest sites of Sharp-shinned Hawks were in denser stands of smaller trees than previously reported. The difference in our Sharp-shinned Hawk sites may be related to their deciduous nature. Higher densities of deciduous trees may be necessary to produce the same amount of nesting cover afforded by a given density of coniferous trees. This may be especially true prior to leaf-out of a deciduous stand.

It was at this time that hawks first occupied sites and constructed nests.

In previous studies of coexisting Accipiter, Northern Goshawk nest sites have been found to be generally distinct from those of other Accipiter, but nest sites of Cooper's Hawk and Sharp-shinned Hawk have been found to overlap broadly in vegetational structure (Hennessy 1978, Reynolds et al. 1982, Moore and Henny 1983). In our study areas, nesting habitat of all three species was distinct. Only twice during nest searches was a nest found that was of a species different from what was expected when we entered the stand. Both instances involved Cooper's Hawk nests, one in a stand more typical of Northern Goshawks, the other in a stand more typical of Sharp-shinned Hawks. These two aberrant Cooper's Hawk sites are easily discerned in Figure 4. Of the three species, Northen Goshawks appeared to have the least variable and Cooper's Hawks the most variable nest sites.

It is clear that Sharp-shinned Hawks and Cooper's Hawks did not nest in all habitat types (forest densities) they were capable of occupying. Instead, they chose the densest stands that their relative body size and flying ability allowed them to use. This was also true of Northern Goshawks; their nest sites were usually in the densest part of the aspen or fir woods used. The result of each species selecting the densest sites possible was a clear segregation between them in nesting habitat.

Partitioning of available resources between closely-related species is often assumed to have evolved to reduce competition

(Cody 1974). The differences in nesting habitat of three species of coexisting _Buteo_ hawks in interior western North America (Schmutz et al. 1980, Janes 1985) may have evolved for this reason. In the case of coexisting _Accipiter_, we favor a different explanation. By locating their nests in dense stands of small trees, Sharp-shinned Hawks may decrease the probability that their nests will be located and depredated by larger accipiters or other large raptors such as Great Horned Owls. Likewise, nest sites of Cooper's Hawks tended to be in stands too dense to allow easy access to larger hawks or owls. We suggest that partitioning of nesting habitat between the three species of _Accipiter_ where they co-occur is a result of each species independently selecting a site safe from predation. This explains why nesting habitat of Cooper's Hawks in northwestern Oregon (Reynolds et al. 1982) and Maryland (Titus and Mosher 1981), where Northern Goshawks do not co-occur (or are rare), is no different than in areas where Northern Goshawks are present. If competition with Northern Goshawks in sympatry prevents Cooper's Hawks from nesting in more mature stands, they should shift their nesting habitat to include such stands in these allopatric situations. The threat of nest predation probably forces each _Accipiter_ to nest in the densest stands possible. Thus, since body size differs between species, optimal nesting habitat for each also differs. This explanation predicts that in the absence of nest predators (especially Great Horned Owls), nest site selection by the smaller species of _Accipiter_ should be more variable.

## LITERATURE CITED

Altman, J. 1974. Observational study of behavior: sampling methods. Behaviour 49: 227-267.

Cody, M. L. 1974. Competition and the structure of bird communities. Monogr. Pop. Biol. No. 7. Princeton Univ. Press., Princeton, N.J. 318pp.

Dunstan, T.C. 1972. Radio-tagging falconiform and strigiform birds. Raptor Res. 6: 93-102.

Fischer, D. L., K. L. Ellis, and R. J. Meese. 1984. Winter habitat selection of diurnal raptors in central Utah. Raptor Res. 18: 98-102.

Fuller, M. R. 1979. Spatiotemporal ecology of four sympatric raptor species. Unpublished Ph.D. Dissertation, Univ. of Minnesota, Minneapolis. 220pp.

Hennessy, S. P. 1978. Ecological relationships of Accipiters in northern Utah with special emphasis on the effects of human disturbance. Unpublished M.S. Thesis, Utah State Univ., Logan. 66pp.

James, F. C. and H. H. Shugart, Jr. 1970. A quantitative method of habitat description. Audubon Field Notes 24: 727-736.

Janes, S. W. 1985. Habitat selection in raptors. Pages 159-188 in M.L. Cody, ed. Habitat selection in birds. Academic Press, Inc., Orlando, Florida. 558pp.

