# Appendix 4. Forest Health

Forest health is a function of many of biotic and abiotic factors. Insects and diseases are essential components of ecosystems. They provide food (insects, fungi, mistletoe), structural diversity (snags, downed logs, witches brooms), and nest sites (tree cavities, witches brooms) for many wildlife species. Fire suppression and logging of large trees has increased the frequency and intensity of epidemics of insects, root diseases, and dwarf mistletoes. These epidemics may prevent forests from reaching the older age classes by reducing growth and increasing tree mortality. The distribution of pest-affected or pest-susceptible stands should be considered in ecosystem management. Pest prevention and suppression strategies, or in some cases no action, should be utilized where appropriate to develop or maintain the desired forest conditions for goshawks and their prey.

## Dwarf Mistletoe

Dwarf mistletoes are common on conifers in the Southwest, and were identified as early as 1909 as one of the primary causes of mortality in ponderosa pine (Krauch 1926, Hawksworth and Weins 1972, Hawksworth and Geils 1989).

Dwarf mistletoes can alter the structure of forests by reducing growth and increasing tree mortality. Some of these changes, as well as the mistletoe plant itself, benefit wildlife (Bennetts 1991). Over time, however, mistletoe related changes can be detrimental to some goshawk prey species. For example, ponderosa pine stands severely infected with southwestern dwarf mistletoe (*Arceuthobium vaginatum* subsp. *cryptopodum*) become stagnated and may not develop beyond the young forest stage (VSS 3) or may revert, because of high mortality, to the grass/forb/shrub stage (VSS 1).

Management recommendations for developing the desired forest conditions could include application of sanitation cuts and thinnings to reduce the detrimental effects of mistletoe in the post-fledging family areas and foraging areas. It makes good sense to select reserve trees that are free of or only lightly infected with dwarf mistletoe. Because mistletoe in large trees infects nearby understory trees, the understory might not reach the larger tree sizes. When necessary, infected trees can be killed and left standing by using intense basal fires, or by girdling (Conklin et al. 1991).

## Root Diseases

Fungal root diseases are common in many mixed-species and spruce-fir forests and in some pines in the Southwest (Wood 1983). Root diseases generally result in spreading centers of tree mortality, and all VSS are susceptible. Root diseases survive for decades in roots of stumps and snags, and can infect susceptible trees through root contact (Tkacz and Baker 1991). A recommended means for reducing root disease is to patch-cut disease centers and regenerate with resistant species (such as aspen) or ponderosa pine in mixed-species forests.

## Western Spruce Budworm

The western spruce budworm (*Choristoneura occidentalis*) is a widely distributed defoliator of mixed-species forests (Fellin and Dewey 1982). The spruce budworm can seriously affect the growth of young trees under a canopy. Affected trees display less vigorous growth, less foliage volume, and reduced cone production. Mature trees severely defoliated by budworm are predisposed to one or more species of tree-killing bark beetles.

The 2- to 4-acre openings and understory tree removal in mixed-species forests will make stands less susceptible to spruce budworm by allowing the regeneration of intolerant species such as ponderosa pine.

## Bark Beetles

Bark beetles, including engraver beetles (*Ips*), western pine beetle (*Dendroctonus brevicomis*), and mountain pine beetle (*D. ponderosae*) are periodically destructive to ponderosa pine in the Southwest. Spruce can be killed by spruce beetle (*D. rufipennis*) and Douglas-fir by Douglas-fir beetle (*D. pseudotsugae*). Bark beetles typically attack trees that are weakened by disease, overcrowding, defoliation, injury, or drought.

Thinning to reduce overcrowded conditions in young to old forests will reduce the susceptibility of trees to bark beetle epidemics.

# Appendix 5. Vegetation structural stage determination and management options

## Vegetation Structural Stage Determination

Vegetation structural stage (VSS) is a method of describing the growth stages of a stand of living trees. It is based on tree size (DBH) and total canopy cover. Overall, the VSS is dependent on the time it takes seedlings to become established and subsequent growth rates. Life expectancy of trees determines how long the oldest VSS can be maintained.

The time required for seedling establishment depends on:

1) cone crop frequencies ( Appendix 1, Table 2; page 49),
2) cone development,
3) seed production and distribution,
4) proper conditions for germination,
5) root system establishment, and
6) climatic conditions.

Seedling establishment varies from 10 years in ponderosa pine and mixed-species, to 20 years in spruce-fir after a canopy is opened and a forest floor is disturbed (Pearson 1950, Alexander 1974).

Tree diameter growth rates vary with:

1) initial diameter (starting point),
2) site productivity,
3) climatic conditions, and
4) level of management.

Ponderosa pine and mixed-species forest types have similar diameter growth rates, ranging from 0.2 to 2.5 inches per decade (Edminister et al. 1991) (Tables 1, 2). Spruce-fir forests usually have growth rates of 0.2 to 1.4 inches per decade (Table 3).

Pathological age of trees is the ages (years) when growth slows, significant decay develops, and mortality is high (Boyce 1961). Pathological age ranges from 10 years in Gambel oak to 250-450 years in Engelmann spruce (Table 4). However, individual trees can live much longer. In southwestern tree species, longevity ranges from 80 years in Gambel oak to >2000 years in limber pine (Table 4).

Site productivity and growth rates vary widely among forest types of the Southwest. The following site indices (SI) and basal areas per acre (BA/A) were chosen to typify each forest type (Tables 1, 2, 3):

1) Ponderosa pine: 70 SI, 60 BA/A
2) Mixed-species: 70 SI, 80 BA/A
3) Spruce-fir: 80 SI, 100 BA/A

## Management Options for Developing Vegetation Structural Stages

To develop the VSS proportions in goshawk home ranges many options are available. To achieve the desired forest conditions, some form of stand regeneration and tree density control (e.g., fire, insect and disease, understory thinning) is needed. Depending on management intensity (minimal, moderate, and intensive), the desired forest conditions can be obtained at varying rates (Tables 1, 2, 3, 5).

Intensity of forest treatments (thinning) influences the growth rates of trees . For example, because of competition, trees in unthinned ponderosa pine stands will not grow more than 11 inches in diameter over a 220 year period (Table 5). As a result, these unthinned stands will remain in a "young VSS" (DBH) even though they are 200 years old. Table 5, illustrates how trees and forests change (mean diameter, basal are, tree per acre, and VSS) through time under five different management intensities.

**Table 1. Estimated diameter growth rates, age in vegetation structural stage (VSS), accumulated age, and proportion of landscape in each VSS for the ponderosa pine forest cover type (site index = 70, basal area = 60 sq ft/ac).**

| Structural Stage (SS) and Diameter (inches) | Grass/Forb/Shrub 0-1 | | Seedling-Sapling 1-5 | | Young Forest 5-12 | | Mid-aged Forest 12-18 | | Mature Forest 18-24 | | Old Forest 24+ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Minimal Managment** | | | | | | | | | | | | |
| Diameter growth/decade (inches) | 0 | | 1.33 | | 1.52 | | 1.48 | | 1.3 | | 1 | |
| Years (Acc-yrs)[1] | 20 | (20) | 30 | (50) | 46 | (96) | 41 | (137) | 46 | (183) | 50 | (233) |
| Percent in SS | 9 | | 13 | | 20 | | 17 | | 20 | | 21 | |
| **Moderate Management** | | | | | | | | | | | | |
| Diameter growth/decade (inches) | 0 | | 1.91 | | 1.76 | | 1.64 | | 1.4 | | 1.10 | |
| Years (Acc-yrs) | 20 | (20) | 21 | (41) | 40 | (81) | 37 | (117) | 43 | (160) | 45 | (204) |
| Percent in SS | 10 | | 10 | | 19 | | 17 | | 20 | | 24 | |
| **Intensive Management** | | | | | | | | | | | | |
| Diameter growth/decade (inches) | 0 | | 2.5 | | 2 | | 1.8 | | 1.5 | | 1.2 | |
| Years (Acc-yrs) | 20 | (20) | 16 | (36) | 35 | (71) | 33 | (104) | 40 | (144) | 50 | (194) |
| Percent in SS | 10 | | 8 | | 18 | | 17 | | 21 | | 26 | |

[1] *Years (Acc-yrs): Number of years in structural stage (SS) and accumulated years (Acc-yrs).*

**Table 2. Estimated diameter growth rates, age in vegetation structural stage (VSS), accumulated age, and proportion of landscape in each VSS for the mixed-species forest cover type (site index = 70, basal area = 80 sq ft/ac).**

| Structural Stage (SS) and Diameter (inches) | Grass/Forb/Shrub 0-1 | | Seedling-Sapling 1-5 | | Young Forest 5-12 | | Mid-aged Forest 12-18 | | Mature Forest 18-24 | | Old Forest 24+ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Minimal Managment** | | | | | | | | | | | | |
| Diameter growth/decade (inches) | 0 | | 0.82 | | 1.02 | | 1.20 | | 1.1 | | 1.03 | |
| Years (Acc-yrs)[1] | 20 | (20) | 49 | (69) | 69 | (137) | 50 | (187) | 55 | (242) | 44 | (290) |
| Percent in SS | 7 | | 17 | | 24 | | 17 | | 19 | | 17 | |
| **Moderate Management** | | | | | | | | | | | | |
| Diameter growth/decade (inches) | 0 | | 1.08 | | 1.27 | | 1.34 | | 1.2 | | 1.07 | |
| Years (Acc-yrs) | 20 | (20) | 37 | (57) | 55 | (112) | 45 | (157) | 50 | (207) | 47 | (254) |
| Percent in SS | 8 | | 15 | | 22 | | 18 | | 20 | | 18 | |
| **Intensive Management** | | | | | | | | | | | | |
| Diameter growth/decade (inches) | 0 | | 1.33 | | 1.52 | | 1.48 | | 1.3 | | 1 | |
| Years (Acc-yrs) | 20 | (20) | 30 | (50) | 46 | (96) | 41 | (137) | 46 | (183) | 50 | (233) |
| Percent in SS | 9 | | 13 | | 20 | | 17 | | 20 | | 21 | |

[1] *Years (Acc-yrs): Number of years in structural stage (SS) and accumulated years (Acc-yrs).*

**Table 3. Estimated diameter growth rates, age in vegetation structural stage (VSS), accumulated age, and proportion of landscape in each VSS for the spruce-fir forest cover type (site index = 80, basal area = 100 sq ft/ac).**

| Structural Stage (SS) and Diameter (inches) | Grass/Forb/Shrub 0-1 | Seedling-Sapling 1-5 | Young Forest 5-12 | Mid-aged Forest 12-18 | Mature Forest 18-24 | Old Forest 24+ |
|---|---|---|---|---|---|---|
| **Minimal Managment** | | | | | | |
| Diameter growth/decade (inches) | 0 | 1.00 | 1.02 | 1.00 | 0.9 | 0.8 |
| Years (Acc-yrs)[1] | 20 (30) | 40 (70) | 69 (139) | 60 (199) | 67 (265) | 63 (328) |
| Percent in SS | 6 | 13 | 22 | 19 | 21 | 20 |
| **Moderate Management** | | | | | | |
| Diameter growth/decade (inches) | 0 | 1.75 | 1.51 | 1.40 | 1.2 | 0.9 |
| Years (Acc-yrs) | 30 (30) | 23 (53) | 49 (99) | 43 (142) | 50 (192) | 56 (248) |
| Percent in SS | 8 | 14 | 23 | 17 | 19 | 19 |
| **Intensive Management** | | | | | | |
| Diameter growth/decade (inches) | 0 | 2.5 | 2 | 1.8 | 1.5 | 1 |
| Years (Acc-yrs) | 20 (30) | 16 (46) | 35 (81) | 33 (114) | 40 (154) | 50 (204) |
| Percent in SS | 10 | 8 | 18 | 17 | 21 | 26 |

[1] *Years (Acc-yrs): Number of years in structural stage (SS) and accumulated years (Acc-yrs).*

**Table 4. The oldest and pathological ages (years) for several tree species in the Southwest.**

| Species | Oldest Age | Pathological Age (Age of Decline) | Reference |
|---|---|---|---|
| Ponderosa pine | 650 | 145-200 | Pearson 1950; White 1985; Covington and Mooore 1991 |
| Interior Douglas-fir | 400 | 150 | Hermann and Lavendar 1990 |
| Interior white fir | 300-360 | 150 | Markstrom and McElderry 1984; Hunter 1989 |
| Subalpine fir/Cork bark fir | 250 | 130 | Hunter 1989 |
| Engelmann spruce | 500-600 | 250-450 | Alexander and Shepperd 1990 |
| Blue spruce | > 600 | Unknown | Fechner 1990 |
| Eastern white pine | > 450 | 160-170 | Hunter 1989 |
| Southwestern white pine | Intermediate between eastern and western white pine | | |
| Western white pine | 500 | 300-400 | Graham 1990 |
| Limber pine | > 2000 | 200-300 | Preston 1961; Lynch 1990; Steele 1990 |
| Aspen | > 200 | 40-120 | Hunter 1989; Perala 1990 |
| Gambel oak | > 80 | 10 | Brotherson et al. 1983 |

Case No. 1:23-cv-01501-RMR Document 18-6 filed 09/29/23 USDC Colorado pg 6 of 198



**Table 5. Projected basal areas, trees per acre, and tree diameters from growth rates for unthinned and extensively thinned stands, Fort Valley Experimental Forest[1]**

| Treatment: Thin from below, age | Treatment: Leave basal area[3] | | Age[2]: 0 | 20 | 40 | 60 | 80 | 100 | 120 | 140 | 160 | 180 | 200 | 220 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No Treatments | | BA[4] | 0 | 2.7 | 114.2 | 175.7 | 199.9 | 212.9 | 213.7 | 214.9 | 218.5 | 223.7 | 216.3 | 212.2 |
| | | TPA | 500 | 500 | 500 | 493.7 | 476.1 | 463.0 | 439.9 | 416.3 | 402.0 | 397.0 | 373.3 | 346.5 |
| | | DBH | 0 | 1.0 | 6.5 | 8.1 | 8.8 | 9.2 | 9.4 | 9.7 | 10.0 | 10.2 | 10.3 | 10.6 |
| 40 | 40 | BA | 0 | 2.7 | 40.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| 60 | 100 | | | | | | | | | | | | | |
| 80 | 100 | | | | | | | | | | | | | |
| 100 | 100 | TPA | 500 | 500 | 171.4 | 162.6 | 112.2 | 81.2 | 60.7 | 47.5 | 38.2 | 31.2 | 25.9 | 21.9 |
| 120 | 100 | | | | | | | | | | | | | |
| 140 | 100 | | | | | | | | | | | | | |
| 160 | 100 | | | | | | | | | | | | | |
| 180 | 100 | DBH | 0 | 1.0 | 6.5 | 10.6 | 12.8 | 15.0 | 17.4 | 19.7 | 21.9 | 24.3 | 26.6 | 28.9 |
| 200 | 100 | | | | | | | | | | | | | |
| 220 | 100 | | | | | | | | | | | | | |
| 40 | 30 | BA | 0 | 2.7 | 30.0 | 88.9 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| 60 | 100 | | | | | | | | | | | | | |
| 80 | 100 | | | | | | | | | | | | | |
| 100 | 100 | TPA | 500 | 500 | 128.0 | 128.0 | 96.8 | 71.6 | 54.5 | 43.1 | 35.0 | 28.8 | 24.1 | 20.5 |
| 120 | 100 | | | | | | | | | | | | | |
| 140 | 100 | | | | | | | | | | | | | |
| 160 | 100 | | | | | | | | | | | | | |
| 180 | 100 | DBH | 0 | 1.0 | 6.6 | 11.3 | 13.8 | 16.0 | 18.3 | 20.6 | 22.9 | 25.2 | 27.6 | 29.9 |
| 200 | 100 | | | | | | | | | | | | | |
| 220 | 100 | | | | | | | | | | | | | |
| 40 | 40 | BA | 0 | 2.7 | 40.0 | 50.0 | 60.0 | 79.9 | 79.0 | 89.8 | 100.0 | 110.0 | 120.0 | 130.0 |
| 60 | 50 | | | | | | | | | | | | | |
| 80 | 60 | | | | | | | | | | | | | |
| 100 | 70 | TPA | 500 | 500 | 171.4 | 79.0 | 50.6 | 38.1 | 31.3 | 27.4 | 24.9 | 23.3 | 22.2 | 21.6 |
| 120 | 80 | | | | | | | | | | | | | |
| 140 | 90 | | | | | | | | | | | | | |
| 160 | 100 | | | | | | | | | | | | | |
| 180 | 110 | DBH | 0 | 1.0 | 6.5 | 10.8 | 14.7 | 18.4 | 21.6 | 24.5 | 27.1 | 29.4 | 31.5 | 33.2 |
| 200 | 120 | | | | | | | | | | | | | |
| 220 | 130 | | | | | | | | | | | | | |
| 40 | 30 | BA | 0 | 2.7 | 30.0 | 80.0 | 80.0 | 80.0 | 79.7 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| 60 | 80 | | | | | | | | | | | | | |
| 80 | 80 | | | | | | | | | | | | | |
| 100 | 80 | TPA | 500 | 500 | 128.0 | 114.1 | 72.9 | 50.4 | 36.7 | 28.0 | 22.0 | 17.7 | 14.5 | 21.1 |
| 120 | 80 | | | | | | | | | | | | | |
| 140 | 80 | | | | | | | | | | | | | |
| 160 | | | | | | | | | | | | | | |
| 180 | 80 | DBH | 0 | 1.0 | 6.6 | 11.3 | 14.2 | 17.1 | 20.0 | 22.9 | 25.8 | 28.8 | 31.8 | 34.8 |
| 200 | 80 | | | | | | | | | | | | | |
| 220 | 80 | | | | | | | | | | | | | |
| 40 | 30 | BA | 0 | 2.7 | 30.0 | 40.0 | 50.0 | 60.0 | 70.0 | 79.9 | 90.0 | 100.0 | 110.0 | 120.0 |
| 60 | 40 | | | | | | | | | | | | | |
| 80 | 50 | | | | | | | | | | | | | |
| 100 | 60 | TPA | 500 | 500 | 128.0 | 55.9 | 35.9 | 27.4 | 22.8 | 20.2 | 18.5 | 17.4 | 16.7 | 16.2 |
| 120 | 70 | | | | | | | | | | | | | |
| 140 | 80 | | | | | | | | | | | | | |
| 160 | 90 | | | | | | | | | | | | | |
| 180 | 100 | DBH | 0 | 1.0 | 6.6 | 11.4 | 16.0 | 20.0 | 23.7 | 27.0 | 29.9 | 32.5 | 34.8 | 36.8 |
| 200 | 110 | | | | | | | | | | | | | |
| 220 | 120 | | | | | | | | | | | | | |
| | VSS[5] | | 1 | 2 | 3 | | 4 | 5 | | | | 6 | | |

[1] *Ronco et al. 1985, Edminster et al. 1991.*
[2] *Conditions displayed in age class are a reflection for the end of each time period.*
[3] *Leave basal area: Basal area in square feet per acre after thinning.*
[4] *BA = Basal area/acre in square feet, TPA = trees/acre, DBH = Diameter Breast Height.*
[5] *VSS = Vegetation structural stage.*

# Appendix 6. The Scientific Committee

**Richard L. Bassett**
Regional Silviculturalist
Timber Management Staff Unit
USDA Forest Service, Southwestern Region
517 Gold Ave. SW
Albuquerque, NM 87102

**Douglas A. "Sandy" Boyce, Jr.**[2]
Regional Goshawk Program Coordinator
Division of Wildlife
USDA Forest Service, Southwestern Region
517 Gold Ave. SW
Albuquerque, NM 87102

**E. Leon Fischer**[3]
Threatened, Endangered, and Sensitive Species
Program Coordinator
Division of Wildlife
USDA Forest Service, Southwestern Region
517 Gold Ave. SW
Albuquerque, NM 87102

**Greg Goodwin**[3]
Wildlife Staff Officer
USDA Forest Service, Southwestern Region
Coconino National Forest
2323 E. Greenlaw Ln.
Flagstaff, AZ 86004

**Russell T. Graham**
Research Forester
USDA Forest Service,
Intermountain Research Station
1221 S. Main
Moscow, ID 83843

**Patricia L. Kennedy**[1]
Assistant Professor
Department of Fishery & Wildlife Biology
Colorado State University
Fort Collins, CO 80526

**M. Hildegard Reiser**
District Biologist
USDA Forest Service, Southwestern Region
Apache-Sitgreaves National Forests
Heber Ranger District
P.O. Box 968
Overgaard, AZ 85933

**Richard T. Reynolds**
Research Wildlife Biologist
USDA Forest Service,
Rocky Mountain Station
240 W. Prospect
Fort Collins, CO 80526

**Randall Smith**[3]
Wildlife Staff Officer
USDA Forest Service, Southwestern Region
Coronado National Forest
300 W. Congress
Tucson, AZ 85701

[1] *Advisor*
[2] *Present chair*
[3] *Past chair*

# Appendix 7. Glossary of Terms

**Active nest**---A goshawk nest known to have contained an egg. A nest need not have successfully produced fledglings to be considered active.

**Active nest area**---A goshawk nest area containing an active nest.

**Adverse management activity**---Any activity that could adversely modify goshawk behavior, reproductive effort, or habitat.

**Alternate nest area**---Goshawk home ranges often contain two or more nest areas, only one of which will be active in a given year. All alternate nest areas are historical nest areas.

**Basal Area (BA)**---Basal area is the cross section at breast height (4.5 feet above ground level) or at the root crown of a tree or trees, usually expressed as square feet per acre. A measure of stand density.

**Breeding season**---The period from March 1 through September 30, which includes courtship, incubation, nestling, and fledgling-dependency periods.

**Blowdown**---Trees fallen over in a forest, usually exposing the root system.

**Brood**---Family of young in a nest. Brood size is the number of a young in nest.

**Canopy cover**---The percentage of a fixed area covered by the crowns of plants delimited by a vertical projection of the outermost perimeter of the spread of the foliage.

**Climax species**---Plant species occurring in a relatively stable community.

**Clumpiness**---The occurrence of trees in groups.

**Clutch**---Eggs in a nest. Clutch size is the number of eggs in a nest.

**Codominant tree**---Trees in the upper levels of a forest canopy, not quite as tall as the tallest trees. Together with the tallest trees (dominants) the codominants comprise the main canopy of the stand.

**Diameter at breast height (DBH)**---The outside bark diameter of a tree measured at breast height, 4.5 feet above the forest floor on the uphill side of the tree.

**Diameter root crown (DRC)**---The outside bark diameter of tree measured 2 inches above the break between root collar and the normal taper of the stem. Root collar is the region where root and stem merge. If the tree is multistemmed, the EDRC (equivalent diameter root crown) is calculated and the tree represents one tree.

**Dominant tree**---The tallest tree in a forest. Together with the codominants, the dominant trees comprise the main canopy of the stand.

**Downed log**---Fallen trees or portions of fallen trees.

**Epigeous**---Living or occurring near the soil surface.

**Estivation**---Lowering of the metabolic rate by animals in response to heat stress and/or drought.

**Failed nest**---An active nest in which the eggs or nestlings are lost (e.g., to predators, weather) or abandoned by the adult(s). No young fledged.

**Fire hazard fuels**---Leaves, needles, branches, and tree boles usually less than 3 inches in diameter that dry rapidly and burn easily.

**Fledgling**---A young bird that has left its nest but is unable to completely care for itself.

**Fledgling-dependency period**---The period beginning when the young leave the nest to when they are no longer dependent upon adults for food (about 30-60 days for goshawks).

**Foraging area**---Areas where prey are searched for, pursued by and captured by goshawks.

**Foraging habitat**---Forest lands and lands in openings within 100 feet of a forest edge. To be considered foraging habitat, a patch of forest must be 1 acre or larger. Roadside, streamside, and shelterbelt strips of trees must have a width at least 200 feet to be foraging habitat. Unimproved roads and trails, streams, and clearings in forest areas are classified as foraging habitat if they are less than 200 feet wide.

**Forest cover type**---Also referred to as forest type, cover type, or type. A descriptive classification of a forest based upon the tree species occupying an area (Eyre 1980). Forest cover types are named after predominant tree species. Predominance is determined by basal area, and the name is confined to one or two tree species (ponderosa pine, aspen, piñon-juniper, cottonwood-willow, Engelmann spruce-corkbark fir). The mixed-species conifer forest cover type is not a recognized forest cover type because it includes elements of several cover types (bristlecone pine, interior Douglas-fir, white fir, blue spruce, and limber pine).

**Forest lands**---Lands at least 10 percent stocked by trees of any size, including lands that formerly had such tree cover and that could be naturally or artificially regenerated.

Case No. 1:23-cv-01501-RMR Document 18-6 filed 09/29/23 USDC Colorado pg 10 of 198



**Fuel ladder**---Combustible materials that carry fires from the surface into the tree canopies. Important in the production of catastrophic fires.

**Grapple piling**---Piling of woody debris using a backhoe equipped with a grapple, or equipped with a bucket that is capable of opening and holding pieces of debris.

**Ground cover**---Cover produced by herbaceous (including grass and ferns) and shrubby plants.

**Group selection**---A regeneration method in the uneven-aged silvicultural system in which trees are removed in small groups. The purpose is to create a stand with 3 or more age classes.

**Historical nest**---A nest known to have been active in the past.

**Historical nest area**---A nest area containing one or more historical nests. An alternate nest area is an historical nest area. Historical nest areas are important because they may contain the habitat elements that attracted the birds originally.

**Home range**---The area that an animal habitually uses during nesting, resting, bathing, foraging, and roosting. Adjacent pairs of goshawks may have overlapping home ranges; the extent of overlap is unknown. A nesting home range contains nest areas (active and historical), the post-fledging family area, and the foraging area.

**Hypogeous**---Living or occurring below the soil surface.

**Improvement cut**---A cut done in either even- or uneven-aged stands where the residual trees are of pole size or larger.

**Interspersion of vegetative structural stage**---The degree of intermixing of vegetative structural stages. A low intermixing of the VSS would mean relatively large, contiguous areas of similar VSS; high intermixing would mean relatively small groups of all VSS.

**Intact group**---A group of trees delineated by mature and old trees, but containing all other trees (sizes and ages), shrubs, and ground cover.

**Intermediate tree**---A tree occupying a position below the crowns of dominant and codominant trees.

**Intermediate treatment**---The treatment (cutting) of trees from a stand between the time of regeneration and final harvest. Treatments include cleaning, thinning, liberation, improvement, salvage, and sanitation cuttings. Treatments other than removal (pruning, fertilization, prescribed fire) can also be called intermediate.

**Liberation treatment**---Removing the larger trees from a stand when the favored trees are saplings or smaller.

**Lopping and scattering**---A method to disperse logging debris, and to reduce it to a specific height (usually 2-3 feet) above the ground.

**Main canopy**---The dominants and codominants (overstory trees) in a stand.

**Mesic** habitats---Forests that are more moist and cool. Mesic habitats are usually located along drainages, at base of slopes, or on northerly exposures.

**Middens**---Food cache sites for red squirrels.

**Mixed-conifer**---Mixed-conifer forests are similar to mixed-species forest cover type. See **Forest cover type**.

**Multi-storied stand**---A forest stand having more than one horizontal layer of vegetation.

**Mycorrhizae**---Symbiotic fungi on plant roots that function in the absorption of water and nutrients from the soil.

**Natural opening**---An opening in the forest canopy not created by management activities.

**Nest**---A platform of sticks on which eggs are laid. Most goshawk nests are placed within the lower two-thirds of tree crowns, often against the trunk but occasionally on a limb up to 10 feet from the trunk.

**Nest area**---The nest tree and stand(s) surrounding the nest that contain prey handling areas, perches, and roosts. Nest areas are often on mesic sites (northerly facing slopes, along streams).

**Nest attempt**---An attempt to nest. Evidenced by courtship behavior in a nest area, new nest construction, reconstruction of an old nest, eggs, or nestlings.

**Nest stand**---The stand of trees that contains the nest tree.

**Nest tree**---The tree containing the nest.

**Nesting home range**---The home range of a pair of nesting goshawks. See **Home range**.

**Nesting season**---The period from the beginning of courtship behavior until the fledgling(s) are no longer dependent on adults for food.

**Nonreserved forest land**---Forest land not withdrawn from tree utilization through statute or administrative designation.

**Opening**---A break in the forest canopy that may be covered by grasses, forbs, shrubs, tree seedlings; or areas with sapling-sized trees and larger that are stocked less than 10 percent.

**Overstory**---The uppermost canopy layer of a forest.



FS-007480

**Permanent skid trail**---A pathway over which logs are removed. These trails are a permanent extension of the existing forest transportation system.

**Plucking post**---A perch used by a goshawk while removing feathers and fur from prey. Plucking posts can be in a tree, downed log, stump, or on the ground. Plucking posts are identified by feather and fur remains of prey.

**Post-fledging family area**---The area of concentrated use by the goshawk family after the young leave the nest.

**Protocol**---A formalized methodology to monitor resources.

**Regeneration method**---The silvicultural treatment of a stand that is employed to establish a new stand of trees.

**Replacement nest area**---Forest areas with physiographic characteristics and size similar to suitable goshawk nest areas. Replacement areas can have young to mature forests that can be developed into suitable nest areas.

**Reserved forest land**---Forest land withdrawn from tree utilization through statute or administrative designation.

**Reserved trees**---Old and mature trees retained in a management area forever. These trees are a recruitment source for snags and downed logs.

**Roost**---Tree or groups of trees used by birds or mammals for resting. A roost site consists of all other trees whose crowns overlap or interlock with the roost tree.

**Sanitation cut**---The removal of insect-attacked or diseased trees to maintain the health a stand.

**Scarification**---Soil layer disturbance(s) for the purpose of preparing seed beds and/or stimulating vegetative growth from root structures.

**Seral species**---Plant and animal species that will be replaced over time through forest succession.

**Sensitive species**---Plant and animal species identified by the Regional Forester for which population viability is a concern, as evidenced by: a) significant current or predicted downward trends in population numbers, b) significant current or predicted downward trends in habitats of these species (USDA Forest Service 1991, Manual 2600, Chapter 2670.50, pg. 12).

**Shelterwood**---A regeneration method in the even-aged silvicultural system that establishes new trees or seedlings under overstory trees. Overstory trees provide seed for regeneration, and shade and protection for seedlings. The overstory trees can be removed at one time (final removal) or gradually removed over a long period of time. Uniform shelterwood is applied over an entire stand. Irregular group shelterwood partitions the stand into groups.

**Silvicultural system**---A planned program of treatments during the life of a stand. There are two basic silvicultural systems, the even-aged and uneven-aged.

**Single-storied stand**---Stand of trees having a single canopy layer. See **Multi-storied stands.**

**Site index (SI)**---The capability of the soil or site to produce biomass (trees). Site index is expressed as the height a forest stand will achieve in a standard time-period. In southwestern forests, 100 years is the standard.

**Snag**---A standing dead tree.

**Stand**---An area of trees possessing sufficient uniformity (species composition, age, and physical features) to be distinguishable from trees on adjacent areas.

**Stringer**---A unique linear patch of forest, typically occurring along drainages.

**Successful nest**---A nest from which at least one young is fledged.

**Successional stage**---A recognizable stage that a plant community passes through during its development from seral to climax vegetation.

**Suitable habitat**---Habitat that is currently usable for nesting, roosting, and foraging. Forest habitat need not be occupied by goshawks to be considered suitable.

**Suitable nest area**---An area that includes all of the attributes of a nest area and is, therefore, usable for nesting by goshawks.

**Territory**---An exclusive area defended by a goshawks. An active nest is not an essential element of a territory.

**Thinning from below**---The removal of the slower growing trees in the lower portion of the canopy. This intermediate treatment leaves the taller, faster-growing trees at a selected density and spacing.

**Total basal area (BA)** ---The sum of the basal area of all trees in a stand or area expressed in square feet per acre.

**Total canopy cover**---The overall area covered by the crowns of plants delimited by a vertical projection of the outermost perimeter of the spread of the foliage in all vertical layers.

**Transitory range**---Areas capable of producing animal forage (shrubs, grasses, forbs) when trees are removed (fire, windthrow, timber harvesting)

from forested lands. Transitory range is temporary because of forest regrowth.

**Tree age**---Number of years a tree has lived. May be determined by counting annual growth rings.

**Understory**---Any layer of the forest canopy below the overstory; can consist of trees, shrubs and/or herbaceous layers.

**Unsuitable habitat**---Habitat that does not have the capability of attaining the characteristics of suitable habitat through standard, prescribed management treatments or natural processes.

**Vegetation Structural Stage (VSS)**---A generalized description of forest growth and aging stages based on the majority of the trees in the specific diameter distribution of the stand. For our purposes, 6 growth and aging stages were identified. If the majority of the stems of a stand (based on basal area) were in the 12-18 inch diameter class, the stand would be classified as a VSS 4.

The tree diameter range and description for the vegetation structural stages are:

| Stage | DBH Range (inches) | Description |
|---|---|---|
| 1 | 0-1 | grass-forb-shrub (opening) |
| 2 | 1-5 | seedling/sapling |
| 3 | 5-12 | young forest |
| 4 | 12-18 | mid-age forest |
| 5 | 18-24 | mature forest |
| 6 | 24+ | old forest |

The codes, percentages, and descriptions for canopy cover are as follows:

| Code | Percentage (%) | Description |
|---|---|---|
| A | 0-39 | open |
| B | 40-59 | moderately closed |
| C | 60+ | closed |

**Woody debris**---Any dead and downed woody material composed of branches and tree boles.

U.S. Department of Agriculture
Forest Service

# Rocky Mountain Forest and Range Experiment Station



Rocky Mountains

The Rocky Mountain Station is one of eight regional experiment stations, plus the Forest Products Laboratory and the Washington Office Staff, that make up the Forest Service research organization.



Southwest

RESEARCH FOCUS

Research programs at the Rocky Mountain Station are coordinated with area universities and with other institutions. Many studies are conducted on a cooperative basis to accelerate solutions to problems involving range, water, wildlife and fish habitat, human and community development, timber, recreation, protection, and multiresource evaluation.

RESEARCH LOCATIONS



Great Plains

Research Work Units of the Rocky Mountain Station are operated in cooperation with universities in the following cities:

Albuquerque, New Mexico
Flagstaff, Arizona
Fort Collins, Colorado
Laramie, Wyoming
Lincoln, Nebraska
Rapid City, South Dakota

*Station Headquarters: 240 W. Prospect Rd., Fort Collins,CO 80526

Studies in Avian Biology No. 16:97–102, 1994.

# NORTHERN GOSHAWK DIETS IN PONDEROSA PINE FORESTS ON THE KAIBAB PLATEAU

Clint W. Boal and R. William Mannan

*Abstract.* We recorded 385 prey deliveries at a mean delivery rate of 0.25/hr at 20 Northern Goshawk (*Accipiter gentilis*) nests in ponderosa pine (*Pinus ponderosa*) forests on the North Kaibab Ranger District (NKRD), Kaibab National Forest, Arizona, 1990–1992. Golden-mantled ground squirrels (*Spermophilus lateralis*) and cottontail rabbits (*Sylvilagus* spp.) were the most common mammalian prey species (41%). Steller's Jays (*Cyanocitta stelleri*) and Northern Flickers (*Colaptes auratus*) were the most common avian prey species (16%). Mammals and birds accounted for 76% and 24% of the observed prey, respectively. Mammals accounted for 94% of the biomass used by Northern Goshawks, and cottontail rabbits made up the greatest proportion of the biomass (26%). Goshawks on the NKRD fed slightly less equitably upon different prey taxa than goshawks in California, New Mexico, and Oregon, but size of prey taken by goshawks varied little among geographic locations.

*Key Words:* *Accipiter gentilis*; Arizona; diet; Northern Goshawk; ponderosa pine.

Habitat alteration by timber harvesting is one of the most significant factors affecting Northern Goshawk (*Accipiter gentilis*) populations (Reynolds 1989). Timber harvesting alters the structure of vegetation in mature forests and may reduce the suitability of stands as nest sites for goshawks (Reynolds 1983). Timber harvesting may also influence prey populations by changing the structure and composition of vegetation in areas where goshawks forage (Moore and Henny 1983). For example, densities of Kaibab squirrels (*Sciurus aberti kaibabensis*) are lower in harvested stands of ponderosa pine (*Pinus ponderosa*) than in uncut stands (Patton et al. 1985), red squirrels (*Tamiasciurus hudsonicus*) decrease up to 80% following thinning (Sullivan and Moses 1986), and golden-mantled ground squirrels (*Spermophilus lateralis*) increase in numbers following timber harvesting (Tevis 1956).

Populations of Northern Goshawks on the North Kaibab Ranger District and elsewhere in the western United States may be declining (Bloom et al. 1986, Kennedy, unpubl. data, Crocker-Bedford 1990, Zinn and Tibbitts, unpubl. data, Reynolds et al. 1992), although the evidence is equivocal. Prey abundance influences the reproductive success of raptors (Newton 1979). Northern Goshawks generally nest in areas with high prey densities (Hantage 1980, Kenward and Widén 1989, Kennedy 1988), and in years when availability of prey is low they experience nest failures (Hantage 1980). Other studies also suggest that the abundance of prey has an important influence on goshawk populations. Schnell (1958) found that days of increased food consumption by nestlings did not correspond with an increased delivery rate of prey, suggesting that foraging rate was controlled by prey abundance rather than food requirements. Wikman and Linden (1981) observed that goshawk numbers declined and brood sizes decreased in response to a reduction in grouse (Tetraoninae), their principal prey species, despite adequate available nesting habitat. Finally, sizes of goshawk ranges are inversely related to prey availability (Kenward 1982).

Northern Goshawks are opportunistic foragers with diets reflecting the diversity of available prey species (Opdam 1975, Widén et al. 1987, Kenward and Widén 1989, Kennedy 1991). Diet information is a principal component of management plans, but goshawk prey varies regionally. Diet studies of individual goshawk populations are necessary to understand their food habits on a regional scale (Storer 1966, Kenward and Widén 1989). Little diet information exists for goshawks in the southwestern United States, and our objective was to document the diet of Northern Goshawks during the breeding season on the Kaibab Plateau, 1990–1992.

## STUDY AREA AND METHODS

The study area was on the North Kaibab Ranger District (NKRD), Kaibab National Forest, Coconino County, Arizona. The NKRD is approximately 259,000 ha located on the Kaibab Plateau, and is situated along the northern border of Grand Canyon National Park. The Kaibab Plateau ranges from 923 to 2830 m in elevation. The topography of the Plateau is typified by gentle slopes interspersed with shallow to deep drainages. The Plateau descends to sage flats on the north, east, and west sides, and is bounded by the Grand Canyon to the south. Ponderosa pine forests are found between 2075 and 2500 m elevation and comprise approximately 99,200 ha of the District.

All goshawk nests observed in this study were in stands of ponderosa pine or stands dominated by ponderosa pine. Other overstory trees include quaking aspen (*Populus tremuloids*) and white fir (*Abies concolor*). Gambel's oak (*Quercus gambelii*), New Mexico locust (*Robinia neomexicana*), and Utah juniper (*Juniperus*

*osteosperma*) were common understory species found along drainages and slopes in all stands.

We observed eight Northern Goshawk pairs each year in 1990 and 1991, and six pairs in 1992. One pair failed each year, and we obtained insufficient data from the failures in 1990 and 1991 to include them in our analyses. We collected dietary data for the remaining 20 nesting goshawk pairs during 1539 hours of observation ($\bar{X}$ = 76.8 hour/nest ± 19.3 SD); we did not study any nesting pair for more than one successful breeding season.

### Reproductive Success

We documented nest site productivity for all nests observed in this study. We estimated hatching and fledging dates when not actually observed and we attempted to date and identify causes of nestling mortalities.

### Prey Deliveries

We determined food habits by directly observing prey brought to the nest by adult goshawks. Observations at the nest are considered the least biased and most accurate way to assess diet of diurnal raptors (Errington 1930, 1932; Mader 1975; Snyder and Wiley 1976; Zeisemer 1981; Marti 1987; Mersmann et al. 1992; Bielefeldt et al. 1992). The technique, however, does have weaknesses, including: (1) it requires considerable time; (2) the probability of identifying different prey types is not always equal because the prey often are plucked, decapitated, or skinned prior to delivery to the nest; and (3) no information can be collected about the items consumed by adults away from the nest.

We located active goshawk nests from mid-May to early June by visiting historic nest sites in ponderosa pine forests on the NKRD. The only constraints on our selection of nesting pairs to study were that the pair had not been used in previous years of the study, and the nest was situated in such a way that it could be observed from ground or tree blinds. The order of nest observations was randomly selected during the first rotation, and followed the initial order during following rotations until fledging except when the nest failed or weather prevented access to nest sites. We began observations at each nest in the afternoon and continued until sundown, resuming at dawn until the time of initiation the previous day. We observed the nests from cloth blinds located on the ground or in trees a mean distance of 53 m (±17.6 SD) from the nest trees. Blinds were constructed over a 2–3 day period to decrease disturbance to the nesting pair (Fyfe and Olendorff 1976, Marti 1987). We initiated our observations during late incubation or early nestling stages. Approximately 5–7 days after fledging we discontinued observations because prey deliveries often occurred away from the nest.

We identified prey deliveries to species with binoculars and 15–45× spotting scopes. We tabulated the identified prey and used an Analysis of Variance for Ranked Data test (Winer 1971) to investigate variance among nests. We used chi-square tests (Sokal and Rohlf 1981) to examine changes in diet composition on basis of mammal and avian prey, and individual species for which there were sufficient samples, through the nesting season.

We categorized prey into a priori size classes based on Storer's (1966) cubic function size class system. We calculated the mean weights for adult mammalian species from the collection weight of museum specimens in the University of Arizona mammal collection; museum specimens were from various regions throughout their ranges in Arizona. We only used adult weights when calculating average mammal biomass. Weights for adult avian species were taken from Dunning (1984). Estimates of avian weights for the age classes of nestling-fledgling, subadult, and unknown age were computed following Bielefeldt et al. (1992).

We categorized unidentified mammals as being small or large and assigned them the average weight of identified mammals occurring in size classes 1–12 ($\bar{X}$ = 164.8 g ± 61.4 SD) for small mammals, and size classes 13–20 ($\bar{X}$ = 676.4 g ± 42.2 SD) for large mammals. We categorized unidentified avian prey as small, medium, or large and assigned them the average weight of identified birds occurring in size classes 1–3 ($\bar{X}$ = 19.8 g ± 0 SD), 4–6 ($\bar{X}$ = 45.6 g ± 14.1 SD), and 7–8 ($\bar{X}$ = 96.7 g ± 7.2 SD), respectively. We also noted when prey was cached or retrieved from a cache, and excluded the cache retrievals from diet assessment (Johnson 1981).

### Prey Remains

Goshawks often remove plumage and pelage from their prey in the nest area or at the nest structure. We collected prey remains (i.e., feathers, fur, skin, skeletal parts) found in the nest area following each observation period. We also removed prey remains from nests whenever nest trees were climbed to band nestlings.

We cataloged prey remains to nest number and date of recovery on a master list. We packaged samples and assigned each a random identification number to alleviate observer bias when identifying remains. The master list was referred to only after remains were identified.

We reconstructed mammalian and avian remains following Reynolds and Meslow (1984). Remains were identified by comparison to specimens held in the University of Arizona mammal and avian collections. We excluded single feathers from analysis as they may have come from molting birds.

### Diet Breadth

We examined regional variation in diet breadth between Northern Goshawks in Arizona (this study), California (Bloom et al. 1986), New Mexico (Kennedy 1991), and Oregon (Reynolds and Meslow 1984). We used Levins' (1968) equation

$$B = 1/\sum P_i^2$$

to calculate diet breadths for the niche dimensions of prey taxon and prey size. The value $P_i$ is the proportion of prey in each category, and $B$ ranges from 1 to $n$, $n$ being the number of categories. If $B$ equals $n$, prey are used equally from all categories. On the other hand, if $B$ is close to 1, the diet breadth is narrower and categories of prey are not used equally. The number of categories varied among studies. To compare diet

TABLE 1. SPECIES CONTRIBUTING ≥5.0% OF THE IDENTIFIED PREY DELIVERED TO NORTHERN GOSHAWK NESTS, NORTH KAIBAB RANGER DISTRICT, KAIBAB NATIONAL FOREST, ARIZONA, 1990–1992

| Species | N | Percent observed | Percent biomass |
|---|---|---|---|
| Golden-mantled ground squirrel | 86 | 28.0 | 14.9 |
| Cottontail rabbit | 41 | 13.3 | 26.1 |
| Chipmunk | 38 | 12.4 | 2.0 |
| Steller's Jay | 33 | 10.7 | 2.7 |
| Red squirrel | 31 | 10.1 | 5.8 |
| Tassel-eared squirrel | 26 | 8.5 | 15.0 |
| Rock squirrel | 18 | 5.9 | 9.8 |
| Northern Flicker | 16 | 5.2 | 1.5 |
| Total | 289 | 94.1 | 77.8 |

breadths among regions we standardized diet breadth values with the equation

$$B_{\text{standard}} = (B - 1)/(n - 1)$$

(Reynolds and Meslow 1984), which allows diet breadths to be compared on a scale of 0 to 1, the larger the value corresponding to increasing breadth of diet.

## RESULTS

### REPRODUCTIVE SUCCESS

Goshawks had a nestling rate of 2.4 ± 0.7 SD and 2.6 ± 0.5 SD nestlings per active (reached at least incubation) and successful (fledged young) nest, respectively. Forty-two of 53 nestlings survived to fledge, with a fledging rate of 1.9 ± 1.0 SD and 2.2 ± 0.7 SD fledglings per active and successful nest, respectively. We identified Great Horned Owl (*Bubo virginianus*) predation as the principal cause of nestling mortality (45.4%; N = 5) at our study nests, and a likely factor in some of the unidentified causes of death (36.4%; N = 4). The other identified cause of nestling mortality was falling from the nest (18.2%; N = 2).

### PREY DELIVERIES

We observed a mean delivery rate of 0.25 prey items/hour, and identified 370 (97%) of the prey items to class. Only mammals (76%) and birds (24%) were delivered to the nest. We identified 241 (89.2%) of the mammal prey items to at least genus. We identified 59 (65.6%) of the avian prey to species, and six to the Family *Picadae* (6.7%); seven mammalian genera and eight avian genera were represented in goshawk diets.

There was no difference in the mean prey rank between nests ($\chi^2 = 5.0$, df = 19, P = 0.99) for prey species contributing ≥5.0% of the diet. Thus, we pooled the data from all nests to characterize the diet of the goshawk population. Mammalian prey contributing ≥5.0% of the identifiable prey were golden-mantled ground squirrels, cottontail rabbits (*Sylvilagus* spp.), chipmunks (*Tamias* spp.), red squirrels, tassel-eared squirrels (*Sciurus aberti*), and rock squirrels (*Spermophilus variegatus*) (Table 1). Steller's Jays (*Cyanocitta stelleri*) and Northern Flickers (*Colaptes auratus*) were the only avian species contributing ≥5.0% of identifiable prey (Table 1).

We found no significant difference in the proportions of mammal and avian prey taken through the nesting season ($\chi^2 = 8.9$, df = 4, P = 0.06) over 10 day intervals. Neither were there significant differences through the nesting season in the proportions of the three most frequent goshawk prey, golden-mantled ground squirrels ($\chi^2 = 14.9$, df = 9, P = 0.09) over 5 day intervals, or cottontail rabbits ($\chi^2 = 4.1$, df = 4, P = 0.39) and chipmunks ($\chi^2 = 5.6$, df = 4, P = 0.23) over 10 day intervals. Insufficient samples prevented analysis of cottontail rabbit and chipmunk use over five day intervals.

### PREY BIOMASS

We used only prey delivered to the nest when computing biomass of goshawk prey. Mammals accounted for 94% and birds accounted for 6% of the biomass in goshawk diets. Only mammals contributed ≥5.0% of the biomass, with cottontail rabbits, golden-mantled ground squirrels, and tassel-eared squirrels accounting for most of the biomass (Table 1).

### PREY REMAINS

Mammals accounted for 47.5% and birds accounted for 52.5% of the remains collected (N = 179) at the 20 study nests. Cottontail rabbits (N = 49), Steller's Jays (N = 47), and Northern Flickers (N = 22), the three species represented most frequently in remains, accounted for 65.6% of all remains.

### DIET BREADTH

Though goshawks from different regions have similar diet breadth, the goshawks on the NKRD use the available prey slightly less equitably than goshawks in the other regions (Table 2). Size class of prey used by goshawks on the NKRD was also

TABLE 2. Standardized Food Niche Breadth of Breeding Northern Goshawks in Arizona, California, New Mexico, and Oregon Based on Number of Prey Genera

| | Nests | Food niche breadth: Prey genera[1] (total no. genera) | Food niche breadth: Size class (total no. classes) | Source |
|---|---|---|---|---|
| Direct observation | | | | |
| Arizona | 20 | 0.32 (15) | 0.33 (9) | This study |
| New Mexico | 8 | 0.62 (9) | 0.47 (6) | Kennedy (1991) |
| Prey remains | | | | |
| Arizona | 20 | 0.29 (18) | 0.25 (11) | This study |
| California | 114 | 0.41 (21) | 0.30 (12) | Bloom et al. (1986) |
| New Mexico | 8 | 0.36 (22) | 0.39 (10) | Kennedy (1991) |
| Oregon | 4 | 0.42 (30) | 0.38 (14) | Reynolds and Meslow (1984) |

[1] We pooled *Sphyrapicus* and *Picoides* due to difficulty in distinguishing between them during direct observations.

similar to the goshawks from other regions (Table 2).

## DISCUSSION

### Reproduction

We studied nests that were active and in late incubation or early nestling stages. Thus, our data on reproduction do not take into account goshawk nests that failed prior to reaching at least late incubation. Nor did we determine the frequency of failed eggs in successful nests. Though it is uncommon for accipiters to experience reproductive losses early in the breeding cycle (Snyder and Wiley 1976), there is a potential bias in our observed rate of 1.9 fledglings per active nest.

Nestling goshawks in successful nests on the NKRD have a high probability (84%) of fledging. Mortality at our study nests appeared to be related to factors other than food availability. For example, Great Horned Owl predation was the single greatest factor contributing to nestling mortality. Only one of the three nesting failures we observed was due to factors other than predation. Eggs in this nest failed to hatch in 1990, but the same nest produced 2–3 young in the following years. One possible cause of the failure was disturbance by a slash cutting crew operating within 100 m of the nest for ≥2 days during incubation. This disturbance may have kept the female away from the nest long enough to allow the eggs to chill.

Our data suggest that food availability was not limiting goshawk productivity at the active nests we studied in ponderosa pine forests on the NKRD during 1990–1992.

### Prey Frequency and Biomass

Northern Goshawks purportedly possess an inherent inclination to prey on avian species (Sutton 1925). This suspected proclivity has been supported by numerous studies of diet during the breeding season in which avian prey accounted for ≥55% of the diet (Meng 1959, Opdam 1975, Reynolds and Meslow 1984, Bloom et al. 1986, Widén et al. 1987). These studies used the indirect methods of pellet analysis and/or prey remains identification to determine goshawk diets. Many early anecdotal accounts of goshawk nesting behavior, however, suggest that goshawks take a greater proportion of mammals than these studies indicate (Sutton 1925, Gromme 1935, Dixon and Dixon 1938).

Our data, based on direct observations, indicate a 3:1 mammal to avian ratio in the diets of goshawks in our study on the NKRD. To our knowledge, this is the largest proportion of mammals reported in the diet of a breeding goshawk population. In addition, mammals accounted for 94% of the biomass due to the larger body size of most mammalian prey compared to avian prey. The high use of mammalian prey may be a phenomena associated with the forest structure and available prey found in our study area, or it may be common to the species across its range but only apparent through direct methods of diet analysis (Boal and Mannan, unpubl. data).

Reynolds et al. (1992) recommended that habitat for Northern Goshawks be managed for the 14 prey species that are consistently used by goshawks. Although preliminary information from our study was part of the database used to develop the management recommendations, our final results further support this aspect of the recommendations. All 14 of the listed species occurred in goshawk diets on the NKRD. In addition, six of the seven species accounting for ≥5% of the goshawk diets on the NKRD are among the 14 listed prey species in the management recommendations. The single exception is rock squirrels, which the recommendations list as a potential prey species for which importance is unknown (Reynolds et al. 1992).

Goshawks on the NKRD use the available prey less equitably than is reported elsewhere. This is probably a reflection of predation on golden-mantled ground squirrels at a rate of >2:1 over any other species. Ground squirrels are undoubtedly an important part of goshawk diet during the nesting season. A dependence upon one prey species could conceivably lead to a decline in a predator population if that prey species declined (Dymond 1947, Craighead and Craighead 1956, McGowan 1975, Newton 1979). We think this is unlikely on the NKRD because the prey base of goshawks, though inequitably used, is varied (≥19 species) and is likely to buffer affects of individual prey species fluctuations. The inequitable pattern of predation may be a functional response to the most abundant or available prey species, which appears to have been the golden-mantled ground squirrel during this study. It is possible that during periods when ground squirrels are less abundant, goshawks shift to other species that may be more abundant. Long-term studies of goshawk diet and long-term monitoring of the abundance of prey populations will be necessary to address this issue.

## ACKNOWLEDGMENTS

We thank B. Baker, B. Bibles, E. Bibles, R. Brown, M. Collins, N. Karnovsky, and E. Steadman for assistance with the field work; D. Smith for his help and logistical support with our concurrent studies; and R. Reynolds and his crews for assistance and logistical coordination of our concurrent studies. V. Meretsky provided much appreciated guidance with the statistical analysis. The North Kaibab Ranger District and the Arizona Game and Fish Department provided housing and logistical support. P. Krausman, W. Shaw, and two anonymous reviewers provided many valuable suggestions on the manuscript. This study was funded by a challenge-cost-share agreement between the USDA Forest Service, Southwestern Region, and the University of Arizona. Additional funding was provided by Kaibab Forest Products, the Arizona Wildlife Federation's Michael Halle Award, and the Arizona Falconer's Association.

## LITERATURE CITED

BIELEFELDT, J., R. N. ROSENFIELD, AND J. M. PAPP. 1992. Unfounded assumptions about diet of the Cooper's Hawk. Condor 94:427–436.

BLOOM, P. H., G. R. STEWART, AND B. J. WALTON. 1986. The status of the Northern Goshawk in California, 1981–1983. Calif. Dep. Fish and Game, Wildl. Manage. Branch, Adm. Rep. 85-1.

CRAIGHEAD, J. J., AND F. C. CRAIGHEAD. 1956. Hawks, owls and wildlife. Dover, New York, NY.

CROCKER-BEDFORD, D. C. 1990. Goshawk reproduction and forest management. Wildl. Soc. Bull. 18: 262–269.

DIXON, J. B., AND R. E. DIXON. 1938. Nesting of the western goshawk in California. Condor 40:3–11.

DUNNING, J. B., JR. 1984. Body weights of 686 species of North American birds. West. Bird Banding Assoc. Monogr. No. 1.

DYMOND, J. R. 1947. Fluctuations in animal populations with special reference to those of Canada. Trans. Roy. Soc. Can. 41:1–34.

ERRINGTON, P. L. 1930. The pellet analysis method of raptor food habits study. Condor 32:292–296.

ERRINGTON, P. L. 1932. Technique of raptor food habits study. Condor 34:75–86.

FYFE, R. W., AND R. R. OLENDORFF. 1976. Minimizing the dangers of nesting studies to raptors and other sensitive species. Can. Wildl. Serv. Occas. Pap. No. 23.

GROMME, O. J. 1935. The goshawk (*Astur atricapillus atricapillus*) nesting in Wisconsin. Auk 52:15–20.

HANTAGE, E. 1980. The efficiency of hunting in some birds of prey. J. Ornith. 121:200–201.

JOHNSON, D. R. 1981. The study of raptor populations. Univ. Press of Idaho, Moscow, ID.

KENNEDY, P. L. 1988. Habitat characteristics of Cooper's Hawks and Northern Goshawks nesting in New Mexico. Pp. 218–227 *in* R. L. Glinski, B. G. Pendleton, M. B. Moss, M. N. Lefranc, Jr., B. A. Millsap, and S. W. Hoffman (eds.), Proceedings of the Southwest raptor management symposium and workshop. Natl. Wildl. Fed. Sci. Tech. Ser. No. 11.

KENNEDY, P. L. 1991. Reproductive strategies of Northern Goshawks and Cooper's Hawks in north-central New Mexico. Ph.D. diss. Utah State Univ., Logan, UT.

KENWARD, R. 1982. Goshawk hunting behavior, and range size as a function of food and habit availability. J. Anim. Ecol. 51:69–80.

KENWARD, R., AND P. WIDÉN. 1989. Do goshawks need forests? Some conservation lessons from radio tracking. Pp. 561–567 *in* B.-U. Meyburg and R. D. Chancellor (eds.), Raptors in the modern world. World working group on birds of prey and owls, London, U.K.

LEVINS, R. 1968. Evolution in changing environments: some theoretical explorations. Princeton Univ. Press, Princeton, NJ.

MADER, W. J. 1975. Biology of the Harris' Hawk in southern Arizona. Living Bird 14:59–85.

MARTI, C. D. 1987. Raptor food habits studies. Pp. 67–80 *in* B. G. Pendleton, B. A. Millsap, K. W. Cline, and D. M. Bird (eds.), Raptor management techniques manual. Natl. Wildl. Fed., Sci. Tech. Ser. No. 10.

MCGOWAN, J. D. 1975. Distribution, density, and productivity of goshawks in interior Alaska. Fed. Aid Wildl. Rest. Proj. Rep. Job 10.6R. Alaska Fish and Game Dept., Juneau, AK.

MENG, H. 1959. Food habits of nesting Cooper's Hawks and goshawks in New York and Pennsylvania. Wilson Bull. 71:169–174.

MERSMANN, T. J., D. A. BUEHLER, J. D. FRASER, AND J. K. D. SEEGAR. 1992. Assessing bias in studies of Bald Eagle food habits. J. Wildl. Manage. 56:73–78.

MOORE, K. R., AND C. J. HENNY. 1983. Nest site characteristics of three coexisting accipiter hawks in northeastern Oregon. J. Raptor Res. 17:65–76.

NEWTON, I. 1979. Population ecology of raptors. Buteo Books, Vermillion, SD.

Case No. 1:23-cv-01501-RMR Document 18-6 filed 09/29/23 USDC Colorado pg 20 of 198



OPDAM, P. 1975. Inter- and intraspecific differentiation with respect to feeding ecology in two sympatric species of the genus *Accipiter*. Ardea 63:30–54.

PATTON, D. R., R. L. WADLEIGH, AND H. G. HUDAK. 1985. The effects of timber harvesting on the Kaibab squirrel. J. Wildl. Manage. 49:14–19.

REYNOLDS, R. T. 1983. Management of western coniferous forest habitat for nesting accipiter hawks. USDA Forest Service, Gen. Tech. Rep. RM-107, Ft. Collins, CO.

REYNOLDS, R. T. 1989. Accipiters. Pp. 92–101 *in* B. G. Pendleton, C. E. Ruibal, D. L. Krahe, K. Steenhof, M. N. Kockert, and M. L. LeFranc, Jr. (eds.), Proceedings of the Western raptor management symposium and workshop. Natl. Wildl. Fed. Sci. Tech. Ser. No. 12.

REYNOLDS, R. T., R. T. GRAHAM, M. H. REISER, R. L. BASSETT, P. L. KENNEDY, D. A. BOYCE, JR., G. GOODWIN, R. SMITH, AND E. L. FISHER. 1992. Management recommendations for the northern goshawk in the southwestern United States. USDA Forest Service, Gen. Tech. Rep. RM-217, Ft. Collins, CO.

REYNOLDS, R. T., AND E. C. MESLOW. 1984. Partitioning of food and niche characteristics of coexisting *Accipiter* during breeding. Auk 101:761–779.

SCHNELL, J. H. 1958. Nesting behavior and food habits of goshawks in Sierra Nevada of California. Condor 60:377–403.

SNYDER, N. F. R., AND J. W. WILEY. 1976. Sexual size dimorphism in hawks and owls of North America. Ornith. Monogr. 20:1–96.

SOKAL, R. R., AND R. J. ROHLF. 1981. Biometry. 2nd ed. W. H. Freeman, New York, NY.

STORER, R. W. 1966. Sexual dimorphism and food habits in three North American accipiters. Auk 83: 423–436.

SULLIVAN, T. P., AND R. A. MOSES. 1986. Red squirrel populations in natural and managed stands of lodgepole pine. J. Wildl. Manage. 50:595–601.

SUTTON, G. M. 1925. Notes on the nesting of the goshawk in Potter County, Pennsylvania. Wilson Bull. 37:193–199.

TEVIS, L., JR. 1956. Invasion of a logged area by golden-mantled ground squirrels. J. Mammal. 37: 291–292.

WIDÉN, P., H. ANDREN, P. ANGELSTAM, AND E. LINDSTROM. 1987. The effect of prey vulnerability: goshawk predation and population fluctuations of small game. Oikos 49:233–235.

WIKMAN, M., AND H. LINDEN. 1981. The influence of food supply on goshawk population size. Pp. 105–113 *in* R. E. Kenward and I. M. Lindsey (eds.), Understanding the goshawk. Int. Assoc. Falconry Conserv. Birds of Prey, Fleury en Biere, France.

WINER, B. J. 1971. Statistical principles in experimental design. 2nd ed. McGraw-Hill, New York, NY.

ZIESEMER, F. 1981. Methods of assessing goshawk predation. Pp. 144–151 *in* R. E. Kenward and I. M. Lindsey (eds.), Understanding the goshawk. Int. Assoc. Falconry Conserv. Birds of Prey, Fleury en Biere, France.

Amphibians and Reptiles in

# Colorado

A Colorado Field Guide



Geoffrey A. Hammerson

Second Edition

tion of the diet of adult bullfrogs in northeastern Colorado. Stuart and Painter (1993) found that juvenile and larval bullfrogs dominated the diet of adult bullfrogs in a high-density population in New Mexico. Stuart (1995) documented predation by a 18-cm-SVL bullfrog on a 7-cm-SVL Great Plains toad, a 4.2-cm-SVL green toad, a mouse, a centipede, and beetles in New Mexico. In Kansas, adult bullfrogs were highly attracted to the distress calls of immature bullfrogs and leopard frogs, especially at night (Smith 1977). Smith suggested that a frog emitting the distress call might benefit if a bullfrog, attracted to a potential meal, interferes with another predator's attack on the frog. Larvae eat algae, detritus, carrion, minute animals associated with vegetation, and amphibian eggs and larvae (Ehrlich 1979).

Many kinds of predatory animals eat bullfrogs (Bury and Whelan 1984). Snapping turtles sometimes prey on males calling in deep water. In Colorado, known predators include great blue heron *(Ardea herodias)* (D. and J. Ward, pers. comm.) and Swainson's hawk *(Buteo swainsoni)* (R. Ryder, pers. comm.). There is contradictory evidence regarding the palatability of bullfrog larvae to predatory fishes. For example, Kruse and Francis (1977) found that largemouth bass *(Micropterus salmoides)* in experimental tanks ate bullfrog tadpoles only if other foods were not available, and black bullheads *(Ameiurus melas)* would not eat the larvae at all, whereas Lewis and Helms (1964) found that largemouth bass and smallmouth bass *(Micropterus dolomieu)* in ponds readily consumed small





bullfrog larvae. Small larvae may succumb to predatory invertebrates such as beetles, water bugs, and dragonfly nymphs; larvae of any size may be killed by viral and bacterial infections (Cecil and Just 1979). Leeches sometimes prey on developing bullfrog embryos.

**Remarks.** In Weld County, I found a recently metamorphosed bullfrog that had two extra hind limbs. In Illinois, Lopez and Maxson (1990) found a healthy young bullfrog with 10 extra hind limbs. Abnormal development associated with exposure to agricultural chemicals likely were involved in both instances.

**Taxonomy and Variation.** Bullfrog populations exhibit low levels of genetic variation and divergence (Wiese 1990). Newly established populations derived from a small number of introduced individuals apparently are not subject to adverse effects associated with small population size (Wiese 1990). No subspecies are recognized.



Plate 7.63. Northern leopard frog (Weld County, Colorado).

## Northern Leopard Frog

*Rana pipiens* (Schreber, 1782)

**Recognition.** Dorsum green or brown, with large rounded or oval spots; skin smooth; eardrum usually lacks distinct light spot; dorsolateral folds not inset toward midline on rump; hind toes with extensive webbing; rear of thigh with dark spotting; vestigial oviducts usually present in male (dissection required) (Pace 1974); maximum SVL about 11 cm. *Mature male:* base of innermost digit on forefeet swollen during breeding season; expanded vocal sacs, one on each side, extend above forelimbs; typical breeding call a prolonged snore lasting 2–3 seconds followed by 2–3 series of stuttering croaks or chuckles (sometimes the chuckles are given without the introductory snore and vice versa). *Larvae:* dorsum dark brown or olive to gray; snout pointed in dorsal view, oral disc terminal (Korky 1978); eyes dorsal, iris gold, surrounded by dark spots (Scott and Jennings 1985); intestinal coil often visible through skin; tail fin moderately high, 65–80 percent of body length, with sparse pigment; labial tooth rows 2/3 or, rarely, 3/3; oral papillae surround mouth,

Map 7.18. Distribution of the northern leopard frog in Colorado.




with wide gap above mandibles, papillae sparse lateral to the mandibles; anus on right side at front end of ventral tail fin; large larvae average about 6 cm TL; maximum TL in Colorado at least 10 cm (pers. obs.); larvae near metamorphosis with elongate dorsal spots, rear surface of thighs with mottled dark bars (Post and Pettus 1966, Dunlap and Kruse 1976). *Eggs:* black above, whitish below, diameter averaging 1.3–2.3 mm in different clutches (Livo 1981b), enclosed in 2–3 jelly envelopes; deposited in large, somewhat flattened globular masses 5–15 cm in maximum diameter and including up to several thousand eggs.

**Distribution.** Southern Canada and northern United States south to Maryland, West Virginia, Kentucky, northern Illinois, extreme northwestern Missouri, Nebraska, New Mexico, Arizona, and eastern California (Stebbins 1985; Conant and Collins 1991). Occurs throughout Colorado, excluding most of the southeastern and east-central portions of the state. Elevational range extends from below 3,500 feet (1,065 m) in northeastern Colorado to above 11,000 feet (3,355 m) in southern Colorado.

Specimens of *Rana pipiens* (UCM 47599–47600) from the vicinity of Two Buttes Reservoir (not mapped), Baca County, in an area far from other *R. pipiens* populations, may represent introductions or a data error. Another record from southeastern Colorado along the Arkansas River in Bent County (not mapped) and records from Yuma County (Smith et al. 1993b, not mapped) also are difficult to interpret. It is unknown whether several specimens of *R. pipiens* collected with *R. blairi* in 1947 in Bent County reflect a natural or introduced population or whether this population still exists. Post and Pettus (1966) and Post (1972) did not map the Bent County record as *R. pipiens* or *R. blairi,* despite the existence of the specimens in the collection at Colorado State University, where Pettus and Post were employed; apparently, they were unaware of the specimens or perhaps viewed the data as questionable. The identity of these specimens recently was determined to be *R. pipiens* by experienced herpetologists, but I have not personally verified the identifications. The Yuma County records of *R. pipiens* are based on three specimens collected by Pettus and Post in 1967, yet Post (1972:61a) did not include any Yuma County records of *R. pipiens* on his distribution map, and no *R. blairi* records were mapped in the indicated locality. He did map two sites in Phillips County (just north of Yuma County) that were not included on the earlier map in Post and Pettus (1966). Perhaps these are the actual localities for the 1967 collections, or perhaps they represent (not quite accurately placed) UCM and UIMNH specimens collected in Phillips County in 1963 and 1964 (e.g., see Smith, Maslin, and Brown 1965). Further study of leopard frog distribution in Phillips and Yuma counties is needed to clarify the situation.

**Conservation Status.** The formerly abundant northern leopard frog has become scarce in many areas of Colorado. Some populations have disappeared due in least in



part to changes in habitat. Breeding sites, such as those along streams and in mountain glacial kettles, change in suitability in response to climatic variation and flooding; though some sites may become unusable, others may be created by these events. From 1973–1982 in Larimer County, Corn and Fogleman (1984) documented the extirpation of nine populations at elevations of 7,760–8,265 feet (2,365–2,520 m). Six populations disappeared due to drought-related drying of breeding ponds; the others may have succumbed to random events that befall small populations. I suspect that local extirpation and (re)colonization are normal features in the ecology of the northern leopard frog in the drought-prone climate of Colorado. However, some of the northern leopard frog disappearances in the mountains of the Front Range (Corn, Stoltzenburg, and Bury 1989, 1997; Hammerson 1989a, 1992; Livo 1995a) have no satisfactory explanation.

In some lowland areas, reduced or extirpated leopard frog populations are associated with the presence of the increasingly abundant bullfrog (Hammerson 1982d), the larvae and adults of which may negatively impact leopard frogs (see account of bullfrog). Northern leopard frogs are now greatly outnumbered by bullfrogs in many stream courses, ponds, reservoirs, and wetlands in eastern Colorado. At Sawhill Ponds in Boulder County, where many years ago I described a leopard frog decline that was simultaneous with a bullfrog population increase (Hammerson 1982d), bullfrogs have remained abundant, whereas northern leopard frogs have managed to persist and breed successfully in low numbers in one or two ponds, especially the one that is semi-permanent and often unfavorable for bullfrog reproduction and for the predatory fishes that are stocked in many ponds. In some areas, human alterations of wetlands have increased water depth and permanence, resulting in the replacement of leopard frogs by bullfrogs and fishes, especially near large rivers and other permanent bodies of water. It may be no coincidence that the sites in eastern Colorado where northern leopard frogs occur in greatest abundance are small,




tion still exists. Post and Pettus (1966) and Post (1972) did not map the Bent County record as *R. pipiens* or *R. blairi,* despite the existence of the specimens in the collection at Colorado State University, where Pettus and Post were employed; apparently, they were unaware of the specimens or perhaps viewed the data as questionable. The identity of these specimens recently was determined to be *R. pipiens* by experienced herpetologists, but I have not personally verified the identifications. The Yuma County records of *R. pipiens* are based on three specimens collected by Pettus and Post in 1967, yet Post (1972:61a) did not include any Yuma County records of *R. pipiens* on his distribution map, and no *R. blairi* records were mapped in the indicated locality. He did map two sites in Phillips County (just north of Yuma County) that were not included on the earlier map in Post and Pettus (1966). Perhaps these are the actual localities for the 1967 collections, or perhaps they represent (not quite accurately placed) UCM and UIMNH specimens collected in Phillips County in 1963 and 1964 (e.g., see Smith, Maslin, and Brown 1965). Further study of leopard frog distribution in Phillips and Yuma counties is needed to clarify the situation.

**Conservation Status.** The formerly abundant northern leopard frog has become scarce in many areas of Colorado. Some populations have disappeared due in least in



part to changes in habitat. Breeding sites, such as those along streams and in mountain glacial kettles, change in suitability in response to climatic variation and flooding; though some sites may become unusable, others may be created by these events. From 1973–1982 in Larimer County, Corn and Fogleman (1984) documented the extirpation of nine populations at elevations of 7,760–8,265 feet (2,365–2,520 m). Six populations disappeared due to drought-related drying of breeding ponds; the others may have succumbed to random events that befall small populations. I suspect that local extirpation and (re)colonization are normal features in the ecology of the northern leopard frog in the drought-prone climate of Colorado. However, some of the northern leopard frog disappearances in the mountains of the Front Range (Corn, Stoltzenburg, and Bury 1989, 1997; Hammerson 1989a, 1992; Livo 1995a) have no satisfactory explanation.

In some lowland areas, reduced or extirpated leopard frog populations are associated with the presence of the increasingly abundant bullfrog (Hammerson 1982d), the larvae and adults of which may negatively impact leopard frogs (see account of bullfrog). Northern leopard frogs are now greatly outnumbered by bullfrogs in many stream courses, ponds, reservoirs, and wetlands in eastern Colorado. At Sawhill Ponds in Boulder County, where many years ago I described a leopard frog decline that was simultaneous with a bullfrog population increase (Hammerson 1982d), bullfrogs have remained abundant, whereas northern leopard frogs have managed to persist and breed successfully in low numbers in one or two ponds, especially the one that is semi-permanent and often unfavorable for bullfrog reproduction and for the predatory fishes that are stocked in many ponds. In some areas, human alterations of wetlands have increased water depth and permanence, resulting in the replacement of leopard frogs by bullfrogs and fishes, especially near large rivers and other permanent bodies of water. It may be no coincidence that the sites in eastern Colorado where northern leopard frogs occur in greatest abundance are small, relatively isolated reservoirs that have not been colonized by or stocked with bullfrogs or predatory fishes.

Declines in lowland areas of Colorado are not always associated with the presence of bullfrogs. The northern leopard frog apparently expanded its range in the Big Sandy Creek drainage of eastern Colorado after artificial ponds were created through sand and gravel excavation in the 1950s and 1960s (Gillis 1975), but *Rana pipiens* seems to have disappeared from most or all of the Big Sandy Creek region between 1975 and 1986 (Cousineau and Rogers 1991). The cause of the decline is uncertain but is not attributable to bullfrog impacts. Flood control measures and diversion of water for irrigation probably have reduced the availability of breeding habitat along floodplains in the lowland segments of some streams. Though northern leopard frogs have disappeared from many natural breeding sites in Colorado, they still occur in many human-created habitats, both in the lowlands and in the mountains. The degree to which natural habitat loss has been offset by the addition of artificial habitat is unknown.

Leopard frog conservation in lowland areas of Colorado probably is best accomplished through the creation and protection of habitats that favor leopard frog reproduction but limit or prohibit successful breeding by bullfrogs and predatory fishes. Specifically, periodic dewatering or large water-level reductions in late summer after leopard frogs have metamorphosed might be beneficial. Establishment of semipermanent wetlands among permanent wetlands may allow the persistence of leopard frogs in areas where bullfrogs and exotic predatory fishes cannot be eliminated without unacceptable damage to other wetland resources. In addition, northern leopard frog refuges could be established in isolated bodies of water, such as foothills ponds, far from permanent deepwater habitats inhabited by bullfrogs and fishes.

Malformed leopard frogs with limb and eye abnormalities have been observed in eastern North America and, rarely, in Colorado (Livo 1998b). Rosine (1952) reported polydactylism in a Boulder County

population that is now extirpated, leaving us to wonder whether the unknown factor(s) causing the polydactylism may have contributed to the population decline.

**Habitat.** Typical habitats include wet meadows and the banks and shallows of marshes, ponds, glacial kettle ponds, beaver ponds, lakes, reservoirs, streams, and irrigation ditches. Usually, leopard frogs are found at the water's edge, but they may roam far from permanent water in wet meadows or during mild wet weather. Winter is spent at the bottom of a body of water such as a pond or stream. In a Canadian river in winter, juvenile and adult northern leopard frogs were observed hibernating beneath rubble, generally where water depth was greater than 85 cm (Cunjak 1986). The frogs were dark-colored, had closed eyes, and were torpid but capable of swimming.

**Activity.** In the plains region, emergence from winter retreats typically occurs in March. Activity continues until October or November, when cold weather forces the frogs into dormancy. However, Hahn (1968) found active leopard frogs in January and February in pools formed by warm artesian wells in the San Luis Valley. Activity may take place day or night.

These frogs sometimes move long distances. Gillis (1975) marked a northern leopard frog in a pond in Cheyenne County and found the same individual 3 km away at another pond the following year.

Approached by a person, leopard frogs may crouch motionless or leap away into water or dense vegetation. Sometimes they leave the water to hide in shoreline vegetation. Frogs flushed from lakeshores in San Miguel County jumped into the water and immediately returned to shore if no vegetative cover was available in the water. This response probably was related to the danger of predation by trout—frogs that jumped into cover of aquatic vegetation stayed there. Adults can move well over 1 m in a single leap.



Plate 7.64. Unusual blue variant of northern leopard frog (Weld County, Colorado).



Plate 7.65. Defensive posture of northern leopard frog (Jackson County, Colorado).





Plate 7.66. Eggs of northern leopard frog (Boulder County, Colorado).

Leopard frogs sometimes exhibit defensive postures. In Jackson County, a 62-mm-SVL frog that I tapped on the dorsum lowered its head and extended its elbows outward, with the forefeet close to the head. A newly metamorphosed frog in Hinsdale County exhibited the same response.

**Reproduction and Growth.** Breeding occurs in the shallow, quiet areas of permanent bodies of water, in beaver ponds, and in seasonally flooded areas adjacent to or contiguous with permanent pools or streams. Breeding sites typically contain vegetation, mats of algae, and fairly clear water.

At low elevations in Colorado, males begin calling on warm, sunny days in March or April. In eastern Boulder County, I found calling males in water that was 14–23°C. Males call while floating at the surface and frequently wrestle with each other between calls. In favorable habitat, 20–25 or more males may be present in a 20 m x 20 m area. Kruse (1981) found that female *Rana pipiens* were attracted to the mating call of *Rana pipiens* but not to that of *Rana blairi* or a presumed hybrid. The chuckle in the call may function in territorial interactions. When grasped by a male attempting amplexus, males and unreceptive females emit distinctive release calls, lasting a few tenths of a second (McClelland and Wilczynski 1989). Reproductively active males sometimes clasp inanimate objects (Livo 1981b). Calling in eastern Boulder County usually wanes in April but sometimes occurs in May or early June. I heard northern leopard frogs calling vigorously after a heavy rain in late May at 5,000 feet (1,525 m), but whether oviposition occurred is unknown.

The secretive females start laying eggs a few days after calling begins. Most females in the plains region of Boulder County lay their eggs by mid-April, sometimes by the end of March if warm weather arrives early. Along the Arkansas River in

Case No. 1:23-cv-01501-RMR Document 18-6 filed 09/29/23 USDC Colorado pg 26 of 198



November, when cold weather forces the frogs into dormancy. However, Hahn (1968) found active leopard frogs in January and February in pools formed by warm artesian wells in the San Luis Valley. Activity may take place day or night.

These frogs sometimes move long distances. Gillis (1975) marked a northern leopard frog in a pond in Cheyenne County and found the same individual 3 km away at another pond the following year.

Approached by a person, leopard frogs may crouch motionless or leap away into water or dense vegetation. Sometimes they leave the water to hide in shoreline vegetation. Frogs flushed from lakeshores in San Miguel County jumped into the water and immediately returned to shore if no vegetative cover was available in the water. This response probably was related to the danger of predation by trout—frogs that jumped into cover of aquatic vegetation stayed there. Adults can move well over 1 m in a single leap.



Plate 7.64. Unusual blue variant of northern leopard frog (Weld County, Colorado).



Plate 7.65. Defensive posture of northern leopard frog (Jackson County, Colorado).





Plate 7.66. Eggs of northern leopard frog (Boulder County, Colorado).

Leopard frogs sometimes exhibit defensive postures. In Jackson County, a 62-mm-SVL frog that I tapped on the dorsum lowered its head and extended its elbows outward, with the forefeet close to the head. A newly metamorphosed frog in Hinsdale County exhibited the same response.

**Reproduction and Growth.** Breeding occurs in the shallow, quiet areas of permanent bodies of water, in beaver ponds, and in seasonally flooded areas adjacent to or contiguous with permanent pools or streams. Breeding sites typically contain vegetation, mats of algae, and fairly clear water.

At low elevations in Colorado, males begin calling on warm, sunny days in March or April. In eastern Boulder County, I found calling males in water that was 14–23°C. Males call while floating at the surface and frequently wrestle with each other between calls. In favorable habitat, 20–25 or more males may be present in a 20 m x 20 m area. Kruse (1981) found that female *Rana pipiens* were attracted to the mating call of *Rana pipiens* but not to that of *Rana blairi* or a presumed hybrid. The chuckle in the call may function in territorial interactions. When grasped by a male attempting amplexus, males and unreceptive females emit distinctive release calls, lasting a few tenths of a second (McClelland and Wilczynski 1989). Reproductively active males sometimes clasp inanimate objects (Livo 1981b). Calling in eastern Boulder County usually wanes in April but sometimes occurs in May or early June. I heard northern leopard frogs calling vigorously after a heavy rain in late May at 5,000 feet (1,525 m), but whether oviposition occurred is unknown.

The secretive females start laying eggs a few days after calling begins. Most females in the plains region of Boulder County lay their eggs by mid-April, sometimes by the end of March if warm weather arrives early. Along the Arkansas River in Pueblo County, Post (1972) found that the breeding season lasted from April 15 to May 20, April 24 to May 7, and April 12 to May 16 in three consecutive years. Along Big Sandy Creek in eastern Colorado one year, the season extended from April 9 to April 30. Females evidently produce one clutch per season.

Egg masses are attached to vegetation just below the surface in relatively warm shallows typically about 3–10 inches (7–25 cm) deep. In eastern Boulder County, midday water temperatures adjacent to several freshly laid egg masses were 12–23°C. At elevations of 5,150–8,265 feet (1,570–2,520 m) in Colorado and southern Wyoming, egg masses average about 3,000 eggs (range 645–6,272) (Corn and Livo 1989), with larger females laying more eggs (Livo 1981b). There is no evident relationship between clutch size and elevation.

In the plains region of Boulder County, eggs hatch in 4–15 days (Livo 1981b). Egg masses deposited in late March often are covered with tiny hatchlings by mid-April (pers. obs.). Early clutches may hatch before later clutches are deposited (Livo 1981b). Females often lay their eggs in distinct aggregations within the breeding site (Livo, pers. comm.). Hatchlings in eastern Boulder County are 5.5–8.4 mm TL (Livo 1981b).

I found numerous newly metamorphosed individuals in late June and early July in eastern Boulder County. Size at metamorphosis is about 21–36 mm SVL. Frogs do not begin breeding before their second spring. Breeding males generally are larger than 5 cm

SVL (average near 7 cm); females are larger than 6 cm SVL (average 7–8 cm).

At moderate elevations (6,680–7,760 feet [2,035–2,365 m]) in Larimer County, eggs are laid in late May and early June; metamorphosis takes place from mid-July through mid-September after a larval period averaging 10–12 weeks (the shortest was 58 days, the longest, occurring at the highest elevation, was 105 days) (Corn 1981). At elevations of 6,680–8,265 feet (2,035–2,520 m) in northern Colorado and southern Wyoming, breeding begins between early and late May (Corn and Livo 1989). In the San Luis Valley (7,500 feet [2,285 m]), calling may continue until at least late June (pers. obs.). Hahn (1968) observed newly metamorphosed individuals in the San Luis Valley on July 24. At 7,200 feet (2,195 m) in northwestern New Mexico, Gehlbach (1965) observed large numbers of recently metamorphosed young (9–25 mm SVL, mean 21.6 mm) on August 21–23.

Information on reproduction at high elevations is sketchy. I observed metamorphosing and newly metamorphosed individuals (26 mm SVL) in early August at 8,870 feet (2,705 m) in Jackson County and nearly metamorphosed young (34 mm SVL, 9 mm tail) in mid-August at 8,400 feet (2560 m) in Hinsdale County. At 9,000 feet (2,745 m) in Jackson County, I found many sizeable larvae lacking enlarged hind limbs in early August, and in the same area Stebbins (1951) found tadpoles on August 23. Blair (1951) reported that leopard frogs in the Elk Mountains (9,500 feet [2,895 m]) did not metamorphose before August 12. Hahn (1968) observed metamorphosing leopard frogs on August 2 at 10,500 feet (3,200 m) in southern Colorado. Brattstrom (1963) observed larvae (erroneously reported as bullfrogs) on August 5 at 8,520 feet (2,600 m) in Rocky Mountain National Park.

**Food and Predators.** Little information is available on northern leopard frog food habits in Colorado, but invertebrates undoubtedly dominate the diet of adults. Gehlbach (1965) reported tenebrionid beetles in the diet of individuals from northwestern New Mexico.

Known predators on larvae in Colorado include the pied-billed grebe *(Podilymbus podiceps)* (R. Ryder, pers. comm.) and tiger salamander (Corn 1981). Ballinger, Lynch, and Cole (1979) reported predation on larvae by the plains garter snake in western Nebraska. Reported predators on metamorphosed frogs in Colorado include the great blue heron *(Ardea herodias)* (D. and J. Ward, pers. comm.), burrowing owl *(Athene cunicularia)* (Hamilton 1941), northern water snake, and western terrestrial garter snake (Cockerell 1910; Livo, pers. comm.). Adults and larvae are vulnerable to predation by various game fishes (Bagdonas 1968). Experiments with *R. blairi* (Ehrlich 1979) indicate that the eggs and smallest larvae probably are vulnerable to predation by bullfrog larvae.

**Remarks.** Information on hybridization between the northern leopard frog and plains leopard frog is summarized in the account of the latter species.

**Taxonomy and Variation.** Dorsal color may be green or brown. In Larimer County, the frequency of the brown morph in natural populations ranges from 19–68 percent (Fogleman 1974; Corn 1981). Fogleman, Corn, and Pettus (1980) demonstrated that dorsal color is controlled by a two-allele, one-locus system, with the allele for green color dominant to the allele for brown. Corn (1981)



Plate 7.67. Larval, metamorphosing, and newly metamorphosed northern leopard frogs (Jackson County, Colorado).



found that the brown morph had a faster rate of larval development.

Other variable characters include size, shape, and number of dorsal spots; colora-



Plate 7.68. Adult wood frog (Larimer County, C

## Wood Frog

*Rana sylvatica* (LeConte, 1825)

**Recognition.** Dark "mask" on each side of face; dorsolateral folds present; hind toes webbed; usually a light mid-dorsal stripe; skin relatively smooth; maximum SVL about 83 mm. *Mature male:* base of innermost digit on forefeet swollen; averages slightly smaller and darker than adult female; expanded vocal sacs, one on each side, extend above forelimbs; breeding call a rapid series of 1–8 (usually 3–5) rough clacking notes (a chorus sounds somewhat like a group of softly quacking domestic ducks). *Larvae:* dorsum with blackish and olive-gray pigment; sides shiny bronze or pinkish; eyes dorsal; tail fin high, strongly arched dorsally, with dark spots and blotches; labial tooth rows 2/3 or 3/4; oral papillae encircle mouth, with wide gap above mandibles; papillae indented at angle of jaw, dense at sides

Case No. 1:23-cv-01501-RMR Document 18-6 filed 09/29/23 USDC Colorado pg 28 of 198



(1968) observed metamorphosing leopard frogs on August 2 at 10,500 feet (3,200 m) in southern Colorado. Brattstrom (1963) observed larvae (erroneously reported as bullfrogs) on August 5 at 8,520 feet (2,600 m) in Rocky Mountain National Park.

**Food and Predators.** Little information is available on northern leopard frog food habits in Colorado, but invertebrates undoubtedly dominate the diet of adults. Gehlbach (1965) reported tenebrionid beetles in the diet of individuals from northwestern New Mexico.

Known predators on larvae in Colorado include the pied-billed grebe *(Podilymbus podiceps)* (R. Ryder, pers. comm.) and tiger salamander (Corn 1981). Ballinger, Lynch, and Cole (1979) reported predation on larvae by the plains garter snake in western Nebraska. Reported predators on metamorphosed frogs in Colorado include the great blue heron *(Ardea herodias)* (D. and J. Ward, pers. comm.), burrowing owl *(Athene cunicularia)* (Hamilton 1941), northern water snake, and western terrestrial garter snake (Cockerell 1910; Livo, pers. comm.). Adults and larvae are vulnerable to predation by various game fishes (Bagdonas 1968). Experiments with *R. blairi* (Ehrlich 1979) indicate that the eggs and smallest larvae probably are vulnerable to predation by bullfrog larvae.

**Remarks.** Information on hybridization between the northern leopard frog and plains leopard frog is summarized in the account of the latter species.

**Taxonomy and Variation.** Dorsal color may be green or brown. In Larimer County, the frequency of the brown morph in natural populations ranges from 19–68 percent (Fogleman 1974; Corn 1981). Fogleman, Corn, and Pettus (1980) demonstrated that dorsal color is controlled by a two-allele, one-locus system, with the allele for green color dominant to the allele for brown. Corn (1981)



Plate 7.67. Larval, metamorphosing, and newly metamorphosed northern leopard frogs (Jackson County, Colorado).



found that the brown morph had a faster rate of larval development.

Other variable characters include size, shape, and number of dorsal spots; coloration of dorsolateral folds (may or may not contrast with background color); and roughness of the skin.

No subspecies are recognized.



Plate 7.68. Adult wood frog (Larimer County, Colorado).

## Wood Frog

*Rana sylvatica* (LeConte, 1825)

**Recognition.** Dark "mask" on each side of face; dorsolateral folds present; hind toes webbed; usually a light mid-dorsal stripe; skin relatively smooth; maximum SVL about 83 mm. *Mature male:* base of innermost digit on forefeet swollen; averages slightly smaller and darker than adult female; expanded vocal sacs, one on each side, extend above forelimbs; breeding call a rapid series of 1–8 (usually 3–5) rough clacking notes (a chorus sounds somewhat like a group of softly quacking domestic ducks). *Larvae:* dorsum with blackish and olive-gray pigment; sides shiny bronze or pinkish; eyes dorsal; tail fin high, strongly arched dorsally, with dark spots and blotches; labial tooth rows 2/3 or 3/4; oral papillae encircle mouth, with wide gap above mandibles; papillae indented at angle of jaw, dense at sides of mouth; anus on right side at front end of ventral tail fin; maximum TL 52 mm (Stebbins 1951). *Eggs:* black above, whitish below, about 2.0–2.1 mm in diameter (Bagdonas 1968), each surrounded by two jelly envelopes, deposited in large globular masses about the size of a baseball or tennis ball and usually including several hundred eggs.

**Distribution.** Ranges farther north than any other North American amphibian, extending from Alaska to Newfoundland, and south to Virginia, Georgia, Alabama, and Arkansas in the east and to Montana, Wyoming, and northern Colorado in the Rocky Mountains. Occurs in Colorado in the mountains surrounding North Park, along the upper tributaries of the Colorado River in Grand County, and in the upper Laramie River drainage of Larimer County. There is a recent photo-documented occurrence in central North Park; pending verification of a breeding population in that area, I did not include this site on the distribution map.

FS-007498

# The Abert's Squirrel (*Sciurus aberti*): A Technical Conservation Assessment



**Prepared for the USDA Forest Service, Rocky Mountain Region, Species Conservation Project**

**August 25, 2003**

**James O. Keith, Ph.D.**
Wildlife Ecologist
8027 E. Phillips Circle, Centennial, CO 80112

Peer Review Administered by
Society for Conservation Biology

Keith, J.O. (2003, August 25). Abert's Squirrel (*Sciurus aberti*): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/abertsquirrel.pdf [date of access].

## ACKNOWLEDGEMENTS

I would like to thank Dr. William Andelt, Colorado State University, for loaning me his collection of reprints on the Abert's squirrel. Dr. Andelt and his staff prepared a literature review of the Abert's squirrel for the Colorado Division of Wildlife in 1995, and Bill provided me with a copy of that document. Dr. W.S. Allred, Northern Arizona University (NAU), sent me copies of his publications on the Abert's squirrels, papers written by his fellow staff members at NAU, and theses of his graduate students. This material covered much of the recent work on the squirrel, and Dr. Allred was always anxious to suggest to me where I could get the rest. Norris Dodd, Arizona Game and Fish Department, is conducting truly fascinating research on Abert's squirrels in central Arizona and he is discovering new and exciting aspects of their demography and their ecology in ponderosa pine forests. Norris gave me copies of everything he had, published or not, so that I would know everything he did. All of that certainly helped, but I wish I had his insight and understanding of how all these pieces fit together. The Ecological Restoration Institute at NAU provided me with copies of articles and proceedings published by their staff of forest, plant, and fire ecologists who are working on restoration of ponderosa pine forests. Likewise, Dr. Merrill Kaufmann at the Rocky Mountain Research Station, USFS, sent me copies of his latest publications dealing with restoring ponderosa pine in the South Platte Watershed west of Denver. Dr. D. B. McDonald, University of Wyoming, prepared the life cycle graph and matrix tables from values presented in this review. All of these good people helped me immensely and did so with a graciousness and consideration that made a special contribution to what I was able to accomplish. I thank them all very much.

## AUTHOR'S BIOGRAPHY

Dr. James Keith was employed as a Wildlife Research Biologist for 37 years with the U.S. Fish and Wildlife Service and the U.S. Department of Agriculture. He has worked as an environmental consultant for 10 years since leaving government in 1992.

His professional interests have been in wildlife toxicology, biology and ecology of birds and mammals, conservation and recovery of endangered species, management of natural resources, environmental impact assessment, animal damage control, and educational and training programs.

## COVER PHOTO CREDIT

The Abert's Squirrel (*Sciurus aberti*)
Photograph by William Ervin, used with his permission.

# Introduction Remarks

*"This truly elegant squirrel I procured in the San Francisco mountain, during the month of October, where I found it quite abundant, and after leaving which place I did not see it again. I have been informed by Major Backus, U.S. Army, that they are quite numerous near Fort Defiance, in the Navajo country. I have called it Sciurus Abertii, in honor of Col. J. J. Abert, Chief of the Corps of Topographical Engineers, to whose exertions science is so much indebted."*

S. W. Woodhouse, 1853.

*"The most characteristic, as well as most abundant species of Squirrel, is the Tuft-eared - [Abert squirrel] discovered by Dr. Woodhouse in the San Francisco Mountains. It is one of the largest, and certainly the very handsomest of all our North American species. Besides very beautiful and harmonious colors, it rejoices in the possession of long pointed ear-tufts, extending an inch or more from the edge of the conch of the ear, which give it a peculiarly sprightly and truly elegant appearance.*

*The pine-clad mountains of northern and central Arizona are the chosen home of this Squirrel, and it rarely, if ever, quits these woods for other situations. It is there a resident species, breeding in abundance, and braving the rigors of winter. Its food is chiefly pine and other seeds."*

Eliott Coues, 1867.

*"We came to a glorious forest of lofty pines, through which we have travelled ten miles. The country was beautifully undulating, and although we usually associate the idea of barrenness with the pine regions, it was not so in the instance; every foot being covered with the finest grass, and beautiful broad grassy vales extending in every direction. The forest was perfectly open and unencumbered with brush wood, so that the traveling was excellent."*

E.F. Beale, 1859. (From Cooper, 1960)

# Summary of Key Components for Conservation of the Abert's Squirrel

## *Status*

Colorado is the only state in Region 2 in which significant populations of Abert's squirrels (*Sciurus aberti*) exist. Populations of the squirrel have fluctuated widely over the past 100 years, but the species' viability does not appear to be threatened, nor is the species in danger of extinction at a landscape or forest level anywhere in Colorado. It is normal for the abundance of Abert's squirrels to vary greatly and frequently due to weather conditions and food supplies. Numbers change over longer periods with forest management practices that alter squirrel habitat condition. Large wildfires have eliminated squirrels and squirrel habitat over vast areas, but such losses do not threaten the species' viability in Colorado. The species currently seems quite secure in Region 2.

## *Primary Threats*

The primary threat, or limiting factor, to Abert's squirrel populations in Colorado at the present time appears to be the condition of their habitat. By 1900, original forests had been severely degraded by logging, grazing, and wildfires. Replacement forests provided less valuable habitats for squirrels, and forest management stressed timber production rather than creation of habitat for wildlife. Current forest conditions are not sustainable. Forest management is now focused on thinning and fuels reduction to protect watersheds and human dwellings. Habitat requirements of squirrels could be accommodated but are seldom considered. The future condition of squirrel habitat in Colorado will depend on management decisions, and it easily could decrease in value. Global climate change is increasingly becoming a threat to the squirrels and to their habitat. Recent droughts have restricted reproductive success, and heavy and persistent winter snowfalls have caused increased mortality.

## *Primary Conservation Elements, Management Implications and Considerations*

Abert's squirrels rely on ponderosa pine (*Pinus ponderosa*) for most of their life requirements. The needs of the squirrel that are met by the pine have been defined sufficiently to enable management of pine forests to support squirrel populations. Forest managers must decide on forest management goals. Squirrel abundance can be maintained and even increased by using available knowledge of squirrel habitat requirements. Good squirrel habitat contains open, uneven-aged stands, with clusters of even-aged groups connected by canopy corridors to provide secure travel routes. Such forest structure will provide the foods required by squirrels, as well as the canopy cover necessary for fungi production, nesting, and escape. Squirrels reduce cone crops and perhaps growth in ponderosa pine. However, they contribute to the well-being of the pine by dispersing spores of hypogeous fungi that facilitate water and nutrient uptake by the trees and thereby enhance seedling survival, forest regeneration, and growth.

# Table of Contents


ACKNOWLEDGEMENTS ..... 2
AUTHOR'S BIOGRAPHY ..... 2
COVER PHOTO CREDIT ..... 2
INTRODUCTION REMARKS ..... 3
SUMMARY OF KEY COMPONENTS FOR CONSERVATION OF THE ABERT'S SQUIRREL ..... 4
- Status ..... 4
- Primary Threats ..... 4
- Primary Conservation Elements, Management Implications and Considerations ..... 4

LIST OF TABLES AND FIGURES ..... 7
INTRODUCTION ..... 8
- Goal of Assessment ..... 8
- Scope of Assessment ..... 8
- Treatment of Uncertainty ..... 8
- Publication of Assessment on the World Wide Web ..... 8
- Peer Review ..... 9

MANAGEMENT STATUS AND NATURAL HISTORY ..... 9
- Management Status ..... 9
- Existing Regulatory Mechanisms, Management Plans, and Conservation Strategies ..... 9
- Biology and Ecology ..... 9
  - Systematics ..... 9
  - General species description ..... 9
  - Distribution ..... 10
  - Abundance ..... 14
  - Population trend ..... 15
  - Activity ..... 16
  - Movements ..... 17
  - Habitat ..... 17
  - Food habits ..... 18
  - Breeding biology ..... 22
  - Demography ..... 23
  - Community ecology ..... 26

CONSERVATION ..... 26
- Threats ..... 26
  - Threats to squirrels and their habitat ..... 26
  - Threats from exotic species ..... 28
  - Threats of overutilization ..... 28
- Conservation Status of Abert's Squirrel in Region 2 ..... 28
- Management Considerations ..... 29
- Tools and Practices ..... 30
  - Distribution surveys and population monitoring ..... 30
  - Habitat inventory and monitoring ..... 31
  - Management approaches for Abert's squirrels ..... 33
  - Information needs ..... 36
    - Distribution ..... 36
    - Responses to habitat changes ..... 37
    - Movements ..... 37
    - Demography ..... 37
    - Population trend ..... 37
    - Restoration methods ..... 37
    - Research priorities in Region 2 ..... 38

DEFINITIONS ..... 39
REFERENCES ..... 41

APPENDIX A ........ 55
Life Cycle Graph and Model Development for the Abert's Squirrel ........ 55
Sensitivity analysis ........ 56
Elasticity analysis ........ 57
Other demographic parameters ........ 58
Stochastic model ........ 58
Potential refinements of the models ........ 60
References ........ 61
APPENDIX B ........ 62

EDITOR: Gary Patton, USDA Forest Service, Rocky Mountain Region

# List of Tables and Figures

**Tables:**

Table 1. Distribution of nine subspecies of Abert's squirrel .... 10

Table 2. Activity patterns of male and female Abert's squirrels. .... 17

Table 3. Food items of radio-collared Abert's squirrels between 1989 and 1991 in Colorado .... 19

Table 4. Estimated food availability for Abert's squirrels. .... 20

Table 5. Diet of Abert's squirrels by seasons. .... 20

Table A1. Parameter values for the component terms ($P_i$ and $m_i$) that make up the vital rates in the projection matrix for Abert's squirrels. .... 56

Table A2. Stable age distribution (right eigenvector). .... 58

Table A3. Reproductive values (left eigenvector). .... 58

Table A4. Results of four cases of different stochastic projections for Abert's squirrels. .... 59

**Figures:**

Figure 1. Range of the Abert's squirrel in the Southwestern United States. .... 11

Figure 2. Range of the Abert's squirrel in Colorado. .... 12

Figure 3. Abert's squirrel distribution on the Grand Mesa, Uncompahgre, Gunnison National Forest. .... 13

Figure 4. Abert's squirrel recruitment vs. forest canopy cover. .... 33

Figure 5. Sinks gain squirrels in August from source habitats, but lose them in winter. .... 34

Figure 6. ROMPA calculated from optimum and marginal patch area. .... 35

Figure 7. Abert's squirrel density and recruitment in optimum and marginal areas. .... 35

Figure A1. Life cycle graph for the Abert's squirrel. .... 55

Figure A2a. Symbolic values for the projection matrix of vital rates, A (with cells $a_{ij}$) corresponding to the Abert's squirrel's life cycle graph of Figure A1. Meanings of the component terms and their numeric values are given in Table A1. .... 56

Figure A2b. Numeric values for the matrix. .... 56

Figure A3. Possible sensitivities only matrix, $S_p$ (blank cells correspond to zeros in the original matrix, A). . .... 57

Figure A4. Elasticity matrix, E (remainder of matrix consists of zeros). .... 57

# INTRODUCTION

This assessment is one of many being prepared to support the Species Conservation Project for the Rocky Mountain Region, U.S. Forest Service (USFS). The Abert's squirrel is the focus of an assessment because it is a Management Indicator Species (MIS) on multiple national forests in Region 2, and as such, it serves as a barometer for species viability at the forest level. MIS have a dual functionality: 1) to estimate the effects of planning alternatives on fish and wildlife populations (36 CFR 219.19 (a) (1)) and 2) to monitor the effects of management activities on species via changes in population trends (36 CFR 219.19 (a) (6)). This assessment addresses the biology of the Abert's squirrel throughout its range in Region 2. The broad nature of the assessment leads to some constraints on the specificity of information for particular locales. This introduction defines the goal of the assessment, outlines its scope, and describes the process used in its production.

## *Goal of Assessment*

Species conservation assessments produced as part of the Species Conservation Project are designed to provide forest managers, research biologists, and the public with a thorough discussion of the biology, ecology, conservation status, and management of certain species based on available scientific knowledge. The assessment goals limit the scope of the work to critical summaries of scientific knowledge, discussions of the broad implications of that knowledge, and outlines of information needs. The assessment does not seek to develop specific management recommendations but provides the ecological background upon which management must be based. However, it does focus on the consequences of changes in the environment that result from management (i.e. management implications). Furthermore, it cites management recommendations proposed elsewhere and, when management recommendations have been implemented, the assessment examines the success of the implementation.

## *Scope of Assessment*

The Abert's squirrel assessment examines the biology, ecology, conservation status, and management of this species with specific reference to geographic and ecological characteristics present in the Rocky Mountain Region. Although much of the literature on the species originates from field investigations in Arizona and Utah, this document places that literature in the ecological context of the southern Rockies. Similarly, this assessment is concerned with reproductive behavior, population dynamics, and other characteristics of Abert's squirrels in the context of the current environment, which changed radically beginning about 150 years ago. The evolutionary environment of the species is considered in conducting the synthesis but placed in a current context.

The following sources were reviewed in preparing this assessment: refereed literature, non-refereed publications, research reports, and data accumulated by resource management agencies. Not all publications on Abert's squirrels are referenced in the assessment, nor was all published and unpublished material considered equally reliable. The assessment emphasizes refereed literature because this is the accepted standard in science. Non-refereed publications or reports were regarded with greater skepticism and used only when information was unavailable elsewhere.

## *Treatment of Uncertainty*

Science attempts to attain a systematic approach to obtaining knowledge. Competing ideas are measured against observations. Because descriptions are always incomplete and observations limited, science includes approaches for dealing with uncertainty. Sorting among alternatives may be accomplished using a variety of scientific tools. It is difficult to conduct critical experiments in the ecological sciences and often observations, inference, good thinking, and models must be relied on to guide the understanding of ecological relations.

In this assessment, the strength of evidence for particular ideas is noted and alternative explanations are described when appropriate. While well-executed experiments represent the strongest approach to developing knowledge, alternative methods (observations and inference) were accepted as sound approaches to understanding features of biology.

## *Publication of Assessment on the World Wide Web*

To facilitate use of species assessments in the Species Conservation Project, they are being published on the Region 2 World Wide Web site. Placing the documents on the Web makes them available to agency biologists and the public more rapidly than publishing them as a book or report. More important, it facilitates revision of the assessments, which will be accomplished based on guidelines published by Region 2.

### *Peer Review*

Assessments developed for the Species Conservation Process have been peer reviewed prior to release on the Web. This report was reviewed through a process administered by the Society for Conservation Biology which chose two recognized experts to provide critical input on the manuscript. Peer review was designed to improve the quality of communication and increase the rigor of the assessment.

## MANAGEMENT STATUS AND NATURAL HISTORY

### *Management Status*

The Abert's squirrel has a Natural Heritage Program ranking of G5; it is demonstrably secure globally, though it may be quite rare in parts of its range, especially at the periphery (Natural Heritage Program, public communication). The Abert's squirrel has no federal legal protection and is not considered rare or threatened. The USFS considers the squirrel to be a "management indicator species", and it is a "demand species" in Colorado, Arizona, and New Mexico, where it is hunted. The State of Utah has designated the squirrel as a sensitive species, based on its limited range in the state.

### *Existing Regulatory Mechanisms, Management Plans, and Conservation Strategies*

The Abert's squirrel is a game species in Colorado and is protected against "take", except as prescribed by Colorado's Small Game Hunting Regulations. None of the states in Region 2 are known to have developed management plans or conservation strategies for the squirrel. The National Forest Management Act directs the USFS to provide for biodiversity as part of meeting multiple-use objectives. The MIS concept is used by the agency to provide an indication of species viability at the forest level. Population responses are used to show the effects of management activities. MIS must be identified in a forest plan and their populations monitored to determine their relations to habitat changes. MIS currently are being identified in forest plans along with conservation strategies (e.g. Grand Mesa, Uncompahgre and Gunnison National Forest MIS Assessment).

The life requirements of the Abert's squirrel have been identified and should be considered in management of ponderosa pine forests. Several studies have suggested specific approaches to create and enhance squirrel habitat during timber harvest or forest restoration activities and to monitor squirrel populations (Patton 1984, Dodd et al. 1998, Elson 1999). Another source of reference is the publication on managing forest lands for wildlife by Hoover and Wills (1984), which is the basis for the HABCAP computer model used by some forests to estimate habitat capability for the Abert's squirrel. Existing state and federal laws, if properly enforced, appear adequate to protect the Abert's squirrel from overexploitation. However, no information is available to determine the level of illegal take of the squirrel.

### *Biology and Ecology*

#### Systematics

The Abert's squirrel is classified under the Order Rodentia, Suborder Sciuromorpha, Family Sciuridae, Genus *Sciurus*, and Subgenus *Otosciurus* (Nash and Seamam 1977). The taxonomy of the Abert's squirrel at the specific level has become confused over the years and new evidence (Seaman 1975, Wettstein et al. 1995, Wettstein et al. 1996, Lamb et al. 1997) continues to develop a basis for further revisions. Hall and Kelson (1959) and Nash and Seaman (1977) considered the Abert's squirrel and the Kaibab squirrel (*Sciurus kaibabensis*) to be separate species. In contrast, Cockram (1960) and Findley et al. (1975) regarded the Kaibab squirrel as one of nine subspecies of the Abert's squirrel, while Hoffmeister and Diersing (1978) placed the entire group into six subspecies of the Abert's squirrel. The group collectively is known as the tassel-eared squirrels, and the habits of all squirrels in the group appear to be basically the same (Goldman 1928). To illustrate the widest proposed separation of the species, the nine subspecies defined by Cockram (1960) and Finley (1999) and their general distribution are listed in **Table 1**.

#### General species description

The Abert's squirrel is a large tree squirrel with a long, full tail. It has long ear tufts during most of the year, but tufts are usually lacking on adults during July, August, and September when animals are in summer pelage (Keith 1965). The pelage of the squirrel is unique and perhaps the most beautiful of any North American squirrel. The body of most subspecies is a grizzled-gray dorsally with a variable rusty band down the middle of the back. The length and width of this rusty band varies among individuals and is greater in summer pelage than in winter pelage (Keith 1965, Armstrong 1972). A thin

**Table 1.** Distribution of nine subspecies of Abert's squirrel, as defined by Cockram (1960) and Findley et al. (1975).

| Subspecies | Distribution |
|---|---|
| *Sciurus aberti aberti* | Mountains of central Arizona and southwestern New Mexico |
| *Sciurus aberti barberi* | Sierra Madre Occidental of west-central Chihuahua |
| *Sciurus aberti chuscensis* | Chuska Mountains of northwestern New Mexico and northeastern Arizona |
| *Sciurus aberti durangi* | Sierra Madre Occidental of southwestern Durango |
| *Sciurus aberti ferreus* | Eastern slope of the Rocky Mountains in Colorado and extreme northern New Mexico |
| *Sciurus aberti kaibabensis* | Kaibab Plateau of northern Arizona |
| *Sciurus aberti mimus* | San Juan Mountains of Colorado and mountains of north-central New Mexico |
| *Sciurus aberti navajo* | Abajo Mountains of southeastern Utah |
| *Sciurus aberti phaeurus* | Sierra Madre Occidental of southwestern Chihuahua and northwestern Durango |

black line is present laterally, separating the dorsal fur from the white ventral fur. The tail is grizzled above and white beneath. The Kaibab squirrel is equally striking, with a black belly and a pure white tail. White-bellied individuals can be found in Kaibab populations (Hall JG 1981) and black-bellied squirrels are common in New Mexico (Findley et al. 1975) and occur in Arizona (Hoffmeister 1971, Allred 1995).

In north-central Colorado, Ramey and Nash (1976b) reported pelage polymorphism occurring in *S. a. ferreus*, with melanism being present in 68 percent of the animals. Both the agouti (gray) and non-agouti (black) phases showed varying phenotypes ranging from light brown to black (1973). Most brown squirrels have been reported from central Colorado in Elbert, El Paso, and Jefferson Counties (Ramey and Nash 1971). The predominant color along the Front Range is black. All three color phases can occur in a single litter. In southwestern Colorado, almost all squirrels (*S. a. mimus*) are salt-and-pepper gray.

Fitzgerald et al. (1994) reported body weights of Abert's squirrels between 550 and 750 g, and this range encompasses those given by Keith (1965), Patton et al. (1976b), and Pederson et al. (1987). The ranges for measurements given by Fitzgerald et al. (1994) (total length 450 to 580 mm, tail 200 to 300 mm, hind foot 65 to 75 mm) include the ranges given by Hall and Kelson (1959) and Keith (1965).

## Distribution

Abert's squirrels occur in the cool, dry forests of interior ponderosa pine (*Pinus ponderosa* var. *scopulorum*) in the Southwest. They do not inhabit the moister coastal and northern stands of ponderosa pine, where winters are longer and snows are deeper. In Colorado, Arizona, and New Mexico, the squirrels are usually found within the montane forests of ponderosa pine and mixed ponderosa pine and Douglas-fir (*Pseudotsuga menziesii*). They were described as being dependent on these forests for their life requirements of food and shelter (McKee 1941, Keith 1965, Dodd et al. 1998). They make only minor incursions into pinyon pine (*Pinus edulis*) at lower elevations (Reynolds 1966, Reynolds et al. 1970) and spruce-fir forests at higher elevations (Ferner 1974). In contrast, Hoffmeister (1986) found that of collection records in Arizona, 20 percent are in pinyon-juniper woodlands. Likewise, Hutton et al. (2003) reported sightings of 498 Abert's squirrels during a 12-year period in the two types of spruce-fir forests on Mt. Graham in southern Arizona.

The range of the Abert's squirrel includes the southern Rocky Mountains and the Colorado Plateau in the United States and the Sierra Madre Occidentals in Mexico (**Figure 1**). They occur naturally in some isolated mountain ranges, such as the Chuskas on the northern part of the border between New Mexico and Arizona and the Abajos in southwestern Utah. In addition, they were successfully introduced into several isolated ranges in Arizona and in the Sandia and Manzano mountains of New Mexico (Davis and Brown 1988).

Throughout the species' range from Mexico, through New Mexico and Arizona, and into Utah, Colorado, and Wyoming, the squirrel naturally occurs in disjunct patches of ponderosa pine, many of which are separated by miles of inhospitable habitat. Some authors believed that the isolated segments of habitat, many with a compliment of squirrels and associated fauna and flora, were relics of a continuous forest that existed during the late Pleistocene (McKee 1941, Keith 1965).

Davis and Brown (1989) reviewed the historical distribution of ponderosa pine and Abert's squirrels and concluded that the squirrel did not occur north of 36° N latitude in the late Pleistocene, primarily because at that time the pine did not grow north of that latitude (Lomolino et al. 1989). They proposed the current




**Figure 1.** Range of the Abert's squirrel in the Southwestern United States. (Source: Davis and Brown 1989)

distribution of the squirrel north of 36° N latitude is the result of a relatively recent immigration that is apparently continuing.

Davis and Brown (1989) described the natural range expansion of three Abert's squirrel populations in Arizona that required movements of up to 57 km through habitats lacking ponderosa pine. Abert's squirrels evidently can subsist and move across plant communities outside of ponderosa pine forests to establish new populations. Their movements and migrations have been documented through spruce-fir forests (Hutton et al. 2003) and above timberline (Cooper 1987).

Davis and Bissell (1989) evaluated the distribution of the Abert's squirrel in Colorado based on museum collections and published and unpublished reports. They started with the range map of Armstrong (1972) and added recent records (**Figure 2**). They proposed that the squirrel's distribution either was underestimated before 1971 or that its range has expanded since that time. For instance, Armstrong (1972) stated that there were no records from western Colorado north of the San Juan Mountains, and they should not be expected there as ponderosa pine occurs only in small disjunct stands. By 1989, squirrels were reported in 11 additional counties north of the San Juan Mountains, and by 2001, they occupied small areas east and west of Montrose, Colorado (**Figure 3**). Davis and Bissell (1989) argued that the new records were due to range expansion and believed the process was one that had been occurring as the squirrels moved northward following the post-Pleistocene expansion of ponderosa pine into Colorado.

Bissell (1978) and Meaney (1990) presented the same general distribution for the squirrel in Colorado based on reports of their presence in one-degree blocks of latitude and longitude within the state. Fitzgerald et al. (1994) gave an even more generalized range for the squirrel in Colorado, but it appeared to conform to the distribution shown by Davis and Bissell (1989). The only report of Abert's squirrels in Region 2 outside of




**Figure 2.** Range of the Abert's squirrel in Colorado. (Source: Davis and Bissell 1989)




**Figure 3.** Abert's squirrel distribution on the Grand Mesa, Uncompahgre, Gunnison National Forest. (Source: Grand Mesa, Uncompahgre, Gunnison National Forest)

Colorado is from extreme southern Wyoming. Brown (1969) collected squirrels near Harriman, Wyoming only several hundred meters north of the Colorado border. No Abert's squirrels were reported elsewhere in Wyoming, at least until 1978 (Harju 1978).

## Abundance

Historically, Merriam (1890) and Mearns (1907) found squirrels abundant in Arizona. Cary (1911) believed the squirrels were scarce in Colorado, and Rockwell (1916) commented that Abert's squirrels formerly were much more abundant in Colorado. Goldman (1928) reported both the Abert's and the Kaibab squirrel were decreasing in Arizona. Pearson (1950) reported a steady increase at Fort Valley near Flagstaff between 1930 and 1940. Other observers frequently have commented on the variations in Abert's squirrel numbers that are apparent over time and from area to area (Keith 1965, Nash and Ramey 1970, Hoffmeister 1971, Armstrong 1972, Hall ER 1981). Wilson and Ruff (1999) stated that populations of Abert's squirrels fluctuate markedly, with densities varying from 2 to 82 individuals per $km^2$. Densities reported in other studies were 2.5 to 5 (Keith 1965), 8 to 16 (Brown 1984), 7 to 33 (Dodd et al. 1998), 1 to 30 (Ramey 1973), 31 to 56 (Farentinos 1972a), 12 to 124 (Lawson 1941), 30 to 124 (Trowbridge and Lawson 1942), and 247 (Patton 1975b).

J.G. Hall (1981) reported that fluctuations in numbers of Kaibab squirrels had concerned National Park Service and Forest Service staffs for many decades. They had seen a considerable reduction in squirrel numbers during the winter of 1918-1919, which was during a strong El Niño event. The squirrels were abundant in 1931 and were believed to be more numerous than in the previous four years. A serious decline in 1962 resulted in low populations in 1963 and 1964. Squirrel populations also declined in 1967 and in 1972. All of the above were subjective appraisals. The Kaibab Plateau is over 9000 ft in elevation at the rim of the Grand Canyon. Annual snowfall is greater than elsewhere in the range of the Abert's squirrel, and snow remains on the ground later in the spring.

At the Fort Valley Experiment Station in Arizona, Trowbridge and Lawson (1942) required 11 trap-days for every squirrel they caught. It took 18, 24, and 22 trap-days to catch each squirrel in 1943, 1944, and 1945, respectively, at Fort Valley (Brown 1984). In 1954, Keith (1956) needed 73 trap-days to catch each squirrel at Fort Valley. By trapping, Trowbridge and Lawson (1942), Keith (1965), and Pederson et al. (1987) found squirrels to be three to five times as abundant in virgin stands as in logged stands. Seasonal variations are due to increases from reproduction and losses due to mortality (Farentinos 1972a), while variations between areas reflect differences in habitat quality (Pederson et al. 1976) or patterns of habitat use (Hall JG 1981, Dodd et al.1998). J.G. Hall (1981) observed a shifting of areas of use over years on the Kaibab Plateau. Keith (1965) saw a pattern of change in abundance over months and among areas in central Arizona. Dodd et al. (1998) studied eight areas near Flagstaff, representing a diversity of habitat qualities for the Abert's squirrel. Their results presented some possible reasons for variations in squirrel numbers over time and space. Trapping on their study plots documented that squirrel densities, recruitment, and survival differed among areas, but squirrels used all areas and the resources that each contained. Some sites with rich habitats were production, or source, areas. Other sites with marginal habitats produced few young but were attractive to young squirrels because of the production of cones or fungi. In these latter areas, also called sinks, it was difficult for squirrels to survive after pine seeds dispersed and fungi were depleted.

In seven study areas on the Kaibab Plateau in Grand Canyon National Park, J.G. Hall (1981) measured variations among areas and seasons and found abundance varied by two- to three-fold or more among 13 years. He was able to relate decreases in abundance with the severity of the previous winter. J.G. Hall (1981) reported that after a heavy snowfall (200 percent of normal) during the winter of 1972-1973 the Kaibab squirrel population dropped to near zero throughout the Kaibab Plateau. Brown (1984) confirmed the impact of heavy snow that winter. His indices to squirrel numbers for both the Mogollon Rim and the Kaibab Plateau decreased by more than 90 percent in 1973, an El Niño year. The index increased in 1974 and again in 1975 on the Mogollon Rim with light snow cover but remained low on the Kaibab Plateau where snowfall was again heavy. Snow cover was a persuasive factor in reducing squirrel abundance.

Brown (1984) reported that during the hard winter of 1942-1943, with long periods of snow cover, squirrels were in poor condition. Trapping between January and May 1943 produced high mortality. Many squirrels had mange and about 15 percent of the captured squirrels died, apparently from shock. Keith (1965), trapping under similar conditions of heavy snowfall and prolonged snow cover in 1953 and 1954, found squirrels suffered from mange and died after exhibiting symptoms of hypoglycemia when handled.

Shock disease, as described by Green et al. (1939) and Allen (1943), results from low levels of blood sugar. Restricted consumption of foods high in sugars and carbohydrates during cold, snowy periods of high-energy demands could lead to shock disease.

Snow cover probably restricts squirrel movements from nest trees to search for other trees preferred for feeding on inner bark, and thereby limits the quality of their diet. Snow also covers food in the litter on the forest floor, such as fungi and seeds of pine and other plants. However, Golightly and Ohmart (1978) reported squirrels digging up acorns from under 10 to 15 cm of snow. In their nine-year study, Stephenson and Brown (1980) found that annual mortality in winter was correlated with the number of days with snow cover of 10 cm or more. The greatest annual mortality (66 percent) came after 85 days of snow cover. Snow cover explained more than 70 percent of the variation in annual mortality. Squirrel numbers in spring were a function of population levels the previous fall and snow-induced mortality during winter. Snow forced squirrels to rely for food on the inner bark, or phloem, of trees, which is low in protein. On a steady diet of phloem, squirrels lose weight, become stressed, and die at an increased rate. Pederson and Welch (1985) believed protein deficiency was the main cause of winter mortality, especially in winters of deep, continuous snow cover.

## Population trend

Long-term trends in Abert's squirrel populations have not been measured or monitored, but they can be deduced from what has happened to their habitat. All available information indicates that logging degrades the quality of Abert's squirrel habitat and reduces squirrel abundance (Trowbridge and Lawson 1942, Keith 1965, Brown 1984, Pederson et al. 1987, Dodd et al. 1998). Squirrel densities in stands of open old growth can be over 100 individuals per $km^2$, while in cut-over forests numbers often range only from 5 to 30 individuals per $km^2$. Their numbers and recruitment rates in an area decline after the large trees are harvested (Pederson et al. 1976). Studies showed that squirrels fed less in logged plots than in control plots. Squirrels moved from logged stands to unharvested stands. Basal area and canopy closure of trees in a stand have consistently been significantly related to squirrel density (Ratcliff et al. 1975, Patton et al. 1985, Pederson et al. 1987, Dodd et al. 1998). A habitat capability model for Abert's squirrels predicted a 20 percent decline in their numbers from proposed timber sales on 40 areas in one national forest in Arizona (Dodd and Adams 1989). Brown (1984:37) stated, "Conservative logging, including even such long-accepted practices as selective cutting on a 120-year rotation may be detrimental to a squirrel and tree that coevolved as climax species." These studies imply that squirrels must be less abundant throughout their range today than they were before European settlement.

Early settlers devastated the ponderosa pine forests inhabited by the Abert's squirrel throughout the Southwest. Jack (1900) described conditions after 20 years of logging on over one million acres in the Pikes Peak, Plum Creek, and South Platte Forest Reserves near Denver. Loggers had removed all trees over 30 cm diameter at breast height (dbh) and smaller trees were cut for ties, posts, charcoal, and pulp. Only a few thousand hectares of merchantable timber remained on the reserves at the turn of the century. In addition, fires had burned over 75 percent of the total area of the reserves between settlement and 1900. Crown fires created even-aged stands containing a greater percentage of Douglas-fir trees. Without a doubt, Abert's squirrel habitat was in much better condition in 1850 than in 2000. Squirrel populations in Colorado were undoubtedly more abundant 150 years ago, before ponderosa pine forests were subjected to logging, grazing, and fire suppression. In Colorado, the catastrophic fires during the last half of the 19th century had as great an impact as logging on montane forests of ponderosa pine and Douglas-fir (Veblen and Lorenz 1991). Forest structure (age, sizes, and spatial arrangement) was completely altered. Humans caused repeated and frequent disturbances and changes in forest stands after 1859. Conditions generally were at their worst in 1900 (Cooper 1960). The USFS was established in 1905, and slowly greater control was attained over use of resources within the reserves.

The Medicine Bow Reserve was also established in 1905 and consisted of the northern two-thirds of the Front Range (Gilpin, Boulder, and Larimer Counties). Boulder County forests were heavily logged during the mining boom of the 1860's. In some areas, most of the timber was removed (Veblen and Lorenz 1991). A large percentage of Rocky Mountain National Park was logged before the Park was established in 1915. In 1900, a single fire burned 29,000 ha at Eldora. Some fires were set by miners for no other reason than to expose parent material for examination for minerals. Thereafter, there was little logging in the Front Range of Colorado, and since the 1960's timber harvest has practically ceased except for fuels reduction, firewood, and insect control (Veblen and Lorenz 1991).

In Arizona, logging began in the late 1850's in the isolated southern mountain ranges (Matheny 1975).

After 1882, large areas of ponderosa pine were clear cut-near Flagstaff (Coconino National Forest), and fires caused by careless logging and embers from locomotive fire boxes were common in the 1880's. With control of forest reserves by the federal government, harvests became more restricted, and in some cases limited to trees < 40 cm dbh. The Arizona timber industry found only limited markets in Arizona, while in California their lumber could not compete in quality or price with lumber from the Pacific Northwest. Logging intensity increased greatly during the 1980's (Brown 1984, Dodd and Adams 1989), and many ancient stands of ponderosa pine were removed at that time.

A vegetation structure change analysis by Covington and Moore (1994) in Arizona found that after logging in the late 1800's, conditions changed and a grass-forb community developed with few trees (none of a size to be classified as timber). This community was replaced in most areas over time by a pine seedling-dominated landscape, which was followed in due course by mature timber and finally old growth over dense saplings by the 1960's. Habitat conditions for wildlife changed from one favoring foraging ungulates to one favoring animals that prefer higher tree density, including Abert's squirrels. Activities and influences of European settlers were not uniform over the range of the squirrel. Even logging intensity varied over large areas of forest, within ranger districts and across national forests. These different intensities of land use over the range of ponderosa pine created a mosaic of habitat conditions for Abert's squirrels. As a result, squirrel abundance and habitat capability varied spatially, depending on local forest conditions. Their populations probably decreased sharply after European settlement, remained low as forests re-established themselves, and gradually increased to their present levels as older trees became established.

## Activity

Abert's squirrels are strictly diurnal; they seldom are active before sunrise and usually return to their nests before sunset (Keith 1965). Halloran (1993) recorded squirrels leaving nests 92 times in the morning; the mean departure time was 0.8 h after sunrise. She measured entrance into nests in the afternoon 93 times and found the mean time was 3.0 h before sunset. Abert's squirrels are active every day and during all seasons, even in inclement weather. Halloran (1993) found the squirrels were out of their nests an average of 10.65 h in summer and 6.3 h in winter. There appear to be two major periods of activity: one in the early part of the day and another in the late afternoon (J.G. Hall 1981). Their movements are reduced after snowstorms (Keith 1965, Golightly and Ohmart 1978). Squirrels spend most of each day foraging for food, often feeding on the ground. They rest primarily in trees. During two days that J.G. Hall (1981) tracked a female Kaibab squirrel, she spent about 50 percent of her time on the ground and 50 percent in trees. The individual rested about 60 percent of her time in the trees, but only during 10 percent of the time she spent on the ground.

The squirrels return to nests during the day, especially during rainstorms and high winds (Golightly and Ohmart 1978, Hall JG 1981). Using radio-collared animals for study, Patton (1975b) found three squirrels used 2, 5, and 6 nests over a period of one month. In another radio-telemetry study, Lema et al. (1999) documented multiple occupancy of nests. Of 28 squirrels, 53 percent shared nests at least once between November and the following May. Likewise, 59 percent were found in trees where other squirrels were present. This contrasts with the observations of Farentinos (1974). He referred to the squirrel's behavior as semi-solitary and usually found individuals more than 30 m apart, a distance greater than that across the crown of most ponderosa pines. These observations are not necessarily contradictory, as the closeness of squirrels to each other may vary with their population density and with their abundance in an area. For example, several authors have commented on unusual concentrations of squirrels in areas of good cone crops. Farentinos (1974) described a variety of olfactory, tactile, auditory, and visual cues used by the squirrels in communication.

Halloran (1993) documented that male and female activity patterns were very similar, both in type and frequency (**Table 2**). Her observations were based on hours squirrels spent on diurnal activities between May 1989 and October 1991.

In fall, the squirrels rested less and traveled more than during the rest of the year (Hallloran 1993). In spring, they exhibited more social interactions than in other seasons, and behavior that centered at the nest was much higher in summer than during the rest of the year. Time spent on other activities varied with the types of foods eaten. For instance, they spent more time in activities near the nest when eating cones than when eating inner bark, probably because of the difference in the time necessary to feed to satiation on the two foods.

**Table 2.** Activity patterns of male and female Abert's squirrels.

| | **Hours spent in activity** | |
|---|---|---|
| Activity | Females | Males |
| Feeding | 12.5 | 18.3 |
| Resting | 10.8 | 13.2 |
| Traveling | 12.1 | 16.1 |
| Grooming | 2.8 | 3.6 |
| Nest/Social | 5.7 | 5.4 |

## Movements

Resident Abert's squirrels do not move long distances. Maximum movements recorded for juvenile squirrels during fall dispersal were 840, 870, 1290, and 1440 m (Farentinos 1972b). Movements reported for males during the breeding season ranged up to 1.5 km as they moved to locate females in estrus. These movements were reflected in larger home ranges for males in the breeding season (20.8 ha) than at other times (7.5 ha) (Farentinos 1979). Halloran (1993) also found male home ranges were larger in the breeding season, but Lema (2001) did not. Several workers have implied that there is a temporal and spatial "shuffling" of the squirrel population as individuals emigrate or temporarily move to take advantage of nearby food resources (Keith 1965, Hall JG 1981, Dodd et al. 1998).

Most workers using radio-telemetry or systematic observations of marked animals calculated similar home ranges for males (4 to 21 ha) and females (4 to 17 ha). Home ranges varied much more among studies than between sexes (Patton 1975b, Farentinos 1979, Halloran 1993, Lema 2001).

Home ranges varied among studies, and workers tested effects of seasons, diets, habitats, and logging. Farentinos (1979) found home ranges were larger in winter, while Lema (2001) found them to be smaller in winter, and Halloran (1993) found no differences with seasons and diets. J.G. Hall (1981) noted relatively small home ranges (4.4 ha for males and 2.5 ha for females) in the more pristine stands of ponderosa pine on the Kaibab Plateau. Patton (1985) measured an increase in home range size from 27.2 ha to 49.8 ha following logging on his study area. Likewise, Lema (2001) found squirrel home ranges to be larger in poorer habitat. Most workers found that home ranges of individual squirrels overlapped. Halloran (1993) observed this to occur in 98 percent of the individuals. Keith (1965) found that home ranges of individuals shifted, or "floated", over larger areas with time (months). These observations may reflect movements noted by other workers as squirrels sought to take advantage of temporarily available food resources, such as cone crops (Dodd et al. 1998).

## Habitat

Abert's squirrels live in forests of ponderosa pine that often are rather pure stands with minimal understory. Ponderosa pine forests occur over more than 11 million acres in Arizona, New Mexico, Utah, and Colorado (Schubert 1974). The pine extends throughout Region 2, but Abert's squirrels occur in Region 2 only in Colorado and extreme southern Wyoming. In Colorado, some forests are a mixture of Douglas-fir and ponderosa pine. Both the Abert's squirrel and the pine squirrel (*Tamiasciurus hudsonicus*) occur in these mixed stands. However, Abert's squirrels most often occur at lower elevations, where ponderosa pine is dominant. Pine squirrels, on the other hand, frequent higher elevations where Douglas-fir is mixed with spruce-fir forests (Ferner 1974). At lower elevations, and especially in Arizona, stands of ponderosa pine can be mixed with scattered Gambel oaks (*Quercus gambelii*). The squirrels eat acorns of Gambel oak and will nest in the oak. Stephenson (1975) felt Gambel oaks were important to the squirrel, but unreliable as a source of food because they do not produce acorn crops every year. On the Kaibab Plateau, squirrels ate both the inner bark and the seeds of pinyon pine and occasionally used the inner bark of Douglas-fir for food (Ratcliff et al. 1975).

Some authors (McKee 1941, Keith 1965, Dodd et al. 1998) have stressed the dependence of the Abert's squirrel on ponderosa pine, and in a general sense that is true. In New Mexico, however, the squirrels are often found in mixed forests (Finley et al.1975), and in Mexico they live in forests composed of ponderosa pine, Apache pine (*Pinus englemannii*), and Chihuahua pine (*Pinus leiophylla*). Hutton et al. (2003) reported 498 sightings of Abert's squirrels over eight years in

spruce-fir associations on Mt. Graham in southern Arizona. The squirrels were observed feeding, basking, chasing, and playing. They built nests in the area, and mating chases and lactating females were seen. Many squirrels appeared to be residents. These records are exceptional and probably represent a unique situation. Abert's squirrels were introduced on Mt. Graham in the 1940's. They may have filled the limited ponderosa pine habitat after their introduction and then adapted to use spruce-fir forests at higher elevations.

The quality of original ponderosa pine forests varied over the range of the species (Schubert 1974). Features of ponderosa pine forests change with elevation, slope exposure, and soil conditions. Pines are more vigorous where soils are well-developed and temperature and precipitation are the highest. On drier, south-facing slopes, pines are the dominant species, and trees are more widely spaced. On north-facing slopes, forests are often denser mixed stands of Douglas-fir and ponderosa pine. Ponderosa pines usually grow at elevations between 6000 ft and 8500 ft, but elevation of stands varies with latitude. They grow best at elevations of 7000 ft to 7800 ft (Schubert 1974), where the best balance between high moisture and high temperature is found. Stands are less vigorous at higher (colder) and lower (drier) elevations.

Over 1 million ha of ponderosa pine occur in Colorado (Schubert 1974, Benson and Green 1987). After European settlement, intense logging, grazing, and fire suppression greatly changed the original conditions of ponderosa pine forests. The first commercial logging in Colorado was in 1860 (Schubert 1974). Tens of thousands of hectares were clear-cut for lumber, mine props, smelter fuels, and firewood, and many sites still are either poorly stocked or dominated by "doghair" stands of overly dense, even-aged trees.

Natural differences in stands of ponderosa pine created variations in the quality of original habitats for Abert's squirrels. In addition, some features of ponderosa pine physiology and ecology currently are being influenced by climate change (Joyce et al. 1990, Waring and Law 2001). Human activities have increased differences in pine stands and the relative quality of squirrel habitat conditions. Most often human activities degraded conditions for squirrels. We now know what the ponderosa pine forests were like originally (Cooper 1960, Allen 1998, Kaufmann et al. 2001), how they changed with human use (Jack 1900, Veblen and Lorenz 1991, Covington and Moore 1994, Huffman et al. 2001), how they can be restored (Sackett et al. 1994, Mast et al. 1999, Covington 2000, Kaufmann et al. 2001), and what features in the stands are most beneficial to Abert's squirrels (Patton 1977, Patton 1984, Pederson et al. 1987, States et al. 1988, Elson 1999).

High quality habitat for Abert's squirrels consists of an open forest with 150 to 250 trees per acre of various sizes, but mostly >30 cm dbh. Stands with trees clustered in small, even-aged groups best provide for the life requirements of squirrels (Patton 1984, Pederson et al. 1987). The denser "blackjack" stands (younger trees with dark bark) provide greatest production of truffles (States 1985) and effective cover for protection of squirrels from aerial predators along travel routes. Stands should contain nest trees of about 40 cm dbh within several clusters on each acre (Patton 1975a). Stands must have an abundance of vigorous trees from 25 cm to 75 cm dbh to provide a nutritious source of inner bark for squirrels in winter (Allred and Gaud 1994a). In addition, scattered larger trees of 60 cm to 90 cm dbh should be present, as they produce the most cones and seeds (Larson and Schubert 1970).

Large pine trees are used to a greater extent than would be expected by their availability, suggesting clusters of larger pines provide greatest benefits to squirrels (Lema 2001). Squirrels will use most trees in a heterogeneous stand for one or more of their life requirements (States et al. 1988). Corridors with interlocking canopies must be maintained between clusters to facilitate movement, enable safe access to all resources, and prevent overuse of local trees near nests. Differences in home ranges found among studies may primarily reflect quality of squirrel habitats in the study areas. Larger home ranges for individuals may reflect the need of squirrels to travel greater distances to fulfill requirements for their seasonal food habits.

## Food habits

Numerous assessments of Abert's squirrel food habits have been conducted. Some confusion has resulted from the conflicting findings of these studies. What soon becomes apparent, however, is that the studies are not contradictory but that the results reflect differences in habitats and food availability in study areas. The availability of different foods varies among seasons, years, and habitats. Abert's squirrels do not store or cache food for future use (Bailey 1932, Keith 1965, Halloran 1993). Instead, they select from what is available each day.

Preferred foods are pine seeds and false truffles (hypogeous fungi), which are relatively high in calories

and protein (Pederson et al. 1987). Squirrels feed on apical buds and inner bark of pine twigs when other foods are unavailable (Keith 1965); these foods are lower in quality and are not favorite foods. Squirrels supplement their diet with staminate cones, mushrooms, and miscellaneous items from the forest floor. Specifics of feeding behavior have been reported (Keith 1965, Stephenson 1975, Hall JG 1981, Pederson et al. 1987, States et al. 1988, Austin 1990). Most squirrels live in ponderosa pine habitats and depend on ponderosa pine for their foods. One important exception is the acorns of Gambel oaks, a high quality food that are eaten whenever available (Reynolds 1966). Studies clearly show that the relative consumption of different foods varies considerably among years and habitats.

Keith (1965) observed the squirrels' feeding activities and estimated that more than 50 percent of their diet was pine seeds from June to October, and 50 percent was inner bark from December to May. They ate mushrooms in August, but seldom were seen digging for truffles. In contrast, Stephenson (1975) examined the stomach contents of 135 Abert's squirrels over a 14 - month period. Fungi was the dominant food eaten (52 to 92 percent) each month between July and October. From December to April, squirrels ate inner bark (41 to 52 percent) and terminal buds (44 to 72 percent). Pine seed averaged only 1.9 percent of diet, with a high of 21.9 percent in August.

Pederson et al. (1987) used feeding evidence (pine twigs, cone scales, and fungi digs) to study food habits in several months over two years. Inner bark was taken at all seasons of the year, rather than only during winter as found in some studies. Use of inner bark was lowest (21 to 76 percent) in 1977, when with a very large cone crop, 40 percent of the squirrels' diet was pine seed. In 1978, 100 percent of the squirrels' diet was inner bark throughout the year, except in April and July when some fungi and pine seeds were eaten.

Halloran (1993) identified the dominant food items of radio-collared squirrels between 1989 and 1991 in Colorado (**Table 3**). Dominant food items were pine cones (both male and female cones), inner bark, other tree foods, and items on the ground (fallen seeds, mushrooms, and hypogeous fungi). Her results provide a good illustration of the changes in diet that occur with changing availability of food.

States et al. (1988) collected data on the food habits of squirrels from signs of feeding activities and focal animal sampling in Arizona (**Table 4**). The availability of squirrel foods varied annually over a five-year period. Feeding activities were recorded from June 1986 to January 1988 (**Table 5**). The proportion of different foods eaten varied considerably among seasons.

**Table 3.** Food items of radio-collared Abert's squirrels between 1989 and 1991 in Colorado (Source: Halloran 1993).

| | **1989** | | | | | | | | **1990** | | | | | | | | | | | | **1991** | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Food Item | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J |
| Cones | O | | O | O | O | | | | | | | | O | | | | | | | | | | | | O | | O |
| Inner Bark | | | | | | | | | | | | | | | | | | | O | O | O | O | O | O | | | |
| Other Tree Foods | | | | | | | | | | | | | | | O | | O | O | | | | | | | | | |
| Ground Items | | O | | | | O | O | | | O | O | O | | O | | O | | | | | | | | | | O | |

**Table 4.** Estimated food availability for Abert's squirrels (Source: States et al. 1988).

| Year | Truffles (kg/ha) | Cones / Tree | Acorns / Tree | Mushroom Abundance |
|---|---|---|---|---|
| 1983 | 2.88 | 144 | 552 | High |
| 1984 | 0.86 | 10 | 83 | Low |
| 1985 | 0.39 | 10 | 123 | Very low |
| 1986 | 0.72 | 137 | 20 | Very high |
| 1987 | 0.65 | 10 | 10 | Moderate |

**Table 5.** Diet of Abert's squirrels by seasons (Source: States et al. 1988).

| Food | Summer | Fall | Winter | Spring |
|---|---|---|---|---|
| Pine Seed | 66 | 62 | 3 | 0 |
| Truffles | 9 | 24 | 1 | 2 |
| Inner bark | 10 | 11 | 83 | 24 |
| Apical buds | 14 | 1 | 12 | 63 |
| Staminate cones | 0 | 0 | 0 | 9 |
| Other | 1 | 2 | 1 | 2 |

Most sources of food (phloem, mistletoe, truffles, apical buds, and staminate cones) have similar caloric contents of about 5 kilocalories per gram (Austin 1990), but pine seeds offer more energy (over 6 kilocalories per gram) and fungi somewhat less (< 4.5 kilocalories per gram). Most foods are low in protein (< 10 percent), but pine seed and mushrooms and truffles contain higher amounts of protein (50 and 20 percent, respectively). However, Cork and Kenagy (1989) stressed that most of the protein in truffles may be indigestible. Austin (1990) corroborated that squirrels increased their use of fungi in years when seed crops were low or absent. He also documented that females took more high-energy foods in summer than males, but neither sex chose foods based only on their energy and protein content. For instance, Austin (1990) believed that squirrels often continued to eat phloem in the summer and fall because it contained more calcium than any other food and helped them meet their required calcium:phosporus ratios.

When eating seeds of ponderosa pine, squirrels drop cone bracts and the cores of the cones to the ground. To get phloem, squirrels clip terminal needle bundles and cut off short lengths (7 to 10 cm) of twigs. They remove the outer bark from the twig and then scrape off the thin, moist layer of inner bark. The needle bundles and the peeled twigs (whitish sticks) are dropped to the ground. Squirrels may clip 10 to 1000 or more twigs from a tree, but there seldom are more than 1000 squirrel clippings under a single ponderosa pine tree. Counts of more than 1200 were reported under each of two trees by Keith (1965). If that number was a record, it did not stand long. Dale Jones (personal communication) related that his family counted 1911 clippings under a tree in the Sandia Mountains of New Mexico in March 1971.

Ffolliott and Patton (1978) collected clippings, when they were present, under 1,390 trees >18 cm dbh for four years. Squirrels used 65 percent of these trees. Of the trees used, 56 percent were clipped in only one year, 29 percent were used in two years. Only 13 trees were used for three years, and just two trees were used in all four years. For trees with more than 10 twigs removed, a pattern of rotation of use was evident. Squirrels did not usually return to a tree the next year, but returned after two to three years. Gaud et al. (1993) collected twigs every six months for 3.5 years under 2,765 trees in Arizona. During that time, squirrels removed >40 twigs from only 393 of the trees. Seventy-six percent of those 393 trees had >40 clippings removed during only one of the seven 6-month periods, and only 5 percent of those trees were clipped during four periods. Findings of these two studies indicate that squirrels selected certain trees for feeding on inner bark, but they found most trees desirable only in one year. Choice is probably made on the basis of taste, as many trees have just several (two to ten) twigs removed, suggesting that their palatability was tested and found to be unacceptable.

Such patterns of inner bark use, coupled with variations in use of preferred trees, suggest that palatability of phloem may vary among trees and within an individual tree over time. The time frame involved in the repeated use of individual trees suggests palatability could be related to the production of cone crops by the trees. Ponderosa pines usually produce a few cones every year, but large crops are produced only every three to five years (Schubert 1974). If squirrels prefer inner bark from a tree in one year, but do not heavily use the tree for several years thereafter, it may be due to variations in the taste or quality of the phloem. As trees store nutrients in their inner bark, sugar content of phloem may increase during years when cones are not produced, but after cones are produced, sugar levels in phloem may fall (Keith 1965).

Several studies have examined the quality of phloem in attempts to identify why squirrels select some trees and not others for obtaining inner bark. The definition of selected trees, or "feed trees" has varied among studies, as have the characteristics found to be used by squirrels to select trees. Allred and Gaud (1994) examined 668 feed trees and did not find any visual characteristics by which they could be identified except size; the trees used were larger and averaged about 31 cm dbh. Capretta and Farentinos (1979) showed that feed trees contained relatively high concentrations of glucose, fructose, and especially sucrose. Farentinos et al. (1981) found that squirrels selected for low amounts of monoterpenes, especially a-pinene, in twig tissue. Pederson and Welch (1985) failed to find any relationship between monoterpenoid levels and selection of trees for feeding.

Zhang and States (1991) sampled trees with a four-year record of squirrel use and analyzed inner bark from 14 pairs of feed and non-feed tree for 14 terpenes, soluble sugars, and moisture content. They found higher levels of three terpenes in non-feed trees, but not higher levels of a-pinene, as found by Farentinos et al. (1981). Soluble sugar levels in trees were quite variable (4 to 11 percent), but mean levels for feed and non-feed trees were similar. Snyder (1992) monitored squirrel use of trees for five years and analyzed phloem from target and non-target trees on two study areas. Analyses showed significantly lower oleoresin flow rates and levels of b-pinene and b-phellandrene in the xylem of target trees, along with more nonstructural carbohydrates and sodium and less iron and mercury in the phloem of the favored trees. Higher levels of nonstructural carbohydrates were of interest as they are an index to available energy. Studies of Thomas (1979) suggest that sugars might be involved in tree selection in concert with other factors affecting taste and nutrition. She found feed trees had higher ratios of sugars to non-sugar substances; concentrations did not vary, only ratios.

Recent studies of foraging preferences of black bears by Kimball et al. (1998) showed that bears maximize intake of carbohydrates and minimize intake of terpenes in selecting Douglas-fir trees for feeding when eating inner bark. Free-ranging bears, offered choices of artificial diets, selected a low-terpene diet rather than a high-terpene diet when each had the same carbohydrate content. Likewise, bears preferred a high-carbohydrate diet to a low-carbohydrate diet with identical terpene content. It was thought these choices were the result of post-ingestinal feedback mechanisms. Kimball et al. (1998) showed that there was a cost to digesting terpenes and benefits from eating sugars, and bears maximized sugar consumption while minimizing terpene consumption. In Douglas-firs, the sugar content of the inner bark was found to vary with silvicultural practices. For instance, thinning of stands increased sugar content in trees.

The use of individual feed trees by squirrels varies among years (Ffolliott and Patton 1978, Gaud et al. 1993) and is most logically related to variations in either sugar or terpene content (or their ratio) in inner bark, as proposed by J.G. Hall (1981). Studies have shown that the terpene content of xylem and phloem in individual trees is genetically fixed (see reviews in Snyder 1992 and 1993). Variations in the sugar content of inner bark over time have not been studied, but may be related to the production of pine seeds.

Ponderosa pine cone crops vary annually, but every three to five years a good crop is produced (Pearson 1950, Larson and Schubert 1970, Snyder 1993). Large cone crops were recorded on the Coconino and Kaibab National Forests in Arizona in 1908, 1913, 1918, 1927, 1931, 1936, 1942, 1945, 1956, 1960, 1965, 1968, and 1971 (Larson and Schubert 1970, Schubert 1974). In Colorado, Roeser (1941) counted cones produced in a 0.2 ha stand between 1926 and 1934. By years, cone production was 1280, 25, 514, 0, 2998, 41, 2, 733, and 13. Thus, cone production varies annually in a stand, and even over a forest. These ups and downs in cone production within areas require a synchrony of causation and responses in individual trees. Variations among years suggest that a common factor may control cone production in stands and over larger areas. Maguire (1956) gathered data over 21 years in California and was able to show that high spring temperatures resulted in an abundance of spring flowers in pines one year later and an excellent potential for a good cone crop in the

third year. Since such a long period is required for a cone crop to develop, other factors could intervene and alter ultimate cone production. Finally, for reasons not known, cone production varies among individual trees (Schubert 1974).

Truffle production appears to be positively correlated with increased density of canopy cover (States 1985, States and Gaud 1997). Biomass of the fungi is greatest under stands of intermediate-aged pines that have the greatest canopy cover (blackjack stands). Production is positively related to rainfall and is dependent on warm temperatures during the growing season (States and Gaud 1997).

### Breeding biology

It is not known at what age Abert's squirrels breed nor what proportion of their population breeds each year. Flyger and Gates (1982a) believed they probably bred first at 10 to 12 months and that is reasonable, as other species of squirrels first breed at that age.

Abert's squirrels were reported to mate in May (Keith 1965), in April and May (Farentinos 1972b), and between mid-February and early June (Halloran 1993). Breeding was reported by others to occur between April and June and to peak in May (Mearns 1907, Stephenson 1972). Testes can reach maximum size in January, but males may need high-quality foods for full development of accessory organs (Stephenson 1975). Austin (1990) found females became energy deficient in winter and required foods of higher quality than inner bark before breeding. Brown (1984) noted that breeding coincided with the opening of staminate flowers. However, their opening is controlled by temperature and is not reported to occur until late May and early June (Schubert 1974). Stephenson (1975) believed that the initiation of reproduction was correlated with snowmelt, but in Arizona he reported litters in August, indicating that breeding was well after snowmelt. There clearly are variations among years and locations in the initiation of breeding, but peak mating activity is usually in May (Mearns 1907, Keith 1965, Stephenson 1975).

Female Abert's squirrels remain in estrus for < 18 h (Brown 1984). Females are followed by troops of males while they are receptive and may mate with several males (Rice 1957, Keith, 1965, Farentinos 1972b, Brown 1984). Farentinos (1972) gave a thorough description of the social interactions during mating chases. Gestation was reported as 40 days (Keith 1965) to 46 days (Farentinos 1972b, Stephenson 1975) and litter size from 2.9 to 3.4. Young remained in nests for seven to nine weeks and emerged in August (Keith 1965). For 12 litters, Halloran (1993) found the average time between mating and the emergence of young from the nest was 15 weeks. At emergence, litter size ranged between one and five young, with an average of 2.9, and females that breed later in the season tend to have larger litters. Females may move young from one nest to another while they are small (Keith 1965, Hall JG 1981, Halloran 1993), and the female and young remain as a family unit into November (Keith 1965).

Hall and Kelson (1959) reported that Abert's squirrels might have more than one litter each year in the southern part of their range. Stephenson (1978) found litters in August in Arizona and suggested that some females did not breed every year. Apparently environmental factors can influence if and when Abert's squirrels breed. Dodd (*in litt*) documented that in central Arizona, during the drought year of 2000, most female squirrels (153 out of 160) on his study areas completely failed to breed. Pogany and Allred (1995) and Pogany et al. (1998) discovered that Abert's squirrels are capable of two reproductive periods in one year. They found three females with embryos in March and a lactating female in March. Other females had embryos in June and July, and one female was lactating in August. Males are capable of spermatogenesis most of the year, as they maintain a residual meiotic activity that permits spermatogenesis at any time females enter estrus (Rose 1997, Pogany et al. 1998).

Guzman (1997) examined female squirrels and found follicular development peaked in February and again between July and September. She believed that this dual peak indicated separate periods of gestation for females, but the different times of follicular development could represent females of different ages (yearlings and adults). A dual peak in estrus could explain the rare observations of multiple litters in one year. Cahalane (1947) reported three to four young were born in May, with some litters found between May and October. Hall and Kelson (1959) claimed that three to four young were usually born in April or May, with there often being more than one litter.

Abert's squirrels build, maintain, and use nests throughout the year. Halloran (1993) observed only females building nests. In pine forests, the nests are constructed of pine twigs, usually 2 to 10 cm in length. They are large, 30 to 100 cm in diameter (Keith 1965, Pederson et al. 1976), and the insides are lined with shredded grasses and bark when young are present (Keith 1965, Hall JG 1981). The most common location reported for nests is against the bole (Patton 1975b),

30 to 50 ft above the ground (Patton 1975b), and on the south (Keith 1965, Farentinos 1972), southeast (Halloran 1993), or south to east side (Snyder and Linhart 1994) of the nest tree. Patton (1975b), Hall JG (1981), and Halloran (1993) presented detailed descriptions of the nest trees. Snyder and Linhart (1994) also described nest tree characteristics, including the chemical composition of phloem.

## Demography

Reliable values for many of the factors that influence the population dynamics of the Abert's squirrel have not been definitively established. However, even with variation among studies, sufficient information exists to consider the balance between natality and mortality and the principal factors affecting abundance.

There do not appear to be any concerns about genetic factors that might negatively influence the squirrel. Squirrel populations are fragmented, and some groups are small. However, the squirrel has demonstrated an ability to thrive in sparse populations and to emigrate considerable distances to successfully establish new stable populations (Davis and Brown 1989).

Sex ratios reported for the Abert's squirrel are not consistent. Brown (1984) tallied sex-ratio data of Keith (1965), Farentinos (1972), and Pederson (1976) for 853 animals and found 56.7 percent were males. In contrast, Mearns (1907), Stephenson (1975), and Dodd et al. (1998) examined a total of 614 squirrels and found that 54 percent were females. Combining these data gives a male to female ratio of 52:48. A higher winter mortality of females has been suggested for Abert's squirrels, especially in winters of heavy snowfall (Lema 2001).

Social interactions among Abert's squirrels are not known to influence their breeding success and survival. The squirrels are not territorial and do not defend feeding or breeding areas. Females will defend nests with young, however. An overlap among home ranges is common, especially when squirrel density is high (Halloran 1993, Lema 2001). Halloran (1993) found that 98 percent of the space used by a squirrel overlapped areas used by other squirrels. The home range of males is largest during the breeding season (Farentinos 1972b, Halloran 1993). Home range size also varies with habitat quality, snow cover, and food supplies (Keith 1965). Halloran (1993) reported that the size of home ranges of both sexes changed with seasons and increased when cone crops were poor.

Recruitment has usually been measured in Abert's squirrel populations as the percent of young of the year in the fall population. Farentinos (1972b) found that 50 to 63 percent of the squirrel population in the fall consisted of young on his study area in Colorado. Stephenson and Brown (1980) reported that recruitment in Arizona averaged 45 percent (37 to 56 percent) between 1969 and 1978 (1.6 young per female, assuming an adult sex ratio of 1:1). Brown (1969) had determined a similar value (49 percent) for average recruitment between 1962 and 1968 in the same area of Arizona. Both studies compared numbers of young and adults (based on closure of the epiphyseal cartilage in a foreleg, Carson 1961) in hunters' bags in October and November.

Of 35 young produced in one spring in Colorado, only five survived to the following breeding season (Halloran 1993). In May 1971, Farentinos (1972b) recaptured seven adults first marked in December 1969, when they were at least 1.5 years old. Therefore, in 1971 the squirrels were at least three years old.

Survival rates calculated from trapping during four periods over 16 months on seven study plots in Arizona varied between 0.68 and 0.86, with an average of 0.78, and did not suggest any difference due to habitat quality (Dodd et al. 1998). Survivorship was significantly lower between January and April (0.63) than during other periods (0.81, 0.81, 0.91) and was highest in April through August (0.91). Lema (2001) followed the survival of 50 squirrels fitted with radio transmitters for 19 months on two of the same study areas used by Dodd et al (1998), Fort Tuthill (poor habitat) and Marshall Mesa (good habitat). She, too, could not show a significant difference in survival due to habitat quality (0.51 and 0.61, respectively). Likewise, even though calculated survival (Kaplan-Meier survivorship estimator) was 0.81 for adult males vs. 0.52 for adult females, and 0.74 for adults vs. 0.48 for young, differences between sexes and ages were not statistically significant.

Mortality is largely due to the following five factors, listed in their order of importance: 1) a decrease in the availability of high quality foods due to logging (Keith 1965, Patton et al. 1985, Pederson et al. 1987); 2) persistent winter snow cover (Stephenson and Brown 1980, Brown 1984), responsible for reducing food availability (Hall JG 1981, States et al. 1988) and resulting in a lower nutritional state (Patton 1974, Brown 1984, Austin 1990), that can cause shock disease (Keith 1965, Brown 1980), and/or death; 3) predation (Lema 2001, Sieg 2002), especially by northern goshawks

(Reynolds 1963, Reynolds et al. 1992); 4) hunting harvest, estimated in Colorado to be 1, 312 ± 44 squirrels during the 2000-2001 season (Lyn Stevens, Colorado Division of Wildlife) and in Arizona to be 82, 370 animals in 2001 (Harvest has varied annually in Arizona from 25, 231 in 1962 to 106, 875 in 1978. These numbers include all squirrels, the majority of which were Abert's squirrels) (Norris Dodd, personal communication); and 5) highway mortality (Brown 1984).

The lack of a relationship between annual recruitment (an almost constant value) and changes in population levels (which vary widely) lead Stephenson and Brown (1980) to conclude that population fluctuations were primarily caused by differences in annual mortality, and especially that related to persistent snow cover. Two winters, those of 1918-1919 and 1972-1973, were widely reported as ones with heavy snowfall and high squirrel mortality. The heavy snows may have resulted from El Niño events that occurred during both of these periods (Schreiber and Burger 2001:197). Rasmussen (1941:257) cited a report by the supervisor of the Kaibab National Forest: "Squirrels seem to have suffered considerable loss last winter (1918-19)---." J.G. Hall (1981) referred to 1973 as the most disastrous year for squirrels during his 15-year study on the plateau. By summer, the Kaibab population of squirrels was near zero. During the winter of 1972-1973, over 500 cm of snow fell at the Jacob Lake weather station on the Kaibab Plateau. Ratcliff et al. (1975) conducted a trapping study in a 2400 ha stand of virgin ponderosa pine in 1973 on the Kaibab National Forest and found it took an average of 224 trap-days to catch each squirrel (33 squirrels caught in 7,380 trap-days). In other studies, it required only 11 to 73 trap-days to catch each squirrel, and these studies were conducted in all kinds of forest and weather conditions, even in heavily logged stands and during periods of heavy snowfall. Squirrel populations on the North Kaibab Plateau in 1973 evidently were extremely low, the lowest of any reported in the literature.

Stephenson and Brown (1980) calculated Abert's squirrel mortality rates in central Arizona from 1970 to 1978. Mortality for that period averaged 0.41 percent and varied annually from 0.22 to 66.00 percent. Annual mortality rates were significantly correlated with the number of days with snow cover of 10 cm or more during the previous winter, and snow cover accounted for more than 70 percent of the variance in annual mortality. The highest mortality rate for squirrels was 66 percent in 1973. The previous winter (1972-1973), during an El Niño event, >10 cm of snow covered the ground in central Arizona for 85 days compared to 14 to 49 days for other winters between 1970 and 1978.

Kufeld (1966) reported fall recruitment of young and an index to population abundance in central Arizona between 1962 and 1965. Young constituted between 48 to 55 percent of the fall population during the four years, but population indices varied seven-fold (41, 20, 33, 6) during the same four years. He concluded that factors other than breeding success were influencing fall populations. He did not know that the lowest index to squirrel numbers that he obtained was during an El Niño event (1965).

In central Arizona, reproductive performance and mortality were calculated from the proportion of young animals shot by hunters on the Mogollon Rim in October and November during 18 years. Apparently squirrels reproduced successfully each year as the fall population consistently contained about 45 percent young each year. In 1981, the last year of this study, the percentage of young decreased to 21 percent, and Brown (1984) questioned why this occurred after 18 years of recruitment between 38 percent and 56 percent. Recent findings by Dodd et al. (1998) suggest that low recruitment in 1981 might have been caused by low precipitation that year.

Dodd et al. (1998) used capture-recapture trapping (in January, April, and August) to determine squirrel densities, survival rates, recruitment, and fitness on eight study areas (55 to 72 ha) in central Arizona over two years (1996 and 1997). Study areas were selected to provide a range in forest structural conditions. They found variations in squirrel densities among study areas in each of the six trapping periods (3 to 64 squirrels per plot) and seasonally within each study area (lowest in January and highest in August), but the average annual density of squirrels on each area remained constant between years. Squirrel survival rates were calculated for most plots during four periods over two years, and they varied from 0.42 to 0.97. In the winter of 1997-1998, increased mortality apparently reduced survivorship on some plots. Squirrel losses may have been related to heavy snows and persistent snow cover on the ground, as snowfall that winter (338.3 cm) was the 13th highest ever recorded in central Arizona. Heavy snows fell during nine storms, and depths of >10 cm persisted for 61 to 74 days.

Average recruitment rates for all study areas (0.02 to 0.33 juveniles per adult female) and for both years (0.15 and 0.13 juveniles per adult female) appeared very

low, perhaps reflecting the fact that they were based on the percentage of young squirrels in the January population rather than in the fall population. Fitness values were also low for the study plots (Dodd et al. 1998). It is possible that recruitment rates and fitness values calculated in this study were actually valid and were low because reproductive success in squirrels was minimal in 1996 and 1997. Those were drought years and had the 4th and 7th lowest precipitation, respectively, on record at Bellemont, Arizona, a station in the area of study plots (Dodd et al. 1998).

A later study was conducted by Dodd et al. (2003) on nine larger plots (each ~500 ha) in the same area of Arizona between 1999 and 2001. In 2000, during the driest winter and spring ever recorded for Arizona (42 percent of normal precipitation), they found that only seven out of 160 adult females even tried to reproduce (mean recruitment was 0.04 juveniles per adult female on the nine areas). Conversely, with 75 percent of normal precipitation in 1999 and 90 percent in 2001, recruitment was 0.83 and 1.79, respectively. Clearly, features of the weather, including both heavy winter snowfall and winter and spring drought, can radically alter reproductive success in Abert's squirrels.

Goldman (1928) reported that there were known cases of hawks killing Kaibab squirrels. Reynolds (1963) first reported a northern goshawk (*Accipiter gentilis atricapillus*) taking an Abert's squirrel near Beaverhead, Arizona. Keith (1965) in a one-year study on the Fort Valley Experimental Forest near Flagstaff found remains of four squirrels killed by hawks; in addition he observed an attack by a goshawk on a breeding group. Based on remains under goshawk nests, Bailey and Niedrach (1965) concluded that Abert's squirrels provided most of the food eaten by young northern goshawks, while Reynolds et al. (1992) reported that tassel-eared squirrels made up more than 10 percent of the biomass in their diet. J.G. Hall (1981), who studied Kaibab squirrels during summers from 1960 to 1974, observed a number of attacks on squirrels by predators, including hawks, a coyote, and a bobcat, but none were successful. During a 21-month study in Colorado, Farentinos (1972a) found skulls of Abert's squirrels in castings of great horned owls (*Bubo virginianus*), observed five unsuccessful attacks by goshawks on squirrels, and twice saw goshawks eating squirrels.

Reynolds et al. (1992) considered Abert's squirrels to be a key prey species for northern goshawks in the Southwest. Dodd et al. (1988) felt Abert's squirrels were especially important to goshawks in winter when most other prey species either migrate or hibernate. Several workers concluded Abert's squirrels were more susceptible to predation in open habitat (Austin 1990, Lema 2001), but Beier and Drennan (1997) found goshawks preferred to hunt in mature forests with high canopy cover.

Two studies used radio telemetry to follow squirrels and were able to assess the causes of mortality. Lema (2001) compared survival over 19 months of adults and young squirrels on two sites; one site represented poor squirrel habitat (22 radios) and the other represented good squirrel habitat (28 radios). Five squirrels were killed on each site, all presumably by predators. Only one other radio-collared squirrel died in the study, and the cause of death was unknown. Evidence suggested raptors killed the squirrels and northern goshawks were suspected as causing most deaths. Most predation occurred in dense stands of trees that were present on or near both plots. No differences in mortality were apparent due to age or sex of squirrels or the habitat quality. In contrast, Sieg (2002) found differences in raptor predation on squirrels due to the quality of habitat. He radio-tracked 73 squirrels on six plots of varying habitat quality. Raptors killed 24 squirrels, and predation increased on plots as habitat quality increased.

Historically, large variations in the abundance of tassel-eared squirrels were consistently reported over time (Goldman 1928, Lawson 1941, Pearson 1950, Keith 1965, Hoffmeister 1971, Armstrong 1972, Farentinos 1972, Hall JG 1981, and Hall ER 1981). Abert's squirrel abundance and density have been found to vary with forest management (Keith 1965, Pederson et al. 1987), with habitat quality (Patton 1984, Dodd et al. 1998, Dodd et al. 2003), and with climate and season (Dodd *in litt*). States et al. (1988) felt that a 'boom or bust' fluctuation was a characteristic of short-term, Abert's squirrel populations.

Fluctuations in Abert's squirrel populations appear to result from: 1) variations in the abundance and quality of their foods (Patton 1974, Brown 1984, Pederson et al. 1987, States et al. 1988), 2) serious mortality after deep, persistent snows in winter (Stephenson and Brown 1980, Brown 1984), 3) poor recruitment during droughts (Dodd et al. 2003), and 4) differential predation (in the case of goshawks) among habitats with different densities of trees (Lema 2001, Sieg 2002).

Using the above figures on demography, David McDonald developed the life cycle diagram and matrix analysis for the Abert's squirrel shown in **Appendix A**.

### Community ecology

Abert's squirrels interact primarily with the ponderosa pine on which they depend and with which they have several symbiotic relationships. The squirrels increase nutrient transfer to the pine by their contribution to litterfall (Skinner and Klemmedson 1978). The squirrels use the fruiting bodies of hypogeous mycorrhizal fungi for food. Underground the hypogeous fungi form a mutualistic association with conifer roots, especially in stands of blackjack pine with high canopy density (States 1985, States and Wettstein 1998). The fungi facilitate nutrient and water exchange in ponderosa pine and enhance seedling survival and forest regeneration. Being underground, hypogeous fungi can not disperse their spores into the air as epigeous fungi (mushrooms) do. Abert's squirrels disperse spores of hypogeous fungi by eating the fruiting bodies and defecating the live spores in their pellets elsewhere (Kotter and Farentinos 1984, States and Wettstein 1998).

Abert's squirrels and pine squirrels can aggressively interact at higher elevations where ponderosa forests adjoin stands of Douglas-fir, lodgepole pine (*Pinus contorta*), and spruce-fir (Ferner 1974). Pine squirrels seldom frequent ponderosa pine forests when Abert's squirrels are present, but outside of the range of Abert's squirrels, pine squirrels can be common in ponderosa pine. Also, in some circumstances, Abert's squirrels will use and live in spruce-fir habitats occupied by pine squirrels (Hutton et al. 2003).

Abert's squirrels remove terminal bundles of needles from ponderosa pine while feeding on the phloem of twigs during winter. These bundles often contain developing cones and squirrels may reduce cone production by 20 percent in the process of removing the bundles (Allred et al. 1994). Squirrels also eat seeds from cones after they begin to develop in spring. By cutting developing cones to obtain seeds, squirrels may further reduce cone crops by an average of 20 to 35 percent (Larson and Schubert 1970, Allred et al. 1994). J.G. Hall (1981) found that trees used by squirrels while obtaining phloem from twigs showed less vigor and had lower growth rates. However, neither J.G. Hall (1981) nor Ffolliott and Patton (1978) believed that twig clipping seriously decreased overall forest productivity or increased tree mortality. Allred and Gaud (1993) found that heavy snow load on pine branches could cause greater twig loss than squirrels.

By selectively feeding on certain trees while eating phloem, squirrels may alter the genetic variation and select for biodiversity in ponderosa pine (Linhart et al. 1989). They may act to select against certain genetically determined traits in ponderosa pine such as high sugar or terpene content of phloem. Fitness in "feed trees" can be reduced by squirrels (Snyder 1993), and squirrels feasibly could select against the ultimate survival of their favorite trees. Still, it would not seem that selective herbivory by squirrels would be a dominant factor in the survival of pine forests, as the trees and the squirrels have existed together for centuries. Snyder (1998) has recently shown that chemical characteristics of trees appear to determine their selection for feeding by Abert's squirrels, porcupines (*Erethizon dorsatum*), mountain pine beetles (*Dendroctonus ponderosae*), and parasitic dwarf-mistletoe (*Arceuthobium vaginatum*). These organisms are believed to select for different chemical characteristics in ponderosa pine, which could negate each other's effects on pine survival.

Snyder (1998), Snyder and Linhart (1998) and States and Wettstein (1998) reported that the ranges of subspecies of Abert's squirrels are similar to broad geographical regions in which pine xylem resins differ. It was implied that selective squirrel herbivory by different squirrel subspecies created unique arrays of pine xylem resins in the trees of the area. The ultimate question is whether or not selective herbivory by squirrels actually occurs.

Zhang and States (1991), Snyder (1992), and others (see discussion under Food habits) have presented evidence for selective herbivory, but Linhart et al. (1989) stated "--- the biochemical bases of target tree selection have not been clearly demonstrated." Identification of the factors influencing squirrel selection of trees for bark feeding is not yet compelling. The criteria for selecting trees for sampling, the inconsistencies in the kind of chemicals measured, and differences in results obtained leave many questions unanswered.

# CONSERVATION

## *Threats*

### Threats to squirrels and their habitat

The activities that most severely influenced the habitat quality of the Abert's squirrel were logging, grazing, and wildfires that occurred in the late 1800's. Logging of virgin ponderosa pine continued in Arizona during the 1980's and early 1990's. In the aggregate these factors scarified ponderosa pine forests and seriously degraded or eliminated squirrel habitats. In many cases, large, open parks later developed within

areas that were formerly forests. As the squirrel is so highly dependent upon ponderosa pine forests for its life requirements, it is surprising that the species survived in these altered forests. Subsequent fire suppression and continued logging and grazing reduced the incident of slow-burning ground fires and encouraged the development of thick stands of even-aged pine regeneration. Replacement forests that developed in the last century are often homogenous in structure and are not high quality squirrel habitat. As has now been recognized throughout the Southwest, these stands are overstocked, have great accumulations of fuels, are not defensible against fire, and are not sustainable.

Forests in the Front Range of Colorado were largely devastated before 1900 by the removal of most trees for lumber, mine props, railroad ties, pulp, and charcoal. Replacement stands developed during the 20th century, but due to the impacts of grazing and fire suppression, these stands are relatively uniform, even-aged, and overly dense. During the last several decades, management of ponderosa pine forests in Colorado has stressed stand improvement and fuel reduction over rather small areas. For instance, over the last 23 years, the Grand Mesa, Uncompahgre and Gunnison National Forest (GMUG) has rehabilitated only about 80,000 acres using a variety of harvest methods: clearcuts (patch, strip, and overstory removal), even-aged shelterwood cuts, selection cuts of various ages and group sizes, improvement cuts (thinning and mistletoe), and salvage cuts. In addition, 68,000 acres were improved by precommercial thinning and release treatments and by prescribed burns. Another 10,000 acres were disturbed by wildfires, windthrow events, and insect outbreaks. In Colorado, wildfires destroyed relatively small areas (4,000 ha or less per year) of ponderosa pine forests from 1988 to 1995. The incidence and size of fires has increased since then, with acreages burned ranging from 12,000 to over 40,000 ha per year. Drought, perhaps aggravated by climate change, was largely responsible for recent dry conditions and the large sizes of fires.

Forest management practices have negatively influenced the abundance of Abert's squirrels, primarily by altering the squirrel's habitat structure. Patton et al. (1985) found higher squirrel densities on unlogged than on logged forests in Arizona. Squirrel abundance was positively correlated with the number of trees per acre and quadratic mean diameter of stands. Squirrel numbers were greatest where larger trees (30 to 74 cm dbh) were most abundant, probably because large trees produce more cones and cover than small trees. Pederson et al. (1987) found that squirrels spent 62 percent more time feeding in unlogged stands, and more often fed on hypogeous fungi there than in logged areas. Less fungi was produced on logged plots, probably due to a more open canopy, reduced amounts of litter and available moisture, and greater soil compaction.

Restoration of ponderosa pine forests is being undertaken in both Arizona and Colorado, and, at least in Arizona, restoration of Abert's squirrel habitat has become an ancillary objective (Elson 1999). Restoration based on reconstruction of pre-settlement forest density and structure could reduce the density of large trees as much as 98 percent, leaving only 150 large trees or less per hectare (Mast et al. 1999). Such restoration could exacerbate the effects of past even-aged management of ponderosa pine and further reduce stand, patch, and landscape diversity (discussed in Dodd et al. 2003). With prescriptions that greatly reduce the diversity in forest structure, basal area of trees, canopy cover, and the frequency of interlocking canopies, squirrel productivity and densities would be expected to decrease.

The objective of many current management activities is not to create original forest conditions or to improve the quality of Abert's squirrel habitat. The increased susceptibility of ponderosa pine/Douglas-fir forests to large fires due to the thick, uniform characteristics of stands and excessive fuels, lead to planning to reduce this threat in the South Platte Watershed of the Pike National Forest in Colorado. The South Platte Watershed produces 80 percent of the water used in Denver and contains some of the reservoirs serving the city. Forests on the watershed were historically open, patchy, and comprised of uneven-aged stands with an open canopy. Now the forests are homogenous (dense, even-aged) and have a high canopy cover and few ground openings (Kaufmann et al. 2001). Mechanical treatment (logging, thinning, and chipping of trees on site) is planned to reduce canopy density to 25 percent or less and to create scattered openings of 2.5 to 100 ha in size. Prescribed fire will also be used to remove excessive fuels and to open up forest structure. The objective is to restore watershed function to the 645,000-acre drainage through commercial and non-commercial thinning, fuels reduction with use of prescribed fires, reforestation, and sediment control (Culver et al. 2001). Plans did not include consideration of habitat needs of Abert's squirrels. As knowledge is now available of forest structure that is beneficial to squirrels, planners should integrate habitat requirements of squirrels into their objectives and activities.

Current management of ponderosa pine forests in Colorado seldom considers the specific habitat requirements of Abert's squirrels. Management for squirrels is possible, but only at the cost of reducing manpower and funds available to attain other objectives. In planning for multiple-resource management, forest managers decide on the relative emphasis that they wish to give different objectives. Their decisions will never eliminate the squirrels, but squirrel numbers will rise or fall depending on the extent that forest management provides for the needs of the animals.

Between 1995 and 2002, wildfires consumed hundreds of thousands of hectares of forests in Colorado. These fires undoubtedly killed many squirrels and seriously degraded or destroyed the potential of the habitats to support squirrels. If such an incidence of wildfires continues, fire could become a serious mortality factor, both directly and through habitat destruction. Drought was largely responsible for creating the conditions that enabled these fires to burn over such large areas of forests.

Other possible relationships between weather and Abert's squirrel population dynamics have been documented recently in Arizona. Deep and persistent winter snow cover has been found to be correlated with increased squirrel mortality. Heavy snows may be the result of El Niño events in the Pacific, as the storms occur during the same winter and El Niño events are known to bring increased precipitation to the western United States. Serious drought conditions dominated the weather in Arizona between 1996 and 2002. Reproductive success of Abert's squirrels in central Arizona varied with precipitation during that period. Precipitation was 42 percent and 90 percent of normal in 2000 and 2001, respectively, while squirrel recruitment (juveniles per adult female) in those two years averaged 0.04 and 1.79 (Dodd *in litt*). The impacts of El Niños and of droughts are aggravated by global warming, and it is possible that climate change related to global warming could be influencing mortality and reproduction in Abert's squirrels.

### Threats from exotic species

The Eastern fox squirrel is the only invasive mammal that might threaten the Abert's squirrel. Although not strictly an exotic species, the fox squirrel has expanded its range into the mountains of Colorado and now resides in ponderosa pine forests up to 9000 ft or above. Its populations remain sparse in the forests, however, and it does not appear to be a threat to the Abert's squirrel, as the two species do not directly compete for life requirements.

### Threats of overutilization

Commercial, scientific, and educational pursuits do not threaten the Abert's squirrel. Sport hunting of Abert's squirrels is undertaken in Colorado, Arizona, and New Mexico. The annual harvest is minimal in Colorado (estimated at 1,312 animals in 2000-2001), and should be sustainable at that level. Over 100,000 squirrels per year have been shot in Arizona for many years without decreasing the population of squirrels.

## *Conservation Status of Abert's Squirrel in Region 2*

The best available evidence indicates that the overall, average abundance and the range of the Abert's squirrel are not decreasing in Region 2. In fact, the squirrel has expanded its range in Colorado and crossed the border into extreme southern Wyoming during the last half of the 1900's. In Colorado, new populations were reported in 11 additional counties, including sites west of the continental divide in central Colorado and north of the San Juan Mountains and the Dolores Plateau in western Colorado (Davis and Bissell 1989). The Abert's squirrel is a habitat specialist; it obtains most of its life requirements from ponderosa pine. The squirrel co-evolved with ponderosa pine in the virgin pine forests of the southwestern United States and is dependent on many features of pristine forests to provide for its foods, nesting sites, and travel and escape cover. In the Front Range of Colorado, its habitat is currently in a degraded state due to alteration of the density, age, spacing, and overall structure of forest stands from logging and fire suppression. Recent forest management practices have not been directed at reestablishing conditions that would increase habitat quality for the squirrel.

Ponderosa pine habitats offer a variety of foods to Abert's squirrels during the course of a year. However, the abundance of these foods can vary over time, and the carrying capacity of habitats can fluctuate with changes in food abundance. In the absence of cone crops, squirrels feed more on hypogeous fungi. If neither cones nor fungi are available, squirrels will feed on the inner bark of pine during summer and will largely subsist on inner bark during winter. As inner bark is a low quality food, squirrel body condition can decrease and mortality can occur when they are forced to subsist on inner bark for extended periods. Management cannot

control these variations other than to ensure that forest structure enhances the availability of young vigorous trees for inner bark feeding, large cone-producing trees, blackjack clusters with high canopy to enhance fungi production and protection for travel. Since 1850, forest management, through selection and even-aged cutting, has been counterproductive to squirrels and has continued to decrease the carrying capacity of ponderosa pine forests for Abert's squirrels.

The habitat of the Abert's squirrel is the ponderosa pine forest. The age, density, and structure of forests preferred by squirrels have been described (see Management Considerations). Timber harvest has caused the greatest disturbance and deterioration to the quality of squirrel habitat. The squirrel has proven to be a survivor and should not be considered vulnerable to elimination as a species from demographic or environmental stochasticity.

The Abert's squirrel is a survivor and will persist as a species, although perhaps in reduced numbers, even as its habitats are degraded by human activities. By 1900 on the Pike Forest Reserve (Jack 1900), squirrel habitat had been devastated by logging, grazing, and fire, and it probably was in as poor a condition as ever occurred there. Food sources were depleted, as few trees were present of an age to produce good cone crops, few trees were present of an age preferred by squirrels for feeding on inner bark, the shaded moist habitat required by hypogeous fungi undoubtedly was scarce, and even the simple requirement of the squirrel for nesting and escape cover probably was not met. Yet, the Abert's squirrel survived. Misuse of ponderosa pine forests may degrade their value to the squirrel and reduce squirrel numbers, but squirrels will persist if some resources remain. Currently, there is no known risk of the species disappearing from any areas in Region 2, except those completely devastated by wildfire.

### *Management Considerations*

Patton (1984) reported that squirrel densities were related to habitat quality, with 0.05 squirrels/ha in poor habitats, 0.35 squirrels/ha in good habitats, and 2.45 squirrels/ha in optimum habitats, which are rare. Abert's squirrels require food sources, nesting cover, and escape cover. Many foods and types of cover are provided by ponderosa pine trees, but different ages and size classes of trees are needed to provide for specific life requirements. Pine seeds are an important, but unreliable, source of nutrition and energy. Larson and Schubert (1970) found that squirrel use of cones on a tree was strongly correlated with the number of cones produced by the tree. Large trees (60 to 100 cm) produce the most cones (200 to 450 per tree) and are most heavily used by squirrels. They also found that squirrels preferred particular individual trees for feeding on inner bark, but did not select trees on the basis of tree position, dominance, diameter, or age-vigor class. Allred and Gaud (1994a) examined 668 "feed trees" and also found that squirrels did not select trees on the basis of any physical characteristics, other than size. They found that squirrels did not feed on trees < 11.2 cm dbh, and trees used for bark feeding averaged 31 cm dbh. Other studies have shown that "feed trees" range from 30 to 70 cm dbh in Arizona (Keith 1965), and in Colorado from 15.3 to 50.5 cm (mean 34.5 cm) at Bald Mountain and 30.0 to 52.9 cm (mean 36.9 cm) at Betasso Preserve (Snyder 1992).

Ratcliff et al. (1975) found a significant positive relationship between stand basal area and squirrel abundance, while States and Gaud (1997) found a reduced abundance of hypogeous fungi in stands with the least basal area. Patton et al. (1985) and Pederson et al. (1987) documented lower squirrel density, lower squirrel recruitment, and less hypogeous fungi with reduced basal area, canopy closure, and tree density in logged forest stands. Dodd et al. (1998) studied the characteristics of squirrel habitat and found that squirrel recruitment was positively related to the number of interlocking tree canopies in their habitats, while overall fitness in squirrels was positively related to basal areas of the stands.

States et al. (1988) documented that squirrels, over time, use cones and inner bark from most blackjacks and yellow pines within stands. Hypogeous fungi used by squirrels are usually associated with denser stands of blackjacks (States 1985). Nest trees are usually in the center of a cluster and surrounded by higher trees that provide protective cover from avian predators (Hall JG 1981, Brown 1984). Thus, squirrel habitat requires uneven-aged stands with clusters of even-aged groups connected by corridors to provide secure travel routes. Such forest structure will provide the necessary foods, as well as the canopy cover necessary for fungi production, nesting trees, and protection from avian predators (States et al.1988, Dodd et al. 1998).

Historic and present forest management has not contributed to development of forest structure that supports the needs of Abert's squirrels. Lower squirrel numbers and recruitment rates were found after logging removed most of the larger trees (Pederson et al 1976).

Trapping required more trap-days to catch each squirrel after logging. Squirrels moved from logged to uncut areas. Logging removed litter cover and reduced the abundance of hypogeous fungi. Brown (1984, p. 37) claimed even conservative logging, including such long-term practices as selective cutting and a 120-year rotation, may be detrimental to the squirrel. He stated, "--- squirrel numbers and distribution will suffer with the elimination of old growth ponderosa pine and poor or sporadic regeneration of new forests." Patton (1984) believed that optimum squirrel habitat may seldom exist today because of the intensity of past logging.

There was an unprecedented intensity of timber harvest in Arizona from the mid-1980's into the 1990's (Brown 1984, Johnson 1994) that severely reduced Abert's squirrel habitat quality. Dodd and Adams (1989) modeled 40 timber sales in Arizona and showed habitat capability would be expected to decline by 20 percent.

Ponderosa pine forest restoration projects are currently underway in Arizona (Covington 2000, Huffman et al. 2001), New Mexico (Kaufmann et al. 1998), and Colorado (Kaufmann et al. 2000, Kaufmann et al. 2001, Lynch 2001). The objectives of these projects (Covington 2000) are to, "-recreate forest structural and compositional characteristics similar to those of the reference historical or pre-European settlement condition so that ecosystem processes, particularly frequent light underburning, can resume their suitable, self-perpetuating patterns." Or, similarly, "--- to reestablish pre-settlement structure and functions in the forests, with the goal of restoring original biological diversity and ecological relationships in ponderosa pine forests of the southwest." (Covington et al. 1997). To accomplish this, each project has developed a "prescription" for restoration, varying somewhat depending on the specific objectives of each project. These prescriptions usually include the following elements: 1) an analysis of past change in the forest unit, 2) identification of living pre-settlement trees, 3) identification of the number and location of pre-settlement trees that have been removed, 4) selection of trees to be maintained, 5) some level of thinning, primarily the smallest trees, 6) one of several uses of fire, and 7) reseeding with native plants.

Covington and Moore (1994) found that vegetative changes since 1867 altered wildlife habitats from those favoring grassland species to habitats favoring forest species. At a landscape scale, forest restoration to a presettlement condition could have a negative impact on Abert's squirrels. Squirrels need trees, and some restoration prescriptions call for reducing tree density up to 98 percent (Mast et al. 1999), as well as patch, stand, and landscape diversity and patch homogeneity (Patton 1992). In addition, restoration activities may reduce the amounts of habitats that are of minimal quality overall, but that have features that contribute to the maintenance of squirrel populations (Patton 1884, Dodd et al. 1998). For instance, States (1985) found that truffles, a favorite food of squirrels and necessary for forest health, were most abundant in blackjack stands with high canopy cover. Few thick clusters of blackjacks will remain in restored forests. Prescriptions for thinning and basal area retention should be altered to maintain the structural heterogeneity required by squirrels. Likewise, management practices (e.g. fuel reduction) that rely on intensive, widespread thinning will deteriorate Abert's squirrel habitat and reduce their abundance (Dodd et al. 1998).

A study by Elson (1999) is in progress at Mt. Trumbull in northern Arizona to evaluate how forest restoration affects Abert's squirrel populations and habitat. He suggested that the restoration prescription maintain trees with evidence of moderate use by squirrels for feeding on inner bark, as well as existing patches of trees that benefit squirrels by maximizing foraging habitat, nesting habitat, and protective cover. In the Mt. Trumbull area, pre-settlement reference conditions did not indicate that such patches existed in the structure of stands, and they were not deemed to be important. However, these small, even-aged clusters are now recognized as being important to the squirrels. States et al. (1988) found clustered stands necessary to provide the canopy cover needed for truffle production and for cover and nesting sites for squirrels. Elson (1999) also believed that it is important to mark for retention the most important cone producers in restored stands.

## *Tools and Practices*

### Distribution surveys and population monitoring

Distribution surveys of Abert's squirrels in the State of Colorado originally relied on collection locations described on tags attached to museum specimens. Only squirrels that had been collected and could be examined were viewed as valid records. Later, sightings by biologists published in scientific journals became accepted as valid records of distribution. The most recent description on the squirrel's distribution in Colorado (**Figure 2**) included both museum records and sightings of squirrels by professional field biologists working for the USFS, the National Park Service, and the Colorado Division of Wildlife (Davis and Bissell 1989). Sight records of vertebrate species are now accepted as

valid by zoologists, as a requirement for the collection of specimens could reduce numbers of threatened species and remove individuals involved in range extension. The survey by Davis and Bissell (1989) was accomplished and reported in a professional manner and is totally acceptable. Such statewide surveys probably will continue. National forests are beginning to produce more detailed maps of Abert's squirrel distribution on their lands (**Figure 3**) as part of their Management Indicator Species programs. The survey information on squirrel presence will be useful for following changes in squirrel abundance and distribution over time on national forests. Regrettably, similar data will not be available for lands in other ownership.

A consistent characteristic of parameters affecting Abert's squirrel demography is their variability. Food habits differ depending on the availability of foods. Home range varies with the quality of squirrel habitat and the weather. Frequency of breeding, breeding success, and population mortality are all influenced by the weather, which is the most variable and perhaps influential factor of all. Finally, the temporal or spatial abundance of squirrels is determined by the interaction of natality, mortality, and habitat quality. As a result, squirrel numbers vary considerably both spatially and temporally.

Many methods have been tested to census and monitor Abert's squirrels populations: strip censuses; time-area counts; Peterson indices and related techniques; counts of animals, tracks, and sign; fall age-ratios; and hunting success. Of these methods, only hunting success gave satisfactory indices to squirrel abundance (Brown 1984). J.G. Hall (1981) used twig clippings to index squirrel numbers, and Brown (1982b) further tested the technique. The problem with monitoring the number of twigs cut in an area is that squirrel use of twigs varies with the availability of other foods (Pederson et al. 1976). Dodd et al. (1998) evaluated nest counts, counts of snow tracks, and counts of feeding sign as methods to obtain population indices on plots with known numbers of squirrels. The most reliable results were obtained with counts of combined feeding sign (fungi digs, cone cores, peeled twigs, and terminal bundles) on sampling plots in April. Costs of these counts were lower than costs of other methods. Track station counts were about as reliable as feeding sign counts, but they cost more to conduct. Drennan et al. (1998) also found track station counts to correlate highly with mark-recapture indices and to be less costly than trapping.

Monitoring of squirrel populations on a national forest would be more informative if it included annual documentation of winter mortality and the percentage of young squirrels in the fall population. The objective of monitoring the squirrel is to use their numbers to illustrate the effects of forest management. Obtaining information on the numbers of squirrels helps meet this objective but does not consider changes in abundance due to other factors, such as winter mortality (due to snow cover) and reproductive failure (due to drought). In Colorado, trapping programs would be required to obtain information on winter mortality and the success of reproduction. Hunters kill too few squirrels in Colorado to obtain reliable fall age-ratios from the harvest.

## Habitat inventory and monitoring

More is probably known about the biology and distribution of ponderosa pine than of Abert's squirrels. A great deal of knowledge exists on methods for inventory (Benson and Green 1987) and for silvicultural practices (Schubert 1974). There are about one million ha of ponderosa pine in Colorado. The resource is almost equally divided between public and private ownership, but only about 20,000 ha are protected from commercial use. Most forests of ponderosa pine in Colorado have been logged and/or grazed by cattle. Heavy logging destroyed the original structure of the forest and grazing was one factor in limiting the ground fires that maintained the original forests. Attempts have been made to classify site quality of ponderosa pine (Meyer's, Minor's, and Mogren's curves). Mogren's curves were developed because the other techniques were not applicable to the Front Range of Colorado (Schubert 1974). The pines there were too short to meet even the poorest site class (40 ft at base age of 100 years) used in other methods.

Sites within the pine forests differ in their biological potential and in their history of use. Throughout most areas, forests were harvested at different times and at different intensities. Thus, on a landscape scale, a mosaic of forest conditions (habitat patches) has developed. The value of these forest mosaics to Abert's squirrels would be expected to vary, and the ability to quantify the value of local and landscape habitats to the squirrels must be developed (see ROMPA on page 40).

Patton (1977:266) claimed that, "If man did not interfere, areas of good and poor habitat would change over time because of the dynamic nature of forest succession." To help in surveying squirrel habitats, Patton (1977) developed a scoring method to evaluate squirrel habitat quality. A food rating of 2 to 8 increased in value with the percentage of the stand with pines

>20 cm dbh. A cover rating of 3 to 12 considered basal area and stand dbh. Finally, two diversity ratings were generated: 1) a rating of 2 to 8 based on tree arrangement in the stand and 2) a rating of 1 to 4 depending on the number of canopy stories. Scores were added to estimate the value of the habitat to squirrels. Later, Patton (1984) proposed using diameters of nest trees, feed trees, and stands, as well as stand density (trees/ha) to develop five habitat quality classes for squirrels. Class 1 was considered poor habitat, while Class 5 was considered optimum. Squirrel density was predicted to vary from 0.02 squirrels per acres in Class 1 habitat, to 0.99 squirrels per acres in Class 5 habitat. Patton (1984) believed that optimum habitat was now rare because of disturbance from past logging. His model accommodated requirements for cone producing trees, interlocking crowns as travel corridors, canopy cover over nest trees, and trees of a size selected by squirrels for feeding on inner bark during winter. In the model, additional value is given to stands containing small, connected clusters of trees. Cluster size should range between 0.1 acres and 0.5 ha. Large trees contribute to habitat quality only if they occur in clusters of other trees.

Silvicultural methods to measure and monitor ponderosa pine forests have been developed and are in wide use (Schubert 1974). However, survey methods for determining the health and ecological stability of forests are still needed. For instance, concern over responses of ponderosa pine to climate change, increases in $CO_2$ and ozone levels, and soil and vegetation changes were recently discussed in a workshop at Oregon State University (Waring and Law 2001). Conclusions were that a multi-disciplinary approach will be needed in monitoring effects of these threats to forests.

The value of ponderosa pine as squirrel habitat has not been surveyed on a landscape scale. Evaluation and monitoring of squirrel habitat quality over districts or forests will become necessary in developing management plans in the future. Patton (1984) developed methods for such surveys, and they have been used by the GMUG. Forest staff found it desirable to monitor the quality of squirrel habitat before and after logging, controlled burns, or forest restoration projects to evaluate the effects of those activities on squirrels. Rosenstock et al. (1997) and Germaine (1997) evaluated wildlife response to forest restoration programs in Arizona. Additional approaches for measuring effects of forest restoration on squirrels were developed by Elson (1999) on the Kaibab Plateau.

Dodd et al. (1998) analyzed squirrel habitats and measured squirrel population parameters on eight study plots (each of about 70 ac) in central Arizona. At a stand scale, their study plots differed in intensity of logging history, trees per hectare, basal area per hectare, trees per diameter class, stand density index, and canopy closure. Some forest structural variables on plots were correlated with some squirrel population variables. Recruitment (juveniles per adult female) was highly related ($r^2 = 0.970$) to interlocking canopy trees (**Figure 4**). Recruitment averaged 0.20 on four plots with uneven-aged stands but only 0.07 on intensely logged, even-aged stands. Squirrel fitness was highly related ($r^2 = 0.845$) to tree basal area (Dodd et al. 1998). What became evident from this study was that at a specific time squirrel densities were not highly correlated with overall habitat quality. Some plots with marginal habitat supported high squirrel numbers seasonally because they produced large cone crops. Findings lead authors to conclude that high quality “source areas” produced most of the squirrel population. Surplus squirrels then immigrated into “sink areas” of lower habitat quality, but with some temporary resources. Survivorship was low in “sink areas” (**Figure 5**).

Dodd (*in litt*) continued these studies on a landscape basis, with plots >500 ha. This research is evaluating relationships between “source” and “sink” habitats based on their ROMPA (Ratio of Optimal to Marginal Patch Area) (Lidicker 1988, Krohne 1997). Squirrel populations correlate better with ROMPA values than with individual habitat features such as patch area, forest structure, and spatial patterns in stands, which were identified as important in earlier studies (Pederson et al. 1976, Patton 1984, Patton et al. 1985, Pederson et al. 1987).




**Figure 4.** Abert's squirrel recruitment vs. forest canopy cover. (Source: Norris Dodd, Arizona Game and Fish Department, Pinetop, Arizona)

ROMPA was calculated by determining the area of optimal (multi-layered, uneven-aged) and marginal (open, even-aged) habitat and ignoring "gray" areas in between those clearly definable habitat qualities (**Figure 6**). The percentage of areas in each condition was measured with the FRAGSTAT program using spectral signatures from LANDSAT imagery. Optimal habitats were found to have higher squirrel density and greater recruitment (**Figure 7**). Optimal habitats were "source" habitats as they produced sufficient young to support emigration. Marginal habitats were found to be "sinks". Those habitats were relatively unsuitable for recruitment, but they attracted immigrants due to desirable, but temporary resources. Above 37 percent ROMPA, squirrel densities averaged 0.41/ha. Densities averaged only 0.18/ha on plots with lesser ROMPA values. Highest densities were at 40 to 50 percent ROMPA, and highest recruitment was at 50 percent ROMPA. Both squirrel density and recruitment dropped sharply at 37 to 42 percent ROMPA. On a landscape scale, it appears important to maintain about 50 percent high quality source habitats, but there are benefits to squirrels from mosaics (Smith et al. 2003) and edges (Patton 1975c) in habitats.

## Management approaches for Abert's squirrels

There has been little direct management of Abert's squirrels, other than activities necessary for the conduct of sport hunting. Only recently has forest management considered the life requirements of the Abert's squirrel. For instance, the GMUG has prepared an MIS Assessment for 12 species, including the squirrel, while the San Juan National Forest revised an MIS Assessment for the squirrel in 2003. The Abert's squirrel was selected because of its specialized association with ponderosa pine. The assessment for the squirrel includes a review of its biology, its distribution in the forest, the distribution of ponderosa pine, habitat condition and trend, squirrel population and trend, and forest monitoring. Since 1990, forest management in GMUG has emphasized preventive bark beetle







**Figure 5.** Sinks gain squirrels in August from source habitats, but lose them in winter. (Source: Norris Dodd, Arizona Game and Fish Department, Pinetop, Arizona)




**Figure 6.** ROMPA calculated from optimum and marginal patch area. (Source: Norris Dodd, Arizona Game and Fish Department, Pinetop, Arizona)




**Figure 7.** Abert's squirrel density and recruitment in optimum and marginal areas. (Source: Norris Dodd, Arizona Game and Fish Department, Pinetop, Arizona)

management by thinning and underburning to reduce stand densities to a 60 to 80 $ft^2$ basal area. This program has resulted in converting many 4c and 4b sites to 4a structural stage condition, which is viewed as inimical to the squirrel. To alleviate impacts on Abert's squirrels from this conversion activity, several clusters containing nest and feed trees were left on every 2 ha within the treatment area. The MIS assessments for the Abert's squirrel on the forests are impressive in their coverage of the biology, habitat, and life requirements of the squirrel. They are weakest in the recommendations that they give for integrating squirrel habitat requirements into forest management planning. Other forests are developing MIS Assessments of Abert's squirrels, if the squirrels and their habitat are sufficiently abundant (**Appendix B**).

The Upper South Platte Watershed Protection and Restoration Project, a cooperative venture among several agencies, proposes to use multiple approaches to restore stands of ponderosa pine within the South Platte watershed to sustainable or pre-settlement conditions. In contrast to the attention given to the squirrel on the GMUG and despite the fact that about 200,000 ha of the project land are located on the Pike National Forest, there were no considerations of Abert's squirrels or their habitat requirements in planning this vast, long-term project. The project was proposed in 1998, and planning for restoration projects began in 2000 (Culver et al. 2001).

Likewise, no consideration of Abert's squirrels was given in the prescription for conducting a restoration project in 183,000 acres of ponderosa pine near Cortez, Colorado in the San Juan National Forest (Lynch 2001).

In Arizona, experiments on ecological restoration of ponderosa pine forests have been underway since 1975 on at least 10 sites using several different methods, including fire and various combinations of thinning (Covington 2000). Several of these projects have included monitoring to determine wildlife effects from restoration of the forests (Germaine 1997, Rosenstock et al. 1997, Elson 1999). For instance, Elson (1999) found that the restoration prescription used at Mt. Trumbull removed one-half of the twig trees used by squirrels for feeding on inner bark. Before thinning, his assessments showed twig trees tended to be clumped, which was suggested as desirable by J.G. Hall (1981), States et al. (1988), and Linhart (1989). Elson (1999) recommended that in restoration projects clusters containing twig trees be maintained, or at least the most heavily used twig trees be preserved.

Prescriptions for forest restoration can include actions to help develop and maintain forest characteristics of value to the Abert's squirrel (Patton and Green 1970, Patton 1975b, Ratcliff et al. 1975, Patton 1977, Patton 1984, States et al. 1988, and Smith et al. 2003).

Desirable actions and characteristics include:

1) Stand densities of 300 to 600 trees per ha, mostly >30 cm dbh.

2) Trees clustered into small, even-aged groups (0.1 to 0.5 ha in size) in uneven-aged forest.

3) Stringers of canopy cover between tree clusters to give protection for escape and travel.

4) Protection of existing nest trees within groups of taller trees (several per hectare).

5) Protection of 20 trees per ha used for bark feeding (>20 twigs on ground under tree).

6) Retention of areas of dense canopy cover to form habitat on ground for truffle production.

7) Protection of groups of cone producing trees, especially those >50 cm dbh.

8) High ROMPA values (> 50 percent).

## Information needs

### *Distribution*

The gross distribution of the Abert's squirrel in Colorado is known and maps are available to show the species' general location in the state. State and county maps should be updated periodically, as accurate maps will be needed in formulating regional conservation strategies. Local distributions within forests, sections, and townships have not been defined for the state, but they have been determined for some forests (GMUG, for instance, **Figure 3**). Such detailed maps will be necessary when management of the squirrel becomes more intense on individual forests.

*Responses to habitat changes*

The squirrel's abundance and habits in forest stands with different histories of management have been investigated, as have the squirrel's responses to timber harvest and other management practices. Although some studies are continuing, additional work will be needed to more clearly understand the effects of management on the squirrel. Likewise, the impact of winter snow cover on squirrel survival and the depressing effects of drought on reproduction are poorly understood, and the subjects need better definition and evaluation.

The Abert's squirrel should be studied in conjunction with forest management and forest restoration projects. The squirrel is closely dependent on ponderosa pine forests and can serve as an indicator species of the consequences of management actions. The squirrel is sufficiently numerous throughout Region 2 to permit gaining reliable population data for comparing areas, treatments, and experimental evaluations in different years. Squirrels are particularly sensitive to reductions in tree densities, basal area, and canopy closure, all of which result after forest logging, thinning, and restoration practices.

*Movements*

Annual, seasonal, and daily movements of squirrels in local areas have been studied and shown to vary. Variations in movements were evident among areas studied by different investigators and between decades on the same study areas. Movements were influenced by differences in weather and between habitats (source vs. sinks), which determine the availability of foods (pine seeds and hypogeous fungi). Evaluation of the changes in source and sinks habitats at landscape scales will be complicated by concurrent influences of weather and food availability on movements. These relationships should receive further evaluation.

*Demography*

Reliable techniques are available to measure population density, recruitment, survival, and fitness of Abert's squirrels. These methods are time-consuming and costly, and will not be the same at different temporal and spatial scales. Methods for measuring the population dynamics and status of squirrel populations in Colorado must be validated and modified, as necessary, to provide accurate information for management planning and activities.

*Population trend*

Reliable methods have been developed and tested to monitor population trends. These techniques have used counts of feeding detritus and tracking stations on sample plots to provide an index to changes in Abert's squirrel populations. They do not help in separating among causes of population changes that could include, 1) forest management practices, 2) local weather influences, and 3) climatic events, such as El Niños and global warming. The normal boom or bust fluctuations in squirrel numbers could confound interpretation of MIS monitoring, unless it includes consideration of all factors that make populations go up and down.

Trapping in April has been useful in determining survival of squirrels the previous winter. Age ratios obtained from trapping in October are good indicators of reproductive success the previous spring. Weather records can be used to interpret the influence of snow cover on winter survival and the influence of drought in suppressing productivity. MIS monitoring of Abert's squirrels should include information on the severity of El Niño/La Niña events, as well as evidence of global climate change and its ecological effects. Global warming is expected to considerably reduce the abundance and distribution of ponderosa pine in the southern Rockies. The size of stands will decrease, and ponderosa pine will retreat to higher elevations as the climate warms (Leverenz and Lev 1987, Joyce et al. 1990, and Shugart et al. 2003).

*Restoration methods*

Criteria for both forest restoration and for enhancement of Abert's squirrel habitat are available, but "recipes" or "prescriptions" have not been specifically developed and tested. Still, considerable information exists on the most desirable elements in habitats for the squirrels. In Arizona, for instance, squirrel-habitat relationships have been studied at multiple scales: tree clumps, stand or habitat patches, and landscape scales. At the clump level, sites used by squirrels, compared to random sites, had 16 percent higher canopy closure, 80 percent more old growth trees (VSS 5 and 6 structure), 35 percent higher tree basal area, and 35 percent higher stand density index (Arizona Game and Fish Department 2001, Lema 2001).

The latest studies are suggesting other factors for consideration in restoration of squirrel habitat. At a habitat patch scale (small study plots), recruitment

tended to increase with the number of interlocking canopy trees and the fungal content of the diet. Winter survival and overall density were higher with increased fungal diversity in diet. Changes in the numbers of squirrels between spring and fall were less pronounced on areas with the highest mean diameter of trees (Dodd et al. 1998).

*Research priorities in Region 2*

The objective of establishing Management Indicator Species is to use sensitive animals to determine how forest management practices affect the forest ecosystem. A species has utility as an MIS only if methods are available to measure changes in its abundance and distribution in response to forest management activities. Reliable methods must exist to measure these parameters for the species and to separate the influence of forest management from the influence of other factors that could change their abundance and distribution. Highest research priorities for the Abert's squirrel should include the following: 1) to validate reliable census techniques that can be used to determine and monitor squirrel densities and distribution in Colorado, 2) to monitor weather conditions, and especially the relation of snow cover, drought, and climate change to squirrel demography, 3) to live trap squirrels in April (winter survival) and in September (age ratios) on large plots on a national forest scale to determine annual survival rates and reproductive success, 4) to determine patterns of squirrel habitat conditions across districts and forests and to correlate them with squirrel abundance to validate ROMPA concepts (a high correlation would allow monitoring ROMPA rather than squirrel densities), and 5) to evaluate effects of prescribed burning on Abert's squirrels.

# DEFINITIONS

**Basal area** is the cross section at breast height (4.5 ft above ground level) of a tree or trees expressed as square feet per acre. It is a measure of stand density.

**Canopy cover or closure** is the percentage of a given area covered by the crowns of plants based on a vertical projection to the ground from the outermost perimeter of the canopy.

**Climax species** are the plants and animals that occur in a relatively stable plant community.

**Clusters** are groups of trees that occur within a stand.

**Diameter at breast height (dbh)** is the diameter of a tree measured at 4.5 ft above the forest floor on the uphill side of the tree.

**Density** is the number of squirrels per unit area, most often on multiple ha or $km^2$.

**Dominant / co-dominant trees** are the tallest and next to tallest trees in a stand and comprise the main canopy cover of a stand.

**Epigeous** refers to living at the soil surface.

**Estrus** refers to both the period of time and the physical condition during which females are receptive for breeding.

**Fitness** is a value calculated to express the relative probability of a species viability (density x recruitment x survival) on different areas.

**Habitat quality** refers to the relative ability of an environment to provide a species with its life requirements.

**Home range** is the area used by an animal for foraging, traveling, resting, nesting, and other essential activities.

**Hypogeous** refers to living below the soil surface.

**Landscape** is a level of ecological complexity above the community level containing mosaics of habitat qualities over a large areas.

**Logging** is the removal of trees from an area by cutting them down and removing them from the site.

**Management Indicator Species (MIS)** are those species used in land management planning because their population changes indicate the effects of management activities.

**Minimal patches** consist of habitat with low basal area, low canopy closure, and few trees <40 cm. Squirrel numbers fluctuate seasonally and recruitment is limited. This is "sink" habitat where populations are maintained by immigrants seeking food.

**Mosaic** refers to variable patterns of habitats ranging from optimum to marginal in value on a local or landscape scale.

**Mycorrhizae** are symbiotic fungi on plant roots that function to assist the plant absorb water and nutrients from the soil.

**Optimal patches** consist of habitat with high basal area, high canopy closure, and numerous trees <40cm. Squirrel numbers and recruitment are stable. This is "source" habitat as excess young disperse from these patches.

**Patch** is a local area of relatively homogeneous habitat.

**Prescriptions** are recipes of methods to be used in altering a forest stand.

**Recruitment** refers to the annual production of young in a population. It can be expressed as percentage of young or as the number of young per female (when the sex ratio is not equal) in the fall population.

**ROMPA** is the Ratio of Optimal to Marginal Patch Area within a habitat mosaic.

**Scale** refers to the overall area under consideration, as in a study or management activity.

**Shelterwood** is a forest regeneration method of establishing seedlings under overstory trees. As the young trees grow, portions of the overstory are subsequently harvested.

**Silviculture** refers to the practices involved in growing trees for timber production.

**"Sink" habitat** (see minimal patches).

**"Source" habitat** (see optimal patches).

**Species** is one of the taxonomic levels used to classify organisms (family, genus, species, subspecies).

**Species viability** refers to the probability of a species persisting over time.

**Stands** are areas of trees possessing sufficient uniformity or isolation to be distinguishable from trees on adjacent areas.

**Survival** compares the number of animals on an area after a period of time (month, season, year) with the number that were originally present.

**VSS** refers to the Vegetation Structure Stage of a forest. VSS 5 is a mature forest, and VSS 6 is an old forest.

# References


Abert, J.W. 1846. Message from the President of the United States, in compliance with a resolution of the Senate, Communicating a report of an expedition lead by Lieutenant Abert, on the upper Arkansas and through the country of the Comanche Indians in the fall of the year 1845. U.S. Congress 29th, 1st Session. Senate Document 438.

Allen, C.D. 1998. A ponderosa pine natural area reveals its secrets. In M.C. Mac, P.A. Opler, C.E. Pickett Haicker, and P.C. Duran, editors. Studies and trends of the nations biological resouces. Vol. 1. USDI. Reston, VA. Internet site: http://biology.usgs.gov./s+t/SNT/noframe/np104.htm.

Allen, D.L. 1943. Michigan fox squirrel management. Michigan Department of Conservation. Game Division Publication 100. 404p.

Allen, J.A. 1893. List of mammals and birds collected in northeastern Sonora and northwestern Chihuahua, Mexico, on the Lumholtz Archaeological Expedition, 1890-92. Bulletin of the American Museum of Natural History 5:27-42.

Allen, J.A. 1894. New North American mammals. Bulletin of the American Museum of Natural History 6:349-350.

Allen, J. A. 1895. Mammals from Arizona and Mexico. Bulletin of the American Museum of Natural History 7:244-255.

Allen, J.A. 1904. Further notes on the mammals from northwestern Durango. Bulletin of the American Museum of Natural History 20:205-210.

Allred, W.S. 1989. The effects of Abert squirrel herbivory on ponderosa pines. Ph.D. Dissertation. Northern Arizona University. Flagstaff. 98 pages.

Allred, W.S. 1995. Black-bellied form of an Abert squirrel (*Sciurus aberti aberti*) from the San Francisco Peaks area, Arizona. Southwestern Naturalist 40:420.

Allred, W.S. and W.S. Gaud. 1993. Green foliage losses from ponderosa pines induced by Abert squirrels and snowstorms: a comparison. Western Journal of Applied Forestry 8:16-18.

Allred, W. S. and W. S. Gaud. 1994a. Characteristics of ponderosa pines and Abert squirrel herbivory. Southwestern Naturalist 39:89-90.

Allred, W.S. and W.S. Gaud. 1994b. Effects of Abert squirrel herbivory on foliage and nitrogen losses in ponderosa pine. Southwestern Naturalist 39:350-353.

Allred, W.S. and W.S. Gaud. 1999. Abert squirrel (*Sciurus aberti*) as a soil excavator. Southwestern Naturalist 44: 88.

Allred, W.S., W.S. Gaud, and J.S. States. 1994. Effects of herbivory by Abert squirrels (*Sciurus aberti*) on cone crops of ponderosa pine. Journal of Mammalogy 75:700-703.

Allred, W.S. and G. Pogany. 1996. Early estrus in a female Abert squirrel (*Sciurus aberti aberti)*. Southwestern Naturalist 41:90.

Anderson, S. 1972. Mammals of Chihuahua, taxonomy and distribution. Bulletin of the American Museum of Natural History 148:149-410.

Arizona Game and Fish Department. 2001. The tassel-eared squirrel as an indicator species for evaluating ponderosa pine forest restoration effects on wildlife. A comprehensive research and monitoring proposal. Research Branch. Phoenix. 16 pages.

Armstrong, D.M. 1972. Distribution of mammals in Colorado. Museum of Natural History. University of Kansas. Monograph 3. 415 pages.

Arrington, O.N. 1943. Completion report-Abert squirrel. Arizona Game and Fish Commission. Project I I-D: 1-23.

Austin, W.J. 1990. The foraging ecology of Abert squirrels. Ph.D. Dissertation. Northern Arizona University. Flagstaff. 279 pages.

Axelrod, D.I. 1979. Age and origin of Sonoran Desert vegetation. California Academy of Science Occasional Paper 132. 74 pages.

Bailey, A.M. and R.J. Niedrach. 1965. Birds of Colorado. Vol. 1. Denver Museum of Natural History. Denver. 454 pages.

Bailey, F.M. 1932. Abert squirrel burying pine cones. Journal of Mammalogy 13:165-166.

Bailey, V. 1913. Life zones and crop zones of New Mexico. United States Bureau of Biological Survey. North American Fauna 35. 100 pages.

Bailey, V. 1931. Mammals of New Mexico. United States Bureau of Biological Survey. North American Fauna 53. 412 pages.

Bailey, V. 1971 (Reissued). Mammals of the southwestern United States. Dover Publications, Inc. New York, NY.

Baird, S.F. 1855. Characteristics of some new species of North American Mammals, collected chiefly in connection with the U.S. Surveys of a railroad route to the Pacific. Proceedings of the Academy of Natural Sciences of Philadelphia 7:332-336.

Beier, P. and J.E. Drennan. 1997. Forest structure and prey abundance in foraging areas of northern goshawks. Ecological Applications 7:564-571.

Belsky, A.J. and D.M. Blumenthal. 1997. Effects of livestock grazing on stand dynamics and soils of upland forests of the interior West. Conservation Biology 11:315-327.

Benson, R.E. and A.W. Green. 1987. Colorado's timber resources. USFS. Resource Bulletin. INT-48. 53 pages.

Bernard, S.R. and K.F. Brown. 1977. Distribution of mammals, reptiles, and amphibians by BLM physiographic regions and A.W. Kuchler's associations for the eleven western states. Technical Note 301. 169 pages. USDI. Bureau of Land Management. Denver, CO.

Bissell, S.J. 1978. Colorado mammal distribution latilong study. Colorado Division of Wildlife. Denver. 24 pages.

Brown, D.E. 1969. Annual Report. Arizona Game and Fish Department Federal Aid Project W-53-R-19.

Brown, D.E. 1971. Reevaluation of the Mount Logan and Mount Trumbull areas as potential Kaibab squirrel habitat. Arizona Came and Fish Dept. Special Report. W-53-R-2:1- 5.

Brown, D.E. (ed.). 1982a. The biotic communities of the American Southwest United States and Mexico. Desert Plants 4. 342 pages.

Brown, D.E. 1982b. The use of "clippings" to index tassel-eared squirrel population levels. Journal of Wildlife Management 46:520-525.

Brown, D.E. 1984. Arizona's tree squirrels. Arizona Game and Fish Department. Phoenix. 114 pages.

Brown, L.N. 1965. Abert's squirrel in southern Wyoming. Journal of Mammalogy 46:516.

Brown, R.L. 1995. Tassel-eared squirrel population and habitat dynamics in northern Arizona. Federal Aid Project W-78-R problem analysis. Arizona Game and Fish Department. Research Branch. Phoenix. 27 pages.

Burt, W.H. 1933. Mammals of southern Arizona. Journal of Mammalogy 14:114-122.

Buttery, R.F. and B.C. Gillam. 1984. Forested ecosystems. Pages 42-71 in R.L. Hoover and D.L. Wills, editors. Managing forested lands for wildlife. Colorado Division of Wildlife. Denver, CO.

Cable, D.R. 1958. Estimating surface area of ponderosa pine foliage in central Arizona. Forest Science 4:45-49.

Cahalane, V.H. 1947. Mammals of North America. The MacMillan Company, New York. 682 pages.

Campbell, R.E., M.B. Baker, P.F. Ffolliott, F.R. Larson, and C.C. Avery. 1977. Wildfire effects on a ponderosa pine ecosystem: an Arizona case study. USFS. Rocky Mountain Research Station. Research Paper RM-191. 12 pages.

Capretta, P.J. and R.C. Farentinos. 1979. Determinants of selective herbivory in tasseled-eared squirrels (*Sciurus aberti*). Pages 205-218 in J.H.A. Kroeze, editor. Preference behavior and chemoreception. Information Retrieval Limited, London, England.

Capretta, P.J., R.C. Farentinos, V.M. Littlefield, and R.M. Potter. 1980. Feeding preferences of captive tassel-eared squirrels (*Sciurus aberti*) for ponderosa pine twigs. Journal of Mammalogy 61:734-737.

Carey, A.B., J. Kershner, B. Biswell and L. Dominguez de Toledo. 1999. Ecological scale and forest development: squirrels, dietary fungi, and vascular plants in managed and unmanaged forests. Wildlife Monographs 142. 71 pages.

Carson, J. 1957. Squirrels! Are they invincible? West Virginia Conservation 21:11-13.

Carson, J.D. 1961. Epiphyseal cartilage as an age indicator in fox and gray squirrels. Journal of Wildlife Management 25:90-93.

Cary, M. 1911. A biological survey of Colorado. United States Bureau of Biological Survey. North American Fauna 33. 256 pages.

Clark, T.W. and M.R. Stromberg. 1987. Mammals in Wyoming. University of Kansas Museum of Natural History. 314 pages.

Clary, W.P. 1987. Overview of ponderosa pine bunchgrass ecology and wildlife habitat enhancement with emphasis on southwestern United States. in H.G. Fisser and G. Herbert, editors. Wyoming shrublands. Proceedings, 16th Wyoming Shrub Ecology Workshop II-21. Sundance, Wyoming. University of Wyoming, Department of Range Management.

Cockrum, E.L. 1960. The recent mammals of Arizona, their taxonomy and distribution. University of Arizona Press, Tucson, AZ. 276 pages.

Conner, R.C., J.O. Born, A.W. Green, and R.A. O'Brien. 1990. Forest resources of Arizona. USFS. Rocky Mountain Research Station. Resource Bulletin INT-69. 92 pages.

Cooper, C.F. 1960. Changes in vegetation, structure and growth of Southwest pine forests since white settlement. Ecological Monographs 30:126-164.

Cooper, D.J. 1987. Abert's squirrel above treeline on the San Francisco peaks, Arizona. Southwestern Naturalist 32: 507.

Cork, S.J. and G.J. Kenagy. 1989. Nutritional value of hypogeous fungus for a forest-dwelling ground squirrel. Ecology 70:577-586.

Coues, E. 1867. The quadrupeds of Arizona. American Naturalist 1:281-292, 351-363, 393-400, 531- 541.

Coughlin, L.E. 1938. The case against the tuft-eared squirrel. USFS. Rocky Mountain Region Bulletin 21(4):10-12.

Covington, W.W. 2000. Restoration of ecosystem health in southwestern forests. Comprehensive Report for October 1, 1995 to September 30, 2000, submitted to Bureau of Land Management, Arizona Strip District. Northern Arizona University. 68 pages.

Covington, W.W., P.Z. Fulé, M.M. Moore, S.C. Hart, T.E. Kolb, J.N. Mast, S.S. Sackett, and M.R. Wagner. 1997. Restoring ecosystem health in ponderosa pine forests of the southwest. Journal of Forestry 95:23-29.

Covington, W.W. and M.M. Moore. 1991. Changes in forest conditions and multi-resource yields from ponderosa pine forests since European settlement. Final Report to Water Resource Operations, Salt River Project. Phoenix, Arizona. 51 pages.

Covington, W.W. and M.M. Moore. 1992. Post-settlement changes in natural fire regimes; implications for restoration of old-growth ponderosa pine forests. Pages 81-99 in M.R. Kaufmann, W.H. Moir, and R.L. Bassett, technical coordinators. Old growth forests in the Southwest, Proceedings of a workshop. USFS. Rocky Mountain Research Station. General Technical Report RM-213.

Covington, W.W. and M.M. Moore. 1994. Southwestern ponderosa forest structure - changes since Euro-American settlement. Journal of Forestry 92:39-47.

Culver, S., C. Dean, F. Patten, and J. Thinnes. 2001. Upper South Platte watershed protection and restoration project. Pages 110-117 in R.K. Vance, C.B. Edminster, W.W. Covington, and J.A. Blake, compilers. Ponderosa pine ecosystems restoration and conservation: steps toward stewardship. USFS. Rocky Mountain Research Station. Proceedings RMRS-P-22.

Davis, G.P. 1982. Man and wildlife in Arizona: the American exploration period, 1824-1865. In N.B. Carmony and D.E. Brown, editors. Arizona Game and Fish Department, Phoenix, AZ. 232 pages.

Davis, R. and S.J. Bissell. 1989. Distribution of Abert's squirrel (*Sciurus aberti*) in Colorado: evidence for a recent expansion of range. Southwestern Naturalist 34:306-309.

Davis, R. and D.E. Brown. 1988. Documentation of the transplanting of Abert's squirrels. Southwestern Naturalist 33: 490-492.

Davis, R. and D.E. Brown. 1989. Role of post-Pleistocene dispersal in determining the modern distribution of Abert's squirrel. Great Basin Naturalist 49:425-434.

Dieterich, J.H. 1980. Chimney Spring forest fire history. USFS. Rocky Mountain Research Station. Research Paper RM-220. 8 pages.

Dodd, N.L. in preparation. Landscape scale habitat relationships to tassel-eared squirrel population dynamics in north-central Arizona. Arizona Game and Fish Department. Research Branch. Technical Bulletin 6.

Dodd, N.L. and S.L. Adams. 1989. Integrating wildlife needs into national forest timber sale planning: a state agency perspective. Pages 131-140 in A. Tecle, W.W. Covington, and R.H. Hamre, technical coordinators. Proceedings of multiresource management of ponderosa pine forests. USFS. Rocky Mountain Research Station. General Technical Report RM-185.

Dodd, N.L., S.S. Rosenstock, C.R. Miller, and R.E. Schweinsburg. 1998 Tassel-eared squirrel population dynamics in Arizona: index techniques and relationships to habitat condition. Arizona Game and Fish Department. Research Branch. Technical Report 27. 49 pages.

Dodd, N.L., J.S. States, and S.S. Rosenstock. 2003. Tassle-eared squirrel population, habitat condition, and dietary relationships in north-central Arizona. Journal of Wildlife Management. In press.

Dodge, N.N. 1965. Whitetail squirrel. Pacific Discovery 18:23-26.

Drennan, J.E., P. Beier, and N.L. Dodd. 1998. Use of track stations to index abundance of sciurids. Journal of Mammalogy 79:352-359.

Durrant, S.D. 1947. The Abert squirrel in Utah. Journal of Mammalogy 28:66.

Durrant, S.D. and K.R. Kelson. 1947. A new Abert squirrel from Utah. Proceedings of the Biological Society of Washington 60:79-81.

Elson, M.T. 1999. Tassel-eared foraging patterns and projected effects on ecological restoration treatments at Mt. Trumbull, Arizona. Master's Thesis. Northern Arizona University, Flagstaff, AZ.

Engel-Wilson, R. 1989. Tree squirrel. Wildlife Surveys and Investigations Project W-53-M-39. Arizona Game and Fish Department. Research Branch. Phoenix, AZ.

Eyre, F.H., editor. 1980. Forest cover types of the United States and Canada. Society of American Foresters. Washington, D.C. 148 pages.

Farentinos, R.C. 1972a. Observations on the ecology of the tassel-eared squirrel. Journal of Wildlife Management 36: 1234-1239.

Farentinos, R.C. 1972b. Social dominance and mating activity in the tassel-eared squirrel (*Sciurus aberti ferreus*). Animal Behavior 20:316-326.

Farentinos, R.C. 1972c. Nests of the tassel-eared squirrel. Journal of Mammalogy 53:900-903.

Farentinos, R.C. 1974. Social communication of the tassel-eared squirrel (*Sciurus aberti*): a descriptive analysis. Z. Tierpsychol. 34:441-458.

Farentinos, R.C. 1979. Seasonal changes in home range size of tassel-eared squirrels (*Sciurus aberti*). Southwestern Naturalist 24:49-62.

Farentinos, R.C. 1980. Sexual solicitation of subordinate males by female tassel-eared squirrel. Animal Behavior 20: 316-326.

Farentinos, R.C., P.J. Capretta, R.E. Kepner, and V.M. Littlefield. 1981. Selective herbivory in tassel-eared squirrels: role of monoterpenes in ponderosa pines chosen as feeding trees. Science 213:1273-1275.

Ferner, J.W. 1974. Habitat relationships of *Tamiasciurus hudsonicus* and *Sciurus aberti* in the Rocky Mountains. Southwestern Naturalist 18:470-473.

Ffolliott, P.F. 1990. Small game habitat use in southwestern ponderosa pine forests. Pages 107-117 in P.R. Krausman and N.S. Smith, editors. Managing wildlife in the Southwest. Arizona Chapter of the Wildlife Society. Phoenix, AZ.

Ffolliott, P.F., W.P. Clary, and F.R. Larson. 1977. Effects of a prescribed fire in an Arizona ponderosa pine forest. USFS. Rocky Mountain Research Station. Research Note RM-336. 4 pages.

Ffolliott, P.F. and D.R. Patton. 1975. Production-rating functions for Abert squirrels in southwestern ponderosa pine. Wildlife Society Bulletin 3:162-165.

Ffolliott, P.F. and D.R. Patton. 1978. Abert squirrel use of ponderosa pine as feed trees. USFS. Rocky Mountain Research Station. Research Note RMI-362. 4 pages.

Finch, D.M. 1992. Threatened, endangered, and vulnerable species of terrestrial vertebrates in the Rocky Mountain region. USFS. Rocky Mountain Research Station. General Technical Report. RM-215. 38 pages.

Findley, J.S., A.H. Harris, D.E. Wilson and C. Jones. 1975. Mammals of New Mexico. University of New Mexico Press, Albuquerque, NM. 360 pages.

Fisch, G.C. and E.J. Dimock II. 1978. Shoot clipping by Douglas squirrels in regenerating Douglas fir. Journal of Wildlife Management 42:415-418.

Fitzgerald, J.P., C.A. Meaney, and D.M. Armstrong. 1994. Mammals of Colorado. University of Colorado Press, Niwot. 488 pages.

Flyger, V. and J.E. Gates. 1982a. Fox and gray squirrels. Pages 209-229 in J.A. Chapman and G.A . Feldhamer, editors. Wild mammals of North America: biology, management, and economics. The Johns Hopkins University Press, Baltimore, MD.

Flyger, V. and J.E. Gates. 1982b. Pine squirrels: *Tamiasciurus hudsonicus* and *T. douglasit*. Pages 230-238 in J.A. Chapman and G.A. Feldhamer, editors. Wild mammals of North America: Biology, management, and economics. The Johns Hopkins University Press. Baltimore, MD.

Frey, J.K. 1996. Mammalian type localities in New Mexico. Occasional Papers. Museum of Southwestern Biology 7: 21 pages.

Frey, J.K. and T.L. Yates. 1996. Mammalian diversity in New Mexico. New Mexico Journal of Science 36:4-37.

Ganey, J.L. and W.M. Block. 1994. A comparison of two techniques for measuring canopy closure. Western Journal of Applied Forestry 9:21-23.

Garrison, G.A., A.J. Bjugstad, D.A. Duncan, [and others]. 1977. Vegetation and environmental features of forest and range ecosystems. Agriculture Handbook 475. USFS. Washington, DC. 68 pages.

Gaud, W.S., W.S. Allred, and J.S. States. 1993. Tree selection by tassel-eared squirrels of the ponderosa pine forests of the Colorado Plateau. Pages 56-63 in P.G. Rowlands, C. van Riper III, and M.K. Sogge, editors. Proceedings of the First Biennial Conference on Research in Colorado Plateau National Parks. National Park Service, Cooperative Park Studies Unit, Northern Arizona University, Flagstaff, AZ.

Germaine, S. 1997. Short-term wildlife responses to ponderosa pine forest restoration treatments in the Mt. Trumbull area, Arizona. Annual report. Arizona Game and Fish Department. Research Branch. Phoenix, AZ. 36 pages.

Goldman, E.A. 1928. The Kaibib or white-tailed squirrel. Journal Mammalogy 9:127-129.

Goldman, E.A. 1931a. *Sciurus aberti chuscensis* Goldman. Proceedings Biological Society of Washington 44:133

Goldman, E.A. 1931b. Three new rodents from Arizona and New Mexico. Proceedings Biological Society of Washington 44:133-136.

Goldman, E.A. 1933a. Five new rodents from Arizona and New Mexico. Proceedings Biological Society of Washington 46:71-77.

Goldman, E.A. 1933b. New mammals from Arizona, New Mexico, and Colorado. Journal of Washington Academy of Science 23:463-473.

Golightly, R.T., Jr. 1976. Fluctuation of body temperature in free-ranging Abert's squirrels (*Sciurus aberti*). Master's Thesis. Arizona State University, Tempe, AZ. 53 pages.

Golightly, R.T., Jr. and R.D. Ohmart. 1978. Heterothermy in free-ranging Abert's squirrels (*Sciurus aberti*). Ecology 59:397-909.

Green, R.G., C.L. Larson, and J.F. Bell. 1939. Shock disease as the cause of the periodic decimation of the snowshoe hare. American Journal of Hygiene 30:83-102.

Gurnell, J. 1987. The natural history of squirrels. Facts on File Publications. New York, NY. 201 pages.

Guzman, D. 1997. A histological analysis of the female Abert squirrel, *Sciurus aberti aberti*. Master's Thesis. Northern Arizona University, Flagstaff, AZ. 37 pages.

Hall, E.R. 1981. The mammals of North America. 2nd edition. Volume 2. John Wiley and Sons, New York, NY. 1271 pages.

Hall, E.R. and K.R. Kelson. 1959. The mammals of North America. Volume 1. Ronald Press, New York, NY. 546 + 79 pages.

Hall, J.G. 1967a. White tails and yellow pines. National Parks Magazine 41(235):9-11.

Hall, J.G. 1967b. The Kaibab squirrel in Grand Canyon National Park. A seven-season summary 1960-1966. Grand Canyon National Park. 54 pages.

Hall, J.G. 1972. The Kaibab squirrel. Pages 18-21 in Symposium on rare and endangered wildlife of the southwestern United States. New Mexico Department Game and Fish, Santa Fe, NM.

Hall, J.G. 1981. A field study of the Kaibab squirrel in Grand Canyon National Park. Wildlife Monographs 75. 54 pages.

Halloran, M.E. 1993. Social behavior and ecology of Abert squirrels (*Sciurus aberti*). Ph.D. Dissertation. University of Colorado, Boulder, CO. 210 pages.

Halloran, M.E. 1995. Cheek rubbing as grooming by Abert's squirrels. Animal Behaviour 50:987-993.

Halloran, M.E. and M. Bekoff. 1994. Nesting behavior of Abert squirrels (*Sciurus aberti*). Ethology 97:236-248.

Hancock, D.C., Jr. and D.J. Nash. 1982. Dorsal hair length and coat color in Abert's squirrel (*Sciurus aberti*). Great Basin Naturalist 42:597-598.

Harju, H. 1978. Make room for the tassel-eared squirrel. Wyoming Wildlife 42(2):12-13.

Heidmann, L.J. 1972. An initial assessment of mammal damage in the forests of the southwest. USFS. Rocky Mountain Research Station. Research Note. RM-219. 7 pages.

Hill, J.E. 1942. Notes on mammals of northeastern New Mexico. Journal of Mammalogy 23:75-82.

Hobbs, D.E. 1980. The effects of habitat sound properties on alarm calling behavior in two species of tree squirrels. Ph.D. Dissertation. University of Arizona, Tucson, AZ.

Hoffmeister, D.F. 1956. Mammals of the Graham (Pinaleño) Mountains, Arizona. American Midland Naturalist 5: 257-288.

Hoffmeister, D.F. 1971. Mammals of Grand Canyon. University of Illinois Press, Urbana, IL. 183 pages.

Hoffmeister, D.F. 1986. Mammals of Arizona. University of Arizona Press and Arizona Game and Fish Department, Tucson, AZ. 602 pages.

Hoffmeister, D.F. and V.E. Diersing. 1978. Review of the tassel-eared squirrels of the subgenus *Otosciurus*. Journal of Mammalogy 59:402-413.

Hoover, R.L. and D.L. Wills, editors. 1984. Managing forested lands for wildlife. Colorado Division of Wildlife in cooperation with USDA Forest Service, Rocky Mountain Region. Denver, CO. 459p.

Huffman, D.W., M.M. Moore, W.W. Covington, J.E. Crouse, and P.Z. Fulé. 2001. Ponderosa pine forest reconstruction: comparisons with historical data. Pages 3-8 in R.K. Vance, C.B. Edminster, W.W. Covington, and J.A. Blake, compilers. Ponderosa pine ecosystems restoration and conservation: steps toward stewardship. USFS. Rocky Mountain Research Station. Proceedings RMRS-P-22.

Hutton, K.A., J.L. Koprowski, V.I. Greer, M.I. Alanen, C.A. Schauffert and P.J. Young. 2003. Use of mixed conifer and spruce-fir forests by an introduced population of Abert's squirrels (*Sciurus aberti*). Southwestern Naturalist. In Press.

Jack, J.G. 1900. The Pikes Peak, Plum Creek, and South Platte forest reserves. Pages 39-115 in 20th Annual Report. U.S. Geological Survey. 1898-1899. Government Printing Office. Washington, DC.

Johnson, M.A. 1994. Changes in southwestern forests: stewardship implications. Journal of Forestry 92:16-19.

Joyce, L.A., M.A. Fosberg, and J.M. Comanor. 1990. Climate change and America's forests. USFS. Rocky Mountain Research Station. General Technical Report. RM-187.

Jung, P.P., N.W. Bower, M.A. Snyder and D.W. Lehmpuhl. 2001. An application of air-sampling canisters: selective herbivory associated with monoterpene emission from ponderosa pine. American Laboratory. 33:50-52.

Kaufmann, M.R., P.J. Fornwalt, L.S. Huckaby, J.M. Stoker. 2001. Cheeseman Lake - A historical ponderosa pine landscape guiding restoration in the South Platte Watershed of the Colorado Front Range. Pages 9-18 in R.K. Vance, C.B. Edminster, W.W. Covington, and J.A. Blake, compilers. Ponderosa pine ecosystems restoration and conservation: steps toward stewardship. USFS. Rocky Mountain Research Station. Proceedings RMRS-P-22.

Kaufmann, M.R., L.S. Huckaby, C.M. Regan, and J. Popp. 1998. Forest reference conditions for ecosystem management in the Sacramento Mountains, New Mexico. USFS. Rocky Mountain Research Station. General Technical Report. RMRS-GTR-19. 87 pages.

Kaufmann, M.R., C.M. Regan, and P.M. Brown. 2000. Heterogeneity in ponderosa pine/Douglas-fir forests: age and size structure in unlogged and logged landscapes of central Colorado. Canadian Journal of Forest Research 30:698-711.

Keith, J.O. 1956. The Abert squirrel (*Sciurus aberti aberti*) and its relationship to the forests of Arizona. Master's Thesis. University of Arizona. Tucson. 106 pages.

Keith, J.O. 1965. The Abert squirrel and its dependence on ponderosa pine. Ecology 46:150-163.

Kimball, B.A., G.R. Johnson, D.L. Nolte and D.L. Griffin. 1999. An examination of the genetic control of Douglas-fir vascular tissue phytochemicals: implications for black bear foraging. Forest Ecology and Management 123: 245-251.

Kimball, B.A., D.L. Nolte, R.M. Engeman, J.J. Johnston, and F.R. Stremitz. 1998a. Chemically mediated foraging preferences of free ranging black bear (*Ursus americanus*). Journal of Mammalogy 79:448-456.

Kimball, B.A., D.L. Nolte, D.L. Griffin, S.M. Dutton and S. Ferguson. 1998b. Impacts of live canopy pruning on the chemical constituents of Douglas-fir vascular tissues: implications for black bear tree selection. Forest Ecology and Management 109:51-56.

Kimball, B.A., E.C. Turnblom, D.L. Nolte, D.L. Griffin, and R.M. Engemen. 1998c. Effects of thinning and nitrogen fertilization on sugars and terpenes in Douglas-fir vascular tissues: implications for black bear foraging. Forest Science 44:599-602.

Kittredge, J. 1944. Estimation of the amount of foliage of trees and stands. Journal of Forestry 42:905-912.

Knowles, P. and M.C. Grant. 1983. Age and size structure analyses of Engelmann spruce, ponderosa pine, lodgepole pine, and limber pine in Colorado. Ecology. 64(1): 1-9.

Kotter, M.M.1981. Interrelationships of tassel-eared squirrels, ponderosa pine, and hypogeous mycorrhizal fungi. Master's Thesis. Ohio State University, Columbus, OH. 92 pages.

Kotter, M.M. and R.C. Farentinos. 1984a. Formation of ponderosa pine ectomycorrhizae after inoculation with feces of tassel-eared squirrels. Mycologia 76:758-760.

Kotter, M.M. and R.C. Farentinos. 1984b. Tassel-eared squirrels as spore dispersal agents of hypogeous mycorrhizal fungi. Journal of Mammalogy 65:684-667.

Krohne, D.T. 1997. Dynamics of metapopulations of small mammals. Journal of Mammalogy 78:1014-1026.

Kufeld, R.C. 1966. Statewide game management survey: tree squirrel management information. Arizona Game and Fish Department, Phoenix, AZ. 10 pages.

Lamb, T., T.R. Jones, and P.J. Wettstein. 1997. Evolutionary genetics and phylogeography of tassel-eared squirrels (*Sciurus aberti*). Journal of Mammalogy 78:117-133.

Larson, M.M. and G.H. Schubert. 1970. Cone crops of ponderosa pine in central Arizona, including the influence of Abert squirrels. USFS. Rocky Mountain Research Station. Research Paper RM-58. 15 pages.

Laven, R.D., P.N. Omi, J.G. Wyant and A.S. Pinkerton. 1980. Interpretation of fire scar data from a ponderosa pine ecosystem in the central Rocky Mountains, Colorado. Pages 46-49 in M. A. Stokes and J. H. Dieterich, technical coordinators. Proceedings of the Fire History Workshop. Oct. 29-24, 1980. Laboratory Tree Ring Research. University of Arizona, Tucson, AZ.

Lawson, L. 1941. Survey of Abert squirrel populations in the State, June 13, 1941 to June 19, 1941. Project 11-D. Arizona Game and Fish Department, Phoenix, AZ. 3 pages.

Lechleitner, R.R. 1969. Wild mammals of Colorado. Pruett Publishing Co. Boulder, CO. 254 pages.

Lema, M.F. 2001. Dynamics of Abert squirrel populations: home range, seasonal movements, survivorship, habitat use and sociality. Master's Thesis. Northern Arizona University. Flagstaff, AZ. 211 pages.

Lema, M.F., W.S. Allred, W.S. Gaud, and N.L. Dodd. 1999. Social behavior of Abert's squirrels in ponderosa pine forests. Pages 105-112 in C. van Riper III and M.A. Stuart, editors. Proceedings of the Fourth Biennial Conference on Research on the Colorado Plateau. Northern Arizona University, Flagstaff, AZ.

Leverenz, J.W. and D.J. Lev. 1987. Effects of carbon dioxide-induced climate change on the natural ranges of six major commercial tree species in the western United States. Pages 123-156 in W.E. Stands and J.S. Hoffman, editors. The greenhouse effect, climate change, and U.S. forests. Conservation Foundation, Washington, DC.

Lexen, B. 1939. Space requirements of ponderosa pine by tree diameter. USFS. Rocky Mountain Research Station. Research Note 63. 4 pages.

Lidicker, W.Z., Jr. 1988. Solving the enigma of microtine "cycles". Journal of Mammalogy 69:225-235.

Lindsay, E.H. and N.T. Tessman. 1974. Cenozoic vertebrate localities and faunas in Arizona. Arizona Academy Science 9:3-24.

Linhart, Y.B. 1989. Interactions between genetic and ecological patchiness in forest trees and their dependent species. Pages 393-430 in J. H. Bock and Y. B. Linhart, editors. The evolutionary ecology of plants. Westview Press, Boulder.

Linhart Y.B., N.A. Snyder, and S.A. Habeck. 1989. The influence of animals on genetic variability within ponderosa pine stands, illustrated by the effects of Abert's squirrel and porcupine. Pages 141-148 in A. Tecle, W.W. Covington, and R.H. Hamre, technical coordinators. Multiresource management of ponderosa pine forests. USFS Rocky Mountain Research Station. General Technical Report RM-185.

Little, E.L. 1971. Atlas of United States trees. Volume 1. Conifers and important hardwoods. United States Government Printing Office, Washington, DC.

Littlefield, V.M. 1984. Habitat interrelationships of Abert squirrel (*Sciurus aberti*) and fox squirrels (*Sciurus niger*) in Boulder County, Colorado. Ph.D. Dissertation. Miami University. 93 pages.

Lomolino, M.V., J.H. Brown, and R. Davis. 1989. Island biogeography of montane forest mammals in the American southwest. Ecology 70:180-194.

Lumholtz, C. 1902. Unknown Mexico. Charles Scribner's Sons. New York. 1:1-530, 2:1-496.

Lynch, D.L. 2001. Financial results of ponderosa pine forest restoration in Southwestern Colorado. Pages 141-148 in R.K. Vance, C.B. Edminster, W.W. Covington, and J.A. Blake, technical coordinators. Ponderosa pine ecosystems restoration and conservation: steps towards stewardship. USFS. Rocky Mountain Research Station. Proceedings RMRS-P-22.

Maguire, W.P. 1956. Are ponderosa pine cone crops predictable? Journal of Forestry 11:778-779.

Martin, P.S. 1970. The last 10,000 years. The University of Arizona Press, Tucson. 87 pages.

Maser, C., J.M. Frappe, and D.C. Ure. 1978. Implications of small mammal mycophagy to the management of western coniferous forests. Transaction of the North American Wildlife and Natural Resources Conference 43:78-88. Wildlife Management Institute, Washington, DC.

Mast, J.N., P.Z. Fule, M.M. Moore, W.W. Covington, and A.E.M. Waltz. 1999. Restoration of presettlement age structure of an Arizona ponderosa pine forest. Ecological Applications. 9: 228-239.

Matheny, R.L. 1975. The history of lumbering in Arizona before World War II. Ph.D. Dissertation. University of Arizona. Tucson, AZ. 393 pages.

McKee, E.D. 1941. Distribution of the tassel-eared squirrels. Plateau 14:12-20.

McTague, J.P. and D.R. Patton. 1989. Stand density index and its application in describing wildlife habitat. Wildlife Society Bulletin. 17:58-62.

Meaney, C.A., editor. 1990. Colorado mammal distribution latilong study. Colorado Division of Wildlife and Denver Museum Natural History. 31 pages.

Mearns, E.A. 1907. Mammals of the Mexican Boundary of the United States. Part 1. United States National Museum Bulletin. 56: 250-255.

Mellott, R.S. and J.R. Choate. 1984. *Sciurus aberti* and *Microtus montanus* on foothills of the Culebra Range in southern Colorado. Southwestern Naturalist. 29:135-137.

Merriam, C.H. 1890. Results of a biological survey of the San Francisco Mountain region and desert of Little Colorado, Arizona. United States Bureau Biological Survey. North American Fauna No. 3. 136 pages.

Merriam, C.H. 1904. Two new squirrels of the Abert group. Biological Society of Washington Proceedings 17: 129-130.

Miller, G.S., Jr. and R.Kellogg. 1955. List of North American recent mammals. U. S. National Museum Bulletin 205. Smithsonian Institution, Washington, DC. 954 pages.

Minard, Anne. 2000. Morphological and genetic investigations of Abert squirrels, *Sciurus aberti aberti*. Master's Thesis. Northern Arizona University, Flagstaff, AZ. 62 pages.

Muldavin, E.H., T.W. Swetnam, and M. Stuever. 1995. Age structure and density of an old-growth ponderosa pine forest in relation to changes in fire regime and climate fluctuations. Supplement, Bulletin of the Ecological Society of America 76:368. Abstract.

Murphy, S.M. and Y.B. Linhart. 1999. Comparative morphology of the gastrointestinal tract in the feeding specialist *Sciurus aberti* and several generalist congeners. Journal of Mammalogy 80:1325-1330.

Mutel, C.F. and J.C. Emerick. 1984. From grassland to glacier. Johnson Books, Boulder, CO. 238 pages.

Nash, O.J. and C.A. Ramey. 1970. The tassel-eared squirrel in Colorado. Occasional Publications. Department of Zoology. Colorado State University, Fort Collins, CO. No. 2.

Nash, O.J. and R.N. Seaman. 1977. *Sciurus aberti*. Mammalian Species 80:1-5.

Nixon, C.M., W.R. Edwards, and L. Eberhardt. 1967. Estimating squirrel abundance from live trapping data. Journal of Wildlife Management 31:96-101.

Nixon, C.M., M.W. McClain, and R.W. Donohoe. 1975. Effects of hunting and mast crops on a squirrel population. Journal of Wildlife Management 39:1-25.

Patrick, M.M. and W.D. Wilson. 1995. Parasites of the Abert's squirrel (*Sciurus aberti*) and red squirrel (*Tamiasciurus hudsonicus*) of New Mexico. Journal of Parasitology 81:321.

Patterson, B.D. 1984. Mammalian extinction and biogeography in the southern Rocky Mountains. Pages 245-293 in M.H. Nitecki, editor. Extinctions. University of Chicago Press, Chicago.

Patton, D.R. 1974. Estimating food consumption from twigs clipped by the Abert squirrel. USFS. Rocky Mountain Research Station. Research Note, RM-272. 3 pages.

Patton, D.R. 1975a. Abert squirrel cover requirements in southwestern ponderosa pine. USFS. Rocky Mountain Research Station. Research Paper. RM-145. 12 pages.

Patton, D.R. 1975b. Nest use and home range of three Abert squirrels as determined by radio tracking. USFS. Rocky Mountain Research Station. Research Note. RM-281. 3 pages.

Patton, D.R. 1975c. A diversity index for quantifying habitat "edge". Wildlife Society Bulletin 3:171-173.

Patton, D.R. 1977. Managing southwestern ponderosa pine for the Abert squirrel. Journal of Forestry 75:264-267.

Patton, D.R. 1984. A model to evaluate Abert squirrel habitat in uneven-aged ponderosa pine. Wildlife Society Bulletin 12:408-414.

Patton, D.R. 1992. Wildlife habitat relationships in forested ecosystems. Timber Press, Inc, Portland, Oregon. 392 pages.

Patton, D.R. and W. Green. 1970. Abert's squirrels prefer mature ponderosa pine. USFS. Rocky Mountain Research Station. Research Note. RM-169. 3 pages.

Patton, D.R., H.G. Hudak, and T.D. Ratcliff. 1976a. Trapping, anesthetizing, and marking the Abert Squirrel. USDA. Rocky Mountain Research Station. Research Note RM-307. 2 pages.

Patton, D.R., T.D. Ratcliff, and K.J. Rodgers. 1976b. Weight and temperature of the Abert and Kaibab squirrels. Southwestern Naturalist 21:236-238.

Patton, D.R., R.L. Wadleigh, and H.G. Hudak. 1985. The effects of timber harvesting on the Kaibab squirrel. Journal Wildlife Management 49:14-19.

Pearson, G.A. 1950. Management of ponderosa pine in the Southwest as developed by research and experimental practices. USDA. Agriculture Monograph No. 6. 218 pages.

Pederson, J.C. and A.L. Pederson. 1976. Tassel-eared squirrels of North America: a bibliography. Utah State Division of Wildlife Resources. Publication 76-14. 22 pages. Salt Lake City, UT.

Pederson, J.C., R.C. Farentinos, and V.M. Littlefield. 1987. Effects of logging on habitat quality and feeding patterns of Abert squirrels. Great Basin Naturalist 47:252-258.

Pederson, J.C., R.N. Hasenyager, and A. Heggen. 1976. Habitat requirements of the Abert squirrel (*Sciurus aberti navajo*) on the Monticello District, Manti-La Sal National Forest. Utah State Division of Wildlife Resources. Publication No. 76-9. 108 pages. Salt Lake City, UT.

Pederson, J.C., R.N. Hasenyager, and A. Heggen. 1978. Use of artificial nest boxes by Abert's squirrels. Southwestern Naturalist 23:700-702.

Pederson, J.C. and B.L. Welch. 1985. Comparison of ponderosa pines as feed and nonfeed trees for Abert squirrels. Journal of Chemical Ecology 11:149-157.

Petrides, G. and O. Petrides. 1998. Western trees. Houghton Mifflen Company. New York, NY. 428 pages.

Pike, G.W. 1934. Girdling of ponderosa pine by squirrels. Journal of Forestry 32:98-99.

Pogany, G.C. and W.S. Allred. 1992. Sperm morphometry as a tool for taxonomy. Pages 44-47 in Proceedings 5th United States/Mexico Border States Conference on Recreation, Parks, and Wildlife. Las Cruces, NM. September 17-19, 1992.

Pogany, G.C. and W.S. Allred. 1995. Abert's squirrels of the Colorado Plateau: their reproductive cycle. Pages 293-305 in C. van Riper III, editor. Proceedings Second Biennial Conference of Research in Colorado Plateau National Parks. Northern Arizona University. Flagstaff, AR. 305 pages.

Pogany, G.C., W.S. Allred, and T. Barnes. 1998. The reproductive cycle of Abert's squirrel. Pages 53-59 in M.A. Steele, J.F. Merritt, and D.A. Zegers, editors. Ecology and Evolutionary Biology of Tree Squirrels. Special Publication, Virginia Museum of Natural History 6. 320 pages.

Ramey, C.A. 1972. Squirrels with tassel ears. Colorado Outdoors 21:36-38.

Ramey, C.A. 1973. The movement patterns and coat color polymorphism of Abert's squirrel, *Sciurus aberti ferreus*. Ph.D. Dissertation, Colorado State University. Fort Collins, CO. 179 pages.

Ramey, C.A. and D.J. Nash. 1971. Abert's squirrel in Colorado. Southwestern Naturalist 16:125-126.

Ramey, C.A. and D.J. Nash. 1976a. Geographic variation in Abert's squirrel (*Sciurus aberti*). Southwestern Naturalist 21:135-139.

Ramey, C.A. and D.J. Nash. 1976b. Coat polymorphisin of Abert's squirrel, *Sciurus aberti*, in Colorado. Southwestern Naturalist 21:209-217.

Rasmussen, D.I. 1941. Biotic communities of Kaibab Plateau, Arizona. Ecological Monograph 11:229-275.

Rasmussen, D.I. 1972. National and international interest in the Kaibab squirrel: a problem analysis. Unpublished report prepared by Region 3, USDA Forest Service. Albuquerque, New Mexico. On file at Rocky Mountain Forest and Range Experiment Station. Tempe, AR. 91 pages.

Rasmussen, D. I., D. E. Brown, and D. Jones. 1975. Use of ponderosa pine by tassel-eared squirrels and a key to determine evidence of their use from that of red squirrels and porcupines. Arizona Game and Fish Department. Wildlife Digest 10:1-12.

Ratcliff, T.D., D.R. Patton, and P.F. Ffolliott. 1975. Ponderosa pine basal area and the Kaibab squirrel. Journal of Forestry 73:284-286.

Reynolds, H.G. 1963. Western goshawk takes Abert squirrel in Arizona. Journal of Forestry 61:839.

Reynolds, H.G. 1966. Abert's squirrels feeding on pinyon pine. Journal of Mammalogy 47:550-551.

Reynolds, H.G., W.P. Clary, and P.F. Ffolliott. 1970. Gambel oak for southwestern wildlife. Journal of Forestry 68: 545-547.

Reynolds, R. T., R. T. Graham, M. J. Reiser, R. L. Bassett, P. L. Kennedy, D. A. Boyce, Jr., B. Goodwin, R. Smithe, and W. L. Fisher. 1992. Management recommendations for the northern goshawk in the southwestern United States. USFS. Rocky Mountain Research Station. General Technical Report RM-217. Fort Collins, CO.

Rice, D.W. 1957. Sexual behavior of tassel-eared squirrels. Journal of Mammalogy 33:129.

Rockwell, R.B. 1916. Squirrels, chipmunks, and gophers of Colorado. The Colorado Mountain Club, Denver, CO. 20 pages.

Roeser, J., Jr. 1941. Some aspects of flower and cone production in ponderosa pine. Journal of Forestry 39:534-536.

Rose, M. 1997. Histological examination of the male reproductive cycle in the Abert squirrel. Master's Thesis. Northern Arizona University. Flagstaff, AZ. 66 pages.

Rosenstock, S., T. Lesh, and N. Dodd. 1997. Baseline wildlife study on forest restoration treatment area, Camp Navajo, Bellemont, Arizona. Progress report. Arizona Game and Fish Department. Research Branch. Phoenix, AZ. 11 pages.

Sackett, S.S., S. Haase, and M.G. Harrington. 1994. Restoration of southwestern ponderosa pine ecosystems with fire. Pages 115-121 in W.W. Covington and L.F. DeBano, technical coordinators. Sustainable ecological approach to land management. USFS. Rocky Mountain Research Station. General Technical Report RM-247.

Sanford, C.A. 1986. Food habits and related behavior of the Abert squirrel. Master's Thesis. Northern Arizona University. Flagstaff, AZ. 84 pages.

Schmid, J.M., J.C. Mitchell, and S.A. Mata. 1986. Ponderosa pine conelet and cone mortality in central Arizona. Great Basin Naturalist 46: 445-448.

Schreiber, E.A. and J.B. Burger. 2001. Biology of marine birds. CRC Press (Lewis Publishers). Boca Raton, FL. 744 pages.

Schubert, G.H. 1974. Silviculture of southwestern ponderosa pine: the status of our knowledge. USFS. Rocky Mountain Research Station. Research Paper RM-123. Fort Collins, CO. 71 pages.

Seaman, R.N. 1975. A re-evaluation of Nearctic sciurid phylogeny based upon biochemical, immunological and numerical taxonomic analyses. Ph.D. Dissertation. Colorado State University. Fort Collins, CO. 206 pages.

Seton, Ernest T. 1929. Lives of game animals. Doubleday, New York. Volume IV. Rodents.

Shugart, H., R. Sedjo, and B. Sohngen. 2003. Forests and global climate change. Potential impacts on U.S. Forest Resources. Pew Center on Global Climate Change. Arlington, VA. 50 pages.

Sieg, M.J. 2002. Influence of landscape-scale habitat quality on female Abert squirrel home range, movements, and survivorship. Master's Thesis. Northern Arizona University. Flagstaff, AZ.

Skinner, T.H. and J.O. Klemmedson. 1978. Abert squirrels influence nutrient transfer through litterfall in a ponderosa pine forest. USFS. Rocky Mountain Research Station. Research Note RM-353. 8 pages.

Smith, W.P., R.G. Anthony, J.R. Waters, Norris L. Dodd, and C.J. Zabel. 2003. Ecology and conservation of arboreal rodents of western coniferous forests. in C.J. Zabel and R.G. Anthony, editors. Mammal community dynamics in coniferous forests: management and conservation issues. Cambridge University Press, Cambridge, UK. In press.

Snyder, M.A. 1990. Interactions between Abert's squirrel (*Sciurus aberti*) and ponderosa pine (*Pinus ponderosa*): selective herbivory and host plant fitness. Ph.D. Dissertation. University of Colorado. Boulder, CO.

Snyder, M.A. 1992. Selective herbivory by Abert's squirrel mediated by chemical variability in ponderosa pine. Ecology 73:1730-1741.

Snyder, M.A. 1993. Interactions between Abert's squirrel and ponderosa pine: the relationship between selective herbivory and host plant fitness. The American Naturalist. 141:866-879.

Snyder, M.A. 1998. Abert's squirrels (*Sciurus aberti*) in ponderosa pine (*Pinus ponderosa*) forests: directional selection, diversifying selection. in M.A. Steele, J.F. Merritt, and D.A. Zergers, editors. Ecology and evolutional biology of tree squirrels. Virginia Museum of Natural History. Special Publication 6. 320 pages.

Snyder, M.A. and Y.B. Linhart. 1993. Barking up the right tree: Colorado's tassel-eared squirrels live in edible homes. Natural History 102: 44-49.

Snyder, M.A. and Y.B. Linhart. 1994. Nest-site selection by Abert's squirrel: chemical characteristics of nest trees. Journal of Mammalogy 75:136-141.

Snyder, M.A. and Y.B. Linhart. 1998. Subspecific selectivity by a mammalian herbivore: geographic differentiation of interactions between two taxa of *Sciurus aberti* and *Pinus ponderosa*. Evolutionary Ecology 12:755.

Soderquist, T.R. 1987. The impact of tassel-eared squirrel defoliation on ecotonal ponderosa pine. Journal of Mammalogy 68:398-401.

Squillace, A.E. 1953. Effect of squirrels on the supply of ponderosa pine seed. Research Note 131. Northern Rocky Mountain Forest and Range Experiment Station. Missoula, MT. 4 pages.

States, J.S. 1985. Hypogeous mycorrihizal fungi associated with ponderosa pine; scorocarp phenology. Pages 271-272 in R. Molina, editor. Proceedings of the 6th North American Conference on Mycorrhizae. Forest Research Laboratory. Corvallis, OR.

States, J.S. 1992. Distribution of mushrooms, mycophagists and conifers on sky islands of the Southwest. Pages 43-45 in Proceedings: Chiricahua Mountains Research Symposium. March 16-17, 1992. National Park Service.

States, J.S. and W.S. Gaud. 1997. Ecology of hypogeous fungi associated with ponderosa pine. 1. Patterns of distribution and sporocarp production in some Arizona forests. Mycologia 89:712-721.

States, J.S., W.S. Gaud, W.S. Allred, and W.J. Austin. 1988. Foraging patterns of tassel-eared squirrels in selected ponderosa pine stands. Pages 425-431 in R.C. Szaro, K.E. Severson, and D.P. Patton, editors. Management of amphibians, reptiles, and small mammals in North America. USFS. Rocky Mountain Experiment Station. General Technical Report. RM-166. 458 pages.

States, J.S. and P.J. Wettstein. 1998. Food habits and evolutionary relationships of the tassel-eared squirrel (*Sciurus aberti*). Pages 185-194 in M.A. Steele, J.F. Merritt, and D.A. Zegers, editors. Ecology and evolutionary biology of tree squirrels. Virginia Museum Natural History. Special Publication No. 6.

Steele, M.A. and J.L. Koprowski. 2001. North American tree squirrels. Smithsonian Institution Press. Washington, DC. 201 pages.

Stephenson, R.L. 1974. Seasonal food habits of Abert's squirrels, *Sciurus aberti*. Journal of the Arizona Academy of Science 9. 1974 Proceedings Supplement.

Stephenson, R.L. 1975. Reproductive biology and food habits of Abert's squirrels in central Arizona. Master's Thesis. Arizona State University, Tempe, AZ. 66 pages.

Stephenson, R.L. and D.E. Brown. 1980. Snow cover as a factor influencing mortality of Abert's squirrels. Journal of Wildlife Management 44:951-955.

Thomas, G.R. 1979. The role of phloem sugars in the selection of ponderosa pine by the Kaibab squirrel. Master's Thesis. San Francisco State University, San Francisco, CA. 62 pages.

Thomas, O. 1893. On the Mexican representative of *Sciurus aberti*. Ann. Mag. Nat. Hist. Ser. 6, 11:49-50.

Thompson, W.G. 1940. A growth rate classification of southwestern ponderosa pine. Journal of Forestry 38: 547-553.

Towry, R.K. 1984. Wildlife habitat requirement. Pages 72-209 in R. L. Hoover and D. L. Wills, editors. Managing forested lands for wildlife. Colorado Division of Wildlife. Denver, CO.

Trowbridge A.R. and L.L. Lawson. 1942. Abert squirrel - ponderosa pine relationships at the Fort Valley Experimental Forest, Flagstaff Ariz. Arizona Cooperative Wildlife Research Unit. University of Arizona, Tucson. Mimeo. 38 pages.

Turkowski, F.J. 1980. Carnivora food habits and habitat use in ponderosa pine forests. USFS. Rocky Mountain Research Station. Research Paper RM-215. 9 pages.

Van Horne, B. 1983. Density as a misleading indicator of habitat quality. Journal of Wildlife Management 47:893-901.

Veblen, T.T. and D.C. Lorenz. 1991. The Colorado Front Range, A century of ecological change. University of Utah Press, Salt Lake City, UT.

Vireday, C.C. 1982. Mycophagy in tassel-eared squirrels (*Sciurus aberti aberti* and *S. a. kaibabensis*) in northern Arizona. Master's Thesis. Northern Arizona University. Flagstaff, AZ. 76 pages.

Wade, O. 1935. Notes on the northern tufted-eared squirrel, *Sciurus aberti ferreus* True, in Colorado. American Midland Naturalist 16:201-202.

Waring, R.H. and B.E. Law. 2001. The ponderosa pine ecosystem and environmental stress: past, present and future. Tree Physiology 21:273-274.

Warren, E.R. 1942. The mammals of Colorado. University of Oklahoma Press. Norman. 330 pages.

Wettstein, P.J., R. Chakraborty, J. States, and G. Ferrari. 1990. T-cell receptor genes in tassel-eared squirrels (*Sciurus aberti*): I. Genetic polymorphism and divergence in the Abert and Kaibab subspecies. Immunogenetics 32: 219-230.

Wettstein, P.J., M. Strausbauch, and R. Riblet. 1995. Phylogeny of 6 *Sciurus aberti* subspecies based on nucleotide sequences of cytochrome-b. Molecular Phylogenetics and Evolution 4:150-162.

Wettstein, P.J., M. Strausbauch, and J. States. 1996. The divergence of major histocompatibility complex class I genes in *Sciurus aberti*. Molecular Biology and Evolution 13:56.

Wilson, D.E. and S. Ruff. 1999. The Smithsonian book of North American mammals. Smithsonian Institution Press, Washington, DC. 750 pages.

Woodhouse, S.W. 1853a. Description of a new species of *Sciurus*. Proceedings of the Academy of Natural Sciences of Philadelphia 6:110.

Woodhouse, S.W. 1853b. Renaming for *S. dorsalis* Woodhouse, 1853. Proceedings of the Academy of Natural Sciences of Philadelphia 6:220.

Zhang, X. and J.S. States. 1991. Selective herbivory of ponderosa pine by Abert squirrels: a re-examination of the role of terpenes. Biochemical Systematics and Ecology 19:111-115.

# Appendix A

## *Life Cycle Graph and Model Development for the Abert's Squirrel*

We formulated a life cycle graph for the Abert's squirrel that comprised two stages: young of the year and "adults" - yearlings or older. Because of the indication of lower adult female survival rates (0.52 vs. 0.81 for males), we used 68 percent as the "adult" survival rate. This was the lower end of the range of survival rates given by Dodd et al. (1998). We used an average litter size of 2.9 (1.45 female offspring) at emergence as the basis for calculating fertilities (Halloran 1993). We further assumed considerably lower survival in the first year, a value for which we solved by assuming that the population growth rate (λ) was 1.002. This "missing element" method (McDonald and Caswell 1993) is justified by the fact that, over the long term, λ must be near 1 or the species will go extinct or grow unreasonably large. We did not assume any change in fertility with age, though such changes are common in many species. From the resulting life cycle graph (**Figure A1**), we produced a matrix population analysis with a post-breeding census for a birth-pulse population with a one year census interval (McDonald and Caswell 1993, Caswell 2001). The models had two kinds of input terms: $P_{ij}$ describing survival rates, and m describing number of female offspring per female (**Table A1** and **Figure A2a**). **Figure A2b** shows the numeric values for the matrix corresponding to the life cycle graph of **Figure A1**. The model assumes female demographic dominance so that, for example, fertilities are given as female offspring per female; thus, the offspring number used was half the total annual production of offspring, assuming a 1:1 sex ratio. Note also that the fertility terms ($F_{ij}$) in the top row of the matrix include both a term for offspring production ($m_i$) and a term for the survival of the mother ($P_i$) from the census (just after the breeding season) to the next birth pulse almost a year later. The population growth rate (λ) was 1.002, based on the estimated vital rates used for the matrix. Although this suggests a stationary population, the value was used as an assumption for deriving a vital rate, and should not be interpreted as an indication of the general well-being of the population. Other parts of the analysis provide a better guide for assessment.




**Figure A1.** Life cycle graph for the Abert's squirrel. The numbered circles ("nodes") represent the three stages (first-year squirrels, second-year squirrels and "older adults"). The arrows ("arcs") connecting the nodes represent the vital rates — transitions between age-classes such as survival ($P_{ij}$) or fertility ($F_{ij}$, the arcs pointing back toward the first node).

**Table A1**. Parameter values for the component terms ($P_i$ and $m_i$) that make up the vital rates in the projection matrix for Abert's squirrels.

| Parameter | Numberic value | Interpretation |
|---|---|---|
| $m$ | 1.45 | Number of female offspring produced by a first-year female |
| $P_{21}$ | 0.222 | First-year survival rate |
| $P_a$ | 0.68 | Survival rate of "older adults" |

| | 1 | 2 |
|---|---|---|
| 1 | $P_{21}m$ | $P_a m$ |
| 2 | $P_{21}$ | $P_a$ |

**Figure A2a.** Symbolic values for the projection matrix of vital rates, A (with cells $a_{ij}$) corresponding to the Abert's squirrel's life cycle graph of **Figure A1**. Meanings of the component terms and their numeric values are given in **Table A1**.

| | 1 | 2 |
|---|---|---|
| 1 | 0.322 | 0.986 |
| 2 | 0.222 | 0.68 |

**Figure A2b.** Numeric values for the matrix.

## Sensitivity analysis

A useful indication of the state of the population comes from the sensitivity and elasticity analyses. Sensitivity is the effect on population growth rate (λ) of an absolute change in the vital rates ($a_{ij}$, the arcs in the life cycle graph [**Figure A1**] and the cells in the matrix, A [**Figure A2**]). Sensitivity analysis provides several kinds of useful information (see Caswell 2001, pp. 206-225). First, sensitivities show how important a given vital rate is to population growth rate, which Caswell (2001, pp. 280-298) has shown to be a useful integrative measure of overall fitness. One can use sensitivities to assess the relative importance of survival ($P_{ij}$) and fertility ($F_{ij}$) transitions. Second, sensitivities can be used to evaluate the effects of inaccurate estimation of vital rates from field studies. Inaccuracy will usually be due to paucity of data, but could also result from use of inappropriate estimation techniques or other errors of analysis. In order to improve the accuracy of the models, researchers should concentrate additional effort on transitions with large sensitivities. Third, sensitivities can quantify the effects of environmental perturbations, wherever those can be linked to effects on stage-specific survival or fertility rates. Fourth, managers can concentrate on the most important transitions. For example, they can assess which stages or vital rates are most critical to increasing the population growth of endangered species or the "weak links" in the life cycle of a pest. **Figure A3** shows the "possible sensitivities only" matrices for this analysis (one can calculate sensitivities for non-existent transitions, but these are

| | 1 | 2 |
|---|---|---|
| 1 | 0.321 | 0.222 |
| 2 | 0.984 | 0.679 |

**Figure A3.** Possible sensitivities only matrix, $S_p$ (blank cells correspond to zeros in the original matrix, A). The λ of the Abert's squirrel is most sensitive to changes in first-year survival (Cell $s_{21}$ = 0.984) and "adult" survival (Cell $s_{22}$ = 0.679).

usually either meaningless or biologically impossible — for example, the biologically impossible sensitivity of λ to the transition from Stage 2 "adult" back to being a Stage 1 first-year bird).

The summed sensitivity of λ to changes in survival (75.4 percent of total sensitivity accounted for by survival transitions) was greater than the summed sensitivity to fertility changes (24.6 percent of total). The single transition to which λ was most sensitive was first-year survival (44.6 percent of total). The second most important transition was "adult" survival (30.8 percent of total). The major conclusion from the sensitivity analysis is that survival rates, with a slight emphasis on first-year survival, are most important to population viability.

## Elasticity analysis

Elasticities are useful in resolving a problem of scale that can affect conclusions drawn from the sensitivities. Interpreting sensitivities can be somewhat misleading because survival rates and reproductive rates are measured on different scales. For instance, an absolute change of 0.5 in survival may be a large alteration (e.g., a change from a survival rate of 90 to 40 percent). On the other hand, an absolute change of 0.5 in fertility may be a very small proportional alteration (e.g., a change from a clutch of 3,000 eggs to 2,999.5 eggs). Elasticities are the sensitivities of λ to proportional changes in the vital rates ($a_{ij}$) and thus partly avoid the problem of differences in units of measurement (for example, we might reasonably equate changes in survival rates or fertilities of 1percent). The elasticities have the useful property of summing to 1.0. The difference between sensitivity and elasticity conclusions results from the weighting of the elasticities by the value of the original arc coefficients (the $a_{ij}$ cells of the projection matrix). Management conclusions will depend on whether changes in vital rates are likely to be absolute (guided by sensitivities) or proportional (guided by elasticities). By using elasticities, one can further assess key life history transitions and stages as well as the relative importance of reproduction ($F_{ij}$) and survival ($P_{ij}$) for a given species. It is important to note that elasticity as well as sensitivity analysis assumes that the magnitude of changes (perturbations) to the vital rates is small. Large changes require a reformulated matrix and reanalysis.

Elasticities for Abert's squirrels are shown in **Figure A4**. λ was most elastic to changes in "adult"

| | 1 | 2 |
|---|---|---|
| 1 | 0.103 | 0.218 |
| 2 | 0.218 | 0.461 |

**Figure A4.** Elasticity matrix, E (remainder of matrix consists of zeros). The elasticities have the property of summing to 1.0. The λ of the Abert's squirrel is most elastic to changes in "adult" survival ($e_{22}$ = 0.461), followed by first-year survival and "adult" fertility ($e_{21}$ = $e_{12}$ = 0.218).

survival ($e_{22}$ = 46.1 percent of total elasticity). Next most elastic were first-year survival and "adult" reproduction ($e_{21} = e_{12}$ = 21.8 percent of total elasticity). First-year reproduction was relatively unimportant ($e_{11}$ = 10.3 percent of total elasticity). The sensitivities and elasticities for Abert's squirrels were generally consistent in emphasizing survival transitions, with the elasticities placing a heavy emphasis on "adult" survival. Thus, survival rates are the data elements that warrant careful monitoring in order to refine the matrix demographic analysis.

## Other demographic parameters

The stable stage distribution (SSD, **Table A2**) describes the proportion of each stage or age-class in a population at demographic equilibrium. Under a deterministic model, any unchanging matrix will converge on a population structure that follows the stable age distribution, regardless of whether the population is declining, stationary or increasing. Under most conditions, populations not at equilibrium will converge to the SSD within 20 to 100 census intervals. For Abert's squirrels at the time of the post-breeding annual census (just after the end of the breeding season), emergent young of the year represent 59.2 percent of the population, and "adults" represent 40.8 percent of the population. Reproductive values (**Table A3**) can be thought of as describing the value of a stage as a seed for population growth relative to that of the first (newborn or, in this case, offspring at emergence) stage (Caswell 2001). The reproductive value is calculated as a weighted sum of the present and future reproductive output of a stage discounted by the probability of surviving (Williams 1966). The reproductive value of the first stage is, by definition, 1.0. An "adult" female individual (Stage 2) is "worth" 3.1 offspring. The cohort generation time for this species was 3.1 years (SD = 2.6 years).

## Stochastic model

We conducted a stochastic matrix analysis for Abert's squirrels. We incorporated stochasticity in several ways (**Table A4**), by varying different combinations of vital rates, and by varying the amount of stochastic fluctuation. We varied the amount of fluctuation by changing the standard deviation of the truncated random normal distribution from which the stochastic vital rates were selected. To model high levels of stochastic fluctuation we used a standard deviation of one quarter of the "mean" (with this "mean" set at the value of the original matrix entry [vital rate], $a_{ij}$ under the deterministic analysis). Under Case 1 we subjected the fertility arcs ($F_{11}$ and $F_{12}$) to high levels of stochastic fluctuations (SD one quarter of mean). Under Case 2 we varied the survival arcs ($P_{21}$ and $P_{22}$) with high levels of stochasticity (SD one quarter of mean). Under Case 3 we varied only "adult" survivals ($P_{22}$) with high levels of stochastic fluctuation. Case 4 resembled Case 2 in varying both survival transitions, but with only half the level of stochastic fluctuation (SD one eighth of mean). Each run consisted of 2,000 census intervals (years) beginning with a population size of 10,000 distributed according to the Stable Stage Distribution of the deterministic model. Beginning at the SSD helps avoid the effects of transient, non-equilibrium dynamics. The

**Table A2.** Stable age distribution (right eigenvector). At the census, 59.2 percent of the individuals in the population should be young of the year. An additional 40.8 percent will be "older adult" females with a mean age of 3.1 years.

| Stage | Description | Proportion | Mean age (± SD) |
|---|---|---|---|
| 1 | Young of the year (to yearling) | 0.592 | 0 ± 0 |
| 2 | "Older adult" females | 0.408 | 3.1 ± 2.6 |

**Table A3.** Reproductive values (left eigenvector). Reproductive values can be thought of as describing the "value" of an age class as a seed for population growth relative to that of the first (newborn or, in this case, offspring at emergence) stage. The reproductive value of the first age-class or stage is, by definition, 1.0.

| Age Class | Description | Reproductive Value |
|---|---|---|
| 1 | First-year females | 1.0 |
| 2 | "Older adult" females | 3.1 |

**Table A4.** Results of four cases of different stochastic projections for Abert's squirrels. Stochastic λ fluctuations have the greatest effect when acting on both survival transitions (Case 2).

| | Case 1 | Case 2 | Case 3 | Case 4 |
|---|---|---|---|---|
| **Input factors:** | | | | |
| Affected cells | All the $F_{ij}$ | All the $P_{ij}$ | $P_{22}$ only | All the $P_{ij}$ |
| S.D. of random normal distribution | 1/4 | 1/4 | 1/4 | 1/8 |
| **Output values:** | | | | |
| Deterministic λ | 1.002 | 1.002 | 1.002 | 1.002 |
| # extinctions / 100 trials | 0 | 77 | 65 | 1 |
| Mean extinction time | N.A. | 1,077 | 1,183 | 1,919 |
| # declines / # surviving populations | 49/100 | 20/23 | 31/35 | 55/99 |
| Mean ending population size | 354,835 | 12,679 | 27,197 | 156,465 |
| S.D. | $1.6 \times 10^6$ | 42,726 | 107,470 | 804,570 |
| Median ending size | 10,360 | 68 | 212 | 8,361 |
| Log λs | -0.0001 | -0.0077 | -0.0062 | 0.0020 |
| λ2 | 1.0004 | 0.9995 | 0.9989 | -0.0002 |
| Percent reduction in λ | 0.21 | 0.97 | 0.82 | 0.22 |

overall simulation consisted of 100 runs (each with 2,000 cycles). We calculated the stochastic growth rate, $\log\lambda_s$, according to Eqn. 14.61 of Caswell (2001), after discarding the first 1,000 cycles in order to further avoid transient dynamics.

The stochastic model (**Table A4**) produced two major results. First, stochastic fluctuations in survival transitions had appreciably greater detrimental effects than did varying fertility transitions. Even low level stochastic fluctuations in survival (Case 4, SD of one eighth) resulted in more extinctions (1 vs. 0) and more declines (56 vs. 49) than did varying the fertility rates. High levels of stochastic fluctuation in survival (Cases 2 and 3) led to substantial extinction losses (e.g., 77/100 in Case 2). Second, the level of the stochastic fluctuations greatly affected the strength of the detrimental effects (Case 4 vs. Case 2; 77 extinctions vs. 1 extinction). The difference in the effects of which vital rate was most important is predictable largely from the elasticities. λ was most elastic to changes in the first-year transitions. This detrimental effect of stochasticity occurs despite the fact that the average vital rates remain the same as under the deterministic model — the random selections are from a symmetrical distribution. This apparent paradox is due to the lognormal distribution of stochastic ending population sizes (Caswell 2001). The lognormal distribution has the property that the mean exceeds the median, which exceeds the mode. Any particular realization will therefore be most likely to end at a population size considerably lower than the initial population size. The extinctions and declines simulated should not be interpreted as estimates of extinction risk — instead they should be viewed as a way to compare the detrimental effects of stochasticity within the bounds of the models. That is, Case 4 (**Table A4**) does not indicate an 80 percent chance of extinction, but does suggest that fluctuations in survival rates will have much stronger effects on population dynamics than will fluctuations in fertility rates. These results indicate

that populations of Abert's squirrels are vulnerable to stochastic fluctuations in survival (due, for example, to variations in snowfall), especially when the magnitude of fluctuations is high. Nevertheless, the importance of "adult" survival to the life cycle of Abert's squirrels ($e_{22}$ = 0.461 in **Figure A4**) may, to some extent, help buffer them against environmental stochasticity. Pfister (1998) showed that for a wide range of empirical life histories, high sensitivity or elasticity was negatively correlated with high rates of temporal variation. That is, most species appear to have responded to strong selection by having low variability for sensitive transitions in their life cycles. Abert's squirrels may, therefore, have responded evolutionarily by reducing factors that would lead to variability in "adult" survival.

## Potential refinements of the models

Clearly, improved data on survival rates and age-specific fertilities are needed in order to increase confidence in any demographic analysis. The most important "missing data elements" in the life history for Abert's squirrels is for first-year survival, which emerges as a vital rate to which λ is sensitive as well as elastic. Better data on "adult" survival rates and their variability would also be useful. Data from natural populations on the range of variability in the vital rates would allow more realistic functions to model stochastic fluctuations. For example, time series based on actual temporal or spatial variability, would allow construction of a series of "stochastic" matrices that mirrored actual variation. One advantage of such a series would be the incorporation of observed correlations between variations in vital rates. Using observed correlations would improve on our "uncorrelated" assumption, by incorporating forces that we did not consider. Those forces may drive greater positive or negative correlation among life history traits. Other potential refinements include incorporating density-dependent effects. At present, the data appear insufficient to assess reasonable functions governing density dependence.

## Summary of Major Conclusions from Matrix Projection Models

- ❖ Survival accounts for 75 percent of the total "possible" sensitivity, with first-year survival as the most important (45 percent of total) fairly closely followed by "adult" survival (31 percent of total). Any absolute changes in survival rates will have major impacts on population dynamics.

- ❖ "Adult" survival ($e_{22}$ = 46.1 percent) and, to a lesser extent, first-year survival and "adult" reproduction ($e_{21}$ = $e_{12}$ = 21.8 percent) account for the great majority of the total elasticity. Proportional changes in survival rates will have a major impact on population dynamics.

- ❖ The reproductive value of "older" females is reasonably high. Thus "adult" females appear to be the key reservoir of population dynamics, and a buffer against environmental stochasticity, under the model formulated here.

- ❖ Stochastic simulations echoed the elasticity analyses in emphasizing the importance of survival rates to population dynamics. Abert's squirrels appear fairly vulnerable to environmental stochasticity that would affect "adult" survival.

## *References*

Caswell, H. 2001. Matrix Population Models: Construction, Analysis, and Interpretation, Second Edition. Sinauer Associates, Sunderland, MA.

McDonald, D.B. and H. Caswell. 1993. Matrix methods for avian demography. *In* Current Ornithology, Vol. 10, pp. 139-185 (D. Power, ed.). Plenum Press, New York, NY.

Pfister, C.A. 1998. Patterns of variance in stage-structured populations: Evolutionary predictions and ecological implications. Proceedings of the National Academy of Science USA 95: 213-218.

Williams, G.C. 1966. Natural selection, the costs of reproduction, and a refinement of Lack's principle. American Naturalist 100: 687-690.

# Appendix B

MIS Species Assessments for Abert's Squirrels on National Forests in Region 2

Information provided by P. M. McDonald, Region 2 and staff on the Forests.

Grand Mesa, Uncompahgre, and Gunnison National Forest

A Forest Plan identified 17 MIS species, including the Abert's squirrel. Abert's Squirrel Species Assessment was prepared in 2001 and posted on the internet at http://www.fed.us/cgi-bin/texis/searchallsites/search.allsites/xml.txt?query=abert+squirrel&db.

San Juan National Forest (Mark Ball)

Abert's Squirrel Species Assessment was revised by Bob Frye and issued March, 2003.

Pike National Forest (Nancy Ryke)

MIS Assessment is in draft form.

Arapahoe – Roosevelt National Forest (Dennis Lowry)

The Abert's squirrel was selected as an MIS in the Forest Plan (1983), but no Species Assessment was prepared for the squirrel. The Forest Service HABCAP model and the Fish and Wildlife Service HIS model have been used to evaluate projects.

Rio Grande National Forest (Laurel Kagan-Wiley)

The Abert's squirrel has not been designated as an MIS. GAP analysis indicated there was only sparse habitat on the Forest. There was little baseline information on the squirrel and only weak techniques for monitoring the animal.

Routt National Forest (Jena Hickey)

There are no Abert's squirrels on the Routt Forest.

White River National Forest (Keith Giezentanner)

There are no Abert's squirrels on the White River Forest.

**The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, DC 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.**

# Flannelmouth Sucker (*Catostomus latipinnis*): A Technical Conservation Assessment



**Prepared for the USDA Forest Service, Rocky Mountain Region, Species Conservation Project**

**April 6, 2005**

**David E. Rees, Jonathan A. Ptacek, Ryan J. Carr, and William J. Miller**
Miller Ecological Consultants, Inc.
1113 Stoney Hill Drive, Suite A
Fort Collins, Colorado 80525-1275

Peer Review Administered by
American Fisheries Society

Rees, D.E., J.A. Ptacek, R.J. Carr, and W.J. Miller. (2005, April 6). Flannelmouth Sucker (*Catostomus latipinnis*): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/flannelmouthsucker.pdf [date of access].

## Acknowledgments

We would like to thank those people who promoted, assisted, and supported this species assessment for Region 2 of the USDA Forest Service. Kellie Richardson conducted preliminary literature reviews and was valuable in the determination of important or usable literature. Laura Hillger provided assistance with report preparation and dissemination.

Numerous individuals from Region 2 were willing to discuss the status and management of this species. Thanks go to Greg Eaglin (Medicine Bow National Forest), Dave Gerhardt (San Juan National Forest), Kathy Foster (Routt National Forest), Clay Spease and Chris James (Grand Mesa, Uncompahgre, and Gunnison National Forest), Christine Hirsch (White River National Forest), as well as Gary Patton and Joy Bartlett from the Regional Office.

Dan Brauh, Lory Martin, Tom Nesler, Kevin Rogers, and Allen Zincush, all of the Colorado Division of Wildlife, provided information on species distribution, management, and current regulations.

## Authors' Biographies

David E. Rees studied fishery biology, aquatic ecology, and ecotoxicology at Colorado State University where he received his B.S and then his M.S. in 1994. His specific areas of specialization include aquatic insect identification and ecology, and native fish movement and habitat use. He has been involved with and supervised extensive projects involving electrofishing and population studies on the native and nonnative fish in tributaries of the Colorado River drainage, and other various locations. He has supervised habitat use studies using radio telemetry to monitor Colorado pikeminnow and other native and nonnative fish in the Yampa River, San Juan River, and Colorado River. He has worked on projects in Colorado, Utah, New Mexico, Nevada, Arizona, Wyoming, Montana, and Puerto Rico. David is currently conducting research on the relationship between physical and ecological processes in the Colorado River, and the implications of these interactions on native fish species.

Jonathan A. Ptacek received his B.S. in Fishery Biology from Colorado State University in 1997. He has worked for Miller Ecological Consultants, Inc. since 1993. His work experience has focused primarily on native fish issues throughout the western United States. Currently, he is part of a team developing a mechanistic population model describing the aquatic environment of the San Juan River in Colorado, New Mexico, and Utah.

Ryan J. Carr received a B.S. in Zoology with a concentration in Entomology in 2001. He is currently a candidate for a Master of Science degree in Entomology with a concentration in Systematics. The focus of his studies has been Genetics, Evolutionary Biology and Systematics of Invertebrates. He also has experience working with Native and Nonnative fish populations in Arizona and Colorado. Current research focus includes the evolution, systematics, and biogeography of Diptera. Much of his work has focused on using invertebrates to monitor and model aquatic ecosystems.

Dr. William J. Miller has over 23 years experience in fisheries, instream flow, and aquatic ecology studies. He has worked extensively throughout the western United States and is a recognized expert in the areas of Colorado River Basin endangered fish species, instream flow, water temperature modeling and habitat assessments. Dr. Miller's experience includes research and evaluations for several threatened, endangered, and candidate aquatic species in the Colorado River and Platte River basins. He has extensive experience in designing and conducting studies using the Instream Flow Incremental Methodology (IFIM), instream water temperature modeling and developing and implementing ecological models for aquatic systems. He has developed habitat suitability criteria for both anadromous and resident salmonids as well as warm-water game and forage species. Dr. Miller is a Certified Fisheries Scientist (No. 2008).

## Cover Photo Credit

Flannelmouth sucker (*Catostomus latipinnis*). © Joseph Tomelleri.

# Summary of Key Components for Conservation of the Flannelmouth Sucker

## *Status*

The flannelmouth sucker (*Catostomus latipinnis*) is considered a sensitive species in USDA Forest Service (USFS), Rocky Mountain Region (Region 2). Flannelmouth sucker are endemic to the Colorado River Basin. Within Region 2, there are populations in western Colorado and south-central Wyoming, but few of these populations are located on USFS lands.

## *Primary Threats*

The primary threats to the flannelmouth sucker are generally human-induced activities that divert water and change the flow regime in both tributary and mainstem streams. Specific threats include (a) construction of passage barriers (e.g., diversion dams and reservoirs) that disconnect habitats and cause habitat fragmentation and (b) introduction of non-native species that are both predators on and competitors with the flannelmouth sucker. Other threats include modification of streambeds through channelization, landscape changes resulting from land use, and local degradation of riparian zones that reduces the natural function of the stream ecosystem. Detailed information concerning the distribution, life history, population trends, and community ecology for this species is relatively limited. Specific local and regional information must be obtained prior to the development of management actions. Currently, management implications can be based only on the limited information regarding this species, which typically originates from outside the National Forest System.

## *Primary Conservation Elements, Management Implications and Considerations*

The general lack of information for this species suggests that management should begin with a detailed survey of each drainage on USFS land that could potentially hold populations of flannelmouth sucker. This effort should be coordinated with relevant agencies (i.e., state game and fish departments, Bureau of Land Management, U.S. Fish and Wildlife Service) to obtain information concerning stream reaches that are off National Forest System land, yet may be influenced by USFS management activities. Flannelmouth sucker, like other endemic species in the Colorado River Basin, have not been well-studied until recent years. Those studies currently being undertaken are in conjunction with recovery efforts for the listed endangered fish in the Colorado River Basin. The information for other native nongame species, like the flannelmouth sucker, is only incidental to those primary studies. The USFS could use this information on habitats and populations to coordinate management activities on National Forest System lands in Region 2. Given the known threats to this species, conservation measures should concentrate on maintaining aquatic habitat diversity and natural temperature and flow regimes in stream reaches with existing and adjacent flannelmouth sucker populations.

# TABLE OF CONTENTS


ACKNOWLEDGMENTS ....... 2
AUTHORS' BIOGRAPHIES ....... 2
COVER PHOTO CREDIT ....... 2
SUMMARY OF KEY COMPONENTS FOR CONSERVATION OF THE FLANNELMOUTH SUCKER ....... 3
  Status ....... 3
  Primary Threats ....... 3
  Primary Conservation Elements, Management Implications and Considerations ....... 3
LIST OF TABLE AND FIGURES ....... 5
INTRODUCTION ....... 6
  Goal ....... 6
  Scope ....... 6
  Treatment of Uncertainty ....... 6
  Application and Interpretation Limits of This Assessment ....... 8
  Publication of Assessment on the World Wide Web ....... 8
  Peer Review ....... 8
MANAGEMENT STATUS AND NATURAL HISTORY ....... 8
  Management Status ....... 8
  Existing Regulatory Mechanisms, Management Plans, and Conservation Strategies ....... 9
  Biology and Ecology ....... 9
    Systematics and general species description ....... 9
    Distribution and abundance ....... 10
    Population trend ....... 10
    Activity pattern ....... 12
    Habitat ....... 12
    Food habits ....... 13
    Breeding biology ....... 13
    Demography ....... 14
    Community ecology ....... 15
CONSERVATION ....... 16
  Threats ....... 16
  Conservation Status of the Species in Region 2 ....... 19
  Potential Management of the Species in Region 2 ....... 19
    Implications and potential conservation elements ....... 19
    Tools and practices ....... 20
  Information Needs ....... 21
DEFINITIONS ....... 23
REFERENCES ....... 24


EDITOR: Richard Vacirca, USDA Forest Service, Rocky Mountain Region

# LIST OF TABLES AND FIGURES

**Table:**

Table 1. Parameter values for the component terms (Pi and mi) that make up the vital rates in the projection matrix for flannelmouth sucker. .......... 15

**Figures:**

Figure 1. USDA Forest Service Region 2 national forests and grasslands. .......... 7

Figure 2. USDA Forest Service Region 2 hydrological unit boundaries (HUB) containing flannelmouth sucker populations. .......... 11

Figure 3. Lifecycle graph for flannelmouth sucker showing both the symbolic and numeric values for the vital rates. .......... 15

Figure 4. Flannelmouth sucker envirogram. .......... 17

# Introduction

This assessment is one of many being produced to support the Species Conservation Project for the USDA Forest Service (USFS), Rocky Mountain Region (Region 2), which encompasses the national forests and grasslands in Wyoming, Colorado, Kansas, Nebraska, and South Dakota (**Figure 1**). The flannelmouth sucker is the focus of this assessment because it is a sensitive species in Region 2. Within the National Forest System, a sensitive species is a plant or animal whose population viability is identified as a concern by a Regional Forester because of substantial current or predicted downward trends in abundance and/or habitat capability that would reduce its distribution (FSM 2670.5 (19)). A sensitive species requires special management, so knowledge of its biology and ecology is critical. This assessment addresses the biology and ecology of flannelmouth sucker throughout its range in Region 2. This introduction defines the goal of the assessment, outlines its scope, and describes the process used in its production.

## *Goal*

Species conservation assessments produced as part of the Species Conservation Project are designed to provide forest managers, research biologists, and the public with a thorough discussion of the biology, ecology, conservation status, and management of certain species based on available scientific knowledge. The assessment goals limit the scope of the work to critical summaries of scientific knowledge, discussion of broad implications of that knowledge, and outlines of information needs. The assessment does not seek to develop specific management recommendations. Rather, it provides the ecological background upon which management must be based and focuses on the consequences of environmental changes that result from management (i.e., management implications). Furthermore, this assessment cites management recommendations proposed elsewhere and examines the success of those recommendations that have been implemented.

## *Scope*

This assessment examines the biology, ecology, conservation status, and management of the flannelmouth sucker with focus on the geography and ecology of USFS Region 2. Although some of the literature on the species originates from field investigations outside the region, this document places that literature in the ecological and social context of the central Rocky Mountains. This assessment is concerned with reproductive behavior, population dynamics, and other characteristics of flannelmouth sucker in the context of the current environment rather than under historical conditions 200, 2000, or 2 million years ago. The evolutionary environment of the species is considered in conducting the synthesis, but placed in a current context.

In producing the assessment, we reviewed refereed literature and non-refereed publications, research reports, and data accumulated by resource management agencies. Not all publications on flannelmouth sucker are referenced in the assessment, nor were all published materials considered equally reliable. The assessment emphasizes refereed literature because this is the accepted standard in science. However, when information was unavailable elsewhere, we chose to use grey literature, but this was regarded with greater skepticism than refereed literature. Unpublished data (e.g., Natural Heritage Program records) were important in estimating the geographic distribution of this species, but these data required special attention because of the diversity of persons and methods used in collection.

## *Treatment of Uncertainty*

Science represents a rigorous, systematic approach to obtaining knowledge. Competing ideas regarding how the world works are measured against observations. However, because our descriptions of the world are always incomplete and our observations are limited, science focuses on approaches for dealing with uncertainty. A commonly accepted approach to this uncertainty is based on a progression of critical experiments to develop strong inference (Platt 1964). However, strong inference, as described by Platt, suggests that experiments will produce clean results (Hillborn and Mangel 1997), as may be observed in certain physical sciences. Ecological science, however, is more similar to geology than physics because of the difficulty in conducting critical experiments and the reliance on observation, inference, good thinking, and models to guide our understanding of the world (Hillborn and Mangel 1997). The geologist T. C. Chamberlain (1897) suggested an alternative approach to science where multiple competing hypotheses are confronted with observation and data. Sorting among alternatives may be accomplished using a variety of scientific tools (e.g., experiments, modeling, logical inference). A problem with using the approach outlined in both Chamberlain (1897) and Platt (1964) is that there is a tendency among scientists to resist change from a common paradigm. Treatment of uncertainty




**Figure 1.** USDA Forest Service Region 2 national forests and grasslands.

necessitates that a wide variety of hypotheses or experiments be undertaken to test both the true or false nature of the uncertainties at hand (Vadas 1994).

Confronting uncertainty, then, is not prescriptive. While well-executed experiments represent a strong approach to developing knowledge, alternative approaches such as modeling, critical assessment of observations, and inference are accepted as sound approaches to understanding and used in synthesis for this assessment. In this assessment, the strength of evidence for particular ideas is noted, and alternative explanations are described when appropriate.

The synthesis of material for the flannelmouth sucker included the use of the limited data sets that are available for distribution, abundance, movements, habitat requirements, and life history requisites of the species. This species, like many non-game native fish, has not been extensively studied within Region 2. Furthermore, it has not been extensively studied for all the parameters needed for this assessment. The limited data on key characteristics for the species and the lack of understanding concerning its resource needs create a great deal of uncertainty pertaining to the assessment for conservation of flannelmouth sucker. This species assessment has synthesized a wide range of available data throughout the Colorado River basin, including historical and current distribution, conservation strategies, habitat needs, and management requirements. The general lack of precise information regarding species distribution on or near National Forest System land limits the actual data that can be used for this assessment. We have inferred from available data, using a sound scientific approach, to present an understanding of the current needs of the species for the purpose of this assessment.

### *Application and Interpretation Limits of This Assessment*

Information used in this assessment was collected from studies that occurred throughout the geographical range of this species. The greatest emphasis for information regarding life histories and ecology was placed on studies and reports that were specific to Region 2. Although most information should apply broadly throughout the range of the species, it is likely that certain life history parameters (e.g., growth rate, longevity, spawning time) will differ along environmental gradients. Information regarding conservation strategies of the species pertains specifically to Region 2 and does not apply to other portions of the species' range.

### *Publication of Assessment on the World Wide Web*

To facilitate the use of species assessments in the Species Conservation Project, they are being published on the Region 2 World Wide Web site (www.fs.fed.us/r2/projects/scp/assessments/index.shtml). Placing the documents on the Web makes them available to agency biologists and the public more rapidly than publishing them as reports. More important, it facilitates their revision, which will be accomplished based on guidelines established by Region 2.

### *Peer Review*

Assessments developed for the Species Conservation Project have been peer reviewed prior to their release on the Web. This report was reviewed through a process administered by the American Fisheries Society, which chose two recognized experts on this or related taxa to provide critical input on the manuscript. Peer review was designed to improve the quality of communication and to increase the rigor and general management relevance of the assessment.

## Management Status and Natural History

### *Management Status*

The flannelmouth sucker is not listed by Federal statute as threatened or endangered, but it has been given special status with other agencies. The flannelmouth sucker currently has Natural Heritage Program rank of G3G4 (globally vulnerable but apparently secure) and a state rank of S3 (vulnerable) in Colorado and Wyoming. In both of these states the Bureau of Land Management (BLM) considers the flannelmouth sucker a sensitive species. The Colorado Division of Wildlife (CDOW) additionally considers the flannelmouth sucker a species of concern, and Wyoming Fish and Game Department (WGFD) has assigned this species a state rank of NSS1, suggesting that its presence is extremely isolated and habitats are declining or vulnerable. This species does not occur in other states in Region 2 (Kansas, Nebraska or South Dakota).

In the remainder of its range, the BLM considers this species to be sensitive. In Arizona, the flannelmouth sucker has a state rank of S2 (rare). Utah considers flannelmouth sucker a species of concern due to declining populations. New Mexico gives this species no special status.

## *Existing Regulatory Mechanisms, Management Plans, and Conservation Strategies*

The CDOW has no regulations specifically designed to protect flannelmouth sucker. However, several regulations are intended to protect native fish species and thus aid in the conservation of flannelmouth sucker. Restrictions regarding the live release of non-native fish species into rivers and lakes within the Upper Colorado River Basin are in place in Colorado. Another regulation indirectly assisting the conservation of flannelmouth sucker is Colorado's statute prohibiting the seining, netting, trapping, or dipping of fish for bait in natural streams. Flannelmouth sucker is largely unknown except to biologists (Bezzerides and Bestgen 2002).

The WGFD has regulations regarding flannelmouth sucker habitat loss. This agency's objective is to permit projects in a manner that avoids alteration and degradation of functioning flannelmouth sucker habitat (Weitzel 2002).

Ongoing recovery programs for federally listed fish (e.g., Colorado pikeminnow [*Ptychocheilus lucius*], razorback sucker [*Xyrauchen texanus*]) in the Upper Colorado River and San Juan River drainages should provide benefits for all native fish species. Recovery actions include flow recommendations to mimic a natural hydrograph and restriction on and recommendations of non-native fish stocking within the basins. Few, if any, anglers specifically target flannelmouth suckers, but incidental take probably does occur as fisherman attempt to catch gamefish species.

At this time, there are no existing management strategies that are specific to the flannelmouth sucker. Several states, including Colorado and Wyoming, are developing a "Range-wide conservation agreement and strategy" to direct management for this species. By 2005, the CDOW intends to develop a "Conservation/management plan" for flannelmouth sucker. This plan will provide direction and goals for research and management projects. The range-wide conservation agreement and strategy has not currently been developed to a point where issues associated with this species have been identified. The success of management strategies and regulatory mechanisms will depend upon compliance by the public and the enforcement of management concerns, especially with habitat degradation and influence of non-native species interactions within the native range of the flannelmouth sucker.

## *Biology and Ecology*

### Systematics and general species description

The flannelmouth sucker belongs to the Family Catostomidae, the members of which are characterized by soft rays and a fleshy, subterminal protractile mouth. This family is comprised of 12 genera and 60 species in the United States and Canada (Robins et al. 1991). The flannelmouth sucker was described in 1853 by Baird and Girard from specimens taken from the San Pedro River in Arizona.

The following description follows that of Bezzerides and Bestgen (2002): "body streamlined; medium sized head; tapering body; narrow caudal peduncle; prominent snout; ventral mouth; large, well-developed lips, lower lip usually with one row papillae and deeply incised to jaw; upper lip with 5-8 rows of papillae; eyes small and high on head; fins large; pectoral fins (rays 16[14-18]) blunt tipped; origin of dorsal fin (rays 11- 13[10-14]) nearer snout than caudal peduncle and anterior to insertion of pelvic fins (rays 18[18-19]); trailing edge of dorsal fin concave; anal fin rays 7[7-8]; caudal fin deeply forked (rays 18[18-19]); fine scales (lateral line 90-116); vertebrae 44-50; pharyngeal teeth 36-37; adult coloration greenish brown to bluish gray dorsally to dorso-laterally, deep yellow to orange-red ventro-laterally, pale white ventrally, head may be pinkish ventrally; males in breeding season with tubercules from anal fin to lower lobe of caudal fin, females with tubercules only on ventral side of caudal peduncle."

Flannelmouth suckers are a large catostomid species with maximum total lengths upwards of 650 mm (25.6 inches). Average size of mature adult flannelmouth suckers is approximately 500 mm (19.7 inches). The relationship of length to weight during growth and development can be described by the following equation: log(weight gm) = 3.09((log total length) – 5.21) R2=0.99 (McAda 1977). Flannelmouth suckers are a long-lived species with a maximum life span of about 30 years (Scoppettone 1988, Minckley 1991, Weiss 1993).

The flannelmouth sucker can be distinguished from the native bluehead sucker (*Catostomus discobolus*) by the absence of a cartilaginous ridge on the upper lip. It can be distinguished from the introduced white sucker (*C. commersoni*) by finer scales along the lateral line that number 90 or more.

These are the only two species of *Catostomus* that occur sympatrically with flannelmouth sucker in Region 2. For a key to positively identify flannelmouth sucker, see Eddy and Underhill (1969). No analysis has been done to elucidate the phylogenetic relationships of species in the genus *Catostomus*.

### Distribution and abundance

Historically, the flannelmouth sucker was commonly found in most, if not all, medium to large, lower elevation rivers of the Upper Colorado River drainage (upstream of Glen Canyon Dam). It was found in similar habitats of the Lower Colorado River drainage (downstream of Glen Canyon Dam), but in lesser numbers (Joseph et al. 1977). Although this species is typically associated with large rivers, it also occurs in smaller tributaries and occasionally in lakes and reservoirs (Bezzerides and Bestgen 2002).

The flannelmouth sucker is still widely distributed in medium to large streams in the Upper Colorado River Basin, which includes the mainstem of the Colorado River, numerous tributaries that drain a large portion of Colorado, Wyoming, and Utah, and the San Juan River drainage in New Mexico (**Figure 2**; Holden and Stalnaker 1975). However, in many areas of the upper basin populations are thought to be decreasing (Sigler and Sigler 1996). While the flannelmouth sucker is still found in most of its historical range in Colorado and Wyoming, it is less abundant and absent from its historical range in Nevada, Utah, Arizona, and California. Its distribution in the Lower Colorado River Basin is restricted to localized areas of suitable habitat (Sublette et al. 1990). It is believed that populations have become more restricted in the lower basin due to the severe impacts of dams and diversions on flow regimes, habitat availability, and habitat quality. In California this species is considered extirpated due to these impacts.

Within Region 2, flannelmouth sucker are currently present in streams and rivers of the Upper Colorado River drainage that are not heavily impacted by impoundments or other habitat degradation. Flannelmouth suckers have been reported from the San Juan River and the following tributaries that occur in the southern portion of Colorado: Animas, Florida, La Plata, Los Piños, Mancos, Navajo, and Piedra rivers, as well as McElmo Creek (Miller et al. 1995, Miller and Rees 2000, Whiteman 2000). Some of these tributaries are on San Juan National Forest lands. Flannelmouth sucker are also present in the Colorado River and numerous tributaries including the Gunnison River up to the Aspinall Unit reservoirs (Bezzerides and Bestgen 2002). Flannelmouth sucker are also present in the Yampa and White rivers in Colorado (Prewitt et al. 1976, Prewitt et al. 1978). They are considered common in the White River above and below Kenney Reservoir (Chart and Bergersen 1992). Flannelmouth suckers occur in the Uncompagre River and have been found in associated irrigation canals (Sigler and Miller 1963).

Flannelmouth suckers in Wyoming are known from the Green River and associated tributaries as well as streams within the Little Snake River drainage (Weitzel 2002). The only portion of this range that occurs in Region 2 in Wyoming is the Little Snake River drainage. Populations are present in the Little Snake River and the following tributaries: Muddy, Littlefield, and Savery creeks (Oberholtzer 1987). Flannelmouth suckers do not occur in the remaining Region 2 states (Kansas, Nebraska, or South Dakota).

### Population trend

Flannelmouth sucker populations have declined in abundance and distribution throughout their historic range (Bezzerides and Bestgen 2002, Weitzel 2002). Most of the decline in the Lower Colorado River Basin has been attributed to flow manipulation and water development projects (Minckley 1973); however, Cross (1985) cited habitat loss, negative interaction with invasive species, and chemical pollution as the main reasons for the decline of flannelmouth sucker in the Virgin River in Arizona, Nevada, and Utah.

During the 1960s, two massive reductions occurred in large-river populations of flannelmouth sucker. In 1961, the San Juan River was poisoned with rotenone to eliminate non-game species from approximately 112 km (69.6 miles) of the river (Olson 1962). In 1962, 716 km (444.9 miles) of the Green River and many of its tributaries from the Colorado-Utah state line were poisoned in an attempt to eliminate "coarse" fish prior to the construction of Flaming Gorge and Fontenell dams (Binns 1967). Pre-treatment surveys indicated that flannelmouth suckers were abundant in the treatment areas; however, populations were completely eliminated following the treatments (Olsen 1962, Binns 1967). Flannelmouth suckers recolonized both rivers within a short time, but it is unknown what impact each of these events had on this species.

Dam construction and the associated alterations of the thermal and hydrological regimes have reduced flannelmouth sucker populations in both the Lower and Upper Colorado River Basins (Vanicek et al. 1970,




**Figure 2.** USDA Forest Service Region 2 hydrological unit boundaries (HUB) containing flannelmouth sucker populations.

Minckley 1991, Chart and Bergersen 1992, Robinson et al. 1998). Hypolimnetic releases below impoundments alter the thermal regime in the river downstream. The modified thermal regime is usually colder in the summer and warmer in the winter than historic conditions.

A variety of research has attempted to link the importance of flow regime to habitat requirements and survival of larval or young flannelmouth sucker (Haines and Tyus 1990, Weiss 1993, Robinson et al. 1998, Thieme et al. 2001). Weiss (1993) suggests that the altered hydrology of the Colorado River below Glen Canyon Dam may negatively impact young-of-the-year flannelmouth sucker. The poor representation of several year classes corresponded to the lack of turbid, flooded habitat in spring and early summer. Clarkson and Childs (2000) showed that lowered summer temperatures caused by hypolimnetic dam releases are responsible for slow growth, delayed transition to the juvenile stage, and possibly high larval mortality.

Flannelmouth suckers in the White River in Colorado were found to actively avoid newly created reservoir habitat and move upstream into the river (Chart and Bergersen 1992). Upon closure of the dam, adult fish moved upstream out of the reservoir and also avoided the area immediately below the dam. Vanicek et al. (1970) found that the resulting change in temperature and flow regime created by Flaming Gorge Dam displaced flannelmouth suckers to warmer locations during summer and reduced spawning success for more than 97 km (60.3 miles) downstream. However, some adults did tolerate the cold release regime at a location approximately 11 km (6.8 miles) downstream of Flaming Gorge Dam. Juvenile flannelmouth were collected 27 km (16.8 miles) downstream of the dam.

### Activity pattern

Several researchers have reported on the movements of flannelmouth sucker and have found that most movement is associated with certain life stages (Bezzerides and Bestgen 2002). Flannelmouth sucker eggs are demersal and adhesive. After fertilization, they adhere to the substrate surface and hatch within several days of fertilization. After hatching, flannelmouth sucker larvae undergo a period where they drift with the current. Carter et al. (1986) and Robinson et al. (1998) suggest that larvae have the ability to actively enter and escape the drift. The drift mechanism likely accomplishes two separate objectives: population dispersal and location of suitable larval habitat.

Long distance movement has been detected in several flannelmouth sucker populations. However, portions of those populations were also classified as sedentary, remaining within the same general reach. Weiss (1993) reported flannelmouth sucker movement of over 200 km (124.3 miles) in the Colorado River and tributaries through the Grand Canyon. Chart and Bergersen (1992) detected highly mobile behavior in a portion of the flannelmouth sucker population in the White River in Colorado; however, a portion of this population was also classified as sedentary. In the Lee's Ferry section of the Colorado River, a portion of the flannelmouth sucker population was shown to be sedentary while other individuals were mobile, having a mean distance moved of 52 km (32.3 miles) and maximum of 231 km (143.5 miles) (McKinney et al. 1999). No correlation was observed between migration behavior in these fish and physical factors such as water chemistry, season, and flow regime. Both studies (Chart and Bergersen 1992, McKinney et al. 1999) were conducted over several years and therefore several spawning seasons. It is unclear if any of the documented movement was related to spawning migrations or as a mechanism of dispersal. Studies conducted from August through October on the Colorado River near Grand Junction, Colorado did not find substantial movement (maximum <3.2 km [2 miles]) of radio-tracked flannelmouth suckers (Beyers et al. 2001, Rees and Miller 2001). The consistency of migratory behavior and life stage relationships has not been studied.

Researchers have documented both diel and seasonal movement. Rees and Miller (2001) found that active movement and movement between major habitat types (e.g., riffle, pool, run) are most common at night. Chart and Bergersen (1992) suggest that long-distance seasonal migration for the flannelmouth sucker might be essential to the life history of this species. Bezzerides and Bestgen (2002) suggest that the occasional long-distance migration may be essential for maintenance of relatively isolated populations that occur in smaller tributaries at higher elevations. Further, upstream movement of juveniles and adults would be required to offset downstream drift of larvae.

### Habitat

Flannelmouth suckers are typically found in slower, warmer rivers in plateau regions of the Colorado River drainage (Deacon and Mize 1997). They usually inhabit the mainstem of moderate to large

rivers but are occasionally found in small streams. This species frequents pools and deep runs but can also be found in the mouths of tributaries, riffles, and backwaters. Flannelmouth suckers are occasionally found in lakes and reservoirs, but they generally react poorly to impounded habitats, or habitats influenced by impoundments (Minckley 1973, Chart and Bergersen 1992). Habitat association can be attributed to feeding strategies during specific life stages. Larval and young-of-the-year flannelmouth suckers are often associated with backwaters and shoreline areas of slow runs or pools (Holden and Stalnaker 1975, Joseph et al. 1977, Haines and Tyus 1990, Robinson et al. 1998). Larvae drift 8.6 km (5.3 miles) on average after hatching; during this time, they actively seek near-shore habitat (Robinson et al. 1998). Larvae then congregate in shallow pools and backwater areas. Haines and Tyus (1990) did not find a link between larval use and backwater temperature or size.

Juvenile (age 1 to adult) and adult flannelmouth suckers utilize most habitats and can be considered a habitat generalist. Juveniles and adults are most often found using run, pool, and eddy habitats (Joseph et al. 1977, McAda 1977, Tyus et al. 1982). This species appears to prefer temperatures around 25 °C (77 °F) (Sublette et al. 1990). Flannelmouth sucker are rare in cooler headwater streams. There has been no reported shift in habitat preference due to seasonal changes or changes in discharge cycles.

Studies have shown that flannelmouth suckers avoid cooler temperatures in headwater reaches and in the tailwaters of some dams. The effects of other physical parameters (e.g., dissolved oxygen, sediment, channel form) on the distribution and density of flannelmouth sucker have not been studied in detail and are not well understood.

### Food habits

Flannelmouth suckers are omnivorous, benthic foragers that use their fleshy, protrusible lips to take in macroinvertebrates, algae, and debris. Like many native species within the Colorado River Basin, flannelmouth suckers demonstrate an ontogenetic shift in diet. Flannelmouth sucker diet shift parallels the previously discussed life stage specific habitat use. Larvae feed primarily on aquatic invertebrates, crustaceans, and organic/inorganic debris (Joseph et al. 1977, Maddux et al. 1987, Childs et al. 1998). Muth and Snyder (1995) found that young-of-the year flannelmouth suckers in backwater habitats feed on diptera larvae, crustaceans, algae, and organic/inorganic debris. As flannelmouth suckers become juvenile and adult fish, their diet shifts and becomes primarily composed of benthic matter including organic debris, algae, and aquatic invertebrates (Joseph et al. 1977, McAda 1977, Carothers and Minckley 1981, Brooks et al. 2000). The research to date reports no shift in food preference due to season, hydrological cycles, or migration, or between juvenile and adult stages.

Competition for food resources may exist between flannelmouth and bluehead suckers. The introduced white sucker may also compete with flannelmouth sucker in the many areas that they have invaded.

### Breeding biology

Flannelmouth sucker typically spawn in the Upper Colorado River basin between April and June (McAda 1977, McAda and Wydoski 1980, Snyder and Muth 1990, Tyus and Karp 1990). Recently, Douglas and Douglas (2000) reported the occurrence of fall (October) spawning by flannelmouth sucker in Havasu Creek in Arizona. Robinson et al. (1998) reported evidence of year-round spawning by flannelmouth sucker in the Little Colorado River in Colorado.

Juvenile flannelmouth sucker may reach sexual maturity by age 4, but in most areas of the Upper Colorado River Basin, maturity is reached by age 5 or 6 (McAda and Wydoski 1985). By age 8, all individuals are mature (McAda 1977). Mature fish were 421 to 646 mm (16.6 to 25.4 inches) total length in the Colorado River in the Grand Canyon in Arizona (McKinney et al. 1999). Mature females tend to be slightly larger than mature males (McAda 1977).

Otis (1994) reports that spawning occurs at water temperatures ranging from 12 to 15 °C (53.6 °F to 59 °F), and that flannelmouth suckers in the lower Colorado River Basin spawn six to eight weeks earlier than those in the upper basin. McAda (1977) observed spawning in the upper basin at 6 to 12 °C (42.8 to 53.6 °F). In the Paria River in Arizona, Weiss (1993) found that timing of spawning was correlated with the receding limb of the hydrograph.

Flannelmouth spawning aggregations have been observed in tributaries of the Lower Colorado River in glides or slow riffles, over medium-coarse gravel substrate (Weiss 1993, Otis 1994). In the Grand Canyon, flannelmouth suckers were found to spawn in tributary creeks near the confluence with the Colorado River. In the Yampa and Colorado rivers (upper basin), McAda and Wydoski (1985) collected ripe (ready to

spawn) females from areas with cobble substrate and an average velocity of 1 m per s (3.3 ft per s). Although actual spawning was not observed, it is likely that spawning occurred nearby.

Flannelmouth suckers are non-guarding, lithophilic breeders that leave their eggs on the surface of the substrate (Snyder and Muth 1990). Several fish congregate, closely spaced and in parallel. Eggs and sperm are released simultaneously in the water column, allowing fertilization of eggs while suspended. Once fertilized, the adhesive, demersal eggs sink and either adhere to gravel or fall into crevices (Snyder and Muth 1990, Sigler and Sigler 1996). Eggs typically incubate for six to seven days (Carlson et al. 1979). Fecundity depends on fish size and location. McAda (1977) reported a large difference in the number of eggs per female. Females typically lay from 4,000 to 40,000 eggs each spring, in the Colorado, Gunnison, Green, and Yampa rivers (McAda and Wydoski 1985). Sex ratios (male:female) are typically 2:1 or 3:1 (Weiss 1993, Otis 1994, McKinney et al. 1999).

## Demography

Hybridization between flannelmouth suckers and other sucker species is a common occurrence throughout the range of this species. Flannelmouth sucker are known to hybridize with the following species of suckers: mountain (*Catostomus ardens*), bluehead, desert (*C. clarki*), razorback, and the introduced white suckers (Bezzerides and Bestgen 2002). Tyus and Karp (1990) observed flannelmouth sucker spawning on gravel beds near razorback sucker in the Yampa and Green rivers. Douglas and Marsh (1998) found that a small percentage of the fish taken in the Grand Canyon were hybrids of these two species, and most of the specimens were backcrosses to flannelmouth sucker. These fish were difficult to identify and were often repeatedly misidentified in a mark and recapture study (Douglas and Marsh 1998). In natural or minimally altered systems certain undefined mechanisms likely isolate spawning individuals of flannelmouth and bluehead suckers; however, hybrids between these two species do occur (Hubbs and Hubbs 1947, Hubbs and Miller 1953, Whiteman 2000, Authors' unpublished data).

The most common, and perhaps most detrimental, instance of hybridization occurs with the non-native white sucker. Hybrid specimens have been reported in the Animas, Colorado, Green, Gunnison, San Juan, Uncompagre, and Yampa river systems (Holden and Stalnaker 1975, Holden and Crist 1981, Anderson and Stewart 2000, Whiteman 2000, Authors' unpublished data). Wherever flannelmouth suckers and white suckers occur sympatrically, hybridization is likely to occur on some level. No information is available on the population-level genetics of flannelmouth sucker.

Natural flooding has been found to have a substantial influence on recruitment of juvenile flannelmouth suckers. Flooding in the Little Colorado River in Arizona caused a major decline in the larval flannelmouth sucker population in 1992 (Robinson et al. 1998). It is most likely that larvae were washed into the Colorado River where larval survival was probably low due to the cold summer temperature regime imposed by the Glen Canyon Dam (Robinson and Childs 2001). In contrast, pool formation and lack of flash-flooding led to higher larval populations and young-of-the-year (Age 0) recruitment in the Paria River during 1994 and 1996 (Thieme et al. 2001). Historically, ponding occurred in the mouths of tributaries of the Colorado River within the Grand Canyon when summer peak flows coincided with receding hydrographs in the tributaries (Robinson et al. 1998). The elimination of this process by reduction of summer flows might contribute to the loss of young-of-the-year recruitment.

General life history characteristics are reviewed in the Breeding biology section of this document and thus are not repeated here. The development of a meaningful lifecycle diagram for flannelmouth sucker requires life stage-specific data regarding survival rates, fecundity, and sex ratio. Existing data on flannelmouth sucker survival rates and fecundity (components necessary to construct a lifecycle diagram) are sparse and not validated in multiple studies. We include the following lifecycle description as illustration of data needed to refine the model (**Figure 3**).

Input data needed for a population projection matrix model consists of age-specific survival and fecundity rates. Very little data of this nature is available for flannelmouth sucker. We have used data from two studies, McAda (1977) and Douglas and Marsh (1998), to develop separate fecundity and survival rates for this species. The survival rate or fertility rate for specific gender of flannelmouth sucker has not been reported. To provide some information on survival and population dynamics, we have used the general survival rate for both males and females and the average number of eggs per mature female. The existing data presented in McAda (1977) show that the number of eggs per female ranges from approximately 10,000 for first-year maturity at age 5 to nearly 25,000 or higher for females age 8 and older. Age 8 was when all females collected show 100 percent maturity. The annual survival rates shown in **Table 1**




**Figure 3.** Lifecycle graph for flannelmouth sucker showing both the symbolic and numeric values for the vital rates. The circles denote the 8+ age classes in the life cycle, first year through adult females. Arrows denote survival rates. Survival and fertility rates provide the transition between age classes. Fertilities involve offspring production, mi, number of female eggs per female as well as survival of the female spawners.

**Table 1.** Parameter values for the component terms (Pi and mi) that make up the vital rates in the projection matrix for flannelmouth sucker. Parameters were estimated from data presented in McAda (1977) and Douglas and Marsh (1998).

| Parameter | Numeric Value | Interpretation |
|---|---|---|
| $P_{21}$ | 0.9 | First year survival rate |
| $P_{32}$ | 0.45 | Survival from 2nd to 3rd year |
| $P_{43}$ | 0.9 | Survival from 3rd to 4th year |
| $P_{54}$ | 0.8 | Survival from 4th to 5th year |
| $P_a$ | 0.4 | Survival for adults |
| $m_{av}$ | 17806 | Average fecundity for mature females |

and **Figure 3** provide longevity of the species to age 20 and higher, which has been noted in the literature as near the maximum age for flannelmouth sucker. Population dynamics of flannelmouth sucker likely have variable survival rates, depending on the flow regime and water quality characteristics at the time of spawning. Long-lived species, such as the flannelmouth sucker, would not recruit high numbers of individuals each year but likely have a high mortality rate from egg to surviving age 1 and then lower mortality rates and more constant mortality rates for the older age classes. This would provide large cohorts to infuse the population in years when flow conditions were optimal. It would also provide cohort strength that would carry over to the next period of favorable spawning conditions. Spawning and recruitment likely take place each year but with a very high rate of variability and success due to the variable conditions experienced in the widely fluctuating flows.

## Community ecology

Historically, flannelmouth, bluehead, and razorback suckers comprised the medium to large river sucker population in the Upper Colorado River basin. It has been suggested that the flannelmouth sucker was the most abundant sucker species in the system (Holden and Stalnaker 1975, McAda 1977). Currently, distribution and abundance of flannelmouth suckers have diminished (Bezzerides and Bestgen 2002). Dams and diversions that isolate small populations in headwater reaches are the principal cause for the shrinking of the flannelmouth sucker's range. This

species has been eliminated from areas inundated by reservoirs. Upstream migration is blocked by the dams. Fragmentation of populations in this way might lead to a decrease in genetic diversity in isolated populations and a higher risk of extirpation of isolated populations due to catastrophic events. Reduction of flannelmouth sucker range and abundance has been attributed in part to interactions with non-native species, changes in flow regime, sediment input, reduction in backwater and flooded habitats, habitat alteration, urban run-off, and various organic and inorganic pollutants.

Introduced white suckers compete with flannelmouth suckers for food resources. Both species have similar habitat associations and feeding habits. Channel catfish (*Ictalurus punctatus*) have a diet that partially overlaps with the diet of flannelmouth sucker, and this species should also be considered a competitor (Tyus and Nikirk 1990). In addition to competing with flannelmouth suckers, some non-native fishes prey on flannelmouth sucker. Tyus and Beard (1990) and Nesler (1995) documented northern pike (*Esox lucius*) predation on flannelmouth sucker in the Yampa River in Colorado, but the proportion of flannelmouth sucker in the diet of northern pike was relatively minor in both studies. It is also possible that flannelmouth suckers are taken as prey by brown trout (*Salmo trutta*), rainbow trout (*Oncorynchis mykiss*), red shiner (*Notropis lutrensis*), and smallmouth bass (*Micropterus dolomieu*).

In some river systems, flannelmouth suckers appear to have a high incidence of disease and abnormalities. Although flannelmouth sucker comprised 60 percent of the fish population in the San Juan River (Landye et al. 1999), they accounted for 80 percent of the abnormalities found in a fish health survey. Most of these abnormalities were common, unexplained lesions. The following parasites were counted among these abnormalities: Trichodina, Tetrahymena, Gyrodactylus, Hunterella, and Lernaea. Only opportunistic and secondarily infective bacteria were found (Landye et al. 1999). In the Fremont River and La Verkin Creek, both in Utah, all specimens of flannelmouth sucker collected were carrying parasites including protozoans, trematodes, cestodes, and hirudine (Brienholt and Heckmann 1980). Two of the trematodes and two of the cestodes were found in more than 75 percent of the fishes examined. No information is available on the effects of disease, parasites, or abnormalities on mortality. There are also no data on the effects of pollution on these maladies.

An envirogram for flannelmouth sucker was developed to help elucidate the relationships between land use practices/management and flannelmouth sucker population characteristics (**Figure 4**). The diagram provides a basic listing of variables affecting population structure with arrows depicting direct relationships between variables.

## Conservation

### *Threats*

The native fish community that evolved in the warm-water reaches of the Upper Colorado River basin has been greatly reduced as a result of human activities during the last 100 years. Flannelmouth sucker populations have suffered reductions in abundance and distribution from the same mechanisms that have caused the near extinction of other endemic fish species in this drainage. These mechanisms can be separated into two general categories: 1) habitat degradation through loss, modification, and/or fragmentation, and 2) interactions with non-native species (Tyus and Saunders 2000).

Both of these threats imperil the long-term persistence of flannelmouth sucker. Each may work independently or in conjunction with the other to create an environment where populations may be reduced or eliminated. The relative importance of each threat and the specific cause-effect relationship usually depend on location. The complexity of each threat requires further explanation.

Effects of habitat degradation may not be limited to localized areas but may cascade through the watershed. Therefore, activities or events occurring on National Forest System lands may have detrimental impacts on populations of flannelmouth suckers existing in rivers many kilometers downstream.

Habitat loss occurs when streams are dewatered or when dams block upstream migration for seasonal use or when currently occupied areas are inundated by reservoirs. Habitat modification occurs when the natural stream flow regime is changed or when stream channels are modified by channelization, scouring, or sedimentation from land use practices. Land use practices that can impact stream channels include construction of roads through highly erodible soils, improper timber harvest practices, and overgrazing in riparian areas that all lead to increased sediment load in the system and the subsequent change in stream channel




**Figure 4.** Flannelmouth sucker envirogram.

geometry (widening or incision). These modifications result in changes in width:depth ratios, pool:riffle ratios, pool depth, and other aspects that affect the quality of habitat occupied by flannelmouth suckers. Habitat fragmentation can be the result of dewatering of sections of river with populations occurring both upstream and downstream of the dewatered section, or reservoir or diversion construction that separates the exchange of individuals from separate populations throughout a river reach. The populations that become fragmented in some areas remain viable and reproduce and successfully recruit and maintain population levels at the same density or number as they were before the fragmentation occurred. This usually occurs in larger mainstem river sections. In smaller rivers and tributaries to a mainstem drainage, habitat fragmentation can eventually lead to habitat loss and extirpation of some of the populations.

Habitat fragmentation is often a result of dewatering, but it also results from the creation of barriers to fish passage such as dams and diversions. Large- and small-scale water development projects can profoundly impact the persistence of flannelmouth sucker populations. Irrigation diversions and small capacity irrigation reservoirs reduce streamflow, alter the natural hydrograph, and provide barriers to migration and normal population exchange. Barriers that preclude fish passage can cause population fragmentation and completely prevent or significantly reduce genetic exchange between populations. As habitat is fragmented and populations are isolated, the probability that "bottlenecks" will occur in the life history of the flannelmouth sucker become more pronounced and that single catastrophic events may extirpate populations from entire drainages.

Habitat modification contains aspects already discussed under fragmentation and degradation but also includes changes in temperature and flow regime, as well as alterations to water chemistry related to pollution. Severely reduced streamflows may lead to increased water temperatures and reduced dissolved oxygen levels, especially in smaller tributaries. Although specific tolerances to water quality parameters (i.e., temperature, dissolved oxygen, toxicants) are undefined for this species, it is likely that as water quality is reduced, flannelmouth sucker fitness also declines. For example, during periods of elevated summer water temperatures and decreased baseflows, flannelmouth sucker were observed in stressed conditions with evidence of adult mortality at higher levels than during times of normal summer temperatures and baseflows (Author's personal observation).

The effect of wildfire has little direct impact on quality of habitat. However, post-fire conditions can affect downstream populations. Input of large quantities of sediment into streams frequently occurs during storm events at recently burned areas. Once in the watershed, the increased sediment load can diminish suitable spawning habitat, reduce fitness through reduction of the prey base, and cause direct mortality through suffocation.

Water development, road construction, timber harvest, and grazing of riparian areas are likely to continue to impact flannelmouth sucker habitat in the future. Modification of land use management techniques to decrease the impact to flannelmouth sucker habitat may lessen the anthropogenic threats to this species. However, it is unlikely that all impacts or threats could be minimized or halted. Modifications of land use management techniques include the specification of fish passage at new or existing low head diversion to eliminate or reduce fragmentation of habitat and loss of habitat, and the specification of minimum flow regimes to promote connectivity of habitats and also maintenance of baseflow habitat during summer seasons or irrigation seasons. Other practices include specifications for buffer zones for road construction and timber harvest as well as grazing of riparian areas to promote healthy riparian growth and reduce sedimentation from upland areas.

Interaction with non-native species is another threat to flannelmouth sucker population health and viability. Non-native species prey upon, compete with, and hybridize with flannelmouth suckers when found sympatrically. Many introduced species tend to be well-adapted to a variety of environmental conditions, allowing a competitive advantage. Without fish passage barriers, the introduction of non-native fishes into stream reaches that do not contain flannelmouth sucker often results in the uncontrollable dispersal of these fishes into stream reaches containing flannelmouth suckers.

All life stages of the introduced white sucker have a competitive impact on flannelmouth sucker populations. However, the most serious threat imposed by the introduction of non-native suckers is perhaps hybridization. Distribution and abundance of white suckers is increasing within the Upper Colorado River Basin. These two species appear to lack any significant mechanism to isolate reproductive individuals. Further treatment of hybridization can be found in the Demography section.

The flannelmouth sucker is likely a desirable prey item for predatory non-native species. Large, non-native predators, including northern pike, channel catfish, and smallmouth bass, occur in many of the drainages containing flannelmouth sucker. In addition, red shiners have been reported to feed on native larval fish within the Upper Colorado River Basin. Preferred habitat for red shiners is slack water shoreline or backwater areas, which are the same habitats utilized by larval flannelmouth suckers.

The current distribution and the historical range-wide distribution of flannelmouth sucker indicate that few flannelmouth sucker populations occurred on National Forest System lands in Region 2. However, many sucker populations in the mainstem rivers likely occurred immediately downstream of adjacent National Forest System lands, and this proximity and the effects of some of the threats, such as increased sedimentation from grazing, timber practices, and road construction, could impact downstream populations. Fragmentation of populations or habitat loss could occur with barriers to migrations that occur on occupied National Forest System lands at water diversions without passage or impassable stream crossings. Both of those threats could be eliminated with inclusion of fish passage with construction of diversions and proper sizing of road crossings for culverts or bridges to allow natural passage conditions.

## *Conservation Status of the Species in Region 2*

At present, there is concern regarding the status of flannelmouth sucker in the Colorado River drainage. Although the specific mechanisms of most threats to this species are poorly understood, the flannelmouth sucker appears to be vulnerable throughout its range in the Upper Colorado River Basin due to the combined impacts of habitat loss, habitat degradation, habitat fragmentation, and interactions with non-native species. A decrease in flannelmouth sucker populations has been documented or suggested throughout most of the basin.

Healthy populations of flannelmouth sucker, however, still exist in various locations in the Upper Colorado River Basin (e.g., San Juan, Green, Colorado rivers). These locations are usually defined by adequate habitat (as specified in the Habitat section of this report) and natural temperature and flow regimes. These areas often maintain healthy populations of other native fish species.

The flannelmouth sucker evolved in a system with a high natural disturbance regime. This disturbance regime included a large contrast between annual peak flows and base flows, and considerable sediment transport. Life history attributes and population dynamics allowed this species to persist during (or to recolonize after) a disturbance event. However, modifications to the physical and biological environment (e.g., loss of channel complexity, loss of refugia, introduction of non-native species, loss of benthic invertebrates) have reduced the species' ability to recover after such an event. Habitat fragmentation through streamflow reduction, passage barriers, and habitat degradation disconnects populations of flannelmouth suckers. Competition, predation, and hybridization associated with non-native species can depress or extirpate flannelmouth sucker populations.

Based on the impacts to flannelmouth sucker populations and distribution that have occurred in the last century, the potential for future declines in flannelmouth sucker distribution and abundance is high. Unless alleviated, habitat loss, habitat degradation, habitat fragmentation, and non-native species interactions will intensify and jeopardize the existence of flannelmouth sucker.

## *Potential Management of the Species in Region 2*

### Implications and potential conservation elements

Flannelmouth sucker populations are threatened due to the combined impacts of habitat loss, habitat degradation, habitat fragmentation, and interactions with non-native fish species. A brief description of threats is provided here to form a basis for the conservation elements; an in-depth discussion of threats to flannelmouth suckers can be found in the Conservation Threats section.

Management of flannelmouth sucker is based on an understanding of specific threats to the species. Habitat loss, degradation, and fragmentation due to land and water use practices are prime threats to flannelmouth sucker persistence in the Upper Colorado River Basin. Reduction of streamflows and creation of barriers to fish passage can severely degrade habitat to the extent that flannelmouth sucker populations are extirpated from the area. The degree of influence that population fragmentation has on

flannelmouth sucker populations is speculative, but it could potentially impact the long-term persistence of this species. Creating isolated populations disrupts the natural exchange of genetic material between populations. Isolated populations are more vulnerable to extirpation from catastrophic events (e.g., lethal water quality conditions, extreme floods) because of the impediment to recolonization from other nearby populations. Loss of genetic diversity can also lead to the depression of fecundity and survival rates. The genetic exchange along a metapopulation framework within the flannelmouth sucker distribution can provide the required demographic variability and viability.

Other considerations for conservation elements should include:

- ❖ protection of riparian areas
- ❖ minimization of sediment input from anthropogenic causes (e.g., road building, timber harvest)
- ❖ management of non-native fish species.

Construction associated with road improvements or development, as well as timber harvesting, grazing, and fire activity, can cause increased sediment loads to adjacent streams. Increased sediment loads or sediment deposition could have a negative impact on flannelmouth sucker populations. Specific thresholds and mechanisms associated with this impact, however, have not been studied well enough to make precise predictions. In general, habitat loss or degradation from stream channel changes can reduce populations.

Management of non-native fish species requires strict adherence to existing regulations pertaining to the live release of fish. Interactions between flannelmouth suckers and non-native fish species threaten flannelmouth sucker populations. Specifically, competition and hybridization between flannelmouth sucker and introduced sucker species and predation by large non-native predatory species represent the two most deleterious effects of non-native interaction. Management strategies should limit further expansion of non-native fish on National Forest System lands in Region 2. These strategies should include strict enforcement of existing non-native stocking regulations and eradication programs for non-native fish in streams within the historical range of flannelmouth sucker.

The preservation of stream flows that are adequate to maintain complex habitat, interconnectivity of habitats, and instream cover should be a focal point of management policy or strategy. Conservation of flannelmouth sucker should address the function of the entire aquatic and riparian ecosystem, with particular attention to downstream populations. Any future plans for the conservation of flannelmouth sucker should take into account the entire native fish assemblage in the Colorado River Basin. This species assemblage evolved in and is adapted to a system with a high differential between peak spring runoff and fall baseflows. Native fish species of the Colorado River all require similar management considerations related to channel maintenance and restoration of historical flow regimes.

### Tools and practices

The following review describes specific tools and techniques employed in the collection of flannelmouth sucker data. We are unaware of any management approaches implemented specifically for flannelmouth suckers in Region 2. Because little information exists or is being collected for this species, this portion will deal with techniques intended to gather the missing or needed information from the following Information Needs section.

The absence of distribution and abundance data for flannelmouth sucker on National Forest System lands in Region 2 is a concern. Because flannelmouth suckers are a benthic fish that is often found in riffle areas, electrofishing could be used to determine its distribution and abundance. The initial priority should be a complete survey of all streams on National Forest System lands that could contain flannelmouth suckers. General stream reach habitat surveys should be conducted concurrently with distribution surveys. Winters and Gallagher (1997) developed a basin-wide habitat inventory protocol that would be a cost-effective method to collect stream habitat characteristics. This protocol includes characterization of habitat type, quantity, channel type, substrates, and bank stability. All of these parameters assist in describing habitat quality.

Once basic distribution information has been gathered, intensive population estimates would provide baseline information to evaluate the effectiveness of future management strategies. Focus should be on areas where future management strategies could possibly impact flannelmouth sucker populations. However, the long-term monitoring goal should be population estimates and population trend data on all streams containing flannelmouth sucker populations on Region 2 lands. Several electrofishing techniques exist that would provide population estimates. These include

mark/recapture and multiple-pass removal estimates. Each has its advantages, but due to the smaller size of many streams on Region 2 lands, estimating populations using depletion/removal techniques should be a cost-effective method to produce high quality data. Riley and Fausch (1992) recommend that a minimum of three passes be conducted when using the removal method. Use of a single pass method to develop a catch per unit of effort (CPUE) index is cost-effective on a time basis, but precision may be sacrificed and the introduction of bias is more likely, especially over long-term monitoring with researcher/technician turnover. With removal estimates, researchers are able to calculate confidence intervals, allowing insight into sampling quality and comparison over time.

A large data gap exists in the knowledge of flannelmouth sucker movement and use of streams on National Forest System lands. The implementation of a survey methodology such as the use of passive integrated transponder (PIT) tags to determine flannelmouth sucker distribution and abundance can also provide insight into movement. PIT tags are unobtrusive, long-lasting (indefinitely), uniquely coded tags that allow the efficient determination of movement with a minimum of disturbance. Establishment of a long-term monitoring program would be required. The time required to develop a robust data set depends on sample size, recapture rates, and survey frequency.

PIT tags could also be used for population estimates through mark and recapture over time to develop long-term population estimates on a broader basis for larger scale river areas. An alternate technique to develop habitat and movement information would be through the use of radio telemetry. Radio telemetry studies have been employed for flannelmouth sucker in the Colorado River and could be employed in other areas to develop more information on habitat. Radio telemetry would be limited mainly to larger juveniles, ages 3 and 4, and adults. PIT tags could be used for fish 120 mm (4.7 inches) total length and larger.

Habitat selection and preference can be determined through the use a variety of techniques. The simplest technique involves correlating capture locations to specific habitat types. Construction of habitat suitability curves is time intensive but could be used in conjunction with hydraulic modeling methodologies to estimate how habitat changes with streamflow. This would allow land managers to effectively compare the impacts of different flow regimes (due to water development projects) on flannelmouth sucker habitat. Data obtained could also be used to justify the acquisition of adequate instream flows for flannelmouth suckers and other native fishes.

Defining the relationship between habitat alteration and flannelmouth sucker population characteristics is a relatively difficult task. This process may require significant amounts of data, including research and quantitative analysis of temporal variation in prey base, habitat quality/function, abundance, and movement.

To effectively gather data valuable to the conservation of this species, managers need to coordinate with independent researchers and federal and state agencies that study or manage portions of streams downstream of Region 2 lands. This would help to determine or verify the distribution and abundance of flannelmouth sucker populations that exist downstream of Region 2 National Forest System land but are still affected by USFS management policies and strategies.

This coordinated effort could develop a regional knowledge base (i.e., interagency database) among biologists. This could be used to assess impacts from passage restrictions, barrier removal projects, and effects from water depletions. In addition, monitoring of physical attributes of streams downstream of Region 2 lands, in coordination with management practices on those federal lands, could develop cause and effect relationships over time to look at inputs of sediment or changes in discharge. Research and monitoring activities should enhance our understanding of these impacts on flannelmouth sucker populations (i.e., expansion or decline).

## *Information Needs*

Most of the information that has been collected for flannelmouth sucker has been presented as a by-product of studies for federally listed fish in the Colorado River drainage. To attain adequate understanding to properly manage this species at a local level, specific studies must be conducted by drainage. General information needs for flannelmouth sucker include a wide range of information consisting of distribution, habitat requirements and associations, general attributes of life history and ecology, movement patterns, influence of non-native fish, and effects of human-induced habitat modification.

Specific knowledge of streams and watersheds containing flannelmouth sucker on National Forest System lands in Region 2 is essential for developing regional management strategies to preserve this species. Basic knowledge regarding locations of

specific flannelmouth sucker populations is inadequate or obsolete. The research priority should be to survey all streams with potential habitat for the presence of flannelmouth sucker. Initial focus should be on streams with suspected populations or known populations downstream of National Forest System lands. During these surveys, information regarding the physical and chemical characteristics of the habitat should be obtained. Data collected should include:

- elevation
- water temperature
- dissolved oxygen
- dissolved solids (pollutants)
- discharge
- depth
- velocity
- turbidity
- substrate
- mesohabitat type.

This information will provide baseline data regarding habitat requirements and preferences for each physical parameter. Fish collected should be PIT-tagged to study movement, migration, and growth rates during continued monitoring.

In addition to general distribution and abundance information, additional data on seasonal distribution is required. Flannelmouth sucker may not establish resident populations in streams on National Forest System lands, but these tributaries may still provide important spawning habitat. The available data on habitat use emphasizes large river systems, and few studies have been conducted on smaller tributary systems. It is unknown whether flannelmouth sucker life history traits are uniform between large river and small tributary systems. Temporal and spatial changes in abundance, distribution, and age structure should be documented before implementing conservation strategies.

A data gap exists in basic life history information for the flannelmouth sucker. Habitat requirements and preferences are poorly understood for most life stages and life history events. Specific studies need to be designed to provide information on spawning behavior and habitat, larval biology, and the importance of larval drift. Habitat requirements and feeding habits at each life stage should also be addressed. Monitoring of tagged fish will also provide an estimate of survival rate that is a necessary component for refining the lifecycle diagram. Sex ratio and fecundity data should be collected to provide other components missing from the lifecycle diagram. It may be important to collect data from several sub-basins because much of the specific life history information may vary by drainage.

To better understand the community ecology of the flannelmouth sucker, future studies should include inventory and monitoring of all fish (adult, juvenile, and larvae), macroinvertebrates, and periphyton taxa in the streams where flannelmouth suckers occur. Gut content analyses at various life stages will allow a better understanding of flannelmouth sucker feeding habits. Feeding studies on sympatric fish populations need to be conducted to determine potential competition and the impact of introduced and native predators on flannelmouth sucker populations.

Genetic testing during future studies on flannelmouth sucker populations is important. Tissue samples should be taken from fish for analysis of genetic structure from mainstem and isolated populations. Genetic characterization would allow studies of population connectivity, migration, population diversity, richness, viability of isolated populations, and the extent and effects of hybridization with native or introduced sucker species.

To ensure the long-term conservation of this species, research must examine techniques to minimize the impact of impoundments and diversions on flow regimes, temperature regimes, and movement of native fish. This research should focus on ways to modify existing impoundments, provide conservation guidelines for construction of future impoundments, and explore the use of off-channel impoundments. Other land use actions that affect habitat, such as road construction, water crossing (culverts), timber harvest, and grazing, should be studied. Specific scientific evidence to understand how habitat degradation affects flannelmouth sucker population attributes is missing. The development of a process-response model that links physical process (e.g., stream channel, gradient, substrate, sediment) to biological response (e.g., primary, secondary, productivity, reproductive success, and recruitment) would further identify flannelmouth sucker life history components that are not adequately understood.

# Definitions

**Endemic species –** a species that is confined to a particular geographic region.

**Habitat quality –** the physical characteristics of the environment (e.g., soil characteristics for plants or channel morphology for fish) that influence the fitness of individuals. This is distinguished from habitat quantity, which refers to spatial extent.

**Hybridization –** the production of offspring by crossing two individuals of unlike genetic constitution.

**Lithophilic –** associated with stony substrates.

**Metapopulation –** a genetically similar suite of populations defined by its expansive presence in accessible habitat, whereby its needs for sustainability are met through diversity of habitats, corridors for movement, and interconnection that allow adaptive straying.

**Population viability –** refers to the probability of species persistence over the temporal scale that defines a population or metapopulation. The dynamics of persistence take place at the level of the population (Wells and Richmond 1995), and the National Forest Management Act focuses on populations. Therefore, our process targets populations and species.

**Process-response model –** a conceptual or mechanistic model used to portray the biological response to physical factors.

**Scale –** the physical or temporal dimension of an object or process (e.g., size, duration, frequency). In this context, extent defines the overall area covered by a study or analysis and grain defines the size of individual units of observation (sample units).

**Taxon –** used in a broad sense to refer to a variety of taxonomic levels (i.e., genus, species, subspecies, variety).

**Viability –** a focus of the Species Conservation Project. Viability and persistence are used to represent the probability of continued existence rather than a binary variable (viable vs. not viable). We note this because of the difficulty in referring to 'probability of persistence' throughout the manuscript.

**Web Level 1 –** any component that affects the centrum.

**Web Level 2 –** any component that affects Web Level 1.

# References


Anderson, R. and G. Stewart. 2000. Riverine fish flow investigations. Federal Aid Project F-289-R3. Colorado Division of Wildlife, Fort Collins, CO.

Beyers, D.W., C. Sodergren, J.M. Bundy, and K.R. Bestgen. 2001. Habitat use and movement of bluehead sucker, flannelmouth sucker, and roundtail chub in the Colorado River. Department of Fishery and Wildlife Biology, Colorado State University, Fort Collins, CO.

Bezzerides, N. and K. Bestgen. 2002. Status review of roundtail chub *Gila robusta*, flannelmouth sucker *Catostomus latipinnis*, and bluehead sucker *Catostomus discobolus* in the Colorado River basin. 2002. Colorado State University Larval Fish Laboratory, Fort Collins, CO.

Binns, N.A. 1967. Effects of rotenone treatment on the fauna of the Green River, Wyoming. Fisheries Technical Bulletin 1, Wyoming Game and Fish Commission, Cheyenne, WY.

Brienholt, J.C. and R.A. Heckmann. 1970. Parasites from two species of suckers (Catostomidae) from southern Utah. Great Basin Naturalist, 40:149-156.

Brooks, J.E., M.J. Buntjer, and J.R. Smith. 2000. Nonnative species interactions: Management implications to aid in recovery of the Colorado pikeminnow (*Ptychocheilus lucius*) and razorback sucker (*Xyrauchen texanus*) in the San Juan River, CO-NM-UT. Final Report. U.S. Fish and Wildlife Service, Albuquerque, NM.

Carlson, C.A., C.G. Prewitt, D.E. Snyder, E.J. Wick, E.L. Ames, and W.D. Fronk. 1979. Fishes and macroinvertebrates of the White and Yampa Rivers, Colorado. Final Report prepared for The Bureau of Land Management. Colorado State University, CO.

Carothers, S.W. and C.O. Minckley. 1981. A survey of the fishes, aquatic invertebrates, and aquatic plants of the Colorado River and selected tributaries from Lee's Ferry to Separation Rapids. Contract No. 7-07-30-X0026. Final report prepared for Water and Power Resources Service, Boulder City, NV.

Carter, J.G., V.A. Lamarra, and R.J. Ryel. 1986. Drift of larval fishes in the upper Colorado River. Journal of Freshwater Ecology 3:567-577.

Chamberlain, T.C. 1897. The method of multiple working hypotheses. Journal of Geology 5:837-848 (reprinted in Science 148:754-759).

Chart, T.E. and E.P. Bergersen. 1992. Impact of mainstream impoundment on the distribution and movements of the resident flannelmouth sucker (Catostomidae: *Catostomus latipinnis*) population in the White River, Colorado. Southwestern Naturalist 37(1):9-15.

Childs, M.R., R.W. Clarkson, and A.T. Robinson. 1998. Resource use by larval and early juvenile native fishes in the Little Colorado River, Grand Canyon, Arizona. Transactions of the American Fisheries Society 127:620-629.

Clarkson, R.W. and M.R. Childs. 2000. Temperature effects of hypolimnial-release dams on early life stages of Colorado River basin big-river fishes. Copeia 2:402-412.

Cross, J.N. 1985. Distribution of fish in the Virgin River, a tributary of the lower Colorado River. Environmental Biology of Fishes 12:13-21.

Deacon, J.R. and S.V. Mize. 1997. Effects of water quality and habitat on composition of fish communities in the Upper Colorado River Basin. Technical Report by the Upper Colorado River Basin NAWQA, U.S. Geological Survey, Denver, CO.

Douglas, M.E. and P.C. Marsh. 1998. Population and survival estimates of *Catostomus latipinnis* in northern Grand Canyon, with distribution and abundance of hybrids with *Xyrauchen texanus*. Copeia 4:915-925.

Douglas, M.R. and M.E. Douglas. 2000. Late season reproduction by big-river Catostomidae in Grand Canyon (Arizona). Copeia 1:238-244.




FS-007585

Eddy, S. and J.C. Underhill. 1978. How to know the freshwater fishes. Third Edition. Wm. C. Brown Company Publishers, Dubuque, IA.

Haines, G.B. and H.M. Tyus. 1990. Fish associations and environmental variables in age-0 Colorado squawfish habitats, Green River, Utah. Journal of Freshwater Ecology 5:427-435.

Hillborn, R. and M. Mangel. 1997. The ecological detective: confronting models with data. Princeton University Press, Princeton, NJ.

Holden, P.B. and L.W. Crist. 1981. Documentation of changes in the macroinvertebrate and fish populations in the Green River due to inlet modification of Flaming Gorge Dam. Contract No. 0-07-40-S1357 for Water and Power Resources Service. Bio/West, Inc., Logan, UT.

Holden, P.B. and C.B. Stalnaker. 1975. Distribution and abundance of mainstream fishes of the middle and Upper Colorado River Basins, 1967-1973. Transactions of the American Fisheries Society 104:217-231.

Hubbs, C.L. and L.C. Hubbs. 1947. Natural hybrids between two species of *Catostomid* fishes. Papers of the Michigan Academy of Science, Arts, and Letters 31:147-167.

Hubbs, C.L. and R.R. Miller. 1953. Hybridization in nature between the fish genera *Catostomus* and *Xyrauchen*. Papers of the Michigan Academy of Science, Arts and Letters 38:207-233.

Joseph, T.W., J.A. Sinning, R.J. Behnke, and P.B. Holden. 1977. An evaluation of the status, life history, and habitat requirements of endangered and threatened fishes of the upper Colorado River system. FWS/OBS-77-62. U.S. Fish and Wildlife Service, Fort Collins, CO.

Landye, J., B. McCasland, C. Hart, and K. Hayden. 1999. San Juan River fish health surveys (1992-1999). U.S. Fish and Wildlife Service, Pinetop, AZ.

Maddux, H.R., D.M. Kubly, J.C. DeVos Jr., W.R. Persons, R. Staedicke, and R.L. Wright. 1987. Effects of varied flow regimes on aquatic resources of Glen and Grand Canyons. Arizona Game & Fish Department, Phoenix, AZ.

McAda, C.W. 1977. Aspects of the life history of three catostomids native to the Upper Colorado River Basin. M.S. Thesis. Utah State University, Logan, UT.

McAda, C.W. and R. S.Wydoski. 1980. The razorback sucker, *Xyrauchen texanus*, in the Upper Colorado River Basin. U.S. Fish and Wildlife Service Technical Paper 99:1-15.

McAda, C.W. and R.S. Wydoski. 1985. Growth and reproduction of the flannelmouth sucker, *Catostomus latipinnis*, in the Upper Colorado River Basin. Great Basin Naturalist 45:281-286.

McKinney, T., W.R. Persons, and R.S. Rogers. 1999. Ecology of flannelmouth sucker in the Lee's Ferry tailwater, Colorado River, Arizona. Great Basin Naturalist 59:259- 265.

Miller, W.J., J. Hogle, and D.E. Rees. 1995. Final report, Animas-La Plata Project native fish studies. Miller Ecological Consultants, Inc., Fort Collins, CO.

Miller, W.J. and D.E. Rees. 2000. Ichthyofaunal surveys of tributaries of the San Juan River, New Mexico. Miller Ecological Consultants, Inc., Fort Collins, CO.

Minckley, W.L. 1973. Fishes of Arizona. Arizona Game and Fish Department, Phoenix, AZ.

Minckley, W.L. 1991. Native fishes of the Grand Canyon: an obituary? Pages 124-177 *in* Colorado River Ecology and Dam Management, Proceedings of a Symposium May 24-25, 1990, Santa Fe, New Mexico. National Academy Press, Washington, D.C.

Muth, R.T. and D.E. Snyder. 1995. Diets of young Colorado squawfish and other small fish in backwaters of the Green River, Colorado and Utah. Great Basin Naturalist 55:95-104.

Nesler, T.P. 1995. Interaction between endangered fishes and introduced gamefishes in the Yampa River, Colorado, 1987-1991. Final Report, September 1995, Colorado Division of Wildlife, Colorado River Recovery Implementation Program Project No. 91-29, Federal Aid Project SE-3, Fort Collins, CO.

Oberholtzer, M. 1987. A fisheries survey of the Little Snake River drainage, Carbon County, Wyoming. Wyoming Game and Fish Department, Cheyenne, WY.

Olson H.F. 1962. Rehabilitation of the San Juan River. Federal Aid Project F-19-D4, Job No. C-16-4. New Mexico Game and Fish, Santa Fe, NM.

Otis, E.O. 1994. Distribution, abundance, and composition of fishes in Bright Angel and Kanab Creeks, Grand Canyon National Park, Arizona. M.S. Thesis. University of Arizona, Tucson, AZ.

Platt, J.R. 1964. Strong inference. Science 146:347-353.

Prewitt, C.G., D.E. Snyder, E.J. Wick, C.A. Carlson, L. Ames, and W.D. Fronk. 1976. Baseline survey of aquatic macroinvertebrates and fishes of the Yampa and White rivers, Colorado, Annual Report. Colorado State University, Fort Collins, CO.

Prewitt, C.G., E.J. Wick, C.E. Snyder, C.A. Carlson. 1978. Baseline survey of aquatic macroinvertebrates and fishes of the White and Yampa rivers, Colorado, Semi- Annual Report. Colorado State University, Fort Collins, CO.

Rees, D.E. and W.J. Miller. 2001. Habitat selection and movement of native fish in the Colorado River, Colorado. Miller Ecological Consultants, Inc., Fort Collins, CO.

Riley, S.C. and K.D. Fausch. 1992. Underestimation of trout population size by maximum-likelihood removal estimates in small streams. North American Journal of Fisheries Management 12:768-776.

Robins, C.R., R.M Bailey, C.E. Bond, J.R. Brooker, E.A. Lachner, R.N. Lea, and W.B. Scott. 1991. Common and scientific names of fishes from the United States and Canada. Fifth Edition. Special Publication 20, American Fisheries Society, Bethesda, MD.

Robinson, A.T. and M.R. Childs. 2001. Juvenile growth of native fishes in the Little Colorado River and in a thermally modified portion of the Colorado River. North American Journal of Fisheries Management 21:809-815.

Robinson, A.T., R.W. Clarkson, and R.E. Forrest. 1998. Dispersal of larval fishes in a regulated river tributary. Transactions of the American Fisheries Society 127:772- 786.

Scoppettone, G.G. 1988. Growth and longevity of the Cui-ui and longevity of other catostomids and cyprinids in western North America. Transactions of the American Fisheries Society 117:301-307.

Sigler, W.F. and R.R. Miller. 1963. Fishes of Utah. Utah Department of Game and Fish, Salt Lake City, UT.

Sigler, W.F. and J.W. Sigler. 1996. Fishes of Utah; a natural history. University of Utah Press, Salt Lake City, UT.

Snyder, D.E. and R.T. Muth. 1990. Descriptions and identification of razorback, flannelmouth, white, Utah, bluehead, and mountain sucker larvae and early juveniles. Colorado Division of Wildlife, Fort Collins, CO.

Sublette, J.E., M.D. Hatch, and M.S. Sublette. 1990. The fishes of New Mexico. University of New Mexico Press, Albuquerque, NM.

Thieme, M.L., C.C. McIvor, M.J. Brouder, and T.L. Hoffnagle. 2001. Effects of pool formation and flash flooding on relative abundance of young-of-year flannelmouth suckers in the Paria River, Arizona. Regulated Rivers: Resource Management 17:145-156.

Tyus, H.M. and J.M. Beard. 1990. *Esox lucius* (Esocidae) and *Stizostedion vitreum* (Percidae) in the Green River basin, Colorado and Utah. Great Basin Naturalist 50:33-39.

Tyus, H.M. and C.A. Karp. 1990. Spawning and movements of razorback sucker, *Xyrauchen texanus*, in the Green River basin of Colorado and Utah. Southwestern Naturalist 35:427-433.

Tyus, H.M. and N.J. Nikirk. 1990. Abundance, growth, and diet of channel catfish, *Ictalurus punctatus*, in the Green and Yampa rivers, Colorado and Utah. Southwestern Naturalist 2:188-198.

Tyus, H.M. and J.F. Saunders, III. 2000. Nonnative fish control and endangered fish recovery: lessons from the Colorado River. Fisheries 25(9):17-24 (cf. http://ww.r6.fws.gov/crrip).

Tyus, H.M., B.D. Burdick, R.A. Valdez, C.M. Haynes, T.A. Lytle, and C.R. Berry. 1982. Fishes of the Upper Colorado River Basin: distribution, abundance, and status. *In*: W.H. Miller, H.M. Tyus, and C.A. Carlson, editors. Fishes of the Upper Colorado River System: Present and Future. American Fisheries Society, Western Division, Bethesda, MD.

Vadas, R.L. Jr. 1994. The anatomy of an ecological controversy: honey bee searching behavior. Oikos 69:158-166 (http://www.beesource.com/pov/wenner/oikos94.htm).

Vanicek, C.D., R.H. Kramer, and D.R. Franklin. 1970. Distribution of Green River fishes in Utah and Colorado following closure of Flaming Gorge Dam. Southwestern Naturalist 14(3):298-315.

Weitzel, D.L. 2002. Conservation and status assessments for the Bluehead sucker (*Catostomus discobolus*), flannelmouth sucker (*Catostomus latipinnis*), roundtail chub (*Gila robusta*), and leatherside chub (*Gila copei*): rare fishes west of the Continental Divide, Wyoming. Wyoming Fish and Game Department, Cheyenne, WY.

Weiss, S.J. 1993. Spawning, movement and population structure of flannelmouth sucker in the Paria River. M.S. Thesis. University of Arizona, Tucson, AZ.

Wells, J.V. and M.E. Richmond. 1995. Populations, metapopulations, and species populations: what are they and who should care? Wildlife Society Bulletin 23:458-462.

Whiteman, S.L. 2000. 1999 fish studies on Animas and La Plata rivers. Southern Ute Indian Tribe, Ignacio, CO.

Winters, D.S. and J.P. Gallagher. 1997. Basin-wide stream habitat inventory, a protocol for the Pike and San Isabel National Forests and Cimarron and Comanche National Grasslands. U.S. Forest Service.

**The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, DC 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.**

TheCornellLab of Ornithology Birds of the World

Access provided by US Forest Service In collaboration with the American Ornithological Society

Explore Taxonomy  Species or family

ORDER Passeriformes  FAMILY Tyrannidae  GENUS Contopus

Olive Flycatcher  Ochraceous Pewee

# Olive-sided Flycatcher

*Contopus cooperi*

NT Near Threatened  Names (28)  Monotypic

Bob Altman and Rex Sallabanks

Version: 1.0 — Published March 4, 2020
Text last updated October 29, 2012



© Luke Seitz  Macaulay Library  eBird





+2



WATCH



LISTEN

Introduction
Identification
Plumages, Molts, and Structure
Systematics
Distribution
Habitat
Movements and Migration
Diet and Foraging
Sounds and Vocal Behavior
Behavior
Breeding
Demography and Populations
Conservation and Management
Priorities for Future Research
Acknowledgments
About the Author(s)
Multimedia
Tables and Appendices
Revision History
References

With its loud and resounding song— *quick, THREE BEERS!* —and its position of prominence perched atop a large tree or snag, the Olive-sided Flycatcher is one of the most recognizable inhabitants of North America's coniferous forest, breeding from sea level to 3,350 m in the Rocky Mountains. This flycatcher undergoes one of the longest and most protracted migrations of all Nearctic migrants, wintering primarily in Panama and the Andes Mountains of South America.

It breeds in habitat along forest edges and openings, including burns; natural edges of bogs, marshes, and open water; semiopen forest; and harvested forest with some structure retained. Tall, prominent trees and snags, which serve as singing and foraging perches, and unobstructed air space for foraging, are common features of all nesting habitats.

One of the most tyrannical species of the tyrant flycatchers, both members of the pair aggressively defend their nest areas. Nesting territories are relatively large for a passerine bird; 1 pair may defend up to 40–45 ha. The Olive-sided Flycatcher is monogamous and produces 3–4 eggs per clutch and 1 clutch per pair per year. Nests are open-cup structures placed at various heights above ground and well out from the trunk of a coniferous tree in a cluster of needles and twigs on a horizontal branch.

Olive-sided Flycatchers prey almost exclusively on flying insects, especially bees. They often forage from high, prominent perches at the tops of snags or dead tips or uppermost branches of live trees, from which they fly out (sallying) to snatch flying insects, and then return to the same or another prominent perch (Yo-Yo flight). This typical behavior prompted Marshall (Marshall 1988b) to describe this species as "the Peregrine of flycatchers."

In the past 30 years this species has experienced significant declines in populations throughout its range, causing it to be listed as a Sensitive Species or Species of Concern by several federal and state agencies and conservation groups. Until recently, most life-history information on Olive-sided Flycatchers was anecdotal. Recent species-specific research on habitat relationships and nesting ecology in Alaska (Wright 1997a), Colorado (Kotliar and Melcher 1997, Kotliar and Melcher 1998), and Oregon (Altman Altman 1998, Altman 1999b) has advanced our knowledge of the species substantially.

Identification ›



+ Enlarge

Year-round  Migration
Breeding  Non-Breeding

**Distribution of the Olive-sided Flycatcher**



All Illustrations (1)

ORIGINALLY APPEARED IN
TheCornellLab of Ornithology Birds of North America

CONTENT PARTNER
AOS AMERICAN ORNITHOLOGICAL SOCIETY

**eBird and Macaulay Library**

321,336 Observations
52,300 Photos
2,352 Recordings
116 Videos

**Recommended Citation**

Altman, B. and R. Sallabanks (2020). Olive-sided Flycatcher (*Contopus cooperi*), version 1.0. In Birds of the World (A. F. Poole, Editor). Cornell Lab of Ornithology, Ithaca, NY, USA. https://doi.org/10.2173/bow.olsfly.01

A PUBLICATION OF

TheCornellLab of Ornithology

FOUNDING PARTNER

AMERICAN ORNITHOLOGICAL SOCIETY

PARTNERS

BirdsCaribbean

BIRD COUNT INDIA

CONTENT SOURCES

eBird

TheCornellLab of Ornithology Macaulay Library

ORIGINALLY PUBLISHED IN

TheCornellLab of Ornithology Birds of North America

TheCornellLab of Ornithology Neotropical Birds

Explore Birds of the World

Species or family

Explore Taxonomy

**About**

- About Birds of the World
- Editor's Notes
- Frequently Asked Questions
- History
- How to Contribute
- Team
- Contact Us

**Features**

- Key to Scientific Names
- Ornithological Notes
- Range Maps
- Taxonomy Explorer
- Full Species List
- News and Webinars

**Subscriptions**

- Personal Subscriptions
- Institutional Subscriptions
- Special member access
- Subscription FAQs
- Terms of Sale
- Site Terms of Use

Sign in as different user

Privacy Policy Cornell Lab Terms of Use Web Accessibility Assistance

ISSN 2771-3105

© 2023 Cornell University

The Cornell Lab of Ornithology Birds of the World
Access provided by US Forest Service In collaboration with the American Ornithological Society
Explore Taxonomy Species or family



SPECIES
# Olive-sided Flycatcher *Contopus cooperi*

Bob Altman and Rex Sallabanks
Version: 1.0 — Published March 4, 2020
Text last updated October 29, 2012

Introduction
Identification
Plumages, Molts, and Structure
Systematics
Distribution
Habitat
Movements and Migration
Diet and Foraging
Feeding
Diet
Food Selection and Storage
Nutrition and Energetics
Metabolism and Temperature Regulation
Drinking, Pellet-Casting, and Defecation
Sounds and Vocal Behavior
Behavior
Breeding
Demography and Populations
Conservation and Management
Priorities for Future Research
Acknowledgments
About the Author(s)
Multimedia
Tables and Appendices
Revision History
References

ORIGINALLY APPEARED IN
The Cornell Lab of Ornithology Birds of North America
CONTENT PARTNER
AOS AMERICAN ORNITHOLOGICAL SOCIETY

## Diet and Foraging

### Feeding

**Main Foods Taken**

Almost exclusively flying insects.

**Microhabitat For Foraging**

Unobstructed air space within forest clearings, semiopen forest, and over forest canopies where there are exposed perches. Generally forages from high, prominent perch, often at top of snag or dead tip or uppermost branch of tall tree. In central Alaska, foraging perches were 1.4 times taller than surrounding canopy (Wright 1997a). Uses snags more frequently than live trees in nw. Oregon, perhaps because they offer unobstructed views and flight paths for locating and capturing insects (BA). In central Alaska, >80% of perches were snags or dead-topped trees (Wright 1997a). Aerial sallying specialists like Olive-sided Flycatchers typically forage in edge or open-canopy situations where light intensity is at a maximum and prey can be spotted more easily against solid lighted background of the sky (Fitzpatrick 1978).

Typically forages at heights near or above canopy of adjacent forest, although variable by gender and dependent on weather conditions (most applicable during warm, sunny weather; BA). In nw. Oregon, males typically foraged from top of prominent perch trees and snags; females from subdominant and understory perches in trees, snags, and especially large root wads of fallen trees (Altman 1998). Females also tended to forage closer to nest than males. Most foraging bouts were initiated from upper third of trees or snags: males, 91% (*n* = 155); females, 72% (*n* = 53); unknown sex, 89% (*n* = 55; Altman 1999b).

In windy or cool, inclement weather when aerial insects are less prominent, both adults forage primarily from lower perches (<15 m from ground), such as shrubs, sapling trees, and exposed branches of slash piles and root wads (BA). Most flights under these conditions are directed down toward ground. Atypical foraging includes gleaning insects from foliage and tree bark (C. Melcher pers. comm.) and landing on paved road to pick up prey (BA). The latter occurred during dense fog when fledglings were being fed.

**Food Capture And Consumption**

Forages by sallying out to snatch flying insect and returning to same or another prominent perch (Yo-Yo flight). Unlike other flycatcher species that attack prey by hovering and striking (e.g., Gray Flycatcher [*Empidonax wrightii*], Least Flycatcher [*E. minimus*], Hammond's Flycatcher [*E. hammondii*]) or pouncing on and capturing prey on ground (e.g., Dusky Flycatcher [*E. oberholseri*], Vermilion Flycatcher [*Pyrocephalus rubinus*], Dusky-capped Flycatcher [*Myiarchus tuberculifer*]), Olive-sided Flycatcher is restricted almost entirely to sallying for prey (Eckhardt 1979). Among Tyrannidae in North America, only Olive-sided Flycatcher depends exclusively on 1 method of foraging (Murphy 1989).

A passive sit-and-wait predator, remaining perched until prey is sighted; then actively purses prey, including insects that are often difficult to capture (Eckhardt 1979). Will make multiple attempts to capture prey during a single foraging flight if unsuccessful on initial attempt (BA). Usually consumes smaller prey in flight. Consumes larger prey upon return to perch, where it often beats insect parts that protrude from its bill by striking insect against branch-behavior that may ease the bird's ability to swallow large prey, or kill and/or debilitate stinging bees. Consumption of large prey often requires a couple of head thrusts backward, with bill and/or throat manipulations. After ingesting prey, usually wipes bill on perch.

Some foraging flights last only 1-2 s, most <10 s, but occasional flight with multiple attempts to capture elusive prey may last up to 20 s (BA). In nw. Oregon, most foraging flights horizontal (males, 50% [*n* = 109]; females, 44% [*n* = 24]; unknown sex, 51% [*n* = 28]) or descending (males, 33% [*n* = 72]; females, 52% [*n* = 28]; unknown sex, 44% [*n* = 24]; Altman 1999b). Males made some ascending foraging flights (17%; *n* = 36), females only rarely (4%; *n* = 2).

Foraging rates in nw. California higher in unburned habitats (2.1-2.5 attacks/min) than in burned habitat (1.0-1.5), with insect abundance about 2x as high in the unburned sites (Meehan and George 2003).




**Adult Olive-sided Flycatcher with sphinx moth, Channel Is., CA, April.** + Enlarge

Moths this large are an atypical food item for this species (see Diet), but during migration the species is perhaps more opportunistic. The following is a link to this photographer's website: http://www.flickr.com/photos/oceanites/.; photographer Brian L. Sullivan

### Diet

**Major Food Items**

Flying insects of order Hymenoptera (e.g., bees, wasps, flying ants) make up high percentage of diet in breeding season (Beal 1912, Pearson 1936). Also reported to prey on flies (Diptera), moths (Lepidoptera), grasshoppers (Orthoptera), and dragonflies (Odonata; Bent 1942b, BA). In central Alaska, most frequently observed prey are yellow-jacket wasps (*Vespula* spp.) and dragonflies (*Libellula* spp.; J. Wright pers. comm.). No information on winter diet, but similar food items are likely.

**Quantitative Analysis**

Animal food made up 99.95% of food in 63 stomach samples from various breeding locations (Beal 1912). Hymenopterans were found in 61 of these stomach samples; 26 samples (41%) contained no other food. Hymenopterans constituted 82.5% of stomach contents. Winged ants occurred in 10 stomachs, and entirely filled 2 of these. A total of 63 honeybees were found in 16 stomachs (25% of sample).

FS-007592

Opportunistic foraging on hymenopteran prey also noted during migration in Caribbean lowlands of Costa Rica, where Sherry (Sherry 1984b) reported 1 stomach with 31 flying-ant queens. Hymenopterans made up 81% of prey items (*n* = 104) in stomach contents of 4 birds. In Sierra Nevada, by contrast, hymenopterans constituted only 10% of total food volume and were present in only 3 of 12 stomachs examined from breeding birds; principal prey items were beetles (Coleoptera), particularly bark beetles (Scolytidae; Otvos and Stark 1985).

## Food Selection and Storage

Does not store food.

## Nutrition and Energetics

No information.

## Metabolism and Temperature Regulation

No information.

## Drinking, Pellet-Casting, and Defecation

No observations of drinking free water or pellet-casting. No information on frequency or pattern of defecation.

‹ Movements and Migration Sounds and Vocal Behavior ›

**Recommended Citation**

Altman, B. and R. Sallabanks (2020). Olive-sided Flycatcher (*Contopus cooperi*), version 1.0. In Birds of the World (A. F. Poole, Editor). Cornell Lab of Ornithology, Ithaca, NY, USA. https://doi.org/10.2173/bow.olsfly.01

A PUBLICATION OF
The Cornell Lab of Ornithology

FOUNDING PARTNER
AOS American Ornithological Society

PARTNERS
BirdsCaribbean
Bird Count India

CONTENT SOURCES
eBird
The Cornell Lab of Ornithology Macaulay Library

ORIGINALLY PUBLISHED IN
The Cornell Lab of Ornithology Birds of North America
The Cornell Lab of Ornithology Neotropical Birds

Explore Birds of the World
Species or family
Explore Taxonomy

About
About Birds of the World
Editor's Notes
Frequently Asked Questions
History
How to Contribute
Team
Contact Us

Features
Key to Scientific Names
Ornithological Notes
Range Maps
Taxonomy Explorer
Full Species List
News and Webinars

Subscriptions
Personal Subscriptions
Institutional Subscriptions
Special member access
Subscription FAQs
Terms of Sale
Site Terms of Use

Sign in as different user

Privacy Policy Cornell Lab Terms of Use Web Accessibility Assistance
ISSN 2771-3105

© 2023 Cornell University

SPECIES
# Olive-sided Flycatcher *Contopus cooperi*

Bob Altman and Rex Sallabanks
Version: 1.0 — Published March 4, 2020
Text last updated October 29, 2012

Introduction
Identification
Plumages, Molts, and Structure
Systematics
Distribution
Habitat
Habitat in Breeding Range
Habitat in Nonbreeding Range
Movements and Migration
Diet and Foraging
Sounds and Vocal Behavior
Behavior
Breeding
Demography and Populations
Conservation and Management
Priorities for Future Research
Acknowledgments
About the Author(s)
Multimedia
Tables and Appendices
Revision History
References

ORIGINALLY APPEARED IN
The Cornell Lab of Ornithology Birds of North America
CONTENT PARTNER

## Habitat

### Habitat in Breeding Range

Primarily montane and northern coniferous forests. May occur at any elevation from sea level to timberline, but usually at mid- to high-elevation forest (920–2,130 m). Reported up to 3,050 m in subalpine forest of central Colorado (Scott et al. 1982b), and to 3,350 m in New Mexico (Ligon 1961). In n. Baja California, breeds in pine forest from 2,000 to 2,800 m (Howell and Webb 1995, Stotz et al. 1996). Records of breeding birds at low elevations include 60 m near Santa Clara, CA (Smith 1927b), and near sea level at Berkeley, CA (Dixon 1920).

Within the coniferous forest biome, most often associated with forest openings, forest edges near natural openings (e.g., meadows, canyons, rivers) or human-made openings (e.g., harvest units), or open to semiopen forest stands. Presence in early successional forest appears dependent on availability of snags or residual live trees for foraging and singing perches. In Douglas-fir (*Pseudotsuga menziesii*) forests of nw. California, Olive-sided Flycatcher is the only common species detected more often at forest edges than in forest interior (Rosenberg and Raphael 1986). In mixed conifer forests of Sierra Nevada, more abundant in open mixed conifer and red fir (*Abies magnifica*) forest than in closed-canopy forest (Beedy 1981); optimum habitat considered to be late-successional forests with 0–39% canopy cover (Verner 1980). In mixed aspen (*Populus* spp.)–conifer forest of w.-central Colorado, higher densities in stands with low overstory canopy, and absent as overstory cover approached 100% (Scott and Crouch 1988). In dry Douglas-fir and grand fir (*A. grandis*) forest of w.-central Idaho, occurrence influenced by presence of tall trees and relatively open canopies (<40% cover; RS).

Association with forest openings and forest edge also documented at a landscape level. In mixed conifer forest of w.-central Idaho, significantly more abundant in watersheds treated with clear-cuts than in watersheds without clear-cuts (Evans and Finch 1994). In n. Idaho, significantly more abundant in a matrix of selectively logged western red cedar–western hemlock (*Thuja plicata*–*Tsuga heterophylla*) forest with scattered 10- to 26-yr-old clear-cuts than in fragmented and unfragmented old-growth forest (Hejl and Paige 1994). In Oregon Coast Ranges, more abundant in landscapes containing highly fragmented late-seral forest with high-contrast edges than in less fragmented landscapes (Mcgarigal and McComb 1995).

Frequently occurs along wooded shores of streams, lakes, rivers, beaver (*Castor canadensis*) ponds, bogs, and muskegs, where natural edge habitat occurs and standing dead trees often are present (Kessel and Gibson 1978, Godfrey 1986, Cheskey 1987). Presence near water may be due to higher insect abundance in these areas. Occurrence near water is particularly true in boreal forest in northern portion of breeding range. In boreal Canada, most common in open habitat of muskegs, bogs, and swamps dominated by spruce (*Picea* spp.) and tamarack (*Larix laricina*; Errington 1933). Frequently associated with relatively open taiga (boreal) forest of central Alaska (Kessel and Gibson 1978), where breeding occurs in open dwarf white spruce (*Picea glauca*) forests and black spruce (*Picea mariana*) bogs (Spindler and Kessel 1980). In Nova Scotia, reported to nest in tall trees near farmland and on edges of towns, including apple (*Malus* spp.) orchards (Godfrey 1986).

Frequently reported as a species associated with burned forest; likely because of creation of forest openings, increased edge at interface of live and dead forest, and availability of snags. Because aerial-feeding insectivorous bird species often respond positively to fire (Komarek 1969, Granholm 1982, Hutto 1994, Sallabanks 1995), it has been suggested that aerial insects increase in number after fires, thus providing foraging opportunities for this flycatcher.

In a recent review of fire effects on birds in w. North America, Olive-sided Flycatcher abundance was higher in burns (sometimes species is found exclusively in burns) than in adjacent unburned mature forest (N. Kotliar pers. comm.). In conifer forests of Sierra Nevada, 3 studies corroborate its occurrence in forest 1–2 (Granholm 1982), 6–8 (Bock and Lynch 1970), and 6–25 yr (Raphael et al. 1987b) postburn, respectively, and absence in adjacent control (nonburn) forest. Also selected burned forest over unburned mature forests in nw. Colorado (Kotliar and Melcher 1998).

One of 15 species that is more abundant in early postfire communities than in any other major cover type in n. Rocky Mtns. (Hutto 1994). In Yellowstone National Park, WY, low densities in spruce-fir 2–3 yr after burn (absent in unburned forest), and relatively high densities (>5 birds/40 ha) in lodgepole pine (*Pinus contorta*) 4–5 yr after burn (Pfister 1980). In 4-yr postburn habitat in Kootenay National Park, British Columbia, this species was more common in burn and burn edge than in adjacent mature forest (Edwards 1973b).

Several studies have reported Olive-sided Flycatcher in burned ponderosa pine (*Pinus ponderosa*) forest in Arizona. In central Arizona, for example, densities were 3 birds/40 ha in 3- and 7-yr postburn habitat, but absent in 1- and 20-yr postburn habitat and in adjacent control site (Lowe et al. 1978). In n. Arizona, species present in moderate densities in 3- to 4-yr postburn site, but not in sites of 2- to 3- and 8- to 9-yr postburn, nor in unburned site (Overturf 1979).



**Figure 2. Wintering range of the Olive-sided Flycatcher.** + Enlarge




**Figure 4. Annual cycle of molt, breeding, and migration of the Olive-sided Flycatcher.** + Enlarge

Thick lines show peak activity; thin lines, off-peak.




**Figure 6. eBird data for spring migration of Olive-sided Flycatcher.** + Enlarge

North American eBird data showing sightings of Olive-sided Flycatchers during the months of spring (all years for available eBird data). Note that spring migration for this species tends to proceed more quickly in the west than in the east. Full interactive map available here.

In high-elevation (6,500 ft) spruce-fir forest of Blue Mtns., ne. Oregon, significantly more abundant in moderately (34–66% tree mortality) and heavily (≥67% tree mortality) burned forest than in unburned control and understory-burned (≤33% tree mortality) forest 1–3 yr postfire; abundance increased in all burn types (low-, medium-, and high-severity) 2–3 yr postfire, including significant increase in high-severity burns (Sallabanks and McIver 1998). Among other habitat types, reported in jack pine (*Pinus banksiana*)–black spruce forest in Minnesota 1 yr after burn, where it had been absent in previous years, and in burned lodgepole pine in s.-central Wyoming 10 yr after burn (Davis 1976c).

In New York, where fire suppression has reduced availability of burned forest habitat, small bog ponds, quaking bogs, swampy lake edges, marshy streams, river backwaters, and beaver meadows were favored (Peterson 1988i). In n. New York, associated with black spruce; in s. New York, with red spruce (*Picea ribens*), along with balsam fir (*Abies balsamea*), tamarack, and eastern hemlock (*Tsuga canadensis*; Peterson 1988i). In s. New England, preferred pitch pine (*Pinus rigida*) habitat, including pine barrens (Forbush 1927b, Griscom and Snyder 1955). Historically bred in pitch pine forest in e. Massachusetts before extirpation from that region (see Distribution: historical changes, above). In mountains of Virginia (Bailey 1913) and N. Carolina (Potter et al. 1980), high-elevation spruce-fir forests are primary breeding habitats.

In sw. British Columbia, found in Garry Oak (*Quercus garryana*) habitat, a threatened forest community in Canada ( Erickson 2004).




**Figure 7. eBird data for fall migration of Olive-sided Flycatcher.** + Enlarge

North American eBird data showing sightings of Olive-sided Flycatchers during the months of fall (all years for available eBird data). Full interactive map available here.

## Habitat in Nonbreeding Range

### Habitat in Migration

Uses mainly mountain habitats, although uses greater diversity of habitats during migration (substantially more riparian and nonconiferous habitats) than during the breeding season. Reported in spring migration in Arizona in heterogeneous deciduous riparian forest of sycamore (*Platanus* spp.), ash (*Fraxinus* spp.), and hackberry (*Celtis* spp.; Stevens et al. 1977). In Nevada, also a transient in riparian areas, particularly during spring migration (Alcorn 1988). Migrant birds in Mexico and n. Central America use pine-oak (*Pinus* spp. -*Quercus* spp.), evergreen, and semideciduous forests and edge (Howell and Webb 1995). In Honduras, where Olive-sided Flycatcher is considered an uncommon transient, occurs primarily in highlands from 600 to 1,600 m, although occasionally migrates through lowlands on both coasts, especially in fall (Monroe 1968). In Guatemala, uncommon transient in pine and oak woodland and woodland edge from 300 to 2,600 m (Land 1970). Uncommon to fairly common migrant in Costa Rica from lowlands to 2,500 m, and rarely to 3,050 m (Stiles and Skutch 1989). A fall migration stopover site in San José, Costa Rica, where 17 individuals were banded over 12-yr period, was characterized as second-growth scrubby woodland on an abandoned coffee plantation (Stiles 1994a).




**Olive-sided Flycatcher breeding habitat, Santa Lucia Mountains, Monterey, CA, April.** + Enlarge

Olive-sided Flycatchers breed throughout western mountains but also along the Pacific Coast, right down to sea level in places where dense stands of coniferous forest are found. The following is a link to this photographer's website: http://www.flickr.com/photos/oceanites/.

### Habitat in Overwintering Range

Wintering habitat similar to that on breeding grounds: forest edges and forest openings, especially where scattered tall trees or snags are present (American Ornithologists' Union 1983, Stotz et al. Stotz et al. 1992, Stotz et al. 1996, Ridgely and Tudor 1994). Elevational range of wintering habitat 700–3,400 m (Stotz et al. 1996), although generally between 1,000 and 2,000 m. Inhabits primarily mature evergreen forest (Petit et al. 1995), particularly montane forest (Willis et al. 1993a, Ridgely and Tudor 1994, Stotz et al. 1996). Reaches greatest abundance in winter on slopes of Andes Mtns., Colombia (Ridgely and Tudor 1994), where it occurs in lightly forested areas and forest edges ranging from 400 to 2,600 m, although most records are from above 1,000 m (Paynter 1995). In subtropical montane wet forest between 1,900 and 2,300 m in n. Colombia, most common nonparulid (warbler) species observed (Johnson 1980c). In w. Colombia, an uncommon species in midelevation (1,000 m) forest, and absent from lowland (100 m) and highland (1,900 m) forest (Hilty 1980).




**Olive-sided Flycatcher breeding habitat, Yosemite NP, CA, August.** + Enlarge

Tied closely to coniferous forest throughout its range, at higher elevations in the Sierras it is found widely where appropriate habitat exists. The following is a link to this photographer's website: http://www.flickr.com/photos/oceanites/.

Elsewhere in South America, occurs in primary forest on eastern slope of Ecuadoran Andes from 600 to 2,000 m (Robinson et al. 1995a). In w. Amazon Basin of se. Peru, in primary and secondary forest in treefall gaps from 500 to 2,000 m (Robinson et al. 1988). In Venezuela, published records are from 900 to 2,100 m (Paynter 1995), although sometimes found as low as 400 m (De Schauensee and Phelps 1978). Reported at 3 localities in Bolivia on middle and lower slopes of Andes Mtns. in Nov and Jan (Paynter 1995). In n. Venezuela, observed foraging in atypical winter habitat of tidal scrub and mangrove flats (Fitzpatrick 1980b).

In Amazonian Brazil, winters along lower slopes of Andes Mtns. up to 2,000 m (Stotz et al. 1992). In Mexico and n. Central America, uncommon winter visitor in pine-oak, evergreen, and semideciduous forest from 1,500 to 2,000 m (Howell and Webb 1995). In Costa Rica, rare winter resident in foothills and mountains from 610 to 2,290 m (Stiles and Skutch 1989). At La Selva, ne. Costa Rica, in primary forest between 1,000 and 1,500 m, but not in young second growth (Blake and Loiselle 1992b).

‹ Distribution Movements and Migration ›

**Recommended Citation**

Altman, B. and R. Sallabanks (2020). Olive-sided Flycatcher (*Contopus cooperi*), version 1.0. In Birds of the World (A. F. Poole, Editor). Cornell Lab of Ornithology, Ithaca, NY, USA. https://doi.org/10.2173/bow.olsfly.01

A PUBLICATION OF The Cornell Lab of Ornithology
FOUNDING PARTNER AOS AMERICAN ORNITHOLOGICAL SOCIETY
PARTNERS

Birds Caribbean BIRD COUNT INDIA

CONTENT SOURCES

eBird

The Cornell Lab of Ornithology Macaulay Library

ORIGINALLY PUBLISHED IN

The Cornell Lab of Ornithology Birds of North America

The Cornell Lab of Ornithology Neotropical Birds

Explore Birds of the World

Species or family

Explore Taxonomy

About

- About Birds of the World
- Editor's Notes
- Frequently Asked Questions
- History
- How to Contribute
- Team
- Contact Us

Features

- Key to Scientific Names
- Ornithological Notes
- Range Maps
- Taxonomy Explorer
- Full Species List
- News and Webinars

Subscriptions

- Personal Subscriptions
- Institutional Subscriptions
- Special member access
- Subscription FAQs
- Terms of Sale
- Site Terms of Use

Sign in as different user

Privacy Policy Cornell Lab Terms of Use Web Accessibility Assistance

ISSN 2771-3105

© 2023 Cornell University

FS-007596

# Flammulated Owl

*Psiloscops flammeolus*

LC Least Concern Names (20) Monotypic

Brian D. Linkhart and D. Archibald McCallum

Version: 1.0 — Published March 4, 2020
Text last updated June 4, 2013



© Tim Avery Macaulay Library eBird





+5



WATCH



LISTEN

Introduction
Identification
Plumages, Molts, and Structure
Systematics
Distribution
Habitat
Movements and Migration
Diet and Foraging
Sounds and Vocal Behavior
Behavior
Breeding
Demography and Populations
Conservation and Management
Priorities for Future Research
Acknowledgments
About the Author(s)
Multimedia
Tables and Appendices
Revision History
References

***Editor's Note:* Due to a recent taxonomic revision, this species account is still being edited and may contain content from an earlier version of the account.**

**Editor's Note: —Formerly placed in the genus *Otus*, this species has recently been assigned to *Psiloscops*, owing to its genetic, vocal, and morphological differences from other *Otus* owls. See the 54th Supplement of the AOU Checklist for details. Future revisions of this account will adjust for this change.**

The Flammulated Owl, a tiny owl with a deep voice and small clutch size, is perhaps the most common raptor of the montane pine forests of the western United States and Mexico. It subsists almost entirely on insects, especially moths and beetles, and appears to be highly migratory, at least in the United States and Canada. First described in 1859 by J. J. Kaup, it was widely considered rare until observers, following Marshall (Marshall 1939, Marshall 1967), began imitating calls to incite vocal responses by territorial males.

Specialized syringeal anatomy in these small birds (males < 60 g) produces hoarse, low-frequency notes sounding like those of much larger owls. Such calls are difficult to locate, enhancing the illusion that a large bird is calling from a distance. Song delivery and morphological features ally the Flammulated Owl with Old World scops owls of the genus *Otus*, but recent cladistic analyses support reevaluating this taxonomic association and establishing a new sister-group relationship between Flammulated Owls and the New World screech-owls of the genus *Megascops* (Proudfoot et al. 2007).

Despite its small size, broad geographic range, and seeming abundance, the Flammulated Owl has a low reproductive rate, and data from Colorado suggest that at least some males exhibit delayed reproduction. The species is primarily associated with forests of commercially valuable trees, and timber management practices may influence its viability, although baseline population data exist only for one area in Colorado (Linkhart and Reynolds 2006, 2007) and New Mexico (Arsenault et al. 2005) and are insufficient to model its population dynamics. In addition, virtually nothing is known about its range, habitat, or diet in winter.

Identification ›



+ Enlarge

Year-round Migration
Breeding Non-Breeding

**Distribution of the Flammulated Owl**



grey-brown morph

All Illustrations (2)

**eBird and Macaulay Library**

8,487 Observations
1,529 Photos
651 Recordings
10 Videos

ORIGINALLY APPEARED IN

TheCornellLab of Ornithology
Birds of North America

CONTENT PARTNER

AMERICAN ORNITHOLOGICAL SOCIETY

**Recommended Citation**

FS-007597

Linkhart, B. D. and D. A. McCallum (2020). Flammulated Owl (*Psiloscops flammeolus*), version 1.0. In Birds of the World (A. F. Poole, Editor).

Cornell Lab of Ornithology, Ithaca, NY, USA. https://doi.org/10.2173/bow.flaowl.01

A PUBLICATION OF

The Cornell Lab of Ornithology

FOUNDING PARTNER

AMERICAN ORNITHOLOGICAL SOCIETY

PARTNERS

BirdsCaribbean

BIRD COUNT INDIA

CONTENT SOURCES

eBird

The Cornell Lab of Ornithology Macaulay Library

ORIGINALLY PUBLISHED IN

The Cornell Lab of Ornithology Birds of North America

The Cornell Lab of Ornithology Neotropical Birds

Explore Birds of the World

Species or family

Explore Taxonomy

About

About Birds of the World
Editor's Notes
Frequently Asked Questions
History
How to Contribute
Team
Contact Us

Features

Key to Scientific Names
Ornithological Notes
Range Maps
Taxonomy Explorer
Full Species List
News and Webinars

Subscriptions

Personal Subscriptions
Institutional Subscriptions
Special member access
Subscription FAQs
Terms of Sale
Site Terms of Use

Sign in as different user

Privacy Policy Cornell Lab Terms of Use Web Accessibility Assistance
ISSN 2771-3105
© 2023 Cornell University

Access provided by US Forest Service In collaboration with the American Ornithological Society



SPECIES

# Flammulated Owl *Psiloscops flammeolus*

Brian D. Linkhart and D. Archibald McCallum
Version: 1.0 — Published March 4, 2020
Text last updated June 4, 2013

Introduction
Identification
Plumages, Molts, and Structure
Systematics
Distribution
Habitat
Habitat in Breeding Range
Habitat in Nonbreeding Range
Movements and Migration
Diet and Foraging
Sounds and Vocal Behavior
Behavior
Breeding
Demography and Populations
Conservation and Management
Priorities for Future Research
Acknowledgments
About the Author(s)
Multimedia
Tables and Appendices
Revision History
References

ORIGINALLY APPEARED IN
The Cornell Lab of Ornithology Birds of North America

CONTENT PARTNER
AOS American Ornithological Society

## Habitat

Primarily open, mature to old ponderosa pine or other forest with similar features, e.g., dry montane conifer or aspen (*Populus*) forests, often with oak (*Quercus*), dense saplings, or other brushy understory (Figure 2). The few available records from Mexico suggests that this species breeds in open montane pine forests where physiognomy is similar to other areas in North America.

Common features of reported Flammulated Owl habitat (north of Mexico): cool, semi-arid climate; high abundance or diversity of nocturnal arthropod (mostly insect) prey; open physiognomy; some dense foliage (used for roosting; McCallum et al. 1994). Nesting habitat includes natural (excavated) cavities, or much less typically, nest boxes. High arthropod abundance/diversity is likely achieved in other forest habitats. Open physiognomy seems preferred. Semi-aridity may be a correlate of open forests or may be a physiological requirement of the species. Coolness may also be an unselected correlate of open forests, but this seems unlikely because open downslope woodlands appear to be used less frequently than pine forests.

Arthropod prey availability appears responsible for the migratory behavior of this species. Small carnivorous owls are not annual migrants, whereas small insectivorous owls are, but only in locations where fall/winter temperatures are regularly subfreezing, making arthropods scarce. Natural cavities clearly required unless acceptable nest boxes provided. The following summarizes, and supplements, a review of habitat literature by McCallum et al. (1994: Chpt. 4).

Range restricted to mid-elevation montane zone of w. North America, not extending to coastal pine belt or easternmost yellow pines (S. Dakota, Nebraska). Pine appears to be important but not imperative for presence; species present in some pure Douglas-fir forests and aspen forests while absent from warm and humid pine forests. Thermoregulatory abilities of sympatric small owls (see Food Habits: metabolism and temperature regulation) suggest that upper elevational range may be set by low nocturnal temperatures and/or high humidity, and lower elevational range by high daytime temperatures or high humidity (McCallum et al. 1994). Interspecific competition and/or food availability may also affect elevational range limits.




**Flammulated Owl habitat, Arizona.** + Enlarge

Sawmill Canyon, Ft. Huachuca, AZ, USA; June. Shown is open pine woodland with grassy under story and scattered shrubs. Ponderosa (*Pinus ponderosa*) and Chihuahuan Pine (*P. leiophyla*) are the dominant trees with small Alligator Juniper (*Juniperus deppeana*) and Arizona White Oak (*Quercus arizonica*) and various grasses.; photographer Rick and Nora Bowers




**Flammulated Owl breeding habitat, Barfoot Peak, AZ, August.** + Enlarge

Flammulated Owls are found at higher elevations across the West, especially in Ponderosa Pine forest. The following is a link to this photographer's website: http://www.flickr.com/photos/oceanites/.

### Habitat in Breeding Range

**Landscape**

Substantial proportion of males may remain unpaired annually (Goggans 1986, Linkhart and Reynolds 1997, Linkhart 2001, Arsenault et al. 2005, Barnes 2007), so male presence is not sufficient as an indicator of habitat sufficiency or quality. Singing males almost always found in or near open conifer forest with some large old trees, often on mid- to upper-slopes of ridges, and may be associated with scattered thickets of saplings and/or shrubs, or clearings. Nests often found in stands containing or adjacent to (but not limited to) yellow pine (Critchfield and Little 1966, Reynolds and Linkhart 1992, Nelson et al. 2010), but aspen also a common component of nesting habitat in Colorado (Webb 1982a, BDL unpubl. data), Utah (Marti 1997), and Nevada (Dunham et al. 1996), as is Gambel oak (*Quercus gambelii*) in New Mexico (McCallum and Gehlbach 1988, Arsenault 2004) and Arizona (Corman and Wise-Gervais 2005). Presence of ponderosa pine reduced or absent from study sites in British Columbia (Howie and Ritcey 1987), Nevada (Dunham et al. 1996), Idaho (Powers et al. 1996), and Utah (Marti 1997; M. Mika unpubl. data), the latter of which was dominated by aspen forests. In absence of ponderosa pine, species may favor forest types predominated by selectively logged dry interior Douglas-fir (*Pseudotsuga menziesii*), true fir (*Abies* sp.), or other pines (e.g., limber pine *Pinus flexilis*), which approximate physiognomy of yellow pine forest in most of U.S. range (Howie and Ritcey 1987).



**Figure 2. Typical nesting habitat of the Flammulated Owl.** + Enlarge

open, ponderosa pine forest. Drawing by J. Schmitt. See text for details.

In Colorado over 21 yr, total productivity and total years of territory occupancy by breeding pairs were positively correlated with old, open stands of ponderosa pine/Douglas-fir and negatively correlated with young, dense stands of Douglas-fir (Linkhart 2001). In the same study area, territories of 7 radio-tracked males had higher percentages of old-growth ponderosa pine/Douglas-fir (78% vs. 58%) and lower percentages of young Douglas-fir/blue spruce (*Picea pungens*) (7% vs. 27%) than study area, but these forest types also differed in slope aspect (Reynolds and Linkhart 1992 et al. 1998). Home ranges generally cover upper slopes and plateaus, where ponderosa pine and Douglas-firs grow, and do not overlap dense mixed conifers in draws (Goggans 1986). Marcot and Hill (Marcot and Hill 1980) quantified characteristics typically associated with the species in occupied territories, including association with ridgetops and xeric mid-slopes, two-layered canopies, tree density of 1,270 trees/ha and basal area of 58 $m^2$/ha; atypically, oaks more frequent than pines in their sample. Oaks an important source of potential nesting sites (holes in dead limbs [snags]) in New Mexico (Arsenault 2004). Males typically sing from within crowns of mature to old trees (see Sounds: vocalizations). Species forages within crowns of large trees, on the ground, in open forest or along forest edge with grassland (see Food Habits).

**Roost Habitat**

Preferred roosting habitat appears to be large live trees with significant overhead protection or dense vegetation. In Colorado, males ($n$ = 7) preferred large diameter Douglas-firs or ponderosa pines with

FS-007599

voluminous crowns and some with sprawling growth form (Linkhart 1984, Linkhart et al. 1998), which may provide the dense foliage found in thickets in other studies. During incubation and nestling periods, males repeatedly roosted in same ponderosa pine or Douglas-fir trees; 19% of roost trees ($n$ = 112) were used 2-20 times, and these trees accounted for 75% of all roosts (Linkhart et al. 1998). Males most often perched on small-diameter twigs on branches adjacent to tree trunks with considerable overhead foliage, although they also used similar perches away from trunks (Linkhart 1984). In Idaho, males ($n$ = 16) over-selected ponderosa pine trees for roosting, and these trees typically were among the largest available (dbh = 55-70 cm), while Douglas-fir trees were less frequently selected and were of moderate size (Barnes 2007). Males rarely roosted in small-diameter trees, despite their greater abundance. In Oregon, owls ($n$ = 5) roosted disproportionately in ponderosa pines in mixed conifer matrix, never in pure ponderosa pine forest (Goggans 1986). Mean stem density = 2,016 trees/ha; basal area = 129 $m^2$/ha in 0.008-ha plots around roost trees ($n$ = 37). Thickets of regeneration said to be used for roosting in British Columbia (Howie and Ritcey 1987) and available on all territories studied in New Mexico (McCallum and Gehlbach 1988).

In Colorado, mean distance from male roost trees to nests was 90 ± 58 m ($n$ = 112 roosts) during incubation and nestling periods, but this decreased to < 20 m in last 4 d before owlets fledged (Linkhart 1984 et al. 1998). In Oregon, mean distances from roosts of males ($n$ = 5) to nests was 53.3 m during the nestling stage, but greater before and after (Goggans 1986), while in Idaho, mean distance was 127 ± 87 m during incubation period and 71 ± 59 m during the nestling period (Barnes 2007).

**Singing Habitat**

In Colorado, males typically sang from larger, older ponderosa pine or Douglas-fir trees on mid-slopes and ridgetops (Linkhart et al. 1998), which likely maximized broadcasting distance. Compared to available trees, trees used for singing ($n$ = 97) had larger mean diameter at breast height (dbh; 45.2 cm vs. 19.2 cm), greater mean crown volume (210 $m^3$ vs. 47 $m^3$), and had greater mean age (304 yr vs. 113 yr; BDL unpubl. data). Males frequently sang from within the lower tree crown next to the trunk of these large trees with voluminous crowns, which may provide increased protection from predators when engaged in territorial song (BDL unpubl. data). Singing habitat not quantified in other parts of range.

See also Breeding: nest site.

## Habitat in Nonbreeding Range

### Habitat in Migration

Not clear, although recent research has shed some light on fall migration. Owls generally migrate at lower elevations in spring, when arthropod food is limited in higher, colder nesting habitat; in fall apparently migrate through known or potential nesting habitat (Balda et al. 1975, DeLong et al. 2005). In e. New Mexico in spring, inhabits lowland riparian habitat (J. P. Hubbard unpubl. data); widespread in lowlands in fall (Collins et al. 1986, DAM unpubl. data). Hawkwatch International (HWI) captured 100-150 Flammulated Owls annually during fall 2000-2003 in montane forest in the Manzano Mountains of central New Mexico (DeLong 2000, 2001, 2003a, 2003b; DeLong et al. 2005), and HWI captured 25-75 owls annually during fall 2003-2008 in montane forest in the Boise Mountains of sw. Idaho (Smith 2005, 2006, 2008, 2009; Smith and Neri 2004). In sw. Idaho, Stock et al. (2006) captured 117 Flammulated Owls during fall 1999-2004 in montane forest (Boise Mtns.). Scattered records in spring and fall peripheral to North American breeding range, including along Pacific and Gulf coasts.

### Habitat in Overwintering Range

Virtually unknown; apparently remains in breeding habitat (see above, Distribution) in winter in Middle America (e.g., Marshall 1978) and s. Mexico (BDL unpubl. data). Winter records in U.S. outside breeding habitat, but none of these records certain wintering birds (see Distribution).

‹ Distribution Movements and Migration ›

**Recommended Citation**

Linkhart, B. D. and D. A. McCallum (2020). Flammulated Owl (*Psiloscops flammeolus*), version 1.0. In Birds of the World (A. F. Poole, Editor). Cornell Lab of Ornithology, Ithaca, NY, USA. https://doi.org/10.2173/bow.flaowl.01

A PUBLICATION OF

TheCornellLab of Ornithology

FOUNDING PARTNER

AOS AMERICAN ORNITHOLOGICAL SOCIETY

PARTNERS

Birds Caribbean

BIRD COUNT INDIA

CONTENT SOURCES

eBird

The Cornell Lab of Ornithology Macaulay Library

ORIGINALLY PUBLISHED IN

The Cornell Lab of Ornithology Birds of North America

The Cornell Lab of Ornithology Neotropical Birds

Explore Birds of the World

Species or family

Explore Taxonomy

About

About Birds of the World
Editor's Notes
Frequently Asked Questions
History
How to Contribute
Team
Contact Us

Features

Key to Scientific Names
Ornithological Notes
Range Maps
Taxonomy Explorer
Full Species List
News and Webinars

Subscriptions

Personal Subscriptions
Institutional Subscriptions
Special member access
Subscription FAQs
Terms of Sale
Site Terms of Use

Sign in as different user

Privacy Policy Cornell Lab Terms of Use Web Accessibility Assistance

ISSN 2771-3105

© 2023 Cornell University



© Matthew Pendleton Macaulay Library eBird





+7



WATCH



LISTEN

# Hairy Woodpecker

*Dryobates villosus*

LC Least Concern Names (24) Subspecies (15)

Jerome A. Jackson, Henri R. Ouellet, and Bette J. Jackson

Version: 1.0 — Published March 4, 2020
Text last updated October 6, 2018

Introduction
Identification
Plumages, Molts, and Structure
Systematics
Distribution
Habitat
Movements and Migration
Diet and Foraging
Sounds and Vocal Behavior
Behavior
Breeding
Demography and Populations
Conservation and Management
Priorities for Future Research
Acknowledgments
About the Author(s)
Multimedia
Tables and Appendices
Revision History
References

Dappled black and white, like light filtering through the forest canopy onto a tree trunk, the Hairy Woodpecker is among the most widespread North American birds. It is resident in forest and woodland habitats from near treeline in the far north and on mountains to the highlands of western Panama, many continental islands, and some islands of the Bahamas. In the Bahamas and some other areas, it is primarily a bird of the pines; but in many areas it is more catholic in its choice of forest habitats.

This woodpecker's name is derived from the long, filamentous white or whitish feathers in the middle of its back. Even among woodpeckers, it is particularly well adapted for climbing and pecking. Along with its smaller congener and look-alike, the Downy Woodpecker (*Dryobates pubescens*), the Hairy Woodpecker is one of the best-known species of this group because it is easy to observe and comes readily to feeders. Away from feeders, it is relatively shy. The male has a narrow red patch or two smaller lateral patches of red on the back of the crown, readily visible in the field. The Hairy Woodpecker is larger than the Downy Woodpecker, has a heavier and longer bill, and usually lacks black markings on its outer tail feathers.

This woodpecker is one of the most geographically variable North American bird species, displaying clinal patterns of variation in size and color across its range. Northern populations include the largest birds with the greatest proportion of white. In the western and southern parts of its range, white of the underparts can be replaced with light buffs, smoky grays, or smoky browns, and white of dorsal regions is reduced, sometimes considerably, or takes the color of the underparts. The Hairy Woodpecker is generally a resident species, although it can move locally in early fall. On calm, sunny days in late winter and spring, vocalizations and drumming can be heard for long distances. During the breeding season, it becomes so inconspicuous that its presence can go unnoticed, at least until eggs have hatched. When a few days old, young make their presence known in the nest cavity as they beg for food with loud, distinctive, raspy calls.

Despite its broad range, the Hairy Woodpecker has been the subject of few detailed studies, especially in recent years. Much of what is known is contained in hundreds of anecdotal papers, with little major focus on the Hairy Woodpecker. More detailed studies include several of geographic variation, based on hundreds of specimens in collections (e.g., 1, 2, 3); broad studies of behavioral ecology in Michigan (4) and Ontario (5); studies of foraging behavior in New York (6), New Hampshire (7, 8), California (9), and Quebec (10); and of breeding biology in New York (11) and New Hampshire (12, 13, 14).

Identification ›



+ Enlarge

Year-round Migration
Breeding Non-Breeding

Distribution of the Hairy Woodpecker

Female Male

All Illustrations (10)

eBird and Macaulay Library

5,038,659 Observations
104,292 Photos
5,238 Recordings
177 Videos

ORIGINALLY APPEARED IN
The Cornell Lab of Ornithology Birds of North America

CONTENT PARTNER
AOS American Ornithological Society

**Recommended Citation**

Jackson, J. A., H. R. Ouellet, and B. J. Jackson (2020). Hairy Woodpecker (*Dryobates villosus*), version 1.0. In Birds of the World (P. G. Rodewald, Editor). Cornell Lab of Ornithology, Ithaca, NY, USA. https://doi.org/10.2173/bow.haiwoo.01

A PUBLICATION OF

The Cornell Lab of Ornithology

FOUNDING PARTNER

AOS AMERICAN ORNITHOLOGICAL SOCIETY

PARTNERS

BirdsCaribbean BIRD COUNT INDIA

CONTENT SOURCES

eBird

The Cornell Lab of Ornithology Macaulay Library

ORIGINALLY PUBLISHED IN

The Cornell Lab of Ornithology Birds of North America

The Cornell Lab of Ornithology Neotropical Birds


ISSN 2771-3105
© 2023 Cornell University

TheCornellLab of Ornithology
Birds of the World

Access provided by US Forest Service In collaboration with the American Ornithological Society

Explore Taxonomy Species or family



SPECIES

# Hairy Woodpecker *Dryobates villosus*

Jerome A. Jackson, Henri R. Ouellet, and Bette J. Jackson
Version: 1.0 — Published March 4, 2020
Text last updated October 6, 2018

Introduction
Identification
Plumages, Molts, and Structure
Systematics
Distribution
Habitat
Movements and Migration
Diet and Foraging
Sounds and Vocal Behavior
Behavior
Breeding
Demography and Populations
Conservation and Management
Priorities for Future Research
Acknowledgments
About the Author(s)
Multimedia
Tables and Appendices
Revision History
References

ORIGINALLY APPEARED IN
TheCornellLab of Ornithology
Birds of North America

CONTENT PARTNER

## Habitat

**Breeding season:** Primarily a forest bird; widely distributed in regions where mature woodlands prevalent. Also occurs in small woodlots, wooded parks, cemeteries, shaded residential areas, and other urban areas with mature shade trees, but often uncommon within these habitats. While it occupies both deciduous and coniferous forest habitats, habitat preferences may vary geographically; e.g., in the Southeast (108), Southwest (109), and California (110), there is more association with open pine forest.

In Maritime Provinces, continuous forests are used less than more open woodlands (79). In southern Quebec, well distributed in wooded areas of various sizes and ages at all times of year, but in coniferous forests north of St. Lawrence River valley found more frequently in deciduous stands and groves (10). In Ontario, occurs in mixed, deciduous, and coniferous forests (111), but usually nests in deciduous, and especially mixed woodlands (112). Eastern White Pine–Atlantic White-cedar (*Pinus strobus–Chamaecyparis thyoides*) forests, birch–oak (*Betula–Quercus*) savannas, and wetlands used in Long Point, Ontario, area (113).

Across eastern North America, a forest dweller, nesting in extensive mature forest (e.g., Vermont [114]; Connecticut [115]; Michigan [116], as well as in wooded suburban areas (e.g., New York [117]; Massachusetts [118]; Arkansas [119]; Iowa, Kansas, Mississippi, Florida, JAJ). Often occurs along mature wooded riparian corridors (e.g., Ohio [120]; Kansas, Iowa, Mississippi [JAJ]).

Although typically a species of mature mixed-hardwood forests and seeming to avoid pine plantations (Ohio, 120; Mississippi, Southern Carolina, JAJ), in Florida frequents mature pinelands and swamp forests (121). In central Canada, uses wooded valleys of prairie region and more extensive deciduous, mixed, or occasionally coniferous forests, especially those with openings created by fire or logging (122, 123).

In British Columbia, found in all forest regions from sea level to 1,900 m elevation, and in a wide range of habitats including mature conifer forests (where it frequents edges of North American Beaver [*Castor canadensis*] ponds and meadows), clearcuts, and forest burns, open Ponderosa Pine (*Pinus ponderosa*) forests, deciduous groves, and mixed woods; in winter, also found in residential areas (84). In California, found wherever there are old-growth trees, but most common in old-growth pines (110), either in mixed stands of conifers and oaks or in nearly pure, open conifer stands (101). In Sierra Nevada of California, occurs in small numbers in various types of successions following forest fires (124). In Baja California, appears to be restricted to coniferous forests of Sierra Juárez and Sierra San Pedro Mártir (102), whereas it occurs in pine–oak and oak forests in the rest of Mexico (86).

A bird of coniferous woodlands in Arizona (including Pinyon Pine–juniper [*Pinus edulis–Juniperus*] in the north), but is a local resident in some Upper Sonoran deciduous woodlands and in riparian situations in the south (125). In southern Arizona and adjacent Mexico, seems to require montane coniferous forest for nesting, then moves to lower, more mesic habitats with fledglings (126). New Mexico habitats include forested mountains with elevations from 1,800–3,500 m in Sangre de Cristo Range (127). In Texas, found from sea level to 2,600 m (Guadalupe Mountains) and frequents uplands or lowlands, swamps, dense forests (preferably deciduous), open woods or edges of woodlands, less frequently orchards or other cultivated areas (19).

Monroe (128) found it a common resident in interior highlands above 600 m in cloud and pine forests of Honduras, but more common above 1,300 m. Forages occasionally on bamboo (*Chusquea* sp.) in highlands of Costa Rica (129). In Guatemala, observed from 900 to 2,900 m in pine and oak woodland, and fairly common in cutover pine and oak from 1,740 to 2,195 m, but were absent in pine stands on ridges (130, 131). In Panama, more common in Subtropical Zone and Temperate Zone, where branches of tall trees are heavy with epiphytes (132).

See also Diet and Foraging: Feeding.




* Timing pertains to North American populations

**Figure 2. Annual cycle of Hairy Woodpecker breeding and molt.** + Enlarge

Thick lines show peak activity at middle latitudes (approx. 40°); thin lines, off peak/higher and lower latitudes. This species is generally non-migratory at these latitudes.

Distribution Movements and Migration

**Recommended Citation**

Jackson, J. A., H. R. Ouellet, and B. J. Jackson (2020). Hairy Woodpecker (*Dryobates villosus*), version 1.0. In Birds of the World (P. G. Rodewald, Editor). Cornell Lab of Ornithology, Ithaca, NY, USA. https://doi.org/10.2173/bow.haiwoo.01

A PUBLICATION OF
TheCornellLab of Ornithology
FOUNDING PARTNER
PARTNERS

CONTENT SOURCES

ORIGINALLY PUBLISHED IN

Explore Birds of the World

Species or family

Explore Taxonomy

About

- About Birds of the World
- Editor's Notes
- Frequently Asked Questions
- History
- How to Contribute
- Team
- Contact Us

Features

- Key to Scientific Names
- Ornithological Notes
- Range Maps
- Taxonomy Explorer
- Full Species List
- News and Webinars

Subscriptions

- Personal Subscriptions
- Institutional Subscriptions
- Special member access
- Subscription FAQs
- Terms of Sale
- Site Terms of Use

Sign in as different user

Privacy Policy Cornell Lab Terms of Use Web Accessibility Assistance
ISSN 2771-3105
© 2023 Cornell University

[Donate](#)
[Renew](#) [Shop](#)
Select Language ▼

# Fringed Myotis



FS-007[illegible]



J. Scott Altenbach
Back to list

Scientific Name
*Myotis thysanodes*
Family
*Vespertilionidae*
Global Conservation Status (IUCN)
Least Concern
Diet
Insectivore

## Data Sheet

**Diet:** Fringed myotis eat are generalist insectivores, feeding on a range of insects including moths, beetles, flies, and ‘true bugs’.

**Fun Fact:** The fringed myotis gets it’s common name from the distinct fringe of short, wire-like hairs that extend off the edge of the uropatagium (the stretch of skin between its legs).

**Appearance:** The fringed myotis is categorized as a ‘long-eared myotis’, due to its relatively long and rounded ears that extend beyond the tip of the nose when laid forward. fringed myotis are slightly larger than the Western long-eared myotis (*Myotis Evotis*), distinguishable from the latter by the fringe on their tail membrane.

**Habitat:** The fringed myotis is found in a range of habitats throughout western North America, including low desert scrub, montane evergreen forest, and oak woodlands.

**Fringed myotis usually roost in rock crevices and caves,** though bats in the Pacific Northwest have also been recorded roosting in tree snags**.**

**Conservation Concerns:** Disturbance at roost can cause this bat to abandon the site. While currently listed as Least Concern by the IUCN, one recent study suggests some population declines, particularly in the Pacific Northwest. Modeling studies have also predicted

FS-007607

that fringed myotis could experience range contraction up to 44% due to climate change.

**Bat Conservation International Projects including the fringed myotis**

- North American Bat Monitoring Program **(NABat)**
- Abandoned Mines and Subterranean Habitats
- Conservation of Public Lands

**Additional Resources:**

- Bat Species of the World
- IUCN Red List

---

**Donations may be mailed to**

**Bat Conservation International**

PO Box 140434

Austin, Texas 78714-0434

© Bat Conservation International 2023. All rights reserved.


BAT CONSERVATION INTERNATIONAL
About Us
Our Work
About Bats
Experience Bats
News
Support
RENEW
SHOP
SELECT LANGUAGE
Newsletter
DONATE

Donate
Renew Shop
Select Language ▼

# Hoary Bat



FS-007010



Michael Durham/Minden Pictures

Back to list

Scientific Name
: *Lasiurus cinereus*

Family
: *Vespertilionidae*

Global Conservation Status (IUCN)
: Least Concern

Region
: Canada, Guatemala, Mexico, United States

Diet
: Insectivore

## Data Sheet

**Diet:** Hoary bats feed primarily on moths, though they also regularly eat beetles, flies, crickets and true bugs.

**Fun Fact:** In addition to their usual echolocation calls, hoary bats produce short, quiet 'micro calls'". Hoary bats will also sometimes fly and navigate without using echolocation.

**Appearance:** Hoary bats are relatively large, weighing between 20 – 35 grams. They are distinctive in appearance, with dark fur tinged with white (produced a frosty or hoary effect for which they are named), a buffy yellow throat patch, and dramatic two-toned wing patterns.

FS-007611

**Habitat:** Hoary bats are uncommon but widespread throughout most of North America and ranging into Central America. They roost solitarily in trees, with preferences including maple, oak, ash, elder, hemlock, and redwood trees.

Hoary bats undergo seasonal migration, moving from summer ranges across most of North America to southern and coastal winter habitats. Hoary bats will also hibernate for short periods of time.

**Echolocation:** Echolocation calls of hoary bats are around 20-30 kHz, just above maximum human hearing range.

**Conservation Concerns:** Wind energy and turbine collisions are a major conservation concern for hoary bats. Hoary bats make up the largest proportion of bat fatalities at wind energy facilities in North America.

Based on wind energy mortality, the hoary bat population is predicted to experience severe declines in the next 50 years, though management efforts such as turbine curtailment show promise for reducing this risk.

Other threats may include deforestation and human disturbance, particularly in their southern wintering grounds.

**Bat Conservation International Projects including the hoary bat**

- Bat and Wind Energy research and solutions
- North American Bat Monitoring Program

**Additional Resources:**

- Bat Species of the World
- IUCN Red List

---

**Donations may be mailed to**

**Bat Conservation International**

PO Box 140434

Austin, Texas 78714-0434

© Bat Conservation International 2023. All rights reserved.

Donate
Renew Shop
Select Language ▼

# Spotted Bat



FS-007613



FS-007614



Michael Durham / Minden Pictures
[Back to list]

Scientific Name
*Euderma maculatum*
Family
*Vespertilionidae*
Global Conservation Status (IUCN)
Least Concern
Diet
Insectivore

## Data Sheet

**Pronunciation:** *you-**derm**-a mac-you-**lay**-tum*

The spotted bat is one of America's most striking mammals. Its long, silky fur is snow white beneath and jet black above, dramatically accentuated by large white spots on its shoulders and rump. Its translucent pink ears, nearly as long as its body, are the largest of any bat found in the United States, and it has pink wings to match. Initially thought to be extremely rare, the spotted bat is now known to occupy a rather large range throughout central western North America from southern British Columbia to northern Mexico.

From its first scientific discovery in 1891 until 1965, only 35 specimens were known. Even now, it is one of America's least known animals, but the rarity with which it is observed likely does not reflect its true status in nature. Its habits and choice of roosting sites high in cliff crevices make the spotted bat difficult to observe and unlikely to be harmed by humans. This bat appears to feed almost exclusively on moths, which it captures high above the ground. It is one of the few bats that uses echolocation frequencies low enough to be audible to humans.

**Donations may be mailed to**

**Bat Conservation International**

PO Box 140434

Austin, Texas 78714-0434

© Bat Conservation International 2023. All rights reserved.


BAT CONSERVATION INTERNATIONAL
About Us
Our Work
About Bats
Experience Bats
News
Support
RENEW
SHOP
SELECT LANGUAGE
Newsletter
DONATE

Donate
Renew Shop
Select Language ▼

## Townsend's Big-eared Bat



FS-007618



Michael Durham/Minden Pictures

Back to list

Scientific Name
*Corynorhinus townsendii*
Family
*Vespertilionidae*
Global Conservation Status (IUCN)
Least Concern
Diet
Insectivore

## Data Sheet

**Pronunciation:** *core-ee-no-**rine**-us town-**send**-ee-eye*

Townsend’s big-eared bats are found throughout western North America from British Columbia south to Oaxaca, Mexico, with two endangered subspecies in isolated areas in the Ozark and Central Appalachian regions of the United States. Their most typical habitat is arid western desert scrub and pine forest regions. These agile fliers venture out to forage only after dark, using their keen echolocation to hunt moths and other insects. In the spring and summer, females form maternity colonies in mines, caves, or buildings. Males roost individually.

In winter, these bats hibernate in caves and abandoned mines. They are extremely sensitive to disturbance at their roosting sites and have suffered severe population declines throughout much of the U.S.

---

**Donations may be mailed to**

**Bat Conservation International**

PO Box 140434

Austin, Texas 78714-0434

© Bat Conservation International 2023. All rights reserved.


BAT CONSERVATION INTERNATIONAL
About Us
Our Work
About Bats
Experience Bats
News
Support
RENEW
SHOP
SELECT LANGUAGE
Newsletter
DONATE

Presented by Colorado Bird Atlas Partnership:

# The Second Colorado Breeding Bird Atlas




Home | About the Atlas | Method ▼ | Results ▼ | Acknowledgeme | Buy the Book

# Species Maps

Search Species Alphabetically

Please select...

Search Species by Taxonomy

Please select...

# Lewis's Woodpecker




FS-007621

# Change in Priority Blocks

Lewis's Woodpecker

| | Atlas I 1987-1995 | Atlas II 2007-2012 | Change (%) |
|---|---|---|---|
| Possible | 49 | 35 | -29 |
| Probable | 27 | 11 | -59 |
| Confirmed | 91 | 42 | -54 |
| Total | 167 | 88 | -47 |




© 2016 Colorado Bird Atlas Partnership | P.O. Box 201661, Denver, CO 80220 | Email: Statewide Project Manager: Lynn Wickersham | Home

Site Design: DurangoWebPro


Change species...
(/species/madsco1/)
(/species/prsowl/)


Change species...
(/species/madsco1/)
(/species/prsowl/)


Change species...
(/species/madsco1/)
(/species/prsowl/)



Change species...

(/species/madsco1/) | (/species/prsowl/)


Change species...
(/species/madsco1/)
(/species/prsowl/)



Change species... (/species/madsco1/) | (/species/prsowl/)


Change species
(/species/madsco1/)

(https://macaulaylibrary.org/asset/297355551?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.3.1695230211277&__hsfp=822975614)

Strigiformes > Strigidae

# Flammulated Owl

*Psiloscops flammeolus*

**LC** Least Concern (http://datazone.birdlife.org/species/factsheet/22688637)

**Sign in** (?forceLogin=true) to see your badges

## Identification

POWERED BY MERLIN (http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.3.1695230211277&__hsfp=822975614)

Unique among small owls with entirely dark eyes. Finely vermiculated gray plumage looks stained with bits of rust. Surprisingly common in montane forest dominated by pine, often mixed with aspen; one survey in Utah found 47 calling individuals along just five miles of road! Strictly nocturnal; most easily detected when singing low, muffled hoots. Feeds mostly on insects. Highly migratory; moves southward into Mexico for the winter.

**Listen**

POWERED BY MERLIN (http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.3.1695230211277&__hsfp=822975614)

## Statistics

**8,489**
Observations

**812**
With photos (https://ebird.org/media/catalog?taxonCode=flaowl&regionCode=&mediaType=p)

**515**
With audio (https://ebird.org/media/catalog?taxonCode=flaowl&regionCode=&mediaType=a)

**Sign in** (?forceLogin=true) to see your stats

Change species... (/species/madsco1/) (/species/prsowl/)

## Weekly Bar Chart

Choose a region to view Weekly Bar Chart

**Range Map**

Large map (https://ebird.org/map/flaowl?env.minX=-136.880866355173&env.minY=15.0599734940729&env.maxX=-82.0836340238823&env.maxY=58.1109837390688)

Change species...

(/species/madsco1/) (/species/prsowl/)




Change species...

(/species/madsco1/) | (/species/prsowl/)

Google
(https://maps.google.com/maps?ll=37.572892,-108.098359&z=9&t=m&hl=en-US&gl=US&mapclient=apiv3)

Report a map error (https://www.google.com/maps/@37.5728921,-108.0983591,9z/data=!10m1!1e1!12b1?source=apiv3&rapsrc=apiv3)

**Media** All media

**Top photos** View all (https://ebird.org/media/catalog?taxonCode=flaowl&sort=rating_rank_desc&mediaType=p&regionCode=)


(https://macaulaylibrary.org/asset/241034221)


(https://macaulaylibrary.org/asset/93014861)


(https://macaulaylibrary.org/asset/455841381)


(https://macaulaylibrary.org/asset/116287561)


(https://macaulaylibrary.org/asset/162967471)


(https://macaulaylibrary.org/asset/417355351)


(https://maca

**Flammulated Owl (https://ebird.org/species/flaowl)**
Psiloscops flammeolus
© Pitta Tours
3 Jun 2020
East Canyon--Big Mtn Pass to East Canyon Reservoir, Morgan, Utah, United States

**Flammulated Owl (https://ebird.org/species/flaowl)**
Psiloscops flammeolus
© James Kennerley
16 Jul 2013
Penticton--Max Lake, Okanagan-Similkameen, British Columbia, Canada

**Flammulated Owl (https://ebird.org/species/flaowl)**
Psiloscops flammeolus
© Pitta Tours
1 Jun 2022
Alpine Loop Rd., Utah, Utah, United States

**Flammulated Owl (https://ebird.org/species/flaowl)**
Psiloscops flammeolus
© Pitta Tours
16 Jul 2018
Wasatch Mountain SP--Pine Canyon Road, Wasatch, Utah, United States

**Flammulated Owl (https://ebird.org/species/flaowl)**
Psiloscops flammeolus
© Pitta Tours
5 Jun 2019
Flammulated Owling Mountain Dell Canyon (off road), Salt Lake, Utah, United States

**Flammulated Owl (https://ebird.org/species/flaowl)**
Psiloscops flammeolus
© Tim Avery
29 May 2020
Kolob Terrace, Washington, Utah, United States

**Flammulated (https://ebird**
Psiloscops flamm
© Blair Dudeck
9 May 2023
Rose Valley Regi
Road, Central Ok
Columbia, Canad

## Top audio

View all (https://ebird.org/media/catalog?taxonCode=flaowl&sort=rating_rank_desc&mediaType=a&regionCode=)









(https://macaulaylibrary.org/asset/(https://macaulaylibrary.org/asset/(https://macaulaylibrary.org/asset/(https://macaulaylibrary.org/asset/(https://macaulaylibrary.org/asset/(https://macaulaylibrary.org/asset/(https://mac

**Flammulated Owl (https://ebird.org/species/flaowl)**
Psiloscops flammeolus
© Brian Sullivan
19 May 2021
Ellis Rd, Pioneer US-CA 38.52046, -120.31416, Amador, California, United States

**Flammulated Owl (https://ebird.org/species/flaowl)**
Psiloscops flammeolus
© Marc Hemmes
29 Jul 2021
Rocky Mountain NP--Cow Creek, Larimer, Colorado, United States

**Flammulated Owl (https://ebird.org/species/flaowl)**
Psiloscops flammeolus
© Andy Bankert
30 Jun 2019
Larimer CR 44H, Larimer, Colorado, United States

**Flammulated Owl (https://ebird.org/species/flaowl)**
Psiloscops flammeolus
© Dave Herr
14 Jul 1990
37.0 km W of La Grande; Starkey Exp. Forest, Umatilla, Oregon, United States

**Flammulated Owl (https://ebird.org/species/flaowl)**
Psiloscops flammeolus
© Jon Isacoff
12 May 2021
Stevens Creek NA, Spokane, Washington, United States

**Flammulated Owl (https://ebird.org/species/flaowl)**
Psiloscops flammeolus
© Andy Bankert
30 Jun 2019
Larimer CR 44H, Larimer, Colorado, United States

**Flammulated (https://ebird**
Psiloscops flamm
© Mike Hearell
10 Jun 2016
North Fork Coun
United States

## Top video

View all (https://ebird.org/media/catalog?taxonCode=flaowl&sort=rating_rank_desc&mediaType=v&regionCode=)









(https://macaulaylibrary.org/asset/(https://macaulaylibrary.org/asset/(https://macaulaylibrary.org/asset/(https://macaulaylibrary.org/asset/(https://macaulaylibrary.org/asset (https://maca

Change species (/species/madsco1/) (/species/prsowl/)

**Flammulated Owl (https://ebird.org/species/flaowl)**
Psiloscops flammeolus
© Liam Ragan
22 May 2023
Penticton--Max Lake, Okanagan-Similkameen, British Columbia, Canada

**Flammulated Owl (https://ebird.org/species/flaowl)**
Psiloscops flammeolus
© Liam Ragan
22 May 2023
Penticton--Max Lake, Okanagan-Similkameen, British Columbia, Canada

**Flammulated Owl (https://ebird.org/species/flaowl)**
Psiloscops flammeolus
© Mike Hearell
6 Aug 2019
North Fork County Park, Weber, Utah, United States

**Flammulated Owl (https://ebird.org/species/flaowl)**
Psiloscops flammeolus
© Joe Aliperti
21 May 2023
Mt. Lemmon--Bear Wallow, Pima, Arizona, United States

**Flammulated Owl (https://ebird.org/species/flaowl)**
Psiloscops flammeolus
© Kenny Frisch
10 Jul 2022
Wasatch Mountain SP--Pine Canyon Road, Wasatch, Utah, United States

(https://macaulaylibrary.org/asset/201693711)
**Flammulated Owl (https://ebird.org/species/flaowl)**
Psiloscops flammeolus
© Paul Clarke
11 Jul 2009
San Gabriel Mountains (34.3298, -117.79), Los Angeles, California, United States

**Flammulated (https://ebird**
Psiloscops flamm
© Liam Ragan
22 May 2023
Penticton--Max L
Similkameen, Bri

**Learn more about Flammulated Owl from...**

**All About Birds**

Your Online Guide To Birds And Bird Watching

**(https://www.allaboutbirds.org/guide/flaowl?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.3.1695230211277&__hsfp=822975614)**



Change species... (/species/madsco1/) | (/species/prsowl/)

Comprehensive life histories for all bird species and families.

**Explore Flammulated Owl (https://birdsoftheworld.org/bow/species/flaowl?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.3.1695230211277&__hsfp=822975614)**




(http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.16952239

Change species...

(/species/madsco1/) (/species/prsowl/)

(http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.3.1695230211277&__hsfp=822975614)

Take Merlin with you in the field! Free, global bird ID and field guide app powered by your sightings and media.

Download on the App Store (https://itunes.apple.com/app/apple-store/id773457673?pt=401711&ct=eBird%20Species%20Pages&mt=8) GET IT ON Google Play (http://bit.ly/MerlinAndroid)


Change species...
(/species/stlwar/)
(/species/btywar/)


Change species...
(/species/stlwar/)
(/species/btywar/)



Change species...

(/species/stiwar/) | (/species/btywar/)



Change species... (/species/stlwar/) | (/species/btywar/)



Change species... (/species/stlwar/) | (/species/btywar/)



Change species...

(/species/stlwar/) | (/species/btywar/)

(https://macaulaylibrary.org/asset/297054611?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.11.1695230211277&__hsfp=822975614)

Passeriformes > Parulidae

# Grace's Warbler

*Setophaga graciae*

LC Least Concern (http://datazone.birdlife.org/species/factsheet/22721708)

**Sign in** (?forceLogin=true) to see your badges

## Identification

POWERED BY MERLIN (http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.11.1695230211277&__hsfp=822975614)

A small gray warbler with a bright yellow throat and eyebrow. All plumages are very similar; immatures are slightly duller and browner. Occurs in pine forests from the southwest U.S. to Nicaragua. Usually stays high in the canopy. Listen for a choppy musical trill, often broken into two parts. Compare with "Audubon's" Yellow-rumped Warbler, which has yellow on the sides and rump no yellow eyebrow, and yellow restricted to the throat (not breast).

**Listen**

POWERED BY MERLIN (http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.11.1695230211277&__hsfp=822975614)

## Statistics

**62,658** Observations

**4,383** With photos (https://ebird.org/media/catalog?taxonCode=grawar&regionCode=&mediaType=p)

**617** With audio (https://ebird.org/media/catalog?taxonCode=grawar&regionCode=&mediaType=a)

Change species... (/species/stlwar/) (/species/btywar/)

**Sign in** (?forceLogin=true) to see your stats

## Weekly Bar Chart

Choose a region to view Weekly Bar Chart

**Range Map**

Large map (https://ebird.org/map/grawar?env.minX=-124.3044523775&env.minY=12.2696477937869&env.maxX=-73.1004811826871&env.maxY=41.9867319031071)

Change species... (/species/stlwar/) (/species/btywar/)




Change species... (/species/stlwar/) (/species/btywar/)

(https://maps.google.com/maps?ll=37.589559,-108.10951&z=9&t=m&hl=en-US&gl=US&mapclient=apiv3) Map data ©2023 Google 10 km Report a map error (https://www.google.com/maps/@37.5895593,-108.1095102,9z/data=!10m1!1e1!12b1?source=apiv3&rapsrc=apiv3)

**Media** All media

**Top photos** View all (https://ebird.org/media/catalog?taxonCode=grawar&sort=rating_rank_desc&mediaType=p&regionCode=)





(https://macaulaylibrary.org/asset



FS-007644

(https://macaulaylibrary.org/asset/436130361)

**[Grace's Warbler (https://ebird.org/species/grawar)]**
Setophaga graciae
© Michael Stremciuc
15 Apr 2022
Willow Springs Lake, Coconino, Arizona, United States

**Grace's Warbler (https://ebird.org/species/grawar)**
Setophaga graciae
© Bryan Calk
13 Jun 2019
Cibola NF--Cienega Canyon Picnic Area, Bernalillo, New Mexico, United States

(https://macaulaylibrary.org/asset

**Grace's Warbler (https://ebird.org/species/grawar)**
Setophaga graciae
© Chris Wood
26 Feb 2016
Pinares San Rafael del Norte, Jinotega, Nicaragua



(https://macaulaylibrary.org/asset/28419981)

**Grace's Warbler (https://ebird.org/species/grawar)**
Setophaga graciae
© Willie D'Anna
4 May 2016
Point Pelee NP--Tip, Essex, Ontario, Canada



(https://macaulaylibrary.org/asset/175753811)

**Grace's Warbler (https://ebird.org/species/grawar)**
Setophaga graciae
© Bryan Calk
13 Jun 2019
Cibola NF--Cienega Canyon Picnic Area, Bernalillo, New Mexico, United States



(https://macaulaylibrary.o

**Grace's Warbler (https://ebird.org/species/**
Setophaga graciae
© Marky Mutchler
10 Aug 2020
Barfoot Park, Cochise, Arizona, Un States

**Top audio** View all (https://ebird.org/media/catalog?taxonCode=grawar&sort=rating_rank_desc&mediaType=a&regionCode=)

**Top video** View all (https://ebird.org/media/catalog?taxonCode=grawar&sort=rating_rank_desc&mediaType=v&regionCode=)

Change species...

(/species/stlwar/) (/species/btywar/)

**Learn more about Grace's Warbler from...**

**All About Birds**

Your Online Guide To Birds And Bird Watching

(https://www.allaboutbirds.org/guide/grawar?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.11.1695230211277&__hsfp=822975614)

© Chris Wood

Grace's Warbler

Macaulay Library (https://macaulaylibrary.org/asset/193587541?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.11.1695230211277&__hsfp=822975614) eBird (/checklist/S27859417)

Comprehensive life histories for all bird species and families.

**Explore Grace's Warbler (https://birdsoftheworld.org/bow/species/grawar?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.11.1695230211277&__hsfp=822975614)**

Me app pre (http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.11.1695230211277&__hsfp=822975614)

Change species... (/species/stlwar/) (/species/btywar/)

(http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.11.1695230211277&__hsfp=822975614)

Take Merlin with you in the field! Free, global bird ID and field guide app powered by your sightings and media.



Change species... (/species/recwoo/) | (/species/whhwoo/)



Change species...

(/species/recwoo/)

(/species/whhwoo/)



Change species...

(/species/rehwoo/) | (/species/whhwoo/)



Change species... (/species/recwoo/) | (/species/whhwoo/)


Change species...
(/species/recwoo/)
(/species/whhwoo/)



Change species... (/species/recwoo/) | (/species/whhwoo/)



Change species... (/species/recwoo/) (/species/whhwoo/)



Change species... (/species/recwoo/) | (/species/whhwoo/)


Change species...
(/species/recwoo/)
(/species/whhwoo/)

(https://macaulaylibrary.org/asset/68929221?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.9.1695230211277&__hsfp=822975614)

Piciformes > Picidae

# Hairy Woodpecker

*Dryobates villosus*

**LC** Least Concern (http://datazone.birdlife.org/species/factsheet/22681166)

**Sign in** (?forceLogin=true) to see your badges

## Identification

POWERED BY MERLIN (http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.9.1695230211277&__hsfp=822975614)

Medium-sized woodpecker, common and widespread across North America as far south as western Panama. Black-and-white plumage is nearly identical to the smaller Downy Woodpecker. Focus on the bill: Hairy has a longer bill, about the length of the head. Also look for clean white outer tail feathers. Some variation in color across range; birds in western North America and especially Central America are brownish, with limited white in the wing. Occurs in wooded habitats with large trees. Familiar visitor to backyard feeders, especially fond of suet. Calls include a loud "peek!" and a fast rattle, stronger than Downy Woodpecker.

**Listen**

POWERED BY MERLIN (http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.9.1695230211277&__hsfp=822975614)

## Statistics

**5,040,821** Observations

**69,258** With photos (https://ebird.org/media/catalog?taxonCode=haiwoo&regionCode=&mediaType=p)

**4,692** With audio (https://ebird.org/media/catalog?taxonCode=haiwoo&regionCode=&mediaType=a)

Change species... (/species/recwoo/) (/species/whhwoo/)

**Sign in** (?forceLogin=true) to see your stats

## Weekly Bar Chart

Choose a region to view Weekly Bar Chart

**Range Map**

Large map (https://ebird.org/map/haiwoo?env.minX=-163.830324878759&env.minY=7.67905077852812&env.maxX=-52.4392296479381&env.maxY=69.22218228535)

Change species... (/species/recwoo/) (/species/whhwoo/)




Change species...
(https://maps.google.com/maps?ll=37.665969,-108.129284&z=9&t=m&hl=en-US&gl=US&mapclient=apiv3)
(/species/recwoo/)
(/species/whhwoo/)
Report a map error (https://www.google.com/maps/@37.6659686,-108.1292841,9z/data=!10m1!1e1!12b1?source=apiv3&rapsrc=apiv3)

**Media** All media

**Top photos** View all (https://ebird.org/media/catalog?taxonCode=haiwoo&sort=rating_rank_desc&mediaType=p&regionCode=)

**Top audio** View all (https://ebird.org/media/catalog?taxonCode=haiwoo&sort=rating_rank_desc&mediaType=a&regionCode=)

**Top video** View all (https://ebird.org/media/catalog?taxonCode=haiwoo&sort=rating_rank_desc&mediaType=v&regionCode=)

**Learn more about Hairy Woodpecker from...**

**All About Birds**

Your Online Guide To Birds And Bird Watching

**(https://www.allaboutbirds.org/guide/hai woo?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.9.1695230211277&__hsfp=822975614)**

Change species... (/species/redwoo/) (/species/whhwoo/)

© Matthew Pendleton

Hairy Woodpecker

Macaulay Library (https://macaulaylibrary.org/asset/308710581?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.9.1695230211277&__hsfp=822975614) eBird (/checklist/S38431433)

Comprehensive life histories for all bird species and families.

Explore Hairy Woodpecker (https://birdsoftheworld.org/bow/species/haiwoo?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.9.1695230211277&__hsfp=822975614)

Merlin app previ (http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.9.1695230211277&__hsfp=822975614)

(http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.9.1695230211277&__hsfp=822975614)

Take Merlin with you in the field! Free, global bird ID and field guide app powered by your sightings and media.

Change species... (/species/recwoo/) (/species/whhwoo/)

Download on the App Store (https://itunes.apple.com/app/apple-store/id773457673?pt=401711&ct=eBird%20Species%20Pages&mt=8) GET IT ON Google Play (http://bit.ly/MerlinAndroid)


Change species...
(/species/whiwoo1/)
(/species/guawoo1/)



Change species... (/species/whiwoo1/) (/species/guawoo1/)


Change species...
(/species/whiwoo1/)
(/species/guawoo1/)



Change species... (/species/whiwoo1/) | (/species/guawoo1/)



Change species...

(/species/whiwoo1/) | (/species/guawoo1/)



Change species...

(/species/whiwoo1/) | (/species/guawoo1/)

(https://macaulaylibrary.org/asset/297680871?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.5.1695230211277&__hsfp=822975614)

Piciformes > Picidae

# Lewis's Woodpecker

*Melanerpes lewis*

LC Least Concern (http://datazone.birdlife.org/species/factsheet/22680801)

**Sign in** (?forceLogin=true) to see your badges

## Identification

POWERED BY MERLIN (http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.5.1695230211277&__hsfp=822975614)

A large, social woodpecker with a unique color pattern. Dark glossy-green above with a gray collar, dark red face, and pink wash on the belly. Sexes alike; juveniles are duller and browner than adults. Looks all dark at a distance, with a crowlike flight style. Found in open woodlands, sometimes close to human settlements. Often uses telephone poles to stash acorns; also sallies out from a conspicuous perch to catch insects.

**Listen**

POWERED BY MERLIN (http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.5.1695230211277&__hsfp=822975614)

## Statistics

**92,184**
Observations

**15,124**
With photos (https://ebird.org/media/catalog?taxonCode=lewwoo&regionCode=&mediaType=p)

**206**
With audio (https://ebird.org/media/catalog?taxonCode=lewwoo&regionCode=&mediaType=a)

Change species... (/species/whiwoo1/) (/species/guawoo1/)

**Sign in** (?forceLogin=true) to see your stats

## Weekly Bar Chart

Choose a region to view Weekly Bar Chart

**Range Map**

Large map (https://ebird.org/map/lewwoo?env.minX=-133.287605218695&env.minY=24.6721607831641&env.maxX=-56.03249078441628&env.maxY=58.9689868322167)

Change species...

(/species/whiwoo1/) (/species/guawoo1/)