


Change species...
(https://maps.google.com/maps?ll=37.585852,-107.913835&z=9&t=m&hl=en-US&gl=US&mapclient=apiv3)
(/species/whiwoo1/)
(/species/guawoo1/)
(https://www.google.com/maps/@37.5858523,-107.9138345,9z/data=!10m1!1e1!12b1?source=apiv3&rapsrc=apiv3)

## Media

All media

### Top photos

View all (https://ebird.org/media/catalog?taxonCode=lewwoo&sort=rating_rank_desc&mediaType=p&regionCode=)



(https://macaulaylibrary.org/asset

**Lewis's Woodpecker (https://ebird.org/species/lewwoo)**
Melanerpes lewis
© Ian Routley
24 May 2021
Lillooet--Pineridge Road, Squamish-Lillooet, British Columbia, Canada



(https://macaulaylibrary.org/asset

**Lewis's Woodpecker (https://ebird.org/species/lewwoo)**
Melanerpes lewis
© Ian Routley
20 Apr 2012
Lillooet--lower curlew field--private/no access, Squamish-Lillooet, British Columbia, Canada



(https://macaulaylibrary.org/asset/148990831)

**Lewis's Woodpecker (https://ebird.org/species/lewwoo)**
Melanerpes lewis
© Allanah Vokes
4 Mar 2023
stakeout Lewis's Woodpecker, Billings (2023)(private access), Manitoulin, Ontario, Canada



(https://macaulaylibrary.org/asset/380216491)

**Lewis's Woodpecker (https://ebird.org/species/lewwoo)**
Melanerpes lewis
© Shirley Pulgar Hughes
12 Jul 2021
Philmont, Scouting Ranch, Colfax, New Mexico, United States



(https://macaulaylibrary.org/asset/341966331)

**Lewis's Woodpecker (https://ebird.org/species/lewwoo)**
Melanerpes lewis
© Ian Routley
24 May 2021
Lillooet--Pineridge Road, Squamish-Lillooet, British Columbia, Canada



(https://macaulaylibrary

**Lewis's Woodpecker (https://ebird.org/specie**
Melanerpes lewis
© Allanah Vokes
4 Mar 2023
stakeout Lewis's Woodpecker, B
(2023)(private access), Manitoul
Ontario, Canada

**Top audio** View all (https://ebird.org/media/catalog?taxonCode=lewwoo&sort=rating_rank_desc&mediaType=a&regionCode=)

**Top video** View all (https://ebird.org/media/catalog?taxonCode=lewwoo&sort=rating_rank_desc&mediaType=v&regionCode=)

Change species... (/species/whiwoo1/) (/species/guawoo1/)

**Learn more about Lewis's Woodpecker from...**

**All About Birds**

Your Online Guide To Birds And Bird Watching

**(https://www.allaboutbirds.org/guide/lewwoo?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.5.1695230211277&__hsfp=822975614)**

© Ian Routley

Lewis's Woodpecker

Macaulay Library (https://macaulaylibrary.org/asset/392764451?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.5.1695230211277&__hsfp=822975614) eBird (/checklist/S88910583)

Comprehensive life histories for all bird species and families.

**Explore Lewis's Woodpecker (https://birdsoftheworld.org/bow/species/lewwoo?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.5.1695230211277&__hsfp=822975614)**

Merl app previ (http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.5.1695230211277&__hsfp=822975614)

Change species... (/species/whiwoo1/) (/species/guawoo1/)

(http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.5.1695230211277&__hsfp=822975614)

Take Merlin with you in the field! Free, global bird ID and field guide app powered by your sightings and media.


Change species...
(/species/olifly2/)
(/species/ochpew1/)



(/species/ochpew1/)

(/species/olifly2/)

Change species...

FS-007673



Change species...

(/species/o[illegible]y2/) | (/species/ochpew1/)

FS-007674



Change species... (/species/olifly2/) | (/species/ochpew1/)



(/species/olifly2/) | (/species/ochpew1/)

Change species...

FS-007676

(https://macaulaylibrary.org/asset/301807381?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.7.1695230211277&__hsfp=822975614)

Passeriformes > Tyrannidae

# Olive-sided Flycatcher

*Contopus cooperi*

**NT** Near Threatened (http://datazone.birdlife.org/species/factsheet/22699787)

**Sign in** (?forceLogin=true) to see your badges

## Identification

POWERED BY MERLIN (http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.7.1695230211277&__hsfp=822975614)

Stocky flycatcher that almost always perches conspicuously on a high bare perch with an upright posture. From the front, look for dark sides creating a vest, with a bright white stripe from throat to belly. White patches on the sides of rump are sometimes visible from behind. Most similar to pewees but larger and larger-billed, with more contrasting vest. Feeds on insects. Breeds in clearings and bogs in boreal or mountainous forests, but can be found in migration in open habitats with a mixture of woods and clearings. Distinctive whistled song is often likened to "quick, three beers;" also listen for "pip" call notes.

**Listen**

POWERED BY MERLIN (http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.7.1695230211277&__hsfp=822975614)

## Statistics

**321,491**
Observations

**28,640**
With photos (https://ebird.org/media/catalog?taxonCode=olsfly&regionCode=&mediaType=p)

**2,124**
With audio (https://ebird.org/media/catalog?taxonCode=olsfly&regionCode=&mediaType=a)

Change species... (/species/olifly2/) (/species/ochpew1/)

**Sign in** (?forceLogin=true) to see your stats

## Weekly Bar Chart

Choose a region to view Weekly Bar Chart

**Range Map**

Large map (https://ebird.org/map/olsfly?env.minX=-172.813477719954&env.minY=-27.7564844916345&env.maxX=-38.9645003861452&env.maxY=71.9081724700314)

Change species...

(/species/olifly2/)

(/species/ochpew1/)




Change species...
(https://maps.google.com/maps?ll=37.620723,-107.725442&z=8&t=m&hl=en-US&gl=US&mapclient=apiv3) Map data ©2023 Google 20 km

(/species/olifly2/) (/species/ochpew1/)

Report a map error (https://www.google.com/maps/@37.6207228,-107.7254419,8z/data=!10m1!1e1!12b1?source=apiv3&rapsrc=apiv3)

**Media** All media

**Top photos** View all (https://ebird.org/media/catalog?taxonCode=olsfly&sort=rating_rank_desc&mediaType=p&regionCode=)






(https://macaulaylibrary.org/asset/




FS-007679

(https://macaulaylibrary.org/asset/60634471) (https://macaulaylibrary.org/asset/259803421) (https://macaulaylibrary.org/asset/300113041) (https://macaulaylibrary.org/asset/60634461) (https://macaulaylibrary

**Olive-sided Flycatcher (https://ebird.org/species/olsfly)**
Contopus cooperi
© Luke Seitz
29 May 2017
Monhegan Island, Lincoln, Maine, United States

**Olive-sided Flycatcher (https://ebird.org/species/olsfly)**
Contopus cooperi
© Evan Lipton
2 Sep 2020
Southeast Farallon Island (Farallon Islands NWR, restricted access), San Francisco, California, United States

**Olive-sided Flycatcher (https://ebird.org/species/olsfly)**
Contopus cooperi
© Jeremiah Trimble
29 May 2017
Monhegan Island, Lincoln, Maine, United States

**Olive-sided Flycatcher (https://ebird.org/species/olsfly)**
Contopus cooperi
© Luke Seitz
29 May 2017
Monhegan Island, Lincoln, Maine, United States

**Olive-sided Flycatcher (https://ebird.org/species/olsfly)**
Contopus cooperi
© Luke Seitz
29 May 2017
Monhegan Island, Lincoln, Maine, United States

**Olive-sided Flycatcher (https://ebird.org/specie**
Contopus cooperi
© Paul Jones
27 May 2023
Prince Edward Point NWA, Prin
Edward, Ontario, Canada

**Top audio** View all (https://ebird.org/media/catalog?taxonCode=olsfly&sort=rating_rank_desc&mediaType=a&regionCode=)

**Top video** View all (https://ebird.org/media/catalog?taxonCode=olsfly&sort=rating_rank_desc&mediaType=v&regionCode=)

Change species... (/species/olifly2/) (/species/ochpew1/)

**Learn more about Olive-sided Flycatcher from...**

**All About Birds**

Your Online Guide To Birds And Bird Watching

FS-007680

**(https://www.allaboutbirds.org/guide/olsfly?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.7.1695230211277&__hsfp=822975614)**

© Luke Seitz

Olive-sided Flycatcher

Macaulay Library (https://macaulaylibrary.org/asset/191571311?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.7.1695230211277&__hsfp=822975614) eBird (/checklist/S37422229)

Comprehensive life histories for all bird species and families.

**Explore Olive-sided Flycatcher (https://birdsoftheworld.org/bow/species/olsfly?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.7.1695230211277&__hsfp=822975614)**

Merl app previ (http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.7.1695230211277&__hsfp=822975614)

Change species... (/species/olifly2/) (/species/ochpew1/)

(http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.7.1695230211277&__hsfp=822975614)

Take Merlin with you in the field! Free, global bird ID and field guide app powered by your sightings and media.



Change species...

FS-007682




FS-007683




FS-007684




FS-007685



(https://macaulaylibrary.org/asset/296823131?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.13.1695230211277&__hsfp=822975614)

Passeriformes > Parulidae

# Virginia's Warbler

*Leiothlypis virginiae*

LC Least Concern (http://datazone.birdlife.org/species/factsheet/22721630)

**Sign in** (?forceLogin=true) to see your badges

## Identification

POWERED BY MERLIN (http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.13.1695230211277&__hsfp=822975614)

A mostly gray warbler with yellow undertail coverts and a thin white eyering. All but the dullest immatures show a yellow patch on the breast. Breeds in open woodlands with dense understory, especially mixed piñon-juniper and oak on steep slopes. Winters in western Mexico, where it prefers dense thickets and brushy habitat. Listen for sweet two- or three-parted warble. Compare with Nashville Warbler, but Virginia's is always duller gray, especially on the back and wings.

**Listen**

POWERED BY MERLIN (http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.13.1695230211277&__hsfp=822975614)

## Statistics

**66,121** Observations

**3,989** With photos (https://ebird.org/media/catalog?taxonCode=virwar&regionCode=&mediaType=p)

**501** With audio (https://ebird.org/media/catalog?taxonCode=virwar&regionCode=&mediaType=a)

Change species...

(/species/naswar/) (/species/semwar1/)

**Sign in** (?forceLogin=true) to see your stats

## Weekly Bar Chart

Choose a region to view Weekly Bar Chart




Change species...

(https://maps.google.com/maps?ll=37.528339,-108.04459&z=9&t=m&hl=en-US&gl=US&mapclient=apiv3)

(/species/naswar/) | (/species/semwar1/)

Map data ©2023 Google 10 km

Report a map error (https://www.google.com/maps/@37.5283393,-108.0445898,9z/data=!10m1!1e1!12b1?source=apiv3&rapsrc=apiv3)

**Media** All media

**Top photos** View all (https://ebird.org/media/catalog?taxonCode=virwar&sort=rating_rank_desc&mediaType=p&regionCode=)








(https://macaulaylibrary.org/asset/ ...

FS-007688

(https://macaulaylibrary.org/asset/485945681) (https://macaulaylibrary.org/asset/541651931) (https://macaulaylibrary.org/asset/355531091) (https://macaulaylibrary.org/asset/588358171) (https://macaulaylibrary.o

**Virginia's Warbler (https://ebird.org/species/virwar)**
Leiothlypis virginiae
© Marky Mutchler
17 Sep 2022
Arcadia County Park, Los Angeles, California, United States

**Virginia's Warbler (https://ebird.org/species/virwar)**
Leiothlypis virginiae
© Rob Fowler
3 Mar 2023
Bayshore Mall willows & pond, Humboldt, California, United States

**Virginia's Warbler (https://ebird.org/species/virwar)**
Leiothlypis virginiae
© Matt Misewicz
17 Jul 2021
Roby Canyon, Custer, South Dakota, United States

**Virginia's Warbler (https://ebird.org/species/virwar)**
Leiothlypis virginiae
© Jim Merritt
10 Jun 2023
Cheyenne Mountain SP, El Paso, Colorado, United States

**Virginia's Warbler (https://ebird.org/species/virwar)**
Leiothlypis virginiae
© Marky Mutchler
17 Oct 2022
Santa Cruz Island--Scorpion Campgrounds to Scorpion Anchorage (no seawatch), Santa Barbara, California, United States

**Virginia's Warbler (https://ebird.org/species/**
Leiothlypis virginiae
© Aquiles Brinco
30 Dec 2022
Depto. tía Rebeca, Centro, Oaxaca, Mexico

**Top audio** View all (https://ebird.org/media/catalog?taxonCode=virwar&sort=rating_rank_desc&mediaType=a&regionCode=)

**Top video** View all (https://ebird.org/media/catalog?taxonCode=virwar&sort=rating_rank_desc&mediaType=v&regionCode=)

Change species...

