**From:** Chmelir, John - FS
**To:** Chmelir, John - FS
**Subject:** URGENT - Salter EA draft review
**Date:** Thursday, May 6, 2021 1:08:36 PM
**Attachments:** image001.png
Salter EA Tribal Consultation DraftReview.pdf
SalterEA DraftForPulblicComment MASTER 20210208 V2.pdf

---

Greetings,

Attached is a letter from San Juan National Forest - Dolores District Ranger Derek Padilla requesting your comments on the draft of the Salter Vegetation Management Environmental Assessment (attached as well). Please note that your written comments will be accepted for 30 days from today, May 6,2021; thus, comments are due by June 7, 2021. Please forward this message to the appropriate departments within your tribal governments (wildlife, natural resources, timber, etc…). Your written comments can be submitted via email, fax, or USPS; we are still at maximum telework, so email is the best: derek.padilla@usda.gov

My very best wishes to you and your tribe for your good health and happiness!

Sincerely,

**John Chmelir**
**Archaeologist**
**San Juan National Forest, Dolores Ranger District**
**phone: 970-882-6833**
**john.chmelir@usda.gov**
29211 Hwy 184
Dolores, CO 81323

United States Department of Agriculture | Forest Service | Mancos/Dolores Ranger District | 29211 Highway 184
Dolores, CO 81323
(970) 882-7296
TDD: (970) 882-6841

**File Code:** 2360
**Date:** May 6, 2021

Dear Tribal Representative,

The Dolores Ranger District of the San Juan National Forest has released a draft Environmental Assessment (EA) for the *Salter Vegetation Management* project.

The proposed project consists of vegetation management activities on approximately 22,346 acres of ponderosa pine-Gambel oak vegetation type within an approximately 35,000-acre analysis area. The overall project objectives are to: 1) improve or maintain the resistance and resiliency of ponderosa pine forest ecosystems, 2) increase the diversity of ponderosa pine forest ecosystem development stages and, 3) provide economic support to local communities by providing timber products to local industries in a sustainable manner. The proposed project is located northeast of Dolores, CO in the in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw.

The draft EA describes the proposed action in more detail and provides a summary of potential effects of the project on various resources. The draft EA is attached herein for your review; please forward it on to the relevant departments within your administration. The district is seeking comments on the environmental analysis associated with the proposed action and alternatives.

For this project, compliance with the National Environmental Policy Act (NEPA) and National Historic Preservation Act (NHPA) are being conducted concurrently. In order to better involve the public in the NHPA process, NEPA notification letters and public legal notices invite public comment on the proposal as stipulated by NHPA.

*How to Comment and Timeframe*

The *Salter Vegetation Management* project would implement the San Juan National Forest's existing Land and Resource Management Plan; it is subject to the objection process pursuant to 36 CFR 218 Subparts A and B. The public is encouraged to provide specific written comments (§218.2) on this analysis for the responsible official to consider. Specific comments should be within the scope of and have a direct relationship to the proposed action.

Written comments will be accepted for 30 calendar days following the sending of this letter via email. The sent date is the exclusive means for calculating the comment period (anticipated date June 7, 2021). The regulations prohibit extending the length of the comment period.

Only those who submit timely and specific written comments during this formally designated comment period will have eligibility to file an objection under §218.8. Issues raised in objections must be based on previously submitted timely, specific written comments regarding the proposed project unless based on new information arising after the designated comment opportunity.

Individuals and organizations wishing to be eligible to object must meet the information requirements in §218.25(a)(3), including that each individual or representative from each entity submitting the comments must provide the name and postal address of the individual or entity submitting the comment, and either sign the comment or verify identity upon request. Comments should also include the project title (*Salter Vegetation Management*). Names, contact information, and the comments will become part of the public record and may be released under the Freedom of Information Act.

Comments must be received by the end of the comment period and may be submitted as follows:

Comments may be submitted by email to Dolores District Ranger, Derek Padilla, at: derek.padilla@usda.gov

Comments may also be submitted by facsimile (970 882-0175) or via the U.S. Postal Service:

San Juan National Forest, Dolores Ranger District
29211 Hwy 184
Dolores, CO 81323

For questions or to discuss the project further please contact David Casey, Supervisory Forester at 970-882-7296 or David.casey2@usda.gov

Thank you for your interest in this project and management of the San Juan National Forest.

Sincerely,

DEREK PADILLA
District Ranger

Enclosure: Salter EA draft (pdf)

United States Department of Agriculture

# Salter Vegetation Management

## Draft Environmental Assessment



Forest Service Dolores Ranger District, San Juan National Forest February 2021

**For More Information, Contact:**

David Casey
Dolores Public Lands Office
29211 Highway 184
Dolores, CO 81323
Phone: 970-882-6830
Email: david.casey2@usda.gov

We make every effort to create documents that are accessible to individuals of all abilities; however, limitations with our word processing programs may prevent some parts of this document from being readable by computer-assisted reading devices. If you need assistance with any part of this document, please contact the San Juan National Forest 970-882-6830.

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, sex, religious creed, disability, age, political beliefs, or reprisal or retaliation for prior civil rights activity in any program or activity conducted or funded by USDA.

Persons with disabilities who require alternative means of communication for program information (e.g. Braille, large print, audiotape, American Sign Language, etc.), should contact the Agency (State or local) where they applied for benefits. Individuals who are deaf, hard of hearing or have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, (AD-3027) found online at: How to File a Complaint, and at any USDA office, or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by:

(1) mail: U.S. Department of Agriculture
Office of the Assistant Secretary for Civil Rights
1400 Independence Avenue, SW
Washington, D.C. 20250-9410;

(2) fax: (202) 690-7442; or

(3) email: program.intake@usda.gov.

USDA is an equal opportunity provider.

# Contents

Section 1 - Purpose and Need ..... 4
Introduction ..... 4
Proposed Project Location ..... 4
Historical Background ..... 8
Need for this Proposal ..... 9
Section 2 - Proposed Action and Alternatives ..... 12
Proposed Action (Alternative 2) ..... 12
Single Tree Selection ..... 13
Commercial Thinning ..... 15
Post-fledgling Family Area Thinning (PFAT) ..... 15
Pre-commercial Thinning ..... 15
Brush Thinning ..... 16
Conditions Influencing Silvicultural Treatments ..... 16
Connected Actions ..... 17
Post –Treatment Vegetation Management ..... 17
Transportation System ..... 17
Fuels Treatment ..... 18
Other Actions ..... 18
Project Design Features ..... 19
Cultural Resources ..... 19
Fuels ..... 19
Hydrology and Soils ..... 20
Rangelands ..... 21
Rare Plants and Invasive Species ..... 22
Recreation and Public Safety ..... 22
Scenery ..... 24
Timber ..... 24
Transportation ..... 24
Wildlife ..... 26
Monitoring and Adaptive Management ..... 27
Issue Identification and Alternative Development ..... 31
Section 3 - Environmental Effects ..... 32
Cultural Resources ..... 33
Affected Environment ..... 33
Effects of the Alternatives ..... 34
Fuels and Fire Management ..... 34
Affected Environment ..... 34
Effects of the Alternatives ..... 36
Invasive Species ..... 38
Affected Environment ..... 38
Effects of the Alternatives ..... 38
Rangelands ..... 40
Affected Environment ..... 40
Effects of the Alternatives ..... 41
Rare Plants ..... 43
Affected Environment ..... 43
Effects of the Alternatives ..... 44
Recreation Activities and Experience ..... 47
Affected Environment ..... 47

Effects of the Alternatives ..... 48
Scenery ..... 51
Affected Environment ..... 51
Effects of the Alternatives ..... 52
Transportation ..... 54
Affected Environment ..... 54
Effects of the Alternatives ..... 55
Vegetation ..... 58
Affected Environment ..... 58
Effects of the Alternatives ..... 59
Watersheds ..... 60
Affected Environment ..... 60
Effects of the Alternatives ..... 62
Cumulative Effects ..... 65
Wildlife and Fisheries ..... 66
Threatened, Endangered and Proposed Wildlife and Aquatic Species ..... 66
Sensitive Species, Species of Special Interest and Migratory Birds ..... 67
Affected Environment – Sensitive Species ..... 68
Effects of the Alternatives – Sensitive Species ..... 71
Affected Environment – Species of Special Interest and Migratory Birds ..... 74
Effects of the Alternatives – Species of Special Interest and Migratory Birds ..... 75
Cumulative Effects to all Species ..... 78
Section 4 - Agencies or Persons Consulted ..... 79
Tribal Consultation ..... 79
Public Involvement ..... 79
Collaboration ..... 79
Section 5 - References ..... 81
Appendix A. Maps ..... 84
Appendix B. Cultural Resources Programmatic Agreement Vegetation Management Activities-Specific Project Design Features ..... 94
Appendix C. Resources Dismissed from Detailed Analysis ..... 102
Air ..... 102
Climate Change ..... 102
Economics ..... 103
Environmental Justice ..... 104

## Tables

Table 1. Treatment acres by treatment block ..... 6
Table 2. Vegetation treatment type and treatment description ..... 13
Table 3. Proposed primary haul route ..... 17
Table 4. Maximum cross-drain spacing in feet based on soil types ..... 21
Table 5. Proposed monitoring activities ..... 29
Table 6. Proposed adaptive management actions ..... 30
Table 7. Known archaeological sites within the proposal's area of potential effects ..... 34
Table 8. Summary of environmental effects to invasive plants ..... 39
Table 9. Percentage of total allotment acres within the Salter analysis area ..... 40
Table 10. Summary of environmental effects to rangeland resources ..... 43
Table 11. Miles of each maintenance level road in Salter project area ..... 54
Table 12. Watersheds in analysis area ..... 60

## Figures

Figure 1. Vicinity map ..... 5
Figure 2. Treatment type by area ..... 6
Figure 3. Salter project area surface fuel model distribution ..... 35
Figure 4. Plateau Fire, percent basal area loss, open and closed evergreen tree canopy, RAVG . 36
Figure 5. Salter treatment block ..... 84
Figure 6. Plateau Creek treatment block ..... 85
Figure 7. Carlyle Point treatment block ..... 86
Figure 8. House Creek treatment block ..... 87
Figure 9. Boggy Draw treatment block ..... 88
Figure 10. Turkey Knoll treatment block ..... 89
Figure 11. Salter transportation system ..... 90
Figure 12. Boggy Draw recreation implementation map ..... 91
Figure 13. Salter wildlife mitigation ..... 92
Figure 14. Salter affected HUC6 watersheds ..... 93

# Section 1 - Purpose and Need

## Introduction

The Forest Service is proposing to treat approximately 22,346 acres of the ponderosa pine-Gambel oak vegetation type on the Dolores Ranger District of the San Juan National Forest to:

- improve resilience and resistance to epidemic insect and disease outbreaks,
- increase the structural diversity of the ponderosa pine forest represented across the landscape, and
- provide economic support to local communities by providing timber products to local industries in a sustainable manner.

This environmental assessment describes the Salter Vegetation Management Project and presents an analysis of the effects related to the proposed action. This environmental assessment is prepared to determine whether the effects of the proposed action may be significant enough to prepare an environmental impact statement. The Forest Service prepared this environmental assessment in compliance with the National Environmental Policy Act (1970) (NEPA), the National Forest Management Act (1976), and Forest Service Handbook 1909.15, the National Environmental Policy Act Handbook. The 2013 San Juan National Forest Land and Resource Management Plan establishes programmatic direction for the management of NFS lands. The ID Team reviewed this direction and determined that the proposed action complies with the Forest Plan.

## Proposed Project Location

The project area is located northeast of Dolores, Colorado, on the Dolores Ranger District (figure 1). Proposed treatment areas are in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. The project is bordered in multiple locations by state and private lands; the Dolores River and McPhee Reservoir on the west; and the West Dolores and Dolores Rivers on the east. The project area is located on suitable timber lands within Management Area 5. Management Area 5 emphasizes active management and commodity production in order to meet multiple use goals (USDA 2013). The legal description of the project area is: T37N R14W portions of Sections 5, 6, 7. T37N R15W portions of Section 10. T38N R14W portions of Sections 2-thru-9, 15-thru-20, 29-thru-32. T38N R15W portions of Sections 1-thru-5, 10-thru-15, 22-thru-26, 34-thru-36. T39N R13W portions of Section 6. T39N R14W portions of Sections 1-thru-24, 26-thru-35. T39N R15W portions of Sections 1, 8-thru-6. T39N R16W portions of Sections 10-thru-16, 22-thru-27, 35, 36. T40N R14W portions of Sections 34-thru-36.




**Figure 1. Vicinity map**

The project area has been divided into six individual treatment blocks based on geographical location and transportation system (table 1).

**Table 1. Treatment acres by treatment block**

| Block | Single Tree Selection (STS) | Commercial Thinning (CT) | Post Fledgling Area (PFA) | Plantation |
|---|---|---|---|---|
| Salter | 1,518 | 348 | N/A | 629 |
| Plateau Creek | 2,065 | 479 | N/A | N/A |
| Carlyle Point | 3,605 | 1,334 | 1,057 | N/A |
| House Creek | 220 | N/A | 246 | N/A |
| Boggy Draw | 9,216 | 723 | 739 | N/A |
| Turkey Knoll | 3,051 | 231 | N/A | N/A |

Each treatment block has been further divided into subunits for greater site-specific refinement for treatment prescriptions, topography, and transportation systems (figure 2). Maps depicting individual treatment blocks and subunits are located in appendix A, figures 6-11.




**Figure 2. Treatment type by area**

Elevations in the analysis area range from 7,800 feet at the southwestern end of the analysis area to 8,800 feet on the northern end. The topography of the treatment area is predominately mesa top with southwest aspect. Slopes range from 0 to approximately 20 percent, with steeper draws and canyons which intersect the project area throughout.

The dominant forest type of the proposed project areas is ponderosa pine with an understory of Gambel oak, grass and forbs. The forest structure is variable and includes plantations from the 1980s intermixed with natural regeneration and overstory trees to mature stands that are generally even aged. Although pre-dominantly even aged, modeling suggests that there are two underrepresented size classes relative to stand structure. Large trees, 27 inches in diameter and larger, are poorly represented with only a few trees per acre. In some cases, these trees are relics left from the last harvest entry. Seedlings and saplings are also underrepresented. The 12 -25 inch size class is the most represented on the landscape with reduced representation as the diameter increases.

Gambel oak can be found in the understory in tree and brush form with variable densities and diameters. Natural meadows are occasionally found in low lying draws where aspen is often present. Aspen is a minor tree species but does persist in some areas and can dominant the canopy in microsites that have adequate moisture and soil. Encroachment of conifer species into these areas due to the lack of disturbance has inhibited ponderosa pine recruitment conditions in some stands. Grass and forb production is lacking in most areas of overstory pine where pine litter dominates the ground layer. Many areas contain over 10 inches of litter (duff) which can inhibit seed contact with bare mineral soil which is essential for successful germination. This same abundance of litter in an uncontrolled burning event could create conditions for resonance heat damage with potential for long term root damage and reduced vigor.

The Salter treatment block also includes plantation areas that differ from traditional row planted plantations, as well as, the stands described above. In the 1980s, there was an extensive effort to regenerate and reforest stands that were below stocking levels as a result of minimally regulated harvesting in 1940s and lack of fire disturbance mainly due to fire suppression. The plantations in the Salter project area went many years without meeting stocking requirements. Brush soon occupied seedling recruitment areas and stands were not regenerating. Some areas received mechanical site preparation to encourage conditions conducive to seedling recruitment. As a result, areas with heavy brush component were treated with a combination of disking and or brush mowing to reduce brush populations and expose bare mineral soil to encourage conditions conducive to seedling recruitment. Interplanting was used in areas lacking the heavy brush component with varying success rates. The result is a diversity of both desired and undesired conditions including areas of heavy regeneration, dense groups of mature ponderosa and areas void of stocking. Beetle induced mortality in the over story and density induced mortality is being observed.

The lands contained within and surrounding the Salter project area provide multiple uses to a variety of stakeholders. Timber harvesting has occurred across the entire project area. The gentle terrain is ideal for livestock grazing with several active allotments crossing the project area. Many forms of recreation occur in the area, including big and small game hunting, year-round biking, Nordic skiing, off-highway vehicle use and hiking. Residential areas of variable densities are clustered along the federal land boundaries. The Montezuma Community Wildfire Protection Plan identifies this area as wildland-urban interface (Dietrich et al. 2011). The San Juan National

Forest Land and Resource Management Plan defines portions of the Carlyle Point, Plateau Creek, Boggy Draw and Turkey Knoll blocks as wildland-urban interface (USDA 2013).

The Boggy Draw treatment block attracts the highest visitor use and contains substantial values at risk, such as a high voltage powerline that runs most of the length of the block with local power coop lines reaching interior to supply power to the nearby residential areas.

## Historical Background

The condition of today's pine-oak forest is largely a legacy of historically unprecedented levels of human activities occurring from the late 19th century into the 20th century. Following the arrival of large numbers of Euro-American settlers in the middle-to-late 1800s, the first sawmill was established in the area as early as 1874, approximately 30 years before the national forest was established in 1905. Around the turn of the century, the company town and lumber mill of McPhee, Colorado was established just a few miles north and west of present day Dolores. Large scale commercial harvesting of the pine forest was underway by the early 20th century.

At its peak in 1927, while owned and operated by the New Mexico Lumber Company, McPhee was Colorado's largest and most productive mill town, producing more than half the state's annual lumber. Operations at the McPhee mill effectively ended in 1948 when a catastrophic fire destroyed most of the facility (Mausolf 1981). In these early days, the vast majority of the logging occurred in the ponderosa pine type and focused on harvesting very large trees while leaving smaller trees and species of lesser value. The most obvious effect of the early logging of ponderosa pine forests is the general lack of large, old trees and snags in these forests today (Romme 2009).

Heavy and largely unregulated livestock grazing was occurring simultaneously with the early logging operations; and active fire suppression had also become a widespread policy in the early 20th century. This unique combination of historic events -- the elimination of extensive fires, removal of grass competition by livestock, and the removal of a large component of the forest overstory coincided with unusually wet weather and good seed crops to establish abundant pine regeneration in the early 20th century (Covington & Moore 1994).

More current activities have included several efforts to restore ecological function to the project area. The Ponderosa Pine Partnership was to develop prescriptions based on the most current science from Colorado State University and other forest management research centers of forest management. Through aggressive harvesting and reestablishing of fire frequency the stands would become more productive and develop wildfire and insect and disease resilience. Although the partnership had some innovative approaches to collaboration and contract procurement the Partnership never achieved full success. The lack of industry and consistent markets plagued the economics portions of the project. Diameter caps were also used which limited prescriptions in meeting the full intent for uneven aged management and economically stabile harvests.

In 2014, the Lake Canyon Environmental Assessment was prepared in direct response to the initial identification of the current bark beetle outbreak. This assessment covered approximately 10,000 acres and included harvest, pre-commercial thinning, mastication and prescribed fire activities. Roughly 70-to-80 percent of the harvest and pre-commercial activities have been completed. Prescribed fire activities continue within the project area with activity fuels and first entry broadcast burns. Implementation has been slow on this analysis due to lack of market for ponderosa pine. Another limitation of this treatment was strictly designating cutting units to treat

a moving infestation. Stands that had little to no infestation in 2014 have developed into 70-to-80 percent infestation.

The Lone Pine decision notice was signed in 2019 and includes approximately 36,000 acres of ponderosa pine treatment adjacent to the Salter treatment area. Project implementation has started on Lone Pine and an overlap in implementation periods with Salter vegetation management is anticipated.

## Need for this Proposal

The need for this project is derived from the differences between the existing forest vegetation conditions and the desired forest vegetation conditions, as defined by the San Juan National Forest Land and Resource Management Plan (USDA 2013).

All units proposed for treatment are located within Management Area 5. Management Area 5 is a management area allocation that provides for active management; emphasizing commodity production in order to meet multiple-use goals. In Management Area 5, forest visitors can expect to see a wide range of activities including timber harvesting. These are multiple-use areas where active management occurs in order to meet a variety of social, economic and ecological objectives. These areas are easily accessible, occurring mostly on roaded landscapes and relatively gentle terrain. These are lands where timber harvesting and other management activities influence the composition, structure and landscape patterns of the vegetation. Natural ecological processes and disturbance agents (including succession and fire) are often influenced by humans on many of these lands.

In addition, all units proposed for treatment are identified as suitable timber lands by the land and resource management plan. Timber suitability is determined through a process established through the National Forest Management Act and planning regulations. The San Juan National Forest Land and Resource Management Plan (USDA 2013) provides further direction relative to the desired conditions associated with Management Area 5 and suitable timber lands as well as other general guidance relative to the San Juan National Forest vegetation management program, as provided below.

The timber program across the San Juan National Forest lands will focus treatment in:

- landscapes in the wildland-urban interface that have altered fire regimes and/or have areas with high fuel loadings;
- landscapes at high risk for developing epidemic levels of insect and/or disease infestation;
- landscapes where disturbance (such as fire, insects or disease) has resulted in dead or dying trees;
- areas where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions;
- areas treated previously in order to maintain sustainable conditions and improve scenic integrity; and
- areas where wood processing facilities can effectively and economically utilize products resulting from vegetation management.

Strategies to meet forest vegetation management objectives across the San Juan National Forest include:

- utilization of forest resources from vegetation management activities, including providing small-diameter and biomass products from treatments in order to support emerging biomass markets;
- trees killed by fire, insects, disease or weather events (such as wind-thrown trees);
- a balance of forest product quantity, size, species and quality in order to maintain forest products industry capacity at current or higher levels;
- integration of the timber and fuels programs to meet overlapping or common goals; and
- a combination of legal authorities and partnerships to broaden opportunities for meeting forest vegetation objectives, in priority landscapes or areas, with cost-effective treatments.

The desired conditions for the ponderosa pine cover type and lands managed for forest product offerings are further defined in sections 2.2.23 and 2.9.1 of the San Juan National Forest Land and Resource Management Plan (USDA 2013).

**2.2.23: Ponderosa Pine Forests -** Ponderosa pine forests display variable density and structure. Most stands reflect uneven-age structure comprising variable-sized, even-aged clumps of trees. Clumps vary in size, ranging from as few as three trees to as many as 20 or more trees. Tree clumps vary in density from widely spaced large trees to tightly spaced small trees. Collectively, these forests contain multiple canopy layers. Between or surrounding these clumps are shrub- and/or grass/forb-dominated openings. Ponderosa pine seedlings and saplings are present, as are large old, yellow-barked ponderosa pine trees. The presence of other tree species—for example, Douglas-fir, white fir, blue spruce (*Picea pungens*), or Rocky Mountain juniper (*Juniperus scopulorum*)—is infrequent to rare. The abundance and distribution of Gambel oak (*Quercus gambelii*) and other native shrubs in the understory of these forests is variable and includes small and large patches of all size classes. Native grasses and forbs (including bunchgrasses, Arizona fescue, muttongrass [*Poa fendleriana*], and mountain muhly [*Muhlenbergia montana*]) are present and well distributed in most ponderosa pine forests. Forest litter is common, though highly variable in depth and extent due to fire. Invasive plant species are absent or rare. Presence of snags or large wood (on the ground) is also highly variable due to fire. Low-intensity, high-frequency surface fires are common in most ponderosa pine forests (with frequencies ranging from about 12-to-30 years).

The San Juan National Forest Land and Resource Management Plan provides additional direction relative to the desired conditions associated with suitable timber lands, as follows:

**2.9.1:** Forest vegetation management on San Juan National Forest lands that results in, among other objectives, meeting needs or demands for forest product offerings (commercial, personal, or other use) is done in a manner that:

- maintains or improves ecosystem function, resilience, and sustainability;
- supports, at least, the current level of economic activity in the local timber industry;
- provides economic or social support to local communities;
- ensures current and future needs for Native American tribal use, including that associated with special forest products (for example, teepee poles);

- utilizes, to the fullest extent practicable, potential products including sawtimber, poles, top wood, or slash (for example, limbs, foliage);
- supports innovation in utilization, including conversion of cut-tree mass into biofuels, pellets, biochar, or other useful products;
- efficiently balances or reduces costs of implementation of treatment activities; and
- anticipates climate-related plant succession changes (such as favoring heat- or drought-resistant tree species as leave trees, or in reforestation).

**Section 2.9.14** of the land and resource management plan identifies appropriate silvicultural systems that meet the management objectives for the landscape or individual stands of trees within a landscape setting. Both even- and uneven-aged management systems can be applied at scales ranging from a few acres to many hundreds of acres. These silvicultural systems are to be applied in a manner that will ensure natural regeneration where artificial regeneration is not necessary for other resource objectives. Tree-stand vegetation management treatments must be approved by certified silviculturists. Table 2.9.4 of the Land and Resource Management Plan indicates that group selection and single tree selection systems are acceptable in the ponderosa pine vegetation type. With respect to post treatment vegetation management, tables 2.9.3 and 2.9.5 of the Land and Resource Management Plan identify that both natural and artificial regeneration methods are acceptable and establishes the minimum number of seedlings for adequately restocking a regeneration site to be 150 seedling/acre.

As a means to implementation of the above management direction, the land and resource management plan identifies those "areas where wood processing facilities can effectively and economically utilize products resulting from vegetation management" as priority areas for treatment. The land and resource management plan also describes the need for industry to be in place, as well as, the presence of conditions conducive to support industry and local economies. In regard to the Salter vegetation management proposal, adequate industry is currently in place, with the desire, and ability to interact with local purchasers to help meet the need described in this proposal. Consistent with land and resource management plan direction, this proposal provides an opportunity to utilize industry to not only meet short-term vegetation management goals but also for accomplishing sustainable long-term goals leading to innovations for increasing utilization.

A comparison based on common stand exam data, Forest Vegetation Simulation modeling, and field observation between the current and desired conditions shows that the condition of the ponderosa pine cover type found within the Salter vegetation management activity area is different from the desired conditions associated with that vegetative cover type in the San Juan National Forest Land and Resource Management Plan.

