The turnout should extend from the point of curvature (PC) to the point of tangency (PT), with tapering provided as appropriate for the design vehicle.

Use section 42.4, exhibits 06, 07 and 08 and the following equations (sec 42.4, ex. 09), as appropriate, to determine curve widening. The curves in the graphs were developed from the central and delta angle variations of vehicles using off-tracking equations. Exhibit 07 applies to lowboy configurations, and exhibit 08 applies to logging truck configurations. For other configurations, see AASHTO's "A Policy on Geometric Design of Highways and Streets."

## 42.4 – Exhibit 07

## Lowboy Configurations




** Add curve widening (CW) to lane width*

It is not necessary to widen all curves. If the minimum width as determined by the equation below is equal to or less than the traveled way width, no curve widening is required.

## 42.4 – Exhibit 08

### Logging Truck Configuration




**Add curve widening (CW) to lane width.*

The following field-checked equation, which is reasonably accurate for a radius of 50 feet or more, yields the minimum lane width (MLW), which includes 2 feet for off-tracking corrections.

MLW = 14 feet + curve widening (CW), where CW is determined using the equation below.

MLW may be reduced to 14 feet plus curve widening for level of service I roads open to commercial hauling or commercial passenger vehicles (sec. 42.4, ex. 02) and to 12 feet plus CW on other level of service I roads where analysis indicates that adequate user safety and utility can be maintained at the reduced width.

## 42.4 – Exhibit 09

## Equation to Determine Curve Widening

$$CW = \left[ \left( R - \sqrt{R^2 - L^2} \right) \left( 1 - e^{\left\{ \frac{-0.015\Delta R}{L} + 0.216 \right\}} \right) \right],$$ where:

R = centerline radius in feet,
e = base for natural logarithms,
Δ = central angle in degrees, and
L = the value computed below.

For a lowboy or standard tractor trailer, $L = \sqrt{L_1^2 + L_2^2 + L_3^2}$, where:

$L_1$ = the wheel base of the tractor in feet,
$L_2$ = the distance from the fifth wheel to the middle of the rear duals for the first trailer in feet, and
$L_3$ = the distance from the fifth wheel to the middle of the rear duals for the second trailer in feet.

For a logging truck with a stinger, $L = \sqrt{L_1^2 - L_2^2 + L_3^2}$, where:

$L_1$ = the wheel base of the tractor in feet,
$L_2$ = the length of the stinger measured from the middle of the tractor rear, duals to the end of the stinger in feet, and
$L_3$ = the bunk-to-bunk distance, minus the length of the stinger in feet.

Curve widening should be uniformly tapered before the PC and after the PT for the following lengths:

| **Curve Widening Taper Lengths** | |
|---|---|
| ***Radius (in feet)*** | ***Taper Length (in feet)*** |
| <70 | 60 |
| 70-85 | 50 |
| 86-100 | 40 |
| >100 | 30 |

Carefully consider the adequacy of curve widening when designing roads with reverse or compound curves or curves separated by tangents shorter than the curve widening transition length.

Limited initial studies on reverse curves indicate that minimum lane width at the point of reverse curvature should be:

1. Fourteen feet for level of service I roads open to commercial hauling or commercial passenger vehicles.

2. Twelve feet for other level of service I roads + 2/3 (curve widening for the first curve) + 2/3 (curve widening for the second curve).

Curve widening for compound curves should be calculated using the total of the deflection angles of both curves. Use the greater of the individually calculated curve widening for adjacent curves, as the curve widening at the point of compound curvature (PCC).

For more information on vehicle tracking, refer to AASHTO's "A Policy on Geometric Design of Highways and Streets," chapter 2.

## 42.46 - Clearance

The desirable minimum horizontal clearance is 4 feet for level of service G and H roads. The desirable minimum horizontal clearance varies from 0 to 4 feet on level of service I and J roads, based on local factors determined during road planning and design. The minimum vertical clearance on level of service G, H, and J roads is 14 feet. At higher speeds, consider increasing horizontal and vertical clearances.

Critical vehicles, with unique features, such as a spar on a log yarder or construction equipment vehicle usually require special clearances. The completed design should accommodate critical and design vehicles or include provisions for operational controls to accommodate them.

## 42.47 - Fill Widening

Depending on the construction technique specified, some shoulder material settling can be expected. Fill widening may be used to provide additional width during construction so that the intended traveled way width remains stable.

Engineering judgment should be employed to determine whether to use fill widening. Consider the requirements of BMPs for compliance with non-point source pollution potential in such judgments. The engineer should also consider other measures besides fill widening to achieve stable roadways, such as flattening constructed slopes, compacting soils, using "select" borrow instead of "common" material; contractual requirements to revegetate slopes should be kept current as excavation progresses. Fill widening over 2 feet should not be used.
Do not use fill widening in place of widening the shoulders, the traveled way, curves, or other parts of the road structure that require stability.

## 42.48 - Clearing Widths

Provide the minimum clearing widths consistent with RMOs. To minimize costs, especially on short-term level of service J roads, consider the reduction of clearing widths through the:

1. Design of fills to encroach on live trees to an acceptable height depending on species and size.

2. Reduction or elimination of clearings above the cut slope, where cut slope stability and road operation and maintenance allow.

## 42.49 - Daylighting

When the road design provides for a through cut with a low cut bank on the downhill side, it is often desirable to "daylight" the downhill side of the cut. (for example, extend the roadbed width at finished grade slope and elevation to the downhill side to where it "daylights" with the ground surface beyond the proposed cut.) Daylighting can increase construction efficiency and reduce

maintenance costs. Daylighting should not be indiscriminately specified, since excessive use of this practice can increase construction costs. Daylighting criteria should be determined and documented when other design standards are established for the road.

## 42.5 - Speed and Sight Distance

1. Design Speed. The design of road speed is an iterative process between RMOs and road design elements and has a direct impact on cost, safety, driver comfort, and convenience. In new construction design, layout the horizontal and vertical road alignment, and check it against design criteria such as level of service, maximum grades, and curve requirements. Determine what speed the geometry allows. Compare this with the speed to accommodate RMOs. Adjust the design elements as necessary, considering roadside design features such as recovery and clear zones. Consider that consistent road designs reduce unexpected conditions and the need of warning devices.

For reconstruction projects, field-verify the design speed for the existing road segments, and research crash data to identify the need for any adjustments in the design speed. Perform a site visit to determine if any visual clues are available, such as skid marks, damaged guardrail, or damaged trees.

Terrain and other physical constraints may dictate a change in the design speed for certain road segments. For example, a change in the design speed may be warranted for road segments traversing major changes in topography or at intersecting roads. Consider posting signs on level of service G and H roads to warn users of short segments with a different design speed.

Avoid road designs on level of service G and H roads, that allow most segments to be driven at more than the design speed, to the extent practicable. If these designs are used, analyze the segments that can be driven safely only at the design speed to determine whether redesign could economically eliminate the hazard by providing for safely negotiating them at higher speeds. If not, use traffic control devices or other means to address the potential hazard to the extent practicable.

Other factors besides the design speed, such as weather, time of day, driver proficiency, level of maintenance, and change in design elements, also affect the safe speed along a road or road segment.

a. Level of Service G and H Roads. Speed is an important consideration in evaluating the convenience and economics of level of service G and H roads. When determining the design speed, evaluate user costs, which usually increase as the design speed decreases. The design speed establishes the minimum sight distance for

stopping and passing and the minimum radius of curvature, may establish the gradient, and may establish the type of running surface. Evaluate alternative combinations of horizontal and vertical alignment to obtain the greatest sight distance within economic and environmental constraints (sec. 43).

b. Level of Service I and J Roads. The design speed for level of service I and J roads are not as significant as for level of service G and H roads. For level of service I and J roads with a design speed of 15 miles per hour or less where cost is a minor factor, shift the emphasis in design from speed to vehicle operational controls. In determining the design speed for level of service I and J roads:

(1) Fit the vertical and horizontal alignments to the natural terrain as closely as possible without considering the design speed.

(2) Consider soil types and environmental constraints as well as the standard design criteria.

(3) Analyze the vertical and horizontal alignments to determine the design speed.

(4) Apply additional design standards as appropriate to accommodate the design vehicle upon the determination of the design speed. For example, if the desired design speed has been identified in the planning process, compare it to the design speed determined in paragraph 1b(3). If improvements to the design are necessary to accommodate the desired design speed, weigh the cost of these improvements against the benefits of the desired design speed; this should be based on construction, operating cost, and maintenance. Modify the design or employ traffic control devices or other measures, to the extent practicable and as appropriate, at those locations if the speed is likely to create safety problems.

2. Sight Distance. Evaluate sight distance when designing crest and sag vertical curves, horizontal curves, intersections, and passing areas (secs. 43.1 and 43.2).

Sight distance is an important factor to consider in road design because it cannot easily be judged by drivers. Inadequate sight distance does not readily cause the driver to slow to a safe driving speed. Reduce the design speed or include traffic controls, to the extent practicable if the sight distances appropriate for the design speed cannot be provided.

On two-way single-lane roads, provide minimum sight distance equal to twice the stopping sight distance for the design speed. Provide sight distance on one-way single-lane roads equal to or greater than the stopping sight distance for the design speed.

3. Stopping Sight Distance. The stopping sight distance varies with the type of vehicle, skill of the driver, condition of the road surface, geometry of the road at a given point (primarily gradient), and number of lanes (single or double). For example, the stopping sight distance needed for a two-way single-lane road, where opposing traffic is confined to one lane, is commonly twice as much as that required for a double-lane road.

a. Use the following equation to compute stopping sight distance for double-lane roads. This equation takes into account varying road surface conditions, for example, loose gravel, wet earth, wet asphalt, and wet-packed gravel.

**Stopping Sight Distance Equation**

$$SSD = 1.47VT + 1.075\left(\frac{V^2}{a}\right), where:$$

*SSD* = stopping sight distance in feet;
*V* = approach or initial speed in miles per hour;
*T* = perception reaction times:

- 2.5 seconds for level of service G and H roads,
- 2.0 seconds for level of service I and J roads; and

*a* = driver deceleration (ft/sec$^2$)
(14 ft/sec$^2$ for trucks; 21 ft/sec$^2$ for cars).

Use the following table for stopping sight distances, calculated using the equation in paragraph 3a, for trucks with a deceleration rate of 14 ft./sec.2.

**Truck Stopping Sight Distance (in feet)**

| | Double-Lane | | Single-Lane | |
|---|---|---|---|---|
| Speed (MPH) | T=2.0 (sec.) | T=2.5 (sec.) | T=2.0 (sec.) | T=2.5 (sec.) |
| 10 | 37 | 44.5 | 74 | 89 |
| 15 | 61.5 | 72.5 | 123 | 145 |
| 20 | 89.5 | 104 | 179 | 208 |
| 25 | 121.5 | 139.5 | 243 | 279 |
| 30 | 157 | 179 | 314 | 358 |
| 35 | 197 | 222.5 | 394 | 445 |
| 40 | 240 | 269.5 | 480 | 539 |

Perception-reaction time (T) can vary considerably. Two T values are used in this chapter. A T of 2.5 seconds is used for designing level of service G and H roads. Roads at these two levels of service involve mixed traffic, which can result in relatively complex driving situations. A T of 2.0 seconds is used for level of service I and J roads, where the driving situation is less complex.

The following equation takes into account the effects of road surface condition and gradient:

**Stopping Site Distance with Grade and Surface Consideration**

$$SSD = 1.47V_1T + \frac{(V_1{}^2)}{30\,(f_f \pm G)}, where:$$

*SSD* = stopping sight distance in feet;
$V_1$ = approach or initial speed in miles per hour;
*T* = preception/reaction time:

- 2.5 seconds for level of service G and H roads,
- 2.0 seconds for level of service I and J roads;

$f_f$ = coefficient of friction between tires and roadway (expressed as a decimal); and
*G* = gradient (expressed as a decimal).

The following table displays friction and traction coefficients. The friction coefficients are based on the traction coefficients, which are reduced by 0.2 as a safety factor (ff = Tf - 0.2). Use these factors when calculating stopping sight distance using the equation above.

## 42.5 – Exhibit 01

### Friction Coefficients, $F_f$, for Traction Coefficients, $T_f$

| Material | Dry Surface | | Wet Surface | |
|---|---|---|---|---|
| | | $f_f = T_f - 0.2$ | $T_f$ | $f_f = T_f - 0.2$ |
| Concrete | 0.75-0.90 | 0.55-0.70 | 0.55-0.70 | 0.35-0.50 |
| Asphalt | 0.55-0.70 | 0.35-0.50 | 0.40-0.70 | 0.20-0.50 |
| Stabilized gravel | 0.50-0.85 | 0.30-0.65 | 0.40-0.80 | 0.20-0.60 |
| Loose gravel | 0.40-0.70 | 0.20-0.50 | 0.36-0.75 | 0.16-0.55 |
| Crushed rock | 0.55-0.75 | 0.35-0.55 | 0.55-0.75 | 0.35-0.55 |
| Wet earth | 0.55-0.65 | 0.35-0.36 | 0.40-0.50 | 0.20-0.35 |
| Dry-packed snow | 0.20-0.55 | 0.00-0.35 | - | |
| Loosely packed snow | 0.10-0.60 | 0.00-0.40 | - | |
| Lightly sanded snow | 0.29-0.31 | 0.09-0.11 | - | |
| Lightly sanded snow, with chains in use | 0.34 | 0.14 | - | |

Reference: Stryker, E. R. "Gradeability of Log Trucks." Oregon State University, Table 3, Appendix II, from Taborek (1957) and Western Highway Institute (1976).

On single-lane level of service G and H roads, where the sight distance is less than the stopping sight distance, the road should either have a double lane segment or the necessary sight distance should be provided by other means, such as by adjusting the cut slopes or selective clearing. (Only use selective clearing if it can be maintained on this and similar roads within the limits of expected levels of annual road maintenance appropriations). On level of service G and H roads, constructing turnouts to provide sight distance is not desirable. Level of service G and H roads are intended for all users, including drivers who may be unfamiliar with driving NFS roads. These users may not understand the need to drive into turnouts, when sight distance is restricted, to avoid potential head-on collisions with oncoming traffic.

4. Stopping Sight Distance on Horizontal Curves. The lateral clearance for stopping sight distance on horizontal curves is the offset distance from the centerline of the inside lane of a double-lane road or from the centerline of a single-lane road to a visual obstruction along the side of the road. Provide lateral clearance to allow drivers to see obstructions on the road or approaching traffic when traveling around a horizontal curve.

Stopping sight distance on horizontal curves is an important consideration on both single-lane and double-lane roads. Minimum lateral clearance is a function of design speed and radius of curvature. If appropriate lateral clearance can be provided by the traveled way, shoulders, and ditch, no further adjustments are needed. If additional clearance is needed, slopes, ditch widths, or clearing may be adjusted to provide the desired sight distance. Post signs to reduce speed or redesign the road when stopping distance is inadequate for the design speed of the road, to the extent practicable.

Stopping sight distance on horizontal curves is covered extensively in AASHTO's "A Policy on Geometric Design of Highways and Streets," which is not duplicated in this chapter. Due to the number of variables, it is not practical to include illustrations to depict all conditions. Sight distance is not limited to the distance between the PC and PT of a curve, but can also include part of the adjacent tangents. Steep grades and other variables, such as reaction time, road conditions, speed, central angle, and type of vehicle, may increase the stopping sight distance. AASHTO recommends a case-by-case analysis of the stopping sight distance using graphs.

When considering stopping sight distance on horizontal curves, also consider the stopping distance required due to the side friction factor. See section 43.1 for additional information on stopping sight distance on horizontal curves. For horizontal curves without superelevation, the side slipping factors may be more restrictive than the factors used for forward motion.

5. Passing Sight Distance. The passing sight distance allows a driver, when passing, not to interfere with the speed of an oncoming vehicle traveling at the design speed that comes into view after the driver has begun passing. Passing sight distance is not a factor on single-lane roads because of the assumption that slower vehicles pull into turnouts to allow other vehicles to pass when necessary. For information on passing sight distance on double-lane roads, see AASHTO's "A Policy on Geometric Design of Highways and Streets."

## 43 - ALIGNMENT

### 43.1 - Horizontal Alignment

1. Curvature. Roads should be designed so that they are composed of sections of circular curves and tangents. For roads with a design speed of 15 miles per hour or less, it is acceptable to use a field-designed horizontal alignment that approximates the geometric requirements of circular curves and tangents. Check the horizontal and vertical alignment (sec. 43.2) to ensure that they allow other design elements, such as curve widening and stopping sight distance, and geometric design standards, such as ensuring a minimum 50-foot curve radius, to be addressed appropriately.

The relationships of vehicle speed, radius of curvature, superelevation rate, and side friction factor are expressed in the following equation:

**Calculating Horizontal Curve Radius**

$$R = \frac{V^2}{15\,(0.01e + f)}, where:$$

$R$ = curve radius in feet,
$V$ = vehicle speed in miles per hour,
$e$ = rate of superelevation, and
$f$ = side friction factor.

Factors to consider in determining the minimum radius include:

a. Grade.

b. Vehicle speed.

c. Vehicle's center of gravity.

d. Tire condition.

e. Driver comfort and proficiency.

f. Wet or dry conditions.

g. Variability of crushed rock and other road surfacing.

h. Considerations related to any intended use during wintry conditions, including characteristics of wintry precipitation; intended winter maintenance operations (plowing, abrasives, and so forth); and restrictions on users, including timing of use, allowable equipment, and use of traction devices.

i. Frequency of use.

Traction on dry pavement is lost at a side friction factor of approximately 0.4 or 0.5. National Cooperative Highway Research Program (NCHRP) Report 37 indicates that the traction coefficients for the side friction factor are approximately half of the traction coefficients for the forward motion. Another factor to consider is the driver's comfort level. AASHTO recommendations for side friction factors vary with speed and pavement

condition. For more information on the side friction factor, see Clarkson H. Oglesby, Highway Engineering, 3d ed., AASHTO's "A Policy on Geometric design of Streets and Highways," and NCHRP Report 37.

Designers may approximate the relationship between $T_f$ and $f_s$ as shown in the equation and table below.

**43.1 – Exhibit 01**

**Side Friction Factors, $f_s$, for Traction Coefficients, $T_f$**
**$f_s = T_f * 0.5$, where $T_f$ = the traction coefficient of the traveled way for various road surfaces in a forward direction.**

| Material | Dry Surface | | Wet Surface | |
|---|---|---|---|---|
| | $T_f$ | $f_5 = T_f * 0.5$ | $T_f$ | $F_s = T_f * 0.5$ |
| Concrete | 0.75-0.90 | 0.35-0.45 | 0.55-0.70 | 0.27-0.35 |
| Asphalt | 0.55-0.70 | 0.27-0.35 | 0.40-0.70 | 0.20-0.35 |
| Packed and oiled gravel | 0.50-0.85 | 0.25-0.42 | 0.40-0.80 | 0.20-0.40 |
| Loose gravel | 0.40-0.70 | 0.20-0.35 | 0.36-0.75 | 0.18-0.37 |
| Crushed rock | 0.55-0.75 | 0.27-0.37 | 0.55-0.75 | 0.27-0.37 |
| Wet earth | 0.55-0.65 | 0.27-0.32 | 0.40-0.50 | 0.20-0.25 |
| Dry-packed snow | 0.20-0.55 | 0.10-0.27 | | |
| Loosely packed snow | 0.10-0.60 | 0.05-0.30 | | |
| Lightly sanded snow | 0.29-0.31 | 0.14-0.15 | | |
| Lightly sanded snow, with chains in use | 0.34 | 0.17 | | |

Reference: Stryker, E. R. "Gradeability of Log Trucks." Oregon State University, Table 3, Appendix II, from Taborek (1957) and Western Highway Institute (1976).

2. Radius of Curvature and Speeds. The design speed for each curve is affected by the radius of the curve, superelevation rate, and the traction coefficient of the surface material. Use the values of $T_f$ to determine the side friction factor ($f_s$) in the equation above. The reduced value of $f_s$ provides a reasonable margin of safety for the average driver. It is not always necessary to select a traction coefficient value for inclement

weather conditions because the average driver reduces speed under these conditions. Inclement weather coefficients should be selected when the road is specifically intended for use during inclement weather conditions or when there is a significant volume of traffic during those conditions.

Exhibit 02 shows the relationship of design speed to radius of curvature for various traction coefficients where there is no superelevation. Exhibit 02 is based on rider comfort and safety and the traction coefficients in exhibit 01 of this section. Exhibit 02 shows that speed can be increased by improving the quality of the road surfacing. Surface improvements for increased speed is normally justifiable only for flatter grades where the gradient controls the speed.

**43.1 – Exhibit 02**

**Relationship of Design Speed to Radius of Curvature**




*For curves with no superelevation*

3. Superelevation. Superelevation is an important consideration on level of service G and H roads. Superelevation is usually not important on level of service I and J roads, where user comfort, convenience, and speed of travel are generally not management considerations and road use can be restricted.

To the extent practicable, avoid using superelevation for design speeds of less than 20 miles per hour. Where there is a possibility of encountering snow and ice, the superelevation rate should not exceed 6 percent and should be reduced further on grades to accommodate slow truck traffic. In warmer climates where snow and ice are not factors, the superelevation rate may be increased to 12 percent. For more information on superelevation, refer to AASHTO's "A Policy on Geometric Design of Highways and Streets."

Achieve superelevation through the rotation around the elevation of the center or a side of the traveled way. Design the rotation point and the superelevated segment to protect environmentally sensitive areas adjacent to the segment. This includes the:

a. Prevention of ponding near the lower edge of the road, on flatter slopes;

b. Provision for surface drainage prior to the superelevated curve;

c. Provision for ditches through the superelevated segment to carry surface drainage to an appropriate termination; and

d. Placement of a designed surfacing course on the superelevated curve.

4. Superelevation Transitions. Provide transitions into and out of superelevated sections to avoid abrupt changes in the roadway template. Transitions from tangents to superelevated curve sections are covered in detail in AASHTO's "A Policy on Geometric Design of Highways and Streets."

5. Minimum Radius of Curvature. National Forest System roads should have a minimum centerline radius of curvature of 50 feet, except for some recreation and administrative National Forest System roads where the design and critical vehicles do not include heavy commercial trucks. Check the configuration of the design vehicle and the critical vehicle to validate that they can negotiate the road when designing roads with minimum radius curves. See AASHTO's "A Policy on Geometric Design of Highways and Streets," chapter 2, for design vehicle dimensions. Vehicle overhang and swing may affect cut bank slopes as well as lane width. The effects of sharp curves and vehicle configuration in critical locations can be determined by the use of simulators or computer applications. See AASHTO's "A Policy on Geometric Design of Highways and Streets," chapter 2, for the minimum turning path for most vehicles, including cars, buses, large recreational vehicles, and trucks.

## 43.2 - Vertical Alignment

1. Grade. Vertical alignment is a very important design element. Road gradient has a major effect on the environmental impact of a road, particularly in terms of erosion. Gradient is the predominant factor affecting speed in many cases, and grade also has a significant effect on maintenance and user costs.

It is advisable to establish a minimum grade of 2 percent on native soil or on aggregate-surfaced roads to facilitate surface drainage where possible. Flat grades do not shed water sufficiently and tend to develop potholes. Where flat grades are used on hillsides, outsloping the road surface can be an effective way to provide surface drainage. Where flat grades occur on level ground, crowning the road surface is recommended (sec. 44.1).

The adverse environmental effects of road gradient become increasingly apparent as the grade increases. For example, erosion potential increases as a function of the square of the slope and of the third power of the water velocity. The intensity of erosion changes with the type of soil and/or aggregate of the roadbed, ditch, cut bank, and fill slope

Safety, State laws, and economic and environmental constraints govern selection of the maximum grade or at least require mitigating measures to lessen the impacts of steep grades. The maximum grade varies with the ability to resist erosion of each type of road surfacing material. Steeper grades normally require additional costs for drainage, surface stabilization, maintenance, and use. Use caution when considering gradients steeper than 8 percent.

Strive to fit the best combination of design elements to the range of grades available for the road. Determine the most desirable combination of grades and other design elements before reaching the design phase. By the time the project progresses to the design phase, little opportunity exists to make significant grade changes within the reconnaissance and survey limits.

Vertical alignment normally governs the speed of empty trucks and light vehicles for grades of 15 percent in the favorable (downhill) direction and 11 percent in the adverse (uphill) direction. The vertical alignment normally governs the speed of loaded trucks for grades exceeding 8 percent in the downhill direction and 3 percent in the uphill direction. The ability of a vehicle to traverse a particular grade depends on vehicle weight, horsepower, and the traction coefficient of the driving surface. If steep grades are necessary, a higher-quality surfacing may be needed to provide the necessary traction and to resist erosion (sec. 44).

Maximum grades should be as follows:

a. Passenger car traffic: 12 percent.

b. Motor homes or vehicles pulling trailers: 12 percent for pitches up to 300 feet.

c. High clearance and four-wheel drive vehicles: 18 percent or as required by State safety regulations.

2. Grade Reduction for Horizontal Curves. It is often advisable to reduce the gradient through a horizontal curve, particularly on steeper grades at shorter radius curves. These curves result in a steeper grade because of the shorter distance traveled along the inside track of the curve. For example, if the centerline grade is 10 percent on a 75-foot radius curve with a centerline length of 100 feet, the grade along the inside track is approximately 12 percent.

Grade reduction is important for switchbacks. When determining road gradient, it is important to consider loaded trucks traveling in both directions. Use the following guidelines for maximum gradients and gradient reductions.

**43.2 – Exhibit 01**

**Grades on Switchbacks**

| Hauling Direction | Above the Switchback Curve | At the Switchback Curve | Below the Switchback Curve |
|---|---|---|---|
| Favorable | 5 percent or less for 150 to 200 feet. | 6 percent preferred; 8 percent maximum. | See section 43.2, paragraph 2a. |
| Adverse | See section 43.2, paragraph 2a. | 6 percent maximum. | 1 to 2 percent less than the switchback curve grade for 100 feet. |

a. Strive to maintain a constant grade through the switchback. To the extent practicable, avoid locating vertical points of curvature within a switchback.

b. To minimize gear shifting and to equalize curve resistance to the vehicle, reduce the switchback curve grade by 0.04 percent per degree of curvature in the approaching grade. For example:

| Degree of Curve | Radius of Curve (in feet) | Percentage Reduction |
|---|---|---|
| 50 | 115 | 2 |
| 75 | 76 | 3 |
| 115 | 50 | 4.5 |

Trucks may have difficulty hauling in the adverse direction when they travel on level of service J roads that have a sharp horizontal curve in combination with a steep grade. The position of the trailer in relation to the tractor may cause the outside drivers on the truck

to lift, resulting in a loss of traction on the curve. A flat grade or reverse superelevation will aid in providing traction, but should be used only in special situations when advised by engineering judgment. Reverse superelevation should not be used where speed is a factor or where downhill haul will occur.

3. Vertical Curves. Vertical curves are the transition zones between different gradients. Design vertical curves with consideration for environmental effects. Do not locate the low point of a sag vertical curve directly over a culvert or fill where fill slope erosion may be a concern. Instead, locate the low point of a sag vertical curve at a transition point between cut and fill.

Sight distance is the primary consideration in designing vertical curves because changes in grade result in sight restrictions. Attain the desired sight distance by making adjustments in the length of vertical curves. Crest vertical curves present sight distance problems under all conditions. Sag vertical curves normally present a sight distance concern only in terms of providing headlight sight distance during periods of darkness or reduced visibility.

Avoid placing a sharp crest vertical curve at the same location as a horizontal curve to the extent practicable. Avoid minimum length vertical curves to the extent practicable. The following chart shows the guidelines for the minimum length of vertical curves:

| Minimum Lengths for Vertical Curves |
|---|
| For crest vertical curves, $L = 3V$ or 50 feet, whichever is greater, |
| For sag vertical curves, $L = \frac{AV^2}{46.5}$ or 50 feet, whichever is greater, where: |
| L = length of curve in feet,<br>V = design speed in miles per hour, and<br>A = algebraic difference in grades as a percentage. |

Check crest vertical curves against the ground clearance of the design vehicle. To the extent practicable, avoid reducing the ground clearance of the design vehicle by more than 50 percent.

For roads with a design speed of 15 miles per hour or less, it is acceptable to use field-designed vertical alignment that approximates the geometric requirements of vertical curves. Check the vertical alignment to ensure that it allows other design elements, such as stopping sight distance, to be addressed appropriately.

4. Stopping Sight Distance. Stopping site distance is covered in detail in the AASHTO Guidelines. The stopping sight distance for single-lane roads is twice that required for double-lane roads. If adequate stopping sight distance cannot be achieved, construct turnouts or use appropriate signing, to the extent practicable.

## 43.3 - Intersections

A substantial number of crashes on all roads under all jurisdictions nation-wide occur at intersections. The preponderance of these crashes are the result of driver errors. One type of error is failure to prudently accomplish the task of making decisions about route following. That can distract from the basic driver responsibility of recognizing hazards and taking appropriate action to avoid them. Drivers make navigational mistakes; some drivers make mistakes stop in the roadway; sometimes backing up, instead of proceeding to a location where it is safe to pull off the road and turn around. Another cause of intersection crashes is lack of attention to driving. When drivers are not expecting intersecting traffic; they are unprepared to take appropriate action when surprised by a conflict such as congestion.

While responsibility for driving safely and prudently for conditions is always that of the driver, the design of alignment, grade, cross section, signs, and traffic control devices at or near intersections is important. Doing it well can minimize opportunities for driver error. The following guidelines apply to the design of intersections on National Forest System roads:

a. The sight distance along the main road, as viewed from the main road or from the intersecting road, should be at least equal to the stopping sight distance for the design speed of the main road.

b. Roads intersecting at acute angles tend to limit visibility and restrict the flow of entering traffic to one direction. Thus, the smallest angle formed by intersecting roads should not be less than 60 degrees. Right angle intersections are desirable.

c. To the extent practicable, avoid designing intersections on sharp curves or with grade combinations that make vehicle control difficult.

d. To the extent practicable, avoid intersections that are slightly offset on opposite sides of the main road. More than two roads intersecting at one location may cause traffic management problems.

e. Carry the grade of the main road through the intersection, and adjust the grade of the intersecting road to the grade of the main road. The grade of the intersecting road, as it approaches the main road, should be 6 percent or less. On the intersecting road, at the main road, it is advisable to provide sufficient width for another vehicle to pass a stopped design vehicle and to provide one design vehicle length at a grade of approximately 1 percent for stopping.

f. The width of the main road combined with the radius of the taper of the intersecting road must be wide enough for off-tracking of vehicles entering or leaving the main road.

g. On level of service G and H roads, provide warning, regulatory, and guidance signs and traffic control devices at intersections, as advised by the Manual on Uniform Traffic Control Devices (MUTCD) and engineering judgment.

h. When use of an intersecting road is restricted by a gate, provide for the design vehicle to turn around safely when the gate is closed. In addition, check for consequences for critical vehicles, particularly when critical vehicles may be driven by recreation visitors.

## 43.4 - Railroad Grade Crossings

Design railroad grade crossings in accordance with applicable laws and regulations. Obtain consultation and review by railroad officials, and obtain their approval when necessary.

Legal and real property rights can differ greatly from crossing to crossing. The situation where the railroad existed before reservation or acquisition of the underlying lands for the NFS is much different from the situation where the railroad was constructed under a special use permit after reservation or acquisition of the underlying lands. Consult with the local Lands staff and the local Office of the General Counsel, as appropriate, regarding rights, permits, and ownership issues at railroad grade crossings.

The geometric design of a road at a railroad grade crossing involves the elements of alignment, profile, sight distance, and cross section. Verify that the critical vehicle can negotiate the vertical curve at the crossing. The requirements may vary somewhat with the type of protective or signal devices used. The traveled way width should be the same on either side of railroad grade crossings and should have all-weather surfacing for a suitable length. It may be advisable to provide sufficient width for vehicles to pass on each side of a railroad grade crossing. The following provide additional guidance on railroad grade crossings:

1. FHWA's The Railroad-Highway Grade Handbook, Publication TS-86-215.

2. The MUTCD.

3. AASHTO's "A Policy on Geometric Design of Highways and Streets."

## 43.5 - Roadside Design

National Forest System (NFS) roads vary from high-standard, high-speed roads in level of service G to single-lane, native-surface roads built for a specific purpose in level of service J. Engineering judgment should be used to determine appropriate roadside design standards. For

roads with more than 400 ADT, use AASHTO's "A Policy on Geometric Design of Highways and Streets" and AASHTO's "Roadside Design Guide" for specific roadside design standards. For roads with less than 400 ADT, use the guidelines in chapter 4 of AASHTO's "Guidelines for Geometric Design of Very Low-Volume Local Roads (ADT <400)." These guidelines state that roadside barriers and clear zones are not cost-effective and should be provided only case by case where advised by engineering judgment. Document design decisions, and maintain the documentation in the project file.

Roadside design can affect safety on low-volume roads. Identify potential hazards based on local conditions, road geometry, and traffic characteristics. Mitigation of potential hazards should include consideration of probability and severity of accidents, environmental impacts, economic factors, and management objectives.

In roadside design, consider the following factors when assessing the probability and severity of crashes, forecasting their effects, and recommending mitigating roadside design measures:

1. <u>Roadside Design Factors</u>:

    a. Crash history (frequency and severity).

    b. Traffic volume and type.

    c. User speed.

    d. Topography and road template.

    e. Visibility.

    f. Horizontal and vertical alignment.

    g. Climatic and surface conditions.

    h. Roadside conditions.

2. <u>Factors Decreasing Crash Probability</u>:

    a. No known crashes or visible evidence of crashes.

    b. ADT of 400 or less.

    c. Drivers who are familiar with the road.

    d. Low speeds on roads with low levels of service (G, H, and I).

    e. Driver expectations of road conditions ahead are met.

f. Consistent cross-section.

g. Good visibility.

h. Changes in alignment and grade do not require rapid deceleration.

i. Traveled way is clear of snow and ice.

j. Recoverable shoulders.

3. Factors Increasing Crash Probability:

a. History of crashes.

b. ADT exceeding 400.

c. Drivers who are unfamiliar with the road.

d. Speeds exceeding 40 miles per hour.

e. Driver expectations regarding the road ahead are not met.

f. Abrupt changes from the expected road width, shoulder, or surface type.

g. Abrupt changes in vertical or horizontal alignment.

h. Fog, snow, or ice is present during normal seasons of use.

4. Factors Decreasing Crash Severity:

a. Speeds of 15 miles per hour or less.

b. Adequate clearance from potential roadside hazards.

c. Flatter fill slopes.

d. Good alignment and visibility.

e. Segregated use (for example, commercial and noncommercial are not mixed).

5. Factors Increasing Crash Severity:

a. Speeds of 40 miles per hour or more.

b. Little clearance for roadside hazards or intrusions, or deep or fast water adjacent to the traveled way.

c. Steep grades.

d. Abrupt changes in grade or alignment.

e. Mixed use (for example, commercial and noncommercial).

If an engineering analysis identifies a roadside hazard that should be mitigated, assess the most cost-effective method of managing the accident risk. Balance reduction of risk against the investment required to reduce the risk, and use engineering judgment in the selection of mitigation measures.

Mitigation measures may include clear zones, shielding, or protecting drivers from roadside obstructions with traffic barriers such as guardrails and jersey barriers. The use of guardrails to protect drivers from obstructions generally is not cost-effective for very low-volume roads. Other methods such as delineators, berms, insloping, or varying alignment may be an appropriate and less costly means of reducing hazards. Traffic barriers may be appropriate at sites on low-volume roads where engineering judgment indicates there is a high probability of crashes and barriers are the only practical and feasible means of reducing crash severity. When a guardrail is determined to be appropriate, apply the most current Federal or State Department of Transportation standards for rails, posts, and terminal sections.

For more information on roadside design, see NCHRP Publication No. 214, "Design and Traffic Control for Low-Volume Roads," and AASHTO's "Roadside Design Guide."

## 44 - ROAD DRAINAGE

Drainage is one of the most important elements in road design. All drainage can be classified as surface or subsurface. The classification depends on whether the water is on or below the surface of the ground at the point where it is first intercepted.

1. Surface Drainage. Surface drainage provides for the interception, collection, and removal of water from the surface of roads and slopes. Surface drainage is important, because water on the surface may interfere with traffic or cause erosion and, if allowed to infiltrate, may cause damage to the subgrade.

There are four principal elements to consider when designing surface drainage systems: surface shapes, surface cross drains, ditches, and culverts. The design may need to allow for debris passage, mud flows, and water heavily laden with silt, sand, and gravel. For projects with small drainages or intermittent streams that might affect fish and other aquatic species migration, consult with appropriate resource specialists to ensure that the design conforms to resource management objectives for the site and applicable directives. FSM 7722 and FSH 7709.56b provide guidance regarding design of bridges and structures.

2. Subsurface Drainage. Road prisms may intercept subsurface water. Subsurface drainage structures collect and remove subsurface water that may weaken the subgrade or road embankment. Properly designed and maintained surface drainage systems may reduce the need for special subsurface drainage structures and may minimize effects on the natural hydrological system. Consider relocating roads whose detrimental effects on subsurface flows cause reduction in soil moisture or drainage of sensitive wetland habitat.

The natural equilibrium of slope hydrology is easily upset by the introduction of manmade systems like roads. The results of poor or improper drainage design can be dramatic and destructive. While road drainage systems collect and efficiently move water away from roads, the results can have unexpected negative aspects. Examples include drainage of meadows and wet areas, reduction of soil moisture, conversion of vegetation, increased runoff rates from the interception of surface and subsurface flow, and increased channel scour and head-cutting from concentration of water flow. Strive to design drainage systems that maximize water dispersion and that use natural sediment filters. To the extent practicable, road drainage should mimic natural drainage patterns and should not interrupt natural hydrological processes.

There are 3 elements critical to road drainage design:

1) Disconnecting the road from the stream system.

2) Preventing storm damage to the road, surrounding cut slopes, fill slopes and ditch lines.

3) Implementing local best management practices in conjunction with National Core Best Management Practices (BMPs) (FS-990a, 2012).

Consult with appropriate resource specialists such as hydrologists, soil scientists and biologists, to ensure that all watershed protection measures are met. For specific drainage design guidance refer to "Water/Road Interaction Technology Series," Publication 9777 1806-SDTDC, San Dimas Technology Development Center.

Only after watershed protection and storm-proofing requirements are met should minimum lifecycle costs be considered. Minimum lifecycle costs should include construction, maintenance and operating costs. Cost should also consider the physical attributes of the watershed and the risk presented by road generated mass failure. Use the most economical drainage measures available that meet RMOs and BMPs. Consult with resource specialists to assess the risk of mass failure, debris delivery and aquatic habitat concerns.

Drainage design should include consideration of rainfall, surface runoff, subsurface flow interception, and stream crossings. Use the best combination of various design elements, such as surface shape, ditches, ditch relief culverts, surface cross drains, fords, subsurface drains, culverts, and bridges. Consult with appropriate resource specialists in ascertaining water and aquatic management objectives for the site.

## 44.1 - Traveled Way Surface Shapes

Traveled way surfaces may be insloped (toward the cut slope), outsloped (toward the embankment), or crowned (highest point near or at the road center sloping to both sides). Crowned traveled way surfaces are typically used for level of service G and H roads, while insloped or outsloped traveled way surfaces are typically used for level of service I and J roads. The amount of crown or slope varies with the type of surface and is generally less for impervious surfaces, such as asphalt, and more for relatively pervious surfaces, such as gravel or native soils. If the cross slope is too flat, water remains on the traveled way surface for a longer period and may penetrate into the base course and subgrade. A large buildup of moisture below the surface may cause instability and severely reduce the road's load-carrying capabilities. Drainage designs that result in water concentrations usually require more maintenance and present more risk to watersheds if maintenance is deferred than drainage designs that disperse water.

Decisions on traveled way surface shape should consider the resistance of the soil to erosion and the benefits of dispersing water gradually (outslope) or concentrating it at a specific location (inslope). If the road surface is unstable soil and subject to major erosion, then design considerations should include removal, surfacing, hardening, restricted use, or relocation. It may be necessary to stabilize ditches or the toe of the cut slope on insloped or crowned roads to reduce erosion. Removal of water from the traveled way surface becomes more difficult as grade increases.

The decision to inslope or outslope also depends, in part, on the natural slope hydrology; that is, how the undisturbed slope handles water. Convex topography tends to disperse water, and concave topography tends to concentrate water into defined drainages. Outsloping roads complement convex topography, while insloping roads with well-placed cross drainage tend to work best with concave topography.

1. Crown. Double-lane roads usually have a crown surface. Single-lane roads may have a crown surface. Crown surfaces are more expensive than other traveled way surface shapes to maintain on single-lane roads. A crown surface shares some of the characteristics of both an outsloped and insloped surface.

2. Outslope. Outsloping maximizes the dispersion of surface runoff and, when properly applied, minimizes hydrological impacts. Outsloped roads have the additional advantages of reducing road cut depth, reducing roadway width, and usually lowering construction costs. A ditch is usually not necessary, but drainage concentration from upslope areas may be handled with short ditch sections, culverts, or surface cross drains. Make this determination based on the erosive characteristics of the soil, precipitation, runoff ratios, gradients, and the length of run before the water may be removed.

   Outsloping is generally not appropriate on levels of service G and H roads intended for all weather use. Cross slopes generally between 2 and 4 percent are designed to disperse surface runoff but become slippery when wet or frozen. Consider vehicle stability on the

road surface when design elements of outsloping, steep down grades, and sharp outside curves are combined. Consideration to season of use is necessary in choosing the design template.

3. Inslope. Where embankment soil is unstable or on steeper grades where outsloping is not recommended, consider applying an inslope road template. Depending on local conditions, a ditch may be required. Inslope sections collect water and will require cross drains.

For additional guidance on traveled way surface shapes, refer to "Traveled Way Surface Shape," Publication 9777 1808-SDTDC, San Dimas Technology Development Center.

## 44.2 - Surface Cross Drains

Surface cross drains intercept and remove surface water from the traveled way, wheel tracks, and shoulders before the combination of water volume and velocity begins to displace the surface materials. Surface cross drains also can serve as ditch relief structures in lieu of a culvert. Surface cross drains are particularly useful for low-volume, low-speed roads during periods of storage (maintenance level 1). When properly constructed, the drains can provide a relatively maintenance-free traveled way. They are beneficial in areas where culverts may plug and overtop resulting in diversion of water down the road surface. Surface cross drains should be designed to prevent erosion and maintain functionality in wet conditions.

There are a variety of surface cross drains, including broad-based (drivable) dips, drain dips and waterbars, open-top culverts, slotted metal pipe, and flexible rubber stripping. For design guidance on surface cross drains, refer to "Water/Road Interaction: Introduction to Surface Cross Drains," Publication 9877 1806-SDTDC, San Dimas Technology Development Center.

The initial cost of constructing dips and water bars is less than the cost of constructing roadside drainage ditches and purchasing and installing culvert pipe. If dips and waterbars are properly located, designed, and constructed, their maintenance cost is also less than the cost of maintaining roadside ditches and culverts. The costs of other types of surface cross drains may not be less than the cost of culverts.

The disadvantages of surface cross drains are lower travel speeds, poor riding comfort, and discontinuity of blading operations for all drain types except broad-based dips.

To the extent practicable, avoid constructing dips on level of service G and H roads on grades greater than 10 percent, unless specifically designed for the critical vehicle and constructed to appropriate tolerances. On these roads, consider other surface drainage methods such as open-top drains or broad-based (drivable) dips designed to accommodate the critical vehicle.

Dips should discharge runoff in small amounts before runoff can significantly accumulate. For recommended spacing for surface cross drains on insloped, crowned, or unsurfaced roads with no ditch, see section 44.4, exhibit 01. The location of surface cross drains should be reviewed and adjusted as necessary in the field to account for geomorphic features such as stream locations and suitable release areas. Dips skewed from a line perpendicular to the centerline of the road may drain and self-maintain better than dips that are not skewed. However, an unskewed dip normally results in better driving characteristics, minimizes twisting of truck frames, and is easier to maintain with a motor grader.

On roads which are not likely to receive regular surface maintenance, dips and waterbars provide a safety valve for removing water from any wheel ruts that may develop. The design of dips and waterbars on these roads must be done with rutting in mind. The down-grade end of dips (crest) should be designed so that ruts do not readily cut through the crest and fail the dip. The height of the rise at the crest should be at least as high as the depth of potential ruts. The transition back to grade on either side of the crest is a designed length. It may be desirable to stabilize the crest and trough portions of the dips with aggregates or in-place soil treatments to reduce deformation and to maintain stability.

Where a low-clearance truck or tractor-trailer is the design vehicle, the following guidelines apply:

1. Dips should not be located on gradients steeper than 8 percent.

2. Do not locate drainage dips within curves that have radii of less than 100 feet.

3. Maintain constant inslope or outslope throughout the length of dips to avoid the twisting of truck frames.

4. Do not deepen the outlet dips unless the dips are perpendicular to the road.

5. Construct transitions at least 60 feet long in both directions from the low point and the crest to avoid abrupt changes in grade.

6. When appropriate, design to accommodate surfacing or armoring placed through the dip.

Long continuous grades have a tendency to transport large volumes of water and sediment and therefore should be avoided. The use of a grade breaks allow long continuous grades to be broken into smaller segments. A reduction in grade combined with outsloping at convex topography can have the same effect as a surface drain dip and may be easier to maintain than a surface dip.

## 44.3 - Ditches

When developing the geometric design of ditches, consider the resource objectives for soil, water, and visual quality, maintenance capabilities and associated costs, and construction costs. Ditches can be a major source of sediment if left unarmored or if frequently bladed. Designers should consider larger ditches and erosion control measures to reduce the frequency of required maintenance. Ditch grades should be no less than 0.5 percent to provide adequate drainage and to avoid siltation. Consider outsloping the road and eliminating the ditch when the grade of the road is less than 2 percent.

The following lists typical types of ditches and describes their use.

1. Drainage Ditch. A drainage ditch transports water collected from the road surface or cut slope to the nearest ditch relief culvert or outlet ditch and also drains subsurface water from the roadbed. The ditch is constructed between the traveled way and the adjacent terrain in subgrade material. It should not have slopes steeper than 1V:1.5H.

2. Trap Ditch. A trap ditch is a large drainage ditch that is designed to catch and hold cut bank slough and snow as well as provide effective drainage. Future maintenance requirements need to be considered when designing a trap ditch. Because it is a type of drainage ditch, a trap ditch can perform all the functions of a drainage ditch.

3. Intercepting Ditch. An intercepting ditch protects cut and fill slopes. Consider the use of intercepting ditches in areas with extremely high cut slopes or high embankments in erosive soils or areas that have experienced high-intensity fire with significantly increased surface runoff. To the extent practicable, locate and design intercepting ditches so that erosion caused by intercepted water is no greater than what would have occurred had the water sheeted down the cut slope. Use energy dissipation and erosion control measures to prevent erosion, gullying, and connectivity with streams.

4. Outlet Ditch. An outlet ditch carries water away from a road to prevent the road subgrade from being saturated or eroded. An outlet ditch is typically used in fairly flat ground when the topography does not allow water to run off the road. Locate an outlet ditch at the lower end of a culvert or drain dip or at the point where a roadside ditch daylights onto natural ground. Consider use of energy dissipation measures as needed.

## 44.4 - Culverts

Low-volume roads are often steep due to economic factors, the need to avoid unstable areas, and a desire to disturb the least amount of land. Ditch relief culverts installed in roads with steep grades, particularly in steep, mountainous terrain with high-intensity storms, have an increased potential for failure. Failure of ditch relief culverts may result in increased ditch scour, extensive

erosion of road surfacing, and broad-scale failure of roadway fills. The alternative combination of outsloped roads and surface cross drains to help shed and disperse water quickly from the road surface should be considered. To the extent practicable, avoid draining water onto steep slopes.

Drainage failures may also have a detrimental effect on land below the road. Siltation may degrade water quality and may damage aquatic habitat. Runoff concentration increases surface erosion, mass soil movement, and stream channel scour. Consult with appropriate resource specialists, such as a hydrologist, fluvial geomorphologist, soil scientist, and biologist, as appropriate to address site-specific issues regarding culverts. Follow agency guidelines for designing structures for fish and aquatic organism passage. FSM 7722 and FSH 7709.56b include design data and guidance regarding design and risk analysis of bridges and structures.

Some culverts are considered "bridges" under the requirements of the National Bridge Inspections Standards (NBIS). The classification of and the authority for approval of design of culverts is shown in exhibit 01 of this section.

## 44.4 - Exhibit 01

## Classification and Responsibility for the Design of Culverts and Bridges

| Classification and Responsibility for the Design of Culverts and Bridges | | | | | | |
|---|---|---|---|---|---|---|
| | | Any Single Opening Structure with a bottom, regardless of fill depth or depth of invert burial (fn 2) | | Any Single Opening Bottomless (Natural channel) Structures with footings that will not have wheel loads in direct contact with the top of the structure [2] | | Any Single or Multiple Opening Bottomless (Natural channel) Structures with footings that **has** wheel loads in direct contact with the top of the structure [2] |
| | | (CS) [1] ≤ 20 feet | CS ≥ 20 feet | CS ≤ 20 feet | CS > 20 feet | All spans |
| Design[3] | Classification | Culvert | | Culvert | | Bridge |
| | Responsibility | Forest Design with standards or by qualified engineer. | Design by a certified Bridge Design Engineer (FSM 7722.1 and .2). | Forest Design with standards or by qualified engineer; | Design by a certified Bridge Design Engineer (FSM 7722.1 and .2). | Design by a certified Bridge Design Engineer (FSM 7722.1 and .2). |

1. Clear span (CS) is defined as the NBIS opening for a single or multiple opening structures.
2. Design all structures to have a clear span ≥ the design bankfull width.
3. For information concerning multiple opening culverts see FSH 7709.56b, sec. 76 for design, and sec. 91.6 for operation.

All culvert designs should consider storm flows, sediment, and debris. Consider debris loading, access for debris removal, and potential effects from upstream blockages.

1. Ditch Relief Culverts. Ditch relief culverts periodically relieve ditch flow by directing water to the opposite side of the road where the flow can disperse away from the traveled way. Use energy dissipation and erosion control measures to prevent erosion, gullying, and connectivity with streams.

The spacing of ditch relief culverts depends on the road gradient, road surface, ditch soil types, runoff characteristics, and the effect of water concentration on slopes below the road. See section 44.4, exhibit 02, for recommended spacing of relief culverts based on ditch or road surface soil type. The location of culverts should be reviewed and adjusted as necessary in the field based on geomorphic features such as stream locations and suitable release areas.

Ditch relief culvert maintenance can be minimized by proper design. Culverts should be no smaller than 18" diameter or equivalent size pipe arch. When plugging by sediment and debris is a concern larger diameter culverts should be used. A decision to use a culvert smaller than 18" should be supported by a written statement in the project file signed by a qualified engineer that there is no possibility of the culvert plugging.

The following table is intended for reference, actual culvert location depends on the topography as site specific conditions. Consult with appropriate resource specialists to determine site specific BMP’s with respect to culvert spacing on the road segment being designed.

## 44.4 - Exhibit 02

## Recommended Spacing of Relief Culverts or Surface Cross Drains Based on Ditch Soil or Aggregate Surface Type



Ensure pipes are buried at an appropriate depth to prevent damage to the culvert. Provide adequate depth of cover to account for expected surface material losses from traffic, maintenance, and erosion over the design life of the culvert. The minimum depth should equal or exceed the manufacturer's specifications for the particular installation.

Skewing ditch relief culverts from a line perpendicular to the centerline of the road may increase culvert grade and flow velocity, reducing siltation and the possibility of debris plugging the culvert inlet. Do not use skewing to increase the distance between ditch relief culverts. Do not use skewing when water is flowing toward the culvert inlet from both directions, except to reach or fit a natural channel. Skewing may increase the length of culvert necessary for the site. When determining whether to use skewing, consider:

a. Improved bedload and debris flow.

b. Proper dispersion of water below the road surface.

c. Improved flow through the pipe.

d. The additional cost caused by the additional culvert length.

It is also possible to use culverts placed in natural drainages for ditch relief. However, consider the effect of possible sedimentation or increased flows on the natural drainage. Do not drain ditches into live streams or streams with aquatic life. For more information on culverts, refer to "Relief Culverts," Publication 9777 1812-SDTDC, San Dimas Technology Development Center.

2. Inlet Structures. Inlet structures may consist of hand-laid rock headwalls, ditch dams, inlet basin liners, drop inlets, metal end sections, or other structures designed for specific conditions at the site. Determine the location of the inlet of relief culverts during design to provide for design of inlet structures. The design of inlet basins should include adequate width for the culvert entrance and for any structure necessary to prevent erosion of the road bed and back slope. Design inlet basin back slopes at a stable slope to minimize the possibility of the culvert's plugging from ravel or slumping.

Inlet basins trap sediment due to a decrease in water velocity and are a maintenance commitment once installed. Strive to prevent the velocity of ditch water from decreasing in the culvert inlet basin. This results in transported sediment settling and accumulating in the basin, eventually blocking the culvert inlet. The slope of the culvert invert should be greater than the slope of the road ditch to avoid a decrease in ditch water velocity.

Catch basins should be designed for mechanized maintenance. Mechanized maintenance is usually cheaper than hand methods, and it is often necessary to use machinery to load sediment on trucks for hauling to waste disposal areas. An alternative to an inlet basin is to increase the size of the pipe and ensure that skew of the pipe captures and transports the water and sediment delivered to that pipe.

3. Wetland and Meadow Crossings. Care should be exercised in designing wetland and meadow crossings, as they are sensitive to unnatural fluctuations in water level. Since marshy and swampy terrain may contain bodies of water with no discernible current, designing culverts for roads crossing these locations involves unique considerations. Consult with resource specialists, and refer to the "Road/Water Interaction: Introduction to Surface Cross Drains," Publication 9877 1806-SDTDC, San Dimas Technology Development Center, in connection with design of wetland and meadow crossings.

Design wetland culverts with a nearly flat grade so that water can flow either way and so that the natural water level can be maintained on both sides. The culvert may be partially blocked by aquatic growth and installed with the flow line below the standing water level at its lowest elevation. Consider selecting culvert materials that resist corrosion.

For wetlands and wet meadows that have a slight gradient, place the culvert at the stream gradient, and dissipate the flow at the culvert outlet. Culverts placed too low at the inlet and unchecked flow through the culvert can cause erosion and gullying upslope for considerable distances, lowering the water table and reducing the extent of the wet area. Permeable dams constructed around inlets and outlets can dissipate erosion. Erosion control blankets may be used at outlets, but need to be long and wide enough to dissipate the flow fully before release.

Crossing wet areas may require special subgrade treatment due to wet, soft, organic soils. Geotextile-reinforced fill or subgrade reinforcement may be used. The design should consider the hydraulic effects of the materials used to avoid disrupting wet area drainage. When crossing meadows with more than one defined channel, install culverts in all identified channels. When crossing meadows without a defined channel, use a permeable fill or multiple culverts installed at the same elevation of the meadow surface to allow the natural sheet flow to continue. Head-cuts and erosion in meadows can be restored by employing this strategy and filling in the eroded sections. Always consult resource specialists before undertaking watershed restoration such as repairing head cuts or wet meadow restoration.

## 44.5 - Subdrainage Systems

1. The design of subdrainage systems should remove water from the subgrade or pavement structure to improve stability and load-bearing capacity, decrease the adverse effects of frost, and reduce safety hazards caused by freezing on the traveled way.

2. Design subsurface drainage systems to:

a. Intercept groundwater that cannot be intercepted by side ditches before entering the traveled way.

b. Reduce the hydrostatic pressure behind structures.

c. Release collected groundwater without causing erosion or silting.

d. Last as long as the roadway or structure.

3. Because each site is different, conduct a field investigation to determine the best solution. The field investigation may necessitate the:

a. Review of available soil and geological studies or gathering new data.

b. Borings or digging test holes to locate groundwater.

c. Inspection of natural lakes and slopes in the area and studying the natural drainage patterns.

d. Measurement of discharge when possible.

e. Test of slope stability.

4. Perforated pipe drains are a common solution, but they do not function properly unless some method is used to prevent the perforations from plugging. The following alternatives prevent plugging, depending upon the characteristics of the soil:

a. Use of a prefabricated drain, which consists of a geotextile covering one or both sides of a drain core. The core provides open channels for water flow.

b. Surround the pipe with an open-graded aggregate material, which, in turn, is surrounded by a geotextile. The use of fabric eliminates the need for an inverted filter consisting of various-sized gravel and sand layers.

c. Use of a graded aggregate filter. Use of this filter has diminished with the advent of geotextiles.

5. Other types of subsurface systems include:

a. Drilled Drains. For this system, place perforated pipes in holes drilled into cut or fill slopes to intercept the groundwater flow.

b. French or Trench Drains. This system is identical to the drilled drain system, except a perforated pipe is not used. Use open-graded drain rock for the drainage path.

c. Engineered Drainage. This system usually consists of a porous, chemically inert medium covered on one or both faces with a geotextile. Place the system directly in a trench or against a structure and backfill it with excavated material. This system can eliminate the need for special backfill necessary when the drilled drain and French drain systems are used.

6. Select a system that best meets the structural requirements and the corrosive conditions of the soil and water at the site. Because of the complexity of soils in many areas, it is advisable to consult geotechnical engineering specialists about the use and performance of various types of geotextiles and graded aggregate filters.

7. Subdrainage systems may effectively reduce final road costs by decreasing the depth of base rock and subgrade widths, resulting in less clearing and excavation. Lower maintenance costs also may result from a more stable subgrade.

8. The solutions to subdrainage problems can be expensive. Consider as alternatives road use restrictions, such as seasonally reducing or prohibiting traffic until a subgrade dries out. Also consider incorporation of new materials and technology specifically developed for roads in wet regions.

## 44.6 - Drainage Systems on Stored Roads

Road surface drainage should also be considered if the road is in storage or going to be placed in storage. Installing waterbars and outsloping should be a preferred surface drainage treatment on stored roads. Serious consideration should also be given to the removal of stream crossing structures that are near the end of their service life, smaller than bankfull width, or are a high risk to the watershed and could fail during storage. High risk structures may be structures in very sensitive habitat that have a plugging or overtopping flow risk. Watershed specialists should be consulted on whether stored structures are high risk structures.

## 45 - EROSION CONTROL AND WATERSHED PROTECTION

Minimize soil displacement from roads. Factors that influence road impacts on soil and water resources include route location, geometric standards, drainage design, and long-term erosion control features. Include measures to avoid or mitigate erosion and to provide structural or vegetative treatments.

## 45.1 - Permanent Erosion Control and Watershed Protection

Mitigate long-term impacts on soil and water quality by incorporating cost-effective measures into the design. Specific requirements may be found in applicable Forest Service directives, regulations, and statutes, including Section 10 of the National Forest Management Act (16 U.S.C. 1600), the Clean Water Act, and their implementing regulations. Additional requirements may be outlined in BMPs at the regional or forest level.

Consider the following erosion control and mitigation strategies during road design:

1. Design, treatment, and revegetation of cut and fill slopes to control surface erosion. This includes conservation of top soil during initial excavation, temporarily placing it in stockpiles, and using it for revegetation of slopes once the road is constructed.

2. Inclusion of mitigation measures such as berms, dips, oversized drainage features, and debris control to minimize runoff. Additional slope protection measures that may be beneficial when significant amounts of water are anticipated on slopes include but are not limited to rock blankets, gabion blankets, down spouts, flumes, mulch netting, and plantings.

3. Use of smaller cuts and fills pose less significant erosion problems. Erosion potential is reduced because the area exposed or disturbed is smaller, and if a failure does occur, much less material is involved.

4. Design of flatter slope ratios to reduce soil loss from slides and slumps. One way to determine mass stability is to analyze successful practices on similar land types. Geotechnical assistance may be necessary where bedrock characteristics or soil stability is unknown.

5. Control of erosion by placing sedimentation basins between large cuts or fills and critical waterways.

6. Use of full bench construction when the natural side slopes exceed 55 percent. This method usually results in excavating and end-hauling throughout the steep area.

Where problem cut and fill slopes are encountered in the vicinity of perennial streams, consider using more extensive erosion control measures. Use erosion control references specific to local conditions and the geographic location. Federal agencies such as the Natural Resources Conservation Service, FHWA, and the U.S. Environmental Protection Agency as well as many State agencies publish erosion control references. The most current erosion control strategies are available on the internet.

## 45.2 - Temporary Erosion Control and Watershed Protection

Temporary erosion control measures are incorporated during construction. Ensure that road construction contracts specify contractor responsibility for mitigation of erosion from construction activities. Develop erosion control plans for road construction projects that address implementation as well as removal of temporary erosion control measures. For example, the requirements may include constraints on how much pioneer road or excavated area may be open at any given time or the amount of work that may be done without requiring seeding or revegetation. Include winterization if construction is likely to extend beyond one construction season. Specify that the contractor's operations must meet all applicable legal requirements. Water quality standards may vary State to State. Therefore, consult with local resource specialists to identify applicable Clean Water Act and other water quality requirements.

## 45.3 - Aquatic Habitat Protection

As appropriate and applicable, include design measures to protect aquatic habitat. Consult local resource specialists regarding site-specific issues and appropriate potential mitigation measures. As appropriate and applicable, conduct field reviews to verify that the design provides adequate protection for aquatic resources. To the extent practicable, avoid channelizing streams.

## 45.4 - Disposal of Waste

Deposit waste from road construction at locations that are not susceptible to erosion and mass failure. In some cases, it may be necessary to designate separate disposal areas for specific types of waste, such as rock and common excavation.

If it is not possible to find flat sections of ground to deposit the excavated fine material in fills or to haul the waste to a designated disposal area, consider mitigating measures, such as relocating the road, installing retaining structures, or constructing silt basins.

Coordinate the location of waste areas with the appropriate resource managers or specialists. If waste may be used as construction material incorporated in another project, consider stockpiling the waste. In some areas, construction of low earth mounds can reduce landform contrasts associated with road construction. For further discussion of aesthetic treatment of waste, see "National Forest Landscape Management," Volume 2, chapter 4, Roads.

## 45.5 - Retaining Structures

Consider using retaining structures to reduce disturbance to the landscape and environment by decreasing the quantities of excavation and fill material for construction. In steep terrain where there are slope stability problems or environmental constraints, retaining walls may be a practical

and economical solution. When visual quality is a concern, design should strive to conform to natural topography and the surrounding terrain. Visual quality concerns may also require careful selection of materials or modification of the form and line of finished structures.

Retaining structures should be designed by qualified engineers (FSM 7722). Specific information on types and use of retaining structures can be found in the Retaining Wall Design Guide, EM-7170-14, and the Slope Stability Guide, EM-7170-13.

## 46 - UTILITIES AND OTHER EXISTING USES, RIGHTS-OF-WAY, AND CONSTRUCTION EASEMENTS

1. Utilities and Other Existing Uses. Utilities and other uses operated by the Forest Service, other governmental agencies, utility companies, or individuals may be located in the project area. Before beginning the preliminary survey for road construction projects, obtain information about the exact location, type, and size of existing utilities and other uses in the project area. Design documents should include a list of the holders of special use authorizations and their authorized uses in the project area.

Before beginning the design, become familiar with Forest Service utilities, other utilities, and other uses authorized by a special use authorization in the project area. Furnish the local Lands staff with the inventory of utilities and other uses in the proposed route, an assessment of potential conflicts, and a list of the resource specialists required for their resolution. Work closely with the local Lands staff to coordinate issues involving other authorized uses in the project area. Special use authorizations typically reserve the right of the Forest Service to use or allow others to use any part of the permit area for any purpose, including road construction. Authorizations also typically provide that permit holders must move permitted utilities at the holder's expense, should those utilities interfere with future Government needs for construction of infrastructure.

As necessary, develop criteria to address requirements for specific types of utilities to be accommodated. Utilities such as above-ground power and telephone lines, underground power lines, water mains, sewers, fiber optic cables, telephone lines, irrigation pipes, and oil and gas lines have specific requirements that must be addressed. Refer to AASHTO's "A Guide for Accommodating Utilities within Highway Rights-of-Way," for general criteria in this context. Utility owners may wish to prepare the designs, drawings, and specifications for any revision or relocation of their utilities needed for road construction. Their road drawings and specifications must include criteria to address applicable requirements and must provide for coordination of any adjustment in their utilities with appropriate phases of the road design. An alternate road location may be necessary to avoid existing utilities that cannot be relocated or crossed economically. Coordinate with affected utility owners during the design phase. Strive to resolve conflicts during the early stages of design. To avoid lengthy delays, submit preliminary drawings to the utility owners as early as possible for their comments and recommendations.

There are hazards associated with constructing roads near gas and oil pipelines and high tension power lines. It may be necessary to use special safety measures and features to protect both the utility installation and road users. Where possible, ensure that utilities are not situated under the traveled way, except where a utility must cross a road. Utilities should be placed through larger conduits when they cross roads. These measures minimize road damage and disturbance to traffic during maintenance and reconstruction of utilities.

In the road construction contract, identify the location of affected utilities, and enumerate the contractor's responsibilities for them. Identify who is responsible for any work, necessary permits, coordination, and relocation costs involving the utilities.

2. Rights-of-Way. The Forest Service must obtain a right-of-way for road construction projects that will cross private land or other lands not under the administration of the Forest Service. Consult with the local Lands staff and, if appropriate, the local Office of the General Counsel, during project planning to coordinate right-of-way acquisition. Failure to do so may delay the project, create complications during construction and operation of the road, or result in project cancellation. See FSM 5460 and FSH 5409.17 for further guidance on obtaining rights-of-way.

To establish a right-of-way on the ground, it may be necessary to have a right-of-way plat showing the road centerline and widths, metes and bounds for the right-of-way, a legal description and identification of ownership of the underlying land, ties to survey monuments, and other figures and measurements. Show the scope of rights-of-way obtained for a project on construction plans.

Determine the approximate right-of-way width during design. Make the right-of-way width sufficient to accommodate the roadway and roadside. Often the Forest Service has existing agreements with non-Federal landowners that provide for a specified right-of-way width. Uniform widths are easier to describe and locate on the ground. However, vary widths as necessary to minimize the acquisition of rights-of-way across high-value or intensively used land.

3. Construction Easements. Acquire short-term easements when road construction cannot be accomplished within the existing right-of-way. Identify temporary easement requirements during project development. Consult with the local Lands staff before beginning the design to plan and coordinate easement acquisition and to avoid complications during construction.

## 47 - MATERIALS

A geotechnical and materials investigation is an integral part of any road project design. The investigation should include the delineation, classification, and description of the engineering characteristics of the road construction materials and should locate potential drainage, erosion, settlement, and stability problems. A layer of topsoil may hide defects or abrupt changes in materials. Knowledge of subsurface conditions helps in anticipating many design problems.

Before starting a road design, review any information available about the materials for the project (secs. 22.3 and 36). At a minimum, obtain the materials classification notes compiled by an experienced person who has walked over the proposed route. For more complex projects, it may be necessary to obtain more detailed information, such as:

1. Environmental features and concerns, such as mine tailings, leachate from abandoned mines, materials containing heavy metals, or other potentially hazardous materials.

2. Geological features such as bedrock type and characteristics, rock fall areas, existing landslides, and earthquake potential in the area.

3. The depth, thickness, and classification of each layer of material that may influence the design.

4. The engineering or behavioral properties of the materials along the proposed route and in proposed borrow sources.

5. The depth and character of groundwater in the project area.

If problem areas are identified, it may be necessary to conduct an intensive materials investigation prior to design.

### 47.1 - Slopes

Selection of cut and fill slopes may have a significant effect on initial, operating, and maintenance costs and environmental disturbance. Therefore, consider:

1. Classification, strength, and variation of materials in the project area.

2. Resource management objectives, including acceptable level of risk.

3. Design criteria.

4. Requirements for revegetation.

Consideration of these factors may result in selection of slopes that allow ravel and small slumps in areas where environmental constraints would not be exceeded, where the road's level of service is low, or the use of the road is intermittent.

When selecting slope ratios in design, balance the additional cost of constructing roads with flatter slopes against the additional cost of maintaining roads with steeper slopes. Factors that affect slope stability include the material used, their steepness and height, subsurface moisture, rainfall, exposure to sunlight, compaction, and vegetative cover. When available, use data from geotechnical investigations and testing in designing slopes. Use slope stability analysis to select proper slope ratios. The use of compound slopes can be effective when material types change within the cross section.

Rounding at the tops and ends of cut slopes may reduce erosion. However, given its cost, rounding is usually appropriate only when trying to retain a natural effect by blending the disturbed area with the natural ground.

Use cut ratios appropriate for the rock type and orientation when designing rock cuts to minimize raveling or falling rock. A true vertical slope next to a traffic lane cut can create a roadside hazard with no room for rock fall. Laying back the slope is an appropriate measure for safety even if the rock will stand at a vertical slope. A common slope in solid rock is 4V:1H. Consider using benching and trap ditches when designing rock cuts to plan for debris from raveling or falling rock.

In steep, mountainous terrain, it is sometimes difficult to establish catch points without developing long sliver cuts or fills. Avoid sliver fills by using full bench construction on slopes greater than 55 percent. If necessary, employ special drainage and stabilization features, construction techniques, or retaining structures. Fill slopes can sometimes be steepened by using special compaction, reinforcement methods, or constructing fills composed of rock.

## 47.2 - Pavement Structure

The pavement structure consists of one or more layers of base material and a surfacing course. The structure supports the traffic and reduces the load on the subgrade by distribution through designed layers.

Pavement structures are either rigid or flexible. Rigid pavement includes plain or reinforced concrete and soil cements with or without a surface course. All other pavement, such as macadam, bituminous concrete, cold road mix asphalt, and bituminous surface treatment, is flexible. Most pavement structures on NFS roads are surfaced with native soils or aggregates such as gravel, stone, slag, or volcanic cinders. Aggregates may be screened, crushed, or hauled directly from pits.

The pavement structure is used to stabilize the roadbed and support the estimated volume of traffic. Additional benefits include dust control and reduced sediment transport. Land management plans, sound engineering principles, adequate geotechnical expertise, and economic analysis influence selection of the appropriate pavement structure.

Roadbed widths should be constructed to accommodate future pavement structures, including widening and surfacing.

1. Surfacing Considerations. Considerations for surfacing include cost, efficient traffic management, structural requirements, and resource protection.

a. The following factors apply to consideration of traffic management and structural requirements:

(1) Current and projected road use.

(2) Current and projected traffic type and volume.

(3) Seasons of desired use.

(4) User safety, such as past accidents, near misses, and the current and proposed design speed and alignment.

(5) Available resources to construct and maintain the road at the desired level of service.

(6) Tire pressure management.

b. The following factors apply to consideration of resource protection:

(1) Requirements of applicable BMPs.

(2) Whether road use restrictions or roadway surface drainage and erosion protection can adequately mitigate adverse impacts.

(3) Whether road impacts during periods of use and non-use significantly affect water quality.

(4) Whether adverse impacts outweigh repair and maintenance costs.

(5) Availability of resources to address traffic-generated maintenance needs, such as rutting of native-surfaced roads that might result from late fall use by hunters.

If traffic considerations do not require surfacing, and if resource impacts are not significant or may otherwise be mitigated, do not use any surfacing. Instead, implement other mitigation measures, such as drainage and dust abatement. Use the surfacing decision tree found in the Earth and Aggregate Surfacing Design Guide, EM-7170-16, to determine the need for surfacing.

Aggregate Surfacing Considerations. Aggregate surface courses are used to:

1. Support traffic within acceptable deformation limits,

2. Resist the abrasive action of traffic, and shed a large portion of precipitation, thereby reducing erosion.

The primary purpose of aggregate base courses is to transfer traffic loads to the underlying layers within acceptable deformation limits. The base course may also be designed to shed water that infiltrates the surface course depending on the type of aggregate surface course used. If the surface course is designed to shed surface water, the base course would normally have less fines than the surface course.

When advised by engineering judgment, use an aggregate subbase or geosynthetic subgrade reinforcement as an additional layer for distributing traffic loads when subgrades are extremely weak or when frost action is severe and would seriously damage an asphalt surface course.

Select the amount and type of aggregates based upon traffic, cost, road gradient, drainage, soil conditions, and available materials. Aggregate may not be necessary for level of service J roads. Assess physical conditions in the field and the natural variability of soils. For example, designs for wet seepage areas may be different from those for poor soils in well-drained areas. The reduction of aggregate thickness from an optimum design perspective may be a valid management and technical decision, after assessment of possible risks, costs, and other relevant factors.

a. Seasonal Use. Considerable savings in aggregate surfacing are possible if traffic can be restricted during wet periods. If roads are designed for seasonal use, manage traffic to conform to that design. Include seasonal haul restrictions in timber sale contracts.

b. Specifications. Consider economically available materials and local experience to write specifications for aggregate surfacing based on the intended use. Marginal aggregates may be acceptable where high-quality, commonly specified materials are

not economically available. Be specific as you draft the specifications for design conditions. Assess whether the requirements in the specifications are economically justified, and assess whether standard requirements in the specifications need to be modified or removed.

For example, naturally occurring materials which meet the plasticity index (PI) requirement (AASHTO T90) may not be available. However, some rock fines display adequate binding characteristics that do not show up in the PI test. If the PI requirement does not apply, delete it from the specifications. Another example is the use of aggregates with marginally low durability index test results (AASHTO T210) on low-volume roads. If the rock is crushed to a coarser grade initially, it may degrade under traffic and provide satisfactory performance for some time. Under these circumstances, it may be appropriate to remove the durability index test requirement from the specifications. In addition, marginal materials may be made acceptable by blending, scalping certain sizes, wasting certain sizes, or washing if these options are recognized in the design phase and provided for in the specifications.

When preparing specifications for surfacing of level of service I and J roads, user comfort, convenience, and speed of travel are not considerations. If surfacing is specified, there is a range of choices, such as pit run, shot rock, screened rock, crushed to a maximum size, and crushed to a specified gradation.

c. Correlation of Soil Strength to Soil Type. In the preliminary stage of road base and road surfacing design, correlate soil strength to soil type using the results of all soil strength tests, such as CBR and R-value, performed locally. Use the correlation to develop alternative designs with the minimum amount of new testing. If deemed appropriate based on an assessment of risks, costs, and other relevant factors, conduct a verification strength test on the selected design.

d. Variation of Surfacing Thickness. Road surfacing thickness is often designed to address worst-case soils and subgrade conditions. If worst-case conditions do not exist over a large portion of a project, it may be economical to vary surface thickness along the road. In addition, more aggregate wear may occur on steep grades and horizontal curves than on flat segments. It may be appropriate to vary surfacing thickness depending on site-specific needs for aggregate replacement.

e. Spot Surfacing. Roads often include sections of structurally inadequate native soils. It may be difficult to locate the extent of these sections without an extensive subsurface soils investigation. The amount of spot surfacing may be adjusted during construction.

f. Traction or Erosion Control. Aggregate surfacing may be an effective way to improve traction or control erosion on steeper grades. In these cases, 1 to 2 inches of aggregate is usually adequate for the steeper grades.

g. Limiting Surfacing of Turnouts on Low-Volume Roads. Where traffic and subgrade conditions permit, it may be possible to reduce aggregate depth on turnouts on low-volume roads.

h. Use of Marginal Aggregates. Some aggregates do not meet common standards of quality aggregate, that is, they are in poor gradation, have excessive fines or poor resistance to traffic or weathering, or have excessively deteriorated to plastic fines. The use of marginal-quality aggregate at appropriate depths may be adequate. Mixing marginal aggregate with quality aggregate or other additives may be another cost-effective alternative. American Society of Testing and Materials (ASTM) Technical Publication 774 and FHWA Reports RD-81-176 and RD-82-056 include recommendations with regard to the use of a variety of marginal aggregates. When considering marginal aggregates, utilize the expertise of individuals who have experience with local materials and conditions.

i. Stabilization. Stabilization methods may be used to improve aggregate used for the road base or road surfacing. There are many different types of stabilization methods and materials available, including Portland cement, lime, fly ash, bitumens, chlorides, and organic cationic compounds. Stabilization may involve mixing a poor material with a higher-quality material, such as mixing clean sand in with a silty soil.

The type and amount of stabilizing agent depends on many factors, and each agent has its own strengths and limitations. There are many sources of information on the selection and use of these agents, including manufacturer's associations such as the Portland Cement Association, the Lime Association, and the Asphalt Institute; professional publications such as those of ASTM, AASHTO, and Transportation Research Board, FHWA and Forest Service reports; and manufacturers' technical literature. A good reference is FHWA's "Soil and Base Stabilization and Associated Drainage Considerations Volumes I and II," Report No. FHWA-SA-93-004. Local experience is an additional source of information.

j. Sand Stabilization With Topsoil or Geocells. Sand can be an excellent road building material if stabilized or confined. Mixing topsoil and organic duff during construction or maintenance helps to stabilize sand. Plastic geocells filled with sand or rock may also provide a stable surface.

k. Geosynthetics (sec. 47.4). Geosythetics may be used in designing aggregate-surfaced roads over poor subgrade soils. Geotextiles are used for separation and geogrids are used to reinforce soil structure. The amount of aggregate surfacing material required can be reduced by using appropriate geosynthetics.

l. Weak Subgrades. For weak subgrades, consider various stabilization techniques to strengthen the subgrade rather than increasing the pavement structure. In addition to the most common method, compaction (sec. 47.3), stabilization using lime, cement, asphalt, blends of sands and clays, various chemicals, or the use of fabrics has been successful. The references for stabilization (sec. 47.2, para. i) and geosynthetics (sec. 47.4) also apply to weak subgrades.

m. Surfacing Thickness. Use the Earth and Aggregate Surfacing Design Guide for Low-Volume Roads, EM-7170-16, to design the necessary thickness for aggregate-surfaced roads.

n. Seasonal Frost Conditions. For seasonal frost conditions, use "Revised Procedures for Pavement Design Under Seasonal Frost Conditions," published by the U.S. Department of Defense, U.S. Army Corps of Engineers, Cold Regions Research and Engineering Laboratory, Special Report 83-27, to determine the appropriate pavement structure.

o. Dust Abatement. When addressing dust abatement, consult the Dust Palliative Selection and Application Guide, Publication 9977 1207, San Dimas Technology and Development Center.

3. Other Surfaces. Other surfaces may consist of a road mix or bituminous surface treatment, bituminous concrete, Portland cement concrete, or reinforced Portland cement concrete. The design of an asphalt or concrete surface course depends upon the volume and composition of traffic and available materials and construction funds. Usually, it is possible to achieve economy of construction by making full use of local materials. Design these pavement surfaces using the latest version of AASHTO's "Guide For Design of Pavement Structures."

## 47.3 - Compaction

Compaction should be considered to improve the stability of soil through the increase of soil strength and the restriction of water movement. Compaction:

1. Permits the construction of stable fills using local material;

2. Allows steeper fill slopes;

3. Decreases erosion on fill slopes, thereby decreasing the need for fill widening;

4. Increases the load-carrying capacity of the subgrades and base courses, thereby decreasing the need for surface rock (this may require compaction in cut areas as well as fill areas); and

5. Provides additional lateral support for structures such as culverts and bridge abutments.

Compaction can also reduce settlement of fills. Settlement can be problematic for deep fills, asphalt paved roads, or bridge approaches. Increasing compaction of most aggregate base and surface courses provides longer life with less maintenance. Asphalt concrete surface courses placed over well-compacted bases are less prone to cracking and deflection.

## 47.4 - Geosynthetics

Geosynthetics have various functions. Selection of the proper geosynthetic material is based on its properties and limitations. When considering geosynthetics, use FHWA's "Guidelines For Use of Fabrics in Construction and Maintenance of Low-Volume Roads," Report No. FHWA-TS-78-205, to determine the necessary geotextile and material depth. Geosynthetics may perform the following functions more economically and more effectively than other materials:

1. Separation. Geotextiles are useful for separation because they can keep two unlike materials apart. The following are typical applications:

   a. Separation of zoned sections of unlike materials within an embankment.

   b. Separation of an aggregate base from the subgrade.

   c. Separation of temporary and long-term aggregate or other material.

   d. Separation of frost-susceptible soils into distinct layers, thereby breaking the continuity of the capillary flow zone.

2. Reinforcement. Geosynthetics are useful for subgrade, base course, or pavement reinforcement because they decrease the level of stress in the foundation soil by spreading the load over a large area. Reducing the stress decreases the chances of failure and settlement. Geosynthetic reinforcement can be used to:

   a. Build roads over marshes, swamps, peat soils, or compressible fine-grained soils.

   b. Build roads of almost any type over permafrost, muskeg, and other soils in cold weather regions.

   c. Construct geogrid walls and reinforcing selected zones. In some instances, geotextiles may be used depending on the strength requirements.

   d. Reduce the need for removing material that may be unsuitable.

   e. Contain soils that would spread laterally if left unconfined.

f. Place bituminous overlays on existing pavements reduces the amount of cracking in new pavement caused by upward reflection of cracks in the old pavement

g. Reduce the thickness required in asphalt pavements when used as base course reinforcement.

h. Construct reinforced embankments and subgrades (see "Deep Patch Road and Embankment Repair," Publication 0577 1204 — SDTDC, San Dimas Technology Development Center, October, 2005).

3. Drainage. Geotextiles are useful in many drainage installations because of their controlled permeability. Geotextile drainage applications can be used to:

a. Prevent migration of soil fines into aggregate or pipe underdrain systems, thereby eliminating the need for an inverted filter.

b. Prevent the migration of coarse material in a filter blanket into the adjacent soil.

c. Provide a flow path for water in an underdrain system and behind retaining walls.

4. Erosion Control. Geotextiles and geogrids can be used for erosion control to:

a. Protect embankments where the geogrid holds the soil in place while allowing vegetative growth.

b. Protect against erosion at culvert inlets and outlets.

c. In combination with riprap, acting as erosion control mattresses to protect slopes adjacent to flowing water.

d. Serve as silt fencing to block the movement of soil by water or wind.

5. Forms. Geotextiles can act as forms to be filled with other materials. They can conform to the shape and topography of the surface on which they are placed. Their controlled permeability allows the escape of air or water but contains the injected permanent material. The following are examples of applications for forming:

a. French drains.

b. Cellular mats.

c. Retaining wall construction.

d. Stream bank stabilization and erosion protection systems.

# FOREST SERVICE HANDBOOK
# NATIONAL HEADQUARTERS (WO)
# WASHINGTON, DC

## FSH 7709.56 – ROAD PRECONSTRUCTION HANDBOOK

## CHAPTER 70 – PLANS, SPECIFICATIONS, AND ESTIMATES

**Amendment No.:** 7709.56-2011-3

**Effective Date:** July 13, 2011

**Duration:** This amendment is effective until superseded or removed.

**Approved:** JAMES M. PEÑA
Associate Deputy Chief, NFS

**Date Approved:** 07/07/2011

**Posting Instructions:** Amendments are numbered consecutively by handbook number and calendar year. Post by document; remove the entire document and replace it with this amendment. Retain this transmittal as the first page(s) of this document. The last amendment to this handbook was 7709.56-2011-2 to FSH 7709.56_30.

| | | |
|---|---|---|
| **New Document** | 7709.56_70 | 24 Pages |
| **Superseded Document(s) by Issuance Number and Effective Date** | 7709.56_7 (Amendment 1, 5/1987) | 40 Pages |

**Digest:**

70 - Changes chapter title from "Drawings, Specifications, and Estimates" to Plans, Specifications, and Estimates."

Updates coding from 1-digit to recommended 2-digit coding. Reorganizes and makes minor technical and editorial changes and adds specific direction for timber sales throughout the chapter. Removes obsolete reference to Purchaser Credit (sec. 7.54).

70.5 - Establishes code and caption for "Definitions" and sets forth definitions for terms used throughout directive.

71 - Changes caption from "Drawings" to "Plans."

72 - Revises direction to use the most current version of Federal Highway Administration's Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects (FP).

## Digest--Continued:

72.1 - Changes caption from "Preparation and Quality of Specifications" to "Preparation and Content of Specifications." Revises direction to use performance based specifications.

72.2 - Changes caption from "Use and Selection of Standard Specifications" to "Use of Specifications." Recodes direction on Schedule of Items and Specification List to section 72.3. Removes obsolete direction on methods of assembling specifications.

72.3 - Changes caption from "Coordination of Specifications and Drawings" to "Listing of Specifications." Recodes direction on coordination of specifications and plans to section 72.4.

72.4 - Establishes code and caption "Coordination of Specification and Plans" and recodes direction previously set out in 7.23 to this section.

73 - Changes caption from "Road Cost Estimates" to "Pay Items" and sets forth new direction for pay items. Recodes direction previously set out in this section to section 74.

73.1 - Establishes code, caption, and sets forth direction for "Determination and Use of Pay Items."

74 - Changes caption from "Preliminary Road Cost Estimates" to "Cost Estimates." Recodes direction previously set out in 7.3 to this section.

74.1 - Establishes caption "Preliminary Cost Estimates" and recodes sections 7.4 and 74.1 and combines sections 7.42 through 7.45 into this section. Removes obsolete quantity estimating exhibits.

74.2 - Establishes caption "Engineer's Estimate (final Cost) and recodes to this section 7.5 through 7.52b. Adds exhibit 01 Pay Item Cost Estimating Flowchart.

74.3 - Changes caption from "Range of Reliability" to "Time Estimates and Cost Projections." Recodes direction previously set out in 7.53 to this section. Removes obsolete direction on midpoint construction calculations.

74.4 - Changes caption from "Displaying Preliminary Cost Estimates" to "Documentation." Recodes direction previously set out in 7.56 to this section.

74.5 - Changes caption from "Aids to Preliminary Cost Estimating" to "Qualifications of Estimators." Recodes direction previously set out in 7.57 to this section.

74.6 - Establishes code and recodes to this section caption and direction previously set out in 7.58.

74.7 - Establishes code and recodes to this section caption and direction previously set out in 7.59.

## Table of Contents

70.5 - Definitions ........ 4
**71 - PLANS ........ 5**
71.1 - Standard Drawings ........ 6
**72 - SPECIFICATIONS ........ 6**
72.1 - Preparation and Content of Specifications ........ 7
72.2 - Use of Specifications ........ 8
72.3 - Listing of Specifications ........ 10
72.4 - Coordination of Specifications and Plans ........ 10
**73 - PAY ITEMS ........ 11**
73.1 - Determination and Use of Pay Items ........ 11
**74 - COST ESTIMATES ........ 11**
74.1 - Preliminary Cost Estimates ........ 11
74.2 - Engineer's Estimate (Final Cost) ........ 13
74.3 - Time Estimates and Cost Projections ........ 23
74.4 - Documentation ........ 23
74.5 - Qualifications of Estimators ........ 23
74.6 - Approval of Road Cost Estimates ........ 23
74.7 - Cost Estimates for Opted Road Construction ........ 24

This chapter provides guidance in the development of project plans, specifications, and cost estimates. It is essential that plans, specifications, and estimates be fully integrated. This integration is reached through an independent review and cross-check of the drawings, specifications, and estimates by an individual who is thoroughly familiar with the project and contract documents.

## 70.5 - Definitions

Contract package. Contract documents (plans, specifications, pay items, and estimate of cost) for performing the work to construct a project.

Drawings. Typical layouts or details drawn to describe location, dimensions, and or tolerances to construct a specific element of a project.

Engineer's estimate. Responsible engineer's estimate of cost to perform the work required for the project. Estimates serve as probable construction amounts against which bidders' proposals are evaluated. Estimates also advise program management decisions regarding programming funds for construction, related engineering, utility work, and so forth. Estimates are subject to review and approval under FSM 7721.04c.

Forest Service Supplemental Specifications (FSSS). Provisions that modify the Federal Highway Administration's "Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects" (FP) for use in Forest Service contracts.

Local Logging Industry Wage Rates (Woods Rates). At a minimum, include the basic hourly wage rate; fringe benefits (pension, health and welfare, apprentice training, and vacation); payroll taxes (unemployment insurance tax, worker's compensation tax, and social security tax); travel costs; and payroll overhead.

Method specification. A provision that requires work be done by prescribed methods to achieve a desired end result.

Plans. Graphic representation of the proposed work. Project plans consist of a title sheet, location maps, quantity sheet, drawings, and details necessary to define construction of a project. Project plans are a legal contract document. Requirements for review and approvals are outlined in FSM 7721.04c.

Pay item. A specific item of work for which a unit price is provided in the contract.

Performance-based specification. A provision that allows the contractor to select the methods and equipment to achieve a desired end result.

Public Works Wage Rates. As a minimum, are rates composed of the Davis-Bacon basic hourly wage rate; benefits such as pension, health and welfare, and apprenticeship training as published in "General Wage Determination Issued Under the Davis-Bacon and Related Acts," and the costs of payroll taxes and payroll overhead.

Standard drawings. Graphical representations of typical layouts and construction details for elements that are the same from project to project. They typically include title sheets, culverts and drainage features, cattleguards, gates, guardrails, fences, signs, and traffic control devices.

Standard specifications. Written requirements for performing work for construction of roads and bridges on Forest Service projects approved for general application and repetitive use.

Supplemental specifications. Provisions written to modify, supplement, replace, or delete standard specifications in whole or in part. These are included in the body of the contract as special contract requirements.

Tolerances. Tolerances are exceptions to specified measurements.

## 71 - PLANS

Prepare plans for all construction projects whether constructed by public works contract, timber sale contract, land stewardship contract, force account, special use permit, cooperative agreement, or other methods. Plans for construction of roads through timber sale contracts and land stewardship contracts should be prepared to standards sufficient for construction of those roads by public works contract. Show references to designated material sources on the plans. Avoid references to timber sale contract provisions or terminology in the plans.

Plans provide the following:

1. A basis for cost estimates and bid proposals.

2. Sufficient details, when combined with the specifications, to construct the project as designed.

3. A record of the project.

Prepare plans with sufficient thoroughness and accuracy to clearly depict the project and to minimize changes during construction. Avoid unnecessary details. Include only details and notes that are necessary for cost estimating, bid preparation, and construction. Include details referenced by the specifications. Do not repeat or include specifications as notes in the plans.

Specific references to contract clauses or contract provisions should not be included in plans.

Drawings should contain details such as dimensions, quantities, location of feature to be constructed, and materials to be used.

Use consistent formats for drawings to depict construction elements that are not included in standard drawings. Examples include plan-profile sheets, line or bar diagrams, cross section sheets, and narrative descriptions.

### 71.1 - Standard Drawings

Regions and/or forests should develop standard drawings for features that are commonly constructed. Standard drawings establish consistency in construction of particular features and increase efficiency in contract preparation and administration. Use standard drawings whenever possible to expedite the contract package preparation, project review process, and approval of projects.

## 72 - SPECIFICATIONS

Specifications are the written requirements for performing work. Specifications must clearly describe the required work, materials, and expected results.

Provide clear references between the plans and specifications and provide all data and information necessary to complete the work. In case of discrepancies between plans and specifications, specifications take precedence over plans in both public works and timber sale contracts.

For construction of roads and bridges, use the most current version of the Federal Highway Administration's "Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects" (FP) and Forest Service Supplemental Specifications (FSSS). FSSS consist of national supplemental specifications, regional, and forest or project supplemental specifications. Supplemental specifications are included in the body of the contract. Regions and forests modify the FP by writing supplemental specifications. Supplemental specifications modify only the FP and are not used to modify other FSSS. Regional, forest, and project supplemental specifications should be written in the same format as the national supplemental specifications. If a project requires any modification of the national FSSS to meet project needs, replace the FSSS with a forest or project supplemental specification. The content of FSSS may be copied in whole or in part to develop appropriate supplemental specifications. The engineer delegated signature authority shall approve the use of project or forest supplemental specifications. FSSS modifies the FP.

## 72.1 - Preparation and Content of Specifications

1. Principles of Well-Written Specifications. Well-written specifications are fair, clear, complete, technically accurate, consistent, concise, and economically appropriate.

a. Fairness. Do not expect the contractor to assume the risks and responsibilities related to engineering oversights and omissions, ambiguities, or inconsistencies in the plans or specifications.

b. Clarity. Express specifications in unambiguous language using short sentences. Use words that represent their true dictionary or technical meaning. Terminology must be correct and not be subject to interpretations that contradict the intended meaning. Avoid flexible, legally unenforceable terms such as "as directed by the engineer," "to the satisfaction of the engineer," "where possible," and "as feasible." State requirements accurately and clearly.

c. Completeness. A complete specification gives all of the information necessary to estimate costs, construct, and administer a contract.

d. Correctness. Specifications must only address facts and use only data that is reliable and timely. Specifications must be legally and technically sound. Address only the technical requirements.

e. Consistency. Carefully coordinate each contract document with all others to avoid duplication, conflict, or omissions. Do not repeat information on the plans that is contained in the specifications. Use the same terminology on plans and in specifications. Use the same organization and format for all specifications.

f. Conciseness. Include only essential facts, words, and phrases. Use the shortest sentence that expresses the intended meaning.

g. Economy. Specifications significantly influence the cost of construction. Limit the intended work and the quality of material requirements to the minimum levels that will produce satisfactory results.

2. Performance Specifications Preferred. Whenever possible, use performance-based specifications, which describe the work in a manner making the contractor responsible for selecting methods, materials, and equipment to achieve a desired end result. This allows contractors more flexibility and often results in lower cost to the Government. It also reduces the risk to the Government and requires less administration of the project.

3. General Content. Contractors can bid a project at their most competitive price if the specifications clearly spell out the following:

a. The work to be done, the method of measurement, and the basis of payment.

b. The work to be done by prescribed methods (method specifications), and the work for which the contractor selects methods, materials, and equipment to achieve end results (performance-based specifications).

c. The risks the contractor is to assume.

d. The quantity and nature of work the contractor is to do without direct payment (incidental work).

e. The allowable construction tolerances.

## 72.2 - Use of Specifications

Include the most current version of the Federal Highway Administration's "Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects" (FP) by reference and include all applicable Forest Service Supplemental Specifications (FSSS).

The FP contains requirements that are not applicable to, or exceed standards for Forest Service projects. Supplemental specifications have been developed to incorporate Forest Service road standards, implement laws and policy, and to control costs. Therefore, many of the FP specifications must be modified for Forest Service projects. These modifications are made through Forest Service Supplemental Specifications (FSSS). FSSS may be developed for national, regional, forest, or project level use.

Each FSSS is unique and is assigned a unique number. The number is associated with the unique content in that particular specification. This ensures consistent application and use of that FSSS nationwide. Changing as little as a word or sentence requires a new supplemental specification with a new unique number. The number is determined by the FP section being modified, the authoring unit (Washington Office, regional office, or forest), and the date it was approved for use. Example: National Supplemental Specification: 101.01_nat_us_03-02-2004. This supplemental specification number modifies FP section 101.01, written as a national supplemental, approved March 2, 2004, and is written in U.S. Customary units of measurement.

1. National Forest Service Supplemental Specification (FSSS). National FSSS are supplemental specifications that are applicable to typical Forest Service projects and establish a common standard for road construction. They consist of supplemental specifications that are mandatory for ALL Forest Service contracts using the FP; some that are required when specific types of work are included in a contract, and others that are optional.

a. Mandatory FSSS. The FP was developed to construct projects under Department of Transportation Acquisition Regulations (TAR). Mandatory national FSSS modify Division 100 specifications in the FP for use in Forest Service contracts under Department of Agriculture Acquisition Regulations. These Division 100 FSSS must be included in ALL Forest Service contracts using Department of Agriculture Acquisition Regulations. Mandatory supplemental specifications are not to be modified by regions or forests. Do not include these Division 100 FSSS in contracts using timber sale contract authorities.

b. Required FSSS for specific work. Some FSSS are required only when specific work is required in the contract. For example, when including FP Section 201 Clearing and Grubbing in a Forest Service contract, modification of the parent specification through the required 201 FSSS is necessary to comply with laws regarding disposal of merchantable timber. Without modification, the FP gives the contractor all merchantable timber. The appropriate utilization and disposal of merchantable timber must be modified by supplemental specification to comply with laws governing the Forest Service. In contracts with no clearing and grubbing, the national 201 FSSS is not required.

c. Optional FSSS. The responsible engineer selects when and if to use these FSSS.

2. Regional. Regional supplemental specifications should only be developed to implement requirements specific to a region or to multiple forests in that region. For example, regional supplemental specifications may be used to implement vegetation management requirements in a memorandum of understanding, to implement State-specific Clean Water Act requirements, or to implement a decision to establish standards or best management practices made by a regional forester using procedures for implementation of the National Environmental Protection Act (that is, environmental assessments/environmental impact statements (EA/EIS)).

3. Forest or project. Forest or project supplemental specifications should be developed only to implement requirements specific to a forest or unique to a project. These should be used only when national or regional supplemental specifications do not meet local needs.

Carefully read the parent FP and all available supplemental specifications to determine the need for modifications through additional FSSS. A new supplemental specification should only be created when existing FSSS do not meet the need.

Supplemental specifications modify only the FP (parent specification) and NOT other supplemental specifications. Replace existing FSSS only when they do not meet project needs. The content of parent or existing supplemental specifications may be copied in whole or in part

to develop appropriate supplemental specifications. Changing as little as a word or sentence requires a new supplemental specification with a unique number and typically is a project supplemental specification.

The supplemental specifications used to modify the FP must not:

1. Replace or modify mandatory Division 100 FSSS.

2. Include pay items in supplemental specifications.

3. Duplicate, delete, or contradict requirements of the parent FP specification.

4. Duplicate, delete, or contradict national or regional requirements that are included in other FSSS.

5. Delete or contradict references and payments as specified in the parent FP specification.

In the FP, work is specified in one or more sections while payments may be made under requirements found in different sections. This is an important consideration when writing new supplemental specifications.

## 72.3 - Listing of Specifications

Include a Specification List to itemize applicable work and materials for projects. Prepare specification lists for timber sales by road segment. Lists include standard (parent) specifications, all supplemental specifications identified by pay item in the Schedule of Items, and the standard and supplemental specifications for which pay items have not been established. Do not include standard specifications that are referenced in the listed specifications.

## 72.4 - Coordination of Specifications and Plans

The specifications and plans must completely describe the requirements for constructing a satisfactory road.

Many specifications contain the statement "As shown on plans or in Supplemental Specifications." References should be made between the plans and specifications to adequately cover these requirements and provide data needed to complete the work.

Prepare plans for timber sale contracts that are usable in public works contracts. Avoid references to timber sale contract provisions or terminology on the plans that are not appropriate in a public works contract.

Specifications take precedence over plans in both public works and timber sale contracts.

## 73 - PAY ITEMS

Pay items are the means by which contract items are measured and paid for. Pay items must clearly relate to the work and clearly define the unit of measure for which a price is established.

### 73.1 - Determination and Use of Pay Items

Determine quantities for pay items during the course of design. Include an estimated quantity for each proposed pay item consistent with standard and supplemental project specifications.

Select pay items from the most current Forest Service pay item list to address methods, measurement, and payment that are specific to Forest Service work. This list may be supplemented as needed for specific projects. Create new pay items in the same format as existing pay items.

## 74 - COST ESTIMATES

There are two basic types of cost estimates: preliminary and engineer's estimates. Preliminary estimates are developed to support planning, programming, and budgeting activities. Engineer's estimates are used for economic selection, bid verification, and contract negotiations. Estimates should be project specific and based on current estimating theory, policy, and procedures. Final cost estimates must be reviewed by a qualified individual as described in FSM 7721.04c.

### 74.1 - Preliminary Cost Estimates

1. Types and Uses of Preliminary Estimates. There are two general types of cost estimates used in preliminary road cost estimating: the office estimate and the field verified estimate.

   a. Office Estimate. Initial cost estimates are based primarily on office information such as land and resource management plans, aerial photographs, topographic maps, GIS data, and other available resource information. A brief field verification of critical areas identified in the office may be needed. In general, use office estimates to support activities such as forest planning, resource management planning, area travel analysis, and long-range (5 years or longer) fiscal programming.

   b. Field Verified Estimate. This type of estimate is based on all the information gathered in an office estimate plus more extensive field verification, including some rough field measurements. More detailed information concerning resources is gathered. Use field verified estimates in resource and transportation project analysis and short-range planning.

2. Methods, Supporting Information. A wide range of information and methods is used to develop preliminary cost estimates. The format and resulting cost estimates vary accordingly. Document methods and supporting information in the project record.

3. Range of Reliability. The actual construction cost for any project can vary significantly from estimates made during the planning, location, and design phases. The reliability of an estimate is directly influenced by the type, accuracy, and extent of information available to the planner or the estimator. In this context, the degree of reliability is controllable or reasonably predictable based on the supporting information used to prepare the estimate.

There are factors affecting construction that are difficult to predict. Items such as project location, amount of competition, and the general state of the economy can have significant effects on the range of reliability of cost estimates. Examples of outside factors likely to significantly influence the reliability of preliminary cost estimates are:

a. Fuel costs.

b. Wage rates.

c. Interest rates.

d. Materials costs (especially asphalt products, concrete, and steel prices).

e. Consumer price index and construction cost indices.

f. Other related construction activity in the project area.

g. Time of the year in which work is advertised and awarded.

h. Windows of operation and environmental constraints.

4. Displaying Accuracy of Preliminary Cost Estimates. The costs displayed in planning, estimating, or programming and budgeting documents should not suggest a higher degree of accuracy and reliability than the underlying data supports. Estimates of total project costs should be displayed no more accurately than the nearest 10 percent (that is, for projects worth estimated to cost around $100,000, show the estimate to the nearest $10,000.)

5. Aids to Preliminary Cost Estimating. Cost estimation aids may include: recent project costs or bid tabulations, regional or local cost guides, industry standard estimation guides, other Federal agency costs guides, suppliers of material and equipment, rental companies, and so forth.

## 74.2 - Engineer's Estimate (Final Cost)

Development of a final cost estimate requires the final selection of pay items, cost estimating method, and time of construction.

Preparation of the estimate should be commensurate with the standard and complexity of the project. Avoid detailed involved estimates for less complex projects that include standard specifications and common construction methods and materials.

Establish unit costs and the estimated total cost using one or a combination of the following methods:

1. Constructed Costs. The constructed costs method uses production rates, labor and equipment costs, overhead, profit and risk, taxes, and material costs. Derive unit costs using local or regional cost guides or other appropriate references. Determine production rates from sources such as equipment manufacturer's technical data or documented local experience. Adjust production rates when significant changes occur in construction methods, equipment, or site conditions. Use production rates to determine how much labor and equipment time is necessary to complete an item of work. Include allowances for materials, taxes, supervision, and profit.

2. Historical Bids. The historical bids method uses data collected from bids received on previous construction projects to determine unit prices. Estimators should not use historical bids as a basis for estimating items with a small data base or items that are unique to a specific project. Straight averaging of all bids may not be representative of actual costs.

   Use judgment when determining what bids to include in the bid averages. High and low bids are often excluded, especially if those bids indicate excessive departures from the norm. Unit prices often vary with the quantities involved. It may be advisable to develop separate averages based on different quantity ranges for similar work.

The following apply to all cost estimating methods and procedures:

1. Document method and source data.

2. Be as accurate as warranted by the risks, values, and costs involved.

3. Identify and adjust estimates to reflect differences between public works and local logging industry wage rates only when local logging industry wage rates are lower than public works wage rates.

4. Be consistent with regional and/or local cost guides.

5. Include the cost of construction induced maintenance in specified roads for timber sales.

All engineer's estimates for construction, with the exception of quality control and bonding, are prepared as if construction is to be accomplished by a Public Works (PW) contract. For Timber Sale (TS) estimates, the PW estimate is adjusted to reflect Purchaser Wage Rates.
General cost estimating guidelines include:

1. Time and Equipment Estimates. On some items, it may be necessary to develop estimates by "time and equipment." When making time and equipment estimates, be sure to include allowances for:

   a. Supervision. On very small jobs this may be provided by an operator/supervisor at essentially no additional cost.

   b. Taxes. On purchase of material.

   c. Bonding cost. (May be included in mobilization).

   d. "Standby time" for equipment and operators. That are part of a "spread" performing a segment of work, but who are not working at full capacity all the time. For example, during placement of aggregate, a grader, roller, and water truck are needed. The grader and roller may be operating full time; the water truck only part time. The estimate should include standby time for the water truck to compensate for having it available on the job during the entire time of placing aggregate.

   e. Support Equipment. Fuel trucks, pickups, crew transportation, and so forth.

   f. Permit fees.

2. Rounding of Unit Costs. Round off the unit price to the nearest significant figure. A good rule of thumb is to compare the rounding of unit costs with the significant figure of the quantity or value of the item. For example, clearing costs measured to a tenth of an acre generally should be rounded to the nearest $10 or $25. Excavation costs should be rounded to the nearest $.10 per cubic yard, and culvert costs should be rounded to the nearest $.50/lineal foot

3. Use of Average Cost in Project. Use average cost for individual roads within the project whenever possible unless there are significant variations in the character of work from one road to another. Variations are sometimes appropriate for clearing, excavation, hauling, or other unique situations. In these situations, each road should have separate and distinct unit costs for those items; otherwise, the use of overall project unit costs may create problems with design changes, alternate facilities (timber sale), and so forth.

4. <u>Time Estimates</u>. In accordance with Section 52.212-3 of the Federal Acquisition Regulations (FAR), contract time for public works contracts must be calculated based on a continuous run of contract time. The contract time must include an estimate of winter shutdown time. Also consider fire season, environmental restrictions, and reasonable delays. If the midpoint of construction is computed, it should be based on the midpoint of work or the midpoint of estimated cash flow, not the midpoint of contract time.

5. <u>Davis-Bacon Wage Decisions and Service Contract Act Wage Determinations</u>. Use current Davis-Bacon Wage Decisions issued by the U.S. Department of Labor under *Davis-Bacon and related Acts*. The Wage and Hour Division of the U.S. Department of Labor determines prevailing wage rates to be paid on federally funded or federally assisted construction projects. Obtaining the wage rates from the Department of Labor is the responsibility of the Federal agency that funds or provides financial assistance to Davis-Bacon covered construction projects. Ensure that the proper Davis-Bacon wage decisions are applied to such construction contracts (29 CFR 1.5-1.6(b)).

Wage rates for a survey crew comprised of party chief, instrument person, and/or chain person are contained in the Service Contract Wage Determinations.

Davis-Bacon and Service Contract Wage Rates are found at:
http://www.access.gpo.gov/davisbacon. (Davis-Bacon Wage Rate Web site) and
http://www.wdol.gov (Service Contract Act Wage Rate Web site).

6. <u>Timber Sale Purchaser Wage Rate Adjustments</u>. For Purchaser Wage Rate Adjustment Factors, refer to regional guidance related to local timber wage rates to calculate Specified Road Costs.

7. <u>Small Quantity Adjustments</u>. Estimates should consider all roads that are included in a contract package that are within a 5 mile radius as one project for the purposes of small quantity adjustments. Therefore, small quantity factors should not be applied to individual road costs when the individual roads are part of a larger group of road projects in the same vicinity and part of the same contract. On the other hand, where small quantities are involved, estimators should increase allowances due to the inefficiencies generally encountered in small projects. Of particular concern, are projects where small quantities of aggregate or asphalt materials are involved. Mobilization of equipment may exceed the direct costs of the material itself. Small construction projects may have a relatively high mobilization cost for transport of dozers, excavators, and other specialized equipment.

8. <u>Deviating From Cost Guides</u>. If the production rates are not valid for the anticipated work, use the "time and equipment" method of costing. When local, verifiable conditions indicate costs are different from those shown in regional cost guides, local costs should be used. Any deviation from regional guidance must be documented and included in the project file.

9. Profit, risk, and overhead. An acceptable rule of thumb for Public Works and Timber Sales Contracts is to use 23 percent for estimating Profit, Risk, and Overhead.

10. Bonding. A 2 percent rate for bonding may be included in Mobilization for Public Works Contracts. Do not include bonding for Timber Sale Specified Roads, as it is included in the Timber Sale contract.

11. Materials costs. When obtaining direct quotes for materials, include profit and risk, sales taxes, shipping, and so forth. Some States have sales tax which must be accounted for in materials costs.

12. Equipment rental costs. When obtaining direct quotes for specialized equipment, include profit and risk, taxes, delivery, and so forth. Some States have equipment rental tax plus local taxes which must be accounted for in equipment rental costs.

13. Subcontracting. An additional 10 percent should be added to the pay items normally subcontracted to reflect the contractor's/purchaser's additional profit, risk, overhead, insurance, and so forth.

Occasionally, a contractor/purchaser is not equipped to perform the work specified and will likely utilize subcontractors. Cost estimates should consider that subcontractor's employees may be paid higher wages than the contractor/purchaser's employees under the contract wage decision.

Examples of construction work items commonly subcontracted are:

a. Construction staking.

b. Material testing.

c. Aggregate crushing.

d. Bituminous pavements.

e. Portland cement treated base.

f. Permanent bridge construction.

g. Concrete.

h. Treated timber.

i. Steel.

j. Reinforced earth walls.

k. Retaining walls.

l. Hydro-mulching (seeding, mulching, and fertilizing).

Apply wage rates that are applicable to the specialized work and document rationale for applying such wage rates.

14. Cost Projection Factor. Regional offices may issue cost trend projection factors applicable to existing regional cost guides in response to changes in conditions.

15. Construction-Induced Maintenance (FSH 7709.59, sec. 63.42).

Construction-induced maintenance includes all maintenance work on National Forest System roads resulting directly from traffic necessary for transportation of materials, equipment, and personnel to or from a construction project.

16. Miscellaneous Items.

a. Contractor quality control. This work is typically not measured for payment but is included as indirect payment under other pay items.

b. Maintenance of roads required by the construction contract, including dust control. This includes routes under construction as well as roads used to detour traffic.

c. Fire prevention and control provisions required by the contract in relation to contract time and slash disposal methods.

e. Erosion control or other water-quality preservation measures required by the contract.

f. Temporary traffic control requirements such as warning signs, flaggers, pilot cars, detours, and barricades required by the contract.

g. Other Special Project Requirements that may be included in the Federal Acquisition Regulation contract format under contract administration provisions or Special Contract Requirements in the Public Works Contract or the "B" and "C" Provisions of the Timber Sale Contract, such as wildlife, Native American ceremonial sites, archaeological values, special management areas, proximity to wilderness, and other restraints.

Typical production rates may not apply to small projects and/or remote projects. In those instances, time and equipment rates must be used to prepare the estimate rather than using typical production rates.

General costing sources for wages and equipment:

1. Construction Wage Rates.

   a. Wages are obtained from U.S. Department of Labor (Davis Bacon (DB) Premium Rates). Premium rates include base rate plus fringe plus travel zone differential. See http://www.access.gpo.gov/davisbacon/.

   b. Wage rates are divided into three categories of labor: Power Equipment Operator, Truck Driver, and/or Laborer from Davis Bacon Wage Decision. See http://www.access.gpo.gov/davisbacon/.

   c. Some States publish Davis Bacon Timber Sale Roads Rates.

2. Service Wage Rates. Wage rates for Surveyors are determined from Service Contract Act. See http://www.wdol.gov/.

3. Equipment Rates. Various sources and vendor quotes may be used. An example that utilizes ownership rates for Oregon, Washington, and Idaho is found in the Army Corps of Engineers database located at http://www.usace.army.mil/publications/eng-pamphlets/ep1110-1-8(vol8)/entire.pdf.

A flowchart of the pay item estimating procedure is shown in exhibit 01.

## 74.2 – Exhibit 01

## Flowchart of the pay item estimating procedure



For timber sale projects, the specified road cost is the road cost estimate for a public works contract adjusted to reflect the difference between public works wage rates and local logging industry wage rates.

Do not adjust the cost for items that purchasers are required to perform if both of the following conditions apply:

a. The work is likely to be subcontracted.

b. The subcontractors are likely to pay Davis Bacon wage rates.

Determine the specified road cost for a pay item by applying the following two elements:

1. Labor Percentage. The labor percentage is that portion of each construction pay item cost attributable to labor as determined by analyzing the costs of labor, materials, and equipment for each item (ex. 02).

2. Wage Ratio. The wage ratio (100 percent labor value) is the public works wage rate divided by the local logging industry weighted average wage rate for an equivalent skill or group of skills.

For example, for Davis Bacon Area X, the wage ratios are determined from the Public Works Wage Rate and the local logging industry weighted average wage rate as:

| | Laborer | Tractor Operator |
|---|---|---|
| Public works wage rate: | $23.12 | $29.19 |
| Local logging industry | | |
| Weighted average wage rate: | $14.92 | $18.71 |

Wage ratios are determined as follows:

$29.19 Public Works tractor operator wage rate = 1.56 Timber Sale Wage Ratio
$18.71 Local logging industry weighted average wage rate

Engineer's Estimate Adjustment For Timber Sale. The costs derived in the following example show a Public Works Engineer's Estimate based on Davis-Bacon Area (DBA) Premium wage rates as published by the Department of Labor. Adjustment may be required when converting a Public Works estimate to a Timber Sale contract estimate.

Adjust the cost estimate to determine the Specified Road Cost using the following formula:

$$C_{TS} = C_{PW} - (C_{PW} \text{ x } L_P) + \frac{C_{PW} \text{ x } L_P}{W_R}$$

where:

$C_{TS}$ = Timber sale pay item cost.

$C_{PW}$ = Public works pay item cost.

$L_P$ = Labor percentage - decimal equivalent (see 74.2 ex. 02 Typical Labor Percentages)

$W_R$ = Wage ratio

Example:

| Pay Item | Public Works Estimate | Labor Percentage | Wage Ratio | Specified Road Cost |
|---|---|---|---|---|
| Clearing and Grubbing | $20,000 | 45 | 1.56 | $16,769 |

Calculations:

Specified Road Cost $= 20{,}000 - (20{,}000 \text{ x } .55) + \frac{(20{,}000 \text{ x } .45)}{1.56} = \$16{,}769$

## 74.2 - Exhibit 02

## Typical Labor Percentages

| Work Item | Labor Percentage[1] | Low Percent Factor | High Percent Factor |
|---|---|---|---|
| Clearing and Grubbing | 40-55 | Small Trees<br>Thin Underbrush<br>Flat Terrain<br>Good Soils<br>Scattering and Windrowing | Large Trees<br>Dense Underbrush<br>Mountainous Terrain<br>Rocky Areas<br>Burn or Haul |
| Excavation and Embankment | 20-30 | Gentle Terrain<br>Good Soils<br>No Blasting<br>Short Haul | Steep Terrain<br>Rocky Soils<br>Blasting<br>Long Haul |
| Aggregate Base and Surfacing | 25-45 | Large Quantities<br>Double Lane | Small Quantities<br>Single Lane |
| Asphalt Surfacing | 20-30 | Large Quantities | Small Quantities |
| Minor Concrete Structures, such as Headwalls | 25-45 | Unfinished | Rubbed Finish |
| Drainage Pipe | 25-45 | No Bedding<br>No Trenching<br>18" to 36" Diameter | Bedding<br>Trenching<br>42" to 60" Diameter |
| Seeding and Mulching | 35-50 | Hydroseeding<br>Flat Slopes<br>Water Close By | Hand Seeding<br>Steep Slopes<br>Haul Water |
| Mobilization | 20-40 | Minimum Set Up Time | Labor Inten-sive Project Preparation |

1/ These are general labor percentages. Adjust the percentages for specific cost guide areas.

## 74.3 - Time Estimates and Cost Projections

In conjunction with the project cost estimate, prepare a schedule that estimates the time necessary to construct the project and shows the most reasonable time for the various construction activities to occur. Include seasonal restrictions and construction windows specified for resource protection.

When the construction of specified roads in a timber sale contract can be turned back to the Forest Service, consider the effect on required road completion dates. Allow sufficient time for the Forest Service to prepare and award a public works contract. Refer to 36 CFR 223.84g.

## 74.4 - Documentation

Document all road cost estimates. The cost guide and project file serve as the complete documentation of the estimate. Retain the following material in project cost estimate files:

1. Identification of cost guide(s) or other sources used to prepare the estimate.

2. A listing of quantities and unit costs used to prepare the estimate.

3. Manufacturer's data from sources other than the cost guide.

4. All calculation sheets, cost data, including those for pay item unit prices, production rates, material costs, construction time, midpoint of construction, profit and risk, overhead, taxes, and cost trend projection.

5. A copy of the final approved estimate.

## 74.5 - Qualifications of Estimators

Only persons with sufficient training, experience, and knowledge in construction methods, practices, and costs (FSM 7721.04c) should prepare cost estimates. Estimates prepared by inexperienced personnel must be reviewed and approved by qualified individuals.

## 74.6 - Approval of Road Cost Estimates

Review and approve road cost estimates in accordance with FSM 7721.04c. Thoroughly check all items of work, quantities, calculations, and background data. Calculations sheets must be signed and dated by the preparer and reviewer.

## 74.7 - Cost Estimates for Opted Road Construction

Maintain the integrity of the engineer's estimate advertised in a timber sale when advertising for public works construction of opted roads. The estimate for the public work contract, for an opted timber sale, may be different from that shown in the prospectus for the timber sale advertisement when:

1. Errors or omissions in quantities or cost become evident during the preparation of the public works packet.

2. Physical changes occur between the timber sale offering and public works advertisement that are beyond the control of the Government, such as blowdown or storm damage.

3. Unanticipated delays occur during the process of obtaining public works bids that require extending the timber sale award.

4. Changes are made to accommodate any differences between the timber sale and public works contracts.

# FSH 7709.59 - ROAD SYSTEM OPERATIONS AND MAINTENANCE HANDBOOK
# ZERO CODE

## Table of Contents

02 - OBJECTIVE ..... 2
03 - POLICY ..... 2
05 - DEFINITIONS ..... 2
06 - PROCESS FOR TRAVEL MANAGEMENT ..... 2

Road system operations and maintenance is the process of managing National Forest roads and road uses to meet land and resource management objectives. This handbook provides guidance for conducting planning, traffic management, investment sharing (cost share), highway safety, traffic studies, road maintenance, and other road system operations and maintenance activities.

Transportation system operations and maintenance addresses the integration of all methods of National Forest access, including roads, trails, airfields, railroads, and waterways, with the overall management of motorized travel, both on-road and off-road. This handbook emphasizes road system related aspects of these multi-modal operations.

## 02 - OBJECTIVE

To operate and maintain the National Forest road system in a manner that provides for user safety; support for resource programs; implementation of management area direction; protection of road investment, the environment, and adjacent resources; and meeting applicable air and water quality standards.

## 03 - POLICY

Follow specific transportation direction in Land and Resource Management Plans and be familiar with resource objectives in Plans.

1. Coordinate operations activities with States, counties, and other local authorities, and be familiar with State and local laws that apply to the transportation system.

2. Coordinate operation and maintenance criteria with design criteria (FSH 7709.56, Road Preconstruction Handbook).

3. Work with other affected disciplines to ensure that operation and maintenance decisions are consistent with the intended purpose of the facility.

4. Be aware of outstanding rights that may affect operations and maintenance, such as reserved and outstanding interests in the road and outstanding off-highway haul authorizations.

## 05 - DEFINITIONS

See FSM 7705 and FSM 7730.5 for applicable definitions.

## 06 - PROCESS FOR TRAVEL MANAGEMENT

Exhibit 01 illustrates the process for travel management. Road system operations and maintenance serves two important functions in the process. The first is maintenance of road management objectives (RMOs), which document existing travel management direction. The other function is ongoing monitoring and implementation of travel management decisions. This

includes assisting in development of motor vehicle use maps; development of operation and maintenance criteria; implementing traffic management strategies; implementing traffic rules and orders; providing traffic control devices, permits, and other traffic control measures; and providing maintenance of roads.

For further information on the process for managing travel, see FSH 7709.55 chapter 10.

## 06 – Exhibit 01

## Process for Travel Management



## Table of Contents

**11 - ROAD MANAGEMENT OBJECTIVES ..... 2**
11.02 - Objective ..... 2
11.03 - Policy ..... 2
11.1 - Development ..... 2
11.2 - Coordination of Uses on National Forest System Roads ..... 4
11.3 - Documentation ..... 5

This chapter provides guidance for the planning activities necessary for transportation system operations and maintenance and identifies the criteria that affect transportation system operations and maintenance (FSM 7703 and FSM 7730.3).

## 11 - ROAD MANAGEMENT OBJECTIVES

Road management objectives document the intended purpose of an individual road in providing access to implement a land and resource management plan as well as decisions about applicable standards for the road. Road management objectives should be based on management area direction and access management objectives. Road management objectives contain design criteria, operation criteria, and maintenance criteria.

### 11.02 - Objective

To identify and document a management objective for each road in the Forest Road Atlas (FSM 7711.2).

### 11.03 - Policy

See FSM 7714.

### 11.1 - Development

Develop road management objectives from the appropriate management area direction, access management objectives, and similar sources of resource management direction, standards, and guidelines. Secure data concerning the type and extent of resource activities to be served by the road, environmental constraints, and mitigating measures to be employed. Utilize this data to prepare specific objectives that define the intended purpose of the road and that describe how the road will be designed, operated, and maintained.

1. The primary sources of information for developing road management objectives are:

    a. Management Area Direction. Typical information is the forest plan management emphasis for the area, and resource practices for timber, wildlife, recreation, minerals, soils, and water. Road densities or even site-specific road location may be described. Guidelines may discuss visual quality objectives, motorized and non-motorized recreation opportunities, and wildlife featured species. All of this information must be accumulated to provide the background for developing access management objectives and road management objectives.

b. Travel Analysis. The travel analysis process (FSM 7712 and FSH 7709.55, ch. 20) will help identify objectives for managing access. Examples of information developed are Recreation Opportunity Spectrum classifications, densities for facility development, soil sedimentation limits, and fish and wildlife protection measures.

c. Existing Legal Agreements and Contracts. These contain the legal and outstanding rights which management of roads must observe.

2. Road management objectives contain:

a. Design Criteria. These govern the selection of design elements and standards. Vehicle characteristics, such as the design and critical vehicles, and traffic service levels are~~a~~ examples of design criteria. FSH 7709.56, chapter 4, contains a description of design criteria.

b. Operation Criteria. Operation criteria are those influences and requirements that determine how a road must be operated and maintained. These govern operation of the road. Examples are such items as seasonal road use restrictions, special off-highway vehicle (OHV) and all-terrain vehicle (ATV) use, and traffic management strategies. Operation criteria should be consistent with design and maintenance criteria.

c. Maintenance Criteria. These govern maintenance of the road. Examples are such items as surface smoothness and financial responsibility. Chapter 60 contains a description of maintenance criteria.

3. Whenever possible, develop road management objectives during travel planning activities including travel analysis. Consider the following factors when establishing road management objectives:

a. Environmental and Resource Considerations. Factors such as needs for aquatic species passage, need to prevent spread of invasive plant species, watershed damage done by unmanaged motorized use, visual quality concerns, sensitive soils, or recreational uses guide both maintenance levels and operational status. Consult land management plans and any subsequent tiered documents.

b. Legal Requirements. Check legal requirements such as the Highway Safety Act, the National Forest Roads and Trails Act of 1964, the National Forest Management Act, agreements, easements, and contracts as these may constrain or define the limits of transportation system operations.

c. Road Users. Motorized use designations, the intended users, and the acceptable mix of such users should help determine whether traffic restrictions and orders are necessary, and what traffic management strategies apply. When a road is intended for intermittent use by Highway Legal vehicles and continuous use by other motor vehicles, the route should be designated as both a National Forest System road and a National Forest System trail.

d. Vehicle Characteristics. Physical characteristics of vehicles intended to use the road may affect maintenance levels, management strategies, and the need for traffic regulations which may differ from State laws.

e. Traffic Requirements. The volume, composition, and distribution of traffic may indicate the need for orders and traffic control devices, appropriate maintenance levels, and so forth.

f. Safety. Providing for safety often requires examining for hazards and taking corrective actions. Traffic control devices and/or road user restrictions may be needed to provide for acceptable passage of traffic.

g. Economics. To minimize total transportation costs, it may be necessary to restrict a particular use or user, or change (reduce or upgrade) the standard or maintenance level of a road.

4. Although the criteria identified in road management objectives are often common for transportation system design, operations, and maintenance, the application may differ. For example, in design, traffic requirements (volume, composition, and distribution) could be used to determine the number of lanes. In operations, these same criteria could be used to determine the need for use restrictions or traffic control devices.

5. While road management objectives (RMOs) provide the corporate record of decisions that collectively establish the intent, purpose, and resource constraints for individual roads, they are not decision documents themselves. Actual decisions must be made through appropriate processes (FSM 7715), including public involvement when appropriate. Line officer approval of RMOs certifies that management objectives are correctly documented rather than as a record of a new decision.

## 11.2 - Coordination of Uses on National Forest System Roads

Designations of roads for motor vehicle use may result in situations requiring coordination of uses on roads. This may include mixed use of Highway Legal and Non-Highway Legal vehicles. Document needs for coordinated uses in road management objectives. Guidance regarding coordination of uses is found in section 52.

## 11.3 - Documentation

Document road management objectives (RMOs) as a permanent record that is readily available for use. Use the "RMO Module" of Infra Travel Routes to record data. Exhibit 01 is a sample of an RMO developed through the module. Display of the data as shown in the exhibit is not mandatory, as the RMO module provides both flexibility and extensibility. The documentation should include a summary of management area direction, needs for coordination of uses (11.2), and access management objectives, as well as the specific design, operation, and maintenance criteria.

While the electronic record in Infra is used for day-to-day road management, the completed road management objectives must be printed and signed in ink by the certifying line officer. Road management objectives (RMOs) are a key part of the Government's defense in the event of claims and litigation under the Federal Tort Claims Act. Courts generally do not accept electronic documentation as part of the defense. The written copy must be retained in the forest's files for a minimum of 5 years past date of any revision to the RMO.

## 11.3 - Exhibit 01

## Sample of a Road Management Objective Developed Through Infra Travel Routes

RMO001L - Road Management Objectives

Page 1 of 5

Report run on: December 12, 2007 1:19 PM Database:

ID: 1000 Name: MOOSE CR
BMP: .0000 EMP: 5.3220 Admin Org: 010202

DRAFT

Begin Termini: HWY 274
End Termini: SW SEC 24
Comments: Beginning Route TRS: T02NR12WS01
EMP changed from 4.5 to 5.322 as per GPS road log of 8/27/99

Prepared By:
Reviewed By:
Reviewed By:
Approved By:

### Route Basics

| Location Design Elements | Value | BMP | EMP |
|---|---|---|---|
| ADMIN_ORG | 010202 | .0000 | 5.3220 |
| CONGRESSIONAL DISTRICT | MT - 01 | .0000 | 5.3220 |
| COUNTY | MT - DEER LODGE | .0000 | 5.3220 |
| MILEAGE SOURCE | GPS - GLOBAL POSITIONING | .0000 | 5.3220 |
| QUAD | 455211300 - LINCOLN GULCH #H7 | .0000 | 5.3220 |
| ROUTE STATUS | EX - EXISTING | .0000 | 5.3220 |

### General Management Direction

Recreation Opportunity Spectrum (ROS)

| Code | Remarks | Description | BMP | EMP |
|---|---|---|---|---|
| RN - ROADED NATURAL | | | .0000 | 5.3220 |

### General Recreation Considerations

Dispersed Activity

| Code | Remarks | Description | BMP | EMP |
|---|---|---|---|---|
| HIKING | | | .0000 | 5.3220 |
| HUNTING | | | .0000 | 5.3220 |

### General Soils/Geological Considerations

Soil erosion is critical around streams
BMP EMP
Clay soils are slick on steep grades when wet. Place surfacing on steep grades BMP 0 EMP 2.4

### General Timber Considerations ...Continued

emphasize management of hardwood speecies. Road system to emphasize log transport. Confine timber sale activities to May-October to avoid rainy season. BMP EMP

| Timber Details | Remarks | Description | BMP | EMP |
|---|---|---|---|---|
| CURRENT ENTRY | 0.8 mmbf FY 08 | | | |
| HARVEST | 0.5 mmbf FY16 | | | |

### General Wildlife & Aquatic Considerations

Designated wildlife management area - featured species is bear. Minimize human disturbance; minimize roads open to motorized vehicles
BMP EMP
Provide for fish habitat, leave vegetation intact along streams
Provide for fish passage on stream crossing at Hall Creek. Remove crossing structure between uses. BMP EMP

### General Plant Considerations

### General ATM Considerations

TRAFFIC MANAGEMENT STRATEGY: Prohibit by not designating for motorized use on motor vehicle use map. Eliminate use between sales to preclude need for scarce law enforcement resources
BMP EMP
Area closed to recreational motor vehicle use.No designation for motorized other than on roads.
Minimum spacing of local roads designated for motor vehicle use is 1 mile. No more than 20% of any new local roads are to be designated for motor vehicle use in area.
BMP EMP

Current Traffic Mangement

| Use Type | Strategy Code | Mode of Travel | BMP | EMP | From Date | Thru Date |
|---|---|---|---|---|---|---|
| Restricted | PROHIBIT | 1 MOTOR VEHICLE | 0 | 5.322 | 01/01 | 12/31 |
| Restricted | PROHIBIT | 3.1 MTR OVER-SNOW VEHICLE | 0 | 5.322 | 01/01 | 12/31 |

### General Design/Mitigation Considerations

Compare total construction cost of road with resource benefits. Determine most cost-effective stream crossing at Hall Creek considering road use, traffic service level, and intermittent service life. BMP EMP

## 11.3 - Exhibit 01 - Continued

## Sample of a Road Management Objective Developed Through Infra Travel Routes

### General Design/Mitigation Considerations ...Continued

Design Linear Events

| Linear Event | Value | BMP | EMP |
|---|---|---|---|
| DESIGN SPEED | 10 | .0000 | 5.3220 |
| DESIGN TRAFFIC | LOGT - LOGGING TRUCK | .0000 | 5.3220 |
| LANES | 1 - SINGLE LANE | .0000 | 5.3220 |
| SURFACE TYPE | NAT - NATIVE MATERIAL | .0000 | 5.3220 |

### General Operation Criteria and Safety Considerations

Subject to the Highwat Safety Act
TRAFFIC CONTROL DEVICES: Road will be gated by purchaser during sale; provide gate markings for safety. After sale, purchaser to remove gate, remove bridge, storm-proof road, and construct barrier to eliminate motor vehicle traffic. Forest Service installs vertical route number. BMP EMP
Safety - intersection with county road; use warning signs during timner activity. Effectively block road between sales to minimize traffic hazards on the County road. BMP EMP

Operation Linear Events

| Linear Event | Value | BMP | EMP |
|---|---|---|---|
| FUNCTIONAL CLASS | L - LOCAL | .0000 | 5.3220 |
| JURISDICTION | FS - FOREST SERVICE | .0000 | 5.3220 |
| MANAGING_ORG | 010202 | .0000 | 5.3220 |
| ROUTE STATUS | EX - EXISTING | .0000 | 5.3220 |
| SERVICE LIFE | I - INTERMITTENT TERM SERVICE | .0000 | 5.3220 |
| SYSTEM | NFSR - NATIONAL FOREST SYSTEM ROAD | .0000 | 5.3220 |

Traffic Details

| Traffic Count or Composition | Count/Percer | Count/Period | Remarks | BMP | EMP |
|---|---|---|---|---|---|
| ADMINISTRATIVE | 3 ADT | | motorized travel only during sales | .0000 | 5.3220 |

### General Maintenance Considerations ...Continued

Purchaser responsible for all maintenance during sale. Purchaser responsible for installing, maintaining, and removing gate. Purchaser responsible for removing bridge and storm-proofing road after use. Surface can be maintained for high clearance vehicles. During sale; M.L. 2. After sale; M.L. 1 BMP EMP

Maintenance Linear Events

| Linear Event | Value | BMP | EMP |
|---|---|---|---|
| OBJECTIVE MAINT LEVEL | 2 - HIGH CLEARANCE VEHICLES | .0000 | 5.3220 |
| OPER MAINT LEVEL | 1 - BASIC CUSTODIAL CARE (CLOSED) | .0000 | 5.3220 |
| PRIMARY MAINTAINER | FS - FOREST SERVICE | .0000 | 5.3220 |

### Local Linear Events

| Linear Event | Value | Remarks | BMP | EMP |
|---|---|---|---|---|
| RPA RES ELEMENT | TIMBER - TIMBER | | .0000 | 5.3220 |

# FOREST SERVICE HANDBOOK
# NATIONAL HEADQUARTERS (WO)
# WASHINGTON, DC

## FSH 7709.59 – ROAD SYSTEM OPERATIONS AND MAINTENANCE HANDBOOK

## CHAPTER 20 – TRAFFIC MANAGEMENT

**Amendment No.:** 7709.59-2021-1

**Effective Date:** August 10, 2021

**Duration:** This amendment is effective until superseded or removed.

**Approved:** TINA JOHNA TERRELL
Associate Deputy Chief, NFS

**Date Approved:** August 9, 2021

**Posting Instructions:** Amendments are numbered consecutively by Handbook number and calendar year. Post by document; remove the entire document and replace it with this amendment. Retain this transmittal as the first page(s) of this document. The last amendment to this Handbook was 7709.59-2009-1.

| | | |
|---|---|---|
| **New Document** | 7709.59 | 27 Pages |
| **Superseded Document(s) by Issuance Number and Effective Date** | 7709.59 Chapter 20 (Amendment 7709.59-2009-1, 2/5/2009) | 26 Pages |

**Digest:**

24.1 – Updates reference to FSM 7731.17.

## Table of Contents


20.1 - Authority ..... 4
20.11 - Laws ..... 4
20.12 - Regulations ..... 5
20.13 - Comptroller General Decisions ..... 7
20.4 - Responsibility ..... 7
20.41 - Regional Foresters ..... 7
20.42 - Forest Supervisors and Managers of Other Administrative Units of the National Forest System ..... 7
20.43 - District Rangers ..... 8
**21 - JURISDICTION ..... 8**
21.1 - Determination of Jurisdiction ..... 8
21.2 - Expenditure of Forest Service Funds ..... 8
21.3 - Applicability of State Law and Federal Regulation ..... 9
**22 - ACCESS RIGHTS ..... 9**
22.1 - Rights of Forest Service ..... 9
**23 - TRAFFIC RULES, DESIGNATIONS, AND ORDERS ..... 10**
23.1 - Traffic Rules ..... 11
23.2 - Orders ..... 13
23.21 - Writing Orders ..... 13
23.22 - Posting ..... 15
23.23 - Termination ..... 15
**24 - PERMITS FOR ROAD USE ..... 17**
24.1 - Road Use Permits ..... 17
24.11 - Instructions for Certain Clauses ..... 18
24.12 - Supplemental Clauses ..... 21
24.2 - Oversize and Overweight Permits ..... 21
24.21 - Short-term Permits ..... 21
24.22 - Long-term Permits ..... 22
24.3 - Other Permits ..... 22
**25 - TRAFFIC CONTROL DEVICES AND MANAGEMENT STRATEGIES ..... 22**
25.1 - Signs and Traffic Control Devices ..... 22
25.11 - Road Signs and Markings ..... 22
25.12 - Nonsign Devices ..... 22
25.2 - Traffic Management Strategies ..... 23
25.21 - Application of Traffic Management Strategies to Roads Not Subject to the Highway Safety Act ..... 23
25.22 - Application of Traffic Management Strategies to Roads Subject to the Highway Safety Act ..... 24
**26 - SPECIAL CASES ..... 25**
26.1 - Control of Specially Authorized Use ..... 25
26.11 - Roads Covered by Road Right-Of-Way Construction and Use Agreements ..... 25

26.12 - Roads Used for Mineral Access ........ 25
26.2 - Off-Highway Haul ........ 25
**27 - WEIGHT CONTROL ........ 26**

## 20.1 - Authority

## 20.11 - Laws

1. Act of July 16, 1866 (43 U.S.C. 932). Section, R.S. § 2477, authorized rights of ways for construction of highways by public road authorities over public lands not reserved for public uses. Rights of ways are perpetual unless abandoned by the public authority to which they were granted. The Statute remained in effect until it was repealed by Public Law 94–579, title VII, § 706(a), Oct. 21, 1976, 90 Stat. 2793.

2. The Organic Administration Act of June 4, 1897 (16 U.S.C. 478). Confers statutory right of access over National Forest lands for persons living on private lands within the National Forests and provides for "wagon roads and necessary improvements" across National Forests to access homes and utilize property, subject to rules and regulations of the Secretary.

3. Cooperative Funds Act, Act of June 30, 1914 (16 U.S.C. 498). Authorizes and appropriates contributions toward cooperative work on Forest development roads. Moneys are to be held in a special fund and expended for protection or improvements. Authorizes refunds to contributors of charges in excess of their fair share of costs.

4. Granger-Thye Act, Act of April 24, 1950 (16 U.S.C. 572). Authorizes cooperation and assistance to public and private agencies, organizations, and persons in performing work on land situated within or near National Forests. Moneys deposited are held in special fund for payment of work done by the Forest Service or refunded to cooperator.

5. Multiple Use-Sustained Yield Act, Act of June 12, 1960 (16 U.S.C. 530). Authorizes cooperation with State and local governments and others in development and management of the National Forests.

6. National Forest Roads and Trails Act, Act of October 13, 1964 (43 U.S.C. 1702, 1761, 1764, 1765). Authorizes acquisition, construction, and maintenance of National Forest System roads, to include cooperative financing with public and private agencies and persons. Authorizes Secretary to require users of Forest development roads to maintain roads commensurate with use and to construct/reconstruct roads necessary to accommodate use. Authorizes deposits to cover cost of maintenance and reconstruction.

7. Federal Land Policy and Management Act of October 21, 1976 (43 U.S.C. 1701). Requires that the United States receive fair market value for the use of public lands and authorizes the issuance of easements and permits for transportation purposes.

8. Alaska National Interest Lands Conservation Act of December 2, 1980 (16 U.S.C. 3210). Directs the Secretary of Agriculture to assure access to non-Federally-owned lands within the boundaries of the National Forest System.

## 20.12 - Regulations

1. Travel Management, Title 36, Code of Federal Regulations, Part 212, subparts A, B, and C. These regulations address the planning, programming, construction and maintenance, management, and rights-of-way acquisition for National Forest System

Roads and Trails and management of motorized uses on National Forest System lands in general.

2. Minerals, Title 36, Code of Federal Regulations, Part 228. These regulations regulate and establish procedures for managing the surface of National Forest lands in connection with mineral activities. Of particular interest to this direction is section 228.12, Access.

3. Prohibitions, Tile 36, Code of Federal Regulations, Part 261. Subpart A of these regulations identifies a broad range of activities that are prohibited on National Forest lands, specify applicable penalties, prescribe the procedures for informing users of prohibited activities, and set forth penalties. Subpart B of these regulations identifies additional activities that may be prohibited in an area by order of the Chief, Regional Foresters, or Forest Supervisors.

   The Chief, regional foresters, station directors, and forest supervisors are authorized to issue orders closing or restricting the use of any National Forest System road (36 CFR 261.50). See also FSM 1013, which covers policy and responsibilities for issuance of such orders.

4. Title 36, Code of Federal Regulations, section 261.70. These regulations authorize the issuance of additional regulations pertaining to National Forest System roads and indicates the procedures for establishing such orders.

Exhibit 01 lists the prohibited activities related to transportation and the section of the regulation where the prohibition is set forth.

## 20.12 - Exhibit 01

**Prohibited Activity. Title 36, Code of Federal Regulations, Part 261, subpart A-General Prohibitions and subpart B-Prohibitions Prohibited by Order.**

| | |
|---|---|
| Construction or maintenance without specific authorization. | 36 CFR 261.10(a) |
| Activities that are prohibited on National Forest System roads. | 36 CFR 261.12 |
| Limits use of motor vehicles on National Forest System lands to roads, trails, and areas shown on a Motorized Use Map. Exceptions are allowed for administrative uses, contracts, permits, and so forth. | 36 CFR 261.13 |
| Limits use of over-snow vehicles to designated roads, trails, and areas when over-snow use is restricted or prohibited. | 36 CFR 261.14 |
| Prohibited uses and practices on National Forest System roads. | 36 CFR 261.54 |

## 20.13 - Comptroller General Decisions

Comptroller General Decision B-150239 of April 24, 1963, ruled that the Forest Road Agreement granted proper authority to protect the interests of the United States.

## 20.4 - Responsibility

## 20.41 - Regional Foresters

It is the responsibility of the regional forester to:

1. Issue orders under Title 36, Code of Federal Regulation, Part 261 to establish State-wide traffic rules for National Forest System roads that differ from State traffic laws if needed.

2. Manage the bridge program in accordance with FSM 7736.04b.

3. Establish minimum maintenance cost guidelines for application to Road Use Permits (sec. 24.1).

## 20.42 - Forest Supervisors and Managers of Other Administrative Units of the National Forest System

It is the responsibility of forest supervisors and administrators to:

1. Operate and maintain roads under Forest Service jurisdiction to meet National Forest management direction.

2. Issue and post orders closing or restricting use on National Forest System roads under 36 CFR 261.54. Terminate previously issued orders when no longer applicable. This authority may not be delegated. (23.2)

3. Execute cooperative agreements with State, county, or local road agencies for the maintenance of roads under their jurisdiction that are not on the National Forest System transportation system.

4. Issue road use permits.

5. Issue permits for overweight and oversize vehicles. Follow procedures established by the regional forester for review of applications for permits to move oversize loads over bridges.

6. Designate issuing officers for road use permits.

## 20.43 - District Rangers

It is the responsibility of the district ranger to:

1. Operate and maintain roads under Forest Service jurisdiction to meet National Forest management direction.

2. Complete the "Report on Application" portion of form FS-7700-40, Application for Permit Non-Federal Commercial Use of Roads Restricted by Order.

3. Post Forest Supervisor orders closing or restricting use on National Forest System roads. (23.22)

## 21 - JURISDICTION

Jurisdiction is the legal right to control and regulate the use of a transportation facility (23 CFR 660.103 and FSM 7705). Roads on National Forest lands are under the control of the Forest Service, except for public roads established under the Act of July 26, 1866, private roads, roads for which the Forest Service or the U.S. Department of Transportation has granted rights-of-way to private landowners or public road agencies, and roads whose use and rights pre-date the National Forest. Other factors may affect jurisdiction on acquired lands or easements. Review the granting document and obtain appropriate legal opinion for these cases, when necessary.

There are roads on the transportation system where the Forest Service has limited rights of use and jurisdiction over the traffic, such as private road systems and many States, county, or township roads.

## 21.1 - Determination of Jurisdiction

Determine jurisdiction in accordance with FSM 7703.3 to identify who can exercise traffic control and regulate use of the facility. When there is doubt, request a legal opinion from the Office of the General Counsel before initiating any action.

## 21.2 - Expenditure of Forest Service Funds

Forest Service funds may be spent on roads under the jurisdiction of the Forest Service, and on roads under the jurisdiction of a public agency with which the Forest Service has a Cooperative Forest Road Agreement (FSM 7703.4) for reconstruction or maintenance. (Roads under public road authority jurisdiction included in the “Schedule A” of Forest Road Agreements are considered to be on the Forest transportation system.)

Funds appropriated for National Forest System Roads and Trails under authority of Title 23, United States Code, Section 205a may not be spent for maintenance of private roads. Other Federal funds may be spent for such maintenance when there is an appropriate agreement, and road use is needed for National Forest purposes.

Roads for which a local public road authority has established a prescriptive right can, through agreement, be maintained for National Forest purposes. Forest Supervisors can enter into a cooperative agreement to improve such a public road provided work is limited to the area identified by the prescriptive right.

## 21.3 - Applicability of State Law and Federal Regulation

State traffic laws apply to National Forest System Roads unless in conflict with designations or orders under Title 36, Code of Federal Regulations, Part 261. Review the local situation to determine applicability. When orders for prohibitions or restrictions (36 CFR 261.50) supersede State laws, enforce these Federal orders only on roads for which the Forest Service has jurisdiction.

## 22 - ACCESS RIGHTS

Permit reasonable access, either permanent or temporary, including access to mineral rights, to private landholders whose land is entirely or partially surrounded by National Forest System lands. These rights may be exercised on National Forest System Roads open to unrestricted motorized public use without a written authorization. Authorize reasonable use in writing if the use conflicts with designation, road regulations, or orders.

## 22.1 - Rights of Forest Service

Access rights to National Forest System land for administration and utilization may be permanent or temporary. The Forest Service has access rights on public roads and on other roads where jurisdiction or agreement provides such rights. See FSM 5460, FSM 7703.3, and FSH 5409.17, Right-of-Way Acquisition Handbook, for rights-of-way acquisition direction and procedures.

The Forest Service may have rights stemming from:

1. Reciprocal Grants. In areas of intermingled ownership, the Forest Service may jointly develop and maintain a road or road system with private landholders (FSM 5467), through the exchange of easement deeds. Cost-share cooperators retain the rights to use the roads across their lands, but these roads are under the jurisdiction of the Forest Service. Specify all activities allowed in a right-of-way easement. Check easement documents closely for reservations or restrictions by the grantor.

2. Appropriation. Before World War II, rights-of-way for roads built with Federal funds were obtained by appropriations. The Government occupied the land for road purposes, and landowners gained compensation by applying to Federal District Court for redress. Once occupied, a right-of-way became the property of the United States and, if built for Forest Service purposes, the road came under unrestricted Forest Service jurisdiction. However, the right-of-way width is limited to the traveled way. The Forest Service can maintain and use the road but cannot reconstruct it without obtaining an easement from the landowner or through appropriate court action.

3. Act of July 26, 1866. Roads built on public domain for public purposes are public roads. A public road existing on public domain that was later reserved as National Forest System land and whose jurisdiction was never assumed by the county is under the jurisdiction of the Forest Service, and can be maintained and reconstructed by the Forest Service for Forest Service purposes.

4. Public Roads Under Public Road Authorities. The Forest Service has the same rights to use public roads as the general public. The Forest Service can maintain and improve public roads on the Forest development system through a Forest Road Agreement with the agency that has jurisdiction. However, the Forest Service may have limited jurisdiction to control traffic on these roads even when they are on National Forest land. State statutes and easement deed restrictions govern the jurisdictional authority of public roads.

## 23 - TRAFFIC RULES, DESIGNATIONS, AND ORDERS

Regulate or control traffic to:

1. Prevent damage to the roadway,
2. Mitigate unsafe conditions,
3. Limit the use of vehicles that exceed design capacity,
4. Require road investment and maintenance sharing,
5. Reduce maintenance costs, or
6. Implement a specific resource management activity.

One means for regulating traffic is through implementation of requirements set forth in Title 36, Code of Federal Regulations, section 212.5. The regulations include traffic rules that automatically apply to all National Forest System roads (36 CFR 261.12), a prohibition on use off the designated system (36 CFR 261.13), and optional traffic rules that can be implemented with the issuance of orders (36 CFR 261.54).

The wording of orders is important and must be precise. Coordinate closely with Forest Service law enforcement personnel and local magistrates in the writing, posting, and enforcement of orders.

## 23.1 - Traffic Rules

Traffic rules consist of limitations placed on the operation and use of vehicles. Rules can be issued for individual roads or a group of roads. Limitations may be applied to vehicle characteristics, vehicle operation, vehicle classes, or types of traffic.

Prohibition (d) of Title 36, Code of Federal Regulations, section 261.54 contains the phrase, "or other limitations specified by the order." This wording allows an order to be prepared to regulate or control any aspect of vehicle operations on a National Forest System Road. Use this as the authority for all orders written to regulate traffic on or use of National Forest System Roads, except as provided in Title 36, Code of Federal Regulations, section 261.70.

Title 36, Code of Federal Regulations, section 261.70(a) provides the authority to issue a new regulation. The issuance of a new regulation requires public involvement with a notice published in the Federal Register. Publish the final regulation in Title 36, Code of Federal Regulations, section 271.70 under a region-by-region heading and only where special or unique regulations are necessary. Consult with the Office of the General Counsel prior to initiating action pursuant to this regulation.

Many commonly used traffic rules are shown in exhibit 01, along with the authority for their implementation.

## 23.1 - Exhibit 01

## Traffic Rules

| Code of Federal Regulations Citation | Rule | Order Required |
|---|---|---|
| 261.12(a) | Control the weight, height, and length of vehicles within State law requirements. | No |
| 261.12(d) | Control hazardous parking or vehicles blocking a road. | No |
| 261.13 | Limit motor vehicle use to designated roads, trails, and areas as shown on a use map. | No |
| 261.14 | Limit over-snow vehicles on roads as shown on a use map. | No |
| 261.54(a) | 1. Prohibit the operation of certain types of vehicles at night. | Yes |
| | 2. Prohibit use of vehicles not licensed for highway use by a State and/or driven by persons without current State operator licenses. | Yes |
| 261.54(b) | 1. Prohibit commercial hauling on a road. | Yes |
| | 2. Prohibit public use on a road. | Yes |
| 261.54(c) | Prohibit commercial hauling without a permit or authorization. | Yes |
| 261.54(d) | 1. Supersede the State law for allowable vehicle weight on NFS road or bridge. | Yes |
| | 2. Establish an enforceable speed limit | Yes |
| 261.54(e) | Close a road to all motorized vehicle use. | Yes |
| 261.54(f) | Prohibit reckless driving. | Yes |

## 23.2 - Orders

Impose traffic rules on National Forest System roads by issuing orders. Most road orders are prepared at the forest level and are issued by the forest supervisor because of the localized needs of the road system.

## 23.21 - Writing Orders

See FSM 1010 and Title 36, Code of Federal Regulations, section 261.50(c) for requirements for writing orders. Accurately reflect the prohibitions in orders. Orders may be written for individual roads, for a grouping of roads, for all roads in an administrative unit, or for all roads in a State. Ensure that the description states which prohibitions apply to individual roads. Orders applicable to individual roads or groups of roads should list each road to which the order applies.

Consider exemptions when preparing an order, such as persons with permits specifically authorizing the prohibited act, owners or lessees of land in the area, residents in the area, members of rescue or fire fighting organizations in the performance of their official duties, persons engaged in business or trade in the area, or others meeting the exemption requirements specified in the order.

In order to eliminate any conflict with current direction, check travel management plans and Motorized Use Maps before preparing orders. Show road restrictions instituted through orders on Motorized Use maps.

The following are optional items for inclusion in an order:

1. A numbering system.

2. A penalty statement (36 CFR 261.1b). If a penalty statement is included, use the wording shown in the example.

3. A termination date. See section 23.23 for details about terminations.

Exhibit 01 illustrates a sample format to use for orders.

## 23.21 - Exhibit 01

### Sample Format for Orders

UNITED STATES DEPARTMENT OF AGRICULTURE
FOREST SERVICE
P.O. Box 4040
Foresttown, California 96007
Order of the Forest Supervisor

SMOKEY NATIONAL FOREST
FOREST SUPERVISOR'S ORDER NO. 67
April 2, 1990

Pursuant to 36 CFR 261.50(b), it is hereby ordered that the prohibitions hereinafter set forth apply to NFSR 210, Roaring River Road, on the River Ranger District, Smokey National Forest:

1. Parking on the paved part of the roadway.

2. Logging trucks and other trucks with a GVW over 30,000 lbs. being on the road Saturdays and Sundays from Memorial Day to Labor Day and from October 10 to November 1 annually.

3. Logging trucks and other trucks with GVW over 30,000 lbs. being on the road on Memorial Day, July 4, and Labor Day.

4. Commercial timber sale and other vehicles larger than tandem, tri-axle, or self-tracking trailer without pilot vehicle.

Violation of this order is prohibited by the provisions of the regulations cited, and under 16 USC 551 and 7 USC 1011(f). Any violation is subject to punishment by a fine of not more than $500 or imprisonment of not more than six months, or both.

/s/ Samuel Forester
SAMUEL FORESTER, Forest Supervisor

## 23.22 - Posting

Posting is a requirement for the legal enforcement of an order (36 CFR 261.51).

Posting provides notification to the road user of the prohibition that applies to a road. Posting is not necessary for the local authorities to enforce State laws on National Forest System roads or for State laws that the Forest Service has the authority to enforce (36 CFR 261.12).

Place a copy of the order in the ranger district and the forest supervisor offices. In addition, bring the prohibition to the attention of the affected users through the use of letters, news releases, posters, and so forth. The following are some posting methods for specific prohibitions:

1. Prohibiting Any Type of Vehicle or Traffic, or Commercial Haul Without a Permit. Posting is normally accomplished by onsite signs. The type of vehicle being prohibited should be readily evident at the road entrance. An option is to notify the vehicle owners by certified letter with return receipt, in lieu of a sign. However, the latter option negates any enforcement rights on users who have not been notified.

2. Operating a Vehicle in Violation of the Specified Speed, Vehicle Characteristics, or Other Limitations. Establishing a speed limit on a road requires engineering judgment and use of onsite signing as required by the Manual on Uniform Traffic Control Devices (FSM 7731.15). Changing the State law for a vehicle characteristic, such as weight or length, should also involve onsite signs, although the option of individual owner notification of a prohibited vehicle is possible. Signs are preferred because vehicle characteristic changes often involve safety concerns; signing is the only sure method of notification. Post all bridges that have a restricted load capacity (FSM 7736.52).

3. Being on the Road. This restriction applies to motor vehicle use only. Normally, posting consists of installing a sign at the point of closure that indicates acceptable and prohibited uses.

## 23.23 - Termination

Terminate orders if they are no longer necessary or enforceable. The termination may be declared by a fixed date in the original order or by a separate termination order.

Remove signs related to the prohibitions when the termination goes into effect. Treat notifications and news releases about the termination in the same manner as the original order (sec. 23.22).

Exhibit 01 shows a sample of a termination.

## 23.23 - Exhibit 01

**Sample of Termination Orders**

REMOVAL OF AN ORDER

By virtue of the authority vested in me under the Regulations of the Secretary of Agriculture, Title 36, Code of Federal Regulations, section 261.50, the prohibition(s) listed in an order dated July 14, 1977, and signed by I.M. Forester, Forest Supervisor, is (are) hereby terminated on the following road(s) on the Northern National Forest.

| Road and Bridge Name | Road and Bridge No. | Termini | Length (Miles) |
|---|---|---|---|
| Sams Creek | 155 | MP 10.0 to MP 12.0 | 2.0 |

Date: January 19, 1990

By /s/ V.J. Summers
Forest Supervisor

## 24 - PERMITS FOR ROAD USE

Rules in Title 36, Code of Federal Regulations, sections 261.10(a), 261.12(a), and 261.54(c) provide for issuance of permits for National Forest System roads.

The format of road permits varies from a Road Use Permit, form FS-7700-41, to a simple letter of authorization, depending on the particular situation. The issuing officer (sec. 20.4) may include in any permit conditions necessary for the protection of resources and administration of National Forest System lands or for the promotion of public health, safety, or welfare. To be effective and enforceable, both the permittee and the issuing officer for the Forest Service shall sign a permit.

### 24.1 - Road Use Permits

Use a Road Use Permit, Form FS-7700-41, Road Use Permit (Authority), to authorize non-Federal commercial use of a National Forest System road.

1. Require the proposed permittee to provide the Forest Service with the following:

   a. A completed form FS-7700-40, Application for Permit: Non-Federal Commercial Use of Roads Restricted by Order.

   b. A written plan of construction, rehabilitation, operation, and maintenance indicating the work to be done and the work schedule.

   c. When permittee's proposal involves use of an Intermittent Service Road or use of a Continuous Service Road during times of the year that public use is normally restricted, require the proposed permittee to make financial arrangements for completion of environmental analysis in accordance with FSM 7731.17.

2. Control permitted road use and share in road improvements or maintenance through issuance of road use permits in the following situations:

   a. A private landowner's travel contributes significantly to the use of the National Forest System road, or the landowner's needs require maintenance or improvements above that necessary for National Forest purposes. Normally a permit should not be issued to a cooperator who has entered into a Road Right-of-Way Construction and Use Agreement for use of a road within the agreement area.

   b. A subdivider within the National Forest wishes to improve a road to a subdivision, but the county or local road agency does not accept the road.

3. The form, Road Use Permit FS-7700-41, is available electronically on the Forest Service Web site at *http://fsweb.wo.fs.fed.us/im/forms/fs_forms/index.htm*. Complete all blanks on clauses used and delete inapplicable sentences and phrases except those indicated as mandatory in section 24.11. Print out the finished Road Use Permit for approval by the issuing officer.

## 24.11 - Instructions for Certain Clauses

The following instructions are provided for use of form FS-7700-41.

1. Section I. General Terms. The clauses in this section are mandatory.

2. Section II. Operations.

   a. Annual Operating Plan Clause II-A. This is a mandatory clause.

   b. Holder's Representative Clause II-B. This is a mandatory clause.

   c. Use Records Clause II-C. Use this clause only when traffic volume is sufficient to warrant the keeping of records. Entries shown should specify reporting intervals and method of measurement. Specify a date in the clause providing sufficient time to identify the effects of the permittee's use on other National Forest traffic and to permit computation of new maintenance deposits when required.

   d. Public Safety, Clause II-D. This is a mandatory clause.

   e. Traffic Rules and Restrictions, Clause II-E. Rules 1, 2, 3, and 5 are applicable to almost every road and should not be changed. Rule 4 may be deleted when permits do not involve log haul. Rule 6 should only be used when a permit authorizes off-highway haul. Additional rules may be added as appropriate. Regions and forests may develop specific supplemental rules to fit their situation.

   f. Driver's Copy, Clause II-F and Load Marking, Clause II-G. These clauses may be deleted when permits do not involve log haul.

3. Section III. Performance and Cost Recovery. The clauses below are complimentary. A permittee may be required to reconstruct roads, maintain roads, and/or deposit funds with the Forest Service as necessary.

   a. Reconstruction Required to Accommodate Use, Clause III-A and Reconstruction Schedule, Plans, and Specifications Clause III-B. Use these clauses when construction or reconstruction work is planned under the permit. Describe the work required of the permittee to accommodate permittee's traffic. This may include such

items as replacement of drainage structures, reconstruction of all or part of a road to a higher standard, or surfacing. Clearly describe the work (drawings, specifications, and so forth) in a separate attachment to the permit. Include a schedule for work required in an attachment.

b. Commensurate Share, Clause III-C. This is a mandatory clause.

c. Performance Bond for Road Maintenance, Clause III-D. Use this clause when the permittee is performing work on the road, and the risk and consequences of permittee failure to perform in a timely manner are unacceptable. Base the value of the performance bond on not less than $1,000 per mile of road and round the total bond value to the nearest thousand dollars.

The following may be added to clause III-D.:

Notwithstanding the provisions of this item, approved letters of irrevocable credit may be used in lieu of a surety bond for performance bond purposes. Such letters of irrevocable credit must be subject to Forest Service approval.

See the Servicewide Finance and Accounting Handbook, FSH 6509.11k, chapter 80, for the procedural requirements.

d. Payment in Lieu of Performance, Clause III-E. Delete this clause unless maintenance deposits are required. This is the total payment required from permittee including cost recovery, cash deposit in lieu of work, and maintenance fees. Cash deposits are preferable when there are multiple permittees using a road and/or contributing to work or when the Forest Service performs a major share of the work itself.

Use a payment guarantee in the event the permittee prefers to pay as use occurs in lieu of advance cash deposit. The payment guarantee clause is an integral part of clause III-E. and is only used with this clause.

4. Section IV. Requirements for Conducting Maintenance.

a. In General, Clause IV-A. Use when permittee is required to perform maintenance commensurate with permittee's use. Policy on maintenance sharing is found in FSM 7732. Include maintenance specifications in the permit when the permittee performs any maintenance. Include specific requirements for deposits in Clause III-E.

Use common sense in application of the requirements in Clauses III-E and IV-A. It should not cost more to collect deposits than the amount of the deposits. Neither should it cost the permittee more to move equipment in and out than the value of maintenance work performed by the equipment.

b. Snow Removal, Clause IV-B. Use when snow removal is required. Regions and forests may supplement to fit their situation.

5. Section V. Investment Sharing. Cost recovery is a form of investment sharing under Section 4 of the Forest Roads and Trails Act, Title 16, United States Code, section 535 which occurs when the facility has already been constructed by the Forest Service and there is no work needed to accommodate permittee's use. Cost recovery may also be necessary when the permittee is unwilling to contribute toward the construction or reconstruction of roads to standards necessary to accommodate both permittee and Forest Service traffic. See FSM 7731.03 for policy and chapter 30 of this handbook for application of investment sharing. Cost recovery is not preferred because all cash is deposited with the Treasurer of the United States and is not available to the Forest Service to offset costs of construction and maintenance.

Use one of the two options below when a hauler is subject to investment sharing:

Option 1 (Cooperative Agreement). For use when the permit holder and Forest Service have entered into a cooperative agreement under authority of section 1 of the Cooperative Funds and Deposits Act, Title 16, United States Code, section 565a-1, for the agency to recoup the holder's share of the construction costs that were borne by the agency. The permittee may use cooperative work as a means of offsetting its share of costs. Such work can be done entirely by a permittee or permittee funds joined with appropriated funds and other cooperative (CWFS) funds deposited for the same purpose. The permittee may perform the work or deposit funds for Forest Service performance as agreed with the issuing officer. Require a cooperative agreement when the permittee deposits funds with the Forest Service for Forest Service performance of the work. Reference the cooperative agreement in the text of this clause.

Option 2 (Cost Recovery). For use when the permit holder and Forest Service have not entered into a cooperative agreement for the agency to recoup the holder's share of the construction costs that were borne by the agency. The holder's share may be recovered through work, performance, payments, or combinations thereof. The value of work required may exceed the holder's share; however, where the Forest Service does not need the improvements for its use, the permittee is entirely responsible for any additional cost. Collect on a lump-sum basis when the volumes of products being hauled are minor.

6. Section VI. Rights and Liabilities. The clauses in this section are mandatory.

The values included in Insurance, Clause VI-I must not be less than the amounts established by State law, any applicable cooperative agreements, or easements issued for the roads on which use is to be authorized, whichever is greatest. Where permittee traffic creates an extraordinary hazard to the traveling public or Government facilities, the amount of the insurance should be adequate to cover the maximum reasonable amount of damage that may occur.

7. Section VII. Revocation, Suspension, and Termination. The clauses in this section are mandatory.

8. Section VIII. Miscellaneous Provisions.

   a. Members of Congress, Clause VIII-A and Current Address, Clause VIII-B are mandatory.

   b. Superseded Permit, Clause VIII-C. Delete if not applicable.

   c. Superior Clauses, Clause VIII-D is mandatory.

## 24.12 - Supplemental Clauses

Regions and forests may supplement permit clauses and add additional permit clauses as necessary to accommodate local situations. Supplementation must be coordinated with required clauses as noted above.

## 24.2 - Oversize and Overweight Permits

Use written authorizations to permit the moving of vehicles that are in excess of the legal size and weights established in the State Vehicle Code or other limits established under Title 36, Code of Federal Regulations, section 261.13 and Title 36, Code of Federal Regulations, section 261.54d. Limits established under the latter take precedence. Such written authorization is not required where over-legal size and weights are authorized in road easement rights, road use permits, road operation agreements, contracts, other written agreements, or for emergency vehicles operating under emergency conditions. (Exception: An emergency does not negate the need for overload rating of bridges to determine whether proposed loads can be safely accommodated.)

## 24.21 - Short-term Permits

Authorize special one-time or short-term uses, such as periodic movement of yarding, drilling, mining, and construction equipment or materials during the course of a project, by a written permit, identifying the permittee, the location of use, the type of use, the time of use, and any

other applicable limitations or restrictions. Regions and forests may develop and use locally produced forms to facilitate preparing the necessary authorizations. Consider modeling these forms after similar forms used by State Departments of Transportation.

### 24.22 - Long-term Permits

A user may request the use of a Forest Service road for continuous commodity hauling with loads exceeding State legal limits in length, height, width, or weight, commonly called off-highway haul (OHH) (FSM 7731.17).

### 24.3 - Other Permits

See FSM 7731.16 for specific uses and purposes of permits.

## 25 - TRAFFIC CONTROL DEVICES AND MANAGEMENT STRATEGIES

Traffic management strategies may be used effectively to achieve road management objectives.

### 25.1 - Signs and Traffic Control Devices

The need for traffic management and control varies significantly from road to road depending on the uses and constraints. The design of individual signs and traffic control devices on National Forest System roads must comply with the latest edition of the Manual on Uniform Traffic Control Devices for Streets and Highways (MUTCD). Selection of signs and devices used on roads in operational maintenance levels 3, 4, and 5 should be in accordance with requirements of MUTCD advising selection and use of signs and devices in particular situations. The selection of individual signs and devices must be advised by engineering judgment.

### 25.11 - Road Signs and Markings

See Engineering Manual EM-7100-15, "Sign and Poster Guidelines for the Forest Service," for specific policy and guidelines regarding the planning, acquisition, design, installation, and maintenance of road signs, gates, traffic control devices, and markings.

### 25.12 - Nonsign Devices

Nonsign traffic control devices include berms, scratch ditches, earth mounds, vegetation screens, and different surface textures or materials. These devices may convey the intended message as effectively as signs but are often less obtrusive to the landscape. Their use is most appropriate for local, maintenance level 1 and 2 roads.

Use berms and ditches for delineation, access control, and attenuation devices. Design and construct berms to meet the need without creating a hazard. When a road closed to highway vehicles is open to winter or summer motorized trail use, assure that ditches and berms do not pose a hazard to trail traffic.

Surface texture may be used as a traveled-way delineation. Surface smoothness can be used to encourage traffic on major routes, while surface roughness can be used to discourage travel by standard passenger cars.

## 25.2 - Traffic Management Strategies

Use traffic management strategies in a consistent manner to provide for acceptance and understanding by road users. Apply the five traffic management strategies identified in FSM 7731.11 (encourage, accept, discourage, eliminate, and prohibit).
Any strategy can be used to influence all or only certain types of users.

## 25.21 - Application of Traffic Management Strategies to Roads Not Subject to the Highway Safety Act

See chapter 40 of this handbook for discussion of the Highway Safety Program. Manage roads not subject to the Highway Safety Act for use by high clearance vehicles. Use a limited number of traffic control devices. Route markers for these roads should have numbers and/or letters arranged vertically.

Warning and regulatory signs used on these roads must conform to EM-7100-15, "Sign and Poster Guidelines for the Forest Service," and the Manual on Uniform Traffic Control Devices requirements.

Nonsign devices can be used with the intent of restricting or discouraging use by standard passenger cars (sec. 25.12). Use signs when these devices are neither adequate nor cost effective.

When necessary, prohibit use of these roads by standard passenger cars through special local designation on the motor vehicle use map.

Manage use by high-clearance vehicles through the following strategies individually or in combination:

1. Encourage High-Clearance Traffic. Include destination signing at the entrance to the road in conjunction with the vertical route marker. Show the road on forest visitor maps.

2. Accept High-Clearance Traffic. Provide only a vertical route marker at the entrance. Routes may be shown on forest visitor maps if map clarity can be maintained.

3. Discourage High-Clearance Traffic. Do not use this strategy. Roads must either be shown on the Motor Vehicle Use Map or not shown. When shown, an "Accept High-Clearance" strategy is required. When not shown, a "prohibit" strategy is automatically in effect. Permits should be used to authorize appropriate high-clearance traffic on roads not shown on the Use Map.

4. Eliminate High-Clearance Traffic. Use berms, gates, barriers, woody debris, plantings, entrance camouflaging, or other devices to physically block access to the road to eliminate use. Provide warning signing, if necessary, to warn of hazards presented by the blocking devices to road or trail traffic (sec. 25.12).

5. Prohibit High-Clearance Traffic. Do not show objective maintenance level 1 roads on Motor Vehicle Use Maps. Public use of roads not shown on Use Maps is prohibited by Title 36, Code of Federal Regulations, section 261.13. Do not install permanent signing other than route numbers on these roads. If roads are collocated with National Forest System trails, trail signing may be appropriate.

## 25.22 - Application of Traffic Management Strategies to Roads Subject to the Highway Safety Act

Manage roads subject to the Highway Safety Act to accommodate passenger car use in conjunction with other uses through implementation of the following strategies individually or in combination. See chapter 40 of this handbook for additional information on the Highway Safety Program.

1. Encourage Passenger Car Traffic. Portray these routes as more desirable on Forest visitor maps using standard map symbols and map keys. Use additional route, direction, and advisory signing to invite the desired use.

2. Accept Passenger Car Traffic. Show these routes as suitable on Forest visitor maps using standard map symbols and map key. Use standard route and direction signing.

3. Discourage Passenger Car Traffic. Inform potential users, through signs, maps, or other information sources of road or traffic conditions that may detract from the experience that they may be seeking when visiting the National Forest.

4. Eliminate Passenger Car Traffic. Incorporate devices that are suitable for the closure, such as gates or barricades for short-term closures and other devices (sec. 25.21) for long-term closures. Provide adequate warning signs and devices and consider use of travel management signing that explains closure.

5. Prohibit Passenger Car Traffic. Enforce the closure legally through designations on the motor vehicle use map or by preparing appropriate orders (sec. 23.2). Use information signing with the road closure message. Where adequate compliance cannot be obtained through signing, use permanent closure devices such as gates, berms, barriers, and so forth.

## 26 - SPECIAL CASES

### 26.1 - Control of Specially Authorized Use

Special cases, such as roads covered by Road Right-Of-Way Construction and Use Agreements (FSM 5470 and the Rights-of-Way Acquisition Handbook, FSH 5409.17, ch. 60) and roads used for mineral access and off-highway haul have unique needs for regulation or control. See FSM 7731.13 for direction about traffic control on specially authorized roads.

### 26.11 - Roads Covered by Road Right-Of-Way Construction and Use Agreements

Roads under Right-Of-Way Construction and Use Agreements are jointly owned, but the Forest Service has jurisdiction. Coordinate regulation of traffic with the cooperator to protect the cooperator's rights. Road regulation requirements and reservation of rights are set out in the easement deed or permit. The cooperator owns reserved rights, and any reduction in those rights caused by the Forest Service may make the Government subject to a claim. However, ensure that the cooperator's activities do not diminish the rights of the Government. Research the cooperator's reserved rights before imposing orders on these roads. Refer to FSM 5467 and the Rights-of-Way Acquisition Handbook, FSH 5409.17, chapter 60, for additional information.

### 26.12 - Roads Used for Mineral Access

Regulate traffic on National Forest System roads used for mineral access (including oil and gas) through close coordination with approved plans of operation. Require all users of National Forest System roads to comply with State traffic laws and Federal regulations unless otherwise approved by permit. Document and authorize use, maintenance, and reconstruction of National Forest System roads in a Plan of Operations pursuant to Title 36, Code of Federal Regulations, Part 228, subpart A, regardless of whether the road is on or off the claim or lease area. See FSM 7730 and the Road Use Permit, form FS-7700-41, for the standard requirements to be considered when National Forest System roads are used or impacted. The Road Use Permit, form FS-7700-41, can be incorporated into the Plan of Operations to document the authorized activities (FSM 2730).

The user is responsible for the cost of special hauling requirements, such as increased structural section for heavy hauling vehicles, or for damage caused. Require the user to perform or pay for road maintenance commensurate with use. Refer to FSM 7732.2 for commensurate share policy and section 63 of this handbook for commensurate share determinations.

### 26.2 - Off-Highway Haul

Grant authorization for off-highway hauling through easement provisions, by permit, or through a road order. Use the easement provision method only in situations involving Road Right-Of-Way Construction and Use Agreements (FSM 7731.17).

## 27 - WEIGHT CONTROL

Determine if a weight control program is necessary before implementing. The objective of weight control programs is normally to protect the road or drainage structures along a route or in an area. Consider safety of other users, the effect on the design life of roads and structures, the cost of implementing a control program, and damage currently occurring to roads and structures from overweight vehicle use.

Administer weight control programs through contract and permit administration before using law enforcement techniques.

Select the most cost-effective solution for the identified degree of control. This could be as simple as contacting the persons suspected of causing the overloads, starting a monitoring plan to determine the actual problem, or implementing a full weight control program. Conduct weight measurements in a manner consistent with the objectives of the weight control program.

Certify any equipment used and provide training for employees involved in weighing vehicles. If there is doubt about the accuracy or training required, confer with the contracting officer, responsible official, or Federal magistrate, whoever is involved in determining penalties.

Several different methods are available for weight control on National Forest System Roads. Managers should select the method or methods that meet management objectives. Some methods are:

1. Contractual requirement. This is a provision in a contract that can be enforced to control weight.

2. Permanent scales. In some areas with large volumes of truck traffic, a permanent site should be considered.

3. Portable scales. This method provides flexibility of movement to control weights at numerous locations.

4. Cooperation with State or local agencies. When haul involves use of National Forest System roads and roads under jurisdiction of public road authorities, notifying the public authority weighmasters regarding when to expect overweight traffic on their roads may achieve desired weight control. Some States or local agencies may be willing to enforce weights on National Forest System roads.

5. Volume to weight conversion. Logs may be scaled or the volume of ore or mineral measured in the truck and converted to weight using unit weights common to the area or material being hauled. Although this method is not enforceable, it may be an indicator to initiate other methods.

6. Use of State scales and enforcement personnel. Where weight control stations are established and Forest-generated traffic enters State highways or local public roads, cooperate with State or local weight enforcement agencies to obtain scaling results.

**FSH 7709.59 - ROAD SYSTEM OPERATIONS AND MAINTENANCE HANDBOOK**
**CHAPTER 30 - INVESTMENT SHARING OF ROAD CONSTRUCTION AND RECONSTRUCTION COSTS**

## Table of Contents

30.1 - Authority ........ 2
30.2 - Objective ........ 2
**31 - PROCEDURES ........ 2**
31.1 - When to Establish Investment Sharing ........ 2
31.2 - With Whom to Establish Investment Sharing ........ 2
31.21 - Commercial Hauling ........ 2
31.22 - Other Commercial Uses ........ 3
31.3 - How to Establish Investment Sharing ........ 3

Commercial users of National Forest System roads are formally assigned their proportionate share of the Government's investment in a road or roads by the execution of a Road Right-of-Way and Use Agreement and accompanying supplements (FSM 5467).

Investment sharing does not deal with maintenance responsibilities but only with the construction or reconstruction costs. Maintenance sharing direction is in FSM 7732 and chapter 60 of this handbook.

## 30.1 - Authority

1. Federal Land Policy and Management Act of October 21, 1976 (43 U.S.C. 1701), authorizes the Secretary of Agriculture to acquire access over non-Federal lands to units of the National Forest System by purchase, exchange, donation, or use of eminent domain and to grant, issue, or renew rights-of-way for roads.

2. Title 36, Code of Federal Regulations, section 212.5, authorizes sharing of construction and reconstruction costs with commercial users of National Forest System roads who haul products to or from private lands.

3. Comptroller General Decisions of July 3, 1961, and March 2, 1962, stated that the Government could require benefiting users to bear their proportionate share of road construction and reconstruction costs.

## 30.2 - Objective

To return to Government, the portion of costs incurred during construction, reconstruction, or purchase of a road that is properly attributable to benefiting non-Federal commercial users.

## 31 - PROCEDURES

## 31.1 - When to Establish Investment Sharing

Require investment sharing when the value of the computed investment share exceeds the cost of establishing, conducting, and monitoring the program. Exempt incidental use from investment sharing, unless the share was already calculated and borne by the Government as part of a calculation in a supplement to a Right-of-Way Construction and Use Agreement.

Investment sharing is only applicable to roads where Forest Service has jurisdiction to control and regulate road use.

## 31.2 - With Whom to Establish Investment Sharing

## 31.21 - Commercial Hauling

Share costs with non-Federal commercial haulers including:

1. Commercial haulers of non-Federal products, commodities, and materials from non-Federal lands. Incidental hauling of livestock or crops is considered to be public service traffic. Ranchers and farmers are not charged for such use.

2. Commercial haulers of minerals, industrial or manufactured products, and nonrenewable resources.

3. Commercial haulers of commodities or products in connection with hauling for construction of large projects and other business on private land.

4. Haulers under contract to State and local government agencies.

5. Haulers of timber, minerals, or other commodities from either Indian tribal or individual Indian allotment lands (considered a non-Federal commercial use).

6. Haulers from lands of a noncooperating landowner whose share the Government has assumed in road Right-of-Way Construction and Use Agreements.

## 31.22 - Other Commercial Uses

In addition to commercial hauling, other commercial uses could be sufficient to be subject to investment sharing. These uses include the following:

1. Recreation use at a private facility within the National Forest.

2. Construction traffic from power lines, dams, and so forth.

When the commercial use originates on private land, use a Road Use Permit, FS-7700-41, as the authorizing document. If the commercial use is a permitted operation, such as a ski area or an outfitter, the investment sharing may be made a part of the special-use permit.

## 31.3 - How to Establish Investment Sharing

Follow this process to institute investment sharing:

1. Delineate those areas with planned or existing road systems that serve intermingled or adjacent landownerships, and from which significant commercial use could reasonably occur in the future. Occasionally, it may be necessary to include a road where no intermingled landownership is involved if a non-Federal use occurs. Examples are hauling ore from unpatented mining claims or permitted commercial ventures.

2. Gather complete data for all roads and areas where investment sharing should occur. As a minimum include:

(a) Government investment in roads,

(b) Status of lands within the area, including rights-of-way,

(c) Reservations held by grantors or easements to the Forest Service, and

(d) Past road improvements and contributions by landowners or users to the roads in the area.

3. Determine the costs to be borne by the users considering that users shall not be granted an ownership interest in the road or roads; that is, easements must not be granted to the users. Use the Government's actual investment in all situations except when an easement is granted.

If a user is required to reconstruct a road as a condition of use, consider the user's reconstruction work in determination of the user’s investment share. Do not include maintenance activities as investment sharing.

4. Do not consider the value of roads built by trespass, off-road vehicle use, or roads intended for temporary use but not actually decommissioned, as a Government investment. Also, do not consider road costs contributed by States, counties, or other taxing districts. However, consider roads constructed by another Federal agency such as the Bureau of Land Management or Corps of Engineers as a Government investment. Roads built by agencies such as Bonneville Power Administration (BPA) or Tennessee Valley Authority (TVA) would not qualify for sharing, because they recover the cost of roads through their rate structures.

# Forest Service Handbook
# Service Wide (Washington Office)
# Washington, DC

## Forest Service Handbook 7709.59 – Road System Operations and Maintenance Handbook
## Chapter 40 – Highway Safety Program

**Amendment number:** 7709.59-2023-1

**Effective date:** March 28, 2023

**Duration:** This amendment is effective until superseded or removed.

**Previous Directive(s):** 7709.59-2011-1, Chapter 40, February 17, 2011, James Pena, Associate Deputy Chief, NFS, 9 pages

**Approved by:** Jacqueline Emanuel, Associate Deputy Chief, NFS

**Date approved:** March 24, 2023

**Responsible Staff:** **Engineering, Technology and Geospatial Services**

**Explanation of changes:** Following is an explanation of the changes throughout the directive by section.

40.05 – Removes “danger tree” and replaces with “hazard tree” and clarifies the definitions and direction on hazard tree identification and mitigation along National Forest System (NFS) roads.

Removes “high priority danger tree hazard” and replaces with “high priority hazard tree” and clarifies the definitions and direction on hazard tree identification and mitigation along NFS roads.

Removes “qualified person” and replaces with “qualified personnel” and sets forth direction.

41.7 – Changes section title from “Hazard Identification and Correction” to “Road Hazard Identification and Mitigation” and sets forth direction.

41.9 – Changes section title from “Forest Service Employees and Forest Service-Owned Equipment” to “Forest Service Employees and Federally-Owned Equipment and Vehicles” and sets forth direction.

## Table of Contents


**40.01 – Authority** ..... 3
**40.02 – Objective** ..... 3
**40.03 – Policy** ..... 3
**40.04 – Responsibility** ..... 4
**40.04a – Regional Foresters** ..... 4
**40.04b – Forest Supervisors** ..... 4
**40.05 – Definitions** ..... 4
**41 – HIGHWAY SAFETY PROGRAM COMPONENTS** ..... 5
**41.1 – Traffic Engineering Services** ..... 5
**41.2 – Identification, Investigation, and Surveillance of Accident Locations** ..... 6
**41.3 – Design and Construction** ..... 6
**41.4 – Roadside Design** ..... 6
**41.5 – Highway-Rail Grade Crossings** ..... 6
**41.6 – Roadway Maintenance** ..... 6
**41.7 – Road Hazard Identification and Mitigation** ..... 7
**41.8 – Incident Management** ..... 8
**41.9 – Forest Service Employees and Federally Owned Vehicles and Equipment** ..... 8

**40.01 – Authority**

1. Highway Safety Act (23 U.S.C. 401 *et seq.*)**.** This act establishes a national highway safety program directed by the Secretary of Transportation. The act authorizes the Secretary of Transportation to assist other Federal agencies with development of highway safety policies for federal roads and with implementation of those policies.

2. Title 23 CFR Subchapter F, Subpart A, § 500.108. This section contains requirements for a highway safety management system.

3. Title 23 CFR Part 655, Subpart F, § 655.603. This section makes the Manual on Uniform Traffic Control Devices (MUTCD) the national standard for all traffic control devices installed on any street, highway, or bicycle trail open to public travel and specifically approves the MUTCD for use in federally administered areas where a federal agency controls the highway or supervises traffic operations.

4. Title 36 CFR Part 212, Subpart B, § 212.52(2). This section requires responsible officials to close NFS roads immediately when the officials determine that motor vehicle use on the roads is directly causing or will directly cause considerable adverse effects on public safety.

**40.02 – Objective**

See FSM 7733.02 for general objectives of safety provisions for NFS roads.

**40.03 – Policy**

See FSM 7733.03 for additional policy on safety for NFS roads that are public roads and safety of bridges on NFS roads.

1. Safety is an important factor in road operation and maintenance and, to the extent deemed feasible and appropriate by the Forest Supervisor, should be considered along with other applicable factors, such as environmental protection (sec. 40.01, para. 4).

2. To the extent deemed feasible and appropriate by the Forest Supervisor, NFS roads should be managed for safe passage by road users, including appropriate management of roadside vegetation involving considerations such as motorist sight distance, clear visibility of road signs, and identification and mitigation of hazard trees (sec. 41.7, para. 2).

3. Identification and mitigation of hazard trees along NFS roads should be performed by qualified personnel.

4. High-priority hazard trees identified by qualified personnel along NFS roads should be mitigated as soon as practicable and to the extent deemed feasible and appropriate by the Forest Supervisor, considering availability of funding and other resources. If mitigation is not possible, close the affected road or road segment (sec. 41.7, para. 2).

**40.04 – Responsibility**

FSM 7733.04 assigns responsibility regarding consideration of feasible and appropriate safety measures along NFS roads.

**40.04a – Regional Foresters**

Regional Foresters are responsible for:

1. Providing regional guidance regarding identification and mitigation of hazard trees to meet highway safety program requirements.

2. Providing technical assistance to Forest Service staffs in their region regarding identification and mitigation of hazard trees along roads.

3. Establishing regional criteria for the requisite education, training, and experience of qualified personnel, to the extent necessary or appropriate.

4. Coordinating with forest health protection staff in developing regional criteria for qualified personnel and in providing technical assistance to administrative units on identification and mitigation of hazard trees along NFS roads.

**40.04b – Forest Supervisors**

Forest Supervisors are responsible for:

1. Having qualified personnel available as deemed needed by the Forest Supervisor to assess and recommend mitigation of hazard trees along NFS roads in accordance with this chapter.

2. Taking action as soon as practicable, and to the extent deemed feasible and appropriate by the Forest Supervisor, when qualified personnel have identified high-priority hazard trees along NFS roads per section 41.7, paragraph 2.

**40.05 – Definitions**

**Administrative NFS Road**. Any NFS road that is not a public road.

**Average Daily Traffic.** The daily number of vehicles on a route, determined by dividing the annual number of vehicles on the route by 365.

**Hazard Tree.** A standing tree that presents a visible hazard to people or property due to conditions such as deterioration of or damage to the root system, trunk, stem, or limbs or the direction or lean of the tree. The terms "hazard tree" and "danger tree" are interchangeable (29 CFR 1910.266(c); FSH 6709.11, glossary).

**High-Priority Hazard Tree.** For purposes of this chapter, a hazard tree located along an NFS road that is determined by qualified personnel to be highly likely to fail and, if it failed, would be highly likely to cause injury to people or property.

**Public Road.** A road that is:

1. Available, except during scheduled periods, extreme weather, or emergency conditions;

2. Passable by four-wheel standard passenger cars; and

3. Open to the general public for use without restrictive gates, prohibitive signs, or regulation other than restrictions based on size, weight, or class of registration. (23 U.S.C. 101(a)(27); 23 CFR 460.2(c) and 660.103).

**Qualified Personnel.** For purposes of this chapter, a Forest Service employee or contractor who has completed the applicable regional hazard tree inspection training and who conducts and documents hazard tree surveys in accordance with applicable local or regional guidelines, as determined in coordination with the regional forest pathologist or forest health protection specialist.

## 41 – HIGHWAY SAFETY PROGRAM COMPONENTS

The Forest Service highway safety program is composed of the following components in sections 41.1 through 41.9.

### 41.1 – Traffic Engineering Services

Utilize traffic engineering skills and techniques to reduce the number and severity of crashes on NFS roads.

1. **Engineering Skills.** All administrative units should have access as needed to staff with traffic engineering skills (FSM 7733.04b and 7733.04c).

2. **Engineering Principles and Road Safety Audits.** Use traffic engineering principles in the design and maintenance of NFS roads and in the application of traffic control devices. Utilize road safety audits to review road construction or reconstruction projects at the design stage for compliance with safety standards.

3. **Traffic Control Devices.** Maintain an inventory of traffic control devices, including signs, in the Infra Travel Routes Module. As appropriate and practicable, inspect signs and other traffic control devices periodically, and replace them as necessary.

### 41.2 – Identification, Investigation, and Surveillance of Accident Locations

Guidelines for the identification, investigation, and surveillance of accident locations are in chapter 50, section 51, of this handbook.

### 41.3 – Design and Construction

1. **Design Standards.** See FSM 7720 and FSH 7709.56, Road Preconstruction Handbook, for design standards for construction and reconstruction of NFS roads.

2. **Temporary Traffic Control at Construction Sites.** Require compliance with Part 6 of the Manual on Uniform Traffic Control Devices (MUTCD) for temporary traffic control devices and procedures (including flagging) in construction zones on NFS roads.

### 41.4 – Roadside Design

On NFS roads with up to 400 average daily traffic (ADT), it is generally not appropriate to provide roadside features, such as clear zones and barriers that minimize the risk and severity of crashes when vehicles leave the roadway. These features may be incorporated in designs when advised by engineering judgment. On roads with more than 400 ADT, the procedures in the American Association of State Highway and Transportation Officials (AASHTO) Roadside Design Guide should be followed.

### 41.5 – Highway-Rail Grade Crossings

Identify all highway-rail grade crossings on NFS roads and, in consultation with the States, develop a program for eliminating hazards at those crossings. Sign all highway-rail grade crossings in accordance with the MUTCD. The Forest Service or its cooperators and contractors are usually responsible for the cost of these signs, as the railroads were usually built before NFS roads. When new railroads are constructed, strive to eliminate highway-rail grade crossings through use of structures such as bridges, large culverts, and tunnels. Grade separation eliminates the potential for collisions, and the gates and other devices required for new at-grade crossings are expensive to construct and maintain.

### 41.6 – Roadway Maintenance

NFS roadways and roadsides for movement of traffic should be maintained commensurate with the operational maintenance level assigned to the road (ch. 60). Temporary traffic control measures during roadway maintenance operations must comply with Part 6 of the MUTCD. Road maintenance includes mitigating hazard trees that threaten safe use of the forest transportation system to the extent deemed feasible and appropriate by the Forest Supervisor.

### 41.7 – Road Hazard Identification and Mitigation

1. **Road Hazards In General.** Road features and traffic operations that have caused or have the potential to cause accidents should be analyzed to the extent deemed feasible and appropriate by the Forest Supervisor as part of planning and programming for NFS road development and maintenance projects and as part of periodic condition surveys.

   a. On low-volume roads, crash history is seldom a reliable indicator of significant safety problems. Making comparative analyses between hazardous sites also may be difficult because of the infrequency of accidents. Accordingly, the Forest Supervisor should use common sense and judgment to determine safety deficiencies and the priority for any corrective action deemed feasible and appropriate by the Forest Supervisor. Accident rate comparison formulas commonly used for high-volume highways are not appropriate.

   b. Annual maintenance of safety features, such as signs and traffic control devices, is a requirement of the Safety Management System for public roads (FSM 7733.2). Condition surveys are necessary for determination of maintenance needs of those safety features and should be performed annually to the extent funding and other resources are available. Additional condition surveys may be required after major storms and similar events that could significantly affect the condition of the roads, create new safety hazards, or create emergency maintenance needs that may necessitate revision of annual operation and maintenance plans.

   c. Condition surveys should be conducted on administrative NFS roads to the extent deemed feasible and appropriate by the Forest Supervisor, considering availability of funding and other resources. NFS roads that are closed should be checked for obvious hazards prior to being opened.

   d. Procedures for administrative and public road users to report road hazards should be established. Reports of unsafe conditions should be investigated as soon as practicable and to the extent deemed feasible and appropriate by the Forest Supervisor.

2. **Hazard Trees.**

   a. In conducting hazard tree surveys along NFS roads, qualified personnel should consider whether identified hazard trees are high-priority hazard trees.

   b. High-priority hazard trees (sec. 40.05) are likely to directly cause “considerable adverse effects on public safety” (36 CFR 212.52(b)(2)) and should be mitigated as soon as practicable and to the extent deemed feasible and appropriate by the Forest Supervisor (such as by removing all or part of the trees), considering availability of funding and other resources. Mitigation that is deemed feasible and appropriate with respect to high-priority hazard trees should not be delayed to accommodate

commercial felling of trees. Close the affected road segment or road if the high-priority hazard trees cannot be mitigated (sec. 40.03, para. 4).

c. Strategies utilizing the sale of forest products, such as timber sales, stewardship contracts, and sale of firewood for personal use, may be employed to mitigate hazard trees that are not high-priority hazard trees along NFS roads.

d. Hazard trees may become high-priority hazard trees as they deteriorate. Hazard trees along NFS roads should be monitored by qualified personnel, to the extent deemed feasible and appropriate by the Forest Supervisor, taking into account availability of funding and other resources, to determine if they have become high-priority hazard trees.

e. Road maintenance, including mitigation of hazard trees, may be subject to a categorical exclusion from documentation in an environmental assessment or environmental impact statement under certain circumstances (36 CFR 220.6(d)(4); FSH 1909.15, ch. 30, sec. 32.12, para. 4).

f. To the extent deemed feasible and appropriate by the Forest Supervisor, taking into account availability of funding and other resources, the Forest Supervisor should consider mitigation of hazard trees along NFS roads as part of the administrative unit's annual program of road maintenance work.

### 41.8 – Incident Management

Temporary traffic control measures during incident management activities must comply with Part 6 of the MUTCD and the provisions of this chapter.

### 41.9 – Forest Service Employees and Federally Owned Vehicles and Equipment

Requirements for the safe operation of federally owned or leased vehicles and equipment by Forest Service personnel on National Forest System roads are found in chapter 10 of FSH 6709.11, Health and Safety Code Handbook, and EM-7130-2, Driver-Operator Guide.

**FSH 7709.59 - ROAD SYSTEM OPERATIONS AND MAINTENANCE HANDBOOK**
**CHAPTER 50 - TRAFFIC STUDIES AND OTHER ROAD OPERATIONS CONSIDERATIONS**

## Table of Contents

**51 - TRAFFIC STUDIES ..... 2**
51.1 - Traffic Surveillance ..... 2
51.2 - Accident Surveillance ..... 3
51.3 - Accident Investigations ..... 3
**52 - COORDINATION OF USES ..... 5**
52.1 - Consistency ..... 5
52.2 - Mixed Use on National Forest System Roads ..... 5
52.3 - Advance Notice of Changes ..... 5
52.4 - Maps and Signs ..... 6

This chapter describes traffic studies for use in road operations and provides additional information for other road operations factors such as coordination of uses.

## 51 - TRAFFIC STUDIES

This section describes traffic engineering studies that are frequently used in transportation system operations. Results of these studies may apply to design and maintenance, as well as to operations.

Traffic studies should be oriented toward achieving specific objectives. Before initiating traffic studies, develop an objective statement identifying the purpose of the study and the use to be made of the collected data. Such a statement facilitates designing an effective study.

### 51.1 - Traffic Surveillance

Traffic surveillance provides insight into the relative magnitude of road use. Traffic is measured and analyzed to determine the volume and/or classification of road uses.

Traffic surveillance is typically used to:

1. Identify current traffic to establish design, operation, and maintenance criteria.

2. Estimate recreation visitor usage, such as camping, fishing, hunting, and wilderness visits on National Forest land.

3. Determine weights and repetitions of vehicle axle loads for structural design.

4. Set priorities for investments.

5. Determine accident rates.

6. Determine the financial responsibility of the various road users for road investments and road maintenance (FSM 7731.3, 7732.2, and ch. 30 and 60 of this handbook).

Traffic surveillance may require long-term analysis. Consider the purpose of the study, the means of carrying it out, the need to provide continuing information, and the method of financing it.

When a description of the character of traffic is needed, conduct a classification survey to identify vehicle types and uses. Origin-destination and travel time studies provide information for special transportation analysis purposes.

## 51.2 - Accident Surveillance

The Forest Service Highway Safety Program (FSM 7733.2) requires a program for the identification and surveillance of crash locations. The objectives of this program are to reduce accidents, reduce accident severity, and prepare engineering investigations necessary to establish facts pertinent to potential tort claims and litigation.

The following are minimum requirements for the accident surveillance program:

1. Develop a procedure to identify and inventory accident locations.

2. Coordination with State and local law enforcement authorities, as they often have records of crashes the Forest Service does not.

3. Emphasize surveillance of high frequency and severity (serious bodily injury or death) accident sites.

4. Develop procedures to analyze the design, maintenance, and operating features associated with accident locations.

5. Identify and prioritize actions for eliminating or mitigating hazards to reduce accidents. Assign highest priority to those actions making the greatest reductions in frequency or severity of crashes per dollar of funds spent.

6. Develop measures to evaluate the effectiveness of the program.

## 51.3 - Accident Investigations

As a minimum, obtain a copy of investigation reports prepared by Forest Service, State, or local law enforcement authorities. In the case of severe accidents (potentially disabling injury, multiple injuries, or death) additional accident investigations should be conducted by either Forest Service personnel with professional engineering registrations or legally recognized experts, such as State or county investigators and private consultants. Additional investigations should be done while evidence at crash sites still exists, normally within 24 hours of the accident.

1. Accident Data. At a minimum, gather the following information:

   a. Time and location.

   b. Driver and passengers: age, condition (any obvious factors such as pre-existing physical impairments or use of alcohol or drugs), and injuries.

c. Vehicles: type, condition, and damage.

d. Other modes: such as pedestrians, bicycles, ATVs, snowmobiles, and so forth.

e. Weather conditions.

f. Daylight or dark.

g. Road surface conditions (wet/dry, roughness, ice/snow, and so forth) and geometrics (measurements).

h. Probable causes and accident sequence.

i. Diagrams and photos.

j. Names of witnesses, attending medical personnel, and responding law enforcement and rescue personnel.

2. Road Data. As part of the accident investigation, obtain and include in the report information about the road's characteristics and its operation. Some of this information may be available from previous studies, inventories, and project records retained on the forest. The rest should be developed in the field. The information includes the following:

a. Copy of approved road management objectives (FSM 7714).

b. Design elements and standards.

c. Traffic volumes and characteristics.

d. Traffic control devices (warning signs, striping, guardrail,) and their condition at time of accident.

e. Traffic engineering studies and resulting sign warrants.

f. Maintenance standards (operational and objective maintenance levels), maintenance records for the specific site, and current approved road maintenance plan for the unit.

g. Crash history data from accident surveillance records and any on-site evidence of prior crashes.

h. Improvements that have been programmed.

i. Commercial haul, commercial maintenance, or commercial work zone activity present at time of accident. Obtain copies of applicable contract documents or permits.

3. Recommendation to Correct Deficiencies. In the event an investigation identifies conditions that require immediate correction to prevent further severe crashes, these should be documented in the report and discussed with both the forest supervisor and the Office of General Counsel. The conditions must be corrected as soon as possible.

4. Record Retention. Retain all accident investigation information for at least 5 years. Consider including copies of applicable FSM and FSH direction and Regional and Forest supplements.

5. Freedom of Information Act. Investigation reports are not available through the Freedom of Information Act. They are part of the Government's defense in the event of claims and litigation and are considered attorney-client privileged. Engineers preparing reports should be prepared to testify regarding findings in potential litigation.

## 52 - COORDINATION OF USES

### 52.1 - Consistency

Regulation of use on National Forest System roads should be consistent with State laws. Provide consistent road user information (signs, maps, enforcement) within the same political jurisdiction (that is, State) to avoid confusing users and other agencies that assist in administering and enforcing laws and regulations on National Forest lands. When deviating from State law by an order, the Forest Service accepts the enforcement responsibility for that order.

### 52.2 - Mixed Use on National Forest System Roads

Motor vehicle use on National Forest System roads must be in accordance with designations on the motor vehicle use map. Not all roads are designated as open to motor vehicles. Roads may be designated open to "Highway Legal Vehicles" (FSM 7710.5) with licensed operators only, or open to "Mixed Use," which includes both "Highway Legal" and "Non-Highway Legal" motor vehicles. Policy regarding analysis procedures for making recommendations regarding designations for Motorized Mixed Use is found in FSH 7709.55, chapter 30.

### 52.3 - Advance Notice of Changes

Provide advance notice of planned use changes on roads. Notify the public when the decision is made to implement changes in road use. If feasible, allow adequate time for users to make alternative travel plans. Emergency or unexpected changes in road availability or condition may require the use of news releases or spot announcements on radio or television.

## 52.4 - Maps and Signs

Use the forest visitor map and special travel maps to provide travel information to users. Assure that route numbers on maps match route number signs on the ground. Use appropriate guide signs when an "encourage use" travel management strategy is in effect. Portray information on maps and signs in a consistent and understandable manner. Signing should follow the guidelines and procedures in EM-7100-15.

# FOREST SERVICE HANDBOOK
# NATIONAL HEADQUARTERS (WO)
# WASHINGTON, DC

## FSH 7709.59 – ROAD SYSTEM OPERATIONS AND MAINTENANCE HANDBOOK

## CHAPTER 60 – ROAD MAINTENANCE

**Amendment No.:** 7709.59-2021-1

**Effective Date:** August 10, 2021

**Duration:** This amendment is effective until superseded or removed.

**Approved:** TINA J. TERRELL
Associate Deputy Chief, NFS

**Date Approved:** August 9, 2021

**Posting Instructions:** Amendments are numbered consecutively by Handbook number and calendar year. Post by document; remove the entire document and replace it with this amendment. Retain this transmittal as the first page(s) of this document. The last amendment to this Handbook was 7709.59-2009-1 to 7709.59 Chapter 60.

| | | |
|---|---|---|
| **New Document** | 7709.59, 60 | 28 Pages |
| **Superseded Document(s) by Issuance Number and Effective Date** | 7709.59, 60<br>(Amendment 7709.59-2009-1, 2/5/2009) | 18 Pages |

**Digest:**

62.1 – Removes "bridge replacement" from list of maintenance items.

63.22 – Removes obsolete cross reference and updates with new cross reference. Adds exhibit 01, Cooperative Road Maintenance Agreement.

## Table of Contents

**61 - MAINTENANCE CRITERIA** .......... 3
**62 - ROAD MAINTENANCE MANAGEMENT SYSTEM** .......... 3
62.1 - Scope .......... 4
62.2 - Information Requirements .......... 5
62.3 - Maintenance Levels .......... 5
62.31- Factors .......... 5
62.32 - Maintenance Level Descriptions .......... 6
62.33 - Management Decisions About Maintenance Levels .......... 7
62.4 - Maintenance Activities and Maintenance Standards [RESERVED] .......... 8
62.5 - Condition Surveys .......... 8
62.6 - Maintenance Prescription .......... 8
62.7 - Maintenance Plans .......... 8
62.71 - Plan Contents .......... 9
62.72 - Plan Development .......... 9
62.73 - Plan Approval .......... 10
62.8 - Plan Implementation and Monitoring .......... 10
62.81 - Scheduling .......... 10
62.82 - Performance .......... 10
62.83 - Inspection .......... 10
62.84 - Monitoring and Evaluation .......... 10
**63 - MAINTENANCE SHARING** .......... 11
63.1 - Principles .......... 11
63.2 - Sharing Requirements .......... 13
63.21 - Timber Sale and Resource Stewardship Contracts .......... 13
63.22 - Cost Share Agreements .......... 13
63.23 - Road Maintenance Agreements .......... 23
63.24 - Road Use Permits .......... 23
63.25 - Special Use Authorizations .......... 23
63.26 - Off-Highway Haul .......... 23
63.3 - Methods of Sharing .......... 23
63.31 - Work Performance .......... 23
63.32 - Cooperative Work .......... 23
63.33 - Deposited Funds .......... 24
63.34 - Contributed Materials .......... 24
63.35 - Forest Service Payment .......... 24
63.4 - Commensurate Sharing .......... 25
63.41 – Responsibility and Associated Costs .......... 25
63.42 - Construction-Induced Maintenance .......... 27
63.43 - National Forest Administration Generated Maintenance .......... 28
**64 - EMERGENCY PROCEDURES** .......... 28

This chapter provides guidelines for determining road maintenance criteria, using the Forest Service Road Maintenance Management System, for sharing road maintenance responsibilities and obligations with other road users, and for planning for emergency situations.

## 61 - MAINTENANCE CRITERIA

Maintenance criteria describe how a road is to be maintained. The criteria include:

1. Requirements for the protection of adjacent resources or improvements such as streams, lakes, vegetation, and facilities.

2. Smoothness required for desired operating speed and for user comfort and convenience. The level of smoothness should be consistent with the road design.

3. Acceptability of dust.

4. Season of use and approximate volumes and types of traffic.

5. Current and future road operation and maintenance strategies.

Continually review and update information to ensure that maintenance criteria remain consistent with management area direction, resource program needs, road management objectives, and available resources. Line and interdisciplinary staff participation in this process is essential.

Document road maintenance criteria through road management objectives (ch. 10).

## 62 - ROAD MAINTENANCE MANAGEMENT SYSTEM

The Road Maintenance Management System provides a systematic process for field units to effectively and efficiently manage their road maintenance programs. Use the Road Maintenance Management System to set priorities, plan, budget, schedule, perform, monitor, and evaluate maintenance of forest roads.

Select road maintenance levels consistent with road operation and maintenance criteria. Perform condition surveys, as necessary, to determine existing road conditions. Develop maintenance prescriptions to correct identified deficiencies. Rank maintenance prescriptions in order of priority.

Combine maintenance prescriptions to develop the annual Forest Road Maintenance Plan (FSM 7732.11). Consider all National Forest System roads and other Forest Service-maintained roads. As a minimum, the plan should document the following:

1. Work to be accomplished (maintenance activities).

2. Who will perform the work (Forest Service, timber purchaser, county, cooperator, and so forth).

3. Estimated cost of the work.

4. How will the work be financed (Federal appropriations, purchaser deposits, and so forth).

5. How will the work be accomplished (force account/employees, contract, and so forth).

6. When will the work be accomplished.

7. What needed work will not be accomplished.

Modify the plan as necessary to balance requirements with available resources. For example, if estimated costs exceed available funding, it may be necessary to defer work, reduce maintenance frequencies, close roads, or allow roads to deteriorate. Correlate modifications with resource program needs and road operation and maintenance criteria. Obtain line approval of the proposed maintenance plan (FSM 7732.04c).

Schedule and accomplish work in accordance with approved plan. Continually evaluate work accomplishments; make needed revisions and report accomplishments. Use the current year's program evaluation as input to develop future years' programs and update maintenance activity standards.

## 62.1 - Scope

Road maintenance includes any expenditure in the repair or upkeep of a road necessary to perpetuate the road and provide for its safe use. Work items may include surface rock replacement, seal coats and asphalt overlays, slide removal, and other items that contribute to the preservation of the existing road. Road maintenance is not intended to substantially improve conditions above those originally constructed; however, there may be a need for adding to or modifying the original conditions without increasing service provided. Typical examples of these activities include installing additional minor culverts and traffic control devices, implementing traffic management strategies, placing small quantities of spot surfacing, and revegetating cut and fill slopes.

Some roads may be allowed to disinvest to allow uncompensated deterioration of assets gradually over time. For example, a road may need to be operated and maintained at a higher level during periods of commercial use than is required at other times.

Other situations may require that a road be stabilized to preserve the road structure and/or to reduce erosion and then stored (maintenance level 1) between use cycles. Some maintenance work activities may be deferred while the road is in a planned disinvestment or a stored cycle.

This work may be accomplished at some future date through maintenance or reconstruction, depending on complexity and extent. Opening a stored road is normally considered maintenance. Work performed to raise a stored road's service level above that to which it was originally constructed is considered to be road reconstruction and should be financed accordingly.

Decommissioning and/or returning a roadway to resource production is not considered maintenance. Funding for such work is a resource program responsibility. Appropriated road maintenance funds may be used for decommissioning if authorized by Congress in annual appropriations bills.

## 62.2 - Information Requirements

Record current inventory data road management objectives in Infra Travel Routes. Maintain a permanent road file to document, on an as needed basis, other pertinent road maintenance information such as maintenance criteria, traffic data, traffic accident records, road logs, condition surveys, as-built drawings, and final construction reports.

## 62.3 - Maintenance Levels

Maintenance levels define the level of service provided by, and maintenance required for, a specific road. Maintenance levels must be consistent with road management objectives and maintenance criteria.

## 62.31- Factors

Consider the following factors when selecting maintenance levels:

1. Road Management Objectives.
2. Road investment protection requirements.
3. Service life and current operational status.
4. User safety.
5. Volume, type, class, and composition of traffic.
6. Surface type.
7. Travel speed.

8. User comfort and convenience.

9. Functional classification.

Roads may be currently maintained at one level and planned to be maintained at a different level at some future date. The operational maintenance level is the maintenance level currently assigned to a road considering today's needs, road condition, budget constraints, and environmental concerns; in other words, it defines the level to which the road is currently being maintained. The objective maintenance level is the maintenance level to be assigned at a future date considering future road management objectives, traffic needs, budget constraints, and environmental concerns. The objective maintenance level may be the same as, or higher or lower than, the operational maintenance level. The transition from operational maintenance level to objective maintenance level may depend on reconstruction or disinvestment.

## 62.32 - Maintenance Level Descriptions

Maintenance levels 1-5 (operational and objective) are described in the following paragraphs:

1. LEVEL 1. These are roads that have been placed in storage between intermittent uses. The period of storage must exceed 1 year. Basic custodial maintenance is performed to prevent damage to adjacent resources and to perpetuate the road for future resource management needs. Emphasis is normally given to maintaining drainage facilities and runoff patterns. Planned road deterioration may occur at this level. Appropriate traffic management strategies are "prohibit" and "eliminate" all traffic. These roads are not shown on motor vehicle use maps.

Roads receiving level 1 maintenance may be of any type, class, or construction standard, and may be managed at any other maintenance level during the time they are open for traffic. However, while being maintained at level 1, they are closed to vehicular traffic but may be available and suitable for nonmotorized uses.

2. LEVEL 2. Assigned to roads open for use by high clearance vehicles. Passenger car traffic, user comfort, and user convenience are not considerations. Warning signs and traffic control devices are not provided with the exception that some signing, such as W-18-1 “No Traffic Signs,” may be posted at intersections. Motorists should have no expectations of being alerted to potential hazards while driving these roads. Traffic is normally minor, usually consisting of one or a combination of administrative, permitted, dispersed recreation, or other specialized uses. Log haul may occur at this level. Appropriate traffic management strategies are either to:

a. Discourage or prohibit passenger cars, or

b. Accept or discourage high clearance vehicles.

3. LEVEL 3. Assigned to roads open and maintained for travel by a prudent driver in a standard passenger car. User comfort and convenience are not considered priorities. The Manual on Uniform Traffic Control Devices (MUTCD) is applicable. Warning signs and traffic control devices are provided to alert motorists of situations that may violate expectations.

Roads in this maintenance level are typically low speed with single lanes and turnouts. Appropriate traffic management strategies are either "encourage" or "accept." "Discourage" or "prohibit" strategies may be employed for certain classes of vehicles or users.

4. LEVEL 4. Assigned to roads that provide a moderate degree of user comfort and convenience at moderate travel speeds. Most roads are double lane and aggregate surfaced. However, some roads may be single lane. Some roads may be paved and/or dust abated. Manual on Uniform Traffic Control Devices is applicable. The most appropriate traffic management strategy is "encourage." However, the "prohibit" strategy may apply to specific classes of vehicles or users at certain times.

5. LEVEL 5. Assigned to roads that provide a high degree of user comfort and convenience. These roads are normally double lane, paved facilities. Some may be aggregate surfaced and dust abated. Manual on Uniform Traffic Control Devices is applicable. The appropriate traffic management strategy is "encourage."

## 62.33 - Management Decisions About Maintenance Levels

Roads assigned to maintenance levels 2-5 are either constant service roads or intermittent service roads during the time they are open to traffic.

Roads closed to public motor vehicle use, but which receive Forest Service administrative traffic, are constant service roads and are thus not level 1. The need to maintain a road for the effects of traffic is not a function of vehicle ownership.

The distinction between maintenance levels 1 and 2 is sharply defined. Level 1 roads are roads placed in storage with all vehicular traffic eliminated. Level 2 roads are passable by prudent drivers in high clearance vehicles.

The distinction between maintenance levels 2 and 3 is also sharply defined. Level 2 roads are not maintained to be passable to standard four wheel passenger cars. No provision is made for user comfort, user convenience, and speed of travel. Neither is any provision made to warn users about changing conditions and safety concerns on the road ahead. On the other hand, level 3 roads are passable to prudent drivers in passenger cars. Users can reasonably drive with expectations of predictable road conditions and can expect warning signs and traffic control devices meeting Manual on Uniform Traffic Control Devices standards when hazards are present.

The distinctions between maintenance levels 3, 4, and 5, which are roads managed as public roads (FSM 7730.5), are not sharply defined. Some parameters overlap. Select maintenance levels based on the best overall fit of the parameters for the road in question. In those situations where the parameters do not indicate a definite selection, use the desired level of user comfort and convenience as the overriding criteria to determine the maintenance level.

Road surface smoothness and speed of travel are not the only factors that determine operational road maintenance level. The economics of commercial haul may result in the surfaces of level 2 roads being maintained in a very smooth and dust free condition. Such roads can be driven at high rates of speed. However, unless engineering studies have been performed to identify whether any warning signs and traffic control devices are needed for a mix of all vehicle types at 85th percentile speeds and any needed signs and devices have been installed, a “discourage passenger car” traffic management strategy must remain in place, and the road still should be considered operational level 2.

## 62.4 - Maintenance Activities and Maintenance Standards [RESERVED]

## 62.5 - Condition Surveys

Perform condition surveys as needed to provide up-to-date knowledge of the road condition. Itemize and rank deficiencies needing correction, make recommendations for developing or updating the maintenance prescription, and provide information for traffic management decisions. Frequency and intensity of condition surveys will vary with the road maintenance level and the risk involved.

## 62.6 - Maintenance Prescription

Maintenance prescriptions identify the type and extent of tasks, location, frequency, and constraints in sufficient detail to contract work, schedule crew and equipment, and purchase materials. They form the basis for the annual forest road maintenance plan. Update maintenance prescriptions as needed to reflect changes in management objectives, maintenance criteria, funding, and condition survey findings. Prescription detail will vary depending on the tasks to be done, road maintenance level, materials, environment, and terrain. In the prescription, document work to be done annually, and work needed on a multi-year cyclical schedule.

## 62.7 - Maintenance Plans

Prepare an annual road maintenance plan based on work described and estimated in the maintenance prescriptions. Organize and integrate the work to be accomplished by the Forest Service and other road users and maintainers, including timber purchasers, cost-share cooperators, local governments, permittees, human resource and volunteer programs, and other Federal agencies.

## 62.71 - Plan Contents

Identify for each road or group of roads:

1. Specific work tasks.

2. Quantity of work.

3. Date work is to be accomplished (for example, spring or summer, or May or July).

4. Estimated costs.

5. Funding sources.

6. Work performance responsibilities.

Balance plan detail with the needs of the individual forest and the on-the-ground situation. Consider all National Forest System roads in the plan. Equate individual user's maintenance responsibilities with the requirements in their contract, cost share agreement, permit, or cooperative agreement as appropriate.

## 62.72 - Plan Development

Develop plans for different administrative units such as National Forests, ranger districts, zones, or counties as appropriate.

Maintenance needs often exceed available resources. In this situation, establish priorities to ensure that available funding is directed to the highest priority work. In adjusting plans to meet available resources, consider:

1. Deferring specific maintenance activities or other actions to reduce resource needs,

2. Implementing seasonal or yearlong road use restrictions,

3. Operating roads at maintenance levels less than objective maintenance levels, and

4. Modify road management objectives and/or land management and resource program objectives when significant changes are necessary.

## 62.73 - Plan Approval

Obtain approval in accordance with FSM 7732.04c.

## 62.8 - Plan Implementation and Monitoring

## 62.81 - Scheduling

Consider logical sequences of work accomplishments, seasonal limitations, unanticipated work, delays, and weather in developing the maintenance schedule. Unless a more specific schedule is required, schedule work by season (spring, summer, fall, or winter). Monitor and update the schedule to accommodate changes in work requirements, weather, workforce, equipment or materials availability, unanticipated road use, work performance by other maintainers, or emergency situations.

Include provisions in road maintenance contracts, cooperative agreements, and permits to adjust the anticipated work schedule as needed to conform with current needs and constraints.

## 62.82 - Performance

Perform a confirmation condition survey of the road to be maintained prior to initiating maintenance work to:

1. Confirm that the work activities specified in the maintenance plan still need to be accomplished, and/or

2. Determine if additional work is required. Modify plans and schedules accordingly.

## 62.83 - Inspection

Review completed work for compliance with maintenance specifications.

## 62.84 - Monitoring and Evaluation

Monitor work accomplishments and associated costs as needed to address management needs. Include samples of work accomplished by force account, contract, timber purchasers, and others. Summarize and analyze work accomplishment data as appropriate.

Evaluate overall program accomplishment for conformance with the road management objectives. Compare actual costs with estimated costs and budgeted funds.

Use accomplishment reports and field review reports to:

1. Monitor work performance against planned work program;

2. Make adjustments in the utilization of workforce, equipment, or methods of work;

3. Update maintenance standards; and

4. Estimate future maintenance needs and costs.

## 63 - MAINTENANCE SHARING

### 63.1 - Principles

Share financial responsibility for maintaining National Forest System (NFS) roads with cooperators, local governments, road users (commercial and noncommercial), or a combination thereof, commensurate with road use. See FSM 7732.03 for specific policy.

Allocate financial responsibility for costs associated with management of the NFS road system (road management objectives, condition surveys, maintenance prescriptions, traffic counting, maintenance planning, and other associated activities) to the Forest Service except that the financial responsibility for work made necessary by specific users or groups of users may be allocated to those specific users or groups of users. Other financial responsibilities depend, to some degree, on the type of traffic using the road. Exhibit 01 shows allocation of traffic types.

## 63.1 - Exhibit 01

## Traffic Types

| Traffic Type | Responsibility Allocated To |
|---|---|
| 1. General Use Traffic | State, local government, Forest Service; depending on individual situation (for example: Road jurisdiction, authority, use permits, Memorandums of Understanding, and order prohibitions). |
| 2. National Forest Traffic | |
| a. Forest Administrative Traffic | Forest Service* |
| b. Forest Commercial Traffic | Commercial User |
| c. Forest Visitor Traffic | Forest Service* |
| 3. Non-Forest Service Commercial Traffic | State, local government, Forest Service, commercial user; dependent upon individual situation (for example, road jurisdiction, authority, use permits, Memorandums of Understanding, and order prohibitions). |
| 4. Cooperator (Cost Share) Traffic | In accordance with agreement (FSM 5460). |

* Under certain conditions, responsibility is allocated to commercial users. See section 63.4

## 63.2 - Sharing Requirements

The legal basis for requiring road users to share in the maintenance of National Forest System roads is found in Title 36, Code of Federal Regulations, section 212.5. Implement these sharing requirements through contracts, permits, and agreements as described in the following sections.

## 63.21 - Timber Sale and Resource Stewardship Contracts

Provision B/BT5.3 of Timber Sale Contract Forms FS-2400-6/6T, and FS-2400-3/3T, and provision F/FT.3 of Integrated Resource Timber Contract form FS-2400-13/13T, makes timber sale purchasers and stewardship contractors responsible for road maintenance commensurate with their use. Integrated Resource Service Contracts contain a clause similar to the provision in the timber contracts. Include maintenance specifications and/or special requirements in the appropriate C/CT and K/KT provisions of the Timber Sale or Stewardship Contract. See FSH 2409.15, chapter 40, Timber Sale Administration Handbook, and FSH 2409.15, chapter 50, Timber Sale Administration Handbook for specific direction.

## 63.22 - Cost Share Agreements

Cooperatively maintain the cost share road system to the agreed-upon maintenance level in a timely manner to the standards of original construction or reconstruction or as otherwise agreed to in writing (FSM 7732.24). Execute the Cooperative Road Maintenance Agreement in FSH 7709.59, Chapter 60, section 63.22, exhibit 01, with each cooperator for cooperative road maintenance in connection with road easements shared in a Road Right-of-Way Construction and Use Agreement or similar prior agreement between the Forest Service and private or state timber landowners. The Cooperative Road Maintenance Agreement was negotiated and agreed to by the Forest Service and the cooperators and is required by section 9 of the Road Right-of-Way Construction and Use Agreement, which was also negotiated and agreed to by the Forest Service and the cooperators.

## 63.22 – Exhibit 01

## Cooperative Road Maintenance Agreement

**U.S. DEPARTMENT OF AGRICULTURE**
**FOREST SERVICE**

**COOPERATIVE ROAD MAINTENANCE AGREEMENT**

**AUTHORITY:**
**National Forest Roads and Trails Act, 16 U.S.C. 532-538**

This Cooperative Road Maintenance Agreement (Agreement) is entered into by ___________ (the Cooperator) and the United States Department of Agriculture, Forest Service, __________ [Region/National Forest] (the Forest Service), also referred to individually as "party" and collectively as "parties," for roads covered by reciprocal easements granted by the parties pursuant to a Road Right-of-Way Construction and Use Agreement or similar prior agreement under which the Cooperator or another party and the Forest Service shared capital road costs (hereinafter "reciprocal easements"). The reciprocal easements provide for the parties' performance of maintenance and preservation of the roads for future use.

The roads covered by the reciprocal easements and this Agreement (covered roads) are listed in Appendix A.

### DEFINITIONS

The following definitions apply to this Agreement:

Equivalent Unit (EU). An average light vehicle having four or more wheels such as a passenger car, pick-up truck, or recreational vehicle moving over a given point in either direction.

Major Damage. Damage that:

1. Results from natural causes and is not repairable by recurrent maintenance; exceeds the damage that typically occurs in the area under normal operating conditions and procedures and is not anticipated or provided for in the Annual Maintenance Plan or requires additional capital expenditure to repair; or

2. Results from road use or a party's failure to make repairs that intentionally or unintentionally affects serviceability of a road or results in wear or damage that exceeds the wear or damage that typically occurs in the area under normal operating conditions and procedures.

Restoration. Work necessary to restore a road to the road standard agreed to by the parties.

Road Maintenance. Ongoing work needed to preserve or restore a road, including the surface, shoulders, roadside, structures, and any traffic control devices that are necessary for safe and efficient use of the road, to the standards of its original construction or reconstruction or as otherwise agreed to by the parties.

1. Deferred Maintenance. Road maintenance that is deferred for at least 1 year until it is needed or can be economically or efficiently performed.

2. Non-Traffic-Generated Maintenance. Road maintenance that is necessary as a direct result of normal weathering or other factors that cannot be attributed to traffic.

3. Recurrent Maintenance. Road maintenance that is performed as needed on a continuing basis with accomplishment annually or more frequently.

4. Traffic-Generated Maintenance. Road maintenance, other than repair of major damage, that is necessary as a direct result of or to minimize the effect of traffic.

Road Standard. A standard which is determined by the physical characteristics of a road, such as traveled way width, shoulders, pullouts, slope, curve widening, surfacing, and the definitive length and maximum sustained grade and pitch of those characteristics, and which is described in the road plans, drawings, or specifications or other documentation included in a supplement to the Road Right-of-Way Construction and Use Agreement or similar agreement.

Tributary Area. The land area eligible for roading and/or timber removal within a boundary that is determined by transportation analysis using break-even points for timber haul routes for normal logging systems and practicable helicopter logging. The tributary area may extend beyond the area covered by a Road Right-of-Way Construction and Use Agreement.

## TERMS AND CONDITIONS

### A. GENERAL TERMS

1. Authority. This Agreement is executed under the authority of the National Forest Roads and Trails Act, 16 U.S.C. 532-538; and Forest Service regulations at 36 CFR 212.3, 212.5(c)-(e), and 212.9(f), as amended.

2. Effective Date. This Agreement is effective when it is fully executed.

3. Requirement for this Agreement. The parties or their predecessors-in-interest have exchanged easements and shared construction costs for the covered roads pursuant to a Road Right-of-Way Construction and Use Agreement or similar prior agreement. The Road Right-of-Way Construction and Use Agreement provides for the parties to enter into a separate agreement for the performance of maintenance and sharing of costs for the covered roads.

4. Road Maintenance Standards. The covered roads shall be maintained in a timely manner to the road standards agreed upon by the parties, to the standards of original construction or reconstruction, or as otherwise agreed to by the parties in writing. Changes in road standards shall be documented in a signed and dated supplement to the Road Right-of-Way Construction and Use Agreement or similar agreement.

5. Scope of This Agreement. All road maintenance for the covered roads shall be performed and the associated costs apportioned between the parties in accordance with this Agreement, provided that nothing in this Agreement shall invalidate any provisions of the reciprocal easements granted by the parties pursuant to a Road Right-of-Way Construction and Use Agreement or similar prior agreement.

6. Road Reconstruction. If major damage occurs to any portion of a covered road or the parties agree that reconstruction of a covered road is needed, the parties shall endeavor to agree upon (a) the type of reconstruction to be performed and (b) the share of the cost of the reconstruction to be borne by the parties and the performing party. Agreement on the type of reconstruction and the cost sharing for the reconstruction shall be reflected in a supplement to the Road Right-of-Way Construction and Use Agreement or similar agreement for the covered roads.

7. Termination of This Agreement. This Agreement may be terminated by either party after 90 days written notice to the other party. Termination of this Agreement shall not affect any obligations incurred under this Agreement by the parties prior to its termination.

8. Modifications. Modifications of this Agreement must be in writing and must be signed and dated by both parties.

9. Removal of a Covered Road. If a covered road is removed from this Agreement, the Agreement shall terminate as to that covered road. The removing party shall remain responsible for any obligations incurred under this Agreement prior to the removal. All recurrent and deferred maintenance obligations (traffic-generated and non-traffic-generated) attributable to that covered road shall be calculated and reconciled in the Annual Maintenance Plan or, if the parties have no remaining covered roads, within a timeframe agreed to by the parties. The removing party may elect to perform any outstanding road maintenance obligations for the covered road or may elect to pay that party's share of the cost of the road maintenance to be performed.

10. Termination of a Reciprocal Easement. If a reciprocal easement terminates, this Agreement shall terminate as to that reciprocal easement.

11. Lack of Benefit to Members of Congress. Pursuant to 41 U.S.C. 22, no member of or delegate to Congress may benefit from this Agreement, either directly or indirectly.

12. Debarment and Suspension. The Cooperator shall immediately inform the Forest Service of any current or future debarment or suspension of the Cooperator or any of its principals from entering into covered transactions with the federal government under 2 CFR Part 180.

13. Third Party Beneficiary Rights. Nothing in this Agreement, express or implied, is intended to confer on any person other than the parties hereto, and their respective successors and assigns, any rights, remedies, obligations or liabilities under or by reason of this Agreement.

## B. ANNUAL MAINTENANCE PLAN

1. Scope and Timing. The parties shall prepare, sign, and date an Annual Maintenance Plan for the recurrent and deferred maintenance needed for the covered roads each year, consistent with the requirements, definitions, and other applicable information in this Agreement. The Annual Maintenance Plan may contain or reference other requirements, definitions, road maintenance specifications, materials and equipment rates, and information consistent with this Agreement that the parties mutually deem necessary to effectively maintain the covered roads to the latest standard agreed to by the parties. All covered roads should be considered, regardless of whether they are currently being used or will be used during the year covered by the Annual Maintenance Plan, in preparing the plan. The parties may agree to include in the Annual Maintenance Plan other roads for which the parties have shared construction costs. The Annual Maintenance Plan shall be agreed upon by May 1 of each year, or by another date agreed upon by the parties, and shall cover all road maintenance performed or planned to be performed during the year covered by the Annual

Maintenance Plan. When deemed necessary by the parties to plan for recurrent or deferred maintenance projects, the parties shall include work to be performed beyond the year covered by the Annual Maintenance Plan.

2. Dispute Resolution. If the Annual Maintenance Plan is not agreed to on time by the parties' principal contacts in paragraph E, unresolved issues shall be elevated to the next highest management level of the parties for resolution. Pending resolution, all agreed-upon portions of the Annual Maintenance Plan shall be implemented so that needed road maintenance is not delayed. If resolution cannot be reached, the parties shall exercise rights acquired or reserved under the reciprocal easements to ensure needed road maintenance is accomplished. Each party shall bear its proportionate share of the cost of the road maintenance performed pending resolution of disputes, consistent with this Agreement.

3. Contents. At a minimum, the Annual Maintenance Plan shall include the following for the covered roads in the plan:

   a. Road numbers and other identifying information for covered road segments and groups of covered roads;

   b. Length in miles;

   c. A description of traffic-generated and non-traffic-generated maintenance;

   d. Shares of annual traffic-generated and non-traffic-generated maintenance attributable to each party;

   e. Performance responsibility and any credit attributable to a party based on performance beyond that party's share;

   f. The total traffic-generated and non-traffic-generated maintenance obligation for each party for the year; and

   g. For each surfaced covered road or group of surfaced covered roads, an estimate of the cumulative total traffic or the actual share percentages attributable to each party since original construction, reconstruction, the most recent surface rock replacement, or since all traffic-generated deferred maintenance obligations were last reconciled and satisfied.

   The parties shall estimate and document the items in paragraphs B.3.a through B.3.g before May 1, or by another date agreed to by the parties, each year based in part on the annual accounting for the previous year.

   The parties may elect to discuss additional items such as, but not limited to, descriptions of deferred maintenance and the total amount of cumulative deferred maintenance that may be performed in subsequent years.

4. Revisions. The parties may jointly revise the Annual Maintenance Plan. Revisions to the Annual Maintenance Plan must be in writing and must be signed and dated by the parties.

5. Annual Reconciliation. Before preparation of the Annual Maintenance Plan each year, the parties shall reconcile in writing the amount of projected road use and the amount and cost of projected road maintenance under the Annual Maintenance Plan for the previous year with the amount of actual road

use and the amount and cost of actual road maintenance under the Annual Maintenance Plan for that year. If the annual reconciliation shows that either party has underpaid its proportionate share of the cost of road maintenance under the Annual Maintenance Plan, that party shall make a cash payment to the other party for the amount of the underpayment. If the annual reconciliation shows that either party has overpaid its proportionate share of the cost of road maintenance under the Annual Maintenance Plan, the other party shall make a cash payment to the overpaying party for the amount of the overpayment, unless, the parties agree to carry an underpayment or an overpayment forward to the next Annual Maintenance Plan.

6. General and Administrative Costs. Obligations incurred by or amounts owed to either party under this Agreement may include necessary general and administrative costs that are identified in advance and agreed to by the parties in the Annual Maintenance Plan.

7. Noncompliance.

   a. Inability to Perform. If one party finds it cannot perform its obligations in the Annual Maintenance Plan, that party shall notify the other party in writing so that alternate arrangements can be made for completing the road maintenance.

   b. Failure to Perform. If one party is not performing its obligations in the Annual Maintenance Plan, the other party shall notify the responsible party in writing. The responsible party shall make arrangements to correct the deficiencies as soon as practicable and shall notify the other party in writing of those arrangements. If the deficiencies are not corrected within a timeframe agreed to by the parties, the other party may complete the road maintenance. Cost records shall be adjusted to reflect credit for the completed work.

## C. COST SHARING

1. Basis for Cost Sharing.

   a. The basis for sharing the cost of road maintenance for each covered road or group of covered roads shall be shown in the Annual Maintenance Plan. The following lists display examples of traffic-generated and non-traffic-generated maintenance. Additional types of road maintenance may be included in the Annual Maintenance Plan, as appropriate. Types of maintenance may be moved between traffic and non-traffic categories as agreed to by the parties in the Annual Maintenance Plan.

| Traffic-Generated | Non-Traffic-Generated |
|---|---|
| Surface blading | Minor drainage structure replacement |
| Bridge maintenance | Brushing |
| Dust abatement | Ditch cleaning |
| Cattle guard (cleanout) | Cattle guard (replacement) |
| Gate repair | Culvert cleaning |
| Surface rock replacement | Slide removal/repair |
| Asphalt maintenance | Re-vegetation and seeding |
| Pavement markings | Signing (road functions and safety) |
| Signing (temporary traffic control) | Gate repair |

b. National Forest Traffic – The traffic generated by use of National Forest System lands and other lands, exclusive of Cooperator traffic.

c. Cooperator Traffic – The traffic generated by use of lands owned or controlled by the Cooperator, except such traffic as is generated by non-commercial recreational use of Cooperator's lands.

2. Traffic-Generated Maintenance. Unless otherwise agreed to by the parties, all traffic-generated maintenance shall be shared on the basis of proportionate use attributable to each party, based on the number of EUs assignable to each party in accordance with the following:

a. On all covered roads except those that are paved or have a bituminous surface, a factor of 5 EUs per 1,000 board feet (MBF) of logs shall be used to convert the gross weight of logging trucks. A factor of 4,800 pounds shall be used to convert the gross weight of other types of commercial hauling on these covered roads to EUs.

b. On all paved and bituminous-surfaced covered roads, each MBF of logs hauled, including one round trip by a log truck and a support vehicle, shall be equal to 20 EUs. A factor of 1,200 pounds shall be used to convert the gross weight of other types of commercial hauling on these covered roads to EUs.

c. Calculate the EUs for hauling other commercial products or due to specific circumstances as follows:

For native and gravel-surfaced covered roads:

(1) Computations shall be based on local cost data, or other applicable information as agreed to by the parties, from traffic-generated maintenance studies.

(2) Where traffic-generated maintenance studies have not been completed, but data on load and vehicle weights are available, computations shall be based on the following formula:

$$Number\ of\ EUs\ per\ MBF = (A/B)/C,$$

Where A = loaded truck weight + empty truck weight + support vehicle weight,
B = weight of the EU vehicle, and
C = MBF per loaded truck.

The weight of the EU vehicle used above shall be used to convert the gross weight of other commercial vehicles to EUs.

All vehicle weights calculated under this Agreement are a gross measure and are based on typical vehicles traveling on the covered roads.

d. Shares of traffic-generated maintenance resulting from noncommercial (recreational and administrative) use shall be based on EUs attributable to each party determined by traffic counts or another method agreed to by the parties.

3. Non-Traffic-Generated Maintenance. All non-traffic-generated maintenance obligations for a covered road shall be assigned on the basis of each party's proportionate share of the total accumulated capital value of the covered road. Where no capital value records exist, or where land adjustments

have occurred, non-traffic-generated maintenance obligations shall be based upon each party's proportionate ownership of the tributary area accessed by the covered road.

4. Deferred Maintenance. The parties are obligated to pay or perform their proportionate share of deferred maintenance for the covered roads. Each party's proportionate share of traffic-generated deferred maintenance shall be determined based on the traffic (e.g., equivalent units or MBF) attributable to each party's proportionate use of the covered roads as described in paragraph C.2. Each party's proportionate share of non-traffic-generated deferred maintenance shall be determined based on the proportionate share assigned to each party for the covered roads as described in paragraph C.3. Credit attributable to a party based on performance beyond that party's share for deferred maintenance performed can be used to offset any other agreed road maintenance costs. That credit shall be in writing and shall be included in the Annual Maintenance Plan.

5. Major Damage. The cost of repairing major damage resulting from natural causes shall be shared in accordance with section 10 of the Road Right-of-Way Construction and Use Agreement or a similar prior agreement between the parties. The cost of repairing major damage resulting from road use or a party's failure to make timely repairs shall be borne entirely by the party causing the damage. Road use by either party that will cause major damage to a covered road may not occur without prior written approval from all owners of the covered road.

6. Replacement of Major Road Structures. Replacement of major road structures such as but not limited to retaining walls, major drainage structures, and bridges is a capital investment and is not subject to cost sharing under this Agreement. The cost of replacement of major road structures shall be shared pursuant to section 10 of the Road Right-of-Way Construction and Use Agreement or similar prior agreement.

7. Revisions to Road Standards. Reductions and upgrades, other than unilateral upgrades, in road standards for the covered roads require mutual agreement of the parties. Reductions and joint upgrades in road standards for the covered roads must be documented in a supplement to the Road Right-of-Way Construction and Use Agreement or similar agreement. When a road standard for a covered road is jointly reduced or upgraded, any resulting changes in the parties' deferred maintenance obligations shall be determined by the parties and documented and reconciled in the Annual Maintenance Plan.

8. Unilateral Upgrades in Road Standards. When one party unilaterally upgrades the road standard for a covered road, the other party's road maintenance obligation shall be based on the cost to maintain the covered road to the previously existing road standard. A unilateral upgrade in the road standard for a covered road may not interfere with the serviceability of the covered road to the other party. Road standards shall not be unilaterally downgraded.

9. Winter Road Use. Unless otherwise agreed to by the parties, when one party uses a covered road in the winter, that party shall bear the cost of snow plowing, spreading abrasives, de-icing, and any necessary signing and traffic control devices. When a covered road is used by both parties in the winter, the cost of associated snow plowing, spreading abrasives, de-icing, and any necessary signing and traffic control devices shall be shared by the parties in proportion to their use. Chemicals for de-icing shall be agreed upon by both parties prior to application.

## D. OPTIONS FOR FULFILLING ROAD MAINTENANCE OBLIGATIONS

Prior to commencing any road maintenance, the parties shall describe the work to be performed, document the estimated costs, discuss the amortization of the costs of the work, and determine which

party will perform the work. The basis for determining costs for such road maintenance may include but is not limited to engineering estimates, local contractor rates, material costs, or the applicable Regional Cost Guide.

Any of the following options may be used individually or in combination to fulfill obligations to perform and finance road maintenance under this Agreement. In lieu of cash payment in paragraphs D.1 and 2 below, the parties may mutually agree to provide materials; to apply a previous overpayment which had been carried forward from an annual reconciliation; or to carry forward an underpayment when appropriate. The options selected shall be documented in the Annual Maintenance Plan.

1. Recurrent Maintenance.

   a. Maintenance by One Party. One party assumes the responsibility for performing all recurrent maintenance under the Annual Maintenance Plan. The other party shall pay for its proportionate share of the recurrent maintenance in cash. If the Forest Service is the performing party, the Cooperator shall deposit with the Forest Service, in advance of the work to be performed, sufficient funds in one or more payments to cover the Cooperator's projected proportionate share of the cost. If the Cooperator is the performing party, the Forest Service shall reimburse the Cooperator in a timely manner, in one or more payments, for the Forest Service's projected proportionate share of the cost after the work has commenced.

   b. Maintenance by Both Parties. The parties share responsibility for performing recurrent maintenance under the Annual Maintenance Plan. Each party's proportionate share shall be specified in the Annual Maintenance Plan. The proportionate shares may be revised with the mutual agreement of the parties. Revisions to the proportionate shares must be in writing.

2. Deferred Maintenance.

   a. Maintenance by Either Party and Payment by the Other Party as Maintenance Occurs. Either party performs deferred maintenance, and the other party pays for its proportionate share of deferred maintenance as it occurs. If the Forest Service is the performing party, the Cooperator shall deposit with the Forest Service, in advance of the work to be performed, sufficient funds in one or more payments to cover the Cooperator's projected proportionate share of the cost. If the Cooperator is the performing party, the Forest Service shall reimburse the Cooperator in a timely manner, in one or more payments, for the Forest Service's projected proportionate share of the cost after the work is accomplished by the Cooperator and accepted by the Forest Service.

   b. Maintenance by Either Party and Payment by the Other Party, or Maintenance by Both Parties and Reconciliation of Costs After Maintenance is Completed. Either party performs deferred maintenance, and the other party pays for its proportionate share of deferred maintenance after it is completed. Alternatively, both parties perform deferred maintenance, and each party's projected deferred maintenance costs are reconciled against each party's actual deferred maintenance costs during the annual reconciliation, unless otherwise agreed to by the parties.

## E. PRINCIPAL CONTACTS AND OFFICIALS WITH DELEGATED AUTHORITY

The following positions are the principal contacts for this Agreement and have delegated authority to implement this Agreement, including executing any necessary documents.

Cooperator Contact and Authorized Official

[title]
[address]
[telephone number]
[email address]

Forest Service Contact and Authorized Official

[title]
[address]
[telephone number]
[email address]

The Cooperator and the Forest Service shall notify each other in writing of any changes in the information regarding their respective principal contact and authorized official.

FOR THE COOPERATOR

By: ________________________________________

Name and Title: ______________________________

Date: ________________________________________

FOR THE FOREST SERVICE

By: ________________________________________

Name and Title: ______________________________

Date: ________________________________________

## APPENDIX A

## COVERED ROADS

**XX National Forest**
**XX Cooperator**
**XX Agreement Area**

| Road No. | Road Name | Segment | Length | Shares Cooperator | Shares FS |
|---|---|---|---|---|---|

### 63.23 - Road Maintenance Agreements

Implement maintenance agreements with State, county or local government agencies, and other Federal agencies to document the sharing of road maintenance responsibilities. See FSM 1530 for policy and model agreement for the exchange of road maintenance responsibilities or maintenance operations between Federal agencies. See FSH 1509.11, Grants and Agreements Handbook, chapter 30, for direction and sample agreement for cooperative maintenance activities with States, counties, or local governments.

### 63.24 - Road Use Permits

Include appropriate road maintenance requirements in Road Use Permit, form FS-7700-41, when authorizing use of existing National Forest System roads where unrestricted road use has been limited by a road order pursuant to Title 36, Code of Federal Regulations, section 261.54 and where use is not covered by contract, authorization, or agreement.

### 63.25 - Special Use Authorizations

Include appropriate road maintenance requirements in special use authorizations used to authorize construction of roads or to grant rights of use in existing roads. See FSM 2730 for specific policy and direction on special use permits.

### 63.26 - Off-Highway Haul

Limit sharing of road maintenance costs to that associated with standard highway load traffic. Except for unusual situations, the Forest Service does not share in maintenance costs attributable to Off-Highway Haul (OHH) (FSM 7730.5). Assign all maintenance costs attributable to OHH to the user.

### 63.3 - Methods of Sharing

Road users may redeem their maintenance sharing responsibilities in several different ways. The most common methods are described below.

### 63.31 - Work Performance

Require road users to perform road maintenance work equal in value to their commensurate road maintenance obligation. This may involve performing all or selected maintenance activities on a continuing or rotating basis.

### 63.32 - Cooperative Work

Use this procedure when the Forest Service performs or is responsible for performing a portion of the total maintenance job and the cooperator(s) is responsible for performing the remainder of

the total maintenance job. This procedure may also apply when the Forest Service agrees to fully maintain one road and the cooperator agrees to fully maintain another road. Use this procedure to enhance program efficiencies with other Federal agencies and local governments.

The policy statement on interagency exchange of road maintenance signed by the Forest Service, Fish and Wildlife Service, Park Service, Bureau of Land Management, and Bureau of Indian Affairs is the enabling document that provides an umbrella for the local officers of these agencies to enter into a yearly, seasonal, or periodic road maintenance agreement. See FSM 1531.07g for Policy and Model Interagency Road Maintenance Exchange Agreement.

Use this process to offset maintenance work on a value-for-value basis with counties and local government agencies. Develop cooperative agreements with counties and local government agencies that provide for the Forest Service to maintain county or local government roads and for the county or local governments to maintain National Forest System roads. Ensure that roads are included in the operating plan of the cooperative agreement and that offsetting maintenance work is on a value-for-value basis. When completed, verify that the agreed-to work has been performed and is of equal value.

### 63.33 - Deposited Funds

Use this procedure in situations where the user's share is relatively small in comparison with the total maintenance job, when it is not feasible for the user to perform the work, or when cyclical work (such as surfacing replacement or brush cutting) will not be required until some future date. Collect from users those funds that are equal in value to their maintenance obligation. Arrange for the maintenance work to be accomplished. See FSM 6510 for fiscal direction on use of deposited funds.

### 63.34 - Contributed Materials

Users may contribute maintenance materials, equal in value to their maintenance obligation, to the Forest Service. Include these materials in the Forest Service maintenance program either immediately or at some future date. Use this process in situations that require stockpiling of surfacing material, supplying culvert pipe or other drainage materials, supplying dust abatement, or other materials. The Forest Service also may contribute maintenance materials, equal in value to the Forest Service’s maintenance obligation, when other users will perform the work.

### 63.35 - Forest Service Payment

Pay the road user to perform the maintenance work for which the Forest Service is responsible. Follow established procurement procedures (FSM 6510).

## 63.4 - Commensurate Sharing

Knowledge of road users, types, classes, use season, and volumes of use for each route is necessary to properly assess responsibilities for maintenance.

Determine the amounts of such use by traffic surveillance and analysis. Estimate use if documented traffic data is not available.

Identifying other parties as having financial responsibility for road maintenance does not imply that the Forest Service has relinquished any of its management prerogatives or responsibility to ensure that maintenance is performed to prescribed standards. The Forest Service may authorize the user to actually perform the work or to deposit the monies to pay for performance by the Forest Service or some other party.

## 63.41 – Responsibility and Associated Costs

Determine the total costs associated with on-the-ground maintenance performance by computing the total amount of work of each activity to be performed and applying realistic costs. Next, determine each user's commensurate financial responsibility. The preferred procedure for this determination is described below. Other procedures may be used provided the procedures comply with the intent of the Forest Roads and Trails Act of 1964 (16 U.S.C. 532-538) and have been approved by the regional forester. This procedure is not applicable to cost share roads. See section 63.22 for direction on cost share roads. See FSM 2400 and FSH 2409.15, Timber Sale Administration Handbook, for policy and guidelines on timber sale maintenance requirements and allowances.

1. Roads Assigned to Maintenance Levels 1 and 2. Most roads managed in maintenance levels 1 or 2 prior to commercial use, experience only minor noncommercial traffic during periods of commercial use. If noncommercial traffic is significant during periods of commercial use, it may be discouraged with temporary traffic control warning signs about timber harvest activities or regulated by order (36 CFR 261) and signed accordingly. Therefore, the impact of noncommercial traffic on the total maintenance needs during periods of commercial use will usually be insignificant. The Forest Service is financially responsible for maintenance work made necessary due to closure trespass and for road damage caused by public use during periods when public traffic is significant (for example, hunting season).

    a. Maintenance Level 1 Roads. The Forest Service is financially responsible for basic custodial care during the nonuse period prior to commercial use, to keep the road stable, drainage functional, and resource damage at an acceptable level.

    The commercial user is financially responsible for opening the road and making it ready for use. Maintenance work to prepare a maintenance level 1 road for use is

normally limited to removal (opening) of closure devices, brushing, removal and/or repair of minor slides or slumps, cleaning of roadside ditches and drainage devices, and grading of traveled way. Use reconstruction procedures to accomplish work exceeding these guidelines.

The commercial user is financially responsible for maintaining the road during the period of commercial use. The closing of the road, following the period of use, is the financial responsibility of the last commercial user. The commercial user may perform the closure work or, at Forest Service option, deposit funds for the Forest Service to perform the work following completion of post sale activities. If the Forest Service requires the road to remain open for reasons not associated with the commercial activity, the Forest Service becomes financially responsible for closing the road at some future date.

b. Maintenance Level 2 Roads. Any maintenance work required to be completed prior to the start of commercial use to accommodate such use is the financial responsibility of the commercial user. Use reconstruction procedures to accomplish substantial improvements in road standard, to make extensive repairs, or to raise the traffic service level.

The commercial user is responsible for all required road maintenance during the period of commercial use.

2. Roads Assigned to Maintenance Levels 3, 4, and 5. Generally a mixture of commercial and noncommercial traffic exists on these roads.

a. Routine Maintenance. The financial responsibility for all routine maintenance is shared by the Forest Service and other users. Determine each user's financial responsibility on the basis of traffic units generated by their use. A traffic unit is defined as the average weight of a light, noncommercial vehicle having four or more wheels, passing a given point on a road, moving in either direction. Assign all other vehicles an equivalent traffic unit based on the ratio of their weight to that of the light, noncommercial vehicle. Establish the average weight of light, noncommercial vehicles based on sample traffic counts or other reliable data.

Limit Forest Service financial responsibility to a commensurate share of those maintenance activities required to be performed for the maintenance level assigned to the road prior to commencement of commercial use. For example, if dust abatement was not required prior to commercial use, but is required to accommodate commercial use, it should be financed entirely by the commercial user.

b. Other than Routine Maintenance. Determine the financial responsibility for other than routine maintenance in three different categories as follows:

(1) Surfacing Replacement. Establish surfacing replacement rates based on the best information available. Specify replacement rates by surfacing type and quantify in easily defined common units of measure such as cubic yards or tons of material per thousand board feet or ton-mile of haul. Use the following equation to determine each user's financial responsibility: User's financial responsibility = (Amount of haul) x (replacement rate) x (unit cost of material). Unit cost is estimated at the date of application, not to exceed the life of the timber sale, or 5 years for other situations.

The Forest Service is financially responsible for any deficit existing between the amount of funds collected by the above procedure and the total funds required to accomplish the work.

Commercial users may actually replace the surfacing on existing roads or deposit funds for future replacement by the Forest Service. The procedure to be followed will be determined by the Forest Service on a case-by-case basis.

(2) Maintenance Items with a Work Cycle of 5 Years or Less. The financial responsibility for this work is shared by the Forest Service and other users based on traffic units. Items of work may include brushing, pavement maintenance, and structure maintenance. Use the best information available to project traffic over the work cycle period. Estimate the cost of the work at the time of planned performance.

Also use this procedure in those situations where the life of a timber sale exceeds 5 years.

(3) Maintenance Items with a Work Cycle Exceeding 5 Years. Financial responsibility for this work is normally assigned to the Forest Service. Exceptions can be made, on a case-by-case basis, for unusual high cost items such as painting of large bridges whose work cycle exceeds 5 years.

## 63.42 - Construction-Induced Maintenance

Construction-induced maintenance includes all maintenance work resulting directly from delivery of materials, equipment, or personnel to, or from, a construction project.

The Forest Service is financially responsible for all construction-induced maintenance on existing National Forest System roads that provide access for Forest Service public works or timber sale contract road construction and/or reconstruction projects. Include construction-induced maintenance as a requirement in the public works or timber sale contract. Except in unusual situations, do not require maintenance deposits from either a public works or timber sale contractor for construction-induced maintenance.

Private parties and other users are financially responsible for all construction-induced maintenance on National Forest System roads that result from their construction activities on

either National Forest or non-National Forest lands when such use is restricted by order under Title 36, Code of Federal Regulations, section 261.54. Determine each party's financial responsibility in accordance with the procedures previously described. Maintenance deposits for construction-induced maintenance may be required from private parties and other users.

## 63.43 - National Forest Administration Generated Maintenance

National Forest administration generated maintenance includes all maintenance work resulting directly from delivery or removal of materials, equipment, or personnel to, or from, resource protection and service contract activities. This includes fire suppression and stewardship service contracts.

The Forest Service is financially responsible for all National Forest administration generated maintenance on National Forest System roads. Include maintenance for traffic as a requirement in stewardship service contracts and provide for it in the course of fire suppression. Except in unusual situations, do not require maintenance deposits in stewardship service contracts.

## 64 - EMERGENCY PROCEDURES

Prepare plans as needed to provide direction, guidance, and administrative procedures for dealing with emergency situations such as flood, landslide, earthquake, fire, or acts of terrorism.

The repair of serious damage to National Forest System roads resulting from natural disasters over wide areas or catastrophic failures may qualify for Emergency Relief for Federally-Owned (ERFO) roads through the Federal Highway Administration. See FSM 7732.26 for direction on repairs performed with ERFO funds.

United States
Department of
Agriculture

Forest Service

Engineering Staff

Washington, DC

September 1996

EM-7720-103

# Standard Specifications for Construction and Maintenance of Trails




008853

# CONTENTS

Section Page

900 General Specifications ........................................... 1

901 Abbreviations, Acronyms, and Terms ......................... 2
902 Definitions ..................................................................4
903 Intent of Contract .......................................................7
904 Maintenance for Traffic ..............................................8
905 Control of Materials ...................................................9
906 Measurement and Payment .......................................10
907 Quality Assurance and Quantity Measurement ...........12
908 Staking, Flagging, and Cleanup ................................13

Construction Specifications

910 Earthwork .... ........ ........... ............................15

911 Clearing and Grubbing ...... ..................................... 16
912 Excavation and Embankment ...................................18
913 Turnpike ...................................................................21
914 Switchbacks ..............................................................23
915 Existing Trail Restoration .........................................24
916 Removal of Structures and Obstructions ...................26

920 Drainage ...................................................................27

921 Culverts .....................................................................28
922 Waterbars .............................:.................................30
923 Rock Spillways .........................................................32
924 Underdrain ................................................................33

930 Structures .................................................................35

931 Log Stringer Bridge ...................................................36
932 Puncheon ...................................................................38
933 Trail Stairways ..........................................................40
934 Log Retaining Walls ..................................................42
935 Rock Retaining Walls ................................................44
936 Wire Baskets .............................................................46

940 Surfacing ...................................................................49

941 Aggregate Surfacing and Base Course .......................50
942 Hot Bituminous Plant Mix Trail Surfacing .................53
943 Cold Bituminous Mix Trail Surfacing ........................55
944 Grid Pavement Units .................................................57

950 Incidental Construction .......................................... 59

951 Mobilization ..........................................................60
952 Sign, Post, and Cairn Installation ............................ 61
953 Barriers ..................................................................63
954 Obliteration of Abandoned Trailways ...................... 64
955 Seeding and Mulching ........................................... 66

960 Materials ............................................................... 69

961 Rock, Grid Pavement Units, and Aggregate ............ 70
962 Material for Timber Structures ................................ 72
963 Drainage Pipe ........................................................ 73
964 Geosynthetics .........................................................74
965 Wire Baskets ......................................................... 76

Maintenance Specifications

981 Brush Cutting ......................................................... 80
982 Logging Out .......................................................... 81
983 Danger Tree Removal ............................................. 82
984 Loose Rock Removal .............................................. 83
985 Rock and Root Removal ......................................... 84
986 Borrow .................................................................. 85
987 Slide Maintenance .................................................. 86
988 Slough and Berm Removal ..................................... 87
989 Turnpike Maintenance ............................................ 88
990 Switchback Maintenance ........................................ 89
991 Drainage Maintenance ............................................ 90
992 Rock Retaining Wall ............................................... 92
993 Sign Repair and Placement ..................................... 93
994 Barrier Maintenance ............................................... 94

# Section 900
# General. Specifications

## Section 901-Abbreviations, Acronyms, and Terms

### 901.01 Terms, Organizations, and Standards

(a) Specification Terms. These specifications are generally written in the imperative mood. In sentences using the imperative mood, the subject "the Contractor," is implied. Also implied in this language is "shall," "shall be," or similar words or phrases. In material specifications, the subject may also be the supplier, fabricator, or manufacturer supplying material, products, or equipment for use on the project:

Wherever "directed," "required," "prescribed," or similar words are used, the "direction," "requirement," or "order" of the CO is intended. Similarly, wherever "approved," "acceptable," suitable," "satisfactory," or similar words are used, they mean "approved by," "acceptable to," or "satisfactory to" the CO.

The word "will" generally pertains to decisions or actions of the CO.

Whenever in these specifications, or in other contract documents, the following terms (or pronouns in place of them) are used, the intent and meaning shall be interpreted as follows: reference to a specific standard, test, testing method, or specification shall mean the latest published edition or amendment that is in effect at the solicitation issue date for the public works contracts.

(b) Abbreviations and Acronyms

| | |
|---|---|
| AASHTO | American Association of State Highway and Transportation Officials |
| ABS | Acrylonitrile-Butadiene-Styrene |
| AQ | Actual Quantities |
| APA | American Plywood Association |
| ASTM | American Society for Testing and Material |
| AWPA | American Wood Preservers Association |
| C.F. | Cubic Feet |
| CO | Contracting Officer |
| C.Y | Cubic Yards |
| DQ | Design Quantities |
| EA | Each |
| f () | feet |
| HDPE | High-Density Polyethylene |
| gal | gallon |
| hr | hour |
| in (") | inches |
| lb | pounds |
| L.F. | Linear Feet |
| LS | Lump Sum |
| LSQ | Lump Sum Quantities |
| mi | miles |
| NBS | National Bureau of Standards |
| NCMA | National Concrete Masonry Association |
| PE | polyethylene |

| | |
|---|---|
| PS | Product Standard issued by the U.S. Department of Commerce |
| PVC | polyvinyl chloride |
| S.F. | square feet |
| SQ | Staked Quantifies |
| S.Y | Square Yards |
| WCLIB | West Coast Lumber Inspection Bureau |
| W WPA | Western Wood Products Association |

(c) Slope notation (horizontal: vertical).

Section 902-Definitions

When the following terms, or pronouns in place of them, are used in these specifications or in other contract documents, the intent and meaning are as follows:

Base Course. The layer or layers of specified material of designed thickness placed on a trailbed to support surfacing.

Batter. A backward and upward slope of the face of a wall.

Berm. The ridge of material formed on the outer edge of the trail that projects higher than the tread.

Borrow. Suitable materials taken from approved sources designated on the drawings or on the ground, to be used for embankments and backfilling.

Bridge. A structure, including supports, erected over a depression or stream, and having a deck for carry traffic.

Cap Rock Rock placed in the top or uppermost layer in a constructed rock structure, such as a talus or rubble rock section or rock retaining wall.

Catch Point. The outer limits of a trailway where the excavation and/or embankment intersect with the ground line.

Clearing Limit. The area over and beside the trail that is cleared of trees, limbs, and other obstructions.

Climbing Tern. A reverse in direction of trail grade without a level landing used to change elevation on a steep slope.

Compacted. Consolidation that is obtained by tamping or rolling suitable material until no noticeable displacement of material is observed.

Contracting Officer (CO). An official of the Government with the authority to enter into, administer, and/or terminate contracts and make related determinations and findings. The term includes certain authorized represen-tatives of the CO acting within the limits of their authority as delegated by the CO.

Culvert. A drainage structure composed of rock, metal, or wood that is placed approximately perpendicular to and under the trailway.

Cushion Material. Native or imported .material, generally placed over rocky section of unsurfaced trail to provide a usable and maintained traveled way.

Danger Eree. An unstable tree 5" or greater in diameter at breast height that is likely to fall across the trail.

Designated on the :Ground. The location of materials, work areas, and construction items, including lines and grades, marked on the ground with stakes, flagging, tags, or paint.

Drawings. **Documents showing details for construction of a facility, including but not limited to straight-line diagrams, trail logs, standard drawings, construction logs, plan and profile sheets, cross-sections, diagrams, layouts, schematics, descriptive literature, and similar materials.**

Duff. **Organic material overlying rock or mineral soil.**

**Embankment. A structure of suitable material placed on the prepared ground surface and constructed to the trailbed elevation.**

**Excess Excavation. Material in the trailway in excess of that needed for construction of designed trailways.**

Ford. **A water-level stream crossing constructed to provide a level surface for safe traffic passage.**

**Full Bench. Trailbed constructed entirely** on **undisturbed material.**

**Grade. The verticaldistance of ascent or descent of the trail expressed as a percentage of the horizontal distance.**

**Header Rock. Rock laid with the narrow end towards the face of the wall.**

Inslope. **Where the trail tread is sloped downward toward the backslope.**

**Mineral Soil. Soil or aggregate that is free from organic substances and contains no particles larger than 2" at their greatest dimension.**

Outslope. **Where the trail tread is sloped downward toward the embankment or daylight side of the trailway.**

**Sideslope. The natural slope of the ground, usually expressed as a percentage.**

Slough. **That material from the backslope or the area of the backslope that has raveled onto the trailbed**

Slump. **Where the trailbed material has moved downward, causing a dip in the trail grade.**

**Special Project Specification. Specifications that detail the conditions and requirements peculiar to an individual project, including additions and revisions to the standard specifications.**

**Surfacing. Material placed on top of the trailbed or base course that provides the desired tread.**

**Suitable Material. Rock that can be accommodated in the trail structure, and soil free of duff with a recognizable granular texture.**

**Switchback. A reverse in direction of trail grade with a level landing used to change elevation on a steep slope, usually involving special treatment of the approaches, barriers, and drainages.**

**Trailbed.** The finished surface on which base course or surfacing may be constructed. For trails without surfacing the trailbed is the tread.

**Trailway.** The portion of **the trail within the limits of the excavation** and embankment.

Tread. The surface portion of the trail upon which traffic moves.

**Turnout.** A short section of extra trail width to provide for passage of trail users.

**Waterbar.** A structure used for turning water off the trail, usually made of logs or stones.

**Water Courses.** Any natural or **constructed channel where water naturally flows or will collect and flow during spring runoff,** rainstorms, etc.

## Section 903-Intent of Contract

903.01 **Intent.** The intent is to provide for the completion of the project described in the contract. Furnish all labor, materials, equipment, tools, transportation, and supplies and perform all work required to complete the project in accordance with drawings, specifications, and provisions of the contract.

## Section 904-Maintenance for Traffic

904.01 General. Keep existing trails that are undergoing improvements open and maintained in such a condition as to safely accommodate traffic. Provide and maintain temporary detours, approaches, or crossings and intersections with trails, roads, businesses, parking lots, and campgrounds in a safe and passable condition. Perform no work that interferes or conflicts with traffic until a plan for handling traffic has been submitted and approved. Specific requirements for detours or closures are SHOWN ON THE DRAWINGS or in the SPECIAL PROJECT SPECIFICATIONS.

Before any suspension of work take precautions necessary to prevent damage to the project, such as temporary detours, approaches, crossings, or intersections, and make provisions for normal drainage and to minimize erosion. Leave all trailways in a condition suitable for traffic unless otherwise specified.

The Government may permit use of portions of the project during periods when operations are shut down. All maintenance attributable to permitted. use during periods of work suspension will be provided by the Government. The contractor is responsible for any maintenance that is not attributable to use or that is necessary during suspensions resulting from fault or negligence of the contractor.

## Section 905-Control of Materials

905.01 Handling Materials. Transport and handle all materials to preserve their quality and fitness for the work Stockpile, load, and transport aggregates in a manner that will preserve specified gradation and avoid contamination.

Store materials to assure the preservation of their quality and fitness for the work Locate stored materials to facilitate their prompt inspection. Sites on Government-administered land that are not already designated may be used for storage purposes and for placing of equipment only when approved in advance by the CO. Restore all storage sites in accordance with requirements SHOWN ON THE DRAWINGS or as otherwise specified. Arrangements for storage on other than designated sites are the responsibility of the contractor.

905.02 Material Sources

(a) Designated Sources. Sources for materials such as, but not limited to, soil, rock, or logs that are not available from trailway excavation or clearing operations will be designated. Sources of local materials designated in the SPECIAL PROJECT SPECIFICATIONS or SHOWN ON THE DRAWINGS are guaranteed by the Government for the quality and quantity of material in the source.

Use all needed suitable material from the source. The designation of a source includes the right to use areas SHOWN ON THE DRAWINGS for the purposes designated (such as plant sites, stockpiles, haul roads). Operations are restricted to the confines of the area(s) designated.

(b) Contractor-Furnished Sources. Furnish material that produces an end product equivalent in performance to that specified.

905.03 Restoration. Shape and grade borrow areas on Government-administered land to make them stable and to minimize future erosion. Dispose of debris resulting from development of material sources by scattering, unless otherwise specified. Do not scatter debris within the clearing limits of trails or within roadsides. Cut off stumps to less than 1' above the ground as measured on the uphill side of the stump.

Section 906-Measurement and Payment

906.01 General. Measurement and payment for contract work will be made only for and under those pay items included in the SCHEDULE OF ITEMS. All other work and materials will be considered incidental and included in the payment of the PAY ITEMS in the SCHEDULE OF ITEMS.

When more than one class, size, or thickness is specified in the SCHEDULE OF ITEMS for any PAY ITEM, suffixes will be added to the item number to differentiate between the items.

906.02 Determination of Quantities. The following measurements and calculations are to be used to determine contract quantities for payment:

Make measurements for seeding, geotextiles, and erosion control blankets along slope lines.

For retaining walls, measure by the square meter of front wall face.

Measure structures according to neat lines SHOWN ON THE DRAWINGS or as altered by the CO in writing to fit field conditions. Make measurements along the centerline and parallel to the specified grade or foundation or as SHOWN ON THE DRAWINGS.

Deduct lengths for stairways, turnpike, puncheon, retaining walls, wire baskets, switchbacks, bridges, and bridge approaches from the measurement of excavation in Section 912 unless these items are specified as incidental to excavation in Section 912.

For standard manufactured items, such as fence, wire, plates, rolled shapes, and pipe conduits identified by gage, weight, section dimensions, and the like, such identification shall be considered the nominal weights or dimensions. Manufacturer's tolerances will be accepted unless controlled by tolerances in the cited specifications.

906.03 Units of Measurement. Payment will be made by units defined and determined according to standard metric measure and by the following:

(a) Cubic Yard. A measurement computed by one of the following methods:

(1) Excavation, embankment, or borrow. The measurement computed by the average-end-area method from measurements made longitudinally along a centerline or other reference line.

(2) Material in place or stockpiled The measurement computed with the dimensions of the in place material using average-end-area method or prismodial formula.

(3) Material in the Delivery Vehicle. The measurement computed using measurements of material in the hauling vehicles at the point of delivery. Vehicles shall be loaded to at least their water-level capacity. Leveling of the loads may be required when vehicles arrive at the delivery point.

(b) Each (EA). One complete unit, which may consist of one or more parts.

(c) Lump Sum (LS). The quantities that denote one complete unit of work as required by or described in the contract, including necessary materials, equipment, and labor to complete. thejob.

**906.04 Methods of Measurement. One of the following methods of measurement for determining final payment is DESIGNATED ON THE SCHEDULE OF ITEMS for each PAY ITEM:**

**(a) Designed Quantities. These quantities denote the final number of units to be paid for under the terms of the contract. They are based upon the original design data available prior to advertising the project. Original design data include the preliminary survey information, design assumptions, calculations, and drawings. Changes in the number of units DESIGNATED IN THE SCHEDULE OF ITEMS may be authorized under the following conditions:**

**(1) As a result of changes in the work approved by the CO.**

**(2) As a result of the CO determining that errors exist in the original design that cause a PAY ITEM quantity to change by 15 percent or more.**

**(3) As a result of the contractor submitting to the CO a written request showing evidence of errors in the original design that cause a PAY ITEM quantity to change by 15 percent or more. The evidence must be verifiable and consist of calculations, drawings, or other data that show how the designed quantity is believed to be in error. -**

**(b) Staked Quantities (SQ). These quantities are determined from staked measurements prior to the construction.**

**(c) Actual Quantities (AQ). These quantities are determined from measure-ment of completed work.**

**(d) Vehicle Quantities. These quantities are measured or weighed in hauling vehicles:**

**(e) Lump Sum Quantities (LSQ). These quantities denote one complete unit of work as required by or described in the contract, including necessary materials, equipment, and labor to complete the job.**

**906.05 Government-Furnished Materials. When materials are furnished by the Forest Service, the note "Government-Furnished Materials" will be added to the description of the PAY ITEM.**

# Section 907-Quality Assurance and Quantity Measurement

## Description

907.01. Work. Work consists of providing certification that the quality and quantity of construction conform to the drawings, specifications, and requirements of the contract.

## Construction

907.02 Certification and Measurements

(a) Offsite-Produced Materials. Furnish signed certificates executed by the manufacturer, supplier, or vendor, stipulating that all offsite-produced materials incorporated in the work meet applicable requirements SHOWN ON THE DRAWINGS or stated in the specifications. Furnish a certificate for each commodity or invoice.

(b) Quantity Measurements. Submit quantities to the CO for periodic progress payments, and the CO will compute payments. Quantities are subject to verification.

907.03 Records. Maintain a set of contract drawings depicting as-built conditions resulting from approved changes. Maintain the drawings in a current condition and indicate changes from the original contract drawings in red. Give the drawings to the CO upon the completion of the contract work.

## Measurement

907.04 Method. There will be no separate measurement for this item.

## Payment

907.05 Basis. Payment will be considered incidental to other pay items in this contract.

## Section 908-Staking, Flagging, and Cleanup

### Description

908.01 Work. This work consists of establishing any control points needed in addition to existing staking, and removing and disposing of all construction stakes, tags, flagging, and plastic ribbon from the project area.

### Construction

908.02 General. The Government will set initial construction stakes or flagging, and control points, and furnish the contractor with all necessary information relating to lines, slopes, and grades. These stakes and flagging constitute the field control.

Furnish and maintain all additional stakes, flagging, templates, batter boards, and other materials and supplies necessary for marking and maintaining points and lines established. Do not perform work in the absence of control points. If any-construction control points are destroyed, displaced, or erroneous, notify the CO. Uniformly contour alignment and construct grade from control point to control point.

Remove all construction stakes, tags, flagging, and plastic ribbon from the project area within 7 days after the final inspection of all other work on the project. Dispose of all stakes, tags, flagging, and plastic ribbon off Government-administered lands unless otherwise designated.

### Measurement

908.03 Method. There will be no separate measurement for this item.

### Payment

908.04 Basis. Trail staking, flagging and cleanup will be considered incidental to other pay items in this contract, and additional payment will not be made.

This page intentionally le=ft blank.

# Section 910
# Earthwork

## Section 911-Clearing and Grubbing

### Description

911.01 Work. Work consists of clearing, grubbing, trimming, removing, and treating trees, logs, limbs, branches, brush, plants, and other vegetation within the clearing limits. Work includes the felling and treatment of designated trees outside the clearing limits. Also included are the protection from injury or defacement of trees and other objects not designated for removal and the treatment of damaged trees.

### Construction

911.02 Clearing Limits. Clear to the dimensions SHOWN ON THE DRAWINGS or 12" beyond the fill and backslope catch points, whichever is greater.

911.03 Material to Be Cleared. Remove and dispose of trees, logs, limbs, branches, brush, herbaceous plants, and other vegetation within the clearing limits, except for the following:

a) Live, sound, and firmly rooted trees of the size SHOWN ON THE DRAWINGS.

b) Live brush, herbaceous plants, and trees between the trailway and the clearing limits that are less than 12" in height and less than %Z" in diameter at ground line.

Except as provided above, cut all limbs and branches more than i/2" in diameter that extend into the clearing limits. Cut limbs flush with the tree trunks or stems or cut at the ground surface as SHOWN ON THE DRAWINGS.

Fall and limb designated trees.

911.04.Damaged 1Yees. When felling, cutting, or trimming, do not cause bark damage to standing timber. If damage does occur to standing trees, treat the injured trees as SHOWN ON THE DRAWINGS. Remove and dispose of trees with major roots exposed by construction that are rendered unstable.

'911.05 Removal of Stumps. Remove all stumps within the trailbed. Remove stumps located between the edge of the trailbed and the edge of the tramway that cannot be cut flush with the finished slope or that are not tightly rooted.

911.06 Disposal of Clearing Slash, Logs, Stumps, Brush, and Roots. Limb all felled trees to a 4" diameter top, including designated trees outside the clearing limits.

Do not place clearing slash, logs, stumps, brush, or roots in concentrated piles. Scatter all logs, limbs, lopped tops, brush, and grubbed stumps and roots below the trailway and outside the clearing limits, with the following exceptions:

(a) Where the sideslope above the trail is less than 10 percent, material may be scattered above the trail. ,

(b) Logs may be left on the uphill side of the trail if they are placed so that they will not move into the clearing limits.

Do not place clearing and grubbing debris in water courses, snow ponds, lakes, meadows, or in locations where it could impede the flows to, through, or from drainage structures.

Measurement

911.07 Method. Measure the quantities in accordance with Section 906.

**Payment**

**911.08 Basis.**

Pay for the accepted quantities in accordance with Section 906 at the contract unit price for each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 911(01) | Clearing and Grubbing................................................ | mi |
| 911(62) | Clearing and Grubbing............................................ . ... | L.F. |
| 911(03) | Clearing and Grubbing................................................ | LS |
| 911(04) | Clearing ................::............................................. ..... | mi |
| 911(05) | Clearing ................................................................. . ... | L.F. |
| 911(06) | Clearing ..................................................................... | LS |
| 911(07) | Grubbing..................................................................... | mi |
| 911(08) | Grubbing..................................................................... | L.F. |
| 911(09) | Grubbing..................................................................... | LS |
| 911(10) | Individual Removal and Disposal ............................. ... | EA |
| 911(11) | Individual Removal and Disposal ................................ | LS |

## Section 912-Excavation and Embankment

### Description

**912.01 Work. Work consists of the excavation and placement of excavated material, regardless of its nature, from within the trailway or from other sources, except for material included under other pay items SHOWN IN THE SCHEDULE OF ITEMS.**

**Includes excavation, embankment, and backfill construction required to shape and finish the trailbed, ditches, backslopes, fill slopes, drainage dips, trail passing sections, and turnouts. Also includes excavation and embankment work required to construct shallow stream fords and gully crossings, talus and rubble rock sections, and climbing turns.**

### Materials

**912.02 Requirements. Use materials meeting the requirements of the following sections:**

**961 - Rock, Grid Pavement Units, and Aggregate**
**962 - Material for Timber Structures**
**964 - Geo synthetics**

### Construction

**912.03 Use and Disposal of Excavated Material. Conserve and use all suitable material for specified work Conserve excess excavated rock suitable for specified project work and use in place of materials from designated sources.**

**Remove all duff and debris from within trailway limits and uniformly spread outside the clearing limits, not more than 4" in depth (unless otherwise SHOWN ON THE DRAWINGS). Do not obstruct drainage or create piles, berms, or windrows of debris.**

**Place excess and unsuitable excavation beyond the downslope edge of the trailbed Do not obstruct drainage and spread to a depth not exceeding 4". This includes any material removed in the grubbing operation and deposited in the same area.**

**Place rocks over 4" in greatest dimension not used in construction beyond the hinge point on the downslope side. Place rocks so that the tops are at least 6" lower than the trailbed surface. Ensure that no blockage of drainage or creation of a windrow effect occurs.**

**912.04 Trailway Excavation and Embankment. Minor deviations of f 12" in vertical alignment and 36" in horizontal alignment with smooth transitions of at least 30' on each side of the deviation are acceptable unless otherwise SHOWN ON THE DRAWINGS.**

**Construct embankments with suitable compacted material. Compact all disturbed soil within the trailbed area.**

**Remove any rock within or above the backslopes that is unstable. Use or dispose of rock in accordance with Subsection 912.03.**

**Leave the finished slope in a uniform and roughened condition.**

Make necessary adjustments of horizontal or vertical alignment, within the tolerances specified in this subsection, to produce the designed trailway section and balance earthwork. Such adjustments shall not be considered as changes.

912.05 Trailbed Finish. Fill holes with suitable material, compact, and cut high points to provide a uniform trailbed finish.

912.06 Talus or Rubble Rock Sections. Through talus or rubble rock slide areas, fill all voids with suitable material to the depth SHOWN ON THE DRAWINGS. Use cap rocks that weigh a minimum of 130 lbs and have a length of at least twice their width. At least 50 percent of all hand placed outer rocks should weigh a minimum of 1301bs. Construct tread by building out rather than by removing material from the inner bank.

912.07 Ditches. Construct ditches to be free of loose rocks, roots, sticks, and other obstructions.

912.08 Geosynthetics. Where SHOWN ON THE DRAWINGS, place geosynthetics flat and parallel to centerline of the trail before placing embankment. Overlap geosynthetics a minimum of 24". Install anchors or fasteners as recommended by the geosynthetic manufacturer.

## Measurement

912.09 Method. Measure the quantities in accordance with Section 906.

## Payment

912.10 Basis. Pay for the accepted quantities in accordance with Section 906 at the contract unit price for each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 912(01) | Excavation .................... ............................................... | L.F. |
| 912(02) | Excavation ............................................................. .... .. | mi |
| 912(03) | Excavation ............................................................ ...... | LS |
| 912(04) | Trail Turnout .........................................:.................. | L.F. |
| 912(05) | Trail Turnout ........................................................ .... .. | EA |
| 912(06) | Rolling Dip ................................................................ | EA |
| 912(07) . | Shallow Stream Ford and Gully Crossing Structure ............................................:........ | EA |
| 912(08) | Shallow Stream Ford and Gully Crossing Structure ....................................................... | LS |

| | | |
|---|---|---|
| 912(09) | Ditch ........................................................................ ... | L.F. |
| 912(10) | Borrow.............................::......................................... | C.Y. |
| 912(11) | Borrow......................................................................... | LS |
| 912(12) | Grade Dip .................................................................. | FA |
| 912(13) | Geosynthetics, Type ......................................... | S.Y. |
| 912(14) | Trail Passing Section.................................................... | L.F. |
| 912(15) | Talus or Rubble Rock Section..................................... | L.F. |

## Section 913-Turnpike

### Description

913.01 Work. Work consists of constructing turnpike sections, including excavation, embankment, retainers, geosynthetics, backfill, and drainage features.

### Materials

913.02 Requirements. Use materials meeting the requirements of the following sections:

961 - Rock, Grid Pavement Units, and Aggregate
962 - Material for Timber Structures
964 - Geosynthetics

### Construction

913.03 Excavation and Embankment. Perform excavation and embankment in accordance with Section 912.

913.04 Retainers. Place log, sawn timber, or rock retainers in a continuous row along each shoulder of the turnpike section as SHOWN ON THE, DRAWINGS. Bed the parallel retainers so they are stable and at approximately the same top elevation. When retainers are constructed of logs or sawn timber use lengths greater than or equal to 10'.

913.05 Geosynthetics. Where SHOWN ON THE DRAWINGS, place geosynthetics flat and parallel to centerline of the trail before placing embankment. Overlap geosynthetics a minimum of 24". Install anchors or fasteners as recommended by the geosynthetic manufacturer.

913.06 Backfill. Backfill and compact with suitable material.

913.07 Drainage. Construct side ditches, cross-drainage, and culverts at locations SHOWN ON THE DRAWINGS and/or DESIGNATED ON THE GROUND. Provide leadoff ditches from side ditches on the lower side of trail at points DESIGNATED ON THE GROUND or SHOWN ON THE DRAWINGS.

### Measurement

913.08 Method. Measure the quantities in accordance with Section 906.

Payment

913.09 Basis. Pay for the accepted quantities in accordance with Section 906 at the contract unit price for each PAY ITEM SHOWN IN THE SCHEDULE OF rFEMS.

Make payment under:

| PAY ETEM | | PAY UNIT |
|---|---|---|
| 913(01) | Turnpike -Retainer, Type ................................ | L.F. |
| 913(02) | Side Ditch ..................................................:................ | L.F. |
| 913(03) | Geosynthetics, Type ...................................... | S.Y. |
| 913(04) | Leadoff Ditches ...... :...................................... ............. | L.F. |
| 913(05) | Borrow ......................................................................... | C.Y. |
| 913(06) | Borrow .......................................................................:..... | LS |

## Section 914-Switchbacks

### Description

914.01 Work Work consists of construction of switchbacks, including excavation, associated barriers, ditches, retaining walls, and approach sections.

### Materials

914.02 Requirements. Use materials meeting the requirements of the following sections:

961 - Rock, Grid Pavement Units, and Aggregate
962 - Material for Timber Structures

### Construction

914.03 Excavation and Embankment. Perform excavation and embank-ment in accordance with Section 912.

914.04 Retaining Walls. When SHOWN ON THE DRAWINGS, construct retaining walls in accordance with Section 934 or Section 935.

914.05 Barriers. When SHOWN ON THE DRAWINGS, construct barriers at each switchback in accordance with Section 953.

914.06 Ditches.. When SHOWN ON THE DRAWINGS, construct ditches in accordance with Section 912.07.

914.07 Limits of Switchback Beginning and ending of switchback will be as SHOWN ON THE DRAWING or as DESIGNATED ON THE GROUND.

### Measurement

914.08 Method. Measure the quantities in accordance with Section 906.

### Payment

914.09 Basis. Pay for the accepted quantities in accordance with Section 906 at the contract unit price for each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 914(01) | Switchbacks, Type .............................. | Ea |
| 914(03) | Ditch ........................................................................ | L.F. |
| 914(05) | Barriers, Type ..................................... | L.F. |
| 914(06) | Retaining Walls, Type ........................ | S.Y. |

## Section 915-Existing Trail Restoration

### Description

915.01 Work Work consists of restoring the original trail template, including clearing, removing slough and berm, borrow, filling ruts and troughs, reshaping backslopes, excavation, reshaping trail tread, restoring drainage and other trail structures, constructing check dams, and removing protruding rocks, roots, stumps, slough, and berets.

### Materials

915.02 Requirements. Use materials meeting the requirements of the following sections:

961 - Rock, Grid Pavement Units, and Aggregate
962 - Material for Timber Structures

### Construction

915.03 Clearing and Grubbing. Clear and grub in accordance with the requirements of Section 911 and as SHOWN ON THE DRAWINGS.

915.04 Excavation and Embankment. Excavate and place all excavated material in accordance with the requirements of Section 912 and as SHOWN ON THE DRAWINGS.

915.05 Rock and Root Removal. Uniformly scatter the removed rocks and roots below the trailway and distribute to ensure no blockage of watercourses or creation of a windrow. Fill holes with suitable material and compact.

915.06 Slough and Berm Removal and Excess Material. Use suitable slough and beret material within the trailway to restore the trailbed as SHOWN ON THE DRAWINGS. Place all unsuitable and excess material beyond the downslope edge of the trailbed and uniformly spread to a depth not exceeding 4" and so as not to obstruct drainage or interfere with the drainage of outsloped tread.

Remove berm when daylight can be obtained within a distance of 5' from the outslope edge of finished tread unless otherwise DESIGNATED ON THE GROUND or SHOWN ON THE DRAWINGS.

915.07 Fill Material and Borrow. Use suitable material to fill ruts, troughs, and potholes in the tread that cannot be leveled and outsloped through performance of work in Subsection 915.06. Compact and shape as SHOWN ON THE DRAWINGS.

Obtain borrow from areas SHOWN ON THE DRAWINGS or DESIG-NATED ON THE GROUND.

915.08 Drainage. Restore drainage dips and ditches to reestablish drainage as SHOWN ON THE DRAWINGS by removing obstructions such as rocks, roots, and sticks to make ditches and culverts free draining.

Restore rock spillways in accordance with Section 923 and as SHOWN ON THE DRAWINGS.

**915.09 Stream Channel Cleaning.** Clean channel of obstructions in areas SHOWN ON THE DRAWINGS. Remove debris and rocks from the stream channel and scatter outside of the side slopes of the stream channel and beyond the clearing limits.

**915.10 Check Dams.** When constructing check dams for gullies, use dimensional lumber, sound peeled logs, or a row of stones placed across the gully in the subgrade with the ends securely embedded in the banks as SHOWN ON THE DRAWINGS and at locations STAKED ON THE GROUND.

Use suitable material for backfill as SHOWN ON THE DRAWINGS. Place and compact backfill to meet the density of the existing trailbed and to form a smooth tread.

**915.11 Switchbacks.** Restore switchbacks in accordance with Section 914 and as SHOWN ONTHE DRAWINGS.

**915.12 Waterbars.** Restore waterbars in accordance with Section 922 and as SHOWN ON THE DRAWINGS. Reestablish drainage by removing accumulated material and replacing loose or missing rocks, unsuitable logs, and deteriorated rubber belting.

**915.13 Turnpikes.** Restore turnpikes in accordance with Section 913 and as SHOWN ON THE DRAWINGS by replacing missing, rotten, or loose retainer logs and stakes, or missing or loose retainer rocks. Backfill with suitable material.

**915.14 Trail Structures.** Restore all trail structures at locations SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND.

**915.15 Reshaping and Finishing Trailbed and Backslopes.** Provide a firm and uniformly finished trailbed in accordance with cross-sections SHOWN ON THE DRAWINGS.

Provide a uniform and roughened surface on disturbed backslopes in accordance with cross-sections SHOWN ON THE DRAWINGS. Gut all roots flush.

**Measurement**

**915.16 Method.** Measure the quantities in accordance with Section 906.

**Payment**

**915.17 Basis.** Pay for the accepted quantities in accordance with Section 906 at the contract unit price for each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | PAY UNIT |
|---|---|
| 915(01) Trail Restoration......................................................... | L.F. |
| 915(02)Trail Restoration......................................................... | LS |
| 915(03) Check Dams ............................................................... | EA |
| 915(04)Borrow........................................................................ | C.Y. |

## Section 916-Removal of Structures and Obstructions

### Description

916.01 Work Work consists of removal and disposal of existing structures, including turnpikes, walkways, bridges, culverts, signs and posts, and other material within the trailway, above or below ground. Work also includes salvaging DESIGNATED materials and backfilling the resulting trenches, holes, and pits.

### Construction

916.02 Removal of Culverts and Bridges. Remove existing culverts within embankment areas at locations SHOWN ON THE DRAWINGS.

Remove existing structures down to the natural stream bottom, and remove parts outside the water course to at least 12" below natural ground surface or finish ground surface, whichever is lower. Where portions of an existing structure he wholly, or in part, within the limits of a new structure, remove parts to accommodate the installation of the proposed structure.

Avoid damage to bridges being dismantled for salvage. Matchmark steel and/or wood members and prepare drawings showing the structural location of each member.

916.03 Signs and Posts. Remove signs, posts, and associated hardware at locations SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND. Backfill post hole, compact, and contour area to match existing ground.

916.04 Removal of Other Obstructions. Remove other obstructions at locations SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND.

916.05 Disposal. Dispose of native log and rock material by scattering below the trailway and outside clearing limits. Do not place debris in water courses, snow ponds, lakes, meadows, or locations where it could impede the flow to, through, or from the drainage structures. Dispose of metal, treated timber, and other manufactured products by removing from Government-administered lands and placing in approved waste disposal sites.

### Measurement

916.06 Method. Measure the quantities in accordance with Section 906.

### Payment

916.07 Basis. Pay for the accepted quantities in accordance with Section 906 at the contract unit price for the PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 916(01) | Removal of Structures and Obstructions .................... | LS |
| 916(02) | Removal of ................ | EA |
| 916(03) | Removal of ............... | L.F. |



FS-008881

# Section 920
# Drainage

## Section 921-Culverts

### Description

921.01 Work Work consists of furnishing and installing culverts, including excavation and backfill, selecting and hauling of log and rock materials, and constructing catch basins, and headwalls.

### Materials

921.02 Requirements. Use materials meeting the requirements of the following sections:

961 - Rock, Grid Pavement Units, and Aggregate
962 - Material for Timber Structures
963 - Drainage Pipe
964 - Geo synthetics

### Construction

921.03 Excavation and Embanl ment. Perform excavation and embank-ment in accordance with Section 912.

921.04 Placement. Place culverts to provide for unobstructed inlet and outlet flow. Remove logs, debris, soil, rock, and other obstructions above and below the culvert that would impede flow into the culvert or away from the trailway. Minimize disturbance to streambeds.

Construct a catch basin to facilitate flow from trail ditches into the culvert.
921.05 Pipe Culverts. Install pipe culverts at the locations SHOWN ON THE DRAWINGS or as DESIGNATED ON TILE GROUND.

(a) Placing. Skew ditch relief culverts as staked to provide a downgrade equal to or greater than the uphill ditch. Place culverts at stream crossings in the natural streambed on stream grade.

Attach end sections to the pipe by connecting bands or other means as recommended by the manufacturer.

(b) Bedding. Excavate and remove all unsuitable material and rocks over 3" to a minimum depth of 6" below the pipe invert and to a minimum width of 1.5 pipe diameters. Bed pipe with compacted suitable material free of rocks larger than 3" and in a stable foundation of undisturbed or compacted soil. Make the bed shaped to fit the lower quadrant of the pipe exterior and provide uniform continuous support along the entire length of the pipe.

**921.06 Rock Culverts.** Install rock culverts at the locations SHOWN ON THE DRAWINGS or as DESIGNATED ON THE GROUND.

Firmly embed selected sidewall rocks below the natural ground or streambed as SHOWN ON THE DRAWINGS. Use flat cover rocks long enough to bridge between outside faces of the sidewalls. Select and place rocks so as to fit snugly with firm bearing on underlying rocks. Fill voids with small rock to prevent entry of soil into the culvert.

**921.07 Treated Timber Box Culverts.** Install box culverts at the locations SHOWN IN THE DRAWINGS or as DESIGNATED ON THE GROUND.

Place the box culvert walls on a firm foundation of undisturbed or compacted suitable material shaped to fit the bottom of the culvert walls and free of rocks larger than 3" in size.

**921.08 Backfilling Culverts.** Backfill and compact around culverts with suitable material that is free of rocks over 3". Provide for the cover height as SHOWN ON THE DRAWINGS.

**921.09 Headwalls.** Install headwalls at the locations SHOWN ON THE DRAWINGS or as DESIGNATED ON THE GROUND.

Provide a compacted bench as a foundation for the wall.

Select rocks that have a general rectangular shape with flat top and bottom faces. Place the largest rocks on the bottom. Lay each rock stable on the course that supports it, interlocking with surrounding rocks. Do not break, jar, or displace rocks already set. Place the exposed face of each rock parallel to the face of the wall. Stagger vertical joints a minimum of 4" horizontally from vertical joints in adjoining courses.

## Measurement

**921.10 Method.** Measure the quantities in accordance with Section 906.

## Payment

**921.11 Basis.** Pay for the accepted quantities in accordance with Section 906 at the contract unit price for each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 921(01) | inches Corrugated, Type Pipe - inches Thickness | L.F. |
| 921(02) | inches Non-Corrugated, Type Pipe -____inches Thickness | L.F. |
| 921(03) | inches End Section, Type | EA |
| 921(04) | Rock Culverts | EA |
| 921(05) | Rock Culverts | L.F. |
| 921(06) | Treated Timber Box Culverts | EA |

## Section 922-Waterbars

### Description

922.01 Work: This work consists of installing waterbars, including excavation and backfill; selecting log and rock materials; and furnishing treated timber, belting, and other materials.

### Materials

922.02 Requirements. Use materials meeting the requirements of the following sections:

961 - Rock, Grid Pavement Units, and Aggregate
962 - Material for Timber Structures

Use rubber belting that is single-ply, non-reinforced material 3/8" to 1/2" thick.

### Construction

922.03 General. Install waterbars of the types and at the locations SHOWN ON_ THE DRAWINGS or as DESIGNATED ON THE GROUND.

922.04 Excavation and Embankment. Perform excavation and embank-ment in accordance with Section 912. Around waterbars, backfill and compact suitable material that is free of rocks larger than 3" in size. Compact material on the downgrade side of rock, log, and treated timber waterbars, flush with the top of waterbars.

Outslope the trailbed on the upgrade side of the waterbar with a slope equal to or greater than the trail grade leading into the waterbar. Provide a uniform outsloped plane that forms a gutter against the waterbar.

922.05 Rock Waterbar. Tightly embed selected rocks into the trailbed Place waterbar rocks with tops relatively even, with no sharp points. Use rocks with lengths greater than or equal to 1.5 times the width.

922.06 Log or Treated Waterbar. Embed peeled native logs or treated timbers into the trailbed to form a waterbar across the trail. Use anchor methods as SHOWN ON THE DRAWINGS at log or timber ends outside the trail tread. Pre-drill pilot holes (for steel pins) through timbers prior to treatment. Anchor stakes firmly in the ground, and tightly nail to the log without splitting. In the absence of a backslope, anchor the upgrade end of the log or timber waterbar in the same manner as the downgrade end.

922.07 Rubber Belting Waterbars: Tightly secure one continuous piece of rubber belting between treated timbers as SHOWN ON THE DRAWINGS.

### Measurement

922.08 Method. Measure the quantities in accordance with Section 906.

Payment

922.09 Basis. Pay for the accepted quantities in accordance with Section 906 at the contract unit price for each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 922(01) | Native Log Waterbar | EA |
| 922(02) | Rock Waterbar | EA |
| 922(03) | Treated Timber Waterbar | EA |
| 922(04) | Rubber Belting Waterbar | EA |

## Section 923-Rock Spillways

### Description

923.01 Work. This work consists of constructing rock spillways, including selecting, excavating, and placing rock material.

### Materials

923.02 Requirements. Use materials meeting the requirements of Section 961.

### Construction

923.03 General. Construct rock spillways at locations SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND. Construct spillways so the flow of water from the facility being drained is centered on and flows down the full length of the spillway.

923.04 Excavation. Excavate for the spillway in accordance with Section 912. Construct a horizontal bench into undisturbed material and compact it as a foundation for the toe of the rock spillway.

923.05 Rock Placement. Construct the spillway by hand-placing rock, with the larger rock in the bottom layers. Place each rock to provide a stable course. Interlock each rock with adjacent rocks, and minimize voids. Use small rocks to fill voids. Do not break, jar, or displace rocks already set.

### Measurement

923.06 Method. Measure the quantities in accordance with Section 906.

### Payment

923.07 Basis. Pay for the accepted quantities in accordance with Section 906 at the contract unit price for each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | PAY UNIT |
| --- | --- |
| 923(01) Rock Spillway ............:................................................ | EA |
| 923(02) Rock Spillway ............................................................. | S.Y. |

## **Section** 924-Underdrain

### Description

924.01 Work This work consists of constructing underdrains and associated drainage ditches, including excavation and backfill and obtaining and installing filter rock, geosynthetics, and drainpipe with necessary fittings.

### Materials

924.02 Requirements. Use materials meeting the requirements of the following sections:

961 - Rock, Grid Pavement Units, and Aggregate
963 - Drainage Pipe
964 - Geo synthetics

### Construction

924.03 General. Construct underdrains at locations SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND.

924.04 Excavation and Embankment. Perform excavation and embank-ment in accordance with Section 912.

924.05 Trench Construction. Grade underdrain trenches to provide complete drainage of the underdrain system. Obtain CO approval of the trench system prior to placement of underdrain materials.

924.06 Pipe Installation. Ensure positive drainage from the underdrain pipes and drainage system. Place pipe in the trench with the perforations down.

### Measurement

924.07 Method. Measure the quantities in accordance with Section 906.

### Payment

924.08 Basis. Pay for the accepted quantifies in accordance with Section 906 at the contract unit price for each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 924(01) | Rock Underdrain ........................................................ ... ... | L:F. |
| 924(02) | Rock Underdrain, Type Drain Pipe .................... " diameter | L.F. |
| 924(03) | Geosynthetic,Type ............................................ | S.Y. |

This page intentiMially left blank.

# Section 930
# Structures

**Section 931-Log Stringer Bridge**

**Description**

931.01 Work. This work consists of constructing log stringer bridges, including mud sills, bulkheads, rails, curbs, decking, excavation, backfill, and approach fills as SHOWN ON THE DRAWINGS.

Materials

931.02 Requirements. The location of trees for native timber materials will be SHOWN ON THE DRAWINGS and DESIGNATED ON THE GROUND. Use materials meeting the requirements of Section 962.

Construction

931.03 General. Construct log stringer bridges at locations SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND. Pre-drill holes for fasteners when necessary to prevent splitting and drive spikes flush. Use washers with lag screws and bolts.

931.04 Excavation and Embankment. Perform excavation and embank-ment in accordance with Section 912.

931.05 Mud Sills. Construct mud sills at each end of the span in the location staked on the ground. Construct mud sills to be level, bedded evenly, and buried to the depth necessary for the bottom of the log stringers to clear the ground surface by a minimum of 6".

Hew sill logs to provide a bearing surface for the log stringers and to provide the log stringers with a level top surface. Do not hew sill logs more than one-third their diameter. Do not level the top surfaces of the log stringers by shimming or notching their ends.

931.06 Stringers. Fasten each log stringer to each mud sill with drift pins that penetrate a minimum of 4" into the mud sill.

When plank decking is used, hew the top surfaces of log stringers up to 2" deep, as necessary, to provide bearing surfaces for deck planks.

931.07 Decking. Spike decking evenly at right angles to each stringer, unless otherwise SHOWN ON THE DRAWINGS.

Lay split log decking alternately flat side down first, then round side down, ending with a flat side down. When the round side is down, provide a bearing surface that is between 1'/Z" and 2" wide.

Lay split and sawn deck planks on the stringer to provide bearing for the full width of the plank.

Trim protruding ends of the decking to give a straight-line appearance to the edges of the structure, except for decking that extends out to provide handrail support.

931.08 Curbs. Construct curbs with logs or sawn timber as SHOWN ON THE DRAWINGS. Use lengths greater than or equal to 10' and splice with a 6" half-lap joint at a spacer location. Match diameters of logs at lap joints and trim excess to provide a smooth transition between logs.

Counterbore lag screws in curbs so that heads are flush with the surface.

Finish curbs smooth and free from splinters and sharp projections.

931.09 Handrails. Construct rails with logs or sawn timber as SHOWN ON THE DRAWINGS and use lengths greater than or equal to 10'

When rails are constructed of logs, splice them with a 6" half-lap joint at a post location. Notch surfaces of posts and rails 5/8" at connections. Match diameters of rails at lap joints and trim excess to provide a smooth transition between rails. Counterbore lag screws in rails so that heads are flush with the surface. Counterbore lag screws in all round members to provide full bearing for washers.

When rails are constructed of sawn timber, splice them with a diagonal butt joint at a post location. Use S4S sawn timber, for all rails, posts, and top caps. Fasten each rail to each post with two 16d nails and fasten each top cap to the top rail with 16d nails spaced a maximum of 16" on center. Finish handrails and posts smooth and free from splinters and sharp projections.

931.10 Approach Fills. Construct the approach fills with compacted suitable material.

Measurement

931.11 Method. Measure the quantities in accordance with Section 906.

Payment

931.12 Basis. Pay for the accepted quantifies in accordance with Section 906 at the contract unit price for each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM . | | PAY UNIT |
|---|---|---|
| 931(01) | Log Stringer Bridge, Type ............................. | EA |
| 931(02) | Log Stringer Bridge, Type ............................. | LS |
| 931(03) | Log Stringer Bridge, Type .............................. | L.F. |
| 931(04) | Approach Fills........................................................... | L.F. |

## Section 932-Puncheon

### Description

**932.01 Work.** Work consists of constructing puncheon, including excavation.

### Materials

**932.02 Requirements.** Use materials meeting the requirements of Section 962. The location of trees for native timber materials will be SHOWN ON THE DRAWINGS and DESIGNATED ON THE GROUND.

### Construction

**932.03 General.** Construct puncheon at locations SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND. Pre-drill holes for fasteners when necessary to prevent splitting and drive spikes flush.

**932.04 Excavation and Embankment.** Perform excavation and embank-ment in accordance with the requirements of Section 912 and as SHOWN ON THE DRAWINGS.

**932.05 Mud Sills.** Bury mud sills to a depth that provides a finished walking surface that is less than or equal to 3' above the surrounding ground. Hew sill logs to provide a bearing surface for the log stringers and to provide the log stringers with a level top surface. Do not hew sill logs more than one-third their diameter. Do not level the top surfaces of the log stringers by shimming or notching their ends.

**932.06 Log Stringers.** Use logs greater than or equal to 10' in length. Use logs greater than or equal to 8" in diameter before the top is flattened. Fasten each stringer to each mud sill with drift pins that penetrate a minimum of 4" into the mud sill unless otherwise SHOWN ON THE DRAWINGS.

When plank decking is used, hew the top surfaces of log stringers up to 2" deep, as necessary, to provide bearing surfaces for deck planks.

**932.07 Sawn Timber Stringers.** Use sawn timber greater than or equal to 10' in length. Fasten each stringer to each mud sill with drift pins that penetrate a minimum of 4" into the mud sill unless otherwise SHOWN ON THE DRAWINGS.

**932.08 Finished Walkway.** Construct abutting ends of sections of log or plank puncheon flush with each other. Do not slope the surface of thecompleted walkway to either side. Construct the puncheon with a grade that does not exceed 6 percent and where no change in grade exceeds 6 percent unless otherwise SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND. Construct the finished walking surface of the puncheon flush with the trail grade at each end of the structure.

**932.09 Decking.** Spike decking evenly at right angles to each stringer.

Lay split log decking alternately flat side down first, then round side down, ending with a flat side down. When round side is down, notch round log decking to provide a 2"-wide bearing surface.

Lay split and sawn deck planks on the stringer to provide bearing for the full width of the plank.

Trim protruding ends of the decking to give a straight-line appearance to the edges of the structure or as SHOWN ON THE DRAWINGS.

932.10 Curbs. Construct curbs with logs or sawn timber as SHOWN ON THE DRAWINGS. Use lengths greater than or equal to 10' and splice with a 6" half-lap joint at a spacer location. Match diameters of logs at lap joints and trim excess to provide a smooth transition between logs.

Counterbore lag screws in curbs so that heads are flush with the surface.

Finish curbs smooth and free from splinters and sharp projections.

932.11 Approach Fills. Construct the approach fills with compacted suitable material.

## Measurement

932.12 Method. Measure the set quantities in accordance with Section 90.6.

## Payment

932.13 Basis. Pay for the accepted quantities in accordance with Section 906 at the contract unit price for each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY REM | PAY UNIT | |
|---|---|---|
| 932(01) | Puncheon. ____ Type .......................... .... | L.F. |
| 932(02) | Puncheon. ____ Type ................................. | LS |

## Section 933-Trail Stairways

### Description

**933.01 Work. This work consists of excavation and placing embankment and constructing rock, log and treated timber riser, crib-ladder, and pinned stairways and handrails.**

### Materials

**933.02 Requirements. Use materials meeting the requirements of the following sections:**

961 - Rock, Grid Pavement Units, and Aggregate
962 - Material for Timber Structures

### Construction

**933.03 General. Construct stairways at locations SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND.**

**933.04 Excavation and Embankment. Excavate and place embankment in accordance with Section 912. Use and compact suitable material for backfill.**

**933.05 Overlapping Rock Stairways. Construct steps starting with the bottom rock. Form the entire tread and riser with single rocks and provide two or more contact points for stability.**

**933.06 Log or Treated Timber Riser Stairways. Use single logs or timbers for the entire riser.**

**933.07 Rock Riser Stairway. Lay rock with the greatest dimension horizontally and embed a minimum of one-third the height.of the rock. Use single rocks to form the entire riser, unless otherwise DESIGNATED ON THE GROUND.**

**933.08 Pinned Stairway. Provide a rock base clean of loose materials, roots, soil, and other obstructions.**

**Drill two 3/a" holes into the treads from the bottom side to match the positions of the holes in the rock and provide for the correct position of the step. Do not allow holes to penetrate the top of the tread. Hew the bottom of the tread to provide a firm, solid contact with the rock base. This contact does not need to be continuous but must provide a firm solid bearing.**

**Place the timber tread on the reinforcing bars and drive the tread down to its solid position.**

**933.09 Crib Ladder Stairway. Construct by laying two carriages parallel to each other, firmly supported for their entire length. Backfill behind the riser with suitable compacted material.**

**933.10 Plank Stairway. Construct plank stairways by laying two continuous and parallel carriages. Firmly embed the bottom of each carriage in the ground. Support each carriage by a sill at each end.**

Measurement

933.11 Method. When the quantity is measured by the linear foot, measure along the centerline of the **stairway from the front of the bottom** riser to the back of the top riser. Otherwise, measure in accordance with Section 906.

Payment

933.12 **Basis.** Pay for the accepted quantities in accordance with Section 906 at the contract unit price for each PAY TTEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNTT |
|---|---|---|
| 933(01) | Stairway, Type ................................................ | L.F. |
| 933(02) | Stairway, Type ................................................ | EA |
| 933(03) | Stairway, Type ................................................ | LS |

## Section 934-Log Retaining Walls

### Description

934.01 Work. Work consists of constructing log or split timber retaining walls. Work includes excavation, notching, pre-drilling, pinning, borrow, backfilling, and trailbed and slope finishing.

### Materials

934.02 Requirements. Use materials meeting the requirements of the following section:

962 - Material for Timber Structures
964 - Geosynthetics

The location of trees for native timber materials is SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND.

### Construction

934.03 Excavation. Excavate in accordance with Section 912 to provide a full bench foundation of stable undisturbed soil or compacted suitable material. Construct the finished foundation grade parallel with the trail profile grade.

934.04 Log Notching. Notch logs only on bottom side.

Do not notch sill and filler logs. Individually notch all face, rear, and header logs to fit as the wall construction proceeds vertically. Do not pre-notch.

Provide a notch depth between one-fourth and one-third the log diameter. Vary notching depth and width as required to obtain a snug fit between interlocking logs of varying diameter. Do not exceed 1/2" of space between filler and face logs.

934.05 Backfill. Place filler logs before backfilling and compaction. Backfill and compact with suitable material.

### Measurement

934.06 Method. Measure the quantities in accordance with Section 906.

### Payment

934.07 Basis. Pay for the accepted quantities in accordance with Section 906 at the contract unit price for each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 934(01) | Retaining Wall | S.Y. |
| 934(02) | Retaining Wall | EA |
| 934(03) | Retaining Wall | LS |
| 934(04) | Geosynthetics, Type. | S.Y. |
| 934(05) | Borrow | C.Y. |
| 934(06) | Borrow | LS |

## Section 935-Rock Retaining Walls

### Description

**935.01 Work Work consists of constructing rock retaining walls, including excavating, placing borrow, backfilling, and trailbed and** slope finishing.

### Materials

**935.02 Requirements. Use materials meeting the requirements of the following section:**

**961 - Rock, Grid Pavement Units, and Aggregate**
**964 - Geo synthetics**

### Construction

**935.03 Excavation. Excavate in accordance with Section 912 to provide a full bench foundation.**

**935.04 Wall Construction. Construct rock retaining walls at locations SHOWN ON THE DRAWINGS and DESIGNATED ON THE GROUND. Stagger vertical joints a minimum of 4" horizontally from vertical joints in adjoining courses.**

**Use uniformly distributed header rocks for at least 25 percent of the rocks in the front and rear faces of the wall each having a length at least 2.5 times its width. Place all header rocks with the greatest dimension extending into the wall (at right angle to trail centerline), except at corners. At corners, lay alternating courses containing headers with greatest dimension parallel with wall.**

**Place the exposed face of each rock parallel to the face of the wall in which it is set.**

**Stabilize each rock on the course that supports it. Do not break, loosen, or displace rocks already set.**

Use **rocks of a general rectangular shape. Fill voids with small rock fragments or fine aggregate.**

### Measurement

**935.05 Method. Measure the quantities in accordance with Section 906.**

Payment

935.06 Basis. Pay for the accepted quantities in accordance with Section 906 at the contract unit price for the PAY UEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 935(01) | Rock Retaining Wall .............:.................................. | S.Y. |
| 935(02) | Rock Retaining Wall .................................................... | EA |
| 935(03) | Rock Retaining Wall .................................................... | LS |
| 935(04) | Borrow ...........i............................................................. | C.Y. |
| 935(05) . | Geosynthetics, Type ........................................ | S.Y. |

## Section 936-Wire Baskets

### Description

936.01 Work. Work consists of furnishing and constructing wire basket structures, including excavating, placing borrow, backfilling, and trailbed and slope finishing.

### Materials

936.02 Requirements. Use materials meeting the requirements of the following subsections:

961 - Rock, Grid Pavement Units, and Aggregate
964 - Geo synthetics
965 - Wire Baskets

### Construction

936.03 Basket Assembly. Do not damage wire coatings during basket assembly, structure erection, cell filling, or backfilling. Rotate the basket panels into position and join the vertical edges with fasteners. Where lacing wire is used, wrap the wire with alternating single and double loops every other mesh opening. Where spiral binders are used, crimp the ends to secure the binders in place. Where alternate fasteners are used, space the fasteners in every other mesh opening.

Rotate the diaphragms into position and join the vertical edges with fasteners, lacing wire, or spiral binders as specified above.

936.04 Structure Erection. Place the empty baskets on the foundation and interconnect the adjacent baskets along the top and vertical edges using fasteners.

Where lacing wire is used, wrap the wire with alternating single and double loops every other mesh opening. Install the other fasteners according to Subsection 936.03, but space alternate fasteners in every other mesh opening.

In the same manner, interconnect each horizontal layer of baskets to the underlying layer of baskets along the front, back, and sides. Stagger the vertical joints between the baskets of adjacent rows and layers by at least one cell length.

936.05 Cell Filling. Remove all kinks and folds in the wire mesh and properly align all the baskets. Place rock carefully in the basket cells to prevent the baskets from bulging and to minimize voids in the rock fill.

Maintain the basket alignment and shape by placing the basket in tension during the filling operation.

Place internal connecting wires in each unrestrained exterior basket cell greater than 12" in height. This includes interior basket cells left temporarily unrestrained. Place internal connecting wires concurrently with rock placement.

Fill the cells in any row or layer so that no cell is filled more than 12" above an adjacent cell. Repeat this process until the basket is full and the lid bears on the final rock layer.

Secure the lid to the sides, ends, and diaphragms according to Subsection 936.04. Make all exposed basket surfaces smooth and neat, with no sharp rock edges projecting through the wire mesh.

936.06 Geotextile Installation. Place the geotextile as SHOWN ON THE DRAWINGS. Ensure that the surfaces upon which geotextile is to be placed have a uniform slope and are reasonably smooth and free of obstructions, depressions, and debris that could damage the geotextile. Have the surface approved by the CO before placing geotextile.

Loosely lay the geotextile without wrinkles or creases. Sew or overlap adjacent strips a minimum of 12" at joints.

Insert securing pins through both strips of overlapped geotextile at maximum intervals of 36", but no closer than 2" to each edge, to prevent the geotextile from being displaced.

936.07 Basket Mattresses. Construct wire baskets for mattresses less than 12" thick according to Subsections 936.03 through 936.05. Note that alternate fasteners for basket assembly may be used for structure erection. Anchor the mattress in place as SHOWN ON THE DRAWINGS. Place geotextile against the vertical edges of the mattress and backfill against the geotextile, using structural backfill material or other approved material.

Measurement

936.08 Method. The method of measurement, as described in Section 906, will be SHOWN IN THE SCHEDULE OF ITEMS. Base area computations on surface measurements. Do not include overlap quantities.

Payment

936.09 Basis. Pay for the accepted quantities at the contract unit price for each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 936(01) | Baskets, galvanized or aluminized coated .................. | S.F. |
| 936(02) | Baskets, epoxy or polyvinylchloride coated .............. | S.F. |
| 936(03) | Baskets, galvanized or aluminized coated .................. | C.F. |
| 936(04) | Baskets, epoxy or polyvinylchloride coated ................ | C.F. |
| 936(05) | Geotextiles, Type......................................................... | S.F. |

This page intentionally left blank.

# Section 940
# Surfacing

## Section 941-Aggregate Surfacing and Base Course

### Description

941.01 Work. This work consists of furnishing, hauling, watering, placing, and compacting aggregate surfacing or base course; furnishing and installing retainers; and geosynthetics.

### Materials

941.02 Requirements. Use materials meeting the requirements of the following sections:

961 - Rock, Grid Pavement Units, and Aggregate
962 - Material for Timber Structures
964 - Goo synthetics

Produce aggregate by pit run, screening, or crushing. Obtain materials from sources SHOWN ON THE DRAWINGS or other sources approved by the CO in writing.

941.03 Handling Materials. Stockpile, remove, transport, and spread aggregates in a manner that will preserve specified gradation and avoid contamination. Do not intermingle stockpiles of aggregate having different gradations.

941.04 Sampling Aggregate. Submit test results and a Certificate of Compliance verifying that aggregate gradation meets contract requirements.

Sample the material before incorporation into the work as follows:

(a) for onsite-produced materials at crushing or screening plants, after additions of any necessary blending material.

(b) for commercially produced aggregates, at the producer's plant or stockpile.

The sampling will not be considered a final acceptance and will not preclude later sampling and testing after final processing of the material. Such sampling does not relieve the contractor of responsibility of providing quality control measures to ensure compliance with contract requirements.

### Construction

941.05 Preparation of Subgrade. Prepare and finish bailbed as required under Section 912. Obtain written approval of the CO before placing aggregate.

941.06 Spreading and Compacting. Use aggregate that is uniformly mixed at optimum moisture content and spread and compact in layers to the final thickness and width SHOWN ON THE DRAWINGS. The maximum thickness of any one layer shall be 3". Obtain compaction by one of the following methods as SHOWN IN THE SCHEDULE OF ITEMS:

(a) by hand, using non-mechanized compaction tools over the full area of each layer until visual displacement ceases;

(b) by mechanical vibratory compactors over the full area of each layer until visual displacement ceases, but not fewer than three complete passes;

(c) by using a roller or mechanical hand tamper until the density is at least 90 percent of the maximum density, as determined by AASHTO T 99, Method C or D.

Immediately following final spreading, smoothing, and compacting, correct any irregularities or depressions that develop by adding or removing material until the surface is smooth, uniform, and compacted.

941.07 Acceptance, Testing, Sampling, and Tolerances. Do not vary the total compacted thickness of the aggregate by more or less than ʒ" from the specified thickness or place it consistently below or above the specified depth.

Do not vary the aggregate width by more than £ 3" from the specified width or place it consistently narrower or wider than the specified width.

941.08 Timber, Log, or Rock Retainers. Bed retainers along their entire length and as SHOWN ON THE DRAWINGS.

Measurement

941.09 Method. Measure the quantities in accordance with Section 906.

Payment

941.10 Basis. Pay for the accepted quantities in accordance with Section 906 at the contract unit price of each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

**Make payment under:**

| PAY UEM | | PAY UNTr |
|---|---|---|
| 941(01) | Aggregate Surfacing, Grading Compaction Method ............................ | L.F. |
| 941(02) . | Aggregate Surfacing, Grading ___.......................... | C.Y. |
| 941(03) | Aggregate Surfacing, Grading___........................... | Ton |
| 941(04) | Aggregate Surfacing, Grading___........................... | LS |
| 941(05) | Base Course, Grading___..................................... | L.F. |
| 941(06) | Base Course, Grading___...................................... | C.Y. |
| 941(07) | Base Course, Grading___...................................... | Ton |
| 941(08) . . | Base Course, Grading ___...................................... | LS |
| 941(09) | Watering.........................:......................................... | LS |
| 941(10) | Retainers, Type .............................................. | L.F. |
| 941(11) | Geosynthetics Type ....................................... | S.Y. |

## Section 942-Hot Bituminous Plant Mix Trail Surfacing

### Description

942.01 Work This work consists of constructing a single course of hot bituminous plant mix on a prepared base course or trailbed and furnishing or installing retainers and geosynthetics.

### Materials

942.02 Requirements. Use materials meeting the requirements of the following sections:

962 - Material for Timber Structures
964--Geo synthetics

Use hot plant mix design that is currently in use by the local State department of transportation, the county, or city, and submit a certificate of compliance that the mix meets their requirements. Certify the locations of past projects for the CO's inspection prior to approval.

### Construction

942.03 Weather Limitations. Do not place the bituminous mixture when weather conditions prevent the proper compaction of the mixture, the base course is frozen, or the average temperature of the underlying surface upon which the bituminous mixture is to be placed is less than 55°F. Do not place when it is raining or snowing.

942.04 Mixing. Do not allow the temperature of the mix to exceed 320°F when discharging from the mixer.

942.05 Surface Preparation. Remove loose aggregate, soil, or other deleterious materials from the surface to be paved. Prepare base or trailbed by shaping, watering, and compacting before placing plant mix. Obtain the CO's approval before placing plant mix on prepared base.

942.06 Placement and Compaction. Place and compact plant mix to meet the lines, grades, and thicknesses SHOWN ON THE DRAWINGS. Avoid segregation of the mix. Hand or small machine placement of mix is permitted, except where the use of bituminous paving machines is required for areas SHOWN ON THE DRAWINGS. Use only self-contained, power propelled paving machine units, provided with an adjustable activated screed or strike-off assembly, heated if necessary, and capable of spreading and finishing courses of bituminous plant mix to the required widths and thicknesses.

Start compaction when the mix is above 230 °F. Compact the mix with at least three passes over the entire trail surface. Use a steel wheel power roller that is of a minimum weight of 1 ton. Use vibratory plate compactors in areas that are not accessible to rollers. Continue compaction over the full width of the layer until visible deformation of the layer ceases.

942.07 Thickness. Do not vary the thickness of the compacted hot mix by more or less than 15 percent from the thickness SHOWN ON THE DRAWINGS and not consistently above or below the specified thickness.

942.08 Retainers. Bed retainers along their entire length and as SHOWN ON THE DRAWINGS.

**Measurement**

942.09 Method Measure the quantities in accordance with Section 906.

Payment

942.10 Basis. Pay for the accepted quantities in accordance with Section 906 at the contract unit price for the PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 942(01) | Hot Bituminous Plant Mix Trail Surfacing ................ | S.Y. |
| 942(02) | Hot Bituminous Plant Mix Trail Surfacing ................ | Ton |
| 942(03) | Retainers .................................................................. | L.F. |
| 942(04) | Geosynthetics ........................................................... | S.Y. |

**Section 943-Cold Bituminous Mix Trail Surfacing**

**Description**

**943.01 Work This work consists of constructing a single course of cold bituminous mix on a prepared base course or trailbed and fiunishing and installing retainers.**

**Materials**

**943.02 Requirements. Use cold bituminous mix design that is currently in use by the local State department of transportation, the county, or city, and submit a certificate of compliance that the mix meets their requirements. Certify the locations of past projects for the CO's inspection prior to approval.**

**Use either MC250 liquid asphalt that conforms to AASHTO M 82 or CMS-2 emulsion that conforms to AASHTO M 208.**

**For the cold bituminous mix, use aggregate with a maximum size of ⅜" and no more than 10 percent by weight passing the.075 mm sieve.**

**Construction**

**943.03 Weather Limitations. Place cold asphalt concrete on an unfrozen, reasonably dry surface. Place when the air temperature in the shade is above 50°F, the temperature of the road surface is above 39°C, and it is not raining or snowing or predicted to rain or snow within 24 hours after placement.**

**943.04 Surface.Preparation. Clean the surface to be paved of all loose aggregate, soil, or other deleterious materials. Shape, water, and compact the base course or trailbed with a compactor to prepare the base and subgrade just before placing cold mix. Obtain the CO's approval before placing mix on prepared bases.**

**943.05 Mixing.** If **liquid asphalt is used, use aggregate that contains no more than 3 percent moisture** and is **at a temperature between 59 and 221T during mixing. If emulsified asphalt** is **used, use aggregate that is at a temperature between 50 and 176°F during mixing.**

**Mix the aggregate and bituminous material until the aggregates are thoroughly coated and the mass is a uniform color.**

**943.06 Placement and Compaction. Place and compact the mix to meet the lines, grades, and cross-section SHOWN ON THE DRAWINGS. Avoid segregation of the mix. Hand or small machine placement of mix is permitted, except where the use of bituminous paving machines is required for areas SHOWN ON THE DRAWINGS. Use self-contained, power-propelled paving machine units, provided with an adjustable activated screed or strike off assembly, heated if necessary, and capable** of **spreading and finishing courses** of **bituminous plant mix to the required widths and thicknesses.**

**Compact the mix with at least three passes over the entire trail surface. Use a steel wheel power roller that** is of a minimum weight of 1 ton. **Use vibratory plate compactors in areas that are not accessible to rollers. Continue compaction over the full width of the layer until visible deformation of the layer ceases.**

943.07 Thickness. Do not vary the thickness of the compacted hot mix by more or less than 15 percent from the thickness SHOWN ON THE DRAWINGS and not consistently above or below the specified thickness.

Measurement

943.08 Method. Measure the quantities in accordance with Section 906.

Payment

943.09 Basis. Pay for the accepted quantities in accordance with Section 906 at the contract unit price for each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT . |
|---|---|---|
| 943(01) | Cold Mix Trail Surfacing ............................................. | S.Y. |
| 943(02) | Cold Mix Trail Surfacing ............................................. | Ton |
| 943(03) | Geosynthetics........:....................................................... | S.Y. |
| 943(04) | Retainers ......................................................:........ | Ft |

## Section 944-Grid Pavement Units

### Description

944.01 Work This work consists of furnishing and installing grid pavement units, including excavation, backfilling, and geosynthetics.

### Materials

944.02 Requirements. Use materials meeting the requirements of the following sections:

961 - Rock, Grid Pavement Units, and Aggregate
964 - Geo synthetics

### Construction

944.03 Excavation and Embankment. Perform excavation and embank-ment in accordance with Section 912 and as SHOWN ON THE DRAW-INGS.

Excavate to the depth of the grid. pavement units to be installed after first removing all duff and debris.

Stockpile all excavated suitable material adjacent to the trail for later use as backfill.

Obtain approval before placing grid pavement units.

944.04 Laying Grid Block. Place and bed blocks so they interlock, are stable, and form a smooth and uniform tread surface. Fill void areas to full depth with fractured or cut pieces of block on curves or where needed to establish the grid pavement units in which native surface areas are no larger than 6" in greatest dimension. Bury beginning and ending blocks at a 30° angle to the tread.

Dispose of unused block material by removing from Government-adminis-tread lands to an appropriate. site or by burying it at a location DESIGNATED ON THE GROUND.

944.05 Backfilling. After approval of the grid block installation by the CO, place and compact suitable material into holes between and around grid pavement units. For block surfacing used in shallow stream fords and gully crossings, substitute native gravels for suitable materials.

### Measurement

944.06 Method. Measure the quantities in accordance with Section 906.

### Payment

944.07 Basis. Pay for the accepted quantities in accordance with Section 906 at the contract unit price each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 944(01) | Grid Pavement Units, Type .............................. | S.F. |
| 944(02) | Grid Pavement Units, Type ................................ | L.F. |

This page: intentionally lift blank,

# Section 950
# Incidental
# Construction

**Section 951-Mobilization**

**Description**

**951.01 Work. This work consists of moving personnel, equipment, material and incidentals to the project and performing all work necessary before beginning work at the project site. Mobilization includes the costs associated with obtaining permits, insurance, and bonds. Mobilization is not intended to pay for the costs of materials before they are used on the project site.**

**Payment**

**951.02 Basis. Pay for the accepted work at the contract unit price for the PAY ITEM** SHOWN IN THE SCHEDULE OF ITEMS.

**Make progress payments for mobilization as follows:**

**(a) Reimburse for bond premiums before issuing the Notice to Proceed if evidence of payment is received.**

**(b) When 5 percent or more of the original contract amount is earned from other PAY ITEMS, pay mobilization at the rate of 50 percent, or up to 5 percent of the original contract amount, whichever is less.**

**(c) When 10 percent or more of the original contract amount is earned from other PAY** ITEMS, **pay mobilization at the rate of 100 percent, or up to 10 percent of the original contract amount, whichever is less.**

**(d) Pay any unpaid amount for mobilization upon final acceptance of all work items.**

**Make payment under:**

| PAY ITEM | PAY UNIT |
|---|---|
| 951(01) Mobilization.............................................:.................. | LS |

## Section 952-Sign, Post, and Cairn Installation

### Description

952.01 Work This work consists of furnishing and installing signs and posts and constructing rock cairns:

### Materials

952.02 Requirements. Use materials meeting the requirements of the following sections:

961 - Rock, Grid Pavement Units, and Aggregate
962 - Material for Timber Structures

### Construction

952.03 General. Erect signs, posts, and cairns at the locations SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND.

952.04 Sign Installation. Tighten hardware snug, but do not damage the.sign panel surface.

952.05 Post Installation. Dig post hole width not more than three times the width of the post and to the depth SHOWN ON THE DRAWINGS. If necessary because of obstacles, the post hole may be moved within the tolerances SHOWN ON THE DRAWINGS, or stabilize the post with concrete or rock mounds built in accordance with rock cairn specifications.

Compact suitable material between the post and the post hole in 4" layers to produce a solid and plumb installation..

952.06 Rock Cairn Construction. Slope each rock layer toward the center. Place each rock with at least three points of contact. Do not wedge small rocks into cracks between large rocks to stabilize the large rocks.

### Measurement

952.07 Method. Measure the quantities in accordance with Section 906.

Rock cairns built to support signposts will be considered incidental to the PAY ITEM for signposts, and separate payment will not be made.

### Payment

952.08 Basis. Pay for the accepted quantifies in accordance with Section 906 at the contract unit price for each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 952(01) | Install Sign Panel, Government-Furnished | EA |
| 952(02) | Furnish and Install Sign Panel | EA |
| 952(03) | Treated Posts, Length ' - Dia. " | EA |
| 952(04) | Native Posts Length ' | FA |
| 952(05) | Steel Posts, Type Length Gauge | EA |
| 952(06) | Steel Tubing Posts, Type Length Gauge | EA |
| 952(07) | Plastic Posts, Type Length | EA |
| 952(08) | Composite Posts, Type Length ' | FA |
| 952(09) | Rock Cairns | EA |

## Section 953-Barriers

### Description

**953.01 Work Work consists of constructing barriers,. including subgrade widening, debris disposal, and excavation.**

### Materials

**953.02 Requirements. Use materials meeting the requirements of the following sections:**

961 - Rock, **Grid Pavement Units, and Aggregate**
962 - **Material for Timber Structures**

### Construction

**953.03 General. Construct barriers at locations SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND.**

**Use logs in which the true centerline deviates** no **more than** 4" **from the line between the centers of the ends of the log.**

### Measurement

953.04 Method. **Measure the quantities in accordance with Section** 906 **and include spaces between individual units in each barrier section as SHOWN ON THE DRAWINGS.**

### Payment

**953.05 Basis. Pay for the accepted quantities in accordance with Section** 906 **at the contract unit price for each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.**

**Make payment under:**

| PAY ITEM | PAY UNIT |
|---|---|
| 953(01) **Barrier, Type** ............................................... | L.F. |

## Section 954-Obliteration of Abandoned Trailways

### Description

954.01 Work. This work consists of obliteration of trailways, construction of drainage structures, and reestablishment of natural drainage patterns and vegetation.

### Construction

954.02 General. Obliterate trailways in locations SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND.

954.03 Trail Closure. Block trailway entrances to traffic by placing rocks, logs, tree branches, and duff across the trailway. Place rocks, logs, branches, and duff to conceal the abandoned trailway and discourage future use. Use rocks and other materials that are available in the areas to be obliterated.

954.04 Drainage Structures. Leave existing water bars on the abandoned trail segments in place unless designated for removal. Construct additional drainage structures in locations SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND.

954.05 Check Dams and Ditches. Construct check dams and ditches in locations SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND.

954.06 Scarify. Scarify the trail to promote the establishment of vegetation at locations SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND. Scarification is defined as breaking up the compacted soil to a depth and maximum clod size as SHOWN ON THE DRAWINGS.

954.07 Contour Restoration. Backfill trail sections where SHOWN ON THE DRAWINGS. On sidehill sections, pull fill material from the lower side of the trail, or the upper cut area, and place fill material in the original cut area to restore a natural-appearing contour and a natural drainage pattern.

954.08 Trench Backfill. Backfill trenched trail sections with compact suitable material until flush with the adjacent ground surface. Obtain backfill material from designated borrow sources.

### Measurement

954.09 Method. Measure the quantities in accordance with Section 906.

Payment

954.10 Basis. Pay for the accepted quantities in accordance with Section 906 at the contract unit price for each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 954(01) | Obliteration | LS |
| 954(02) | Obliteration | L.F. |
| 954(03) | Closure | LS |
| 954(04) | Closure | L.F. |
| 954(05) | Drainage Structures, Removal | EA |
| 954(06) | Scarify | L.F. |
| 954(07) | Trench Backfill | L.F. |
| 954(08) | Contour Restoration | L.F. |

Section 955-Seeding and Mulching

Description

955.01 Work This work consists of preparing seedbeds and furnishing and placing required seed, fertilizer, mulch, net, and blanket material.

Materials

955.02 Seed. Do not use seed that is wet, moldy, or has been damaged in transit or storage.

Furnish seed, separately or in mixture, in standard containers with (1) seed name, (2) lot number, (3) net weight, (4) percentages of purity and germination, and (5) percentage of maximum weed seed content clearly marked for each kind of seed. Certify that seed meets the type as SHOWN ON THE DRAWINGS. Furnish the CO with duplicate copies of a statement by the vendor certifying that each lot of seed has been tested by a recognized laboratory for seed testing within 6 months of the date of delivery. Include in the certificate (1) name and address of the laboratory, (2) date of test, (3) lot number for each kind of seed, and (4) results of tests as to name, percentage of purity and of germination, and percentage of weed content for each kind of seed furnished, and, in case of mixture, the proportions of each kind of seed.

955.03 Fertilizer. Use standard commercial-grade fertilizer and provide the minimum percentage of available nutrients as SHOWN ON THE DRAWINGS.

Furnish fertilizer in new, clean, and sealed containers with the name, weight, and guaranteed analysis of contents clearly marked. Fertilizer failing to meet the specified analysis may be used providing sufficient materials are applied to supply the specified nutrients without additional cost to the Government.

955.04 Mulch. Use commercially produced mulch as SHOWN ON THE DRAWINGS.

955.05 Erosion Control Blanket. Use erosion control materials of the type and in the locations SHOWN ON THE DRAWINGS.

(a) Burlap. Use burlap of standard weave with a weight of 4,±1/2 oz/SY.

(b) Excelsior Blanket. Use excelsior blanket consisting of a machine-produced mat or curled wood excelsior of 80-percent, 8" or longer fiber length with consistent thickness and the fiber evenly distributed over the entire area of the blanket. Use blanket with mesh dimensions of 1" by 2" f25 percent. Provide blanket with average weight of 8 oz/SY f10 percent at time of manufacture.

Construction

955.06 Seeding Seasons. Seed during the seeding dates as SHOWN ON THE DRAWINGS. Do not apply seeding materials during windy weather or when the ground is excessively wet or frozen.

955.07 Soil Preparation. Shape and finish cutslopes, fillslopes, embank-meets, or other areas to be seeded as required by other applicable sections or as SHOWN ON THE DRAWINGS. Prepare soil as specified in other sections.

955.08 Mulch. Spread mulch immediately after seeding, or after seeding and fertilizing, to a loose depth of 1" to 2" at locations SHOWN ON THE DRAWINGS.

955.09 Erosion Control Blankets. Install erosion control blankets in accordance with manufacturer's recommendations at locations SHOWN ON THE DRAWINGS.

Measurement

955.10 Method. Measure the quantities in accordance with Section 906.

Payment

955.11 Basis. Pay for the accepted quantities in accordance with Section 906 at the contract unit bid price for each PAY ITEM SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | PAY UNIT |
|---|---|
| 955(01) Seeding ........................................................................ | acre |
| 955(02) Seeding ........................................................................ | LS |
| 955(03) Fertilizer........................................................................ | LS |
| 955(04) Mulch ........................................................................ | LS |
| 955(05) Erosion Control Blanket, Type..................................... | acre |
| 955(06). Seeding, Mulch, and Fertilizer .................................... | LS |

This page; intentionally left blank.

# Section 960 Materials

**Section** 961-Rock, Grid Pavement Units, and Aggregate

**961.01** Rock Use sound, durable rock free of rifts, seams, laminations, and minerals that could deteriorate as a result of weathering. Dress rock to remove thin or weak portions before use.

Furnish rock of the size, shape, weight, and face area necessary to produce the general characteristics and appearance SHOWN ON THE DRAWINGS.

**961.02 Wire Basket Rock** Ensure that rock conforms to the requirements of Section 961.01 and the following specifications.

(a) Unit weight of a filled basket: 3,5001b/C.Y. min.

(b) Gradation:

(1) Baskets 12" or greater in the vertical dimension:
- Maximum dimension of rock......................... 8tv
- Minimum dimension of rock ........................... 4"

(2) Baskets less than 12" in the vertical dimension:
- 0 Maximum dimension of rock .......................... 6"
- Minimum dimension of rock ........................... 311

**961.03 Concrete Grid Pavement Units.** Use concrete grid pavement units with a minimum compressive strength of 44951bf/in2 that meet the National Concrete Masonry Association (NCMA) Designation: A-15-82: Specifica-tions for Grid Pavers.

**961.04 Pit-Run Aggregate.** Use pit-run aggregates consisting of native materials that can be placed on the trail without crushing or screening. No gradation, other than a maximum size, will be required. Provide pit-run aggregate with a maximum size as SHOWN IN THE SCHEDULE OF ITEMS.

**961.05 Screened Aggregate.** Use screened material consisting of gravel, talus, rock, sand, shale, or other suitable material that is reasonably hard, durable, and free of organic material, mica, clay lumps, or other deleterious material. Use screened aggregate meeting the gradation requirements shown in table 961-1 and of the grading SHOWN IN THE SCHEDULE OF ITEMS.

**961.06 Crushed Aggregate for Base or Surface Course.** Use crushed aggregate meeting the requirements of tables 961-1 and 961-2 and SHOWN IN THE SCHEDULE OF ITEMS.

At least 50 percent, by weight, of the aggregate retained on the No.4 sieve is to have one fractured face. Naturally fractured faces may be included in the 50-percent requirement.

The CO may approve other gradations if they are similar to those specified Grade aggregate from coarse to fine within the gradation band.

Table 961-1-Crushed and screened aggregate grading requirements for base or surface courses.

| | Percent Passing (AASHTO T 11 and T 27) | | | |
|---|---|---|---|---|
| Sieve | Grading A | Grading B | Grading C | Grading D |
| 1 11 | | | | |
| 3/a" | 100 | 100 | | |
| '/z' | 50-90 | 70-100 | | |
| 3/8" | | | 100 | 100 |
| No.4 | 30-65 | 45-75 | 60-85 | 70-90 |
| No.8 | 25-55 | 30-60 | 35-70 | 45-70 |
| No.30 | | 15-40 | | 20-40 |
| No.200 | 6-12 | 6-20 | 5-20 | 5-20 |

Table 961-2.-Crushed Aggregate Quality Requirements

| Description | AASHTO Test Method | Requirement |
|---|---|---|
| Percent Wear | T 96 | 40 Max. |
| Durability Index, Coarse and Fine | T 211 | 35 Min. |
| Liquid Limit | T 89 | 35 Max. |
| Plasticity Index | T 91 | 2-11 |

**Section 962-Material for Timber Structures**

**962.01 Timber.** Select timber from designated sites on Government-administered land. Select the species and sizes of materials as SHOWN ON THE DRAWINGS. Select timber that is straight, sound, and free of defects. Obtain CO approval of logs and trees before felling or moving them to the site. Fell trees to prevent damage to standing timber and to minimise breakage of trees to be used. Buck logs from felled trees in such a way to minimize waste and to obtain the required length and diameter.

Peel logs, square the ends, and trim the knots and limbs flush unless otherwise SHOWN ON THE DRAWINGS. Scatter the debris from the processing of timber away from the trail and so it will not block the trail or plug water courses.

**962.02 Structural Lumber.** Use structural lumber meeting the requirements of AASHTO M 168.

**962.03 Hardware.** Use drift pins and dowels meeting the requirements of the American Society for Testing and Material (ASTM) A307 and galvanized hardware meeting the requirements of AASHTO M 232.

Use nails of standard form or as SHOWN ON THE DRAWINGS.

**962.04 Preservative.** Use wood preservative treatment methods meeting the requirements of AASHTO M 133 as SHOWN ON THE DRAWINGS. Completely and accurately fabricate all treated timber before treatment. Provide treated timber that is clean and free of dripping treatment liquids.

Submit a certified copy of the lot certification, by a qualified independent inspection and testing agency, to the CO for each charge of preservative, stating penetration in millimeters and retention in kilograms per cubic meter (assay method). In addition, provide a written certification from the producer of the treated products that "Best Management Practices for Treated Wood in Western Aquatic Environments," published by the Western Wood Preservers Institute and Canadian Institute of Treated Wood, were utilized. Include a description and appropriate documentation of the Best Management Practices used.

Except for pine, incise before treatment all surfaces greater than 2" in width and all Douglas fir and western larch surfaces. Field treat, as SHOWN ON THE DRAWINGS, any area hewn, notched, cut, or drilled after the initial preservative treatment.

## Section 963-Drainage Pipe

**963.01 General. Use pipe, coupling bands, and special sections such as elbows, tees, and wyes made of the same material and of the same thickness as the conduit to which they are joined, unless otherwise specified.**

**963.02 Corrugated Steel Pipe and Pipe Arches**

**(a) Riveted Pipe and Pipe Arches. Use pipes meeting the requirements of** AASHTO M 36.

(b) **Welded Pipe and Pipe Arches. Use corrugated metal pipe and pipe arches fabricated by resistance spot welding meeting the applicable requirements of** AASHTO M 36.

(c) **Helical Pipe. Use un-perforated helically corrugated pipe with continuous lock or welded seams meeting the applicable requirements of** AASHTO M 36.

(d) Coupling Bands. **Use coupling bands meeting the requirements of** AA SHTO M 36.

(e) **Special Sections. Use special sections such as elbows, tees, and wyes meeting the same thickness as the conduit to which they are joined and meeting the applicable requirements of** AA SHTO M 36.

(f) Flared-End Sections. **Use flared-end sections for inlet and outlet ends of pipe and pipe arch culverts meeting the, applicable requirements of** AA SHTO M 36.

**963.03 Corrugated Steel Pipe for Underdrains. Use perforated galvanized pipe meeting the requirements of** AA SHTO M 3 6. **Use polymer-perfoated perforated underdrains meeting the requirements of** AASHTO M 245

**963.04 Corrugated Aluminum Alloy Culvert Pipe, Pipe Arches, and Underdrains. Use pipe meeting the requirements of** AASHTO M 196.

**963.05 Aluminum-Coated (Aluminized Type 2). Use pipe and coupling bands meeting the requirements of** AA SHTO M 36 **except that they must be made from material meeting the requirements of** AA SHTO M 274.

**963.06 Polyvinylchloride (PVC) Pipe. Use PVC drain and perforated pipe meeting the requirements of** AASHTO M 278.

**963.07 Plain or Corrugated Polyethylene (PE) Pipe. Use corrugated PE pipe and connections 1' through 3' in diameter meeting the requirements of** AASHTO M 294

**963.08 Acrylonitrile-butadiene-styrene (ABS) and PVC Composite Pipe.** Use ABS **and PVC pipe and connections meeting the requirements of** AASHTO M 264.

## Section 964-Geosynthetics

### Materials

964.01 Geotextiles

(a) Use geotextiles, alone or in combination with other geosynthetics, that meet the following Class B requirements for subsurface drainage as specified in AASHTO M288.

(1) Grab Strength at 50 percent elongation
ASTM D4632-91 ........................ 0.355 kN min.

(2) Seam Strength,
ASTM D 4632 ............................ 0.310 kN

(3) Puncture Strength,
ASTM D4833-88 ........................ 0.110 kN min.

(4) Mullen Burst,
ASTM D 3786-87 ... .................... 130 lbf/in2 min.

(5) Trap Tear Strength,
ASTM D4533-91 ........................ 0.110 kN

(b) Use geotextile meeting the following critical physical properties, unless otherwise SHOWN ON THE DRAWINGS.

(1) Material Structure ........................ Nonwoven (all purposes) or Slit Film (for reinforcement or separation)

(2) Polymer Composition ................ Polypropylene

(3) Apparent Opening,
ASTM D 4751-87 ..................... .01 in. max.

(4) Permittivity, ASTM
D4491-92 .................................... 100 gal./minute/S.F. min.

(5) Ultraviolet Degradation............... 70 at150 hours

964.02 Geonet. Use geonet meeting the following critical physical proper ties unless otherwise SHOWN ON THE DRAWINGS.

(a) Polymer Composition of Core
(Net or Mesh)............................... .... Medium PE or HDPE

(b) Permeability.............................. 004 in/second min.

(c) Geotextile .................................. Must meet all Section 964.01 requirements

(d) Compressive Strength
of Core, ASTM D1621:................... 72.5 lbf/in2, min.

(e) Transmissivity with Gradient
at 0.1, Pressure at 1.5 lbf/in2............. 0.01 S.F./second min.

**964.03 Geogrids.** Use geogrids made from polypropylene or coated polyester that meet the following critical physical properties.

(a) Polymer Type .......................................... HDPE, Polypropylene, or Polyester with Acrylic or PVC coating

(b) Mass per Unit Area, ASTM D5261-92 ......: 175 g/m2 min.

(c) Maximum Aperture Size

(1) Direction (MD) ............................... 4"

(2) Cross-Direction (XD) ......................... 3°

(d) Wide-Width Strip Tensile Strength at 5 percent Strain, ASTM D4595-86

(1) Machine Direction (MD) .................. 8 kN/m min.

(2) Cross-Direction (XD) ....................... 6 kN/m max.

**964.04 Geocells.** Use geocells meeting the following physical properties.

(a) Composition ............................................ PE or HDPE

(b) Geocell Weight expanded: .....::..............:.. 1.70 kghn2 min.

(c) Minimum Cell Seam Peel Strength, U.S. Army Corps of Engineers Technical Report G:-86-19, Appendix A.,............................................. 800 N mm.

(d) Expanded Dimensional Properties.-........... AS SHOWN ON DRAWINGS

**964.05 Sheet Drains.** Use sheet drains meeting the following critical physical properties.

(a) Core Polymer Composition .................... Polystyrene, HDPE, or polypropylene attached

(b) Geotextile ............................................... Nonwoven on one side if core solid; on both sides if core perforated. Must meet all Section 964.01 requirements

(c) Core Thickness, ASTM D5199 .............. '/z" min.

(d) Core Compressive Strength at Yield, ASTM D1621 ............................... 650 kPa max.

**964.06 Fasteners.** Use anchors or fasteners of the design recommended by the manufacturer, and install per manufacturer's specifications.

**964.07 Certification.** Furnish a certificate or affidavit signed by an official from the company manufacturing the geosynthetic, verifying that the geosynthetic meets specifications.

**964.08 Delivery, Storage, and Handling.** During shipment and storage, wrap all geosynthetics to protect them from sunlight. When storing geosynthetics, protect them from mud, soil, dust, and debris. If materials are not installed immediately after delivery to site, do not store them in direct sunlight.

## Section 965-Wire Baskets

### Materials

965.01 Baskets. Twist or weld the mesh from galvanized steel wire, Class 3, soft temper, conforming to ASTM A641M, or aluminized steel wire, soft temper, conforming to ASTM A 809. Use wire with a minimum tensile strength of 400 megapascals when tested in accordance with ASTM A 370. The zinc or aluminum coating may be applied after the mesh fabrication.

Fabricate baskets from either twisted wire mesh or welded wire mesh. Make the mesh openings with a maximum dimension of less than 5" and an area of less than 7,000 mm?. Furnish baskets in the dimensions required with a dimension tolerance of + 5 percent.

Where the length of the basket exceeds 1.5 times its width, equally divide the basket into cells less than or equal to the basket width using diaphragms of the same type and size mesh as the basket panels. Prefabricate each basket with the necessary panels and diaphragms secured so they rotate into place.

(a) Wire Baskets 0.3 M or Greater in the Vertical Dimension. Fabricate the mesh for galvanized or aluminized coated basket from wire with a diameter of 3.0 mm or greater in nominal size, and fabricate the mesh for epoxy or PVC-coated baskets from wire with a diameter of 2.7 mm or greater in nominal size.

(1) Twisted Wire Mesh. Form the mesh in a uniform hexagonal pattern with nonraveling double twists. Tie the perimeter edges of the mesh for each panel to a selvage wire with a diameter of 3.9 mm or greater, or a selvage wire with a diameter of 3.4 mm or greater for epoxy- or PVC-coated baskets, so that the selvage is at least the same strength as the body of the mesh. Furnish selvage wire from the same kind and type of material used for the wire mesh.

(2) Welded Wire Mesh. For mesh from galvanized or aluminized wire with a diameter of 12" or greater in nominal size, weld each connection to obtain a minimum average weld shear strength of 2,600 N, with no value less than 2,000 N. For mesh for epoxy-or PVC-coated baskets from wire with a diameter of 2.7 mm in nominal size, weld each connection to obtain a minimum average weld shear strength of 2,100 N, with no value less than 1,600 N.

(b) Wire Baskets Less Than 12 Inches in the Vertical Dimension. Fabricate the mesh from wire with a diameter of 2.2 mm or greater in nominal size.

(1) Twisted Wire Mesh. Form the mesh in a uniform hexagonal pattern with nonraveling double twists. Tie the perimeter edges of the mesh for each panel to a selvedge wire with a diameter of 2.7 mm or greater so that the selvedge is at least the same strength as the body of the mesh. Furnish selvedge wire from the same kind and type of material used for the wire mesh.

(2) Welded Wire Mesh. Weld each connection to obtain a minimum average weld shear strength of 1,300 N, with no value less than 1,000 N.

(c) Epoxy-or-PVC-Coated Baskets. Use either the fusion bonding or extrusion coating process to coat the galvanized or aluminized mesh.

Make the coating at least 0.18 mm in thickness for epoxy, and 0.38 mm in thickness for PVC. Make the color black or gray and conform to the following:

(1) For epoxy coating meet:

- Abrasion resistance, ASTM D 1242, maximum weight loss 0.19 g.
- Salt crock, ASTM G 8, maximum disbondment diameter 45 mm, and at 90 days, 1.5 volts, and 3 percent solution.
- Chemical resistance, ASTM G 20, with 45 days at 70°F, 3 molar CaCl, 3 molar NaOH, saturate $Ca(OH)_2$, and no coating loss.
- Weatherometer, ASTM G 23, with a surface chalk and 2,000 hours.

(2) For PVC coating meet:

- Specific vi ASTM D 792 1.20 to 1.40
- Tensile strength, ASTM D 638 ........................ 15.7 MPa, min.
- Modulus of elasticity, ASTM D 638 ............... 13.7 MPa, min. at 100 strain
- Hardness-shore "A," ASTM D 2240 ................ 75 min.
- Brittleness temperature, ASTM D 746 ............. 15°F max.
- Abrasion resistance, ASTM D 1242 ................ 12 percent maximum method B, at 200 cycles, weight loss CSI-A abrader tape, 80 grit
- Salt spray (ASTM B 117) and Ultraviolet Light exposure (ASTM D 1499 and G 23 using apparatus type E and 145°F) for 3,000 hours .......................... No visual effect (c) D < 6 percent (d) D < 25 percent (e) D < 25 percent (h) D < 10 percent

-Mandrel bend, 360° bend at 0°F. No breaks or cracks in coating around a mandrel 10 times the wire diameter.

965.02 Fasteners. For lacing wire, use wire with a diameter of 2.2 mm in nominal size that is of the same type, strength, and coating as the basket mesh.

For welded wire mesh panels, form the spiral binders with wire that has at least the same thickness and coating as the basket mesh.

Furnish alternate fasteners that are acceptable to the basket manufacturer and that remain closed when subjected to a 2,600-N tensile force when confining the maximum number of wires to be confined. Submit installation procedures and fastener test results.

965.03 Internal Connecting Wire. Use lacing wire as described in Subsection 965.02 to reinforce side panels. Alternate stiffeners that are acceptable to the basket manufacturer may also be used

This page intentionally left blank.

# Maintenance Sections

## Section 981-Brush Cutting

### Description

981.01 Work. This work consists of removing brush, trees less than 100 mm in diameter, and shrubs within the clearing limits.

### Requirements

981.02 General. Remove all limbs of shrubs and trees that extend across or into the clearing limits as SHOWN ON THE DRAWINGS. Saw or cut limbs flush with the tree trunk. Make cuts in a manner that will not tear or strip bark from the trees.

Gut and remove from the clearing limits all woody plants exceeding %" in stem diameter or 12" in height. The maximum size material to be cut under this specification is 4" in diameter when measured at a height of 6" above the ground on the uphill side of the stump.

Cut all brush and small, woody plants as near flush to the ground surface as possible. When impractical to cut plants flush, the maximum stem length shall be 2".

Remove all woody material for a minimum of 3" below the trail tread surface. Fill holes in the trail tread caused by removing woody material with suitable material.

Scatter the clearing debris removed from the clearing limits outside and below the clearing limits. Do not place materials in stream channels, drainageways, ditches, culvert inlets, or other locations where they would prevent the free flow of water away from the trailbed.

### Measurement

981.03 Method. Determine the quantity of brush cutting units by measuring the slope distance along the trail centerline.

### Payment

981.04 Basis. Make payments, for all units inspected and accepted, at the unit price SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 981(01) | Brush Cutting............................................................ | mi |
| 981(02) | Brush Cutting ...................................................... | L.F. |
| 981(03) | Brush Cutting ......................::................................ | LS |

## Section 982-Logging Out

### Description

982.01 Work. This work consists of removing brush, logs, and down trees from the clearing limits.

### Requirements

982.02 Clearing Out. Cut and remove all logs that extend across or into the clearing , limits. The portions of cut logs that remain on the upper side of the trail shall be either firmly anchored to prevent sliding or rolling onto the trailway or moved across the trail to the lower side and scattered outside the clearing limits.

Fell all trees over 4" in diameter that are leaning into the clearing limits and that are within 10' above the trailbed. Stump height of leaning trees that are cut outside the clearing limits shall not exceed 12" as measured on the uphill side of the stump. Disposal and payment for the leaning trees described above will be the same as for down logs and trees.

Remove roots and stumps from trees within the trailway that have been uprooted.

Rerouting the trail around windfalls, uprooted trees, and other obstacles will not be permitted. Ramp or reroute sections of the trail tread that have been damaged by uprooted stumps as necessary to provide safe passage on the trail. Payment for such work will be incidental to the specified work item, and no extra payment will be made.

Remove sticks or wood chunks exceeding 2" in diameter and 12" in length that have fallen onto the trailbed.

Scatter the down trees on the lower side of the trailway outside the clearing limits. Do not place such materials in stream channels, drainageways, ditches, culvert catch basins or other locations where they would prevent the free flow of water away from the trailbed.

### Measurement

982.03 Method. Determine the quantity of logging out units by measuring the slope distance along the trail centerline or by actual count of those units designated for removal.

### Payment

982.04 Basis. Make payment, for all units inspected and accepted, at the unit prices SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 982(01) | Logging Out .......................................................... | mi |
| 982(02) | Logging Out Diameter.................................... | EA |
| 982(03) | Logging Out .......................................................... | L.F. |
| 982(03) | Logging Out .......................................................... | LS |

## Section 983-Danger Tree Removal

### Description

**983.01 Work. This work consists of felling, bucking, and limbing trees and scattering slash.**

### Requirements

**983.02 Danger Trees. Remove trees and snags that are broken off or that are in a leaning, unstable position over the trailway to designated areas as SHOWN ON THE DRAWINGS. Cut designated danger trees so that stump heights do not exceed 12" as measured on the uphill side of the stump. Maximum stump height of designated trees within 4' of the trail centerline is 4". Do not leave felled trees parallel with the trail unless there are sufficient barriers to keep them from rolling or sliding onto the trail. Lop limbs to reduce slash concentration and scatter the clearing debris outside and below the clearing limits. If the trunk, or a portion thereof, falls within the trailway, remove that portion within 4' of either side of the trail centerline and scatter a minimum distance of 4' beyond and below the trail centerline.**

### Measurement

983.03 Method. **Determine the quantity of danger tree removal units by actual count of those trees marked.**

### Payment

**983.04 Basis. Make payment, for all units inspected and accepted, at the unit price SHOWN IN THE SCHEDULE OF ITEMS.**

**Make payment under:**

| PAY ITEM | PAY UNIT |
|---|---|
| **983(01) Danger Tree Removal ..........:...............................** | EA |

## Section 984-Loose Rock Removal

### Description

**984.01 Work. This work consists of removal and disposal of loose rock from the trail tread.**

### Requirements

**984.02 General. Remove loose rocks that are larger than 2" at their greatest dimension from the trailbed. Remove any loose rock in drainage dips or ditches that may impede water flow off the trail. Loose rocks are rocks that are not firmly embedded in the trail and can be removed by hand. Where the trailbed consists predominantly of rock with little or no soil present, remove all loose rock larger than 3".**

Fill any **holes remaining from rock removal with suitable material and compact. If the rock removed is not needed for other items of main-tenance work, scatter the rock by side-casting to the lower side of trailway beyond the clearing limits, and distribute rock to ensure that** no **blockage of drainage or creation of a windrow occurs. Do not dispose of waste materials in water courses.**

### Measurement

**984.03 Method. Determine the quantity of loose rock removal units by measuring the slope distance along the trail centerline.**

### Payment

**984.04 Basis. Make payment, for all units inspected and accepted, at the unit price SHOWN IN THE SCHEDULE OF ITEMS.**

**Make payment under:**

| PAY ITEM | PAY UNIT |
|---|---|
| 984(01) Loose Rock Removal ............................................ | L.F. |

## Section 985-Rock and Root Removal

### Description

985.01 Work. This work consists of removal and disposal of rocks and roots from the tread.

### Requirements

985.02 Rock Removal. Remove surface rocks that are larger than 2" at their greatest dimension, and rocks that project more than 2" above the surface of the trail tread, when removal can be accomplished by hand or when rocks can be pried out with a pick mattock, shovel, pry bar, or similar tool. Where the trailbed consists predominantly of rock with little or no soil present, remove loose rock in excess of 3".

Shatter any protruding rocks in trail tread that are too large to be pried out with a pick and bar by using either a rock sledge or explosives. Remove the protrusion down to the level of the tread surface. Fill any resulting depressions with suitable material and compact by tamping. If rock removed is not needed for other items of maintenance work, scatter the rock by side-casting to the lower side of the trailway and beyond the clearing limits and distribute rock to ensure that no blockage of drainage or creation of windrow occurs. Do not dispose any waste material in water courses.

985.03 Root Removal. Remove exposed tree roots on or in the trail tread that are greater than 1" in diameter. Cut embedded roots that project more than 2" above the trail tread flush with the trail tread. Scatter removed roots on the lower side of the trailway beyond the clearing limits and outside of water courses.

Fill holes caused by rock and root removal with suitable material and compact to form a smooth trail tread.

Maintain trail tread to the width as SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND.

### Measurement

985.04 Method. Determine the quantity of rock and root removal units by measuring the slope distance along the trail centerline.

### Payment

985.05 Basis. Make payment, for all units inspected and accepted, at the unit price SHOWN IN THE SCHEDULE

Make payment under:

| PAY ITEM | PAY UNIT |
|---|---|
| 985(01) Rock and Root Removal ........................................... | L.F. |

## Section 986-Borrow

### Description

**986.01 Work. This work consists of placing select borrow material on the trailbed.**

### Materials

**986.02 Requirements. Obtain borrow materials from locations SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND. Obtain CO's approval before using borrow from other locations. Suitable material from slough and berm removal may also be used as borrow.** material. **Use suitable borrow material and aggregate under 50 mm in the greatest dimension.**

### Requirements

**986.03 General. On sideslopes where water can drain away from the trailbed, provide a sufficient depth of borrow material to obtain the outslope as SHOWN ON THE DRAWINGS.**

**Across meadows and** on **turnpike sections, provide a sufficient depth of borrow material to produce a crowned trailbed as SHOWN ON THE DRAWINGS.**

**Compact all material placed. Compact borrow material placed on the approaches of bridges and puncheon to provide a smooth surface and a smooth transition from the structure to the adjoining trail tread surface.**

**Cover any culvert surfaces that have become exposed with a minimum depth of 6" of suitable material over the full length of the exposed culvert and of sufficient length along the trail to present a uniform trail grade.**

**Provide free-draining borrow sites and backslopes no steeper than 1'/3:1.**

### Measurement

**986.04 Method. Determine the quantity of borrow units by measuring the slope distance along the trail centerline.**

### Payment

**986.05 Basis. Make payment, for all units inspected and accepted, at the unit price SHOWN IN THE SCHEDULE OF ITEMS.**

**Make payment under:**

| PAY ITEM | | PAY UNIT |
|---|---|---|
| **986(01)** | **Borrow........................................................................** | **L.F.** |
| **986(02)** | **Borrow........................................................................** | **C.Y.** |

## Section 987-Slide Maintenance

### Description

987.01 Work. Work consists of the removal and disposal of slide material from the trailbed and the restoration of all sections of trail that have been damaged.

### Requirements

987.02 General. Conserve and use suitable material from the slide on the trailbed for tread surfacing. Spread this material at a maximum depth of 3" for a distance not exceeding 100' in each direction from the site of the slide unless otherwise SHOWN ON THE DRAWINGS.

Place all excess and unsuitable material beyond the downslope edge of the trailbed. Uniformly spread unsuitable material to a depth not exceeding 4" and do not obstruct drainage.

Reshape the backslope that contributed to the slide to reduce future sloughing and to conform to adjacent undamaged sections unless otherwise SHOWN ON THE DRAWINGS.

Re-grade sections of trailbed that have been damaged to. a width and finish that conform to adjacent undamaged sections unless otherwise SHOWN ON THE DRAWINGS.

### Measurement

987.03 Method. Determine the quantity of slide maintenance units by measuring the slope distance along the trail centerline. The measured distance will be that portion of the trail that is covered by slide material.

### Payment

987.04 Basis. Pay for the accepted quantities at the unit price SHOWN IN THE SCHEDULE OF ITEMS.

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 987(01) | Slide Maintenance.................................................. | L.F. |
| 987(02) | Slide Maintenance .................................................. | LS |

## Section 988-Slough and Berm Removal

### Description

988.01 Work. Work consists of the removal and disposal of slough and berm material that has accumulated on the trailway.

### Requirements

988.02 Slough and Berm Removal and Excess Material. Remove all slough material within the trailway. Remove all material from the trailbed when daylight can be obtained within a distance of 4' from the outslope edge of the finished tread unless otherwise DESIGNATED ON THE GROUND or SHOWN ON THE DRAWINGS. Conserve and use suitable material to restore the trail tread as SHOWN ON THE DRAWINGS.

Place all excess and unsuitable material beyond the downslope edge of the trailbed. Uniformly spread to a depth not exceeding 4" and do not obstruct drainage or interfere with the drainage of outsloped tread.

### Measurement

988.03 Method. Determine the quantity of slough and berm removal units by measuring the slope distance along the trail centerline.

### Payment

988.04 Basis. Pay for the accepted quantities at the unit price SHOWN IN THE SCHEDULE OF ITEMS.

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 988(01) | Slough and Berm Removal .................................... | L.F. |
| 988(02) | Slough and Berm Removal..................................... | LS |

## Section 989-Turnpike Maintenance

### Description

989.01 Work. This work consists of maintaining trail turnpike sections.

### Materials

989.02 Requirements. Use materials meeting the requirements of the following sections:

961 - Rock, Grid Pavement Units, and Aggregate
962 - Material for Timber Structures
964 - Geosynthetics

### Requirements

989.03 General. Obtain logs, staking material, and suitable material for backfill from locations SHOWN ON THE DRAWINGS or DESIGNATED ON THE GROUND.

Replace missing rocks, or missing or decayed retaining logs or lumber, with rocks, logs, or dimensional lumber as SHOWN ON THE DRAW-INGS. Secure loose or dislocated retainers. Drive stakes 2-3" in diameter and 18-24" in length along the outside edge of each log or lumber retainer to hold them in place. Shape the trailway with suitable material to provide a 2" crown measured from the top of the crown at the centerline to the top of the retainers.

Clear all drainage structures of obstructions, silt, and debris so as to permit the free flow of water away from the trail. If. necessary, use suitable material removed from the drainage structures to build up the crown.

### Measurement

989.04 Method. Determine the quantity of maintain trail turnpike units by measuring the slope distance along the trail centerline.

### Payment

989.05 Basis. Make payment for all units inspected and accepted, at the unit price SHOWN IN THE SCHEDULE OF ITEMS.

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 989(01) | Maintain Trail Turnpike............................................ | L.F. |
| 989(02) | Maintain Trail Turnpike............................................ | LS |

## Section 990-Switchback Maintenance

### Description

990.01 Work. This work consists of replacing or maintaining retaining walls, trail tread, barriers, and drain ditches on existing switchbacks.

### Materials

990.02 Requirements. Use materials meeting the requirements of the following sections:

961 - Rock, Grid Pavement Units, and Aggregate
962 - Material for Timber Structures

### Requirements

990.03 Retaining Walls. When needed in rock retaining wall maintenance, use replacement rock that is sound, durable, and free from rifts, seams, laminations, and minerals that could cause deterioration through weathering.

990.04 Barriers. Perform barrier maintenance where needed. Use the same type of materials as in the original construction.

990.05 Ditches. Clear switchback ditches to permit the free flow of water. Construct ditches as SHOWN ON THE DRAWINGS.

990.06 Tread. Maintain trail tread to the original designed tread width.

### Measurement

990.07 Method. Determine the quantity of switchback units by actual count.

### Payment

990.08 Basis. Make payment, for all units inspected and accepted, at the unit price SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 990(01) | Maintain Switchbacks ..................................... | EA |
| 990(02) | Switchback Ditches.......................................... | L.F. |

## Section 991-Drainage Maintenance

### Description

991.01 Work. This work consists of cleaning culverts, waterbars, drainage dips, ditches, rock spillways, stream fords, and gully crossings; directing water from the trail where washing of the trailbed is or has been occurring; and draining low spots in the trailbed that tend to hold water.

### Materials

991.02 Requirements. Use materials meeting the requirements of the following sections:

961 - Rock, Grid Pavement Units, and Aggregate
962 - Materials for Timber Structures

### Requirements

991.03 General. Where trail drainage facilities have been plugged and the water has been diverted from the intended channel, remove the debris causing the diversion and return the drainage to the channel. Divert water off and away from the tailbed. If washing or ponding of water has been or is occurring, dig a shallow ditch sloped 2 percent to 5 percent to the downstream side of the trail and 3" minimum deep and 12" minimum wide across the trail at the point where water enters the trail.

Clean ditches to permit the free flow of water into culverts and away from the trail.

Scatter all unusable or unneeded material that is cleared from the drainage structures 3' or more beyond and below the trail or drainage facility and out of water courses.

991.04 Culverts. Remove debris and soil from catch basins and inlet and outlet ditches and inside culverts to permit the unobstructed flow of water into, through, and away from the culvert. Replace any missing or loose rocks or logs in culvert headwalls.

Fit replacement rocks for rock culverts so that they have a firm bearing on adjacent and underlying rocks. Place rocks snugly and fill voids with small rocks to prevent material from sifting into the drain. Fill and compact with suitable material all disturbed areas in the trail tread over or adjacent to rock culverts.

991.05 Waterbars. Clean the upgrade side of all existing waterbars and maintain them as SHOWN ON THE DRAWINGS. Remove material accumulated against rubber belting waterbars. Use and compact suitable material removed from the upgrade side of all waterbars to bring the trail tread flush with the top of those waterbars on the downgrade side. Remove all debris from the lead-off area of all waterbars that restricts the free flow of water away from the trail. Firmly embed replacement rocks for rock waterbars into the trailbed and fit the rocks together. Make the tops of the rocks even, with no sharp points. Peel native replacement logs before using them. Anchor stakes tightly in the ground without splits and nail tightly to the log.

991.06 Drainage Dips. Clean deposited material and restore drainage dips as SHOWN ON THE DRAWINGS. Remove all debris from the lead-off area of dips that restricts the free flow of water away from the trail. Use suitable material obtained by cleaning dips

for fill on the downgrade side, removing rock more than 3" at its greatest dimension. . Compact all material placed in the trail tread.

991.07 Rock Spillways. Maintain rock spillways to conform as SHOWN ON THE DRAWINGS. Replace missing rocks, interlocking each rock with adjacent rocks. Place the rocks to ensure that the water flows down the spillway and away from the facility being drained. Use small rocks to fill voids. Clean all material from the spillway that restricts the flow of water away from the trail.

991.08 Stream Fords and Gully Crossings. Maintain stream fords and gully crossings as SHOWN ON THE DRAWINGS. Remove debris and loose rocks over 3" from existing stream crossings to provide the tread width. Maintain and replace missing or rotted log or rock barriers that form the dam at fords and gully crossings. Level and smooth the stream bottom with gravel or rock less than 3" in greatest dimension to provide a crossing.

Re-grade or fill the approaches to the stream fords and gully crossings to provide for safe use. Replace missing stepping-stones.

Measurement

991.09 Method. Determine the quantity of drainage maintenance units by measuring the slope distance along the centerline. Measure other items by a count of those designated.

Payment

991.10 Basis. Make payment for all units inspected and accepted, at the unit price SHOWN IN THE SCHEDULE OF ITEMS.

Make payment under:

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 991(01) | Drainage Maintenance ............................................ | mi |
| 991(02) | Drainage Maintenance ............................................ | LS |
| 991(03) | Maintain Waterbars .................................................... | EA |
| 991(04) | Maintain Drainage Dips............................................ | EA |
| 991(05) | Rock Spillways ........................................................ | EA |
| 991(06) | Stream Fords and Gully Crossings............................ | EA |

**Section 992-Rock Retaining Wall**

**Description**

**992.01 Work. This work consists of replacing rock that has become displaced from rock retaining walls.**

**Materials**

**992.02 Requirements. Use materials meeting the requirements Section 961.**

**Requirements**

**992.03 General. Repair walls back to a height that will provide a uniform grade consistent with segments** of **trail adjacent to each side of the damaged wall.**

**Stagger joints at least 4" horizontally from the adjacent joint in the next course.**

Use **uniformly distributed header rocks for at least 25 percent of the rocks in the front and rear facing walls, each with a length at least 2.5 times its width. Place header rocks with the greatest dimension extending into the wall (at right angle to trail centerline), except at corners. At comers, place alternating courses containing headers parallel with wall.**

**Measurement**

**992.04 Method. Measure the quantity of rock retaining wall units by the square meter of front wall face.**

Payment

**992.05 Basis. Make payment for all units inspected and accepted at the unit price.**

**Make payment under:**

| PAY ITEM | PAY UNIT |
|---|---|
| **993(01) Rock Retaining Wall** ................................................ | L.F. |
| **993(02) Rock Retaining Wall** ................................................ | **LS** |

## Section 993-Sign Repair and Replacement

### Description

993.01 Work. This work consists of refastening existing signs to existing sign support posts, resetting existing sign support posts, and installing new replacement signs and new sign support posts.

### Materials

993.02 Requirements. Use materials meeting the requirements of Section 962.

### Requirements

993.03 General. Repair signs at locations SHOWN ON THE DRAW-INGS or DESIGNATED ON THE GROUND. Reattach designated signs that are out of their original position so that the lines of the sign legend are horizontal. Reset sign support posts to a plumb position and firmly tamp in place. Set sign posts designated for replacement in the ground to a depth of 30" to 36" at the approximate location of the original post.

Tighten sign mounting bolts or lag screws to hold the sign snugly in place. Do not damage sign surface.

Reset existing posts that are out of plumb and firmly tamp in place. Set posts that need to be reset and new replacement posts in a plumb position and to a depth of 30" to 36".

For signs mounted on trees, remove obstructing limbs and notch the outer bark to provide a flat surface at the sign mounting position. Avoid removing the inner bark or cutting the cambium.

Use 50-penny galvanized nails or spikes to refasten signs to trees.

Pre-drill replacement signs before mounting.

Backfill and tamp holes from which posts are removed.

### Measurement

993.04 Method. Determine the quantity of sign repair and replacement units by actual count of those designated by the Government.

### Payment

993.05 Basis. Make payment, for all units inspected and accepted, at the unit price SHOWN IN THE SCHEDULE OF ITEMS.

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 993(01) | Sign Repair | EA |
| 993(02) | Sign Replacement | EA |
| 993(03) | Post Replacement | EA |

## Section 994-Barrier Maintenance

### Description

**994.01 Work. Work consists of maintaining rock, log, and timber barriers.**

### Materials

**994.02 Requirements.** Use **materials meeting the requirements of the following sections:**

**961 - Rock, Grid Pavement Units, and Aggregate**

**962 - Material for Timber Structures**

### Requirements

**994.03 General. Restore rock, log, and timber barriers to their original lines and grades unless otherwise SHOWN ON THE DRAWINGS.**

**994.04 Rock Barriers. Replace missing rocks, using rocks of general rectangular shape between 45 lb. and 120 lb., with the larger rocks placed on the bottom. Use rock chips to wedge larger rocks in place to form a stable wall. Stagger all vertical joints.**

**Stabilize and reset loose rocks.**

**Form a continuous grade with the top of the restored barrier consistent with adjacent segments of the barrier.**

**994.05 Log or Timber Barriers. Replace missing, damaged, and unsound logs or timbers using material similar to that used in the original barrier unless otherwise SHOWN ON THE DRAWINGS. The location of trees for native timber materials will be DESIGNATED ON THE GROUND.**

**Stabilize and re-attach loose logs or timbers that are in sound condition.**

### Measurement

**994.06 Method. Determine the quantity of rock, log, and timber barrier units by measuring the slope distance along the barrier centerline.**

### Payment

**994.07 Basis. Pay for the accepted quantities at the unit price SHOWN IN THE SCHEDULE OF ITEMS.**

| PAY ITEM | | PAY UNIT |
|---|---|---|
| 994(01) | Barrier Maintenance, Type .......................... | L.F. |
| 994(02) | Barrier Maintenance, Type .......................... | LS |