**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| SAN JUAN CITIZENS ALLIANCE, and<br>CENTER FOR BIOLOGICAL DIVERSITY<br><br>Plaintiffs,<br><br>v.<br><br>DEREK PADILLA, in his Official Capacity, et al.<br><br>Defendants. | ) | Case No. 23-cv-1501-REB |

# UNOPPPOSED MOTION TO EXTEND DEADLINES

Plaintiffs, through counsel, respectfully request an extension of the deadlines regarding the administrative record and pleading amendments in this Administrative Procedure Act litigation.[1] Counsel for the parties have conferred, and Defendants concur with the requested relief. The agreed-upon changes are as follows:

**B. Deadline for Motions to Amend Pleadings:** ~~October 30~~ November 8, 2023
After reviewing the administrative record, the parties shall confer on any proposal to amend the pleadings in an effort to avoid motions practice.

**C. Deadline for Parties to Confer on Record Disputes:** ~~October 30~~ November 8, 2023
*[The Deadline for Parties to Confer on Record Disputes should be 30 days from the date the Administrative Record is filed.]*

**D. Deadline for Filing Motions to Complete and/or Supplement the Administrative Record:** ~~November 19~~, November 30, 2023

---

[1] Although the Court has not entered a Case Management Order, the parties are adhering to the jointly agreed-upon deadlines set out in briefing schedule contained in the Proposed Joint Case Management Plan for Review of Agency Action. ECF 12 at 5-6.

> *[The Deadline for Filing Motions to Complete and/or Supplement the Administrative Record should be 30 days from the Deadline for Parties to Confer on Record Disputes. Response and Reply deadlines for such motions are governed by D.C.COLO.L.Civ.R. 7.1(C). The parties should review and familiarize themselves with the Court's decisions in CNE v. Salazar, 711 F. Supp.2d 1267; and Wild Earth Guardians v. USFS, 713 F.Supp.2d 1243.]*

Plaintiffs respectfully submit that the following provides good cause (Fed.R.Civ.Pro. 6) for the requested extension:

1. Defendants filed the administrative record with the court on September 29, 2023. Courtesy copies of the administrative record were provided to Plaintiffs on flash drives.
2. Counsel for the parties have had initial phone discussions where Plaintiffs alerted Defendants of potential issues with the administrative record.
3. On October 24, 2023, counsel and principles for the parties met in person (and by videoconference) in Durango, Colorado to discuss the merits of the case.
4. Plaintiffs are diligently preparing a detailed letter to aid discussions designed to resolve or narrow administrative record issues that may require motions practice.
5. Plaintiffs' decisions regarding amending the pleadings are intertwined with administrative record issues Plaintiffs have identified.
6. The requested extension should not interfere with the parties' efforts to fully present this matter for resolution without the need for Rule 65 motions. ECF 12 at 4-5.

**Respectfully Submitted this 26th Day of October, 2023**

*s/Travis E. Stills*
Travis E. Stills
Energy & Conservation Law
227 E. 14th Street #201
Durango, Colorado 81301
(970) 375-9231

stills@eclawoffice.org
*Attorney for Petitioners*

John W. Rader
San Juan Citizens Alliance
1309 E. 3rd Ave #5
Durango, CO 81301
(970) 259-3593
john@sanjuancitizens.org
*Attorney for Petitioner San Juan Citizens Alliance*

Allison Henderson
Edward B. Zukoski
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org
*Attorney for Petitioner Center for Biological Diversity*

**Certificate of Service**

I hereby certify that on October 26, 2023. I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will provide service to counsel for the parties.

*s/ Travis E. Stills*
Travis E. Stills