**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| SAN JUAN CITIZENS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY<br><br>Petitioners,<br><br>v.<br><br>DEREK PADILLA, in his Official Capacity as District Ranger, Mancos-Dolores Ranger District, San Juan National Forest; DAVID NEELY (successor to Kara Chadwick), in his official capacity as San Juan National Forest Supervisor, UNITED STATES FOREST SERVICE, a Federal Agency within the U.S. Department of Agriculture, UNITED STATES DEPARTMENT OF AGRICULTURE, an agency of the United States,<br><br>Respondents. | ) | Case No. 23-cv-1501-REB |

**(Proposed) ORDER**

The Court, having reviewed Petitioners' First Motion to Amend, filed pursuant to Fed.R.Civ.Pro.15(a)(2), and the redlined version of the First Amended Complaint, hereby GRANTS the motion to amend and DIRECTS Petitioners to serve, via ECF filing, a clean copy of the amended complaint on all parties within 14 days of such order, and DIRECTS Respondents to file a responsive pleading within 14 days after Petitioners serve the amended pleading. Fed.R.Civ.Pro. 15(a)(3), D.C.COLO.LCivR 15.1(b).

**DATED this ________ day of November, 2023.**

BY THE COURT ________________
U.S. District Court Judge