**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-1501-REB

SAN JUAN CITIZENS ALLIANCE;
CENTER FOR BIOLOGICAL DIVERSITY;

Petitioners,

v.

DEREK PADILLA, in his official capacity as District Ranger, Mancos-Dolores Ranger District, San Juan National Forest;
DAVID NEELY, in his official capacity as San Juan National Forest Supervisor;
UNITED STATES FOREST SERVICE;
UNITED STATES DEPARTMENT OF AGRICULTURE;

Respondents.

---

**NOTICE OF REVISED ADMINISTRATIVE RECORD CERTIFICATION**

---

On September 29, 2023, Respondents filed the Administrative Record for the action challenged in this case. ECF Nos. 13-20. The Administrative Record was certified by the Declaration of Sara Brinton. ECF No. 13-1.

As a result of conferral between the Parties over the scope and contents of the Administrative Record, Respondents hereby submit a revised certification of the Administrative Record. The Second Declaration of Sara Brinton is included with this filing as Attachment 1, and revises and replaces the original certification of the Administrative Record, ECF No. 13-1.

Respectfully submitted this 22nd day of November, 2023.

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

/s/ Emma L. Hamilton
***Emma L. Hamilton*** (CA Bar No. 325360)
Trial Attorney
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1361
emma.hamilton@usdoj.gov

*Attorneys for Respondents*