# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| SAN JUAN CITIZENS ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY<br><br>Petitioners,<br><br>v.<br><br>DEREK PADILLA, et.al,<br><br>Respondents. | ) ) ) ) ) ) ) ) ) ) | Case No. 23-cv-1501-REB |

**DECLARATION OF JOHN W. RADER**

I, John W. Rader, a resident of La Plata County, Colorado, do hereby declare by knowledge and belief:

1. I am a staff attorney employed by San Juan Citizens Alliance. As part of my duties, I review and maintain agency records, including those involving the Salter Project, many of which are obtained through Freedom of Information Act, while others are obtained from agency websites. I have reviewed all the documents being filed as exhibits and summarized in the following paragraphs. The below-described exhibits are true and correct pdfs or pdf copies of electronic records obtained in other file formats.

2. Exhibit 2 includes two conferral letters exchanged between litigation counsel in an attempt to avoid or minimize administrative record ("AR") motions practice. See ECF 21 at 19. The letters were exchanged pursuant to the proposed case management order, *id*., and D.C.COLO.LCivR 7.1(a) conferral duties. Although the government's letter cites FRE 408, nothing in the letter contains an attempt to settle this litigation or otherwise qualifies for FRE 408 exclusions. The information is of the type normally disclosed by parties engaged in Rule 26 disclosures and discovery. The parties have exchanged additional emails in an ongoing attempt to reduce or resolve the AR issues, but these emails are not attached as exhibits.

3. Exhibit 3 is an index of the *post hoc* materials that were included in the AR that Respondents' filed with the Court on September 29, 2023. ECF 13 at 1; ECF 13 to ECF 20-3. The index provides the Forest Service Bates stamp, ECF citation, document name, and, as applicable, the document date or date the document was pulled from the internet, date(s) of data sources and/or date(s) of information

in the materials that post-date the Decision Notice/Environmental Assessment/Finding of No Significant Impact, and relevant information from the AR index.

4. Exhibit 4 includes the House Creek timber sale contract and an agreement involving Respondent and local government regarding road maintenance in the Salter Project Area generally, and the House Creek Unit in particular.

5. Exhibit 5 includes the 2022 annual report for the Collaborative Forest Landscape Restoration Projects ("CFLRP") in the Southwest Colorado National Forest(s), including the San Juan National Forest. Among other things, the report contains a map of the CFLRP Project Boundaries and fiscal information. The report describes the past and planned activities of the CFLRP collaboratives, including the Dolores River Watershed Resilient Forest Collaborative ("DWRF").

6. Exhibit 6 includes three agency responses to Freedom of Information Requests that sought agency records relevant to the Salter Project.

7. Exhibit 7 includes four scientific studies regarding forest restoration authored respectively by William Baker and Mark Williams in 2015, Catherine Gehring, et al in 2017, Timothy Bryant et al. in 2019, and William Baker in 2021. The exhibit also includes the 2020 Colorado Parks and Wildlife Herd Management Plan for the Disappointment Creek Elk herd, that details population levels and cow-calf ratio statistics.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 30th day of November, 2023 in Durango, Colorado.

*s/John W. Rader*

John W. Rader
San Juan Citizens Alliance
1309 E. 3rd Ave #5
Durango, CO 81301
(970) 259-3583
john@sanjuancitizens.org