# EXHIBIT 3

| Bates/ECF No. | Document Name* | Document Date or Date Document was Pulled from Internet** | Date of Data Sources and/or Dates of Information Used** | AR Index Relevant Information** |
|---|---|---|---|---|
| FS-000397-FS-000401 ECF 14-2 at 52-56 | Dolores Watershed Resilient Forest (DWRF) Collaborative Stakeholder Meeting December 8 2021 | 12/8/21 | | |
| FS-000419 ECF 14-3 at 14 | Dolores Watershed Resilient Forest Collaborative (DWRF) Engagement Timeline | | 6/1/2022 03/2023 04/2023 | |
| FS-000420-000440 ECF 14-3 at 15-35 | Collaborators in Salter powered by box screenshots of collaborators and DWRF folders | 9/7/23 | | |
| FS-003188-FS-003194 ECF 16-4 at 426-432 | Colorado Natural Heritage Program Rare Plant Details - Astragalus iodopetalus Violet Milkvetch | 9/19/23 | 2021 | |
| FS-003195-FS-003201 ECF 16-4 at 433-439 | Colorado Natural Heritage Program Rare Plant Details - Physaria pulvinata cushion bladderpod | 9/19/23 | 2022 | |
| FS-003202-FS-003204 ECF 16-4 at 440-442 | NatureServe Explorer - Astragalus proximus Aztec milkvetch | 9/20/23 | page last published 9/1/2023 | "Reassessed on 9/20/2023 " ECF 13-2 at 9 |
| FS-003205-FS-003208 ECF 16-4 at 443-446 | NatureServe Explorer - Gutierrezia elegans Lone Mesa snakeweed | 9/20/23 | page last published 9/1/2023 | |
| FS-003209-FS-003212 ECF 16-4 at 447-450 | NatureServe Explorer - Physaria pulvinata cushion bladderpod | 9/20/23 | 9/8/2022 2022 | |
| FS-003213-FS-3216 ECF 16-4 at 451-454 | NatureServe Explorer - Triteleia grandiflora large-flowered triteleia | 9/20/23 | page last published 9/1/2023 | |
| FS-003339-FS-003349 ECF 16-5 at 118-128 | Forest Level Economic Contributions Dashboard 2019 | 9/7/23 | | "Accessed on 9/7/23 " ECF 13-2 at 11 |
| FS-003350-FS-003395 ECF 16-5 at 129-174 | Headwaters Economics A Demographic Profile | 9/13/23 | 2021 2022 | |
| FS-003396-FS-003426 ECF 16-5 at 175-205 | Headwaters Economics Populations at Risk | 9/19/23 | 2021 2022 | |
| FS-003427-FS-003471 ECF 16-5 at 206-250 | Headwaters Economics A Profile of Socioeconomic Trends | 9/19/23 | 2021 2022 2023 | |
| FS-003472-FS-003492 ECF 16-5 at 251-271 | Headwaters Economics A Profile of Key Indicators | 9/19/23 | 2021 2022 2023 | |
| FS-003493-FS-003512 ECF 16-5 at 272-291 | Headwaters Economics A Profile of Wildfire Risk | 9/19/23 | 2021 2022 | |
| FS-003513-FS-003535 ECF 16-5 at 292-314 | Headwaters Economics Neighborhoods at Risk | 9/19/23 | 2021 2022 | |
| FS-003536-FS-003562 ECF 16-5 at 315-341 | Headwaters Economics Living Near Public Lands | 9/19/23 | 2021 2022 2023 | |
| FS-003563-FS-003594 ECF 16-5 at 342-373 | Headwaters Economics National Forest Socioeconomic ndicators | 9/19/23 | 2021 2022 2023 | |
| FS-003595-FS-003616 ECF 16-5 at 374 to ECF 17-1 at 18 | Headwaters Economics A Profile of Timber and Wood Products | 9/19/23 | 2021 2022 2023 | |
| FS-003714-FS-003768 ECF 17-1 at 116-170 | Visitor Use Report - FY 2016 | 6/28/23 | "last updated 28 June 2023" | "reassessed on 8/9/2023 " ECF 13-2 at 11 |
| FS-007590-FS-007596 ECF 18-6 at 120-126 | Birds of the World - Olive-sided flycatcher | 9/19/23 | | "Accessed on 9/19/2023 " ECF 13-3 at 11 |
| FS-007597-FS-007601 ECF 18-6 at 127-131 | Birds of the World - Flammulated owl | 9/19/23 | | "Accessed on 9/19/2023 " ECF 13-3 at 11 |
| FS-007602-FS-007605 ECF 18-6 at 132-135 | Birds of the World - Hairy woodpecker | 9/19/23 | | "reassessed on 9/20/2023 " ECF 13-2 at 12 (in index stated as Lewis's woodpecker but the species in this document is"hairy woodpecker" |
| FS-0007606-FS-007609 ECF 18-6 at 136-139 | Bat Conservation International - Fringed myotis | 9/20/23 | | "reassessed on 9/20/2023 " ECF 13-2 at 12 |
| FS-007610-FS-007612 ECF 18-6 at 140-142 | Bat Conservation International - Hoary bat | 9/20/23 | | "reassessed on 9/20/2023 " ECF 13-2 at 12 |

