# EXHIBIT 4

# ORDER FOR SUPPLIES OR SERVICES

PAGE OF PAGES

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

1. DATE OF ORDER: 04/12/2023

2. CONTRACT NO. *(If any)*: 12363N22A4035

3. ORDER NO.: 12363N23F4054

4. REQUISITION/REFERENCE NO.: 1089734

5. ISSUING OFFICE *(Address correspondence to)*:
USDA-FS STEWARDSHIP CONTRACTING BR
1400 INDEPENDENCE AVE SW
MS-1138
WASHINGTON DC 20250-1138

6. SHIP TO:
a. NAME OF CONSIGNEE: USDA FOREST SERVICE
b. STREET ADDRESS:
USDA-FS SAN JUAN NATIONAL FOREST
DOLORES RANGER DISTRICT
29211 HIGHWAY 184
c. CITY: DOLORES
d. STATE: CO
e. ZIP CODE: 81323
f. SHIP VIA:

7. TO:
a. NAME OF CONTRACTOR: TOM ROSS
b. COMPANY NAME:
c. STREET ADDRESS: 1923 HWY 550 SOUTH
d. CITY: DURANGO
e. STATE: CO
f. ZIP CODE: 81303-7311

8. TYPE OF ORDER

☐ a. PURCHASE
REFERENCE YOUR

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

☒ b. DELIVERY
Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA

10. REQUISITIONING OFFICE: USDA FOREST SERVICE

11. BUSINESS CLASSIFICATION *(Check appropriate box(es))*

☒ a. SMALL ☐ b. OTHER THAN SMALL ☐ c. DISADVANTAGED ☐ d. WOMEN-OWNED ☐ e. HUBZone
☐ f. SERVICE-DISABLED VETERAN-OWNED ☐ g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM ☐ h. EDWOSB

12. F.O.B. POINT

13. PLACE OF
a. INSPECTION: Destination
b. ACCEPTANCE: Destination

14. GOVERNMENT B/L NO.

15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)*: 03/31/2026

16. DISCOUNT TERMS

**17. SCHEDULE** ***(See reverse for Rejections)***

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | House Creek IRSC<br>Vendor: Tom Ross (b) (6) [redacted]<br>970-903-0650<br>Contractual POC: Chad A.T. Bullock<br>Contracting Officer, chad.bullock@usda.gov<br>385-368-5300<br>Continued ... | | | | | |

18. SHIPPING POINT

19. GROSS SHIPPING WEIGHT

20. INVOICE NO.

17(h) TOTAL *(Cont. pages)*: $472,481.25

21. MAIL INVOICE TO:
*SEE BILLING INSTRUCTIONS ON REVERSE*
a. NAME: INVOICE PROCESSING PLATFORM IPP
b. STREET ADDRESS (or P.O. Box):
ALL INVOICES MUST BE SUBMITTED
ELECTRONICALLY THROUGH THE
INVOICE PROCESSING PLATFORM IPP
VIA WWW IPP GOV
c. CITY
d. STATE
e. ZIP CODE

17(i) GRAND TOTAL: $472,481.25

22. UNITED STATES OF AMERICA BY *(Signature)*: Chad A.T. Bullock
Digitally signed by Chad A.T. Bullock
Date: 2023.04.12 14:32:12 -06'00'

23. NAME *(Typed)*: CHAD A.T. BULLOCK
TITLE: CONTRACTING/ORDERING OFFICER

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 347 (Rev. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| 04/12/2023 | 12363N22A4035 | 12363N23F4054 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Contractual Technical: Danielle Cochran APSO, danielle.cochran@usda.gov<br>Kevin Mcalpin COR, kevin.mcalpin@usda.gov<br>FMMI Account: FS00.0213IRHFPD22 BOC: 2540<br>Period of Performance: 04/12/2023 to 03/31/2026 | | | | | |
| 0001 | Removed decked timber from previously harvested units. Complete road improvement work for future access.<br>Product/Service Code: F018<br>Product/Service Description: NATURAL RESOURCES/CONSERVATION- OTHER FOREST/RANGE IMPROVEMENTS (NON-CONSTRUCTION)<br><br>The "Submit Invoice-to" address for USDA orders is the Department of Treasury's Invoice Processing Platform (IPP). The contractor must follow the instructions on how to register and submit invoices via IPP as prescribed in the previous communications from USDA and Treasury. All invoices are to be submitted via the electronic Invoice Processing Platform. This is a mandatory requirement initiated by the U.S. Department of Treasury and you can find more information at this website https://www.ipp.gov/index.htm. Please make sure that your company has registered at https://www.ipp.gov/vendors/enrollment-vendors.htm to establish your account.<br><br>The total amount of award: $472,481.25. The obligation for this award is shown in box 17(i). | | | | 472,481.25 | |
| | TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | | $472,481.25 | |

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NUMBER: 1089734
PAGE OF

2. CONTRACT NO.
3. AWARD/EFFECTIVE DATE
4. ORDER NUMBER
5. SOLICITATION NUMBER: 12363N23Q4047
6. SOLICITATION ISSUE DATE: 02/07/2023

7. FOR SOLICITATION INFORMATION CALL: a. NAME: CHAD A.T. BULLOCK; b. TELEPHONE NUMBER *(No collect calls)*: 208-373-4128
8. OFFER DUE DATE/LOCAL TIME: 03/13/2023 1000 MT

9. ISSUED BY CODE 363N
USDA-FS STEWARDSHIP CONTRACTING BR
1400 INDEPENDENCE AVE SW
MS-1138
WASHINGTON DC 20250-1138

10. THIS ACQUISITION IS ☒ UNRESTRICTED OR ☐ SET ASIDE: % FOR:
☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☐ 8(A)
NAICS: 115310
SIZE STANDARD: $30.0

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE
12. DISCOUNT TERMS
13a. ☐ THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING
14. METHOD OF SOLICITATION ☒ RFQ ☐ IFB ☐ RFP

15. DELIVER TO CODE 8234
USDA FOREST SERVICE
USDA-FS SAN JUAN NATIONAL FOREST
DOLORES RANGER DISTRICT
29211 HIGHWAY 184
DOLORES CO 81323

16. ADMINISTERED BY CODE 363N
USDA-FS STEWARDSHIP CONTRACTING BR
1400 INDEPENDENCE AVE SW
MS-1138
WASHINGTON DC 20250-1138

17a. CONTRACTOR/OFFEROR CODE FACILITY CODE
Name: Tom Ross dba State Line Firewood
Address: 1923 Highway 550 South, Durango, CO 81303
Email: [redacted]
SAM UEI: VD3LL38WDSK4
TELEPHONE NO. 970.903.0650

18a. PAYMENT WILL BE MADE BY CODE

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER
18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Delivery: 03/31/2026<br>Period of Performance: 04/12/2023 to 03/31/2026 | | | | |
| 0001 | Removed decked timber from previously harvested units. Complete road improvement work for future access.<br>Product/Service Code: F018<br>Product/Service Description: NATURAL RESOURCES/CONSERVATION- OTHER FOREST/RANGE IMPROVEMENTS (NON-CONSTRUCTION)<br>Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

25. ACCOUNTING AND APPROPRIATION DATA
26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☒ ARE NOT ATTACHED.
☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ______ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: ______ OFFER DATED ______. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR
31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*

30b. NAME AND TITLE OF SIGNER *(Type or print)*: Tom Ross, Owner
30c. DATE SIGNED
31b. NAME OF CONTRACTING OFFICER *(Type or print)*: CHAD A.T. BULLOCK
31c. DATE SIGNED

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | The "Submit Invoice-to" address for USDA orders is the Department of Treasury's Invoice Processing Platform (IPP). The contractor must follow the instructions on how to register and submit invoices via IPP as prescribed in the previous communications from USDA and Treasury. All invoices are to be submitted via the electronic Invoice Processing Platform. This is a mandatory requirement initiated by the U.S. Department of Treasury and you can find more information at this website https://www.ipp.gov/index.htm. Please make sure that your company has registered at https://www.ipp.gov/vendors/enrollment-vendors.htm to establish your account. | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: ______

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE

| 33. SHIP NUMBER ☐ PARTIAL ☐ FINAL | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT ☐ COMPLETE ☐ PARTIAL ☐ FINAL | 37. CHECK NUMBER |
|---|---|---|---|---|
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41c. DATE

42a. RECEIVED BY *(Print)*

42b. RECEIVED AT *(Location)*

42c. DATE REC'D *(YY/MM/DD)*

42d. TOTAL CONTAINERS

## GENERAL INFORMATION:

Proposals shall be valid for 60 days after the date of receipt for the solicitation. If additional time is needed, an extension will be requested. Refer to Section 50 for instructions on preparing your proposal and pricing. Submit technical proposals and price proposals separately, **via email**, to the individual(s) shown in box 28 of page 1.

All Contractors must be actively registered in the System for Award Management (SAM) https://SAM.gov to be eligible for award under this solicitation. Registration in SAM is a free service – you do not need to pay to register in this system. If your registration is not active, you will not be considered for award.

### SCHEDULE OF ITEMS

MANDATORY WORK ACTIVITIES:

| ITEM NO. | DESCRIPTION OF MANDATORY WORK ITEMS | Unit | ESTIMATED QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | Cut and Remove Included Timber – All Units | Acre | 512.0 | [redacted] | [redacted] |
| 2 | Cut, Skid, and Deck Designated Trees – Unit 8 | Acre | 25.0 | [redacted] | [redacted] |
| Total All Mandatory Service Items | | | | | |

OPTIONAL WORK ACTIVITIES:

| ITEM NO. | DESCRIPTION OF OPTIONAL WORK ITEMS | Unit | ESTIMATED QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 3 | Cut, Skid, and Deck Designated Trees – Unit 2 | Acre | 60.0 | [redacted] | [redacted] |
| 4 | Cut, Skid, and Deck Designated Trees – Unit 4 | Acre | 37.0 | [redacted] | [redacted] |
| 5 | Cut, Skid, and Deck Designated Trees – Unit 6 | Acre | 66.0 | [redacted] | [redacted] |
| 6 | Cut, Skid, and Deck Designated Trees – Unit 9 | Acre | 101.0 | [redacted] | [redacted] |
| 7 | Cut, Skid, and Deck Designated Trees – Unit 10 | Acre | 112.0 | [redacted] | [redacted] |
| 8 | Process and Stack Topwood – All Units | Acre | 512.0 | [redacted] | [redacted] |
| Total All Optional Service Items | | | | | |

TIMBER/PRODUCT REMOVAL PRICE SCHEDULE:

| SPECIES | PRODUCT | QUANTITY | UNIT OF MEASURE | MINIMUM ACCEPTABLE OFFER | OFFER (FLAT) | TOTAL OFFER |
|---|---|---|---|---|---|---|
| Live Ponderosa Pine | Sawtimber | 5423 | CCF | [redacted] | [redacted] | [redacted] |
| | | | | | Total – All Products | [redacted] |

TIMBER SUBJECT TO AGREEMENT PRICE SCHEDULE:

| SPECIES | PRODUCT | UNIT OF MEASURE | MINIMUM ACCEPTABLE OFFER | OFFER (FLAT) |
|---|---|---|---|---|
| Dead Ponderosa Pine | Sawtimber | CCF | [redacted] | [redacted] |
| Live and Dead Ponderosa Pine | Non-saw | CCF | [redacted] | [redacted] |
| Ponderosa Pine | Biomass | CCF | [redacted] | [redacted] |

**Notes:**
**These schedules are for pricing/payment purposes. See Instructions to Offerors for business proposal requirements.**

**Price Proposals MUST be provided on ALL Items in Schedules: Mandatory Work and Option Work Activities and Timber or other products Removal Price Schedule. Unit prices prevail.**

**In addition to the price to be paid by Contractor for the timber products to be removed, Contractor shall pay deposits for Road Maintenance in the amount of $0.45 per CCF for deferred maintenance.**

**PERIOD OF PERFORMANCE IS FROM DATE OF AWARD THROUGH March 31, 2026**

## LAND MANAGEMENT ACTIVITIES.

Performance of land management activities shall be in accordance with Project Description and Work Specifications. Payment for Land Management Work Activities in **Schedule of Items** will be made in Stewardship Credits and Appropriated Funds.

All Base Work Activities (Mandatory) shall be performed. Optional activities are listed in order of planned priority. Award may be made for optional items in any order that the Contracting Officer determines is in the best interest of the Government.

## 1. FAR 52.212-4 CONTRACT TERMS AND CONDITIONS - COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (NOV 2021)

See parent BPA for full clause text and associated addenda.

## 2. PROJECT DESCRIPTION

### PROJECT DESCRIPTION

(a) Description of Work- This solicitation and any resultant Blanket Purchase Agreements are a stewardship project in accordance with 2018 Omnibus and Farm Bill. This is a commercial item acquisition that has been tailored to include fitting the Government's method of trading goods for services in Stewardship instruments. Work activities include commercial and noncommercial thinning, road work, and processing of topwood material. House Creek Stewardship IRSC is part of the Salter EA Project located in the Dolores Ranger District of the San Juan National Forest, Colorado. Land management objectives for the project area are summarized as follows:

a. Increase forest resiliency,
b. Increase age class diversity,
c. Promote recovery of forest vegetation,
d. Reduce the risk of high severity wildfires, and
e. Provide wood products for both commercial and non-commercial uses.

(b) Resulting Contract – BPA calls will be issued against the parent BPA when ordered by warranted contracting personnel. Any resultant contract will be a commercial services contract with requirements for timber removal.

(c) Project Location- Units are in: Sections 1, 2, 3, 10, 11, & 12 of Township 38 North Range 15 West; Montezuma County, CO. New Mexico Principal Meridian.

From Rail Road Avenue/Highway 145 in Dolores, turn north onto 11th Street and follow uphill. 11th Street will turn into the Dolores Norwood Road and becomes NFSR 526 once it crosses the Forest Service boundary. From Rail Road Avenue to NFSR 529, is 9.1 miles. NFSR 529 is the primary access road to the House Creek Stewardship Contract Area.

## 3. SPECIFICATIONS

General specifications for each Contract Activity individually described by an item number in the Schedule of Service Items can be found in Appendix A (note: specifications may change at time of BPA call creation). Specifications for timber removal can be found in Appendix B and associated road plans and specifications in Appendix C for Stewardship related projects. Projects that include road construction or reconstruction will be addressed in individual Calls and may include Appendix D.

## 4. FAR 52.211-10 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract within **10 calendar days** after receipt of Notice to Proceed or Order for specific work items, (b) prosecute the work diligently, and (c)

complete the entire work ready for use not later than March 31, 2026. The time stated for completion shall include final cleanup of the premises.

Performance shall be made only as authorized by orders issued in accordance with the Ordering clauses. Except as this contract otherwise provides, the Government shall order all services within the scope that are required by Government activities specified in the Schedule only with the vendor holding this contract for the specified services. Timber Removal activities shall be scheduled and carried out in accordance with the Timber Removal Specifications in Appendix B or C and as approved by the Contracting Officer.

**5. PERIOD OF PERFORMANCE**

**AGAR 452.211-74 PERIOD OF PERFORMANCE (FEB 1988)**

The period of performance of this contract is from **date of award** through **March 31, 2026.**

**6. AGAR 452.215-73 POST AWARD CONFERENCE (NOV 1996)**

**7. AGAR 452.237-74 KEY PERSONNEL (FEB 1988)**

(a) The Contractor shall assign to this contract the following key personnel:

Overall Project Manager
Logging Supervisor

(b) During the first 90 days of performance, the Contractor shall make no substitutions of key personnel unless the substitution is necessitated by illness, death, or termination of employment. The Contractor shall notify the Contracting Officer within 15 calendar days after the occurrence of any of these events and provide the information required by paragraph (c) below. After the initial 90-day period, the Contractor shall submit the information required by paragraph (c) to the Contracting Officer at least 15 days prior to making any permanent substitutions.

(c) The Contractor shall provide a detailed explanation of the circumstances necessitating the proposed substitutions, complete resumes for the proposed substitutes, and any additional information requested by the Contracting Officer. Proposed substitutes should have comparable qualifications to those of the persons being replaced. The Contracting Officer will notify the Contractor within 15 calendar days after receipt of all required information of the decision on substitutions. The contract will be modified to reflect any approved changes of key personnel.

**8. PROTECTION MEASURES NEEDED FOR PLANTS, ANIMALS, CULTURAL RESOURCES, AND CAVE RESOURCES**

Locations of known areas needing special measures for the protection of plants, animals, cultural resources, and/or cave resources are shown on Contract Area Map and/or identified on the ground. Special protection measures needed to protect such known areas are identified in Appendix B.

In addition to any special protection measures noted, Contractor has a general duty to protect all known and identified resources referenced in this Subsection from damage or removal during Contractor's operations. Discovery of additional areas, resources, or members of species needing special protection shall be promptly reported to the other party, and operations shall be delayed or interrupted at that location, if Contracting Officer determines there is risk of damage to such areas, resources, or species from continued operations.

Wheeled or track-laying equipment shall not be operated in areas identified as needing special measures for the protection of cultural resources, except on roads, landings, tractor roads, or approved skid trails. Unless agreed otherwise, trees will not be felled into such areas. Contractor may be required to backblade skid trails and other ground disturbed by Contractor's operations within such areas in lieu of required cross ditching.

**Contractor shall immediately notify Forest Service if disturbance occurs to any area identified as needing special protection measures and shall immediately halt operations in the vicinity of the disturbance until Forest Service authorizes Contractor to proceed. Contractor shall bear costs of resource evaluation and restoration to identified sites. Such payment shall not relieve Contractor from civil or criminal remedies otherwise provided by law.**

Forest Service has exercised due diligence and followed established protocols in identifying known areas needing special protection measures. Nevertheless, nothing in this provision shall be interpreted as creating any warranty that all locations and special measures for the protection of plants, animals, cultural resources, and cave resources have been described herein, elsewhere in the contract, or designated on the ground.

| Label on Contract Area Map | Restrictions |
|---|---|
| Special Protection Area | Wheeled or track laying equipment shall not be operated in areas identified, except on existing roads. Special Protection Area boundaries are shown on the Contract Area Map and lie outside of cutting unit boundaries. |

## 9. PROTECTION OF IMPROVEMENTS

So far as practicable, the Contractor shall protect all physical improvements including, but not limited to, roads, trails, ditches, fences, waterlines and other improvements, existing in the contract area, determined to have continuing need or use, and designated on the Contract Area Map.

The Contractor shall keep all roads and trails needed for fire protection or other purposes and designated on the Contract Area Map reasonably free of equipment and products, slash, and debris resulting from the Contractor's operations. The Contractor shall make timely restoration of any such improvements damaged by the Contractor's operations and, when directed (because of such operations) shall move such improvements if and as specified by the Forest Service.

All protected improvements will be protected from damage by the Contractor. If any protected improvements are disturbed, the Contractor shall immediately contact the COR and will be liable for the cost of repairs.

| PROTECTED IMPROVEMENTS | | |
|---|---|---|
| IMPROVEMENT | DESCRIPTION | LOCATION |
| Roads | All Roads (including associated features) | As identified on Contract Area Map |
| Water Features | Located throughout Contract Area | As identified on Contract Area Map |
| Gates | At MP 4.7 on NFSR 526 and MP 0.0 on NFSR 529 | As identified on Contract Area Map |
| Fences | In, and adjacent to, Units 1, 2, and 9 | As identified on Contract Area Map |
| Cattleguards | Located on NFSR 526 at MP 0.0 and MP 3.5, and on NFSR 529 at MP 1.7. | As identified on Contract Area Map |
| Corral | Located between units 8 and 9, east of cattleguard on NFSR 529 | As identified on Contract Area Map |

## 10. STREAMCOURSE PROTECTION

"Streamcourses" that are subject to provisions of this Section are shown on Contract Area Map. Unless otherwise agreed, the following measures shall be observed to protect Streamcourses:

(a) Contractor's Operations shall be conducted to prevent debris from entering Streamcourses, except as may be authorized under paragraph (d). In event Contractor causes debris to enter Streamcourses in amounts that may adversely affect the natural flow of the stream, water quality, or fishery resource, Contractor shall remove such debris as soon as practicable, but not to exceed 48 hours, and in an agreed manner that will cause the least disturbance to Streamcourses.

(b) Culverts or bridges shall be required on Temporary Roads at all points where it is necessary to cross Streamcourses. Such facilities shall be of sufficient size and design and installed in a manner to provide unobstructed flow of water and to minimize damage to Streamcourses. Trees or products shall not be otherwise hauled or yarded across Streamcourses unless fully suspended.

(c) Wheeled or track-laying equipment shall not be operated in Streamcourses, except at crossings designated by Forest Service or as essential to construction or removal of culverts and bridges.

(d) Flow in Streamcourses may be temporarily diverted only if such diversion is necessary for Contractor's planned construction and Forest Service gives written authorization. Such flow shall be restored to the natural course as soon as practicable and, in any event, prior to a major storm runoff period or runoff season.

| Label on Contract Area Map | Restrictions |
|---|---|
| Streamcourse Protection | No additional restrictions required. |

## 11. AGAR 452.236-77 EMERGENCY RESPONSE (NOV 1996)

**(a) Contractor's Responsibility For Fighting Fire.**

(1) The Contractor, under the provisions of FAR clause 52.236-9, PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS, shall immediately extinguish all fires on the work site other than those fires in use as a part of the work.

(2) The Contractor may be held liable for all damages and for all costs incurred by the Government for labor, subsistence, equipment, supplies, and transportation deemed necessary to control or suppress a fire set or caused by the Contractor or the Contractor's agent or employees.

(b) **Contractor's Responsibility for Notification in Case of Fire**. The Contractor shall immediately notify the Government of any fires sighted on or in the vicinity of the work site.

(a) **Contractor's Responsibility for Responding to Emergencies**. When directed by the Contracting Officer, the Contractor shall allow the Government to temporarily use employees and equipment from the work site for emergency work (anticipated to be restricted to firefighting). An equitable adjustment for the temporary use of employees and equipment will be made under the CHANGES clause, FAR 52.243-4.

**452.236-78 FIRE SUPPRESSION AND LIABILITY (MAY 2014)**

**(a)** ***Contractor's Responsibility for Fire Fighting.*** The Contractor, under the provisions of FAR clause 52.236-9, *Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements,* shall immediately extinguish all fires on the work site other than those fires in use as a part of the work. The Contractor may be held liable for all damages and for all costs incurred by the Government for labor, subsistence, equipment, supplies, and transportation deemed necessary to control or suppress a fire set or caused by the Contractor or the Contractor's agents or employees subject to the following fire classifications:

**(b)** ***Fire Suppression Costs.*** The Contractor's obligations for cost of fire suppression vary according to(3) three classifications of fires as follows:

(1) *Operations Fire.* An "operations fire" is a fire caused by the Contractor's operations other than a negligent Fire. The Contractor agrees to reimburse Forest Service for such cost for each operations fire, subject to a maximum of the dollar amount of **$3,600.00**. The cost of the Contractor's actions, supplies, and equipment on any such fire, or otherwise provided at the request of Forest Service, shall be credited toward such maximum. If the Contractor's actual cost exceeds contractor's obligation stated above, Forest Service shall reimburse the contractor for the excess.

(2) *Negligent Fire.* A "negligent fire" is a fire caused by the negligence or fault of the Contractor's operations including, but not limited to, one caused by smoking by persons engaged in the Contractor's operations during the course of their employment, or during rest or lunch periods; or if the Contractor's failure to comply with requirements under this contract results in a fire starting or permits a fire to spread. Damages and the cost of suppressing negligent fires shall be borne by the Contractor.

(3) *Other Fires on Contract Area.* Forest Service shall pay the Contractor, at firefighting rates common in the area or at prior agreed rates, for equipment or personnel furnished by the Contractor at the request of Forest Service, on any fire on contract area other than an operations fire or a negligent fire.

**(c)** ***Contractor's Responsibility for Notification in Case of Fire.*** The Contractor shall immediately notify the Government of any fires sighted on or in the vicinity of the work site.

**(d)** ***Contractor's Responsibility for Responding to Emergencies.*** When directed by the Contracting Officer, the Contractor shall temporarily redirect employees and equipment from the work site for emergency work (anticipated to be restricted to firefighting). This is considered to be within the general scope of the contract. An equitable adjustment for any such redirection of employees and equipment will be made under the CHANGES clause, FAR 52.243-4.

**(e)** ***Performance by the Contractor.*** Where the Contractor's employees, agents, contractors, subcontractors, or their employees or agents perform the Contractor's operations in connection with fire responsibilities, the Contractor's obligations shall be the same as if performance was by Contractor.

**(f)** ***State Law.*** The Contractor shall not be relieved by the terms of this contact of any liability to the United States for fire suppression costs recovered in an action based on State law, except for such costs resulting from operations fires. Amounts due to the Contractor for firefighting expenditures on operations fires shall not be withheld pending settlement of any such claim or action based on State law.

