# EXHIBIT 5

## CFLRP Project Name: Southwest Colorado
## National Forest(s): San Juan National Forest

## 1. Executive Summary

**Briefly summarize the top ecological, social, and economic accomplishments your CFLRP project participants are most proud of from FY22 and any key monitoring results.**

In FY22, the Southwest Colorado (SW CO) CFLRP has:

- Convened a governance planning team to develop a charter that outlines the governance structure for the CFLRP.
- Operational committee and by filling 12 seats on a Coordinating Council, recruiting working members of six designated committees, and ensuring adequate representation of place-based collaboratives.
- Initiated the process of developing project-wide desired conditions that will guide CFLRP funding priorities and the development of a multiparty monitoring plan in the spring of 2023.
- Leveraged over $5 million for planning and implementation of projects on NFS and non-NFS lands in line with the goals and objectives articulated in the proposal. These funds are associated with a variety of projects and programs being planned and implemented at varied scales across the CFLRP landscape including but not limited to: Rocky Mountain Restoration Initiative (RMRI), Colorado Strategic Wildfire Action Program (COSWAP), Forest Restoration & Wildfire Mitigation Grant Program (FRWRM), Restoration & Stewardship of Outdoor Resources and Environment Program (RESTORE) and Communities Assistance Funds Adjacent to Federal Lands (CAFA).
- Developed agreements to support expansion of subsistence wood utilization from the project area through a San Juan Wood for Life (WFL) program in partnership with regional Tribes and the National Forest Foundation (NFF)
- Completed treatments and executed contracts key to meeting project goals including road work, archaeological clearances, invasive weed treatments, instream fisheries projects, forest restoration with wildlife benefit, public outreach.
- Hosted two full meetings of a full constellation of stakeholders from the SW Colorado landscape, engaging over 100 partners

Three place-based collaboratives cover the SW CO CFLRP project area: the San Juan Headwaters Forest Health Partnership (SJHFHP), Four Rivers Resilient Forest Collaborative (4Rivers), and Dolores Watershed Resilient Forest Collaborative (DWRF). These collaboratives helped coordinate the development of the CFLRP proposal, are integrated into the CFLRP operations, and have increased coordination as a result of CFLRP and other landscape-scale initiatives.




*There are overlapping collaborative efforts across Southwest Colorado and Northern New Mexico, including at least four place-based collaboratives, two CFLRPs, and two other landscape scale initiatives. Coordination between groups and across boundaries has presented both challenges and opportunities in 2023. Overall, coordination of these efforts contributed to the success of the SW CO CFLRP in the first year. Opportunities to amplify the impacts of future projects are likely to present themselves as these collaborative efforts continue to align at varying scales.*



*Hybrid Full CFLRP stakeholder meeting on August 31, 2022 (note that many participants were online)*



*Hybrid SW CO CFLRP charter approval meeting June 2022*

## 2. Funding

### CFLRP and Forest Service Match Expenditures

| Fund Source: CFLN and/or CFIX Funds Expended | Total Funds Expended in Fiscal Year 2022 |
|---|---|
| CFLN22 | $1,735,136.72 |
| CFLN21 | $0 |
| TOTAL | $1,735,136.72 |

This amount should match the amount of CFLN/CFIX dollars spent in the FMMI CFLRP expenditure report. Include prior year CFLN dollars expended in this Fiscal Year. CFLN funds can only be spent on NFS lands.

| Fund Source: Forest Service Salary and Expense Match Expended | Total Funds Expended in Fiscal Year 2022 |
|---|---|
| CFTX2622 | $348,30 |
| CFVW2622 | $80,000 |
| NSCF2622 | $899,480.23 |
| WSCF2622 | $4,065.89 |
| TOTAL | $1,331,849.12* |

*$903,546 was captured in FMMI

| Fund Source: Forest Service Discretionary Matching Funds | Total Funds Expended in Fiscal Year 2022 |
|---|---|
| NFVW | $80,000 |
| NFHF | $14,478 |
| NITX | $348,303 |
| TOTAL | $442,781 |

This amount should match the amount of matching funds in the FMMI CFLRP expenditure report, minus any partner funds contributed through agreements (such as NFEX, SPEX, WFEX, CMEX, and CWFS) which should be reported in the partner contribution table below. Per the Program Funding Guidance, federal dollars spent on non-NFS lands may be included as match if aligned with CFLRP proposal implementation.

**Partner Match Contributions[1]**

| Fund Source: Partner Match | In-Kind Contribution or Funding Provided? | Total Estimated Funds/Value for FY22 | Description of CFLRP implementation or monitoring activity | Where activity/item is located or impacted area |
|---|---|---|---|---|
| Wildfire Adapted Partnership | In-kind contribution | $279,616.79 | Wildfire reduction and thinning work completed in the WUI for structure protection | Other lands within CFLRP landscape: Private |
| Colorado State Forest Service | In-kind contribution | $218,771.00 | Adams Ranch Salvage and sanitation thinning project completing 69 acres of treatment | Other lands within CFLRP landscape: Private |
| Colorado State Forest Service | In-kind contribution | $42,425.00 | Saul's Creek private land thinning and salvage completing 20 acres of treatment | Other lands within CFLRP landscape: Private |
| Colorado State Forest Service | In-kind contribution | $118,000.00 | Old Fort Lewis La Plata country thinning project completing 50 acres of treatment | Other lands within CFLRP landscape: La Plata County |
| Colorado State Forest Service | In-kind contribution | $500.00 | MCH pheromone application on 5 acres | Other lands within CFLRP landscape: Private |
| Falls Creek Ranch Association | In-kind contribution | $51,465.13 | Falls Creek Ranch wildfire reduction and thinning project on 24 acres | Other lands within CFLRP landscape: Private |
| City of Durango, Colorado | In-kind contribution | $16,000.00 | WUI thinning and slash work project completing 6 acres of treatment | Other lands within CFLRP landscape: City of Durango |
| Colorado Parks and Wildlife Department | In-kind contribution | $105,000.00 | Mechanical thinning project on the Perins Peak Wildlife Area | Other lands within CFLRP landscape: State Land |

[1] **Addresses Core Monitoring Question #13**

| Fund Source: Partner Match | In-Kind Contribution or Funding Provided? | Total Estimated Funds/Value for FY22 | Description of CFLRP implementation or monitoring activity | Where activity/item is located or impacted area |
|---|---|---|---|---|
| Montrose Forest Products | In-kind contribution | $2,221,150.57 | Contract to complete thinning and fuels reduction work on multiple sale areas resulting in 734 acres of treatment | National Forest System Lands |
| Montrose Forest Products | In-kind contribution | $1,055,965.34 | Contract to complete thinning and fuels reduction work on multiple sale areas on BLF and Private land resulting in 361 acres of treatment | Other lands within CFLRP landscape: BLM and Private |
| San Juan Mountains Association Forest Ambassadors public education and engagement, resource management | In-kind contribution | $201,850.00 | Volunteer and public engagement programs to complete trail maintenance, hazard tree cleanup and install drainage features | National Forest System Lands and other lands within CFLRP landscape: San Juan Country |
| Pagosa Area Trails Council | In-kind contribution | $86,814.00 | Volunteer and Funds to perform Trail Maintenance and Clear Trails of dead fallen trees | National Forest System Lands |
| San Juan Headwaters Forest Health Partnership | In-kind contribution | $12,000 | Public engagement, education, collaborative coordination, prioritization and project development | National Forest System Lands and other lands within CFLRP landscape: Archuleta County |
| NRCS-Natural Resources Conservation Services | In-kind contribution | $789,146 | 517 acres of restoration of private lands through he EQIP-Environmental Quality Incentive Program | Other lands within CFLRP landscape: Private |
| Dolores Watershed Resilient Forest Collaborative | In-kind contribution | $12,000 | Public engagement, education, collaborative coordination | National Forest System Lands and other lands within CFLRP landscape: Montezuma and Dolores Counties |

| Fund Source: Partner Match | In-Kind Contribution or Funding Provided? | Total Estimated Funds/Value for FY22 | Description of CFLRP implementation or monitoring activity | Where activity/item is located or impacted area |
|---|---|---|---|---|
| COSWAP - Colorado Strategic Wildfire Action Program - workforce grant - SWIFT Crews received funding for La Plata County | In-kind contribution | $37,251 | Roadside clearing in La Plata County subdivision Vista de Oro | Other lands within CFLRP landscape: La Plata County |
| COSWAP - Colorado Strategic Wildfire Action Program - workforce grant - Southwest Conservation Corps & contributions from La Plata County and Durango Fire | In-kind contribution | $113,850 | Fuels mitigation on La Plata County parcel at Edgemont Highlands community | Other lands within CFLRP landscape: La Plata County |
| TOTALS | Total In-Kind Contributions: $5,361,804.83 | | | |

Total partner in-kind contributions for implementation and monitoring of a CFLR project across all lands within the CFLRP landscape.

