# EXHIBIT 6

USDA United States Department of Agriculture | Forest Service | San Juan National Forest | 15 Burnett Court
Durango, CO 81301
(970) 247-4874
Fax: (970) 375-2319

File Code: 6270
2022-FS-R2-02232-F
**Date:** March 1, 2022

Ms. Ann K. Brown
Open Government Coordinator
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211-0374

foia@biologicaldiversity.org

Subject: Freedom of Information Act (FOIA) - 2022-FS-R2-02232-F – First Interim Release with Pinyon Public Link

Dear Ms. Brown:

This letter is in response to your Freedom of Information Act (FOIA) request dated February 16, 2022, received by the United States Department of Agriculture's Forest Service (FS) Region 2 Office on February 16, 2022. This request was assigned tracking number **2022-FS-R2-02232-F**. You specifically requested:
*"The Center requests from the U.S. Forest Service ("Forest Service") Rocky Mountain Region - Region 2, and the San Juan National Forest ("San Juan NF"): From January 1, 2019 to the date the Forest Service conducts this search, all records, including but not limited to all project files, for the Salter Vegetation Management Project ("Salter Project") (USFS project number 57671). For this request, the term "records" refers to documents, correspondence (including inter and/or intra-agency correspondence as well as correspondence with entities or individuals outside the federal government), emails including attachments, letters, notes, recordings, telephone records, telephone notes, telephone logs, text messages, chat messages, minutes, memoranda, comments, files, presentations, consultations, biological opinions, assessments, evaluations, schedules, papers published and/or unpublished, reports, studies, photographs and other images, data (including raw data, GPS or GIS data, UTM, LiDAR, etc.), maps, and/or all other responsive records, in draft or final form. (Date Range for Record Search: From 1/1/2019 To 2/16/2022)."*

The SJNF are sending 87 documents to the Rocky Mountain Regional Office for release determination review.

A total of 367 documents of responsive records are enclosed on the following pinyon public link in response to your request:
https://usfs-public.box.com/s/pqoshdp59dhf10s5ujhz1hjsxjl1tuti
The FOIA provides that all Federal Government records be made available to the public unless they fall within one of several exemptions. After review of 367 documents of responsive documents, it has been determined that we are releasing these records in full.

This is a first interim release the Forest Service's response to your FOIA request. The FOIA provides you the right to appeal this response. Any appeal must be made in writing, within 90 days from the date of this letter to the Chief, USDA Forest Service. Additionally, due to the concerns surrounding the COVID-19 virus we are only accepting appeals electronically at this time. Please email your appeal to SM.FS.WOFOIA@usda.gov. The term "FOIA APPEAL" should be placed in capital letters on the subject line of the email along with the FOIA case number assigned to your request. To facilitate the processing of your appeal, please attach a copy of this letter to your request as well.

If you need any further assistance or would like to discuss any aspect of your request, please do not hesitate to contact the FOIA Public Liaison at (202) 205-1542. Additionally, you may contact the Office of Government Information Services, National Archives and Records Administration, to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, MD 20740-6001, email ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

If you have any questions, please do not hesitate to contact Beth Fox, SJNF FOIA Coordinator, at elizabeth.fox@usda.gov or (970) 385-1290.

Sincerely,

KARA CHADWICK Digitally signed by KARA CHADWICK
Date: 2022.03.01 14:57:37 -07'00'

KARA L. CHADWICK
Forest Supervisor

Enclosure – Pinyon Public Link

cc: KChadwick, Rasor, KScherrer, JSidon

United States Department of Agriculture | Forest Service | San Juan National Forest

15 Burnett Court
Durango, CO 81301
(970) 247-4874
Fax: (970) 375-2319

File Code: 6270
2022-FS-R2-02232-F
**Date:** March 10, 2022

Ms. Ann K. Brown
Open Government Coordinator
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211-0374
foia@biologicaldiversity.org

Subject: Freedom of Information Act (FOIA) - 2022-FS-R2-02232-F – Second Interim Release with Pinyon Public Link

Dear Ms. Brown:

This letter is in response to your Freedom of Information Act (FOIA) request dated February 16, 2022, received by the United States Department of Agriculture's Forest Service (FS) Region 2 Office on February 16, 2022. This request was assigned tracking number **2022-FS-R2-02232-F**. You specifically requested:
*"The Center requests from the U.S. Forest Service ("Forest Service") Rocky Mountain Region - Region 2, and the San Juan National Forest ("San Juan NF"): From January 1, 2019 to the date the Forest Service conducts this search, all records, including but not limited to all project files, for the Salter Vegetation Management Project ("Salter Project") (USFS project number 57671). For this request, the term "records" refers to documents, correspondence (including inter and/or intra-agency correspondence as well as correspondence with entities or individuals outside the federal government), emails including attachments, letters, notes, recordings, telephone records, telephone notes, telephone logs, text messages, chat messages, minutes, memoranda, comments, files, presentations, consultations, biological opinions, assessments, evaluations, schedules, papers published and/or unpublished, reports, studies, photographs and other images, data (including raw data, GPS or GIS data, UTM, LiDAR, etc.), maps, and/or all other responsive records, in draft or final form. (Date Range for Record Search: From 1/1/2019 To 2/16/2022)."*

The SJNF is sending 65 documents to the Rocky Mountain Regional Office for release determination review.

