# EXHIBIT 7

frontiers in
ECOLOGY AND EVOLUTION

PERSPECTIVE ARTICLE
published: 13 January 2015
doi: 10.3389/fevo.2014.00088

# Bet-hedging dry-forest resilience to climate-change threats in the western USA based on historical forest structure

**William L. Baker* and Mark A. Williams**

*Program in Ecology/Department of Geography, University of Wyoming, Laramie, WY, USA*

**Edited by:**
*Scott Andrew Mensing, University of Nevada, Reno, USA*

**Reviewed by:**
*John Birks, University of Bergen, Norway*
*Christy Briles, University of Colorado Denver, USA*

***Correspondence:**
*William L. Baker, Program in Ecology/Department of Geography, University of Wyoming, Dept. 3371, 1000 E. University Ave., Laramie, Wyoming 82071, USA*
*e-mail: bakerwl@uwyo.edu*

Dry forests are particularly subject to wildfires, insect outbreaks, and droughts that likely will increase with climate change. Efforts to increase resilience of dry forests often focus on removing most small trees to reduce wildfire risk. However, small trees often survive other disturbances and could provide broader forest resilience, but small trees are thought to have been historically rare. We used direct records by land surveyors in the late-1800s along 22,206 km of survey lines in 1.7 million ha of dry forests in the western USA to test this idea. These systematic surveys (45,171 trees) of historical forests reveal that small trees dominated (52–92% of total trees) dry forests. Historical forests also included diverse tree sizes and species, which together provided resilience to several types of disturbances. Current risk to dry forests from insect outbreaks is 5.6 times the risk of higher-severity wildfires, with small trees increasing forest resilience to insect outbreaks. Removal of most small trees to reduce wildfire risk may compromise the bet-hedging resilience, provided by small trees and diverse tree sizes and species, against a broad array of unpredictable future disturbances.

**Keywords: dry forests, wildfires, insect outbreaks, droughts, climate change, resilience, land surveys, bet-hedge**

## INTRODUCTION

Dry forests globally may be particularly vulnerable to climatic change, because their setting is prone to wildfires, insect outbreaks, and droughts; these disturbances may increase, and post-disturbance tree recruitment is often poor. Recruitment limitation in forests is a widespread concern (Clark et al., 1999), particularly where moisture is limiting, as in *Pinus* forests in drier parts of precipitation gradients (Dorman et al., 2013). For example, dry forests of the western USA (Figure S1), which include montane ponderosa pine (*Pinus ponderosa*) forests and dry mixed-conifer forests also with firs (*Abies* spp.) and Douglas-fir (*Pseudotsuga*), can have poor tree recruitment that limits their recovery after fires, insect outbreaks, and droughts. Tree recruitment in dry *P. ponderosa* forests of the western USA over the last century has been poor, concentrated in episodic pluvials (Savage et al., 1996), and spatially variable (Stein, 1988; Roccaforte et al., 2012). Mortality of *P. ponderosa* at their ecotone with lower-elevation woodlands during a 1950s drought (Allen and Breshears, 1998) also indicates vulnerability. Rising temperatures and drought could further reduce tree recruitment in dry forests (Anderson-Teixeira et al., 2013). Climate envelopes of seedlings vs. established trees of *P. ponderosa* suggest general recruitment failure is underway, possibly a precursor to broader range contraction (Bell et al., 2014).

In contrast, paleoecological research shows that dry forests of the western USA persisted for thousands of years in the face of wildfires, insect outbreaks, and droughts (Jenkins et al., 2011), suggesting recruitment was not generally deficient and historical forests were resilient. However, this persistence appears incongruent with the hypothesis that these dry forests historically had low abundance of seedlings, saplings and small trees (Covington and Moore, 1994; Allen et al., 2002). This hypothesis is based in part on tree-ring reconstructions, which show that large trees were historically dominant in most sampled stands (Williams and Baker, 2012a). However, small trees could have been common, but missed in tree-ring reconstructions because small trees had high mortality rates and may decompose by the time of reconstruction (Allen et al., 2002). Also, tree-ring reconstructions are not located systematically across landscapes and plot-level size-class distributions are often averaged, masking variability (Williams and Baker, 2013). Nonetheless, frequent surface fires were thought to have limited small trees, and some early accounts do suggest low abundance of tree recruitment (Leiberg et al., 1904; Covington and Moore, 1994; Allen et al., 2002). Today, large trees are likely less abundant and small trees more abundant than historically (Covington and Moore, 1994), but our focus is only on historical abundance of small trees, not current abundance. The common hypothesis is that low-severity fires historically limited small trees, so they were a low percentage of total trees and were found across a low percentage of land area.

We use a previously untapped historical source, the General Land Office (GLO) land surveys, which provide spatially extensive direct empirical data on historical tree recruitment (seedlings/saplings, small trees). We use seven study areas that span dry forests of the western USA (Figure S1) to test the hypothesis that dry forests historically had little tree recruitment. We formalize this for the two data sources from the GLO surveys and two components of recruitment abundance: $H_1$: Small trees were <20% of total trees, and $H_2$: Seedlings and saplings (trees < 10 cm diameter) were present on <20% of forest area.

Past specific estimates of percentages were lacking; we used test values that conservatively represent the hypotheses. Small trees are ≥10 cm dbh, with an upper size limit of 30–50 cm, defined for each study area (Williams and Baker, 2012a). We measured and compared recent risks of higher-severity wildfires and insect outbreaks in dry forests, separated into ponderosa pine forests and dry mixed-conifer forests, across the western USA using government data. We reviewed the role of tree recruitment in recovery after these disturbances. We suggest a strategy to maintain the resilience of dry forests to future disturbances, based on our findings.

## MATERIALS AND METHODS

Data from the public land survey system, conducted by the U.S. General Land Office, have been widely used in the USA to reconstruct historical vegetation (Schulte and Mladenoff, 2001). Surveys in the study areas were generally done in the late-1800s before widespread expansion of EuroAmerican land uses. The system consists of 9.6 × 9.6 km townships containing thirty-six 1.6 × 1.6 km sections. Surveyors marked quarter corners at the 0.8 km mark and section corners at the 1.6 km mark along section lines. Surveyors were required to record azimuth, distance, species, and diameter of two bearing trees at quarter corners and four trees at section corners. Here we used surveyors' direct estimates of tree diameters. In an accuracy study, we found surveyors estimated diameters with sufficient accuracy to place trees in 10-cm diameter bins (Williams and Baker, 2010). After applying an empirical correction, diameter distributions from bearing trees were 87–88% similar to distributions from plot data (Williams and Baker, 2011), thus are quite accurate. Bearing trees are a statistically valid sample, as they have low bias and error (Williams and Baker, 2010).

We also used section-line data recorded by surveyors. Surveyors in forests were required to record, in order of abundance, the dominant overstory trees and understory plants, often including small trees (seedlings and saplings) and shrubs (Williams and Baker, 2012a). Surveyors also often recorded qualitative estimates of understory tree density. Not all surveyors followed the instructions, thus we limited analysis to the set of surveyors who did so for at least one section-line. The section-line data represent a statistically valid line-intercept estimate of cover (Butler and McDonald, 1983).

To provide data to test hypothesis $H_1$, we totaled small and large trees in each of the seven study areas and for the composite (**Table 1**, **Figure 1**). Small trees were defined as ≥10 cm but ≤40 cm, except ≤30 cm in the Colorado Front Range, where tree growth is slower (Williams and Baker, 2012a) and ≤50 cm in the western Sierra, where tree growth is faster (Baker, 2014).

**Table 1 | Study areas, corresponding number of trees and section-line length in forested area, and the percentage of forest section line-length with seedlings and saplings.**

| Hypotheses and variables | Front range, Colorado[a] | Coconino Plateau, Arizona | Mogollon Plateau, Arizona | Black Mesa, Arizona | Blue Mts., Oregon | Eastern Cascades, Oregon | Western Sierra, California | Total or mean |
|---|---|---|---|---|---|---|---|---|
| Dry-forest study area (ha) | 65,525 | 41,214 | 405,214 | 151,080 | 304,709 | 398,346 | 329,943 | 1,696,031[b] |
| **$H_1$: SMALL TREES WERE < 20% OF TOTAL TREES** | | | | | | | | |
| Number of trees | 1055 | 1643 | 10,848 | 2741 | 7496 | 11,856 | 9532 | 45,171[b] |
| Small-tree diameters used (cm) | ≤30 | ≤40 | ≤40 | ≤40 | ≤40 | ≤40 | ≤50 | ≤30 to 50 |
| Small trees (% of total trees) | 91.8 | 69.5 | 51.8 | 81.1 | 62.0 | 62.4 | 60.9 | 61.6[c] |
| Chi-square test result[d] | $X^2 = 3404$ | $X^2 = 2517$ | $X^2 = 6859$ | $X^2 = 6403$ | $X^2 = 8267$ | $X^2 = 13,326$ | $X^2 = 9976$ | $X^2 = 48,772$ |
| | $p < 0.001$ | $p < 0.001$ | $p < 0.001$ | $p < 0.001$ | $p < 0.001$ | $p < 0.001$ | $p < 0.001$ | $p < 0.001$ |
| **$H_2$: SEEDLINGS AND SAPLINGS WERE PRESENT ON < 20% OF FOREST AREA** | | | | | | | | |
| Section-line length (km) | 4004 | 413 | 4230 | 1441 | 5878 | 3873 | 2367 | 22,206 |
| Seedlings/Saplings present (%) | 3.8 | 43.4 | 13.3 | 8.0 | 34.6 | 57.4 | 54.9 | 29.6 |
| Chi-square test result[f] | $X^2 = 657$ | $X^2 = 140$ | $X^2 = 119$ | $X^2 = 150$ | $X^2 = 780$ | $X^2 = 3385$ | $X^2 = 1780$ | $X^2 = 1238$ |
| | $p < 0.001$ | $p < 0.001$ | $p < 0.001$ | $p < 0.001$ | $p < 0.001$ | $p < 0.001$ | $p < 0.001$ | $p < 0.001$ |
| Seedlings/Saplings dense (%) | 0.2 | 28.8 | 1.9 | - | 22.4 | 30.3 | 20.0 | 14.3 |
| Seedlings/sapling pines[e] | 0.9 | 1.4 | 9.8 | 7.9 | 32.7 | 51.0 | 42.3 | 24.8 |
| Seedlings/Sapling firs[e] | 0.5 | 0.0 | 0.0 | 0.0 | 27.1 | 27.8 | 39.7 | 16.4 |
| Seedling/Sapling oaks[e] | 0.5 | 43.3 | 8.8 | 7.1 | 0.0 | 0.2 | 42.4 | 7.6 |
| Seedling/Sapling other trees[e] | 2.5 | 0.4 | 1.2 | 2.0 | 0.3 | 2.6 | 25.1 | 4.0 |

[a] *Study areas include the Colorado Front Range (Williams and Baker, 2012a), Coconino Plateau, Arizona (Williams and Baker, 2013), Mogollon Plateau and Black Mesa, Arizona and Blue Mountains, Oregon (Williams and Baker, 2012a), Eastern Cascades of Oregon (Baker, 2012), and western Sierra Nevada, California (Baker, 2014).*

[b] *Total.*

[c] *Percentage for the composite across the seven study areas.*

[d] *Degrees of freedom = 1 and N = the number of trees, for all chi-square tests.*

[e] *Seedling/Sapling pines, firs, oaks, and other trees may be overlapping, as a line can have, for example, both pines and firs.*

[f] *Degrees of freedom = 1 and N = the number of 1-km line-lengths, for all chi-square tests.*




**FIGURE 1 | Historical tree size-class distributions for the seven study areas and a composite across all the study areas: (A) Front Range, Colorado, (B) Coconino Plateau, Arizona, (C) Mogollon Plateau, Arizona, (D) Black Mesa, Arizona, (E) Blue Mountains, Oregon, (F) Eastern Cascades, Oregon, (G) Western Sierra, California, (H) The composite of all areas.** Distributions use 10-cm bins compatible with the accuracy of diameters measured by the surveyors (Williams and Baker, 2011). Other trees, not found in every area, include *Pinus edulis* and *Juniperus* spp., *Calocedrus decurrens*, *Populus tremuloides*, and *Larix occidentalis*. As in **Table 1**, small trees were defined as trees ≥10 cm but ≤40 cm diameter, except ≤30 cm in Colorado **(A)** and ≤50 cm in California **(G)**.

These diameters generally represent trees that are less than about 140 years old (Bright, 1912; Baker, 2012, 2014; Williams and Baker, 2013). Trees this size today are often thought to have widely established after EuroAmerican settlement because of logging, livestock grazing, and fire exclusion (Covington and Moore, 1994; Allen et al., 2002; Franklin and Johnson, 2012), and thus may be removed in restoration treatments. To test $H_1$, we used a chi-square goodness-of-fit test of a null hypothesis that small trees were 0.2 of total trees and large trees were 0.8 of total trees. If this null was rejected, we rejected $H_1$ if small trees were <0.2 of total trees. To control error rates, we Bonferroni-corrected $\alpha = 0.05$, for 8 planned tests, one per study area and one for the composite (**Table 1**, **Figure 1**), to $\alpha = 0.00625$.

To provide data to test $H_2$, we totaled 1-km section lines for which surveyors recorded understory trees in each of the study areas and for the composite. Similarly, to test $H_2$, we used a

chi-squared goodness-of-fit test of a null hypothesis that the area with seedlings/saplings was 0.2 of the total forested area and the area without seedlings/saplings was 0.8 of the total forested area. If this null was rejected, we then rejected $H_2$ if seedlings/saplings were found across <0.2 of total forest area. We also Bonferroni-corrected an initial $\alpha = 0.05$ for 8 planned tests.

We used maps of ponderosa pine and dry mixed-conifer forests from Landfire Biophysical Settings (www.landfire.gov). Wildfire area and severity were from raster maps of actual burned area, not fire perimeters, from the Monitoring Trends in Burn Severity (MTBS) program (http://www.mtbs.gov). Insect-caused mortality was from the US Forest Service Forest Health Technology Enterprise Team (http://foresthealth.fs.usda.gov/portal/Flex/IDS). Insect outbreaks were detected using annual aerial surveys. To limit analysis to dry western forests, aerial survey polygons and wildfires were both clipped by the maps of ponderosa pine and dry mixed conifer. The annual sample area varied, but averaged about 9.8 million ha of ponderosa pine and 10.9 million ha of dry mixed-conifer forests (Table S1), about 80% of the 25.8 million ha area of western dry forests.

Comparison of wildfire and insect outbreaks was done for each year both datasets were available. We compared moderate- and high-severity wildfire area, which are the severities with substantial tree mortality, with areas where tree mortality from insects was also substantial, as it was visually detected from aerial surveys. We calculated the rate of wildfire using the fire rotation, which is the number of survey years divided by the fraction of the survey area impacted by fire in those years. The rate of insect outbreaks was determined similarly. Some outbreak areas appeared to overlap in subsequent years and potentially be cumulative. We performed a union and spatial dissolve in GIS to derive a conservative estimate of total area impacted by insect outbreaks over the analysis period. Additional details are in Supplementary Methods.

## RESULTS

### SMALL TREES HISTORICALLY ABUNDANT AND DOMINANT

Hypothesis $H_1$ is rejected across all seven study areas and the composite (**Table 1**). Small trees generally dominated historical dry forests, ranging from 51.8 to 91.8% of total trees across the seven study areas and equaling 61.6% of trees in the overall composite (**Table 1**, **Figure 1**). Small trees can be suppressed older individuals, but were predominantly <140 years old (Bright, 1912; Williams and Baker, 2012a). Small trees were somewhat diverse, with pines most abundant, but also firs, oaks and other conifers and hardwoods (**Figure 1**). Hypothesis $H_2$ is rejected for study areas in California and Oregon, but not in Arizona and Colorado (**Table 1**).

### HIGHER RECENT THREAT FROM INSECT OUTBREAKS THAN FROM WILDFIRE

Data from government agencies show that insect outbreaks were recently a more significant threat to dry forests than were moderate- to high-severity wildfires; similar data are not available for droughts. It is conservatively estimated (i.e., consolidating all areas of spatial overlap) that insect outbreaks caused substantial detectable tree mortality in 5,193,752 ha of western dry forests over the 1999–2012 period for which spatial data were available, which is 5.6 times the 934,551 ha impacted by moderate- to high-severity wildfires (Table S1). Mean ratios of insect to fire impact were 4.5 in ponderosa pine and 6.9 in dry mixed-conifer forests (Table S1). At the rates during 1999–2012, it would require 311 years for moderate- to high-severity wildfires to burn once across an area equal to the area of western dry forests, but only 56 years for insect outbreaks to impact this area (Table S1). Rotations for fire varied from 265 years in ponderosa pine to 367 years in dry mixed-conifer forests, and for insects from 53 years in dry mixed-conifer to 59 years in ponderosa pine forests (Table S1).

## DISCUSSION

### NATURAL DISTURBANCES FOSTERED HISTORICALLY ABUNDANT SMALL TREES AND DIVERSE TREE SIZES

Historical dominance of small trees in dry forests (**Figure 1**) does not support the hypothesis that surface fires generally kept small trees rare. Small trees had successfully recruited and were dominant in all dry-forest areas (**Figure 1**). These small, established trees are given more weight, than smaller, more ephemeral seedlings/saplings, for which evidence is more mixed. Seedlings/saplings were abundant in the majority of areas, except two southwestern landscapes (Black Mesa, Mogollon Plateau) and the Colorado Front Range (**Table 1**). Early scientific sources corroborate limited seedlings/saplings in these areas (Leiberg et al., 1904; Williams and Baker, 2012b). Early foresters emphasized preserving advanced recruitment during logging (Pearson, 1923). Thus, recent high-severity fires do not have unprecedented poor recruitment (Savage and Mast, 2005). Seedling/sapling populations in these landscapes must have fluctuated, since small trees had been able to recruit and dominate all dry forests (**Figure 1**). Particular sequences of fires, droughts, and other disturbances may explain fluctuating seedling/sapling populations (Dugan and Baker, in press), and reinforce the historical role of advanced recruitment.

Dominance of small trees, and even ephemeral seedling/sapling populations in most areas, indicates more imperfect limitation of tree recruitment by historical low-severity fires than previously thought. Other disturbances, including droughts, insect outbreaks, and more severe fires likely killed canopy trees and increased tree recruitment, particularly if followed by pluvials (Savage et al., 1996; Dugan and Baker, in press). The Colorado Front Range and Black Mesa (Williams and Baker, 2012a) had the greatest dominance of small trees (**Figures 1A,D**), and our reconstructions showed these areas had more higher-severity fires (Williams and Baker, 2012a,b). Historical abundance of small trees and importance of higher-severity fires in structuring tree populations across dry-forest landscapes are supported by an independent dataset of tree ages (Odion et al., 2014). Higher-severity fires likely interacted with other disturbances to produce diverse tree sizes that were together more resilient to disturbance than would have been the case if only low-severity fires had occurred and large trees had dominated. Historical dominance by small trees and diverse trees sizes are consistent with long-term persistence and resilience of dry forests after disturbances (Jenkins et al., 2011).

### ABUNDANT SMALL TREES AND DIVERSE TREE SIZES CONFER RESILIENCE IN MODERN FORESTS

Modern observations also document key, but contrasting roles for advance recruitment and surviving larger trees in forest resilience after fires, insect outbreaks, and droughts. Higher-severity fires may be followed by variable recruitment, including poor recruitment, lags in recruitment, or abundant recruitment in some areas (Roccaforte et al., 2012), with large, surviving trees and proximity to them important (Bonnet et al., 2005; Haire and McGarigal, 2010).

About a dozen bark-beetles, that kill trees over large areas of dry forests in the western USA, are the major outbreak insects (Bentz et al., 2010; Weed et al., 2013). In this case, larger trees are differentially susceptible, which often leaves smaller surviving trees as the key source of post-outbreak recruitment. Vulnerability of larger trees to bark beetles is related to greater food resources (Raffa et al., 2008). In a 1970s outbreak of mountain pine beetle (*Dendroctonus ponderosae*) in ponderosa pine in Colorado, tree survival was substantially higher for trees <20 cm diameter (McCambridge et al., 1982). Similarly, western pine beetles (*Dendroctonous brevicomis*) kill relatively few trees <40 cm (Miller and Keen, 1960). However, *Ips* in Arizona preferentially kill smaller trees (Negrón et al., 2009). Nonetheless, advance recruitment generally dominates post-outbreak recruitment. After spruce beetle (DeRose and Long, 2010) and mountain pine beetle outbreaks (Astrup et al., 2008), small trees present before outbreaks dominated post-outbreak recruitment. Since these small trees were more diverse than pre-outbreak canopy trees, post-outbreak forests may have greater resilience to future outbreaks (Diskin et al., 2011; Kayes and Tinker, 2012).

Drought often also differentially kills the largest, oldest trees, with less mortality in small and mid-sized trees (Allen et al., 2010), thus also leaving advance recruitment. Drought effects on tree mortality can be widespread and affect forests for centuries (Allen et al., 2010). Drought also influences the occurrence of wildfires, insect outbreaks, and regional tree mortality (Allen et al., 2010), thus it is difficult to parse the impacts of drought alone.

The upshot is that both small trees and surviving larger trees and a diversity of tree species provide resilience to disturbances. Surviving larger trees are particularly important after higher-severity fires and abundant small trees are particularly important after insect outbreaks and droughts.

### RESTORING AND MAINTAINING THE BET-HEDGING RESILIENCE OF HISTORICAL FORESTS

Current restoration strategies that seek to increase forest resilience focus predominately on impacts from severe wildfires, but bark-beetle outbreaks and other insects affected 5.6 times the area of western dry forests impacted by moderate- to high-severity fires over the most recent 14-year period (1999–2012). Current rates of moderate- and high-severity fire, with a combined rotation of 311 years (Table S1), would likely not prevent recovery of old-growth forests in the interlude between fires, but rates of insect outbreaks, with a rotation of 56 years (Table S1), could prevent recovery of most older dry forests. Previous research, using the same data sources, in a more limited and lower-elevation area in the southwestern United States, found that beetle-outbreaks affected 2.5–4 times as much area as moderate- to severe wildfires (Williams et al., 2010). Both wildfires (Dennison et al., 2014) and beetle-outbreaks (Bentz et al., 2010; Weed et al., 2013) are increasing in parts of the western United States. Future outcomes are uncertain and complex, however, as beetle-outbreaks can affect wildfire probability (Simard et al., 2011), and as tree mortality occurs, both beetle outbreaks and wildfires could become self-limited (Williams et al., 2010).

Ecological restoration of public dry forests in the western USA is increasingly a goal, because these forests were altered by unsustainable logging, livestock grazing, and fire exclusion that allowed abundant small trees to recruit (Covington and Moore, 1994). Retaining older trees, while removing most small trees up to ages or sizes of trees recruited since EuroAmerican settlement (Figure S2A), is thus often a restoration focus (Covington and Moore, 1994; Allen et al., 2002; Abella et al., 2006; Franklin and Johnson, 2012). Typical upper tree age and size limits are 120–150 years old or 30–50 cm diameter (Abella et al., 2006; Franklin and Johnson, 2012).

We show here, however, that these small trees were the tree sizes historically dominant in these forests (**Figure 1**, **Table 1**), thus removing most small trees so they are no longer dominant is not ecological restoration. There are also efforts underway to increase resilience of forests to droughts by removing most small trees and lowering stand density. However, stand density does not appear to play a major role in level of tree mortality from drought (Ganey and Vojta, 2011). Thus, strategies to reduce most small trees are neither restorative nor very effective.

We suggest diverse historical tree sizes and abundant and dominant small trees long provided bet hedging in dry-forest landscapes subject to unpredictable disturbances. These forests can be more effectively restored and their resiliency to future disturbances increased by maintaining or restoring the historical abundance, dominance, and diversity of small trees, while also restoring large trees depleted by logging (Figure S2B). This can be achieved with historically congruent diversities of forest structures across landscapes, based on GLO and other spatial reconstructions. This bet-hedging landscape approach to ecological restoration is consistent with long-term persistence of historical forests, the high current threat from insects, and would likely confer more resilience to disturbances, that may all increase in the future, than would just retaining larger or older trees across large areas.

## ACKNOWLEDGMENT

This research had no specific funding source, and builds on datasets from previous research.

## SUPPLEMENTARY MATERIAL

The Supplementary Material for this article can be found online at: http://www.frontiersin.org/journal/10.3389/fevo.2014.00088/abstract

## REFERENCES

Abella, S. R., Fulé, P. Z., and Covington, W. W. (2006). Diameter caps for thinning southwestern ponderosa pine forests: viewpoints, effects, and tradeoffs. *J. For.* 104, 407–414.

Allen, C. D., and Breshears, D. D. (1998). Drought-induced shift of a forest-woodland ecotone: rapid landscape response to climate variation. *Proc. Natl. Acad. Sci. U.S.A.* 95, 14839–14842. doi: 10.1073/pnas.95.25.14839

Allen, C. D., Macalady, A. K., Chencouni, H., Bachelet, D., McDowell, N., Vennetier, M., et al. (2010). A global overview of drought and heat-induced tree mortality reveals emerging climate change risks for forests. *For. Ecol. Manage.* 259, 660–684. doi: 10.1016/j.foreco.2009.09.001

Allen, C. D., Savage, M., Falk, D. A., Suckling, K. F., Swetnam, T. W., Schulte, T., et al. (2002). Ecological restoration of southwestern ponderosa pine ecosystems: a broad perspective. *Ecol. Applic.* 12, 1418–1433. doi: 10.1890/1051-0761(2002)012[1418:EROSPP]2.0.CO;2

Anderson-Teixeira, K., Miller, A. D., Mohansk, J. E., Hudiburg, T. W., Duval, B. D., and DeLucia, E. H. (2013). Altered dynamics of forest recovery under a changing climate. *Glob. Change Biol.* 19, 2001–2021. doi: 10.1111/gcb.12194

Astrup, R., Coates, K. D., and Hall, E. (2008). Recruitment limitation in forests: lessons from an unprecedented mountain pine beetle epidemic. *For. Ecol. Manage.* 256, 1743–1750. doi: 10.1016/j.foreco.2008.07.025

Baker, W. L. (2012). Implications of spatially extensive historical data from surveys for restoring dry forests of Oregon's eastern Cascades. *Ecosphere* 3, 23. doi: 10.1890/ES11-00320.1

Baker, W. L. (2014). Historical forest structure and fire in Sierran mixed-conifer forests reconstructed from General Land Office survey data. *Ecosphere* 5, 79. doi: 10.1890/ES14-00046.1

Bell, D. M., Bradford, J. B., and Lauenroth, W. K. (2014). Early indicators of change: divergent climate envelopes between tree life stages imply range shifts in the western United States. *Glob. Ecol. Biogeogr.* 23, 168–180. doi: 10.1111/geb.12109

Bentz, B. E., Régniére, J., Fettig, C. J., Hansen, E. M., Hayes, J. L., Hicke, J. A., et al. (2010). Climate change and bark beetles of the western United States and Canada: direct and indirect effects. *Bioscience* 60, 602–613. doi: 10.1525/bio.2010.60.8.6

Bonnet, V. H., Schoettle, A. W., and Shepperd, W. D. (2005). Postfire environmental conditions influence the spatial pattern of regeneration for *Pinus ponderosa*. *Can. J. For. Res.* 35, 37–47. doi: 10.1139/x04-157

Bright, G. A. (1912). *A Study of the Growth of Yellow Pine in Oregon*. Report, Umatilla National Forest, Pendleton, Oregon.

Butler, S. A., and McDonald, L. L. (1983). Unbiased systematic sampling plans for the line intercept method. *J. Range Manage.* 36, 463–468. doi: 10.2307/3897941

Clark, J. S., Beckage, B., Camill, P., Cleveland, B., HilleRisLambers, J., Lichter, J., et al. (1999). Interpreting recruitment limitation in forests. *Am. J. Bot.* 86, 1–16. doi: 10.2307/2656950

Covington, W. W., and Moore, M. M. (1994). Southwestern ponderosa pine forest structure: changes since Euro-American settlement. *J. For.* 92, 39–47.

Dennison, P. E., Brewer, S. C., Arnold, J. D., and Moritz, M. A. (2014). Large wildfire trends in the western United States, 1984-2011. *Geophys. Res. Lett.* 41, 2928–2933. doi: 10.1002/2014GL059576

DeRose, R. J., and Long, J. N. (2010). Regeneration response and seedling bank dynamics on a *Dendroctonus rufipennis*-killed *Picea engelmannii* landscape. *J. Veg. Science* 21, 377–387. doi: 10.1111/j.1654-1103.2009.01150.x

Diskin, M., Rocca, M. E., Nelson, K. N., Aoki, C. F., and Romme, W. H. (2011). Forest development trajectories in mountain pine beetle disturbed forests of Rocky Mountain National Park, Colorado. *Can. J. For. Res.* 41, 782–792. doi: 10.1139/x10-247

Dorman, M., Svoray, T., Perevolotsky, A., and Sarris, S. (2013). Forest performance during two consecutive drought periods: diverging long-term trends and short-term along a climatic gradient. *For. Ecol. Manage.* 310, 1–9. doi: 10.1016/j.foreco.2013.08.009

Dugan, A. J., and Baker, W. L. (in press). Sequentially contingent fires, droughts, and pluvials structured a historical dry-forest landscape and suggest future contingencies. *J. Veg. Sci.*

Franklin, J. F., and Johnson, K. N. (2012). A restoration framework for federal forests in the Pacific Northwest. *J. For.* 110, 429–439. doi: 10.5849/jof.10-006

Ganey, J. L., and Vojta, S. C. (2011). Tree mortality in drought-stressed mixed-conifer and ponderosa pine forests, Arizona, USA. *For. Ecol. Manage.* 261, 162–168. doi: 10.1016/j.foreco.2010.09.048

Haire, S. L., and McGarigal, K. (2010). Effects of landscape patterns of fire severity on regenerating ponderosa pine forests (*Pinus ponderosa*) in New Mexico and Arizona, USA. *Landsc. Ecol.* 25, 1055–1069. doi: 10.1007/s10980-010-9480-3

Jenkins, S. E., Sieg, C. H., Anderson, D. E., Kaufman, D. S., and Pearthree, P. A. (2011). Late Holocene geomorphic record of fire in ponderosa pine and mixed-conifer forests, Kendrick Mountain, northern Arizona, USA. *Int. J. Wildland Fire* 20, 125–141. doi: 10.1071/WF09093

Kayes, L. J., and Tinker, D. B. (2012). Forest structure and regeneration following a mountain pine beetle epidemic in southeastern Wyoming. *For. Ecol. Manage.* 263, 57–66. doi: 10.1016/j.foreco.2011.09.035

Leiberg, J. B., Rixon, T. F., and Dodwell, A. (1904). *Forest Conditions in the San Francisco Mountains Forest Reserve, Arizona.* U.S. Geological Survey Professional Paper No. 22, U.S. Government Printing Office, Washington, D.C.

McCambridge, W. F., Hawksworth, F. G., Edminster, C. B., and Laut, J. G. (1982). *Ponderosa Pine Mortality Resulting from a Mountain Pine Beetle Outbreak*. USDA Forest Service Research Paper RM-235, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado.

Miller, J. M., and Keen, F. P. (1960). *Biology and Control of the Western Pine Beetle, a Summary of Fifty Years of Research.* USDA Miscellaneous Publication 800, Superintendent of Documents, Washington, D.C.

Negrón, J. F., McMillin, J. D., Anhold, J. A., and Coulson, D. (2009). Bark beetle-caused mortality in a drought-affected ponderosa pine landscape in Arizona, USA. *For. Ecol. Manage.* 257, 1353–1362. doi: 10.1016/j.foreco.2008.12.002

Odion, D. C., Hanson, C. T., Arsenault, A., Baker, W. L., DellaSala, D. A., Hutto, R. L., et al. (2014). Examining historical and current mixed-severity fire regimes in ponderosa pine and mixed-conifer forests of western North America. *PLoS ONE* 9:e87852. doi: 10.1371/journal.pone.0087852

Pearson, G. A. (1923). *Natural Reproduction of Western Yellow Pine in the Southwest.* USDA Department Bulletin No. 1105, Superintendent of Documents, Washington, DC.

Raffa, K. F., Aukema, B. H., Bentz, B. J., Carroll, A. L., Hicke, J. A., Turner, M. G., et al. (2008). Cross-scale drivers of natural disturbances prone to anthropogenic amplification: the dynamics of bark beetle eruptions. *Bioscience* 58, 501–517. doi: 10.1641/B580607

Roccaforte, J. P., Fulé, P. Z., Chancellor, W. W., and Laughlin, D. C. (2012). Woody debris and tree regeneration dynamics following severe wildfires in Arizona ponderosa pine forests. *Can. J. For. Res.* 42, 593–604. doi: 10.1139/x2012-010

Savage, M., Brown, P. M., and Feddema, J. (1996). The role of climate in a pine forest regeneration pulse in the southwestern United States. *Ecoscience* 3, 310–318.

Savage, M., and Mast, J. N. (2005). How resilient are southwestern ponderosa pine forests after crown fires? *Can. J. For. Res.* 35, 967–977. doi: 10.1139/x05-028

Schulte, L. A., and Mladenoff, D. J. (2001). The original US public land survey records: their use and limitations in reconstructing presettlement vegetation. *J. For.* 99, 5–10.

Simard, M., Romme, W. H., Griffin, J. M., and Turner, M. G. (2011). Do mountain pine beetle outbreaks change the probability of active crown fire in lodgepole pine forests? *Ecol. Monogr.* 81, 3–24. doi: 10.1890/10-1176.1

Stein, S. J. (1988). Explanations of the imbalanced age structure and scattered distribution of ponderosa pine within a high-elevation mixed coniferous forest. *For. Ecol. Manage.* 25, 139–152. doi: 10.1016/0378-1127(88)90125-9

Weed, A. S., Ayres, M. P., and Hicke, J. A. (2013). Consequences of climate change for biotic disturbances in North American forests. *Ecol. Monogr.* 83, 441–470. doi: 10.1890/13-0160.1

Williams, A. P., Allen, C. D., Millar, C. I., Swetnam, T. W., Michaelsen, J., Still, C. J., et al. (2010). Forest responses to increasing aridity and warmth in the southwestern United States. *Proc. Natl. Acad. Sci. U.S.A.* 50, 21289–21294. doi: 10.1073/pnas.0914211107

Williams, M. A., and Baker, W. L. (2010). Bias and error in using survey records for ponderosa pine landscape restoration. *J. Biogeogr.* 37, 707–721. doi: 10.1111/j.1365-2699.2009.02257.x

Williams, M. A., and Baker, W. L. (2011). Testing the accuracy of new methods for reconstructing historical structure of forest landscapes using GLO survey data. *Ecol. Monogr.* 81, 63–88. doi: 10.1890/10-0256.1

Williams, M. A., and Baker, W. L. (2012a). Spatially extensive reconstructions show variable-severity fire and heterogeneous structure in historical western United

States dry forests. *Glob. Ecol. Biogeogr.* 21, 1042–1052. doi: 10.1111/j.1466-8238.2011.00750.x

Williams, M. A., and Baker, W. L. (2012b). Comparison of the *higher*-severity fire regime in historical (A.D. 1800s) and modern (A.D. 1984-2009) montane forests across 624,156 ha of the Colorado Front Range. *Ecosystems* 15, 832–847. doi: 10.1007/s10021-012-9549-8

Williams, M. A., and Baker, W. L. (2013). Variability of historical forest structure and fire across ponderosa pine landscapes of the Coconino Plateau and south rim of Grand Canyon National Park, Arizona, USA. *Landsc. Ecol.* 28, 297–310. doi: 10.1007/s10980-012-9835-z

**Conflict of Interest Statement:** The authors declare that the research was conducted in the absence of any commercial or financial relationships that could be construed as a potential conflict of interest.

*Received: 10 November 2014; paper pending published: 29 November 2014; accepted: 22 December 2014; published online: 13 January 2015.*

*Citation: Baker WL and Williams MA (2015) Bet-hedging dry-forest resilience to climate-change threats in the western USA based on historical forest structure. Front. Ecol. Evol.* ***2****:88. doi: 10.3389/fevo.2014.00088*

*This article was submitted to Paleoecology, a section of the journal Frontiers in Ecology and Evolution.*

*Copyright © 2015 Baker and Williams. This is an open-access article distributed under the terms of the Creative Commons Attribution License (CC BY). The use, distribution or reproduction in other forums is permitted, provided the original author(s) or licensor are credited and that the original publication in this journal is cited, in accordance with accepted academic practice. No use, distribution or reproduction is permitted which does not comply with these terms.*

Check for updates



# Tree genetics defines fungal partner communities that may confer drought tolerance

Catherine A. Gehring[a,b,1,2], Christopher M. Sthultz[a,1], Lluvia Flores-Rentería[a,3], Amy V. Whipple[a,b], and Thomas G. Whitham[a,b]

[a]Department of Biological Sciences, Northern Arizona University, Flagstaff, AZ 86011-5640; and [b]Merriam-Powell Center for Environmental Research, Northern Arizona University, Flagstaff, AZ 86011-6077

Edited by Daniel S. Simberloff, The University of Tennessee, Knoxville, TN, and approved August 28, 2017 (received for review March 11, 2017)

**Plant genetic variation and soil microorganisms are individually known to influence plant responses to climate change, but the interactive effects of these two factors are largely unknown. Using long-term observational studies in the field and common garden and greenhouse experiments of a foundation tree species (*Pinus edulis*) and its mutualistic ectomycorrhizal fungal (EMF) associates, we show that EMF community composition is under strong plant genetic control. Seedlings acquire the EMF community of their seed source trees (drought tolerant vs. drought intolerant), even when exposed to inoculum from the alternate tree type. Drought-tolerant trees had 25% higher growth and a third the mortality of drought-intolerant trees over the course of 10 y of drought in the wild, traits that were also observed in their seedlings in a common garden. Inoculation experiments show that EMF communities are critical to drought tolerance. Drought-tolerant and drought-intolerant seedlings grew similarly when provided sterile EMF inoculum, but drought-tolerant seedlings grew 25% larger than drought-intolerant seedlings under dry conditions when each seedling type developed its distinct EMF community. This demonstration that particular combinations of plant genotype and mutualistic EMF communities improve the survival and growth of trees with drought is especially important, given the vulnerability of forests around the world to the warming and drying conditions predicted for the future.**

climate change | drought | ectomycorrhizal fungi | host genetics | plant-soil feedback

Feedback between plants and soil microbes influences plant productivity and diversity (1, 2), with the strongest evidence of their importance coming from studies comparing plant species. However, trait variation within plant species also alters the abundance, species composition, and diversity of microbes (3, 4). Variation in the efficacy of different microbial communities among plant genotypes may lead to ecological and evolutionary feedback between microbial communities and their host plants (4, 5). This feedback could influence how plant species respond to climate change (6, 7), and it is critical to understand in long-lived, foundation species that define habitat structure and ecosystem function (8). The mycorrhizal fungi that occur in association with the roots of most plant species may have particularly important feedback effects on the climate change responses of their host plants because they facilitate soil resource uptake and improve the ability of plants to tolerate moisture and temperature stress (6, 7). Plants and their mycorrhizal fungal communities also can be locally adapted to one another and their environment, potentially maximizing their combined performance (9–11). However, it is difficult to link the results of the highly controlled studies necessary to isolate the effects of differing communities of mycorrhizal fungi to patterns of vegetation change in nature.

