**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-1501-REB

SAN JUAN CITIZENS ALLIANCE;
CENTER FOR BIOLOGICAL DIVERSITY;

Petitioners,

v.

DEREK PADILLA, in his official capacity as District Ranger, Mancos-Dolores Ranger District, San Juan National Forest;
DAVID NEELY, in his official capacity as San Juan National Forest Supervisor;
UNITED STATES FOREST SERVICE;
UNITED STATES DEPARTMENT OF AGRICULTURE;

Respondents.

---

**DECLARATION OF EMMA L. HAMILTON**

---

I, Emma L. Hamilton, counsel for Respondents Derek Padilla, in his official capacity as District Ranger, Mancos-Dolores Ranger District, San Juan National Forest, David Neely, in his official capacity as San Juan National Forest Supervisor, U.S. Forest Service, and U.S. Department of Agriculture ("Respondents"), hereby declare as follows:

1. On November 27, 2023, counsel for Petitioners inquired via email why several post-decisional documents were contained in the Administrative Record for the Salter Vegetation Management Project.

2. I exchanged several emails with Petitioners' counsel on this topic between

November 27 and November 29, 2023, and on December 21, 2023.

3. A true and correct copy of this email chain is filed herewith as Exhibit A.

DATED this 21st day of September, 2023.

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Emma L. Hamilton*
***Emma L. Hamilton*** (CA Bar No. 325360)
Trial Attorney
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1361
emma.hamilton@usdoj.gov

*Attorneys for Respondents*