# Exhibit A

**From:** Hamilton, Emma (ENRD)
**To:** Alli Henderson
**Cc:** Travis Stills; John Rader
**Subject:** RE: [EXTERNAL] Salter Litigation - AR Conferral Letter
**Date:** Thursday, December 21, 2023 12:59:00 PM

---

Hi Alli,

The Forest Service reviewed each of the materials listed in Exhibit 3 to your AR motion and has finalized a table with more details regarding each entry in Exhibit 3, which we will be attaching to our AR motion response brief.

In sum, the Forest Service will remove the collaborative folder screenshots and all DWRF meeting notes that post-date the decision. The agency has worked to track down pre-decision versions of the cited websites and will replace post-decision versions in the AR where possible. Once you've had a chance to review the agency's detailed responses along with our filing please let me know if you have any remaining questions that it would be helpful to discuss.

Thanks,
Emma

---

**From:** Alli Henderson <AHenderson@biologicaldiversity.org>
**Sent:** Wednesday, November 29, 2023 10:46 AM
**To:** Hamilton, Emma (ENRD) <Emma.Hamilton@usdoj.gov>
**Cc:** Travis Stills <stills@eclawoffice.org>; John Rader <john@sanjuancitizens.org>
**Subject:** RE: [EXTERNAL] Salter Litigation - AR Conferral Letter

Hi Emma,

Thank you for looking into this and providing the information below. We'll be addressing these issues with our motion tomorrow and would propose the potential to further discuss their resolution ahead of your response filing.

Thanks,

Alli

On Nov 29, 2023 at 8:06 AM -0700, Hamilton, Emma (ENRD) <Emma.Hamilton@usdoj.gov>, wrote:

> Alli,
>
> Here is the information I have gathered so far from the Forest Service. I've noted where I'm still following up, and the Forest Service will correct the Index wherever entries have been mislabeled or misdated:
>
> - **FS-000420-FS-000440 (20230907 DWRF collabfolder screenshots)**: The 9/7/23 date is the date the FS took screenshots to document the existence of the collabfolder for the AR. The materials in the folder all pre-date the decision. I have inquired whether the screenshots should be removed from the AR entirely or if the decisionmakers did consider the existence of the collabfolder itself in reaching the decision.
> - **FS-000402-FS-000418.pdf (20220722 DWRF priorities - RMRI PODs and Salter EA)**: This doc was misdated in the index – it is actually dated July 22, 2020 and properly part of the AR.
> - **FS-000397-FS-000401.pdf (20211208 dwrf-mtg-notes)**: This document was inadvertently included in the AR and will be removed.
> - **FS-000392-FS-000396 (20210707 dwrf-mtg-notes)**: These notes are mislabeled on the index – the document is actually dated July 7, 2021 and will remain in the AR.
> - **FS-000419-FS-000419 (20230707 DWRF - Salter Engagement Timeline)**: This document was created after the decision and inadvertently included in the AR. It will be removed.
> - **FS-008473-FS-008629 (08 Montezuma County Community Wildfire Protection Plan)**: The Forest Service will replace this entry with the version of the Montezuma County CWPP that was in place at the time of the decision.
> - **FS-008811-FS-008818 (18 FSH 7709.59 Road System OandM Chapter 40 Highway Safety Program)**: The Forest Service will replace this entry with the version of this chapter of the FSH that was in place at the time of the decision.
> - **FS-003714-FS-003768 (REC 2016 NVUM Master Report)**: The Forest Service is continuing to look into this entry to determine why it is dated/listed as "reaccessed" in 2023.
> - **FS-003350-FS-003616 (ECON 2021 Headwaters Economics Reports Dolores and Montezuma Counties)**: The Forest Service is continuing to look into this entry to determine whether a copy of the report as it existed in 2021 prior to the Decision exists and can replace the current version in the AR.
> - **FS-007590-7690 (Birds of the world and various internet pages)**: These internet reference materials were accessed by the agency using the internet prior to the decision, but PDFed to be saved into the project record at a later date. The documents are cited in the EA. In addition, the Birds of the World entries note that they are book excerpts but also available online.
>
> Best,
> Emma
>
> ---
>
> **From:** Alli Henderson <AHenderson@biologicaldiversity.org>
> **Sent:** Monday, November 27, 2023 3:10 PM
> **To:** Travis Stills <stills@eclawoffice.org>; Hamilton, Emma (ENRD) <Emma.Hamilton@usdoj.gov>
> **Cc:** John Rader <john@sanjuancitizens.org>
> **Subject:** RE: [EXTERNAL] Salter Litigation - AR Conferral Letter
>
> Hi Emma,
>
> Yes, the Headwaters Economics reports are noted in the index as a single report, but this appears to be a number of individual reports since each report has its own unique page numbers. That said, you're looking at the report(s) that I noted in the email. The bates ranges for these reports are FS-003350 to FS003616, ECF 16-5 at 129 to 17-1 at 18. As you'll see, the front cover for each of these reports has a September 19, 2023 date and/or use data from 2021 and 2022.
>
> Below are some additional bate ranges for materials that post-date the DR/FONSI that were not captured in your chart below:
>
> FS-003714 to FS-003768, ECF 17-1 at 116-170: Visitor Use Report, date stamps of 6/28/2023 and note on the cover page that it was last updated on that same day.
> FS-007590-007690, ECF 18-6 at 120 to 19-1 at 22 : Birds of the World/other internet pages regarding various wildlife species with September 19, and 20, 2023 date stamps as well as images and/or google maps from 2022 and 2023.
>
> Thanks,

