**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-1501-REB

SAN JUAN CITIZENS ALLIANCE;
CENTER FOR BIOLOGICAL DIVERSITY;

Petitioners,

vs.

DEREK PADILLA, in his official capacity as District Ranger, Mancos-Dolores Ranger District, San Juan National Forest;
DAVID NEELY, in his official capacity as San Juan National Forest Supervisor
UNITED STATES FOREST SERVICE;
UNITED STATES DEPARTMENT OF AGRICULTURE;

Respondents.

---

THIRD DECLARATION OF SARA BRINTON

---

I, SARA BRINTON, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am employed by the United States Department of Agriculture, Forest Service, as a National Environmental Policy Act Planner for the San Juan National Forest, located at the Pagosa Springs Ranger District in Pagosa Springs, Colorado. As part of my assigned duties, I coordinated the compilation of the Administrative Record for the Salter Vegetation Management Project (Project). I have reviewed Petitioners' Administrative Record Motion (Motion) and Petitioners' Exhibits 1-7.

2. Petitioners' Exhibit 2 includes a July 6, 2021, email and attachment from Jodi Leingang, Forest Service Environmental Coordinator/Project Coordinator, to the Interdisciplinary Team for the Project. The email

reminds relevant agency personnel to place documents in the Project Record and attaches a reference document with more detail regarding which documents to include in and exclude from the Project Record. The Motion did not include a follow up email from the Project Coordinator on July 15, 2021, which clarifies that the Project Record is "not the same file we have been keeping our working drafts in" and the focus is completing and adding to the Project Record. *See* Exhibit B. The types of documents that Petitioners allege were deleted from agency files (such as internal drafts, emails, and deliberations) were included in the Forest Service's response to Petitioners' Freedom of Information Act requests submitted on February 16, 2022, and September 23, 2022. *See* ECF No. 25-6. These examples are compiled in Exhibit C.

3. Petitioners' Exhibit 3 lists documents Petitioners allege are post hoc materials dated after the November 18, 2021, Decision Notice and Finding of No Significant Impact for the Project (DN/FONSI). The Forest Service has provided a table responding to each of these documents, which is attached as Exhibit D. For many of these documents, the Forest Service has located the version of the document referenced in the Environmental Assessment for the Project (EA) or has obtained clarification regarding the dates in the document. For the references from websites NatureServe Explorer, Headwaters Economics, Bats Conservation International, and eBirds, agency personnel did not convert these websites to PDF documents on the date they are cited in the EA. However, the Forest Service has endeavored to locate the cited versions of the websites, where

possible, and contacted website administrators to determine if they can provide past versions of the website. Exhibit D describes these efforts in more detail and explains how the agency will address these documents. Exhibit E includes the email communications with website administrators.

4. The research paper by Dr. William Baker, *Restoration of forest resilience to fire from old trees is possible across a large Colorado dry-forest landscape by 2060, but only under the Paris 1.5ºC goal* (2021), which is cited in the DN/FONSI at FS-003160, was inadvertently omitted from the Administrative Record and will be added to the Administrative Record.
5. Petitioners' Exhibit 7 includes Colorado Parks and Wildlife, Disappointment Creek Elk Herd Management Plan (September 2020). This document is cited in the Biological Evaluation for the Project but was not included in the Administrative Record. The Forest Service will add the literature cited in the specialist reports supporting the decision to the Administrative Record, including the Colorado Parks and Wildlife, Disappointment Creek Elk Herd Management Plan (September 2020).

I declare under penalty of perjury that the foregoing is a true and complete statement.

Dated this 20th day of December 2023 in Pagosa Springs, Colorado.

SARA BRINTON Digitally signed by SARA BRINTON Date: 2023.12.20 15:14:45 -07'00'

Sara Brinton
NEPA Planner
San Juan National Forest