# Exhibit B

| | |
|---|---|
| **From:** | Leingang, Jodi -FS |
| **To:** | Casey, David -FS; Chmelir, John - FS; Jensen, Shauna -FS; Jones, Cody -FS; Kochanski, Tom- FS; Messinger, Ivan -FS; Padilla, Derek -FS; Rice, Thomas -FS; Yemma, Angela - FS; Young, Tiffany -FS |
| **Subject:** | RE: Second Call for All Salter Official Project Records |
| **Date:** | Thursday, July 15, 2021 4:29:55 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>Appendix A - Records Quick Guide.docx |
| **Importance:** | High |

Hello Salter IDT,

Hello Salter IDT! Me again!

We are working very hard to complete the official record for Salter Vegetation Management EA and we still need many of your records. Please make sure you have filed the latest version of your specialist reports and other pertinent information into the To be Filed folder here: https://usfs.app.box.com/folder/135428245456. This would include your literature or other reference materials, etc. This file is not the same file that we have been keeping our working drafts in. So, if you did not refile the final version of your report, etc. in the To be Filed folder, they are not yet in the official record.

We also do not have any of the collaborative information in the file. I would expect some meeting notes and other correspondence to show the work we have done with the DWARF and others.

I have attached a list of items that we would expect to find in the official record to help you decide what to add. If you have added your materials, thank you!

Thank you, and as always reach out to me if you have questions,
Jodi

**Jodi Leingang**
**Environmental Coordinator/Project Manager**

**Forest Service**
**WO, Business Operations, Enterprise Program**

**p: 509-930-4014**
**jodi.leingang@usda.gov**

10237 Hwy 12
Naches, WA 98937
www.fs.fed.us

**Caring for the land and serving people**

---

**From:** Leingang, Jodi -FS
**Sent:** Tuesday, July 6, 2021 4:21 PM
**To:** Casey, David -FS <david.casey2@usda.gov>; Chmelir, John - FS <John.Chmelir@usda.gov>;

Jensen, Shauna -FS <shauna.jensen@usda.gov>; Jones, Cody -FS <cody.j.jones@usda.gov>; Kochanski, Tom- FS <Thomas.Kochanski@usda.gov>; Messinger, Ivan -FS <ivan.messinger@usda.gov>; Padilla, Derek -FS <derek.padilla@usda.gov>; Rice, Thomas -FS <thomas.b.rice@usda.gov>; Yemma, Angela - FS <Angela.Yemma@usda.gov>; Young, Tiffany -FS <tiffany.young@usda.gov>
**Subject:** Call for All Salter Official Project Records
**Importance:** High

Hello Salter IDT!

As you know, the Salter Final EA and Draft DN/FONSI are out for objection beginning June 23 for 45 days. That being said, I am making another call for all of your project records. Amy has created a folder for you to file all of your relevant documents for incorporation into the final record and associated index. As of this time, there are very few records there. The ToBeFiled Folder is located here: https://usfs.app.box.com/folder/135428245456. Please place your documents here as soon as possible. In the event we are objected we want to have everything ready to convert to an administrative record as quickly as possible. I have attached a quick guide to this email as a reminder of what should be in the official record.

Thank you for your immediate attention to this! Let me know if you have any questions.
Jodi

**Jodi Leingang**
**Environmental Coordinator/Project Manager**

**Forest Service**
**WO, Business Operations, Enterprise Program**

**p: 509-930-4014**
**jodi.leingang@usda.gov**

10237 Hwy 12
Naches, WA 98937
www.fs.fed.us

**Caring for the land and serving people**