Kennedy, P. L. 1981. Prey size selection patterns of nesting male

and female Cooper's Hawks (_Accipiter_ _cooperii_). Unpublished M.S. Thesis. Univ. of Idaho, Moscow. 34pp.

Kenward, R. E. 1978. Radio-transmitters tail-mounted on hawks. Ornis Scand. 9: 220-223.

_____. 1982. Goshawk hunting behavior and range size as a function of food and habitat availability. J. Anim. Ecol. 51: 69-80.

Lee, J. A. 1980. Survival of the smallest nestling in Goshawks. Raptor Res. 14: 70-72.

_____. 1981. Comparative breeding behavior of the Goshawk and the Cooper's Hawk. Unpublished M.S. Thesis. Brigham Young Univ., Provo, Utah. 33pp.

Mohr, C. O. 1947. Table of equivalent populations of North American small mammals. Am. Midl. Nat. 37:223-249.

Moore, K. R. & C. J. Henny. 1983. Nest site characteristics of three coexisting accipiter hawks in northeastern Oregon. Raptor Res. 17: 65-76.

Neu, C. W., C. R. Byers, and J. M. Peek. 1974. A technique for analysis of utilization-availability data. J. Wildl. Manage. 38: 541-545.

Nichols, T. H. and D. W. Warner. 1972. Barred owl habitat use as determined by radio-telemetry. J. Wildl. Manage. 36: 213-224.

Olendorff, R. R., R. S. Motroni, M. W. Call. 1980. Raptor management--the state of the art in 1980. USDI, Bureau of Land Management, Tech. Note No. 345. 56pp.

Reynolds, R. T., J. M. Scott, and R. A. Nussbaum. A variable circular-plot method for estimating bird numbers. Condor 82:

Table 1. Habitat use patterns for individual birds. A G indicates use significantly greater than expected; an L indicates use significantly less than expected; a - indicates use not significantly different than expected.

| Species[2] and Sex[3] | Bird # | N Loc[4] | Habitat Types[1] R | O-G | O-M | A-M | WF-DF | OMS |
|---|---|---|---|---|---|---|---|---|
| SSH-b | 1983[5] | 49 | G | - | - | - | - | - |
| SSH-m | 347 | 68 | - | G | L | - | - | - |
| SSH-f | 363 | 54 | - | - | - | - | - | - |
| CH-b | 1983[6] | 38 | - | - | G | L | - | - |
| CH-m | 401 | 119 | - | G | L | - | - | - |
| CH-m | 437 | 112 | - | G | G | - | - | L |
| CH-m | 537 | 117 | - | G | - | - | - | L |
| CH-f | 464 | 69 | - | L | G | - | - | - |
| CH-f | 486 | 24 | - | - | - | - | - | - |
| NG-m | 077 | 154 | - | - | L | - | G | L |
| NG-f | 097 | 88 | - | - | - | - | - | - |

[1]R = riparian woodland, O-G = oak-grassland, O-M = oak-maple forest, A-M = aspen-maple forest, WF-DF = white fir-Douglas fir forest,

OMS = open montane slopes (includes cliffs, tallus slopes, mountain brush, open sub-alpine fir forest).

[2]SSH = Sharp-shinned Hawk, CH = Cooper's Hawk, NG = Northern Goshawk.

[3]m = male, f = female, b = both sexes included in sample.

[4]Number of independent locations (separated by 30 min or more) recorded.

[5]This sample includes lumped data of 5 Sharp-shinned Hawks (3 m, 2 f) radio-tracked in 1983.

[6]This sample includes lumped data of 4 Cooper's Hawks (2 m, 2 f) radio-tracked in 1983.

Table 2. Nest site characteristics of *Accipiter* in Utah. Data are means and 95% confidence limits of means for 10 habitat variables.