(/species/naswar/) (/species/semwar1/)

**Learn more about Virginia's Warbler from...**

**All About Birds**

Your Online Guide To Birds And Bird Watching

**(https://www.allaboutbirds.org/guide/virwar?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.13.1695230211277&__hsfp=822975614)**

© Bryan Calk

Virginia's Warbler

Macaulay Library (https://macaulaylibrary.org/asset/193602041?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.13.1695230211277&__hsfp=822975614) eBird (/checklist/S45627651)

Comprehensive life histories for all bird species and families.

**Explore Virginia's Warbler (https://birdsoftheworld.org/bow/species/virwar?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.13.1695230211277&__hsfp=822975614)**

Me app pre (http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.13.1695230211277&__hsfp=822975614)

Change species... (/species/naswar/) (/species/semwar1/)

(http://merlin.allaboutbirds.org/?__hstc=60209138.b253692ff430c2de7969b28383d04c12.1694040115066.1695223941424.1695230211277.4&__hssc=60209138.13.1695230211277&__hsfp=822975614)

Take Merlin with you in the field! Free, global bird ID and field guide app powered by your sightings and media.

# PROGRAMMATIC AGREEMENT AMONG THE UNITED STATES FOREST SERVICE, ROCKY MOUNTAIN REGIONAL OFFICE, PIKE-SAN ISABEL NATIONAL FOREST AND CIMARRON AND COMANCHE NATIONAL GRASSLANDS, ROUTT NATIONAL FOREST, SAN JUAN NATIONAL FOREST AND THE COLORADO STATE HISTORIC PRESERVATION OFFICER REGARDING VEGETATION MANAGEMENT UNDERTAKINGS

WHEREAS, the Forest Service intends to implement landscape-scale vegetation management projects over several years using an adaptive management approach as authorized by the Organic Administration Act (16 U.S.C. 551), the National Forest Management Act of 1976 (P.L. 94-588, 90 Statute 2949), the Healthy Forests Restoration Act of 2003 (P.L. 108-148), and other statutes; and

WHEREAS, landscapes have been impacted by years of fire suppression and climate change which has resulted in modification to the natural fire regime and the distribution of forest vegetation; and

WHEREAS, landscape-scale vegetation management projects are proposed to restore the landscape to one that is more resilient and better able to support more-natural forest structures, disturbance regimes, vegetative diversity, wildlife habitat, and proper functioning watersheds; and

WHEREAS, landscape projects typically include vegetation treatments and associated transportation system improvements to reach desired conditions for forest health, including wildlife habitat improvement, and vegetation maintenance around facilities and significant known historic properties; and

WHEREAS, the Forest Service intends to coordinate its compliance with Section 106 of the National Historic Preservation Act (Section 106) with the applicable requirements of the National Environmental Policy Act (NEPA) (42 U.S.C.4321-4347) pursuant to 40 CFR 1500-1508; and

WHEREAS, Section 106 and its implementing regulations 36 CFR Part 800 as amended requires that federal agencies take into account the effect of an undertaking on historic properties as defined by 36 CFR 800.16(l)(1); and

WHEREAS, the Forest Service has determined that landscape level projects that include vegetation management activities that include mechanical treatments, hand treatments, prescribed burning, and activities associated with transportation system improvements, are undertakings that have the potential to affect historic properties; and

WHEREAS, Forests signatory to this programmatic agreement (PA) intend to satisfy its Section 106 responsibilities through the execution of this PA because the effects on historic properties cannot be fully determined prior to approval of landscape projects processed under this agreement (36 CFR 800.14(b)(1)); and

WHEREAS, a phased approach to the Section 106 process, as outlined by 36 CFR 800.4(b)(2), shall be used on landscape vegetation management projects because the projects are to be implemented in phases spanning more than one fiscal year, and it is not reasonably possible to complete Section 106 compliance for all aspects of the undertaking prior to signing a National Environmental Policy Act (NEPA) document. In this phased approach, a final decision under NEPA will be made prior to completion of the identification and evaluation of properties in the entire project area. According to 36 CFR 800.4(b)(2) and 5(a)(3), the agency official may use a phased process in applying the criteria of adverse effect consistent with phased identification and evaluation efforts; and

WHEREAS, Forests signatory to this PA will complete Section 106 consultation on individual landscape vegetation management project implementation activities (hereafter implementation projects) by following the stipulations of this PA; and

WHEREAS, pursuant to Section 101(d)(6)(B) of the National Historic Preservation Act (NHPA) and 36 CFR 800.2(c)(2)(ii), the Forest Service invited Indian tribes to be consulting parties on this PA, including: Ute Indian Tribe, Cheyenne and Arapaho Tribes of Oklahoma, Comanche Nation of Oklahoma, Kiowa Tribe of Oklahoma, Northern Arapaho Tribe, Northern Cheyenne Tribe, Hopi Tribe, Jicarilla Apache Nation, Kewa Pueblo, Navajo Nation, Pueblo de Cochiti, Pueblo of Isleta, Pueblo of Jemez, Pueblo of Laguna, Pueblo of Nambe, Pueblo of Picuris, Pueblo of Pojoaque, Pueblo of San Ildefonso, Pueblo of Santa Clara, Taos Pueblo, Pueblo of Tesuque, Pueblo of Zia, Southern Ute Indian Tribe, Ute Mountain Ute, Zuni Pueblo, Ohkay Owingeh, Pueblo of Acoma, Pueblo of San Felipe, Pueblo of Santa Ana, and Ysleta del Sur Pueblo. No Indian tribes elected to participate as concurring parties. Notwithstanding any decisions by any of these Tribes to decline to participate in the initial consultation or be concurring parties, the Forests shall continue to consult with these Tribes throughout the implementation of this PA; and

WHEREAS, the Forest Service invited other parties to consult, including Colorado Council of Professional Archaeologists, Town of Walden Historic Preservation Board, Routt County Historic Preservation Board, Otero County Historic Preservation Advisory Board, Park County Historic Preservation Advisory Commission, Pueblo Historic Preservation Commission, Saguache Historic Preservation Commission, Colorado Springs Historic Preservation Board, Denver Landmark Preservation Commission, Florence Historic Preservation Commission, Buena Vista Historic Preservation Commission, Historic St. Elmo and Chalk Creek Canyon, Inc., Chaffee County Heritage Area Advisory Board, Castle Rock Historic Preservation Board, Cripple Creek Historic Preservation Commission, La Veta Historic Preservation Commission, Leadville Historic Preservation Commission, Manitou Springs Historic Preservation Committee, Salida Historic Preservation Commission, City of Woodland, Park County Department of Heritage, Tourism and Community Development, City of Pagosa Springs, La Plata County. The Park County Department of Heritage, Tourism and Community Development has elected to participate as concurring parties. Notwithstanding any decision by these other parties to decline to participate as concurring parties, the Forests shall continue to consult with these parties through the implementation of this PA; and

WHEREAS, the Forest Service has consulted with Colorado State Preservation Officer

(SHPO) pursuant to 36 CFR 800.14(b); and

WHEREAS, the Forest Service has notified the Advisory Council on Historic Preservation (ACHP) according 36 CFR 800.6(a)(l) and the ACHP by letter dated March 29, 2017 and the ACHP has elected not to participate;

NOW, THEREFORE, the Forest Service and SHPO agree that landscape vegetation management undertakings and subsequent implementation projects within the Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, and San Juan National Forest shall be governed by the following stipulations in order to take into account the effects of the undertaking on historic properties.

# Contents

I. SCOPE .......... 5
II. PROFESSIONAL STANDARDS AND QUALIFICATIONS .......... 6
III. INTERNAL COORDINATION .......... 7
IV. CONSULTATION WITH TRIBES, LOCAL GOVERNMENTS, AND THE PUBLIC .......... 7
V. COMPLIANCE PROCEDURES TO BE COMPLETED PRIOR TO SIGNING ENVIRONMENTAL DOCUMENT .......... 8
VI. COMPLIANCE PROCEDURES FOR IMPLEMENTATION PROJECTS .......... 9
VII. ANNUAL REPORT AND REVIEW .......... 12
VIII. POST-REVIEW DISCOVERIES .......... 12
IX. EMERGENCIES .......... 13
X. CONFIDENTIALITY .......... 13
XI. DISPUTE RESOLUTION .......... 13
XII. PARTICIPATION OF OTHER COLORADO NATIONAL FORESTS TO THE AGREEMENT. .......... 14
XIII. AMENDMENTS .......... 14
XIV. TERMINATION .......... 14
XV. DURATION .......... 15
SIGNATORIES .......... 16
Appendix A: Screened Undertaking Activities .......... 22
Appendix B: Definitions .......... 24
Appendix C: Field Survey Strategy .......... 28
Appendix D: Site Protection Measures .......... 31
Appendix E: Checklist for Implementation Projects .......... 33

The Forest Service shall ensure that the following stipulations are met.

## I. SCOPE

A. Applicability. This agreement can be applied to landscape vegetation management undertakings that may be implemented in phases spanning more than one fiscal year and when effects on historic properties may not be fully determined prior to the approval of the undertaking because on-the-ground treatment locations are not identified at the time the National Environmental Policy Act (NEPA) document is signed.

Landscape vegetation management undertakings may be carried out for a variety of purposes, including but not limited to, fuels reduction, fuel wood sales, watershed and forest health improvement, tree planting, habitat improvement, road-work associated with landscape projects, restoration around facilities and known historic properties. Regardless of the purpose and need, the implementation of these undertakings is often similar in that they consist of mechanical treatments, hand treatments, prescribed burning and associated road work. Activities associated with the implementation of landscape undertakings may include, but are not limited to, the following:

i. *Mechanical Treatments*. Mechanical treatments are those that utilize heavy mechanized equipment to fell and remove trees. Equipment used will vary from project to project but can include feller-bunchers, other large wheeled or track vehicles, skidders to push felled trees into larger piles, backhoes, mowers, or hydro axes.

ii. *Hand Treatments*. Hand thinning treatments rely on hand tools like chainsaws and do not include the use of heavy mechanized equipment.

iii. *Prescribed Burning*. Prescribed burning includes low to moderate intensity fires associated with broadcast burning and pile burning.

iv. *Transportation System Work*. Road work can be anticipated when the existing road systems aren't adequate to support landscape vegetation management work, or when removing part of a road system aids in restoration. Road work may include: road maintenance or rehabilitation including ripping, re-contouring, re-seeding, adding or removing drainage features and erosion controls.

Potential landscape vegetation management undertaking activities are listed below and are further described in the definitions section of the PA (Appendix B):

- branch pruning
- cable commercial/non-commercial timber harvest
- cut and chip
- cut and chunk
- cut, hand pile, and burn
- cut, mechanical pile, and burn

- drag line
- ground based commercial/non-commercial timber harvest
- helicopter commercial/noncommercial timber harvest
- application of insecticide spray or semiochemical treatment
- thinning from below

B Screened Undertaking Activities. Certain activities may be conditioned to minimize their potential to adversely affect historic properties and can be exempt from further review and consultation (Appendix A). Forest Service Heritage Professionals, meeting the professional qualifications as described below, shall review the proposed activity to determine whether it meets the exemption classification as outlined by Appendix A. Only Forest Service Heritage Professionals are authorized to determine whether an activity is exempt from further review and consultation. In consultation with SHPO, Tribes and other consulting parties, the Forest Service may propose other classes of screened undertakings and Appendix A may be revised following agreement by these parties. Such revision will not require formal amendment to the PA.

C. Unusual or Controversial Projects. If the Forest agency official, in consultation with the Heritage Professional, determines through the NEPA scoping that a proposed project has elements that are too unusual or too controversial to be covered by the stipulations in this PA, or if requested by a Tribe or local government (LG), the Forest will follow the process specified in federal regulations, "Protection of Historic Properties" (36 CFR §§ 800.3 through 800.6) to comply with Section 106 for that proposed undertaking.