The structure and size class distributions in the stands identified for this analysis are not within desired conditions described in 2.2.23 based on field reconnaissance and inventory data. Bark beetles have infested adjacent landscapes causing significant mortality. The early stages of a bark beetle infestation is now being observed in the Salter project area. There are portions within the Salter project area that have been moderately burned by wildfire and there are immediately adjacent areas that have been severely impacted by wildfire. It is well documented that dense, over-stocked, even-age, closed canopy ponderosa pine stands are more susceptible to insect outbreaks and uncharacteristic stand replacing fire events (Negron et al. 2008). It is also is well documented (Negron et al. 2008, Negron et al. 2000, USDA-rmrs_2009_gibson_k0022000) that a lack of structural diversity corresponds directly to a reduction in forest resiliency and consequently long term resistance to detrimental natural and human disturbance events.

Based on this comparison, the following needs have been identified:

- improve resilience and resistance to epidemic insect and disease outbreaks,
- increase the structural diversity of the ponderosa pine forest represented across the project area, and
- provide economic support to local communities by providing timber products to local industries in a sustainable manner.

# Section 2 - Proposed Action and Alternatives

This environmental assessment considers three alternatives: (1) no action, (2) the modified proposed action and (3) a large-tree retention alternative that limits harvesting to trees 20.0 inches diameter at breast height

## Proposed Action (Alternative 2)

The Dolores Ranger District is proposing tree-cutting, tree planting, and activity fuel burning in the locations displayed and described in figure 1, table 2, and figures 6-11-appendix A. The combined acreage of these project areas is approximately 22,346 acres. Treatments would lower pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove infested bark beetle trees, and dead trees. The proposed actions would create gaps and small openings in the dense canopy to allow sunlight to reach the forest floor and activity fuel burning would reduce duff; exposing bare soil and encouraging the growth of young trees and understory.

Four silvicultural treatments are proposed to move the treatment area towards the desired conditions. Immediately prior to harvesting, a condition specific prescription based on stand exam data, local knowledge of the area, and walk-thru exams would be applied to each stand. The final prescriptions would vary depending on stand-specific objectives and current conditions.

A group, clump and individual structure distributed across the landscape is desired while achieving basal area targets. This will be achieved through enhancement of current stand components or through harvest designed to achieve conditions conducive to gaining more desired conditions over time. Utilizing harvest to replicate historic tree patterns is intended to improve ecological function and resilience and to return the role of fire on the landscape.

A group is several to many trees, and can be ½ to ¾ of an acre in size with all trees growing in close proximity to each other with interlocking crowns for the most part, with a clearly definable edge. Defining the edge is key in determining a group size as well as undesirable ingrowth in need of removal. Stems can be separated by as much as 20 feet. Typically main stems of the trees in a group have not been influenced greatly by the proximity of neighboring trees. A clump is a small group of trees growing with stems touching at the base or nearly so. The main stems of trees in a clump have likely been influenced by the proximity of neighboring trees. Individual trees are trees within a stand's matrix that are single trees allowed to be open grown with full canopy sunlight.

Table 2 summarizes the types of silvicultural prescriptions that would be applied based on the condition of stands at the time of implementation.

**Table 2. Vegetation treatment type and treatment description**

| Treatment Type | Treatment Description[1] |
|---|---|
| Single Tree Selection | An uneven-aged regeneration method where individual trees of all size classes up to 26 inches diameter at breast height are evaluated and removed more or less uniformly throughout the stand creating or maintaining a multiage structure of groups, clumps and individuals to promote growth of remaining trees and to provide space for regeneration. Multiple entries of this activity ultimately results in an uneven-aged stand of 3 or more age classes. This would be the preferred and dominate prescription used. 50-to-70 basal area per acre of residual basal area depending upon stand condition. There are 19,675 acres of this treatment type. |
| Commercial Thinning | Silviculture “Free Thinning” with enhancement objectives in mixed stocking ponderosa pine with a variable residual square feet of tree stem basal area of 50 - 70 basal area per acre depending upon stand condition. Individual trees of all size classes up to 26 inches diameter at breast height are evaluated and removed throughout the stand creating or maintaining a multiage structure of groups, clumps and individuals.<br>These stands have some of the following characteristics: recent treatment, structure is more clump than group, inconsistent harvestable volume per acre. Goal is to enhance current qualities of the stand to promote resiliency to disturbances. Includes the plantation units. There are 3,115 acres of this treatment. |
| Post Fledgling Area Thinning (PFAT) | PFA prescription is a free thinning in which trees of all size classes up 22 inches are evaluated for harvest while retaining a 100-to-120 residual basal area target. A focus on large groups of 20-30 trees or more is desired with internal clumps made up of 3-to-5 large and mature trees with interlocking crowns. Individual tree structure and isolated clumping is not desired structure in this treatment type. When structure is not available, thinning should focus on creating conditions for long-term structure moving towards PFA desired conditions. |
| Pre-commercial Thinning | Thinning of ponderosa pine (Less than 5 inches diameter) to variable spacing specifications. Would be implemented in any treatment unit. |
| Brush Thinning | Thinning of understory brush species (generally target brush less than 6 inches diameter at root collar), mainly Gambel oak; to create openings for seedling recruitment and reduce ladder fuel effects on residual trees. Would be implemented in any treatment unit. This prescription is limited to treating no more than 5,000 acres. |

Prescriptions are generally for the mechanical harvesting of vegetation, however, hand manipulation of vegetation may also occur. Processing of the vegetation would occur in harvest units and would be concentrated at landings within the units for final processing prior to transport off the forest. Slash created during treatments would be treated by removal, piling or lop and scattering, based upon recommendations from fuels specialist.

Normal operating season would be from April 1 until November 30. Winter season would be from December 1 until February 28. Snow plowing would be allowed to facilitate access. Additional time outside of those defined above may be granted by the line officer if conditions allow.

## Single Tree Selection

Single tree selection is an un-even aged regeneration harvest method approved for use under the Land and Resource Management Plan at 2.9.14 for ponderosa pine. Single tree removal is an

[1] No tree larger than 26.9 inch diameter at breast height would be cut in alternatives 2 and3.

uneven-aged regeneration method where individual trees of all size classes up to 26 inches diameter at breast height are evaluated and removed more or less uniformly throughout the stand creating or maintaining a multiage structure to promote growth of remaining trees and to provide space for regeneration. Multiple entries of this activity ultimately results in an uneven-aged stand of three or more age classes. The purpose of this entry is regeneration to promote the propagation of a new cohort of trees. Trees are individually selected for removal based on spacing, tree form, insect or disease evidence and species preference. With any un-even aged prescription there is no terminus to the management of the stands, meaning that process continues indefinitely with re-entry every 20-to-25 years. This is referred to as a cutting cycle. The initial cut would reduce basal area, but with most stands, the first entry alone would not achieve the desired uneven-aged structure described above. More specifically, the stands lack enough trees in all the age classes to meet the desired target per age class. To compensate for this more trees than desired would be left in certain age classes to maintain the desired basal area target. Overtime, and with continued entries, the stand would eventually become regulated and then only trees in excess in each size class would be removed at each cutting cycle.

The single tree selection prescription would be applied to the majority of the project area. The prescription that follows was developed on the average stand characteristics taken from stand exam data. All the prescriptions would have the same basic components but may vary slightly due to changes in site conditions and stand locations in the project area as the stands identified for treatment are relatively uniform.

Single tree selection prescriptions would all have the same basic components and would use a BDQ method where "B" is the desired residual basal area, "D" is the maximum tree size (all trees 26.9" and larger diameter at breast height would be retained in all stands) and "Q" describes the diameter distribution as a ratio of the number of trees in succeeding size classes. Based on stand exam data the general prescriptions would target a residual basal area of 50-to-70 $ft^2$/acre with a mean or target of 66 basal area when conditions allow.

For the average stand in the project area, the residual basal area would be 60-to-68 $ft^2$/acre depending upon the silviculture treatment. The maximum diameter to harvest would be 26.9" and the q-factor would be 1.3 (applied to 2 inch diameter classes). The residual stocking level of 50-to-70 $ft^2$ was chosen to allow sufficient growing space to establish new regeneration while reducing severe fire risk and promoting tree vigor. The maximum diameter of 26.9" addresses management objectives by providing a continuous supply of desirable saw timber products without allowing trees to progress into age related decadence while at the same time maintaining a large tree emphasis on the landscape. A q-factor of 1.3 keeps sub-merchantable trees fully stocked for the next cohort. The harvests would take place on a 20 to 25-year cutting cycle to allow for sufficient stand growth while at the same time keeping stand density within the target range.

Aspen trees found in distinguishable groups would be targeted for a lower basal area to increase vigor and promote recruitment conditions. This would be done by thinning around aspen trees to create as close to full sunlight conditions as possible. Aspen is a shade intolerant species and requires full sunlight to vigorously grow and regenerate. The overall goal is to increase light to the forest floor and expand the aspen stands which increases stand composition and enhances wildlife habitat. Aspen comprises less than one percent (90 acres) of the activity area so this effort would provide the growing space to expand this critical species. No aspen trees would be prescribed for cutting under this proposal.

## Commercial Thinning

Thinning is defined as an intermediate harvest treatment designed to improve the overall stand functionality and improve growth rates by reducing trees per acre. Thinning does not have specific silviculture objectives related to regeneration as it is an intermediate prescription, however, conditions will be created that promote regeneration. No modeling was conducted related to commercial thinning due to the intermediate nature of the prescription and related difficulty to accurately model the outcomes. These areas are a minor component of the overall project acres. Based on stand exam data, the general prescriptions would target a residual basal area of 50-to-70 $ft^2$ per acre with a mean or target of 60 basal area, depending on stand conditions. In general, emphasis would be placed on retaining the healthiest green trees in the groups, clumps, and individuals depending upon current structure and stand productivity

Aspen trees would be targeted for a lower basal area to increase vigor and promote recruitment conditions. This would be done by thinning around the aspen trees and removing pine trees to create space which is essential in promoting aspen regeneration. The overall goal is to increase light to the forest floor and expand the aspen cohorts which increases species diversity and improves wildlife habitat. Aspen comprises less than one percent of the stand area so this effort would provide the growing space to expand this critical species. No aspen would be prescribed for cutting under this proposal.

## Post-fledgling Family Area Thinning (PFAT)

The post-fledgling family area thinning applies to currently mapped post-fledgling family areas and is a commercial thinning by definition, and as such, an intermediate harvest treatment. The prescription is also designed to improve the overall stand functionality and improve growth rates by reducing trees per acre while maintaining or promoting a relatively closed canopy structure to meet goshawk habitat. Post-fledgling family area thinning does not have specific silviculture objectives related to regeneration. No modeling was conducted related to commercial thinning due to the intermediate nature of the prescription and the related difficulty to accurately model the outcomes. These areas are a minor component of the overall project acres. The base prescription was developed with technical input from the district wildlife biologist. Trees of all size classes up to 22-inches diameter at breast height are evaluated for harvest and designated for removal, with an emphasis on large leave groups with 20-to-30 trees per group. The objective is to promote clumps of 3-to-5 mature and older trees with interlocking crowns within groups. Individual tree structure and isolated clumping is not desired structure in this treatment type nor is promoting aspen. Small openings of two acres or less could be created when implemented for insects (e.g., bark beetles) or disease (e.g., mistletoe) or to release advanced regeneration (Reynolds et al. 1992). Where existing conditions do not provide for application of this prescription, thinning will focus on enhancing what is desirable and creating conditions for recruitment of the desired structure over time (Reynolds et al. 1992).

## Pre-commercial Thinning

Precommercial thinning could be applied in any unit identified for silviculture treatment. The prescription would attempt to create variable spacing with an emphasis on clumping and individual patterns; considering the overall improvement of growth and resiliency. This pre-commercial thinning prescription would increase resiliency and promote healthy and productive pine stands. Due to a limited number of trees less than 5 inches diameter at breast height; not all stands would require this treatment; each stand would be evaluated by a certified silviculturist prior to implementation to determine the site-specific need.

## Brush Thinning

This treatment could take place in any unit identified for silviculture treatment. The presence of Gambel oak and other woody brush species in this pine ecosystem are both a hindrance and help. Oak specifically plays an important part in pine stands in southwest Colorado, most notably it is a very important species for wildlife habitat providing cover and concealment for big and small game animals and as a food source for a number of species. However, if not controlled with fire or mechanical treatments, oak creates difficulties in the management of pine. Although oak plays a role in nutrient cycling and providing fuels for natural and prescribed fire, it also dominates the understory in many places and competes for light and nutrients needed for young pine trees. There may be instances where the silviculturist needs to prescribe, in conjunction with the wildlife biologist, mastication or hand cutting of brush to reduce its presence in the pine stands. This would be done on a limited basis due to cost and the limited occurrence of this condition on the ground. The focus of these prescriptions would be to remove oak but other brush may be impacted during implementation. Total removal of oak would not be implemented, but rather, a reduction with the purpose of creating openings for pine regeneration in areas that have insufficient stocking levels. The focus of the treatment would be on oak, in the brush form, with a desire to remove species 6 inches diameter at root collar and less.

## Conditions Influencing Silvicultural Treatments

All silviculture prescriptions would be written by a certified silvicultirist and would be condition-based within the effects of this analysis. Stands that have an above average threat of a bark beetle infestation, either from identified stand traits or untreated nearby stands, would have a lower basal area retention prescription applied. Indicators and triggers suggesting the need for the application of a lower basal area retention prescription include:  the stand diameter index is greater than 175, the current basal area or the basal area in adjacent stands is greater than 80, or the stand currently has bark beetle populations in or around the stand. Stands displaying these conditions would have the lower basal area retention prescription applied to all or portions of the stand. The goal is to reduce overall stand average basal areas, which in turn lowers the percent chance of an infestation (Negron et al. 2008). Direct control measures would be used to lessen the spread of current infestations. Areas with heavy mistletoe, especially if advanced regeneration is in place, would also be targeted with the lower basal area retention prescription. Typically, the mistletoe in early to mid -stages of infections occupies the upper canopies of a stand. By removing highly infested trees, a reduction in the parasitic plant occurs and a separation of canopies occurs; making it less likely to spread. Areas of stands with advanced regeneration in need of releasing to improve growth would receive a lower basal area retention prescription. Forest inventory has shown one of the underrepresented size class components in these stands is seedlings. If regeneration has occurred, then a reduction in overstory around the regeneration would promote an increase in age and size class diversity while improving vigor of the trees retained. Stands with aspen present in distinguishable groups would receive the lower basal area retention prescription. Increasing sunlight to the forest floor through conifer canopy reduction would enhance recruitment conditions in aspen and reduce overall competition for plant resources.

Retention of upper basal area stand averages would be focused on high productivity areas with minimal eminent risk of infestation of bark beetles or heavy disease. Site index would be used by the silviculturist, in combination with current conditions, to make a final determination at the time of prescription writing as to the variance of options available for tree designation to meet desired conditions. The goal is to move stands to desired conditions given the variables of this landscape.

# Connected Actions

## Post –Treatment Vegetation Management

These actions could potentially be done within any single tree selection unit when conditions occur.

### Site Preparation

This treatment is done prior to planting and involves the following actions:

- Mechanical felling and processing of dead trees to reduce hazardous fuels, except those required to meet San Juan National Forest wildlife snag requirements set forth in Table 2.2.3 of the land and resource management plan. Any live trees that are infested with bark beetles would also be removed, but isolated green trees that are not infested would not be cut.
- Removal of hazardous fuel (dead trees only) utilizing the same approach as harvest in single tree selection but leaving 1/3 of all potential volume to be utilized as enhancements and mitigations.
- Placement of logs on contours for erosion control and placement of logs for microsite creations to enhance planting survivability.
- Hand scraping of ground vegetation (scarification) to expose bare mineral soil and reduce competition.

### Reforestation

- Hand planting of ponderosa pine stock from locally collected seed.

## Transportation System

Other activities associated with the proposed vegetation treatment would include maintenance-related road-work. The work would be performed prior to, during, and/or following treatments. The majority of this work would involve reshaping and smoothing of the road surface and restoring any associated drainage ditches or rolling dips. Several additional Maintenance Level 1, stored roads, that have been closed and unused for the last 20-to-30 years would be reopened, used and put back in storage after use. These roads could require some level of reconstruction in addition to normal maintenance to return them to an operational status. Reconstruction would largely consist of clearing downed trees and grown-in vegetation, installing or repairing drainage at stream crossings, along roadside ditches or associated with rolling dips and repairing failed sections of the roadway. Table 3 below, displays the proposed primary haul route. Figure 11, appendix A depicts the location of the Salter transportation system. Forest products would be removed off the Forest via the identified Forest Service roads. Some primary haul routes would require upgrades to the surface and could include the change of surfacing type to accommodate the volume of forest products being removed.

**Table 3. Proposed primary haul route**

| Treatment Block | Forest Service Road Number and Name |
|---|---|
| Salter | FSR 510 Dry Canyon; FSR 521 Ormiston Point |
| Plateau | FSR 523 Trimble; FSR 514 The Glade; FSR 521 Ormiston Point |

| Treatment Block | Forest Service Road Number and Name |
|---|---|
| Carlyle Point | FSR 524 Plateau; FSR 525 Trail Canyon; FSR 514 The Glade; FSR 526 Dolores Norwood |
| Boggy Draw | FSR 527 Boggy Draw; FSR 526 Dolores Norwood |
| Turkey Knoll | FSR 249 Bald Hill Res; FSR 527 Boggy Draw; FSR 532 Cottonwood; FSR 526 Dolores Norwood |
| House Creek | FSR 526 Dolores Norwood; FSR 529 Beaver Rim |

No new permanent roads are proposed to be built with this project, though temporary roads may be required to reduce the need for excessive tractor skidding and allow wood products to be moved to the permanent road system. Creating these roads would involve clearing vegetation and minimal construction. They would be constructed, utilized and reclaimed when rainfall and erosion potential is minimal. These segments would be decommissioned within five years of first use. Approximately 50-to-75 miles of temporary road construction are analyzed under this proposal.

Any existing system roads currently closed to public motorized use would remain closed (except for permitted use) during and following operations. Closures would be accomplished via a variety of means, such as gates or boulder barriers with disturbed areas scarified and seeded following use. All roads in the project area that are currently open to public car and truck traffic would remain open following operations. For safety, short-term closures of publicly accessible roads or trails may be necessary during logging operations.

### Fuels Treatment

Other related forestry activities would include the reduction of activity fuel. Cutting and removal of trees would result in limbs, tops, un-merchantable boles and stems, referred to as slash. Slash typically concentrates at landing locations or within the treatment units themselves. Landings would be identified by the sale administrator during implementation with guidance from the design features developed during this analysis. Timber sale unit contracts would require concentrations of this material to be disposed of by a) piling for later burning, b) lopping and scattering throughout the unit, c) a combination of scattering and piling/burning or d) removal from the site. The method used would be dependent upon the amount of slash generated and the mechanical means employed by the contractor, as well as, specific conditions within the unit.

## Other Actions

Wildlife guzzlers would be installed within the project area under this proposal. The goal is to provide additional water sources for wildlife during dry months and in years when drought conditions are present, as well as to encourage large game to remain upland on Forest Service land ownership to decrease the potential for damage to private property. The Salter project is mostly situated on flat plateaus, rugged rocky draws or where well-distributed perennial water sources are lacking. The area serves as an important migration route for mule deer and elk; and also supports habitat for other wildlife species, including upland gamebirds and migratory birds.

As a means to supplement natural water sources that do occur in the area, the district would install four guzzlers in strategic locations in the Salter and Plateau treatment block units to provide connectivity to other perennial waters sources. Site locations were chosen by surveying the project area for accessibility and installation suitability. The surrounding landscape, existing

water sources and wildlife movement patterns were also considered. Guzzlers would be catchment-type guzzlers, by which rainwater and snowmelt is funneled into a holding tank (usually via an "apron") and delivered through an open drinking pan. Fencing would be built around the guzzlers to protect the structure from unintended use or damage. The footprint size of a guzzler is approximately 12 by 12 feet, with protective fencing measuring approximately 20-to-25 feet around the site. Site preparation involves clearing the space with hand tools and setting a portion of the guzzler approximately 4-to-12 inches in the ground. Site preparation is dependent on soil conditions and rocky terrain. All materials would be brought in with a UTV or ATV. Temporary road construction is not necessary to maintain or install these guzzlers.

# Project Design Features

Project design features detailed below were developed for the proposed action to minimize or eliminate potential adverse effects during implementation of the Salter vegetation management project. These design features come from a variety of sources including, but not limited to, Forest Plan Standards and Guidelines, direction and guidance provided in Forest Service Handbooks and Manuals (including the Region 2 Watershed Conservation Practices Handbook), Vegetation Management Programmatic Agreement between the Forest Service and Colorado State Historic Preservation Officer (2017), and professional judgement.

The design features listed below are essential to the proposed action, including all actions that occur as the result of adaptive management, and are expected to provide adequate resource protection under the treatments proposed for this project.

## Cultural Resources

The procedure set forth in the 2017 Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA) would be followed to satisfy compliance with Section 106 of NHPA. The PA may be used for landscape-scale vegetation management undertakings implemented in phases and for which effects to historic properties have not been fully determined prior to the NEPA decision. Appendix B. Cultural Resources Programmatic Agreement Vegetation Management Activities-Specific Project Design Features identifies a strategy and activity-specific design features intended to mitigate potential adverse impacts of the proposed activities on cultural resources.

## Fuels

1. Timber sale or stewardship contracts would require concentrations of activity fuels to be disposed of by piling and burning, lopping and scattering throughout the unit, and/or removal, as specified in the slash disposal plan for each project area.
2. Machines used to pile slash would be equipped with a brush blade or acceptable equivalent. Piles should consist of only clean forest fuel as described in the California Air Pollution Control Division smoke permit application.
3. Develop a slash disposal plan for each project area in consultation with the wildlife biologist, hydrologist and fire management officer.

4. When in Stage 1 Fire Restrictions or greater all mechanized equipment should be equipped with fire suppression equipment (Fire extinguisher, hand tools and or portable water tank, minimum 100 gallons).
5. Piles of activity fuels generated by the proposed action must be no greater than 3,000 $ft^3$ per acre, regardless of individual pile size in order to remove all piled slash within one average winter season while following Colorado Air Pollution Control Division requirements for pile prescribed fires.
6. Activity fuels that are lopped and scattered must be evenly distributed at an average depth less than one foot in order to maintain residual overstory through broadcast prescribed fire implementation.

## Hydrology and Soils

1. Heavy equipment and vehicles will be prohibited in riparian areas which will include the aquatic management zone (AMZ) unless the ground is protected by either one foot of packed snow or two inches of frozen soil. Seeps and springs with riparian vegetation would have a buffered perimeter of 100 feet. Intermittent streams with riparian vegetation would have a buffer strip width of 100 feet on each side of the channel (based on standard 2.6.30). No-equipment buffer zones do not apply to designated stream crossings, but limit stream crossings to the minimum number necessary. Cross streams perpendicular to the direction of flow in straight and shallow locations and where channels are hardened by gravel, cobble or bedrock. Do not cross streams where banks exceed a 30% slope.
2. Limit equipment operations to sustained slopes less than 40%.
3. When soils are saturated, equipment operations would cease until the ground dries out or freezes. Soils are considered saturated when ruts created by equipment are 4 inches deep (beyond the lug tread of the tire) for 10 feet or longer. Repair any rutting deeper than 4 inches.
4. Avoid mechanical treatments in wetlands, wet meadows and riparian areas. No skidding, decking or loading would be allowed in these areas in order to protect water quality, groundwater hydrology, existing soils and vegetative cover. Removal or mechanical treatment of riparian or wetland vegetation would be prohibited (based on guideline 2.4.28). Establish a 100 foot no treatment buffer zone around riparian and wetland areas unless field visit by hydrologist determines a different site-specific buffer.
5. Avoid ground skidding on sustained slopes steeper than 40 percent. Conduct logging to disperse runoff as practicable. Landings and skid trails would be located and designed to disperse runoff and minimize soil disturbance. Landings should not be located in the aquatic management zone (AMZ). Roads and skid trails adjacent to the landings would be cross-drained or shaped so that runoff does not reach the landing. Skid trails would be located perpendicular to slope angles (along the contour) as much as possible. Avoid skidding up or down drainage bottoms. As needed, install waterbars or outslope, and spread slash on skid trails upon completion of use. Landings would be ripped or scarified and seeded immediately upon completion of use.
6. Where erosion is a concern, enough slash would be well-distributed throughout the cutting units to protect soils from erosion. Wood chips produced by mechanical treatments should be dispersed on the ground at a maximum depth of three inches over at least 80 percent of the covered areas, and no chip piles should exceed 6 inches in depth (based on guideline 2.2.78).

Logging debris may not enter intermittent stream courses to an extent that it adversely affects the natural flow of the stream or diminishes water quality.

7. Temporary roads would be held to the minimum feasible number, width and total length and would be located sufficiently far from streams and other water bodies to minimize discharge into those waters except at necessary water crossings. Stream crossings would be installed on straight and resilient stream reaches as perpendicular to flow as feasible. Maintain stream channel width, depth, and slope. Culverts placed within the drainage network would be positioned at the natural grade of the drainage and would not be modified (for instance, raised or lowered) to maintain the grade of the road. Table 4 below, provides guidelines for maximum spacing of cross-drainage (for example, culverts, rolling dips) on temporary roads. All temporary roads would be obliterated and seeded upon completion of use.

**Table 4. Maximum cross-drain spacing in feet based on soil types**

| Road Grade (percent) | Extra Erodible Silts-Sands with little or no binder | Highly Erodible Silts-Sands with moderate binder | Erodible Gravels + fines & sands with little or no fines | Low Erodible Gravels with little or no fines |
|---|---|---|---|---|
| 1-3 | 600 | 1000 | 1000 | 1000 |
| 4-6 | 300 | 540 | 680 | 1000 |
| 7-9 | 200 | 360 | 450 | 670 |
| 10-12 | 150 | 270 | 340 | 510 |
| 13-15 | 120 | 220 | 270 | 410 |

Source: Forest Service Handbook 2509.25 Management Measure 13.3

8. Proper drainage would be constructed or reconstructed on existing system road and newly constructed temporary roads. Some existing road sections could need to be realigned out of low-lying areas for proper drainage. Road-stream crossings and dips through habitually wet areas on roads open to motorized public use would be hardened. All drainage structures on roads would be inspected by the Timber Sale Administrator, Engineering Representative, or Forest hydrologist at treatment completion to make sure they are in good condition and functioning properly.