| | | | | |
|---|---|---|---|---|
| FS-007613-FS-007617 ECF 18-6 at 143-147 | Bat Conservation International - Spotted bat | 9/20/23 | | "reassessed on 9/20/2023 " ECF 13-2 at 12 |
| FS-007618-FS-007620 ECF 18-6 at 148-150 | Bat Conservation International - Townsend' big-eared bat | 9/20/23 | | "reassessed on 9/20/2023 " ECF 13-2 at 12 |
| FS-007621-FS-007622 ECF 18-6 at 151-152 | The Second Colorado Breeding Bird Atlas Lewis's woodpecker | 9/20/23 | | "reassessed on 9/20/2023 " ECF 13-2 at 12 (in AR index these bates pages are included with the bat species) |
| FS-007623-FS-007635 ECF 18-6 at 153-165 | Ebird All About Birds - Flammulated owl | | 2023 Google map with species' range photos dated 6/1/22 7/10/22 5/9/23 5/21/23 5/22/23 (three with this date) | "reassessed on 9/20/2023 " ECF 13-2 at 12 |
| FS-007636-FS-007646 ECF 18-6 at 166-176 | Ebird All About Birds - Grace's warbler | | 2023 Google map with species' range photo dated 4/15/2022 | "reassessed on 9/20/2023 " ECF 13-2 at 12" |
| FS-007647-FS-007660 ECF 18-6 at 177-190 | Ebird All About Birds - Hairy woodpecker | | 2023 Google map with species' range | "reassessed on 9/20/2023 " ECF 13-2 at 12 |
| FS-007661-FS-007671 ECF 18-6 at 191 to ECF 19-1 at 3 | Ebird All About Birds - Lewis's woodpecker | | 2023 Google map with species' range photos dated 3/4/2023 (two with this date) | "reassessed on 9/20/2023 " ECF 13-2 at 12 |
| FS-007672-FS-007681 ECF 19-1 at 4-13 | Ebird All About Birds - Olive-sided flycatcher | | 2023 Google map with species' range photo dated 5/27/2023 | "reassessed on 9/20/2023 " ECF 13-2 at 12 |
| FS-007682-FS007690 ECF 19-1 at 14-22 | Ebird All About Birds - Virginia's warbler | | 2023 Google map with species' range photos dated 9/17/22 10/17/22 12/30/22 3/3/23 6/10/23 | "reassessed on 9/20/2023 " ECF 13-2 at 12 |
| FS-008473-FS-008629 ECF 20-2 at 57-213 | 08 Montezuma County Community Wildfire Protection Plan | 7/22 | | |
| FS-008811-FS-008818 ECF 20-3 at 114-121 | 18 FSH 7709 59 Road System OandM Chapter 40 Highway Safety Program | 3/28/23 | | |

*The document names used herein do not necessarily match with the "Electronic file name" that are listed in the AR index The FS AR bates numbers can be used to match documents in this chart with the AR ndex
**As applicable