**END OF ADDENDUM TO FAR 52-212-4**

**12. FIRE PRECAUTIONARY PERIOD and/or FIRE PRECAUTIONS AND CONTROL**

The Fire Precautionary Period is annually **May 1st to November 30th** inclusive. The CO may change the dates of the Fire Precautionary Period by advanced written notice if justified by unusual weather or other conditions. Equitable Adjustment will not be granted for a change in the Fire Precautionary Period dates. Required tools and equipment shall be kept in a serviceable condition and immediately available for firefighting at all times during the Contractor's operations in the Fire Precautionary Period or as otherwise required.

**SPECIFIED FIRE PRECAUTIONS**

Prior to initiating the Contractor's operations during the Fire Precautionary Period, the Contractor shall file with the Government a Fire Prevention and Control Plan providing for the prevention and the control of fires on the Contract Area and other areas of the Contractor's operations. Such plan shall include a detailed list of personnel and equipment at the Contractor's disposal for implementing the plan.

(a) SMOKING AND LUNCH FIRES. Smoking is prohibited except inside a building, developed recreation site, vehicle, or while seated in an area of at least 3 feet in diameter that is barren or clear of all flammable materials. The building of camp, lunch, warming and other fires within the Contract Area and vicinity is prohibited, except at established camps, or at other safe places where all flammable material has been cleared away sufficiently to prevent the start and spread of wildfires. The Government may, upon written request of the Contractor, designate specific places where campfires may be built for purposes of heating lunches.

(b) SPARK ARRESTER AND MUFFLERS. Operating or using any internal combustion engine, on any timber, brush, or grass covered land, including trails and road traversing such land, without a spark arrester, maintained in effective working order, meeting either:

(1) Department of Agriculture, Forest Service standard 5100, "SPARK ARRESTERS FOR INTERNAL COMBUSTION ENGINES," (current edition); or

(2) The Society of Automotive Engineers (SAE) Recommended Practices J335, "MULTIPOSITION SMALL ENGINE EXHAUST SYSTEM FIRE IGNITION SUPPRESSION," (current revision) and J350, 36 CFR 261.52(j), is prohibited.

Passenger carrying vehicles, pickups, medium and large highway trucks (80,000 GVW) will be equipped with a factory designated muffler system which is specified for the make and model of the respective vehicle/truck or with a muffler system that is equivalent or that exceeds factory specifications. Exhaust systems shall be properly installed and continually maintained in serviceable condition.

(c) FIRE EXTINGUISHERS AND TOOLS ON EQUIPMENT. While in use, each internal combustion engine including tractors, trucks, yarders, loaders, welders, generators, stationary engines, or comparable powered equipment shall be provided with at least the following:

(1) 1 fire extinguisher, at least 5#ABC with an Underwriters Laboratory (UL) rating of 3A – 40BC, or greater

(2) 1 shovel, sharp, size O or larger, round-pointed with an overall length of at least 48 inches

(3) 1 axe, sharp, double bit 3-1/2#, or 1 sharp Pulaski Extinguishers, shovels, axes, and Pulaskis shall be mounted so as to be readily available from the ground. All tools shall be maintained in a serviceable condition.

(d) POWER SAWS. Each gasoline engine power saw shall be provided with 1 chemical-pressurized fire extinguisher of not less than 8-ounce capacity by weight, and 1 size O or larger, round-pointed shovel with an overall length of at least 48 inches. The extinguisher, and shovel shall be maintained in good working order. The extinguisher shall be with the power saw operator and immediately available for use at all times. The extinguisher shall not be affixed to the saw. The shovel shall be readily available to the operator of the saw at all times. Having the shovel with the gas can used to refuel the saw may be considered "readily available" if not more than 200 feet from the saw. During periods of critical fire danger, the Government may prescribe other precautionary measures. Any fueling or refueling of a power saw shall be done in an area which has first been cleared of material which will carry fire. The power saw shall be moved at least 10 feet from the place of fueling or refueling before starting.

(e) BLASTING AND WELDING. The use of fuses in blasting shall not be permitted except near power lines where the danger of accidental detonation is present, and then only by special written permission of the Government. Whenever the relative humidity falls below 50%, the Contractor shall place a watchman at each point where blasting is done who shall remain on duty for at least one hour after blasting is finished, and who shall be equipped with a shovel and a water-filled backpack can equipped with hand pump. During periods when the relative humidity falls below 20%, blasting shall be discontinued unless authorized, with special provisions, in writing by the Government. Blasting shall not be permitted in any area not cleared to mineral soil without advance written approval of the Government and with such special precautions as may be required.

Prima Cord shall not be used in clearing operations, and in other areas where timber has been felled and slash not burned.

Unless otherwise directed in writing by the Government, all flammable material shall be cleared for 10 feet around any piece of equipment being welded. In addition, the Contractor shall provide a fire extinguisher of a size and type designed to extinguish a fire in the flammable materials surrounding the spot being welded.

In order to determine the relative humidity, the Contractor shall either:

(1) Provide and maintain weather instruments, which will measure relative humidity, in the area where blasting will occur; or

(2) Provide communications to obtain weather data from the Government.

Explosives shall be stored at all times in a locked box marked "Explosives". Powder and blasting caps shall be stored in separate boxes.

(f) STORAGE OF FLAMMABLES. Gasoline, oil, grease and other highly flammable material shall be stored either in a separate building, or at a site where all debris is cleared within a radius of 25 feet. Storage buildings or sites shall be a minimum distance of 50 feet from other structures. Storage buildings shall be adequately posted to warn of the flammables and to prohibit smoking in or around the building.

(g) CAMP FIRE PROTECTION. The grounds around all trailers, buildings, other facilities constructed or placed on or near the Contract Area shall be kept free of flammable material for a distance of at least 20 feet from the wall of such structure. Burning of such flammable material shall be as prescribed by the Government in writing. Stovepipes of all wood burning stoves shall be

equipped with suitable roof jacks and serviceable spark arresters. Stovepipes shall be no closer than 2 feet from any wood or other flammables unless adequately protected by metal or asbestos shield.

## 13. LIST OF ATTACHMENTS

The following attachments are made a part of this solicitation and any resultant contract.

| Title | Pages |
|---|---|
| Appendix A – Technical Specifications for Service Work Items | 7 |
| Appendix B – Timber Removal Specifications | 26 |
| Appendix C – T-Specs<br>Drawings for Road Maintenance<br>Traffic Control Plan | 9 |
| Maps- Vicinity & Contract Area Map<br>Log Plan Map | 1<br>1 |
| Service Contract Act Wage Determination #1977 – 1351, Revision #68 dated 12/27/2022 | 4 |

## 14. FAR 52.212-1 INSTRUCTIONS TO OFFERORS— COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (NOV 2021)

(a) ***North American Industry Classification System (NAICS) code and small business size standard.*** The NAICS code(s) and small business size standard(s) for this acquisition appear elsewhere in the solicitation. However, the small business size standard for a concern which submits an offer in its own name, but which proposes to furnish an item which it did not itself manufacture, is 500 employees.

(b) ***Submission of offers***. Submit signed and dated offers to the office specified in this solicitation at or before the exact time specified in this solicitation. Offers may be submitted on the SF 1449, letterhead stationery, or as otherwise specified in the solicitation. As a minimum, offers must show—

(1) The solicitation number;

(2) The time specified in the solicitation for receipt of offers;

(3) The name, address, and telephone number of the offeror;

(4) A technical description of the items being offered in sufficient detail to evaluate compliance with the requirements in the solicitation. This may include product literature, or other documents, if necessary;

(5) Terms of any express warranty;

(6) Price and any discount terms;

(7) "Remit to" address, if different than mailing address;

(8) A completed copy of the representations and certifications at FAR 52.212-3 (see FAR 52.212-3(b) for those representations and certifications that the offeror shall complete electronically);

(9) Acknowledgment of Solicitation Amendments;

(10) Past performance information, when included as an evaluation factor, to include recent and relevant contracts for the same or similar items and other references (including contract numbers, points of contact with telephone numbers and other relevant information); and

(11) If the offer is not submitted on the SF 1449, include a statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation. Offers that fail to furnish required representations or information or reject the terms and conditions of the solicitation may be excluded from consideration.

(c) ***Period for acceptance of offers.*** The offeror agrees to hold the prices in its offer firm for 30 calendar days from the date specified for receipt of offers unless another time period is specified in an addendum to the solicitation.

(d) ***Product samples.*** When required by the solicitation, product samples shall be submitted at or prior to the time specified for receipt of offers. Unless otherwise specified in this solicitation, these samples shall be submitted at no expense to the Government, and returned at the sender's request and expense, unless they are destroyed during pre-award testing.

(e) ***Multiple offers***. Offerors are encouraged to submit multiple offers presenting alternative terms and conditions, including alternative line items (provided that the alternative line items are consistent with FAR subpart 4.10), or alternative commercial products and commercial services for satisfying the requirements of this solicitation. Each offer submitted will be evaluated separately.

(f) ***Late submissions, modifications, revisions, and withdrawals of offers.*** (1) Offerors are responsible for submitting offers, and any modifications, revisions, or withdrawals, so as to reach the Government office designated in the solicitation by the time specified in the solicitation. If no time is specified in the solicitation, the time for receipt is 4:30 p.m., local time, for the designated Government office on the date that offers or revisions are due.

(2) (i) Any offer, modification, revision, or withdrawal of an offer received at the Government office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is received before award is made, the Contracting Officer determines that accepting the late offer would not unduly delay the acquisition; and-

(A) If it was transmitted through an electronic commerce method authorized by the solicitation, it was received at the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date specified for receipt of offers; or

(B) There is acceptable evidence to establish that it was received at the Government installation designated for receipt of offers and was under the Government's control prior to the time set for receipt of offers; or

(C) If this solicitation is a request for proposals, it was the only proposal received.

(ii) However, a late modification of an otherwise successful offer, which makes its terms more favorable to the Government, will be considered at any time it is received and may be accepted.

(3) Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp of that installation on the offer wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of Government personnel.

(4) If an emergency or unanticipated event interrupts normal Government processes so that offers cannot be received at the Government office designated for receipt of offers by the exact time specified in the solicitation, and urgent Government requirements preclude amendment of the solicitation or other notice of an extension of the closing date, the time specified for receipt of offers will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

(5) Offers may be withdrawn by written notice received at any time before the exact time set for receipt of offers. Oral offers in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile offers, offers may be withdrawn via facsimile received at any time before the exact time set for receipt of offers, subject to the conditions specified in the solicitation concerning facsimile offers. An offer may be withdrawn in person by an offeror or its authorized representative if, before the exact time set for receipt of offers, the identity of the person requesting withdrawal is established and the person signs a receipt for the offer.

(g) ***Contract award (not applicable to Invitation for Bids).*** The Government intends to evaluate offers and award a contract without discussions with offerors. Therefore, the offeror's initial offer should contain the offeror's best terms from a price and technical standpoint. However, the Government reserves the right to conduct discussions if later determined by the Contracting Officer to be necessary. The Government may reject any or all offers if such action is in the public interest; accept other than the lowest offer; and waive informalities and minor irregularities in offers received.

(h) ***Multiple awards.*** The Government may accept any item or group of items of an offer, unless the offeror qualifies the offer by specific limitations. Unless otherwise provided in the Schedule, offers may not be submitted for quantities less than those specified. The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit prices offered, unless the offeror specifies otherwise in the offer.

(i) Availability of requirements documents cited in the solicitation.

(1) (i) The GSA Index of Federal Specifications, Standards and Commercial Item Descriptions, FPMR Part 101-29, and copies of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained for a fee by submitting a request to-

GSA Federal Supply Service Specifications Section
Suite 8100 470 East L'Enfant Plaza, SW
Washington, DC 20407

Telephone (202) 619-8925
Facsimile (202) 619-8978.

(ii) If the General Services Administration, Department of Agriculture, or Department of Veterans Affairs issued this solicitation, a single copy of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained free of charge by submitting a request to the addressee in paragraph (i)(1)(i) of this provision. Additional copies will be issued for a fee.

(2) Most unclassified Defense specifications and standards may be downloaded from the following ASSIST websites:

(i) ASSIST ( https://assist.dla.mil/online/start/).

(ii) Quick Search ( http://quicksearch.dla.mil/).

(iii) ASSISTdocs.com (http://assistdocs.com).

(3) Documents not available from ASSIST may be ordered from the Department of Defense Single Stock Point (DoDSSP) by-

(i) Using the ASSIST Shopping Wizard (https://assist.dla.mil/wizard/index.cfm);

(ii) Phoning the DoDSSP Customer Service Desk (215) 697-2179, Mon-Fri, 0730 to 1600 EST; or

(iii) Ordering from DoDSSP, Building 4, Section D, 700 Robbins Avenue, Philadelphia, PA 19111-5094, Telephone (215) 697-2667/2179, Facsimile (215) 697-1462.

(4) Nongovernment (voluntary) standards must be obtained from the organization responsible for their preparation, publication, or maintenance.

(j) ***Unique entity identifier***.(Applies to all offers that exceed the micro-purchase threshold and offers at or below the micro-purchase threshold if the solicitation requires the Contractor to be registered in the System for Award Management (SAM).) The Offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "Unique Entity Identifier" followed by the unique entity identifier that identifies the Offeror's name and address. The Offeror also shall enter its Electronic Funds Transfer (EFT) indicator, if applicable. The EFT indicator is a four-character suffix to the unique entity identifier. The suffix is assigned at the discretion of the Offeror to establish additional SAM records for identifying alternative EFT accounts (see FAR subpart 32.11) for the same entity. If the Offeror does not have a unique entity identifier, it should contact the entity designated at www.sam.gov for unique entity identifier establishment directly to obtain one. The Offeror should indicate that it is an offeror for a Government contract when contacting the entity designated at www.sam.gov for establishing the unique entity identifier.

(k) [Reserved]

(l) ***Debriefing.*** If a post-award debriefing is given to requesting offerors, the Government shall disclose the following information, if applicable:

(1) The agency's evaluation of the significant weak or deficient factors in the debriefed offeror's offer.

(2) The overall evaluated cost or price and technical rating of the successful and the debriefed offeror and past performance information on the debriefed offeror.

(3) The overall ranking of all offerors when any ranking was developed by the agency during source selection.

(4) A summary of the rationale for award;

(5) For acquisitions of commercial items, the make and model of the item to be delivered by the successful offeror.

(6) Reasonable responses to relevant questions posed by the debriefed offeror as to whether source-selection procedures set forth in the solicitation, applicable regulations, and other applicable authorities were followed by the agency.

(End of provision)

**ADDENDUM TO FAR 52.212-1: Paragraph (c) is revised to reflect increased period for acceptance of offers as follows:**

(c) ***Period for acceptance of offers.*** The offeror agrees to hold the prices in its offer firm for **60 calendar days** from the date specified for receipt of offers, unless another time period is specified in an addendum to the solicitation.

## 15. INSTRUCTIONS FOR SUBMISSION OF OFFERS AND OTHER INFORMATION

**(a) General Instructions** - Proposals submitted in response to this solicitation shall be furnished in the following format:

(1) Proposals shall be submitted as two separate documents - a technical proposal **and** a price proposal. Each part shall be separate and complete so that evaluation of one may be accomplished independently of the other. The price proposal shall be submitted with the solicitation forms, no breakdown of the unit price is required. The technical proposal must not contain reference to cost.

(2) Offerors are cautioned that sufficient and detailed information must be presented in their technical proposals to enable the Government to evaluate their proposals fully in accordance with the evaluation and award criteria contained herein. The Government is not obligated to ask for additional information and in the absence of appropriate information, the proposal will be rated deficient.

(3) Offerors may, at their discretion, submit alternate proposals or proposals which deviate from the requirement, provided that an offeror also submit a proposal for performance of the work as specified in this solicitation. Any "alternate" proposal may be considered if overall performance would be improved or not compromised, and if it is in the best interest of the Government. Alternate proposals, or deviations from any requirement of this RFQ, must be clearly identified.

(4) The Government will evaluate proposals in accordance with FAR Clause 52.212-2 "Evaluation – Commercial Products and Commercial Services (NOV 2021)" evaluation criteria as set forth herein.

(5) Offerors shall submit their proposal(s) **electronically** to the Issuing Office in the following format:

(i) Completed, signed offer (The solicitation package- page 1, the Schedule of Items (Inclusive of Timber) and all certifications).

(ii) Technical Proposal/Documentation (Technical Approach, Relevant Past Performance and Benefit to the Local Community information).

(iii)In addition to a successful firm's response to the solicitation, responses to all Evaluation Factors excepting Relevant Past Performance will be incorporated into the resulting contract by reference at time of award and retain the full force and effect as all of the other contractual terms and conditions hold therein.

**(b) Technical Proposal** -The technical proposal must present sufficient information to reflect a thorough understanding of the requirements and a detailed description of the organization, techniques, and procedures for achieving the objectives of the specifications and the project. Proposals that merely paraphrase the requirements of the Government's specifications or use such phrases as "will comply" or "standard techniques will be employed" will be considered unacceptable and will not be considered further.

**As a minimum, the proposal must clearly provide the following:**

1. **TECHNICAL APPROACH**

**Work Activity Plan**. Clearly describe how you and/or your subcontractors will meet both the project objectives and minimize resource damage. Include an explanation about how you have determined this approach, and what coordination will occur between the various operations. Please limit your description to 2 pages.

**Method.** Describe the method or combination of methods you plan to utilize to accomplish the Mandatory Work Items and any of the Optional Work Items that you anticipate necessary, dependent on your operations. Please limit this narrative to 4 pages. Include responses to each of these end results, specifications and objectives:

1. How your operations will limit soil disturbance to no more than 20% in all units.
2. How your operations will implement and accomplish the timber treatments
3. How your operations will implement and accomplish the removal of included timber in a timely and organized manner.
4. Describe the work and your approach to completing the optional service items

**Equipment.** Describe the equipment you will use to accomplish the Mandatory Work Items and the Optional Work Items that will be necessary dependent on your operations. Include make and model of proposed equipment. Please limit this information to 1 page.

**Key Personnel.** List the names and proposed duties of key personnel who will be assigned to the various work items of the project including the overall Project Manager, Logging Supervisor. Limit this response to no more than 1 page.

**Timing**. Provide a general plan for the sequence of work, including an estimated start date and completion date for both the Mandatory and Optional work items. Please limit this information to no more than 1 page.

*<u>NOTE: This is NOT a request for a detailed logging plan</u>. After award and prior to start of work, the Contractor must submit an Operating Schedule (include start dates, units and work items, haul dates, etc.)*

2. **<u>RELEVANT PAST PERFORMANCE</u>** -The technical proposal must address past performance for both the Offeror and any proposed major subcontractors. OFFERORS SHOULD PROVIDE ONLY THE INFORMATION LISTED BELOW. Performance information will be requested from references provided and other known clients. Please limit your response to no more than 3 pages.

   (a) Submit a list of similar project work that has been completed by your firm or any of your proposed subcontractors in the last 3 years. Experience with implementation and successful accomplishment of DxD treatments should be noted, and within the past **<u>5</u>** years. Address past work specifically related to all of the work items shown in the Schedule of Supplies/Services of the SF 1449 in this solicitation. Please provide:
      a. Names, addresses, telephone numbers and FAX numbers of principal officials in charge of the project who are familiar with your performance.
      b. A description of the work performance.
      c. The agency/company or individuals you worked for.
      d. The size (value and acreage) and location of the contracts.
      e. Contract numbers.

3. **<u>BENEFIT TO LOCAL COMMUNITY</u>** - Explain how you will recruit and utilize labor, subcontractors, and other workforces from those counties adjacent to a National Forest.

   (a) Describe how and to what degree hiring or training of local residents as employees or as subcontractors would be accomplished in terms of retention, expansion, or creation of employment or training opportunities within the forest products industry.

   (b) Describe how any materials removed from Forest Service lands would be marketed and utilized in the project area. Include contributions to the development of biomass energy, integrated utilization, and/or value added products for an existing market or emerging market. (if applicable)

4. **<u>COST/PRICE:</u>** A firm's completion and submission of a unit price and total amount beginning on page 2 of the subject solicitation's Schedule of Items constitutes the fulfillment of the Government's price proposal requirements under this solicitation.

## 16. FAR 52.212-2 EVALUATION—COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (NOV 2021)

(a) The Government will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The following factors shall be used to evaluate offers:

The offeror's proposal shall be in the format prescribed and <u>shall contain a response</u> to each of the areas identified, which affects the evaluation factors for award. The Government will determine best overall value on the basis of the factors described below.

**GENERAL**: Proposals will be evaluated on the basis that the following technical factors are in descending order of importance whereby each factor is more important than the next: (1) Technical Approach being significantly more important than (2) Relevant Past Performance and (2) Relevant Past Performance being significantly more important than (3) Utilization of Local Work Forces/Benefit to Local Community. When combined, these technical evaluation factors are **approximately equal to cost or price**.
(a) **TECHNICAL CRITERIA**. The technical proposals will be evaluated and ranked according to the following criteria.

**1. Technical Approach**

This will address the Work Activity Plan, Method, Equipment, Key Personnel, and Timing factors. Proposals will be evaluated on how well proposed operations will be able to accomplish the project objectives (fuels reduction and resource protection) and the stewardship goal (ecosystem restoration) of the project.

- How will contractor remove all included volume and does proposal adequately address both method and equipment
- Description of approach and equipment used for transportation of included volume off forest
- How well proposed operations will meet safety considerations both within the contract area and during transportation of material on forest system roads.
- How logical and reasonable the proposed sequence and schedule of operations fits the proposed timeframes, restrictions, overall understanding of solicitation and associated appendixes, if any shorter time frames are proposed?
- How experienced are key personnel in the work they will be performing?
- How suitable is the equipment and is it adequate to be used on this contract and meet proposed schedule?
- How well the proposed schedule addresses the treatment of included timber (and biomass material, if applicable), from processing to the removal from Forest Service land?
- How quality assurance will be monitored and documented for each bid item.

**2. Relevant Past Performance**

The Government will consider the relevance of past performance information obtained in relation to the scope of this RFP with respect to both similar efforts, and the length and scope, number, complexity, and diversity of contracts completed by the offeror. Past performance, either positive or negative, which is considered by the Government to be more closely related to the scope of this project will be given additional weight in the evaluation process.

Offerors will be evaluated on their past performance of similar type contracts performed within the last three years (5 years for DxD/DxP treatments, if any) in accordance with the following subfactors:

a. Quality of services – Demonstrated ability to perform services in accordance with contract requirements.

b. Customer satisfaction – Satisfaction of end users with the contractor's completed products and services.

c. Timeliness of performance – Compliance with schedules; reliability; responsiveness to technical direction; responsiveness to exchange of documents; and no assessment of damages.

d. Business management – Demonstrated ability to manage projects of this nature and involving

subcontracts; working relationships with the Contracting Officer and technical representatives; flexibility; effective contractor recommended solutions; and businesslike concern for Government's interests.

e. Financial Responsibility – Demonstrated ability in providing current, accurate, and complete billings.

Past performance by key subcontractors and predecessor firms will be considered in the offeror's past performance. However, the offeror's performance under its current business structure will be considered more relevant than performance by predecessor companies, subcontractors, or individual employees.

Government evaluators may avail themselves of various federal, state, and local past performance databases. The Government may research offeror performance on any federal, state, local, and commercial contract performance of the offeror that is known to the Government, but not included on the submitted
performance information. Additionally, the personal experience and evaluator knowledge of offeror performance may be utilized.

The Government will consider the relevance of past performance information obtained in relation to the scope of this procurement with respect to both similar efforts, and the length, scope, number, complexity, and diversity of contracts completed by the firm. Past performance, either positive or negative, which is considered by the Government to be more closely related to the scope of this effort will be given additional weight in the evaluation process.

Offerors with past performance data will be evaluated in the same manner as all other evaluation factors; however, those offerors with no past performance data will treated as an unknown performance risk and neither be evaluated favorably nor unfavorably. Therefore, offerors will receive credit for good past performance, lose credit for poor past performance, and neither receive nor lose credit for no relevant past performance.

**3. Benefit to the Local Community**

The Government will evaluate the methods proposed by each contractor for benefiting the local community. The evaluation will include a determination as to how realistic and achievable the proposed methods are with added consideration for the impact and magnitude to which the local community will benefit from their operations including:

(a) How and to what degree hiring or training of local residents as employees or as subcontractors will be accomplished in terms of retention, expansion, or creation of employment or training opportunities.