### Goods for Services Match

Service work accomplishment through goods-for services funding within a stewardship contract (for contracts awarded in FY22)

Total revised non-monetary credit limit for contracts awarded in FY22: $ 297,734

Revenue generated through Good Neighbor Agreements

Zwicker GNA Sale 180 acres of treatment: $42,000

"Revised non-monetary credit limit" should be the amount in the "Progress Report for Stewardship Credits, Integrated Resources Contracts or Agreements" as of September 30. Additional information on the Progress Reports available in CFLRP Annual Report Instructions. "Revenue generated from GNA" should only be reported for CFLRP match if the funds are intended to be spent within the CFLRP project area for work in line with the CFLRP proposal and work plan.

## 3. Activities on the Ground

FY 2022 Agency Performance Measure Accomplishments[2] - Units accomplished should match the accomplishments recorded in the Databases of Record. Please note any discrepancies.

| Core Restoration Treatments | Agency Performance Measure | NFS Acres | Non-NFS Acres | Total Acres |
|---|---|---|---|---|
| Hazardous Fuels Reduction (acres) outside the Wildland Urban Interface - COMPLETED | FP-FUELS-NON-WUI-CMPLT (reported in FACTS) [4] | 0 | 0 | 0 |
| Hazardous Fuels Reduction (acres) in the Wildland Urban Interface - COMPLETED | FP-FUELS-WUI-CMPLT (reported in FACTS)[3] | 0 | 1,136.1 | 1,136.1 |
| Hazardous Fuels Reduction (acres) in the Wildland Urban Interface* | FP-FUELS-WUI (reported in FACTS)[4] | 12,524.6 | 0 | 12,524.6 |
| Hazardous Fuels Reduction (acres) outside the Wildland Urban Interface* | FP-FUELS-NON-WUI (reported in FACTS) [3] | 149.4 | 706 | 855.4 |
| Prescribed Fire (acres)* | Activity component of FP-FUELS-ALL (reported in FACTS) | 0 | 0 | 0 |
| Wildfire Risk Mitigation Outcomes - Acres treated to mitigate wildfire risk | FP-FUELS-ALL-MIT-NFS (reported in FACTS) | 0 | 0 | 0 |
| Invasive Species Treatments (acres) - Noxious weeds and invasive plants | INVPLT-NXWD-FED-AC (reported in FACTS)[3] | 542.8 | 0 | 0 |
| Invasive Species Treatments (acres) - Noxious weeds and invasive plants - COMPLETED | INVPLT-NXWD-FED-AC-CMPLT (reported in FACTS)[4] | 542.8 | 0 | 0 |
| Invasive Species Treatments (acres) - Terrestrial and aquatic species | INVSPE-TERR-FED-AC (reported in FACTS)[35] | 0 | 0 | 0 |
| Invasive Species Treatments (acres) - Terrestrial and aquatic species - COMPLETED | INVSPE-TERR-FED-AC- CMPLT (reported in FACTS)[46] | 0 | 0 | 0 |
| Road Decommissioning (Unauthorized Road) (miles) | RD-DECOM-NON-SYS (Roads reporting) | 0 | 0 | 0 |
| Road Decommissioning (National Forest System Road) (miles) | RD-DECOM-SYS (Roads reporting) | 0 | 0 | 0 |
| Road Improvement (High Clearance) (miles) | RD-HC-IMP-MI (Roads reporting) | 0 | 0 | 0 |

[2] This question helps track progress towards the CFLRP projects lifetime goals outlined in your CFLRP Proposal & Work Plan. Adapt table as needed.

[3] New Agency measure reported in FACTS when completed

[4] For service contracts, the date accomplished is the date of contract award. For Force Account, the date accomplished is the date the work is completed

[53] For service contracts, the date accomplished is the date of contract award. For Force Account, the date accomplished is the date the work is completed

[4] New Agency measure reported in FACTS when completed

| Core Restoration Treatments | Agency Performance Measure | NFS Acres | Non-NFS Acres | Total Acres |
|---|---|---|---|---|
| Road Improvement (Passenger Car System) (miles) | RD-PC-IMP-MI (Roads reporting) | 0 | 0 | 0 |
| Road Maintenance (High Clearance) (miles) | RD-HC-MAINT-MI (Roads reporting) | 0 | 0 | 0 |
| Road Maintenance (Passenger Car System) (miles) | RD-PC-MAINT-MI (Roads reporting) | 0 | 0 | 0 |
| Trail Improvement (miles) | TL-IMP-STD (Trails reporting) | 3.4 | 0 | 0 |
| Trail Maintenance (miles) | TL-MAINT-STD (Trails reporting) | 473.9 | 0 | 0 |
| Wildlife Habitat Restoration (acres)* | HBT-ENH-TERR (reported in WIT) | 0.72 | 0 | 0 |
| Stream Crossings Mitigated (i.e. AOPs) (number) | STRM-CROS-MITG-STD (reported in WIT) | 0 | 0 | 0 |
| Stream Habitat Enhanced (miles) | HBT-ENH-STRM (reported in WIT) | 2.3 | 0 | 0 |
| Lake Habitat Enhanced (acres) | HBT-ENH-LAK (reported in WIT) | 4,335 | 0 | 0 |
| Water or Soil Resources Protected, Maintained, or Improved (acres) | S&W-RSRC-IMP (reported in WIT) | 0 | 0 | 0 |
| Stand Improvement (acres) | FOR-VEG-IMP (reported in FACTS) | 49.8 | 0 | 0 |
| Reforestation and revegetation (acres) | FOR-VEG-EST (reported in FACTS) | 289 | 0 | 0 |
| Forests treated using timber sales (acres) | TMBR-SALES-TRT-AC (reported in FACTS) | 99.6 | 0 | 0 |
| Rangeland Vegetation Improvement (acres) | RG-VEG-IMP (reported in FACTS) | 0 | 0 | 0 |

**Is there any background or context you would like to provide regarding the information reported in the table above?**

Funding for the SW CO CFLRP was received late in FY22. Many of the core restoration treatments were not able to be recorded in the databases of record before agency deadlines or funding was not properly recorded as a CFLR project. For example, the following road work was accomplished on the ground but was not reported by the October 1 deadline, and therefore does not appear in the table above:

- High clearance road improvement: 28.06 miles
- Passenger car road improvement: 16.4 miles
- High clearance road maintenance: 50.8 miles
- Passenger car road maintenance: 345.8 miles

In addition, several projects on private land, or on partner land, were completed but were not able to be verified prior to the accomplishment reporting deadline. The forest has spent considerable time and effort to correct these measures for the upcoming fiscal year and plans to update data sheets and databases of record on a quarterly basis in out years.