A total of 3,766 documents of responsive records are enclosed on the following pinyon public link in response to your request:
https://usfs-public.box.com/s/2tr2euh2ndc7jy2qienrqyhghan6km5k
The FOIA provides that all Federal Government records be made available to the public unless they fall within one of several exemptions. After review of 3,766 documents of responsive documents, it has been determined that we are releasing these records in full.

This is a second interim release the Forest Service's response to your FOIA request. The FOIA provides you the right to appeal this response. Any appeal must be made in writing, within 90 days from the date of this letter to the Chief, USDA Forest Service. Additionally, due to the concerns surrounding the COVID-19 virus we are only accepting appeals electronically at this time. Please email your appeal to SM.FS.WOFOIA@usda.gov. The term "FOIA APPEAL" should be placed in capital letters on the subject line of the email along with the FOIA case number assigned to your request. To facilitate the processing of your appeal, please attach a copy of this letter to your request as well.

If you need any further assistance or would like to discuss any aspect of your request, please do not hesitate to contact the FOIA Public Liaison at (202) 205-1542. Additionally, you may contact the Office of Government Information Services, National Archives and Records Administration, to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, MD 20740-6001, email ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

If you have any questions, please do not hesitate to contact Beth Fox, SJNF FOIA Coordinator, at elizabeth.fox@usda.gov or (970) 385-1290.

Sincerely,

KARA CHADWICK Digitally signed by KARA CHADWICK
Date: 2022.03.10 14:32:48 -07'00'

KARA L. CHADWICK
Forest Supervisor

Enclosure – Pinyon Public Link

cc: KChadwick, ARasor, KScherrer, JSidon

USDA United States Department of Agriculture
Forest Service
Rocky Mountain Region
1617 Cole Boulevard
Building 17
Lakewood, CO 80401-3305
303-275-5350
Fax: 303-275-5366

**File Code:** 6270
**FOIA:** 2022-FS-R2-05619-F
**Date:** 10/28/22

John Rader
Public Lands Program Manager
San Juan Citizens Alliance
P.O. Box 2461
Durango, Colorado 81302
john@sanjuancitizens.org

Dear Mr. Rader:

This letter is in response to your Freedom of Information Act (FOIA) request dated September 23, 2022. This request was assigned tracking number **2022-FS-R2-05619-F**. You requested:

> *"The 65 documents sent to the Rocky Mountain Regional Office for release determination review, referenced on page one of the cover letter to the "Second Interim Release with Pinyon Public Link" (File Code 6270) in response to FOIA request 2022-FS-R2-02232-F filed by the Center for Biological Diversity ["The SJNF is sending 65 documents to the Rocky Mountain Regional Office for release determination review."]"*

The FOIA provides that all Federal Government records be made available to the public unless they fall within one of several exemptions. In response to your request, the 65 documents (1,487 pages) have been reviewed and are being released with this letter. It has been determined that certain portions of this release should be withheld under Exemption 6 (5 U.S.C. 552(b)(6)) of the FOIA.

**Exemption 6** requires the Government to withhold all information about individuals in "personnel and medical and similar files," where the disclosure of such information "would constitute a clearly unwarranted invasion of personal privacy" 5 U.S.C. 552(b)(6). In determining whether this disclosure would constitute an unwarranted invasion of personal privacy, the Forest Service must balance the public's right to disclosure against the privacy interest of the individual whose privacy may be affected. The determination of whether the disclosure of private information is required under Exemption 6 is reliant on the nature of the information requested and its relationship to the core purpose for which Congress enacted the FOIA: to shed light on an agency's performance of its statutory duties.

We have determined that the release of the personal information that has been redacted from the enclosed documents would constitute a clearly unwarranted invasion of personal privacy for the individual; therefore, this information is being withheld pursuant to Exemption 6 of the FOIA. The individual has a clear privacy interest in the protection of this information, and there is little or no public interest in its release. Therefore, for this request, it has been determined that the individual's privacy rights outweigh the public's interest to the private information, in this instance.

This concludes the Forest Service's response to your FOIA request.

The FOIA provides you the right to appeal this response. Any appeal must be made in writing, within 90 days from the date of this letter to the Chief, USDA Forest Service. Additionally, due to the concerns surrounding the COVID-19 virus we are only accepting appeals electronically at this time. Please email your appeal to SM.FS.WOFOIA@usda.gov. The term "FOIA APPEAL" should be placed in capital letters on the subject line of the email along with the FOIA case number assigned to your request. To facilitate the processing of your appeal, please attach a copy of this letter to your request as well.

If you need any further assistance or would like to discuss any aspect of your request, please do not hesitate to contact the FOIA Public Liaison at (202) 205-6560. Additionally, you may contact the Office of Government Information Services, National Archives and Records Administration, to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, MD 20740-6001, email ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

Sincerely,

X JACQUELINE BUCHANAN

Digitally signed by JACQUELINE BUCHANAN
Date: 2022.10.28 08:48:26 -06'00'

FRANK R. BEUM
Regional Forester

Enclosure: 1 link to Pinyon Public

cc: Joshua Sidon, Kenny Scherrer, Kara Chadwick, Beth Fox, Misty DeSalvo