We combined greenhouse and common garden experiments with two decades of observations in the field to examine the importance of the interaction between within-population variation in drought tolerance and ectomycorrhizal fungal (EMF) species composition in pinyon pine (*Pinus edulis* Engelm), a widespread foundation tree species of the southwestern United States. Pinyon pine has suffered large-scale mortality resulting from climate change (12), and its range is expected to contract this century as the climate continues to change (13). Pinyons are ideal to test the influence of plant genetics on complex mycorrhizal fungal–plant–climate interactions for several reasons. First, forest and woodland biomes around the world are increasingly vulnerable to drought as a result of climate change (14), and studies of pinyon–juniper woodlands have already provided important insights (12). Second, *P. edulis* is often the only plant species colonized by EMF in its woodland habitat, facilitating study of the importance of these fungi to their host plant and the surrounding ecosystem (15). Third, drought-tolerant and drought-intolerant trees can be distinguished in the field, enabling study of their traits and those of their offspring. Drought tolerance and susceptibility to chronic herbivory by a stem-boring moth that attacks adult trees (*Dioryctria albovittella*) are genetically controlled and inversely related in *P. edulis* (16, 17). Although the two tree types grow side by side, adult moth-resistant trees had threefold higher mortality during extreme drought than adult moth-susceptible trees (17). Chronic moth herbivory alters tree architecture and is thus a phenotypic marker for drought tolerance in the field (17) (see icons in Fig. 1). Fourth, studies conducted over the course of 16 y show that moth-susceptible (drought tolerant) and moth-resistant (drought intolerant) trees differ consistently in EMF species composition (18), and moth removal experiments demonstrate that these differences are not the result of herbivory (19).

## Significance

**Soil microbes influence plant performance and may be critical to the persistence of some plants with climate change. However, microbes are highly diverse, and individuals of the same plant species often associate with different microbes. We examined the importance of soil microbes to the growth and survival of a widespread pine under drought conditions. We found that specific beneficial fungus–host genotype combinations promoted drought tolerance in field and greenhouse studies. Drought tolerance, and associations with particular fungi, were passed from mother trees to their offspring, indicating the traits are genetic. These results demonstrate the interlinked importance of the genetics of a tree and its microbiome, which can be used to restore forest losses resulting from drought.**

Author contributions: C.A.G., C.M.S., A.V.W., and T.G.W. designed the study; C.A.G., C.M.S., and L.F.-R. conducted the greenhouse experiments; C.A.G., A.V.W., and T.G.W. collected field data and established the common garden; C.A.G. analyzed the data; C.A.G. wrote the manuscript; and all authors contributed to revisions.

The authors declare no conflict of interest.

This article is a PNAS Direct Submission.

See Commentary on page 11009.

[1]C.A.G. and C.M.S. contributed equally to this work.

[2]To whom correspondence should be addressed. Email: Catherine.Gehring@nau.edu.

[3]Present address: Department of Biology, San Diego State University, San Diego, CA 92182-4614.

This article contains supporting information online at www.pnas.org/lookup/suppl/doi:10.1073/pnas.1704022114/-/DCSupplemental.



Downloaded from https://www.pnas.org by 184.166.63.30 on November 30, 2023 from IP address 184.166.63.30.

Downloaded from https://www.pnas.org by 184.166.63.30 on November 30, 2023 from IP address 184.166.63.30.




**Fig. 1.** (*A*) Nonmetric multidimensional scaling ordination of *P. edulis* EMF community composition showing that seed source (symbol color), but not inoculum source (symbol shape), influenced the EMF community composition of *P. edulis* seedlings. Light orange symbols represent seeds from drought-intolerant mothers, and light green symbols represent seeds from drought-tolerant mothers. Squares represent inoculum from drought-tolerant mothers and diamonds represent inoculum from drought-intolerant mothers. Points are the centroid of the EMF community, with lines depicting ±1 SE. The closer centroids are to one another, the more similar the EMF community. (*B*) Nonmetric multidimensional scaling ordination of the EMF communities of drought-tolerant and drought-intolerant adult trees in the field and seedlings grown from the seeds of drought-tolerant and drought-intolerant trees. The communities of adult trees are shown by large circles (dark green, drought tolerant; dark orange, drought intolerant), and the communities of seedlings are indicated by smaller squares (light green, seeds from drought-tolerant trees; light orange, seeds from drought-intolerant trees). Points are centroids, with lines depicting ±1 SE. Icons show the morphology of adult drought-intolerant (tall, upright) and drought-tolerant (prostrate, shrub-like) trees.

These previous studies of adult trees demonstrate important interrelationships among tree genetics, drought tolerance, and fungal mutualist communities. However, in the absence of carefully controlled greenhouse experiments and common gardens, it has not been possible to determine whether *P. edulis* can pass traits of drought tolerance and EMF community composition to their offspring, or to directly establish the importance of differing EMF communities to drought tolerance. We integrated greenhouse and common garden experiments with long-term field studies to partition the effects of host genetics and EMF communities on plant performance during drought. This combination of tests is crucial, as the collective results determine whether fungal mutualists contribute to the drought tolerance of a foundation tree species that defines a much larger ecosystem. They also evaluate the importance of plant genetic variation to climate change response, acting either directly through plant traits or indirectly through root-associated microbes.

## Results

Two lines of evidence showed that EMF community composition was strongly influenced by host plant genetics. First, a reciprocal transplant greenhouse experiment of seed source (seeds from drought-tolerant and drought-intolerant adult trees, representing the influence of plant genetics) and inoculum source (EMF roots and adhering soil from drought-tolerant and drought-intolerant trees, representing the influence of the root/rhizosphere community) showed that the EMF communities colonizing the roots of *P. edulis* seedlings were influenced significantly by seed source (Pseudo-$F_{1,20}$ = 6.78; $P$ = 0.001), but not by inoculum source (Pseudo-$F_{1,20}$ = 1.04; $P$ = 0.378), and there was no significant interaction between seed source and inoculum source (Pseudo-$F_{4,45}$ = 0.72; $P$ = 0.536; Fig. 1*A*; species list in Table S1). The EMF communities of seedlings from drought-tolerant and drought-intolerant seed sources had different indicator species; the basidiomycete, *Rhizopogon roseolus*, characterized seedlings from drought-intolerant mothers [indicator value (IV) = 74.0; $P$ = 0.0002], and two members of the ascomycete genus, *Geopora*, characterized seedlings from drought-tolerant mothers [IV = 24.9 ($P$ = 0.032) for *Geopora pinyonesis* and IV = 34.2 ($P$ = 0.011) for *Geopora* 2].

The second line of evidence in support of the importance of plant genetics to EMF communities comes from the similarity between the EMF communities of seedlings from the reciprocal transplant experiment and the EMF communities of adult trees of the same drought tolerance class growing in the field (Fig. 1*B*). Seedlings and adult trees had similar mean species richness, ranging from 2.1 to 2.5, comparable to values reported previously during drought (18). The EMF community composition of the seedlings and trees were influenced by drought tolerance class (Pseudo-$F_{1,38}$ = 7.48; $P$ = 0.001), but not by tree age class (seedling vs. adult; Pseudo-$F_{1,38}$ = 0.72; $P$ = 0.560), and there was no significant interaction between drought tolerance class and age class (Pseudo-$F_{1,38}$ = 0.55; $P$ = 0.707). The EMF communities of drought-tolerant adult maternal trees and their seedlings were dominated by the same two species of *Geopora*, making up, on average, 77% and 78% of their communities, respectively. Drought-intolerant trees and their seedlings were dominated by *R. roseolus*, making up, on average, 41% and 50% of their communities, respectively. Taken together, the findings of the reciprocal transplant experiment show that EMF community composition represents a heritable plant trait.

SEE COMMENTARY

PNAS PNAS PNAS PNAS

Downloaded from https://www.pnas.org by 184.166.63.30 on November 30, 2023 from IP address 184.166.63.30.




**Fig. 2.** Mean (+1 SE) dry biomass of seedlings from drought-intolerant (light orange bars; tree icon with upright architecture) and drought-tolerant (light green bars; tree icon with shrub-like architecture) mothers grown with live EMF or sterilized EMF inoculum in drought conditions. Seedlings grown from drought-tolerant seeds received inoculum from drought-tolerant trees (live vs. sterile), and seedlings grown from drought-intolerant seeds received inoculum from drought-intolerant trees (live vs. sterile).

The genetically based differences in seedling associations with EMF had important consequences for seedling growth. In a second greenhouse experiment (EMF drought experiment), seedlings from drought-tolerant and drought-intolerant mothers were grown under drought conditions with (live inoculum) and without (sterile inoculum) their respective EMF communities. The use of sterile versus live inoculum allowed us to determine the importance of differing EMF associations to host plant performance during drought. The live EMF of drought-tolerant and drought-intolerant trees promoted growth relative to sterile inoculum ($F_{1,32} = 50.42$; $P < 0.0001$; Fig. 2), indicating that both EMF associations functioned as mutualists. However, seedlings of drought-tolerant mothers grew larger than seedlings of drought-intolerant mothers ($F_{1,32} = 20.32$; $P < 0.0001$), but only in the presence of live EMF inoculum (seed source × inoculum interaction, $F_{1,32} = 4.83$; $P = 0.030$). Seedlings of drought-tolerant and drought-intolerant mothers were similar in size in the presence of sterile inoculum, but in the presence of live inoculum, seedlings from drought-tolerant mothers grew 25% larger (Fig. 2).

The greater growth of seedlings from drought-tolerant mothers than drought-intolerant mothers after inoculation with EMF could be a result of differences in EMF abundance or species richness, EMF community composition, or responsiveness to EMF inoculum. Of these possibilities, we could not test the third alternative because the tight linkage between seedling genetics and EMF community composition shown here made the critical reciprocal inoculum experiments impossible. Of the remaining possibilities, our data do not support the first alternative hypothesis because colonization by EMF, a measure of fungal abundance, was similar among seedlings from drought-tolerant and drought-intolerant maternal trees, ranging from 40% to 44% in seedlings receiving live inoculum. Similarly, average per seedling EMF species richness ranged from 2.2 to 2.5.

In contrast, two lines of evidence support our second alternative hypothesis, that EMF community composition contributed significantly to differences in the growth of the two seedling types. First, the EMF communities of seedlings of drought-tolerant and drought-intolerant mothers differed significantly in the EMF drought experiment (Pseudo-$F_{1,17} = 9.08$; $P = 0.0004$). Two species of *Geopora* were indicators of the communities of seedlings of drought-tolerant mothers [IV = 65.1 ($P = 0.044$) for *G. pinyonensis* and IV = 62.4 ($P = 0.050$) for *Geopora* 2; combined average of 81% of the community], and *R. roseolus* was an indicator for seedlings of drought-intolerant mothers (IV = 100; $P = 0.002$; average of 50% of the community). These community differences, including indicator species, were similar to those observed in the reciprocal transplant experiment, demonstrating their consistency. Second, although the EMF communities of the seedlings of drought-intolerant trees in the greenhouse drought experiment were generally dominated by *R. roseolus*, many of them were colonized to some extent by *G. pinyonensis* and *Geopora* 2, the dominant EMF on drought-tolerant trees and their seedlings. Importantly, the growth of drought-intolerant seedlings was significantly positively associated with the combined relative abundance of members of the genus *Geopora* ($R^2 = 0.367$; $F_{1,8} = 5.65$; $P = 0.05$; Fig. S1), a result also observed in drought-intolerant adult trees in the field (18) during drought ($R^2 = 0.465$; $F_{1,19} = 13.93$; $P = 0.002$). In combination, these data suggest members of the genus *Geopora* are associated with higher growth in drought conditions.

Studies of adult drought-tolerant and drought-intolerant trees in the field and their seedlings in a common garden support and expand our greenhouse studies in two ways. First, a reversal in performance of the two types of adult trees in the field as climate changed from semiarid to drought conditions suggests the EMF communities of drought-intolerant trees are more beneficial during wetter times, whereas the EMF communities of drought-tolerant trees are more beneficial during drought. During the 10 y before the onset of drought (1986–1995), the mean annual average stem growth of drought-intolerant adult trees exceeded that of drought-tolerant adult trees by an average of 15% (Fig. 3). The EMF communities of these trees during this predrought period (1994) showed dominance by *Geopora* in drought-tolerant trees and *R. roseolus* and other basidiomycetes in drought-intolerant trees (18). Over the course of 10 y of drought (1997–2006), the mean annual average stem growth of both tree types declined ($F_{1,36} = 45.99$; $P < 0.0001$), but the growth of drought-intolerant trees declined 45%, whereas that of drought-tolerant trees declined only 12% (drought by tree phenotype interaction, $F_{1,36} = 13.67$; $P = 0.001$). The EMF communities during this drought period (2004) again showed dominance by *Geopora* in drought-tolerant trees, with *Geopora* abundance also increasing on drought-intolerant trees (18). Although the abundance of basidiomycetes on drought-intolerant adult trees was lower in 2004 than 1994,




**Fig. 3.** Mean shoot (±1 SE) growth of drought-intolerant (orange bars) and drought-tolerant adult trees (green bars) during a 20-y period ($n = 11$ trees/group). Predrought bars illustrate 10-y mean shoot growth from 1986 to 1995, when conditions were relatively moist, and drought bars represent the 10-y mean shoot growth from 1997 to 2006, when drought conditions prevailed.

ECOLOGY

Downloaded from https://www.pnas.org by 184.166.63.30 on November 30, 2023 from IP address 184.166.63.30.

these fungi, including *R. roseolus*, made up ~40% of the community (18).

Field observations and common garden experiments support our greenhouse results in a second way. Patterns of seedling growth in the EMF drought experiment were similar to patterns of shoot growth of both adult trees under drought conditions in the field and the offspring of those adult trees growing in a nearby common garden, where seedlings of drought-tolerant and drought-intolerant maternal trees were planted randomly (common garden experiment) (Fig. 4). Average shoot growth during a drier-than-average 10-y period from 1997 to 2007 was ~25% higher in adult drought-tolerant trees than in adult drought-intolerant trees (Fig. 4; statistical analysis in previous paragraph). Seedlings of these drought-tolerant trees grown in a common garden for 2 y, also in drier-than-average conditions, grew 50% larger than seedlings of drought-intolerant trees ($t = 4.70$; $P < 0.0001$; Fig. 4). Cumulative 2-y mortality in the common garden was also higher in seedlings from drought-intolerant mothers than drought-tolerant mothers ($t = 2.681$; $P = 0.017$), similar to the mortality in adult trees during drought (Fig. 4). The close correspondence among greenhouse, common garden, and field results argues that plant genotype–EMF community interactions contribute to the dramatic performance differences observed in response to drought in adult *P. edulis* in nature.

## Discussion

Our findings demonstrate that EMF community composition is strongly influenced by host plant genetics. A handful of other studies have documented that plant genotypes vary in their EMF communities (i.e., community specificity at the genotype level) (3, 20), but they do not combine long-term measurements with experimental manipulations that separate genetic and environmental effects. Our previous studies of natural populations of *P. edulis* conducted over the course of ~20 y show that differences in the EMF community composition of drought-tolerant and drought-intolerant genotypes in the field are consistent, long-term (18, 19), and observed in multiple populations of trees (18). The current study experimentally demonstrates that genetic effects outweigh environmental effects as seedlings acquire the EMF community of their seed source trees, regardless of inoculum source. These data greatly strengthen the evidence that host genotype is an important force structuring biodiversity, both above- and belowground (3, 20).

Our study documents the importance of community specificity at the genotype level to plant performance during climate stress. We show that interactions between plant genetics and EMF fungi affect drought tolerance. Further, our experiments show that the propensity to support different EMF communities is both genetically based and heritable. Ectomycorrhizal fungi are known for their role in promoting tolerance to drought (21) and other plant stressors (6), supporting the hypothesis that these fungi could be a critical mechanism allowing plants and their associated communities to survive climate change (6, 7, 22). A recent study across widely separated populations also shows the importance of plant genetic–soil fungal interactions; EMF community dissimilarity from the local population resulted in 15% lower growth of *Pseudotsuga menziesii* seedlings transplanted up to 400 km northward (23). These results show the importance of matching host populations with appropriate EMF mutualists across large spatial scales (23). Our study shows that plant genotype-driven EMF community variation and its feedback effects on plant growth can operate at a much finer scale, within a population, among trees growing intermixed within a stand. There also is growing evidence that the use of climate change-appropriate plant genotypes has economic value in forestry and restoration (24, 25), and our results argue that particular plant genotype–soil microbe combinations also could be critical to forest management and restoration.

Our data suggest that the EMF communities of drought-tolerant and drought-intolerant trees contribute to the differing performance of these two tree types in wetter versus drier conditions, yet we know little about the fungal traits that contribute to this functional divergence. Drought-tolerant pinyons are associated primarily with ascomycetes of the genus *Geopora* that frequently occupy stressful or early successional environments (18), but are among a large number of ascomycete taxa only recently described as ectomycorrhizal based on molecular characterization of root tips (26, 27). Members of the genus *Geopora* produce short-distance explorative hyphae (27), a trait observed in relatives of these fungi that preferentially associated with pines on a desert island (28). Members of the genus *Rhizopogon* are also observed in early successional environments (29), but unlike *Geopora* spp., their effects




**Fig. 4.** Similar patterns of mortality and growth of adult drought-intolerant (dark orange bars) and drought-tolerant (dark green bars) trees at the field site and of seedlings of these trees in a common garden (light orange bars, seedlings from drought-intolerant mothers; light green bars, seedlings from drought-tolerant mothers). Mortality data for adult trees resulted from extreme drought in 2002 and were previously published (17). Growth data for adult trees are mean shoot length in millimeters (+1 SE) of drought-tolerant and drought-intolerant trees over the course of 10 y of drought (1997–2006). These data are shown in Fig. 3 but are presented here for comparison with seedling data. Seedling mortality data are mean mortality (±1 SE) over the course of 2 y, and seedling growth is mean cumulative total shoot growth in centimeters (±1 SE) during the same 2 y. The photograph shows common garden seedlings from a drought-intolerant mother (within circle on left) and a drought-tolerant mother (within circle on right) to illustrate size differences.

SEE COMMENTARY

PNAS PNAS PNAS PNAS

Downloaded from https://www.pnas.org by 184.166.63.30 on November 30, 2023 from IP address 184.166.63.30.

on seedling performance have been assessed in inoculation studies. Consistent with our findings, the growth of *P. muricata* seedlings was improved by three species of *Rhizopogon* in wetter, but not drier, conditions (30). However, the dominant *Rhizopogon* we observed, *R. roseolus*, did not promote growth of *P. sylvestris* seedlings in wet or dry conditions (31), although in vitro studies suggest it tolerates low moisture (32).

The consistent results we observed across greenhouse, common garden, and field studies allows us to link interactions among plant genotype, EMF communities, and drought to landscape-scale changes in dominant plants and their associated communities. Before drought, drought-intolerant pinyons and their associated EMF communities had higher performance than drought-tolerant pinyons and their EMF communities, but these patterns reversed during drought, resulting in rapid shifts in the genetic structure of the adult *P. edulis* population. Drought-intolerant trees dominated on the landscape before drought, but differential mortality resulted in near equality of the two tree types (17). Importantly, the shift in the genetic structure of the *P. edulis* population is associated with changes in the composition of hundreds of other species including insects, birds, and mammals whose survival may depend on the dynamics of the EMF mutualism (33). Likewise, members of the genus *Geopora* have increased with drought within and among pinyon–juniper woodlands (18, 34), a potentially favorable shift for *P. edulis* if drought persists (13). However, ongoing drought is associated with a reduction in the ecosystem's already low EMF diversity (18, 19), which could ultimately negatively affect *P. edulis*, particularly as it is the only host for EMF across much of its range (15).

In conclusion, our studies demonstrate intimate relationships among plant genetics, fungal communities, and drought tolerance in *P. edulis*. The existence of a strong genetic component to the establishment of mycorrhizal partnerships argues that evolutionary relationships among plants and mutualists will play a role in determining the fate of foundation plant species with climate change. The association we observed among host genotype, drought tolerance, and EMF community composition became evident only after an extreme drought, suggesting the cascading effects of plant genetics may become stronger as the effects of climate change increase. Genetically based traits that were less important in benign environments may become crucial as more foundation species live in environments on the edge of their physiological and ecological tolerances.

## Methods

We studied drought-tolerant and drought-intolerant *P. edulis* and their associated EMF in northern Arizona (35° 23′ 25″N, 111° 25′ 40.8″W). Soils were 1,200-y-old cinder deposits that include basaltic ash, cinders, and lava flows that belong in the US Department of Agriculture Soil Taxonomic Sub-Group of Typic Ustorthents (35). These soils have low water-holding capacity and low levels of several nutrients (35). The site was dominated by *P. edulis* and one-seed juniper (*Juniperus monosperma* Engelm). This region of northern Arizona is semiarid, averaging ∼320 mm precipitation/year (35). It has experienced drought for most of the last 20 y (1996–2015) according to the Palmer Drought Severity Index (PDSI; National Climate Data Center; https://www.ncdc.noaa.gov/temp-and-precip/drought/historical-palmers/).

**Greenhouse Reciprocal Transplant Experiment.** We determined the importance of seed source (plant genetics) and soil inoculum source (environment) to EMF community composition, using a reciprocal transplant experiment in the greenhouse. We collected seeds from open pollinated drought-tolerant and drought-intolerant pinyons and planted them in steam-sterilized field soil inoculated with roots and adhering soil collected beneath drought-tolerant and drought-intolerant trees in a factorial design. We predicted that if plant genetics were more important than inoculum source to EMF community composition, seedlings grown from drought-tolerant mothers would have similar EMF communities regardless of the inoculum they received (from drought-tolerant or drought-intolerant trees).

We collected seeds from drought-tolerant and drought-intolerant trees that have been studied since the mid- to late 1980s (18, 19, 36). To help account for maternal effects, we used similarly sized seeds that represented the most common range of seed size (0.30–0.35 g) from 18 trees. We collected roots and associated soil from nine drought-tolerant and nine drought-intolerant trees during the wettest month of a severe drought year, as EMF abundance peaks at this time (37). We collected six soil cores (20 cm depth, 6 cm diameter) from each tree and removed roots from one core per tree and stored them at −20 °C until they could be analyzed for EMF community composition. We analyzed adult tree EMF communities so we could directly compare the EMF communities of adult trees to the EMF communities of experimental seedlings. We filled pots (656 mL) with steam-sterilized field soil (two successive nights at 95 °C) collected from an intercanopy space at the study site, and then added live inoculum (∼25 g EMF colonized roots and adhering soil) from one of the soil cores. We added two viable seeds from the same maternal tree each into each pot and thinned to one seedling as needed. Low germination of some seeds resulted in a final design of 24 pots; six replicates of each of four treatments in which seeds from drought-tolerant trees received inoculum from either drought-tolerant or drought-intolerant trees. Seeds from drought-intolerant trees received the same inoculum treatments. We maintained pots in a greenhouse, under 12:12 supplemental light, with temperatures of 24–27 °C during the day and 13–16 °C at night, and watered them every 3 d, creating dry conditions (∼3.8% soil moisture) (37). We harvested seedlings after 12 mo and measured their EMF communities (see below).

**Greenhouse EMF Drought Experiment.** We tested whether genetically based linkages between plants and EMF influenced seedling performance during drought with a second greenhouse experiment. We compared the biomass of seedlings inoculated with live roots and adhering soil to those inoculated with sterilized inoculum to assess the importance of EMF originating from drought-tolerant versus drought-intolerant trees to seedling growth. Seed source was the only significant predictor of the EMF community composition of seedlings in the reciprocal transplant experiment (Fig. 1*A*), so we did not incorporate a reciprocal inoculum design. We used 18 seed sources, nine drought tolerant and nine intolerant, and collected inoculum from 12 drought-tolerant and 12 drought-intolerant trees as described earlier. We sterilized half the roots/adhering soil from each tree to create a sterile inoculum treatment by microwaving moistened roots and soil in a covered glass dish at high power for 6–8 min (38). We planted seeds of similar size (0.30–0.35 g) of each maternal seed source in 656-mL pots containing steam-sterilized field soil with 25 g of either live or sterilized inoculum ($n$ = 36, nine each in four treatments). We did not match inoculum source tree identity to seed source identity, but assigned them to one another randomly within a treatment. Growing conditions were the same as in the reciprocal transplant experiment except that after 30 d, seedlings were placed in a low-water treatment (∼2.5% soil moisture) that simulated moderate drought, but did not result in mortality (17, 37). Soil moisture in these soils ranges from <1% to 10%, depending on season of the year (37). We harvested seedlings after 7 mo and measured their dry biomass, EMF colonization, and EMF community composition.

**Observational Field Studies and Common Garden Experiment.** We explored the relationships between EMF communities and pinyon growth in drought and less arid conditions by measuring the shoot growth ($n$ = 10 shoots/tree) of a set of drought-tolerant (n = 11) and drought-intolerant adult trees ($n$ = 11) over the course of two 10-y periods: one before the onset of drought in 1996 (1986–1995) and one during drought (1997–2006). We linked patterns in these data with the EMF community composition of a subset of these trees ($n$ = 9) collected before drought (1994) and during drought (2004) and published previously (18, 19). The average annual PDSI for northern Arizona for the predrought 10-y period included 5 moist or very moist years and 1 y of drought. The average annual PDSI for the 10-y drought period included 6 y of drought: 3 y classified as severe and 3 y classified as extreme (National Climate Data Center; https://www.ncdc.noaa.gov/temp-and-precip/drought/historical-palmers/).

We related greenhouse experiment results to patterns in the field by qualitatively comparing the growth of seedlings in the greenhouse under simulated drought conditions with the growth of adult trees in the field and seedlings in a common garden. We used the shoot length data described here for the drought period to characterize adult trees and established a common garden near the field site (common garden experiment) and measured the growth and mortality of replicate seedlings ($n$ = 5–8) from 10 drought-tolerant and 10 drought-intolerant maternal trees. Seedlings were grown in the greenhouse for 1 y and then transplanted to a common garden in their native habitat in 2010. Nurse plants are essential for establishment in the wild (39), so all pinyon seedlings were planted within 0.5 m of a nurse shrub (*Fallugia paradoxa*). We added supplemental water during the first two dry seasons (May–June, October) to further facilitate establishment. We report data on mortality and cumulative shoot length for 2 y after the cessation of watering (2013–2014) when average climate based on PDSI was moderate and severe drought, respectively. *P. edulis*

ECOLOGY

Downloaded from https://www.pnas.org by 184.166.63.30 on November 30, 2023 from IP address 184.166.63.30.

grows very slowly, so we did not assess EMF community composition on common garden seedlings because it would have required whole seedling harvests, reducing the future use of the garden. However, we collected roots from several seedlings to verify they had formed ectomycorrhizas morphologically similar to those observed previously.

**EMF Community Composition and Data Analysis.** We determined the EMF community composition of the inoculum source trees in the reciprocal transplant experiment by classifying 75–100 living EM root tips/tree morphologically, followed by molecular analysis, using standard methods (18, 19). We morphologically typed all EM root tips from each seedling in the same way. We extracted DNA from three to five root tips per morphotype per tree/seedling, using a Qiagen DNEasy plant kit (Qiagen), amplified the internal transcribed spacer (ITS) region using PCR with the ITS1F/ITS4 primer pair, and sequenced it using an ABI 3730 Genetic Analyzer. We used BLASTn (40) to query sequences against the NCBI DNA sequence database, using 98% similarity as a cutoff for species identification.

We visualized data on EMF community composition, using nonmetric multidimensional scaling ordinations with a Bray-Curtis distance measure in PC-ORD 5.10 (41). For the reciprocal transplant experiment, we tested the influence of seed source (drought-tolerant vs. drought-intolerant mothers) and inoculum source (drought-tolerant vs. drought-intolerant trees) on EMF community composition with a permutation-based nonparametric multivariate analysis of variance (PerMANOVA), using relative abundance data, also in PC-ORD. We analyzed the main effects of seed source and inoculum source as a two-way factorial, followed by pair-wise tests when main effects were significant ($P \leq 0.05$). We used indicator species analysis in PC-ORD to determine whether particular species contributed to community differences. We combined EMF community composition data from reciprocal transplant experiment seedlings by seed source and compared them with the EMF communities of adult inoculum source trees, using a PerMANOVA with tree category (drought-tolerant or drought-intolerant trees or seeds) and tree age (adult vs. seedlings) in PRIMER version 6.1 (42). We analyzed seedling dry mass in the EMF drought experiment, using a two-way ANOVA with seed source (drought tolerant vs. intolerant), and EMF inoculum (live vs. sterile) as fixed effects in IBM SPSS version 24, and used a PerMANOVA to analyze community composition, excluding the sterile inoculated seedlings, which were not colonized by EMF. We examined associations between the abundance of *G. pinyonensis* and *Geopora* 2 ectomycorrhizas on drought-intolerant seedlings and their growth, using linear regression in SPSS. We used a two-way ANOVA to compare the mean shoot growth of drought-tolerant and drought-intolerant adult trees during predrought and drought 10-y periods, and a Student's *t* test to compare the mean 2-y shoot growth and mortality of the seedlings of drought-tolerant and drought-intolerant trees in the common garden.

**Data Availability.** Data are available from the corresponding author on request and will be publicly available within 1 y of publication through the Southwest Experimental Garden Array data repository (www.sega.nau.edu/data). Representative DNA sequences of each EMF taxon were previously deposited in the National Center for Biotechnology Information nucleotide database (https://www.ncbi.nlm.nih.gov/) (18) (Table S1).

**ACKNOWLEDGMENTS.** We thank M. Howell, G. Kovacs, Z. Kovacs, A. Patterson, C. Reveles, N. Theimer, P. Patterson, and the Arizona State Forestry Division for help in the field or greenhouse; the US Forest Service and National Park Service for site access; and J. Hoeksema and T. Theimer for comments on the manuscript. Support was provided by National Science Foundation Grants DEB0816675 (to C.A.G., L.F.-R., A.V.W., and T.G.W.), DEB0236204 (to C.A.G., A.V.W., and T.G.W.), and DBI-1126840 (to T.G.W. and A.V.W.), and Science Foundation Arizona Competitive Advantage Award 0236-08 (to C.A.G., A.V.W., and T.G.W.).

1. Bennett JA, et al. (2017) Plant-soil feedbacks and mycorrhizal type influence temperate forest population dynamics. *Science* 355:181–184.
2. Teste FP, et al. (2017) Plant-soil feedback and the maintenance of diversity in Mediterranean-climate shrublands. *Science* 355:173–176.
3. Whitham TG, et al. (2012) Community specificity: Life and afterlife effects of genes. *Trends Plant Sci* 17:271–281.
4. Johnson D, Martin F, Cairney JW, Anderson IC (2012) The importance of individuals: Intraspecific diversity of mycorrhizal plants and fungi in ecosystems. *New Phytol* 194:614–628.
5. van der Putten WH, et al. (2013) Plant-soil feedback: The past, present and future challenges. *J Ecol* 101:265–276.
6. Kivlin SN, Emery SM, Rudgers JA (2013) Fungal symbionts alter plant responses to global change. *Am J Bot* 100:1445–1457.
7. Fischer DG, et al. (2014) Plant genetic effects on soils under climate change. *Plant Soil* 379:1–19.
8. Ellison AM, et al. (2005) Loss of foundation species: Consequences for the structure and dynamics of forested ecosystems. *Front Ecol Environ* 3:479–486.
9. Johnson NC, Wilson GW, Bowker MA, Wilson JA, Miller RM (2010) Resource limitation is a driver of local adaptation in mycorrhizal symbioses. *Proc Natl Acad Sci USA* 107:2093–2098.
10. Pickles BJ, Twieg BD, O'Neill GA, Mohn WW, Simard SW (2015) Local adaptation in migrated interior Douglas-fir seedlings is mediated by ectomycorrhizas and other soil factors. *New Phytol* 207:858–871.
11. Rúa MA, et al. (2016) Home-field advantage? Evidence of local adaptation among plants, soil, and arbuscular mycorrhizal fungi through meta-analysis. *BMC Evol Biol* 16:122.
12. Breshears DD, et al. (2005) Regional vegetation die-off in response to global-change-type drought. *Proc Natl Acad Sci USA* 102:15144–15148.
13. Rehfeldt GE, Crookston NL, Warwell MV, Evans JS (2006) Empirical analyses of plant-climate relationships for the western United States. *Int J Plant Sci* 167:1123–1150.
14. Choat B, et al. (2012) Global convergence in the vulnerability of forests to drought. *Nature* 491:752–755.
15. Gehring CA, Swaty RL, Deckert RJ (2016) Mycorrhizas, drought and host plant mortality. *Mycorrhizal Mediation of Soil: Fertility, Structure and Carbon Storage*, eds Johnson NC, Gehring CA, Jansa J (Elsevier, London), pp 280–298.
16. Mopper S, Mitton JB, Whitham TG, Cobb NS, Christensen KM (1991) Genetic differentiation and heterozygosity in pinyon pine associated with resistance to herbivory and environmental stress. *Evolution* 45:989–999.
17. Sthultz CM, Gehring CA, Whitham TG (2009) Deadly combination of genes and drought: Increased mortality of herbivore-resistant trees in a foundation species. *Global Change Biol* 15:1949–1961.
18. Gehring C, et al. (2014) Plant genetics and interspecific competitive interactions determine ectomycorrhizal fungal community responses to climate change. *Mol Ecol* 23:1379–1391.
19. Sthultz CM, Whitham TG, Kennedy K, Deckert R, Gehring CA (2009) Genetically based susceptibility to herbivory influences the ectomycorrhizal fungal communities of a foundation tree species. *New Phytol* 184:657–667.
20. Lamit LJ, Holeski LM, Flores-Rentería L, Whitham TG, Gehring CA (2016) Tree genotype influences ectomycorrhizal fungal community structure: Ecological and evolutionary implications. *Fungal Ecol* 24:124–134.
21. Lehto T, Zwiazek JJ (2011) Ectomycorrhizas and water relations of trees: A review. *Mycorrhiza* 21:71–90.
22. Compant S, van der Heijden MGA, Sessitsch A (2010) Climate change effects on beneficial plant-microorganism interactions. *FEMS Microbiol Ecol* 73:197–214.
23. Kranabetter JM, Stoehr M, O'Neill GA (2015) Ectomycorrhizal fungal maladaptation and growth reductions associated with assisted migration of Douglas-fir. *New Phytol* 206:1135–1144.
24. O'Neill GA, Hamann A, Wang T (2008) Accounting for population variation improves estimates of the impact of climate change on species' growth and distribution. *J Appl Ecol* 45:1040–1049.
25. Grady KC, Kolb TE, Ikeda DH, Whitham TG (2015) A bridge too far: Cold and pathogen constraints to genetics based assisted migration of riparian forests. *Restor Ecol* 23:811–820.
26. Tedersoo L, May TW, Smith ME (2010) Ectomycorrhizal lifestyle in fungi: Global diversity, distribution, and evolution of phylogenetic lineages. *Mycorrhiza* 20:217–263.
27. Tedersoo L, Smith ME (2013) Lineages of ectomycorrhizal fungi revisited: Foraging strategies and novel lineages revealed by sequences from belowground. *Fungal Biol Rev* 27:83–99.
28. Hoeksema JD, Hernandez JV, Rogers DL, Mendoza LL, Thompson JN (2012) Geographic divergence in a species-rich symbiosis: Interactions between Monterey pines and ectomycorrhizal fungi. *Ecology* 93:2274–2285.
29. Bruns TD, et al. (2009) Inoculum potential of *Rhizopogon* spores increases with time over the first 4 yr of a 99-yr spore burial experiment. *New Phytol* 181:463–470.
30. Kennedy PG, Peay KG (2007) Different soil moisture conditions change the outcome of the ectomycorrhizal symbiosis between *Rhizopogon* species and *Pinus muricata*. *Plant Soil* 291:155–165.
31. Kipfer T, Wohlgemuth T, van der Heijden MG, Ghazoul J, Egli S (2012) Growth response of drought-stressed *Pinus sylvestris* seedlings to single- and multi-species inoculation with ectomycorrhizal fungi. *PLoS One* 7:e35275.
32. Duñabeitia MK, et al. (2004) Differential responses of three fungal species to environmental factors and their role in the mycorrhization of *Pinus radiata* D. Don. *Mycorrhiza* 14:11–18.
33. Whitham TG, et al. (2003) Community and ecosystem genetics: A consequence of the extended phenotype. *Ecology* 84:559–573.
34. Gordon GJ, Gehring CA (2011) Molecular characterization of pezizalean ectomycorrhizas associated with pinyon pine during drought. *Mycorrhiza* 21:431–441.
35. Selmants PC, Hart SC (2010) Phosphorus and soil development: Does the Walker and Syers model apply to semiarid ecosystems? *Ecology* 91:474–484.
36. Whitham TG, Mopper S (1985) Chronic herbivory: Impacts on architecture and sex expression of pinyon pine. *Science* 228:1089–1091.
37. Swaty RS, et al. (1998) Temporal variation in temperature and rainfall predicts ectomycorrhizal colonization at two sites varying in soil nutrients and moisture. *New Phytol* 139:733–739.
38. Johnson NC, et al. (2009) Mysterious mycorrhizae? A field trip and classroom experiment to demystify the symbioses formed between plants and fungi. *Am Biol Teach* 71:424–429.
39. Sthultz CM, Gehring CA, Whitham TG (2007) Shifts from competition to facilitation between a foundation tree and a pioneer shrub across spatial and temporal scales in a semiarid woodland. *New Phytol* 173:135–145.
40. Altschul SF, Gish W, Miller W, Myers EW, Lipman DJ (1990) Basic local alignment search tool. *J Mol Biol* 215:403–410.
41. McCune B, Mefford MJ (2006) PC-ORD: Multivariate Analysis of Ecological Data (MJM Software, Gleneden Beach, OR), Version 5.14.
42. Anderson MJ, Gorley RN, Clarke KR (2008) *PERMANOVA+ for PRIMER: Guide to Software and Statistical Methods* (PRIMER-E, Plymouth, UK).

frontiers in Forests and Global Change

ORIGINAL RESEARCH
published: 18 September 2019
doi: 10.3389/ffgc.2019.00056

Check for updates

# A Framework for Quantifying Resilience to Forest Disturbance

*Timothy Bryant[1,2], Kristen Waring[1]*, Andrew Sánchez Meador[1] and John B. Bradford[3]*

*[1] School of Forestry, Northern Arizona University, Flagstaff, AZ, United States, [2] USDA Forest Service, Portland, OR, United States, [3] Southwest Biological Science Center, US Geological Survey, Flagstaff, AZ, United States*

The concept of ecological resilience is an invaluable tool to assess the risk of state transitions and predict the impact of management on an ecosystem's response to future disturbances. However, resilience is difficult to quantify and the factors contributing to resilience are often unknown in systems subject to multiple disturbances. Here, we develop and demonstrate a framework to assess the potential of ponderosa pine and dry mixed conifer forests to be resilient to future disturbance (recover as the same forest type within a managerially significant timeframe) by combining indicators of short-term resilience (ability to withstand disturbance) to fire, insect, and drought disturbances using data from the Rio Tusas-Lower San Antonio landscape in northern New Mexico. The dry mixed conifer forests displayed an average resilience score of 4.54, while ponderosa pine forests had an average score of 3.45 (total possible of nine points) Stand density index was the most important driver of the overall score in the dry mixed conifer type. In the ponderosa pine type, overall basal area was the strongest driver of the overall score. These indicators have the greatest impact on the resilience score and provide the most effective targets for management to increase the possibility of resilience in these forest types. We applied the model in both forest types by comparing individual stands to an "ideal" score for a stand that is within the historic range of variation (HRV) of forest structure for each forest type and confirmed that stands outside of HRV had a low possibility of resilience and stands that had received restoration-based treatments were more likely to be resilient. Our results provide evidence that the changes to forest structure and species composition that have occurred since the onset of fire exclusion have degraded the potential of these forest types to be resilient to future fire, insect, and drought-related disturbances. By modifying disturbances and resilience indicator thresholds this model can be applied to assess resilience to other disturbances within these forest types and across various regions and ecosystem types.