Alli
On Nov 27, 2023 at 2:23 PM -0700, Hamilton, Emma (ENRD) <Emma.Hamilton@usdoj.gov>, wrote:

Hi Alli,

Hope you had a good holiday too. I had not realized there were materials in the AR that post-date issuance of the DN/FONSI, and my initial reaction is that these were likely included in error and should be removed. I will first check with the Forst Service, though, and get back to you as soon as I can.

Looking at the index I'm seeing six documents that post-date the DN/FONSI (pasted below). I'm also seeing that the link for what should be the 2021 Headwaters report actually links to a 2023 report (FS-003350-FS-003616) but I'm not seeing the other Headwaters Reports mentioned in your email. Could you send me the bates ranges for those documents?

Thank you,
Emma

| Bates Number Range | Electronic File Name | Date | Author | Document Description |
|---|---|---|---|---|
| FS-000420-FS-000440.pdf | 20230907 DWRF collabfolder screenshots | 9/7/2023 | None | Screenshots of folders and subfolders within the external collaboration folder with DWRF members |
| FS-000402-FS-000418.pdf | 20220722 DWRF priorities - RMRI PODs and Salter EA | 7/7/2023 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | General timeline of engagement between SJNF and DWRF regarding the Salter Project |
| FS-008811-FS-008818.pdf | 18 FSH 7709.59 Road System OandM Chapter 40 Highway Safety Program | 3/28/2023 | Forest Service | FSH 7709.59 - Road System Operations and Maintenance Handbook Chapter 40 |
| FS-008473-FS-008629.pdf | 08 Montezuma County Community Wildfire Protection Plan | 12/20/2022 | Montezuma County | Montezuma County Community Wildfire Protection Plan |
| FS-000397-FS-000401.pdf | 20211208 dwrf-mtg-notes | 7/22/2022 | Dolores Watershed Resilient Forest Collaborative | Outcome of group exercise identifying areas |
| FS-000392-FS-000396.pdf | 20210707 dwrf-mtg-notes | 12/8/2021 | Danny Margoles, Coordinator, Dolores Watershed Resilient Forest Collaborative | Meeting Notes |

**From:** Alli Henderson <AHenderson@biologicaldiversity.org>
**Sent:** Monday, November 27, 2023 1:14 PM
**To:** Travis Stills <stills@eclawoffice.org>; Hamilton, Emma (ENRD) <Emma.Hamilton@usdoj.gov>
**Cc:** John Rader <john@sanjuancitizens.org>
**Subject:** RE: [EXTERNAL] Salter Litigation - AR Conferral Letter

Afternoon Emma,

Hope you had a good long weekend. Do you know why there are there are numerous post hoc documents in the AR? For example, there are multiple Headwaters Economics Reports that were generated September 19, 2023 and there are additional documents pulled from websites September 19-20, 2023.

Thanks in advance for your response,

Alli
On Nov 20, 2023 at 8:27 AM -0700, Hamilton, Emma (ENRD) <Emma.Hamilton@usdoj.gov>, wrote:

Hi Travis,

Attached is Federal Defendants' response to your letter regarding the Administrative Record.

Best,
Emma

-----Original Message-----
From: Travis Stills <stills@eclawoffice.org>
Sent: Wednesday, November 8, 2023 5:09 PM
To: Hamilton, Emma (ENRD) <Emma.Hamilton@usdoj.gov>
Cc: Alli Henderson <AHenderson@biologicaldiversity.org>; Ted Zukoski <tzukoski@biologicaldiversity.org>; John Rader <john@sanjuancitizens.org>
Subject: [EXTERNAL] Salter Litigation - AR Conferral Letter

Hi Emma,

Attached is a letter describing what Plaintiffs believe are deficiencies in the AR that was filed in the Salter Project litigation. The letter also describes the additional AR concerns related to the Amended Complaint filed today.

To keep things moving ahead of the upcoming holiday, we would propose a call this week to provide clarification and perhaps identify ways to resolve our concerns.

Also, we look forward to the written response to our settlement discussion. Plaintiffs remain committed to identifying a resolution to this matter that does not involve protracted litigation.

Thanks,

Travis

--
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Travis E. Stills
Energy & Conservation Law
227 E. 14th St. #201
Durango, Colorado 81301
stills@eclawoffice.org
phone:(970)375-9231

This is a transmission from a law office and may contain information which is privileged, confidential, and protected. If you are not the proper addressee, note that any disclosure, copying, distribution, or use of the contents of this message or any attachment is prohibited. If you have received this transmission in error, please destroy it and notify this office immediately.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~