| | Northern Goshawk | Cooper's Hawk | Sharp-shinned Hawk |
|---|---|---|---|
| Sample Size (nests) | 10 | 17 | 9 |
| Variable: | | | |
| Slope (%) | 20.9 ± 7.6 | 15.0 ± 4.5 | 18.7 ± 5.9 |
| Tree density[1] | 7.2 ± 1.8 | 19.0 ± 4.3 | 40.3 ± 15.9 |
| Tree diameter (cm) | 27.5 ± 5.5 | 14.7 ± 2.6 | 10.0 ± 1.3 |
| Tree height (m) | 16.3 ± 2.7 | 9.3 ± 1.3 | 5.8 ± 0.7 |
| Canopy height (m) | 8.1 ± 2.2 | 4.1 ± 0.9 | 1.9 ± 0.5 |
| Canopy depth (m) | 11.6 ± 4.4 | 7.3 ± 1.3 | 4.7 ± 1.3 |
| Shrub cover[2] | 2.3 ± 0.6 | 3.2 ± 0.5 | 4.4 ± 0.6 |
| Herbaceous cover[3] | 4.5 ± 2.3 | 5.1 ± 0.9 | 4.7 ± 1.3 |
| Canopy Cover (%) | 68.4 ± 6.5 | 83.1 ± 3.6 | 81.6 ± 7.1 |
| % coniferous | 53.6 ± 30.1 | 6.2 ± 12.4 | 2.4 ± 2.5 |

[1]hundreds of trees per hectare.

[2]scale 0 (low density) - 5 (high density).

[3]scale 0 (low density) - 10 (high density).

Table 3. Nest and nest tree characteristics of *Accipiter* in Utah. Data are means and 95% confidence limits of means.

| | Northern Goshawk | Cooper's Hawk | Sharp-shinned Hawk |
|---|---|---|---|
| Sample Sizes (nests) | 10 | 17 | 9 |
| Variable: | | | |
| Nest height (m) | 11.3 ± 2.2 | 7.1 ± 1.1 | 3.1 ± 0.8 |
| Nest height above canopy base (m) | 3.1 ± 4.1 | 2.4 ± 1.1 | 1.7 ± 0.9 |
| Nest tree height (m) | 22.4 ± 5.4 | 12.2 ± 2.6 | 8.5 ± 1.8 |
| Nest tree diameter (cm) | 42.9 ± 13.9 | 25.5 ± 5.1 | 17.6 ± 3.8 |

Table 4. Order of entry of nest site variables and resulting species-comparison F-ratios at each step of the discriminant analysis. All F-ratios listed are significant ($P < 0.05$).

| Step | Variable | Error degrees of freedom | *striatus* vs. *cooperii* | *cooperii* vs. *gentilis* | *striatus* vs. *gentilis* |
|---|---|---|---|---|---|
| 1 | Tree height | 33 | 10.03 | 43.16 | 79.93 |
| 2 | Canopy cover | 32 | 4.88 | 33.45 | 44.13 |
| 3 | Tree density | 31 | 6.85 | 21.75 | 30.43 |
| 4 | Tree diameter | 30 | 5.77 | 17.05 | 22.12 |
| 5 | Canopy depth | 29 | 4.47 | 17.02 | 19.73 |
| 6 | % slope | 28 | 4.46 | 13.70 | 16.68 |
| 7 | Shrub cover | 27 | 4.10 | 11.63 | 14.90 |
| 8 | Canopy height | 26 | 3.67 | 10.24 | 13.54 |
| 9 | Herbaceous cover | 25 | 3.32 | 8.95 | 11.57 |
| 10 | % coniferous | 24 | 2.88 | 7.73 | 10.01 |

Table 5. Standardized coefficients of the first two discriminant functions[1] (canonical variables) in comparisons of vegetation sampling at *Accipiter* nest sites.

| Variable | Discriminant Function 1 | Discriminant Function 2 |
|---|---|---|
| % slope | - 0.16961 | 0.36364 |
| Tree density | 0.19445 | 0.71754 |
| Tree diameter | 0.82006 | 1.39556 |
| Tree height | 0.38434 | - 0.32246 |
| Canopy height | 0.40941 | - 0.19338 |
| Canopy depth | - 0.48064 | - 1.22371 |
| Shrub cover | - 0.34148 | 0.19482 |
| Herbaceous cover | - 0.08372 | - 0.39468 |
| Canopy cover | - 0.40340 | - 0.54751 |
| % coniferous | - 0.06079 | 0.12263 |

[1]Discriminant functions are linear combinations of the 10 habitat variables. The first function accounted for 83.5% of the among groups (species) variance; the second function accounted for the remaining 16.5% of the variance. Coefficients provide a relative measure of the importance of each variable in distinguishing nest sites of each *Accipiter*.