D. Lead Agency. If the Forest Service designates itself lead agency, as allowed in 36 CFR 800.2(a) (2), the stipulations of this PA may be used to meet the collective responsibilities of the Forest Service and the designating agency. Those Federal agencies that do not designate a lead Federal agency remain individually responsible for their compliance under Section 106.

## II. PROFESSIONAL STANDARDS AND QUALIFICATIONS

A. Definitions. The definitions provided at 36 CFR 800.16 are applicable throughout this PA.

B. Professional Qualifications. The Forest Service Heritage Professional is an individual who meets, at a minimum, the standards set forth in Forest Service Manual 2360 and the provisions of the Office of Personnel Management Operating Manual for Qualifications X-118, and/or the Secretary of the Interior's Standards and Guidelines for Archaeology and Historic Preservation, Professional Qualifications for Archeologists and/or Historians (48 FR 190:44716-44742).

C. Documentation Standards. Written documentation of activities prescribed by this PA shall conform to the Secretary of the Interior's *Standards and Guidelines for Archeology and Historic Preservation* (48 FR 44716-44740) and the Office of Archaeology and Historic Preservation's *Colorado Cultural Resource Survey Manual Guidelines for Identification:*

*History and Archaeology.*

D. Curation Standards. The Forest shall ensure that the materials and records resulting from the activities prescribed by this PA are curated in accordance with 36 CFR 79.

## III. INTERNAL COORDINATION

A. Project Planning. Forest Service Heritage Professionals will be engaged in all aspects of project planning process, including early scoping, to ensure cultural resources are considered in planning and design. The Forest shall ensure coordination between staff throughout each implementation phase of the undertaking pursuant to the terms of this PA.

B. Roles.

*i. Forest Service.* In this agreement, Forest Service is used when referring to actions or responsibilities of the agency, or when referring to the collective actions or responsibilities of the participating Forests.

*ii. Forest.* In this agreement, Forest is used when referring to individual participating agency management units (e.g., San Juan National Forest).

*iii. Agency Official.* The agency official for NHPA Section 106 will coincide with the responsible official who signs the NEPA document for the undertaking, this may be the District Ranger, Forest Supervisor, or Regional Forester.

*iv. Forest Service Heritage Professionals.* Forest Service Heritage Professionals shall oversee Section 106 of the NHPA compliance conducted under this PA and shall make recommendations to the agency official regarding the protection of historic properties.

## IV. CONSULTATION WITH TRIBES, LOCAL GOVERNMENTS, AND THE PUBLIC

A. Initial Outreach for Landscape Vegetation Management Undertakings. The Forest shall use the NEPA scoping process for undertakings subject to the terms of this PA to help identify consulting parties and interested parties, and communicate with the public as required in 36 CFR 800.3(e)-(f).

B. Tribal Consultation. The Forest shall consult with Indian tribes that attach traditional religious and cultural significance to historic properties that may be affected by the undertaking and to determine if any historic properties of cultural or traditional importance are present within the area of potential effect.

i. Once an undertaking is identified, the Forest will send a consultation letter to tribes describing the undertaking and requesting their participation to consult on subsequently phased implementation projects.

ii. For those undertakings that tribes request to participate in consultation, the Forest shall send a notification package as described below in Stipulation V.B, and a consultation letter after each identification stage conducted for an implementation project. The letter shall summarize results of the identification and request their feedback.

iii. If during consultation it is determined that an implementation project may affect a property identified by a tribe as having traditional cultural or religious significance, the Forest shall consult further with the tribe regarding the assessment of effects, and the resolution of adverse effects, if applicable, with respect to the property.

iv. The Forest shall also invite Indian tribes to participate in consultation through annual meetings or similar means throughout the life of the undertaking. The intent of this consultation is to discuss proposed implementation projects subject to the terms of this PA in the near term and to identify areas of potential importance and/or previously recorded significant sites to Indian tribes.

C. Local Government and Public Consultation. During the NEPA scoping process, the Forest will ensure that representatives of local government and are invited to consult on the undertaking and subsequent phased implementation projects. Once an undertaking is identified, the Forest Service will send notification letters to local governments, and other interested public identified through NEPA scoping, informing them of the undertaking and requesting their participation to consult on subsequently phased implementation projects.

## V. COMPLIANCE PROCEDURES TO BE COMPLETED PRIOR TO SIGNING ENVIRONMENTAL DOCUMENT

A. Area of Potential Effect. As the Forest identifies a landscape vegetation management undertaking, the Forest shall determine and document the area of potential effect (APE). The Forest shall use the NEPA analysis area as the APE for the undertaking given it is sufficiently broad enough to consider the full geographic extent of the undertaking's potential direct, indirect, and cumulative effects on historic properties. The APE will be refined once individual implementation projects are identified (see below, Stipulation VI.A).

B. Notification.

i. The Forest must send notification to SHPO to use the streamlined process of this PA.

ii. The Forest shall send a notification package to SHPO and tribes who have expressed interest per Stipulation IV.B.ii prior to the signing of a NEPA document for any given landscape vegetation management undertaking processed under this PA. The notification package will include an Initial Cultural Resource Report with the following components from the Colorado Office of Archaeology and Historic Preservation (OAHP) Survey Manual Guidelines:

- Title Page, Abstract, and Introduction

- Environment
- Culture History and Previous Work
- Research Design
- Class I Results
- Map of the APE showing High Site Probability Areas, as identified using criteria outlined in Appendix C.

Upon receipt the SHPO shall assign a tracking number to the Forest for the undertaking. The Forest will include the SHPO tracking number on all subsequent submissions including addenda and final reports.

C. Implementation Projects. The Forest will complete NHPA Section 106 on implementation projects using the compliance procedures below.

## VI. COMPLIANCE PROCEDURES FOR IMPLEMENTATION PROJECTS

The compliance procedures for implementation projects may be tracked using the checklist in Appendix E.

A. Refining the APE for Implementation Projects. The APE will be refined for each implementation project. Implementation projects are defined once the location of treatment units are identified. The APE is not limited to National Forest System (NFS) lands and will be based upon direct, indirect, and cumulative effects and is documented as the geographic area or areas within which an undertaking may directly or indirectly cause alterations in the character or use of historic properties, if any such properties exist. The APE is influenced by the scale and nature of an undertaking and may be different for different kinds of effects caused by the undertaking (36 CFR 800.16(d)). The APE for direct effects is the area within which historic properties may sustain physical alteration or destruction as a result of the implementation project. The APE for indirect effects on historic properties considers visual, audible, and atmospheric elements that could diminish the integrity of historic properties for which setting, feeling, and/or association are aspects of such integrity.

B. Identification and Evaluation. As specific aspects or locations of an implementation project(s) are refined or access is gained, the agency official shall proceed with the identification and evaluation of historic properties in accordance with 36 CFR 800.4(b)(1) and (c). Identification will follow the survey strategy as outlined by Appendix C.

> i. For blow down situations where ground disturbance is severely limited due to downed timber, the Forest will conduct Class III survey after the undertaking has been implemented in the blow down areas. The survey will follow the strategy outlined in Appendix C, section I.A in that the survey will focus on high site probability areas. All post-implementation survey will be reported in an Addendum Report per the process outlined in VI.C.

C. Determination of Eligibility and Finding of Effect.
An Addendum Report(s) shall be completed for implementation projects. Addendum Reports shall be submitted to SHPO prior to project implementation. Addendum Reports for implementation projects will reference the Initial Cultural Resource (Notification) Report. Addendum Reports shall include an introductory paragraph or cover letter stating the report is a phased component of the landscape undertaking and that consultation shall occur under the terms of this PA.

Addendum Reports will include the SHPO Tracking Number assigned the landscape undertaking. There is no need to duplicate information already provided in the Initial Cultural Resource Report in the individual Addendum Reports unless the Forest Service Heritage Professional identifies a need to update components (e.g., Environment, etc.) based on the location of a specific implementation project. Addendum Reports shall include a Cultural Resources Survey Management Form and a description of:

- Field Methods
- National Register of Historic Places evaluations (NRHP)
- Evaluation of survey strategy or predictive models (i.e., analysis of resources found in high or low site probability areas)
- Results and Recommendations will include a comprehensive assessment of direct, indirect and cumulative effects, actions to avoid, minimize or mitigate adverse effects to historic properties (e.g., Standard Site Protection Measures listed in Appendix D), and area(s) that require post-implementation survey.

For undertakings where tribes, local governments, or other parties are participating in consultation, the Forest shall send a letter to the interested tribes and parties after the identification stage of each implementation project. The letter shall summarize results of the identification and request their feedback, as stated in Stipulation IV. Feedback from tribes and other parties may require additional consultation. Upon request, Addendum Reports may be sent to tribes, local governments, and other parties participating in consultation on the undertaking and phased implementation projects.

*i. Limited Finds.* All limited finds surveys will be reported using the same process outlined in the Limited Finds PA. The Limited Finds PA process will be used throughout the duration of this PA, regardless of whether the Limited Finds PA has expired. Forests signatory to this agreement but not a signatory to the Limited Finds PA shall follow Stipulation VI.C(ii) outlined in this PA to meet NHPA 106 reporting requirements.

*ii. No Historic Properties Affected.* If no historic properties are present, or if they are present but will not be affected by activities associated with the undertaking, the Forest will make a determination of "No Historic Properties Affected". If SHPO does not respond within 10 business days of receipt of an adequately documented determination and finding, the Forest may assume the SHPO has no comment and proceed with the undertaking.

*iii. No Adverse Effect.* If a proposed undertaking may affect a historic property, but the

effects will not diminish the aspects of integrity or the characteristics that make the property eligible for the NRHP because the properties will either be avoided or protected using Standard Site Protection Measures listed in Appendix D, the Forest will make a determination of "No Adverse Effect," as defined in 36 CFR 800.6(b). If SHPO does not respond within 30 calendar days of receipt of an adequately documented determination and finding the Forest may assume the SHPO has no comment and proceed with the undertaking if consultation is complete with tribes, local governments, or other interested parties.

*iv. Adverse Effect.* If a proposed undertaking alters, directly or indirectly, any of the aspects of integrity or characteristics of a historic property that qualify it for inclusion in the NRHP, the Forest will make a determination of "Adverse Effect". The Forest shall consult with the SHPO, tribes, local governments, or other interested parties to develop and evaluate alternatives or modifications to the proposed undertaking that could avoid, minimize, or mitigate adverse effects on these properties.

If an adverse effect on historic properties is unavoidable, the Forest will document the finding and propose potential mitigation from the list below by sending an Addendum Report to SHPO, consulting tribes, local governments, and other parties. The SHPO will respond within 30 calendar days of receipt of an adequately documented determination and finding.

a. When options from the list below are selected to mitigate an adverse effect, a separate Memorandum of Agreement is not required.
   - Office of Archaeology and Historic Preservation's Historic Resource Documentation Standards for Level I, II, and II Documentation (January 2007).
   - Testing of sites.
   - Interpretation of sites.
   - Data recovery from sites.
   - Rehabilitation of sites, structures or buildings.
   - Removal of trees or other hazards around significant sites.
   - Synthesis of existing data into cultural contexts.
   - Ethnographic studies.
   - Historical or oral history studies.
   - Population/modification/improvement of data in the Natural Resource Manager (NRM), GIS or SHPO databases.
   - Other cultural or historical preservation or research.

b. If a mitigation option is proposed that does not meet the intent of the listed items above, the Forest shall initiate consultation with SHPO, tribes, local governments and other parties to resolve adverse effects using the process set forth in 36 CFR 800.6.

v. If the Forest and SHPO fail to reach agreement on NRHP eligibility, effect and effect resolution, consultation will follow 36 CFR 800.4 through 800.7 as appropriate.

D. Timing of Project Implementation. Project implementation may proceed once all identification, assessment, and resolution of adverse effects (if any) have been completed.

E. Final Cultural Resource Report. A Final Cultural Resource Report shall be sent to SHPO within one year of completing the final Letter Report for the last implementation project completed for any given landscape restoration undertaking. The Final Cultural Resource Report will include an evaluation of the survey strategy, evaluation of Standard Site Protection Treatments, a list of all sites recorded during the landscape restoration project, summary and conclusions from the entire project. A Final Cultural Resource Report may be sent to tribes, local governments and other parties participating in consultation on the undertaking and phased implementation projects, upon request.