## Rangelands

1. U.S. Forest Service rangeland management specialists would be annually informed of the schedule of timber harvest activities.
2. Coordination between the U.S. Forest Service rangeland management specialist and affected grazing permittees would be conducted to discuss harvest timing, potential impacts, and adjustments to rotation schedules needed to mitigate impacts.
3. To mitigate impacts to livestock operations, when possible, timber harvest operations would be concentrated within individual pastures.
4. When determined necessary by the rangeland management specialist, timber harvest operations would avoid long-term range trend monitoring plots. The need to avoid monitoring plots would be made on a case-by-case bases
5. Timber purchasers/contractors are required to repair any damages to range improvements that occur as a result of their operations within the time-frames instructed by the U.S. Forest Service. To address the immediacy of livestock control, purchasers/contractors would be

required to repair any range fences or gates damaged during operations. No fences would be cut unless necessary and agreed to in writing by the U.S. Forest Service. When fences lie within cutting units, effort would be made to design skidding patterns to be parallel to fence lines, pull timber away from fences, or to go through existing gates as feasible. In the event temporary roads and skid trails need to cross livestock fences at locations other than existing gate locations, breach points must be closed with wire or a gate while operations are being conducted to a standard that does not reduce control integrity of the fence for livestock. Should a road have high traffic use from operations, consideration should be given to the installment of a cattleguard. Upon completion of operations, any section of impacted fence would be repaired to the original state of integrity.

6. Pasture gates would remain closed when cattle are in or adjacent to affected pastures or when instructed by Forest Service.

## Rare Plants and Invasive Species

1. Limit each burn pile to ¼ acre or less.
2. Under timber sale contract provisions, all off-road heavy equipment must be washed and free of foreign soil or debris before entering the operations area to minimize spread of invasive species.
3. Sale and contract areas would be monitored for weeds; infestations are to be reported to the U.S. Forest Service rangeland management specialist for management.
4. All seed used for revegetation would be tested for, and free of, invasive non-native species that are problematic for this forest. Contact the agency for the most current list.
5. Monitor noxious weeds/invasive species and treat as needed to contain established infestations and minimize rate of spread.
6. If noxious weeds and invasive species are found to be increasing in infestation size within a treatment unit as direct result of harvest and associated activities, one or both of the following options would be implemented to prevent further spread:
   - Prohibit harvest equipment or vehicles from driving through infestations.
   - Require onsite weed decontamination stations for equipment washing.

## Recreation and Public Safety

1. For public safety purposes once harvest operations begin in either the Boggy Draw or Turkey Knoll treatment blocks and throughout duration of operations in either block, an information station would be set up at the Boggy Draw trailhead. The information center would contain up to date maps displaying location of cutting units with active units identified, as well as, trail locations.
2. Within the Boggy Draw treatment block the following specific project design features apply (unless waiver or variance is approved by Recreation and Timber Staff and documented on the implementation checklist)
   a. Locations of all landings and slash piles would be identified during the implementation checklist process in order to avoid long-term physical impacts to any system trails.

b. The sale administrator will designate crossing corridors for all skidding that requires crossing a system trail.

c. No tracked or wheeled equipment will be allowed within 15 feet of the center line of a system trail in order to protect the integrity of the trail except where a trail crossing for skidding or hauling has been identified.

d. Vegetation management activities (except Rx burning) are limited to 1 compartment at a time when operating within recreation compartments 1-thru-3 (Figure 12, appendix A).

e. No harvest activities or hauling allowed in recreation compartments 1-4 during the annual "Escalante Days" mountain bike race day. From 12:00 A.M. the day of the race to 12:01 A.M. the following day (one day). (Occurs early August).

f. Starting December 1, no plowing of FSR 527 from Junction of 527C to FSR 259 (Boggy Draw trailhead).

g. To reduce conflicts with recreation users during federal holidays, hauling would be not be permitted on FSR 527 from the junction of FSR 527C to FSR 259 (Boggy Draw Trailhead) from 12 P.M. Friday to 12:01 A.M. Monday on Memorial Day, Labor Day and Thanksgiving weekend (Thursday-Monday), Christmas Day and July 3-July 5.

4. For public safety purposes, clear and prominent signage, including maps and cutting units status, would be posted at the Boggy Draw trail head alerting the public to the presence of log trucks, trail closures and the status of cutting units where operations impact any system trails within the Boggy Draw and Turkey Knoll treatment blocks.

5. If trails are substantially damaged by vegetation management activities they would be repaired immediately after timber operations have been completed. Repairs would meet Trail Management Objectives included in the Forest Service publication *Standard Specifications for Construction and Maintenance of Trails (USDA USFS EM-7720-103, September 1996.)*

6. When necessary for public safety, Special Closure Orders will be applied to trails and roads.

7. Opportunities to limit trail closure from the Boggy Draw trailhead would be developed in the project implementation checklist.

8. Where timber operations result in full size vehicles accessing trails width restrictors will be installed.

Trail Management Objective would be followed for all impacted trail segments as part of post timber operation trail reconstruction. Reclamation would be performed to standards outlined in the Forest Service publication *Standard Specifications for Construction and Maintenance of Trails (USDA USFS EM-7720-103, September 1996)* and would be referenced in all contracts associated with the proposed project.

2.14.64. Summer and winter Recreation Opportunity Spectrum maps would guide project-specific decisions and implementation activity. These maps define broad physical, social, and administrative settings for the entire San Juan National Forest.

## Scenery

1. Openings in the canopy would have a natural appearance with uneven edges. The shape would be an irregular pattern that mimics existing natural openings and would avoid straight-line edges. Blend openings with natural landscape features such as natural meadows or openings and rock outcrops.
2. Unit boundary paint would face away from open system roads and trails or be removed; standards for boundary marks should be minimized along these routes.
3. Stumps would be 12 inches high or less.
4. All equipment and construction debris (man-made debris and trash) caused by project operations would be removed from the site at sale completion.
5. Disturbed areas where soils have been exposed, such as temporary roads, skid trails or landings would be closed and re-vegetated with a seed mixture consisting of native grasses and forbs which is as close as possible to the existing native species in the area. Effectiveness of closures would be monitored yearly for revegetation success, as well as, travel management compliance. If ineffective, roads would be reclosed or reseeded.
6. Skid trails would cross at a perpendicular angle but slightly curved to avoid creating straight line corridors when the skid trails connect with open system roads and trails. Skid trails would be held to the minimum number, width and length (See Recreation Design Features). Forest system trails would not be utilized as a skid path unless the trail utilizes a Level 1 Road.
7. A visual corridor would be established on each system trail within Boggy Draw treatment block. To this end, the recreation staff could mark specific leave trees for retention. The area of influence is 9 feet of center line and leave trees would be marked with a 360 foot band of paint.

## Timber

1. Normal operating season would be from April 1 until November 30. Winter season would be from December 1 until February 28 (plowing would be allowed for access). Additional time outside of these defined above may be granted by the line officer if conditions allow.
2. During slash disposal, limit the amount of slash scattered or piled in areas where existing pine regeneration is present and minimize the placement of slash within the driplines.

## Transportation

1. Existing roads would be used for equipment access to the extent road location and condition permit reasonable access. Implementation of mechanical treatments and harvests would attempt to minimize road construction whenever possible.
2. Temporary roads may be used where a designed road is not needed, as determined by the Forest Service. The location and clearing widths of all temporary roads or facilities would be agreed to in writing (between the Forest Service and the contractor) before construction is started. Following use for harvest and treatment implementation, both temporary AND designed roads would be decommissioned, which involves re-contouring where significant side slope exists, elimination of ditches and other structures, out-sloping during construction, removal of ruts and berms, effectively blocking the road to normal vehicular traffic where feasible, and construction of drainage features such as cross ditches and water bars. Final

acceptance of the closure would be made by the Forest hydrologist or engineering representative. Invasive species monitoring would occur after road decommissioning and would be followed by weed treatments where needed. Any weed treatment would be implemented under a different NEPA analysis and decision, as weed treatment is not proposed or analyzed as part of the Salter project. Effectiveness of road closure would also be monitored.

3. Require commercial haulers to perform maintenance commensurate with their use; depositing sufficient funds with the Forest Service may be used in lieu of performance. Surface rock replacement deposits would be collected to maintain currently surfaced roads that are used for timber hauling. Deposits would be collected commensurate with the use. Quarry materials would be collected from a site that has been found to be free of invasive plants.
4. Timber hauling operations would be restricted during wet or thawed conditions, when needed to protect the road surface. When logging occurs over snow or frozen ground, standard Forest Service practices would be followed.
5. Safety signing would be used to alert the public that logging operations are in progress and would meet the requirements of the Manual of Uniform Traffic Control Devices.
6. Use of private roads, encroachment of public roads and rights-of-way, and other access needs outside Forest Service jurisdiction would have the proper approval or authorization in place prior to use.
7. Use suitable road surface stabilization practices and dust abatement supplements on roads where road surface conditions, traffic use and proximity to recreation or public occupancy justify the need. (See FSH 7709.56 and FSH 7709.59).
8. Move snow in a manner that would avoid or minimize disturbance of or damage to road surfaces and drainage structures. Use existing standard contract language (C5.316# or similar) for snow removal during winter logging operations to avoid, minimize, or mitigate adverse effects to soil, water quality, and riparian resources.
9. Use the following measures to conserve water when managing roads for vegetation treatment projects:
    a. When possible, schedule road maintenance activities to coincide with higher moisture content for ease of grading and better compaction.
    b. Minimize road widths to provide for safe use while limiting impermeable surfaces.
    c. Keep ditches open, but do not remove vegetation that does not impede drainage. Vegetation holds the soil in place and reduces sediment loading which is the greater problem.
    d. When installing drainage features, return intercepted runoff to its natural path at the first opportunity.
10. Road maintenance would be conducted in accordance with the T-800 specifications provided in the Timber sale contract.
11. General reconstruction requirements for **standard haul** on aggregate surface ML3 – 4 roads:
    a. Aggregate surface depth of 6 inches (assuming adequate base course)
    b. All culverts have minimum 12 inches of structural cover.

   c. All culverts have been evaluated for structural integrity.
   d. Cattle guards must have design specification for HL 93 load ratings.
   e. Bridges have a completed inspection and meet safety requirements

12. General reconstruction requirements for **overweight haul** on aggregate surface ML3 – 4 roads:
    a. Aggregate surface depth of 8 inches (assuming adequate base course)
    b. All culverts have minimum 18 inches of structural cover.
    c. All culverts have been evaluated for structural integrity.
    d. Cattle guards must have design specification for HL 93 load ratings.
    e. Bridges have a completed inspection and meet safety requirements

## Wildlife

1. Surveys for northern goshawks and other raptors (generally Cooper's hawk and sharp-shinned hawk) would be completed prior to project implementation. If active northern goshawk nests are discovered, all project operations would be restricted annually from March 1 to August 31 within one-half (½) mile of the active nest. If other raptor nests are discovered, all project operations would be restricted annually from March 1 to August 31 within one-quarter (¼) mile of the active nest.
2. Northern Goshawk Prescription (Figure 13, appendix A)
   a. Nest Area. No harvest or treatment of any kind would occur in the nest area (includes 30 acres around nest) of a goshawk nest. This design feature only applies to the Boggy Draw, Carlyle Point and House Creek treatment blocks.
   b. Post-Fledgling Family Area (PFA). An intermediate harvest treatment would be applied to this area adjacent to occupied nest sites. This prescription is designed to improve the overall stand functionality while maintaining or promoting a relatively closed canopy. Trees of all size classes up to 22-inches diameter at breast height are evaluated for harvest and designated for removal, with an emphasis on large leave groups with 20-to-30 trees per group. The objective is to promote clumps of 3-to-5 mature and older trees with interlocking crowns within groups. Individual tree structure and isolated clumping is not desired structure in this treatment type nor is promoting aspen. Small openings of two acres or less could be created when implemented for insects (e.g., bark beetles) or disease (e.g., mistletoe) (Reynolds et al. 1992). Where existing conditions do not provide for application of this prescription, thinning would focus on enhancing what is desirable and creating conditions for recruitment of the desired structure over time (Reynolds et al. 1992).
3. Elk Production Habitat - Operations in Colorado Parks and Wildlife mapped elk production habitat would not occur from May 15 to June 30 without line officer approval. The only operations that would be approved are travel through mapped production areas to units outside of the production areas. This would only be approved after consultation with Colorado Parks and Wildlife about the amount of proposed use and access routes. This design feature only applies to the Turkey Knoll treatment block (Figure 13, appendix A).

4. Critical Elk Winter Range - Operations in Colorado Parks and Wildlife mapped critical elk winter range would not occur from December 1 to April 30 without line officer approval. The only operations that the line officer would approve are travel through mapped winter range areas to units outside of the critical winter range. This would only be approved after consultation with Colorado Parks and Wildlife about the amount of proposed use and access routes. This design feature only applies to a portion of the Boggy treatment block (figure 14, appendix A).
5. To meet the desired conditions, leave a minimum of 1 snag per acre of at least 12 inches diameter at breast height and 25 feet tall. If trees in this size class are not available, then leave 2-to-3 snags per acre of at least 9 inches diameter at breast height and 15 feet tall.
6. Consult with wildlife biologist prior to layout of projects that include oak treatment in order to identify areas to be treated (assure benefit wildlife and maintain clumps of dense understory oak for turkey nesting habitat).
7. Mechanized equipment must not operate within exclosure areas that protect wildlife. Consult with the wildlife biologist when developing marking guidelines for trees within exclosures.

## Monitoring and Adaptive Management

Because conditions continue to change on the landscape analyzed in the Salter environmental analysis, a combination of pre-implementation reviews and an adaptive management approach would be utilized to inform implementation and to provide the opportunity to solicit input from partners that could be incorporated into the decision making process when addressing changing conditions on the ground in real-time.

This effort is intended to provide for communication and collaboration and more flexibility to adjust if changes, such as new or increased insect and disease infestation occur or the area is affected by wildfire. This approach ensures appropriate treatment based on any changed site conditions at the time of implementation. Adaptive management includes reviews of project areas during and after implementation, as well as periodic reviews of NEPA adequacy as time progresses.

The objective of the proposed treatments is to retain ponderosa pine within the identified cutting units for as long as the species continues to regenerate for the purposes of fiber production and ecosystem services within the standards and guidelines of land and resource management plan, specifically, 2.9.14. Adjustments to prescriptions could be made at any time as long as they are within the scope of this analysis.

In addition, this section describes the adaptive management process for site preparation and planting to meet desired conditions. Site preparation and planting will be prescribed to stands that fall below Forest Plan stocking levels for ponderosa pine (i.e., 150 TPA) or are projected to do so based on forest health or lack of cone production.

Another purpose of monitoring and adaptive management approach is to set up a formal communication protocol with outside partners; for example, the DWRF collaborative. If conditions change, or if approaches are not working as described, the adaptive management process identified here would be used to notify partners about the agency's findings. The process would also serve as an opportunity for the public to have direct and formal communication with agency decision makers and resource managers on specific projects. A Collaborative Exchange

Folder (CEF) has been set up on the agency's main database (PINYON) that allows direct exchange of documents between the agency and partners. A Collaborative Communication Form (CCF) has been developed to officially document important communication between the agency and partners. The processes and digital storage protocol of documents are in place for this project and all projects moving forward where this level of information exchange is desired by partners. Table 5 displays the proposed monitoring activities and Table 6 displays the triggers or threshold and associated adaptive management actions. The actions in this section are condition-based, and in addition to, the treatments described above.

**Table 5. Proposed monitoring activities**

| Resource Area | Objective | Methodology | Timing | Reporting |
|---|---|---|---|---|
| Timber | Track trends in mortality/infestation rates of Bark Beetles | Comparison of consecutive Forest Health Aerial Survey flights. Determine percent change in mortality or infestations within Salter treatment units | Prior to treatment at the project scale. Annually at the landscape level. | CSFS annual Forest Health flight data of the treatment units in map form, and placed in the Collaborative Exchange Folder (CEF) |
| Timber | Track silvicultural prescription effectiveness - Single Tree Selection | Regeneration Stocking Surveys | Third and fifth year stocking survey | Share stocking survey results utilizing the Collaborative Communication Form (CCF) and placed in the CEF. |
| Timber | Monitor cone presence as an influence on meeting desired conditions | Pedestrian survey of stand | If a stand fails first year stocking survey a bi-annual cone survey would be performed until stand passes stocking survey. | Initial surveys would be tracked internally and documented in the project record. Copies of this data would be included with a stocking failure CCF if one is sent post year 3 survey. |
| Fuels | Determine post-harvest fuel loading, and post-prescribed fire fuel loading to quantify treatment effectiveness. | Monitoring area review by agency representative through site inspections, photo points, and line intercept plots. | Pre-harvest, post-harvest, pre-prescribed fire, and post-prescribed fire | Site Inspections, photo points, and line intercept plots. |
| Invasive Species/Noxious Weeds | Detect invasive species/noxious weed occurrences and prioritize treatment of infestations (Early detection and rapid response). | Pedestrian survey by forester for noxious weeds in project area pre, during, and/or post project activities. | Pre, during and post implementation of timber harvest and associated project activities. | Forester relays spatial indicator to range specialist for site visit and on-going tracking by range specialist.<br>Spatial indicator includes current location and infestation acreage/footprint.<br>Population inventory and treatments would be reported according to national directives. |

CCF – Collaborative Communication Forum; CEF – Collaborative Exchange Folder.

**Table 6. Proposed adaptive management actions**

| Feature being Monitored | Trigger or Threshold | Proposed Adaptive Management Actions |
|---|---|---|
| Silviculture – Stocking level | After implementation, stocking survey shows single tree selection treated stand in the 3rd year survey has failed and is trending for continued failure in 5th year stocking survey<br>Prior to implementation stand is determined by Certified Silviculturist to be currently below minimal stocking or is trending towards this status. (heavy over story mortality or infestation that would make regeneration problematic due to lack of seed trees or pattern of residual live seed trees within a stand. | Monitor<br>Inform our partners with a CCF.<br>Site Preparation as needed, with inter- planting |
| Silviculture - Post-planting | Planting survivability is less than adequate to pass stocking survey | Monitor and adjust<br>Inform our partners with a CCF.<br>Site prep as needed, with inter- planting<br>Increase seedling container size<br>Adjust elevation band of seedlings being planted within percent mix<br>2.9.1 Anticipates climate-related plant succession changes (such as favoring heat- or drought-resistant tree species as leave trees, or in reforestation). |
| Silviculture Rx – Stand density | Residual stocking level basal area: Above or below 50-70ft$^2$/acre, Stand Density Index greater than 175. | Monitor and adjust marking, as needed. |
| Silviculture Rx – Stand structure | Physiognomy or architecture at the stand-level and fine scale does not begin to develop uneven aged characteristics with even aged definable groups, clumps and individuals. | Monitor and adjust marking, as needed. |
| Invasive Species/Noxious Weeds | Invasive species/noxious weeds are increasing within a treatment unit as a result of timber harvest activities. | Implement the design features requiring onsite decontamination and/or equipment operations in infested areas as applicable. Inform our partners with CCF when trigger has been reached to implement this design feature.<br>Adapt weeds treatment levels and locations as needed site-specifically. |

CCF – Collaborative Communication Forum; CEF – Collaborative Exchange Folder.

# Issue Identification and Alternative Development

Issues are points of concern about effects that may occur as a result of implementing the proposed action. Issues are generated by the public and are in response to the proposed action; others are identified by the interdisciplinary team based on local and specific scientific knowledge and may be used to disclose and compare effects between actions. Issues identified during scoping can either be addressed by developing alternatives to the proposed action or by adjusting the proposed action to resolve conflicts [36 CFR 220.7 (b)(2)(i)].

The Forest Service NEPA procedures allow the responsible official to modify a proposed action as the process progresses and requires such modifications to be made in an open and transparent process obvious to all interested parties. The description of the proposal may include a brief description of modifications and incremental measures developed through the analysis process to develop the alternatives considered. The documentation of these incremental changes to a proposed action or alternatives may be incorporated by reference in accord with 40 CFR 1502.21.

To this end, the comments received during the scoping period (refer to *Agencies or Persons Consulted* of this environmental assessment) were reviewed and assigned to a general subject matter category. Issues that were interrelated were combined into a set of issues or concerns. The following concern groupings were developed to facilitate a comprehensive approach to identifying incremental adjustments that would result in a refined, modified proposed action or additional alternative. This is not a complete list of comments received. All comments received can be located in the project record.

- **Vegetation and Silvicultural Prescriptions**
  - ♦ Large tree retention. Apply a 20 inch diameter limit.
  - ♦ Basal area. Maintain greater basal area.
  - ♦ Proposal requires an effective long-term commitment to invasive species control and monitoring.
- **Recreation**
  - ♦ Trail condition. Ground disturbance resulting from vegetation treatments could reduce the quality of the trail and/or result in eliminating access to trailheads and other recreation opportunities during project implementation.
  - ♦ Scenery. Treatments could result in a degradation in scenic quality and visitor experience.
- **Wildlife Management**
  - ♦ Installation of artificial water developments for wildlife.
  - ♦ Goshawk post fledgling family area prescriptions.
- **Economics and Feasibility**
  - ♦ Provide flexibility in design due to changing market conditions.
  - ♦ Keep restrictions to a minimum: normal operating season, hauling restrictions, weed prevention measures, etc.
  - ♦ Don't apply restrictions that delay the removal of the wood product.

- ♦ Provide the ability to expedite removal of wood fiber, particularly those infected with insects or disease.
- ♦ Provide a steady supply of wood fiber.

- **Transportation System.**
  - ♦ For cost effectiveness, do not limit the construction of temporary roads.
  - ♦ The volume/acre must be commensurate with the required road maintenance costs.
  - ♦ Allow for maximum Gross Vehicle Weight limits of 97,000 lbs. for log trucks removing wood fiber.

The above potential issues and concerns were resolved through project modification, application of best management practices, project design features, or development of an alternative. The initial scoped proposed action referred to as Alternative 2 – Modified Proposed Action in the *Environmental Effects* section of this assessment, was modified by:

- Addition of multiple project design features and identification of avoidance areas for recreation to include protection of trail quality, scenery and to minimize impacts to recreationists. Development of an implementation schedule that is intended to minimize the need for closure of trails and other recreation opportunities during project implementation (Figure 12, appendix A).
- Incorporation of project design features intended to mitigate the adverse impacts of allowing for maximum gross vehicle weight, when authorized.

Resolution of potential issues and concerns also included development of a second action alternative which includes a 20-inch diameter limitation (as compared to a 26-inch diameter limitation). This alternative limits the removal of trees over 20 inches and is intended to emphasize large tree retention. This alternative is referred to as Alternative 3 – Large Tree Retention in the *Environmental Effects* section of this assessment. There are no other differences between Alternative 2 and Alternative 3. All of the other components included in Alternative 2 are also included in Alternative 3. The original scoping package (dated February 21, 2020) is included in the project record.

# Section 3 - Environmental Effects

This section describes the environmental impacts of the modified proposed action (Alternative 2) and the Large Tree Retention Alternative (Alternative 3) in relation to whether there may be significant environmental effects as described at 40 CFR 1508.27. The effects of taking no action are also analyzed and used as a basis for comparison to the action alternatives. Further analysis and conclusions about the potential effects are available in resource specialist reports and other supporting documentation located in the project record. The following effects discussions are summaries from the specialist reports that have relevance with respect to a determination of significance. Appendix C. Resources Dismissed from Detailed Analysis contains a description of the resources that were considered and eliminated from further detailed analysis.

# Cultural Resources

### Consultation under the Streamlined Section 106 Compliance Process

Under the PA, the NEPA scoping process is used as the initial outreach to identify consulting parties and interested parties and to communicate with the public, as required in 36 CFR 800.3(e)-(f). At the same time, a tribal consultation letter is sent to all culturally affiliated Indian tribes, describing the proposal and requesting their participation in subsequently phased treatment sectors. Tribes that request to continue consultation for the proposal are sent the project notification package. Following completion of the inventory for each treatment block identified, these tribes are also sent a letter summarizing the results of the inventory and requesting feedback. If during consultation it is determined that implementation of a proposed treatment block has the potential to affect a property that is identified by a tribe as having traditional cultural or religious importance, the Forest would continue consultation with the tribe regarding the assessment and resolution of effects to the property. Tribal consultation is ongoing for the proposal.

## Affected Environment

### Results of the Class I Literature Review

An Initial Cultural Resources Report was prepared for the proposal and transmitted to Colorado State Historic Preservation Office on June 8, 2020. The area of potential effects (APE) for the Salter EA project is defined for the purpose of this report as the EA analysis area plus a 100-meter buffer, which was applied to account for locations at which the analysis area and treatment units may be coterminous. The area of potential effects measures approximately 50,305 acres in size.

Approximately 156 previous cultural resources inventories have been conducted within the proposed project's area of potential effects. These include approximately 29 class II (reconnaissance) inventories and approximately 127 class III (intensive) inventories. In total, approximately 43,026 acres within the area of potential effects have been surveyed prior to the identification of implementation projects. This figure includes approximately 41,509 acres within the area of potential effects that were surveyed at the class II level and approximately 14,470 acres within the area of potential effects that were surveyed at the class III level.

Two hundred twenty-two previously recorded archaeological sites are located within the area of potential effects for the proposed project. This figure includes one archaeological district that is listed on the National Register of Historic Places (NRHP), one site that is contributing to the National Register eligibility of that archaeological district, two sites that are non-contributing to the National Register eligibility of that archaeological district, one multicomponent site that is listed on the NRHP, 45sites that have been officially determined eligible to the NRHP, 35 sites that have been officially determined Needs Data, 71 sites that have been officially determined not eligible to the NRHP, and 71 sites that are currently unevaluated because an official eligibility determination has not been made.