(b) How any materials removed from Forest Service lands will be marketed and utilized in the project area. Including contributions to the development of biomass energy, integrated utilization, and/or value added products for an existing market or emerging market. (if applicable)

Ratings for employment or utilization of local workforce/benefit to the Local Community will be evaluated as follows

1) **Highest evaluated rating**: Complete utilization of work forces and local sourcing of supplies/materials from counties within or adjacent to a National Forest along with complete marketing and utilization of removed material in the project area.

2) **Secondary evaluated rating**: Some, but not all, utilization of work forces, local sourcing of supplies/materials from counties adjacent to the National Forest along with some marketing and utilization of removed material in the project area.

3) **Lowest evaluated rating**: Little or no utilization from counties adjacent to the National Forest or marketing and utilization of removed material in the project area.

**5. Cost/Price Evaluation Criterion**

A. The degree of importance of the price will increase with the degree of equality of the proposals in relation to the other factors on which selection is to be based, or when the price is so significantly high as to diminish the value of the technical superiority to the Government.

B. The Government may award a contract on the basis of initial offers received, without discussions. Therefore, each initial offer should contain the offeror's best terms from a cost or price and technical standpoint. However, if considered necessary by the Contracting Officer, discussions will be conducted with only those offerors determined to have a reasonable chance for award.

B. The Government reserves the right to make an award to other than the lowest priced offeror or to the offeror with the highest non-price evaluation if the Contracting Officer determines that to do so would result in the greatest value to the Government.

D. **All pay items on the Schedule of Items must be priced in order to be considered for award.**

(b) **OPTIONS:** The Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. The Government may determine that an offer is unacceptable if the option prices are significantly unbalanced. Evaluation of options shall not obligate the Government to exercise the option(s).

(c) A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award. **The award will incorporate written information provided by the offeror(s) and utilized by the Government as the basis for award selection.**

## 17. FAR 52.212-3 OFFEROR REPRESENTATIONS AND CERTIFICATIONS—COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (NOV 2021) (DEVIATION NOV 2021)

**Offeror Representations and Certifications must be complete and current in SAM in order to be qualified to receive an award.**

## 18. EMPLOYMENT OF ELIGIBLE WORKERS- WORKFORCE CERTIFICATION

Contractors are required to provide certification under this solicitation in compliance with the Migrant and Seasonal Agricultural Workers Protection Act (MSPA) and Farm Labor Contractor (FLC) Certificate of Registration requirements describing the workforce they will utilize to fulfill the contract requirements under this solicitation and any resulting contract. If the Contractor will supply workers under the H-2B Program, the Contractor is required to provide a copy of the Temporary Employment Certificate issued by DOL.

Subcontractors are bound by the same requirements for licenses and permits under this contract. If a Prime Contractor identifies a Subcontractor as part of their workforce to accomplish the work under this solicitation, the Prime Contractor shall submit the Subcontractor's signed certification with their response to the solicitation.

H-2B Workers: (http://www.foreignlaborcert.doleta.gov/)

☒ Company certifies it will not be utilizing H2B Workers under any resulting contract of this solicitation.

☐ Company will be utilizing H2B Workers (under any resulting contract of this solicitation. Provide a copy of Temporary Employment Certificate.) MSPA Workers: (http://www.dol.gov/whd/mspa/)

☒ Company certifies it will not be utilizing MSPA workers under any resulting contract of this solicitation.

☐ Certifies has valid FLC certificate of registration. (Attach a copy of current certification.) Authorization includes:

☐ Transporting workers

☐ Driving

☐ Housing workers

☐ Company has applied for a Certificate of Registration on _______________.

Contractors not currently having obtained a certificate (for each partner if partnership) will be requested to furnish proof of having obtained a Certificate of Registration prior to award of contract. If the contractor does not provide the required Certificate in a reasonable timeframe, the contractor will not be eligible for the contract award. Partnerships must furnish proof of registration of their assumed business name, if any, with the State of registration.

State of _______________ No. _______________

Information about licensing requirements and procedures may be obtained from the following:

I, on behalf of said Company, certify to the above responses.

| | |
|---|---|
| **SIGNATURE:** | **DATE:** 3/8/2023 |
| **PRINTED NAME:** Tom Ross | **TITLE:** Owner |

## 19. FAR 52.209-5 CERTIFICATION REGARDING RESPONSIBILITY MATTERS (AUG 2020)

(a) (1) The Offeror certifies, to the best of its knowledge and belief, that—

(i) The Offeror and/or any of its Principals–

(A) Are ☐ are not ☒ presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have ☐ have not ☒, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) contract or subcontract; violation of Federal or State antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property (if offeror checks "have", the offeror shall also see 52.209-7, if included in this solicitation);

(C) Are ☐ are not ☒ presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision;

(D) Have ☐, have not ☒, within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds the threshold at 9.104-5(a)(2) for which the liability remains unsatisfied.

(1) Federal taxes are considered delinquent if both of the following criteria apply:

(i) *The tax liability is finally determined.* The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(ii) *The taxpayer is delinquent in making payment.* A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(2) *Examples.*

(i) The taxpayer has received a statutory notice of deficiency, under I.R.C. § 6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(ii) The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. § 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a

delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(iii) The taxpayer has entered into an installment agreement pursuant to I.R.C. § 6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(iv) The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C. 362 (the Bankruptcy Code).

(ii) The Offeror has ☐ has not ☒, within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principal," for the purposes of this certification, means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (*e.g.*, general manager; plant manager; head of a division or business segment; and similar positions).

This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror non-responsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

**20. GOVERNMENT EMPLOYEES, FORMER USDA EMPLOYEES, AND USDA RETIREES**

The offeror/quoter represents and certifies that—

a) It [ ] is, [x] is not a current Federal government employee.

b) It [ ] is, [x] is not a former USDA employee.

c) It [ ] is, [x] is not a retired USDA employee. If retired, give date of retirement: ________________.

d) It [ ] is, [x] is not related by blood or marriage to a current Forest Service employee on the ________________________________________ National Forest. If so, list employee's name and location: __________________________________________ _____________________________________.

e) It [ ] is, [x] is not substantially owned or controlled by a former USDA employee or retiree.

**21. SYSTEM FOR AWARD MANAGEMENT (SAM)**

Are you registered in SAM and is your registration current?

[X] Yes [ ] No

**22. SAM UNIQUE ENTITY IDENTIFIER (UEI) NUMBER**

Quoter shall insert their SAM UEI number: VD3LL38WDSK4

**END OF ADDENDUM TO FAR 52.212-3**

**SUBMITTALS with your quote package**

Fill out and return pages 1 - 3 in addition to all certifications numbered 18 through 22 (if you have filled out info in SAM, fill out only paragraph b1 and b2 in FAR 52.212-3 Representations and Certifications).

The contractor is required to submit specific information to the Government. Please read and respond accordingly and appropriately to all the requests for documentation.

# APPENDIX A

## TECHNICAL SPECIFICATIONS FOR SERVICE WORK ITEMS

## SECTION I – DESCRIPTION OF WORK:

This description of work consists of conducting fuels reduction activities to include but not limited to:

1. Commercial Timber Harvest
2. Cut Skid Deck Hazardous Fuels
3. Topwood Cutting, Processing, and Stacking

The contractor shall provide any and all labor, equipment, supplies, services, permits, supervision, workman's compensation, unemployment, and transportation to accomplish projects within the House Creek Stewardship IRSC.

## SECTION II – WORK ITEMS

**Mandatory Item 1: Cut and Remove Included Timber:**
**Units: 1, 2, 3, 4, 5, 6, 7, 8, 9, & 10 (512.0 Acres)**

Cut and remove from Contract Area all sawtimber trees which meet the minimum tree specifications as identified in Appendix B.

**Mandatory Item 2: Cut, skid, and deck designated trees**
**(Live trees 5" DBH- 8.9" DBH and Dead trees 5" DBH - 25" DBH) Unit 8 (25 acres)**

***Cut:***

1. Fell all trees 5.0" DBH to 8.9" DBH not marked with orange paint (leave tree mark)
2. Post cut stump height shall be less than 12".
3. Post Felling Processing:
   a. All contractor felled trees shall be limbed of both live and dead branches as close to the bole as possible.
   b. All logs that are to be skidded and decked must have all limbs cut flush with bole prior to being decked.
   c. Processing can be at the stump or landings
   d. Top ends shall be bucked at 4.0" DIB.

***Skid/Deck:***

1. Skid and deck all Contractor felled trees that are 5"-8.9" DBH (measured 4.5' up the bole from butt of log) and are at least 8' in length.
2. Skid logs to COR designated landings for saw log processing agreed to in the final logging plan. The COR will designate the actual footprint of the decking area on the ground once contractor and COR-sale admin have agreed upon a final logging plan. Additional trees may need to be cut to accommodate decks.
3. No skidding of logs across Forest System Road without COR approval.
4. Decks need to be compact, neat, and orderly with minimal air space.
5. All log butt ends shall be facing one direction.
6. Larger and fewer decks are preferred.
7. COR will designate exact deck location on the ground with flagging.
8. Contractor's operations shall not unnecessarily damage young growth reserve trees.

9. The Contractor's operations shall be conducted reasonably to minimize soil erosion. Equipment shall not be operated when ground conditions are such that excessive damage will occur. Contractor shall adjust the kinds and intensity of erosion control work done to ground and weather conditions and the need for controlling runoff. Operation may be suspended verbally by agency representative, followed by written direction at any time due to resource damage.

**<u>Optional Items 3-7:</u> Cut, skid, and deck designated trees: Units 2, 4, 6, 9 and 10 (376.0 Acres) (Live trees 5" DBH- 8.9" DBH and Dead trees 5" DBH - 25" DBH)**

***Cut:***

1. Fell all trees 5.0" DBH to 8.9" DBH not marked with orange paint (leave tree mark)
2. Post cut stump height shall be less than 12".
3. Post Felling Processing:
    a. All felled trees 5.0" DBH to 8.9" DBH shall be limbed of both live and dead branches as close to the bole as possible.
    b. All logs must have all limbs cut flush with bole prior to being decked.
    c. Top ends shall be bucked at 4.0" DIB

***Skid/Deck:***

1. Applies to all Contractor felled trees at least 5" diameter (measured 4.5' up the bole from butt of log) to 8.9" diameter and are at least 8' in length.
2. Skid logs to COR designated landings for saw log processing agreed to in the final logging plan. The COR will designate the actual footprint of the decking area on the ground once contractor and sale admin have agreed upon a final logging plan. Additional trees may need to be cut to accommodate decks.
3. No skidding of logs across Forest System Road without COR approval.
4. Decks need to be compact, neat, and orderly with minimal air space.
5. All butt ends of the log shall be facing one direction.
6. The minimum height of a deck is 5'.
7. Larger and fewer decks are preferred.
8. COR will designate exact deck location on the ground with flagging.
9. Contractor's operations shall not unnecessarily damage young growth or other trees to be reserved.
10. The Contractor's operations shall be conducted reasonably to minimize soil erosion. Equipment shall not be operated when ground conditions are such that excessive damage will occur. Contractor shall adjust the kinds and intensity of erosion control work done to ground and weather conditions and the need for controlling runoff. Operation may be suspended verbally by agency representative, followed by written direction at any time due to resource damage.

**<u>Optional Item 8</u>: Units 1-10 Process and stack "top wood" (512.0 Acres)**

**Process and stack 75% of the top wood biomass (7.0" stem diameter to 3.0") from all harvested saw log trees (9" DBH and up)**

**At the COR designated and contractor agreed to landings for saw log processing and during the processing of saw log sized material to merchantable lengths, the "top wood" consisting of the portion of log after merchantable lengths have been obtained and up to a 3" top, this portion of the log shall be delimbed and separated from both the merchantable and unmerchantable portions of the log. The resulting piece of "top wood" is to then be stacked loosely in a central location(s) on the landing; determined by COR .**

## SECTION III – CONTROL OF WORK

The Contractor agrees to conduct its operations under this contract and other related business activities in compliance with Federal, State, and local statutes, standards, orders, permits and other regulations.

The Contractor shall meet all State and local environmental quality laws applicable to National Forest system lands.

Work may be done any time during the term of the contract, except under the following conditions:

(1) Restrictions per CT6.312# - SALE OPERATION RESTRICTIONS. (11/06) in Appendix B Timber Removal Specifications

(2) When conditions are such that operations shall be restricted or ceased due to increased fire risk.

(3) When soil moisture conditions create excessive risk of damage to the soil,

(4) When snow depth creates a situation where requirements cannot be met and/or work cannot be inspected, as determined by the COR.

(5) The government reserves the right to prioritize the order in which Units are treated.

(6) If any cultural or archeological sites are discovered during operations of this contract, work will be suspended in the immediate vicinity of the site until a reconnaissance survey is completed by the Forest Archeologist. Areas excluded from treatment shall be deleted from the contract.

## SECTION IV – INSPECTION AND ACCEPTANCE

For All Work Items:
At any point during the project, the Contractor and/or Project Manager may request (documented through email, text, or hand-written request) an in the field consultation with the Forest Service to inspect work progress, review contract specifications, or clarify issues. The Forest Service shall respond to Contractor's request within 5 working days, excluding weekends and federal holidays.

## GOVERNMENT QUALITY ASSURANCE SURVEILLANCE PLAN

*Government Inspection Procedures* - The COR, or a designated inspector (GTM), will make periodic inspections while work is in progress, usually daily at first, as needed to assure work is proceeding satisfactorily. The Contractor shall notify the COR when units are started, when problems are encountered and when contract work needs government oversight.

1. Each unit will be inspected as a separate unit. Unit will not be averaged with other units for acceptance or payment.

2. When units are completed and ready for government inspection, Contractor's designated Project manager shall request unit inspection in writing, prior to moving out of the general area.

3. The COR, or designated inspector, will determine compliance with contract specifications through informal visual inspections. In the event visual inspection indicates work to be in non-compliance with specifications, prompt corrective action and/or rework shall be required.

*Government Inspection Procedures – Informal (Visual Inspection)*

COR will use visual inspections to ensure contractor compliance with the contract items.

**Unsatisfactory Cutting**

1. If the COR finds areas of designated uncut trees the contractor will be required to cut and process those trees. Units will not be accepted until contractor cuts these areas.

**Reinspection Upon Contractor Request**

1. If Government inspection results are unacceptable to the Contractor, a reinspection may be requested, in writing, within 5 business days after receipt of notice of said inspection results. The same inspection procedure will be used.

*Government Inspection Procedures – Formal (Plots) Items 2 -7*

1. In the event visual inspection indicates work and / or rework to be in non-compliance with contract specifications, a series of verification plots shall be installed by the Government to determine compliance with specifications and percent of satisfactory work for treatment of each unit not meeting specification as observed with visual inspection.
2. Government verification plots will consist of a series of fixed area plots that will have 4 quadrants of pass or fail.
3. Plots and grid will be distributed so that a representative sample is obtained.
4. The COR or GTM inspecting will mark the center of each plot on the ground using flagging, stakes, or pin flags. Additional flagging will be hung near the plot center so that it may be seen from a distance. The inspector will include the plot number, their initials and date on the flagging.
5. Plots will be numbered to correlate with the inspection form and transects on a unit map.
6. The minimum number of verification plots, per treatment unit, shall be as follows:

| Unit Acreage | Minimum No. of Plots |
|---|---|
| 1 – 9 | 1 plot per 2 acres |
| 10 – 29 | 10 plots |
| 30 – 59 | 1 plot per 4 acres |
| 60 – 99 | 20 plots |
| 100 | 1 plot per 5 acres |

7. Determination of acceptability of the work performed will be based on Government verification inspections and will be considered conclusive.
8. At each plot, the Government will examine the plot area and record findings on the items listed below:

   a. Plot number
   b. Number of satisfactory trees.
   c. Number of deficient trees.
   d. Number of excess trees.

- Cut trees which are still attached at the stump will be counted as excess trees
- Trees meeting cut specifications will be counted as excess trees
- Trees in excess of trees to be left will be counted as excess

*Government Inspection Procedures – Visual Inspection Items 8*

COR will use visual inspections to ensure contractor compliance with the contract items.

**Government Inspection Procedures – Items 1 - 8**

**Table 1 – Minimum Acceptable Quality Levels (AQL) of Work**

| ITEM | DESCRIPTION | SCHEDULE | UNIT | Min AQL |
|---|---|---|---|---|
| 1 | Cut and Remove Included Timber | MANDATORY | ACRE | NA |
| 2 | Cut, Skid, Deck | MANDATORY | ACRE | 90% |
| 3-7 | Cut, Skid, Deck | OPTIONAL | ACRE | 90% |
| 8 | Cutting and Stacking "Top Wood" | OPTIONAL | ACRE | 90% |

## SECTION V – PAYMENT METHODS

**Method of Measurement for Acreages**

Acreages were determined by using Global Positioning Systems (GPS). The acreage for each work item will be rounded to the nearest acre and is final unless:

a. The contract is modified or,
b. The Government makes a determination to remeasure or,
c. The Contractor exercises his/her option under the following Remeasurement provisions:

**Remeasurement**

1. The Contractor may request, in writing, remeasurement of any units under this contract if he/she feels that acreage stated on the project maps is incorrect. The remeasurement must be within the existing perimeter of the respective unit. No variance of the unit perimeters as laid out on the ground for this contract will be allowed. All requests for remeasurement must be made prior to payment for each completed unit. Remeasurement will be performed by the Government.
2. If remeasurement indicates that a variance of ten percent or less exists on units of 1 to 5 acres, five percent or less exists on units of more than five but less than 20 acres, or if three percent or less exists on units of 20 acres or larger, the Contractor shall pay for the actual costs of the remeasurement. Under this condition, payment will be made on the acreage stated on the project maps. If the remeasurement indicates the actual acreage varies by more than the above factors from that stated on the project maps, the payment will be made on the remeasured acreage and the Forest Service will pay for the cost of the remeasurement.

**Acceptance and Payment**

1. Percentages as calculated herein shall be rounded to the nearest whole percent.
2. No allowance for variation or portion of a variation will be added which will create a percentage greater than 100 percent.

**Acceptance and Payment – Items 2 - 8**

1. If informal visual inspection indicates acceptable work quality, the Contractor will be paid 100% of their bid rate.
2. For work quality measured to be 90% or higher with formal plots, Contractor will be paid 100% of their bid

rate.

3. Contractor shall rework any areas or entire units at no additional cost to the Government, when work is deemed to be unacceptable by visual or formal inspection.
4. If after rework, the work quality is measured with formal inspection to be between 85% and 89%, payment will be made by the actual percentage. If the percentage is less than 85%, the work is unacceptable, and no payment will be made.

*** Stewardship Credits will be earned first, whenever practical. Forest Service Funds will be used if the availability of Stewardship Credits is exhausted or if appropriated dollars are obligated to a specific item.**

## SECTION VI – DEFINITIONS

**ACCEPTABLE QUALITY LEVEL (AQL):** Acceptance of work will be based on compliance with all specifications corresponding to the appropriate task(s); refer to the Performance Requirements Summary in Section E.4 of the contract. A minimum AQL is required for all service work – hand or mechanical. The minimum AQL will receive a satisfactory performance rating.

**BIOMASS TREES:** Any conifer material 2 feet in height to 4.9 inches DBH.

**BOLE SPACING:** The horizontal distance in feet from the edge of one leave tree bole to another leave tree bole, measured from the outside bark of each tree.

**CIRCULAR PLOT:** A sample plot within a thinning unit that is used to determine the number of desirable trees and other contract specifications.

**COARSE WOODY DEBRIS:** Woody material left on the ground to meet wildlife habitat requirements.

**CROWN RATIO:** The ratio of live crown length (tip of leader to base of the crown) to total tree length/height.

**CROWN SPACING:** The horizontal distance in feet between the dripline of a live crown to another live crown.

**CLEARCUT:** A cutting prescription in which all trees within a boundary are designated to be cut.

**CROWN RATIO:** The ratio of live crown length (tip of leader to base of the crown) to total tree length/height.

**CROWN SPACING:** The horizontal distance in feet between the dripline of a live crown to another live crown.

**CUT TREES:** Trees that do not possess the characteristics of desirable leave trees and are required to be cut. As described by the contract or otherwise marked to be cut.

**CUTTING UNIT:** See Treatment Unit definition

**DAMAGED TREES:** Trees damaged beyond recovery. A tree that is larger than 2 feet in height, and has the top knocked out, is leaning more than 10 degrees, has less than one half of its original limbs, or has approximately 50% of bark removed from the circumference of the bole.

**DBH:** Diameter at breast height, measured at a point of 4.5 feet above the ground level on the uphill side of the tree.

**DECKING:** Stockpiling of trees in a designated area.

**DEAD/DYING TREES:** Trees with the crown foliage changing from green to red, yellow, or needleless. Any tree that has pitch tubes indicating Mountain Pine Beetle infestation.

**DESIGNATION BY SPECIES AND DIAMETER (DXSD):** A cutting prescription in which species and diameter are used to determine which trees will be left and which will be cut.

**DIB:** Diameter inside bark.

**HANG-UP TREE:** Any cut tree suspended above ground level.

**HEALTHY REGENERATION:** Young, healthy, dwarf mistletoe free conifers, less than 4.9 inches in diameter, free of defect or characteristics listed in Section II, 2.2.2.

**LEAVE TREE:** Trees that possess desirable characteristics and that serve to create the basis for designated spacing requirements or are otherwise designated to be left.

**NON-SAWTIMBER TREE:** For all conifer species, minimum diameter of 5 inches DBH to minimum diameter by species identified in Appendix B, Division A.

**OVERSTORY REMOVAL:** A cutting prescription where all trees greater than a specified size are cut. Trees less than the specified size are protected.

**PAYMENT UNIT:** See Treatment Unit.

**PERFORMANCE REQUIREMENTS SUMMARY (PRS):** Identifies the key service outputs of the contract that will be evaluated by the Government to assure contract performance standards are met by the Contractor.

**PILING:** Material moved to an agreed upon location shall be piled for future treatment by Forest Service.

**PROGRESSION OF WORK:** Work conducted in a progressive, workmanlike and orderly manner by the Contractor.

**RESERVE CLUMPS:** Groups of trees within a treatment area that are protected from cutting, may also include Individual Reserve trees.

**SAWTIMBER TREE:** Included timber meeting sawlog size specifications as defined in Appendix B, Division A.2.

**SLASH:** Woody material existing or created that has accumulated on the forest floor. Woody material includes logs, pieces of logs, tops, and branches.

**UNIT:** See Treatment Unit.

**TEMPORARY ROADS:** Non-permanent roads that are constructed by Contractor for the purpose of treatment unit access.

**TREATMENT UNIT:** An individual area on the ground in which activities will be performed and which may appear as a separate pay item in the Schedule of Items.

**UNSATISFACTORY WORK:** If work quality falls below the AQL, the COR will issue a work order or notice of noncompliance to the Contractor in writing. Untreated or unsatisfactory treated areas shall be reworked to obtain satisfactory work quality.

**WHOLE TREE YARDING:** Whole tree logging includes cutting tree and removing the entire tree, including tops and branches, to the landing.

**WILDLIFE TREE:** Standing tree marked to be reserved as a wildlife tree. Used by birds and small mammals for shelter, nesting, perching, etc.