The following items were completed in FY22:

- 1,136 acres of Private land WUI acres treated
- 218 homes protected by thinning for defensible space
- 5 stewardship management plans written for private land ranches totaling 640 acres
- 1 GNA agreement executed on 180 acres with 5,400 CCF of timber volume
- 1 state/tribal land contract executed with the Ute Mountain Ute Tribe treating 69 acres
- MCH pheromone application completed on private and federal land - 85 acres treated
- COSWAP funding used to treat 50 acres of private land
- 241 acres of BLM treated through a timber sale contract
- 120 acres of private land treated through a timber sale contract
- 40 acres of mechanical treatment on the Perins Peak State Wildlife Area in conjunction with Colorado Parks and Wildlife
- 15 separate trails systems cleared off down logs, erosion control established & trash cleared




*Planned projects for SW CO CFLRP funding for FY23*




*San Juan NF Forest Plan priority areas in relation to CFLRP boundaries*

**Reflecting on treatments implemented in FY22, if/how has your CFLRP project aligned with other efforts to accomplish work at landscape scales?**

The SW CO CFLRP made considerable accomplishments with a short funding year in 2022, a pause on prescribed burning throughout most of the summer, and challenges with hiring and personnel shortages. This year, the SW CO CFLRP brought together numerous partners and pieced together a diversity of funding sources in support of cooperative and collaborative efforts that enabled us to leverage CFLRP dollars with monies from the RMRI, COSWAP, FRWRM, RESTORE, CAFA and others. These programs, initiatives, and funding sources, in conjunction with our partners and willing landowners, permitted us to make 2022 a successful beginning year for our CFLRP.

Working across boundaries to restore forests/watersheds and associated habitat, reduce wildfire risk to communities, and enhance social/ecological resilience is a core element to collaborative efforts in SW Colorado. The SW CO CFLRP is an important component to restoring resilient ecosystems of SJNF lands and works in tandem with other efforts and initiatives on USFS, BLM, state, municipal, Tribal, and private lands. Stitching these efforts together across all lands is a core goal of the three place-based collaboratives identified in the proposal and named in the SW CO CFLR charter: the SJHFHP, 4Rivers, and DWRF. Cross-boundary initiatives and projects span portions of the CFLRP landscape, are closely linked with the collaboratives and CFLRP, yet are distinct. Descriptions of these projects/initiatives and coordination successes/challenges are below.

- SW Colorado RMRI
  - The proposal for RMRI was developed around the same time as the proposal for the SW CO CFLRP and the two programs were intended to complement one another.
  - RMRI has brought valuable resources to SW Colorado for on-the-ground projects, planning, and cross-boundary prioritization. This includes project match for CFLRP, criteria that the SJNF used to help inform FY22 projects, and RMRI prioritization efforts will likely be incorporated into future CFLRP project prioritization in some capacity (this is currently being developed).
  - Challenges to RMRI/CFLRP coordination
    - The two programs have different boundaries. The Pagosa Ranger District is excluded from the RMRI landscape, meaning there are differing opportunities/expectations for coordination across the SJNF.
    - Continuing to clarify how the governing structures for each program integrate with one another and enabling the structures to work together successfully will require a significant amount of coordination and communication.
- COSWAP - Landscape Resilience Investments
  - There are two landscape-scale programs funded in 2022 through the Colorado Department of Natural Resources - one managed by La Plata County and another managed by the Mancos Conservation District in Montezuma County. These programs are specifically focused on reducing wildfire risk to communities and critical infrastructure on private lands. These three-year programs will support private lands thinning, egress clearing, defensible space, and pile burning that will complement CFLRP efforts to restore fire adapted ecosystems.
- RESTORE - Drought and Climate Resilience Pilot Projects in the Mancos watershed
  - Projects in the Mancos watershed were built through existing relationships between private landowners, non-profits, local government, Tribal partners and the National Park Service. A watershed approach to restoration for climate resilience ties stakeholders together, from the top to the bottom of the watershed and across land ownerships and uses. The primary focus on these pilot projects is to address climate and drought related threats to native fish in the watershed. Main projects include diversion structure improvement and process based riparian restoration. The planned and current work in the Mancos watershed exemplifies landscape-scale restoration with a watershed focus.

Additionally, the Rio Chama CFLRP landscape is adjacent to the SW CO CFLRP to the south and east. Many partners likely to play a key role in planning, implementation, and monitoring of the SW CO CFLRP will also serve in similar capacities for the Rio Chama CFLRP, making it important to closely consider staff and partner capacity. These two CFLRP landscapes, and the RMRI footprint, are inextricably connected socially, economically, and ecologically, so closely coordinating these efforts will be key to engendering desired outcomes identified by all of these landscape-scale initiatives. Collaborative stakeholders and Agency partners will work together to align efforts at the landscape-scale while also aligning efforts undertaken and values articulated by place-based forest and watershed collaboratives in the SW CO CFLRP geography. One key component of this effort will be continuing to identify, refine, and pursue priority projects that support desired CFLRP outcomes through the use of standardized criteria, which are still under development. Prioritization work and processes underway in the near term will inform implementation of co-developed, cross-boundary priority projects as the SW CO CFLRP moves into years 3-10.

Numerous partners and private entities contributed to this success of the CFLRP in 2022 including, but not limited to:

- Wildfire Adapted Partnership
- Natural Resources Conservation Service
- Mountain Studies Institute
- Colorado Parks and Wildlife
- Colorado State Forest Service
- Ute Mountain Ute Tribe
- San Juan Mountains Association
- Falls Creek Ranch HOA
- Dolores Watershed Resilient Forest Collaborative
- Fort Lewis College
- Upper Pine Fire Department
- Southwest Conservation Corps
- City of Durango
- La Plata, Archuleta, and Montezuma Counties
- Colorado State Land Board
- Montrose Forest Products
- Four Rivers Resilient Forest Collaborative
- National Wild Turkey Foundation
- Mancos Conservation District
- San Juan Headwaters Forest Health Partnership




*There are numerous landscape scale initiatives within the SW CO CFLRP project area. Many of these focus on private lands in the wildland urban interface, contributing to the all-lands goals of the CFLRP.*

## 4. Restoring Fire-Adapted Landscapes and Reducing Hazardous Fuels

**Narrative Overview of Treatments Completed in FY22 to restore fire-adapted landscapes and reduce hazardous fuels, including data on whether your project has expanded the pace and/or scale of treatments over time, and if so, how you've accomplished that – what were the key enabling factors?**

The San Juan National Forest (SJNF) spent $1.7 million of CFLRP funds in FY22 completing contracts and agreements key to meeting goals of the Southwest CFLRP. Treatments included a range of projects from road work critical to future restoration projects on the forest to archaeological clearances needed for implementation, invasive weed treatments, instream fisheries work, outreach, public education, and monitoring work. Several thinning and forest restoration projects with critical habitat improvement objectives were also funded. Nearly $1.4 million in matching funds were expended on additional forest restoration projects amounting to 2,029 acres of treatments including invasive weeds word, cultural clearances, and several trails improvement projects. Partners contributed approximately $5.4 million of

"in kind" funding to support coordination, landscape planning, CFLRP governance development, education, public outreach, partner relationship building, treatment of 1,497 acres of private land WUI treatments in priority PODS, and 283 acres of restoration work in non-WUI landscapes.

**How was this area prioritized for treatment? What kinds of information, input, and/or analyses were used to prioritize? Were the treatments in proximity to a highly valued resource like a community, a WUI area, communications site, campground, etc.?**

This funding was awarded late in the fiscal year and project evaluation criteria has yet to be fully developed by SW CO CFLRP committees. For 2022, the SJNF led project selection, prioritizing activities based on projects identified within the CFLRP proposal, RMRI PODs prioritization process, and previously completed NEPA in areas on suitable and operable ground with the necessary infrastructure needed for access. A history of collaborative project development in Southwest Colorado has set up many current SJNF led projects for success within the CFLRP framework.