**Keywords: ecological resilience, forest disturbance, fire, insects, drought, resistance, indicators, thresholds**

OPEN ACCESS

**Edited by:**
*Grizelle Gonzalez, International Institute of Tropical Forestry, Forest Service (USDA), United States*

**Reviewed by:**
*Robert Muscarella, Uppsala University, Sweden*
*Yi-Ying Chen, Academia Sinica, Taiwan*
*Jens Stevens, United States Geological Survey (USGS), United States*

***Correspondence:**
*Kristen Waring*
*kristen.waring@nau.edu*

**Specialty section:**
*This article was submitted to Forest Disturbance, a section of the journal Frontiers in Forests and Global Change*

***Received:*** *30 March 2019*
***Accepted:*** *04 September 2019*
***Published:*** *18 September 2019*

**Citation:**
*Bryant T, Waring K, Sánchez Meador A and Bradford JB (2019) A Framework for Quantifying Resilience to Forest Disturbance. Front. For. Glob. Change 2:56. doi: 10.3389/ffgc.2019.00056*

## INTRODUCTION

The concept of ecological resilience has been variously defined (Moser et al., 2019), but generally describes a natural system's ability to experience disturbance and re-organize to essentially the same structure and function (Holling, 1973). Lack of resilience can allow conversion to alternative states when a disturbance pushes these systems beyond a threshold in their capacity to self-organize (Gunderson, 2000; Scheffer and Carpenter, 2003). Society depends on provisioning, regulating,

and cultural services provided by forests, which may be lost or modified as changes to disturbance regimes and forest structure drive these systems past "tipping points" into alternative ecological states (Millennium Ecosystem Assessment, 2005; Adams, 2013; Turner et al., 2013).

Related to resilience, resistance is the influence of structure and composition on the severity of disturbance (DeRose and Long, 2014) and is often addressed separately (Holling, 1973; DeRose and Long, 2014). Given increasing variability of disturbances (Millar and Stephenson, 2015) and potential shifts in species' ranges (Rehfeldt et al., 2006), we suggest a combined usage of these terms: a forest is more likely to recover as the same forest type following disturbance (resilience) if it has characteristics that limit the severity of the disturbance (resistance). Resistance in this context is short-term resilience and implies minimal changes to stand structure, including species composition.

To effectively inform forest management, resilience must be contextualized in terms of the system and the disturbance type in question (Carpenter et al., 2001). Furthermore, resilience must be evaluated across an ecologically and managerially relevant timeframe (i.e., resilience of what, to what, and in what timeframe). In this study, we have chosen to evaluate current resilience of southwestern ponderosa pine and dry mixed conifer forests to fire, insects, and drought. To accomplish this, we developed a flexible framework that may be adapted and applied to other forested systems. Using this model, land managers or other users can identify common disturbances for a given forest type, quantify short-term resilience to each threat using easily obtained forest metrics, and assign potential long-term resilience using an index. Selected indicators include both forest structural attributes and static abiotic characteristics; the combined use will result in a more useful framework that allows for both-stand scale resilience assessment and landscape-scale treatment prioritization.

Ponderosa pine and dry mixed conifer are two common forest types of the southwestern US, defined here as Arizona, New Mexico, southwest Colorado, and southern Utah (Prior-Magee et al., 2007; Vankat, 2013). In the southwestern United States, ponderosa pine (*Pinus ponderosa*) forests were historically characterized by a frequent, low severity fire regime with mean return intervals of 3–14 years, while dry mixed conifer (*sensu* Romme et al., 2009) forests historically supported a slightly less frequent, mixed severity fire regime, with mean return intervals of 9–33 years (Fulé et al., 2003, 2009; Brown and Wu, 2005; Heinlein et al., 2005; Huffman et al., 2015). This pattern of disturbance was disrupted across the Southwest due to unregulated grazing, historic logging practices and active fire suppression, which has led to shifts in species composition, increases in tree density, decreased presence of large trees, and high fuel loads (Covington and Moore, 1994; Swetnam and Baisan, 1996; Moore et al., 2004; Fulé et al., 2009; Sánchez Meador et al., 2009; Rodman et al., 2016). These structural and compositional changes have led to increased concern regarding the lack of resilience in these forests, concerns that are amplified by climate change projections of increasing aridity (Seager and Vecchi, 2010; Cook and Seager, 2013) and associated predictions of increasingly severe fire, insect, and drought-related disturbances (Weed et al., 2013; Clark et al., 2016). Restoration-based management is being implemented over large areas of the Southwest with the goal of limiting the effects of past management actions and increasing the possibility of resilience in forests (Buford et al., 2015; USDA, 2015a, 2019). Measuring the effect of management for restoration objectives on potential long-term resilience is difficult due to uncertainty surrounding the underlying mechanisms of resilience and methods of distinguishing tipping points from gradual change (Reyer et al., 2015). Land managers, who are tasked with securing a steady flow of ecological services from forests, would benefit from a quantitative method of assessing potential long-term resilience before a disturbance occurs to identify and prioritize areas at risk and allocate limited resources (Angeler and Allen, 2016).

To exemplify how the framework can be applied, we assessed short-term resilience to three disturbance categories that play important roles in, and constitute large threats to, southwestern ponderosa pine and dry mixed conifer forests: fire, insects, and drought. Past studies have used retrospective approaches to measure resilience to disturbances by quantifying large tree survivorship, establishment of non-native plants, and changes in species dominance (Savage and Mast, 2005; Waltz et al., 2014). We characterize current (short-term) resilience where possible, but assess forest type changes 35–40 years in the future. Resilience to mountain pine beetle (*Dendroctonus ponderosae*) outbreak has been measured by changes in species dominance before and after the disturbance (Hood et al., 2016). Multiple studies have shown the effect of stand density on resilience to drought and climatic stress (D'Amato et al., 2013; Magruder et al., 2013; Thomas and Waring, 2015; Bottero et al., 2017). To our knowledge, no previous work has combined indicators of short-term resilience (resistance) to multiple disturbances to assess the possibility of a stand or landscape being resilient to a suite of disturbances before an event has occurred.

Our objective was to create and demonstrate the application of a framework combining indicators of short-term resilience and potential resilience that managers could use to identify areas most in need of treatment before a catastrophic disturbance occurs. Examining resilience to fire, insects, and drought in a northern New Mexico landscape comprised of southwestern ponderosa pine and dry mixed conifer forests, we asked: (1) Based upon readily obtainable quantitative metrics, what are the patterns of resilience to fire, insects and drought among stands in this landscape? (2) How might management affect the estimated resilience in these forests? (3) How do restoration treatments influence forest resilience?

# METHODS

## Data Sources and Location

We assessed resilience within the ~55,000 ha Rio Tusas-Lower San Antonio Landscape (hereafter RTLSA), Tres Piedras Ranger District, Carson National Forest in New Mexico, USA (**Figure 1**). Data were collected between 1985 and 2015 following the guidelines established by the USDA Forest Service Region 3 Common Stand Exam Field Guide (USDA, 2015b), and provided




**FIGURE 1 |** The Rio Tusas-Lower San Antonio Landscape in Northern New Mexico with project area boundary outlined. Shaded polygons represent sampled stands and forest types overlaid on a digital elevation model (DEM).

by the USDA Forest Service. The Common Stand Exam protocol includes recording all trees by species and diameter at breast height, with subsamples collected of tree heights, crown ratios (length of crown relative to length of tree bole), ages and 10-years radial increment.

Elevation in the RTLSA ranges from ∼2,400 to 3,000 m. Annual precipitation averages 353 mm, with the majority occurring between May and October, and temperature ranges from −14.6 to 26.6° C (January minimum and July maximum, respectively) (Western Regional Climate Center, 2016). Soils in the RTLSA are derived from mixed alluvium and colluvium with metamorphic, igneous, and sedimentary parent materials (Natural Resources Conservation Service, 2016). Site indices, metrics of site productivity based on the size and age of representative trees (Avery and Burkhart, 2002), calculated for ponderosa pine (for the ponderosa pine forest type) (Minor, 1964) and Douglas-fir (*Pseudotsuga menziesii*; Edminster and Jump, 1976) (for the dry mixed conifer forest type) range from 11 to 30 m with base age of 100 years.

## Forest Types

Species composition on these sites includes ponderosa pine, Douglas-fir, white fir (*Abies concolor)*, quaking aspen (*Populus tremuloides*), Gambel oak (*Quercus gambelii*), oneseed juniper (*Juniperus monosperma*), Utah juniper (*Juniperus osteosperma*), Rocky Mountain juniper (*Juniperus scopulorum*), two-needle piñon (*Pinus edulis*), blue spruce (*Picea pungens*), and Engelmann spruce (*Picea engelmannii*). For purposes of this study, the ponderosa pine and dry mixed conifer forest types were defined by the percent basal area of ponderosa pine, excluding that of Gambel oak (*sensu*

**TABLE 1** | Indicators of potential resilience and thresholds for each of the four disturbance types.

| Disturbance | Indicator | Threshold | References |
|---|---|---|---|
| No disturbance | Forest type change | Ponderosa pine: >90% ponderosa pine basal area<br>Dry mixed conifer: 40–90% ponderosa pine basal area | Higgins et al., 2015 |
| Fire | Diameter distribution | Resilient if skew is less than the 75th percentile of reference distribution skew for each forest type:<br>Ponderosa pine: 1.3<br>Dry mixed conifer: 1.3 | Moore et al., 2004; Fulé et al., 2009 |
| | Simulated fire (FVS-FFE) | Resilient if forest type has not changed 35 years after simulated fire | Higgins et al., 2015 |
| | Canopy bulk density (all species) | Resilient if CBD is <0.075 kg/m$^3$ | Cram et al., 2006 |
| Bark beetle | Basal area (All species) | Resilient if basal area is <21.8 m$^2$ ha$^{-1}$ | Negrón et al., 2009 |
| | Quadratic mean diameter (ponderosa pine) | Resilient if quadratic mean diameter falls outside of 10–35 cm range | Negrón et al., 2009 |
| | Vigor (ponderosa pine) | Resilient if 10-years radial increment is >10.1 mm | Negrón et al., 2000 |
| Western spruce budworm (WSBW) | Importance of host species (DF, WF, BS, ES) | Resilient if basal area of WSBW host species is <30% of total basal area | Brookes et al., 1985 |
| | Canopy strata | Resilient if 1 stratum | Pederson et al., 2011 |
| | Aspect | Resilient if aspect is not south facing (135–225°) | Brookes et al., 1985 |
| Drought | Stand density index (SDI) | Resilient if SDI is <157.5 (35% max SDI) | Thomas and Waring, 2015 |
| | Site index (SI) | Resilient if SI is greater than the 25th percentile in each forest type:<br>Dry mixed conifer: 61<br>Ponderosa pine: 66 | Stand data, USDA, 2015b |
| | Topographic moisture potential index (TMPI) | Resilient if TMPI is less than the 75th percentile in each forest type:<br>Dry mixed conifer: 2.99<br>Ponderosa pine: 2.96 | Sayre et al., 2009 |

*Thresholds indicate the value where possibility of resilience declines. Thresholds derived from interquartile ranges (e.g., site index) show the relevant percentile value for each forest type.*

Higgins et al., 2015). The ponderosa pine forest type was defined as having ≥90% ponderosa pine by basal area and dry mixed conifer as having 40–90% ponderosa pine by basal area. By this definition, pine-oak stands were included in the ponderosa pine forest type. During analysis, stands that no longer met the definition of the current forest type were classified as having a forest type conversion. Within the RTLSA study area there were 153 (4,212 ha) ponderosa pine type stands and 274 (6,386 ha) dry mixed conifer type stands.

## Forest Vegetation Simulator

We used the Central Rockies variant of the Forest Vegetation Simulator (FVS), to predict tree growth, stand structures, and disturbance response in these stands. The Forest Vegetation Simulator is a deterministic individual-tree, distance-independent growth-and-yield simulation model used by public and private land managers, as well as researchers, to summarize stand conditions and simulate the effects of management alternatives (Dixon, 2015). We began this study by populating FVS with the stand exam data to grow all stands forward to the common starting year of 2015. We then summarized species composition to select stands fitting the definition of each forest type for inclusion in the study. Parameters used to initialize FVS across all model scenarios can be found in **Supplementary Tables 1**, **2**. FVS output was assessed in 2015 for all indicators (described below) except for the fire disturbance forest type change indicator (assessed 35 years after fire) and the no disturbance scenario forest type change (assessed 40 years in the future).

### No Disturbance Scenario

In order to compare our forest type change results, particularly with our fire disturbance indicator, we modeled the landscape, starting in 2015, under a no disturbance scenario, and evaluated forest type change in each stand at the end of the 40-years time period. This provides an effective comparator and baseline for evaluating relative changes due to disturbance and provides some protection from model nuances when interpreting results. Regeneration was input periodically using the same values applied in the no action scenario of the Silviculture Specialists' Report for the Rio Tusas Landscape Planning Area (Bryant et al., 2016) (**Supplementary Table 3**).

## Indicators

Forest structural attributes and site factors were selected from the literature as indicators of potential short-term resilience to each disturbance (fire, insects, and drought). We chose indicators that can be routinely measured in the field and/or modeled with FVS and for which a threshold level, at which the indicator contributes to potential disturbance severity, therefore decreasing the possibility of resilience, could be determined (**Table 1**). Further, we selected indicators that we felt were most familiar to managers and chose different indicators for each disturbance type. The following sections briefly discuss methods relevant to each indicator in order of the disturbances listed in **Table 1**. For additional information see **Supplemental Indicator Information**.

### Fire Resilience Indicators

For metrics of potential resilience to high severity fire in ponderosa pine and dry mixed conifer forests, we used the skew

of diameter distributions, predicted forest type change following a simulated fire, and canopy bulk density (CBD). Abundant small diameter trees in a stand can act as ladder fuels, providing vertical fuel continuity and increasing the likelihood of torching and severe fire effects (Agee and Skinner, 2005). In this study, stands with diameter distribution skew equal to or less than the 75th percentile of skew on historical plots, were considered to be more resistant to crown fire and therefore more likely to be resilient to high-severity fire. This value was used as it provides a suitable compromise between penalizing closed-canopy stands with high amounts of ladder fuels and rewarding the desired, uneven-aged composition, while recognizing that some variability does occur and that highly positive skewness (i.e., many, many small trees) represents conditions prone to high-severity wildfire. As a direct assessment of each stand's possibility of maintaining the same forest type after a severe fire, we used the Fire and Fuels Extension to FVS to simulate a fire and re-evaluate forest type 35 years post-fire (FVS-FFE; Rebain, 2015); this time period was selected as long enough for regeneration to occur (Mast et al., 1999). Stands falling into the same forest type as in 2015, based on percent basal area of ponderosa pine, were considered more likely to be resilient to a severe wildfire. For additional information about model parameters refer to **Supplementary Tables 1**, **2**. Canopy bulk density (CBD) is a stand-level ratio of mass to volume for canopy fuels that is used to determine the rate of spread required to sustain an active crown fire. As CBD increases, lower rates of spread are required to maintain an active crown fire, which will cause high mortality and increase fire severity (Graham et al., 1999; Cram et al., 2006). We considered stands in the project area with CBD $<0.075$ kg/m$^3$ to be resistant to crown fire and therefore more likely to be resilient to a wildfire of any type (Cram et al., 2006).

## Insect Resilience Indicators

Ponderosa pine and dry mixed conifer forests face threats from different insects; potential resilience was evaluated separately for each forest type. Based on the hectares affected across the Southwest in 2014 (USDA, 2014), potential resilience to bark beetles and western spruce budworm were evaluated in the ponderosa pine and dry mixed conifer types, respectively. While native defoliators other than western spruce budworm impact ponderosa pine [e.g., Pandora moth (*Coloradia pandora*)] and bark beetles impact individual species in the dry mixed conifer forests, based on the literature and the authors' experience in these forest types, we believe bark beetles are a greater threat to the ponderosa pine forest type and western spruce budworm is a greater damaging agent on average, in the dry mixed conifer forest type.

### *Bark beetles (ponderosa pine forest type)*

Southwestern ponderosa pine hosts eight bark beetle species (USDA, 2014) in the genus *Ips* and *Dendroctonus*. We evaluated potential resilience to bark beetles in the ponderosa pine forest type as indicated by the density of all tree species, the quadratic mean diameter (QMD), and stand-level radial growth increment (**Table 1**). Stand density has been shown to be positively correlated with bark beetle mortality in southwestern ponderosa pine forests (Negrón et al., 2009). We considered stands having a total basal area for all tree species below a threshold of 21.8 m$^2$ ha$^{-1}$ (Negrón et al., 2009) to be below the stand density requirement to support an outbreak size population and therefore more likely to show resilience by recovering to the same forest type if affected by bark beetles. This basal area threshold corresponds to the mean post-outbreak density, including all species, in ponderosa pine stands. From 2001 to 2004, bark beetle mortality caused by *Ips spp.* across four Arizona forests was primarily in the 10–25 cm diameter classes Negrón et al. (2009). We considered stands with a QMD for ponderosa pine outside of this range likely to experience lower ponderosa pine mortality during an outbreak and more likely to show resilience following the disturbance. While stands with irregular structure may not be as well-represented by QMD, stands with QMD $<10$ cm are comprised primarily of small diameter trees that are typically not at high risk for bark beetle mortality. Similarly, stands with QMD $>25$ cm will be dominated by large trees that should be more able to withstand attack through the induced defense system and resin production. Vigor has been linked to trees' ability to produce resin and defend against bark beetle attack (Christiansen et al., 1987). We considered stands with modeled 10-years radial growth increment for ponderosa pine $>10.1$ mm to be likely to have lower mortality rates during a beetle outbreak and more likely to show resilience by maintaining the same forest type following the disturbance.

### *Western spruce budworm (dry mixed conifer forest type)*

Western spruce budworm (*Choristoneura freemani*; hereafter WSBW) affects more hectares of southwestern mixed conifer than any other forest insect, primarily in northern New Mexico (USDA, 2014). We evaluated potential resilience to WSBW in dry mixed conifer stands as indicated by percent basal area of host tree species, the number of canopy strata in a stand, and the mean aspect of the stand (**Table 1**).

Western spruce budworm host species present in the study area include Douglas-fir, white fir, blue spruce, and Engelmann spruce. Stands with $>30\%$ basal area of host species have elevated susceptibility to defoliation if a WSBW population is present (Brookes et al., 1985). Stands with host basal area $<30\%$ of total were considered at lower risk for a severe or continuous outbreak and thus more likely to be resilient. Western spruce budworm larvae spread vertically through canopies and sites with multiple strata, canopy layers defined by different height and/or age classes or species groups, are more likely to have a severe outbreak (Pederson et al., 2011). Stands with more than 1 stratum were considered more conducive to WSBW spread if an outbreak occurred and therefore less likely to be resilient.

Stands with south-facing aspects are more susceptible to high severity WSBW outbreaks (Brookes et al., 1985) and stands were considered more likely to be resilient if aspect falls outside the range 135–225°. See **Supplementary Material** for additional details about how aspect was estimated for each stand polygon.

## Drought Resilience Indicators

We evaluated potential short-term resilience to drought as indicated by stand density index (SDI), site index, and

topographic moisture potential index (TMPI) (**Table 1**). Stand density index is a measure of competition in forest stands based on the average diameter and number of stems in an area (Reineke, 1933; Shaw, 2006). Stands with lower levels of tree competition for resources have been shown to have increased resistance and resilience to drought, as quantified by diameter growth response (Thomas and Waring, 2015; Bottero et al., 2017). For both ponderosa pine and dry mixed conifer forest types, we used a maximum SDI of 450, which corresponds to ponderosa pine (Long and Shaw, 2005). We used FVS to calculate the SDI of each stand using the summation method (Shaw, 2000) and considered stands with SDI >35% max SDI (157.5) to be less likely to be resilient to drought (Erickson and Waring, 2014; Thomas and Waring, 2015). Site index is an indicator of productivity based on the height and age of representative trees (Avery and Burkhart, 2002); tree stress from drought is likely to be greater on lower productivity sites whereas higher productivity sites will be more likely to recruit new trees and maintain the pre-disturbance forest type. Site indices for the study area were calculated from ponderosa pine (Minor, 1964) and Douglas-fir (Edminster and Jump, 1976) site trees. Stands were considered more likely to be resilient to drought if site index was greater than the 25th percentile value within the same forest type. We took the effects of site topography on drought severity into account by using the topographic moisture potential index (TMPI) to estimate the potential of a site to retain moisture (Sayre et al., 2009). Topographic moisture potential index is a 30-m resolution raster dataset identifying four classes of moisture regimes. Stands were considered more likely to be resilient to drought if mean TMPI, on a 0–4 scale, with 4 being the driest, was less than the 75th percentile value for stands within the same forest type.

## Calculating Resilience Scores

To score each stand's possibility of resilience to future disturbance, indicators of potential resilience in **Table 1** were each worth one point. Stands were awarded one point for each indicator that contributed to resilience and zero points for each indicator that did not. **Figure 2** depicts this process for a hypothetical dry mixed conifer stand. Although there were 12 indicators, potential resilience to different insect disturbances was evaluated separately for each forest type, resulting in a maximum possible score of 9 points. An area-weighted mean resilience score was calculated for each forest type by weighting the overall resilience score in each stand by its portion of the area in each forest type. The area-weighted mean score of each forest type to each disturbance was compared with a 2-tailed $t$-test to identify significant ($p < 0.05$) differences between the means.

## Indicator Influence on the Resilience Score

To identify indicators with the greatest influence and simulate the potential for management to affect the overall resilience score in each forest type, we systematically adjusted indicator values and quantified resulting effects on overall resilience scores. All indicator values were adjusted simultaneously and only indicators with continuous response ranges were included (i.e., CBD, TMPI, SDI, site index, diameter distribution skew, total tree density, tree vigor, and percent basal area of WSBW host species). In every stand, each indicator value that fell on the non-resilient side of a threshold was adjusted incrementally in the *direction of resilience* by 5, 10, 20, 30, 40, and 50%. For example, if the CBD indicator in a hypothetical stand was greater than the threshold of 0.075 kg/m$^3$ (**Table 1**), then the CBD value for that stand was decreased systematically by each percentage listed above, recording results after each decrease. At each adjustment step, we categorized stands in terms of whether their indicator values fell on the resilient side of each threshold.




**FIGURE 2 |** Diagram showing how the resilience score is calculated for a hypothetical dry mixed conifer stand. Indicators of potential resilience to each disturbance (Purple, Blue, Orange) are compared to threshold values and assigned a score of 0 or 1 depending on the indicators' contribution to potential resilience. Scores for each indicator are summed to give a resilience score for each disturbance (Green). The total resilience score for the stand (Pink) is the sum of scores from each disturbance.

## Application of the Framework

We calculated a resilience score for three independent datasets collectively representing treated (treated within the previous 20

**TABLE 2 |** Area of sampled stands shown in **Figure 1**, area weighted mean and median of resilience scores by forest type, and number and percent of stands indicating a forest type change after 40 years of no disturbance.

| Forest type | Area of sampled stands (ha) | Area weighted mean score | Median | No disturbance forest type change after 35 years | |
|---|---|---|---|---|---|
| | | | | # Stands | Percent |
| Ponderosa pine | 4,212 | 3.45 | 3 | 50 | 32.6 |
| Dry mixed conifer | 6,386 | 4.54 | 5 | 84 | 30.7 |
| All | 10,598 | 4.11 | 4 | 134 | 31.3 |

years to meet a restoration objective) and untreated (no previous treatment known) stands in each forest type in order to provide examples of how to apply our framework. Treatments to meet restoration objectives are designed to target stand structure and species composition within the HRV that has been identified for these forest types in the southwestern United States. We used data from the untreated ponderosa pine sites located at the Taylor Woods "levels of growing stock" experiment (hereafter Taylor Woods), on the Fort Valley Experimental Forest, Coconino National Forest, Arizona (Bailey et al., 2008) as our untreated reference conditions. Data from a ponderosa pine site treated to meet restoration objectives, located on the Bluewater demonstration site (hereafter Bluewater), Cibola National Forest, New Mexico (Reynolds et al., 2013), were combined with reconstructions of pre-settlement CBD (Fulé et al., 2002, 2004; Roccaforte et al., 2008, 2015) and used as the reference treated conditions to represent a ponderosa pine forest that was within the HRV.

Example application data for the dry mixed conifer forest type came from the Lower Middle Mountain Research Project, San Juan National Forest, Colorado (hereafter LMM; see Fulé et al., 2009; Stoddard et al., 2015). Three levels of treatment (control, thin only, and thin + burn) were implemented in 2008 to assess changes in forest structure and composition. We calculated a resilience score for the control (untreated) and two levels of treatment: thin only and thin + prescribed burn.

In both forest types, the site index and TMPI indicators were left out of the resilience score calculation because the threshold for these indicators is based on percentile. Instead, the distribution of site index and TMPI scores for each forest type on the RTLSA research landscape was assumed to also represent these stands.

## Model Workflow Overview

We first identified stands that satisfied our definitions for the ponderosa pine or dry mixed conifer forest types. Next we identified three disturbances that we wanted to assess resilience to in each forest type. Indicators of short-term resilience to each disturbance were chosen from the literature and threshold levels were identified. Each indicator was defined as a variable in FVS, including the simulated fire with weather parameters. Outputs from the FVS run were sent to a database where the resilience score for each stand could be tallied. After the base scores were tallied, we adjusted the indicator values for each stand in the direction of resilience to test the response of each stand's score to potential "management."

# RESULTS

## Forest Type Conversions

Under the no disturbance scenario, 31 percent of stands across both forest types exhibited a forest type conversion, with the percentage similar in both ponderosa pine and dry mixed conifer forest types (**Table 2**). Comparatively, over 75% (76.5%) of stands exhibited a forest type conversion under the fire scenario, leading to a low resilience score for that indicator. In the ponderosa pine type, 85.6% of stands converted to non-ponderosa pine; of this total, 81% shifted to dry mixed conifer (40–90% ponderosa pine basal area) and 19% were reduced to zero basal area. In the dry mixed conifer type, 71.5% of stands shifted forest type away from dry mixed conifer; of these, 64% increased in ponderosa pine basal area and were classified as ponderosa pine type, 35% were reduced to zero basal area, and the remaining 1% dropped below 40% ponderosa pine basal area.

## Resilience Score

The combined area-weighted mean resilience score for both the ponderosa pine and dry mixed conifer forest types on the Rio Tusas-Lower San Antonio landscape was 4.11 out of 9 (**Table 2**). The dry mixed conifer type scored higher than the ponderosa pine type with area-weighted means of 4.54 and 3.45, respectively (**Table 2**). However, the area in dry mixed conifer type was higher than in the ponderosa pine type (**Table 2**). Both forest types were similar in resilience to fire ($p = 0.31$) (**Figure 3**). Dry mixed conifer was significantly ($p < 0.001$) more likely to be resilient to insects than ponderosa pine and ponderosa pine was significantly more likely to be resilient to drought ($p < 0.001$) than dry mixed conifer (**Figure 3**).

## Influence of Indicators on the Resilience Score

The ponderosa pine and dry mixed conifer forest types showed similar overall responses to adjustments in indicator values with the greatest occurring at lower indicator adjustment levels (**Figure 4A**). Both groups showed a decreasing response as percent adjustment increased. The overall increase in resilience scores across the course of adjustments was similar between the two forest types (**Figure 4A**).

In the ponderosa pine type, basal area showed the greatest change in percent of stands categorized as resilient over the course of adjustments although SDI also showed a high amount of change (**Figure 4B**). Like the dry mixed conifer type, the




**FIGURE 3 |** Comparison of mean scores ± standard deviation in each disturbance category by forest type. The maximum possible score in each category is 3 points. Inset numbers give the actual value represented by each bar. The ⋆ on the x axis denotes a significant difference in the resilience scores between the forest types ($t$-test, $p < 0.05$). The insect disturbance signifies western spruce budworm in the dry mixed conifer forest type and bark beetles in the ponderosa pine type.




**FIGURE 4 | (A)** Change in the overall area-weighted mean resilience score in response to adjustments in indicator values. **(B,C)** Forest Type-specific (**B**: Ponderosa pine and **C**: Dry mixed conifer) change in indicator values in response to adjustments. The y-axis gives the percentage of stands scoring a 1, meaning they were on the resilient side of the threshold, for each indicator. Only indicators with continuous responses are included in the analysis.

site factors (TMPIand site index) showed similar amounts of change (**Figure 4B**). In particular, an adjustment of just 5% to TMPI resulted in all stands being categorized as resilient to that indicator (**Figure 4B**).

In the dry mixed conifer forest type, SDI was the metric of stand structure that showed the largest change in the number of stands categorized as resilient over the course of the adjustments (**Figure 4C**). The indicators for importance of WSBW hosts and site quality (site index and TMPI) all showed similar amounts of change, although TMPI values tended to be closer to the threshold than site index since an adjustment of 20% resulted in all stands categorized as resilient to these indicators (**Figure 4C**).

## Application of the Framework

In the untreated ponderosa pine example dataset only the simulated fire indicator was on the resilient side of its threshold (i.e., forest type change was not predicted to occur 35 years post-fire) resulting in a partial resilience score of 1 out of 6 points (**Table 3**). In the restoration treated ponderosa pine stand all fire and insect indicators were categorized as resilient except QMD (**Table 3**), resulting in a partial resilience score of 6 out of 7 possible points. Approximately 90% of the 153 stands in the ponderosa pine type scored 1 or 2 out of 2 possible points for the combined site index and TPMI scores (**Table 5**). If the distribution of site quality found in the RTLSA stands is representative of the example stands, we could expect a full resilience score of 7–8 out 9 points for a treated stand and 2–3 out of 9 for an untreated stand.

The untreated dry mixed conifer control dataset had two indicator values on the resilient side of their threshold, CBD and canopy strata, resulting in a score of 2 out of 6 possible points (**Table 4**). In the thin-only dry mixed conifer treatment, basal area of WSBW host species, stand aspect, and SDI did not

**TABLE 3 |** Indicator values and overall resilience score in the ponderosa forest type from the Bluewater Demonstration Site, Cibola National Forest, New Mexico (Reynolds et al., 2013) and experimental control plot at Taylor Woods "Levels of Growth Study," Fort Valley experimental Forest, Coconino National Forest, Arizona.

| | | | Bluewater restoration | | Taylor Woods control | |
|---|---|---|---|---|---|---|
| **Disturbance** | **Indicator** | **Threshold** | **Value** | **Score** | **Value** | **Score** |
| Fire | Diameter distribution skew | Resilient if skew is less than the 75th percentile of reference distribution skew for each forest type:<br>Dry mixed conifer—1.3<br>Ponderosa pine—1.3 | 1.3 | 1 | 2.13 | 0 |
| | Δ post-fire forest type | Resilient if forest type has not changed 35 years after simulated fire | No | 1 | No | 1 |
| | Canopy bulk density (kg/m$^3$) | Resilient if canopy bulk density is ≤0.075 | 0.03 | 1 | 0.081 | 0 |
| Bark beetle | Basal area (m$^2$ ha$^{-1}$) | Resilient if basal area is <21.8 | 11.5 | 1 | 54.13 | 0 |
| | Quadratic mean diameter (cm) | Resilient if quadratic mean diameter falls outside of 10–35 | 30.7 cm | 0 | 18.5 | 0 |
| | Vigor (mm) | Resilient if 10 years radial increment is >10.1 mm | Above threshold | 1 | >1 | 0 |
| Drought | Stand Density Index (SDI) | Resilient if <35% of max SDI (450) | 17.6% (79.1) | 1 | 108% (488) | 0 |
| | | | | **6** | | **1** |

**TABLE 4 |** Indicator values and overall resilience score in the dry mixed conifer forest type for the thin + burn, thin only, and control treatments on the Lower Middle Mountain Research Project, San Juan National Forest, Colorado.

| | | | Thin + burn | | Thin only | | Control | |
|---|---|---|---|---|---|---|---|---|
| **Disturbance** | **Indicator** | **Threshold** | **Value** | **Score** | **Value** | **Score** | **Value** | **Score** |
| Fire | Diameter distribution skew | Resilient if skew is less than the 75th percentile of reference distribution skew for each forest type:<br>Dry mixed conifer—1.3<br>Ponderosa pine—1.3 | 1.84 | 0 | 1.23 | 1 | 1.93 | 0 |
| | Δ post-fire forest type | Resilient if forest type has not changed 35 years after simulated fire | Yes | 0 | No | 1 | Yes | 0 |
| | Canopy bulk density (kg/m$^3$) | Resilient if canopy bulk density is ≤0.075 kg/m$^3$ | 0.02 | 1 | 0.055 | 1 | 0.071 | 1 |
| Western spruce budworm (WSBW) | Importance of host species (DF, WF, BS, ES) | Resilient if basal area of WSBW host species is <30% of total basal area | 14% | 1 | 50% | 0 | 53% | 0 |
| | Canopy strata | Resilient if 1 stratum | 1 | 1 | 1 | 1 | 1 | 1 |
| | Aspect | Resilient if aspect is not south facing (135–225°) | South-facing | 0 | South-facing | 0 | South-facing | 0 |
| Drought | Stand Density Index (SDI) | Resilient if <35% of max SDI (450) | 17.5% | 1 | 35% | 0 | 48% | 0 |
| | | | | **4** | | **4** | | **2** |

contribute to resilience, resulting in a resilience score of 4 out of 6 possible points (**Table 4**). In the treated, thin + burn dry mixed conifer treatment, diameter distribution skew, forest type change after fire, and aspect were not on the resilient side of their thresholds, resulting in a resilience score of 4 out of 6 points (**Table 4**). On the RTLSA landscape, ∼90% of the dry mixed conifer stands scored 1 or 2 out of 2 points for the combined site index and TPMI scores (**Table 5**). Assuming this distribution of drought scores is also representative of the example stands, we could expect the untreated stands to score 3–4, thin-only stands to score 5–6, and thin and prescribed burn stands to score 5–6 out of nine possible points.

## DISCUSSION

We developed a framework for quantifying current ecological resilience using readily available metrics that can be adjusted for application in a variety of forested landscapes. We demonstrate the utility of the framework for a southwestern US landscape where understanding the implications of long-term historical changes in structure and composition for forest resilience to global change is both a pressing contemporary concern and a complex process to quantify. Our results provide additional evidence that the effects of these changes on potential resilience are less in the dry mixed conifer than in the ponderosa pine

**TABLE 5** | Number (and percent) of sampled ponderosa pine and dry mixed conifer stands by drought score on the Rio Tusas-Lower San Antonio landscape calculated with the indicators in **Table 1**.

| Total drought score | Ponderosa pine stands | Dry mixed conifer stands |
|---|---|---|
| 0 | 2 (1.3%) | 24 (8.7%) |
| 1 | 33 (21.6%) | 81 (29.6%) |
| 2 | 104 (68.0%) | 163 (59.5%) |
| 3 | 14 (9.1%) | 6 (2.2%) |

*A stand on the resilient side of all drought indicators would get the maximum score of 3.*

type. The overall weighted mean resilience score in the ponderosa pine forest type was 38% of the maximum while dry mixed conifer mean resilience score was 50% of the maximum score of 9. Although a direct comparison of the resilience scores is not appropriate due to differing insect disturbances and indicators, these scores may indicate that both forest types have a similar range of resilience in the research landscape currently (35–50%).

Ponderosa pine and dry mixed conifer forests have undergone large changes to structure and species composition in the Southwest due to past management and resulting disturbance regime shifts (e.g., Moore et al., 2004; Fulé et al., 2009). Ponderosa pine forests are fire adapted and composed nearly exclusively of ponderosa pine, which holds the competitive advantage over other species in periods of frequent fire (He et al., 2012). Fire free periods, such as the twentieth century in the Southwest (Swetnam and Baisan, 1996), can have a cascade of consequences for both forest types including shifts in species composition toward less fire adapted, shade tolerant species (Cocke et al., 2005; Fulé et al., 2009), increases in tree density (Moore et al., 2004; Fulé et al., 2009), and decreased vigor, limiting trees' ability to defend themselves from bark beetle attacks (Christiansen et al., 1987; Fischer et al., 2010). Previous work outside of the Southwest confirms the importance of fire in the ponderosa pine type, showing that low severity fire can increase ponderosa pine tree resistance to bark beetle attack (Hood et al., 2015) and increase stand level potential for resilience following an outbreak (Hood et al., 2016). This interaction shows that fire exclusion can have the dual effect of reducing the possibility of resilience to fire and insects. Reconstructions of historic structure in the dry mixed conifer forest type have found a higher mean tree density and a greater importance of shade tolerant and less fire adapted species than the ponderosa pine type (Reynolds et al., 2013). While large structural changes have also occurred in the dry mixed conifer type in the twentieth century (Fulé et al., 2004, 2009; Heinlein et al., 2005), the current structures and species compositions are not as far removed from historic ones.