Table 6. Classification results of the discriminant analysis.

| Actual species | Number of nest sites | Predicted species membership: *striatus* | *cooperii* | *gentilis* |
|---|---|---|---|---|
| Sharp-shinned Hawk | 9 | 7 | 2 | 0 |
| (*A. striatus*) | | 77.8% | 22.2% | 0.0% |
| Cooper's Hawk | 17 | 1 | 15 | 1 |
| (*A. cooperii*) | | 5.9% | 88.2% | 5.9% |
| Northern Goshawk | 10 | 0 | 0 | 10 |
| (*A. gentilis*) | | 0.0% | 0.0% | 100.0% |

Figure Captions:

Figure 1. Habitat available and used by foraging accipiters in Utah. Two measures of habitat use, proportion of locations recorded and time spent in each habitat type, are presented. Sample sizes were as follows: 7 hawks, 171 locations, 694 min for Sharp-shinned Hawk; 9 hawks, 479 locations, 2288 min for Cooper's Hawk; 2 hawks, 242 locations for Northern Goshawk. For Cooper's Hawks and Northern Goshawks, use was significantly different from that expected based on availability

Figure 2. Percent deviation from expected use of six habitat types by three species of *Accipiter*. Only location data are presented. A star denotes a significant deviation based on the test of Neu et al. (1974). Sample sizes same as in Fig. 1.

Figure 3. Directional exposure of nest sites and nests of *Accipiter* hawks. Number in each cell is the number of sites or nests with that exposure. The central cell in B represents nests built in the crotch of the main stem, rather than against side of trunk.

Figure 4. Plot of the first two discriminant function (DF) scores for 36 nest sites of *Accipiter* in Utah. Squares are Northern Goshawk (NG) sites; small asterisks are Cooper's Hawk (CH) sites; circles are Sharp-shinned Hawk (SSH) sites. Large asterisks are group centroids.


Available
Use based on location data
Use based on time data
Sharp-shinned Hawk
Cooper's Hawk
Northern Goshawk
0.6
0.4
0.2
OG
OM
AM
WFDF
OMS
R
HABITAT TYPE
PROPORTION AVAILABLE OR USED WITHIN HOME RANGE


Sharp-shinned Hawk
Cooper's Hawk
Northern Goshawk
Riparian woodland
Open montane slopes
White fir-Douglas fir
Aspen-maple
Oak-maple
Oak-grassland
-100
100
-100
100
-100
100
% DEVIATION FROM EXPECTED USE

A. SITES




B. NESTS



This file was created by scanning the printed publication.
Errors identified by the software have been corrected;
however, some errors may remain.

United States
Department of
Agriculture

Forest Service

**Rocky Mountain
Forest and Range
Experiment Station**

Fort Collins,
Colorado 80526

**General Technical
Report RM-217**

# Management Recommendations for the Northern Goshawk in the Southwestern United States



FS-007387

Reynolds, Richard T.; Graham, Russell T.; Reiser, M. Hildegard; and others. 1992. Management recommendations for the northern goshawk in the southwestern United States. Gen. Tech. Rep. RM-217, Ft. Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. 90 p.

Present forest conditions – loss of a herbaceous and shrubby understory, reductions in the amount of older forests, and increased areas of dense tree regeneration – reflect the extent of human influence on these forests. These changes may also be affecting goshawk populations. Information on goshawk nesting habitat and foraging behavior, and the food and habitats of selected goshawk prey, was therefore synthesized to develop a set of management objectives, desired forest conditions, and management recommendations. Key objectives of the guidelines are to provide (1) nesting, post-fledging, and foraging areas for goshawks, and (2) habitat to support abundant populations of 14 primary goshawk prey. Thinning trees in the understory, creating small openings in the forest, and prescribed fires should help produce and maintain the desired forest conditions. Other habitat elements critical for maintaining both goshawk and prey populations include abundant snags and large downed logs, woody debris, interspersion of different tree sizes across the landscape, and the majority of a goshawk's home range in older-aged forests. These guidelines should also benefit forest health, soil productivity, and the habitats of other old-growth-dependent plants and animals.