## VII. ANNUAL REPORT AND REVIEW

A. Annual Report. Participating Colorado National Forests and Grasslands shall provide all signatories and concurring parties to this PA an annual summary report detailing work completed pursuant to its terms. Forests shall submit their annual reports to the Rocky Mountain Regional Office. The Rocky Mountain Regional Office will compile and share one report with the SHPO and other signatories of this PA.

The report is due to SHPO by March 1. The report can be in letter format. The Annual Report should summarize activities completed under this PA during the previous federal fiscal year (October 1 – September 30), including a list of exempted undertaking activities. The report shall also include information on current project status, such as what undertakings are in progress, and the status and anticipated completion of implementation projects, if known. Such reporting shall include any scheduling changes proposed, any problems encountered, and any disputes and objections received in the efforts to carry out the terms of this PA. The format of the annual report may change upon agreement of signatories, with no need to amend the agreement.

If additional time is necessary to complete the report, the Regional Office shall notify all parties within 30 days after the report is due and propose a revised schedule. The reporting extension will be agreed upon by all parties to this PA. If participating Forests fail to contribute to the annual report by the due date, or request an extension within 30 days after the report is due, the agreement with the non-compliant Forest will then be considered terminated.

## VIII. POST-REVIEW DISCOVERIES

The Forest shall follow procedures under 36 CFR 800.13(b) for post review discoveries if

historic properties are discovered or if unanticipated effects on historic properties are found after the Section 106 consultation on the effects of the undertaking are completed. The Forest will fully comply with NAGPRA regulations at 43 CFR 10.4 in the event of the discovery human remains, funerary objects, and other NAGPRA items. In the event unmarked graves are encountered on land owned by the State of Colorado or on private lands within Colorado, Colorado Revised Statute 24-80-1301-1305: Unmarked Human Graves, shall be followed.

## IX. EMERGENCIES

In the event of an emergency, the Forest will follow procedures defined at 36 CFR 800.12.

## X. CONFIDENTIALITY

To the extent consistent with the NHPA, Section 304, and the Archaeological Resources Protection Act, Section 9(a), cultural resources data will be treated as confidential by all signatories and are not to be released to any party not a signatory to this agreement. Duplication or distribution of cultural resource data from Forest lands by any signatory requires written authorization from the Forest.

## XI. DISPUTE RESOLUTION

Should any signatory or concurring party to this PA object at any time to any actions proposed or the manner in which the terms of this PA are implemented, the Forest shall consult with such party to resolve the objection. If the Forest determines that such objection cannot be resolved, the Forest will:

A. Forward all documentation relevant to the dispute, including the agency proposed resolution, to the ACHP and a copy to the Regional Forester. The ACHP shall provide the agency with its advice on the resolution of the objection within thirty (30) days of receiving adequate documentation. Prior to reaching a final decision on the dispute, agency shall prepare a written response that takes into account any timely advice or comments regarding the dispute from the ACHP, signatories and concurring parties, and provide them with a copy of this written response. The Forest will then proceed according to its final decision.

B. If the ACHP does not provide its advice regarding the dispute within the thirty (30) day time period, the Forest may make a final decision on the dispute and proceed accordingly. Prior to reaching such a final decision, the Forest shall prepare a written response that takes into account any timely comments regarding the dispute from the signatories and concurring parties to the PA, and provide them and the ACHP with a copy of such written response.

C. The Forest's responsibility to carry out all other actions subject to the terms of this PA that are not the subject of the dispute remain unchanged.

## XII. PARTICIPATION OF OTHER COLORADO NATIONAL FORESTS TO THE AGREEMENT.

A. Other Colorado National Forests not currently signatories to this Agreement may request of SHPO to be admitted to this agreement. To be added to this agreement a Forest must:

i. Send a letter to SHPO informing them of the request to be added as a signatory to this agreement. The letter will also contain a list of the proposed tribes, local governments, and interested historic preservation groups the Forest will contact about this agreement and will request SHPO's concurrence with these parties. The Forest shall send a copy of this letter to the Regional Forester.

ii. Send letters explaining the agreement and requesting comments to tribal entities that have traditional ties to the Forest, local governments and interested historic preservation groups as identified in consultation with SHPO. Follow up with phone calls or emails, as necessary, to confirm receipt.

iii. After 30 days send the comments received and proof of consultation to the SHPO and Regional Forester.

iv. After review of the comments and consultation letters, SHPO and the Regional Forester will determine if it is appropriate for the Forest to be added as a Signatory to this agreement.

v. If the Forest is added to the agreement the Regional Forester will send a signature page with the concurring parties' signatures and the signature of the Forest Supervisor to the SHPO. Upon acceptance by SHPO, the Regional Forester will send copies back to all signatories of this agreement and to the ACHP.

B. The participation of a Forest in this agreement is independent of other Forests. If after following dispute resolution process outlined in Stipulation XI, and after consultation with the SHPO, the Regional Forester may recommend the suspension of a Forest without affecting the participation of other Forests.

## XIII. AMENDMENTS

This PA may be amended when such an amendment is agreed to in writing by all signatories. The amendment will be effective on the date a copy signed by all of the signatories is filed with the ACHP.

## XIV. TERMINATION

Any signatory to this PA may initiate termination by providing written notice to the other signatories of their intent. After notification by the initiating signatory, the remaining signatories shall have 90 business days to consult to seek agreement on amendments or any other actions that would address the issues and avoid

termination. Termination of this PA or failure to abide by its terms shall require the Forest Service to comply with 36 CFR 800 with respect to undertakings that would otherwise be reviewed under the terms of this PA.

## XV. DURATION

This PA shall remain in effect for up to 15 years after the date of execution. The Forest Service and SHPO shall re-evaluate the PA every 5 years or as necessary. Signatories shall ensure the PA will be re-evaluated and amended to accommodate any changes to the terms. All signatories will be consulted during the amendment process (see Stipulation XIII).

Execution of this PA and implementation of its terms evidences that the Forest Service has taken into account the effects of the vegetation management undertaking and its implementation projects on historic properties.

In witness thereof, the parties to this PA through their duly authorized representatives have executed this PA on the dates cited below, and certify that they have read, understood, and agreed to the terms and conditions of this PA as set forth therein. The effective date of this PA is the date of the last signatory signature affixed to these pages.

**SIGNATORY:**

UNITED STATES FOREST SERVICE,
ROCKY MOUNTAIN REGIONAL OFFICE

for Maribeth Gustafson 12/8/2017

BRIAN FEREBEE DATE
REGIONAL FORESTER

SIGNATORY:

COLORADO STATE HISTORIC PRESERVATION OFFICE

29 Nov 2017

STEVE TURNER DATE
STATE HISTORIC PRESERVATION OFFICER

INVITED SIGNATORY:

UNITED STATES FOREST SERVICE
SAN JUAN NATIONAL FOREST

Anthony Madrid 11/16/2017

For KARA CHADWICK DATE
FOREST SUPERVISOR

INVITED SIGNATORY:

UNITED STATES FOREST SERVICE
MEDICINE BOW-ROUTT NATIONAL FORESTS AND THUNDER BASIN NATIONAL GRASSLAND

11/27/17

RUSSELL BACON DATE
FOREST SUPERVISOR

INVITED SIGNATORY:

UNITED STATES FOREST SERVICE
PIKE AND SAN ISABEL NATIONAL FOREST AND CIMARRON AND COMANCHE NATIONAL GRASSLANDS

FOR/ [signature] 20 NOV 17

ERIN CONNELLY DATE
FOREST SUPERVISOR

CONCURRING PARTY:

PARK COUNTY DEPARTMENT OF HERITAGE, TOURISM AND COMMUNITY DEVELOPMENT

12-7-2017

MIKE BRAZELL DATE
CHAIRMAN
PARK COUNTY BOARD OF COMMISSIONERS

## Appendix A: Screened Undertaking Activities

Some activities that have limited potential to affect historic properties may be exempt from further review and consultation once screened by the Forest Service Heritage Professional. These activities require no additional consultation beyond documentation in the annual report.

The following landscape vegetation management activities either result in no ground disturbance or are conducted entirely within previously disturbed areas that are not likely to contain intact and distinct soil horizons. The screened undertakings have a low potential to affect historic properties within original depositional contexts to the depth to be excavated and/or modified.

A. Chemical Treatments and Insect Traps

i. Insecticide spraying on single trees and small stands of trees.
ii. Trap tree activities; felled, debarked, hand-piled and burned in previously disturbed burn areas. No heavy machinery is used.
iii. Lethal trap tree activities; felled, pesticide applied. No trees removed and no heavy machinery is used.
iv. Aggregate (trap-out) beetle activities; funnel traps hand-placed in trees.
v. Semiochemical treatments.
vi. Application of pesticides that do not have the potential to affect access to or use of resources by Tribes.

B. Slash Disposal

i. Slash disposal in previously disturbed areas where the slash is piled by hand and burned. Slash is either hand piled for chipping or bucked by hand, loaded on to rubber-tired vehicles and hauled away. This excludes the use of vehicles over vehicle type Class 3.

C. Ladder-fuel Reduction and Pruning Activities

i. Understory removal of non-commercial timber, including aspen and forest enhancement activities, using chainsaws to reduce ladder fuels, break up the continuity of fuel and to improve stand health and resiliency. Slash is either hand piled for chipping or bucked by hand, loaded into rubber-tired vehicles and hauled away. This excludes the use of vehicles over vehicle type Class 3.
ii. Branch pruning activities where selected trees are pruned to improve tree health and resiliency, reduce ladder fuels, and to create defensible space around structures. Slash is either hand piled for chipping or bucked by hand, loaded into rubber-tired vehicles and hauled away. This excludes the use of vehicles over vehicle type Class 3.
iii. Boundary treatments where dead standing trees, down trees, and slash within 100 ft. of the national Forest/private-land boundary are cleared with chainsaws, understory ladder fuels are removed, and lower branches on retained trees are pruned to create a fuel break. Slash is either hand piled for chipping or bucked by hand, loaded into rubber-tired vehicles and hauled away. This excludes the use of vehicles over vehicle type

Class 3.

D. Defensible Space

i. Creation of defensible space around homes and structures through removal of trees, brush, and other vegetation using chainsaws and hand tools, where such activities do not have the potential to affect the integrity of the setting of nearby historic properties. Slash is either hand piled for chipping or bucked by hand, loaded into rubber-tired vehicles and hauled away. This excludes the use of vehicles over vehicle type Class 3.

E. Road/Trail maintenance

i. Routine trail maintenance limited to brushing and light maintenance of existing tread with hand tools. Routine trail clearing of rocks and debris. This would include the removal of fallen trees and branches from the trail. Rock and debris will be hand carried from the trail, and piled without dragging across country. Piles may be left in place, or disposed of by chipping, loaded into rubber-tired vehicles and hauled away. This excludes the use of vehicles over vehicle type Class 3.

ii. Felling and removal of hazard and wind-throw trees from road and trail prisms where deemed necessary for health, safety, or administrative reasons, so long as trees are felled into and removed from existing road or trail prisms (area clearly associated with road construction, from road surface to top of cut and/or toe of fill) where previous disturbance is such that the presence of no known unevaluated cultural resources or historic properties is considered unlikely, and so long as ground disturbance is not allowed off previously disturbed areas associated with road or trail prisms.

iii. Issuance of road-use permits for commercial hauling over existing roads.

iv. Temporary or permanent road closures involving no new ground disturbance.

v. Maintenance or replacements to non-historic (less than 50 years) culverts including placement of rip-rap at inlet and outlets of existing culverts when activities are confined to previously disturbed areas and where there are no historic properties or unevaluated cultural resources and where the culvert itself is not a historic property.

vi. Stockpiling of road related materials in or on existing roads or turnouts.

vii. Installation of roadside safety features such as guardrails, adjacent to existing forest roads, in previously disturbed areas where the road and its features are not historic properties.

F. Other

i. Areas where mowing with a brush hog or similar rubber-tired equipment is proposed, that occurs outside of known historic property boundaries and/or buffer zones as appropriate.

ii. Areas where tree sanitation is proposed, where trees are felled, peeled, piled and removed by hand. No heavy machinery is used and activities occur outside of known historic property boundaries and/or 50 ft. buffer zones as appropriate.

## Appendix B: Definitions

**Black Line:** Black line is a condition where there is no burnable material between the line and the fire edge. Typically, on a prescribed burn a black line strip will be placed between a hand line or road, and the interior of the burn unit before the interior is ignited.