Preliminary information about the National Register of Historic Places eligibility status of archaeological sites within the area of potential effects by temporal affiliation is shown in table 7, below.

**Table 7. Known archaeological sites within the proposal's area of potential effects**

| Site Temporal Affiliation | NRHP Eligibility Status Eligible[2] | NRHP Eligibility Status Needs Data | NRHP Eligibility Status Not Eligible[3] | NRHP Eligibility Status Unevaluated | Total |
|---|---|---|---|---|---|
| Prehistoric | 20 | 30 | 52 | 39 | 141 |
| Historic | 15 | 2 | 17 | 21 | 55 |
| Multicomponent | 10 | 3 | 2 | 5 | 20 |
| Unknown | | | | 6 | 6 |
| **Total** | **45** | **35** | **71** | **71** | **222** |

In addition, 35 isolated finds have been recorded within the proposal's area of potential effects and determined not eligible to the National Register of Historic Places.

### Effects of the Alternatives

Potential direct and indirect adverse effects to historic properties would be addressed under the PA (USDA 2017). The project design features identified in Appendix B. Cultural Resources Programmatic Agreement Vegetation Management Activities-Specific Project Design Features would be applied consistent with the PA. Therefore, the proposal would have no direct or indirect adverse effects to cultural resources. Although there may be other projects that spatially and/or temporally overlap the area of potential effects for the proposal, the lack of adverse direct or indirect effects means that there would be no adverse cumulative effects to historic properties.

## Fuels and Fire Management

### Affected Environment

The existing vegetation type throughout the project area is primarily Southern Rocky Mountain Ponderosa Pine Woodland (EVT 2054), with areas of Rocky Mountain Gambel Oak-Mixed Montane Shrubland (EVT 2159)(LANDFIRE 2.0.0). Surface fire behavior fuel models throughout these areas are variable, but primarily are moderate load dry climate grass-shrub (GS2), which is identified as the fuel model across 44 percent of the project area. A breakdown of all fuel models that make up over one percent of the project area is shown in figure 3, below.

[2] This column includes sites that have been determined to be contributing to the National Register of Historic Places eligibility of a larger resource.
[3] This column includes sites that have been determined to be noncontributing to the National Register of Historic Places eligibility of a larger resource.




**Figure 3. Salter project area surface fuel model distribution**

Canopy characteristics across the project area are very similar across all treatment areas, with an average canopy cover of 36 percent, average canopy height of 47 feet, and average canopy base height of 6 feet. The average canopy fuel load is approximately 2.24 tons per acre.

In average summer conditions, fire behavior would be predominantly surface based, with flame lengths of approximately four feet and rates of spread near 900 feet per hour. As conditions approach the 90th percentile of fuel dryness, passive crown fire can occur with 20 foot windspeeds as low as 6 miles per hour to initiate torching (Torching Index). Fuels in the project area are generally not conducive to active crown fire, where the entire tree canopy carries fire, with sustained 20 foot winds of 24 miles per hour required (Crowning Index). A 24 miles per hour 20 foot 10-minute average windspeed has not occurred in the past 20 years in May through October at the nearby Salter RAWS (055205). While gusts above 24 miles per hour have occurred approximately 15 percent of the days in fire season, comparing the crowning index with observed windspeeds can help explain why the project area has not seen areas of widespread active crown fire in the recent past. While it is certainly possible for many areas to crown, gentle topography and heavy canopy cover tend to limit windspeeds at the surface which could increase fire intensity above critical thresholds.

In the past ten years, approximately 34 percent of the project area has experienced fire, either wildfire or prescribed, with less than one percent of the project area undergoing mechanical disturbance. The majority of disturbance is due to the 2018 Plateau Wildfire, which burned nearly 20,000 acres during exceptional drought. This fire reduced basal area across the footprint by approximately 32 percent, with most of the fire area (58 percent) experiencing between a 0-to-25 percent reduction in basal area (US Forest Service Rapid Assessment of Vegetation Condition after Wildfire, 2018). The highest category of basal area loss (75 percent-to-100 percent) was generally observed on steep slopes which are outside of the project area.




**Figure 4. Plateau Fire, percent basal area loss, open and closed evergreen tree canopy, RAVG**

The remaining acres of fire disturbance are largely from prescribed fire in 2019, when over 4,000 acres were treated, as well as two other fires from 2016 and 2017, the Long Draw and Draw Fires which together burned nearly 4,500 acres at low severity.

## Effects of the Alternatives

### Effects of the No Action Alternative (Alternative 1)

The no action alternative would leave forest structures at present stand densities until disturbance through either fire or insect mortality altered them. Fires throughout the project area have displayed a mix of low, moderate, and small areas of high severity, which would continue. The scale of unplanned ignitions would be larger in drought years, trending toward a more typical prescribed fire coverage in average precipitation years. Prescribed fire would continue throughout the project area at a rate approaching 3,000-to-5,000 acres per year under the Dolores Ranger District Ponderosa Pine Prescribed Fire Environmental Assessment Decision Notice (USDA 2017).

Insect induced mortality would continue to occur, predominantly in small patches but with some areas of larger higher severity outbreaks likely. The infested stands would display similar characteristics to affected stands in the Lone Pine environment, with similar diameter classes experiencing mortality. As time goes on, these dead standing trees would fall, increasing surface fuel loading and leading to higher severity fires in the future which would allow for ponderosa pine regeneration on the edges of the high severity patches, eventually filling in and creating successional class diversity.

As time continues, if the entire project area did not experience multiple disturbances to reduce surface fuel loading and canopy cover, it would eventually experience active crown fire. Large scale crown fire is not something ponderosa pine is adapted to, and it could lead to a type conversion from forest to shrublands if the area burned at high severity is large enough.

### Direct Effects of Alternative 2 – Modified Proposed Action and Alternative 3 – Large Tree Retention

Given that the difference between the modified proposed action alternative and the large tree Retention alternative is primarily silvicultural, the direct, indirect, and cumulative effects to fuels and fire management of both action alternatives are the same.

The proposed action would result in increased dead surface fuel loading at the one hour (<1/4 inch), 10 hour (1/4 inch-to-1 inch), 100 hour (1 inch to 3 inches) and 1000 hour (3 inches to 8 inches) size classes from timber activities. While canopy cover and canopy bulk density would be decreased by the proposed action; an expected increase in canopy base height, an increase in surface fire intensity and rate of spread is likely in treated areas without follow-up prescribed fire activities. In addition to the surface fuel loading increase, the proposed action would decrease the canopy cover, which would allow surface fuels to dry more quickly due to the lack of shading and experience higher midflame windspeeds due to the lack of sheltering than in the no action alternative.

Fuels would either be piled or lopped and scattered depending on specific site conditions. Where fuels are piled and burned, residual surface fuel loading would be similar to pre-treatment conditions after pile prescribed fire occurs. Residual fuels would be able to dry more quickly than untreated areas, and treated areas would experience higher midflame windspeeds. This would result in an increase in fire behavior relative to adjacent untreated areas, but higher canopy base heights would limit torching and serve to increase both torching and crowning indices in treated stands. Where fuels are lopped and scattered, initial entry broadcast prescribed fire focused on maintaining overstory characteristics would likely reduce 20-40 percent of activity fuel loading resulting from timber management activities. Follow-up treatments must occur within 6-15 years in order to further reduce surface fuel loading.

After prescribed fire occurs, future fire behavior would be largely surface fire until Gambel oak regenerates to a height where it can act as a ladder fuel for residual overstory, roughly 10-15 years post pile prescribed fire. Regeneration resulting from the combination of the proposed action and prescribed fire creating a seedbed for ponderosa pine would likely require little effort to protect from future fires, as high live foliar moisture relative to the broader overstory and compacted and lightly loaded surface fuelbeds typically result in low fire intensity. In the long term, after multiple entries of prescribed fire, piling or lopping and scattering of slash under the proposed action would result in stands which are more resistant to future disturbances and able to recover more rapidly without human intervention.

### Indirect Effects

Prescribed fire is highly dependent on specific weather and fuel moisture parameters to implement, which are typically present in the project area for 50-60 days per year. However, during times of drought fuels can become too dry, as can the overall weather pattern, requiring a delay in prescribed fire implementation until more moderate conditions return. The proposed action would result in several thousand acres of increased surface fuel loading per year. Depending on the slash disposal plan for each project area, fuels would either be piled or lopped and scattered. A dry winter, spring, or summer could significantly delay prescribed fire either by broadcast or pile methods, resulting in a longer amount of time that increased surface fuel loading exists in the project area. Wildfires, both human and naturally ignited, would continue to occur in the project area, and if they are coincident with drought, have the potential to reduce overstory stocking below targeted levels. Conversely, naturally ignited wildfires occurring during near-

average conditions would have the potential to reduce activity fuels to desirable levels while maintaining desired overstory characteristics.

#### Cumulative Effects

Historical fire behavior within the project area was a mix of intensities, leading to a heterogenous forest structure created and maintained by low, mixed, and high severity fires (Baker 2018). While in the short-term these areas would experience low severity fire; as shrubs resprout and surface fuel loading increases, an increase in mixed fire severity would occur and in the long-term contribute to maintaining and increasing landscape heterogeneity.

The Salter proposed action would occur simultaneously with the Lone Pine and Dolores Ranger District Prescribed Fire actions. Taken together, these projects would reduce the threat of wildfires impacting communities, watersheds, habitat, and infrastructure, while increasing the likelihood of fire benefitting these resources and assets. The proposed action and ongoing actions would result in approximately 20,000 to 30,000 acres of disturbance per year within the ponderosa pine vegetation type on the Dolores Ranger District. Future fire behavior along mesa tops targeted for timber management activities would be primarily surface fire, with some individual and group tree torching expected, and canyons would demonstrate additional passive and some active crown fire.

## Invasive Species

### Affected Environment

The spatial analysis area for analyzing the direct, indirect, and cumulative effects to invasive species management is the project area total proposed treatment areas and associated roads, because noxious weed establishment would be closely related to the treatment units and associated roadways where ground disturbance or vehicle traffic occurs.

Several different noxious weed species are present within and near the analysis area. Inventory and treatments are ongoing. Acres affected by noxious weeds change as new infestations establish and other infestations are eradicated. The same past and present uses described for livestock grazing have affected noxious weeds in the analysis area. Public recreation, especially motorized use, can add to the spread of noxious weeds across the landscape as it allows for the widest span of distribution. Weed infestations are usually associated with roadways, high recreation use areas such as trailheads and camping areas, and areas where livestock concentrate, such as water developments, fencelines, and salting grounds, where bare ground is created, allowing for infestation. High priority weed infestations are treated with herbicide with the intent of eradication, though eradication is not always achieved. All species on the Colorado Noxious Weeds List B are targeted for eradication. These species are known to be invasive and increase with disturbance. Noxious weed infestations negatively affect ecosystem health, reduce livestock forage, and reduce wildlife habitat among other detrimental effects.

### Effects of the Alternatives

#### Direct and Indirect Effect of No Action (Alternative 1)

Invasive species and noxious weeds in the analysis area would not directly increase or decrease as a result of the proposed ponderosa pine harvesting. Impacts from the no action alternative would be the same as the existing conditions described above.

### Direct and Indirect Effects of the Action Alternatives (Alternative 2 – Modified Proposed Action and Alternative 3 – Large Tree Retention)

Noxious weeds could potentially be introduced and/or increase in distribution and acreage as a result of proposed ponderosa pine harvest and associated activities. All vehicles and equipment can serve as vectors for the spread of noxious weeds. Therefore, vehicular traffic for harvest operations may spread noxious weeds. Activities that create bare ground can also lead to noxious weed establishment when desirable competitive species are removed and noxious weed seedbeds are established; activities such as skidding lanes, road construction, landing sites, and pile burning can lead to removal of desirable plant species and bare soil. Mitigation measures as part of design features would reduce the likelihood of noxious weed establishment and the need for follow-up treatments to eradicate established populations. Additionally, design features include use of weed-free seed in reclamation implementation.

### Cumulative Effects

Past and present effects to noxious weeds are the same as those listed under existing conditions, which includes influences from many uses and disturbances. Reasonably foreseeable future actions are similar to past and present actions as the same activities listed as affecting livestock grazing and are expected to continue.

Under the proposed alternatives, noxious weeds within the analysis area would have effects similar to those described for direct and indirect effects in that noxious weeds would potentially increase in distribution and acreage. In particular, potentially increased recreation from increased access would likely occur. User- created routes are sometimes formed from closed logging roads. If this occurs, a large user created route network would result in a greater likelihood of noxious weed spread and establishment. Therefore, noxious weeds in the project area could potentially cumulatively be increased over time under the proposed alternatives, requiring increased treatment and action to limit infestations.

Table 8 summarizes the environmental effects to rangeland resources and invasive plants under the proposed action alternatives.

**Table 8. Summary of environmental effects to invasive plants**

| Resource Element | Indicator/Measure | No action Alternative Effects | Proposed Action Alternatives Effects |
|---|---|---|---|
| Invasive Species | Noxious Weed Establishment/Infested Acres | **Direct and Indirect Effects:** No immediate effects to invasive species would occur. Current weed populations would continue to be targeted for treatment.<br><br>**Cumulative Effects:** No cumulative effects; effects may be less than under the action alternatives | **Direct and Indirect Effects:** Activities associated with timber harvest may increase noxious weed establishment. Implementation of proposed design features would reduce the likelihood of noxious weed establishment and the need for follow-up treatments to eradicate established populations. Treatment of established weed populations would continue.<br>**Cumulative Effects:** Noxious weeds could increase primarily due to increased access over time, requiring increased treatment efforts. |

# Rangelands

## Affected Environment

The spatial analysis area for analyzing the direct, indirect, and cumulative effects of the proposed alternatives to rangeland resources are the 11 active individual livestock grazing allotments with proposed treatment units within them in the project area (table 9).

**Table 9. Percentage of total allotment acres within the Salter analysis area**

| Allotment | Approximate Percentage |
|---|---|
| Bald Hill | 47 |
| Beaver Crossing | 31 |
| Biggs | 68 |
| Calf | 21 |
| House Creek | 5 |
| Koehn | 59 |
| Mavreeso | 9 |
| Oak Knolls | 31 |
| Pease Point | 32 |
| Salter | 3 |
| Trimble | 46 |

Two other allotments overlap the project area – Sagehen and River Corridor – but proposed treatment acreage is minimal, and these allotments are currently vacant. Therefore, the Sagehen and River Corridor allotments are not carried forward in analysis of rangeland resource impacts.

The active allotments were selected as the analysis area for rangeland resources because rangeland and livestock grazing impacts from the proposed alternatives is confined within each individual allotment. While proposed timber harvesting does not necessarily occur in all areas or pastures in an individual allotment, the entire allotment may be affected in terms of livestock forage and operational impacts.

Most of the suitable rangeland in the 11 active allotments is found in open meadow parks, as well as aspen understory vegetation types. Ponderosa pine forests in the analysis area are considered suitable for livestock grazing and do provide understory vegetation for livestock forage to varying levels, but typically not to the level of meadows and aspen understory. Ponderosa pine stands may provide average annual understory production of air-dry vegetation in a range of approximately 900-1,400 pounds per acre dependent on environmental conditions and specific soils and ecological sites (USDA 2001, USDA 2001a). As ponderosa stands continue to mature in absence of other disturbances such as fire, increased tree canopy cover can reduce understory vegetation species presence and/or production levels through shading and competition for resources; this can subsequently reduce livestock forage in these areas over time.

Livestock forage in the analysis area has been affected by historic grazing and past and current logging operations. Other factors that have affected the forage in the treatment area include road infrastructure, recreation uses, wildlife use, and wildland fire, revegetation, among others. Seeding with nonnative grass species such as smooth brome has also occurred. Drought has also

reduced plant forage production and subsequent livestock forage. Noxious weeds have established in certain areas, most commonly in those areas with recreation and vehicular traffic. Noxious weeds can compete with desirable plant species and negatively affect ecosystem health, thereby decreasing forage availability in some areas.

## Effects of the Alternatives

### Direct and Indirect Effects of No Action (Alternative 1)

There would be no immediate effects on forage availability as a result of the no action alternative in the 11 active grazing allotments. There would be no need for adjusting the use on the grazing allotments as it pertains to this project and no other livestock operation impacts would occur from the proposed ponderosa pine logging and associated impacts. Indirectly, as ponderosa stands continue to mature in absence of other disturbances such as fire, increased tree canopy cover would reduce understory vegetation; shading and competition for resources would subsequently reduce livestock forage in these areas over time.

### Direct and Indirect Effects of the Action Alternatives (Alternative 2 – Modified Proposed Action and Alternative 3 – Large Tree Retention)

As described above, the treatment area overlaps with multiple pastures in the allotments. Greater impacts from project-related activities would occur in those allotments and pastures with higher project area treatment acreage (table 9). Some pastures within the allotments would have no proposed treatments, while others would have minimum to high levels. The Biggs Carlyle and Bald Hill Bean pastures would have the highest proportion of treatment acres. Of the approximate total allotment acreage, the Koehn and Biggs allotments would be most affected by the proposed activities with over approximately 50 percent of their respective acreage affected. All other total analysis area allotment acreage impacted would be under approximately 50 percent at varying levels, with the Salter Allotment affected the least by the proposed alternatives in terms of acreage. The proposed treatment units do not overlap with the pastures on the House Creek and Pease Point allotments. For the Salter Allotment, only the Middle pasture is impacted by the proposed alternatives.

During operations, harvesting and thinning of ponderosa pine stands would temporarily reduce forage availability in thinned areas over the short-term. Forage would not be available to livestock if they are restricted from the actively logged areas during operations. Where new temporary roads are constructed, forage would be lost for the life of the road; however, the direct impact to forage loss within pastures would be minimal. Changes to pasture rotations and livestock distribution patterns across the analysis area allotments may be necessary to maintain proper forage utilization levels and to maintain and/or move toward desired vegetation conditions. Coordination between US Forest Service staff and affected grazing permittees regarding the timing and location of active logging and associated activities would minimize this impact.

Once ponderosa pine harvesting operations are concluded, livestock forage in thinned areas would be expected to be similar to pre-harvest conditions or to be improved as palatable understory species potentially increase presence and production with decreased resource competition. Improvement in livestock forage would occur from increases in understory vegetation from decreased ponderosa pine canopy cover and subsequent reduction in resource competition. A study in northern Arizona ponderosa pine forests concluded that ponderosa pine

thinning increased the abundance of native graminoid species within the project area (Griffis et al., 2000). Livestock grazing of palatable grass, forbs, and shrubs in treatment areas would reduce these plants' competition with ponderosa pine seedlings following harvest. Livestock grazing with proper utilization levels and distribution in thinned areas is not anticipated to prevent regeneration of ponderosa pine. Maintaining proper utilization levels, periodic pasture deferment through a rotational grazing system, and use of livestock distribution practices would reduce livestock grazing impacts on ponderosa pine regeneration and long-term ponderosa pine stand condition and additionally help sustain potential livestock forage gains from the thinning of mature stands.

Temporary roads that are reclaimed may contribute to livestock forage once vegetation is established. Livestock forage in harvested areas could decline if noxious weeds are introduced and spread. Design features to mitigate increases in noxious weeds are included in the proposed alternatives.

In terms of livestock operation and range improvement impacts from ponderosa pine harvesting and associated activities, impacts would be temporary and short-term. Potential livestock operation impacts include cattle potentially dispersing more and moving into unauthorized areas with increased traffic and access, and if barriers such as fences are removed, or gates are left open. These impacts would only occur from the proposed alternatives when harvest operations occur at the same time as cattle presence on allotments. Range improvement impacts from operations primarily could occur from allotment pasture and boundary fence removal and/or damage. To help mitigate these potential impacts, design features regarding range improvement maintenance and repair, gate closures, and concentration of operations within pastures are included as part of the proposed action. Coordination with permittees as a design feature would also assist in reducing any potential additional burden on permittees to move and locate livestock due to harvesting operations. Additionally, long-term range trend plots could be damaged if operations and soil disturbance activities such as skidding areas and roads are placed on them. Therefore, design features include avoidance of these plots.

## Cumulative Effects

Under the proposed alternatives, livestock forage in ponderosa pine stands within the analysis area would have effects similar to those described for direct and indirect effects as understory forage may improve over time with a reduced tree canopy cover from harvesting. Therefore, livestock forage across the analysis area in ponderosa pine stands could potentially be cumulatively improved over time under the proposed alternatives if no other disturbances thin mature ponderosa pine stands.

As the Salter Allotment has current ponderosa pine treatments under the Lone Pine Vegetation Management Project, and the cumulative effects of this project and the proposed alternatives only results in an approximately one percent increase in treatment acreage in the Middle pasture. Overall, the cumulative effects of the Lone Pine and the proposed alternative treatment acreage would be 22 percent of the approximate total allotment acreage. For the House Creek Allotment undergoing aspen treatment under the Dolores Aspen Landscape Vegetation Project, the cumulative effects of aspen and the proposed ponderosa treatment acreage would not occur in the same pastures and the overall allotment acreage affected by treatments would remain at approximately five percent. For the Pease Point Allotment also impacted by aspen treatments under the Dolores Aspen Landscape Vegetation Project, the cumulative effects of both aspen and the proposed ponderosa pine harvest raise the total approximate acres affected to 39 percent; however, there is no overlap in pastures affected between these two projects.

Past and present effects on livestock operations are also the same as those listed under existing conditions and are expected to continue. Because direct and indirect effects to livestock operations would be short-term and be lessened with implementation of design features, there would be no long-term cumulative effects under the proposed alternatives. Table 10 summarizes the environmental effects to rangeland resources under the proposed action alternatives.

**Table 10. Summary of environmental effects to rangeland resources**

| Resource Element | Indicator/Measure | No Action Alternative | Proposed Action Alternatives |
|---|---|---|---|
| Rangeland Resources – Forage Availability | Forage Availability - Palatable Plant Species Presence & Pounds of Forage per Acre (Production), Utilization levels | **Direct and Indirect Effects:** No immediate short-term effects on forage availability. Long-term forage availability may decline without natural or anthropogenic disturbances in the ponderosa pine community.<br>**Cumulative Effects:** Forage availability in ponderosa pine stands could potentially cumulatively decline over time. | **Direct and Indirect Effects:** Forage availability would decrease in the short-term during harvesting and associated activities.<br>Over the long-term, following conclusion of proposed activities, forage availability in treated ponderosa pine stands would be expected to be similar to pre-harvest conditions or to be improved with proper use, rotations, and implementation of design features.<br>**Cumulative Effects:** Forage availability in ponderosa pine stands could potentially be cumulatively improved over time. |
| Rangeland Resources – Livestock Operations | Pasture Rotations, Forage Utilization, Range Improvement Condition | **Direct and Indirect Effects:** No immediate effects.<br>**Cumulative Effects:** No cumulative effects. | **Direct and Indirect Effects:** Impacts would be temporary and short-term and would occur during operations. Implementation of proposed design features would reduce impacts to operations and range improvements.<br>**Cumulative Effects:** Short-term effects would occur, but no cumulative long-term effects. |

Based on the discussion above and following the provided design criteria and mitigation measures, the proposed alternatives would meet or move rangeland resources and invasive plant management toward desired conditions identified in the San Juan Land and Resource Management Plan.

# Rare Plants

## Affected Environment

The analysis area for threatened, endangered, proposed, and sensitive plant species is comprised of the Salter project area treatment units and any existing roads proposed to be potentially used to support project-activities, including a 50-foot buffer around them. Therefore, the rare plant analysis area is over approximately 59,000 acres. Project-related activities may not occur in all of this analysis area.

There are no federally listed threatened, endangered, proposed, or candidate plant species or their habitat known or suspected to occur in the analysis area.

There are 23 Forest Service Region 2 sensitive plant species known or suspected to occur on the Dolores Ranger District. Based on a review of elevation profiles, existing vegetation associations, the most recent sensitive plant data from the Colorado Natural Heritage Program, and soil map unit characteristics and acreages (USDA 2001; USDA 2001a; USDA 2003), there is habitat present in the analysis area for seven of these 23 sensitive plant species. This includes violet milkvetch (*Astragalus iodopetalus*), Missouri milkvetch (*Astragalus missouriensis var. humistratus*), Aztec milkvetch (*Astragalus proximus*), Lone Mesa snakeweed (*Gutierrezia elegans*), Mancos shale packera (*Packera mancosana*), cushion bladderpod (*Physaria pulvinata*), and largeflower triteleia (*Triteleia grandiflora*). These seven species are carried forward for detailed analysis. Sensitive plant species that do not have suitable habitat within the analysis area are not carried forward for detailed analysis.

## Effects of the Alternatives

### Effects of No Action (Alternative 1)

Since there are no federally listed threatened, endangered, proposed, or candidate plant species or their habitat known or suspected to occur in the analysis area, so there would be no effect to these species under the no action alternative. Under the no action alternative, there would be no project-implementation impacts from ponderosa pine logging and associated activities in the analysis area to any Forest Service Region 2 sensitive species present or with habitat in the analysis area. Therefore, potential introduction of invasive species and noxious weeds and ground disturbance would not directly occur from the proposed action in the analysis area. Additionally, there would be no potential beneficial effects to rare plants such as reduced ponderosa pine canopy cover or wildfire intensity reductions from the proposed action alternatives under the no action.

### Effects of the Action Alternatives (Alternative 2 – Modified Proposed Action and Alternative 3 – Large Tree Retention)

A biological evaluation was prepared to review and disclose the effects of the proposed action alternatives. Its analysis and species determinations are included and summarized in the following action alternatives' effects.

### Threatened, Endangered, Proposed or Candidate Species

Since there are no federally listed threatened, endangered, proposed, or candidate plant species or their habitat known or suspected to occur in the analysis area, a determination of "no effect" was reached.