# APPENDIX B - SCALED

## STEWARDSHIP CONTRACT - TIMBER REMOVAL SPECIFICATIONS

**B1.0 CONTRACT AREA**
B1.1 Contract Area Map
B1.2 Claims
**B2.0 TIMBER SPECIFICATIONS**
B2.1 Included Timber
B2.11 Standard Timber
B2.12 Substandard Timber
B2.13 Damaged Timber
B2.131 Damaged by Contractor
B2.132 Negligent or Willful Damage
B2.134 Minor Damage by Natural Causes
B2.14 Unintentionally Cut Timber
B2.15 Construction Timber
B2.16 Other Material
B2.2 Utilization and Removal of Included Timber
B2.3 Timber Designations
B2.31 Clearcutting Units
B2.32 Construction Clearing
B2.33 Overstory Removal Units
B2.34 Understory Removal Units
B2.35 Individual Trees
B2.37 Minor Changes
B2.4 Volume Estimate
**B3.0 RATES OF PAYMENT**
B3.1 Current Contract Rates
B3.4 Other Payment Rates
B.341 Material Not in Division A
B3.42 Timber Cut Through Mistake
B3.43 Designated Timber Cut But Not Removed
B3.44 Undesignated Timber Damaged Without Negligence
B3.45 Undesignated Timber Unnecessarily Damaged or Negligently or Willfully Cut
B3.46 Liquidated Damages
B3.47 Defect Caused by Abnormal Delay
**B4.0 PAYMENTS**
B4.1 Amount Payable for Timber
B4.2 Integrated Resource Account
B4.215 Deposits When Payment Guarantee
**B6.0 OPERATIONS**
B6.33 Safety
B6.4 Conduct of Logging
B6.41 Felling and Bucking
B6.411 Felling in Clearings
B6.412 Stump Heights
B6.413 Bucking Lengths
B6.414 Limbing
B6.42 Skidding and Yarding
B6.421 Rigging
B6.422 Landings and Skid Trails
B6.423 Skidding on Roads
B6.424 Arches and Dozer Blades
B6.63 Temporary Roads
B6.64 Landings
B6.65 Skid Trails and Fire Lines
B6.66 Current Operating Areas
B6.67 Erosion Control Structure Maintenance
B6.7 Slash Disposal
B6.8 Scaling
B6.81 Scaling Services
B6.811 Scaling Location
B6.812 Scaling Adjustments
B6.813 Delayed or Interrupted Scaling Services
B6.814 Weighing Services
B6.82 Presentation for Scaling
B6.83 Scaling Other Products
B6.84 Accountability
B6.841 Route of Haul
** B6.842 Product Identification
B6.85 Scaling Lost Products
B6.851 Scaling Lost Sample Loads
B6.86 Scale Reports
**B8.0 OTHER CONDITIONS**
B8.1 Title and Liability
B8.11 Title Passage
B8.12 Liability for Loss
B8.5 Sale of Other Materials

C2.11# Timber Subject to Agreement (9/04)
C2.3# Reserve Trees (9/04)
C2.301# Cutting Unit Boundaries. (11/2006)
C2.356# Individual Trees (Leave Tree Marking) (11/2006)
C5.12# Use of Roads by Contractor (9/04)
C5.31# Road Maintenance Requirements. (9/04)
C5.32# Road Maintenance Deposit Schedule (8/12)
C5.34# Obliteration of Temporary Roads, Skid Trails and Landings. (3/02)
C5.36# Snow Removal. (9/01)
C5.41# Closure to Use by Others (4/04)
C6.312# Contract Operation Restrictions. (11/2006)
C6.32# Protection of Reserve Trees (9/04)
C6.411# Felling and Bucking (Special Objectives). (11/2006)
C6.42# Skidding and Yarding (Special Objectives). (11/2006)
C6.6# Erosion Prevention and Control. (11/2006)
C6.601# Erosion Control Seeding. (11/2006)
C6.602# Protection of Disturbed Areas from Establishment of Noxious Weeds (11/2006)
C6.7# Slash Treatment (11/2006)
C6.71 Change in Slash Treatments (11/2006)
C6.816# Scaling Deposits (9/04)
C6.825# Scaling as Presented (Sales by Load Count) (01/2008)
C6.83# Product Accountability (11/2006)
C8.66# Use of Timber (Option 1) (9/04)

# Division A

## Location and Area:

This Contract Area of 1904 acres is more or less located in Sections 1, 2, 3, 10, 11, and 12, Township 38 North, Range 15 West; Montezuma County, Colorado. New Mexico Principal Meridian.

## Volume Estimate and Utilization Standards

| | | | | Minimum Specifications | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Merchantable Tree | | Piece Required to be Removed | | |
| Species Group | Product | Estimated Quantity | Unit of Measure | Diameter Breast High (DBH) *(inches)* | Number of Minimum Pieces per Tree | Length *(feet)* | Diameter Inside Bark at Small End *(inches)* | Net Scale in % Gross Scale |
| Live Ponderosa Pine | Sawtimber | 5423 | CCF | 9.0 | 1 | 8.0 | 7.0 | 10.67x |
| **Timber Subject to Agreement** | | | | | | | | |
| Dead Ponderosa Pine | Sawtimber | unestimated | CCF | 9.0 | 1 | 8.0 | 7.0 | 10.67x |
| Live and Dead Ponderosa Pine | Non-Saw | unestimated | CCF | 5.0 | 1 | 6.5 | 4.0 | 8.00x |
| Ponderosa Pine Topwood | Grn Bio Cv | unestimated | CCF | N/A | N/A | N/A | N/A | N/A |
| **Total Quantity** | | 5423 | | | | | | |

**Timber Designations,** acres are approximate:

| | Number | Acres |
|---|---|---|
| Clearcutting Units (B2.31) | | |
| Overstory Removal Units (B2.33) | | |
| Understory Removal Units (B2.34) | | |
| Individual Trees (B2.35) | | 512.0 |
| Designation by Description or Prescription (C2.351-C2.355) | | |

## High Stumps

| Species | Product | Maximum Stump Height *(inches)* |
|---|---|---|
| All | All | 12.0 |

**Roads**
Name and Date of Governing Road Specifications: ______________________________

| Project | | Design Class | Approx. Length *(mi./km.)* | Sheet Numbers and Approval Date | Performance Responsibility | | |
|---|---|---|---|---|---|---|---|
| Road No. | Name | | | | Survey | Design | Const. Staking[1/] |
| | | | | | | | |

[1/] Indicate timing, i.e., before clearing (BC) or after clearing (AC).
Specification sheets with itemized construction codes also attached

## Scaling Instructions and Specifications

Name and Date of Governing Instructions: ______________________________

### Scaling Specifications

| Species | Product | Maximum Scaling Length *(feet)* | Trim Allowance | | |
|---|---|---|---|---|---|
| | | | Diameter Range *(inches)* | Length Range *(feet)* | Trim Allowance *(inches)* |
| All | All | 20.0 | All | All | 6.0 |

### Scaling Services

| Unit of Measure | Site and Geographic Location | Method | Standard Estimated Cost per Unit $ |
|---|---|---|---|
| CCF | Forest Service approved ticket box and locations per written agreement | Load Count | N/A |

# APPLICABLE REGIONAL CLAUSES MAY BE ADDED

UNITED STATES DEPARTMENT OF AGRICULTURE
Forest Service
**TIMBER REMOVAL SPECIFICATIONS**
CLAUSES FOR SCALED TIMBER REMOVAL CONTRACTS
**(**Applicable to Contracts to be Measured After Felling**)**

This Division is organized into Parts, Sections, Subsections, and Items. These are numbered in accordance with the following scheme: Part BI.0, Section BI.1, Subsection BI.11, and Item BI.111. References to a Part include all Sections, Subsections, and Items within that Part; references to a Section include all Subsections and Items within that Section; and references to a Subsection include all Items within that Subsection. Cross references within this contract cite the reference number of the applicable Division, Part, Section, Subsection, and Item. Descriptive headings used are not to be considered in determining the rights and obligations of the parties hereunder. The Standard Clauses in this Division are subject to Specific Conditions of the contract stated in Division A. Wherever appropriate, Specific Conditions established in Division A are herein cited by reference number. References to Standard Clauses also apply to Special C Clauses with the same numbers. These clauses are applicable only to the timber removal portion of the ***House Creek*** Stewardship Contract except where otherwise specifically referenced. “Timber” when used in this appendix includes timber and other products.

## B1.0—CONTRACT AREA

### B1.1 Contract Area Map.

The boundaries of “Contract Area” and any subdivision thereof, are as shown on the attached “Contract Area Map” that is made a part hereof, and were, before contract solicitation, designated on the ground by Forest Service to meet the anticipated needs of the parties. The location of Contract Area and its approximate acreage are stated in Division A. Subdivisions may be revised and additional ones may be established only by written agreement.

Where applicable, the following are also identified on Contract Area Map:

(a) Identified claims limiting Contractor’s rights under B1.2
(b) Subdivisions defined in B2.3 where timber is to be Marked after date of contract solicitation
(c) Boundaries of Clearcutting Units, Overstory Removal Units, and Understory Removal Units under B2.3
(d) Diameter limits for Overstory Removal Units and Understory Removal Units under B2.33 and B2.34
(e) Areas where leave trees are Marked to be left uncut under B2.35
(f) Specified Roads
(g) Sources of base course, surface rock, and rock riprap listed in the Schedule of Items
(h) Roads where log hauling or use is prohibited or restricted
(i) Roads and trails to be kept open
(j) Improvements to be protected
(k) Locations of known wildlife or plant habitat and cave resources to be protected
(l) Locations of areas known to be infested with specific invasive species of concern
(m) Maximum stump heights when more than one height is listed by areas in Division A under B6.412
(n) Skidding or yarding methods specified under B6.42
(o) Streamcourses to be protected
(p) Locations of meadows requiring protection
(q) Locations of wetlands requiring protection
(r) Locations of temporary roads to be kept open; and
(s) Other features required by Division B or C.

**B1.2 Claims.** Valid claims are excluded from Contract Area, except those on which timber cutting is authorized in writing by the claimant and except mining claims on which cutting is authorized by the Act of July 23, 1955 (30 USC 614). Claims that limit Contractor’s rights to operate under this contract and that Forest Service has been able to identify are shown on Contract Area Map. Contractor is not obligated to operate contrary to existing claim limitations. Forest Service shall designate boundaries of claims on the ground to the extent necessary to identify Included Timber.

**B2.0—TIMBER SPECIFICATIONS**

**B2.1 Included Timber.** "Included Timber" consists of:

**B2.11 Standard Timber** Live and dead trees and portions thereof that meet Utilization Standards under B2.2 and are designated for cutting under B2.3.

**B2.12 Substandard Timber.** Live and dead trees that:

(a) Do not meet Utilization Standards and
(b) Are located in Clearcutting Units or construction clearings or are otherwise designated for cutting.

**B2.13 Damaged Timber.**

**B2.131 Damaged by Contractor.** Undesignated live trees meeting Utilization Standards:

(a) Within 200 feet slope distance from centerline of roads constructed hereunder that are damaged by Contractor's construction to the extent that considerable deterioration or mortality is imminent and are designated by Forest Service for felling before the nearest road segment is Substantially Completed or
(b) That are damaged by Contractor in logging or stewardship project operations and are subsequently Marked before Contractor has completed work in the immediate area.

By agreement, such trees may be left without charge if their removal would cause undue damage or be grossly uneconomic.

**B2.132 Negligent or Willful Damage.** Undesignated timber meeting Utilization Standards and unnecessarily damaged or negligently or willfully cut by Contractor, if included by Contracting Officer.

**B2.134 Minor Damage by Natural Causes.** Undesignated trees within Contract Area and meeting Utilization Standards, that become insect infested, wind-thrown, suffer serious damage, or die, as designated by agreement.

**B2.15 Construction Timber**. Trees to be used for construction under this contract.

**B2.16 Other Material.** Species or products not listed in the contract, upon written approval of Forest Service.

**B2.2 Utilization and Removal of Included Timber.** "Utilization Standards" for trees and minimum pieces are stated in Division A. To meet minimum tree specifications, trees must equal or exceed tree diameters listed in Division A and contain at least one minimum piece. Except for timber required or authorized to be left Contractor shall fell and buck such trees and shall remove from Contract Area and present for Scaling all pieces that:

(a) Meet minimum piece standards in Division A or
(b) Do not meet such standards but would have qualified as part of minimum pieces if bucking lengths were varied to include such material.

**B2.3 Timber Designations.** Timber designated for cutting shall be confined to Contract Area, except as otherwise provided. Contract Area Map indicates subdivisions, if any, where Marking is to be done after contract solicitation, except for construction clearing, minor changes, and damaged timber. The boundaries of Clearcutting Units, Overstory Removal Units and Understory Removal Units were plainly Marked on ground before contract advertisement and are shown on Contract Area Map. Boundary trees shall not be cut. The number of units and approximate acreage of timber designations are stated in Division A.

**B2.31 Clearcutting Units.** All trees that meet Utilization Standards within "Clearcutting Units" are designated for cutting.

**B2.32 Construction Clearing.** All timber is designated for cutting that is within the clearing limits of roads constructed hereunder or is in other authorized clearings. All dead or unstable live trees are designated for cutting that are sufficiently tall to reach Contractor's landings, work areas, or the roadbed of Specified and Temporary Roads when Marked in advance of work in the immediate area. Pieces meeting Utilization Standards from such dead or unstable live trees shall be removed unless there is agreement that to do so could damage the road. Such designation may be revised as part of agreed changes in road locations.

**B2.33 Overstory Removal Units.** All trees within "Overstory Removal Units" are designated for cutting when they meet Utilization Standards and equal or exceed the diameter limits shown on Contract Area Map.

**B2.34 Understory Removal Units.** All trees within "Understory Removal Units" are designated for cutting when they meet Utilization Standards and are smaller than the diameter limits shown on Contract Area Map.

**B2.34 Individual Trees.** All trees to be cut, other than in the units described in B2.31, B2.32, B2.33, and B2.34, are Marked or designated by description. Trees are "Marked" when individually designated by Forest Service with paint marks above and below stump height. Contract Area Map indicates areas plainly identified on the ground where leave trees are Marked to be left uncut.

**B2.37 Minor Changes.** Within Contract Area, minor adjustments may be made in boundaries of cutting units or in the timber individually Marked for cutting when acceptable to Contractor and Forest Service.

**B2.4 Volume Estimate.** The estimated volumes of timber by species designated for cutting under B2.3 and expected to be cut under Utilization Standards are listed in Division A. If Contract Area Map indicates that there are incompletely Marked subdivisions, the objective of Forest Service shall be to designate for cutting in such subdivisions sufficient timber so that Contract Area shall yield the approximate estimated volume by species or species groups stated in Division A. However, the estimated volumes stated in Division A are not to be construed as guarantees or limitations of the timber volumes to be designated for cutting under the terms of this contract.

**B3.0—RATES OF PAYMENT**

**B3.1 Current Contract Rates.** Included Timber that is removed by Contractor and presented for Scaling in the product form stated in Division A shall be paid for at Current Contract Rates determined under this Section. "Current Contract Rates" shall be Flat Rates. Flat Rates shall be those listed in the Schedule of Items – Timber/Product Removal Price Schedule. In the event contract time is adjusted, Current Contract Rates shall be continued in the same manner as immediately prior to the adjustment period. In addition, Required Deposits, if applicable, shall be made as listed in C5.32# and C6.816#.

**B3.4 Other Payment Rates.**

**B3.41 Material Not in Division A.** Incidental amounts of products or portions of trees of species that do not meet Utilization Standards may be removed without charge. Such material may be purposely removed in more than incidental amounts without charge upon written approval of Contracting Officer, and subject to agreement on deposits if needed for road maintenance and use. Other species or products not listed may be cut and removed upon written approval of Contracting Officer and subject to agreement on rates of payment. Timber for which the quantity is not included in the estimate, shall be paid for at Current Contract Rates and Required Deposits.

**B3.42 Timber Cut Through Mistake.** Undesignated timber meeting Utilization Standards, cut by Contractor through mistake and included by Contracting Officer under B2.14, shall be removed and paid for at Current Contract Rates and Required Deposits, unless such material is not listed in Division A. In such event, Contracting Officer, in accord with standard Forest Service methods, shall establish rates to be paid.

**B3.43 Designated Timber Cut But Not Removed.** Standard timber shall be removed, as provided in B2.2, prior to acceptance of a subdivision. There shall be no charge when:

(a) The leaving of incidental material is justified under existing conditions, or
(b) Cut timber is left by option or requirement.

**B3.44 Undesignated Timber Damaged Without Negligence.** Undesignated timber meeting Utilization Standards, damaged without negligence by Contractor and designated by Forest Service under B2.131, shall be cut, removed, and paid for at Current Contract Rates and Required Deposits.

**B3.45 Undesignated Timber Unnecessarily Damaged or Negligently or Willfully Cut.** Undesignated timber meeting Utilization Standards and unnecessarily damaged or negligently or willfully cut by Contractor, if included by Forest Service, shall be cut, removed, and paid for at Current Contract Rates and Required Deposits that are in addition to liquidated damages under B3.46. If such timber is of a species or size not listed in Division A or is of a quality different from designated timber, Contracting Officer shall establish payment rates in accord with standard Forest Service methods.

**B3.46 Liquidated Damages.** Unnecessary damage to or negligent or willful cutting of undesignated timber, as described in B3.45, on portions of Contract Area cut over under this contract is likely to cause substantial silvicultural or other damage to the National Forest. It will be difficult, if not impossible, to determine the amount of such damage. Therefore, Contractor shall pay as fixed, agreed, and liquidated damages an amount equivalent to the amount payable at Current Contract Rates. If designated by Contracting Officer, Contractor shall remove such damaged or cut timber and pay for it at Current Contract Rates.

**B3.47 Defect Caused by Abnormal Delay.** Scaling deductions made for rot, check, or other defect resulting from abnormal delay in Scaling caused by Contractor shall be recorded separately and charged to Integrated Resource Account at Current Contract Rates and applicable deposits.

**B4.0—PAYMENTS**

**B4.1 Amount Payable for Timber.** Current Contract Rates and Required Deposits in effect when the timber is Scaled shall be applied to the Scaled volume to determine the amount Contractor shall pay.

**B4.2 Integrated Resource Account.** "Integrated Resource Account" is an account maintained by Forest Service of all Contractor's deposits, credits, payment guarantees, and the charges for:

(a) Timber at Current Contract Rates
(b) Slash disposal, road maintenance at Required Deposit rates
(c) Stewardship Credits established
(d) Contract Scaling Deposits, and
(e) Other charges provided in this contract.

Cash deposits and Stewardship Credits earned shall be recorded currently in such account.

Charges for timber cut shall be made when Forest Service prepares and furnishes to Contractor periodic statements of volume and value of such timber cut and Scaled. Charges against Stewardship Credits shall be limited to timber value in excess of Required Deposits. Required Deposits, and Other Charges shall be paid in cash.

Contractor shall make cash deposits to meet Contractor's obligations within 15 days of billing by the Forest Service. Deposits shall be made to Forest Service, USDA, by mail or delivery to the address shown on the bill for collection.

**B4.215 Deposits When Payment Guaranteed.** To the extent payment guarantee is provided under Clause entitled, "PRODUCT PAYMENT GUARANTEE" requirements for advance cash deposits shall be waived for the value of Product on contract area that is cut, but not removed, and for the value of Products removed from contract area, up to limit of remaining stewardship credits to be earned and exchanged for value of included product except for Required Deposits and Associated Charges. Associated charges shall be waived for not more than one monthly billing period.

**B6.0—OPERATIONS**

**B6.33 Safety.** Contractor's Operations shall facilitate Forest Service's safe and practical inspection of Contractor's Operations and conduct of other official duties on Contract Area. Contractor has all responsibility for compliance with safety requirements for Contractor's employees.

In the event that Contracting Officer identifies a conflict between the requirements of this contract or agreed upon methods of proceeding hereunder and State or Federal safety requirements, the contract shall be modified and Contractor may request an adjustment in Current Contract Rates to compensate for the changed conditions.

Unless otherwise agreed in writing, when Contractor's Operations are in progress adjacent to or on Forest Service controlled roads and trails open to public travel, Contractor shall furnish, install, and maintain all temporary traffic controls that provide the user with adequate warning of hazardous or potentially hazardous conditions associated with Contractor's Operations. Contractor and Forest Service shall agree to a specific Traffic Control Plan for each individual project prior to commencing operations. Devices shall be appropriate to current conditions and shall be covered or removed when not needed. Except as otherwise agreed, flagmen and devices shall be as specified in the "Manual on Uniform Traffic Control Devices for Streets and Highways" (MUTCD) and as shown on Plans, Contract Area Map, Traffic Control Plan, or in specifications attached hereto.

**B6.4 Conduct of Logging.** Unless otherwise specifically provided herein, Contractor shall fell trees designated for cutting and shall remove the portions which meet Utilization Standards, except for occasional trees inadvertently not cut or trees or pieces not removed for good reason, including possible damage to forest resources or gross economic impracticability

at the time of removal of other timber. Logging shall be conducted in accordance with the following, unless other clauses set forth requirements to meet special or unusual logging conditions:

**B6.41 Felling and Bucking.** Felling shall be done to minimize breakage of Included Timber and damage to residual timber. Unless agreed otherwise, felling shall be done by saws or shears. Bucking shall be done to permit removal of all minimum pieces set forth in Division A. Contractor may buck out cull material when necessary to produce pieces meeting Utilization Standards. Such bucked out material shall contain a minimum amount of sound wood, not in excess of the net scale in percentage of gross scale, or based on the merchantability factor, whichever is stated in Division A. If necessary to assess the extent of defect, Contractor shall make sample saw cuts or wedges.

**B6.411 Felling in Clearings.** Insofar as ground conditions, tree lean, and shape of clearings permit, trees shall be felled so that their tops do notextend outside Clearcutting Units, construction clearings, and areas of regeneration cutting.

**B6.412 Stump Heights.** Stumps shall not exceed, on the side adjacent to the highest ground, the maximum heights set forth in Division A, except that occasional stumps of greater heights are acceptable when Contractor determines that they are necessary for safe and efficient conduct of logging. Unless otherwise agreed, Contractor shall re-cut high stumps so they will not exceed heights specified in Division A and shall dispose of severed portions in the same manner as other logging debris. The stump heights shown in Division A were selected with the objective of maximum reasonable utilization of the timber, unless Contract Area Map shows special areas where stump heights are lower for aesthetic, land treatment, or silvicultural reasons.

**B6.413 Bucking Lengths.** Trees shall be bucked in various lengths to obtain the greatest utilization of material meeting Utilization Standards.

**B6.414 Limbing.** When Forest Service determines it is necessary to minimize damage to the residual stand during skidding, Contractor shall cut exposed limbs from products prior to skidding. Contractor may leave uncut those limbs that cannot be cut with reasonable safety.

**B6.42 Skidding and Yarding.** Methods of skidding or yarding specified for particular areas, if any, are indicated on Contract Area Map. Outside Clearcutting Units and construction clearings, insofar as ground conditions permit, products shall not be skidded against reserve trees or groups of reproduction and tractors shall be equipped with a winch to facilitate skidding.

**B6.421 Rigging.** Insofar as practicable, needed rigging shall be slung on stumps or trees designated for cutting.

**B6.422 Landings and Skid Trails.** Location of all landings, tractor roads, and skid trails shall be agreed upon prior to their construction. The cleared or excavated size of landings shall not exceed that needed for efficient skidding and loading operations.

**B6.423 Skidding on Roads.** Products may be skidded on permanent roads authorized for hauling only by prior written agreement.

**B6.424 Arches and Dozer Blades.** Skidding tractors equipped with pull-type arches or dozer blades wider than tractor width or C-frame width, whichever is greater, shall not be used in residual timber outside Clearcutting Units and other authorized clearings, except on constructed tractor roads or landings, unless there is written agreement that residual timber will not be damaged materially by such use.

**B6.63 Temporary Roads.** As necessary to attain stabilization of roadbed and fill slopes of Temporary Roads, Contractor shall employ such measures asout- sloping, drainage dips, and water-spreading ditches.

After a Temporary Road has served Contractor's purpose, Contractor shall give notice to Forest Service and shall remove bridges and culverts, eliminate ditches, outslope roadbed, remove ruts and berms, effectively block the road to normal vehicular traffic where feasible under existing terrain conditions, and build cross ditches and water bars, as staked or otherwise marked on the ground by Forest Service. When bridges and culverts are removed, associated fills shall also be removed to the extent necessary to permit normal maximum flow of water.

**B6.64 Landings.** After landings have served Contractor's purpose, Contractor shall ditch and slope them to permit water to drain or spread. Unless agreed otherwise, cut and fill banks around landings shall be sloped to remove overhangs and otherwise minimize erosion.

**B6.65 Skid Trails and Fire Lines.** Contractor shall construct cross ditches and water-spreading ditches on tractor roads and skid trails, where staked or otherwise marked on the ground by Forest Service. Forest Service shall designate cross ditching on Contractor-built fire lines prior to or during construction. By agreement, Contractor may use other comparable erosion control measures, such as backblading skid trails, in lieu of cross ditching.

**B6.66 Current Operating Areas.** Where logging, road construction, or other stewardship project work is in progress but not completed, unless agreed otherwise, Contractor shall, before operations cease annually, remove all temporary log culverts and construct temporary cross drains, drainage ditches, dips, berms, culverts, or other facilities needed to control erosion.

Such protection shall be provided, prior to end of ***December 1st***, for all disturbed, unprotected ground that is not to be disturbed further prior to end of operations each year, including roads and associated fills, tractor roads, skid trails, and fire lines. When weather permits, operations during ***December 1st to March 1st*** Contractor shall keep such work on any additional disturbed areas as up to date as practicable.

**B6.67 Erosion Control Structure Maintenance.** During the period of this contract, Contractor shall provide maintenance of soil erosion control structures constructed by Contractor until they become stabilized, but not for more than 1 year after their construction. Contractor shall not be responsible for repair of such structures damaged by other National Forest users whose activities are not a part of Contractor's Operations.

**B6.7 Slash Disposal.** Contractor's timing of product removal and preparatory work shall not unnecessarily delay slash disposal. Specific slash disposal measures to be employed by Contractor are stated in elsewhere herein and are in addition to Required Deposits for slash disposal.