Treatment prioritization by type and geography will be science-based and informed by local knowledge and community needs, and the beneficial outcomes outlined in the Desired Conditions and Strategy section of the Tier Two proposal. Prioritization processes specific to the CFLRP are actively in development and will be based on evaluation criteria and collaboratively developed desired conditions. The monitoring plan will align with these processes and collaboratively-identified priority treatment areas. Current prioritization processes of the three place-based collaboratives named in the Tier Two proposal have given us an excellent head start and informed some of the prioritized work planned earlier in the 10-year time horizon. Similarly, desired conditions articulated by these groups will inform the refinement of desired conditions for the full CFLRP. Map products will display priority treatment areas and help with co-development of outyear projects as the ten-year CFLRP timeline advances. Once fully realized, prioritization processes will inform the development of new maps that will be updated and refined from the map in the Tier Two proposal.

Based on the governance structure developed for the CFLRP, existing tools will be evaluated and applied where appropriate to project prioritization. The priorities of place-based collaboratives in the geography will complement these tools and support identification of projects with the greatest benefit in line with the Tier 2 proposal. Evaluation criteria for CFLRP project recommendations are currently being ironed out. In addition to the existing prioritization tools, project-wide desired future conditions (DFCs) will inform project prioritization, and we are seeking better tools and resources to incorporate socioeconomic dynamics into planning and recommendations for management action.

The CFLRP's ecological restoration will benefit outcomes of resilient upland vegetation communities, watershed function, old-growth retention and expansion, diverse wildlife habitat, and a well-maintained strategic transportation system (roads and trails). Existing tools and assessments available to be used as part of prioritization processes include, but are not limited to:

- Local prioritization activities on all lands conducted by place-based collaboratives
- Community risk assessments - CWPPs, La Plata Co. CPAW, etc.
- Southwest Colorado RMRI PODs (potential operational delineations) prioritization
- Stream Management Plans/Watershed Condition Framework
- Habitat assessments
- HVRAs – SJNF; DWRF Collaborative; Wildfire and Watershed Protection Fund

- Colorado Forest Action Plan
- Desired conditions documents developed by place-based collaboratives

**What did you learn about the interaction between treatment prioritization, scale, and cost reduction, and/or what didn't work?**

In the first few months of the SW CO CFLRP, the use of larger contracts and the length of time allowed to complete the work directly impacted bid prices and minimized operating restrictions like wildlife timing, road access and recreational restrictions. Project location and ease of access, as well as accepted methods for managing slash factor greatly into project costs. Required removal of sawlog material or non-saw material also limits the number of bidders and can drive up project costs. Aside from contract design and geographic factors, costs of completing mechanical and hand thinning operations have increased steadily since 2019, likely due to inflation in addition to local capacity of loggers, crews and out of state contractors.

As more projects are pursued by the SW CO CFLRP in FY23, land managers and partners will continue to explore these dynamics, along with others related to prioritization, scale, and cost.

**Based on observations, tracking, and/or dialogue, what (if any) actions or changes are you considering to better advance towards your desired goals?**

CFLRP partners have already begun to create a more comprehensive tracking process for capturing progress towards desired goals for 2023 and beyond. The SJNF intends to start with the work plan process and identify CFLRP and matching projects in the year prior to the start of implementation, so employees are clear on the intent and requirements of CFLRP projects. This will make tracking and accomplishment reporting easier, and we will aim to update reporting information quarterly. SW CO CFLRP partners are also in the process of developing DFCs and a monitoring plan for use in 2023 and beyond. This process is being led by two committees identified in the SW CO CFLRP governance structure, the projects and places and science and monitoring committees. DFCs are intended to provide clearer direction for those serving on CFLRP committees responsible for vetting projects identified by place-based collaborative groups in the geography for alignment with CFLRP goals.

As the SW CO CFLRP progresses, projects co-developed by Agency and collaborative partners will be planned, implemented, and monitored. The governance structure for the SW CO CFLRP is also very new, and the charter that guides it will be evaluated annually for effectiveness. The functionality of the SW CO CFLRP governance structure and its evolving relationship to the leadership structure of the RMRI will also play a key role in project planning, leveraging and match opportunities, and effective implementation and monitoring of projects in the landscape.

## If a wildfire interacted with a previously treated area within the CFLRP boundary:

The Plumtaw Fire interacted with a previously treated area in the CFLRP boundary on the Pagosa Ranger District in the spring of 2022. A hazardous fuels treatment completed along a PODS boundary via a CE provided added decision space for responders to the Plumtaw Fire. The treatment was used as an anchor point for a tactical burnout operation. Hazardous fuels treatment completed in 2021 and previous fuels reduction treatments in the fourmile drainage completed between 2015 and 2017 were identified by collaborative partners and Agency participants in the SJHFHP as

strategic for reducing wildfire risk to the Pagosa Springs community and for protecting the fourmile watershed and water conveyance structures managed by a local water utility.

The Forest Service, however, did not complete the FTEM monitoring report for this fire area. Future wildfires that coincide with CFLRP projects will be assessed with the FTEM monitoring protocol.

**FROM FTEM (can be copied/summarized): Did the wildfire behavior change after the fire entered the treatment?** A hazardous fuels treatment completed along a PODS boundary via a CE provided added decision space for responders to the Plumtaw Fire.

**FROM FTEM (can be copied/summarized): Did the treatment contribute to the control and/or management of the wildfire?** Yes. The treatment was used as an anchor point for a tactical burnout operation.

**FROM FTEM (can be copied/summarized): Was the treatment strategically located to affect the behavior of a future wildfire?** Yes, both a hazardous fuels treatment completed in 2021 and previous fuels reduction treatments in the fourmile drainage completed between 2015 and 2017 were identified by collaborative partners and Agency participants in the SJHFHP as strategic for reducing wildfire risk to the Pagosa Springs community and for protecting the fourmile watershed and water conveyance structures managed by a local water utility.

**Please describe if/how partners or community members engaged in the planning or implementation of the relevant fuels treatment. Did treatments include coordinated efforts on other federal, tribal, state, private, etc. lands?** The SJHFHP was heavily engaged in the planning and implementation of the hazardous fuels treatment along Fourmile road that served as a tactical opportunity for managers of the Plumtaw Fire. Although the fire did not burn through or over additional fuels treatments in the fourmile drainage, SJHFHP partners also supported planning and implementation of fuels reduction work on nearby public and adjacent private lands between 2015 and 2017. This work was supported largely by Joint Chiefs funding and aimed to reduce the threat of wildfire to residents and improve wildlife habitat. Similar to the hazardous fuels reduction treatment completed in 2021, another goal of the Joint Chiefs was to reduce fuels around the Dutton Pipeline, a key water conveyance structure for the town of Pagosa Springs, and in the watershed above and around the pipeline.

**What resource values were you and your partners concerned with protecting or enhancing? Did the treatments help to address these value concerns?** The primary resource values of concern to the SJHFHP and USFS were watershed resources, water infrastructure, and private land/homes. The hazardous fuels treatment along the fourmile road did help address these value concerns during the Plumtaw Fire event by creating increased decision space for fire managers and responders.

**How are planned treatments affected by the fire over the rest of the project? Was there any resource benefit from the fire that was accomplished within the CFLRP footprint or is complementary to planned activities**? No planned CFLRP treatments were impacted by this fire.

**What is your key takeaway from this event – what would you have done differently? What elements will you continue to apply in the future?** This event highlighted the importance of collaboratively prioritized treatments and involvement of many different kinds of resource managers in and outside the Agency in identifying areas of treatment need. It was during a collaborative field trip in 2019 that municipal water managers and USFS partners identified the need for a

hazardous fuels treatment that could play a key role in protecting water intakes and infrastructure in the event of a wildfire in the Fourmile drainage, a reality that proved out, with the help of cooperative weather, fire behavior and fuel conditions, during the Plumtaw. The event also demonstrated the importance of PODS planning and applications during a fire. More information about key takeaways can be accessed via the Rapid Lesson Sharing document "Plumtaw Fire Use of Potential Operational Delineations and Risk Management Assistance Products."