We chose bark beetles and western spruce budworm (WSBW) as our insect indicators because these insects affected more hectares than any other insect species in southwestern ponderosa pine and dry mixed conifer forests, respectively, in 2014 but there are important differences in how these insects affect each forest type (USDA, 2014). Contrary to WSBW, a chronic defoliator causing low-growth episodes and eventually mortality after extended infestations (Pederson et al., 2011), bark beetles typically cause mortality within a year of attack and have caused mortality over a greater area than fire in the past three decades (Hicke et al., 2016). Additionally, the ponderosa pine forest type is relatively unusual in its dominance by a single species, meaning most trees of a certain diameter in a stand are susceptible to bark beetle mortality. In the dry mixed conifer forest type, a smaller percentage of trees are likely to be susceptible, given WSBW rarely feeds on ponderosa pine or quaking aspen, and preferentially feeds on white fir. Thus, the species composition of dry mixed conifer directly impacts susceptibility to WSBW. The dry mixed conifer forest type is also affected by bark beetles, particularly Douglas-fir beetle (*Dendroctonus pseudotsugae*) and fir engraver (*Scolytus ventralis*), which were not addressed in this model (USDA, 2014), suggesting that we may have overestimated insect resilience in the dry mixed conifer type. However, we believe the indicators we chose adequately represent the forest conditions leading to resilience to other insects as well. For example, reducing WSBW host species composition to <30% would also reduce host species for the Douglas-fir beetle and the fir engraver.

The changes in the overall scores for these two forest types in response to systematic indicator adjustments show that while both forest types may have a low potential for resilience in their current state, there is strong potential to be influenced by management (**Figure 4**). Treatments that reduce stand density, which will increase the vigor of residual trees, will increase resilience in both forest types (Fulé et al., 2002; Waltz et al., 2003; Roccaforte et al., 2015; Bradford and Bell, 2017). Similarly, combined thin and burn treatments, which have been shown to reduce tree density and encourage understory growth, may also be an effective strategy for enhancing resilience (Roccaforte et al., 2015; Strahan et al., 2015; Thomas and Waring, 2015).

In the dry mixed conifer type, stand density index (SDI) was the indicator with the greatest potential to influence resilience (**Figure 4**). This is consistent with previous studies' findings that overall stand density, particularly density of shade tolerant and less fire tolerant species that often host WSBW, have increased in southwestern dry mixed conifer forests (Cocke et al., 2005; Fulé et al., 2009; Huffman et al., 2015; Rodman et al., 2016). This analysis supports previous work demonstrating the potential benefits of treatments promoting a higher proportion of ponderosa pine, by reducing stand density and moving species composition away from shade tolerant, fire intolerant, WSBW hosts (Waltz et al., 2014; Stoddard et al., 2015). Ponderosa pine is the most drought tolerant tree species commonly found in the dry mixed conifer and a higher proportion will increase drought resilience (Niinemets and Valladares, 2006).

Although each disturbance and indicator was treated separately, as linear, independent variables in this model, correlations between indicators are likely, as are known interactions among disturbances, site factors, and stand-level variables. Such interactions can have negative or positive effects on forest resilience. Two types of interactions between fire and bark beetles have been well-documented: fire can supply beetles with susceptible trees, potentially increasing outbreak severity, and bark beetle attacks can cause increased risk of crowning, due to low canopy fuel moisture content in the short-term, and

increased surface fuel loads as snags fall in the long-term (Gibson et al., 2007; Jenkins et al., 2014). There is strong support for drought as an underlying contributor to each of the other three disturbances (Raffa et al., 2008; Weed et al., 2013; Williams et al., 2013). For an example of a beneficial interaction, stand density and vigor, both indicators of potential resilience to bark beetles in this study (**Table 1**), are tightly coupled and there is strong evidence that stands with lower density may have increased resistance to drought as well (McDowell et al., 2006; Magruder et al., 2013; Erickson and Waring, 2014; Bradford and Bell, 2017).

Example applications of the framework yielded insights into the model's response to a variety of stand conditions in both forest types as well as the implications of restoration-based treatments on forest resilience. Low resilience scores for control stands in both forest types and the relatively high scores in treated stands confirm the usefulness of this model for distinguishing between functioning and non-functioning forest conditions. This is also consistent with evidence that the HRV represents a stand structure that's more likely to be resilient to future disturbance (Allen et al., 2002).

Although previous work has found thin + burn treatments to be the most effective at moving forest structure closer to HRV, as measured 5 years (Stoddard et al., 2015) and 11 years (Roccaforte et al., 2015) post-treatment, this model scored the thin only treatment at LMM equal to the thin + burn treatment although there were differences in the responses of specific indicators. The thin + burn was projected to change from the dry mixed conifer type to the ponderosa pine type 35 years following a modeled severe fire and the skew of the diameter distribution in the thin + burn was greater than the 75th percentile of historic stands. These results could indicate a weakness in the forest type definitions used for this model in that they do not properly account for fluctuations in species composition (especially in the importance of less fire tolerant species) that may occur following a severe fire or give cause for reevaluating the 35-years time frame used to determine post-fire forest type changes. We would expect the lower stand density in the thin + burn treatment (11.3 $m^2$ $ha^{-1}$) as compared to the thin only treatment (20.5 $m^2$ $ha^{-1}$) to allow for higher rates of regeneration and establishment, which is reflected in the more positive skew of the diameter distribution following the thin + burn treatment. Diameter distribution skew falling on the non-resilient side of its threshold in the thin + burn treatment could be evidence that the threshold established for this indicator may need adjustment to account for regeneration following treatment or disturbance. This could be exacerbated by our use of pre-settlement diameter distributions, which were influenced by frequent fires and thus may underestimate the proportion of small diameter trees in historical forests.

The most important decision faced in the development of this framework was determining modeling needs and the selection of the underlying model. Ultimately, FVS was chosen due to its (1) wide applicability and technical accessibility to a variety of audiences (i.e., growth and mortality models can be calibrated to specific geographic areas of the United States and twenty geographically-specific FVS variants exist), (2) ease at which it allows users to test alternative hypotheses related to different treatments and disturbances, and assess future forest conditions, and (3) long history of applications in forest resource assessment and planning (Crookston and Dixon, 2005). The FVS is not without its well-documented limitations, such as weaknesses in predicting crown and canopy fuel characteristics (e.g., Cruz and Alexander, 2010; Keyser and Smith, 2010), shortcomings when simulating responses to canopy gap-related disturbances (e.g., Arseneault and Saunders, 2012), inability to use spatially-explicit information or spatially-explicit predictions (e.g., Chivoiu et al., 2006), and general inaccuracies and imperfections in the underlying growth model (e.g., Ex and Smith, 2014; Petrova et al., 2014; Dickinson et al., 2019). Ultimately we selected FVS as the best choice of underlying model that adequately generalized forest stand development and its response to silvicultural treatments, as well as provided robust estimates that could be used to assess the risk of state transitions and predict the impact of management on an ecosystem's response to future disturbances. An estimate of the resilience score of these forest types across the region would be possible by implementing the framework described here, or some variant, in more locations to better account for the diversity of conditions found in the dry mixed conifer and ponderosa pine forest types. In general, this framework could be improved using pre- and post-disturbance data to test resilience possibilities. This could also provide an opportunity to address interactions between disturbance severities and resilience scores.

## Management and Policy Implications

To the extent that the dry mixed conifer and ponderosa pine forests on the Rio Tusas-Lower San Antonio Landscape are representative of the same forest types across the Southwest, these results imply that there is much work left to be done to return ponderosa pine and dry mixed conifer forests to a resilient condition in the region. Together these two forest types represent ∼28% of the forested area of the U.S. Southwest. There is also cause for optimism that the standards for frequent-fire forest restoration in the Southwest (Reynolds et al., 2013) are consistent with the goal of increasing resilience.

The results of this study have implications to management at stand, landscape, and regional scales. At the stand-scale, this framework allows the manager to assess the possibility of individual stands demonstrating resilience using routinely measured forest attributes. At the landscape-scale, it allows managers to prioritize stands for treatment based on their resilience score and location in relation to other resources or community assets. This landscape-scale prioritization is useful for avoiding catastrophic disturbances, reducing threats to the public and adjacent resources, and justifying treatments to stakeholders. At the regional-scale, future refinements and applications of the framework can provide a consistent, quantitative metric for tracking the progress of forest restoration and the potential resilience of these forest types across the Southwest. Although fire, insects and drought are major disturbances in forests worldwide so will likely be useful indicator in all areas, our process of combining resilience scores could be tailored to other regions by including the most locally appropriate metrics for other disturbances. Thus, we believe

our index has the potential for wider application beyond the southwestern US.

## DATA AVAILABILITY STATEMENT

The raw data supporting the conclusions of this manuscript will be made available by the authors, without undue reservation, to any qualified researcher.

## AUTHOR CONTRIBUTIONS

TB, KW, AS, and JB developed the research ideas and methods and contributed to writing. TB conducted data analysis.

## FUNDING

Support of this research was provided by USDA Forest Service via Grant 13-DG-11030200-014 and by the Ecological Restoration Institute at Northern Arizona University who provided personnel and logistical field support, as well as access to the Lower Middle Mountain Research Project dataset.

## ACKNOWLEDGMENTS

We also thank the staff of the Carson National Forest, Tres Piedras Ranger District, for providing data and opportunities that became the foundation for this work and Sushil Nepal, Marguerite Rapp, Ian Fox, and Meredith Prentice for their assistance with fieldwork. Any use of trade, product, or firm names is for descriptive purposes only and does not imply endorsement by the U.S. Government.

## SUPPLEMENTARY MATERIAL

The Supplementary Material for this article can be found online at: https://www.frontiersin.org/articles/10.3389/ffgc.2019.00056/full#supplementary-material

## REFERENCES

Adams, M. A. (2013). Mega-fires, tipping points and ecosystem services: managing forests and woodlands in an uncertain future. *For. Ecol. Manage.* 294, 250–261. doi: 10.1016/j.foreco.2012.11.039

Agee, J. K., and Skinner, C. N. (2005). Basic principles of forest fuel reduction treatments. *For. Ecol. Manage.* 211, 83–96. doi: 10.1016/j.foreco.2005.01.034

Allen, C. D., Savage, M., Falk, D. A., Suckling, K. F., Swetnam, T. W., Schulke, T., et al. (2002). Ecological restoration of southwestern ponderosa pine ecosystems: a broad perspective. *Ecol. Appl.* 12, 1418–1433. doi: 10.1890/1051-0761(2002)012[1418:EROSPP]2.0.CO;2

Angeler, D. G., and Allen, C. R. (2016). Quantifying resilience. *J. Appl. Ecol.* 53, 617–624. doi: 10.1111/1365-2664.12649

Arciniega, J. (2016). *Fuels Planner, USFS Region 3.* Flagstaff, AZ.

Arseneault, J. E., and Saunders, M. R. (2012). Incorporating canopy gap-induced growth responses into spatially implicit growth model projections. *Ecol. Model.* 237–238, 120–131. doi: 10.1016/j.ecolmodel.2012.04.003

Avery, T. E., and Burkhart, H. E. (2002). *Forest Measurements*. New York, NY: McGraw-Hill.

Bailey, J. D., Olberding, S. D., and Moore, M. M. (Eds.). (2008). *Forty Years Later at Taylor Woods: Merging the Old and New. Fort Valley Experimental Forest–A Century of Research 1908–2008*, August 7–9, 2008 (Fort Collins, CO: USDA, Forest Service, Rocky Mountain Research Station), 128p.

Bottero, A., D'Amato, A. W., Palik, B. J., Bradford, J. B., Fraver, S., Battaglia, M. A., et al. (2017). Density-dependent vulnerability of forest ecosystems to drought. *J. Appl. Ecol.* 54, 1605–1614. doi: 10.1111/1365-2664.12847

Bradford, J. B., and Bell, D. M. (2017). A window of opportunity for climate-change adaptation: easing tree mortality by reducing forest basal area. *Front. Ecol. Environ.* 15:1445. doi: 10.1002/fee.1445

Brookes, M. H., Colbert, J. J., Mitchell, R. G., and Stark, R. W. (1985). *Managing Trees and Stands Susceptible to Western Spruce Budworm*. Washington, DC: USDA Forest Service, Cooperative State Research Service. Technical Bulletin No. 1695.

Brown, P. M., and Wu, R. (2005). Climate and disturbance forcing of episodic tree recruitment in a southwestern Ponderosa pine landscape. *Ecology* 86, 3030–3038. doi: 10.1890/05-0034

Bryant, T., Rapp, M., Sanchez Meador, A., Waring, K., and Arciniega, L. (2016). *Silviculture Specialist Report for the Rio Tusas-Lower San Antonio Landscape Restoration Project*. Written report delivered to the Tres Piedras Ranger District, Carson National Forest, Rio Arriba County, NM. 41p.

Buford, M., Chan, C., Crockett, J., Reinhardt, E., and Sloan, J. (2015). *From Accelerating Restoration to Creating and Maintaining Resilient Landscapes and Communities Across the Nation: Update on Progress From 2012*. USDA Forest Service. Report FS-1069.

Carpenter, S., Walker, B., Anderies, J. M., and Abel, N. (2001). From metaphor to measurement: resilience of what to what? *Ecosystems* 4, 765–781. doi: 10.1007/s10021-001-0045-9

Chivoiu, B., Shao, G., Moser, J., and Mills, W. L. (2006). ArcFVS: an integration of a Geographic Information System and Forest Vegetation Simulator. *Sci. China E Technol. Sci.* 49, 35–44. doi: 10.1007/s11431-006-8105-1

Christiansen, E., Waring, R. H., and Berryman, A. A. (1987). Resistance of conifers to bark beetle attack: searching for general relationships. *For. Ecol. Manage.* 22, 89–106. doi: 10.1016/0378-1127(87)90098-3

Clark, J. S., Iverson, L., Woodall, C. W., Allen, C. D., Bell, D. M., Bragg, D. C., et al. (2016). The impacts of increasing drought on forest dynamics, structure, and biodiversity in the United States. *Glob. Chang. Biol.* 22, 2329–2352. doi: 10.1111/gcb.13160

Cocke, A. E., Fulé, P. Z., and Crouse, J. (2005). Forest change on a steep mountain gradient after extended fire exclusion: San Francisco Peaks, Arizona, USA. *J. Appl. Ecol.* 42, 814–823. doi: 10.1111/j.1365-2664.2005.01077.x

Cook, B. I., and Seager, R. (2013). The response of the North American Monsoon to increased greenhouse gas forcing. *J. Geophys. Res. Atmos.* 118, 1690–1699. doi: 10.1002/jgrd.50111

Covington, W. W., and Moore, M. M. (1994). Southwestern Ponderosa forest structure: changes since Euro-American settlement. *J. For.* 92, 39–47.

Cram, D., Baker, T., and Boren, J. (2006). *Wildland Fire Effects in Silviculturally Treated vs. Untreated Stands of New Mexico and Arizona*. Fort Collins, CO: USDA Forest Service, Rocky Mountain Research Station. Research Paper RMRS-RP-55.

Crookston, N. L., and Dixon, G. E. (2005). The forest vegetation simulator: a review of its structure, content, and applications. *Comput. Electron. Agric.* 49, 60–80. doi: 10.1016/j.compag.2005.02.003

Cruz, M. G., and Alexander, M, E. (2010). Assessing crown fire potential in coniferous foersts of western North America: a critique of current approaches and recent simulation studies. *Int. J. Wildland Fire* 19, 377–398. doi: 10.1071/WF08132

D'Amato, A. W., Bradford, J. B., Fraver, S., and Palik, B. J. (2013). Effects of thinning on drought vulnerability and climate response in north temperate forest ecosystems. *Ecol. Appl.* 23, 1735–1742. doi: 10.1890/13-0677.1

DeRose, R. J., and Long, J. N. (2014). Resistance and resilience: a conceptual framework for silviculture. *For. Sci.* 60, 1205–1212. doi: 10.5849/forsci.13-507

Dickinson, Y. L., Battaglia, M. A., Asherin, L. A. (2019). Evaluation of the FVS-CR diameter growth model in structurally heterogeneous ponderosa pine (*Pinus ponderosa* Douglas ex C. Lawson) stands in the Southern Rockies, and potential modifications. *For. Ecol. Manage.* 448, 1–10. doi: 10.1016/j.foreco.2019.05.031

Dixon, G. E. (2015). *Essential FVS: A User's Guide to the Forest Vegetation Simulator*. Fort Collins, CO: USDA, Forest Service, Forest Management Service Center.

Edminster, C. B., and Jump, L. H. (1976). *Site Index Curves for Douglas-fir in New Mexico*. Fort Collins, CO: USDA Forest Service, Rocky Mountain Forest and Range Experiment Station.

Environmental Systems Research Institute (2011). *ArcGIS Desktop Release 10*. Redlands, CA.

Erickson, C. C., and Waring, K. M. (2014). Old Pinus ponderosa growth responses to restoration treatments, climate and drought in a southwestern US landscape. *Appl. Veg. Sci.* 17, 97–108. doi: 10.1111/avsc.12056

Ex, S., and Smith, F. W. (2014). Evaluating forest vegetation simulator performance for trees in multi-aged ponderosa pine stands, Black Hills, USA. *For. Sci.* 60, 214–221. doi: 10.5849/forsci.12-054

Fischer, M. J., Waring, K. M., Hofstetter, R. W., and Kolb, T. E. (2010). Ponderosa pine characteristics associated with attack by the roundheaded pine beetle. *For. Sci.* 56, 473–483. doi: 10.1093/forestscience/56.5.473

Fulé, P. Z., Covington, W. W., Smith, H. B., Springer, J. D., Heinlein, T. A., Huisinga, K. D., et al. (2002). Comparing ecological restoration alternatives: Grand Canyon, Arizona. *For. Ecol. Manage.* 170, 19–41. doi: 10.1016/S0378-1127(01)00759-9

Fulé, P. Z., Crouse, J. E., Cocke, A. E., Moore, M. M., and Covington, W. W. (2004). Changes in canopy fuels and potential fire behavior 1880–2040: Grand Canyon, Arizona. *Ecol. Modell.* 175, 231–248. doi: 10.1016/j.ecolmodel.2003.10.023

Fulé, P. Z., Crouse, J. E., Heinlein, T. A., Moore, M. M., Covington, W. W., and Verkamp, G. (2003). Mixed-severity fire regime in a high-elevation forest of Grand Canyon, Arizona, USA. *Landsc. Ecol.* 18, 465–486. doi: 10.1023/A:1026012118011

Fulé, P. Z., Korb, J. E., and Wu, R. (2009). Changes in forest structure of a mixed conifer forest, southwestern Colorado, USA. *For. Ecol. Manage.* 258, 1200–1210. doi: 10.1016/j.foreco.2009.06.015

Gibson, K., Negrón, J. F., Hayes, J. L., and Lundquist, J. E. (Eds.). (2007). *Fire and Bark Beetle Interactions. The Western Bark Beetle Research Group: A Unique Collaboration With Forest Health Protection: Proceedings of a Symposium at the 2007 Society of American Foresters Conference* (Portland, OR: USDA, Forest Service, Pacific Northwest Research Station).

Graham, R. T., Harvey, A. E., Jain, T. B., and Tonn, J. R. (1999). *The Effects of Thinning and Similar Stand Treatments on Fire Behavior in Western Forests*. Portland, OR: USDA, Forest Service, Pacific Northwest Research Station. Gen. Tech. Rep. PNW-GTR-463.

Gunderson, L. H. (2000). Ecological resilience–in theory and application. *Annu. Rev. Ecol. Syst.* 31, 425–439. doi: 10.1146/annurev.ecolsys.31.1.425

He, T., Pausas, J. G., Belcher, C. M., Schwilk, D. W., and Lamont, B. B. (2012). Fire-adapted traits of Pinus arose in the fiery Cretaceous. *New Phytol.* 194, 751–759. doi: 10.1111/j.1469-8137.2012.04079.x

Heinlein, T. A., Moore, M. M., Fulé, P. Z., and Covington, W. W. (2005). Fire history and stand structure of two ponderosa pinemixed conifer sites: San Francisco Peaks, Arizona, USA. *Int. J. Wildland Fire* 14, 307–320. doi: 10.1071/WF04060

Hicke, J. A., Meddens, J. H., and Kolden, C, A. (2016). Recent tree mortality in the western United States from bark beetles and forest fires. *For. Sci.* 62, 141–153. doi: 10.5849/forsci.15-086

Higgins, A. M., Waring, K. M., and Thode, A. E. (2015). The effects of burn entry and burn severity on ponderosa pine and mixed conifer forests in Grand Canyon National Park. *Int. J. Wildland Fire* 24, 495–506. doi: 10.1071/WF13111

Holling, C. S. (1973). Resilience and stability of ecological systems. *Annu. Rev. Ecol. Syst.* 4, 1–23. doi: 10.1146/annurev.es.04.110173.000245

Hood, S., Sala, A., Heyerdahl, E. K., and Boutin, M. (2015). Low-severity fire increases tree defense against bark beetle attacks. *Ecology* 96, 1846–1855. doi: 10.1890/14-0487.1

Hood, S. M., Baker, S., and Sala, A. (2016). Fortifying the forest: thinning and burning increase resistance to a bark beetle outbreak and promote forest resilience. *Ecol. Appl.* 26, 1984–2000. doi: 10.1002/eap.1363

Huffman, D. W., Zegler, T. J., and Fulé, P. Z. (2015). Fire history of a mixed conifer forest on the Mogollon Rim, Northern Arizona, USA. *Int. J. Wildland Fire* 24, 680–689. doi: 10.1071/WF14005

Jenkins, M. J., Runyon, J. B., Fettig, C. J., Page, W. G., and Bentz, B. J. (2014). Interactions among the mountain pine beetle, fires, and fuels. *For. Sci.* 60, 489–501. doi: 10.5849/forsci.13-017

Keyser, T. L., and Smith, F. W. (2010). Influence of crown biomass estimators and distribution on canopy fuel characteristics in ponderosa pine stands of the Black Hills. *For. Sci.* 56, 156–165. doi: 10.1093/forestscience/56.2.156

Long, J. N., and Shaw, J. D. (2005). A density management diagram for even-aged ponderosa pine stands. *West. J. Appl. For.* 20, 205–215. doi: 10.1093/wjaf/20.4.205

Magruder, M., Chhin, S., Palik, B., and Bradford, J. B. (2013). Thinning increases climatic resilience of red pine. *Can. J. For. Res.* 43, 878–889. doi: 10.1139/cjfr-2013-0088

Mast, J. N., Fulé, P. Z., Moore, M. M., Covington, W. W., and Waltz, A. E. M. (1999). Restoration of presettlement age structure of an Arizona ponderosa pine forest. *Ecol. Appl.* 9, 228–239. doi: 10.1890/1051-0761(1999)009[0228:ROPASO]2.0.CO;2

McDowell, N. G., Adams, H. D., Bailey, J. D., Hess, M., and Kolb, T. E. (2006). Homeostatic maintenance of Ponderosa pine gas exchange in response to stand density changes. *Ecol. Appl.* 16, 1164–1182. doi: 10.1890/1051-0761(2006)016[1164:HMOPPG]2.0.CO;2

Millar, C. I., and Stephenson, N. L. (2015). Temperate forest health in an era of emerging megadisturbance. *Science* 349, 823–826. doi: 10.1126/science.aaa9933

Millennium Ecosystem Assessment (2005). *Ecosystems and Human Well-Being: Synthesis*. Washington, DC: Island Press, 64.

Minor, C. O. (1964). *Site-Index Curves for Young-Growth Ponderosa Pine in Northern Arizona*. Fort Collins, CO: USDA Forest Service, Rocky Mountain Forest and Range Experiment Station.

Moore, M. M., Huffman, D. W., Fulé, P. Z., Covington, W. W., and Crouse, J. E. (2004). Comparison of historical and contemporary forest structure and composition on permanent plots in southwestern ponderosa pine forests. *For. Sci.* 50, 162–176. doi: 10.1093/forestscience/50.2.162

Moser, S., Meerow, S., Arnott, J., and Jack-Scott, E. (2019). The turbulent world of resilience: interpretations and themes for transdisciplinary dialogue. *Clim. Change* 153, 21–40. doi: 10.1007/s10584-018-2358-0

Natural Resources Conservation Service (2016). *Web Soil Survey*. Washington, DC: Natural Resources Conservation Service, Soil Survey Staff, United States Department of Agriculture. Available online at: https://websoilsurvey.sc.egov.usda.gov/ (accessed September, 2016).

Negrón, J. F., McMillin, J. D., Anhold, J. A., and Coulson, D. (2009). Bark beetle-caused mortality in a drought-affected ponderosa pine landscape in Arizona, USA. *For. Ecol. Manage.* 257, 1353–1362. doi: 10.1016/j.foreco.2008.12.002

Negrón, J. F., Wilson, J. L., and Anhold, J. A. (2000). Stand conditions associated with roundheaded pine beetle (Coleoptera: Scolytidae) infestations in Arizona and Utah. *Environ. Entomol.* 29, 20–27. doi: 10.1603/0046-225X-29.1.20

Niinemets, Ü., and Valladares, F. (2006). Tolerance to shade, drought, and waterlogging of temperate northern hemisphere trees and shrubs. *Ecol. Monogr.* 76, 521–547. doi: 10.1890/0012-9615(2006)076[0521:TTSDAW]2.0.CO;2

Pederson, L., Sturdevant, N., and Blackford, D. (2011). *Western Spruce Budworm Management*. Washington, DC: USDA, Forest Service. Insect and Disease Management Series 6.1.

Petrova, M., Bakker, J. D., and Turnblom, E. C. (2014). Ten-year periodic diameter model for uneven-aged ponderosa pine stands in the Southwest reduces long-term error propagation. *For. Sci.* 60, 1148–1155. doi: 10.5849/forsci.12-537

Prior-Magee, J. S., Boykin, K. G., Bradford, D. F., Kepner, W. G., Lowry, J. H., Schrupp, D. L., et al. (2007). *Southwest Regional Gap Analysis Project Final Report*. Moscow, ID: Geological Survey, U.S., GAP Analysis Program.

Raffa, K. F., Aukema, B. H., Bentz, B. J., Carroll, A. L., Hicke, J., Turner, M. G., et al. (2008). Cross-scale drivers of natural disturbances prone to anthropogenic amplification: the dynamics of bark beetle eruptions. *Bioscience* 58, 501–517. doi: 10.1641/B580607

Rebain, S. (2015). *The Fire and Fuels Extension to the Forest Vegetation Simulator: Updated Model Documentation*. Fort Collins, CO: USDA, Forest Service, Forest Managment Service Center.

Rehfeldt, G. E., Crookston, N. L., Warwell, M. V., and Evans, J. S. (2006). Empirical analyses of plant-climate relationships for the western United States. *Int. J. Plant Sci.* 167, 1123–1150. doi: 10.1086/507711

Reineke, L. H. (1933). Perfecting a stand-density index for even-aged forests. *J. Agric. Res.* 46, 627–638.

Reyer, C. P. O., Brouwers, N., Rammig, A., Brook, B. W., Epila, J., Grant, R. F., et al. (2015). Forest resilience and tipping points at different spatio-temporal scales: approaches and challenges. *J. Ecol.* 103, 5–15. doi: 10.1111/1365-2745.12337

Reynolds, R. T., Sánchez Meador, A. J., Youtz, J. A., Nicolet, T., Matonis, M. S., Jackson, P. L., et al. (2013). *Restoring Composition and Structure in Southwestern Frequent-Fire Forests: A Science-Based Framework for Improving Ecosystem Resiliency*. Fort Collins, CO. General Technical Report RMRS-GTR-310.

Roccaforte, J. P., Fulé, P. Z., and Covington, W. W. (2008). Landscape-scale changes in canopy fuels and potential fire behaviour following ponderosa pine restoration treatments. *Int. J. Wildland Fire* 17, 293–303. doi: 10.1071/WF06120

Roccaforte, J. P., Huffman, D. W., Fulé, P. Z., Covington, W. W., Chancellor, W. W., Stoddard, M. T., et al. (2015). Forest structure and fuels dynamics following ponderosa pine restoration treatments, White Mountains, Arizona, USA. *For. Ecol. Manage.* 337, 174–185. doi: 10.1016/j.foreco.2014.11.001

Rodman, K. C., Sánchez Meador, A. J., Huffman, D. W., and Waring, K. M. (2016). Reference conditions and historical fine-scale spatial dynamics in a dry mixed-conifer forest, Arizona, USA. *For. Sci.* 62, 268–280. doi: 10.5849/forsci.15-136

Romme, W. H., Floyd, M. L., Hanna, D., Redders, J. S., McGarigal, K., and Crist, M. (2009). *Landscape Condition Analysis for the South-Central Highlands Section, Southwestern Colorado and Northwestern New Mexico*. Unpublished Report to the USDA Forest Service, San Juan National Forest, Durango, CO.

Sánchez Meador, A., Moore, M. M., Bakker, J., and Parysow, P. (2009). 108 years of change in spatial pattern following selective harvest of a *Pinus ponderosa* stand in northern Arizona, USA. *J. Veg. Sci.* 20, 79–90. doi: 10.1046/j.1365-2893.1999.00142.x-i1

Savage, M., and Mast, J. N. (2005). How resilient are southwestern ponderosa pine forests after crown fires? *Can. J. For. Res.* 35, 967–977. doi: 10.1139/x05-028

Sayre, R., Comer, P., Warner, H., and Cress, J. (2009). A new map of standardized terrestrial ecosystems of the conterminous United States. Reston, VA: U.S. Department of the Interior, U.S. Geological Survey. Professional Paper 1768.

Scheffer, M., and Carpenter, S. R. (2003). Catastrophic regime shifts in ecosystems: linking theory to observation. *Trends Ecol. Evol.* 18, 648–656. doi: 10.1016/j.tree.2003.09.002

Scott, J. H., and Burgan, R. E. (2005). *Standard Fire Behavior Fuel Models: A Comprehensive Set for Use With Rothermel's Surface Fire Spread Model*. Fort Collins, CO: USDA, Forest Service, Rocky Mountain Research Station. RMRS GTR-153.

Seager, R., and Vecchi, G. A. (2010). Greenhouse warming and the 21st century hydroclimate of southwestern North America. *Proc. Natl. Acad. Sci. U.S.A.* 107, 21277–21282. doi: 10.1073/pnas.0910856107

Shaw, J. D. (2000). Application of stand density index to irregularly structured stands. *West. J. Appl. For.* 15, 40–42. doi: 10.1093/wjaf/15.1.40

Shaw, J. D. (2006). "Reineke's Stand Density Index: where are we and where do we go from here?" in *Proceedings: Society of American Foresters 2005 National Convention* (Ft. Worth, TX), October 19–23, 2005.

Stoddard, M. T., Sánchez Meador, A. J., Fulé, P. Z., and Korb, J. E. (2015). Five-year post-restoration conditions and simulated climate-change trajectoriesin a warm/dry mixed-conifer forest, southwestern Colorado, USA. *For. Ecol. Manage.* 356, 253–261. doi: 10.1016/j.foreco.2015.07.007

Strahan, R. T., Stoddard, M. T., Springer, J. D., and Huffman, D. W. (2015). Increasing weight of evidence that thinning and burning treatments help restore understory plant communities in ponderosa pine forests. *For. Ecol. Manage.* 353, 208–220. doi: 10.1016/j.foreco.2015.05.040

Swetnam, T., and Baisan, C. (1996). "Historical fire regime patterns in the southwestern United States since AD 1700," in *Fire Effects in Southwestern Forests: Proceedings of the 2nd La Mesa Fire Symposium* (Fort Collins, CO: USDA Forest Service, Rocky Mountain Research Station), 11p.

Thomas, Z., and Waring, K. M. (2015). Enhancing resiliency and restoring ecological attributes in second-growth ponderosa pine stands in Northern New Mexico, USA. *For. Sci.* 61, 93–104. doi: 10.5849/forsci.13-085

Turner, M. G., Donato, D. C., and Romme, W. H. (2013). Consequences of spatial heterogeneity for ecosystem services in changing forest landscapes: priorities for future research. *Landsc. Ecol.* 28, 1081–1097. doi: 10.1007/s10980-012-9741-4

USDA (2014). *USDA Forest Service, Southwestern Region Forest Health. Forest Insect and Disease Conditions in the Southwestern Region.* PR-R3-16-13. Washington, DC.

USDA (2015a). *USDA Forest Service. Final Environmental Impact Statement: Four Forest Restoration Initiative*. Washington, DC.

USDA (2015b). *USDA Forest Service, Natural Resource Manager. FSVeg Common Stand Exam User Guide*. Washington, DC.

USDA (2019). *USDA Forest Service Four Forest Restoration Initiative*. Available online at: https://www.fs.usda.gov/main/4fri/home (accessed August 29, 2019).

Vankat, J. L. (2013). *Vegetation Dynamics on the Mountains and Plateaus of the American Southwest*. New York, NY: Springer.

Waltz, A. E., Fulé, P. Z., Covington, W. W., and Moore, M. M. (2003). Diversity in ponderosa pine forest structure following ecological restoration treatments. *For. Sci.* 49, 885–900. doi: 10.1093/forestscience/49.6.885

Waltz, A. E. M., Stoddard, M. T., Kalies, E. L., Springer, J. D., Huffman, D. W., and Sánchez Meador, A. (2014). Effectiveness of fuel reduction treatments: assessing metrics of forest resiliency and wildfire severity after the Wallow Fire, AZ. *For. Ecol. Manage.* 334, 43–52. doi: 10.1016/j.foreco.2014.08.026

Weed, A. S., Ayres, M. P., and Hicke, J. A. (2013). Consequences of climate change for biotic disturbances in North American forests. *Ecol. Monogr.* 83, 441–470. doi: 10.1890/13-0160.1

Western Regional Climate Center (2016). *Tres Piedras, New Mexico, Monthly Climate Summary*. Reno, NV.

Williams, A. P., Allen, C. D., Macalady, A. K., Griffin, D., Woodhouse, C. A., Meko, D. M., et al. (2013). Temperature as a potent driver of regional forest drought stress and tree mortality. *Nat. Clim. Change* 3, 292–297. doi: 10.1038/nclimate1693

**Conflict of Interest:** The authors declare that the research was conducted in the absence of any commercial or financial relationships that could be construed as a potential conflict of interest.

*Copyright © 2019 Bryant, Waring, Sánchez Meador and Bradford. This is an open-access article distributed under the terms of the Creative Commons Attribution License (CC BY). The use, distribution or reproduction in other forums is permitted, provided the original author(s) and the copyright owner(s) are credited and that the original publication in this journal is cited, in accordance with accepted academic practice. No use, distribution or reproduction is permitted which does not comply with these terms.*

# Disappointment Creek Elk Herd Management Plan

## Data Analysis Unit E-24

## Game Management Units 70, 71, 72, 73, and 711

Prepared by:
Brad Weinmeister
Wildlife Biologist
Colorado Parks and Wildlife
Durango, CO

Adopted by the Colorado Parks and Wildlife Commission
September 2020

# Executive Summary

**GMUs**: 70, 71, 72, 73, and 711
**Land Ownership:** 30% private, 27% BLM, 25% USFS, 15% Ute Mountain Ute Reservation, 2% National Park, and 2% State
**Posthunt Population:**
2018 Modeled Estimate: 19,100 elk
**Current Objective (2020): 21,000 – 24,000 elk**
**Posthunt Sex Ratio:**
2018 Observed: 13 bulls:100 cows
**Expected Ratio (2020): 12-20 bulls:100 cows**









**Background**

The Disappointment Creek Elk Herd (E-24) is located in southwest Colorado and consists of Game Management Units (GMUs) 70, 71, 72, 73, and 711. The Data Analysis Unit (DAU) is 4,724 square miles and encompasses portions of Dolores, Montezuma, Montrose, and San Miguel Counties. The elk population reached a high in the early 2000's and exceeded population management objectives. At that time cow harvest was increased through list "B" and "C" antlerless licenses, either-sex licenses, and late seasons to decrease the population. Since then the population has decreased and those tools to increase cow harvest have been removed (with the exception of either-sex licenses in GMU 70).

**Significant Issues**

The greatest issue that the Disappointment Creek Elk Herd faces is the lack of recruitment. Calf to cow ratios have steadily decreased since 2006 and have been below 30 calves per 100 cows the past several years. The long-term average is 40:100. Low elk recruitment is experienced across southern Colorado and northern New Mexico. CPW is currently researching the issue with hopes of identifying the cause and possible remedies.

Cumulative impacts to critical habitat, including winter range, migration corridors, production areas, and high elevation summer range, due to human population growth is a concern in the DAU. Exurban development is occurring in Montezuma, Dolores, San Miguel, and Montrose counties and homes are replacing open lands currently supporting wintering elk. Energy well development has also increased in elk habitat on private and public lands. Lastly, outdoor recreation continues to grow, placing more people into areas used by elk. Increased recreational trails and recreation use is decreasing the amount of effective habitat. Managers and the public are concerned over the cumulative and prolonged impacts of development and recreation, which is disrupting migration and decreasing quality and quantity of habitat. Actions to enhance and protect important elk habitat will be essential to increase the elk population.

**Management Objectives**

<u>Population Objective Alternatives</u>

Population objective alternatives were developed around the current population estimate and based on public input received from meetings and a survey. Ranges presented in each alternative allow for management flexibility to changing conditions or unknowns such as drought or disease. Any suggested increase in the population would require habitat improvement and protection to mitigate for the continual loss of habitat due to human population growth and encroachment. The following three population objectives were proposed. The Colorado Parks and Wildlife Commission adopted alternative 2 September 2020.

Alternative 1: 18,000 – 21,000 elk post-hunt (current population)

****Alternative 2: 21,000 – 24,000 elk post-hunt (15% increase)**

Alternative 3: 23,000 – 26,000 elk post-hunt (25% increase)

<u>Sex Ratio Alternatives</u>

E-24 is managed for maximum hunter opportunity with over-the-counter bull licenses in second and third rifle seasons. Because of this, the number of bulls in the populations is not dictated by a management action and sex ratio alternatives were not considered. Instead, an expected sex ratio was proposed.

**Expected observed sex ratio: 12 to 20 bulls per 100 cows**

*Approved by the Colorado Parks and Wildlife Commission September 2020*

# Contents


Executive Summary .... 1

Introduction and Purpose .... 4

Description of DAU .... 5

Habitat Resource and Capabilities .... 5

- Conflicts with Agriculture .... 8
- Habitat Loss .... 8

Herd Management History .... 9

- Post-hunt Population Size .... 9
- Post-hunt Herd Composition .... 9
- Harvest .... 11

Herd Issues and Strategies .... 12

- Predation .... 12
- Loss of Habitat .... 12
- Recreational Development .... 13
- Chronic Wasting Disease .... 15
- Low calf cow ratios .... 16
- Distribution of elk within the DAU .... 16
- Predation .... 16
- Development in Critical Elk Habitats .... 16
- Chronic Wasting Disease .... 17
- Low Recruitment .... 18
- Distribution of elk within the DAU .... 18

Public Involvement .... 18

Current Herd Status and Management Objectives .... 19

- Population Estimate and Population Objective Range Setting .... 20
- Alternative Development .... 20

Literature Cited .... 22

APPENDIX 1, Population Dynamics, Maximum Sustained Yield, and Density Dependence .... 24

Appendix 2, Public Survey .... 27

Appendix 3, Comment Letters on Draft Plan .... 32

## Introduction and Purpose

Colorado Parks and Wildlife (CPW) manages wildlife for the use, benefit and enjoyment of the people of the state in accordance with CPWs Strategic Plan and mandates from the Parks and Wildlife Commission and the Colorado Legislature. Colorado's wildlife resources require careful and increasingly intensive management to accommodate the many and varied public demands and growing impacts from people. To manage the state's big game populations, CPW uses a "management by objective" approach (Figure 1). Big game populations are managed to achieve population objective ranges and sex ratio ranges established for data analysis units (DAUs).