USDA Forest Service
General Technical Report RM-217

August, 1992

# Management Recommendations for the Northern Goshawk in the Southwestern United States

**Richard T. Reynolds[1], Russell T. Graham, M. Hildegard Reiser, Richard L. Bassett, Patricia L. Kennedy, Douglas A. Boyce, Jr., Greg Goodwin, Randall Smith, and E. Leon Fisher**

**Rocky Mountain Forest and Range Experiment Station and Southwestern Region Forest Service, U.S. Department of Agriculture[2]**

[1] *Author affiliations are listed in Appendix 6.*

[2] *The Rocky Mountain Station is headquartered in Fort Collins. Colorado, in cooperation with Colorado State University; the Southwestern Region is headquartered in Albuquerque, New Mexico.*

# Table of Contents

**Executive Summary** . . . . . . . . . . . . . . . . . . . **1**
The Northern Goshawk Scientific Committee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Components of the Nesting Home Range . . . . 3
Goshawk Prey . . . . . . . . . . . . . . . . . . . . . . . . 4
Present Forest Conditions . . . . . . . . . . . . . . . 5
Management Recommendations . . . . . . . . . . . 6
Related Benefits of Achieving Desired Forest Conditions . . . . . . . . . . . . . . . . . . . . . . 8

**Introduction** . . . . . . . . . . . . . . . . . . . . . . . . **9**

**Background** . . . . . . . . . . . . . . . . . . . . . . . **10**

**Goshawk Populations and Prey Species** . . . . . . . . . . . . . . . . . . . . . . . . . . **11**
Factors Limiting Goshawk Populations . . . . 11
Diet Breadth and Population Stability . . . . . . 12
Prey Species . . . . . . . . . . . . . . . . . . . . . . . . . 12

**Conservation of the Northern Goshawk: Approach** . . . . . . . . . . . . . . . . . **13**
Nest Area . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Post-fledging Family Area (PFA) . . . . . . . . . 13
Foraging Area . . . . . . . . . . . . . . . . . . . . . . . . 14

**Synthesis of Desired Forest Conditions** . . . . . . . . . . . . . . . . . . . . . . . . . **15**
Nest Area . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
Post-fledging Family Area (PFA) . . . . . . . . . 15
Foraging Area . . . . . . . . . . . . . . . . . . . . . . . . 16

**Present Forest Conditions** . . . . . . . . . . . **20**

**Management Recommendations for the Home Range** . . . . . . . . . . . . . . . . . . . . **21**
Nest Area . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
Post-fledging Family Area (PFA) . . . . . . . . . 22
Foraging Area . . . . . . . . . . . . . . . . . . . . . . . . 26

**Related Benefits of Achieving Desired Forest Conditions** . . . . . . . . . . . **30**
Landscape Ecology . . . . . . . . . . . . . . . . . . . . 30
Species Associated with Old-Growth . . . . . . 30
Susceptibility to Catastrophic Crown Fire . . . 30
Large Snags and Downed Logs . . . . . . . . . . . 31
Forest Productivity . . . . . . . . . . . . . . . . . . . . 31
Maintenance of Mycorrhizal Communities . . 31
Forest Products . . . . . . . . . . . . . . . . . . . . . . . 32
Forage Production . . . . . . . . . . . . . . . . . . . . . 32

**Research Needs** . . . . . . . . . . . . . . . . . . . . **32**

**Acknowledgements** . . . . . . . . . . . . . . . . . . **33**

**References** . . . . . . . . . . . . . . . . . . . . . . . . . **35**

**Appendix 1. Description of ponderosa pine, mixed-species, and spruce-fir forest cover types** . . . . . . . . . . . **49**
Ponderosa Pine Forest Cover Type . . . . . . . . 49
Mixed-Species Forest Cover Type . . . . . . . . 50
Engelmann Spruce-Subalpine Fir (Spruce-fir) Forest Cover Type . . . . . . . . . . . 50

**Appendix 2. Vertebrates in the diets of nesting northern goshawks from various locations in North America** . . . . **51**

**Appendix 3. Natural history, habitat, and management recommendations for selected goshawk prey species** . . . . . **53**
American Robin . . . . . . . . . . . . . . . . . . . . . 53
Band-tailed Pigeon . . . . . . . . . . . . . . . . . . . 54
Blue Grouse . . . . . . . . . . . . . . . . . . . . . . . . 56
Chipmunks . . . . . . . . . . . . . . . . . . . . . . . . . 58
Cottontails . . . . . . . . . . . . . . . . . . . . . . . . . 60
Hairy Woodpecker . . . . . . . . . . . . . . . . . . . 62
Mantled Ground Squirrel . . . . . . . . . . . . . . 64
Mourning Dove . . . . . . . . . . . . . . . . . . . . . . 65
Northern Flicker . . . . . . . . . . . . . . . . . . . . . 67
Red-Naped Sapsucker . . . . . . . . . . . . . . . . 68
Red Squirrel . . . . . . . . . . . . . . . . . . . . . . . . 69
Steller's Jay . . . . . . . . . . . . . . . . . . . . . . . . 72
Tassel-Eared Squirrel . . . . . . . . . . . . . . . . . 74
Williamson's Sapsucker . . . . . . . . . . . . . . . 76