**Blowdown:** When trees are blown down during a natural event, covering the ground surface and resulting in limited ground visibility.

**Branch Pruning**: Selected trees are pruned to remove dwarf mistletoe "witch's brooms" to improve tree health and resiliency, reduce ladder fuels, and to create defensible space around structures. Slash would either be hand-piled for chipping and/or bucked up by hand, and loaded onto rubber tired vehicles to be hauled to designated burn piles for burning. All vehicles used will be one-ton or smaller with rubber tires. Any chippers utilized will be restricted to those which are equipped with rubber tires and are small enough to be pulled by a one-ton vehicle.

**Cable Commercial/Non-commercial Timber Harvest**: In contrast to ground-based methods of timber harvest where a vehicle is moved to the logs and subsequently pulls them to the landing, cable systems use a stationary machine, or yarder, that pulls the logs to the landing by means of steel cables. Cable systems are commonly employed on steep slopes and over soft or wet ground which would pose problems for ground-based equipment.

**Class I Inventory:** A professionally prepared study that includes a compilation and analysis of all reasonably available cultural resource data and literature. Additionally, this study is a management-focused, interpretive, narrative overview, and synthesis of the data.

**Class II Inventory.** Class II inventory is a professionally conducted, statistically-based sample survey designed to aid in characterizing the probable density, diversity, and distribution of cultural resources within a large area. Intensive pedestrian inventory is conducted in limited and discontinuous portions of the project area. Within individual sample units, survey aims, methods, and intensity are the same as those applied in a Class III inventory. A Class II inventory may include an approach that is based on a professional but judgmental strategy that needs to be specifically defined for a project. A Class II inventory may be conducted in several phases, using different sample designs to improve statistical reliability.

**Class III Inventory:** Class III inventory is a professionally conducted, continuous, intensive pedestrian survey of an entire project area aimed at locating and recording all cultural resources. Intensive inventory describes the distribution of properties in an area; determines the number, location and condition of properties; determines the types of properties actually present within the area; permits classification of individual properties; and records the physical extent of specific properties.

**Class 3 Vehicle:** All two-axle, four-tire vehicles, other than passenger cars. Included in this classification are pickups, panels, vans, and other vehicles such as campers, motor homes,

ambulances, hearses, carryalls, and minibuses. Other two-axle, four-tire single-unit vehicles pulling recreational or other light trailers are included in this classification. (Federal Highway Administration, www.fhwa.gov/policyinfomration/mtguide/tm_2013/vehicle-types.cfm). In the Forest Service, common Class 3 vehicles include two and four-wheel drive pickup trucks.

**Cut and Chip**: Actions consisting of contractors, or other parties formally designed as such by the Forest Service who walk to stands from developed roads and utilize chain saws to thin out stands of oak brush, aspen and conifers. Small trees or brush are cut by hand, dropped to the ground, and subsequently sent through a mechanical chipper. The chips are distributed across the ground surface where they are left. All vehicles used will be one-ton or smaller with rubber tires. Any chippers utilized will be restricted to those which are equipped with rubber tires and are small enough to be pulled by a one-ton vehicle.

**Cut and Chunk:** Actions consisting of contractors, or other parties formally designed as such by the Forest Service who cut the trunk of a tree into sections normally 24 inches or less in length and leaving the sections laying directly on the ground with the intent that the bark will dehydrate faster, thereby eliminating the beetle's primary food source.

**Cut, Hand-Pile, and Burn:** Actions consisting of employees, contractors, or other parties formally designed as such by the Forest Service who cut the trunk of a tree into sections small enough to be transported by hand, hand-piling the sections in open areas, then later burning the dried pile during a period when the chance of wildfire is minimal. The intent is to eliminate beetles inhabiting the tree.

**Cut, Mechanical-Pile, and Burn:** Actions consisting of employees or contractors, or other parties formally designed as such by the Forest Service who cut the trunk of a tree into sections of varying lengths, piling the sections in open areas using mechanical equipment, then burning the dried pile during a period when the chance of wildfire is minimal. The intent is to eliminate beetles inhabiting the tree.

**Dozer Line:** A fire line created by a dozer down to mineral soil.

**Drag Line:** A line created by dragging some type of heavy (e.g., steel wheel filled with concrete) device behind usually an ATV or UTV.

**Feller-Bunchers** A motorized vehicle with an attachment that can rapidly cut and gather several trees before felling them. A feller-buncher consists of a standard heavy equipment base with a tree-grabbing device furnished with a chain-saw, circular saw or a shear - a pinching device designed to cut small trees off at the base. The machine then places the cut tree on a stack suitable for a skidder or forwarder, or other means of transport (yarding) for further processing (e.g., de-limbing, bucking, loading, or chipping).

**Fell:** To cut down.

**Foam:** Foam is a surfactant that expands and reduces the tension of water creating blanket that adheres to fuels to extinguish burning areas or to create a wet line to halt fire movement.

**Fuel:** Any living or dead material that will burn.

**Ground Based Commercial/Noncommercial Timber Harvest**: Methods of cutting and transporting logs where the majority of the operations are conducted on the ground surface by mechanical or hand-powered means. Ground-based operations are often less expensive than cable or aerial methods of timber harvest.

**Hand Line:** A fire line created manually down to mineral soil using hand tools such as Pulaski, shovel, etc. Lines are usually 12" to 18" wide and only deep enough to prevent fire from creeping across an organic material.

**Helicopter Commercial/Noncommercial Timber Harvest**: Helicopter logging enables logs to be transported to the landing regardless of terrain and ground conditions, however, production costs are extremely high.
**Heritage Professional.** A Forest Service staff or advisory position with education and expertise in archaeology, history, cultural resource management, or related disciplines. Heritage professionals are in the GS-170-History, GS-190-General Anthropology, and GS-193-Archaeology job series. They provide professional recommendations and services to help land managers meet their Heritage Program responsibilities (Forest Service Manual 2360.5).

**Insecticide Spray**: Chemical pesticides will be used on individual trees and on small stands of trees. Employees walk from developed roads to the infected trees, and apply the chemical by hand. No trees are removed under this activity.

**Landings:** Any place where round timber is stacked or assembled for further transport.

**Manual treatments:** Include, but are not limited to, chainsaw thinning, hand bucking and piling, and spraying of insecticides.

**Masticator:** A specialized cutting head on a piece of equipment used to turn stumps, wood, or other organic material into mulch.

**Mechanical Treatments:** Mechanical treatments include, but are not limited to, the use of heavy mechanized equipment to fell and remove trees. Equipment types used will vary from project to project but can include, among other things, feller-bunchers or other large wheeled or track vehicles, skidders to push felled trees into large piles, backhoes, masticators, and all-terrain vehicles.

**Non-commercial (pre-commercial) Thinning:** Thinning where trees being removed are too small to be sold for conventional wood projects such as lumber. Slash and small diameter wood residues are typically left on site after being cut, or removed as low value biomass product.

**Prescribed Burn**: Activity in which fire is applied generally to most or all of an area within

well-defined boundaries for reduction of fuel hazard as a resource management treatment or both.

**Project Implementation**: For the purposes of this agreement, project implementation means the actual construction, timber sale or other ground disturbing action of the undertaking. Contracting, planning, and landline surveys in preparation of the project are not considered part of the project implementation.

**Reconnaissance Survey:** A non-statistical, special-purpose survey to: 1) develop recommendations about field survey needs in previously un-surveyed areas; 2) check the adequacy of previous surveys; 3) verify assumed conditions that warrants a waiver from a more intensive survey; 4) locate architectural or other high-profile properties. (Forest Service Manual 2363.13a.a)

**Retardant:** Retardant is a chemical liquid that reduces the flammability of fuels or slows their rate of combustion. Usually it is applied aerially, but can be applied on the ground.

**Semiochemical Treatments:** Pheromones distasteful to beetles are placed in the trees to discourage beetles from accessing specific stands of trees.

**Slash:** Branches and other woody material left in an area after tree cutting.

**Stand:** A continuous group of trees sufficiently uniform in age-class distribution, composition, and structure, and growing in a group of sufficiently uniform quality to be a distinguishable unit.

**Staging Area:** An area in which vehicles, equipment or supplies may be parked or driven repeatedly, resulting in ground disturbance.

**Structural Fire Shelter:** A shelter made of fire shelter material used to wrap buildings or other improvements prior to the approach of a fire.

**Thinning From Below:** Thinning from below removes overtopped or suppressed, younger and generally small diameter trees to improve growth, enhance forest health, recover potential mortality, or reduce ladder fuels. This treatment often compliments other activities such as salvage, sanitation, or selection harvest (i.e., limbs, foliage, and tops). Smaller diameter wood residues resulting from treatment would either be hand or machine piled for chipping, burning, or subsequent removal as a biomass product. Removal of slash and other non-commercial material may be accomplished by skidding or forwarding with rubber tired or tracked equipment.

**Treatment Units:** The location of proposed project activity (i.e., implementation project).

**Wet Line:** Wet line is a control line created by putting down water or foam to prevent the spread of fire. It is generally only effective in grass or very light fuels.

## Appendix C: Field Survey Strategy

As specific locations of Implementation Projects are refined, the Forest shall conduct Class II or Class III inventory to identify historic properties. The strategy below may be used, or individual forests may consult with signatories to use alternate strategies or predictive models. If a forest proposes to use something other than the strategy outlined in this appendix, they shall consult with and gain consensus with signatories on their proposed strategy prior to initiating survey.

I. The following areas shall be field surveyed using pedestrian transects within the refined APE of the Implementation Project:

A. Areas of high potential for historic properties:

i. Prehistoric Cultural Resources:

- Areas of known high site density and/or known site locations.
- Ecotonal boundary areas (e.g., areas between canopied and non- canopied areas).
- Areas located within ¼ mile of permanent water sources or natural travel routes associated with mountain passes.
- Geographic features within loosely canopied areas including high points and open views, saddles, terraces, benches and ridges (e.g., hunting corridors).
- South, east and west facing slopes less than 15%. On slopes between 15% - 25%, survey will focus on those areas where ground disturbance is possible because of the use of mechanical equipment for project implementation.
- Areas known to contain geological outcrops of tool stone source material.
- Areas that include old growth Ponderosa pine and or Douglas fir that might contain fire sensitive features such as CMTs and wickiups, and other fire sensitive sites listed below.
- Areas of potential importance as identified during tribal consultation.

ii. Historic Cultural Resources:

- Areas within or in close proximity to bedrock deposits containing precious or marketable metal ores.
- Natural travel corridors for pack trails, wagon trails, stock driveways, auto roads, and/or railroads.
- Areas located within ¼ mile of permanent water sources or areas in proximity to

railroad grades.

- Potential historic cultural resource identified as a result of literature search. The Forest will follow Office of Archaeology and Historic Preservation Survey Manual guidelines with respect to the documentation of historical features including dirt roads, stock ponds, soil perms, fence lines, small irrigation ditches, pastures, or fields unless they are part of a larger site, known to be significant or are named. If the resources are not fully documented, they will be generally described in the survey report.

- Areas that might contain fire sensitive sites, as listed below.

- Areas of potential importance to the public.

B. Areas where ground-disturbing activities are proposed including, but not limited to the following:

i. Any area where machine piling or any other activity using mechanized equipment, including machine piling, wind rowing, mechanical crushing, skid trails where identified, and cutting units where skid trails are not identified.

ii. Road construction.

iii. Water bars and other constructed erosional features.

C. Areas where prescribed fire is proposed:

i. Hand and mechanical control lines.

ii. Staging and safety areas.

iii. Fire sensitive sites, as follows:

a. Known Fire-Sensitive Site Types:

- Historic sites with standing, or down wooden structures or other flammable features or artifacts.
- Rock art sites.
- Cliff dwellings.
- Prehistoric sites with flammable architectural elements and other flammable features or artifacts.
- Culturally modified trees, including aspen art and peeled/scarred trees.
- Certain traditional cultural properties (based on consultation with tribes).

- Other Fire-Sensitive Sites: based on local field conditions, forest-specific concerns, or as recommended as a result of consultation with SHPO staff, tribes, local governments, or other interested parties, fire management staff, fire behavior specialists, or fire effects researchers.

II. The following areas within refined APE of Implementation Projects do not require field survey:

A. Slopes greater than 25% where modeling based on the results of previous survey work in similar settings, and/or where reconnaissance field survey indicates there is no potential for cultural resources such as rock art, rock shelters, and significant mining features.