### US Forest Service Region 2 Sensitive Species

For all Forest Service Region 2 sensitive species potentially occurring within the analysis area as listed above, the following general impacts and previously identified design features for invasive species apply. Additionally, proposed design features for Hydrology and Soils in the environmental assessment limit or prohibit equipment use when soils are saturated, which reduces soil equipment impacts. Proposed design features for Hydrology and Soils also restrict roads, landings, skid trails, concentrated-use sites, and similar soil disturbances to designated sites to no more than 15 percent of any timber sale unit. Limiting the acreage of these soil disturbances reduces the potential impacts to sensitive plants. Proposed implementation of the design features for invasive species and those specific to other resources as listed previously in this

environmental assessment reduces potential for detrimental impacts to any sensitive species population within the Salter analysis area from proposed disturbance activities.

## Associated Project-Implementation Impacts for All Species:

Invasive Species: Some invasive species (noxious weeds) do occur within the analysis area, though in smaller isolated populations. Noxious weeds can negatively affect ecosystem health and compete with native plant species, including sensitive plants. The *San Juan Invasive Species Action Plan* addresses the noxious weeds strategy across the San Juan National Forest. Through contractors, county agreements, and agency applicators, noxious weed species are surveyed and treated on an annual basis. Funding from timber sale contracts return to the district to further supplement the invasive species program. Because soil disturbance and vehicular traffic can increase the spread of noxious weeds, there is a higher risk of spread and infestations where bare ground occurs and along roadways and where motorized use occurs. Therefore, design features are proposed to minimize spread and new infestations. The project area and areas within the analysis area would continue to be surveyed and receive noxious weed treatments as needed.

Equipment Operation, Skidding & Landing Areas, & Temporary Roads: Soil disturbance, compaction, and bare ground areas can occur from equipment operation, skidding and landing areas, and new temporary road construction. Temporary roads may be utilized to access and haul materials from treatment units within the analysis area and can reduce skidding and landing areas. Proposed priorities are to use existing roads prior to the need to construct temporary roads. Attempts to limit temporary road construction reduces the chance of potential soil disturbance where sensitive plants might be present.

Burn Piles: Slash that is piled and later burned can alter soil properties underneath the pile due to high temperatures. Exact locations or quantities of slash piles have not yet been identified. The burning of slash piles and soil sterilization within the pile footprint could potentially harm any individual plants as well as create areas of bare soil where noxious weeds could establish. To reduce the footprint of burn piles and reduce impacts to soils and plants, a design feature is proposed to limit pile size.

### Determinations

**Violet Milkvetch** (*Astragalus iodopetalus)*: Implementation of proposed design features would reduce potential negative impacts to violet milkvetch. Disturbances associated with this project. Impacts would be short-term and past survey attempts have failed to document species presence on the Dolores Ranger District. In addition, this project would not impact the two known location of this species on the San Juan National Forest. Therefore, it has been determined that project activities may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide for violet milkvetch.

**Missouri Milkvetch** (*Astragalus missouriensis var. humistratus*): Implementation of proposed design features would reduce potential negative impacts to Missouri milkvetch. Disturbances associated with this project are short-term and past survey attempts have failed to document species presence on the Dolores Ranger District. In addition, this project would not impact the four known location of this species on the San Juan National Forest. Therefore, it has been determined that project activities may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide for Missouri milkvetch.

**Aztec Milkvetch** (*Astragalus proximus*): Implementation of proposed design features would reduce potential negative impacts to Aztec milkvetch. Disturbances associated with this project are short-term and past survey attempts have failed to document species presence on the Dolores Ranger District. In addition, this project would not impact the five known location of this species on the San Juan National Forest. Therefore, it has been determined that project activities may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide for Aztec milkvetch.

**Lone Mesa Snakeweed** (*Gutierrezia elegans*): Implementation of proposed design features reduce potential negative impacts to Lone Mesa snakeweed. Disturbances associated with this project are short-term and habitat is located outside of proposed project area timber harvest treatment units where the majority of proposed activities would occur. In addition, this project would not impact the five known occurrences, including the one known occurrence located on the San Juan National Forest. Therefore, it has been determined that project activities may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide for Lone Mesa snakeweed.

**Mancos Shale Pakera** (*Pakera mancosana*): Implementation of proposed design features reduce potential negative impacts to Mancos shale pakera. Disturbances associated with this project are short-term and habitat for this species is located outside of proposed project area timber harvest treatment units where the majority of proposed activities would occur. In addition, this species is not known to occur on the San Juan National Forest; this project would not impact the know occurrences of this species outside of the San Juan National Forest. Therefore, it is been determined that project activities may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide for Mancos shale pakera.

**Cushion Bladderpod** *(Physaria pulvinata*): Implementation of proposed design features reduce potential negative impacts to cushion bladderpod. Disturbances associated with this project are short-term and habitat for this species is located outside of proposed project area timber harvest treatment units where the majority of proposed activities would occur. In addition, this project would not impact the know occurrence of this species on the San Juan National Forest. Therefore, it had been determined that project activities may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide for cushion bladderpod.

**Large-flower Triteleia** (*Triteleia grandiflora*): Implementation of proposed design features reduce potential negative impacts to largeflower triteleia. Disturbances associated with this project are short-term, the long term effects of forest thinning are likely to be beneficial, and the known population has been documented to be resilient to disturbance. In addition, the known location of this species in the analysis area is located outside of proposed project area timber harvest treatment units where the majority of proposed activities would occur so this project would not impact the know occurrence of this species on the San Juan National Forest. Therefore, it has been determined that project activities may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide for large-flower triteleia.

Determination Summary

**Federally Listed Plant Species:** Project-related activities would not affect federally listed threatened, endangered, proposed, or candidate plant species.

**Sensitive Plant Species:** For the seven Forest Service Region 2 sensitive plant species with potential to occur, or habitat in, the Salter project area and greater analysis area, it has been determined that project related activities may adversely impact, but are not likely to cause a trend to federal listing or a loss of species viability range-wide for these species feature.

# Recreation Activities and Experience

This section addresses the potential impacts of the Salter Vegetation Management project on recreation access, opportunity and experience

## Affected Environment

The recreation analysis will focus on the area east of the Dolores River Canyon and north of the town of Dolores, which includes approximately 50,000 acres. Analysis further focuses on the harvest units and roads that would be used to access the cut units. Recreation effects would occur where harvest operations and hauling occur as well as where mechanical treatment and prescribed fire is used. Areas outside of the cut units and access roads are not discussed in detail because they are not affected. Effects to recreation will be considered for up to a 10-year time period. This time period was chosen because this project is anticipated to be completed within that time frame.

The Salter analysis area receives moderate to heavy levels of recreation use during the summer months, moderate to heavy use during big game hunting seasons and low to moderate use during the winter. There are no developed recreation facilities in the general area except for McPhee Reservoir and House Creek Campground. Neither are in the planning area. Dispersed forms of recreational use are dominant in the analysis area and include big game hunting, off-highway vehicle travel (ATVs/UTVs, motorcycles, snowmobiles), driving for pleasure, horseback riding, dispersed camping, hiking, mushroom gathering, firewood cutting, snow biking, mountain biking, and cross country skiing.

The Boggy treatment block is a high use recreation area and one of the most heavily used recreation zones on the District. Over the past five years more than $300,000 of trail infrastructure projects have been completed on the Boggy non-motorized and motorized trail system. Use of the trail system as well as dispersed camping continues to grow. It is a popular destination when the lower country grows hotter throughout the summer and remains a popular mountain bike, equestrian and pedestrian use area during the spring and fall shoulder seasons.

There is trailhead access to the Boggy Draw motorized and non-motorized trail system as well as access to other system routes mostly in the form of forest roads. The trails (and their users) in the project area do have the potential to be adversely affected if impacts are not mitigated. All six blocks include popular dispersed camping areas where vegetation management operations would affect visitors. The users of this area consist of locals that live adjacent to the Forest, including residents of Mancos, Cortez, Durango and Farmington, NM as well as visitors from many states.

The Salter analysis area allows for motorized travel on designated system trails and roads during the summer and fall seasons. Limited cross-country off highway vehicle travel is allowed by big game hunters in some parts of the planning area who are retrieving a downed deer or elk. Winter

travel by the public is open to over snow travel. Pleasure driving uses Management Level 2 and 3 roads, both of which offer a similar viewing experience.

There are commercial operators whose permits include operations within the project area. Colorado Elk Hunters offer guided hunting operations in the area during elk and deer hunting season. In addition, Open Sky operates wilderness therapy sessions in the area but is highly mobile and able to move to areas outside of timber operations. Many private big game hunters use the landscape during archery, muzzle loading and rifle season. There are limited snow bike grooming operations that are conducted in the Boggy block.

Portions of the Boggy Draw trail systems are on Level 1 roads which are routes that are currently in storage. The Boggy Draw non-motorized trail system has 1.94 miles of level 1 roads while the motorized routes include 8.28 miles of level 1 roads. Visitors should expect that the trails with Level 1 roads would see significant impacts to the tread that would need to be mitigated via trail reconstruction.

The current Recreation Opportunity Spectrum for the project is classified as Roaded Natural Setting. Roaded Natural settings are characterized by a higher degree of developments and human footprint than those of primitive and semi-primitive settings. Sights and sounds of human activity are common, as are encounters with other users and types users when in these areas. Users should also expect the presence of active management activities, areas of adjacent or interspersed private lands and development, an extensive trail network and abundant access points for recreational activities. Resource modification and utilization practices are obvious but harmonize with the natural environment. There are no wilderness areas, research natural areas, special recreation areas, developed campgrounds, or restroom facilities within the analysis area.

## Effects of the Alternatives

### No Action (Alternative 1)

Under the no action alternative, no timber harvest would occur. Disruptions to recreation activity from treatment activities would not occur. There would be no Knutsen-Vandenberg allocated funding available to help fund projects to fund recreation improvements including closing user-created/non-system roads. General human uses in the area such as winter and summer motorized activities, dispersed recreation, livestock grazing, hunting, prescribed fire, and fuel wood gathering would continue.

In the long term the proposed action combined with prescribed fire would reduce high severity fire. Canopy reduction reduces high severity canopy dominated fire, which in turn decreases the chance of catastrophic fires that may result in “moonscape” scenery. This type of negative impact to a ponderosa pine stand would have long term impacts above and beyond the impacts of the proposed vegetation management project. In addition, reducing stand sizes would improve far ground scenery viewing opportunities.

### Modified Proposed Action (Alternative 2)

Under the proposed action, recreation experience would be impacted to various degrees depending on the season. Disruptions and impacts to recreationists would result from the sights, sounds and activities associated with the proposed treatments such as road work, truck hauling and cutting operations during project implementation. Groups most likely to be affected during the project operations are motorized users (ATV/UHV), non-motorized trail users (hikers,

equestrians, snowbikers and mountain bikers), big game hunters and snowmobilers. Fall hunting activities would be impacted by the timber cutting operations and noise potentially displacing hunters and campers from their campsites or hunting grounds. There would be no impact to any established outfitter camps that overlay the cut units as none are currently assigned. Horseback riders may be displaced to other areas of the analysis area due to logging operations but could find similar riding opportunities in the area. The extent of negative impacts to recreationalists can be expected to increase noticeably if treatment activities are undertaken during, hiking, biking hunting or snowmobiling seasons when this area witnesses marked increases in use. There would be short-to-long term visual effects encountered on short sections of the trail. Trail users would move through the project area on parts of the trail impacted by operations or can use other trails in the project area not affected by timber operations.

Any affected commercial hunting operations, such as Colorado Elk Camp are permitted elsewhere on the district and can conduct their operations in those areas during any timber operations. Fall hunting activities and summer camping would be impacted by the timber cutting operations and noise potentially displacing hunters and campers from their campsites or hunting grounds for the short term. Dispersed camps during big game hunting seasons may be impacted for the short term.

Motorized and non-motorized trail users, especially those who frequent trails in the Boggy treatment block, would be impacted if any trails are closed during operations. If measures to protect the integrity of trail infrastructure are not followed there is a likelihood of long-term impacts to the tread and in turn the trail user's experience.

Visitors using both Management Level 2 and 3 roads would experience brief exposure to timber unit cuts. These visual impacts would be brief depending upon speeds of the motorized traveler. Travelers such as horseback riders, bikers, hunters or hikers would experience a negative visual impact to their recreational experience if they chose to travel through any units. Impacts would be brief depending upon their rate of travel through the units. Visual impacts would improve for all travelers as they moved beyond any cutting units. Short term, temporary closures of Management Level 2 roads to public use may be required during harvest operations.

There would be little difference in the impacts regardless of the prescription objectives, i.e. Individual Tree Selection with a Restoration Emphasis (ITS), Precommercial Thinning (PCT), Commercial Thinning (CT) or Sanitation/Salvage (SS)

The project proposes to use existing closed roads and construct temporary roads. It would impact the designated motorized and non-motorized routes where access to timber units requires the same road for project access (shared alignment). A transportation plan would be included in the contract package to address safety concerns linked to any road uses.

Winter recreation activities (snowmobiling, skiing and snow biking) would be affected and possibly changed due to the possibility of timber activity during the winter months. However, winter use is low in most blocks except for the Boggy block, where there is a snow biking operation. Winter use of the roads for winter recreational activities would be allowed to coincide with project activities.

Potential impacts to recreationists under this alternative would be the greatest in the vicinities of the treatment units located in the Boggy, House Creek and Turkey Knolls blocks because of the relative popularity of these areas to local users. Displacement of users would occur and could

close trails or dispersed sites for a period of weeks to months with reoccurring timber activity in a block for several years. Over the life of the timber project, the designated routes within the project area would continue to be impacted and require maintenance to sustain the integrity of the road and trail system. Road/trail maintenance and decommissioning responsibilities are included in the timber contract. Most recreationists are accustomed to a working forest landscape so the sights and sounds of harvest is usually accepted although not necessarily appreciated. Any long-term removal of recreation opportunities would have an impact to local community's economies.

### Large Tree Retention (Alternative 3)

Under this alternative larger trees would remain in the view shed and users would have an experience only somewhat similar to their pre-project experience while also providing more shade to trail users.

### Cumulative Impacts

The potential impacts to recreation from this project are anticipated to be long-term and moderate for as long as 10 years. Past and current activities in the area include timber sales and prescribed fire operations. One of the goals of the project is to return stands to a healthy state.

All of the roads in this area were built to accommodate timber or mining projects and have been used by the public and permittees accessing National Forest lands. With increases in population and more leisure time available, driving, hunting, camping, winter sports and other activities are increasing on the National Forest system lands and in the analysis area. The effects to the recreating public would differ depending on the user's perceptions and the time of year but interruptions to outdoor recreationists have occurred and would continue to occur if management activities continue.

Designated motor vehicle use routes concentrate more use on roads and trails because off road motorized travel is prohibited on that part of the district except in the case of limited big game motorize big game retrieval that allows hunters to make one pass in and out to pick up big game taken during the hunting season. In addition, single track non-motorized uses are concentrated on the Boggy Draw system.

The Boggy Glade Travel Management Project resulted in some roads that were once open to public use being closed to public use or decommissioned. This would create minor displacement recreation activities that could overlap in time with the Salter Vegetation Management project. The combined displacement from the two projects occurs on a minor portion of the landscape. Other areas exist nearby within the analysis area and in other locations on the Dolores District allowing visitors to utilize other areas of the forest. A cumulative effect in this regard is not anticipated except in the Boggy treatment block.

The proposed harvest activities are compatible with the Roaded Natural Recreation Opportunity Spectrum setting. A recreation visitor could expect to see signs of management and evidence of human activity. The cut units effect a portion of the analysis area. The remainder of the analysis area is not affected and remains naturally appearing forest with little disturbance. In the long-term, after vegetation management activities are complete, treatment areas would return to a naturally appearing forest.

In the long term the proposed action combined with prescribed fire would reduce high severity fire. Canopy reduction would reduce high severity canopy dominated fire which in turn would

decrease the chance of catastrophic fires that may result in "moonscape" appearing scenery. This type of negative impact to a ponderosa pine stand would have long term impacts above and beyond the impacts of the proposed vegetation management project.

## Scenery

### Affected Environment

Major vegetation types include oak, quaking aspen forests, Ponderosa pine and mixes of these vegetation types. Vegetative patterns are variable due to the diversity of vegetation types and ages as a result of past timber harvesting activities, forest fire suppression and livestock grazing. Forest stands are generally mixed with ponderosa pine and Gambel oak in the lower elevations and aspen at mid-elevation. Mature aspen in larger aspen-only patches occur in the project area and have a high scenic value to recreational users. Openings in the forest canopy occur both naturally and from previous timber harvesting activities. In both cases these openings have natural organic shapes with varied undulating edges and groups of tree islands of various sizes.

The area, especially the Boggy block, provides trail opportunities where special and unique geologic and topographic features are enjoyed by visitors. During pre-planning efforts, portions of units were removed in order to protect these viewscapes although many similar features remain in the project area. These unique canyon vistas and rock outcroppings provide visual diversity in what is otherwise a homogeneous ponderosa pine landscape. Many visitors who use the Boggy block are attracted by the more heavily stocked ponderosa forest type for hiking and camping.

The scenic attractiveness of the project area based on the above characteristics is common to the lower elevations of the La Plata and San Juan Mountains on the Dolores Ranger District. The landscape provides generally positive yet common attributes of scenic quality and is classified as a Moderate Scenic Integrity Objective (SIO). Landscapes are viewed to varying degrees from different locations and subsequently differ in their importance. Concern levels are a measure of the degree of public importance for scenic quality on National Forest lands based on landscapes viewed from travel ways and recreation sites. The type of area and its level of use are indicators of the level of interest that people are likely to have of the surrounding landscape.

The area is viewed from a variety of road and trail corridors accessible from the Dolores Norwood Road. Harvest units are proposed adjacent to roads or trails as well as away from major forest routes. Background views of the project area would show slight vegetation texture differences, vegetative color changes and natural clearings depending on where the viewer is located. Some portions of the analysis area are visible in short sections by travelers on forest roads or trails in middle ground views showing vegetative texture and color differences and obvious evidence of previous or ongoing timber management areas. Although these views do exist, viewers are typically moving quickly along travel ways resulting in limited viewing opportunities. Travelers along secondary roads within the project area see the area in foreground views where evidence of recreational use and past timber harvest activities are most visible. Travelers along single-track trails would experience the most impact due to their lower speeds on trails.

Potential impacts to scenery only occur within and immediately adjacent to the harvest units identified in the project map. However, it should be noted that most forest users are accustomed to the heavier stocked ponderosa forests and would be impacted negatively by the project especially in the Boggy block. This project would not affect the remainder of the analysis area

directly where no harvest units are proposed. The effects of insect and disease agents on forest scenery is noted but is not the focus of this report.

There are no wilderness areas, research natural areas, special recreation areas, roadless areas, developed campgrounds, or restroom facilities within the analysis area. There are no developed areas with high scenic integrity concerns that would be affected. This project is not visible from the San Juan Scenic Byway.

## Effects of the Alternatives

### No Action (Alternative 1)

Under the no action alternative, no timber harvest would occur. Under this alternative, ponderosa stands would remain in their current condition. Bark beetle decline and successional mortality would continue in mature stands as they continue to age. Disruptions to Scenic Integrity Objectives from treatment activities would not occur. Current management activities and interactions between natural processes and human impacts would continue under the no action alternative. General human uses in the area such as winter and summer trail activities, dispersed recreation, livestock grazing, hunting and fuel wood gathering would continue unchanged. Scenic quality would remain in its current condition throughout the area and scenic character would change in the long term from natural processes, livestock and human impacts.

### Modified Proposed Action (Alternative 2)

The resulting clearings from the proposed treatments would be visible from near ground within the project area. In background and middle ground views, scenic value would be reduced only in the short term (1-to-10 years) and would be most apparent in the winter season when snow cover would highlight the open treated areas and in the fall season when fall color over the project area would be reduced. The treatment units would have varied edges, groups of leave trees and irregular sizes and shapes that mimic surrounding naturally occurring openings. As expected, ponderosa regeneration occurs and continues to thrive in the longer term (10-to-30 years) in the proposed treatment areas, the visual impacts would be reduced, and the scenic quality would increase.

Within the project area, the scenic resource would have negative impacts to foreground views of all treatment units in the short term (1-5 years). These impacts would be most visible along primary access routes through or along the project area that receive the highest number of visitors. This impact would be most significant on trails in the Boggy Draw block. Short-term scenery effects that would be evident in foreground views would include evidence of harvest activities such as slash, stumps, root wads, landings, skid trails, temporary roads and marking paint. In general, the longest lasting scenery impact comes from soil disturbance or color contrast generated from logging. The most significant impact would be the change in the stocking level of the forest where trails are and where visitors are attracted to the area due to the density of the vegetation and the privacy it provides.

Visitors using trails would see a dramatic change in the landscape, especially during and immediately after timber harvests. The trail system in the Boggy and Turkey Knolls blocks are very popular with locals and non-locals, many of whom use the system throughout the year. The impacts to those users would be significant since they have an expectation for a denser or more heavily stocked forest that provides shade and a more forested viewshed. This condition would

remain that way for a period beyond the life of this analysis but would be muted as oak brush and other shrub like plants return.

### Large tree Retention (Alternative 3)

Although Alternative 3 would leave some larger trees in the project area, the visitor experience would be like Alternative 2.

### Cumulative Impacts

No future timber harvest projects have been proposed in proximity to the harvest units for the Salter project. Ongoing activities described in the affected environment section would continue. Ongoing implementation of the Boggy Glade Travel Management decision may result in new road signs, route closures, boulders, or areas of ground disturbance. These additional effects would remain within scenic integrity objectives for the Salter area because they would occur at specific locations and not encompass broad areas. Additional prescribed fire activities would result in user displacement. Impacts to visitors who are accustomed to a more heavily stocked or denser forest would continue see the impacts to their experience into the future. As oak brush and other shrubs return the landscape would become less homogeneous resulting in more varying viewsheds. Based on the past, present and future actions discussed above and the proposed action, the cumulative effects of the activities in the area would substantially raise the impact to forest scenery in the Boggy and Turkey Knolls treatment block with less impacts across the rest of the project area if the recommended design criteria are implemented.

The Salter treatment units fall within the Moderate Scenic Integrity Objective. As described in the Final Environmental Impact Statement for the San Juan National Forest Land and Resource Management Plan, a Moderate Scenic Integrity Level refers to landscape where the valued landscape character appears slightly altered. Noticeable deviations must remain visually subordinate to the landscape character being viewed. The Scenic Integrity Objective states "Landscape may be slightly and noticeably altered by management and other activities."

The uneven age silvicultural treatments proposed in the units do not alter the landscape because residual tree cover is maintained (see silviculture report). In addition Forest Plan Guidelines would be applied including "2.15.25b On the San Juan national Forest, with regard to clearcutting, sanitation salvage, thinning, shelterwood harvests, and overstory removal, foreground views from system trails and roads, and from recreation areas, should be designed in a manner that avoids dominating views of large, continuous openings and is mitigated by the presence of sufficient groups of residual trees. Uncut islands should be reserved within unit(s) in order to reduce apparent size of unit, provide visual diversity, and achieve a more natural-appearing treatment area."  Design features include creating openings with a natural appearance with uneven edges. The shape will be an irregular pattern that mimics existing natural openings and will avoid straight-line edges. Cuts would blend with natural landscape features such as natural meadows or openings and rock outcrops when possible. The Final Environmental Impact Statement for the San Juan Land and Resource Management Plan also recognizes the stability of forest scenery is dependent on ecosystem resiliency.

> Scenery is dependent on a healthy ecosystem. Natural disturbance elements (including fire, flood, landslides, and avalanches) are normal ecosystem processes and create or perpetuate natural scenic conditions. In particular, wildfire is a disturbance factor that has been profoundly affected by fire suppression and other land management activities.

Alternatives 2 and 3 are consistent with 2.15.25a as treatments have been designed to minimize visual contrasts. Design features include leaving large clumps of residual trees or shrubs located within a treatment unit, eliminating straight lines along treatment boundaries and facilitating the re-establishment of native species. See design features above.

Both action alternatives are also consistent with 2.15.25b On the San Juan National Forest, with regard to clearcutting, sanitation salvage, thinning, shelterwood harvests, and overstory removal, foreground views from system trails and roads, and from recreation areas. The treatment units have been designed in a manner that avoids dominating views of large, continuous openings and is mitigated by the presence of sufficient groups of residual trees. Uncut clumps retained within unit(s) would reduce apparent size of unit, provide visual diversity, and achieve a more natural-appearing treatment area.

In sensitive foreground areas (as viewed from system roads, trails and/or developed recreation sites), unit boundaries and tree marking would be accomplished with temporary flagging and removed once need is fulfilled. The proposal is therefore consistent with 2.15.25g.

There are no recreation sites impacted by this project.

# Transportation

## Affected Environment

The National Forest transportation system includes roads and trails. This section will address roads only, trails are addressed in the Recreation section of this assessment. National Forest System Roads (NFSRs) may have any of the following status; closed to all use, open to public use, or open to administrative use but closed to public use. Open roads associated with this project area are depicted on the Motor Vehicle Use Map (MVUM) for the San Juan National Forest, Dolores Ranger District. National Forest System Roads are maintained to one of five operational maintenance levels, based on the intended use and user comfort and convenience. Maintenance levels are fully defined in the Forest Service Handbook 7709.59 sec 62.32. Table 11 below, summarizes the miles of each operational maintenance level in the proposed action. Figure 11, appendix A includes a map depicting the location of the roads within the project area.

**Table 11. Miles of each maintenance level road in Salter project area**

| Operational Maintenance Level | Description | Project Area Approximate Miles |
|---|---|---|
| ML 1 – Basic Custodial Care (Storage of closed roads) | Intermittent use road while placed in storage; closed to all mechanized travel but not decommissioned | 6.1 |
| ML 2 – High Clearance Vehicle | Maintained for travel by high clearance vehicles | 80.0 |
| ML 3 – Suitable for Passenger Cars | Maintained for travel by prudent driver in standard passenger car | 32.3 |
| ML 4 - Moderate Degree of User Comfort | Maintained to Provide a moderate degree of user comfort and convenience at moderate travel speeds | 29.8 |
| ML 5 - High Degree of User Comfort | Maintained to Provide a high degree of user comfort and convenience at most travel speeds | 6.7 |

*Operational maintenance levels 2-5 summarized here also include administrative use roads not open to public use.