**B6.8 Scaling.** "Scaling," as used herein, involves:

(a) Various volume determination methods, such as log rule, sampling, measuring, linear measuring,
(b) Various sites, such as truck Scaling stations, rollways, weighing stations, woods landings, water Scaling stations, or other sites; and
(c) Various geographic locations.

**B6.81 Scaling Services.** Scaling services shall be performed by Forest Service personnel or parties under contract to Forest Service, except that weighing services may be performed by personnel or parties approved by Forest Service. Scaling shall be provided in accordance with the instructions and specifications in Division A. Scalers shall be currently certified to perform accurate Scaling services. The Scaling services provided shall be selected exclusively by Forest Service.

Scaling services may be Continuous, Intermittent, or Extended. "Continuous Scaling Services" is Scaling at one site five (5) 8-hour shifts a week, exclusive of Sundays and Federal holidays. "Intermittent Scaling Services" are non-continuous Scaling services. "Extended Scaling Services" are Scaling services exceeding Continuous Scaling Services and may include Sundays and designated Federal holidays.

Upon written request of Contractor and approval of Contracting Officer, Forest Service may provide other services, such as but not limited to grading, tagging, or marking of Scaled logs.

**B6.811 Scaling Location.** Forest Service shall provide Scaling services at the Scaling site(s) shown in Division A. The Scaling site(s) shown in Division A normally will be a non-exclusive site where more than one National Forest contractor may be served.

Contractor may request, in writing, an alternate Scaling site, such as at a private mill yard, private truck ramp, or a privately operated log transfer facility. Contracting Officer may approve an alternate Scaling site, when Contracting Officer determines that Scaling conditions at an alternate site are acceptable. Such conditions shall include at a minimum:

(a) Scaler safety and comfort,
(b) Product accountability and security,
(c) Facilities and practices conducive to accurate and independent Scaling, and
(d) The ability to provide for remote check Scaling. Upon approval of an alternate Scaling site, Forest Service and Contractor shall enter into a written memorandum of agreement governing Scaling at that alternate location. Contractor agrees that Forest Service personnel or persons under contract with Forest Service shall perform Scaling services at an alternative Scaling site. In no instance shall Contractor or employees of Contractor perform Scaling services.

**B6.812 Scaling Adjustments.** Forest Service shall check the accuracy of the Scaling performed on National Forest logs. Scaling will be satisfactory if performed within the accuracy standards stated in governing instructions identified in Division A. In the event Forest Service check Scale(s) shows a variance in net Scale in excess of the allowable variance, an adjustment to volume reported Scaled may be made by Forest Service.

Such adjustment will be based on the difference between Forest Service check Scale(s) and original Scale for contract volume Scaled within the adjustment period. The volume to which this difference will be applied will be:

(a) One-half of the volume Scaled between the last satisfactory check Scale and the first unsatisfactory check Scale or, if a period of 120 days or more occurs without Scaling National Forest timber for stumpage, the adjustment will be applied to 100 percent of the volume Scaled after this period and

(b) 100 percent of the volume Scaled between unsatisfactory check Scales and

(c) One-half of the volume Scaled between the last unsatisfactory check Scale and the next satisfactory check Scale, or if no satisfactory check Scale is completed and a period of 120 days or more occurs without Scaling of National Forest timber for stumpage, the adjustment will be applied to 100 percent of the volume Scaled since the last unsatisfactory check Scale.

Adjustments may increase or decrease the original Scaled volume. Adjustments will be applied to Integrated Resource Account to correct charges for Included Timber, plus deposits, Scaled during the adjustment period.

**B6.813 Delayed or Interrupted Scaling Services.** In the event Scaling services are delayed or interrupted, Contractor shall discontinue hauling. Contractor further agrees that no logs will be presented for Scaling outside agreed upon Scaling services schedule.

**B6.814 Weighing Services.** Weighing services for stumpage payment purposes may be provided by either public or privately owned and operated weighing facilities. A "Weighing Services Agreement," approved by the Forest Supervisor, must be executed at each weighing facility providing weighing services.

Scales used to weigh National Forest products for payment purposes must be a currently certified scale in accordance with State law and be capable of weighing the entire load of logs in a single operation. The weighing of less than the entire load or weighing two loads at once is prohibited. Unless otherwise agreed, the minimum sized weighing facility shall be a 60-ton capacity scale with a 10-foot by 70-foot platform or larger. The weighmaster must work in a position where it is possible to verify that the truck wheels are on or off the scales.

Weighing facilities shall meet the following minimum requirements:

(a) Be an electronic design,

(b) Use electronic load cells or have a fully enclosed and sealed weigh-beam,

(c) Have digital weight meters sealed with a seal approved by the State,

(d) Have a zero-interlocking device on the printer,

(e) Have an automatic zero-setting mechanism,

(f) Have an automatic motion-detecting device,

(g) Be shielded against radio or electromagnetic interference, and

(h) Have a date and time stamp and gross and tare weights that print electronically with each weighing.

Contracting Officer may waive electronic printing for public or third-party weighing facilities.

Contractor shall bear all charges or fees for weighing services.

**B6.82 Presentation for Scaling.** Contractor shall present products so that they may be Scaled in an economical and safe manner. If prior to Scaling, Included Timber is to be mixed with other timber, Contractor shall, prior to mixing, provide for distinguishing, by means approved by Forest Service, each product included in this contract.

Trees or pieces presented for Scaling that have not been bucked to separate material meeting minimum piece standards from material not meeting minimum piece standards due to diameter, shall be Scaled as though such bucking had been done.

Deductions made for rot, check, or other defects resulting from abnormal delay in Scaling caused by Contractor shall be recorded separately and charged to Integrated Resource Account under B3.47.

Any timber that has been removed from Contract Area during the period of this contract, but remains unscaled after the Period of Performance Date, shall be Scaled at the earliest reasonable date.

**B6.83 Scaling Other Products.** The Scaled volume of material presented for Scaling in forms other than those stated in

Division A, when appropriate, shall be converted to the Division A unit of measure by the application of standard converting factors and procedures in effect at the time the contract was sold. Other converting factors may be used by written agreement.

**B6.84 Accountability.** When Scaling is performed away from Contract Area, products shall be accounted for in accordance with Forest Service written instructions or an Accountability Agreement between Forest Service and Contractor and as follows:

(a) Contractor shall plainly mark or otherwise identify products prior to hauling in accordance with B6.842.
(b) Forest Service shall issue removal receipts to Contractor.
(c) Contractor shall assign a competent individual at the landing to complete removal receipts and attach them to each load of products removed from Contract Area.
(d) Removal receipts shall be returned to Forest Service at periodic intervals.
(e) When products are in transit, the truck driver shall possess or display removal receipt and show it upon request as evidence of authority to move products.
(f) The scaler's portion of removal receipt shall be surrendered at point of Scaling, the unloading point, or as requested by Forest Service; and
(g) Contractor shall notify Forest Service of lost or off-loaded logs and their location within 12 hours of such loss.

Contractor shall not place products in storage for deferred Scaling until an accountability system has been agreed to in writing for a stated period.

**B6.841 Route of Haul.** As part of the annual Operating Schedule, Contractor shall furnish a map showing the route of haul over which unscaled products will be transported from Contract Area to the approved Scaling location. Such route of haul shall be the shortest, most economical haul route available between the points.

Upon advance written agreement, other routes may be approved. All unscaled products removed from Contract Area shall be transported over the designated routes of haul. Contractor shall notify Forest Service when a load of products, after leaving Contract Area, will be delayed for more than 12 hours in reaching Scaling location.

Contractor shall require truck drivers to stop, if requested by Forest Service, for the following reasons:

(a) For accountability checks when products are in transit from Contract Area to the designated Scaling location, or
(b) For a remote check Scale when products are in transit after being truck Scaled at the designated Scaling location.

Contractor and Forest Service shall agree to locations for accountability checks and remote check Scales in advance of haul. Such locations shall be established only in areas where it is safe to stop trucks.

Forest Service shall notify Contractor of the methods to be used to alert truck drivers of an impending stop.

**B6.842 Product Identification.** Before removal from Contract Area, unless Contracting Officer determines that circumstances warrant a written waiver or adjustment, Contractor shall:

(a) Hammer brand all products that are eight (8) feet or more in length and one-third (1/3) or more sound, on each end that is seven (7) inches or more in diameter.
(b) West of the 100th meridian, paint with a spot of highway-yellow paint all domestic processing products that are eight (8) feet or more in length and one-third (1/3) or more sound, on each end that is seven (7) inches or more in diameter. Each paint spot must be no less than three (3) square inches in size.
(c) Contracting Officer shall assign brands and, if Contract Area is within a State that maintains a log brand register, brands shall be registered with the State. Contractor shall use assigned brand exclusively on logs from this contract until Contracting Officer releases brand. Contractor will furnish and apply highway-yellow paint of a lasting quality (oil-base or equivalent).

All hammer brands and/or highway-yellow paint must remain on logs until they are domestically processed. Contractor shall replace identifying marks if they are lost, removed, or become unreadable. Contractor may remanufacture products into different log lengths. Except for logs remanufactured as part of the mill in-feed process immediately before processing, remanufactured products must be rebranded with the assigned contract brand and repainted with highway-yellow paint, unless otherwise agreed to in writing by Contracting Officer. For such remanufactured products, Contracting Officer may approve use of a brand to be used exclusively as a catch brand, in lieu of the assigned contract brand.

**B6.85 Scaling Lost Products.** The volume of lost products shall be determined by the best methods currently available, using data from the records for the period in which the loss occurred or the most applicable period if loss should occur substantially after cutting. In the absence of specific information indicating size or species of lost products, species

distribution and volume for entire truckloads shall be assumed to be the same as the average volume Scaled per truck during the report period, and for individual products it shall be assumed that the volume and species were the average volume of the highest priced species Scaled during the report period.

**B6.851 Scaling Lost Sample Loads.** If Scaling is being done by sampling loads of logs, Contractor shall present such sample loads for Scaling by Forest Service. If loads of logs selected to be sample Scaled are placed in the decks before they are Scaled, they will be considered as lost sample loads. It will be difficult, if not impossible, to determine the volume and species contained in such loads for payment purposes. Therefore, lost sample loads will be deemed to have a Scale volume and species composition equal to that of the highest value load Scaled during the sampling period, as established by Forest Service. If no sample loads were Scaled during the period, the Scale data for the high valued load will be taken from the most current preceding sampling period with Scale. Sample loads lost as a result of Forest Service actions shall be treated as non-Scaled loads.

**B6.86 Scale Reports.** Forest Service shall provide Contractor a copy of Forest Service scaler's record, if requested in writing.

**B8.0—OTHER CONDITIONS**

**B8.1 Title and Liability.**

**B8.11 Title Passage.** All right, title, and interest in and to any Included Timber shall remain in Forest Service until it has been cut, Scaled, removed from Contract Area or other authorized cutting area, and paid for, at which time title shall vest in Contractor. Timber cut under the terms of clause titled Product Payment Guarantee, shall be considered to be paid for. Title to any Included Timber that has been cut, scaled and paid for, but not removed from Contract Area or other authorized cutting area by Contractor on or prior to contract termination, shall remain in Forest Service.

**B8.12 Liability for Loss.** If Included Timber is destroyed or damaged by an unexpected event that significantly changes the nature of Included Timber, such as fire, wind, flood, insects, disease, or similar cause, the party holding title shall bear the timber value loss resulting from such destruction or damage; except that such losses after removal of timber from Contract Area, but before Scaling, shall be borne by Contractor at Current Contract Rates and Required Deposits. Deterioration or loss of value of salvage timber is not an unexpected event.

In the event Included Timber to which Forest Service holds title is destroyed, Contractor will not be obligated to remove and pay for such timber. In the event Included Timber to which Forest Service holds title is damaged, Contracting Officer shall make an appraisal to determine for each species the difference between the appraised unit value of Included Timber immediately prior to the value loss and the appraised unit value of timber after the loss. Current Contract Rates in effect at the time of the value loss shall be adjusted by differences to become the redetermined rates.

There shall be no obligation for Forest Service to supply, or for Contractor to accept and pay for, other timber in lieu of that destroyed or damaged. This Subsection shall not be construed to relieve either party of liability for negligence.

**B8.5 Sale of Other Materials.** Forest Service reserves the right to sell from Contract Area during the period of this contract any materials or products not subject to its terms, but shall not permit removal, possession, or use thereof that will materially interfere with Contractor's Operations. Contractor shall not be obligated to do any work made necessary by the action of others.

C2.11# – TIMBER SUBJECT TO AGREEMENT. (9/04) In addition, there is within Contract Area an un-estimated quantity of:

| Species | Product |
|---|---|
| Live and Dead Ponderosa Pine | Non-saw |
| Dead Ponderosa Pine | Sawtimber |
| Ponderosa Pine Topwood | Grn Bio Cv |

that shall be Included Timber upon written agreement.

C2.3# – RESERVE TREES. (9/04) Notwithstanding the designations for cutting under B2.31, B2.32, B2.33, or B2.34, live or dead **wildlife** reserve trees or groups of reserve trees within such cutting units or clearings shall be left uncut. Reserve trees are identified by **"W" in orange tracer paint at or above eye level** and shall be protected in accordance with C6.32# Units with reserve trees are shown on Contract Area Map.

C2.301# - CUTTING UNIT BOUNDARIES. *(11/2006)*
The boundaries of cutting units are designated as shown in the following table. The trees used for boundary designation are not to be cut.
**See Cutting Unit Boundary Designation Table**

| Cutting Unit | Paint Color | Designation |
|---|---|---|
| All | Orange | Vertical stripes on two sides of the tree serve as directional markers along boundary with a stump mark at base of the tree. A single dot faces into the unit. |

C2.356# - INDIVIDUAL TREES (LEAVE TREE MARKING) *(11/2006)*
Notwithstanding BT2.35, all live, dead and windthrown trees meeting utilization standards in Division A: Volume Estimate and Utilization Standard, in units shown as LTM on the Contract Area Map, are designated for cutting. Trees to be left uncut are marked above and below stump height as shown in the table below.

**See Leave Tree Marking Table**

| Cutting Unit Numbers | Paint Color |
|---|---|
| All | Orange |

12363N23F4054 R-2 House Creek IRSC Page 48 of 77

C5.12# – USE OF ROADS BY CONTRACTOR. (9/04) Contractor's use of existing roads identified on Contract Area Map by the following codes is prohibited or subject to restrictive limitations, unless agreed otherwise:

| Code | Use Limitations |
|---|---|
| X | Hauling prohibited |
| R | Hauling restricted |
| U | Unsuitable for hauling prior to completion of agreed reconstruction |
| P | Use prohibited |
| A | Public use restriction |
| W | Regulation waiver |

Roads coded A will be signed by Forest Service to inform the public of use restrictions. Contractor's use of roads coded R, A, or W shall be in accordance with the following restrictions:

**Restricted Road List**

| Road Number | Road Name | Termini From | Termini To | Map Legend | Description of Restrictions |
|---|---|---|---|---|---|
| 526 | Dolores Norwood Road | Forest Service Boundary | MP 6.7 | R | Log trucks are restricted to a maximum gross vehicle weight of 85,000 lbs. |
| 529 | Beaver Rim | MP 0.0 | MP 2.2 | | |

C5.31# – ROAD MAINTENANCE REQUIREMENTS. (9/04) Contractor shall maintain roads in accordance with the following Contract Road Maintenance Requirements Summary:

**Contract Road Maintenance Requirements Summary**

| Road | Termini | | Miles | Applicable Pre-Haul Road Maintenance Specifications | |
|---|---|---|---|---|---|
| | To | From | | T803 | T804 |
| 529 | 0.0 | 2.2 | 2.2 | C | C |

| Road | Termini | | Miles | Applicable During-Haul Road Maintenance Specifications | |
|---|---|---|---|---|---|
| | To | From | | T803 | T804 |
| 529 | 0.0 | 2.2 | 2.2 | C | C |

| Road | Termini | | Miles | Applicable Post-Haul Road Maintenance Specifications | |
|---|---|---|---|---|---|
| | To | From | | T803 | T804 |
| 529 | 0.0 | 2.2 | 2.2 | C | C |

Notes:
C = Contractor Performance Item
The maximum volume of Contractor responsibility for Slide and Slump repair is 20 cubic yards
O = Optional Contract Line Item
NFSR = National Forest Service Road
CR = County Road
JCT = Junction
MP = Milepost
EOR = End of Road

C5.32# – ROAD MAINTENANCE DEPOSIT SCHEDULE. (8/12) Other provisions herein notwithstanding, when Forest Service requests payment in lieu of Contractor's performance of road maintenance, Contractor shall make Required Deposits (16 USC 537) for current and/or deferred road maintenance. Such deposits are based on the estimated volume and distance hauled and Contractor's commensurate use of each road listed in the Road Maintenance Plan in C5.31#.

Contractor and Forest Service may agree in writing on adjustment of such rates. If Contractor uses roads under jurisdiction of Forest Service other than those listed in the Road Maintenance Plan, Forest Service shall establish rates commensurate with Contractor's use of such roads.

The Required Deposits for Forest Service work in lieu of Contractor performance are **$N/A** per **N/A** for recurrent maintenance, and **$0.45** per **CCF** for deferred maintenance.

The following table lists who Contractor will make deposits for road maintenance to, and the rate per unit of measure of the deposit. The Road Maintenance Agreement is available for inspection at the Forest Supervisor's Office.

| Deposit Made To | Rate | Unit of Measure |
|---|---|---|
| N/A | | |
| | | |

C5.34# – OBLITERATION OF TEMPORARY ROADS, SKID TRAILS AND LANDINGS. (3/02)

Unless otherwise agreed in writing, temporary roads, skid trails, and landings associated with the cutting unit(s) listed in the following table shall be obliterated using the method described below:

| Cutting Units | Type of Facility | Closure Method |
|---|---|---|
| ALL | All Temporary Roads | The entire width and length of the road will be ripped to a depth of 2.0 to 8.0 inches, covered with slash and seeded per C6.601#. Contractor shall use one, or a combination, non-drivable water bars (drawing attached), rocks, debris, and logs to effectively block the road to vehicular traffic or as otherwise agreed to by the Forest Service.<br><br>Entrances to temporary roads from all NFS Roads will be closed either by berm or obliterating the entrance (recontouring the first few hundred feet, use of slash, etc.) or combination of methods.<br><br>Temporary roads shall be closed after use unless agreed to be left open by the Forest Service. |
| ALL | Landings | In addition to the requirements of C6.601# rip or scarify to a depth of 2.0 to 8.0 inches and seed per C6.601#. |
| ALL | Skid Trails | In addition to the requirements in C6.601#, place slash, stumps and cull logs, horizontal to the skid trail surface, where agreed to by the Forest Service to control erosion. Skid trails that intersect an existing road will be blocked to vehicular traffic for the first one hundred feet or site distance, whichever is greater, by placing a combination of logs, earthen mound, cull logs, slash or recontouring. |

C5.36# - SNOW REMOVAL. (9/01) Snow removal shall be done in a manner to preserve and protect the roads to insure safe and efficient transportation and to prevent unacceptable erosion damage to roads, streams, and adjacent lands.

A. Description. Snow removal work by Contractor shall include:

1. Removal of snow from entire road surface width including turnouts.

2. Removal of snow slides, minor earth slides, fallen timber and boulders that obstruct normal road surface width including turnouts.

3. Maintain drainage so that the drainage system will function efficiently.

B. Performance. All items of snow removal shall be done currently as necessary to insure safe, efficient transportation. Work shall be done in accordance with the following minimum standards of performance.

1. Removal of material. All debris, except snow and ice, that is removed from the road surface and ditches shall be deposited away from stream channels at agreed locations.

2. During snow removal operations, banks shall not be undercut nor shall gravel or other selected surfacing material be bladed off the roadway surface.

3. Ditches and culverts shall be kept functional during and following roadway use.

4. Snow berms shall not be left on the road surface. Berms left on the shoulder of road shall be removed and/or drainage holes shall be opened and maintained. Drainage holes shall be spaced as required to obtain satisfactory surface drainage without discharge on erodible fills.

5. Dozers and skidders shall not be used to plow snow on system roads without written approval of Forest Service. Upon approval, dozers and skidders must be equipped with shoes or runners to keep the plow blade a minimum of **2.0** inches above the road surface unless specifically removed from the requirements in writing.

6. Snow must not be removed to the road surface. A minimum **2.0** inch depth must be left to protect the roadway.

7. Contractor's damage from, or as a result of, snow removal shall be restored in a timely manner.

C5.41# - CLOSURE TO USE BY OTHERS (4/04)

A. Closure of Roads During Period of Contract. Unless otherwise agreed to in writing between Contractor and Forest Service, Contractor shall within 15 days of receipt of notice from Forest Service, install gates listed below and close gates on roads designated "To Be Closed" on Contract Area Map and listed below to effectively block access behind such gates to vehicle traffic except that constituting official use. Installation of gates shall follow closure details attached hereto and made a part hereof.

Official vehicle traffic shall constitute that use by Contractor and his employees when engaged in contract activities. It shall also include administrative traffic by Forest Service, and other landowners for the administration of their lands. Contractor will close gates as directed by Forest Service at the completion of daily activities or close gates after passage of each vehicle. Forest Service will monitor and administer closure activities..

**Gate Location(s)**

| Road Number | Location | Gate Furnished By | Gate Installed By | In Place |
|---|---|---|---|---|
| 526 | M.P. 2.3 | FS | FS | YES |
| 529 | M. P. 0.0 | FS | FS | YES |

B. Closure of Roads at End of Contractor's Use. Unless otherwise agreed to writing between Contractor and Forest Service, upon completion of use, Contractor shall effectively close to public use the following roads designated "To Be Closed" on Contract Area Map and listed below. As an element of final road maintenance and environmental or resource protection, the designated closure shall be accomplished by using the methods required for each road as described below:

Installation of barricades, which may include earth berms, logs, timber, rock, metal railing, etc., in accordance with details attached hereto and made a part hereof, including the proper barricade and closure signing.

Scarify, seed, and fertilize these travel ways full width as described in C6.601#. Recontour or reshape cut or fill slopes in accordance with details attached hereto and made a part hereof; seed, scarify, and fertilize as described under C6.601#; pull existing drainage structures; haul designated culverts to approved stockpile site, or other work needed to obliterate or put road to bed as described in attached road logs or details. Construct cross ditches by cutting a dip at least six (6) inches deep in the road surface and mounding the excavated material along the downgrade edge of the dip. Dips shall be cut at a sufficient angle so that they will drain to the outside of the road. They shall cross the entire width of the roadbed and be constructed at the following spacing:

**Cross Ditch**

| Percent Grade | Maximum Spacing |
|---|---|
| N/A | |

During the life of this contract, Contractor is authorized to install temporary barricades on the roads designated "To Be Closed". Gates with adequate and protected locks may be considered a temporary barricade. Temporary barricades shall be installed so that they may be readily opened by Contractor or Forest Service for access to Contract Area in case of fire or other emergency. Official vehicle traffic shall also include administrative traffic by Forest Service and other landowners for the administration of their lands.

Contractor shall provide and post approved signs as authorized by Forest Service.

| Closure Location(s) | | | | |
|---|---|---|---|---|
| Road Number | Location | Closure Method | Furnished By | In Place |
| N/A | | | | |
| | | | | |

C. Contractor's Operations in Areas Otherwise Closed to Motorized Vehicles. During the period to **January 1st to December 31st** when Contractor's Operations are in areas otherwise closed to motorized vehicles, Contractor shall not be permitted to hunt, transport hunters, discharge firearms, or transport big game animals with vehicles within the closed areas.