*Fourmile Fuels Treatment*




*Plumtaw Fire footprint*



*Plumtaw Fire from Pagosa Springs, CO on 5/17/22*



*Partners tour the Plumtaw burn scar 9/30/22*

### FY22 Wildfire/Hazardous Fuels Expenditures

| Category | Cost |
|---|---|
| FY22 Wildfire Preparedness* | $ 3,570,965 |
| FY22 Wildfire Suppression** | $10,390,200.12 |
| FY22 Hazardous Fuels Treatment Costs (CFLN, CFIX) | $ 347,743 |
| FY22 Hazardous Fuels Treatment Costs (other BLIs) | $ 140,000 |

* Include base salaries, training, and resource costs borne by the unit(s) that sponsors the CFLRP project. If costs are directly applicable to the project landscape, describe full costs. If costs are borne at the unit level(s), describe what proportions of the costs apply to the project landscape. This may be as simple as Total Costs X (Landscape Acres/Unit Acres).

** Include emergency fire suppression and BAER within the project landscape.

**How may the treatments that were implemented contribute to reducing fire costs?** If you have seen a reduction in fire suppression costs over time, please include that here. (If not relevant for this year, note “N/A”)

Though some of the contracts are being implemented in the fall of 2022 we have not experienced any wildfires in the contracted harvest areas, which would likely lead to a reduction in suppression costs. The SJNF was able to award seven contracts with CFLRP or matching dollars in FY22 that will treat 9,568 acres of Ponderosa Pine. The contracts awarded are mostly concentrated on the west side of the CFLRP geography, in a high recreational use area. The contracts are already being implemented. Work underway involves reducing stand densities, removing ladder fuels, minimizing

interlocking crowns and reducing the understory oak component. This reduction in fuel loading will accomplish two goals: reducing the potential of human caused fires in high use areas on the landscape and decreasing potential spread of those fires. These treatments will also allow fire managers the ability to manage natural ignitions in the project area for resource benefit.

Though not the only forest type in the CFLR geography, the Ponderosa pine belt on the SJNF covers nearly 120,000 acres of contiguous pine. These virgin pine stands were harvested between 1927 and 1942 leaving current land managers with a second growth of densely stocked pine stands with an average diameter of 16" and a Basal Area of 120 Sq/ft an acre in many cases. Current treatments will give fire managers an opportunity to re-introduce fire to this fire adapted landscape where it has previously been too dense to use this management tool safely. These factors are likely to contribute to reduced undesirable fire effects in the event of a future wildfire in the project area.

## 5. Additional Ecological Goals

**Narrative Overview of Treatments Completed in FY22 to achieve ecological goals outlined in your CFLRP proposal and work plan. This may include, and isn't limited to, activities related to habitat enhancement, invasives, and watershed conditions.**

Projects completed in 2022 concentrated on forest thinning operations, habitat improvement, invasive weeds treatments and infrastructure/road work. Contracts awarded prior to the arrival of CFLRP funding made up the bulk of work completed in 2022.

The restoration objectives of this CFLRP proposal focus on supporting and enhancing landscape resilience and ecological function. Upland vegetation communities are to have forested ecosystems resilient to a diverse array of disturbances. By restoring resiliency, dynamic processes including fire, nutrient cycling, and natural forest regeneration will occur in ways that support long-term landscape-scale ecosystem function and watershed health. Mechanical treatments and prescribed fire will be combined to recreate conditions that more closely resemble resilient upland ecosystem function. By limiting erosion from uncharacteristic disturbances through ecological restoration, this strategy will help create more resilient watershed function. Invasive species management is also a component of the strategy, addressing current and preventing future infestations through integrated pest management and focused herbicide application in critical areas.

Specific wildlife habitat improvement treatments will occur to improve forage and habitat complexity. Increasing the heterogeneity in stand conditions will support a diversity of habitat and cover types and will maintain connectivity. Additionally, a resilient landscape can provide refugia to critical species. Projects specific to watershed restoration will focus on the removal of invasive species, support of instream habitat, riparian restoration, and the improvement of transportation infrastructure to reduce sedimentation. The SJNF will work towards a dynamic and well-maintained transportation system adequate for safe and efficient co-mingled administrative use and public access

Invasive weed treatments are conducted in the project area annually through force accounts and contractors. Treatment areas are prioritized by the highest concentration of noxious weeds and in areas where weeds are most likely to spread such as campgrounds, roadsides, timber sales and dispersed campsites. Though no treatments were funded by CFLRP or matching funds in 2022, treatment of nearly 1,200 acres did occur on the landscape. The continued treatment of invasive weeds improves watershed function and the promotion of native grasses and forbs critical for wildlife and range species.

Habitat treatment completed in the project area focused on instream fisheries work and upland game habitat improvement via forest thinning operations. Installation of one fish barrier isolated native San Juan Lineage Cutthroat trout, a critical action for restoration of this species in the San Juan Mountains. An additional contract was funded to design and install a fish barrier in 2023. Upland game habitat work consisting of forest thinning and oak mastication occurred on multiple sites across the project area. Reduced oak density increases forage capacity in the pine stands, improves calving and rearing sites and provides additional mast production for turkeys and foraging animals. Oak treatments are specifically designed to provide stand heterogeneity in oak understory species, leaving larger diameter oak for mast production and cavity nesters and improving browse capacity by regenerating oak and other browse species.

Thousands of acres of forest thinning operations supported by previously awarded contracts occurred in the project area in 2022. These treatments aim to create resilient landscapes, reduce insect and disease in the stands, prepare for the reintroduction of fire to the fire-adapted forest types, improve stand heterogeneity, reduce basal area, create conditions for pine regeneration and improve forest ecological function. The areas treated are scattered across the landscape, however the largest concentration of treatment occurred on the west side of CRLR geography, where a pine beetle infestation has impacted stands since 2013. As the project continues to evolve, the intent is to treat across the entire landscape with a focus on pine, in line with objectives outlined in the proposal.

The SW CO CFLRP Charter established six committees to direct the planning, prioritization, funding, implementation, and monitoring of ongoing and future CFLRP efforts. Two committees are working together to develop ecological and socioeconomic goals and project prioritization criteria: 1.) Projects and Places (P&P) Committee to develop evaluation criteria based on CFLRP project-wide desired conditions and the SJNF Land and Resource Management Plan and 2.) Science and Monitoring (S&M) Committee to establish a multi-party monitoring protocol and discuss monitoring results. The Charter also assigned the responsibility of prioritizing and recommending treatment level projects to the three placed-based collaboratives named in the proposal and designates a Coordinating Council made up of committee leads, place-based collaborative representatives, and at large members selected by a board constellation of stakeholders to recommend projects and processes to the SJNF.

## 6. Socioeconomic Goals

### Narrative overview of activities completed in FY22 to achieve socioeconomic goals outlined in your CFLRP proposal and work plan.

Socioeconomic goals for the SW CO CFLRP focus on enhancing community safety to better prepare communities to live with fire; sustaining and enhancing the local forest products and recreation/tourism industries; improving community education on forest resilience, fire ecology, and low impact use; and limiting impacts to ecosystems from increasingly heavy recreation use. Even in our initial year of funding we have made headway in several of these areas through multi-purpose, integrated projects and programs.

### Workforce Capacity

Goals include elevating and enhancing training opportunities with local educational institutions, including middle and high schools, community colleges, and four-year institutions. These training opportunities endeavor to include paid positions that help incorporate internships, early-career jobs and educational training focused on forest ecology, stand

dynamics and silviculture, timber marking, chainsaw training and tree felling and forestry operator and wood product utilization positions. These opportunities will leverage existing programs like The Nature Conservancy's TREX to build expertise in prescribed fire as well as create new training programs to enhance other elements of forest restoration.