*Figure 1. Management by objectives process used by the CPW to manage big game populations on a DAU basis.*

The purpose of a Herd Management Plan (HMP) is to provide a system or process which will integrate the plans and intentions of CPW with the concerns and ideas of land management agencies and interested publics in determining how a big game herd in a specific geographic area, DAU, should be managed. In preparing a HMP, agency personnel attempt to balance the biological capabilities of the herd and its habitat with the public's demand for wildlife recreational opportunities. Our various publics and constituents, including the U.S Forest Service, the Bureau of Land Management, sports persons, guides and outfitters, private landowners, local chambers of commerce and the general public, are involved in the determination of DAU population and herd composition objectives and related issues. Public input is solicited and collected by way of questionnaires, public meetings and comments to the Parks and Wildlife Commission.

A Data Analysis Unit or DAU is the geographic area that represents the year round range of a big game herd and delineates the seasonal ranges of a specific herd while keeping interchange with adjacent herds to a minimum. A DAU includes the area where the majority of the animals in a herd are born and raised as well as where they die either as a result of hunter harvest or natural causes. Each DAU usually

is composed of several game management units (GMUs), but in some cases only one GMU makes up a DAU.

The primary decisions needed for an individual DAU plan are how many animals should exist in the DAU and what is the desired sex ratio for the population of big game animals e.g., the number of males per 100 females. These numbers are referred to as the DAU population and herd composition objectives, respectively. Secondarily, the strategies and techniques needed to reach the population size and herd composition objectives also need to be selected. The selection of population and sex ratio objectives drive important decisions in the big game license setting process, namely, how many animals need to be harvested to maintain or move toward the objectives, and what types of hunting seasons are required to achieve the harvest objective.

## Description of DAU

The Data Analysis Unit for the Disappointment Creek Elk Herd (E-24) is located in southwest Colorado, and includes the Dolores River basin and part of the San Miguel and San Juan River basins. It consists of Game Management Units 70, 71, 72, 73, and 711 (Figure 2). It has an area of 4,724 square miles and encompasses portions of Dolores, Montezuma, Montrose, and San Miguel Counties. The towns of Mancos, Cortez, Dove Creek, Dolores, and Telluride are located within the DAU boundaries. Major features found in the DAU are Dry Creek Basin, Glade Park, Lizard Head Pass and McElmo Canyon.

The lower elevations along the Dolores, San Juan, and San Miguel Rivers are high desert vegetation types and have dominant canyon-mesa geographic features, with some agricultural areas in the river flood-plain areas. As elevations increase, the vegetation changes to grassland/shrub, pinyon-juniper, ponderosa pine, often with a Gambel oak understory, mountain shrub, aspen, and Douglas fir. At the highest elevations, sub-alpine spruce fir and Englemann spruce lead into alpine areas of willow or grass/sedge/forb communities above 12,000 feet.

The climate is termed highland mountain, with cool summers at high elevations, but warm at the lowest, and with cold winters throughout. Snowfall is very heavy throughout the mountainous areas, but variable at lower elevations. The low elevations receive 8 inches or less of precipitation annually, but some areas in the mountains receive over 30 inches of precipitation.

Landownership in the DAU is 30% private, 27% Bureau of Land Management (BLM), 25% US Forest Service (FS), 15% Ute Mountain Ute Indian Reservation, 2% National Park, and 2% CPW and State Land Board (SLB) (Figure 2).

## Habitat Resource and Capabilities

Elk generally occupy the entire DAU, but occur at the highest densities in the central montane portions comprised of pinyon-juniper, mountain shrub, ponderosa pine, aspen, spruce, and fir. Lower density of elk are observed in the low desert and canyon areas. In the winter of 2009/10, a herd of elk crossed west of Hwy 149 near Yellow Jacket and took up year round residency in the agriculture and canyon country along County Road 10.




*Figure 2. The Disappointment Creek Elk Herd boundaries, GMUs, and Land Ownership.*

Elk movement to winter range is usually initiated by increasing snow cover and decreasing forage availability, along with hunting pressure. This movement generally begins in late October and continues into December. The movement is elevational and generally to the west and to the north. Wintering concentrations of elk are found in Dry Creek Basin, Disappointment Valley, and southwest of McPhee Reservoir and the Dolores River. In most winters, elk are concentrated in these relatively large areas. Elk Movement back to summer range usually follows the receding snowline and vegetation green up. In the summer and fall, elk are distributed throughout the northeastern two-thirds of the DAU.




*Figure 3. Elk winter activity in E-24.*

Winter range is ultimately the limiting factor for this elk herd and is found in only 56% (2,650 miles$^2$) of the DAU. Severe winter range, which is that part of the range where 90 percent of the individuals are located when the annual snowpack is at its maximum and/or temperatures are at the minimum, is even more limited at 1,120 miles$^2$ (24% of the DAU). Winter concentration areas are that part of winter range where elk densities are at least 200% greater than the surrounding winter range densities. There are only 738 miles$^2$ (16% of the DAU) of winter concentration areas (Figure 3). Breakdowns of landownership of winter range categories can be viewed in Table 1.

Drought can also play a significant role in decreasing both winter and summer habitats and forage condition, hence nutrition quality. Quality nutrition is important for elk to accrue body fat during the

summer that will sustain individual animals through winter (Cook et al 2013). It can also influence reproductive success and calf survival. Southwest Colorado has been in a drought cycle for the past two decades.

***Table 1.*** *Landownership and E-24 elk winter range, winter concentration areas, and sever winter range. (BLM = Bureau of Land Management, USFS = US Forest Service, UMUT = Ute Mountain Ute Indian Reservation, SLB = State Land Board)*

| | BLM | CPW | USFS | SLB | Private | UMUT |
|---|---|---|---|---|---|---|
| Winter Range | 39% | 1% | 20% | 1% | 33% | 6% |
| Severe Winter Range | 59% | 2% | 6% | 1% | 32% | 0% |
| Winter Concentration Area | 39% | 1% | 22% | 1% | 37% | 0% |

## Conflicts with Agriculture

Winter range found on private lands that is free of agricultural conflicts is limiting and generally at higher elevations in Gambel oak and ponderosa pine. Elk conflict areas are agricultural lands in the Disappointment Creek and Dry Creek Basin east of Highway 141, the area east of Norwood between town and San Miquel Canyon, south and west of the Dolores River and west of McPhee Reservoir along the Hwy 184 corridor between Mancos and Hwy 149, and west of Pleasant View. Tolerance for elk in these areas can be very low. Many of the animals in conflict areas are non-migratory, resident elk. Conflicts on lower elevation agricultural lands are addressed with private-land-only (PLO) and distribution management licenses. CPW also has liberalized season dates and license numbers to address resident elk numbers in these areas before migrants arrive. Spring conflicts can also occur as elk stay on private lands as they green up, and later move onto higher elevation ranges as snow recedes and green up occurs.

Generally, game damage will decrease with fewer elk. However, many game damage situations would persist even with drastic reductions in elk numbers in the DAU and are best dealt with on each property with special seasons, distribution management hunts and AWM kill permits, rather than on a DAU population scale.

Local Habitat Partnership committees also play an important role in minimizing wildlife/agriculture conflicts. The Habitat Partnership Program (HPP) has two purposes: to resolve big game wildlife conflicts with agricultural landowners, and to assist CPW in meeting game management objectives. The HPP committee finds innovative solutions that are agreeable with landowners to reduce concerns and problems of elk on their property. Elk benefit from this by the important habitat provided by private properties.

## Habitat Loss

A combination of urban, exurban, energy and recreational development is occurring on a significant portion of important habitat in E-24. Development of all types can pose a threat to blocking or cutting off migration routes and reducing their effectiveness. Development also causes direct and indirect loss of habitat. Managers and the public are increasingly concerned over cumulative and prolonged impacts disrupting migration and decreasing quality and quantity of habitat. Development influences both carrying capacity and harvest management. Direct and indirect loss of habitat is one of the top causes for species declines that lead to extinction.

## Herd Management History

### Post-hunt Population Size

The primary goal of this DAU plan is to re-evaluate the population management objective. A computer model is used to estimate the population size and is dependent on the quality of data used. It needs to be recognized that models are a tool that should be used accordingly. The post-hunt elk population objective in the previous 2005 plan was 17,000 to 19,000 and was based on an estimated population of 18,250. The current model shows that the E-24 population peaked in the early 2000s at an estimated 23,000 (Figure 4). Aggressive harvest in the early 2000's caused the population to decrease. The population reached a low in 2017 of 18,800. The current estimate is 19,100. The population model indicates that this population would continue to grow with a reduction in cow licenses. Many feel that the population, especially in GMU's 71, 72, 73, and 711 has decreased more than what is indicated in the model.




*Figure 4. E-24 Post-hunt population estimate from 1998 to 2018 and proposed management objective.*

### Post-hunt Herd Composition

Post-hunt calf ratio estimates, observed from aerial inventory, averaged 35 calves per 100 cows from 1998 to 2018 (range of 25 to 57) (Figure 5). The high calf ratio of 57:100 observed in 2003 is unusual. The next highest calf ratio seen in the last 20 years was 43:100. A mean of 27 calves per 100 cows was observed over the last five years. Since the mid-2000's calf ratios began decreasing and have not been above 40:100 since 2006. Furthermore, calf ratios have been under 30 for the past five years. These low ratios are seen across southern Colorado and northern New Mexico and are concerning to biologists.

The bull harvest regime for the Disappointment Creek Herd is for maximum hunter opportunity. Archery licenses were unlimited either-sex licenses through 2019 and bull licenses are unlimited in

second rifle season and third rifle season. All muzzleloader licenses are limited. There is a four point antler restriction on bull harvest.

In 2020 the Colorado Parks and Wildlife Commission approved regulations that converted unlimited either-sex archery licenses to limited sex specific licenses. The change to limited archery cow licenses was a biological choice to address the decreasing population and mirrors rifle and muzzleloader licenses. The change to limited bull licenses was made due to hunter concerns about increasing hunting pressure and deceasing quality of hunting experience during the archery season.




*Figure 5. E-24 calf to cow ratio estimates from post-hunt helicopter inventory from 1998 to 2018.*

The post-hunt bull to cow ratio is gathered from winter classification flights and includes all bulls that are 1 plus years old (spike bulls) and older. These estimates are often low in E-24. This is clearly related to the unlimited nature of bull licenses, but estimates may be biased low because not all potential wintering areas are surveyed and bull groups can be difficult to observe from the air in pinyon-juniper, ponderosa pine, and oakbrush wintering areas. From 1998 to 2018 observed post-hunt bull to cow ratios averaged 17 bulls per 100 cows (range 13 in 2017 to 28 in 2006) (Figure6). The 28:100 observed in 2006 was most likely due to finding a higher than average number of bull groups. The next high bull ratio was 21:100, which is more representative of this population. The 10 and 5 year bull to cow ratio means were 15 and 14 respectively.




*Figure 6. E-24 post-hunt bull to cow ratios estimated from helicopter inventory from 1998 to 2018.*

## Harvest

Harvest statistics are determined through a survey of a randomly selected sample of hunters in E-24. All antlerless licenses are limited and set annually to meet population objectives. By limiting licenses, antlerless harvest by rifle and muzzleloader hunters has been decreased substantially since 2006 in an effort to achieve the population objective (Figure 7). Bull harvest, being unlimited, is reflective of the population size and influenced by weather during hunting seasons. The 1998 to 2018 average annual bull harvest was 1,429 and average annual cow harvest was 1,366. Antlered harvest has ranged from 1,042 in 2016 to 1,911 in 2000. Cow harvest has ranged from 787 in 2018 to 2,023 in 2005. Cow harvest reflects number of available cow licenses.

### Harvest Management Challenges within the DAU

Exurban development often creates refuges where no hunting is allowed making harvest objectives difficult to achieve. It also creates areas where elk congregate and have negative impacts to the habitat such as inhibiting aspen recruitment. This is especially true in GMU 70 near Telluride. Resident herds have increased in many of these refuge areas even when overall elk numbers in the DAU have decreased. Most of the population decrease in this herd has been within GMUs 71, 72, 73, and 711 where there are more public lands, that are easily accessed by hunters. In an effort to reduce hunting pressure and harvest in these GMUs while maintaining harvest in GMU 70, hunt codes were created for limited licenses that split GMU 70 from the other GMUs in the DAU. The number of antlerless licenses in GMUs 71, 72, 73, and 711 have been substantially reduced, while license numbers in GMU 70 have remained more consistent.




*Figure 7. Bull and cow harvest estimated from E-24 from 1998 to 2018.*

High elk license and hunter numbers, as well as non-hunting outdoor recreation, can shift elk distribution to private land refuges. This DAU has some public land areas without motorized access that reduces these distribution shifts. When evaluating travel management and recreation, it is important that these areas remain off limits to motorized and mechanized (ie. bicycle) travel to keep elk on the National Forest.

## Herd Issues and Strategies

### Issues

#### Predation

Black bear predation on calves can reduce recruitment and elk populations (Griffin et al 2011 and White et al 2010)). Black bears are most successful at finding calves during the first two weeks after parturition. Predation of calves then begins to decrease and after a calf is a month old, bear predation is rare.

Mountain lions influence on ungulate populations is variable. Predation by lions is more critical in ungulate populations that are small in size or struggling from other causes. Mountain lion predation on calves may be high enough to impact the population, but generally not to the same degree as black bears.

Predation is visible and dramatic which draws people's attention more so than other impacts to elk populations. Predation rates are not only a factor of the number of predators, but also influenced by attributes such as habitat quality, densities of prey, weather, and disease.

#### Loss of Habitat

Exurban, recreation, and energy development are occurring in elk habitat in E-24. Managers and the public are increasingly concerned over cumulative and prolonged impacts disrupting migration corridors and decreasing quality and quantity of other important habitats which include winter range and

production areas. Loss of habitat from development influences both carrying capacity and harvest management. Exurban development can also create refuges free of hunting pressure. This can make harvest objectives in these areas difficult to achieve. Development is a DAU-wide issue but it is a considerably larger problem in the eastern portions of the DAU around Telluride, and southern portion near Cortez and Mancos. Increased road density and human population increase the number of vehicles traveling through elk habitat and exacerbate elk mortality due to wildlife vehicle collisions. It is a concern for both herd welfare and human safety.

Johnson et al. (2016) analyzed a 40-year relational/correlative study, looking at land use changes from 1970 to 2010 and the impacts on deer populations. Although focused on deer, the same impacts may also correspond with elk and elk habitat (which overlaps extensively with deer habitat). From this analysis, for the entire D-24 DAU (which includes GMUs 70, 71, and 711) the proportion of "undeveloped" private land (0 houses) has decreased from 20% (1970) to 11% (2010). The majority of this growth occurs in areas that overlap with elk winter range. Winter range, which is already limited, is continually being lost due to residential development and will be lost at a greater rate with the expected human population growth. With shrinking winter habitat, we can expect to see a reduction in the elk population (Johnson et al 2016).

### Recreational Development

Outdoor recreation is highly sought after locally with hundreds of miles of motorized and non-motorized/mechanized trails around Dolores, Cortez, Rico and Telluride (Figure 8). These trails are popular with hikers, runners, mountain bikers, motorcycle riders, and ATV users. There is a continued and endless demand for the development of more trails. A high percentage of existing and proposed trails are in critical elk habitat.

Outdoor recreation associated with trails influence a variety of wildlife species and the impacts are often detrimental to wildlife. Trail use increases direct disturbance and displacement of elk from optimal habitats due to avoidance of human activities. Elk do not adapt well to trail recreation whether it is motorized or non-motorized (Montgomery et al 2013, Wisdom et al 2018). Elk increase their daily activity levels and movements in the presence of mountain biking and hiking which reduces the time spent feeding or resting (Naylor et al 2009, Wisdom et al 2004). This increased energy demand occurs simultaneous with decreased forage intake and displacement from preferred areas, possibly to areas with poorer quality forage. The net result is a decrease in body condition, which affects the chance of individual health, survival, and reproduction (Bender et al 2008, Phillips and Alldredge 2000). The presence of a dog with a recreationist is likely to result in a greater area of negative influence from trail use, including amplified avoidance distances moved by animals (Miller et al 2001). Elk do not become habituated to the presence of hiking or mountain biking (Wisdom et al 2004).




*Figure 8. Motorized and non-motorized trails located on elk summer and winter range by Dolores Mancos, and Rico. Illegal, or "social", trails are not depicted on the map.*

**Cumulative Habitat Loss**

Any one of the mentioned forms of development (exurban, energy, and outdoor recreation) have led to a loss of elk habitat. However, the cumulative impact as shown in Figure 9 is the greatest concern. While another subdivision, one more gas well, or an additional trail might not seem important, when combined with development that has already occurred and the continued demand for development, it does become significant and requires scrutiny.




*Figure 9. Development from roads, housing, energy wells, and recreation trails in E-24. (Note that not all FS roads are opened to motorized traffic, but may be used by other recreationists.)*

## Chronic Wasting Disease

Chronic wasting disease (CWD) is a fatal neurological disease found in deer, elk and moose. CWD has not been detected in the Disappointment Creek herd, but has been found in adjacent mule deer populations to the north and west. Because there is overlap with animals from the Disappointment Creek Herd and animals from infected populations, it is expected that CWD is already in the population and has yet to be detected or that it will be contracted in the near future. Testing for CWD in the E-24 has been minimal from voluntary hunter harvest, suspect animals (sick appearing animals euthanized by CPW), and the occasional road kill. In infected herds, the prevalence rates of CWD is much lower in elk than deer and have not reached a level of concern that calls for a threshold for compulsory intervention.

### Low calf cow ratios

Recruitment has been decreasing in E-24 over the last 14 years. Low calf numbers are occurring across southern Colorado and CPW is studying the issue with the goal of being able to determine the cause and remedy it. There are multiple factors that might be contributing to low calf numbers including:

- In Oregon, Davidson et al (2012) concluded that high hunter numbers during the rut, nutrition, and other human disturbance contributed to low recruitment.
- In Colorado, outdoor recreation in calving areas decreased calf survival (Phillips and Alldredge 2000).
- Black bear predation on neonates was found to lower calf ratios in Idaho (White et al 2010) and Yellowstone National Park (Griffin et al 2011).

Most likely, there are several contributing factors and not one simple answer as to why E-24 is experiencing a recruitment problem.

### Distribution of elk within the DAU

The distribution of elk across the DAU is problematic. This is especially true in GMU 70, but is also seen in parts of GMU 72. Elk tend to concentrate on private lands where hunting pressure is minimal or absent and avoid areas of high hunting pressure (as experienced on public lands). In addition, GMUs 71, 72, 73, and 711 have seen a more significant decline in the population than GMU 70. It desirable to increase the proportion of the elk population in these specific units more so than in GMU 70.

## Management Strategies

### Predation

- Manage mountain lion and black bear populations within the parameters of current management plans maximizing harvest while maintaining healthy populations.

### Development in Critical Elk Habitats

There are several ways CPW can be involved to minimize and mitigate impacts from development. Although action can be taken to lessen the effects of development, these measures won't stop the continued loss of habitat. Higher quality habitat will be required to maintain or increase elk populations. Critical habitats for elk include winter range, winter concentration areas, severe winter range, transition range with migration routes, production areas, and some high elevation summer habitats. The following are actions necessary to achieve the goals of this HMP:

- Large-scale habitat treatments on FS and BLM lands in elk habitat, which includes summer habitat, transitional range and winter range.
- The treatment and removal of non-desirable invasive vegetation on FS, BLM, State, and private lands to maintain quality elk habitat.
- Identification and protection of migration corridors to maintain connection between seasonal habitats.
- Closure of roads and trails on public lands in critical habitat and setting aside areas of critical habitat from recreation use.
- Identification of and support for development of recreation areas on FS and BLM lands outside of critical habitat for elk that will meet the demand for trail development while minimizing the impacts on elk.
- Mitigation for proposed residential, energy and recreation development. This can come in various forms such as;

- Timing restrictions and closures to minimize disturbance during critical time periods such as migration or elk use on winter range,
- Habitat improvement projects on nearby or adjacent areas. Treatment areas will need to be larger than the impacted area, with a minimum of 7:1 ratio.

- Education and outreach. The public is generally unaware of the influence different forms of development have on elk. For example, trail users believed other users have a higher effect on wildlife then their user group (Taylor and Knight 2003). Most of these individuals, once they learn about their influence, were willing to change their behavior to lessen their impacts. Through education and outreach people can learn about the impacts of development on wildlife and can make informed decisions.
- Increased law enforcement on FS and BLM lands regarding illegal recreation use (i.e. off trail use, use of closed trails and roads, and trail use during closures).
- The closure and reclamation of illegally built recreation trails on public lands.
- The design and construction of fences that don't create a movement barrier and allow for safe crossing by elk, both adults and calves, while still being effective for livestock.
- Consideration of elk habitat throughout all, but especially early phases, of the developmental planning process at local, state, and federal levels.
- Identification of elk highway crossing areas and involvement with Colorado Department of Transportation and other partners in the design and building of wildlife crossing structures, and fences to minimize restriction of elk movements and reduce elk/vehicle collisions.
- Use of radio collar data to identify priority habitat and migration routes.
- Use of radio collar data to identify timing of migrations.
- Establishing conservation easements with willing landowners in important elk habitat.

## Chronic Wasting Disease

Steps can be taken to minimize the spread of CWD and are similar to management recommendations for infected populations found in CPW's CWD response plan (December 2018). These include:

- Monitoring for CWD through testing of agency euthanized animals that are sick or show signs of CWD infection, roadkills (when practical), and voluntary testing of hunter harvested animals. Wildlife managers and biologists should submit samples from carcasses for CWD testing when possible.
- Reduce congregation of animals. Wild ungulates can be attracted to areas by illegal feeding and baiting. Animals can also be attracted to areas through common agriculture practices such as salting, and stacking hay on elk wintering areas. CPW should identify where animals congregate and work with producers and landowners to minimize the source of attractant. This might be as simple as providing fencing for a stack yard to keep elk off stacked hay. Illegal feeding and baiting should be handled appropriately through education efforts and enforcement. CPW should not congregate deer or elk by baiting or feeding.
- Minimize prion point source by excluding transportation of carcasses from infected areas. Biologists may also be able to minimize the chance of spread of CWD by identifying areas of overlap between infected herds and clean populations. Hunter harvest can be focused in these areas through license numbers, seasons, and special hunt areas to target removal of individual animals within the overlap. This will minimize the chance of an individual animal contracting the disease and introducing it to an uninfected population.

Low Recruitment
- Continue research to determine the cause and actions needed to rectify the problem.

Distribution of elk within the DAU
- Use game damage hunts, and kill permits if necessary, to decrease elk concentration on private lands as needed.
- Increase the proportion of the elk population in GMUs 71, 72, 73, and 711 through hunting license allocation and harvest management.

## Public Involvement

There were four public meetings on elk management and elk HMP revisions during February 2020 with participation from 400 people. These were held in Dolores (Feb 4), Pagosa Springs (Feb 6), Norwood (Feb 11), and Durango (Feb 13). At the meetings, there were copies of a survey about elk management that people could complete. This survey was also available on the CPW website from January 31 to February 26 for those who preferred to complete it on-line and for those who were not able to attend the meetings. A copy of the survey is in the appendix. There were 712 responses to the survey. The meetings and survey included three elk DAUs/HMPs which were E24, E30 and E31. The issues and concerns identified by participants across all three DAUs were the same. Following are the results of the survey.

- Of the three DAUs 43% of the comments were on E31, 38% on E24 and 19% on E30.
- 91% of the respondents hunted, 45% identified themselves as partaking in other outdoor recreation, 44% were wildlife watchers, 18% landowners, and 9% were livestock or agriculture producer, and 6% guide or outfitter (people were able to choose more than one).
- Hunting was the most popular activity (93%), followed by fishing (68%), non-motorized recreation (64%), wildlife watching (61%), and motorized recreation (7%) – again people could choose more than one.
- From a hunting perspective, 57% were archery hunters, 45% rifle, 14% muzzleloader, and 5% did not hunt (more than one answer could be picked).
- **77% of people thought the elk population was decreasing**, 15% thought it was stable, 8% were not sure and less than 1% thought it was increasing.
- When asked how they would like to see the elk population managed over the next 10 years, **57% wanted it to increase greatly, 35% increase somewhat**, 5% stay at the current level, and 3% felt it should decrease.
- 85% of those taking the survey were residents of Colorado.

People were able to write in comments on the survey. Most of these fell outside of the prevue of this HMP, or even CPWs authority. Some common remarks from the survey and the meetings were:
- Concerns about increased OHV and motorcycle use on public lands and their impacts to elk
- Concerns about increased non-motorized recreation including hiking, mountain biking and backpacking on public lands and their impacts to elk
- Desire to limit rifle bull licenses
- Too many hunters
- The need to decrease hunting pressure on elk during the rut
- Elk were hunted too long from the beginning of archery to the last season
- The number of mountain lions and black bears and predation on elk

- Desire to decrease the number of elk licenses
- People want to do what is best for the elk even if it comes at an expense to them
- To many non-resident hunters and desire to decrease their numbers
- Removing the muzzleloader season from the archery season
- Concerns about the amount of livestock grazing on public lands
- Limited archery licenses
  - Hunters supported the change
  - Hunters were unhappy with the change
  - Hunters preferred OTC with caps over limitation

Additionally, a draft of the HMP was available on CPW's website from April 3 to May 3, 2020 for public review. Anyone who was interested could review the draft and sent comments directly to me. I also sent written requests for review and comments were made to the San Juan FS, the Norwood/Ouray FS District, Tres Rios BLM, the Uncompahgre BLM, the Montelores and Uncompahgre HPP Committees, the Ute Mountain Ute Indian Tribe, and the Board of County Commissioners in Dolores, Montrose, Montezuma, and San Miguel Counties. Comments were received from both HPP committees, the San Juan FS, the Tres Rios BLM, Dolores County Commissioner, Julie Kibel, and Backcountry Hunters and Anglers (BHA). These are available in Appendix 3.

Comments recognized the importance of elk habitat and the pressures of development and recreation. Several comments also reiterated the issue of low recruitment as well as the predator prey relation. Overall, there was a mix of support for population management alternatives two (15% increase) and three (25% increase). There was not support to maintain the current population (alternative one). Both the Montelores and Uncompahgre HPP Committees supported population management alternative two, a 15% increase in the population, believing that the resources were available to meet this growth. Comments from the Tres Rio BLM and San Juan FS recognized the loss of habitat as being critical for the future of elk populations and encouraged CPW to determine elk utilization and carrying capacity on winter range through vegetation transects to determine future population management goals. The FS also expressed interest in working with CPW to improve vegetation conditions to benefit wildlife.

## Current Herd Status and Management Objectives

The primary goal of this plan is to review and revise current management objectives. Estimating free-ranging ungulate populations in complex landscapes is challenging. Bull dispersal and differing migration patterns of bulls and cows further confound population estimation. For example, if cows migrate out of the DAU to winter at a higher proportion than bulls, the bull:cow ratio estimate is inflated.

Established population objective range alternatives heavily depend on the population estimate when revising the HMP. Population modeling is an evolving process whereby modeled estimates can change over time based on additional data or improved modeling methodology. As such, when modeled estimates change irrespective of an actual change in the population, it is reasonable to adjust population objectives relative to the new modeled estimate. The basis of harvest-based population management is to increase female harvest when a population exceeds objective, decrease female harvest when a population is below objective, and maintain female harvest when a population is at objective. Because population objectives are only meaningful in the relative context of the population estimates available at the time the objective was established, adjusting maintains the integrity of the objective based on the

fundamental criteria of whether there are too many, too few, or the desired number of animals in the population. Therefore, as we improve modeled population estimates, it is important to adjust the population objectives. If HMPs are current and no other elements of the plan have changed, it is only necessary to amend the HMP executive summary through the typical two-step Parks and Wildlife Commission process to update the population objectives. The life of this plan is ten years. However, the plan may be revised prior to the 10 year timeline if conditions change such as large tracts of habitat improvement.

## Population Estimate and Population Objective Range Setting

Previous HMP objectives (2006)
Population – 17,000 to 19,000
Sex Ratio – 17-19 bulls:100 cows

Post-hunt 2018 estimates
Population – 19,100
Sex Ratio – 13 bulls:100 cows

## Alternative Development

Population Objective Alternatives
Population objective alternatives were developed around the current population estimate and based on public input received from the meetings and survey. Ranges are presented in each alternative to allow for management flexibility to changing conditions or unknowns such as drought or disease. All three alternatives could be achieved within the next ten years based on management decisions. The following three population objectives were proposed. These alternatives were slightly adjusted from the draft that was available for public review, but still represent a 15% increase for alternative two and a 25% increase for alternative three.

Alternative 1: 18,000 – 21,000 elk post-hunt (current population)
Alternative 2: 21,000 – 24,000 elk post-hunt (15% increase)
Alternative 3: 23,000 – 26,000 elk post-hunt (25% increase)

Alternative number one is similar to the old management objective and the population is within objective. Cow harvest could continue with this alternative. Required habitat treatment and protection would be minimal over the next ten years.

Alternative number two would be a 10-15% increase in the current population size. There would be a need for habitat improvement and protection. Cow harvest would be minimal until the objective was met. This objective could easily be reached with conservative cow harvest.

The third alternative would increase the population 20-25%. There would need to be a commitment to improve and protect elk habitats. Cow harvest would need to be minimal or none at all. Based on the population model, this objective could be reached in ten years with conservative cow harvest.

Game damage will generally decrease with fewer elk. However, many game damage situations are caused by distribution of animals instead of number of animals. Conflicts could persist even with drastic reductions in elk numbers and are best dealt with locally rather than on a DAU population scale.

Higher populations support higher harvest by hunters, and the fiscal benefits to the local economy will increase. A population objective that involves reducing the number of hunting licenses by 10% will also reduce the economic benefits to the counties involved by approximately 10%.

Proposed Population Objective: Alternative 2: 21,000 – 24,000

There was a strong desire by the public and by wildlife managers to attempt to grow the Disappointment Creek Elk Herd. The desired amount of growth was split equally between alternative 2 and alternative 3. Alternative two was chosen as the preferred alternative because it met the wishes of managing for an increasing population and could be reevaluated if achieved. If the population does increase 15% and falls within objective within the ten-year life of this plan, there is the option of revaluating public desires and revise the HMP if needed. Based on the post-hunt population model it is realistic to achieve this objective within the life of this plan.

Sex Ratio Alternatives

E-24 is managed for maximum hunter opportunity with over-the-counter bull licenses in second and third rifle seasons. Because of this, the number of bulls in the populations is not dictated by a management action and sex ratio alternatives were not considered. Instead, an expected sex ratio was proposed.

Expected observed sex ratio: 12 to 20 bulls per 100 cows

## Population and Sex Ratio Objectives (established 2020)

After Reviewing the Disappointment Creek Elk Herd Management Plan and the proposed objectives, the Parks and Wildlife Commission adopted the following management objectives September 2020.

**Population Management Objective: 21,000 - 24,000 elk**

**Expected Observed Sex Ratio: 12 to 20 bulls per 100 cows**

## Literature Cited

Barber, J. R., K. R. Crooks, and K. M. Fristup. 2010. The costs of chronic noise exposure for terrestrial organisms. Trends in Ecology and Evolution 25:180-189.

Bergman, E. J., P. F. Doherty Jr., G. C. White, D. J. Freddy and D. Euler. 2015. Habitat and herbivore density: response of mule deer to habitat management. The Journal of Wildlife Management 79:60-68.

Bishop, C. J., G. C. White, D. J. Freddy, B. E. Watkins, and T. R. Stephenson. 2009. Effect of enhanced nutrition on mule deer population rate of change. Wildlife Monographs 172, 29p.

Cook, R.C., J.G. Cook, D. J. Vales, B.K. Johnson, S.M. McCorquodale, L. A. Shipley, R. A. Riggs, L. R. Irwin, S. L. Murphie, B. L. Murphie, K. A. Schoenecker, F. Geyer, P.B. Hall, R. D. Spencer, D.A. Immell, D.H. Jackson, B.L. Tiller, P.J. Miller, and L. Schmitz. 2013. Regional and seasonal patterns of nutritional condition and reproduction of elk. Wildlife Monographs 184, 44p.

Davidson, G.A., B.K. Johnson, J.H. Noyes, B.L. Dick, and M.J. Wisdom. 2012. Effect of archer density on elk pregnancy rates and conception dates. The Journal of Wildlife Management 76:1676-1685.

Frid, A., and L. Dill. 2002. Human-caused disturbance stimuli as a form of predation risk. Conservation Ecology 6:11.

Gill, J. A., W. J. Sutherland, and A. R. Watkins. 1996. A method to quantify the effects of human disturbance for animal populations. Journal of Applied Ecology 33:786-792.

Griffin, K.A., M. Hebblewhite, H.S. Robinson, P. Zager, S.M. Barber-Meyer, D. Christianson, S. Creel, N.C. Harris, M.A. Hurley, D.H. Jackson, B.K. Johnson, W.L. Myers, J.D. Raithel, M. Schlegel, B.L. Smith, C. White, and P.J. White. 2011. Neonatal mortality of elk driven by climate, predator, phenology and predator community composition. Journal of Animal Ecology, 80:1246-1257.

Johnson, H.E., Sushinsky, J. R., Holland, A., Bergman, E.J., Balzer, T., Garner, J. & Reed, S.E. 2016. Increases in residential and energy development are associated with reductions in recruitment for a large ungulate. Global Change Biology, doi:10.11111/gcb.13385.

Miller, S. G., R. L. Knight, and C. K. Miller. 2001. Wildlife responses to pedestrians and dogs. Wildlife Society Bulletin 29:124-132.

Montgomery, R.A. G.J. Roloff, and J.J. Millspaugh. 2013. Variation in elk response to roads by season, sex, and road type. Journal of Wildlife Management 77:313-325.

Noss, R. F., and A. Y. Cooperrider. 1994. Saving nature's legacy. Island Press, Washington D. C., USA.

Phillips, G.E. and A.W. Alldredge. 2000 Reproductive success of elk following disturbance by humans during calving season. Journal of Wildlife Management 64(2):521-530.

Sawyer, H., R. M. Nielson, F. Lindzey, and L. L. McDonald. 2006. Winter habitat selection of mule deer before and during development of natural gas field. Journal of Wildlife Management 70:396-403.

Sawyer, H., R. Nielson, and D. Strickland. 2009. Sublette mule deer study (phase II): final report 2007 – long-term monitoring plan to assess potential impacts of energy development on mule deer in the Pinedale Anticline project area. Western Ecosystems Technology, Inc. Cheyenne, Wyoming, USA.

Taylor, A. R., and R. L. Knight. 2003. Wildlife response to recreational and associated visitor perceptions. Ecological Applications 13:951-963.

Walsh, N.E., G.C. White, and D.J. Freddy. 1991. Responses of bull elk to simulated elk vocalizations during the rut. The Journal of Wildlife Management 55:396-400.

White, C.G., P. Zager, and M.W. Gratson. 2010. Influence of predator harvest, biological factors, and landscape on elk calf survival in Idaho. Journal of Wildlife Management 74(3):355-369.

Wisdom, M. J., A. A. Ager, H. K. Preisler, N. J. Cimon, and B. K. Johnson. 2004. Effects of off-road recreation on mule deer and elk. Transactions of the North American Wildlife and Natural Resources Conference 69:67-80.

Wisdom, M.J., H.K. Preisler, L.M. Naylor, R.G. Anthony, B.K. Johnson, and M.M Rowland. 2018. Elk responses to trail-based recreation on public forests. Forest ecology and management 411:223-233.

## APPENDIX 1, Population Dynamics, Maximum Sustained Yield, and Density Dependence

Numerous studies of animal populations, including such species as bacteria, mice, rabbits, and white-tailed deer have shown that the populations grow in a mathematical relationship referred to as the "sigmoid growth curve" (right). There are three distinct phases to this cycle. The first phase occurs while the population level is still very low and is characterized by a slow growth rate and a high mortality rate. This occurs because the populations may have too few animals and the loss of even a few of them to predation or accidents can significantly affect population growth.




The second phase occurs when the population number is at a moderate level. This phase is characterized by high reproductive and survival rates. During this phase, food, cover, water and space are not a limiting factor. During this phase, for example, animals such as white-tailed deer have been known to successfully breed at six months of age and produce a live fawn on their first birthday and older does have been known to produce 3-4 fawns that are very robust and healthy. Survival rates of all sex and age classes are also at maximum rates during this phase.

The final or third phase occurs when the habitat becomes too crowded or habitat conditions become less favorable. During this phase the quantity and quality of food, water, cover and space become scare due to the competition with other members of the population. These types of factors that increasingly limit productivity and survival at higher population densities are known as density-dependent effects. During this phase, for example, white-tailed deer fawns can no longer find enough food to grow to achieve a critical minimum weight that allows them to reproduce; adult does will usually only produce 1-3 fawns; and survival of all deer (bucks, does and fawns) will decrease. During severe winters, large die-offs can occur due to the crowding and lack of food. The first to die during these situations are fawns, then bucks, followed by adult does. Severe winters affect the future buck to doe ratios by favoring more does and fewer bucks in the population. Also, because the quality of a buck's antlers is somewhat dependent upon the quantity and quality of his diet, antlers development is diminished. If the population continues to grow it will eventually reach a point called "K" or the maximum carrying capacity. At this point, the population reaches an "equilibrium" with the habitat. The number of births each year equal the number of deaths, therefore, to maintain the population at this level would not allow for any "huntable surplus." The animals in the population would be in relatively poor body condition, habitat condition would be degraded from over-use, and when a severe winter or other catastrophic event occurs, a large die-off is inevitable.

What does all this mean to the management of Colorado's big game herds? It means that if we attempt to manage for healthy big game herds that are being limited by density-dependent effects, we should attempt to hold the populations more towards the middle of the "sigmoid growth curve." Biologists call this point of inflection of the sigmoid growth curve the point of

"MSY" or "maximum sustained yield." In the example below, MSY, which is approximately half the maximum population size or "K", would be 5,000 animals. At this level, the population should provide the maximum production, survival, and available surplus animals for hunter harvest. Also, at this level, range habitat condition should be good to excellent and range trend should be stable to improving. Game damage problems should be lower and economic return to the local and state economy should be higher. This population level should produce a "win - win" situation to balance sportsmen and private landowner concerns.