**Appendix 4. Forest Health** . . . . . . . . . . . . **79**
Dwarf Mistletoe . . . . . . . . . . . . . . . . . . . . . 79
Root Diseases . . . . . . . . . . . . . . . . . . . . . . . 79
Western Spruce Budworm . . . . . . . . . . . . . 79
Bark Beetles . . . . . . . . . . . . . . . . . . . . . . . . 79

**Appendix 5. Vegetation structural stage determination and management options** . . . . . . . . . . . . . . . . . **81**
Vegetation Structural Stage Determination . 81
Management Options for Developing Vegetation Structural Stages . . . . . . . . . . . . . 81

**Appendix 6. The Scientific Committee** . . . **85**

**Appendix 7. Glossary of Terms** . . . . . . . . **87**



# Executive Summary

The northern goshawk (*Accipiter gentilis atricapillus*) (hereafter called the "goshawk") is the largest North American member of the genus *Accipiter*, which includes both the sharp-shinned hawk (*Accipiter striatus*) and the Cooper's hawk (*Accipiter cooperii*). It breeds in coniferous, deciduous, and mixed forests throughout much of North America.

The goshawk is a forest habitat generalist that uses a variety of forest types, forest ages, structural conditions, and successional stages. It preys on small- to medium-sized birds and mammals (robins and chipmunks to grouse and hares), which it captures on the ground, in trees, or in the air. A single goshawk may consume one-to-two prey per day.

The principal forest types occupied by the goshawk in the Southwest are ponderosa pine, mixed-species, and spruce-fir. There is a concern that populations and reproduction of the goshawk are declining in these forests and elsewhere in the western United States. These declines may be associated with forest changes caused by timber harvesting. However, fire suppression, livestock grazing, drought, and toxic chemicals may be involved. Because of the concerns over the effects of timber harvesting, the goshawk was listed as a "sensitive species" by the Southwestern Region of the Forest Service, U.S. Department of Agriculture in 1982.

## The Northern Goshawk Scientific Committee

The Northern Goshawk Scientific Committee (GSC) was established by the Regional Forester of the Southwestern Region in the fall of 1990. Its charter was to develop a credible management strategy to conserve the goshawk in the southwestern United States. This report describes the process used, findings, and recommendations of the scientific committee. In developing the recommendations, we used available information on goshawk biology, behavior, diet, and habitat. Information about goshawk foraging habitat was augmented with information on the habitat and foods of its main prey species. From this the GSC developed a set of "desired forest conditions" that, in their best estimate, will sustain goshawk populations in the Southwestern Region.

Because information on goshawk biology is limited, and our ability to produce and sustain certain forest conditions over long periods is unknown, the development of the "desired forest conditions" for the goshawk and its prey required certain assumptions:

1) goshawks and their prey populations are limited by the availability of their foods and habitats,
2) the availability of abundant, sustainable prey populations reduces the probability that food is limiting,
3) extreme fluctuations of goshawk populations caused by changes in the abundance of one or more prey will be dampened when a wider variety of prey species are available,
4) the foods and habitats of goshawk prey in southwestern forests are similar in adjacent regions, and
5) the forest attributes and age-classes of southwestern forests described herein can be sustained with scientific management.

These assumptions reveal areas where research is needed on goshawk and forest ecology.