B. Portions of the APE affected by previous ground disturbance that has modified the surface so extensively that the likelihood of finding cultural resources is negligible.

C. Areas of the APE covered by previous adequate survey. Previous survey (i.e., legacy survey) will be considered adequate if it has been previously reviewed by SHPO, and meets the intent of the guidance in the Secretary of Interior's Standards for Archaeological Documentation and the Advisory Council on Historic Preservation's "Meeting the Reasonable and Good Faith Identification Standard in Section 106 Review". When considering whether previous survey is adequate, Forest Service Heritage Professionals shall rely mostly upon agency guidance put forth in the Forest Service Heritage Program Management Handbook, FSH 2309.12, Chapter 32, Section 11 (Date Approved 04/08/2008):

> Survey data accumulated during the initial years of Forest Service cultural resource management may not meet current standards or conform to modern technologies (for example, GPS coordinates). Field conditions and surface visibility also change. These older data provide useful information for broad-scale land use planning and for cultural resource identification strategies, but do not negate the requirement for further identification and field survey. When reviewing legacy data for planning or project purposes, Heritage professionals should:
>
> - Review past and current survey coverage using project maps, survey designs, transect interval maps, GIS, survey descriptions, photographs, and related field data.
> - Identify those areas with substandard or inadequately documented survey coverage or areas where additional field survey is warranted due to better ground visibility, new cultural resource information, or other relevant factors as identified by the Heritage professional.

Generally, previous intensive field survey shall be considered adequate if the corresponding cultural resource report describes field methods that would be used today and the Forest Service Heritage Professional has confidence in the previous survey. When considering whether a survey is adequate, Heritage Professional should also consider if re-survey is appropriate based on the current undertaking's potential for effects or changed conditions.

## Appendix D: Site Protection Measures

Various combinations of the following protection measures may be approved by the Forest Heritage Professionals to protect historic properties for projects listed in this agreement. Any use of these measures should be reported in addendum reports. Use of these protection measures will generally be considered to result in a no adverse effect finding. Heritage Professionals may approve additional measures to further protect historic properties; additional measures not listed below shall also be discussed in addendum reports.

I. Prescribed Burning

A. Protect fire-sensitive sites:

- Exclude from project area
- Hand line
- Black line
- Wet line
- Foam retardant
- Structural fire shelter
- Remove heavy fuels from site by hand
- Prevent in-situ heavy fuels that cannot be removed from ignition (e.g., flush-cut & bury stumps)
- Implement same protective measures for future maintenance burns.

B. Protect selected other sites from burning (optional).

C. Allow burning over non fire-sensitive sites provided:

- No ignition points within site boundaries
- No staging of equipment within site boundaries
- No slash piles within site boundaries.

D. Allow construction of safety zones and additional lines in 100% surveyed areas, with archaeological monitoring as appropriate to assure historic properties are avoided.

II. Thinning, Hand, and Mechanical Treatments

A. No treatments or ground disturbance within site boundaries -or- Allow treatments within site boundaries, provided:

- Cutting is accomplished using hand tools only
- Large diameter trees are felled away from all features
- Materials removed from the site are removed by hand
- No dragging of logs, trees, or thinned material across or within site boundaries.

B. No use of vehicles or other mechanized equipment within site boundaries.

C. No staging of equipment within site boundaries.

D. No slash piles within site boundaries.

III. Fuelwood

A. No fuelwood cutting or vehicles within site boundaries -or- Allow fuelwood cutting within sites provided that:

- No vehicles allowed within site boundaries
- No dragging of logs, trees, or cut material across or within site boundaries
- Materials removed from the site are removed by hand.

B. Allow fuelwood cutting in areas of large, continuous, low-density artifact scatters that cover large portions of a landscape provided that:

- All features and artifact concentrations are recorded and avoided
- Use of vehicles is prohibited during wet ground conditions
- Periodic monitoring is used to assess impacts and if impacts are noted, fuelwood cutting will be prohibited in the area.

IV. Activities Involving Hazardous Tree Removal, Grapple Piling, Mechanical Treatment, Skid Trails and Landing Areas

A. No mechanical treatment will occur within the site boundary of a historic property, plus a 50 foot buffer around the site. If treatment is necessary, these sites and the 50 foot buffer will be hand-treated.

V. Activities Involving Road Construction, Temporary Road Construction, Fire Control Lines, and Skid Trails

A. A 50 foot buffer around the historic properties will be established. The road control line will be moved to avoid the site and the 50 foot buffer area. If the undertaking consists of construction and there is the potential for unidentified buried cultural remains, the location will be moved to avoid the site and the construction activities in the area will be monitored by an archaeologist.

## Appendix E: Checklist for Implementation Projects

This internal checklist can be used to track information to include in Addendum Reports. It may also be used to communicate implementation project status with project managers.

1. Refine the APE for the implementation project.

2. Update the Class I. Identify previously surveyed areas and previously recorded cultural resources within the refined APE.

3. Are there updates to the following components of the Initial Cultural Resource Report? If yes, provide update in the Addendum Report.

| | |
|---|---|
| | Environment |
| | Culture History |
| | Research Design |
| | Class I Results |
| | Field Methods |
| | Evaluation of Hi/Mod/Low probability areas |

4. Have NRHP evaluations been adequately completed for all cultural resources known in the implementation project APE?

| | |
|---|---|
| | No. Proceed with evaluations. |
| | Yes. Proceed with next step. |

5. Have potential adverse effects to historic properties been identified? Consider indirect effects, and cumulative effects in relation to other implementation projects.

| | |
|---|---|
| | No, because historic properties have not been identified in the APE. Proceed to next step. |
| | Yes, but Site Protection Measures CAN be prescribed to eliminate the potential for adverse effect. Follow process in PA. |
| | Yes, but Site Protection Measures CANNOT be prescribed to eliminate the potential for adverse effects. Resolution of adverse effect will proceed per the PA. |

6. The recommendation of effect for this project is:

| | |
|---|---|
| | No Historic Properties Affected |
| | No Adverse Effect |
| | Adverse Effect |

7. When NRHP evaluations and effects assessments have been completed for all cultural resources identified within the APE of the implementation project, an Addendum Report shall be written and submitted for consultation prior to project implementation.

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

---

**File Code:** 2360
**Date:** February 20, 2020

Timothy Nuvangyaoma
Chairman
The Hopi Tribe
P.O. Box 123
Kykotsmovi, AZ 86039

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Chairman Nuvangyaoma:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Stewart Koyiyumptewa
Director, Hopi Cultural Preservation Office
The Hopi Tribe
P.O. Box 123
Kykotsmovi, AZ 86039

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Koyiyumptewa:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Lee Wayne Lomayestewa
Repatriation Coordinator, Hopi Cultural Preservation Office
The Hopi Tribe
P.O. Box 123
Kykotsmovi, AZ 86039

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Lomayestewa:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Levi Pesta
President
Jicarilla Apache Nation
P.O. Box 507
Dulce, NM 87528

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear President Pesta:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Jeff Blythe
THPO, Office of Cultural Affairs
Jicarilla Apache Nation
P.O. Box 1367
Dulce, NM 87528

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Dr. Blythe:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Joseph Aguilar
Governor
Kewa Pueblo
P.O. Box 99
Santo Domingo Pueblo, NM 87052

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Aguilar:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**

The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**

This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture
Forest Service
Mancos/Dolores Ranger District
29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Brian Coriz
NAGPRA Contact
Kewa Pueblo
P.O. Box 99
Santo Domingo Pueblo, NM 87052

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Coriz:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Jonathan Nez
President
Navajo Nation
P.O. Box 7440
Window Rock, AZ 86515

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear President Nez:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**

The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**

I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

William Tsosie
Archaeologist, Navajo Nation Historic Preservation Department
Navajo Nation
P.O. Box 4950
Window Rock, AZ 86515

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Tsosie:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**

The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**

This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Richard Begay
Department Manager, Navajo Nation Historic Preservation Department
Navajo Nation
P.O. Box 4950
Window Rock, AZ 86515

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Begay:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**

The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**

I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Tamara Billie
Senior Archaeologist, Navajo Nation Historic Preservation Department
Navajo Nation
P.O. Box 4950
Window Rock, AZ 86515

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Ms. Billie:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture Forest Service Mancos/Dolores Ranger District 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Ron Lovato
Governor
Ohkay Owingeh
P.O. Box 1099
San Juan, NM 87566

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Lovato:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA),* which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

John Cruz
THPO
Ohkay Owingeh
P.O. Box 1532
San Juan, NM 87566

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Cruz:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Brian Vallo
Governor
Pueblo of Acoma
P.O. Box 309
Pueblo of Acoma, NM 87034

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Vallo:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Todd Scissions
THPO, Historic Preservation Office
Pueblo of Acoma
P.O. Box 309
Pueblo of Acoma, NM 87034

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Scissions:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture Forest Service Mancos/Dolores Ranger District 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Eugene Herrera
Governor
Pueblo de Cochiti
P.O. Box 70
Cochiti, NM 87072

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Herrera:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Jay Pecos
NAGPRA Representative, Department of Natural Resources
Pueblo de Cochiti
P.O. Box 70
Cochiti, NM 87072

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Pecos:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Max Zuni
Governor
Pueblo of Isleta
P.O. Box 1290
Isleta, NM 87022

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Zuni:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Henry Walt
THPO
Pueblo of Isleta
P.O. Box 1290
Isleta, NM 87022

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Dr. Walt:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture Forest Service Mancos/Dolores Ranger District

29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Daniel Waseta
Cultural Affairs Committee, NAGPRA Contact
Pueblo of Isleta
P.O. Box 1290
Isleta, NM 87022

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Waseta:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**

The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**

This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture
Forest Service
Mancos/Dolores Ranger District
29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

David Toledo
Governor
Pueblo of Jemez
P.O. Box 100
Jemez Pueblo, NM 87024

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Toledo:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,



DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Christopher Toya
Traditional Cultural Properties Project Manager
Pueblo of Jemez
P.O. Box 100
Jemez Pueblo, NM 87024

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Toya:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture
Forest Service
Mancos/Dolores Ranger District
29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Willfred Herrera, Jr.
Governor
Pueblo of Laguna
P.O. Box 194
Laguna, NM 87026

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Herrera, Jr.:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**

The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**

This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Conrad Lucero
THPO
Pueblo of Laguna
P.O. Box 194
Laguna, NM 87026

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Lucero:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,



DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Arnold Garcia
Lt. Governor
Pueblo of Nambe
15A NP 102 West
Santa Fe, NM 87506

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Garcia:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Phillip Perez
Governor
Pueblo of Nambe
Route 1, Box 117-BB
Santa Fe, NM 87506

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Perez:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Craig Quanchello
Governor
Pueblo of Picuris
P.O. Box 127
Penasco, NM 87553

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Quanchello:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Jeff Atencio
NAGPRA Representative
Pueblo of Picuris
P.O. Box 127
Penasco, NM 87553

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Atencio:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**

The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**

This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Joseph Talachy
Governor
Pueblo of Pojoaque
78 Cities of Gold Road
Santa Fe, NM 87506

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Talachy:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**

The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**

This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Brian Bernstein
THPO, Poeh Museum and Cultural Center
Pueblo of Pojoaque
78 Cities of Gold Road
Santa Fe, NM 87506

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Dr. Bernstein:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,



DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Anthony Ortiz
Governor
Pueblo of San Felipe
P.O. Box 4339
San Felipe Pueblo, NM 87001

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Ortiz:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**

The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**

This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Pinu'u Stout
Director, Department of Natural Resources
Pueblo of San Felipe
P.O. Box 4339
San Felipe Pueblo, NM 87001

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Ms. Stout:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,



DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Daryl Candelaria
Tribal Administrator, NAGPRA Contact
Pueblo of San Felipe
P.O. Box 4339
San Felipe Pueblo, NM 87001

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Candelaria:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture Forest Service Mancos/Dolores Ranger District
29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Ricardo Ortiz
THPO
Pueblo of San Felipe
P.O. Box 4339
San Felipe Pueblo, NM 87001

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Ortiz:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**

The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**

This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Perry Martinez
Governor
Pueblo de San Ildefonso
02 Tunyo Po
Santa Fe, NM 87506

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Martinez:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA),* which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture Forest Service Mancos/Dolores Ranger District 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Timothy Martinez
NAGPRA Contact
Pueblo de San Ildefonso
02 Tunyo Po
Santa Fe, NM 87506