The existing condition of the transportation system was evaluated in the summer of 2020 per Forest Plan standards at 2.13.21 and 2.13.22 as a co-operative effort between the San Juan National Forest Supervisory Forester and Engineering. During that evaluation, several general concerns were identified that should be considered when evaluating the impacts of the proposed action on the transportation system. Specifically:

1. A high financial investment in the transportation system would be required to accommodate the proposed level of removal of forest products.
2. The potential for a high level of user conflict in popular, heavily utilized recreation areas.
3. The potential for a large increase in fugitive dust on primary haul routes if left unmitigated.

## Effects of the Alternatives

### Effects of No Action (Alternative 1)

The no-action alternative would continue to implement current operation and maintenance practices. The existing road system would undergo no changes in status. Open roads would continue to provide access for recreational, commercial, and administrative functions as they currently do. Open roads would receive no maintenance beyond that which is normally scheduled. As a result, current sediment delivery from road segments in need of maintenance would continue, especially during heavy run-off events.

Roads that are currently in custodial status (Management Level 1 and administrative use roads) would remain closed. Some of these roads have not been properly stored or maintained to establish a hydrologically stable condition. This can lead to additional road damage, greater sediment transfer, additional environmental impacts, and higher reconstruction costs should the roads be reopened. The no action alternative would result in the continued deterioration of the transportation system due to existing uses and the continually growing maintenance backlog.

### Effects of the Modified Proposed Action (Alternative 2) and Large Tree Retention (Alternative 3)

#### *New System Roads*

No new system roads are proposed for development associated with the proposed action.

#### *Existing Public Road System (Management Level 2-thru-5 Roads)*

The proposed action would result in temporary inconveniences to the public due to temporary road closures as well as increased traffic during project implementation. Increased traffic may result in higher fugitive dust levels and temporarily degraded road surface conditions such as wash-boarding and potholes. The Forest Service or contractor would repair any damage to existing roads that results from implementing the proposed action according to the Project Design Features. In general, the Forest transportation system would benefit from required maintenance efforts and as a result long term public and administrative access would be improved throughout the project area. Forest Service vegetation management contracts require maintenance of roads before, during, and after the work is complete. These maintenance and repair efforts on roads included in the proposed action would improve the condition of 149 miles of maintenance level 2-thru-5 roads in the project area.

The existing maintenance level 2 roads system has been created as a result of some historical use or constructed for specific land management access needs and converted to system roads. These roads are typically maintained on a five-year maintenance cycle. However, in most cases across this landscape the maintenance has been deferred due to lack of adequate maintenance budget. This means the majority of these roads have not been maintained in more than five years. As a result, much of this system will require maintenance to accommodate vegetation management and forest product haul. These maintenance efforts will serve to increase user access and address drainage and erosion concerns.

The existing arterial roads (generally maintenance level 3-thru-5) were constructed or reconstructed between 40 and 60 years ago and have been maintained only to meet the current user needs. These arterial roads are no longer structurally adequate to accommodate consistent use by 85,000 pound state legal loads. Mitigation efforts by upgrading these arterial roads would be required prior to haul. Upgrades would serve as a long-term benefit for local communities and forest users for decades to come.

#### *ML1 – Stored Roads*

The Forest Service and contractors would use 6.1 miles of ML1 roads to implement the proposed action. Maintenance level 1 roads would be used intermittently when needed for project access and as haul roads but would remain closed to the public. Travel management during implementation shall be the responsibility of the purchaser. All closed roads should be effectively closed when not in use and/or signage should restrict public access during operations.

These roads would be opened by the Forest Service or a contractor to accommodate the vehicle of the associated treatment prescription. Log hauling trucks would be the design vehicle for vertical and horizontal curve reconstruction. After project implementation, but within one year of completion, these roads would be placed back into custodial care and physically closed. These roads would remain as part of the Forest transportation system.

The process of placing a road back into custodial care includes the implementing activities along the entire length of the road that would be conducted in a manner that hydrologically stabilizes the road prism (toe of fill to top of cut) for the long term. This could include adding or removing drainage features, including culverts, as appropriate. The Forest Service or contractor would also implement closures by installing gates, boulders, or other native material barriers, typically within the first 100 feet of the road. Many roads currently in custodial care have been given this designation without the process as described above and therefore are at risk to cause resource damage. The proposed action has the potential to improve the stability of these roads.

#### *Temporary Roads*

Field evaluations have been completed to identify the most efficient use of the existing system and the process by which a temporary system will be developed as described in the Project Design Features. Implementing the proposed action would require development of approximately 106 miles of temporary roads. Per Forest Plan guideline at 2.13.24 these roads should be constructed to minimize disturbance, construction should be limited to clearing vegetation and minimal surface disturbance. They should be built, used, and reclaimed when erosion potential is minimal.

As displayed on the treatments block maps located in Appendix A. Maps, the primary temporary road system has been identified however, additional temporary roads would likely be needed.

These roads would be identified and approved by the engineering representative, sale administrator, and the purchaser. The primary temporary road alignments consist of 69.8 miles of existing non-system roads, and 36.4 miles of new ground disturbance. Primary temporary roads that would need to be developed on undisturbed ground are identified in the “Summary of Concerns” section of the Transportation System Specialist Report located in the project record.

The proposed action includes opening routes that would share alignment with motorized or non-motorized trails that do not typically have shared uses. In these cases temporary closures would be required during project implementation. There are 4.7 miles of temporary roads that share a portion of the same alignment with motorized trails and 1.4 miles of temporary roads that share with non-motorized trials. Further discussion on this topic can be found in the Recreation section of this assessment.

Like Maintenance Level 1 roads, temporary roads would remain closed to public access throughout project implementation. Closure during operations would be achieved by signage. The Forest Service or contractor would physically close temporary roads with barriers during periods of inactivity and at final project closeout.

The proposed action would use temporary roads for short-term access to treatment areas. Though these roads have been theoretically identified, the final alignment may deviate from the plan. Such deviation would be limited to that agreed by the Forest Service (Engineering Representative/Sale Administrator) and the contractor. The implementation of the proposed action should not result in an increase of temporary road mileage greater than 10 percent of the estimated 106 miles of primary temporary roads. Therefore, 11 miles or less of addition temp roads can be expected.

Temporary roads are typically constructed under minimal standards and investment. However, temporary roads can traverse difficult terrain and can require higher standards. In such cases specific survey and design would be required.

After the implementation of the vegetation management prescription, the contractor would be responsible for decommissioning temporary roads. In some cases post-contract activities such as pile burning would be necessary. In these circumstances the Forest Service would be responsible for the decommissioning efforts. Temporary roads would be decommissioned in a timely fashion following implementation, as described in the Project Design Features.

### *The Dolores Norwood Road*

The Dolores Norwood road (NFSR 526) is an arterial system road that serves several remote communities. The portion of the Dolores Norwood Road that would be affected by the proposed action is managed and maintained by three entities- Montezuma and Dolores counties, and the U.S. Forest Service. The first 12 miles (from the Forest boundary) is in Montezuma County and is under a “Schedule A” maintenance agreement. This means the Forest Service is the owner and Montezuma County conducts the primary maintenance. The remaining two miles in the project area have been transferred to Dolores County through a Forest Road and Trails Act (FRTA) easement. This means the operations and maintenance is under their jurisdiction.

Maintenance investments on the Dolores Norwood Road have been significant over the past 10 years. Improvements include new aggregate surfacing, surface stabilization, and the extension of the chip and seal segment of the road. These improvements were designed to accommodate recreational, residential, and limited commercial use.

The Montezuma County segment is open year-round and is approximately 5 miles of asphalt surface and seven miles of chip and seal surface. Montezuma County has expressed concerns about both the paved and the chip and seal segment. The current maintenance activities on the asphalt segment are not adequate to prevent degradation by the current uses. Deformation in the wheel tracks, extensive surface cracking, and significant sections of annual blade patching indicate subgrade failure. The recently installed chip and seal segment was not designed to accommodate heavy loads. This 12-mile segment is open year-round and snow removal operations are conducted.

The Dolores County segment of the Dolores Norwood Road is an aggregate surface. Surface stabilization has occurred in the past however the current level of traffic maximizes the effectiveness of maintenance efforts. Though this segment is no longer the jurisdiction of the Forest Service, the impacts of the proposed action will affect the counties management of the road. Approximately 1.4 miles from the county line to the Cottonwood Road intersection is open year-round, the remaining 0.6 miles typically snow closes in December.

Of the 27,000 acres of proposed action approximately 22,000 acres will use some portion of the Dolores Norwood Road to haul and remove forest products. Haul of these forest products will result in approximately 17,400 loads hauled on the Dolores Norwood Road. In addition, approximately 6,500 loads will come off the Boggy Draw Road. All of these loads, approximately 24,000 will come through the town of Dolores. It is impossible to have and accurate number of loads per day due to logistical timeline of implementation however if you were to spread this out over the estimated 10-year time frame of the project and assume 9 months of hauling per year this would average out to approximately 9 loads per day. This number is purely speculative due to the nature of the forest product business and days of heavy logging traffic should be expected throughout the implementation of these projects. The effects of this projects associated elevated heavy commercial traffic will result in increased maintenance needs on county and city roads and elevated public transportation risk.

*Findings*

The implementation of this proposed action has the potential to have significant influence on the transportation system across the landscape. However, the proper implementation of the project design features, and application of Timber sale road maintenance specifications would result in an improved condition. The Transportation System Specialist Report (C. Jones 2020) located in the project record displays site-specific concerns associated with the implementation of the proposed action by treatment block and road number. These concerns can be mitigated with proper planning and implementation of strategies identified in the Transportation section of the Project Design Features by the purchaser or by corrective actions taken by the Forest Service.

# Vegetation

## Affected Environment

Refer to the Proposed Project Location and Historical Background sections of this environmental assessment for the affected vegetation environment and the effects of taking no action (Alternative 1).

## Effects of the Alternatives

### Direct and Indirect Effects of the Action Alternatives (Modified Proposed Action - Alternative 2 and Large Tree Retention – Alternative 3)

Single Tree Selection is an approved method of management for ponderosa pine based on the Land and Resource Management Plan at 2.9.14. The effects of this treatment would be a post-harvest reduction in basal area leading to increased regeneration and movement of the stand towards an uneven-aged condition. The commercial thinning would be an intermediate treatment. Given the expected rotation or merchantable entry into these stands at roughly 20-to-25 years, this approach is expected to enhance the conditions that ultimately increase stand productivity and result in more successful follow-up entries in the future.

The effect was determined through the growth model Forest Vegetation Simulator which analyzed the different alternatives over time in meeting the desired conditions of the project. One representative single tree selection stand from each of the six treatment blocks was selected for detailed display of forest inventory data analysis as it relates to each stand's ability to meet the purpose and need.

This data indicates that alternative 2 – the modified proposed action – not only moves the vegetation toward the desired conditions described in the Land and Resource Management Plan for this land use and species. Alternative 2 better meets the purpose and need by allowing the silviculturist to make the final determination regarding most appropriate prescription to achieve desired conditions on a stand-by-stand basis, over time based on stand type and disturbance frequency. Application of a 20-inch diameter limit would reduce the prescription effectiveness and consequently limit movement towards desired conditions as described in the Land and Resource Management Plan.

Alternative 3 – Large tree retention limits the ability to fully utilize the silviculture systems designated by the Land and Resource Management Plan. Therefore, alternative 3 meets the desired conditions described at 2.2.23 to a lesser degree than alternative 2 – Modified proposed action. The data indicates that the differences between alternatives 2 and 3 are associated with specific locations over time and over cutting cycles. Preliminary feedback of Lone Pine EA Large Tree Retention study areas from post decision reconnaissance and layout of leave tree units have shown mixed results. The effects of applying a diameter limit appear to be more easily tangible at the fine scale. At the fine scale patches of bark beetle and heavily infested dwarf mistletoe trees have to be passed for removal due to the diameter limitation. Basal area retention goals and uneven aged characteristics are being compromised, leaving stands less resilient and making long term resistance less likely to occur. Removing areas from treatment as result of diameter limitation reduces the amount of treatment in an area and subsequently the amount of harvestable volume per acre. The effects described for the small scale are also documented from the mid-scale and potentially the landscape scale (USDA 2013d; USDA 2011).

No action would be in contrast with the primary management guidance described in the Land and Resource Management Plan. The no action alternative, when modeled, clearly displays that stands continue to move away from the desired conditions specifically with respect to the insect mortality risk associated with high stand diameter index and loss of productivity over time.

### Cumulative Effects

A variety of past and ongoing activities and disturbances occurring in the analysis area have and will continue to influence stand structure, condition and composition. These include wildfires and lack thereof along with prescribed and managed fire influences. The heavy timber harvesting of the past, regulated silviculture based harvests of modern times and firewood gathering have all created the mosaic of structure, condition and composition within the stands today. These stand components will continue to influence management on this landscape to meet desired conditions. As described in range section the entire area of activity is covered by multiple grazing allotments and the areas have been grazed for quite some time. This has influenced composition and populations of plants found currently in the activity area. Recreation activities (including dispersed camping and other activities involving legal, off-road vehicle travel) have been and will continue to be prevalent throughout the activity area. Concentrated recreation use occurs in Boggy Draw treatment block, particularly. This has led to negating the need to construct any new permanent roads for this project. Ongoing projects include Dolores Prescribed Fire Pine Ecosystem Restoration Project decision (ongoing), Boggy Glade Travel Management Plan decision (ongoing), Lone Pine (ongoing) and Salter Vegetation Project EA (foreseeable), could also influence the area of activity.

Portions of the Plateau and Carlyle Point blocks experienced a wildfire in 2018 that was a mixed severity fire with mostly beneficial effects acres recorded. Some of the mosaic burned areas with predominately surface fire have been included in analysis. Though some beneficial effects were observed, the fire did not result in the desired improvement in stand structure or stocking levels in these areas. Additional mechanical treatment is needed to meet the desired conditions for these units.

Because the proposed action has design features and project-specific review that will minimize or eliminate potential adverse effects during implementation, the impacts of the proposed action combined with other past, present, and reasonably foreseeable actions are not expected to cause substantial cumulative effects. Some elements of the proposed action may contribute to short-term negative effects, but overall, there will be long-term beneficial effects.

# Watersheds

## Affected Environment

The treatment area intersects ten HUC 6 watersheds in the Upper Dolores River Basin, shown in table 12 and Figure 14, appendix A. The watersheds contain numerous named and unnamed ephemeral and intermittent streams that originate within the analysis area. There are no perennial streams within the treatment area. Perennial streams are present in the lower end of the steep canyons between cutting units.

**Table 12. Watersheds in analysis area**

| Watershed Name | Total Acres in Watershed | Unit Acres | Percent of Watershed |
|---|---|---|---|
| Calf Creek | 13,009 | 279 | 2.1 |
| Cottonwood Creek-Dolores River* | 26,234 | 125 | 0.5 |
| Cover Canyon-Dolores River* | 13,165 | 1,689 | 12.8 |
| Headwaters Beaver Creek | 29,386 | 663 | 2.3 |
| House Creek | 24,327 | 10,118 | 41.6 |

| Watershed Name | Total Acres in Watershed | Unit Acres | Percent of Watershed |
|---|---|---|---|
| McPhee Reservoir-Plateau Creek | 11,990 | 2,060 | 17.2 |
| Outlet Beaver Creek | 16,732 | 6,200 | 37.1 |
| Ponderosa Gorge-Dolores River | 14,619 | 1,358 | 9.3 |
| Stapleton Valley-Dolores River* | 12,030 | 265 | 2.2 |
| Summer Camp Creek-Plateau Creek | 20,507 | 3330 | 16.2 |

*Municipal Watersheds

The topography in the treatment area is predominately mesa top. Slopes across most of the area range from 0 percent to 15 percent. Sustained slopes greater than 40 percent are not present within the treatment area.

Watersheds on the San Juan National Forest were analyzed for their overall condition and vulnerability to disturbance through the Aquatic, Riparian, and Wetland Ecosystem Assessment (ARWA). Vulnerability to human-caused disturbance is based on stream type and gradient in combination with precipitation regime. The House Creek watershed was rated as being "most sensitive to anthropogenic disturbances" due to having lower gradient stream types and a mixed rain and snow precipitation regime that could produce moderate to high yields of both coarse and fine sediment if anthropogenic disturbances were to occur during periods of increased runoff.

A road density analysis was completed to comply with land and resource management plan guideline 2.13.27, which states that in order to protect water quality and watershed function, road densities on San Juan National Forest lands should not exceed two miles/square mile in any 6th-level Hydrologic Unit Code watershed (road density, as it relates to water quality and watershed function, does not include miles of temporary road). Road densities should not exceed 1.5 miles/square mile for municipal watersheds. All watersheds in the analysis area meet these guidelines and are currently in compliance with the Land and Resource Management Plan.

## Soils

The soils within the analysis area are dominated by three different soil types. For these three soil types, erosion hazard (off-road, off-trail) is slight indicating that erosion is unlikely under ordinary circumstances; soil rutting hazard is severe indicating that ruts form readily; and, harvest equipment operability is moderately suitable indicating that one or more soil properties are less than desirable, and fair performance can be expected.

None of the watersheds within the analysis area are identified as having high potential for salinity issues due to a high content (greater than 50 percent) of marine-derived Mancos or Lewis Shale. There are no gypsum soils present within any watershed in the analysis area.

Soils and geolands prone to mass movement are primarily associated with major drainage features. Those features include Salter Canyon, Dry Canyon, Plateau Creek, Beaver Creek, House Creek, and the Dolores River Canyon. Project units largely do not intersect with soils and geolands prone to mass movement. The area with a significant portion of soil prone to mass movement is House Creek block

Histosols are typically associated with riparian and wetland areas. Histosols are present near Peel Spring and Rusty Spring, two springs that occur within the treatment area. There are no other

known riparian areas with enough organic matter and/or soil moisture to support histosols within the treatment area.

### Riparian

Peel Spring is located within treatment unit BS12 and Rusty Spring is located within treatment unit CS3. Aside from these two springs there is very limited riparian vegetation potential in the treatment area.

### Water Quality

The project area contains water quality stream segments as identified by the Water Quality Control Commission of Colorado's Department of Public Health and Environment. The most recent State assessment found all water body segments affected by the treatment area are meeting all State designated uses. There are no Outstanding Waters within the analysis area; all stream segments are designated as "reviewable." Three of the 10 HUC6 watersheds are municipal: Cottonwood Canyon-Dolores River, Stapleton Valley-Dolores River, and Cover Canyon-Dolores River. These watersheds are tributary to the Town of Dolores and the City of Cortez drinking water surface water intakes. Groundwater quality impacts to shallow and/or deep aquifers by the proposed actions are not expected and are therefore not analyzed in this report.

## Effects of the Alternatives

The effects analysis boundary for direct and indirect effects varies with each resource analyzed. For watershed analysis, the boundary is the HUC6. For soils analysis, the boundary is the timber sale unit as well as the roads identified for use. For riparian, the analysis area is the riparian area extent and includes a water influence zone of up to 100 ft. For water quality, the analysis area is the water quality segment as identified by the State from its intersection with the treatment area to its downstream terminus. Cumulative effects are considered at the HUC6 scale.

### Effect of No Action (Alternative 1)

The no action alternative does not propose any tree cutting and removal, oak thinning, slash disposal, pile burning, or road-related activities, so there would be no effects on watershed and soils, riparian areas, or water quality from these actions. However, there is a higher risk of stand-replacing wildfires occurring under the no action alternative, which could have impacts on watershed and soils, riparian areas, and water quality. The risk would be highest in areas with dense, mature, even-aged pine stands with dense Gambel oak in the understory. In areas with less stand density, stand-replacing wildfire is less likely to occur.

#### *Watershed/Soils*

In dense, mature, even-aged pine stands with dense Gambel oak in the understory, stand-replacing wildfire could cause substantial increases in runoff and erosion that can persist for several years after a fire. Increases in runoff and erosion have the potential to impact stream channel form and function and negatively impact watershed vulnerability as defined by the Aquatic, Riparian, and Wetland Ecosystem Assessment.

If no stand-replacing wildfire occurs, watershed processes related to runoff and erosion are not expected to change because watershed processes are currently able to keep pace with changing forest conditions. Watershed vulnerability would remain the same.

#### *Riparian*

Riparian resources would not be affected by the no action alternative except in the event of a stand-replacing wildfire, in which case, seeps and springs could become inundated with sediment and/or eroded by increased overland flows. Sediment may enter stream channels causing channel aggradation and subsequent channel adjustment. Increases in streamflow can initiate vertical erosion of the stream channel. Thus, if a stand replacing wildfire were to occur, stream health would be degraded. If no stand-replacing wildfire occurs, riparian areas would remain similar to current conditions.

#### *Water Quality*

Water quality would not be affected by the no action alternative except in the event of a stand-replacing wildfire. A stand-replacing fire could elevate nutrient concentrations (for instance, nitrogen and phosphorus) in nearby and downstream surface waters; increase total dissolved solids and turbidity; and enhance the mobilization of metals such as iron, manganese, and mercury. Water quality under this scenario would be degraded and beneficial uses would not be fully supported. If no stand-replacing wildfire occurs, water quality would remain similar to current conditions.

### Effect of the Modified Proposed Action (Alternative 2) and Large Tree Retention (Alternative 3)

The proposed action involves tree cutting and removal, oak thinning, slash disposal, pile burning, and road related activities. The adaptive management actions described previously in the Monitoring and Adaptive Management section of this environmental assessment and project design criteria are considered part of the proposed action and are therefore included in the analysis of effects. The activities associated with the proposed action may have localized, short-term effects (less than three years) on watershed and soils, riparian areas, and water quality. However, the hydrology and soils design features listed in Section 2.2.5 would help minimize or eliminate potential adverse effects during implementation, and no negative long-term impacts would occur.

#### *Watershed/Soils*

The proposed activities would result in small, temporary increases in runoff. This is primarily due to water running off of compacted areas during and immediately after harvest. These increases would be of limited extent and severity due to 1) an existing thick layer of duff on the forest floor that would effectively capture excess water and sediment, 2) predominantly gentle slopes throughout the analysis area, and 3) the implementation of design features that were chosen to protect soils and minimize erosion and runoff. This includes the following:

- Soil disturbing actions would be avoided during periods of wet soils (Hydrology and Soils design element 3)
- Logging slash would be well-distributed throughout the cutting units to protect soils from erosion and retain nutrients and organic matter on site (Hydrology and Soils design element 6)
- Skid trails would be located perpendicular to the slope, as much as possible, to reduce the possibility of rutting and gullying along the trail. When not located perpendicular to the slope, cross drains would be installed (Hydrology and Soils design element 5)

- Log landings would be located to limit the potential for erosion and would be designed to have proper drainage (Hydrology and Soils design element 5)
- Organic soils associated with riparian areas, intermittent streams, and the water influence zone (WIZ) would be protected through a no harvest/no mechanized equipment buffer (Hydrology and Soils design element 1)

Soil erosion is also expected to occur as a result of temporary road construction and some sediment delivery to ephemeral and intermittent streams is expected at stream crossings. However, these effects are expected to be short-term (less than three years) and of limited intensity because:

- Temporary roads would be built with appropriate drainage features and stream crossings would be located to provide for the flow and passage of sediment and to withstand expected flood flows (Hydrology and Soils design element 8)
- Stream crossings would be located at straight and shallow locations (slope banks would not exceed 30 percent) where channels are hardened by gravel, cobble, or bedrock (Hydrology and Soils design element 7)

Temporary roads would be reclaimed within five years after use begins to be that assure that erosion and sediment delivery return to pre-use levels (Hydrology and Soils design element 7 and Transportation design element 2).

As a result of the above stated conditions, watershed function would not be adversely affected as a result of the proposed action and therefore watershed vulnerability would remain the same. Road density as it relates to water quality and watershed health would not change because no new permanent roads are proposed and all temporary roads will be decommissioned 5-years after first use. In addition, the use of adaptive management provides the flexibility to adjust and/or prohibit treatments if needed.

### *Riparian*

There would not be any meaningful effects to riparian resources from the proposed action because design features are in place that minimize activities in these areas. Erosion and runoff that could impact riparian areas would be controlled in the manners listed above. The design features specifically intended to prevent or minimize impacts to riparian areas include:

- Heavy equipment and vehicles would be prohibited in the water influence zone (WIZ) unless the ground is protected by either one foot of packed snow or two inches of frozen soil (Hydrology and Soils design element 1)
- Peel and Rusty springs would have a buffered perimeter of 100 feet unless a field visit by hydrologist determines a different site-specific buffer. Intermittent streams with riparian vegetation would have a buffer strip width of 100 feet on each side of the channel unless a field visit by hydrologist determines a different site-specific buffer (Hydrology and Soils design element 1)
- Mechanical treatments would avoid wetlands, wet meadows and riparian areas. No skidding, decking or loading would be allowed in these areas in order to protect water quality, existing soils, and vegetative cover (Hydrology and Soils design element 4)
- Removal or mechanical treatment of riparian or wetland vegetation would be prohibited. (Hydrology and Soils design element 4)

- Stream crossings would be avoided, and if unavoidable, would be kept to the minimum number necessary to treat a unit and would be appropriately designed (Hydrology and Soils design element 1).

As identified in the watershed/soils section, erosion and runoff would be minimized due to the application of design features. This, in addition to the specific riparian protections listed above, would maintain current riparian condition and stream health ratings.

### *Water Quality*

Sediment, temperature, and dissolved oxygen are the primary water quality characteristics that may be affected by the proposed activities. These parameters are influenced by erosion, sediment delivery, and channel and streamside conditions. Erosion and runoff that could impact water quality would be controlled in the manners listed under the watershed/soils and riparian sections above. Effects to water quality, and specifically erosion and runoff, would be negligible because:

- Sediment delivery to the streams channels is unlikely except where temporary roads are hydrologically connected to the stream
- Temporary road crossings would be located at straight and shallow locations (slope banks would not exceed 30 percent) where channels are hardened by gravel, cobble or bedrock (Hydrology and Soils design element 1)
- Seeps, springs, and streamside conditions (amount of stream shading, amount of large woody material in and adjacent to the stream, stream gradient) would not change as a result of the proposed action because all riparian lands in or adjacent to the harvest units would have a no harvest/no mechanized equipment buffer (Hydrology and Soils design element 1).