C6.312# - CONTRACT OPERATION RESTRICTIONS. (11/2006)
Unless otherwise agreed to in writing, contract operations will be restricted as listed below:

**Contract Operation Restriction Schedule**

| Cutting Unit/ Location | Restriction | Purpose |
|---|---|---|
| All | No operations from March 1st to March 31st unless approved by Forest Service Line Officer. | To prevent soil damage during periods of soil saturation associated with seasonal snowmelt/thawing. |
| NFSR 526 | No hauling will be permitted over the Labor Day holiday weekend (starting on Friday at 12:00 am and extending through Tuesday at 12:00am). | To prevent conflict with recreationists. |
| NFSR 526 | No hauling will be permitted over Memorial Day holiday weekend (starting on Friday at 12:00 am and extending through Tuesday at 12:00am). | To prevent conflict with recreationists. |
| NFSR 526 | No hauling on July 4th and 5th (starting at 12:00 am on July 4th and ending at 12:00 am on July 6th). | To prevent conflict with recreationists. |
| All Roads | No hauling during Escalante Days (day of event: 12:00 am through 12:00 am following day). | To prevent conflict with recreationists. |
| All Roads | No hauling during Dolores River Festival (starting on Friday at 12:00 am and extending through Monday at 12:00am). | To prevent conflict with recreationists. |
| All Roads | No hauling during Ride of the Ancients Gravel Grinder (day of event: 12:00 am through 12:00 am following day). | To prevent conflict with recreationists. |
| All Roads | No hauling during Dolores Harvest Festival and Car Show (day of event: 12:00 am through 12:00 am following day). | To prevent conflict with recreationists. |
| Units 4, 8 and 9. | Elk Winter Concentration Area. No activities may take place from December 1st through April 30th. | To reduce disturbance during the winter period. |
| North of Unit 1 | Soils Prone to Mass Movement. No activities may take place within this area. | To protect erodible soils |
| East of Unit 10 | Soil Protection Zone. Segments of the Fivepine-Nortez and Fughes-Sheek soils are present within sale area, as shown on Contract Area Map. Harvest activities, slash piles and temporary roads are allowed through these areas, but no decking or landings are allowed. Contractor will discuss requirements and limitations with Forest Service prior to entering units. | To protect erodible soils |

C6.32# – PROTECTION OF RESERVE TREES. (9/04) Contractor's damage or destruction of reserve trees described in C2.3# will cause serious and substantial silvicultural or other damage to the National Forest. It will be difficult if not impossible to determine the amount of such damage. Therefore, Contractor shall pay as fixed, agreed, and liquidated damages **$50.00** for each **Wildlife** reserve tree and **N/A** for each **N/A** reserve tree damaged or destroyed by Contractor's Operations, in addition to amounts payable under B3.45 and B3.46.

Damage, as used herein, includes any injury to the living crown, bole, or roots of reserve trees. If areas are marked on the ground around such reserve trees, operation of heavy equipment or skidding of products within the area shall be considered to be damage to the tree.

C6.411# - FELLING AND BUCKING (SPECIAL OBJECTIVES). (11/2006) Unless otherwise agreed in writing, silvicultural prescriptions and land management objectives shall be conducted and accomplished by the following requirements, methods and procedures:

| Cutting Unit | Special Objective |
|---|---|
| All | Trees shall be felled insofar as reproduction, topography and lean will permit with ends angled toward skid roads or skid trails in the direction of skidding.<br><br>To restrict residual tree damage, harvest trees shall be felled, insofar as reproduction, topography, safety and lean will permit, to angle into tractor roads and or skid trails.<br><br>Contractor and Forest Service will agree on felling lead at time of approval of tractor roads.<br><br>When soils are saturated, equipment operations will cease until the ground dries out or freezes. Soils are considered saturated when ruts created by equipment are 4.0 inches deep (beyond the lug tread of the tire) for 10.0 feet or longer. Repair any rutting deeper than 4.0 inches. |

C6.42# - SKIDDING AND YARDING (SPECIAL OBJECTIVES). (11/2006) Unless otherwise agreed in writing, silvicultural prescriptions and land management objectives shall be conducted and accomplished by the following requirements, methods and procedures:

| Cutting Unit(s) or Location | Special Objectives |
|---|---|
| ALL | Logs should be skidded with leading end free of the ground. Contractor shall reuse old skid trails and roads to the extent practical. Skid trails should have an average of 100.0 foot spacing between each other except where converging.<br><br>Trees designated for cutting and/or logs will be left as rub trees as needed to protect young growth and leave trees while skidding.<br><br>When soils are saturated, equipment operations will cease until the ground dries out or freezes. Soils are considered saturated when ruts created by equipment are 4.0 inches deep (beyond the lug tread of the tire) for 10.0 feet or longer. Repair any rutting deeper than 4.0 inches.<br><br>Avoid mechanical treatments in wetlands, wet meadows and riparian areas. No skidding, decking or loading will be allowed in these areas in order to protect water quality, groundwater hydrology, existing soils and vegetative cover. Removal or mechanical treatment of riparian or wetland vegetation will be prohibited.<br><br>Avoid ground skidding on sustained slopes steeper than 40%. Conduct logging to disperse runoff as practicable. Landings and skid trails will be located and designed to disperse runoff and minimize soil disturbance.<br><br>Unless agreed to by Forest Service, skid trails will be located perpendicular to slope angles (along the contour) when feasible. Avoid skidding up or down drainage bottoms. As needed, install waterbars or outslope, and spread slash on skid trails upon completion of use.<br><br>Segments of the Fivepine-Nortez and Fughes-Sheek soils are present within sale area, as shown on Sale Area Map. Harvest activities, slash piles and temporary roads are allowed through these areas, but no decking or landings are allowed. Contractor will discuss requirements and limitations with Sale Administrator prior to entering unit. |

C6.6# - EROSION PREVENTION AND CONTROL. (11/2006)

A. Contractor shall locate Temporary Roads on locations approved by the Forest Service. Such location shall include the marking of road centerline or grade-line and the setting of such construction stakes as are necessary to provide a suitable basis for economical construction and the protection of National Forest lands.

B. Skidding with tractors within **100.0** feet of live streams shall not be permitted except in places designated in advance by Forest Service, and in no event shall skid roads be located in live or intermittent streamcourses. Skid trails shall be located high enough out of draws, swales, and valley bottoms to permit diversion of runoff water to natural undisturbed forest ground cover.

C. Prior to periods of accelerated water runoff, especially during the spring runoff and periods of heavy rainfall, Contractor shall inspect and open culverts and drainage structures, construct special cross ditches for road runoff, and take other reasonable measures needed to prevent soil erosion and siltation of streams.

D. Temporary Road surface width shall be limited to truck bunk width plus four (4) feet, except for needed turnouts which shall not exceed two (2) times the bunk width plus four (4) feet. If shovels or cranes with revolving carriage are used to skid or load, Temporary Road surface width equal to track width plus tail swing shall be permitted.

E. Unless otherwise agreed in writing, Contractor shall keep erosion control work current with his operations under the contract and in any case not later than 15 days after completion of skidding on each payment unit or cutting unit.

C6.601# - EROSION CONTROL SEEDING. (11/2006)

Following completion of skidding and yarding operations in an area, Contractor shall seed and fertilize all exposed areas of raw soil as designated by the Forest Service on skid trails, landings, firebreaks, slides, slumps, Temporary Roads and traveled ways of Specified Roads

following closure specified in C5.41#. Soil on areas to be seeded shall be left in a roughened condition favorable to the retention and germination of the seed. Scarification of traveled ways on Specified Roads listed above shall be to a minimum depth of 2 inches and a maximum depth of 4 inches.

Seed and fertilizer shall be spread evenly at the rate of **10.8** pounds of seed and 0.0 pounds of fertilizer per acre.

When fertilizer and seed are applied in separate operations, the second operation shall be carried out within 72 hours of the first.

Seeding shall be done during the period **October 1st** to **November 30th** and under the above specified conditions unless otherwise approved.

The kinds and amounts of seed to be sown in terms of pure live seed (PLS) shall be:

| Common Name | Species Name | PLS Pounds/Acre |
|---|---|---|
| Western wheatgrass | *Pascopyrum smithii* | 5.0 lbs/ac. |
| Slender wheatgrass | *Elymus trachycaulus* | 3.4 lbs/ac. |
| Mutton grass | *Poa fendleriana* | 0.2 lbs/ac. |
| Blue grama | *Chondrosum gracile* | 0.3 lbs/ac. |
| Junegrass | *Koeleria macrantha* | 0.2 lbs/ac. |
| Squirrel tail | *Elymus elymoides* | 1.1 lbs/ac. |
| American vetch | *Vicia americana* | 0.6 lbs/ac. |

All seed purchased will be certified to be free of the noxious weed seeds from weeds listed on the current "All States Noxious Weeds List." Test results from a certified seed analyst and seed analysis labels attached to the bags will be provided to the Forest Service.

The following kinds and amounts of standard commercial fertilizer shall be used with guaranteed analysis of contents clearly marked on containers:

| Type of Fertilizer | Pounds Per Acre |
|---|---|
| N/A | |

C6.602# - PROTECTION OF DISTURBED AREAS FROM ESTABLISHMENT OF NOXIOUS WEEDS *(11/2006)*

In addition to the requirements of C6.601#; Contractor shall seed and fertilize areas where mineral soil is exposed as designated by the Forest Service.

Unless otherwise agreed to in writing, seeding shall be done in the early spring or fall during weather and moisture conditions favorable for quick germination and growth of the plants. Seeding shall be completed in a timely manner following the last disturbance activity by the contractor in the disturbed area.

The Certified seed analysis reports from each container shall be provided by Contractor to the Forest Service prior to application of the seed. Seed and fertilizer shall be spread evenly at the rate of **10.8** pounds of seed and **0.0** pounds of fertilizer per acre.

When fertilizer and seed are applied in separate operations, the second operation shall be carried out within 72 hours of the first operation.

When an adequate seedbed does not exist, Contractor shall scarify to get a 2-inch loose soil seedbed, prior to seeding.

The kinds and amounts of seed to be sown in terms of pure live seed (PLS) shall be:

| Common Name | Species Name | PLS Pounds/Acre |
|---|---|---|
| Western wheatgrass | *Pascopyrum smithii* | 5.0 lbs/ac. |
| Slender wheatgrass | *Elymus trachycaulus* | 3.4 lbs/ac. |
| Mutton grass | *Poa fendleriana* | 0.2 lbs/ac. |
| Blue grama | *Chondrosum gracile* | 0.3 lbs/ac. |
| Junegrass | *Koeleria macrantha* | 0.2 lbs/ac. |
| Squirrel tail | *Elymus elymoides* | 1.1 lbs/ac. |
| American vetch | *Vicia americana* | 0.6 lbs/ac. |

All seed purchased will be certified to be free of the noxious weed seeds from weeds listed on the current "All States Noxious Weeds List." Test results from a certified seed analyst and seed analysis labels attached to the bags will be provided to the Forest Service.

The following kinds and amounts of standard commercial fertilizer shall be used with guaranteed analysis of contents clearly marked on containers:

| Type of Fertilizer | Pounds Per Acre |
|---|---|
| N/A | |

C6.7# - SLASH TREATMENT *(11/2006)*

Slash is defined as logs, tops, limbs, and other woody material, exclusive of stumps, which is created by the logging operation and remaining on the ground after logging. In areas where Contractor-created slash is intermingled and inseparable from pre-existing slash, slash disposal requirements shall apply to the pre-existing slash as well as the Contractor-created slash. Such areas are designated in the Contractor Slash Responsibility Table herein.

Slash created in the construction of Specified Roads shall not be considered as logging slash in this Section.

Unless otherwise agreed in writing, Contractor shall perform the following work described below and/or as shown on the Contract Area Map and/or Slash Disposal Map.

Forest Service and Contractor shall jointly develop a schedule for completion of slash treatment on the various portions of the Contract Area.

| Cutting Unit(s) | Type of Slash Disposal |
|---|---|
| All | Piling<br><br>Machines used to pile slash shall be equipped with a brush blade or acceptable equivalent.<br><br>The Contractor shall pile approximately 80% of the slash within the unit at areas approved by the Forest Service. Piles shall be reasonably compact and free of soil to facilitate burning.<br><br>Piles shall be located at 25 feet outside the dripline from residual trees so that burning will not result in damage to residual trees. Piles will be at least 10 feet in height and 15 feet long, but no more than 50 feet long; with no maximum height.<br><br>Slash piling will be on flat areas or gently slopes, and a safe distance away from steep slopes, streamcourses, springs and riparian identified on Contract Area Map. |
| All | Landing<br><br>A landing is considered a place where any logs or products are gathered for loading. All slash and material not meeting utilization standards accumulated at landings shall be piled as described in the Piling provision listed above. |
| All | Slashing<br>All un-piled slash less than 6 inches in diameter at the large end will lie within 2 feet of the ground. Slash and cut un-merchantable material 6 inches and larger in diameter at the large end shall be made to lie flat on the ground. |
| All | Fell Damaged Residuals<br>Contractor shall fell all species not meeting minimum specifications for Included Timber that are damaged beyond recovery by the Contractor's Operations. A damaged tree is one over two inches (2") diameter at breast height (DBH), and either:<br>1) has the top knocked out,<br>2) leans more than 10 degrees,<br>3) has less than one-half of its original live crown, or<br>4) has bark removed on more than 50% of the circumference of its bole. |

C6.71 - CHANGE IN SLASH TREATMENTS *(11/2006)*

Slash treatment measures required in C6.7# may be changed upon written agreement. The Forest Service shall determine the current cost of performing the work to be deleted and the work to be added. When the cost of work deleted exceeds the cost of work added, the agreement shall provide for a lump sum payment to the Forest Service for the amount of the difference. When the cost of work added exceeds the cost of work deleted, the change may be made only if the Contractor agrees to making the change with no cost adjustment.

C6.825# - SCALING AS PRESENTED (SALES BY LOAD COUNT) (01/2008)

Unless otherwise agreed to in writing, notwithstanding criteria in B6.82, volume for all material will be paid for at rates listed in the Schedule of Items on a predetermined conversion factor of**7.7 CCF per load of live sawtimber, 10.1 CCF per load of dead sawtimber, and 9.04 CCF per load of non-saw, or 7.8 CCF per load for all products combined** times the total loads counted.

Unless otherwise agreed to in writing, log trucks are restricted to a maximum gross vehicle weight of **85,000** pounds, as well as State limits for width and height.

C6.83# - PRODUCT ACCOUNTABILITY (11/2006)

The following requirements are applicable to Product Removal Permits:

1. Forest Service will issue to Contractor or designated representative(s) serially numbered Product Removal Permit books for use only on this sale. Product Removal Permit books, whether used or unused, shall be accountable property of Forest Service and shall be returned to issuing Ranger District in accordance with the instructions contained on the cover of each book. Each Product Removal Permit which is not returned will be considered a lost load and charged for as described in B6.85 or B6.851, as appropriate.

2. Contractor shall require all permits be filled out in ink, and otherwise completed, by an individual named in writing, showing the date loaded, sale brand, sale name, and destination where products will be unloaded. On the Load Permit, the month, day, and time the truck is loaded shall be punched out. Each permit will then be attached to the load in accordance with instructions on the inside cover of the Product Removal Permit book. Products will not be hauled from the Contract Area without the Load Permit attached to the load.

3. Before products are hauled, the truck driver must sign the Woods Permit in ink using legal signature.

4. Each load will have the last three digits of the load receipt number painted on both ends of three logs with paint. All loads that consist of a truck and pup(s) must have the last three digits of the load receipt painted on *both ends of three logs on all subunits of the combination.*

C8.66# – USE OF TIMBER (Option 1). (9/04) (a) This contract is subject to the Forest Resources Conservation and Shortage Relief Act of 1990, as amended (16 USC 620, *et seq.*).

(b) Except for **NONE** determined pursuant to public hearing to be surplus, unprocessed Included Timber shall not be exported from the United States nor used in direct or indirect substitution for unprocessed timber exported from private lands by Contractor or any person as defined in the Act (16 USC 620e).

(c) Timber in the following form will be considered unprocessed:

(i) Trees or portions of trees or other roundwood not processed to standards and specifications suitable for end product use.

(ii) Lumber, construction timbers, or cants intended for remanufacturing not meeting standards defined in the Act (16 USC 620e); and

(iii) Aspen or other pulpwood bolts exceeding 100 inches in length.

(d) Unless otherwise agreed in writing, unprocessed Included Timber shall be delivered to a domestic processing facility and shall not be mixed with logs intended for export.

(e) Prior to award, during the life of this contract, and for a period of 3 years from Termination Date, Contractor shall furnish to Forest Service, upon request, records showing the volume and geographic origin of unprocessed timber from private lands exported or sold for export by Contractor or affiliates.

(f) Prior to delivering unprocessed Included Timber to another party, Contractor shall require each buyer, exchangee, or recipient to execute an acceptable agreement that will:

(i) Identify the Federal origin of the timber.

(ii) Specify domestic processing for the timber involved.

(iii) Require the execution of such agreements between the parties to any subsequent transactions involving the timber.

(iv) Require that all hammer brands and/or yellow paint must remain on logs until they are either legally exported or domestically processed, whichever is applicable; and

(v) Otherwise comply with the requirements of the Act (16 USC 620d).

(g) No later than 10 days following the execution of any such agreement between Contractor and another party, Contractor shall furnish to Forest Service a copy of each such agreement. Contractor shall retain, for 3 years from Termination Date, the records of all sales, exchanges, or dispositions of all Included Timber.

(h) Upon request, all records dealing with origin and disposition of Included Timber shall be made available to Contracting Officer.

(i) For breach of this Subsection, Forest Service may terminate this contract and take such other action as may be provided by statute or regulation, including the imposition of penalties. When terminated by Forest Service under this Subsection, Forest Service will not be liable for any Claim submitted by Contractor relating to the termination.

# Appendix C

CT5.31# – ROAD MAINTENANCE REQUIREMENTS. (9/04) Contractor shall maintain roads in accordance with the following Contract Road Maintenance Requirements Summary:

| PRE HAUL | | | | | | |
|---|---|---|---|---|---|---|
| ROAD | TERMINI | | MILES | ROAD MAINTENACE T-SPECIFICATIONS | | |
| | FROM | TO | | T-800 | T-803 | T-804 |
| 529 | 0.0 | 2.2 | 2.2 | C | C | C |

| DURING HAUL | | | | | | |
|---|---|---|---|---|---|---|
| ROAD | TERMINI | | MILES | ROAD MAINTENACE T-SPECIFICATIONS | | |
| | FROM | TO | | T-800 | T-803 | T-804 |
| 529 | 0.0 | 2.2 | 2.2 | C | C | C |

| POST HAUL | | | | | | |
|---|---|---|---|---|---|---|
| ROAD | TERMINI | | MILES | ROAD MAINTENACE T-SPECIFICATIONS | | |
| | FROM | TO | | T-800 | T-803 | T-804 |
| 529 | 0.0 | 2.2 | 2.2 | C | C | C |

Notes:
C = Contractor Performance Item
The maximum volume of Contractor responsibility for Slide and Slump repair is 20 cubic yards
O = Optional Contract Line Item
NFSR = National Forest Service Road
CR = County Road
JCT = Junction
MP = Milepost
EOR = End of Road

## ROAD MAINTENANCE T-SPECIFICATIONS FOR STEWARDSHIP CONTRACTS

Contractor shall maintain roads in accordance with the following Contract Road Maintenance Requirements Summary:

Contractor will be responsible for doing all pre, during and post haul road maintenance with no compensation from the Forest Service.

| T-SPECIFICATIONS | |
|---|---|
| T-SPEC NUMBER | SPECIFICATION TITLE |
| T-800 | Definitions |
| T-803 | Surfacing Blading |
| T-804 | Surfacing Repair |

## SPECIFICATION T-800 DEFINITIONS

Wherever the following terms or pronouns are used, the intent and meaning shall be interpreted as follows:

800-1.1—Agreement—Maintenance projects require a mutually acceptable method to resolve the problems which arise when incompatible situations arise between drawings and specifications and actual conditions on the ground to allow orderly and satisfactory progress of the maintenance.

These specifications have been developed in anticipation of those problem areas and have provided that such changes will be by Agreement.

It is intended that drawings and specifications will govern unless "on-the-ground" conditions warrant otherwise, when specifications call for "Agreement", "agreed", or "approval" such Agreement or approval shall be promptly confirmed in writing.

800-1.2—Annual Road Maintenance Plan—A plan prepared by various users of one or several roads. The plan is an Agreement on maintenance responsibilities to be performed for the coming year.

800-1.3—Base Course—Material used to reinforce Subgrade or, as shown on drawings, placed on Subgrade to distribute wheel loads.

800-1.4—Berm—Curb or dike constructed to prevent Roadway runoff water from discharging onto embankment slope.

800-1.5—Borrow—Select Material taken from designated borrow sites.

800-1.6—Clearing Limits—The limits of clearing as designated on the ground or on the drawings.

800-1.7—Crown, Inslope, and Outslope—The cross slope of the Traveled Way to aid in drainage and traffic maneuverability.

800-1.8—Culverts—A conduit or passageway under a road, trail, or other obstruction. A culvert differs from a bridge in that it is usually entirely below the elevation of the Traveled Way.

800-1.9—Drainage Dip—A dip in the Traveled Way which intercepts surface runoff and diverts the water off the Traveled Way. A Drainage Dip does not block the movement of traffic.

800-1.10—Drainage Structures—Manufactured structures which control the runoff of water from the Roadway including Inslope, overside drains, aprons, flumes, downdrains, downpipes, culverts and the like.

800-1.11—Dust Abatement Plan—A table which lists the road, dust palliative, application rates, and estimated number of subsequent applications.

800-1.12—Lead-off Ditches—A ditch used to transmit water from a Drainage Structure or Drainage Dip outlet to the natural drainage area.

800-1.13 —Material—Any substances specified for use in the performance of the work.

800-1.14—Prehaul Maintenance—Road maintenance work which must be accomplished to maintain the roads to a satisfactory condition commensurate with the Contractor's use, provided Contractor's operations do not damage improvements in Section H.21 of the contract/solicitation or National Forest resources and hauling can be done safely. This work will be shown in the above Road Maintenance Requirements.

Prehaul Maintenance work the Contractor elects to perform will be in compliance with the Road Maintenance T-Specifications.

800-1.15—Right-of-Way—A general term denoting:

(1) The privilege to pass over land in some particular line (including easement, lease, permit, or license to occupy, use, or traverse public or private lands), or

(2) Land, appurtenances thereto, or interest therein, usually in a strip, acquired for public or private passageway.

800-1.16—Roadbed—The portion of a road between the intersection of Subgrade and sideslopes, excluding that portion of the ditch below Subgrade.

800-1.17—Road Maintenance Requirements—A table which shows applicable road maintenance specifications to be performed by Contractor on specific roads.

800-1.18—Roadside—A general term denoting the area adjoining the outer edge of the Roadway.

800-1.19—Roadway—The portion of a road within the limits of excavation and embankment.

800-1.20—Shoulder—That portion of Roadway contiguous with Traveled Way for accommodation of stopped vehicles, for emergency use, and lateral support of base and Surface Course, if any.

800-1.21—Slide—A concentrated deposit of Materials from above or on backslope extending onto the Traveled Way or Shoulders, whether caused by mass land movements or accumulated raveling.

800-1.22—Slough—Material eroded from the backslope which partially or completely blocks the ditch, but does not encroach on the Traveled Way so as to block passage of traffic.

800-1.23—Slump—A localized portion of the Roadbed which has slipped or otherwise become lower than that of the adjacent Roadbed and constitutes a hazard to traffic.

800-1.24—Special Project Specifications—Specifications which detail conditions and requirements peculiar to the individual project.

800-1.25—Subgrade—Top surface of Roadbed upon which Base Course or Surface Course is constructed. For roads without Base Course or Surface Course, that portion of Roadbed prepared as the finished wearing surface.

800-1.26—Surface Course—The Material placed on Base Course or Subgrade primarily to resist abrasion and the effects of climate. Surface Course may be referred to as surfacing.

800-1.27—Surface Treatment Plan—A table which lists the roads and surface treatments to be applied.

800-1.28—Traveled Way—That portion of Roadway, excluding Shoulders, used for the movement of vehicles.

800-1.29—Turnouts—That portion of the Traveled Way constructed as additional width on single lane roads to allow for safe passing of vehicles.

800-1.30—Water Source—A place designated on the Road Maintenance Map for acquiring water for road maintenance purposes.

800-1.31—Waterbar—A dip in the Roadbed which intercepts surface runoff and diverts the water off the Roadway. A Waterbar is not designed to be traversable by logging trucks.

## ILLUSTRATION OF ROAD STRUCTURE TERMS



## SPECIFICATION T-803 SURFACE BLADING

DESCRIPTION:

1.1—Surface blading is keeping a native or aggregate Roadbed in a condition to facilitate traffic and provide proper drainage. It includes maintaining the Crown, Inslope or Outslope of the Traveled Way, Turnouts, and Shoulder; repairing Berms; blending approach road intersections; and cleaning bridge decks, Drainage Dips, and Lead-off Ditches.

REQUIREMENTS:

3.1—Surface blading shall be performed before, during, and after Contractor's use as often as necessary to facilitate traffic and proper drainage.

3.2—The surface blading shall preserve the existing cross-section. Surface irregularities shall be eliminated and the surface left in a free-draining state and to a smoothness needed to facilitate traffic. Surface Material which has been displaced to the Shoulders or Turnouts shall be returned to the Traveled Way. The blading operation shall be conducted to prevent the loss of surface Material and to provide for a thorough mixing of the Material being worked.

3.3—Water, taken from Water Sources designated on Contract Area Map shall be applied during blading if sufficient moisture is not present to cut, mix, or compact the surface Material.

3.4—On native surfaced roads, Material generated from backslope sloughing, and ditch cleaning may be blended with the surface Material being worked. On aggregate surfaced roads, this Material shall not be blended with Surface or Base Course Material unless agreed otherwise.