Examples from 2022:

- The State Wildland Inmate Fire Crew (SWIFT) began roadside clearing in the Vista de Oro subdivision in 2022, completing 1.2 miles of brush and fuel removal at 20' on both sides of roads. This work increased the number of acres in the landscape protected from fire by fuel break and reduced fuels in a high-risk area.
- The Southwest Conservation Corps (SCC) completed a fuel reduction project on 17 acres of oak and ponderosa pine on land managed by La Plata County in the Edgemont subdivision. SCC participation in the landscape provides opportunities for youth training while reducing fuels in high-risk areas.
- Two internship programs brought nine students and recent graduates to the SJNF in a range of programs and capacities.
  - Six Greening Youth Foundation interns spent their summers on the SJNF in the Rangeland Management Program performing noxious weed control and range improvement projects such as revegetation, seeding and fertilizing. The Greening Youth Foundation, a longtime partner of the SJNF, engages under-represented youth and young adults while connecting them to the outdoors and careers in conservation.
  - The SJNF also partnered with Conservation Legacy's Resource Management Program, which focuses on connecting youth, young adults, and recent era military veterans with conservation service work. Three interns spent 10-12 weeks with the SJNF NF Hydrology, Public Affairs, and Lands programs working on a variety of projects including water sampling, erosion control projects, and initiative-related outreach messaging.

## Community Protection and Wood Utilization

SW Colorado partners have invested substantial time and energy into cross-boundary planning and implementation within the SW CO CFLRP landscape. Programs like the COSWAP, were developed by partners to complete projects that reduce wildfire risk to communities and infrastructure, while also directly tying into recent and upcoming projects on SJNF and BLM lands. While some COSWAP funding was applied on the ground in La Plata County in 2022, a significantly larger portion funded in 2022 will support implementation in 2023 in both La Plata and Montezuma County. In addition to, and integrated with, efforts like COSWAP, Wildfire Adapted Partnership (WAP) - a local organization focused on supporting and advancing private lands wildfire mitigation - is deeply involved with CFLRP governance and other initiatives (RMRI and COSWAP). Within the CFLRP landscape in 2022, WAP completed 141 site assessments, 205 wildfire education meetings/events, and 16,225 reported volunteer hours reported through their Neighborhood Ambassador Program.

Within the SW CO CFLRP landscape, investments by wood product producers have helped increase the pace and scale of processing as well as widen the variety of wood utilization. Since the proposal, firewood and rough-sawn timber have been added to the biomass portfolio by two young companies, and another producer has added a pellet mill to their operation. Additionally, the SJNF kicked off its WFL program, providing firewood for Tribal communities. This developing partnership between the NFF, state agencies, private entities, the Ancestral Lands Conservation Corps and Tribes aims to expand the benefits of forest restoration treatments in the Four Corners region to Tribal communities in need of fuelwood for heating, cooking, and traditional uses. A pilot project on the Dolores District of the SJNF was completed in

2022 and other fuelwood distribution events with Tribal partners are in our future. Local and regional companies are actively engaged in developing markets for products created from wood resources derived from CFLRP and traditional timber projects. These emerging markets include the use of underutilized or undervalued ponderosa pine stock. Our partners' ability to harvest Ponderosa, aspen, and other historically less desirable timber products makes Southwest Colorado's timber industry stand out among its peers.

One example of work connecting Tribal communities with fuelwood resources comes from the Falls Creek Ranch (FCR) subdivision adjacent to the SJNF where Colorado State Forest Service funds have supported direct fire mitigation work by local contractors and allowed for the purchase of equipment including a chipper and Air Curtain Burner. These projects generate more firewood than residents can use, so a relationship has formed with the Navajo Nation's Shiprock Chapter House to transport large loads of logs and rounds to Shiprock for processing. FCR has also provided dozens of free loads of 11' logs to Timber Age Systems, a local startup mass timber producer, for their Ponderosa cross laminated panels. FCR's demonstrated success in building partnerships to increase the amount of defensible space, number of fuel breaks, and total fuels reduction activities in the subdivision has prompted other neighborhood HOAs to tour the area and ask for assistance with educational activities to facilitate similar behavior.

## Sustaining Local Industry

The SJNF has initiated a partnership with the NFF to create a robust investment plan to support recreation in Southwest Colorado. The aim is to knit the recreation economy and recreation-related priorities into land management decisions across land ownerships in the area, specifically in and around the high-use recreation hubs along the Highway 550 corridor and ancillary areas within Columbine Ranger District. Goals include assessing recreation priorities on the Columbine Ranger District and surrounding lands; assessing recreation priorities and planning tools with other agencies and partners; assessing comprehensive recreation issues and cross-boundary solutions (displacement, changes in usage, etc.); and maintaining the economic viability of Southwest Colorado communities through vibrant recreation opportunities, established local industry, and resilience to future disturbances in a way that promotes economic well-being and job creation in the future.

Market conditions and increased landscape prioritization on the SJNF and adjacent lands in recent years has prompted the expansion of local forest products industry. This growth has prompted new employment opportunities, increased equipment purchases by industry partners, and sparked innovation in the forest products sector. Continuing to offer a wide variety of project sizes and contract types, thinking creatively about expanding options for industry communication and on the ground project work, and promoting competition of new forest product players in our markets will be critical to sustaining and growing industry that supports diverse local and regional economies. As the SW CO CFLRP plans and implements work in alignment with project goals, considering where industry partners can contribute to achieving those goals while meeting their business needs will be key.



*Forest Service trail Crew and San Juan Outdoor Club trail volunteers preparing to clear the Leche Creek trail and get recertified for cross cut saw*



*FCR Firewise and Navajo Nation volunteers share a well earned meal*

**Collaboration, Community Education, Awareness, and Engagement**

In the initial stages of accelerated restoration work in the SW CO CFLRP landscape, we realized one of the best ways to raise awareness about the work was to engage with forest visitors in the very areas where they might encounter management activities. The San Juan Mountains Association's (SJMA) Forest Ambassadors program was developed to greet visitors at trailheads, educate them about what they might see during their visit to the forest – and why the work is happening – and to discuss how to responsibly visit sensitive areas. The ambassadors also alert visitors to fire restrictions and provide other timely information. As they engage with the public, the Ambassadors also keep trails in top shape and monitor conditions so the SJNF can better respond to emerging issues. Forest Ambassadors focus outreach on heavy use areas and places where active management activities are occurring. They dramatically increase the presence of staff on public lands and the opportunities to engage with and educate the public. Furthermore, the ambassadors team up with SJMA volunteers who amplify the positive impact of this program.

Community engagement and awareness has also grown in the collaborative forest management realm since receipt of SW CO CFLRP funding. Prior to receipt of CFLRP resources, a high amount of collaborative engagement in SW Colorado has informed and shaped projects on the SJNF. Now, with the support of CFLRP, the frequency and diversity of involvement is slated to grow and even better root management activities in local and regional values. Adherence to the CFLRP Common Monitoring Strategy has prompted SW Colorado partners to engage with the SWERIs to begin developing project-specific collaborative governance survey questions, to be asked of partners every 2-3 years in concert with standardized questions for CFLRPs nation-wide. The questions and survey distribution methods are still under development, and will be employed in 2023.

The CFLRP has also increased coordination and communication among and between collaborative groups named in the original proposal, and prompted new community members and partners to increase their engagement. This growth has increased the extent to which varied perspectives are contributing to management planning that will inform project implementation and monitoring to a greater and greater degree as the project progresses. The SW CO CFLRP charter also prompted the formation of a communication committee that will generate messaging and support SJNF

communications about CFLRP projects and programs from a collaborative perspective. This committee is still in its infancy, but significant amounts of planning will contribute to effective messaging to various local, regional, and national audiences in 2023 and beyond.