A graph of a hypothetical deer population showing sustained yield (harvest) potential vs. population size is shown (right). Notice that as the population increases from 0 to 5,000 deer, the harvest also increases. However, when the population reaches 5,000 or "MSY", food, water and cover becomes scarce and the harvest potential decreases. Finally, when the population reaches the maximum carrying capacity or "K" (10,000 deer in this example), the harvest potential will be reduced to zero. Also, notice that it is possible to harvest exactly the same number of deer each year with 3,000 or 7,000 deer in the population. This phenomenon occurs because the population of 3,000 deer has a much higher survival and reproductive rate compared to the population of 7,000 deer. However, at the 3,000 deer level, there will be less game damage and resource degradation but lower watchable wildlife values.

Actually managing deer and elk populations for MSY on a DAU basis is difficult if not impossible due to the amount of detailed biological information about habitat and population size required. Additionally, carrying capacity is not static, the complex and dynamic nature of the environment cause carrying capacity to vary seasonally, annually, and trend over time. In most cases we would not desire true MSY management even if possible because of the potential for overharvest and the number of mature of bulls and bucks is minimized because harvest reduces recruitment to older age classes. However, the concept of MSY is useful for understanding how reducing densities and pushing asymptotic populations towards the inflection point can stimulate productivity and increase harvest yields. Knowing the exact point of MSY is not necessary if the goal is to conservatively reduce population size to increase yield. Long-term harvest data can be used to gauge the effectiveness of reduced population size on harvest yield.

Research in several studies in Colorado has shown that density-dependent winter fawn survival is the mechanism that limits mule deer population size because winter forage is limiting (Bartmann et al. 1992, Bishop et al. 2009). Adult doe survival and reproduction remain high but winter fawn survival is lower at higher population sizes relative to what the winter habitat can support. The intuition to restrict, or even eliminate, female harvest in populations where productivity is low and when populations are below DAU plan objectives is counterproductive and creates a management paradox. In that, for populations limited by density dependent processes, this "hands-off" type of management simply exacerbates and perpetuates the problem of the population being resource limited, and countermands the goals and objectives of the DAU plan. As Bartmann et al. (1992) suggest, because of density-dependent processes, it would be

counterproductive to reduce female harvest when juvenile survival is low and increase harvest when survival is high. Instead, a moderate level of female harvest helps to maintain the population below habitat carrying capacity and should result in improved survival and recruitment of fawns. Increased fawn recruitment allows for more buck hunting opportunity and a more resilient population.

Thus, the key for DAU planning and management by objective is to set population objectives in line with what the limiting habitat attributes can support. A population objective range aptly set must be below carrying capacity.

Literature Cited

Bartmann, R.M., G.C. White, L.H. Carpenter. 1992. Compensatory mortality in a Colorado mule deer population. Wildlife Monographs No. 121. 39 pp.

Bishop, C.J., G.C. White, D.J. Freddy, B.E. Watkins, and T.R. Stephenson. 2009. Effect of enhanced nutrition on mule deer population rate of change. Wildlife Monographs No. 172. 28 pp.

## Appendix 2, Public Survey

# SW Colorado Elk Herd Management Plans (HMP)

Colorado Parks & Wildlife (CPW) is interested in your input on the management of elk herds in southwest Colorado. Your input is a very important part of the planning process. The information you provide will help guide management of elk for the next 10 years.

This comment form is for each of the Data Analysis Units (DAU) below:

- Disappointment Creek - E24 (70, 71, 72, 73, and 711)
- Hermosa - E30 (74 and 741)
- San Juan Basin - E31 (75, 751, 77, 78 and 771)

Your responses will remain confidential and at no time will your name be associated with any of your responses.

Please complete this form by February 25, 2020. Your contribution to this process is vital; thank you for taking part.

1. What Herd Management Plan (HMP) are you commenting on?

Select one. Once THIS survey is completed you are welcome to comment on another Herd Management Plan. Select "Submit another response" once this form has been submitted.

*Mark only one oval.*



E24 (70, 71, 72, 73, and 711)



E30 (74 and 741)



E31 (75, 751, 77, 78, and 771)

**Please answer all questions below related to your selected HMP. Once THIS form is completed you are welcome to comment on another Herd Management Plan. Select "Submit another response" once this form has been submitted.**

2. Which of the following best describes how you interact with elk in the above selected geographic area?
Select all that apply.

*Check all that apply.*

- ☐ As a viewer/wildlife watcher
- ☐ As a landowner
- ☐ As a hunter
- ☐ As a livestock/ag producer
- ☐ As an outdoor recreationist (e.g., hiker, biker, etc.)
- ☐ As a guide/outfitter

Other: ☐ ____________

3. Which of the following activities do you enjoy in this DAU?
Select all that apply.

*Check all that apply.*



☐ Hunting



☐ Fishing



☐ Wildlife watching



☐ Non-motorized recreation (e.g., hiking, horseback riding, biking, snowshoeing)



☐ Motorized recreation (e.g., ATV, OHV, snowmobile)



☐ Livestock grazing

Other: ☐ ______________

4. Elk in this DAU are important to me because elk...

Select one response for each statement.

*Mark only one oval per row.*

| | Not Important | Slightly Important | Moderately Important | Very Important |
|---|---|---|---|---|
| Provide a hunting opportunity | ◯ | ◯ | ◯ | ◯ |
| Provide a wildlife viewing opportunity | ◯ | ◯ | ◯ | ◯ |
| Are a healthy part of the ecosystem | ◯ | ◯ | ◯ | ◯ |
| Provide an economic opportunity | ◯ | ◯ | ◯ | ◯ |
| Are an important part in the way I live | ◯ | ◯ | ◯ | ◯ |
| Are a nuisance or a safety concern | ◯ | ◯ | ◯ | ◯ |

5. How important to you is each of the following reasons to hunt elk in Colorado? (Please check one response for each statement or skip this question if you do not hunt)

Select one response for each statement.

*Mark only one oval per row.*

| | Not Important | Slightly Important | Moderately Important | Very Important |
|---|---|---|---|---|
| Spending time in nature | ◯ | ◯ | ◯ | ◯ |
| Spending time with family / friends | ◯ | ◯ | ◯ | ◯ |
| Physical exercise | ◯ | ◯ | ◯ | ◯ |
| Contributing to wildlife management | ◯ | ◯ | ◯ | ◯ |
| Sharing the habitat / landscape | ◯ | ◯ | ◯ | ◯ |
| Obtaining wild game meat | ◯ | ◯ | ◯ | ◯ |
| Harvesting a trophy | ◯ | ◯ | ◯ | ◯ |
| Contributing to the local community (e.g., financial benefits from hunters) | ◯ | ◯ | ◯ | ◯ |
| Other... | ◯ | ◯ | ◯ | ◯ |

6. If answered, "Other" above please describe.

______________

7. During which of the following seasons do you most prefer to hunt elk in?

*Check all that apply.*

- [ ] I do not hunt
- [ ] Archery
- [ ] Muzzleloader
- [ ] Regular rifle
- [ ] Late season
- [ ] Private land only

8. From your experience do you believe the current elk population is...

Select one.

*Mark only one oval.*

- ◯ Decreasing
- ◯ Stable
- ◯ Increasing
- ◯ Not Sure

**Please read the following description on one of many ways CPW may manage elk herds before answering the NEXT question.**

CPW will continue to manage these elk herds for recreational opportunity, not higher bull:cow ratios.

To increase populations of elk, CPW may reduce the number of licenses in the short-term, allowing the population to grow. As the number of elk increase, CPW may choose to increase licenses in order to maintain population objectives in the long-term.

To decrease elk populations, CPW may increase the number of licenses in the short term. As the population declines, CPW may choose to decrease the number of licenses to sustain the population (within objectives), in the long-term.

9. Which option best represents how you would like to see this population of elk managed over the next 10 years.

Select one.

*Mark only one oval.*

- ◯ Increase greatly
- ◯ Increase somewhat
- ◯ Stay the same
- ◯ Decrease somewhat
- ◯ Decrease greatly

10. Are you a Colorado resident?

*Mark only one oval.*

- ◯ Yes
- ◯ No

11. How old are you?

____________________

12. With what gender to you identify with?

*Mark only one oval.*

- ◯ Female
- ◯ Male
- ◯ Prefer not to say
- ◯ Other: ________________

13. What is your current (residence) ZIP code?

14. Additional Comments

Please share any additional comments or thoughts.

**Please click "Submit" below to record your responses.**

Unsubmitted forms will NOT be recorded.

This content is neither created nor endorsed by Google.

Google Forms

## Appendix 3, Comment Letters on Draft Plan

May 8, 2020

Brad Weinmeister
Colorado Parks and Wildlife
151 E. 16th St.
Durango, CO 81301

**RE: Montelores & Uncompahgre HPP Comments - Disappointment Creek (E24) HMP**

Dear Mr. Weinmeister,

One of the initial reasons for creating the Habitat Partnership Program was to provide local landowners and other interests an opportunity to provide input into big game management in their areas. The diverse makeup of local HPP committees (3 livestock growers, Forest Service, BLM, CPW and sportsmen representatives) provide a good cross section of local interests to review DAU proposals and respond accordingly for CPW consideration.

HPP has two purposes; to resolve big game wildlife (deer, elk, pronghorn, moose) conflicts with agricultural landowners and to assist CPW to meet game management objectives for those same species. From those perspectives, the Montelores and Uncompahgre HPP committees have discussed your presentation, reviewed the draft alternatives and offer these comments for consideration.

The Montelores and Uncompahgre committees support the draft alternative to increase the number of elk within this DAU by 15%. While there is some potential for increased conflict, particularly on private lands in winter range, the committees believe we have the resources necessary to address conflicts should they occur. Additionally, sportsmen and other stakeholders have expressed the desire to expand hunting opportunity. Increasing the population objective should ultimately result in a greater number of hunting licenses being issued in the future, and improve hunter satisfaction by increasing the number of elk observed on the landscape.

It is important to note that of the five Game Management Units within this DAU, only GMU 70 falls within the Uncompahgre committee area. This unit has historically contained higher numbers of elk due to difficult hunting access and uneven distribution compared to the rest of the DAU. The Uncompahgre committee feels that while a population increase is generally desirable within the DAU, the majority of the increase should hopefully occur in the other four GMUs within the Montelores committee area. Some small increases in conflict in the Uncompahgre committee area will be manageable through the joint efforts of the local DWMs, the CPW Game Damage Program, and the Uncompahgre HPP.

As stated above, HPP is also directed by statute to assist the Division to meet game management objectives. The Montelores and Uncompahgre committees have worked with both public land managers and private landowners to improve the quality and quantity of the habitat in DAU E24. Adequate habitat is critical to meeting game management objectives and, while we are concerned about the loss of critical winter range habitat, we remain committed to maintaining and improving habitat in this area.

Our committees recognize that CPW will face challenges in achieving the proposed population objective due to increased residential growth and public land recreation demands on important winter ranges, resulting not only in a loss of critical habitat but also habitat fragmentation and increased disturbances. However, the Montelores and Uncompahgre committees feel confident that our ongoing habitat improvement efforts in partnership with landowners and federal land managers, along with CPW's management strategies including revised season structures, hunt codes, and game damage/distribution hunt license allocations, will be sufficient to increase elk populations in spite of these difficulties.

Thank you for the presentation and the opportunity to provide these comments.

Sincerely,

Eldon Simmons, Chair
Montelores HPP Committee

Bobby Gray, Chair
Uncompahgre HPP Committee

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Tres Rios Field Office
29211 Highway 184
Dolores, Colorado 81323

In Reply Refer To:
6840 (LLCOS01000)
CPW Draft Elk Herd Management Plans

April 21, 2020

Mr. Brad Weinmeister
Wildlife Biologist
Colorado Parks and Wildlife
151 East 16th Street
Durango, CO 81301

Mr. Weinmeister:

Thank you for the opportunity to comment on the Colorado Parks and Wildlife Draft Elk Herd Management Plans for E-24, E-30, and E-31. The Bureau of Land Management (BLM) Tres Rios Field Office has appreciated our longstanding working relationship with Colorado Parks and Wildlife (CPW) and partnership in managing wildlife habitats in the Tres Rios Field Office.

In the draft herd management plan for E-24 you state "Loss of habitat from development influences both carrying capacity and harvest management", and CPW research shows that undeveloped lands have decreased from 20% to 11%. You then go on to state "With a shrinkage of winter habitat we can epect to see a reduction in the elk population." With the decrease in habitat we would expect to see a decrease in the carrying capacity for any given elk herd. Based on the draft Elk Herd Management Plan, elk herd populations have remained relatively constant since 1998.




*Figure 4. E-24 Post-hunt population estimate from 1998 to 2018.*

In light of this information and to assist CPW in making management decisions within each herd area, the BLM Tres Rios would like to encourage CPW to gather utilization data in elk winter concentration areas. This data would help inform the decision when choosing between alternatives identified in the Herd Management Plans. Increasing the herd by 25% or maintaining the current objectives could greatly impact utilization of winter concentration areas, of which 39% is BLM and 39% is private surface. Prior to selecting an alternative that may increase objectives, CPW should demonstrate that utilization in winter concentration areas are acceptable and can support any identified increase.

We applaud the research CPW has conducted looking at the impacts of increased habitat fragmentation on big game populations.

The Tres Rios Field Office has recently completed analysis of Transportation Area 1 (Montezuma, La Plata and Archuleta counties) on BLM lands and is beginning the analysis for Area 2. We look forward to working with CPW as a cooperating agency to identify areas where management can be improved for big game in the Tres Rios Field Office.

Sincerely,

/s/ Connie Clementson

Connie Clementson
Field Manager

cc: Nathaniel West, Wildlife Biologist

USDA United States Department of Agriculture | Forest Service | San Juan National Forest | 15 Burnett Court
Durango, CO 81301
(970) 247-4874
Fax: (970) 375-2319

File Code: 2610
Date:

Brad Weinmeister, Wildlife Biologist
Colorado Parks and Wildlife
151 East 16th Street
Durango, CO 81301

Dear Brad,

The San Juan National Forest (SJNF) appreciates the opportunity to comment on the Draft San Juan Basin Elk Herd Management Plans for Data Analysis Unit (DAU) E-24, E-30, and E-31. These DAUs overlap portions of the Dolores, Columbine, and Pagosa Ranger Districts. As stated in the Draft Plans, the primary decisions needed for individual Herd Management Plans (HMPs) are how many animals should exist in the DAU, and what is the desired sex ratio for the population of big game animals (e.g., the number of males per 100 females). The life of the plans are 10 years and may be revised in the 10-year timeline if conditions change.

A stated in the Draft HMPs, the following population objectives for each DAU are proposed. A preferred alternative will be proposed in the final HMPs and presented to the Colorado Parks and Wildlife Commission for adoption.

DAU E-24

Alternative 1: 17,000 – 20,000 elk post-hunt (current population)

Alternative 2: 20,000 – 23,000 elk post-hunt (15% increase)

Alternative 3: 22,000 – 25,000 elk post-hunt (25% increase)

DAU E-30

Alternative 1: 6,500 – 7,500 elk post-hunt (current population)

Alternative 2: 7,500 – 8,500 elk post-hunt (15% increase)

Alternative 3: 8,500 – 9,500 elk post-hunt (25% increase)

DAU E-31

Alternative 1: 21,000 to 24,000 (current population)

Alternative 2: 24,000 to 27,000 (15% increase)

Alternative 3: 26,000 to 29,000 (25% increase)

The Draft HMPs, provide information on current herd status and management objectives, habitat resource and capabilities, herd management history, herd issues and strategies, and public involvement. As mentioned in the HMPs, NFS lands comprise 25% of DAU E-24, 42% of DAU E-30 and 55% of DAU E-31 with remaining lands consisting of Bureau of Land Management lands, private lands, Southern Ute Indian Reservation, Ute Mountain Ute Indian Reservation, National Park Service, Colorado Parks and Wildlife and State Land Board.

As described in the Draft HMPs, habitat loss through development is a significant issue across all three DAUs. A combination of urban, exurban, energy and recreational development is occurring on a significant portion of important habitat in all three DAUs and is a considerably larger problem near Durango and the Animas River valley and areas west of Pagosa Springs. Development of all types can pose a threat to blocking or cutting off migration routes and reducing their effectiveness, causes direct and indirect loss of habitat, and influences both carrying capacity and harvest management.

All three Draft HMPs describe winter range being a limiting factor for elk herds in the San Juan Basin. The HMPs also state that winter range is continually being lost due to development (residential, energy, and recreational) and will be lost at a greater rate with the expected human population growth. The Draft HMPs cite research by Johnson et al 2016, noting "with a shrinkage of winter habitat, we can expect to see declining recruitment rates and reduction in the elk population, currently the greatest issue for the San Juan Basin Elk herd."

The SJNF shares CPW's concerns with respect to population growth and habitat loss, particularly the direct, indirect, and cumulative impacts to elk winter range. As mentioned in the Draft HMPs, winter range, severe winter range and winter concentration areas occur on lands managed by the SJNF. The vegetation types present in these areas are primarily sagebrush, mixed mountain shrublands, mountain grasslands, pinyon juniper, Gambel oak, cottonwood riparian, ponderosa pine and aspen. As shown in the Draft HMP for DAU E-24, approximately 20% of the winter range, 6% of the severe winter range, and 22% of the winter concentration areas for elk occur on the SJNF. Approximately 25% of the winter range, 4% of the severe winter range, and 43% of the winter concentration areas for elk in DAU E-30 occur on the SJNF. Approximately 45% of the winter range, 53% of the severe winter range, and 42% of the winter concentration areas for elk in DAU E-31 occur on the SJNF. For all DAUs, the remaining portions of winter range occur on other jurisdictions. These percentages clearly show lands managed by the SJNF contribute important winter habitat and migration routes for the San Juan Basin elk herd. Continued loss or impact to winter range, particularly on private lands will further increase the importance of public land wintering habitat.

The SJNF recently completed a winter range habitat analysis for all three DAUs utilizing vegetation information from the Forest's Geographic Information System (GIS) database, CPW winter range GIS habitat layers from the 2019 all Species Activity Mapping database, and forage and cover values described by Towry (1987) to estimate habitat capability. The Forest's vegetation database provides information on Habitat Structural Stages (developmental stages of vegetation) as determined through stand exam surveys, field reconnaissance, satellite imagery, and other methods. The Forest's vegetation database also accounts for management activities (timber harvest, prescribed burns, road and trail construction, etc.) along with natural disturbances such as wildfires that affect structural conditions of forest vegetation, and therefore is an accurate reflection of current conditions.

As defined by Thomas (1979) "optimum deer and elk habitat is the amount and arrangement of cover and forage areas that result in the maximum possible proper use of the maximum possible area by the animals." In the Blue Mountains of Oregon, a ratio of 60 percent forage to 40 percent cover is optimum. This ratio has been widely adopted in many forested elk habitats across western states. Towry (1987) identifies the following Habitat Structural Stages (HSS) as having either forage or cover value in most habitats where forage availability in forested ecosystems is inversely related to the amount of tree over-story.

> Forage: 1) Grass-forb, 2) Shrub-seedling, and 3a) Sapling-pole <40% canopy cover (cc) 4a) Mature <40% cc, as highly valuable, and
>
> Cover: 3b) Sapling-pole 40-69% cc, 3c) Sapling-pole >69% cc, 4b) Mature 40-69% cc, 4c) Mature >69% cc, and 5) Old-growth as highly valuable.

Quantifying the ratio of forage to cover on NFS lands across each DAU was accomplished using the HSS information above. Our analysis does not distinguish which cover values provide forage and which forage values provide cover, nor does it distinguish between hiding cover and thermal cover. Additionally, the analysis represents vegetative conditions related to forage and cover, and not overall habitat quality or effectiveness. Consequently, winter range classifications that meet or exceed recommended forage to cover ratios may not necessarily meet or exceed optimum conditions for providing quality elk habitat.

As shown in Table 1, forage to cover ratio's for winter concentration and severe winter range in DAU E-24 are close to the recommended forage to cover ratios, with total winter range showing a slight inverse. Forage to cover ratios in DAU E-30 are the direct opposite of the recommended forage to cover ratios. Forage to cover ratios for total winter range and winter concentration habitat in DAU E-31 show an inverse of the recommended ratios, with severe winter range showing a ratio close to the recommended values.

| **Table 1. Winter Habitat on SJNF by DAU** | | | |
|---|---|---|---|
| **Winter Habitat Classification** | **DAU E-24** | **DAU E-30** | **DAU E-31** |
| Winter range - forage | 78,.77 | 14,970 | 83,490 |
| Winter range -- cover | 80,.01 | 43,195 | 130,966 |
| Total winter range | 158,278 | 58,165 | 214,456 |
| Forage to cover ratio | **49:51** | **26:74** | **39:61** |
| | | | |
| Winter concentration - forage | 26,764 | 4,339 | 50,013 |
| Winter concentration - cover | 16,734 | 14,787 | 55,866 |
| Total winter concentration | 43,498 | 19,126 | 105,879 |
| Forage to cover ratio | **62:38** | **23:77** | **47:53** |
| | | | |
| Severe winter range - forage | 10,354 | 987 | 28,227 |
| Severe winter range - cover | 6,122 | 2,686 | 25,422 |
| Total severe winter range | 16,476 | 3,673 | 53,649 |
| Forage to cover ratio | **63:37** | **27:73** | **53:47** |

The primary purpose of this analysis was to display existing elk winter range across lands managed by the SJNF in each DAU, display the Forest's contribution to elk wintering habitat across the San Juan Basin, demonstrate where management should continue to improve winter habitat for elk, and provide information for CPW consideration in determining elk population carrying capacity based on available winter range habitat capability on NFS lands. The Forest recommends CPW conduct winter range habitat analyses on other jurisdictions, by partnering with other land managers and private lands owners to gain a better understanding of winter habitat capability and carrying capacity for elk across the San Juan Basin.

Our analysis shows that habitat enhancement efforts are needed across much of the Forest's elk winter range to promote vegetative conditions that meet more desirable forage to cover ratios. Improving forage to cover ratios will help sustain elk for longer durations on public lands, thereby minimizing impacts on adjacent private lands and other jurisdictions. Improving conditions on winter range can be accomplished through continued implementation of forest restoration projects that achieve multiple resource objectives such as fuels reduction, and wildlife

habitat and watershed improvement projects. The Forest Service, CPW, and other partners have implemented habitat enhancement projects in winter range and important migration corridors. Projects have been implemented where habitat quality has declined due to forest succession and heavy forage use by big game. Some examples of these projects include prescribed burns, mechanical vegetation treatments, water developments, wildlife friendly fencing projects, and others. Numerous studies show that large ungulates benefit from the ecological impacts of fire, whether that be from prescribed fire or wildfire. We will continue expanding our use of fire on the landscape to benefit elk where and when appropriate. Additionally, when opportunities exist, the Forest will engage in land acquisitions of important big game wintering habitat consistent with the Land and Resource Management Plan (LRMP).

Where opportunities exist, the Forest will continue efforts to improve vegetation conditions in summer and transition ranges. Management actions utilized to improve summer elk ranges may include timber management focused on reducing the densities of dead and dying trees in high-elevation spruce-fir forests, thereby increasing forage potential and enhance movement and dispersal through impacted forests. Management actions utilized to improve transition ranges in mid-elevation forests may include ponderosa pine forest restoration, aspen regeneration, and managing mixed conifer forest to more closely resemble historic range of variability. Projects are ongoing and planned in summer and transition ranges through coordination with CPW, collaborative groups and other partners, and through public involvement.

The draft herd management plans state "Loss of habitat from development influences both carrying capacity and harvest management", and CPW research shows that undeveloped lands have decreased from 20% to 11% in E-24, from 22% to 9% in E-31 and from 32% to 21% in E-30. The draft plans then state "With a shrinkage of winter habitat we can expect to see a reduction in the elk population." With the decrease in habitat we would expect to see a decrease in the carrying capacity for any given elk herd. Based on the draft Elk Herd Management Plan for E-24, elk herd populations have remained relatively constant since 1998, E-30 populations have declined overall from 1998 but shown a recent increase from the lowest point, and E-31 populations have remained fairly stable since 2005.

Based on this information, the SJNF would like to encourage CPW to collect additional utilization data in elk winter range areas. These data would help inform the decision when choosing between alternatives identified in the Herd Management Plans. Increasing the herd by 25% or maintaining the current objectives could greatly impact utilization of winter range (concentrations areas, severe winter range, and overall winter range), of which the SJNF has approximately 219,000 acres. Prior to selecting an alternative that may increase objectives, CPW should demonstrate that utilization in winter range areas are acceptable and can support any identified increase.

Based on the Forest's winter range habitat analysis and anticipated loss of elk habitat in the DAUs, we recommend CPW establish herd management objectives compatible with current and projected habitat resources and capabilities in winter range. We also encourage CPW to monitor habitat loss correlated with human population growth across the DAUs. As stated in the HMPs, "managers and the public are increasingly concerned over cumulative and prolonged impacts disrupting migration and decreasing quality and quantity of habitat. Development influences both carrying capacity and harvest management." The Forest agrees with CPW's conclusions

regarding the cumulative impacts from habitat loss and their relationship to carrying capacity and harvest management. The Forest also recognizes public input is essential for helping formulate management objectives in HMPs, and while there may strong interests to increase populations for harvest opportunity, we believe increases should be compatible with the carrying capacity of available habitat. We also encourage CPW to prioritize research on recruitment in elk populations as all three DAUs show decreased cow-calf ratios over the last 14 years.

The SJNF will continue committing resources to assist CPW in managing elk populations by implementing habitat management direction in severe winter range, winter concentration areas, migration corridors and parturition areas consistent with the LRMP. The LRMP contains objectives and management direction to maintain or improve habitat quality, protect migration corridors, and minimize impacts from management actions to big game populations. These objectives and direction were developed in coordination with CPW during the LRMP revision process completed in 2013.

We appreciate the opportunity to comment on the draft elk herd management plans. In addition, we value our close working relationship with CPW and our collaborative efforts. If you have any questions on our comments, please contact Mary Hammer, Fish and Wildlife Program Lead, at 970-385-1345.

Sincerely,

KARA L. CHADWICK
Forest Supervisor

## Literature Cited


Thomas, J. W. 1979. Wildlife Habitats in Managed Forests of the Blue Mountains of Oregon and Washington. USDA, Forest Service Handbook No. 553.

Towry, R. K. 1987. Wildlife habitat requirements. Pages 73-209 in Hoover, R. L., and D. L. Wills eds Managing forested lands for wildlife. Colorado Division of Wildlife in cooperation with USDA Forest Service, Rocky Mountain Region, Denver, CO

Dear Brad: I want to thank Colorado Parks and Wildlife (CPW) for the public input opportunity involving the Disappointment Elk Herd Management Plan. Through research and observation we have seen the decline of this elk herd since the early 2000's. The most puzzling piece in this decline is the recruitment with the cow/calf ratios decreasing since the mid-2000's. This decline is more than likely a combination of predation from black bears, mountain lions, corvids and other birds of prey; recreation with the increase of off road vehicles such as ATV's and UHV's; effects of drought and the need for habitat treatment areas. In the Disappointment Basin there has been little if any energy development since the early 2000's and very few new homes have been built. This area remains an excellent elk winter range with much of its original acreage in place and has not seen the impact that the Cortez-Mancos area has. So human growth has to be ruled out as a cause of recruitment.

The best and most efficient use of Management in E-24 is going to be the collaboration between the Bureau of Land Management, Forest Service, and CPW to find a co-existence between recreation enthusiasts and the critical habitat needed for the elk. In the Draft Plan several ways to achieve this were pointed out :

1. Develop trailheads or trails not in elk critical habitat or winter range
2. Improve habitat treatment areas on public lands
3. Find areas outside of winter habitat on FS and BLM ground for recreation
4. Use of timing restrictions to minimize disturbances.

As with all of our Public Lands we have to find away for the critical habitat of all species to be to managed in a way that they remain a viable species that minimize the conflicts on private lands, allow for hunting and the ability to fill freezers, bring enjoyment for recreation and sight-seeing enthusiasts and always provide a means for the Multiple Use Act to be met. Hunting requirements affect the social-economic perimeters of local communities that are in this unit and this needs to be a major consideration when establishing the management plans.

Thank you so much for you time.

Julie R. Kibel

Dolores County Commissioner

BACKCOUNTRY
HUNTERS & ANGLERS
COLORADO

Via brad.weinmeister@state.co.us

Brad Weinmeister
Wildlife Biologist
Colorado Parks and Wildlife
151 East 16th St.
Durango, CO, 81301

Re: Draft Herd Management Plans for DAU E-24, E-30 and E-31

Dear Brad:

Colorado Backcountry Hunters and Anglers ("BHA") sincerely appreciates the opportunity to provide comments on the Draft Herd Management Plans ("HMP") for DAU E-30, E-31 and E-24. Generally speaking, BHA supports science-based herd management in Southwestern Colorado, as it does elsewhere in the State and the Nation. BHA also appreciates the immense difficulty in modeling and implementing successful management plans regardless of the objective.

BHA believes, however, that across all HMPs, Colorado Parks and Wildlife ("CPW") should select Objective 3. Increasing the elk population by 25% will provide significant benefits to CPWs management system and it will also accommodate potential population losses in the future from anthropogenic impacts caused by increased recreation, habitat fragmentation and predation. Indeed, 2020 Big Game Season Structure and the HMPs should work together to provide opportunity while improving herd health. Moreover, BHA agrees with each of the HMPs that selecting the highest population objective (*e.g.* increase by 25%) will require a concerted "commitment to improve and protect elk habitats." HMP E-30 at 18. For example, in DAU E-30, recreation is, and has been, putting incredible pressure on elk herds during all life stages including breeding, calving and wintering and it is essential that CPW use the HMPs to provide uniform evidence of the issues to the Bureau of Land Management ("BLM") and the U.S. Forest Service ("USFS") on motorized and nonmotorized travel plans and projects.

BHA also supports the laundry list of strategies to address development in critical habitat. This list, however, could be improved with additional details regarding the various strategies. For example, how would migration corridors be prioritized and subsequently protected? In other

states, for example, CPW holds significant say over federal land management decisions and CPW should seek similar authority through the Governor to protect big game herds. BHA also believes that CPW should identify compensatory mitigation strategies for energy development in critical winter range, recreation impacts in summer parturition areas and close coordination with local governments in planning and zoning urban and exurban development.

Chronic Wasting Disease may become a greater problem if CPW, USFS, BLM and other agencies do not map and manage migration corridors, stopover areas and bottleneck points along those migration corridors. BHA is also aware of the unique relationship between CWD prions and predation by wolves, coyotes, lions and bear. It is, therefore, that the management strategies identified also do not ignore the overlap between predator and prey on the landscape.

Lastly, each HMP would benefit greatly from an explanation of why the modeled post-hunt population estimate may be above objective while other evidence demonstrates that calf recruitment has not recovered since 2006. Significant literature explains the problems associated with aerial surveys of elk, wild horses and other wildlife and CPW could, and should, attempt to explain the errors or explain why calf recruitment is more accurate.

BHA applauds CPW for taking a hard look at a hard issue and engaging the public in managing and protecting our elk herds. We look forward to the final drafts and encourage BLM to manage for a 25% increase in elk objectives.

________________________________

Cody B. Doig, ESQ
Assistant SW Chapter Director
Backcountry Hunters and Anglers

Check for updates

Received: 6 March 2021 | Accepted: 22 April 2021

DOI: 10.1111/gcb.15714

PRIMARY RESEARCH ARTICLE

Global Change Biology WILEY

# Restoration of forest resilience to fire from old trees is possible across a large Colorado dry-forest landscape by 2060, but only under the Paris 1.5°C goal

William L. Baker

Program in Ecology, University of Wyoming, Laramie, WY, USA

**Correspondence**
William L. Baker, P.O. Box 824, Durango, CO 81302, USA.
Email: bakerwl@uwyo.edu

## Abstract

Fire-prone dry forests often face increasing fires from climate change with low resistance and resilience due to logging of large, old fire-resistant trees. Their restoration across large landscapes is constrained by limited mature trees, physical settings, and protection. Active restoration has been costly and shown limited effectiveness, but lower cost passive restoration is less studied. I used GIS and machine learning to see whether passive restoration of old trees could overcome constraints in time, by 2060, across 667,000 ha of montane forests in the San Juan Mountains, Colorado, where temperatures are increasing faster than the global average. Random Forest models of physical locations of reconstructed historical old growth (OG) and relatively frequent fire (RFF) show historical OG with RFF was favored between 6.1 and 7.9°C annual mean temperatures. Random Forest models projected that similar temperature-suitable locations were moved into the current middle montane ca 2015, and would be extended to just below the upper limit of the montane if the Paris 1.5°C goal is reached, but beyond if not. US Forest Service common stand exam data, which covered ~15% of the study area and included 26,149 tree ages, show the highest potential for restoring resistance and resilience from old trees is a ≥120-year age class. This class could become a ≥160-year age class, which meets old-growth age criteria, over 81% of the area by ca 2060, nearly fully restoring historical old-growth levels. Half this age class is already protected, and much of the remainder could be retained using evidence-based diameter caps. Datasets thus are sufficient to show that passive restoration of old-tree resistance and resilience to fire is feasible by ca 2060 across a large montane landscape, although contingent on global success in achieving the Paris 1.5°C goal. Passive restoration may be viable elsewhere.

KEYWORDS
dry forests, fire, landscape, old growth, Paris goals, resilience, restoration

## 1 | INTRODUCTION

Potential effects of climate change for global forests appear dire (Albrich et al., 2020; Bradshaw et al., 2021; McDowell et al., 2020), but if Paris Agreement goals are reached and key landscape-scale restoration and protection occur in time, could better outcomes occur? Global forests face transition to shorter stature, younger stands, and altered composition, if not complete replacement

 © 2021 John Wiley & Sons Ltd. 

by alternative stable vegetation after crossing tipping points as temperatures rise (Albrich et al., 2020; McDowell et al., 2020). Moreover, it is unclear whether forest resistance and resilience can be effectively enhanced or restored across large landscapes in time or in a manner that can reduce these transitions (e.g., Seidl et al., 2018). Indeed, 15 years of mechanical fuel treatments across large landscapes in the western USA had little effect on area burned by fires that are increasing from droughts and warming (Schoennagel et al., 2017). Fuel treatments last only 1–2 decades, are costly, and require field visitation. In contrast, little attention has been given to passive, landscape-scale restoration of resistance and resilience, which has lower cost, could persist much longer, and may need little field visitation. For example, if old, fire-resistant trees could be passively restored in a few decades, large land areas could simultaneously benefit from more adaptive resistance and resilience to fires (Schoennagel et al., 2017), carbon storage (Luyssaert et al., 2008), and other nature-based climate services (e.g., Seddon et al., 2021).

Here I analyze this possibility in a part of the western USA particularly vulnerable to climate change, in southwestern Colorado. This area is warming faster than the global average (Lukas et al., 2014), was identified as among the most vulnerable to increasing drought and fire (Buotte et al., 2018), and has been predicted to experience partial or complete loss of dry forests as their climate moves northward and upward, if emissions continue (Worrall et al., 2016).

Fire adaptations, that could be increased, are found in trees in fire-prone settings around the world (e.g., Fernandes et al., 2008; Schubert et al., 2016). Here, I focus on potential for landscape-scale restoration of resistance and resilience to fires in dry forests in the western USA. Dry forests include ponderosa pine (*Pinus ponderosa*) and mixed-conifer forests with ponderosa dominant. Fire-resistant old-growth ponderosa pines, that historically dominated dry forests of the western USA, were mostly removed by logging by the 1980s (Merschel et al., 2014; Romme et al., 2009), leaving forest resistance and resilience low. Resistance and resilience can be partly enhanced by restoring structure (e.g., tree density), but only fully by restoring these large trees.

Large ponderosa pine (Figure 1) have the most fire resistance and resilience. Resistance traits include (1) thick, heat-resistant bark (Stevens et al., 2020); (2) fire-resistant trunks with elevated canopies and few low branches (Baker, 2009; Stevens et al., 2020); (3) fast-flammable leaf litter that promotes rapid fire spread with less heat (Stevens et al., 2020); (4) capacity to regrow after high crown scorch (Hanson & North, 2009; Harrington, 1993); and (5) rapid juvenile growth that helps elevate canopies above low-severity fires, enabling more successful regeneration (Rodman et al., 2020). Surviving large trees also provide post-fire resiliency through seed. Cone and seed production in ponderosa are much higher and more frequent in larger trees, especially canopy dominants (Krannitz & Duralia, 2004). Seed from fire survivors within 100–250 m of severe burns is key to regeneration (e.g., Chambers et al., 2016; Rodman et al., 2019).

It is desirable, if the goal is to perpetuate dry forests in the face of increasing fire, to restore as much old-growth resistance and resilience to fire as possible by ca 2060. This is when climate change is likely to have raised temperatures to near maxima of 1.5–2.0°C as emissions reach net-zero, assuming goals of the Paris Agreement are reached (Baker, 2018a). It requires 160–200 years for ponderosa to grow from germination to old-growth age (e.g., Mehl, 1992; Popp et al., 1992), but only 40 years are available to 2060. The only feasible option is to put extant mature trees on a pathway to old growth (OG) while stand structure and fire are restored (Everett et al., 1994).



FIGURE 1 A typical old ponderosa pine forest [Colour figure can be viewed at wileyonlinelibrary.com]

Restoring old trees could also provide ancillary benefits for ecosystems and climate. Old trees are now considered a "keystone structure—a disproportionately important provider of resources crucial for other species" (Lindenmayer et al., 2014 p. 63). Old trees, for example, can strongly benefit wildlife (Carey, 1989). They also can mitigate warming effects at local scales (Frey et al., 2016), and they are major carbon sinks (Harmon et al., 1990; Luyssaert et al., 2008).

Effective old-growth restoration requires evidence about physical locations of historical OG and associated low-severity fire. Low-severity fire is often associated with old-growth dry forests dominated by ponderosa pine, as large fire-resistant trees better resist mortality (Baker, 2017). In dry forests of the western USA, OG has been reconstructed using tree-rings (e.g., Merschel et al., 2014; Sherriff et al., 2014), land surveys (Baker, 2015, 2020), and fire-history models (Lesica, 1996). Early inventories (e.g., Cowlin et al., 1942) can provide direct records. Evidence is often incomplete, but machine learning at known sites could possibly be used to train models to predict where restoration is most likely to succeed, as used here. For example, classification and regressions trees and physical predictors from 232 tree-ring samples were used to model fire severity across much of the Colorado Front Range (Sherriff et al., 2014).