The following are key concepts fundamental to the GSC recommendations:

- Forests within goshawk nesting home ranges should be an interspersed mosaic of structural stages -- young to old forests -- to increase the diversity of habitat for goshawks and their many prey species. Six vegetation structural stages (VSS) were used to describe regeneration, growth, and development of forests in the Southwest (Fig. 1). The proportions of the VSS and their interspersion in the forest is how the GSC described the forest mosaic.
- The extent to which southwestern forests were modified by Native Americans before European settlement is not well known. Since European settlement, management practices (such as timber harvesting, livestock grazing, and fire control) have changed the structure and species composition of forests. Today, much forested area consists of dense "thickets" of small-diameter trees (Fig. 2). Forests containing these thickets are prone to catastrophic, tree-killing fire, and insect and disease outbreaks. Because of inter-tree competition for moisture, nutrients, and light, these thickets will not mature into large trees. To accelerate the




**Figure 1. Forest vegetation structural stages and their associated diameter breast height (DBH) ranges.**



**Figure 2. Dense "thicket" of small-diameter trees.**

Case No. 1:23-cv-01501-RMR Document 18-4 filed 09/29/23 USDC Colorado pg 343 of 344



development of mature forests and large trees, tree cutting and prescribed fire should be used to thin forest stands, concentrating growth on the remaining trees.

- Large trees, snags, and large downed logs provide important habitats for many plants and animals, and provide organic matter to the soil resource. Every acre of a goshawk nesting home range should contain a few large trees in clumps that are never removed. These trees live out their lives, die (become snags), fall, and decompose.
- Forest regeneration, growth, and development varies among locations because site specific productivity differs greatly throughout the Southwest. Therefore, no single management prescription is likely to develop or sustain the desired forest conditions on all sites within a landscape. In fact, the desired forest conditions may not be attainable on sites with low productivity, and may be easily attained on sites with high productivity.

## Components of the Nesting Home Range

Three components of a goshawk's nesting home range (about 6,000 acres) were identified: nest area, post fledging-family area (PFA), and foraging area. The size of these home range components has been determined from behavioral and radio-telemetry studies of goshawks.

The **nest area** (approximately 30 acres), which may include more than one nest, is typically located on a northerly aspect in a drainage or canyon, and is often near a stream. Nest areas contain one or more stands of large, old trees with a dense canopy cover (Fig. 3). A goshawk pair occupies its nest area from early March until late September. The nest area is the center of all movements and behaviors associated with breeding from courtship through fledging. Most goshawks have two to four alternate nest areas within their home range; alternate nest areas may be used in different years, and some may be used for decades.

The **post fledging-family area** (PFA) (approximately 420 acres) surrounds the nest area. Because of its size, it typically includes a variety of forest types and conditions. The PFA appears to correspond to the territory (defended area) of a



Figure 3. Nest areas contain one or more stands of large, old trees with a dense canopy.



FS-007395

goshawk pair, and represents an area of concentrated use by the family from the time the young leave the nest until they are no longer dependent on the adults for food (up to two months). These areas are important for fledglings; they provide hiding cover and prey on which to develop hunting skills. PFAs have patches of dense trees, developed herbaceous and/or shrubby understories, and habitat attributes (snags, downed logs, small openings) that are critical for many goshawk prey (Fig. 4).

The **foraging area** is approximately 5,400 acres in size, and surrounds the PFA. Hunting goshawks evidently use available habitats opportunistically. This opportunism suggests that the choice of foraging habitat by goshawks may be as closely tied to prey availability as to habitat structure and composition. Goshawks hunt from tree perches by scanning lower portions of the forest (ground, lower canopy) for prey. Because of visual limitations in dense forest environments, an open understory enhances detection and capture of prey (Fig. 5). Raptor (hawks, falcons, owls) populations are often limited by availability and abundance of their prey. The recommendations presented here are based on information available on how foraging goshawks use their habitat, and was supplemented with information on the habitats, foods, and cover of important goshawk prey.

## Goshawk Prey

A comparison of goshawk diets from disparate areas within North America showed that, while as many as 50 species are eaten, about 20 are common in the diets. Fourteen species were important in the diet of southwestern goshawks. Information on the distribution, habitat, special habitat needs, home range size, and populations of these 14 prey species were gleaned from the literature. A synthesis of this information provided a set of "desired forest conditions" that would result in sustainable populations of each prey. Because no single prey species is likely to be abundant enough to support goshawks, especially during the winter and extreme environmental fluctuations (periods of drought), habitats for and populations of all 14 prey are necessary.

Selected goshawk prey include squirrels, rabbits, woodpeckers, jays, and grouse. Specific habitat attributes used by these species include: snags,



**Figure 4. PFAs have patches of dense trees, developed herbaceous and/or shrubby understories, and habitat attributes (snags, downed logs, small openings) that are critical for many goshawk prey.**