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Martinez:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Joseph Aguilar
Tribal Historic Preservation Officer
Pueblo de San Ildefonso
02 Tunyo Po
Santa Fe, NM 87506

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Aguilar:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture Forest Service Mancos/Dolores Ranger District 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Isaac Lujan
Governor
Pueblo of Sandia
481 Sandia Loop
Bernalillo, NM 87004

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Lujan:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,



DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Frank Chaves
Environmental Department Director
Pueblo of Sandia
481 Sandia Loop
Bernalillo, NM 87004

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Chaves:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**

The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**

I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture Forest Service Mancos/Dolores Ranger District
29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Timothy Menchego
Governor
Pueblo of Santa Ana
Two Dove Road
Santa Ana Pueblo, NM 87004

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Menchego:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,



DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Timothy Menchego
Cultural Resource Coordinator
Pueblo of Santa Ana
Two Dove Road
Santa Ana Pueblo, NM 87004

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Menchego:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**

The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**

I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Michael Chavarria
Governor
Pueblo of Santa Clara
P.O. Box 580
Espanola, NM 87532

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Chavarria:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Ben Chavarria
THPO
Pueblo of Santa Clara
P.O. Box 580
Espanola, NM 87532

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Chavarria:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**

The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**

This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Milton Herrerra
Governor
Pueblo of Tesuque
Route 42, Box 360-T
Santa Fe, NM 87506

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Herrerra:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Bernard Mora
THPO
Pueblo of Tesuque
Route 42, Box 360-T
Santa Fe, NM 87506

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Mora:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Antonio Medina
Governor
Pueblo of Zia
135 Capitol Square Drive
Zia Pueblo, NM 87053

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Medina:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Scott Pino
NAGPRA Representative
Pueblo of Zia
135 Capitol Square Drive
Zia Pueblo, NM 87053

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Pino:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**

The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**

This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,



DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Deborah Aniyaibe
Pueblo of Zia
135 Capitol Square Drive
Zia Pueblo, NM 87053

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Ms. Aniyaibe:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**

The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**

This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**

The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Richard Aspenwind
Governor
Taos Pueblo
P.O. Box 1846
Taos, NM 87571

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Aspenwind:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Richard Archuleta
War Chief
Taos Pueblo
P.O. Box 1846
Taos, NM 87571

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Archuleta:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

George Tack
War Chief Secretary
Taos Pueblo
P.O. Box 1846
Taos, NM 87571

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Tack:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Christine Baker Sage
Chairwoman
Southern Ute Indian Tribe
P.O. Box 737
Ignacio, CO 81137

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Chairwoman Baker Sage:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**

The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**

This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Cassandra Atencio
NAGPRA Coordinator, Southern Ute Cultural Department
Southern Ute Indian Tribe
P.O. Box 737
Ignacio, CO 81137

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Ms. Atencio:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture Forest Service Mancos/Dolores Ranger District

29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Garrett Briggs
Southern Ute Cultural Department
Southern Ute Indian Tribe
P.O. Box 737
Ignacio, CO 81137

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Briggs:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Shaun Chapoose
Chairman, Uintah and Ouray Tribal Business Committee
Ute Indian Tribe
P.O. Box 190
Ft. Duchesne, UT 84026

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Chairman Chapoose:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA),* which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture
Forest Service
Mancos/Dolores Ranger District
29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Betsy Chapoose
NAGPRA Representative
Ute Indian Tribe
P.O. Box 190
Ft. Duchesne, UT 84026

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Ms. Chapoose:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,



DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Harold Cuthair
Chairman
Ute Mountain Ute Tribe
P.O. Box JJ
Towaoc, CO 81334

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Chairman Cuthair:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**

The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**

This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,



DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture Forest Service Mancos/Dolores Ranger District

29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Terry Knight, Sr.
THPO
Ute Mountain Ute Tribe
P.O. Box 468
Towaoc, CO 81334

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Knight, Sr.:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**

The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**

This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture Forest Service Mancos/Dolores Ranger District

29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Nikki Shurack
Tribal Archaeologist
Ute Mountain Ute Tribe
P.O. Box 468
Towaoc, CO 81334

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Ms. Shurack:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Val Panteah, Sr.
Governor
Zuni Pueblo
P.O. Box 339
Zuni, NM 87327

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Governor Panteah, Sr.:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**
The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**
This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,



DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture
Forest Service
Mancos/Dolores Ranger District
29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Gerald Hooee
Councilman
Zuni Pueblo
P.O. Box 339
Zuni, NM 87327

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Hooee:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**

The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**

This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**

The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**

I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

USDA United States Department of Agriculture Forest Service Mancos/Dolores Ranger District

29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** February 20, 2020

Kurt Dongoske
Acting Director, Historic Preservation
Zuni Pueblo
P.O. Box 1149
Zuni, NM 87327

RE: Salter Vegetation Management Project, San Juan National Forest, Dolores Ranger District

Dear Mr. Dongoske:

The San Juan National Forest (SJNF), Dolores Ranger District (DRD), is proposing the Salter Vegetation Management Project, which comprises vegetation management activities across approximately 35,000 acres of National Forest System land within the DRD. The project area is located approximately 20 miles northeast of the Town of Dolores, Colorado. Proposed treatment areas are located in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. Please refer to the attached information package for a location map for the proposed project.

**Purpose and Need**

The purpose for the action being analyzed is to: 1) improve the resilience and/or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks, 2) increase the structural diversity of the ponderosa pine forest represented across the landscape, and 3) provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**

This project proposes to use mechanical and hand thinning techniques and a range of silvicultural prescriptions to lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove dead and infested bark beetle trees within the project area. Silvicultural prescriptions to be applied would be based on the stand conditions at the time of project implementation. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor. Activity-generated fuels would be burned to reduce duff, exposing bare soil and created improved conditions for new seedlings to establish.

Other associated activities would include slash treatment, temporary road construction and obliteration, maintenance and reconstruction of existing Forest Service system roads, and installation of wildlife water providers (i.e. guzzlers).

Please see the attached project information package for additional information about the current and desired conditions within the project area and the proposed action.

**Cultural Resources Analysis and Tribal Consultation**
The DRD is committed to our trust responsibilities with tribes and is inviting you to consult regarding the proposed project. The package enclosed for your review includes a project map and additional project information.

The review of the proposed project under Section 106 of the National Historic Preservation Act will be completed pursuant to the terms of the *Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA)*, which was signed on December 8, 2017.

The PA outlines the process by which tribes will be consulted for the proposed project. This letter constitutes the first step in consultation pursuant to the PA. Tribes that request to participate in consultation on the proposed project will be sent a project notification package, which includes a detailed literature review summarizing known cultural resources and past cultural resources inventories within the project area. As implementation projects (e.g. timber sales) are identified within the project area, the DRD will conduct literature reviews specific to each project area and will conduct additional cultural resources inventories as needed to ensure that all areas of proposed ground disturbance are inventoried. Once these reviews and/or inventories are completed, the DRD will conduct additional consultation with tribes that have requested to continue consultation. The participating tribes will have the opportunity to consult and comment at each step in the process.

**Contacts**
I appreciate your time and consideration in this matter. If you would like to consult on this project, please contact me at derek.padilla@usda.gov or (970) 882-6834.

For questions about cultural resources within the proposed project, please contact Liz Cutright-Smith, Dolores District Archaeologist, at elisabeth.cutrightsmith@usda.gov or (970) 882-6833.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter Vegetation Management Project Information Package

# Salter Vegetation Management Project Information Package

The Forest Service is seeking your input and ideas regarding a vegetation management proposal on the Dolores Ranger District of the San Juan National Forest (SJNF). Our proposal identifies vegetation management across roughly 35,000 acres. This letter and attached maps provide you with detailed information about the purpose and need, the proposed action, and the decision framework.

**Project Area**

The project area is located on the Dolores Ranger District approximately 20 miles northeast of Dolores, Colorado (figure 1). Proposed treatment areas are in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. The project is bordered in multiple locations by state and private lands; the Dolores River and McPhee Reservoir on the west; and the West Dolores and Dolores Rivers on the east. The project area is located on suitable timber lands within Management Area 5. Management Area 5 emphasizes active management and commodity production in order to meet multiple use goals. The legal description of the project area is: T39N R16W portions of Sections: 10, 11, 12, 13, 14, 15, 23, 24, 25, 26, 35, 36; T39N R15W portions of Sections: 8, 9, 10, 11, 14, 15, 16, 17, 19, 20, 21, 22, 27, 28, 29, 30, 31, 32, 33, 36; T38N R15W portions of Sections: 1, 2, 3, 4, 5, 10, 11, 12, 13, 14, 15, 22, 23, 24, 25, 26, 27, 34, 35, 36; T39N R14W portions of Sections: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35; T40N R14W portions of Sections: 34, 35, 36; T38N R14W portions of Sections: 2, 3, 4, 5, 6, 7, 8, 9, 16, 17, 18, 19, 20, 29, 30, 31, 32; T37N R15W portions of Section: 1 and; T37N R14W portions of Sections: 5, 6, 7.

The project area has been broken into five individual treatment blocks based on geographical location and transportation system (i.e., Salter, Plateau, Carlyle, Turkey Knoll, and Boggy Draw). Each treatment block has been further divided into subunits for greater site-specific refinement for treatment prescriptions, topography, and transportation systems.

Elevations in the analysis area ranges from 7,800 feet at the southwestern end of the analysis area, to 8,800 feet on the northern end. The topography of the treatment area is predominately mesa top with southwest aspect. Slopes range from 0 to approximately 20 percent, with steeper draws and canyons which intersect the project area throughout.

The dominant vegetative type in the proposed treatment blocks is ponderosa pine with an understory of Gambel oak. The forest conditions in the proposed treatment blocks reflect an even-age structure comprised of densely spaced, over-stocked medium and large pine trees in a single structural layer. Smaller trees, saplings, and seedling are infrequent or lacking entirely. Due to the overstocked conditions, these stands have closed canopies with few clumps and individual large trees present. The abundance and distribution of Gambel oak (*Quercus gambelii*) in the understory of the proposed treatment blocks lacks variability. Due to fire suppression resulting in longer fire return intervals and ungulate grazing, the understory is dominated Gambel oak that is dense, shrubby, and primarily even-age. The project area also supports small patches of quaking aspen with conifer developing in the understory. Conifer encroachment creates shade and usurps water and nutritional resources, ultimately reducing the vigor of the quaking

aspen communities. Non-forested vegetation types within the project area include mountain shrub lands, mountain grasslands, and riparian areas.

The lands contained within and surrounding the Salter project area provide multiple uses to a variety of stakeholders. Timber harvesting has occurred across the entire project area. In the 1920's and 1930's, large scale logging occurred across this part of the forested landscape. Beginning in the 1980's and continuing until the mid-2000's, harvesting continued, but at a smaller scale, with an approach that emphasized treating patches of vegetation and irregular treatment unit patterns. The gentle terrain is ideal for livestock grazing with several active allotments crossing the project area. Many forms of recreation occur in the area, including; big and small game hunting, year-round biking, Nordic skiing, OHV use, and hiking. Residential areas of variable densities are clustered along the federal land boundaries. The Montezuma Community Wildfire Protection Plan identifies the entire project area as Wildland Urban Interface, as does the San Juan National Forest Land and Resource Management Plan (SJNF LRMP). The Boggy Draw block attracts the highest visitor use and contains substantial values at risk. A high voltage power line runs most of the entire length of the block with local power coop lines reaching interior to supply power to the residential areas described above.

**Purpose and Need for Action**
The purpose and need for this project is derived from the differences between the existing forest vegetation conditions and the desired forest vegetation conditions, as defined by the SJNF LRMP. Specific guidance is provided for suitable timber lands and Management Area 5 designated lands. The desired conditions for the ponderosa pine cover type and lands managed for forest product offerings are defined in Section 2.2.23 and Section 2.9.1 of the SJNF LRMP.