As a result of the protections provided by the above design features, beneficial uses would be fully supported under the proposed action and water quality standards would continue to be met.

The risk of stand replacing wildfire under the proposed action is reduced, as compared to the no action alternative. However, if stand replacing wildfires do occur, impacts would be similar as those described under the no action alternative but less severe as a result of the proposed treatment.

## Cumulative Effects

Current and future activities and events that may impact watersheds, soils, riparian condition, and water quality in the treatment area include current and historic livestock grazing; natural and prescribed fire; roads and trails (existing and/or new temporary road construction); recreation activities (including dispersed camping and other activities involving legal, off-road vehicle travel); drought; and insect, disease and noxious weed outbreaks. The activities proposed in this EA, in combination with the prescribed fire actions described in the Dolores Prescribed Fire Pine Ecosystem Restoration Project environmental assessment and decision notice (USDA 2018), would help reduce stand density, improve age-class distribution, and increase resiliency during changing environmental conditions that could otherwise adversely affect water resources. Therefore, the result of the proposed action is a lessening of adverse cumulative effects within the effected watersheds. That said, House Creek and Outlet Beaver Creek watersheds have a large percentage of the watershed targeted for treatment (43.2 percent and 37.9 percent, respectively). Timing of implementation (by block or by unit) would need to be considered prior to commencement of activities.

# Wildlife and Fisheries

## Threatened, Endangered and Proposed Wildlife and Aquatic Species

### Species Considered for Analysis

The following information includes listed species, along with associated habitat that are located on the Dolores Ranger District of the San Juan National Forest or are located adjacent to or downstream of the project and could potentially be impacted by proposed activities of the project. A pre-field review was conducted of available information to assemble occurrence records, past survey efforts, describe habitat needs and ecological requirements needed to complete the analysis. Sources of information included Forest Service records and files, the State Natural Heritage Program database, state wildlife agency information and published research. See full Wildlife and Fisheries Biological Evaluation and Assessment for detailed analysis and further information.

Species considered for analysis are based on five criteria listed below. The criteria were used to identify species that would experience “no effect” from the implementation of the proposed action and could, therefore, be eliminated from further analysis.

1. Analysis area is outside the species’ range.
2. Potential habitat for the species does not exist within the project area or where proposed activities would take place.
3. No critical habitat occurs in the project area.
4. The type or intensity of the activity in the proposed action is expected to have no impact/effect on these species or their habitat; or proposed activities do not take place in potential or occupied habitat.
5. The associated conservation design of the proposed action eliminates any potential for negative impact on the species.

Wildlife Species Dismissed from Analysis: Habitat is absent or proposed activities would not occur in habitat for Canada lynx, Mexican spotted owl, Gunnison’s Sage-grouse, New Mexico meadow jumping mouse and Western yellow-billed cuckoo. Therefore, these species are dismissed from further analysis because the proposed action is not expected to impact these species.

Fish Species Dismissed from Analysis: Habitat for bonytail chub, Colorado pikeminnow, humpback chub and razorback sucker is absent in the project area. Project is outside of its occupied range and does not deplete water from the basin. Therefore, these species are dismissed from further analysis because the proposed action is not expected to impact these species.

**No species were carried forward for analysis and the proposed action will have “No Effect” to any federally listed species.**

# Sensitive Species, Species of Special Interest and Migratory Birds

## Species Considered for Analysis

The following information includes sensitive species and species of special interest, along with associated habitat that are located on the Dolores Ranger District of the San Juan National Forest, or are located adjacent to or downstream of the project and could potentially be impacted by proposed activities of the project. A pre-field review was conducted of available information to assemble occurrence records, past survey efforts, describe habitat needs and ecological requirements needed to complete the analysis. Additional surveys were conducted for species to gather more detailed information of the occurrence, such as northern goshawk. In addition, past surveys were reviewed for species and habitat presence (flannelmouth sucker). Sources of information included Forest Service records and files, the State Natural Heritage Program database, state wildlife agency information, published research and eBird records (eBird 2020).

Sensitive species reviewed for detailed analysis were designated by the Regional Forester due to concerns over their population status, trend, and habitat conditions. Species of Special Interest (formally Management Indicator Species) were selected for detailed analysis due to public interest and management direction in the San Juan National Forest Land and Resource Management Plan (USDA 2013). The Land and Resource Management Plan identifies that some species are to be used to assess long-term population trends and evaluate continued population viability. The sensitive species that could be impacted by the proposed action are the boreal toad, northern leopard frog, flammulated owl, flannelmouth sucker, Lewis's woodpecker, Monarch butterfly, northern goshawk, olive-sided flycatcher, fringed myotis, hoary bat, spotted bat, Townsend's big-eared bat and western bumblebee. Abert's squirrel, big game (Rocky Mountain elk and mule deer), hairy woodpecker and migratory birds (Grace's warbler, olive-sided flycatcher and Virginia's warbler) were selected to represent Species of Special Interest and could be impacted by the proposed action.

Species considered for analysis are based on five criteria listed below. The criteria were used to identify species that would experience "no impact or no effect" from the implementation of the proposed action and could, therefore, be eliminated from detailed analysis.

1. Analysis area is outside the species' range.
2. Potential habitat for the species does not exist within the project area or where proposed activities would take place.
3. The type or intensity of the activity in the proposed action is expected to have no impact/effect on these species or their habitat; or proposed activities do not take place in potential or occupied habitat.
4. Individual animals may be accidental, dispersing, migrating, happenstance, vagrant, nomadic or opportunistic visitors to the habitat(s) impacted by the proposal; however, no affiliation or dependence on these habitat(s) has been shown.
5. The associated conservation design of the proposed action eliminates any potential for negative impact on the species.

<u>Wildlife Species Dismissed from Analysis</u>: Habitat is absent or proposed activities would not occur in habitat for American bald eagle, American bittern, American peregrine falcon, black swift, boreal owl, brewer's sparrow, Columbia sharp-tailed grouse, ferruginous hawk, loggerhead

shrike, northern harrier, purple martin, sagebrush sparrow, short-eared owl, western burrowing owl, white-tailed ptarmigan, Great Basin silverspot butterfly, American marten, desert bighorn sheep, Gunnison's prairie dog, kit fox, mule deer critical winter habitat, river otter and Rocky Mountain bighorn sheep. Therefore, these species are dismissed from further analysis because the proposed action is not expected to impact these species.

Fish Species Dismissed from Analysis: Habitat for Colorado River cutthroat trout, bluehead sucker and roundtail chub is absent in the project area. Therefore, these species are dismissed from further analysis because the proposed action is not expected to impact these species.

## Affected Environment – Sensitive Species

**Boreal Toad:** Habitat for the boreal toad is found on the Forest, primarily within the spruce-fir and alpine zones and generally above 8,000 feet. Mixed conifer, ponderosa and aspen stands can also provide suitable habitat conditions where water features are present. Ponds, wet meadows, wet stands of willow, small lakes, marshes, beaver impoundments, and glacial kettle ponds serve as suitable breeding habitat for this species. Habitats in the Southern Rocky Mountains include subalpine lakes, reservoirs, ponds, creek pools, marshy areas, wet meadows, and adjacent terrestrial habitats. Individuals seek shelter under logs, rocks, rodent burrows and other below-ground spaces as over-wintering hibernacula habitat. Eggs and larvae develop in shallow areas of ponds, lakes, or reservoirs, or in pools of slow-moving streams. Larvae filter suspended organic material or feed on bottom detritus/microbes. Metamorphosed individuals feed on various small terrestrial invertebrates. The project area has a wide variety of aquatic features that have the potential to provide habitat for the boreal toad; however, such features are limited. There are no known boreal toad records in the project area.

**Northern Leopard Frog:** Habitat used by the Northern leopard frog varies throughout its range. In Colorado, it is reported to occur in elevations well below 3,500 feet in northeastern Colorado to above 11,000 feet in southern Colorado (Hammerson 1999). Merrell and Rodell (1968) describe three major habitat divisions: winter habitat (lakes, streams and ponds), summer habitat (post-breeding areas including upland habitats for feeding), and egg/tadpole habitat (shallow breeding ponds). Although aquatic habitats are a central feature in the frog's cycles of life, it may travel a considerable distance from natal and breeding areas to a variety of other habitat types. Typical aquatic features used by the species include wet meadows and the banks and shallows of marshes, glacial kettle ponds, beaver ponds, lakes, reservoirs, streams and irrigation ditches (Hammerson 1999). Streams are often used as dispersal corridors, but upland areas are also used. The project area has a wide variety of aquatic habitat that has the potential to provide habitat for the northern leopard frog. Within the project area there are aquatic features, but these will not be affected by the implementation of the project since there are large aquatic area buffers associated with the project. No activities will directly occur in potential habitat. Although, habitat exists in the project area, there are no known locations.

**Flannelmouth Sucker:** Rees et al. 2005 describe habitat and primary threats for the flannelmouth sucker as, "typically found in slower, warmer rivers in plateau regions of the Colorado River drainage. They usually inhabit the mainstem of moderate to large rivers but are occasionally found in small streams. This species frequents pools and deep runs but can also be found in the mouths of tributaries, riffles, and backwaters. Flannelmouth suckers are occasionally found in lakes and reservoirs, but they generally react poorly to impounded habitats, or habitats influenced by impoundments. Habitat association can be attributed to feeding strategies during specific life stage. The primary threats to the flannelmouth sucker are generally human-induced activities that

divert water and change the flow regime in both tributary and mainstem streams. Specific threats include (a) construction of passage barriers (e.g., diversion dams and reservoirs) that disconnect habitats and cause habitat fragmentation and (b) introduction of non-native species that are both predators on and competitors with the flannelmouth sucker. Other threats include modification of streambeds through channelization, landscape changes resulting from land use, and local degradation of riparian zones that reduces the natural function of the stream ecosystem". The project area is located in flannelmouth sucker habitat. Surveys conducted in 1998 detected this species in Plateau Creek. No activities will directly occur in habitat since there are large aquatic area buffers associated with the project area.

**Flammulated Owl:** The flammulated owl is associated with dry mature mountain forests of ponderosa pine or other large coniferous trees, often interspersed with aspen or oak (Linkhart et al. 2013). Migratory and preferred summer breeding habitat for flammulated owls on the Forest is mature, open-growing stands of ponderosa pine and mixed-conifer (USDA, Forest Service 2013). The species has been detected in many areas of the District during surveys for Mexican spotted owls; however, availability of suitable nest cavities and fragmentation of habitat may act as a limiting factor for this species. The project area provides potential habitat for flammulated owl; however, habitat quality has declined in many areas due to dense and degrading forest health conditions, despite an increase in snag densities. Ponderosa pine snag density increases over the last 20 years are due disease and beetle kill; and as a result, do not provide long-term high-quality habitat. The species does occur in the project area. In addition to Forest survey data, known ebird records exist in the project area and ebird sightings of the species have occurred in areas adjacent.

**Lewis's Woodpecker:** Lewis's woodpecker is associated with open ponderosa pine forests and burned forests with a high density of standing dead trees (snags). They also breed in woodlands near streams, oak woodlands, orchards and pinyon-juniper woodlands. Habitat on the Forest is found in ponderosa pine and Gambel oak woodlands, forested riparian areas with large over story cottonwood trees and ponderosa pine stands adjacent to large open parks and meadows (USDA, Forest Service 2013). In Colorado, Lewis's woodpeckers typically nest at lower elevations, from 4,215 to 6,365 feet in elevation (Colorado Breeding Bird Atlas 2016). Habitat across much of the project area is considered marginal since it occurs at higher elevations, from 7,800 to 8,800 feet. In addition, habitat quality has declined in many areas due to dense and degrading forest health conditions, despite an increase in snag densities. Ponderosa pine snag density increases over the last 20 years are due disease and beetle kill; and as a result, do not provide long-term high-quality habitat. No known records exist in the project area, but ebird sightings of the species have occurred in areas adjacent. Individuals have been sighted in adjacent lower elevation stands located in previously burned stands of ponderosa pine.

**Northern Goshawk:** The northern goshawk (goshawk) a forest generalist because it occurs in all major forest types (coniferous, deciduous, and mixed). Mature forest structures appear to be an important component in the goshawk nesting home ranges. Research suggests that goshawk seldom uses young dense forests and reasons for avoidance of these areas may be due to insufficient space in and below the canopy to facilitate flight and prey capture. Additionally, due to the absence of larger trees, these areas would offer few opportunities for nesting (Reynolds et al. 1992).

Goshawks are predators of forest birds and mammals. While there are variances between regions on type of prey, there is a common trait: The majority of the important prey species reside mainly on the ground and in the lower portions of the tree canopy (Reynolds et al. 1992). The

implications of this are that in areas that have tall and very dense understories, goshawk populations may effectively be diminished since there would be more cover for the potential prey species to hide and escape (Reynolds et al. 1992). Boal and Mannan (1994) found that mammals accounted for 94 percent of the total prey biomass and birds (6 percent) in a Northern Arizona study. They found that cottontail rabbits, Stellar's jays, and northern flickers accounted for the most frequently taken species, accounting for over 65 percent of total number of bird prey taken. Reynolds et al. (1992) found in a study of nest areas on the Kaibab Plateau that mammals contributed 67 percent of the number of prey items identified and birds contributed 38 percent. The most common taken prey in descending order of frequency were cottontail rabbit, tassel-eared squirrel,

The foraging area, due to its large size, consists of a mosaic of forest structural conditions and age classes and encompasses a diversity of landforms. There is a limited amount of information on preferred foraging habitat. Some studies (Fischer 1986) suggest a preference for older age classes. Based on the habitat requirement of favored prey and the hunting techniques used by the goshawk, these areas would be relatively open (40-to-60 percent canopy cover) with well-developed herbaceous and shrubby understories. Reynolds et al. (1992) described important components of foraging habitat as snags, downed logs, woody debris, small openings, large trees, and a range of vegetative structural stages (VSS). Under their conservation recommendations for the southwestern Rocky Mountains (Region 3) they suggested optimum proportions for the various vegetative structural stages ranging from openings dominated by grasses, forbs and shrubs (VSS 1) to old-growth, late successional forest (VSS 6). These components reflect the habitat preferences of preferred prey species, as well as the hunting techniques for the goshawk. Under their recommendations they emphasized a high proportion of foraging habitat in the mid-late successional stages for the maintenance of quality goshawk habitat.

Goshawks exhibit high breeding territory fidelity from year to year. The territory is typically occupied by the goshawk pair from early March at least until late September. Reynolds et al. (1992) identified three components of territory: Nest Area, Post-fledging Family Area (PFA) and Foraging Area (Territory). The following below provides a detailed description of each component.

- Nest Areas (Sites): contain nest sites which are active or historic that represent the nesting activity of a Northern Goshawk Territory. Northern Goshawk often have alternate nest sites, so multiple nests sites can occur in a territory and each have a 30-acre habitat boundary around them.
- Post-fledgling Family Areas (PFAs): represent a concentrated area that surrounds the nest areas/sites and is used by the family from the time the young leave the nest until they are no longer dependent on the adults for food. These areas often vary in forest types, vegetation types and conditions. PFAs are a minimum of 420 acres outside of Nest Areas.
- Foraging Area (Territory) - represents the full use of habitat required to carry out biological functions. These are approximately 5,400 acres.

The project area contains breeding, nesting and foraging habitat. Surveys have been conducted in this area regularly and multiple observations of individual goshawks, along with nesting pairs have been observed. As a result, additional efforts have been made to delineate Post-fledging Family Areas and Nest Area for seven territories in order to manage for the species and its habitat. Methods to delineate these areas used guidelines provided in the Management Recommendations for Northern Goshawk in the Southwestern United States (USDA, Forest Service 1992). The final

areas represent the "best available information" for nest locations, including active, alternate and historic that would contribute to a functioning PFA. Most current information (past surveys and surveys from this summer), activity status, surrounding habitat for historic or alternate sites was used to choose final locations for a PFA. All nest sites considered functioning and useable were delineated and given a 30-acre circular buffer. In some cases, Nest Areas overlap, due to proximity of nest sites to one another and where primary and alternate nest sites were identified.

**Olive-sided Flycatcher:** Olive-sided flycatchers breed mostly in the boreal forest and in western coniferous forests, from sea level to over 10,000 feet elevation, however, in some parts of the range ponderosa pine forests are used (Altman et al. 2012, USDA, Forest Service 2013). Preferred diet includes insects and nesting typically occurs in the mid to upper section of tree. Habitat for olive-sided flycatcher occurs throughout the project area and in proposed treatment units. Known ebird records exist throughout the project area but not in proposed units. Sightings of the species have also occurred in other areas on the Forest.

**Monarch Butterfly and Western Bumblebee:** Monarch butterflies rely completely on milkweed plant species to carry out their entire lifecycle. The state of Colorado is considered a transitional or migratory zone that separates the western and eastern populations. Potential habitat may occur in the area, but no detections of Monarch or milkweed plant have been documented in the project area. Western bumblebees are habitat generalists and are associated with a wide variety of natural, agricultural, urban, and rural habitats, although species richness tends to peak in flower-rich meadows of forests and subalpine zones. No detections of western bumblebee are been documented in the project area, but potential habitat does exist.

**Fringed Myotis, Hoary Bat, Spotted Bat and Townsend's Big-eared Bat:** Listed bat species will be discussed collectively, since information is similar and overlapping. Habitat requirements for many bats in the United States, including those species discussed below, require three basic components for survival - roosting, foraging and drinking sites. Roost sites include dead and dying trees, especially with loose bark, tree cavities and hollows, along with crevices created by lightning strikes. It is not uncommon for bats to use the same roost site in successive years (Bat Conservation International 2020). Foraging habitat includes areas typically near water sources where insects congregate. Roads and forest edges also provide foraging habitat since insects tend to be more abundant in these areas. Drinking areas are critical to the species and bats are dependent on water sources, especially during periods of increased activity, such as rearing young and lactation (Bat Conservation International 2020). Riparian areas, ponds, bogs, meadows with high levels of moisture and relative humidity and guzzlers can provide necessary habitat. Habitat occurs within the project area for all bat species selected for analysis. Proposed activities are also located in suitable habitat. No known records exist for these bat species in the project area.

## Effects of the Alternatives – Sensitive Species

### Direct and Indirect Effects – Alternative 1 - No Action Alternative

**Boreal Toad, Northern Leopard Frog, Flannelmouth Sucker, Monarch Butterfly and Western Bumblebee:** This alternative is expected to have "**No Effect**" to boreal toad, northern leopard frog, flannelmouth sucker, Monarch butterfly or western bumblebee and associated habitat since all habitat conditions would remain unchanged and progress naturally.

**Flammulated Owl, Lewis's Woodpecker, Northern Goshawk, Olive-sided Flycatcher, Fringed Myotis, Hoary Bat, Spotted Bat and Townsend's Big-eared Bat:** The no action

alternative **"may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species"** for flammulated owl, Lewis's woodpecker, northern goshawk and olive-sided flycatcher, fringed myotis, hoary bat, spotted bat and Townsend's big-eared bat, since continued tree mortality across the project area would negatively affect site selection and the potential availability of habitat would be reduced. It is not anticipated that bark beetle activity will slow or stop naturally, and associated fire risk could further impact habitat availability and suitability, both in the short-term (less than 10 years) and long-term (more than 10 years).

### Direct and Indirect Effects – Alternative 2 – Modified Proposed Action and Alternative 3 – Large Tree Retention

**Boreal Toad, Northern Leopard Frog and Flannelmouth Sucker:** Direct and indirect effects of both action alternatives include disturbance of stream habitats from sedimentation and is one of the greatest impacts of timber harvest on aquatic species. Timber harvest activities typically include the development and maintenance of roads, which may further increase erosion and sedimentation in adjacent streams and wetlands. These activities can impact aquatic species most directly during the larval stage, when they are restricted to aquatic habitats or rely on high quality water conditions to feed and develop. Clear-cuts may influence the use of migration corridors due to the decreased moisture and increased heat within the open areas. Shrub understories provide important microhabitats that aid in thermoregulation by providing moisture, water and thermal cover for amphibians.

Other effects from both action alternatives could include incidental mortality of frogs crushed by equipment used during harvest activities. Over-snow operations are expected to have little to no impact since northern leopard frogs overwinter in ponds and lakes that do not freeze over in winter.

**Flammulated Owl, Lewis's Woodpecker, Northern Goshawk, Olive-sided Flycatcher, Monarch Butterfly, Western Bumblebee, Fringed Myotis, Hoary Bat, Spotted Bat and Townsend's Big-eared Bat:** Direct and indirect effects of both action alternatives include a reduction in the habitat availability by reducing the number of trees per acre across the project area. Single Tree Selection and Commercial Thinning prescriptions are intended to improve and maintain age classes and habitat diversity of ponderosa stands. Targeting areas where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions is also intended. Prescriptions were further developed to address forest health issues in existing ponderosa and Gambel oak habitats, along with aspen stands that occur in the area. The project area, in particular, is at a high risk for developing increased level of insect, disease and fire risk.

Short-term (less than 10 years) impacts to the species would reduce the number of large, live overstory trees and may negatively impact breeding site selection. Design features are intended to retain suitable levels of snags as designate by plan requirements for ponderosa forest types. Plan requirements for ponderosa stands include leaving a minimum of 1 snag per acre of at least 12 inches diameter at breast height and 25 feet tall. If trees in this size class are not available, then leave 2-3 snags per acre of at least 9 inches diameter at breast height and 15 feet tall. If insufficient numbers of snags exist before the treatment, then additional snag recruits would be reserved. Snag recruits should have the following characteristics: evidence of cavities, decay, broken/dead tops or lightning strikes.

Foraging habitat may improve in areas where treatments reduce the density of pine and oak, and subsequently improve the productivity and cover of understory herbaceous species. In the long-term, post-treatment stand structure is expected to provide better foraging habitat than currently exists by providing increased interior edge and more open stands. Proposed activities would also promote the recovery of forest vegetation and create more resilient pine stands across the landscape, resulting in long-term habitat quality.

For northern goshawk, assuming that bark beetle activity slows or stops, the proposed activities are expected to result in short-term (less than 10 years) negative impacts but overall long-term (more than 10 years) beneficial impacts. In areas that receive single tree selection and commercial thinning, basal area after treatment is expected to average around 60-80 square feet per acre, with clumps of trees having higher basal areas. Basal area reductions below 80 square feet per acre in mature stands would affect nesting behavior of northern goshawk because thermal and protective sight cover for nesting will be reduced, which will reduce reproduction. A reduction in canopy cover may also impact foraging success as there will be less ability to hide from prey. These impacts may reduce habitat effectiveness in the short-term (less than 10 years) for this species, but in the long-term (more than 10 years), recovery of forest vegetation and increased age class diversity associated with the proposed action will benefit habitat effectiveness for northern goshawk.

The likelihood of potential habitat for Monarch butterfly and western bumblebee to be impacted by proposed activities is low. Activities are not intended to take place in suitable habitat. Potential habitat may occur along roadways, and in this case, individuals may be impacted by vehicle and truck traffic that creates dust on flowering plants and milkweed plants. Individuals could also be impacted by accidental collisions with vehicles.

## Determination of Effects and Rationale

With all proposed activities combined and resource protection measures, either action alternative **"may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species"** for boreal toad, northern leopard frog, flannelmouth sucker, flammulated owl, Lewis's woodpecker, northern goshawk and olive-sided flycatcher, Monarch butterfly, western bumblebee, fringed myotis, hoary bat, spotted bat and Townsend's big-eared bat since the effects are expected be short-term (less than 10 years) and the long-term (more than 10 years) impacts are intended to be beneficial by providing higher quality habitat that is well distributed in the future. The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Although the modified proposed action alternative may leave less trees on the landscape than the large tree retention action alternative, impacts from proposed activities to this species are still expected to be similar in nature due to the intended basal area target range. Other potential impacts to the species may include disturbance or displacement during harvest activities.

The rationale for this determination is based on the availability of habitat in and adjacent to the project area, along with the occurrence of the species in the project area. Design features are intended to minimize impacts to these species. Aquatic features are not expected to be impacted since the project has been designed to avoid these features. In addition, design features are intended to retain adequate snag levels in the project area, post-treatment. Potential impacts to nesting goshawk will be minimized with application of design features that requires surveys for the species be completed prior to project implementation. This includes the requirement that if active northern goshawk nests are discovered, all project operations would be restricted annually

from March 1st to August 31st within one-half (½) mile of the active nest. Design features requiring the retention of snags will also minimize impacts to prey species.

Additional design features for goshawks were developed to address PFAs and nest areas and prescription modifications in single tree selection and commercial thinning treatments where proposed activities of either action alternative occurred in a PFA or nest area were recommended.

## Affected Environment – Species of Special Interest and Migratory Birds

**Abert's Squirrel:** Abert's squirrel are a ponderosa pine obligate species that span across the San Juan National Forest. These squirrels rely on ponderosa pine forest for nesting, forage, reproduction, and cover. They require interconnected structure in mature conifer forest that produce abundant forage and reproductive habitat. It is normal for the abundance of Abert's squirrels to vary greatly and frequently due to weather conditions and food supplies (Keith 2003). Habitat across much of the project area is considered suitable for Abert's squirrel in the short-term (less than 10 years). A large-scale annual monitoring effort for Abert's squirrel has taken place on the Forest over the past 12 years. This monitoring plan provides a consistent and rigorous framework for the purpose of evaluating population trends of Abert's squirrel. These monitoring efforts show that ponderosa pine habitat on the Forest is currently in a condition that can support Abert's squirrels and populations across the forest appear to be stable at this time.