3.5—Roadway backslopes or Berms shall not be undercut, nor shall new Berms be established unless agreed otherwise.

Berms shall be repaired by placing Material, as needed to restore the Berm, to reasonably blend with existing line, grade, and cross-section.

3.6—Drainage Dips and Lead-off Ditches shall be cleaned and maintained to reasonably blend with existing line, grade, and cross-section.

3.7—Intersecting roads shall be bladed for a distance of 50 feet to assure proper blending of the two riding surfaces.

3.8 —Rocks or other Material remaining on the Traveled Way after the final pass that are larger than 4 inches in diameter or are larger than the maximum size of imported surfacing shall be removed from the Traveled Way. Unless otherwise designated by the Forest Service, the oversized Material shall be disposed of by sidecasting. Sidecasting into streams, lakes, or water courses will not be permitted.

3.9—Material resulting from work under this specification shall not remain on or in structures, such as Culverts, overside drains, cattleguards, ditches, Drainage Dips, and the like.

3.10—Material resulting from work under this specification, plus any other accumulated debris, shall be removed from bridge decks and the deck drains opened. This includes existing debris under pre haul maintenance.

MEASUREMENT:

4.1—Surface blading will be measured to the nearest one-tenth (0.1) mile as measured by calibrated vehicle odometer along the road centerline.

# SPECIFICATION T-804 SURFACING REPAIR

## DESCRIPTION

1.1 Surfacing repair is repairing potholes or small soft areas in the Traveled Way. It includes area preparation and furnishing and placing all necessary Materials, and other work necessary to repair the surface.

## MATERIALS

2.1 Material used in the repair of soft areas on aggregate or native surfaced roads may be acquired from approved commercial sources, designated Forest Service Borrow areas, or Borrow sources agreed to. The quality and quantity of the imported Material used in the repair will be limited to that needed to provide a stable Traveled Way for hauling and to minimize damage to the road and adjacent resources. The quantity of imported surface repair Material used in the appraisal estimate will be shown on Road Maintenance Plan. However, the magnitude of the work may vary depending on Purchaser's hauling schedule and ground conditions.

2.2 Material used in the repair of bituminous pavements may be acquired from local commercial sources. If a mixing table is required, the location shall be approved by the Forest Service. The bituminous mixture to be used by the Purchaser shall be approved by the Forest Service. The Purchaser's share of the quantity of bituminous mixture used in the appraisal estimate will be shown on Road Maintenance Plan. However, Purchaser's share of the work may vary depending on Purchaser's hauling schedule, ground conditions, other traffic, etc.

## REQUIREMENTS

3.1 Work under this specification shall be performed in a timely manner to reduce further deterioration of the Traveled Way.

3.2 Soft spots on aggregate or native surfaces shall be repaired by placing the imported Surface Course on top of the soft spot. Layers of imported Material shall be placed until a firm surface is produced.

3.3 Bituminous Pavement Repairs. The areas to receive bituminous pavement repairs will be marked on the road surface by the Forest Service just prior to Purchaser performing the work.

3.4 Potholes (deep patch). Surface Course and Base Course Materials shall be excavated to a depth necessary to reach firm, suitable Material. The minimum depth of excavation shall be 2 inches and the maximum depth of excavation shall be to the top of the Subgrade.

The edges of the prepared hole shall be extended to form a vertical face in unfractured asphalt surfacing. The prepared hole shall generally be circular or rectangular in shape, dry, and cleaned of all loose Material.

Prepared potholes shall be patched or barricaded immediately.

The faces of the prepared hole shall be tacked with a slow-setting emulsified asphalt.

The bituminous mixture shall be placed in layers not exceeding a compacted depth of 2 inches. Each layer shall be compacted thoroughly with hand or mechanical tampers or rollers. Compaction shall not be done with equipment wheels.

Upon completion, the compacted patch in the pothole shall be flush, with a tolerance or approximately ¼ inch to ½ inch above the level of the adjacent pavement.

3.5 Skin Patches. Bituminous mixture shall be distributed uniformly with feathered edges in layers not to exceed 2 inches compacted depth. When multiple layers are ordered, joints shall be offset at least 6 inches between layers.

Each layer shall be compacted by two passes with a 7-10 ton steel roller or comparable vibratory roller.

3.6 Asphalt Berm. Damaged segments of Berm shall be removed and the exposed ends beveled at approximately 45 degrees from vertical. The Berm foundation shall be cleaned and patched as necessary. The foundation and joining surfaces shall be coated with a slow-setting emulsified asphalt. Asphalt mix shall be placed and compacted to conform with the shape and alignment of the undamaged segment.

3.7 Disposal. All Materials removed from potholes, patches, and Berms shall be disposed of at disposal sites designated by the Forest Service.

## ATTACHMENT FOR CLAUSE 39- Safety

The following is a guide for meeting the intent of 39- Safety. This is not a complete list of signs that may be needed. All signs are to be manufactured and installed as specified in the Manual on Uniform Traffic Control Devices for Streets and Highways (MUTCD). In event of conflict, MUTCD standards shall take precedence over the following:

Size: Standard 30", minimum 24", or as shown.

Shape: As Shown.

Background: Shall be fully reflective.
Temporary signs shall have an orange background.
Permanently installed signs shall have a yellow background.

Lettering: Minimum 4" letters, standard alphabet, black, Series "C". Border: ½ inch, black.

Mounting: Signs shall be mounted so as to be clearly visible to road user. Signs shall not be mounted on trees or other sign posts.

SIGN INSTALLATION ILLUSTRATION



ATTACHMENT FOR CLAUSE 39- Safety

**WARNING SIGN PLACEMENT**

Sign Numbers: Sign numbers are from MUTCD. An "F" before the number indicates a Forest Service sign. An "R" or "L" after the number indicates right or left.

| Sign # | Location |
| --- | --- |
|   FW11-7-24"   FW11-9-24"<br>FW-9-30" | NFSR 526 MP 0.0 (Dolores-Norwood Road @ USFS Boundary)<br>NFSR 526 @ MP 4.8 (Contract Area Boundary)<br>NFSR 526 @ MP 6.9 (Contract Area Boundary)<br>NFSR 529 @ MP 2.4 (Contract Area Boundary)<br>NFSR 529 @ MP 0.0<br>NFSR 529.D MP 0.4 (Contract Area Boundary) |

# House Creek Stewardship IRSC Contract Area Map

Sections 1, 2, 3, 10, 11 and 12;
Township 38 North, Range 15 West
New Mexico Principal Meridian
Mancos-Dolores Ranger District,
San Juan National Forest
Montezuma County, Colorado

- Cutting Unit, B1.1
- Reserve Trees; C2.3#; C6.32#
- Leave Tree Mark, B2.35, C2.356#; Tractor Harvest, B6.42, C6.42#
- TBC To Be Closed; Clause 9, C5.41#
- Keep Open; B6.33
- Road ID
- Traffic Control; B6.33
- Protect Improvement - Gates; Clause 9
- Protect Improvement - Cattleguard; Clause 9
- Protect Improvement -Corral; Clause 9
- Protect Improvement -Water Feature; Clause 9
- Protect Improvement - Fence; Clause 9
- Streamcourse Protection, Clause 10
- 20' Contour Interval
- Use Prohibited; Clause 9, C5.12#
- Haul Restricted; Clause 9, C5.12#
- Non System Road
- Elk Winter Concentration Area, C6.312#
- Soil Protection Zone, C6.42#, C6.312#
- Soils Prone to Mass Movement; C6.312#
- Special Protection Area, Clause 8
- Private/Other Land Ownership
- Contract Area; B1.1
- Cutting Units; B1.1
- Section
- Township

0 0.125 0.25 0.5 Miles

Invasive species of concern present within sale area (BPA Clause 33)
Wildlife and cultural areas subject to change based on ongoing surveys of area
All landlines are approximate; Prepared by S. Aksentowitz 01/23/2023



**Timing Restrictions**

| Cutting Unit/Location | Restriction |
|---|---|
| All | No operations from March 1st to March 31st unless approved by Forest Service Line Officer. |
| NFSR 526 | No hauling will be permitted over the Labor Day holiday weekend (starting on Friday at 12:00 am and extending through Tuesday at 12:00am). |
| NFSR 526 | No hauling will be permitted over Memorial Day holiday weekend (starting on Friday at 12:00 am and extending through Tuesday at 12:00am). |
| NFSR 526 | No hauling on July 4th and 5th (starting at 12:00 am on July 4th and ending at 12:00 am on July 6th). |
| All Roads | No hauling during Escalante Days (day of event: 12:00 am through 12:00 am following day). |
| All Roads | No hauling during Dolores River Festival (starting on Friday at 12:00 am and extending through Monday at 12:00am). |
| All Roads | No hauling during Ride of the Ancients Gravel Grinder (day of event: 12:00 am through 12:00 am following day). |
| All Roads | No hauling during Dolores Harvest Festival and Car Show (day of event: 12:00 am through 12:00 am following day). |
| Units 4, 8 and 9 | Elk Winter Concentration Area. No activities may take place from December 1st through April 30th. |
| North of Unit 1 | Soils prone to mass movement. No activities may take place within this area. |
| East of Unit 10 | Soil Protection Zone. Segments of the Fivepine-Nortez and Fughes-Sheek soils are present within sale area, as shown on Contract Area Map. Harvest activities, slash piles and temporary roads are allowed through these areas, but no decking or landings are allowed. Contractor will discuss requirements and limitations with Forest Service prior to entering units. |
| Special Protection Area | Wheeled or track laying equipment shall not be operated in areas identified, except on existing roads. Special Protection Area boundaries are shown on the Contract Area Map and lie outside of cutting unit boundaries. |



Volume Table

Estimated Volume Data By Cutting Unit

| Cutting Unit | Payment Unit | Product Name | CCF Qty | CCF/ Acre |
|---|---|---|---|---|
| 1 | 1 | Sawtimber | 268.61 | 10.74 |
| 2 | 1 | Sawtimber | 634.90 | 10.58 |
| 3 | 1 | Sawtimber | 210.22 | 10.51 |
| 4 | 1 | Sawtimber | 387.52 | 10.47 |
| 5 | 1 | Sawtimber | 224.02 | 10.67 |
| 6 | 2 | Sawtimber | 702.84 | 10.65 |
| 7 | 2 | Sawtimber | 480.95 | 10.69 |
| 8 | 1 | Sawtimber | 260.12 | 10.40 |
| 9 | 1 | Sawtimber | 1,067.01 | 10.58 |
| 10 | 2 | Sawtimber | 1,186.98 | 10.60 |
| | | Total/Average = | 5,423.17 | 10.59 |

| | |
|---|---|
| "REGISTER OF WAGE DETERMINATIONS UNDER | U.S. DEPARTMENT OF LABOR |
| THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | WAGE AND HOUR DIVISION |
| | WASHINGTON D.C. 20210 |
| | Wage Determination No.: 1976-1351 |
| Daniel W. Simms Division of | Revision No.: 68 |
| Director Wage Determinations | Date Of Last Revision: 12/27/2022 |

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30, 2022, or the contract is renewed or extended (e.g., an option is exercised) on or after January 30, 2022: | Executive Order 14026 generally applies to the contract. The contractor must pay all covered workers at least $16.20 per hour (or the applicable wage rate listed on this wage determination, if it is higher) for all hours spent performing on the contract in 2023. |
| If the contract was awarded on or between January 1, 2015 and January 29, 2022, and the contract is not renewed or extended on or after January 30, 2022: | Executive Order 13658 generally applies to the contract. The contractor must pay all covered workers at least $12.15 per hour (or the applicable wage rate listed on this wage determination, if it is higher) for all hours spent performing on the contract in 2023. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at www.dol.gov/whd/govcontracts.

State: Colorado

Area: Colorado Statewide

**Fringe Benefits Required Follow the Occupational Listing**

Employed on service contracts for forestry, land management, the cleaning of public use areas and timber inventory services.

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 08010 - Brush/Precommercial Thinner | | 15.08*** |
| 08040 - Choker Setter | | 16.46 |
| 08070 - Faller/Bucker | | 18.86 |
| 08100 - Fire Lookout | | 15.08*** |
| 08130 - Forestry Equipment Operator | | 21.84 |
| 08160 - Forestry/Logging Heavy Equipment Operator | | 23.21 |
| 08190 - Forestry Technician | | 23.21 |
| 08200 - Forestry Truck Driver | | 23.21 |
| 08250 - General Forestry Laborer | | 16.09*** |
| 08280 - Nursery Specialist | | 20.92 |
| 08310 - Slash Piler/Burner | | 15.08*** |
| 08340 - Tree Climber | | 16.76 |
| 08370 - Tree Planter | | 12.33*** |
| 08400 - Tree Planter, Mechanical | | 12.33*** |

***Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($16.20 per hour) or 13658 ($12.15 per hour). Please see the Note at the top of the wage determination for more information. Please also note that the minimum wage requirements of Executive Order 14026 and 13658 are not currently being enforced as to contracts or contract-like instruments entered into with the federal government in connection with seasonal recreational services or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave for Federal Contractors, applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1, 2017. If this contract is covered by the EO, the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work, up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness, injury or other health-related needs, including preventive care; to assist a family member (or person who is like family to the employee) who is ill, injured, or has other health-related needs, including preventive care; or for reasons resulting from, or to assist a family member (or person who is like family to the employee) who is the victim of, domestic violence, sexual assault, or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.80 per hour, up to 40 hours per week, or $192.00 per week or $832.00 per month

HEALTH & WELFARE EO 13706: $4.41 per hour, up to 40 hours per week, or $176.40 per week, or $764.40 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706, Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor, 3 weeks after 5 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day, Martin

Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Juneteenth National Independence Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of ""wash and wear"" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the

""Service Contract Act Directory of Occupations"", Fifth Edition (Revision 1), dated September 2015, unless otherwise indicated.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE
Standard Form 1444 (SF-1444)

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification, wage rate, and/or fringe benefits which shall be retroactive to the commencement date of the contract (See 29 CFR 4.6(b)(2)(iv)(C)(vi)). When multiple wage determinations are included in a contract, a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order the proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized

representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, U.S. Department of Labor, for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request, the ""Service Contract Act Directory of Occupations"" (the Directory) should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination."

FS Agreement No. 23-RO-11021300-039

Cooperator Agreement No. ______________________

# COOPERATIVE FOREST ROAD AGREEMENT
## Between The
## MONTEZUMA COUNTY GOVERNMENT FOR
## And The
## USDA, FOREST SERVICE
## SAN JUAN NATIONAL FOREST

PARTIES TO AGREEMENT: This agreement, made and entered into this the 5th day of July, 2023 by and between the Montezuma County Government For, hereinafter referred to as "the County," and the USDA, Forest Service San Juan National Forest, hereinafter referred to as the "U.S. Forest Service."

PURPOSE OF AGREEMENT: The purpose of this agreement is to set forth the general terms and conditions, acceptable to the parties hereto, for the cooperative planning, survey, design, construction, reconstruction, improvement, and maintenance of certain Forest Roads in Montezuma County, State of Colorado, pursuant to the provisions of 16 U.S.C. 532-538, 23 U.S.C. 205, and the regulations issued by the Secretary of Agriculture and P.L.106-393 Secure Rural Schools and Community Self-Determination Act, as amended by P.L 110-343.

The Congress has, from time to time, authorized and appropriated funds for "Forest Roads," which are defined as "those Forest roads of primary importance for the protection, administration, and utilization of the National Forests, or where necessary, for the use and development of the resources upon which communities within or adjacent to the National Forests are dependent." Recognizing that substantial benefits will accrue to the Nation and to the State from the construction, reconstruction, improvement, maintenance, and use of certain Forest roads and roads on the State or local road system over which the County has/have jurisdiction, and further that such roads carry substantial volumes of public service traffic as well as National Forest traffic, and further that the County has/have road construction, reconstruction, improvement, maintenance, and right-of-way acquisition facilities available to assist in the accomplishment of the work, it is accordingly deemed fitting and desirable to the parties hereto to express by this agreement the general terms of their mutual cooperation in that regard to achieve the maximum benefits therefrom in the public interest.

1. INTENT TO COOPERATE. It is the intention of the parties under this agreement to cooperate as follows:

   a. Agree that certain roads under the jurisdiction of the County or the U.S. Forest Service which serve the National Forest and also carry traffic which is properly the responsibility of the County should be maintained and, if necessary, improved to a

standard adequate to accommodate safely and economically all traffic which uses such roads.

b. Agree on the identification of roads or road segments which meet the criteria in item a by a listing and appropriate maps.

c. Provide for formal meetings and informal consultation on a regular basis to discuss and agree on action with respect to the roads identified pursuant to item b.

d. Provide for regular and adequate maintenance of the roads identified in item b, including the assignment of maintenance responsibilities.

e. Provide for entering into project agreements when improvements of a road under the jurisdiction of one party is to be financed in whole or in part from funds or resources provided by the other party.

f. Provide for appropriate jurisdictional status of roads through transfer of easements and acquisition of easements by the appropriate party.

2. IDENTIFICATION OF ROADS. A list of roads and segments of roads which meet the criteria set forth in item 1a is agreed upon and is marked "Schedule A" and attached as part of this agreement. Schedule A may be modified from time to time by agreement between the County and U.S. Forest Service, by adding or removing roads or road segments, or by altering the description of a road or road segments, to give it proper identity. Each such modification shall be indicated by a revised Schedule A bearing the signatures of the parties or their authorized representatives and the effective date of the revision.

3. MAINTENANCE PLANS. At the annual meeting provided for in item 6, plans for maintaining the roads listed in Schedule A shall be agreed upon. Such plans shall include assignment of responsibility for maintenance or particular elements of maintenance to the County or U.S. Forest Service for each road or segment of road listed in Schedule A. To the extent practical, and subject to availability of funds, responsibility for maintenance shall be assigned in proportion to use for which each party is properly responsible.

   Maintenance shall include preserving and keeping the roads, including structures and related facilities as nearly as possible in their original condition as constructed or reconstructed to provide satisfactory and safe road service.

   Maintenance plans shall provide for prompt changes in maintenance assignments during the period of the plan upon agreement by the parties or their designated representatives.

4. PROJECT AGREEMENTS. When improvement of a road listed in Schedule A is to be financed in whole or in part from funds or resources provided by the party not having jurisdiction, the parties shall enter into a project agreement providing for performing the improvement work and its financing. A project agreement is not required for

improvement of a road or a road segment over which the party performing and financing such improvement has jurisdiction. Project agreements shall be supplements to this general agreement and subject to the agreements, provisions, and conditions herein contained.

a. A project agreement shall be entered into prior to beginning of improvement or construction work for which a project agreement is required.

b. The project agreement shall include the following elements:

1. Identification of road or road segment to be improved or constructed.

2. Plans and specifications for the project or provision for their development and subsequent agreement thereon.

3. Schedule of construction or improvement work and designation of the party or parties to perform the work.

4. Estimates of cost of improvement or construction.

5. Agreement as to how cost of work is to be borne including arrangements to share in the work or to deposit funds with the performing party for a share of the costs.

c. If funds are provided by the County on an advance basis for work to be performed by the U.S. Forest Service, they shall be deposited in the Treasury of the United States to the credit of cooperative work, U.S. Forest Service. Any unused balance of cooperative funds for the purposes outlined in the project agreement shall be returned to the County after completion of the work performed or upon agreement of the U.S. Forest Service. If the cooperative funds are made available on a reimbursement basis as the work progresses or upon its completion, the U.S. Forest Service shall submit to the County periodic billings, but not more often than monthly, or a final billing as the case may be.

The amount of cooperative funds as set forth in the project agreement shall be the maximum commitment of the County to the project unless changed by a modification of the project agreement.

If funds are provided by the U.S. Forest Service for work to be performed by the County the arrangements shall be set forth in the project agreement. Payments to the County shall be made as provided for in the project agreement.

If it appears that the project cost may exceed the estimate and additional funds may be needed, no obligation shall arise against the Federal government with respect to the increased cost except by modification of the project agreement prior to incurring any commitment.

5. RIGHTS-OF-WAY. Easements or other interests in land acquired by either party shall be adequate to serve the road needs of both parties. The party having jurisdiction of an existing road or intended to have jurisdiction of a road to be constructed shall obtain the needed rights-of-way in its name. There shall be no provisions in any easement document that will prevent the U.S. Forest Service from using or authorizing the use of roads for which Federal funds were expended. The County must be in a position to assure the U.S. Forest Service the continuance of such uses for the period needed. The party acquiring the easement or other interest in land shall obtain such title evidence and title approval as required in its acquisitions for roads of comparable standards.

   The costs of such easements or other interests in land are to be at the expense of the acquiring party.

   The U.S. Forest Service shall cooperate in the procurement of rights-of-way over land administered by other agencies of the United States required for any project included under this agreement and shall furnish the County copies of survey notes, maps, and other records.

   To the extent possible under available authority, each party agrees to convey easements over lands or interests in lands it owns or administers to the other party in order to provide jurisdiction by the appropriate party as may be agreed to for any road or road segment listed on Schedule A.

6. ANNUAL MEETING AND CONTINUING CONSULTATION. The County and U.S. Forest Service shall meet at least once each year to review matters covered by this agreement and to agree on actions to implement this agreement including, but not limited to, (1) approval of changes in the listing of roads on Schedule A; (2) approval of the annual maintenance plan; (3) approval of project agreements for construction or reconstruction; and (4) approval of transfer of jurisdiction of particular roads by easement conveyance. It is also the intent of the parties to arrange for continuing consultation between their representatives with the objective of reaching prompt agreement by the parties on all matters of mutual concern which are covered by this agreement. The Forest Supervisor of the San Juan National Forest for the U.S. Forest Service, and the Roads Manager for the County shall be responsible for making the arrangements for formal meetings and continuing consultation.

7. TEXT MESSAGING WHILE DRIVING. In accordance with Executive Order (EO) 13513, “Federal Leadership on Reducing Text Messaging While Driving,” any and all text messaging by Federal employees is banned: a) while driving a Government owned vehicle (GOV) or driving a privately owned vehicle (POV) while on official Government business; or b) using any electronic equipment supplied by the Government when driving any vehicle at any time. All Cooperatives, their Employees, Volunteers, and Contractors are encouraged to adopt and enforce policies that ban text messaging when driving company owned, leased or rented vehicles, POVs or GOVs when driving while on official Government business or when performing any work for or on behalf of the

Government.

8. MODIFICATION AND TERMINATION.

   a. This agreement may be modified by mutual consent.

   b. This agreement may be terminated by either party upon at least 30 days prior written notice, except that such termination shall in no way affect or change any commitment made authorizing the use of roads or rights-of-way for purposes for which Federal funds were expended, or any operation in progress at time of notice, and provided that such termination shall in no way affect the agreement of the parties hereto with respect to any obligations incurred under the agreement until a full settlement has been made.

9. MISCELLANEOUS.

   a. The United States shall not be liable to the recipient for any costs, damages, claims, liabilities, and judgments that arise in connection with the performance of work under this award, including damage to any property owned by the recipient or any third party.

   b. Nothing herein contained shall be construed to obligate the U.S. Forest Service or the County beyond the extent of available funds allocated or programmed for this work, or contrary to applicable laws, rules, and regulations.

   c. No Member of, or Delegate to, the Congress, or Resident Commissioner, shall be admitted to any share or part of this agreement or to any benefits that may arise therefrom, unless it is made with a corporation for its general benefit.

   d. Where applicable, any contract, agreement, or understanding entered into pursuant to this agreement providing for work to be performed shall include the requirements of Federal laws, Executive orders, and Regulations.

10. PRINCIPAL CONTACTS. Individuals listed below are authorized to act in their respective areas for matters related to this agreement.

**Principal Cooperator Contacts:**

| Cooperator Program Contact | Cooperator Administrative Contact |
|---|---|
| Name: Rob Englehart<br>Address: 1680 N Dolores Road<br>City, State, Zip: Cortez, CO 81321<br>Telephone: 970-565-8666<br>FAX: 970-565-8252<br>Email: renglehart@co.montezuma.co.us | Name: Virginia McKinney<br>Address: 1680 N Dolores Road<br>City, State, Zip: Cortez, CO 81321<br>Telephone: 970-565-8666<br>FAX: 970-565-8252<br>Email: vmckinney@co.montezuma.co.us |

**Principal U.S. Forest Service Contacts:**

| U.S. Forest Service Program Manager Contact | U.S. Forest Service Administrative Contact |
|---|---|
| Name: Pete Merkel<br>Address: 15 Burnett Court<br>City, State, Zip: Durango, CO 81301<br>Telephone: 970-385-1323<br>FAX: 970-375-2331<br>Email: pete.merkel@usda.gov | Name: Lindsey Burkett<br>Grants Management Specialist<br>Address: 15 Burnett Court<br>City, State, Zip: Durango, CO 81301<br>Telephone: 970-880-1607<br>Email: lindsey.burkett@usda.gov |

11. SYSTEM FOR AWARD MANAGEMENT REGISTRATION REQUIREMENT (SAM). the County shall maintain current information in the System for Award Management (SAM) until receipt of final payment. This requires review and update to the information at least annually after the initial registration, and more frequently if required by changes in information or agreement term(s). For purposes of this agreement, System for Award Management (SAM) means the Federal repository into which an entity must provide information required for the conduct of business as a Cooperative. Additional information about registration procedures may be found at the SAM Internet site at www.sam.gov.