## Addressing Increasing Recreation Use and Impacts

There is at least one project on each of the three districts of the SJNF being planned to address increasing recreation use pressure and impacts. Through careful planning, these multi-purpose, integrated projects can serve the needs of local forest users and visitors, while supporting the ecological and socioeconomic goals of the SW CO CFLR. Projects currently in development or implementation stages include:

Boggy Draw - The Boggy Draw project on the Dolores Ranger District originated from local concerns about the impacts from timber and fuels management operations on a highly valued local recreation area. Improvements to directly mitigate these impacts will include non-motorized trail reroutes, and additional work includes modified parking lots, two new bathrooms, and improvements to the Boggy Draw motorized trail. The Mancos Trail Group and the Southwest Colorado Cycling Association continue to partner on volunteer projects to support this effort with well over 5000 volunteer hours.

Junction Creek and Falls Creek - Junction Creek and Falls Creek, two of the most heavily visited recreation spots within the Columbine Ranger District and entire CFLRP landscape, flank the west side of Durango, and are therefore adjacent to important vegetation management work happening within the WUI. Addressing the area's recreation needs will be critical to sustain the health of this watershed, as well as creating and maintaining local support for overlapping fuels and vegetation management. In FY22, cultural surveys were conducted in these areas to assist in the future designation of a non-motorized trail system that avoids cultural resources and creates more sustainable trails that meet the needs of users in this area. The USFS contracted with local firewood business Stateline Firewood to remove decked material around some of the most popular existing trails, with some of the material going to the Wood for Life program.

Jackson Mountain - The Jackson Mountain Project has been in development on the Pagosa Ranger District for a number of years, with extensive collaborative engagement and direction via the local place-based collaborative, the SJHFHP, including a number of tours and various public outreach events and forums. Jackson Mountain is already an actively managed landscape where stewardship contracting has occurred for over 10 years, a long-range climate study is being pursued through the national Adaptive Silviculture for Climate Change project, and partners are monitoring bird populations through a community monitoring program designed by local Audubon Rockies chapter volunteers. In addition to these activities, active grazing leases, heavy recreational use, prime habitat for large game species, adjacency to private land, and proximity to the town of Pagosa Springs proper make this landscape a priority. Partners are currently engaged in discussions related to the impending release of a new Jackson Mountain EA for formal scoping, but are also striving to contextualize these new proposed actions in previous and ongoing management in the area.

An example of partners working together to address recreation needs is the successful partnership between the Pagosa Area Trails Council, Southwest Conservation Corps and SJNF's Pagosa Ranger District. Together, these partners cleared 5,120 trees from 411 miles of trail in 2022 improving the safety and accessibility of trails in an area heavily affected by a spruce beetle outbreak. Funds for this Clear the Trails came from contributions from local volunteers, businesses, non-profit organizations and local governments, with $148,663 in grant funds coming from a Colorado Parks and Wildlife 2022 trails grant. The Pagosa Area Trails Council provided a $32,337 cash donation, a $124,935 in-kind volunteer contribution. The project has also provided for many youth jobs through the involvement of Southwest Conservation Corps. 4,006 hours were logged in 2022 in the Clear the Trails Project.

**Results from the Treatment for Restoration Economic Analysis Toolkit (TREAT).** For guidance, training, and resources, see materials on Restoration Economics SharePoint.[7] After submitting your data entry form to the Forest Service Washington Office Economist Team, they will provide the analysis results needed to respond to the following prompts.

Percent of funding that stayed within the local impact area: 100%

**Contract Funding Distributions Table ("Full Project Details" Tab):**

| Description | Project Percent |
|---|---|
| Equipment intensive work | 82% |
| Labor-intensive work | 1% |
| Material-intensive work | 4% |
| Technical services | 9% |
| Professional services | 2% |
| Contracted Monitoring | 2% |
| TOTALS: | 100% |

**Modeled Jobs Supported/Maintained (CFLRP and matching funding):**

| Jobs Supported/Maintained in FY 2022 | Direct Jobs (Full & Part-Time) | Total Jobs (Full & Part-Time) | Direct Labor Income | Total Labor Income |
|---|---|---|---|---|
| Timber harvesting component | 14 | 18 | $663,079 | $875,594 |
| Forest and watershed restoration component | 41 | 75 | $1,695,161 | $2,929,851 |
| Mill processing component | 8 | 19 | $253,705 | $465,762 |
| Implementation and monitoring | 10 | 10 | $136,628 | $155,882 |
| Other Project Activities | 3 | 4 | $81,826 | $120,893 |
| TOTALS: | 76 | 126 | 2,830,399 | 4,547,981 |

**Were there any assumptions you needed to make in your TREAT data entry you would like to note here? to what extent do the TREAT results align with your observations or other monitoring on the ground?** There are no extenuating assumptions in the TREAT data other than the funding for this CFLRP was completed late in the fiscal year which dictated the forest to select shovel ready projects only. The TREAT results displayed are in line with the local with impacts seen in relation to the economic effects to our local communities.

**Please provide a brief description of the local businesses that benefited from CFLRP related contracts and agreements, including characteristics such as tribally-owned firms, veteran-owned firms, women-owned firms, minority-owned firms, and business size.[8] For resources, see materials here (external Box folder).**

A majority of the funding in this fiscal year was spent on thinning and restoration projects on the forest. All of the mills that purchase timber on the forest are locally owned, micro (1-10 employees), small (11-49 employees), and medium (50-249 employees) sized businesses, and one is minority-owned. This is in addition to the laborers and subsidiary

[7] Addresses Core Monitoring Question #7

[8] Addresses Core Monitoring Question #8

businesses that provide support for the industry. A small, women-owned business had two major contracts for road reconstruction and surfacing. A women-owned firm and local business provides forest archeology support, several small businesses combined to provide the monitoring and technical support needed, and minority owned businesses are heavily involved in much of the labor and equipment intensive work. In addition to these businesses, we have 8 local, small and micro sized non-profit organizations performing a variety of services on behalf of CFLRP, as well as an agreement with the Navajo Nation to support the Wood for Life program.

## 7. Wood Products Utilization

### Timber & Biomass Volume Table[9]

| Performance Measure | Unit of measure | Total Units Accomplished |
|---|---|---|
| Volume of Timber Harvested TMBR-VOL-HVST | CCF | 4,256 (0 captured in gPAS) |
| Volume of timber sold TMBR-VOL-SLD | CCF | 51,722 (0 captured in gPAS) |
| Green tons from small diameter and low value trees removed from NFS lands and made available for bio-energy production BIO-NRG | Green tons | 0 |

**Reviewing the data above, do you have additional data sources or descriptions to add in terms of wood product utilization (for example, work on non-National Forest System lands not included in the table)?**

The project area did have two small timber sales that were completed on private lands totaling 140 acres and 500 CCF of volume and one project on BLM lands totaling 241 acres and 850 CCF of volume. The volume from the BLM sale and most of the private land volume was hauled and processed by Montrose Forest Products in Montrose Colorado. The forest also has one operation that has previously taken small diameter timber with the intent of making biochar, this company is not yet operational but is expected to come online in 2023. A new pellet plant located in Mancos Colorado is nearing completion and will be operational in 2023 producing 6 tons of pellets an hour. This operation will use mostly wood waste produced by the Aspen Wall Wood company, however the forest expects the pellet plant to begin taking small diameter timber and slash in future years. Finally, the forest has also begun sending small diameter timber to Arizona as part of the WFL Program which provides firewood to several Navajo Tribal Chapters for heating and cooking purposes.