Spatial data on modern forests are also needed, to focus old-tree restoration where potential is highest. US Forest Service stand-exam

data and old-growth inventories are available. Are these data sufficient to identify locations likely to sustain or restore old trees in the 40-year transition?

Achieving old-tree restoration requires commitment, since little wood production can occur in restoration areas (Everett et al., 1994). The federal Collaborative Forest Landscape Restoration Program, created by the Omnibus Public Land Management Act of 2009, provides funding for ecological restoration that maximizes retention of large trees and fire-resilient forests. Other commitments have come from old-growth plans (e.g., Davis et al., 2015), protected areas (e.g., Research Natural Areas, Wilderness), policy designations, forest planning, and collaborative agreements (Spies & Duncan, 2009). Are old-tree protections adequate for restoration by 2060?

## 2 | MATERIALS AND METHODS

### 2.1 | Overview of analysis

In this study, I approached this problem several ways. I modeled, using Random Forests, potential historical and future physical settings of OG and low-severity fire across a large montane landscape in Colorado. I used physical predictors to model where there historically were both OG dominance and relatively frequent fire (RFF) at reconstruction points (Figure 2), a combination that favors old-growth stability (e.g., Baker, 2017). I then used the model to predict each of these across the study area, followed by analysis of contours of annual mean temperature that delimit their overlap area. I then projected physical old-growth suitability into the future using the same predictors, but substituting estimated future annual mean temperature, which is then overlain with temperature contours to project future overlap area. Finally, I used Forest Service data to determine potential old-tree restoration by ca 2060, given extant forest protection.

### 2.2 | Study area

The initial study area was the 773,366 ha montane part of the southwestern San Juan Mountains, Colorado (Figure 3) used to reconstruct historical vegetation from General Land Office (GLO) surveys ca 1881 (Baker, 2020). The montane includes (1) ponderosa pine forests with few other tree species; (2) dry mixed-conifer forests dominated by ponderosa but also with white fir (*Abies concolor*), blue spruce (*Picea pungens*), quaking aspen (*Populus tremuloides*), or Douglas-fir (*Pseudotsuga menziesii*); and (3) moist mixed-conifer forests with these same tree species, but little to no ponderosa (Romme et al., 2009). The montane is bounded at lower elevations by piñon-juniper (*Pinus edulis-Juniperus* sp.) woodlands and sagebrush (*Artemisia* sp.) and at higher elevations by subalpine forests dominated by subalpine fir (*Abies lasiocarpa*), Engelmann spruce (*Picea engelmannii*), and quaking aspen.

At this time of the GLO surveys (ca 1881), non-Indian settlers were few, and industrial land uses were just expanding. Land surveys created 1.609 km (1 mile) section lines, along which surveyors were required to record dominant overstory trees and also understory shrubs, trees, and other vegetation, in order of abundance (Williams & Baker, 2011). Each section line also required surveyors to monument a quarter corner halfway and a section corner at the end. Nearby bearing trees, to aid corner relocation, were marked, and their distance, azimuth, diameter at ~30 cm above the base, and identity were recorded. Two bearing trees were required at quarter corners and four at section corners. Bearing-tree data were the basis for reconstructing OG (Williams & Baker, 2011). To focus on relatively unaltered forests, I omitted area affected by fences, fields, roads, and other uses, leaving a net unaffected section-line analysis area (Figure 3) of 666,916 ha with 8422 km of section lines (Baker, 2020). A smaller section-corner analysis area of 235,884 ha with 2974 km of section lines also was used, as only here did surveyors adequately record required bearing trees at corners (Baker, 2020).

### 2.3 | Background on old-growth forests in the study area

On the San Juan National Forest (SJNF), which dominates the study area, likely 13–31 moss species are restricted to, or favored in OG, as are several fungi, five mammals, and several birds (Romme et al., 1992). Romme et al. (2009) found that most OG on the SJNF had been logged by about 1950. Remnant stumps, historical accounts, and records show where high-grade logging, particularly using railroads, occurred in the early 1900s (Baker, 2018b).




FIGURE 2 Overview of the historical analysis framework that is the basis for projecting where old-growth dominance and relatively frequent fire may similarly enable old-growth perpetuation currently and in the future as temperatures increase [Colour figure can be viewed at wileyonlinelibrary.com]

Case No. 1:23-cv-01501-RMR Document 25-7 filed 11/30/23 USDC Colorado pg 77 of 95






FIGURE 3 Section-line and section-corner study areas [Colour figure can be viewed at wileyonlinelibrary.com]

TABLE 1 Reconstructed historical old growth in the section-corner training area, analyzed by Baker (2020), but re-analyzed here using San Juan National Forest old-growth definitions

| | | | Old growth | |
|---|---|---|---|---|
| Historical zone | Total area in zone (ha)[a] | Old growth analysis area (ha)[b] | Area (ha) | Area (%) |
| Pine and piñon-juniper | 13,192 | 7349 | 4508 | 61.3 |
| Pine | 104,059 | 45,916[c] | 37,988 | 82.7 |
| Dry mixed conifer | 46,522 | 24,537[d] | 17,469 | 71.2 |
| Moist mixed conifer | 38,823 | 23,846 | 5550 | 23.3 |
| Dry forests[e] | 163,773 | 77,802 | 59,965 | 77.1 |
| Forests—unknown zone | 14,192 | 0 | 0 | 0.0 |
| Non-forests—unknown zone | 18,999 | 0 | 0 | 0.0 |
| Whole montane | 235,787 | 101,648 | 65,515 | 64.5 |

[a]The section-corner training area contained non-forest that could be associated with each zone, but other non-forest not assignable to a zone. All non-forest, and area only identified as forest, were excluded from the analysis area, which included only the usable forest with adequate bearing-tree data. This could only be 47% of total area of the montane. Forested area is only 79% of the montane, thus old-growth analysis area is 55% of total forest area in the montane.

[b]The old-growth analysis area is less than the total area in each zone, because some was non-forested, and, in the forested parts, the pooled Voronoi polygons, needed to reconstruct old growth from both tree diameters and tree density, could be created and intersected over only the part of the forests where bearing-tree data were adequate.

[c]This area was reported in Baker (2020) as 45,986 ha, due to a calculation error.

[d]This area was reported in Baker (2020) as 24,467 ha, due to a calculation error.

[e]Dry forests consist of Pine and piñon-juniper, Pine, and Dry mixed conifer.

Baker (2020) reconstructed historical montane OG using land surveys in the section-corner study area (Figure 3; Table 1). Baker used the diameter and density components of the Mehl (1992) old-growth definition for interior ponderosa pine in Southwest Colorado, and the Popp et al. (1992) definition for the mixed-species group in the Southwest. Here, however, I used diameter at breast height (dbh or 1.37 m) and density components of SJNF definitions (San Juan National Forest, 2007). OG ponderosa pine is defined by minima: (1) 200 years of age, (2) 40.64 cm (16″) dbh, (3) 24.7 trees/ha ≥40.64 cm dbh (10 trees/acre ≥16″ dbh); and (4) 2.47 dead or broken-topped live trees and/or rotten

live trees/ha ≥40.64 cm dbh (one tree/acre ≥16″ dbh). These also apply to mixed-conifer forests, with one addition: (5) 4.94 dead trees/snags ≥25.4 cm dbh and 3.05 m tall per ha (two trees ≥10″ dbh and 10 feet tall per acre). To reconstruct OG from GLO data, only criteria (2) and (3) can be used, but since these were historical forests, other criteria likely were met. Because GLO diameters were in English units, (3) was rounded to 25 trees/ha ≥40 cm dbh. I applied these criteria to GLO reconstructions of tree density and diameters (Baker, 2020) that I analyzed in ArcGIS 10.8 (ESRI). After intersection, a new attribute was classified as OG or not old growth (NOG).

Old-growth protection exists on the SJNF in protected areas, as explained in the SJNF Land and Resource Management Plan Update of March 2021 (San Juan National Forest, 2021). Protected areas include parts of four Wilderness Areas, 20 Roadless Areas, eight Research Natural Areas, Chimney Rock National Monument, the Dolores River and the HD Mountains Unique Landscapes, and Boggy and Smoothing Iron Old Growth Areas. Most relevant, timber production is prohibited in all of these areas. Minor harvesting is allowed as a tool in Roadless Areas, Old Growth Areas, and Unique Landscapes. Mechanical fuel treatments are prohibited in Wilderness Areas and Research Natural Areas, but allowed in Roadless Areas and Old Growth Areas to meet desired conditions. Mechanical restoration and fuels treatments are allowed in limited cases in Chimney Rock National Monument and Unique Landscapes. Livestock Grazing is permitted in all areas, but in Research Natural Areas only to meet desired conditions. Prescribed burning, which may include low and some moderate severity, is allowed in all areas, but only to meet desired conditions in Research Natural Areas and Old Growth Areas. Managed fires for resource benefit are allowed in specific areas. San Juan National Forest (2021) reported 17.0% of moist mixed-conifer, 13.1% of dry mixed-conifer, and 4.3% of ponderosa pine forest area in the montane are formal old growth. Montane desired conditions were 20%–30% of moist mixed-conifer, 20%–30% of dry mixed-conifer, and 10%–15% of ponderosa pine area in old growth.

### 2.4 | Modeling the physical setting of historical old growth and relatively frequent fire

I modeled the physical setting of historical old growth to understand that setting and estimate locations across the full section-line study area that may also have been physically suitable for old growth. I trained a Random Forest model using 18 physical predictors (Table 2)

**TABLE 2** Potential predictors of old growth and relatively frequent fire. Each predictor was projected to UTM Zone 13 NAD 1983 and clipped by the study area boundary

| Source type/name | Source[a] | Short name | Range of values |
|---|---|---|---|
| Topography | | | |
| Area solar (WH/m$^2$) April–October | DEM-ArcGIS | areasolar | 0.40–1.28 million |
| Aspect (azimuth in degrees) | DEM-ArcGIS | aspect | 0.02–359.97° |
| Curvature (*z*-units) | DEM-ArcGIS | curvature | −1.3 to 2.6 million |
| Elevation | USGS DEM | elevation | 1969–3070 m |
| Slope | DEM-ArcGIS | slope | 0.14–62.18° |
| Topographic position: 100 m | DEM-GRASS | topopos100 | 6 positions[b] |
| Topographic position: 500 m | DEM-GRASS | topopos500 | 6 positions[b] |
| Topographic position: 1000 m | DEM-GRASS | topopos1000 | 6 positions[b] |
| Topographic position: 1500 m | DEM-GRASS | topopos1500 | 6 positions[b] |
| Topographic position: 2000 m | DEM-GRASS | topopos2000 | 6 positions[b] |
| Terrain ruggedness index | DEM-GRASS | topotri | 0.00–4.33 |
| Topographic wetness index | DEM-GRASS | topowet | 2.51–17.05 |
| Geology and soils | | | |
| Geology formation | Colorado Geology | geolform | 15 formations[b] |
| Geology-rock type | Colorado Geology | geolrock | 17 rock types[b] |
| Soil depth to bedrock | SSURGO | bedrock | 0–203 cm |
| Soil available water storage | SSURGO | aws | 0–29.76 mm |
| Soil organic carbon | SSURGO | soc | 0–115285 g/m$^2$ |
| Annual climate: 1895–1904 | | | |
| Mean temperature | PRISM | anntmn1895 | 2.98–7.96°C |

[a]Sources include: Colorado Geology: https://mrdata.usgs.gov/geology/state/state.php?state=CO; DEM-ArcGIS: Digital Elevation Model used in ArcGIS 10.8, ESRI, Redlands, California; DEM-GRASS: Digital Elevation Model used in GRASS GIS 7.8.2, https://grass.osgeo.org/; PRISM (gridded climate data): http://www.prism.oregonstate.edu/; SSURGO: https://websoilsurvey.sc.egov.usda.gov/App/WebSoilSurvey.aspx; USGS DEM (Digital Elevation Model-10m): https://viewer.nationalmap.gov/.

[b]A list of the meaning of each category or type is in Appendix S2.

based on topography, geology and soils, and climate. Predictors were developed as rasters in ArcGIS and GRASS (https://grass.osgeo.org). I used a 10 m resolution digital elevation model (DEM), clipped by the study area boundary, as the base map (see Appendix S1 for processing details). From the DEM, I created maps of aspect, curvature, slope, and area solar. Curvature is the second derivative of the surface; negative is concave, zero is flat, and positive is convex. Area solar estimates incoming radiation (direct, diffuse, and reflected) in the growing season, April 1 to October 1. Topographic positions are classified over specified distances as planar, pit, channel, pass or saddle, ridge, and peak. Terrain ruggedness index measures sum change in elevation between a cell and its neighbors (Riley et al., 1999). The topographic wetness index measures area of the hillslope, per unit contour length, that drains through a pixel (Cho, 2000). To meet machine-learning limits with categorical variables, I merged 40 geologic formations in the Colorado geology map into 15 (see Appendix S2 for details). PRISM data (www.prism.oregonstate) for 1895–1904 annual temperature, which provide the best available spatial estimate of historical temperatures, are coarse resolution (~800 m). I limited analysis to temperature, the key climate-change variable of interest in this analysis.

To derive training samples, I extracted data from the old-growth map and 18 predictors using systematic point samples, one at the midpoint of each 100 m pixel along section lines. Since bearing-tree data are from corners along section lines, and the old-growth reconstruction is thus best there, I constrained training to section lines. The initial sample was 11,190 points, but points had to be omitted near borders, where the topopos2000 predictor, extending over 2 km, was necessarily null, and also points with nulls in other predictors that had to be omitted. I extracted the resulting final 8296 point samples for the 18 predictors and old growth, then ran a "predict to raster" model of old growth across the section-line study area in ArcGIS Pro 2.6, using the Forest-based Classification and Regression tool, based on Random Forests (Breiman, 2001). I ran 200 trees, selected compensation for sparse categories, excluded 10% for validation, and accepted other defaults. I examined variable importance to interpret the model, and also compared distributions of the predictors, across the points, that distinguish OG from NOG, in Minitab (Minitab LLC). I also calculated contours of some predictors in ArcGIS and overlaid them on the map of OG versus NOG.

I modeled the physical location of historically RFF that likely helped perpetuate old growth. There were few fire rotations ≤25 years, considered frequent (Baker, 2017), in the study area (Baker, 2018b); thus, I used ≤30 years as RFF. I used published fire histories in the study area, but had to estimate fire rotation (see Appendix S3 for details). The dataset had 14 predictors at 28 sites with fire rotations of 15–112 years. I used Forest-based Classification and Regression in ArcGIS to predict rotations ≤30 years versus >30 years (Table 2). I selected 100 trees, excluded 10% for validation, accepted other defaults, and used the model to "predict to raster" across the section-line study area.

## 2.5 | Evaluating the potential of current forests to restore old growth and scattered old trees

Evidence about modern forests was from SJNF common stand exam data (CSE; pers. comm., Mark Roper, Forest GIS Coordinator, SJNF, December 22, 2020). I started with forest-wide "active" CSE data (not replaced by a new sample, not harvested or otherwise altered). I included all montane forests, not just dry forests, as climate change may force expansion into other montane forests. I clipped CSE data with the montane section-line boundary (Figure 3), and initially found 3776 active stands, each associated with a polygon interpreted from remote sensing or field survey. Stands, inventoried from 1971 to 2020, had records for trees sampled in variable-radius or fixed plots, which I processed for analysis in ArcGIS (see Appendix S4 for details). The final dataset included 3751 stands, 22,065 plots, and 111,090 tree records, 26,149 with tree ages, for stands covering 101,677 ha.

I assumed survival of trees from the inventory year to 2020 to provide an upper-limit estimate of current old trees. There is no accurate way to predict how many trees, sampled between 1971 and 2020, are alive in 2020 or will be in 2060. These estimates provide best-available estimates that need to be confirmed in the field if more reliable data are needed. To estimate 2020 age, I added years, between the inventory year and 2020, to basal age at the time of the inventory. I classified trees as old or not old in 2020, using age classes of ≥120, ≥140, ≥160, ≥180, and ≥200 years, which span ages that, by 2060, could meet regional old-growth definitions (Mehl, 1992; San Juan National Forest, 2007; Popp et al., 1992). I then calculated stand-level mean tree density, for each of these age classes in each stand (see Appendix S5 for details). Stands had a small tree-age sample, averaging ~8.5 trees, but there were 3072 stands with ages.

Where stands may not have the density or other attributes to qualify as old growth, they may still contribute resilience to fire. Tree regeneration is facilitated by surviving large trees within 100–250 m of severely burned area (Baker, 2018b; Rodman et al., 2019). I estimated the density of old trees needed to, on average, provide resilience to moderate- to high-severity fires, typically defined as killing 20%–100% of basal area (Agee, 1993), or roughly 20%–100% of trees (~60% on average). If trees are equally spaced, their density at 100 m spacing is 4.00 trees/ha, and at 250 m spacing is 0.64 trees/ha. Assuming 40% mean survival of large trees after average moderate- to high-severity fires, it would require a minimum of 1.6 large trees/ha or a more adequate 10.0 large trees/ha before fire to have at least one live post-fire large tree every 100–250 m to facilitate tree regeneration. This resistance/resilience function thus can be provided without the higher densities required by formal old-growth definitions. I used CSE data to analyze where minimum to adequate densities occur for trees of the five main old age classes across the study area.

Also, I separately analyzed tree diameter as a proxy for identifying potential old trees, as it is infeasible to age trees as their fate is determined. To see whether old trees could be mostly protected by

Case No. 1:23-cv-01501-RMR Document 25-7 filed 11/30/23 USDC Colorado pg 80 of 95



a size limit, I analyzed the diameter (dbh) of trees that would include 90% or 80% of trees of an age class. I extracted into separate datasets all trees ≥120, ≥140, ≥160, ≥180, and ≥200 years of age in the inventory year. In each, I sorted trees by diameter, largest to smallest, identified the trees at 90th and 80th percentiles, and recorded their diameter. I also did this by each Local Type.

I analyzed the extent to which old age classes of trees are within protected areas on the SJNF. I intersected locations of age classes with locations of protection, using a geodatabase of SJNF management areas (Pers. comm., Mark Roper, SJNF, January 9, 2021).

### 2.6 | Old-tree restoration sensitive to climate change

Southwestern Colorado, based on weather-station records, has the strongest warming trend in Colorado; annual mean temperature increased by 1.6°C (2.8°F) between 1983 and 2012, mostly after ca 1995, with a rapid recent warming rate of about 1.0°C/decade (Lukas et al., 2014). Increases in annual mean temperature in the San Juan Mountains were reported to be slightly more than 1.0°C from 1895 to 2005 (Rangwala & Miller, 2010). Both studies found ~2.0°C of total warming from 1895 to 2015, the year of the Paris Agreement, based on 0.4°C to extrapolate Lukas et al. and 1.0°C to extrapolate Rangwala and Miller to 2015. This is much higher than mean global warming of just over 1.0°C since the pre-industrial period, which led to the Paris Agreement goal of total warming <1.5–2.0°C (Sanderson et al., 2016). Regional climate models, assuming ongoing high emissions, predicted >2.0°C of warming between 1971–2000 and 2041–2070 (Rangwala et al., 2012). This would be >3.0°C of warming after 1895, above the 2.5–3.0°C extrapolated here from station records and the Paris Agreement. With continued emissions, warming is projected to lead largely to a threatened or lost ponderosa pine zone and similar adverse changes in mixed conifer in the study area (Worrall et al., 2016).

I analyzed potential constraints of warming temperatures on old-growth restoration across the study area. I first estimated annual mean temperatures ca 1881, ca 2015 (the year of the Paris Agreement), and the unknown year that Paris Agreement goals are reached. I used 30-year annual mean temperature spatial PRISM estimates for the study area, which could differ from station estimates over southwestern Colorado. PRISM data for 1895–1904 are the closest available proxy for ca 1881 annual mean temperatures. To make the Paris estimates, I extrapolated from the most recent PRISM data, which are for 1981–2010 (Table 2), thus centered ca 1995 (see Appendix S5 for details). Then, to estimate potential future constraints on old-tree restoration as warming ensues, I overlaid contours for 1895–1904 annual mean temperature in 0.1°C increments to find contours that best match warmer and cooler constraints where OG historically dominated NOG and RFF occurred. I next used the Random Forest models of historical OG and RFF to predict to raster, but for the ca 1995, 2015, and Paris annual mean temperatures. Finally, I overlaid the historical annual temperature contours for OG and RFF on these new rasters, and evaluated potential for OG dominance with RFF, assuming historical physical constraints are likely to similarly constrain future OG and RFF, but in new locations.

## 3 | RESULTS

### 3.1 | Random forest model of historical old growth and relatively frequent fire

The trained Random Forest model of OG and NOG had out-of-bag errors of 1.3% for OG and 12.3% for NOG, thus high accuracy. Accuracy in the training dataset was 0.95 for both, but accuracy in the 10% validation dataset was 0.83 for both, suggesting some overfitting. I reduced depth of trees from near 100 down to 50 and 25 and made other adjustments, but could not obtain an outcome that had similar accuracy in both, thus I retained this model as the final model.

Overall, 64.5% of sampled montane forest in the training area historically had OG structure (Table 1). Pine (83%) and dry mixed conifer (72%) had highest percentages and moist mixed conifer (23%) lowest. The prediction raster (Figure 4) also had 64.5% OG and 35.5% NOG. This is just OG potential; not all was necessarily OG historically. Lack of historical OG likely occurred because of natural disturbances and physical constraints. Training data were lacking in places (e.g., border area) due to missing topographic predictors (Figure 4). The prediction thus covers 542,527 ha (81.3%) of the 666,916 ha unaffected section-line study area.

Variable importance (Table 3) showed that topographic predictors accounted for 60% of variation in the prediction, soil and geology predictors 29%, and the climate predictor 9%. Elevation and annual mean temperature were most important, but soil predictors were three of six top predictors. Geology had a minor role. The most important topographic predictors, besides elevation, were finer scale measures of topographic variation, including the topographic wetness index, curvature, aspect, slope, and topographic ruggedness index, which together accounted for 35% of variation in the model. Topographic position, accounting for only 8% of variation, was also important at finer scales (100–500 m). OG was favored at lower elevations on warmer sites, but with more moisture (see Appendix S6 for more details).

The Random Forest classification model of all-severity fire rotations ≤30 years versus >30 years had no out-of-bag errors for either class, and was fully accurate in the 90% training and 10% validation data. These are small tests, since the full dataset had only 28 sites. The prediction area (Figure 5a) was 600,680 ha, 90% of the 666,916 ha study area. Area was often not predicted on borders, due to missing topographic predictors or in other areas due to missing data in other predictors. Predicted area for all-severity rotations ≤30 years was 245,510 ha, 41% of prediction area, but is only for potential areas with physical characteristics that support RFF.




FIGURE 4 (a) Predicted old growth and not old growth, and the contour for 2440 m elevation, below which old growth dominated not old growth down to 2050 m elevation, (b) old growth and not old growth and the contour for 1895–1904 annual mean temperature of 6.1°C, below which old growth also dominated not old growth to as warm as 7.9°C [Colour figure can be viewed at wileyonlinelibrary.com]

Topographic predictors again were most important, accounting for 64% of variation in RFF, with geology and soils 26%, and the climate predictor 8% (Table 4). Geology and soils were three of five top predictors, including soil organic carbon (10%), depth to bedrock (8%), and available water storage (8%). Among topographic predictors, terrain ruggedness index was most important (9%), followed by elevation (9%), area solar (8%), slope (8%), and aspect (7%), with topographic position indices, mostly at finer

**TABLE 3** Variable importance for the 18 predictors, in the Random Forest model of old growth, which together account for 98% of the model's ability to distinguish old growth from not old growth

| Predictor | Importance | Percentage |
|---|---|---|
| Elevation | 25.43 | 9 |
| Annual mean temperature | 24.41 | 9 |
| Soil depth to bedrock | 22.95 | 8 |
| Area solar | 22.06 | 8 |
| Soil organic carbon | 22.03 | 8 |
| Soil available water storage | 21.89 | 8 |
| Topographic wetness index | 20.71 | 7 |
| Curvature | 20.54 | 7 |
| Aspect | 20.43 | 7 |
| Slope | 19.79 | 7 |
| Terrain ruggedness index | 19.74 | 7 |
| Geology formation | 7.95 | 3 |
| Topographic position: 500 m | 6.51 | 2 |
| Topographic position: 100 m | 6.41 | 2 |
| Geology-rock type | 5.94 | 2 |
| Topographic position: 1000 m | 4.69 | 2 |
| Topographic position: 1500 m | 3.71 | 1 |
| Topographic position: 2000 m | 3.54 | 1 |

100–500 m scales, also contributing. Annual mean temperature accounted for 8%. RFF was favored on more carbon-rich soils with greater depth to bedrock and available soil water on warm, shallow, southerly facing slopes at lower elevations (see Appendix S7 for more details).

## 3.2 | Potential of current forests to restore old growth, scattered old trees, and historical forests

Age classes of old trees show it is likely possible to restore old trees, old growth, and their contribution to resistance and resilience to fire over much of the montane by 2060 (Table 5; Figure 6). The 2020 area of moderate+ old-tree resilience in the ≥200 year age class is limited, only 14.9% of CSE area overall (Table 5), except from Bayfield to Pagosa Springs (Figure 6a). However, if trees in the ≥160 year age class in 2020 mostly survive, then by 2060 the area of ≥200 year forests could expand to as much as 38.7% of the analysis area overall (Table 5), with substantial increases in all but the westernmost area (compare 2020 Figure 6a to 2060 Figure 6b). For the ≥160-year class, gains from 2020 to 2060 are much more substantial, increasing overall from 38.7% of area in moderate+ resilience in 2020 to 80.7% in 2060 overall (Table 5), with gains across all areas (compare 2020 Figure 6b and 2060 Figure 6c), even the west. But, overall estimates include aspen stands that do not increase in resistance and resilience to fire as they age and that seldom reach the ≥200-year age class.

More relevant individual Local Types show that, from 2020 to 2060, moderate+ resilience in ≥200 year old stands would increase from 6% to 20% in Ponderosa Pine, 18% to 50% in dry mixed conifer, and 39% to 72% in moist mixed conifer (Table 5). Again, much greater increases would occur for the ≥160-year age class, where moderate+ resilience would increase from 20% to 61% in Ponderosa Pine, 50% to 89% in dry mixed conifer, and 72% to 96% in moist mixed conifer. I left out Aspen and Aspen with Softwood, as these are uncertain forest types, but likely more like moist mixed conifer (Baker, 2018b), which are not the focus. More details on density of trees in old age classes overall and by Local Type are in Appendix S8. Note there that a median ponderosa stand has no trees ≥160 years old in 2020, but could have ≥35 trees/ha ≥160 years old by 2060, indicating a major recovery of old trees.

Potential survivors of moderate- to high-severity fire, provided by pre-fire old trees at least every 100–250 m, are generally insufficient (0.0–1.59 trees/ha) in 2020, but could greatly increase by 2060. Survivors are more possible with large-tree density of 1.6–10.0 trees/ha and become more likely up to and beyond the 25 trees/ha in old-growth definitions (Figure 6). For the ≥200-year age class in 2020 overall, insufficiency is widespread in the southeast and west, but less so from Bayfield to Pagosa Springs (Figure 6a). For the ≥160-year age class, insufficiency is lower, since more area of moderate+ occurs, as from Mancos to Stoner and scattered north of Durango (Figure 6b). For the ≥120-year age class, areas from minimal to high density dominate and insufficiency is quite limited (Figure 6c). Most important, if extant trees mostly survive, insufficiency nearly disappears by 2060 as this age class reaches ≥160 years (Figure 6c).

Common stand exam data provide a large dataset for using tree diameters as a proxy for age (Figure 7; Table 6). At the 90th percentile, lower limits are moved in near the left edge of the thicker part of the point cloud (Figure 7), with trees left of vertical lines not included and trees to the right included. This graph and Table 6 both show that a 48.0 cm (18.9 inch) diameter limit would likely include 90% of trees ≥200 years old, part of the SJNF old-growth definition. Similarly, a 38.1 cm (15.0 inch) diameter limit would likely include 90% of trees ≥140 years old, trees that are remnants of the historical forest. Note also the 34.5 cm (13.6 inch) diameter limit for trees ≥120 years old, trees in 2020 that can produce trees ≥160 years old by 2060. To provide an alternative and more detail, these same data are shown for the 80th percentile and by Local Type (Table 6).

Remnant historical trees, that originated in or before ca 1880, when non-Indian settlement expanded, are still surprising abundant (Figure 8; Table 5). Overall, in 2020, ≥25 historical trees/ha may still exist across 55% of the montane, ≥50 historical trees/ha across 43%, and ≥100 historical trees/ha across 29% (Table 5). Large deficiencies in historical trees, relative to these densities, are in western and southeastern areas (Figure 8). Even in ponderosa pine forests, where large trees were most heavily logged, 30% have ≥25 historical trees/ha, and 13% have ≥50 historical trees/ha. In dry mixed conifer, fully 50% have ≥50 historical trees/ha and in moist mixed conifer an even higher 64% have ≥100 historical trees/ha (Table 5). This resource of

Case No. 1:23-cv-01501-RMR Document 25-7 filed 11/30/23 USDC Colorado pg 83 of 95






FIGURE 5 (a) Relatively frequent fire (all-severity fire rotations ≤30 years) versus longer-rotation fire in historical montane forests overlain by the contour for 5.5°C annual mean temperature between 1895 and 1904, which roughly corresponds with the upper limit of relatively frequent fire. (b) Old growth, relatively frequent fire, and longer-rotation fire in historical montane forests overlain by the contour for the approximate lower historical limit of dominant old growth with relatively frequent fire at 7.9°C annual mean temperature and the contour for 6.1°C annual mean temperature, below which old growth with relatively frequent fire dominated not old growth. These two contours delimit the temperature ranges of dominant historical old growth with relatively frequent fire [Colour figure can be viewed at wileyonlinelibrary.com]

TABLE 4 Variable importance for the 14 predictors, in the Random Forest model of relatively frequent fire (RFF), which together account for 98% of the model's ability to distinguish RFF from longer-rotation fire

| Predictor | Importance | Percentage |
|---|---|---|
| Soil organic carbon | 0.08 | 10 |
| Terrain ruggedness index | 0.08 | 9 |
| Elevation | 0.08 | 9 |
| Soil depth to bedrock | 0.07 | 8 |
| Soil available water storage | 0.07 | 8 |
| Annual mean temperature | 0.07 | 8 |
| Area solar April–October | 0.07 | 8 |
| Slope | 0.07 | 8 |
| Aspect | 0.06 | 7 |
| Topographic position: 100 m | 0.05 | 5 |
| Curvature | 0.05 | 5 |
| Topographic position: 500 m | 0.04 | 5 |
| Topographic wetness index | 0.04 | 5 |
| Topographic position: 1000 m | 0.03 | 3 |

historical trees, important in ecological restoration, is high generally, especially in mixed conifer.

More than half of old age classes in 2020 with moderate+ tree density (≥25 trees/ha), known from CSE data, is protected on the SJNF, but substantial area is unprotected (Table 7, Figure 9). Roughly 3/4 of protection is from designation as "Natural Landscapes with Limited Management," which includes many Roadless Areas. Other significant protection is in the Piedra Wilderness, Hidden Mesa RNA, Hermosa Creek Special Management Area, and the HDs Unique Landscape (Table 7). Since CSE data cover only 37,707 ha (14%) of the total 264,712 ha of protected areas, it is unknown how much in total is protected. However, protected areas have relatively abundant old trees; in the 37,707 ha of CSE area inside protected areas, 85% has the ≥120-year age class, 65% has ≥140 year, 47% has ≥160 year, and 21% has ≥200 year. Also, 51% of the ≥120-year age class and 67% of the ≥200-year age class inside CSE areas are also inside protected areas. Yet, protected areas cover only ~34% of the study area; thus, they play oversized roles, reflecting extensive logging of old trees outside. However, protection is concentrated in the central to eastern part of the study area; only part is protected in the Chimney Rock to Pagosa Springs area, and very little of the western third of the study area has protection for old age classes (Figure 9).

### 3.3 | Old-growth restoration constraints historically and under warming

Useful limits for focusing restoration historically, from the standpoint of OG abundance and viability with fire, would have been between the lower limit of OG up to where OG still dominated over NOG and RFF also occurred. However, OG in the historical montane was only about half maintained by RFF; about 52% of predicted OG had predicted fire rotations ≤30 years and 48% had rotations >30 years (Figure 5b). The part of predicted OG dominance with RFF, where OG also dominated over NOG, was below about the historical 6.1°C annual mean temperature contour and above the 7.9°C contour (Figure 5b), in the lower to middle montane.

However, these temperature constraints, which likely still constrain OG and RFF, are no longer in the same locations, due to warming in the study area since ca 1881 (Figure 10). Warming in the study area, from comparing ca 1881 and ca 1995 PRISM data, was not as high as expected from weather-station data (Lukas et al., 2014; Rangwala & Miller, 2010). Subtraction of 1895–1904 annual mean temperatures from ca 1995 (1981–2010) temperatures had a mean/median of only 0.34°C. Thus, addition of 1.25°C to estimate ca 2015 temperatures led to a mean/median of only 1.58–1.59°C of warming in 2015 relative to pre-industrial temperatures, less than the 2.00°C of warming from weather stations. Also, annual mean temperatures by the time the Paris goal of 1.5°C of global warming is reached would lead to mean/median of 2.1°C of warming in the study area, less than the 2.5°C expected from weather-station data.

Using the Random Forest predict-to-raster models for the area of OG dominance with RFF for ca 1995, 2015, and under the Paris Agreement goal of 1.5°C, the possibility remains for restoring old growth, but in different areas than historically (Figure 10). In ca 1995, with 0.34°C of warming in the study area, before rapid warming after ca 1995 (Lukas et al., 2014), the annual mean temperature constraints of 6.1–7.9°C for OG dominance over NOG left abundant area of potential OG with RFF (Figure 10a), only slightly reduced from the historical (Figure 5b). By ca 2015, however, the 7.9°C warm constraint for OG dominance moved substantially up in elevation and to the north, almost halving ca 1995 areas of potential OG dominance with RFF (compare Figure 10b with Figure 10a). Under the Paris Agreement goal of limiting global warming to 1.5°C, the area of potential OG dominance with RFF is predicted to further expand, but only slightly relative to 2015 (Figure 10b,c). No formal analysis of the Paris goal of limiting warming to 2.0°C was completed here, as further warming would clearly push the cold, upper limit of old-growth dominance beyond the current extent of the montane (Figure 10c).

There are significant constraints and opportunities for restoration of OG by 2060, assuming the goal of the Paris agreement is reached to limit warming to 1.5°C. These include (1) the location and extent of forest age classes with the highest potential for restoration (Figure 9); (2) whether they are or are not protected (Figure 9); (3) the location of physically suitable sites for OG and RFF (Figure 10c); and (4) the expected location of old-growth temperature constraints by ca 2060 when 1.5°C of warming may be reached (Figure 10c). Figure 9 has the full section-line analysis area, to show all potential protection, but calculations had to be done in the unaffected section-line study area (666,916 ha) in Figure 10. In this area, 320,700 ha (48%) would be above the 7.9°C lower limit for old-growth dominance and 346,216 ha (52%) would be below. Above, 53,508 ha (17%) of the 320,700 ha are predicted suitable for OG with RFF, and 72,903 ha (23%) suitable for OG with longer-rotation fire for a total

TABLE 5 Area and percentage of common stand exam stand-age analysis area in five classes of density of old trees, increasing in resistance and resilience, in 2020 and 2060

| | | Old age classes in 2020 and 2060 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2020 ≥120 years | | 2020 ≥140 years | | 2020 ≥160 years | | 2020 ≥200 years | |
| | | 2060 ≥160 years | | 2060 ≥180 years | | 2060 ≥200 years | | 2060 ≥240 years | |
| Resilience class[a] | Density (trees/ha) | ha | % | ha | % | ha | % | ha | % |
| Overall (*n* = 3072 stands, 78,105 ha; includes 1323 Aspen stands)[b] | | | | | | | | | |
| Insufficient | 0.00–1.59 | 5765 | 7.4 | 18,386 | 23.5 | 30,064 | 38.5 | 48,259 | 61.8 |
| Minimal | 1.60–24.99 | 9333 | 11.9 | 16,504 | 21.1 | 17,808 | 22.8 | 18,213 | 23.3 |
| Moderate+ | 25.00+ | 63,007 | 80.7 | 43,214 | 55.3 | 30,233 | 38.7 | 11,633 | 14.9 |
| High+ | 50.00+ | 54,849 | 70.2 | 33,645 | 43.1 | 19,783 | 25.3 | 5560 | 7.1 |
| Very high+ | 100.00+ | 43,192 | 55.3 | 22,461 | 28.8 | 10,518 | 13.5 | 1736 | 2.2 |
| Ponderosa pine (n = 917 stands, 29,726 ha) | | | | | | | | | |
| Insufficient | 0.00–1.59 | 3416 | 11.5 | 9738 | 32.8 | 14,551 | 49.0 | 21,012 | 70.7 |
| Minimal | 1.60–24.99 | 8092 | 27.2 | 11,202 | 37.7 | 9303 | 31.3 | 6815 | 22.9 |
| Moderate+ | 25.00+ | 18,218 | 61.3 | 8786 | 29.5 | 5871 | 19.7 | 1899 | 6.4 |
| High+ | 50.00+ | 11,977 | 40.3 | 3976 | 13.4 | 2285 | 7.7 | 576 | 1.9 |
| Very high+ | 100.00+ | 5891 | 19.8 | 1575 | 5.3 | 590 | 2.0 | 92 | 0.3 |
| Mixed conifer: warm dry (*n* = 474 stands, 10,977 ha) | | | | | | | | | |
| Insufficient | 0.00–1.59 | 571 | 5.2 | 1635 | 14.9 | 2254 | 20.5 | 4570 | 41.6 |
| Minimal | 1.60–24.99 | 597 | 5.4 | 2244 | 20.4 | 3216 | 29.3 | 4393 | 40.0 |
| Moderate+ | 25.00+ | 9810 | 89.4 | 7099 | 64.7 | 5507 | 50.2 | 2014 | 18.4 |
| High+ | 50.00+ | 8983 | 81.8 | 5479 | 49.9 | 3204 | 29.2 | 827 | 7.5 |
| Very high+ | 100.00+ | 6117 | 55.7 | 2597 | 23.7 | 1130 | 10.3 | 271 | 2.5 |
| Mixed conifer: cool, moist (*n* = 358 stands, 8349 ha)[b] | | | | | | | | | |
| Insufficient | 0.00–1.59 | 222 | 2.7 | 639 | 7.7 | 1466 | 17.6 | 2573 | 30.8 |
| Minimal | 1.60–24.99 | 92 | 1.1 | 476 | 5.7 | 907 | 10.9 | 2513 | 30.1 |
| Moderate+ | 25.00+ | 8035 | 96.2 | 7234 | 86.6 | 5976 | 71.6 | 3263 | 39.1 |
| High+ | 50.00+ | 7809 | 93.5 | 6513 | 78.0 | 4875 | 58.4 | 1908 | 22.9 |
| Very high+ | 100.00+ | 7119 | 85.3 | 5349 | 64.1 | 2950 | 35.3 | 586 | 7.0 |

[a]The first three resilience classes have areas and percentages that sum to the total area in the type, but the high+ and very high+ classes represent higher density subsets of moderate+ with the remainder of the area left in moderate, but not given in the table.