> **2.2.23: Ponderosa Pine Forests -** Ponderosa pine forests display variable density and structure. Most stands reflect uneven-age structure comprising variable-sized, even-aged clumps of trees. Clumps vary in size, ranging from as few as three trees to as many as 20 or more trees. Tree clumps vary in density from widely spaced large trees to tightly spaced small trees. Collectively, these forests contain multiple canopy layers. Between or surrounding these clumps are shrub- and/or grass/forb-dominated openings. Ponderosa pine seedlings and saplings are present, as are large old, yellow-barked ponderosa pine trees. The presence of other tree species—e.g., Douglas-fir, white fir, blue spruce (*Picea pungens*), or Rocky Mountain juniper (*Juniperus scopulorum*)—is infrequent to rare. The abundance and distribution of Gambel oak (*Quercus gambelii*) and other native shrubs in the understory of these forests is variable and includes small and large patches of all size classes. Native grasses and forbs (including bunchgrasses, Arizona fescue, muttongrass [*Poa fendleriana*], and mountain muhly [*Muhlenbergia montana*]) are present and well distributed in most ponderosa pine forests. Forest litter is common, though highly variable in depth and extent due to fire. Invasive plant species are absent or rare. Presence of snags or large wood (on the ground) is also highly variable due to fire. Low-intensity, high- frequency surface fires are common in most ponderosa pine forests (with frequencies ranging from about 12 to 30 years).

The SJNF LRMP provides further direction relative to the desired conditions associated with suitable timber lands, as follows:

**2.9.1:** Forest vegetation management on SJNF lands that results in, among other objectives, meeting needs or demands for forest product offerings (commercial, personal, or other use) is done in a manner that:

- maintains or improves ecosystem function, resilience, and sustainability;
- supports, at least, the current level of economic activity in the local timber industry;
- provides economic or social support to local communities;
- ensures current and future needs for Native American tribal use, including that

associated with special forest products (e.g., teepee poles);
- utilizes, to the fullest extent practicable, potential products including sawtimber, poles, top wood, or slash (e.g., limbs, foliage);
- supports innovation in utilization, including conversion of cut-tree mass into biofuels, pellets, biochar, or other useful products;
- efficiently balances or reduces costs of implementation of treatment activities; and
- anticipates climate-related plant succession changes (such as favoring heat- or drought-resistant tree species as leave trees, or in reforestation).

A comparison based on common stand exams and field observations between the current and desired conditions shows that the condition of the ponderosa pine cover type found within the Salter Vegetation Management project area is different from the desired conditions associated with that vegetative cover type in the SJNF LRMP. It is well documented that dense, over-stocked, even-age, closed canopy ponderosa pine stands are more susceptible to insect outbreaks and uncharacteristic and stand replacing fire events. It is also well documented that a lack of structural diversity corresponds directly to a reduction in forest resiliency and consequently long term resistance to detrimental natural and human-caused disturbance events. Based on this comparison, the following needs have been identified:

- The need to improve resilience or maintain the resistance of forest ecosystems in an effort to increase protection against epidemic insect and disease outbreaks.
- The need to increase the structural diversity of the ponderosa pine forest represented across the landscape.
- The need to provide economic support to local communities by providing timber products to dependent local industries in a sustainable manner.

**Proposed Action**

The Dolores Ranger District is proposing tree-cutting, tree planting, and activity-generated fuel burning in the locations described above and as displayed in figure 1. The combined acreage of these project areas is approximately 35,000 acres. Treatments would lower ponderosa pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove infested bark beetle trees and dead trees. The proposed actions would create gaps and small openings in the dense forest canopy to allow sunlight to reach the forest floor and activity-generated fuel burning would reduce duff, exposing bare soil and creating improved conditions for new tree seedlings to establish. A range of treatments may occur throughout the project area. Table 1 summarizes the types of silvicultural prescriptions that would be applied based on the condition of stands at the time of implementation.

Table 1: Vegetation treatment types and treatment descriptions

| **Treatment Type** | **Description** |
|---|---|
| Commercial Thinning | Silviculture thinning with enhancement objectives in mixed stocking ponderosa pine with a variable residual square feet of tree stem basal area of 50 -70 (BA) per acre depending upon stand condition. |
| Pre-Commercial Thinning | Thinning of ponderosa pine (Less than 5 inches diameter) to spacing specifications. |
| Brush Thinning | Thinning of understory brush species (Less than 6 inches Diameter at Root Collar), mainly Gambel oak to create openings for seedling recruitment and reduce ladder fuel effects on residual trees. |
| Plantation Thinning | Thinning of planted trees to a spacing specification and thinning of intermixed naturally occurring trees according to the Commercial Thinning prescription. |
| Single Tree Selection | Silviculture thinning with regenerative objectives in contiguous stands of ponderosa pine with a variable residual square feet of tree stem basal area of 50 -70 (BA) per acre depending upon stand condition. |

| | |
|---|---|
| Reforestation | Planting of trees in the event that a stand(s) within a treatment unit does not meet minimal stocking requirements as described in the LRMP or is projected to fall below the minimum LRMP stocking requirements (based upon stocking survey data and/or forest inventory) for Ponderosa Pine type. |

**Associated Actions**
Other activities associated with the proposed vegetation treatment would include maintenance-related road-work. The work would be performed prior to, during, and/or following treatments. The majority of this work would involve reshaping and smoothing of the road surface and restoring any associated drainage ditches or rolling dips. Several additional Maintenance Level 1 (stored roads) that have all been closed and unused for the last 20 to 30 years would be reopened, used and put back in storage after use. These roads may require some level of reconstruction in addition to normal maintenance to return them to an operational status. Reconstruction would largely consist of clearing downed trees and grown-in vegetation, installing or repairing drainage at stream crossings, along roadside ditches or associated with rolling dips and repairing failed sections of the roadway. Table 2 displays the proposed primary haul route. Forest products would be removed off the Forest via the identified Forest Service roads.

Table 2. Proposed primary haul route

| Area | Road Number and Name |
|---|---|
| Salter | FSR 510 |
| Plateau | FSR 523 |
| Carlyle | FSR 525 |
| Boggy Draw | FSR 527 |
| Turkey Knoll | FSR 532 |

No new permanent roads are proposed to be built with this project, though temporary roads may be required to reduce the need for excessive tractor skidding and allow wood products to be moved to the permanent road system. Creating these roads would involve clearing vegetation and minimal construction. They would be constructed, utilized and reclaimed when rainfall and erosion potential is minimal. These segments would be decommissioned within five years of first use.

Any existing system roads currently closed to public motorized use will remain closed (except for permitted use) during and following operations. Closures would be accomplished via a variety of means, such as gates or boulder barriers with disturbed areas scarified and seeded following use. All roads in the project area that are currently open to public car and truck traffic would remain open following operations. For safety, short term closures of publicly accessible roads or trails may be necessary during logging operations.

Other related forestry activities would include the reduction of activity created slash loads. Cutting and removal of trees will result in limbs, tops, un-merchantable boles and stems otherwise called slash. Slash typically concentrates at landing locations or within the treatment units themselves. Landings would be identified by the sale administrator during implementation with guidance from the design features developed during this analysis. Timber sale or stewardship contracts would require concentrations of this material to be disposed of by a) piling for later burning, or b) lopping and scattering throughout the unit, c) a combination of scattering and piling/burning or d) remove. The method used will be dependent upon the amount of slash generated and the mechanical means employed by the contractor as well as specific conditions within the unit

**Other Actions**
Wildlife water providers (i.e., guzzler) will be installed within the project area under this decision. The

goal is to provide a water source for wildlife during dry months and or in years when drought conditions are present.

**Resource Protection Measures**
Resource protection measures that meet or exceed LRMP Standards and Guidelines would be applied. Resource protection measures are a fundamental component of the proposed action and would be implemented as part of the proposed action. Protection measures would be applied to minimize or eliminate potential adverse impacts from the proposed actions on other resources such as soils, aquatics, fisheries, wildlife, cultural resources, and recreation.

**Decision Framework**
At this time, the Forest Service plans to document and disclose any environmental effects of this proposal in an EA. The Dolores District Ranger will be the Responsible Official. The Ranger's decision will be detailed in a decision notice after the EA is completed. Given the stated purpose and need of the project, the Responsible Official will review the proposed action, any alternative approaches and/or design features in order to make the following decisions:

1. Whether or not to implement the proposed action or an alternative approach and conduct other related activities to address the purposes stated above.

2. If the proposed action or an alternative approach is selected, under what conditions and by which methods would the activities be conducted.

The decision framework of this project does not include reanalyzing existing Management Area prescriptions, standards or guidelines already specified in the existing LRMP nor will it seek to re-examine federal regulations or Forest Service policy regarding timber harvest on National Forest lands.

**For Further Information:** For further information about this proposal, please contact David Casey, Project Leader, at (970) 882-6830 or djcasey@fs.fed.us .

**Project Map**




Figure 1. Salter Vegetation Management Project Map

Timothy L. Nuvangyaoma
Chairman

Clark W. Tenakhongva
Vice Chairman

THE HOPI TRIBE

March 5, 2020

Derek Padilla, District Ranger
Attention: Liz Cutright-Smith, Archaeologist
San Juan National Forest, Mancos/Dolores Ranger District
29211 Highway 184
Dolores, Colorado 81323

Re: Salter Vegetation Management Project

Dear Ranger Padilla,

This letter is in response your correspondence dated February 20, 2020, regarding the San Juan National Forest Dolores Ranger District proposed 35,000 acre Salter Vegetation Management Project northeast of Dolores. The Hopi Tribe claims cultural affiliation to earlier identifiable cultural groups in southwestern Colorado. The Hopi Cultural Preservation Office supports the identification and avoidance of our ancestral sites, and we consider the prehistoric archaeological sites of our ancestors to be "footprints" and Traditional Cultural Properties. Therefore, we appreciate the Forest's continuing solicitation of our input and your efforts to address our concerns.

The Hopi Cultural Preservation Office requests consultation on any proposal on the Forest with the potential to adversely affect prehistoric cultural resources. We understand a cultural resources project notification package will be prepared and additional review and survey will be conducted.. Therefore, we look forward to continuing consultation on this project including receiving copies of the notification package and survey reports for review and comment. If prehistoric cultural resources are identified that will be effected by project activities we request continuing consultation on any proposed Treatment Plans.

In addition, we appreciate that if any prehistoric cultural features or deposits are encountered during project activities, these activities must be discontinued in the immediate area of the remains, and the State Historic Preservation Office will be consulted to evaluate their nature and significance and if any Native American human remains or funerary objects are discovered they will be immediately reported as required by law. If you have any questions or need additional information, please contact Terry Morgart at the Hopi Cultural Preservation Office at 928-734-3619 or tmorgart@hopi.nsn.us. Thank you for your consideration.

Respectfully,

Stewart B. Koyi

Stewart B. Koyiyumptewa, Program Manager
Hopi Cultural Preservation Office

xc: Colorado State Historic Preservation Office

**From:** Padilla, Derek J -FS
**To:** Cutright Smith, Elisabeth - FS
**Cc:** Casey, David J -FS; Leingang, Jodi L -FS; Fox, Keith - FS, Dolores, CO
**Subject:** FW: SALTER VEGETATION MANAGEMENT PROFECT
**Date:** Thursday, April 9, 2020 8:28:34 AM
**Attachments:** image001.png
image002.png
image003.png
image004.png

---

For the record.

**Derek Padilla**
**District Ranger**

**Forest Service**
**San Juan National Forest, Mancos/Dolores Ranger District**

**p: 970-882-6834**
**f: 970-882-6841**
**derek.padilla@usda.gov**

29211 Highway 184
Dolores, CO 81323
www.fs.fed.us

**Caring for the land and serving people**

---

**From:** Timothy Begay [mailto:tbegay@navajo-nsn.gov]
**Sent:** Wednesday, April 8, 2020 6:43 PM
**To:** Padilla, Derek J -FS <derek.padilla@usda.gov>
**Subject:** SALTER VEGETATION MANAGEMENT PROFECT

Dear Mr. Padilla:

The Navajo Nation Heritage and Historic Preservation Department's (NNHPD) Traditional Culture Program is (TCP) in receipt of your letter regarding the Salter Vegetation Management Project in San Juan National Forest, Dolores Ranger District, Dolores Colorado.

After reviewing your letter and cross referencing our Traditional Cultural Properties (TCP's) database, NNHHPD-TCP has determined that there are No Navajo TCP's within the project area and you may proceed without further consultation for this project.

If you have any additional questions, concerns or would like to discuss these issues further, please don't hesitate to contact our office at (928) 871-7198 or (928) 871-7152. Thank you for your cooperation and understanding.

Sincerely,

Timothy C. Begay, Navajo Cultural Specialist
Navajo Nation Heritage and Historic Preservation Department
P.O. Box 4950
Window Rock, AZ 86515
tbegay@navajo-nsn.gov