**Big Game (Rocky Mountain Elk):** Elk are distributed broadly across the landscape and occur throughout the project area. They are identified in the Forest Plan as an early successional management indicator species and quantitative Forest level population data exists, which is collected annually. Elk have three broad habitat requirements - feeding, cover and rearing. Because mule deer and elk utilize cover and forage similarly, elk were selected to represent big game since winter range habitat, critical (known as severe by Colorado Parks and Wildlife) winter range habitat and production area habitat occurs in the project area. No critical winter habitat for mule deer occurs in the project area and mule deer will not be discussed further in this analysis. Topography, elevation, weather, livestock grazing, travel management, soil types and plant communities are the main factors influencing habitat condition and capability. Winter range is the most important habitat for elk, but summer range and production areas also can be important when dry conditions cause a decrease in forage. Elk populations have grown in the past two to three decades, and currently exceed the Colorado Parks and Wildlife objectives. Although habitat quality is important, populations are largely influenced by human population growth and land development (USDA 2013). Security areas (areas that contain both cover and forage that are greater than 250 acres) also exist within the project area. The entire project area is considered Colorado Parks and Wildlife summer range. Portions of the project area fall in CPW mapped elk production habitat. Production areas are defined as that part of the overall range of elk occupied by the females from May 15 to June 30 for calving. There is critical (severe) winter range habitat mapped for elk within the project area. General winter and critical (severe) winter range occurs on the southern side of the project area. The largest elk habitat within the planning area is general winter range habitat. Critical (severe) winter range habitat and production areas make up a very small portion of the project area.

**Hairy Woodpecker:** Hairy woodpeckers are associated with coniferous, pine and burned forests with a high density of standing dead trees (snags). They also breed in woodlands near streams, oak woodlands, orchards and pinyon-juniper woodlands. Habitat on the Forest is found in coniferous stands, ponderosa pine and Gambel oak woodlands, forested riparian areas with large

over story cottonwood trees and ponderosa pine stands adjacent to large open parks and meadows (Jackson et al. 2002, USDA, Forest Service 2013b). This species is a year-round resident and is generally found up to about 6,500 feet elevation. Occurrence at higher elevations tends to be seasonal and attributed to opportunistic foraging or nesting opportunities (large-scale fire events or bark beetle outbreaks). Habitat across much of the project area is considered marginal since it occurs at higher elevations, from 7,800 ft. to 8,800 ft. In addition, habitat quality has declined in many areas due to dense and degrading forest health conditions, despite an increase in snag densities. Ponderosa pine snag density increases over the last 20 years are due disease and beetle kill; and as a result, do not provide long-term high-quality habitat. No known records exist in the project area, but ebird sightings of the species have occurred in areas adjacent. Individuals have been sighted in adjacent lower elevation stands located in previously burned stands of ponderosa pine.

**Migratory Birds:** Migratory birds of conservation concern are those avian species of the United States identified by the U.S. Fish and Wildlife Service for the San Juan National Forest, which due to population declines, naturally small ranges, population sizes, threats to habitat, or other factors, should receive closer monitoring and more proactive conservation than other more abundant species.

Species selected for analysis are Grace's warbler, olive-sided flycatcher and Virginia's warbler. Effects described for these species can be used as a proxy to describe effects on migratory birds that use ponderosa and other pine forest habitats for foraging and nesting. See olive-sided flycatcher analysis in Sensitive Species section for more information. Habitat for Grace's warbler occurs throughout the project area. Known ebird records exist throughout the project area and in proposed units. Sightings of the species have also occurred in other areas on the Forest.

Primary habitat for Virginia's warbler occurs along the rim of the Dolores River canyon and is outside of the project area. Secondary habitat would be ponderosa stands used during migration and occurs throughout the project area. Since Virginia's warbler prefer dense shrublands and scrub forests, habitat use in the project area is expected to be low. Known ebird records exist throughout the project area but not in proposed units. Sightings of the species have also occurred in other areas on the Forest.

## Effects of the Alternatives – Species of Special Interest and Migratory Birds

### Direct and Indirect Effects – No Action Alternative

This alternative is expected to have **"No Effect"** to big game species and associated habitat since all habitat conditions would remain unchanged and progress naturally.

The no action alternative **"may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species"** for Abert's squirrel, big game, hairy woodpecker and migratory birds, since continued tree mortality across the project area would negatively affect site selection and the potential availability of habitat would be reduced. It is not anticipated that bark beetle activity will slow or stop naturally, and associated fire risk could further impact habitat availability and suitability, both in the short-term (less than 10 years) and long-term (more than 10 years).

## Direct and Indirect Effects – Alternative 2 – Modified Proposed Action and Alternative 3 – Large Tree Retention

**Abert's Squirrel:** Direct and indirect effects of both action alternatives include a reduction in the habitat availability by reducing the number of trees per acre across the project area. Single Tree Selection and Commercial Thinning prescriptions are intended to improve and maintain age classes and habitat diversity of ponderosa stands. Targeting areas where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions is also intended. Prescriptions were further developed to address forest health issues in existing ponderosa and Gambel oak habitats, along with aspen stands that occur in the area. The project area, in particular, is at a high risk for developing increased level of insect, disease and fire risk.

Short-term impacts to the species would reduce the number of trees and may negatively impact site selection. Foraging habitat may improve in areas where treatments retain healthy clusters of pine and conifer. In the long-term, post-treatment stand structure is expected to promote the recovery of forest vegetation and create more resilient pine stands across the landscape, resulting in long-term habitat quality. Without proposed treatments, continued bark beetle outbreaks may occur and decrease nesting and foraging site selection. The long-term impacts of bark beetles would result in an overall loss of habitat as stand conditions continue to deteriorate.

The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Alternative 2 leaves less trees on the landscape than Alternative 3 due to the tree diameter restriction. However, basal area target ranges are the same for both alternatives, thus, the goal is to still provide healthy and resilient stand conditions. As a result, impacts from proposed activities to this species would be similar in nature for both alternatives.

**Big Game (Rocky Mountain Elk):** Direct and indirect effects of both action alternatives include a reduction in the habitat availability by reducing the number of trees per acre across the project area. Single Tree Selection and Commercial Thinning prescriptions are intended to improve and maintain age classes and habitat diversity of ponderosa stands. Targeting areas where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions is also intended. Prescriptions were further developed to address forest health issues in existing ponderosa and Gambel oak habitats, along with aspen stands that occur in the area. The project area, in particular, is at a high risk for developing increased level of insect, disease and fire risk.

Foraging habitat may improve in areas where treatments reduce density of pine and oak, and subsequently improve the productivity and cover of understory herbaceous species. In the long-term, post-treatment stand structure is expected to provide better foraging habitat than currently exists by providing increased interior edge, more open stands and an increase in herbaceous shrub species. Proposed activities would also promote the recovery of forest vegetation and create more resilient pine stands across the landscape, resulting in long-term habitat quality. The long-term impacts of bark beetles would result in an overall loss of habitat as stand conditions continue to deteriorate.

Proposed activities such as timber harvest and pile burning may cause the temporary displacement of elk. To reduce these impacts, design features will be implemented to restrict access in CPW mapped production areas from May 15 – June 30, (Land and Resource management Plan Guideline 2.3.59) and in CPW mapped critical (severe) elk winter range habitat

from December 1 to April 30 (Land and Resource Management Plan Guideline 2.3.60). There is also a design element requiring consultation with the wildlife biologist prior to late summer or fall operations so that elk are not pushed onto private land areas or pushed out of transition areas and onto winter range ahead of schedule.

Wildlife guzzlers would be installed within the project area under this proposal. The goal is to provide additional water sources for wildlife during dry months and in years when drought conditions are present, as well as to encourage large game to remain upland on Forest Service land ownership to decrease the potential for damage to private property. The Salter project is mostly situated on flat plateaus, rugged rocky draws or where well-distributed perennial water sources are lacking. The area serves as an important migration route for mule deer and elk; and also supports habitat for other wildlife species, including upland gamebirds and migratory birds.

As a means to supplement natural water sources that do occur in the area, the district would install four guzzlers in strategic locations in the Salter and Plateau treatment blocks to provide connectivity to other perennial waters sources. Site locations were chosen by surveying the project area for accessibility and installation suitability. The surrounding landscape, existing water sources and wildlife movement patterns were also considered. Guzzlers would be catchment-type guzzlers, by which rainwater and snowmelt is funneled into a holding tank (usually via an "apron") and delivered through an open drinking pan. Fencing would be built around the guzzlers to protect the structure from unintended use or damage. The footprint size of a guzzler is approximately 12 by 12 feet, with protective fencing measuring approximately 20-25 feet around the site. Site preparation involves clearing the space with hand tools and setting a portion of the guzzler approximately 4-12 inches in the ground. Site preparation is dependent on soil conditions and rocky terrain. All materials are brought in with a UTV or ATV and temporary road construction is not necessary to install a guzzler.

**Hairy Woodpecker and Migratory Birds:** Direct and indirect effects of both action alternatives include a reduction in the habitat availability by reducing the number of trees per acre across the project area. Single tree selection and commercial thinning prescriptions are intended to improve stand conditions and maintain age classes. Targeting areas where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions is also intended. Prescriptions were further developed to address forest health issues in existing ponderosa and Gambel oak habitats, along with aspen stands that occur in the area. The project area, in particular, is at a high risk for developing increased level of insect, disease and fire risk.

Short-term (less than 10 years) impacts to hairy woodpecker would reduce the number of overstory trees and may negatively impact breeding site selection. Design features are intended to retain suitable levels of snags as designate by plan requirements for ponderosa forest types. Plan requirements for ponderosa stands include leaving a minimum of 1 snag per acre of at least 12 inches diameter at breast height and 25 feet tall. If trees in this size class are not available, then leave 2-to-3 snags per acre of at least 9 inches diameter at breast height and 15 feet tall. If insufficient numbers of snags exist before the treatment, then additional snag recruits would be reserved. Snag recruits should have the following characteristics: evidence of cavities, decay, broken/dead tops or lightning strikes.

Foraging habitat for hairy woodpecker may improve in areas where treatments reduce density of pine and oak, and subsequently improve the productivity and cover of understory herbaceous species. In the long-term (more than 10 years), post-treatment stand structure is expected to provide better foraging habitat than currently exists by providing increased interior edge and

more open stands. Proposed activities would also promote the recovery of forest vegetation and create more resilient pine stands across the landscape, resulting in long-term (more than 10 years) habitat quality. Although bark beetle outbreaks provide opportunistic foraging, the long-term impacts of bark beetles would result in an overall loss of habitat as stand conditions continue to deteriorate.

Short-term (less than 10 years) impacts to Grace's warbler and Virginia's warbler would reduce the number of trees and may negatively impact habitat use. Foraging habitat may improve in areas where treatments reduce density of pine and oak, and subsequently improve the productivity and cover of understory herbaceous species for native insect species. In the long-term (more than 10 years), post-treatment stand structure is expected to provide better foraging habitat than currently exists by providing increased interior edge and more open stands. Proposed activities would also promote the recovery of forest vegetation and create more resilient pine stands across the landscape, resulting in long-term habitat quality. The long-term impacts of bark beetles would result in an overall loss of habitat as stand conditions continue to deteriorate. Since the project does not include activities in pinyon-juniper, impacts to Virginia's warbler are expected to be minimal.

### Determination of Effects and Rationale

With all proposed activities combined and resource protection measures, either action alternative **"may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species"** for, Abert's squirrel, big game, hairy woodpecker and migratory birds, since the effects are expected be short-term (less than 10 years) and the long-term (more than 10 years) impacts are intended to be beneficial by providing higher quality habitat that is well distributed in the future. The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Although the modified proposed action alternative may leave less trees on the landscape than the large tree retention action alternative, impacts from proposed activities to this species are still expected to be similar in nature due to the intended basal area target range. Other potential impacts to the species may include disturbance or displacement during harvest activities. Design features are intended to minimize impacts to these species.

## Cumulative Effects to all Species

The cumulative effects associated with this project include those past, present, and reasonably foreseeable activities that have or will occur within the project area. There is a history of timber harvests on the Forest and most recent harvests have occurred more than 30 years ago; however, the Lone Pine Vegetation Project is planned in the vicinity and is located adjacent to the Salter Vegetation Management Project.

Recreation opportunities within the area are expected to increase some, but they are not expected to become significant enough to reduce the functionality of any species' habitat.

Habitat is perhaps the most important limiting and controlling factor for the above listed species populations, particularly loss of habitat components as it affects foraging, resting, roosting, breeding, and dispersal. Other limiting factors include habitat fragmentation and geographic isolation, prey availability, low population density, low reproductive potential, predation, weather, parasites and disease.

# Section 4 - Agencies or Persons Consulted

The Forest Service consulted the following individuals, Federal, State, tribal, and local agencies during the development of this EA.

## Tribal Consultation

A government-to-government consultation package with an initial invitation to consult was distributed to 24 consulting Native American tribes (the Hopi Tribe, Jicarilla Apache Nation, Kewa Pueblo, Navajo Nation, Pueblo of Acoma, Pueblo de Cochiti, Pueblo of Isleta, Pueblo of Jemez, Pueblo of Laguna, Pueblo of Nambe, Pueblo of Picuris, Pueblo of Pojoaque, Pueblo of San Felipe, Pueblo of San Ildefonso, Pueblo of Sandia, Pueblo of Santa Ana, Pueblo of Santa Clara, Taos Pueblo, Pueblo of Tesuque, Pueblo of Zia, Taos Pueblo, Southern Ute Indian Tribe, Ute Indian Tribe, Ute Mountain Ute Tribe, and Zuni Pueblo) on February 20, 2020. Two tribes requested to continue consultation for the proposal. A notification package containing the results of the class I literature review will be sent to these tribes when complete. Consultation on subsequent implementations under the NEPA decision would follow the process outlined in the Cultural PA.

## Public Involvement

Scoping packages were distributed to 62 individuals, organizations, permittees, agencies, and congressional representatives on February 21, 2020. A Public News Release was also made to local media on February 21, 2020. The Salter Vegetation project was identified on the San Juan National Forest Schedule of Proposed Actions beginning February 2020. Scoping packages were also made available to participants attending the Dolores Watershed Resilience Collaborative with periodic updates as the project developed. The scoping period was 30 days long; ending March 23, 2020, 11 comment letters were received. Please refer to the previous section Issue Identification and Modified Proposed Action Development for a summary of the comments received.

Project mailing lists of the Federal, State, and local agencies, tribes, and non-Forest Service individuals that were consulted regarding the Salter Vegetation Management project are included in the project record.

## Collaboration

The Dolores Watershed Resilient Forest Collaborative (DWRF) is a diverse group of stakeholders that have worked since 2015 to support and enhance forest, watershed, and community resilience in Montezuma and Dolores Counties, Colorado. With the goal of building trust, public involvement, and enhancing ecosystem resilience, the group provides one avenue for public engagement, discussion, and input on vegetation projects and strives to expand and build support for efforts that improve resilience.

Through efforts like the Rocky Mountain Restoration Initiative and the Collaborative Landscape Restoration Forest Restoration program, DWRF collaborative members have identified treatment priorities for areas within the DWRF upper Dolores River watershed, which includes the Salter landscape. This provides information to the agency to take into consideration when determining treatment priorities. The collaborative has also identified a set of ponderosa pine desired conditions that outlines components of ponderosa pine forest resiliency that are a priority for the

collaborative (DWRF. 2020. *Ponderosa Pine Ecosystem Resilience Metrics and Desired Conditions*). The desired conditions developed by the collaborative are consistent with and integrate well with the standards and guidelines identified in the Land and Resource Management Plan for this landscape. The information and recommendations provided by the collaborative have been given consideration in the design of the Salter Vegetation Management project.

As part of the Salter planning process, the Agency entered into an agreement with the DWRF Collaborative that described commitments and an overall goal of "transparent deliberation and discussion on all proposed projects". The agency and collaborative have met on many occasions throughout the planning process to share information and exchange data. The agreement outlines the use of the collaborative exchange folder (CEF) to facilitate open exchange of information and data. The CEF is located on the agency's corporate system and is accessible as an external shared link specifically for exchange of data, including: maps, geodatabases, inventory data, documents, etc. The CEF is also intended to be used by the Collaborative and other partners to share information with the agency of any desirable or undesirable trends that are being observed and to provide an avenue to discuss those trends or for further exchange of general information.

The Salter Vegetation management project proposes an adaptive management approach intended to accommodate changing conditions and additional strategies to achieve the identified desired conditions. The adaptive management process encourages communication with the collaborative and other partners via the Collaborative Exchange Folder. As a means to document ongoing communication associated with adaptive management, a Collaborative Communication Form (CCF) has been developed and is located in the Collaborative Exchange Folder. The Collaborative Exchange Folder will also be used in facilitating third-party monitoring and exchanges of data associated with that monitoring. The DWRF Collaborative has committed to working with the Agency and other interested partners to develop an economical approach to third-party monitoring for Salter and communicate the recommended plan to the Forest Service via the Collaborative Exchange Folder. The Forest Service supports third-party monitoring to inform adaptive management and gain insight into the best approaches to achieving desired conditions.

The monitoring should be designed to inform all interested stakeholders of the project's progress towards meeting the priority desired conditions (as related to the Salter project objectives) identified in the San Juan land and Resource Management Plan which, as described above, is consistent with the *Ponderosa Pine Ecosystem Resilience Metrics and Desired Conditions* document described previously. This will allow the DWRF Collaborative and other partners to make informed recommendations to the Forest Service based on their identified priorities. Monitoring associated with the Salter project should also encompass existing monitoring data and the monitoring framework developed by MSI for the adjacent Lone Pine project. The intent of including the methodology from the Lone Pine Monitoring Framework is to initiate a long-term collaborative-based monitoring effort that expands the adaptive management approach to a program-wide strategy.

# Section 5 - References

Altman, B and R Sallabanks. 2012. Olive-sided Flycatcher (Contopus cooperi), version 2.0. In The Birds of North America (P. G. Rodewald, editor). Cornell Lab of Ornithology, Ithaca, New York, USA.

Baker, W. L. 2018. Historical fire regimes in ponderosa pine and mixed-conifer landscapes of the San Juan Mountains, Colorado, USA, from multiple sources. Fire 1: article 1020023. Online at: https://www.mdpi.com/2571-6255/1/2/23

Bat Conservation International. 2020. https://www.batcon.org

Boal, C. W., and R. W. Mannan. 1994. Northern goshawk diets in ponderosa pine forests on the Kaibab Plateau. Studies in Avian Biology 16:97–102.

Colorado Bird Atlas Partnership. 2016. The Second Colorado Breeding Bird Atlas online database. Colorado Bird Atlas Partnership, Denver, CO. Available at: http://www.cobreedingbirdatlasii.org

Colorado Natural Heritage Program. 2012. *Astragalus iodopetalus*. Colorado Rare Plant Guide. Colorado State University. https://cnhp.colostate.edu/rareplants/guide.asp?id=21202.

Colorado Natural Heritage Program. 2013. *Physaria pulvinata*. Colorado Rare Plant Guide. Colorado State University. https://cnhp.colostate.edu/rareplants/guide_print.asp?id=40393

Covington, W.W. & Moore, M.M. 1994, January. Southwestern Ponderosa Forest Structure: Changes Since Euro- American Settlement. Journal of Forestry. pp.39-46.

Decker, K., Rondeau, R. (2014) San Juan Tres Rios Climate Change Ecosystem Vulnerability Assessment. Colorado Natural Heritage Program, Colorado State University, Fort Collins, CO.

Dolores Watershed Resilient Forest Collaborative. 2020 Resilience Metrics and Desired Conditions - Vegetation - Ponderosa Pine

eBird. 2020. eBird: An online database of bird distribution and abundance [web application]. Cornell University, Ithaca, New York. Available: http://eBird.org (Accessed: Date January 2021).

Fischer, D. L. 1986. Daily activity patterns and habitat use of coexisting accipiter hawks in Utah. Dissertation, Brigham Young University, Provo, Utah, USA.

Griffis, K. L., Crawford, J. A., Wagner, M. R., & Moir, W. H. 2000. Understory Response to Management Treatments in Northern Arizona Ponderosa Pine Forests. Forest Ecology and Management. 146 (239- 245).

Hammerson, G. A. 1999. Amphibians and Reptiles in Colorado. 2nd ed. University Press of Colorado and Colorado Division of Wildlife, Denver.

Jackson, Jerome A., Henri R. Ouellet and Bette J. Jackson. 2002. Hairy Woodpecker (*Picoides villosus*), version 2.0. In The Birds of North America (P. G. Rodewald, editor). Cornell Lab of Ornithology, Ithaca, New York, USA.

Keith, J.O. 2003. Abert's Squirrel (Sciurus aberti): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprdb5181932.pdf

Linkhart, Brian D. and D. Archibald McCallum. (2013). Flammulated Owl (Psiloscops flammeolus), version 2.0. In The Birds of North America (P. G. Rodewald, editor). Cornell Lab of Ornithology, Ithaca, New York, USA.

Mausolf, Lisa. 1981.. "Town of McPhee" (PDF). Historic American Engineering Record. Washington, D.C.: Library of Congress. Archived from the original (PDF) on April 27, 2014. Retrieved April 26, 2014.

Merrell, D.J., and C.F. Rodell. 1968. Seasonal selection in the Leopard Frog, Rana pipiens. Evolution 22:284–288.

NatureServe. 2013. NatureServe Explorer: An online encyclopedia of life [web application]. Version 7.1. NatureServe, Arlington, Virginia. Available http://www.natureserve.org/explorer.

Negrón, J., Allen, K., Cook, B., Withrow, J. 2008. Susceptibility of ponderosa pine, Pinus ponderosa (Dougl. Ex Laws.), to mountain pine beetle, *Dendroctonus ponderosae* Hopkins, attack in uneven–aged stands in the Black Hills of South Dakota and Wyoming, USA. Forest Ecology and Management 254: 327–334.

Nunery, J.S. and Keeton, W.S. 2010. Forest carbon storage in the northeastern United States: Net effects of harvesting frequency, post-harvest retention, and wood products. Forest Ecology and Management 259: 1363-1375

Rees, D.E., J.A. Ptacek, R.J. Carr, and W.J. Miller. (2005, April 6). Flannelmouth Sucker (*Catostomus latipinnis*): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/flannelmouthsucker.pdf [Accessed January 2021].

Reynolds, R. T., R. T. Graham, M. H. Reiser, R. L. Bassett, P. L. Kennedy, D. A. Boyce, G. Goodwin, R. Smith, and E. L. Fisher. 1992. Management Recommendations for the Northern Goshawk in the Southwestern United States. U.S. Forest Service General Technical Report RM-217.

Romme, W.H., M.L. Floyd, and D. Hanna. 2009. *Historical Range of Variability and Current Landscape Condition Analysis: South Central Highlands Section, Southwestern Colorado & Northwestern New Mexico.* Fort Collins, Colorado: Colorado Forest Restoration Institute.

United States Environmental Protection Agency. 2011. National Ambient Air Quality Standards (NAAQS).

USDA Forest Service. 2009. Climate Change Considerations in Project-Level NEPA Analysis.

USDA Forest Service. 2010. Mitigating old tree mortality in long-unburned, fire-dependent forests: a synthesis. General Technical Report RMRS-GTR-238. Rocky Mountain Research Station. Fort Collins, CO. 71 p. https://www.fs.usda.gov/treesearch/pubs/35004

USDA, Forest Service. 2011. FR-R3-16-3. Diameter Caps and Forest Restoration: Evaluation of a 16" Cut Limit on Achieving Desired Conditions Southwestern Region

USDA, Forest Service. 2013. Restoring Composition and Structure in Southwestern Frequent-Fire Forest: A science-based framework for improving ecosystem resiliency. General Technical Report RMRS-GTR-310. Rocky Mountain Research Station. Fort Collins, CO. https://www.fs.fed.us/rm/pubs/rmrs_gtr310

USDA, Forest Service. 2013. Volume II: Final San Juan National Forest and Proposed Tres Rios Field Office Land and Resource Management Plan. Region 2 https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprdb5435985.pdf

USDA, Forest Service-Region 2. 2013. Volume III: Appendices. Appendix I-Vulnerable Watersheds. https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprdb5435655.pdf

USDA, Forest Service. 2013b. Biological Assessment for the Final San Juan National Forest Land and Resource Management Plan. U.S. Forest Service Region 2, San Juan National Forest, Durango, CO.

USDA, Forest Service. 2013b. Final San Juan National Forest and Proposed Tres Rios Field Office Land and Resource Management Plan. U.S. Forest Service, Region 2 – San Juan National Forest, Durango, Colorado.

USDA Forest Service. 2015. Region 2 Regional Forester's Sensitive Species List, FSM 2600-2015-1, Oct. 6, 2015.

USDA Forest Service. 2018. Final Decision Notice and Finding of No Significant Impact Dolores Prescribed Fire Pine Ecosystem Restoration Project. Dolores Ranger District, San Juan National Forest,

USDA, Forest Service. 2020. Rocky Mountain Regional – Endangered, Threatened, Proposed, and Sensitive Species by Unit (based on the revised 2020 sensitive species list, and updated to reflect current ESA listing status). USDA Forest Service, Region 2. Golden, CO. Available on the internet at: http://fsweb.r2.fs.fed.us/rr/R2_TES_Site_2007/sensitive.html#ss1

USDA, Natural, Resources Conservation Service. 2001a. Soil Survey of Animas-Dolores Area, Colorado, Parts of Archuleta, Dolores, Hinsdale, La Plata, Montezuma, San Juan, and San Miguel Counties.

USDA, Natural Resources Conservation Service. 2001b. Soil Survey of Cortez Area, Colorado, Parts of Dolores and Montezuma Counties.

USDA, Natural Resources Conservation Service. 2003 Soil Survey of San Miguel Area, Colorado Parts of Dolores, Montrose, and San Miguel.

# Appendix A. Maps




**Figure 5. Salter treatment block**




**Figure 6. Plateau Creek treatment block**




**Figure 7. Carlyle Point treatment block**




**Figure 8. House Creek treatment block**




**Figure 9. Boggy Draw treatment block**




**Figure 10. Turkey Knoll treatment block**




**Figure 11. Salter transportation system**



FS-007951




**Figure 12. Boggy Draw recreation implementation map**




**Figure 13. Salter wildlife mitigation**