12. COMMENCEMENT/EXPIRATION DATE. This agreement is executed as of the date of last signature and is effective through five years July 5, 2028 at which time it will expire. The expiration date is the final date for completion of all work activities under this agreement.

13. AUTHORIZED REPRESENTATIVES. By signature below, the parties certify that the individuals listed in this document as representatives of each party are authorized to act in their respective areas for matters related to this agreement.

This agreement shall be effective as of the date herein written and shall supersede all prior existing agreements, if any, for the same roads.

JIM CANDELARIA Date
County Commissioner

KENT LINDSAY Date
County Commissioner

6/26/23

GERALD KOPPENHAFER
County Commissioner

Date

DAVID NEELY Digitally signed by DAVID NEELY
Date: 2023.07.05 09:20:30 -06'00'

DAVID NEELY, Forest Supervisor
U.S. Forest Service, San Juan National Forest

Date

The authority and format of this agreement have been reviewed and approved for signature.

LINDSEY BURKETT Digitally signed by LINDSEY BURKETT
Date: 2023.06.20 10:04:57 -06'00'

LINDSEY BURKETT
U.S. Forest Service Grants Management Specialist

Date

Burden Statement

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0596-0217. The time required to complete this information collection is estimated to average 4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at 202-720-2600 (voice and TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, 1400 Independence Avenue, SW, Washington, DC 20250-9410 or call toll free (866) 632-9992 (voice). TDD users can contact USDA through local relay or the Federal relay at (800) 877-8339 (TDD) or (866) 377-8642 (relay voice). USDA is an equal opportunity provider and employer.

# SCHEDULE A

San Juan **National Forest** **USFS Agreement Number:** **23-RO-11021300-039**

Montezuma **County, State of Colorado**

**USFS Agreement Number:** **23-RO-11021300-039**

| ROAD NAME | ROAD NUMBER NFSR | ROAD NUMBER COUNTY | TERMINI | LENGTH | COUNTY ROW (County has jurisdiction for law enforcement and authority to control and regulate use.) OWN | COUNTY ROW EASEMENT | COUNTY ROW CLAIMED (Jud. Dec. required) | USFS ROW (USFS has jurisdiction to control and regulate use. Both County and USFS have law enforcement jurisdiction.) OWN (USFS Land) | USFS ROW EASEMENT | ROAD RESTRICTIONS (Restrictions to traffic, including class of vehicle, weight, width, seasonal use restrictions, etc.) | ROAD MAINTENANCE & SIGNING (Insert Operating Maint. Level for all NFSR) ALL COUNTY | ROAD MAINTENANCE & SIGNING ALL USFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lower Boggy | 258 | Y | NFSR 526 - NFSR 257 | 1.20 | | | | X | | Yes | | 3 |
| McPhee Marina | 271 | V.4 | CTY 25 - Boat Ramp | 2.58 | | | | X | | Yes | | 5 |
| Spring Creek | 327 | W | NFSR 560 - NFSR 382 | 1.80 | | | | X | | Yes | | 3 |
| Box Canyon | 331 | 47 | NFSR 566 - Closure Berm | 1.97 | | | X | X | | Yes | | 3 |
| Spruce Mill | 350 | U | NFSR 561 - NFSR 350.H | 6.39 | | | | X | | Yes | | 3 |
| Chicken Creek | 385 | 41 | Forest Boundary - Hamlin Reservoir | 1.20 | | | X | X | X | Yes | | 3 |
| Grouse Point | 390 | 36 | NFSR 556 - Gas Well | 2.34 | | | | X | X | Yes | | 3 |
| Roaring Fork | 435 | AA | SH 145 - End of Aggregate | 6.63 | | | | X | | | | 3 |
| Hillside Drive | 436 | 50 | SH 145 - NFSR 208 | 12.90 | | | | X | | | | 3 |
| Lone Dome | 504 | 28 | McPhee Dam - County Line | 8.50 | | | | X | | Yes | | 3 |
| Dry Canyon | 510 | 27 | County Line - McPhee Reservoir | 6.30 | | | X | X | | | | 3 |
| Trimble | 523 | 29.3 | County Line - Dead End | 2.94 | | | | X | | Yes | | 3 |
| Dolores Norwood | 526 | 31 | Forest Boundary - County Line | 12.40 | | | X | X | | | | 5-4 |
| Dolores Norwood B | 526.B | | NFSR 526 - Gravel Pit | 0.37 | | | | X | | | | 2 |
| Boggy Draw | 527 | 31 / DD | Forest Boundary - NFSR 526 | 14.10 | | | | X | | Yes | | 3 |
| House Creek | 528 | X | NFSR 526 - Boat Ramp | 5.80 | | | | X | | Yes | | 5 |
| Upper House Creek | 528.1 | AA | NFSR 526 - Power Line | 3.10 | | | | X | | Yes | | 2 |
| Beaver Rim | 529 | Z | NFSR 526 - End of Aggregate | 1.70 | | | | X | | Yes | | 3 |
| Taylor Creek | 545 | 43 | Forest Boundary - County Line | 7.00 | | | | X | | | | 3 |

## Schedule A

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | COUNTY ROW | | | USFS ROW | | ROAD RESTRICTIONS | ROAD MAINTENANCE & SIGNING | |
| **USFS Agreement Number:** | **23-RO-11021300-039** | | | | County has jurisdiction for law enforcement and authority to control and regulate use. | | | USFS has jurisdiction to control and regulate use. Both County and USFS have law enforcement jurisdiction. | | Restrictions to traffic, including class of vehicle, weight, width, seasonal use restrictions, etc. | Insert Operating Maint. Level for all NFSR | |
| ROAD NAME | ROAD NUMBER NFSR | COUNTY | TERMINI | LENGTH | OWN | EASEMENT | CLAIMED (Jud. Dec. required) | OWN (USFS Land) | EASEMENT | | ALL COUNTY | ALL USFS |
| Taylor Mesa | 547 | 46.8 | NFSR 545 - County Line | 0.94 | | | | X | | | | 3 |
| Rock Springs | 556 | S | Forest Boundary - NFSR 561 | 19.00 | | | X | X | | Yes | | 3 |
| Haycamp | 558 | 40 | NFSR 556 - NFSR 558.A | 3.80 | | | | X | | Yes | | 3 |
| Millwood | 559 | 39 / U | Forest Boundary - NFSR 559.K | 5.30 | | | X | X | | Yes | | 3 |
| Lost Canyon | 560 | Z | NFSR 561 - End of Aggregate | 4.00 | | | | X | | Yes | | 3 |
| West Mancos | 561 | 42 | Forest Boundary - Gold Run Trailhead | 13.52 | | | | X | | Yes | | 3 |
| Transfer | 565 | U | NFSR 561 - Aspen Loop Trailhead | 0.81 | | | | X | | Yes | | 3 |
| Echo Basin | 566 | 44 | Forest Boundary - NFSR 566.A | 6.90 | | | X | X | | Yes | | 3 |
| Red Arrow | 567 | | Forest Boundary - Dead End | 8.60 | | | | X | | Yes | | 2 |
| | | | TOTAL MILES | 162.09 | | | | | | | | |

# UNITED STATES DEPARTMENT OF AGRICULTURE
# FOREST SERVICE
# REGION 2

## SAN JUAN NATIONAL FOREST
## MONTEZUMA COUNTY SCHEDULE - A AGREEMENT




*VICINITY MAP*

*SUMMARY OF MONTEZUMA COUNTY SCHEDULE A ROADS*

| ROAD NUMBER AND NAME | MAINTENANCE LEVEL | MILES |
|---|---|---|
| NFSR 258 - Lower Boggy | 3 | 1.20 |
| NFSR 271 - McPhee Marina | 5 | 2.58 |
| NFSR 327 - Spring Creek | 3 | 1.80 |
| NFSR 331 - Box Canyon | 3 | 1.97 |
| NFSR 350 - Spruce Mill | 3 | 6.39 |
| NFSR 385 - Chicken Creek | 3 | 1.20 |
| NFSR 390 - Grouse Point | 3 | 2.34 |
| NFSR 435 - Roaring Fork | 3 | 6.63 |
| NFSR 436 - Hillside Drive | 3 | 12.90 |
| NFSR 504 - Lone Dome | 3 | 8.50 |
| NFSR 510 - Dry Canyon | 3 | 6.30 |
| NFSR 523 - Trimble | 3 | 2.94 |
| NFSR 526 - Dolores Norwood | 5 / 4 | 12.40 |
| NFSR 526.B - Dolores Norwood B | 2 | 0.37 |
| NFSR 527 - Boggy Draw | 3 | 14.10 |
| NFSR 528 - House Creek | 5 | 5.80 |
| NFSR 528.1 - Upper House Creek | 2 | 3.10 |
| NFSR 529 - Beaver Rim | 3 | 1.70 |
| NFSR 545 - Taylor Creek | 3 | 7.00 |
| NFSR 547 - Taylor Mesa | 3 | 0.94 |
| NFSR 556 - Rock Springs | 3 | 19.00 |
| NFSR 558 - Haycamp | 3 | 3.80 |
| NFSR 559 - Millwood | 3 | 5.30 |
| NFSR 560 - Lost Canyon | 3 | 4.00 |
| NFSR 561- West Mancos | 3 | 13.52 |
| NFSR 565 - Transfer | 3 | 0.81 |
| NFSR 566 - Echo Basin | 3 | 6.90 |
| NFSR 567 - Red Arrow | 2 | 8.60 |

**Total Montezuma County Schedule A Miles = 162.09**

**Forest Service Roads Under Schedule A**

- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT

**Forest Service Roads NOT under Schedule A**

- 3 - SUITABLE FOR PASSENGER CARS, <Null>
- 4 - MODERATE DEGREE OF USER COMFORT, <Null>
- 5 - HIGH DEGREE OF USER COMFORT, <Null>
- PRIMARY HIGHWAY
- SECONDARY HIGHWAY
- LIGHT DUTY GRAVEL RD




*SITE MAP*

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No. ______

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Lower Boggy**<br>Road Name | **258**<br>FS Road Number | **Y**<br>Cty. Road Number |
| NFSR 526 – NFSR 257<br>Termini | 1.2 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| **Maintenance Activity** | **Maintenance Responsibility** FS | County | **Schedule** | **Remarks** |
|---|---|---|---|---|
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☒ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No. ____________

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **McPhee Marina**<br>Road Name | **271**<br>FS Road Number | **V.4**<br>Cty. Road Number |
| CTY 25 – Boat Ramp<br>Termini | 2.58 miles<br>Length | 5<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| | Maintenance Responsibility | | | |
|---|---|---|---|---|
| **Maintenance Activity** | **FS** | **County** | **Schedule** | **Remarks** |
| Surface Blading | ☐ | ☐ | | |
| Surfacing Repair | ☐ | ☒ | | Includes minor pothole patch |
| Surface Replacement | ☐ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No. ______

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Spring Creek**<br>Road Name | **327**<br>FS Road Number | **W**<br>Cty. Road Number |
| NFSR 560 – NFSR 382<br>Termini | 1.8 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| Maintenance Activity | Maintenance Responsibility: FS | Maintenance Responsibility: County | Schedule | Remarks |
|---|---|---|---|---|
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No. ____________

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Box Canyon**<br>Road Name | **331**<br>FS Road Number | **47**<br>Cty. Road Number |
| NFSR 566 – Closure Berm<br>Termini | 1.97 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| Maintenance Activity | Maintenance Responsibility: FS | Maintenance Responsibility: County | Schedule | Remarks |
|---|---|---|---|---|
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No. ____________

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Spruce Mill**<br>Road Name | **350**<br>FS Road Number | **U**<br>Cty. Road Number |
| NFSR 561 – NFSR 350.H<br>Termini | 6.39 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| | **Maintenance Responsibility** | | | |
|---|---|---|---|---|
| **Maintenance Activity** | **FS** | **County** | **Schedule** | **Remarks** |
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No. ____________

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Chicken Creek**<br>Road Name | **385**<br>FS Road Number | **41**<br>Cty. Road Number |
| Forest Boundary – Hamlin Reservoir<br>Termini | 1.2 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| | Maintenance Responsibility | | | |
|---|---|---|---|---|
| **Maintenance Activity** | **FS** | **County** | **Schedule** | **Remarks** |
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No.

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Grouse Point**<br>Road Name | **390**<br>FS Road Number | **36**<br>Cty. Road Number |
| NFSR 556 – Gas Well<br>Termini | 2.34 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| Maintenance Activity | Maintenance Responsibility: FS | Maintenance Responsibility: County | Schedule | Remarks |
|---|---|---|---|---|
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039
Cooperator Agreement No. ____________

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Roaring Fork**<br>Road Name | **435**<br>FS Road Number | **AA**<br>Cty. Road Number |
| SH 145 – End of Aggregate<br>Termini | 6.63 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| | Maintenance Responsibility | | | |
|---|---|---|---|---|
| **Maintenance Activity** | **FS** | **County** | **Schedule** | **Remarks** |
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No.

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Hillside Drive**<br>Road Name | **436**<br>FS Road Number | **50**<br>Cty. Road Number |
| SH 145 – NFSR 208<br>Termini | 12.9 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| **Maintenance Activity** | **Maintenance Responsibility** FS | County | **Schedule** | **Remarks** |
|---|---|---|---|---|
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☒ | ☐ | | |
| Posting | ☒ | ☐ | | |
| Maintenance | ☒ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No. ____________

# Joint Road Maintenance Plan

| San Juan | Montezuma | Colorado |
|---|---|---|
| National Forest | County | State |
| **Lone Dome** | **504** | **28** |
| Road Name | FS Road Number | Cty. Road Number |
| McPhee Dam – County Line | 8.5 miles | 3 |
| Termini | Length | Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| | Maintenance Responsibility | | | |
|---|---|---|---|---|
| **Maintenance Activity** | **FS** | **County** | **Schedule** | **Remarks** |
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No. 

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Dry Canyon**<br>Road Name | **510**<br>FS Road Number | **27**<br>Cty. Road Number |
| County Line – McPhee Reservoir<br>Termini | 6.3 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| | Maintenance Responsibility | | | |
|---|---|---|---|---|
| **Maintenance Activity** | **FS** | **County** | **Schedule** | **Remarks** |
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No. ______

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Trimble**<br>Road Name | **523**<br>FS Road Number | **29.3**<br>Cty. Road Number |
| County Line – Dead End<br>Termini | 2.94 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| Maintenance Activity | Maintenance Responsibility: FS | Maintenance Responsibility: County | Schedule | Remarks |
|---|---|---|---|---|
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No. ____________

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Dolores Norwood**<br>Road Name | **526**<br>FS Road Number | **31**<br>Cty. Road Number |
| Forest Boundary – County Line<br>Termini | 12.4 miles<br>Length | 5-4<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| | Maintenance Responsibility | | | |
|---|---|---|---|---|
| **Maintenance Activity** | **FS** | **County** | **Schedule** | **Remarks** |
| Surface Blading | ☐ | ☐ | | |
| Surfacing Repair | ☐ | ☒ | 1 | Crack seal and blade patching 12.4 miles |
| Surface Replacement | ☒ | ☐ | | FS will purchase material |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | Plowed under permit – Kinder Morgan |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No. ______

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Dolores Norwood B**<br>Road Name | **526.B**<br>FS Road Number | <br>Cty. Road Number |
| NFSR 526 – Gravel Pit<br>Termini | 0.37 miles<br>Length | 2<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| Maintenance Activity | Maintenance Responsibility FS | County | Schedule | Remarks |
|---|---|---|---|---|
| Surface Blading | ☒ | ☒ | | County will be responsible for identified work |
| Surfacing Repair | ☒ | ☒ | | only when crushing operations are occurring. |
| Surface Replacement | ☐ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☒ | | |
| Clean and Reshape Ditches | ☒ | ☒ | | |
| Culvert Cleaning | ☐ | ☐ | | |
| Culvert Replacement | ☐ | ☐ | | |
| Major Drainage Structures | ☐ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |
| Gravel Crushing – Beaver Rim | ☐ | ☒ | | As funds are available |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No. ____________

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Boggy Draw**<br>Road Name | **527**<br>FS Road Number | **31/DD**<br>Cty. Road Number |
| Forest Boundary – NFSR 526<br>Termini | 14.1 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| | Maintenance Responsibility | | | |
|---|---|---|---|---|
| **Maintenance Activity** | **FS** | **County** | **Schedule** | **Remarks** |
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No.

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **House Creek**<br>Road Name | **528**<br>FS Road Number | **X**<br>Cty. Road Number |
| NFSR 526 – Boat Ramp<br>Termini | 5.8 miles<br>Length | 5<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| | Maintenance Responsibility | | | |
|---|---|---|---|---|
| **Maintenance Activity** | **FS** | **County** | **Schedule** | **Remarks** |
| Surface Blading | ☐ | ☐ | | |
| Surfacing Repair | ☐ | ☒ | 1 | Crack seal and blade patching |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No. ____________

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Upper House Creek**<br>Road Name | **528.1**<br>FS Road Number | **AA**<br>Cty. Road Number |
| NFSR 526 – Power Line<br>Termini | 3.1 miles<br>Length | 2<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| Maintenance Activity | Maintenance Responsibility: FS | Maintenance Responsibility: County | Schedule | Remarks |
|---|---|---|---|---|
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☐ | ☒ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No.

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Beaver Rim**<br>Road Name | **529**<br>FS Road Number | **Z**<br>Cty. Road Number |
| NFSR 526 – End of Aggregate<br>Termini | 1.7 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| Maintenance Activity | Maintenance Responsibility: FS | Maintenance Responsibility: County | Schedule | Remarks |
|---|---|---|---|---|
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No.

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Taylor Creek**<br>Road Name | **545**<br>FS Road Number | **43**<br>Cty. Road Number |
| Forest Boundary – County Line<br>Termini | 7 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| | Maintenance Responsibility | | | |
|---|---|---|---|---|
| **Maintenance Activity** | **FS** | **County** | **Schedule** | **Remarks** |
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No. ______

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Taylor Mesa**<br>Road Name | **547**<br>FS Road Number | **46.8**<br>Cty. Road Number |
| NFSR 545 – County Line<br>Termini | 0.94 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| | Maintenance Responsibility | | | |
|---|---|---|---|---|
| **Maintenance Activity** | **FS** | **County** | **Schedule** | **Remarks** |
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No.

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Rock Springs**<br>Road Name | **556**<br>FS Road Number | **S**<br>Cty. Road Number |
| Forest Boundary – NFSR 561<br>Termini | 19 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| | Maintenance Responsibility | | | |
|---|---|---|---|---|
| **Maintenance Activity** | **FS** | **County** | **Schedule** | **Remarks** |
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039
Cooperator Agreement No. 

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Haycamp**<br>Road Name | **558**<br>FS Road Number | **40**<br>Cty. Road Number |
| NFSR 556 – NFSR 558.A<br>Termini | 3.8 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| Maintenance Activity | Maintenance Responsibility FS | Maintenance Responsibility County | Schedule | Remarks |
|---|---|---|---|---|
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No. ____________

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Millwood**<br>Road Name | **559**<br>FS Road Number | **39/U**<br>Cty. Road Number |
| Forest Boundary – NFSR 559.K<br>Termini | 5.3 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| Maintenance Activity | Maintenance Responsibility: FS | Maintenance Responsibility: County | Schedule | Remarks |
|---|---|---|---|---|
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No. ________

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Lost Canyon**<br>Road Name | **560**<br>FS Road Number | **Z**<br>Cty. Road Number |
| NFSR 561 – End of Aggregate<br>Termini | 4 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| | Maintenance Responsibility | | | |
|---|---|---|---|---|
| **Maintenance Activity** | **FS** | **County** | **Schedule** | **Remarks** |
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No.

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **West Mancos**<br>Road Name | **561**<br>FS Road Number | **42**<br>Cty. Road Number |
| Forest Boundary – Gold Run Trailhead<br>Termini | 13.52 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| | Maintenance Responsibility | | | |
|---|---|---|---|---|
| **Maintenance Activity** | **FS** | **County** | **Schedule** | **Remarks** |
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months (9 miles) |
| Surfacing Repair | ☐ | ☒ | 1 | Crack seal and blade patching (5 miles)<br>FS responsibility past chip seal |
| Surface Replacement | ☒ | ☐ | | FS will purchase material |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No. ______

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Transfer**<br>Road Name | **565**<br>FS Road Number | **U**<br>Cty. Road Number |
| NFSR 561 – Aspen Loop Trailhead<br>Termini | 0.81 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| Maintenance Activity | Maintenance Responsibility: FS | Maintenance Responsibility: County | Schedule | Remarks |
|---|---|---|---|---|
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No. ____________

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Echo Basin**<br>Road Name | **566**<br>FS Road Number | **44**<br>Cty. Road Number |
| Forest Boundary – NFSR 566.A<br>Termini | 6.9 miles<br>Length | 3<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| Maintenance Activity | Maintenance Responsibility FS | County | Schedule | Remarks |
|---|---|---|---|---|
| Surface Blading | ☐ | ☒ | 1 | Blade once during summer months |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

FS Agreement No 23-RO-11021300-039

Cooperator Agreement No.

# Joint Road Maintenance Plan

| | | |
|---|---|---|
| San Juan<br>National Forest | Montezuma<br>County | Colorado<br>State |
| **Red Arrow**<br>Road Name | **567**<br>FS Road Number | <br>Cty. Road Number |
| Forest Boundary (MP 1.97) – Dead End<br>Termini | 8.6 miles<br>Length | 2<br>Maintenance Level |

## ROAD MAINTENANCE ACTIVITIES

| | Maintenance Responsibility | | | |
|---|---|---|---|---|
| **Maintenance Activity** | **FS** | **County** | **Schedule** | **Remarks** |
| Surface Blading | ☒ | ☐ | | |
| Surfacing Repair | ☒ | ☐ | | |
| Surface Replacement | ☒ | ☐ | | |
| Dust Abatement | ☐ | ☐ | | |
| Slide Removal | ☒ | ☐ | | |
| Roadside Brushing/Mowing | ☒ | ☐ | | |
| Clean and Reshape Ditches | ☐ | ☒ | | |
| Culvert Cleaning | ☒ | ☐ | | |
| Culvert Replacement | ☒ | ☐ | | |
| Major Drainage Structures | ☒ | ☐ | | |
| Miscellaneous Structures | ☒ | ☐ | | |
| Repair and Installation of Warning Signs | ☒ | ☐ | | |
| Repair and Installation of Guide Signs | ☒ | ☐ | | |
| Bridge: Inspection | ☐ | ☐ | | |
| Posting | ☐ | ☐ | | |
| Maintenance | ☐ | ☐ | | |
| Snow Plowing | ☐ | ☐ | | |

**SNOW REMOVAL REQUIREMENTS**:

To facilitate operations, the County may remove snow from designated Forest Service roads. Such removal must be done in a manner to preserve and protect roads during operations to the extent necessary to ensure safe and efficient transportation and to prevent excessive erosion damage to roads, streams and other resources. Snow removal is not authorized without prior approval from the Forest Service. Snow removal work shall include the following:

1. Removal of snow from all of the traveled way, including turnouts for safe and efficient use.

2. Culvert inlets shall be maintained in a natural condition without snow plowed into them so the drainage system will function properly.

3. All debris removed from the road surface shall be deposited away from stream channels at Forest Service approved locations.

4. Banks shall not be undercut, nor shall gravel or other surfacing material be bladed off the road. Gravel lost or bladed off the road during snow plowing operations shall be replaced.

5. Ditches and culverts shall be kept functioning during operations and upon completion of operations.

6. “Snow Berm” is herein defined as a dike of snow, resulting from the operator’s snow removal operations, which extends above the surface of the traveled way. The permit holder shall space, construct, and maintain drainage holes in the snow berm to obtain surface drainage without discharge on erodible fills. The operator shall remove snow berms or construct drainage holes at the end of winter operations or before spring breakup, whichever is sooner.

7. Dozers may only be used to plow snow with special written approval of the Forest Service.

8. Equipment used to plow snow shall be equipped with shoes or runners to keep the blade a minimum two inches above the surface of the road, unless otherwise agreed to in writing by the Forest Service.