The forest began rapid expansion of treatment acres in 2019 when it was awarded the RMRI. The RMRI project, in conjunction with the Southwest CFLRP, has expanded the scope and pace of restoration activities in the priority landscape. These two funding sources have directly influenced expansion of local milling operations in the area. In addition to the expansion of the largest mill located in Montrose Colorado local loggers have expanded with the addition of three small mills, a new pellet plant and the growth of one former mill in the area. Additionally, La Plata County hosted two meetings and information sessions with a focus on growing local capacity in the fire mitigation and fuels treatment sectors. Anecdotally, local tree service companies are investing in equipment to expand services into the fuels reduction area. Expansion of the WFL program has increased the quantity of materials from the CFLRP project area being transported to regional Tribal and Indigenous communities. Two large WUI subdivisions, Edgemont Highlands and

[9] Addresses Core Monitoring Question #10

Falls Creek Ranch have made use of funding from CFLRP backed initiatives to increase scope and scale of treatments on HOA administered lands. The treatment companies working on behalf of those subdivisions have in turn been able to invest capital in new and expanded equipment such as trucks and implements. Primary factors contributing to these expansions include a steady supply of raw materials, improved road systems for hauling and removal of products, increased local markets for fuelwood, small manufacturing plants, and the use for traditional southwest building supplies such as vigas. Forest byproducts such as chip, bark and sawdust are being used to support the carbon needs and expansion of local commercial composting operations. Local businesses have taken note of the CFLRP funded projects and are cautiously adding capacity to support projects and utilize materials from public and private lands.

## 8. Collaboration

**Please include an up-to-date list of the core members of your collaborative if it has changed from your proposal/work plan (if it has not changed, note below).[10] For detailed guidance and resources, see materials here. Please document changes using the template from the CFLRP proposal and upload to Box. Briefly summarize and describe changes below.**

The uploaded collaborative member list has a small number of additions and updates to SJNF employee roles compared with the list submitted for the Work Plan. There are no major or substantive changes to the list of core members of the SW CO CFLRP collaborative effort or to the stakeholder groups represented.

## 9. Monitoring Process

**Briefly describe your current status in terms of developing, refining, implementing, and/or reevaluating your CFLRP monitoring plan and multiparty monitoring process.**

The SW CO CFLRP governance structure established a Science and Monitoring Committee to develop a multi-party monitoring plan anchored in the 13 WO core indicators and a set of collaboratively developed desired conditions.

Currently, the Coordinating Council has tasked the Project and Places Committee and the Science and Monitoring Committee with drafting an expanded set of project-wide desired conditions. The Coordinating Council hopes to adopt the expanded set of desired conditions created by the joint committees by the beginning of March. The CFLRP Tier Two proposal, CFLRP legislation, broad stakeholder input, and best available science will inform this set of expanded desired conditions.

The Science and Monitoring Committee plans to incorporate these desired conditions to complete the development of the initial multiparty monitoring plan by late Spring 2023. Where the SW CO CFLRP vision aligns with other regional efforts (place-based collaboratives, Rio Chama CFLRP, RMRI, etc.), the SW CO CFLRP aspires to collaborate in monitoring desired conditions.

[10] Addresses Core Monitoring Question #11

## 10. Conclusion

**Describe any reasons that the FY 2022 annual report does not reflect your proposal or work plan. Are there expected changes to your FY 2023 plans you would like to highlight?**

There are several factors that changed from 2019 to the current situation. The maximum funding amount available for CFLRP projects was reduced from $4 million to $3 million dollars annually. This impacts the overall funding we are able to distribute to projects and partners. At the same time, dramatic inflation is impacting the costs of our contracts, materials, supplies, etc., increasing the overall price to implement projects. Additionally, increasing costs of living are impacting the USFS and partners' abilities to maintain staffing in several locations across the project area. We have also had new and existing challenges to implementing prescribed and managed fire. All of these factors will impact our ability to implement several of our planned treatment categories including recreation focused activities and, in particular, our yearly prescribed and managed fire goals.

The national prescribed fire pause in 2022 restricted any burning throughout most of the summer and the SJNF did lose several weeks of burn windows during this time. Additionally, drought conditions, reduced burn windows, and ever-evolving socio-political views on prescribed and managed fire are presenting challenges. These conditions may impact our ability to complete prescribed and managed fire for resource benefit, including 600,000 acres of NEPA ready prescribed fire acres, and may require adjustment in treatment strategies and timelines to meet the objectives and outcomes outlined in the proposal. Collaborative development and planning of projects to meet CFLRP objectives is expected to increase over the ten-year life of the project, offering opportunities for innovative thinking and co-development of future projects including those that will support prescribed and managed fire for resource benefit.

In contrast, hazardous fuels reduction planning and implementation readiness is surpassing expectations due to new innovations and unexpected, albeit welcome industry expansion. In this way, prescribed fire and targeted hazardous fuels reduction work will likely balance one another out, resulting in overall hazardous fuels outcomes consistent with those outlined in the original proposal. Challenges to implementation of prescribed fire acres may also impact wildlife habitat improvement and watershed outcomes. Finally, trail maintenance, stream crossings, and other activities that tie recreation to ecological benefit are likely to expand given the increased recreation pressure from 2019 to 2022.

## Optional Prompts

### FY 2022 Additional Accomplishment Narrative and/or Lessons Learned Highlights

*If desired, please use this space to describe accomplishments not already described elsewhere in this report.*

From January to June 2022, a governance working group developed a governance charter for the SW CO CFLRP. This group of individuals represented a broad variety of perspectives and were able to develop a charter with the support of professional facilitation services paid for by a combination of privately and publicly raised funds. The charter was officially approved by a broad constellation of stakeholders in June of 2022 and is now in the process of being operationalized. The charter names specific processes and procedures intended to support the development, vetting, funding, implementation and monitoring of SW CO CFLRP projects. A coordinating council is the decision-making body named in the charter and offers official recommendations to the SJNF regarding CFLRP projects. The charter and the governance processes it dictates will be evaluated annually for effectiveness and adjusted throughout the life of the CFLRP if necessary.

## Media Recap

*Please share any videos, articles, press releases, etc. – you can include links or copy/paste.*

### Forest Service News Release

**Media Contact:**
Scott Owen
(970) 422-2671
scott.owen@usda.gov

**USDA Forest Service to Invest Over $3 Million in Southwest Colorado**

**Investment expands restoration work in progress**

**Durango, Colo., April 22, 2022** — The USDA Forest Service announced Monday the San Juan National Forest will receive over $3 million for restoration work through the Collaborative Forest Landscape Restoration Program (CFLRP). This investment will expand the impact of existing projects in Southwest Colorado over the next 10 years.

The CFLRP award will complete restoration and resiliency work throughout the San Juan National Forest's 1.9 million acres. The program will enable the area to adapt to future disturbance while retaining ecosystem function, productivity and ecosystem services. The CFLRP strategy is to enhance the resilience of critical watersheds, wildlife and aquatic habitats, community infrastructure, economic drivers and forest conditions.

This also marks the beginning of the third year of the Rocky Mountain Restoration Initiative (RMRI). RMRI has three focal landscapes across the state including the marquee landscape in Southwest Colorado.

CFLRP and RMRI are distinct initiatives but complement each other to improve conditions for people, animals and vegetation across all lands in Southwest Colorado. There is significant geographic overlap in the focus areas of CFLRP and RMRI, and, working together, these initiatives will be critical to accomplish our shared goals. One of the most important outcomes is to mitigate the impacts of large-scale wildfire at a landscape scale throughout Southwestern Colorado.

For more information about CFLRP and RMRI projects on the San Juan National Forest, please contact the Shared Stewardship Coordinator at Jason.Lawhon@usda.gov

For information on the San Juan National Forest, call (970) 247-4874, visit the forest website, or follow us on social media (Twitter and Facebook).

**-USDA-**

USDA is an equal opportunity provider, employer, and lender.

## Visuals

*Please paste here or upload visuals if available, including before/after photos, maps, monitoring graphics, etc.*

## Signatures

Approved by (Forest Supervisor(s)): /s/ Jason Lawhon

Draft reviewed by (collaborative representative): /s/Danny Margoles

## Attachment: CFLRP Common Monitoring Strategy Core Questions

The 2021 cohort will complete the Common Monitoring Strategy questions in FY22. CFLRP projects awarded in 2022 (2012 extensions and new projects) will be required to respond to these questions starting in FY23.

## Appendix_A: SW CO CFLRP Charter *See additional attachment