[b]Cool, moist mixed conifer and most aspen stands do not currently have much, if any, ponderosa pine, and until this species invades into these forests under the influence of warming temperatures, resilience to fire will certainly be incomplete. However, other species in cool, moist mixed-conifer forests (e.g., Douglas-fir, *Pseudotsuga menziesii*) do already have some fire resistance and resilience capabilities. Thus, here I included cool, moist mixed conifer, but omitted all the aspen stands, except in the Overall case, where all forest types, including aspen, were included to provide perspective.

of 126,411 ha (39%) suitable for OG. Of this 126,411 ha, 37,788 ha (30%) are protected. CSE data provide only partial information, as they cover only 46,281 ha (14%) of the 320,700 ha above the limit. However, 40,913 ha (88%) of the 46,281 ha with CSE data were in the ≥120-year age class with ≥25 trees/ha, thus considerable potential OG in this area. Also, 20% of the 46,281 ha was ponderosa pine and 11% dry mixed conifer, key forests that would not have to undergo a more difficult transition from moist mixed conifer. The percentage of dry forests is likely larger, since 42% of the area is Aspen with Softwoods, some of which is dry mixed conifer. Below the 7.9°C lower limit, 206,487 ha (60%) of 346,217 ha are predicted suitable for OG, ~23% is protected, and the area is 91% dry forests.

## 4 | DISCUSSION

The largest potential to achieve widespread restoration of old trees by 2060 is from retaining trees ≥120 years old in 2020, which has the potential to nearly fully restore the historical extent of old growth (Table 1) by 2060. No other age class has this potential, and this is likely primarily a natural age class. CSE data show that moderate+ density (≥25 trees/ha) in the ≥120-year age class occurs in 2020 in 61% of ponderosa pine, 89% of warm, dry mixed conifer, and 96% of cool, moist mixed conifer (Table 5). This age class is well distributed across the SJNF, except in the west and southeast (Figure 6c). Also, montane trees ≥120 years old, initiated before ca 1900, are

Case No. 1:23-cv-01501-RMR Document 25-7 filed 11/30/23 USDC Colorado pg 86 of 95






FIGURE 6 Tree density of age classes of trees in the 3072 stands with ages in the full montane section-line study area of the San Juan National Forest part of the study area: (a) the GE200 year age class in 2020, (b) the GE160 year age class in 2020 and corresponding GE200 year age class in 2060, and (c) the GE120 year age class in 2020 and corresponding GE160 year age class in 2060 [Colour figure can be viewed at wileyonlinelibrary.com]

Case No. 1:23-cv-01501-RMR Document 25-7 filed 11/30/23 USDC Colorado pg 87 of 95






FIGURE 7 Age versus diameter and 90% diameter-protection breakpoints for old trees in the full common stand exam dataset of 26,251 trees ≥12.7 cm dbh with ages in the study area. The large variability in age at any particular diameter makes it infeasible to protect every tree of a particular age. However, it is feasible to identify a breakpoint that protects most trees, and also to identify compromise breakpoints for use in some areas. To see a compromise 90% breakpoint for a particular age on the *Y*-axis (e.g., 120 years), follow the dashed line right to the solid vertical line of the same color. At the top of this line is the centimeter and inch breakpoint with 90% of the trees ≥120 years to the right of the vertical line and the unprotected 10% to the left of this vertical line. Breakpoints other than 90% could be chosen, but 90% moves the breakpoint onto the thicker edge of the distribution. The figure truncates the *X*-axis at 70 cm and *Y*-axis at 240 years to enable a closer view [Colour figure can be viewed at wileyonlinelibrary.com]

likely not primarily the result of intentional fire suppression, which was ineffective that early (Baker, 2009), or recovery after early logging, which was not extensive until after ca 1900 (Baker, 2018b). The ≥120-year age class most likely is primarily from natural regeneration after pre-1900 natural disturbances and other favorable natural conditions.

Most of the restoration value is in areas of the ≥120-year age class with moderate+ density (Figure 9), but areas with old trees of minimal to adequate density (1.60–24.99 trees/ha) also have a reasonable chance of providing post-fire resilience from survivors (Figure 6c). This density class is most important in ponderosa pine forests, where it covers 27% of forest area in 2020 (Table 5). Since that density is at most just adequate, if the goal is to enhance resilience, then it would make sense to protect all extant scattered old trees and increase them.

Also of restoration importance are trees ≥140 years old (Figure 8), which are historical trees, present at or before non-Indian settlement expanded after ca 1880 in the study area (Baker, 2020). Retaining historical trees is widely accepted in ecological restoration: “There is also agreement that, regardless of their size, old trees that were established before Euro-American settlement (‘presettlement’) in the late 1800s generally should be conserved” (Abella et al., 2006, p. 407). It is fortunate there are likely ≥25 historical trees/ha across 55% of the montane, ≥50 historical trees/ha across 43%, and even

Case No. 1:23-cv-01501-RMR Document 25-7 filed 11/30/23 USDC Colorado pg 88 of 95



TABLE 6 Minimum tree diameters (dbh) that likely will include 90% or 80% of trees of a particular age class of old trees, based on 6702 aged trees ≥120 years old at the time of each inventory, from 3776 stands in the initial San Juan National Forest common stand exam dataset across the study area

| Age class | Trees | 90th percentile | | 80th percentile | | Trees | 90th percentile | | 80th percentile | |
|---|---|---|---|---|---|---|---|---|---|---|
| Years[a] | *n* | cm | in | cm | in | *n* | cm | in | cm | in |
| | Overall: All trees | | | | | Ponderosa pine | | | | |
| ≥120 | 6702 | 34.5 | 13.6 | 40.1 | 15.8 | 1732 | 40.4 | 15.9 | 45.7 | 18.0 |
| ≥140 | 4592 | 38.1 | 15.0 | 44.5 | 17.5 | 1180 | 44.2 | 17.4 | 48.5 | 19.1 |
| ≥160 | 3119 | 41.4 | 16.3 | 47.8 | 18.8 | 840 | 45.0 | 17.7 | 50.0 | 19.7 |
| ≥180 | 2053 | 43.7 | 17.2 | 51.3 | 20.2 | 542 | 47.0 | 18.5 | 52.6 | 20.7 |
| ≥200 | 1337 | 48.0 | 18.9 | 53.8 | 21.2 | 343 | 51.0 | 20.1 | 55.4 | 21.8 |
| | Mixed conifer: Warm dry | | | | | Mixed conifer: Cool moist | | | | |
| ≥120 | 1176 | 36.3 | 14.3 | 42.4 | 16.7 | 1498 | 31.8 | 12.5 | 37.3 | 14.7 |
| ≥140 | 857 | 39.4 | 15.5 | 46.5 | 18.3 | 1097 | 35.3 | 13.9 | 40.6 | 16.0 |
| ≥160 | 608 | 43.4 | 17.1 | 49.5 | 19.5 | 750 | 37.8 | 14.9 | 44.5 | 17.5 |
| ≥180 | 410 | 46.7 | 18.4 | 52.6 | 20.7 | 509 | 39.6 | 15.6 | 48.3 | 19.0 |
| ≥200 | 256 | 49.3 | 19.4 | 53.8 | 21.2 | 348 | 43.4 | 17.1 | 51.3 | 20.2 |
| | Aspen | | | | | Aspen with softwoods | | | | |
| ≥120 | 117 | 29.0 | 11.4 | 32.8 | 12.9 | 2179 | 33.0 | 13.0 | 38.1 | 15.0 |
| ≥140 | 36 | 30.2 | 11.9 | 36.6 | 14.4 | 1422 | 36.8 | 14.5 | 42.9 | 16.9 |
| ≥160 | – | – | – | – | – | 911 | 40.1 | 15.8 | 46.7 | 18.4 |
| ≥180 | – | – | – | – | – | 587 | 42.4 | 16.7 | 49.5 | 19.5 |
| ≥200 | – | – | – | – | – | 386 | 47.5 | 18.7 | 54.6 | 21.5 |

[a]Ages include the addition of 15 years for the period to reach coring height (dbh).




FIGURE 8 Tree density of historical trees (GE140 years old) in 2020 in the 3072 stands with ages in the full montane section-line study area of the San Juan National Forest [Colour figure can be viewed at wileyonlinelibrary.com]

**TABLE 7** Area of old age classes in 2020 with moderate+ tree density (≥25 trees/ha) in protected areas on the San Juan National Forest. These are only areas with common stand exam (CSE) data in the 3072 stands with tree ages inside the full montane section-line study area

| | | | | | Area of old age classes (≥25 trees/ha) | | | |
|---|---|---|---|---|---|---|---|---|
| Management focus | Name | Type | Montane area (ha) | CSE area (ha) | ≥120 year (ha) | ≥140 year (ha) | ≥160 year (ha) | ≥200 year (ha) |
| 1. Natural processes | None | None | 1143 | 133 | 133 | 133 | 125 | 122 |
| 1. Natural processes | Hermosa | None | 1793 | 261 | 244 | 241 | 187 | 106 |
| 1. Natural processes | S. San Juan Adjacent | Roadless area | 2965 | 287 | 245 | 99 | 93 | 62 |
| 1. Natural processes | Weminuche Adjacent | Proposed wilderness | 195 | 27 | 15 | 15 | 15 | 15 |
| 1. Natural processes | Dolores River | Unique landscape | 230 | 55 | 47 | 14 | 4 | 0 |
| 1. Natural processes | Hermosa Creek | Wilderness | 3869 | 69 | 69 | 69 | 69 | 69 |
| 1. Natural processes | Piedra | Wilderness | 19,332 | 1357 | 1344 | 1243 | 1099 | 641 |
| 1. Natural processes | South San Juan | Wilderness | 4482 | 219 | 219 | 137 | 123 | 1 |
| 1. Natural processes | Weminuche | Wilderness | 12,565 | 45 | 44 | 44 | 35 | 35 |
| 1. Natural processes | Hermosa Creek | Wilderness, RNA | 3575 | 3 | 3 | 3 | 3 | 3 |
| 1. Natural processes | Piedra | Wilderness, RNA | 1884 | 116 | 116 | 116 | 116 | 116 |
| 2. Special areas | Chimney Rock | National monument | 1912 | 61 | 61 | 24 | 16 | 0 |
| 2. Special areas | Boggy | Old growth area | 1026 | 846 | 23 | 23 | 14 | 0 |
| 2. Special areas | Smoothing Iron | Old growth area | 1070 | 600 | 519 | 288 | 215 | 199 |
| 2. Special areas | Electra | RNA | 994 | 98 | 98 | 98 | 98 | 29 |
| 2. Special areas | Hidden Mesas | RNA | 1263 | 703 | 635 | 495 | 405 | 170 |
| 2. Special areas | Martinez Creek | RNA | 113 | 84 | 84 | 76 | 16 | 13 |
| 2. Special areas | Narraguinnep | RNA | 668 | 120 | 1 | 0 | 0 | 0 |
| 2. Special areas | Williams | RNA | 196 | 1 | 1 | 1 | 1 | 1 |
| 2. Special areas | Hermosa Creek | Special mgmt. area | 19,359 | 1928 | 1806 | 1352 | 988 | 114 |
| 2. Special areas | HDs | Unique landscape | 18,873 | 2358 | 1998 | 1194 | 850 | 417 |
| 2. Special areas | McPhee | Unique landscape | 2930 | 22 | 13 | 13 | 13 | 13 |
| 3. Natural landscapes with limited mgmt. | None | Includes Colorado roadless areas | 164,275 | 28,314 | 24,228 | 18,791 | 13,269 | 5662 |
| Total protected area, CSE area, and protected age-class area | | | 264,712 | 37,707 | 31,944 | 24,441 | 17,754 | 7786 |
| Total unprotected area, CSE area, and unprotected age-class area | | | 217,996 | 40,398 | 31,062 | 18,773 | 12,479 | 3847 |

Abbreviations: CSE, common stand exam area, RNA, research natural area.




FIGURE 9 Protected and not protected ≥120-year age class with moderate+ density (≥25 trees/ha) on the San Juan National Forest within the full montane section-line study area. Shown is the 7.9°C annual mean temperature contour line expected to mark the lower limit for the area of old-growth dominance in the montane under the Paris Agreement's goal of limiting warming to 1.5°C over pre-industrial levels [Colour figure can be viewed at wileyonlinelibrary.com]

≥100 historical trees/ha across 29%. This large historical resource anchors restoration by providing baseline structure that can be complemented with younger trees, like the ≥120-year age class. A substantial part of restoration of median historical montane tree density of 150 trees/ha (Baker, 2020) can be from retaining all historical trees.

Diameter caps are a common means to ensure protection of most old trees during restoration in dry forests (e.g., Abella et al., 2006; Allen et al., 2002; Sánchez Meador et al., 2015). Here I use CSE data for 6702 aged trees in the study area (Table 6) to provide a more substantive basis than usually available for identifying limits. A 40.6 cm (16″) diameter cap is used to ensure protection of all historical trees in ponderosa pine in this region (Allen et al., 2002). This regional 40.6 cm diameter cap in ponderosa is also needed here over most of the restoration area to protect a large proportion of historical trees now ≥140 years old. And, 40.6 cm would also meet a 90% criterion for retaining the key ≥120-year age class of ponderosa pine, although a 36 cm (14″) cap is needed to accomplish this in dry mixed conifer (Table 6). However, compromises could be used to achieve restoration in certain areas, such as designated commercial timber areas, as long as most historical structure is still protected. It is possible to achieve substantial protection using a 90% criterion while leaving more flexibility with smaller trees (Figure 7). Using a 90% criterion for retention of historical trees ≥140 years old would also achieve the 80% criterion for trees ≥120 years old with a 43 cm (17″) limit in ponderosa pine and a 39 cm (15.5″) limit in dry mixed conifer (Table 6). Morphological distinctions, such as thick bark, flattened crowns, large lateral branches, and high crown base height could identify some old trees, but may not develop fully until trees are ≥150 years old (Brown et al., 2019; Huckaby et al., 2003). These criteria can be added to identify and protect small, but old trees that would be missed by diameter criteria.

Where are the best locations for restoring old trees, given rising temperatures? There is likely a higher probability of old trees surviving warming in the cooler part of the present montane. Annual mean temperature is the second most important predictor of historical OG (Table 3) and sixth most important predictor of historical RFF (Table 4). It also remains uncertain how closely forests will track rising temperatures, since other aspects of climate also are changing. The expected Paris +1.5°C location of the 7.9°C contour (Figure 10c), which was correlated with the historical lower limit of OG dominance with RFF, is thus only an approximation. From a bet-hedging standpoint, it makes sense to prioritize restoration above this line, which is 48% of the current montane while also maintaining extant old trees below this line. There are uncertainties above the line. Only 39% is predicted physically suitable for OG, and only 14% has CSE data, although 88% of the CSE area has the ≥120-year age class.

Case No. 1:23-cv-01501-RMR Document 25-7 filed 11/30/23 USDC Colorado pg 91 of 95






FIGURE 10 The relationship of predicted old growth and relatively frequent fire with historical warmer and cooler annual mean temperature limits where old growth with relatively frequent fire dominated not old growth in: (a) ca 1995, (b) ca 2015, the year of the Paris Agreement, and (c) the expected mid-century year when the Paris Agreement's <1.5°C goal is reached. Shown are corresponding historical warmer (7.9°C) and cooler (6.1°C) annual mean temperature constraints where predicted potential old growth, dominant over not old growth, is expected to occur with relatively frequent fire [Colour figure can be viewed at wileyonlinelibrary.com]

Case No. 1:23-cv-01501-RMR Document 25-7 filed 11/30/23 USDC Colorado pg 92 of 95



How much more is there? And, how much forest is in restorable ponderosa or dry mixed conifer, versus moist mixed conifer, which cannot be transitioned to ponderosa or dry mixed conifer without ponderosa establishment?

Below the line effectively is a future "trailing-edge" forest (Parks et al., 2019), since its historical climate may be gone by ca 2060. Below the line has more area of physically suitable old growth and more restorable dry forest is also available, but is it sensible to expend resources to restore these forests in this setting? Parks et al. think so, but based this on risk of loss to high-severity fire. However, more likely mortality agents in trailing-edge forests are drought and beetles, which can spread mortality across large landscapes quickly (Baker, 2018a). Continued protection of extant old trees and old-growth stands is sensible below the line, as some or many of these could persist and provide ecosystem services for decades. More intentional restoration below the line is sensible where potential for persistence is higher and opportunity cost is lower, since some of these areas may tend to transition to piñon-juniper woodlands or sagebrush. It is sensible to identify and protect climate refugia below and especially near the line, where forests might better persist (e.g., Haight & Hammill, 2020), particularly where old age classes are known, protection is in place or achievable, and little must be done. Possibilities need further research.

Existing and potential future protection is important to consider, since forests now ≥120 years old would need to be protected until ca 2060 and later, if old-tree restoration is to be achieved. About half the area of the key ≥120-year age class with moderate+ density is already inside protected areas (Figure 9), particularly in central and eastern areas (Figure 9), and this age class is found over 85% of protected areas. The half of this age class outside protected areas is where increased protection attention would be needed, if the goal is to restore landscape-scale resistance and resilience by 2060. It could be that some of the protected area, that lacks CSE data, contains this key age class, suggesting some field inventory would be worthwhile. However, little protection of this age class exists in the western third of the study area (Figure 9); if restoration is to be ensured, protection is needed north of Mancos, northwest of Stoner, and east of Dove Creek (Figure 9). Also warranting protection are large areas of this age class north and east of Chimney Rock and north of Pagosa Springs (Figure 9). Other protection mechanisms, such as a forest-wide age-class screen that simply protects this age class in general, could achieve this.

Formal designation of old growth using current criteria is important, but additive rather than essential. On the SJNF, for example, stand age for old growth must reach 200 years, and usually be verified by dating upper canopy trees in the field. Only ~1/4 of the forest is surveyed, a significant, but incomplete dataset. The SJNF 200-year criterion for ponderosa pine is also more stringent than the best available published criteria for Southwest Colorado, which uses 160 years (Mehl, 1992), and regional science that considers old trees to be ≥150 years (Brown et al., 2019). This program is also not focused on resilience from old trees, thus with its current criteria is mainly additive to the focus here. However, it would be sensible to adopt a 160-year criterion.

Moreover, functional values of large trees for resistance and resilience to fire (e.g., bark thickness) typically increase continuously with tree size, and are not achieved at a particular age, although it makes sense to have age-related goals congruent with the historical fire regime. A historical mixed-to-high severity fire rotation of 135 years across ponderosa pine zones in the study area (Baker, 2020) suggests it is more feasible to restore and maintain widespread 160-year-old than 200-year-old forests. Mehl (1992) defines old-growth ponderosa in Southwestern Colorado as ≥25 trees/ha ≥160 years old and ≥46 cm dbh, with some ancillary criteria. This also provides a sensible functional age goal for mixed conifer, which had an even shorter historical mixed-to-high severity fire rotation of 94–130 years (Baker, 2020). For forest resistance and resilience, widespread restoration of ≥160-year-old ponderosa pines and mixed conifers is very important, congruent with historical fire, and complementary to current 200-year old growth.

To provide evidence relevant to other management issues, if the goal is to help restore old trees, more research is needed about the current structure of stands with extant old trees and the status of fire. However, from this study, we do know that mean tree density of the current ≥120-year age class could average up to as much as ~40% of mean historical overall tree density in ponderosa pine, ~66% in dry mixed conifer, and ~73% in moist mixed conifer (see Appendix S8 for current density and Baker, 2020; Table 6 for historical density). This suggests that, from a restoration perspective, there could be sufficient old trees ca 2060 in many stands, if they mostly survive, and possibly more small trees than historically. However, field research is also needed to confirm the extent of survival of old trees recorded in earlier CSE inventories, and estimate future survival. Both wildfires and prescribed fires have occurred since some CSE inventories, and more are planned that could reduce tree density further and change other aspects of forest structure, which also need specific research. Analysis of rates of modern fires is also needed to inform fire-restoration prescriptions.

This analysis has other limitations. The model of relatively frequent fire is based on a small dataset for a Random Forest model. The CSE dataset is large in terms of trees sampled, but only covers ~15% of the study area, leaving substantial uncertainty about modern forests, a not uncommon reality. The assumption, that CSE trees inventoried from 1971 to 2020 are present in 2020 and will be in 2060, explained as an upper-limit analysis, leaves a central part of the analysis more uncertain than is desirable. Analysis of the future location of annual mean temperature constraints is likely a reasonable first approximation, but warrants further refinement. I hope that some of these limitations can be overcome in the future. This research finds hope for old trees, but is insufficient to rule out a possibility of ecosystem collapse.

The region of the study area is facing higher rates of warming than the global average, with perhaps ≥2.1°C of warming by 2060 under the 1.5°C Paris Agreement goal, and these forests

thus remain vulnerable. However, this study shows that an age class of moderately old trees (≥120 years old) is likely sufficiently widespread, to make it feasible to nearly fully restore historical resistance and resilience to fire from old trees by 2060. Existing CSE data also suggest about half this age class could be already protected. This research also shows that the climate-envelope projection, that montane forests may be lost or threatened in the study area by 2060, if emissions continue (Worrall et al., 2016), may not occur if the Paris Agreement 1.5°C goal is reached. However, the upper limit of the area where old-growth dominance is likely possible, and restoration of resistance and resilience to fire from old trees is feasible, is pushed to near the upper limit of the current montane under this Paris goal (Figure 10c). Above this upper limit are subalpine forests, where fire-resistant trees are absent, and restoration is precluded. This montane forest's fate for 40 years thus hinges on whether the world can reach the strictest Paris goal.

## ACKNOWLEDGEMENTS

This research could not have been completed without the assistance of the San Juan National Forest, particularly Mark Roper, who provided essential datasets and answered numerous questions about them, with additional help from Laurie Swisher and Gretchen Fitzgerald. The manuscript was substantially improved by the comments of peer reviewers and editors. There were no sources of financial support and there are no conflicts of interest.

## DATA AVAILABILITY STATEMENT

The data that support the findings of this study are available from the Dryad depository at: https://doi.org/10.5061/dryad.2z34tmppmj

## ORCID

*William L. Baker* https://orcid.org/0000-0002-4316-2646

## REFERENCES

Abella, S. R., Fulé, P. Z., & Covington, W. W. (2006). Diameter caps for thinning southwestern ponderosa pine forests: Viewpoints, effects, and tradeoffs. *Journal of Forestry*, *104*, 407–414. https://doi.org/10.1093/jof/104.8.407

Agee, J. K. (1993). *Fire ecology of Pacific Northwest forests*. Island Press.

Albrich, K., Rammer, W., & Seidl, R. (2020). Climate change causes critical transitions and irreversible alterations of mountain forests. *Global Change Biology*, *26*, 4013–4027. https://doi.org/10.1111/gcb.15118

Allen, C. D., Savage, M., Falk, D. A., Suckling, K. F., Swetnam, T. W., Schulke, T., Stacey, P. B., Morgan, P., Hoffman, M., & Klingel, J. T. (2002). Ecological restoration of southwestern ponderosa pine ecosystems: A broad perspective. *Ecological Applications*, *12*, 1418–1433. https://doi.org/10.1890/1051-0761(2002)012[1418:EROSPP]2.0.CO;2

Baker, W. L. (2009). *Fire ecology in Rocky Mountain landscapes*. Island Press.

Baker, W. L. (2015). Historical Northern spotted owl habitat and old-growth dry forests maintained by mixed-severity wildfires. *Landscape Ecology*, *30*, 655–666. https://doi.org/10.1007/s10980-014-0144-6

Baker, W. L. (2017). Restoring and managing low-severity fire in dry-forest landscapes of the western USA. *PLoS One*, *12*, e0172288. https://doi.org/10.1371/journal.pone.0172288

Baker, W. L. (2018). Historical fire regimes in ponderosa pine and mixed-conifer landscapes of the San Juan Mountains, Colorado, USA, from multiple sources. *Fire*, *1*(2), 23. https://doi.org/10.3390/fire1020023

Baker, W. L. (2018a). Transitioning western U.S. dry forests to limited committed warming with bet-hedging and natural disturbances. *Ecosphere*, *9*, article e02288. https://doi.org/10.1002/ecs2.2288

Baker, W. L. (2020). Variable forest structure and fire reconstructed across historical ponderosa pine and mixed conifer landscapes of the San Juan Mountains, Colorado. *Land*, *9*(1), article 3. https://doi.org/10.3390/land9010003

Bradshaw, C. J. A., Ehrlich, P. R., Beattie, A., Ceballos, G., Crist, E., Diamond, J., Dirzo, R., Ehrlich, A. H., Harte, J., Harte, M. E., Pyke, G., Raven, P. H., Ripple, W. J., Saltré, F., Turnbull, C., Wackernagel, M., & Blumstein, D. T. (2021). Underestimating the challenges of avoiding a ghastly future. *Frontiers in Conservation Science*, *1*, article 615419. https://doi.org/10.3389/fcosc.2020.615419

Breiman, L. (2001). Random forests. *Machine Learning*, *45*, 5–32. https://doi.org/10.1023/A:1010933404324

Brown, P. M., Gannon, B., Battaglia, M. A., Fornwalt, P. J., Huckaby, L. S., Cheng, A. S., & Baggett, L. S. (2019). Identifying old trees to inform ecological restoration in montane forests of the central Rocky Mountains, USA. *Tree-Ring Research*, *75*, 34–48. https://doi.org/10.3959/1536-1098-75.1.34

Buotte, P. C., Levis, S., Law, B. E., Hudiburg, T. W., Rupp, D. E., & Kent, J. J. (2018). Near-future forest vulnerability to drought and fire varies across the western United States. *Global Change Biology*, *25*, 290–303. https://doi.org/10.1111/gcb.14490

Carey, A. B. (1989). Wildlife associated with old-growth forests in the Pacific Northwest. *Natural Areas Journal*, *9*, 151–162.

Chambers, M. E., Fornwalt, P. J., Malone, S. L., & Battaglia, M. A. (2016). Patterns of conifer regeneration following high severity wildfire in ponderosa pine – Dominated forests of the Colorado Front Range. *Forest Ecology and Management*, *378*, 57–67. https://doi.org/10.1016/j.foreco.2016.07.001

Cho, H. (2000). *Hydrological modeling system by using programming interface of GRASS*. Master's thesis, Department of Civil Engineering, Kyungpook University, South Korea.

Cowlin, R. W., Briegleb, P. A., & Moravets, F. L. (1942). *Forest resources of the ponderosa pine region of Washington and Oregon*. USDA miscellaneous publication no. 490. U.S. Government Printing Office.

Davis, R. J., Ohmann, J. L., Kennedy, R. E., Cohen, W. B., Gregory, M. J., Yang, Z., Roberts, H. M., Gray, A. N., & Spies, T. A. (2015). *Northwest Forest Plan–the first 20 years (1994–2013): Status and trends of late-successional and old-growth forests*. USDA Forest Service general technical report PNW-GTR-911. Pacific Northwest Research Station.

Everett, R., Hessburg, P., Lehmkuhl, J., Jensen, M., & Bourgeron, P. (1994). Old forests in dynamic landscapes: Dry-site forests of eastern Oregon and Washington. *Journal of Forestry*, *92*(1), 22–25. https://doi.org/10.1093/jof/92.1.22

Fernandes, P. M., Vega, J. A., Jiménez, E., & Rigolot, E. (2008). Fire resistance of European pines. *Forest Ecology and Management*, *256*, 246–255. https://doi.org/10.1016/j.foreco.2008.04.032

Frey, S. J. K., Hadley, A. S., Johnson, S. L., Schulze, M., Jones, J. A., & Betts, M. G. (2016). Spatial models reveal the microclimatic buffering capacity of old-growth forests. *Science Advances*, *2*, e1501392. https://doi.org/10.1126/sciadv.1501392

Haight, J., & Hammill, E. (2020). Protected areas as potential refugia for biodiversity under climatic change. *Biological Conservation*, *241*, 108258. https://doi.org/10.1016/j.biocon.2019.108258

Hanson, C. T., & North, M. P. (2009). Post-fire survival and flushing in three Sierra Nevada conifers with high initial crown scorch. *International Journal of Wildland Fire*, *18*, 857–864. https://doi.org/10.1071/WF08129

Harmon, M. E., Ferrell, W. K., & Franklin, J. F. (1990). Effects on carbon storage of conversion of old-growth forests to young forests. *Science*, *247*, 699–702. https://doi.org/10.1126/science.247.4943.699

Harrington, M. G. (1993). Predicting *Pinus ponderosa* mortality from dormant season and growing-season fire injury. *International Journal of Wildland Fire*, *3*, 65–72. https://doi.org/10.1071/WF9930065

Huckaby, L. S., Kaufmann, M. R., Fornwalt, P. J., Stoker, J. M., & Dennis, C. (2003). *Identification and ecology of old ponderosa pine trees in the Colorado Front Range*. USDA Forest Service general technical report RMRS-GTR-110. Rocky Mountain Research Station, USDA Forest Service.

Krannitz, P. G., & Duralia, T. E. (2004). Cone and seed production in *Pinus ponderosa*: A review. *Western North American Naturalist*, *64*, 208–218.

Lesica, P. (1996). Using fire history model to estimate proportions of old growth forest in northwest Montana, USA. *Biological Conservation*, *77*, 33–39. https://doi.org/10.1016/0006-3207(95)00130-1

Lindenmayer, D. B., Laurance, W. F., Franklin, J. F., Likens, G. E., Banks, S. C., Blanchard, W., Gibbons, P., Ikin, K., Blair, D., McBurney, L., Manning, A. D., & Stein, J. A. R. (2014). New policies for old trees: Averting a global crisis in a keystone ecological structure. *Conservation Letters*, *7*, 61–69. https://doi.org/10.1111/conl.12013

Lukas, J., Barsugli, J., Doesken, N., Rangwala, I., & Wolter, K. (2014). *Climate change in Colorado: A synthesis to support water resources management and adaptation* (2nd ed.). A report for the Colorado Water Conservation Board by Western Water Assessment, Cooperative Institute for Research in Environmental Sciences (CIRES). University of Colorado.

Luyssaert, S., Schulze, E.-D., Börner, A., Knohl, A., Hessenmöller, D., Law, B. E., Ciais, P., & Grace, J. (2008). Old-growth forests as global carbon sinks. *Nature*, *455*, 213–215. https://doi.org/10.1038/nature07276

McDowell, N. G., Allen, C. D., Anderson-Texeira, K., Aukema, B. H., Bond-Lamberty, B., Chini, L., Clark, J. S., Dietze, M., Grossiord, C., Hanbury-Brown, A., Hurtt, G. C., Jackson, R. B., Johnson, D. J., Kueppers, L., Lichstein, J. W., Ogle, K., Poulter, B., Pugh, T. A. M., Seidl, R., … Xu, C. (2020). Pervasive shifts in forest dynamics in a changing world. *Science*, *368*, eaaz9463. https://doi.org/10.1126/science.aaz9463

Mehl, M. S. (1992). Old-growth descriptions for the major forest cover types in the Rocky Mountain region. In M. R. Kaufmann, W. H. Moir, & R. L. Bassett (Eds.), *Old growth forests in the Southwest and Rocky Mountain regions, Proceedings of a workshop* (pp. 106–120). USDA Forest Service general technical report RM-213. Rocky Mountain Forest and Range Experiment Station.

Merschel, A. G., Spies, T. A., & Heyerdahl, E. K. (2014). Mixed-conifer forests of central Oregon: Effects of logging and fire exclusion vary with environment. *Ecological Applications*, *24*, 1670–1688. https://doi.org/10.1890/13-1585.1

Parks, S. A., Dobrowski, S. Z., Shaw, J. D., & Miller, C. (2019). Living on the edge: Trailing edge forests at risk of fire-facilitated conversion to non-forest. *Ecosphere*, *10*, e02651. https://doi.org/10.1002/ecs2.2651

Popp, J. B., Jackson, P. D., & Bassett, R. L. (1992). Old-growth concepts for habitat type data in the Southwest. In M. R. Kaufmann, W. H. Moir, & R. L. Bassett (Eds.). *Old growth forests in the Southwest and Rocky Mountain regions, proceedings of a workshop* (pp. 100–105). USDA Forest Service general technical report RM-213. Rocky Mountain Forest and Range Experiment Station.

Rangwala, I., Barsugli, J., Cozzetto, K., Neff, J., & Prairie, J. (2012). Mid-21st century projections in temperature extremes in the southern Rocky Mountains from regional climate models. *Climate Dynamics*, *39*, 1823–1840. https://doi.org/10.1007/s00382-011-1282-z

Rangwala, I., & Miller, J. R. (2010). Twentieth century temperature trends in Colorado's San Juan Mountains. *Arctic, Antarctic, and Alpine Research*, *42*, 89–97. https://doi.org/10.1657/1938-4246-42.1.89

Riley, S. J., DeGloria, S. D., & Elliot, R. (1999). A terrain ruggedness index that quanifies topographic heterogeneity. *Intermountain Journal of Sciences*, *5*, 23–27.

Rodman, K. C., Veblen, T. T., Andrus, R. A., Enright, N. J., Fontaine, J. B., Gonzalez, A. D., Redmond, M. D., & Wion, A. P. (2020). A trait-based approach to assessing resistance and resilience to wildfire in two iconic North American conifers. *Journal of Ecology*, *109*, 313–326. https://doi.org/10.1111/1365-2745.13480

Rodman, K. C., Veblen, T. T., Chapman, T. B., Rother, M. T., Wion, A. P., & Redmond, M. D. (2019). Limitations to recovery following wildfire in dry forests of southern Colorado and northern New Mexico, USA. *Ecological Applications*, *30*, e02001.

Romme, W. H., Floyd, M. L., & Hanna, D. (2009). *Historical range of variability and current landscape condition analysis: South-Central Highlands Section, Southwestern Colorado and Northwestern New Mexico*. Colorado Forest Restoration Institute, Colorado State University.

Romme, W. H., Jamieson, D. W., Redders, J. S., Bigsby, G., Lindsey, J. P., Kendall, D., Cowen, R., Kreykes, T., Spencer, A. W., & Ortega, J. C. (1992). Old-growth forests of the San Juan National Forest in southwestern Colorado. In M. R. Kaufmann, W. H. Moir, & R. L. Bassett (Eds.), *Old-growth forests in the Southwest and Rocky Mountain regions: Proceedings of a workshop* (pp. 154–165). USDA Forest Service general technical report RM-213. Rocky Mountain Research Station.

San Juan National Forest. (2007). *Draft land management plan and draft environmental impact statement. Appendix R – San Juan National Forest old-growth definitions*. San Juan National Forest.

San Juan National Forest. (2021). *March 2021 update: Volume II: Final San Juan National Forest land and resource management plan*. USDA Forest Service, Region 2, San Juan National Forest.

Sánchez Meador, A. J., Waring, K. M., & Kalies, E. L. (2015). Implications of diameter caps on multiple forest resource responses in the context of the Four Forests Restoration Initiative: Results from the Forest Vegetation Simulator. *Journal of Forestry*, *113*, 219–230. https://doi.org/10.5849/jof.14-021

Sanderson, B. M., O'Neill, B. C., & Tebaldi, C. (2016). What would it take to achieve the Paris temperature targets? *Geophysical Research Letters*, *43*, 7133–7142. https://doi.org/10.1002/2016GL069563

Schoennagel, T., Balch, J. K., Brenkert-Smith, H., Dennison, P. E., Harvey, B. J., Krawchuk, M. A., Mietkiewicz, N., Morgan, P., Moritz, M. A., Rasker, R., Turner, M. G., & Whitlock, C. (2017). Adapt to more wildfire in western North American forests as climate changes. *Proceedings of the National Academy of Sciences of the United States of America*, *114*, 4582–4590. https://doi.org/10.1073/pnas.1617464114

Schubert, A. T., Nano, C. E. M., Clarke, M. P. J., & Lawes, M. J. (2016). Evidence for bark-thickness as a fire-resistance trait from desert to savanna in fire-prone inland Australia. *Plant Ecology*, *217*, 683–696. https://doi.org/10.1007/s11258-016-0611-z

Seddon, N., Smith, A., Smith, P., Key, I., Chausson, A., Girardin, C., House, J., Srivastava, S., & Turner, B. (2021). Getting the message right on nature-based solutions to climate change. *Global*

*Change Biology*, *27*, 1518–1546. https://doi.org/10.1111/gcb.15513

Seidl, R., Albrich, K., Thom, D., & Rammer, W. (2018). Harnessing landscape heterogeneity for managing future disturbance risks in forest ecosystems. *Journal of Environmental Management*, *209*, 46–56. https://doi.org/10.1016/j.jenvman.2017.12.014

Sherriff, R. L., Platt, R. V., Veblen, T. T., Schoennagel, T. L., & Gartner, M. H. (2014). Historical, observed, and modeled wildfire severity in montane forests of the Colorado Front Range. *PLoS One*, *9*, e106971. https://doi.org/10.1371/journal.pone.0106971

Spies, T. A., & Duncan, S. L. (2009). *Old growth in a new world, a Pacific Northwest icon reexamined*. Island Press.

Stevens, J. T., Kling, M. M., Schwilk, D. W., Varner, J. M., & Kane, J. M. (2020). Biogeography of fire regimes in western U.S. conifer forests: A trait-based approach. *Global Ecology and Biogeography*, *29*, 944–955. https://doi.org/10.1111/geb.13079

Williams, M. A., & Baker, W. L. (2011). Testing the accuracy of new methods for reconstructing historical structure of forest landscapes using GLO survey data. *Ecological Monographs*, *81*, 63–88. https://doi.org/10.1890/10-0256.1

Worrall, J. J., Marchetti, S. B., & Rehfeldt, G. E. (2016). *Bioclimate models and change projections to inform forest adaptation in Southwest Colorado: Interim report*. Technical report R2–68. Forest Health Protection, State and Private Forestry and Tribal Relations, Rocky Mountain Region, U.S. Forest Service.

## SUPPORTING INFORMATION

Additional supporting information may be found online in the Supporting Information section.

**How to cite this article:** Baker, W. L. (2021). Restoration of forest resilience to fire from old trees is possible across a large Colorado dry-forest landscape by 2060, but only under the Paris 1.5°C goal. *Global Change Biology*, 27, 4074–4095. https://doi.org/10.1111/gcb.15714