# Exhibit C

| Exhibit C – FOIA Document Examples | | | |
|---|---|---|---|
| **Document No.** | **Category** | **FOIA Response Document Name** | **Description** |
| 1 | Draft document, internal deliberation (edits/comments) | Draft_Salter_EA_Scoping_ DJPedits020720 | Forest Service personnel comments and edits on draft dated February 7, 2020, on the Project scoping package. |
| 2 | Draft document, internal deliberation (edits/comments) | SalterEA_DraftForInternal Review_MASTER_20210127_ SO_Review_ver | Forest Service personnel comments and edits on Draft EA, version dated February 2021. |
| 3 | Draft document, internal deliberation (edits/comments) | DRAFT_DN_FONSI_Salter_ 20210610_DJP | Forest Service personnel comments and edits on Draft DN/FONSI, dated June 10, 2021. |
| 4 | Internal emails, internal deliberation | RE_ Leingang, Jodi L -FS sent you a message in Skype for Business | Forest Service personnel emails dated December 20-21, 2020, regarding design features and decision regarding parking lots. |
| 5 | Internal emails, internal deliberation | RE_ [External Email]New peer-reviewed paper on old trees in SJNF | Forest Service personnel emails dated June 15, 2021, regarding addressing Dr. Baker's 2021 article in the DN/FONSI. |
| 6 | Internal notes, internal deliberation | 20190226IDTMNtsSalter | Forest Service internal notes regarding February 26, 2019, IDT meeting and other internal meeting notes. |

# Document 1

# Salter Vegetation Management Project Scoping Package

The Forest Service is seeking your input and ideas regarding a vegetation management proposal on the Dolores Ranger District of the San Juan National Forest (SJNF). Our proposal identifies vegetation management across roughly 40,000 acres. This letter and attached maps provide you with detailed information about the purpose and need, the proposed action, and decision framework. **Comments or suggestions concerning this proposal would be most helpful if received by November XX, 2018.** Please refer to the "How to Reply" section for additional information about submitting comments.

**Project Area (see included maps):** The project area is located approximately, New Mexico Principal Meridian, Dolores and Montezuma Counties, CO. Insert legal descriptions

**Purpose and Need for Action**
The purpose and need for this project is derived from the San Juan National Forest Land and Resource Management Plan, specifically guidance issued for Suitable Timber lands and Management Area 5 designated lands. ~~Desired conditions associated with these designations are described within the plan and implementation will move the project area closer to meeting the plan's intent.~~ The Forest Plan desired conditions for the ponderosa pine cover type and lands managed for forest product offerings are described in the following sections.

**2.92.1:** ~~Forest vegetation management on SJNF lands that results in~~, Forest vegetation management on SJNF lands that results in, among other objectives, meeting needs or demands for forest product offerings (commercial, personal, or other use) is done in a manner that:

- maintains or improves ecosystem function, resilience, and sustainability;
- supports, at least, the current level of economic activity in the local timber industry;
- provides economic or social support to local communities;
- ensures current and future needs for Native American tribal use, including that associated with special forest products (e.g., teepee poles);
- utilizes, to the fullest extent practicable, potential products including sawtimber, poles, topwood, or slash (e.g., limbs, foliage);
- supports innovation in utilization, including conversion of cut-tree mass into biofuels, pellets, biochar, or other useful products;
- efficiently balances or reduces costs of implementation of treatment activities; and
- anticipates climate-related plant succession changes (such as favoring heat- or drought-resistant tree species as leave trees, or in reforestation).

~~2.2.1~~

~~among other objectives, meeting needs or demands for forest product offerings (commercial, personal, or other use) is done in a manner that: maintains or improves ecosystem function, resilience, and sustainability; supports, at least, the current level of economic activity in the local timber industry; provides economic or social support to local communities; ensures current and future needs for Native American tribal use, including that associated with special forest products like green cottonwood trees;~~

**Formatted:** Font: 11 pt

**Formatted:** Normal, No bullets or numbering

**Formatted:** Font: 11 pt

**Formatted:** Indent: Left: 0", Hanging: 0.19", Tab stops: 0.44", Left + Not at 1.15"

**Formatted:** Indent: Left: 0", Tab stops: 0.44", Left + Not at 1.15"

**Formatted:** Indent: Left: 0", Hanging: 0.19", Tab stops: 0.44", Left + Not at 1.15"

**Formatted:** Indent: Left: 0", Tab stops: 0.44", Left + Not at 1.15"

**Formatted:** Normal, Indent: Left: 0", Hanging: 0.19", Right: 0", Space Before: 0 pt, No bullets or numbering, Tab stops: 0.44", Left + Not at 0.58"

**Formatted:** Font: (Default) +Body (Calibri)

**Formatted:** Normal, Right: 0"

utilizes, to the fullest extent practicable, potential products including sawtimber, poles, topwood, or slash (e.g., limbs, foliage); supports innovation in utilization, including conversion of cut-tree mass into biofuels, pellets, biochar, or other useful products; efficiently balances or reduces costs of implementation of treatment activities; and anticipates climate-related plant succession changes (such as favoring heat- or drought-resistant tree species as leave trees, or in reforestation).

**2.2.23 Ponderosa Pine Forests -** Ponderosa pine forests display variable density and structure. Most stands reflect uneven-age structure comprising variable-sized, even-aged clumps of trees. Clumps vary in size, ranging from as few as three trees to as many as 20 or more trees. Tree clumps vary in density from widely spaced large trees to tightly spaced small trees. Collectively, these forests contain multiple canopy layers. Between or surrounding these clumps are shrub- and/or grass/forb-dominated openings. Ponderosa pine seedlings and saplings are present, as are large old, yellow-barked ponderosa pine trees. The presence of other tree species—e.g., Douglas-fir, white fir, blue spruce (*Picea pungens*), or Rocky Mountain juniper (*Juniperus scopulorum*)—is infrequent to rare. The abundance and distribution of Gambel oak (*Quercus gambelii*) and other native shrubs in the understory of these forests is variable and includes small and large patches of all size classes. Native grasses and forbs (including bunchgrasses, Arizona fescue, muttongrass [*Poa fendleriana*], and mountain muhly [*Muhlenbergia montana*]) are present and well distributed in most ponderosa pine forests. Forest litter is common, though highly variable in depth and extent due to fire. Invasive plant species are absent or rare. Presence of snags or large wood (on the ground) is also highly variable due to fire. Low-intensity, high- frequency surface fires are common in most ponderosa pine forests (with frequencies ranging from about 12 to 30 years).

: Ponderosa pine forests display variable density and structure. Most stands reflect uneven-age structure comprising variable-sized, even-aged clumps of trees. Clumps vary in size, ranging from as few as three trees to as many as 20 or more trees. Tree clumps vary in density from widely spaced large trees to tightly spaced small trees. Collectively, these forests contain multiple canopy layers. Between or surrounding these clumps are shrub-and/or grass/forb-dominated openings. Ponderosa pine seedlings and saplings are present, as are large old, yellow-barked ponderosa pine trees. The presence of other tree species—e.g., Douglas-fir, white fir, blue spruce (*Picea pungens*), or Rocky Mountain juniper (*Juniperus scopulorum*)—is infrequent to rare. The abundance and distribution of Gambel oak (*Quercus gamelii*) and other native shrubs in the understory of these forests is variable and includes small and large patches of all size classes. Native grasses and forbs (including bunchgrasses, Arizona fescue, muttongrass (*Poa fenderiana*), and mountain muhly (*Muhlenbergia montana*) are present and well distributed in most ponderosa pine forests. Forest litter is common, though highly variable in depth and extent due to fire. Invasive plant species are absent or rare. Presence of snags or large wood (on the ground) is also highly variable due to fire. Low- intensity, high-frequency surface fires are common in most ponderosa pine forests with frequencies ranging from about 12 to 30 years.

**Project Area Description**

The project area has been broken into 5 separate blocks based on geographical locations and transportation systems (Salter, Plateau, Carlyle, Turkey Knoll, Boggy Draw). The blocks have then been broken further into subunits for alignment with silviculture treatments.

The lands contained within and surrounding the Salter analysis area are considered working lands in the sense that there are multiple uses mixed throughout. The gentle terrain is ideal for livestock grazing with several allotments crossing the project area. Many forms of recreation occur including big and small game hunting, -year round biking, Nordic skiing, moto crossOHV use

**Formatted:** Font: 11 pt

**Formatted:** Normal, Right: 0", Space Before: 0 pt, No bullets or numbering, Tab stops: Not at 0.58"

**Formatted:** Font: 11 pt

**Commented [BS1]:** Use the Forest Plan bullet format – it is easier to track the specifics.

**Commented [CDJ-2R1]:**

and hiking. Residential areas of variable densities are clustered along the federal land boundaries. The Montezuma CWPP defines the entire project area as Wildland Urban Interface (WUI) as does the SJNF- LRMP, however the heaviest human use and values at risk are located in the Boggy Draw block. A high voltage power line runs most of the entire length of the block with local power coop lines reaching interior to supply ~~domestic uses~~power to the residential areas described above. Coordination with adjacent private landowners and land managers will be sought during planning and implementation to develop shared stewardship opportunities.

The dominant~~e~~ vegetative type within the treatment units is Ponderosa pine with an understory of Gambel oak. There are also small areas of aspen that may have conifer removed to enhance vigor. Non-forested cover types include mountain shrub lands, mountain grasslands, and riparian areas. Elevations in the analysis area ranges from 7,800 feet at the southwestern end of the analysis area, to 8,800 feet on the northern end. Overstocking is the lead condition of the stands with many lacking in young trees resulting in less than desired condition of a multi-aged stands.

Timber harvesting has occurred across the entire project area at one time or another. In the 2~~3~~0's and 3~~4~~0's large scale logging occurred across this part of the district landscape. On a smaller scale from the 80's to the mid-2000's harvesting occurred in a patchwork and irregular pattern. The early timber harvesting, along with decades of fire suppression and livestock grazing, is responsible for most of the structure seen in pine stands of the analysis area.

The topography is predominately mesa top with southwest aspect and considered a roaded landscape. Slopes range from 0 to about 20%, with steeper draws and canyons~~,~~ which intersect the project throughout. The project is bordered on the ~~west~~ north and south by state and private lands; ~~lands and~~ the Dolores river canyon and ~~to the south east~~ McP~~p~~hee Reservoir on the west; and the West Dolores and Dolores Rivers on the east.

**Proposed Action**
The Dolores Ranger District has identified areas where various tree-cutting, site preparation treatments and activity fuel burning will be applied. The combined acreage of these project areas is approximately 40,000 acres; the location of the treatment units are shown in Figure 1. (See attached map of the Salter EA project area with treatment units).

**Treatments**
**Brush Thinning:** Thinning of understory brush species (<6"Diameter at Root CollarRC), mainly Gambel oak to create openings and reduce ladder fuel effects.

**Pre-Commercial Thinning:** Thinning of Ponderosa Pine (<5" Diameter at Breast HeightBH ) to a spacing specifications.

**Plantation:** Thinning of planted trees to a spacing specification and thinning of intermixed unplanted trees stands according to the Commercial Thin prescription.

**Single Tree Selection:** Regenerative cut in contiguous stands of Ponderosa pine with a variable residual square feet of tree stem basal area of 50 -70 (BA) per acre depending upon stand condition.

BA from 50 -70 depending upon stand conditions.
**Commercial Thin**: Enhancement thinning in mixed stocking Ponderosa pine with a variable residual square feet of tree stem basal area of 50 -70 (BA) per acre depending upon stand condition.

variable residual BA from 50-70 depending upon stand conditions.
**Activity Fuel Burning:** Broadcast or pile burning of fuel/slash generated during implementation.

**Commented [BS3]:** Write this out – Diameter Root Collar (DRC)

**Commented [BS4]:** Write this out – Diameter Breast Height or Diameter at 4.5 feet above the ground (DBH)

**Formatted:** Font: 11 pt

**Formatted:** Font: 11 pt

**Formatted:** Font: 11 pt

**Commented [BS5]:** Write this out – square feet of tree stem basal area per acre (BA)

**Formatted:** Font: 11 pt

**Formatted:** Font: 11 pt

**Preliminary Issues (Opportunities & Concerns)**
Preliminary issues to be considered for analysis include the effects of the proposed action including mechanical treatments, prescribed burning of activity fuels and temporary roads on the following:

- Proposed harvest activities may create disturbance or changed habitat conditions within elk production habitat.
- The proposed project may impact riparian, wetland and rare plant habitats.
- If winter harvest is not allowed this could negatively impact winter harvest opportunities for the operators.
- Proposed harvest activities may impact and will interact with heavy recreation use.

**Roles and Responsibilities**
Resource specialists listed below comprise the interdisciplinary team and are expected to support the project effort by providing requested information, conducting analysis, and preparing specialist reports and NEPA documents.

| Name | Role/Resource | Location |
|---|---|---|
| Derek Padilla | Line Officer | Dolores |
| Tom Kochanski | GIS | Dolores |
| David Casey | Forest Vegetation | Dolores |
| Matt Traynham | Fire/Fuels Specialist | Dolores |
| Shauna Jenson | Hydrology | Dolores |
| Cory Ertl | Range/Noxious Weeds | Dolores |
| Elizabeth Cutright-Smith | Archeology | Dolores |

| | | |
|---|---|---|
| Tiffany Young | Wildlife/Fisheries | Teams |
| Cody Jones | Transportation/Roads | Dolores |
| Jodi Leingang | Team Leader/Writer Editor | Teams |

**Associated Actions**

Other activities associated with the proposed vegetation treatment would include maintenance-related road-work. The work would be performed prior to, during, and/or following mechanical treatments. The majority of this work would involve reshaping and smoothing of the road surface and restoring any associated drainage ditches or rolling dips. Several additional Maintenance Level 1 (stored roads) that have all been closed and unused for the last 20 to 30 years would be reopened, used and put back in storage after use. These roads may require some level of reconstruction in addition to normal maintenance to return them to an operational status. Reconstruction would largely consist of clearing downed trees and grown-in vegetation, installing or repairing drainage at stream crossings, along roadside ditches or associated with rolling dips and repairing failed sections of the roadway.

Additional wildlife water providers (Guzzlers) will be installed within the project area under this decision. The goal is to provide a water source during dry months and ~~current~~or in years when drought conditions are present.

Formatted: Highlight

Formatted: Highlight

Formatted: Highlight

Formatted: Highlight

The table below displays the proposed primary haul route. Forest products would be removed off the Forest via the following Forest Service roads:

**Proposed Primary Haul Route**

| Area | Road Number and Name |
|---|---|
| Salter | |
| Plateau | |
| Carlyle | |
| Boggy Draw | |
| Turkey Knoll | |

No new permanent roads are proposed to be built with this project, though temporary roads may be required to reduce the need for excessive tractor skidding and allow wood products to be moved to the permanent road system. Creating these roads would involve clearing vegetation and minimal construction. They would be

constructed, utilized and reclaimed when rainfall and erosion potential is minimal. These segments would be decommissioned and obliterated (re-vegetated) within five years of sale closure.

Any existing system roads currently closed to public motorized use will remain closed (except for permitted use) during and following operations. Closures would be accomplished via a variety of means, such as gates or boulder barriers with disturbed areas scarified and seeded following use. All roads in the project area that are currently open to public car and truck traffic would remain open following operations. For safety, short term closures of publicly accessible roads or trails may be necessary during logging operations.

Other related forestry activities would include the reduction of activity created slash loads. Cutting and removal of trees will result in limbs, tops, un-merchantable boles and stems otherwise called slash. Slash typically concentrates at landing locations or within the treatment units themselves. Landings are usually identified by the sale administrator during implementation with guidance from the design features developed during this analysis. Timber sale or stewardship contracts would require concentrations of this material to be disposed of by a) piling for later burning, or b) lopping and scattering throughout the unit, c) a combination of scattering and piling/burning or d) remove. The method used will be dependent upon the amount of slash generated and the mechanical means employed by the contractor as well as specific conditions within the unit

**Resource Protection Measures (Design Features)**

*Equipment Operations Practices:*

- All log hauling would not occur when potential resource damage such as road or soil damage could occur.
- Appropriate road maintenance requirements on the contractor must be included in all contracts to ensure stable surfaces and proper drainage is maintained.
- During winter operations, maintain roads as needed to keep the road surface drained during thaws and break-ups. Remove snow berms where they result in accumulation or concentration of snowmelt runoff on the road or erodible fill slopes. Install snow berms where such placement will preclude concentration of snowmelt runoff and will serve to rapidly dissipate melt water.
- Project related vehicle traffic and equipment operation may be restricted to prevent rutting to protect the road surface. Contractor will repair rutting as directed by the Forest Service.
- During extended periods of dry weather, additional measures, including vehicle and equipment restrictions, may be necessary to prevent powdering of soils, to maintain firm working surfaces, to limit fugitive dust, and to maintain appropriate moisture conditions to protect topsoil.
- The Forest Service will conduct pile burning in adherence to the Colorado Smoke Management guidelines.

- Normal operating season is proposed as beginning June 1st to November 30th depending on site-specific conditions. . Annual winter harvesting and hauling operations would be allowed from November through the end of February, depending on conditionsWinter operating season is December 1st to February 29th. Additional time may be authorized by the line officer..

- Winter operations with plowing will be allowedd from Dec. 1st to March 1st

- Additional time in the shoulder seasons may be allowed when conditions are such that resource damage would not occur and with written permission from the Line Officer.
- *Unit Layout and Harvesting:*
- The location of all landings shall be agreed upon by the Forest Service prior to their use.
- To the extent practicable, Contractors shall protect Forest Service roads and other improvements such as trails, fences, cattle guards and ditches as well as any improvements that are not owned by the Forest



**Commented [LJL-6]:** Do we want this in here? Are we analyzing for this?

**Commented [BS7]:** I think these are too detailed for a scoping document. I think a statement like "Resource protection measures would meet or exceed Forest Plan Standards and Guides." would be appropriate.

**Formatted:** Not Highlight

**Formatted:** Superscript

**Formatted:** Superscript

**Formatted:** Font: (Default) +Body (Calibri)

**Formatted:** Normal, None, Indent: Left: 0.25", Right: 0", Space Before: 0 pt, After: 0 pt, No bullets or numbering, Don't keep with next, Don't keep lines together, Hyphenate

DRAFT

Service. Contractor shall make timely restoration of any such improvements damaged by their operations.

- SMZ boundaries will be clearly marked on the ground.

*Aquatic Management Zones:*

Formatted: Indent: Left: 0.25"

*Wildlife*

In preparation.

*Cultural Resources*

- Prior to the implementation of any project activity (including, but not limited to: timber harvest, temporary road construction, skid trail construction, landing construction, restoration of Forest Service roads and other improvements, construction or reconstruction of drainage on existing or temporary roads, de-compaction of landings, reclamation of temporary or Level 1 roads, machine piling, hand piling, and pile burning), a Class III (intensive) cultural resources inventory shall be conducted to identify historic properties within the Area of Potential Effects.

Formatted: Normal, Indent: Left: 0.25", Space After: 0 pt, Add space between paragraphs of the same style, No bullets or numbering

- All historic properties within the Area of Potential Effects shall be clearly delineated prior to the implementation of any project activities including, but not limited to, those listed above, that have the potential to affect historic properties.
  - Historic property boundaries shall be delineated with coded flagging and/or other effective marking.
  - Historic property location and boundary marking information shall be conveyed to appropriate Forest Service administrators or employees responsible for project implementation so that pertinent information can be incorporated into planning and implementation documents, contracts, and permits.
- If previously undocumented historic properties are discovered, or if inadvertent effects occur to a historic property, all work in the vicinity of the property shall cease and the Dolores District Archaeologist shall be notified immediately.
- Pursuant to the Native American Graves Protection and Repatriation Act (NAGPRA) and its implementing regulations at 43 CFR § 10.4, the San Juan National Forest or Dolores District Archaeologist shall be notified by telephone, with written confirmation, immediately upon the discovery of human remains, funerary items, sacred objects, or objects of cultural patrimony. All project activities shall cease in the vicinity of the discovery, and the discovery shall be protected for 30 days, or until the Contractor is given notice to proceed by the Dolores District Archaeologist or the Dolores District Forest Service Representative.

**Implementation Methods**

Ground based equipment and hand crews would be used to achieve the desired conditions described above.

**Public Involvement**

Your questions, comments and suggestions regarding this proposal are an integral part of the environmental analysis process. This opportunity to provide feedback serves two main purposes: 1) to fulfill the public involvement and scoping for this project as required under the National Environmental Policy Act (NEPA), and 2) to gather constructive ideas that will be used to identify issues, develop Alternative approaches to this proposal or formulate design features. After receiving your comments, the Forest Service will identify and analyze the issues raised, finalize a Proposed Action and design criteria, and if necessary, develop Alternative approaches to the Proposed Action. A draft Environmental Assessment will be published in the future with an additional opportunity to provide comments. We intend to complete the NEPA analysis in April 2019 and make a decision whether or not to implement the proposed action or another alternative in June 2019. Implementation could then begin during the summer, 2019. Those people responding to this scoping letter will be included on the mailing list for future information related to this project.

**Decision Framework**



DRAFT

At this time, the Forest Service plans to document and disclose any environmental effects of this proposal in an Environmental Assessment (EA). The Dolores District Ranger will be the Responsible Official. His decision will be detailed in a Decision Notice after the EA is completed. Given the stated purpose and need of the project, the Responsible Official will review the Proposed Action, any Alternative approaches and/or design features in order to make the following decisions:

1. Whether or not to implement the Proposed Action or an Alternative approach and conduct other related activities to address the purposes stated above.

2. If the Proposed Action or an Alternative approach is selected, under what conditions and by which methods would the activities be conducted.

The decision framework of this project does not include reanalyzing existing Management Area prescriptions, standards or guidelines already specified in the existing Forest Plan nor will it seek to re-examine federal regulations or Forest Service policy regarding timber harvest on National Forest lands.

**Objection Regulations That Apply to this Project**
This project falls under the pre-decisional administrative review (objection) process at 36CFR218 Subpart A and B. In order to be eligible to participate in the objection process comments must be submitted during this or any other formally designated public comment period for this project.

Comments should include: 1) your name and postal address, 2) project title (Rico-West Dolores), and 3) signature or other verification of identity upon request (36 CFR 218.25(a)(3)). Electronically mailed comments must be submitted in an email message, plain text (.txt), Word (.doc or .docx), Portable Document Format (.pdf), or Rich Text Format (.rtf) file formats.

Comments received, including names and addresses, become part of the public record.

**How to Reply**
Comments should be received by November XX, 2018. Comments may be submitted as follows:

| |
|---|
| **Written Comments via e-mail:**<br>Use the electronic comment form located at<br>http://www.fs.usda.gov/project/?project=48355 |
| **Written Comments via the U.S. Postal Service or hand delivered:**<br>***(Office hours for hand delivery are 8:00 am to 4:30 pm weekdays)***<br>San Juan National Forest<br>Dolores Public Lands Office<br>Dolores Aspen Landscape Vegetation Management Project<br>Attention: Derek Padilla<br>29211 Highway 184<br>Dolores, CO 81323 |
| **Written Comments via facsimile:**<br>(970) 882-6841<br>Attention: Derek Padilla Dolores Aspen Vegetation Management Project |



DRAFT

**Oral Comments via telephone or in person:**
David Casey (970) 882-6830
USDA Forest Service
29211 Highway 184
Dolores, CO 81323

**For Further Information:** For further information about this proposal, please contact David Casey, Project Leader, at (970) 882-6830 or djcasey@fs.fed.us .

DRAFT

# Document 2

FOR INTERNAL REVIEW

United States Department of Agriculture

# Salter Vegetation Management

## Environmental Assessment



Forest Service Dolores Ranger District, San Juan National Forest February 2021

**For More Information, Contact:**

David Casey
Dolores Public Lands Office
29211 Highway 184
Dolores, CO 81323
Phone: 970-882-6830
Email: david.casey2@usda.gov

We make every effort to create documents that are accessible to individuals of all abilities; however, limitations with our word processing programs may prevent some parts of this document from being readable by computer-assisted reading devices. If you need assistance with any part of this document, please contact the San Juan National Forest 970-882-6830.

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, sex, religious creed, disability, age, political beliefs, or reprisal or retaliation for prior civil rights activity in any program or activity conducted or funded by USDA.

Persons with disabilities who require alternative means of communication for program information (e.g. Braille, large print, audiotape, American Sign Language, etc.), should contact the Agency (State or local) where they applied for benefits. Individuals who are deaf, hard of hearing or have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, (AD-3027) found online at: How to File a Complaint, and at any USDA office, or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by:

(1) mail: U.S. Department of Agriculture
Office of the Assistant Secretary for Civil Rights
1400 Independence Avenue, SW
Washington, D.C. 20250-9410;

(2) fax: (202) 690-7442; or

(3) email: program.intake@usda.gov.

USDA is an equal opportunity provider.

# Contents


Section 1 - Purpose and Need ..... 1
Introduction ..... 1
Proposed Project Location ..... 1
Historical Background ..... 5
Need for this Proposal ..... 6
Section 2 - Proposed Action and Alternatives ..... 9
Proposed Action (Alternative 2) ..... 9
Single Tree Selection ..... 10
Commercial Thinning ..... 12
Post-fledgling Family Area Thinning (PFAT) ..... 12
Pre-commercial Thinning ..... 12
Brush Thinning ..... 13
Conditions Influencing Silvicultural Treatments ..... 13
Connected Actions ..... 14
Post –Treatment Vegetation Management ..... 14
Transportation System ..... 14
Fuels Treatment ..... 15
Other Actions ..... 15
Project Design Features ..... 16
Botany and Invasive Species ..... 16
Cultural Resources ..... 16
Fuels ..... 17
Hydrology and Soils ..... 17
Rangelands ..... 19
Recreation and Public Safety ..... 19
Scenery ..... 20
Timber ..... 21
Transportation ..... 21
Wildlife ..... 23
Monitoring and Adaptive Management ..... 24
Issue Identification and Alternative Development ..... 28
Section 3 - Environmental Effects ..... 29
Cultural Resources ..... 30
Affected Environment ..... 30
Effects of the Alternatives ..... 31
Fuels and Fire Management ..... 31
Affected Environment ..... 31
Effects of the Alternatives ..... 33
Invasive Species ..... 35
Affected Environment ..... 35
Effects of the Alternatives ..... 35
Rangelands ..... 37
Affected Environment ..... 37
Effects of the Alternatives ..... 38
Rare Plants ..... 40
Affected Environment ..... 40
Effects of the Alternatives ..... 41
Recreation Activities and Experience ..... 44
Affected Environment ..... 44


DRAFT

Effects of the Alternatives ... 45
Scenery ... 48
Affected Environment ... 48
Effects of the Alternatives ... 49
Transportation ... 51
Affected Environment ... 51
Effects of the Alternatives ... 52
Vegetation ... 55
Affected Environment ... 55
Effects of the Alternatives ... 56
Watersheds ... 57
Affected Environment ... 57
Effects of the Alternatives ... 59
Cumulative Effects ... 62
Wildlife and Fisheries ... 63
Threatened, Endangered and Proposed Wildlife and Aquatic Species ... 63
Sensitive Species, Species of Special Interest and Migratory Birds ... 64
Affected Environment – Sensitive Species ... 65
Effects of the Alternatives – Sensitive Species ... 68
Affected Environment – Species of Special Interest and Migratory Birds ... 71
Effects of the Alternatives – Species of Special Interest and Migratory Birds ... 72
Cumulative Effects to all Species ... 75
Section 4 - Agencies or Persons Consulted ... 75
Tribal Consultation ... 75
Public Involvement ... 76
Collaboration ... 76
Section 5 - References ... 78
Appendix A. Maps ... 82
Appendix B. Cultural Resources Programmatic Agreement Vegetation Management Activities-Specific Project Design Features ... 92
Appendix C. Resources Dismissed from Detailed Analysis ... 100
Air ... 100
Climate Change ... 100
Economics ... 101
Environmental Justice ... 102

## Tables

Table 1. Treatment acres by treatment block ... 3
Table 2. Vegetation treatment type and treatment description ... 10
Table 3. Proposed primary haul route ... 14
Table 4. Maximum cross-drain spacing in feet based on soil types ... 18
Table 5. Proposed monitoring activities ... 26
Table 6. Proposed adaptive management actions ... 27
Table 7. Known archaeological sites within the proposal's area of potential effects ... 31
Table 8. Summary of environmental effects to invasive plants from proposed alternatives ... 36
Table 9. Percentage of total allotment acres within the Salter analysis area ... 37
Table 10. Summary of environmental effects to rangeland resources from proposed action alternatives ... 40
Table 11. Miles of each maintenance level road in Salter project area ... 51

DRAFT

Table 12. Watersheds in analysis area ... 57

**Figures**

Figure 1. Vicinity map ... 2
Figure 2. Treatment type by area ... 3
Figure 3. Salter project area surface fuel model distribution ... 32
Figure 4. Plateau Fire, percent basal area loss, open and closed evergreen tree canopy, RAVG.. 33
Figure 5. Salter treatment block ... 82
Figure 6. Plateau Creek treatment block ... 83
Figure 7. Carlyle Point treatment block ... 84
Figure 8. House Creek treatment block ... 85
Figure 9. Boggy Draw treatment block ... 86
Figure 10. Turkey Knoll treatment block ... 87
Figure 11. Salter transportation system ... 88
Figure 12. Boggy Draw recreation implementation map ... 89
Figure 13. Salter wildlife mitigation ... 90
Figure 14. Salter affected HUC6 watersheds ... 91

DRAFT

# Section 1 - Purpose and Need

## Introduction

The Forest Service is proposing to treat approximately 22,346 acres of the ponderosa pine-Gambel oak vegetation type on the Dolores Ranger District of the San Juan National Forest to:

- improve resilience and resistance to epidemic insect and disease outbreaks,
- increase the structural diversity of the ponderosa pine forest represented across the landscape, and
- provide economic support to local communities by providing timber products to local industries in a sustainable manner.

This environmental assessment describes the Salter Vegetation Management Project and presents an analysis of the effects related to the proposed action. This environmental assessment is prepared to determine whether the effects of the proposed action may be significant enough to prepare an environmental impact statement. The Forest Service prepared this environmental assessment in compliance with the National Environmental Policy Act (1970) (NEPA), the National Forest Management Act (1976), and Forest Service Handbook 1909.15, the National Environmental Policy Act Handbook.

## Proposed Project Location

The project area is located northeast of Dolores, Colorado, on the Dolores Ranger District (figure 1). Proposed treatment areas are in the vicinity of Salter Y, Plateau Creek, Carlyle Point, Turkey Knoll, and Boggy Draw. The project is bordered in multiple locations by state and private lands; the Dolores River and McPhee Reservoir on the west; and the West Dolores and Dolores Rivers on the east. The project area is located on suitable timber lands within Management Area 5. Management Area 5 emphasizes active management and commodity production in order to meet multiple use goals (USDA 2013). The legal description of the project area is: T37N R14W portions of Sections 5, 6, 7. T37N R15W portions of Section 10. T38N R14W portions of Sections 2-thru-9, 15-thru-20, 29-thru-32. T38N R15W portions of Sections 1-thru-5, 10-thru-15, 22-thru-26, 34-thru-36. T39N R13W portions of Section 6. T39N R14W portions of Sections 1-thru-24, 26-thru-35. T39N R15W portions of Sections 1, 8-thru-6. T39N R16W portions of Sections 10-thru-16, 22-thru-27, 35, 36. T40N R14W portions of Sections 34-thru-36.

DRAFT




**Figure 1. Vicinity map**

The project area has been divided into six individual treatment blocks based on geographical location and transportation system (table 1).

**Table 1. Treatment acres by treatment block**

| Block | Single Tree Selection (STS) | Commercial Thinning (CT) | Post Fledgling Area (PFA) | Plantation |
|---|---|---|---|---|
| Salter | 1,518 | 348 | N/A | 629 |
| Plateau Creek | 2,065 | 479 | N/A | N/A |
| Carlyle Point | 3,605 | 1,334 | 1,057 | N/A |
| House Creek | 220 | N/A | 246 | N/A |
| Boggy Draw | 9,216 | 723 | 739 | N/A |
| Turkey Knoll | 3,051 | 231 | N/A | N/A |

Each treatment block has been further divided into subunits for greater site-specific refinement for treatment prescriptions, topography, and transportation systems (figure 2). Maps depicting individual treatment blocks and subunits are located in appendix A, figures 6-11.




**Figure 2. Treatment type by area**

Elevations in the analysis area range from 7,800 feet at the southwestern end of the analysis area to 8,800 feet on the northern end. The topography of the treatment area is predominately mesa top with southwest aspect. Slopes range from 0 to approximately 20 percent, with steeper draws and canyons which intersect the project area throughout.

The dominant forest type of the proposed project areas is ponderosa pine with an understory of Gambel oak, grass and forbs. The forest structure is variable and includes plantations from the 1980s intermixed with natural regeneration and overstory trees to mature stands that are generally even aged. Although pre-dominantly even aged, modeling suggests that there are two underrepresented size classes relative to stand structure. Large trees, 27 inches in diameter and larger, are poorly represented with only a few trees per acre. In some cases, these trees are relics left from the last harvest entry. Seedlings and saplings are also underrepresented. The 12 -25 inch size class is the most represented on the landscape with reduced representation as the diameter increases.

Gambel oak can be found in the understory in tree and brush form with variable densities and diameters. Natural meadows are occasionally found in low lying draws where aspen is often present. Aspen is a minor tree species but does persist in some areas and can dominate the canopy in microsites that have adequate moisture and soil. Encroachment of conifer species into these areas due to the lack of disturbance has inhibited ponderosa pine recruitment conditions in some stands. Grass and forb production is lacking in most areas of overstory pine where pine litter dominates the ground layer. Many areas contain over 10 inches of litter (duff) which can inhibit seed contact with bare mineral soil which is essential for successful germination. This same abundance of litter in an uncontrolled burning event could create conditions for resonance heat damage with potential for long term root damage and reduced vigor.

The Salter treatment block also includes plantation areas that differ from traditional row planted plantations, as well as, the stands described above. In the 1980s, there was an extensive effort to regenerate and reforest stands that were below stocking levels as a result of minimally regulated harvesting in the 1940s and lack of fire disturbance mainly due to fire suppression. The plantations in the Salter project area went many years without meeting stocking requirements. Brush soon occupied seedling recruitment areas and stands were not regenerating. Some areas received mechanical site preparation to encourage conditions conducive to seedling recruitment. As a result, areas with heavy brush component were treated with a combination of disking and or brush mowing to reduce brush populations and expose bare mineral soil to encourage conditions conducive to seedling recruitment. Interplanting was used in areas lacking the heavy brush component with varying success rates. The result is a diversity of both desired and undesired conditions including areas of heavy regeneration, dense groups of mature ponderosa and areas void of stocking. Beetle induced mortality in the over story and density induced mortality is being observed.

The lands contained within and surrounding the Salter project area provide multiple uses to a variety of stakeholders. Timber harvesting has occurred across the entire project area. The gentle terrain is ideal for livestock grazing with several active allotments crossing the project area. Many forms of recreation occur in the area, including big and small game hunting, year-round biking, Nordic skiing, off-highway vehicle use and hiking. Residential areas of variable densities are clustered along the federal land boundaries. The Montezuma Community Wildfire Protection Plan identifies this area as wildland-urban interface (Dietrich et al. 2011). The San Juan National

DRAFT

Forest Land and Resource Management Plan defines portions of the Carlyle Point, Plateau Creek, Boggy Draw and Turkey Knoll blocks as wildland-urban interface (USDA 2013).

The Boggy Draw treatment block attracts the highest visitor use and contains substantial values at risk, such as a high voltage powerline that runs most of the length of the block with local power coop lines reaching interior to supply power to the nearby residential areas.

## Historical Background

The condition of today's pine-oak forest is largely a legacy of historically unprecedented levels of human activities occurring from the late 19th century into the 20th century. Following the arrival of large numbers of Euro-American settlers in the middle-to-late 1800s, the first sawmill was established in the area as early as 1874, approximately 30 years before the national forest was established in 1905. Around the turn of the century, the company town and lumber mill of McPhee, Colorado was established just a few miles north and west of present day Dolores. Large scale commercial harvesting of the pine forest was underway by the early 20th century.

At its peak in 1927, while owned and operated by the New Mexico Lumber Company, McPhee was Colorado's largest and most productive mill town, producing more than half the state's annual lumber. Operations at the McPhee mill effectively ended in 1948 when a catastrophic fire destroyed most of the facility (Mausolf 1981). In these early days, the vast majority of the logging occurred in the ponderosa pine type and focused on harvesting very large trees while leaving smaller trees and species of lesser value. The most obvious effect of the early logging of ponderosa pine forests is the general lack of large, old trees and snags in these forests today (Romme 2009).

Heavy and largely unregulated livestock grazing was occurring simultaneously with the early logging operations; and active fire suppression had also become a widespread policy in the early 20th century. This unique combination of historic events -- the elimination of extensive fires, removal of grass competition by livestock, and the removal of a large component of the forest overstory coincided with unusually wet weather and good seed crops to establish abundant pine regeneration in the early 20th century (Covington & Moore 1994).

More current activities have included several efforts to restore ecological function to the project area. The Ponderosa Pine Partnership, a collaborative effort initiated in the 1990's, was to develop prescriptions based on the most current science from Colorado State University and other forest management research centers of forest management. Through aggressive harvesting and reestablishing of fire frequency the stands would become more productive and develop wildfire and insect and disease resilience. Although the partnership had some innovative approaches to collaboration and contract procurement, the Partnership never achieved full success. The lack of industry and consistent markets plagued the economics portions of the project. Diameter caps were also used which limited prescriptions in meeting the full intent for uneven aged management and economically stable harvests.

In 2014, the Lake Canyon Environmental Assessment was prepared in direct response to the initial identification of the current bark beetle outbreak. This assessment covered approximately 10,000 acres and included harvest, pre-commercial thinning, mastication and prescribed fire activities. Roughly 70-to-80 percent of the harvest and pre-commercial activities have been completed. Prescribed fire activities continue within the project area with activity fuels and first entry broadcast burns. Implementation has been slow on this analysis due to lack of market for

DRAFT

ponderosa pine. Another limitation of this treatment was strictly designating cutting units to treat a moving infestation. Stands that had little to no infestation in 2014 have developed into 70-to-80 percent infestation.

The Lone Pine decision notice was signed in 2019 and includes approximately 36,000 acres of ponderosa pine treatment adjacent to the Salter treatment area. Project implementation has started on Lone Pine and an overlap in implementation periods with Salter vegetation management is anticipated.

## Need for this Proposal

The need for this project is derived from the differences between the existing forest vegetation conditions and the desired forest vegetation conditions, as defined by the San Juan National Forest Land and Resource Management Plan (USDA 2013).

All units proposed for treatment are located within Management Area 5. Management Area 5 is a management area allocation that provides for active management; emphasizing commodity production in order to meet multiple-use goals. In Management Area 5, forest visitors can expect to see a wide range of activities including timber harvesting. These are multiple-use areas where active management occurs in order to meet a variety of social, economic and ecological objectives. These areas are easily accessible, occurring mostly on roaded landscapes and relatively gentle terrain. These are lands where timber harvesting and other management activities influence the composition, structure and landscape patterns of the vegetation. Natural ecological processes and disturbance agents (including succession and fire) are often influenced by humans on many of these lands.

In addition, all units proposed for treatment are identified as suitable timber lands by the land and resource management plan. Timber suitability is determined through a process established through the National Forest Management Act and planning regulations. The San Juan National Forest Land and Resource Management Plan (USDA 2013) provides further direction relative to the desired conditions associated with Management Area 5 and suitable timber lands as well as other general guidance relative to the San Juan National Forest vegetation management program, as provided below.

The timber program across the San Juan National Forest lands will focus treatment in:

- landscapes in the wildland-urban interface that have altered fire regimes and/or have areas with high fuel loadings;
- landscapes at high risk for developing epidemic levels of insect and/or disease infestation;
- landscapes where disturbance (such as fire, insects or disease) has resulted in dead or dying trees;
- areas where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions;
- areas treated previously in order to maintain sustainable conditions and improve scenic integrity; and
- areas where wood processing facilities can effectively and economically utilize products resulting from vegetation management.

DRAFT

Strategies to meet forest vegetation management objectives across the San Juan National Forest include:

- utilization of forest resources from vegetation management activities, including providing small-diameter and biomass products from treatments in order to support emerging biomass markets;
- trees killed by fire, insects, disease or weather events (such as wind-thrown trees);
- a balance of forest product quantity, size, species and quality in order to maintain forest products industry capacity at current or higher levels;
- integration of the timber and fuels programs to meet overlapping or common goals; and
- a combination of legal authorities and partnerships to broaden opportunities for meeting forest vegetation objectives, in priority landscapes or areas, with cost-effective treatments.

The desired conditions for the ponderosa pine cover type and lands managed for forest product offerings are further defined in sections 2.2.23 and 2.9.1 of the San Juan National Forest Land and Resource Management Plan (USDA 2013).

**2.2.23: Ponderosa Pine Forests** - Ponderosa pine forests display variable density and structure. Most stands reflect uneven-age structure comprising variable-sized, even-aged clumps of trees. Clumps vary in size, ranging from as few as three trees to as many as 20 or more trees. Tree clumps vary in density from widely spaced large trees to tightly spaced small trees. Collectively, these forests contain multiple canopy layers. Between or surrounding these clumps are shrub- and/or grass/forb-dominated openings. Ponderosa pine seedlings and saplings are present, as are large old, yellow-barked ponderosa pine trees. The presence of other tree species—for example, Douglas-fir, white fir, blue spruce (*Picea pungens*), or Rocky Mountain juniper (*Juniperus scopulorum*)—is infrequent to rare. The abundance and distribution of Gambel oak (*Quercus gambelii*) and other native shrubs in the understory of these forests is variable and includes small and large patches of all size classes. Native grasses and forbs (including bunchgrasses, Arizona fescue, muttongrass [*Poa fendleriana*], and mountain muhly [*Muhlenbergia montana*]) are present and well distributed in most ponderosa pine forests. Forest litter is common, though highly variable in depth and extent due to fire. Invasive plant species are absent or rare. Presence of snags or large wood (on the ground) is also highly variable due to fire. Low-intensity, high-frequency surface fires are common in most ponderosa pine forests (with frequencies ranging from about 12-to-30 years).

The San Juan National Forest Land and Resource Management Plan provides additional direction relative to the desired conditions associated with suitable timber lands, as follows:

**2.9.1:** Forest vegetation management on San Juan National Forest lands that results in, among other objectives, meeting needs or demands for forest product offerings (commercial, personal, or other use) is done in a manner that:

- maintains or improves ecosystem function, resilience, and sustainability;
- supports, at least, the current level of economic activity in the local timber industry;
- provides economic or social support to local communities;
- ensures current and future needs for Native American tribal use, including that associated with special forest products (for example, teepee poles);

DRAFT

- utilizes, to the fullest extent practicable, potential products including sawtimber, poles, top wood, or slash (for example, limbs, foliage);
- supports innovation in utilization, including conversion of cut-tree mass into biofuels, pellets, biochar, or other useful products;
- efficiently balances or reduces costs of implementation of treatment activities; and
- anticipates climate-related plant succession changes (such as favoring heat- or drought-resistant tree species as leave trees, or in reforestation).

**Section 2.9.14** of the land and resource management plan identifies appropriate silvicultural systems that meet the management objectives for the landscape or individual stands of trees within a landscape setting. Both even- and uneven-aged management systems can be applied at scales ranging from a few acres to many hundreds of acres. These silvicultural systems are to be applied in a manner that will ensure natural regeneration where artificial regeneration is not necessary for other resource objectives. Tree-stand vegetation management treatments must be approved by certified silviculturists. Table 2.9.4 of the Land and Resource Management Plan indicates that group selection and single tree selection systems are acceptable in the ponderosa pine vegetation type. With respect to post treatment vegetation management, tables 2.9.3 and 2.9.5 of the Land and Resource Management Plan identify that both natural and artificial regeneration methods are acceptable and establishes the minimum number of seedlings for adequately restocking a regeneration site to be 150 seedling/acre.

As a means to implementation of the above management direction, the land and resource management plan identifies those "areas where wood processing facilities can effectively and economically utilize products resulting from vegetation management" as priority areas for treatment. The land and resource management plan also describes the need for industry to be in place, as well as, the presence of conditions conducive to support industry and local economies. In regard to the Salter vegetation management proposal, adequate industry is currently in place, with the desire, and ability to interact with local purchasers to help meet the need described in this proposal. Consistent with land and resource management plan direction, this proposal provides an opportunity to utilize industry to not only meet short-term vegetation management goals but also for accomplishing sustainable long-term goals leading to innovations for increasing utilization.

A comparison based on common stand exam data, Forest Vegetation Simulation modeling, and field observation between the current and desired conditions shows that the condition of the ponderosa pine cover type found within the Salter vegetation management activity area is different from the desired conditions associated with that vegetative cover type in the San Juan National Forest Land and Resource Management Plan.

The structure and size class distributions in the stands identified for this analysis are not within desired conditions described in 2.2.23 based on field reconnaissance and inventory data. Bark beetles have infested adjacent landscapes causing significant mortality. The early stages of a bark beetle infestation is now being observed in the Salter project area. There are portions within the Salter project area that have been moderately burned by wildfire and there are immediately adjacent areas that have been severely impacted by wildfire. It is well documented that dense, over-stocked, even-age, closed canopy ponderosa pine stands are more susceptible to insect outbreaks and uncharacteristic stand replacing fire events (Negron et al. 2008). It is also is well documented (Negron et al. 2008, Negron et al. 2000, USDA-rmrs_2009_gibson_k0022000) that a lack of structural diversity corresponds directly to a reduction in forest resiliency and consequently long term resistance to detrimental natural and human disturbance events.

Based on this comparison, the following needs have been identified:

- improve resilience and resistance to epidemic insect and disease outbreaks,
- increase the structural diversity of the ponderosa pine forest represented across the project area, and
- provide economic support to local communities by providing timber products to local industries in a sustainable manner.

# Section 2 - Proposed Action and Alternatives

This environmental assessment considers three alternatives: (1) no action, (2) the modified proposed action and (3) a large-tree retention alternative that limits harvesting to trees 20.0 inches diameter at breast height

## Proposed Action (Alternative 2)

The Dolores Ranger District is proposing tree-cutting, tree planting, and activity fuel burning in the locations displayed and described in figure 1, table 2, and figures 6-11-appendix A. The combined acreage of these project areas is approximately 22,346 acres. Treatments would lower pine stocking levels, reduce the presence of dwarf mistletoe disease, and remove infested bark beetle trees, and dead trees. The proposed actions would create gaps and small openings in the dense canopy to allow sunlight to reach the forest floor and activity fuel burning would reduce duff; exposing bare soil and encouraging the growth of young trees and understory.

Four silvicultural treatments are proposed to move the treatment area towards the desired conditions. Immediately prior to harvesting, a condition specific prescription based on stand exam data, local knowledge of the area, and walk-thru exams would be applied to each stand. The final prescriptions would vary depending on stand-specific objectives and current conditions.

A group, clump and individual structure distributed across the landscape is desired while achieving basal area targets. This will be achieved through enhancement of current stand components or through harvest designed to achieve conditions conducive to gaining more desired conditions over time. Utilizing harvest to replicate historic tree patterns is intended to improve ecological function and resilience and to return the role of fire on the landscape.

A group is several to many trees, and can be ½ to ¾ of an acre in size with all trees growing in close proximity to each other with interlocking crowns for the most part, with a clearly definable edge. Defining the edge is key in determining a group size as well as undesirable ingrowth in need of removal. Stems can be separated by as much as 20 feet. Typically, main stems of the trees in a group have not been influenced greatly by the proximity of neighboring trees. A clump is a small group of trees growing with stems touching at the base or nearly so. The main stems of trees in a clump have likely been influenced by the proximity of neighboring trees. Individual trees are trees within a stand's matrix that are single trees allowed to be open grown with full canopy sunlight.



DRAFT

Table 2 summarizes the types of silvicultural prescriptions that would be applied based on the condition of stands at the time of implementation.

**Table 2. Vegetation treatment type and treatment description**

| Treatment Type | Treatment Description[1] |
|---|---|
| Single Tree Selection | An uneven-aged regeneration method where individual trees of all size classes up to 26 inches diameter at breast height are evaluated and removed more or less uniformly throughout the stand creating or maintaining a multiage structure of groups, clumps and individuals to promote growth of remaining trees and to provide space for regeneration. Multiple entries of this activity ultimately results in an uneven-aged stand of 3 or more age classes. This would be the preferred and dominate prescription used. 50-to-70 basal area per acre of residual basal area depending upon stand condition. There are 19,675 acres of this treatment type. |
| Commercial Thinning | Silviculture "Free Thinning" with enhancement objectives in mixed stocking ponderosa pine with a variable residual square feet of tree stem basal area of 50 - 70 basal area per acre depending upon stand condition. Individual trees of all size classes up to 26 inches diameter at breast height are evaluated and removed throughout the stand creating or maintaining a multiage structure of groups, clumps and individuals.<br>These stands have some of the following characteristics: recent treatment, structure is more clump than group, inconsistent harvestable volume per acre. Goal is to enhance current qualities of the stand to promote resiliency to disturbances. Includes the plantation units. There are 3,115 acres of this treatment. |
| Post Fledgling Area Thinning (PFAT) | PFA prescription is a free thinning in which trees of all size classes up 22 inches are evaluated for harvest while retaining a 100-to-120 residual basal area target. A focus on large groups of 20-30 trees or more is desired with internal clumps made up of 3-to-5 large and mature trees with interlocking crowns. Individual tree structure and isolated clumping is not desired structure in this treatment type. When structure is not available, thinning should focus on creating conditions for long-term structure moving towards PFA desired conditions. |
| Pre-commercial Thinning | Thinning of ponderosa pine (Less than 5 inches diameter) to variable spacing specifications. Would be implemented in any treatment unit. |
| Brush Thinning | Thinning of understory brush species (generally target brush less than 6 inches diameter at root collar), mainly Gambel oak; to create openings for seedling recruitment and reduce ladder fuel effects on residual trees. Would be implemented in any treatment unit. This prescription is limited to treating no more than 5,000 acres. |

Prescriptions are generally for the mechanical harvesting of vegetation, however, hand manipulation of vegetation may also occur. Processing of the vegetation would occur in harvest units and would be concentrated at landings within the units for final processing prior to transport off the forest. Slash created during treatments would be treated by removal, piling or lop and scattering, based upon recommendations from fuels specialist.

Normal operating season would be from April 1 until November 30. Winter season would be from December 1 until February 28. Snow plowing would be allowed to facilitate access. Additional time outside of those defined above may be granted by the line officer if conditions allow.

## Single Tree Selection

Single tree selection is an un-even aged regeneration harvest method approved for use under the Land and Resource Management Plan at 2.9.14 for ponderosa pine. Single tree removal is an

[1] No tree larger than 26.9 inch diameter at breast height would be cut in alternatives 2 and3.

uneven-aged regeneration method where individual trees of all size classes up to 26 inches diameter at breast height are evaluated and removed more or less uniformly throughout the stand creating or maintaining a multiage structure to promote growth of remaining trees and to provide space for regeneration. Multiple entries of this activity ultimately results in an uneven-aged stand of three or more age classes. The purpose of this entry is regeneration to promote the propagation of a new cohort of trees. Trees are individually selected for removal based on spacing, tree form, insect or disease evidence and species preference. With any un-even aged prescription there is no terminus to the management of the stands, meaning that process continues indefinitely with re-entry every 20-to-25 years. This is referred to as a cutting cycle. The initial cut would reduce basal area, but with most stands, the first entry alone would not achieve the desired uneven-aged structure described above. More specifically, the stands lack enough trees in all the age classes to meet the desired target per age class. To compensate for this more trees than desired would be left in certain age classes to maintain the desired basal area target. Overtime, and with continued entries, the stand would eventually become regulated and then only trees in excess in each size class would be removed at each cutting cycle.

The single tree selection prescription would be applied to the majority of the project area. The prescription that follows was developed on the average stand characteristics taken from stand exam data. All the prescriptions would have the same basic components but may vary slightly due to changes in site conditions and stand locations in the project area as the stands identified for treatment are relatively uniform.

Single tree selection prescriptions would all have the same basic components and would use a BDQ method where “B” is the desired residual basal area, “D” is the maximum tree size (all trees 26.9” and larger diameter at breast height would be retained in all stands) and “Q” describes the diameter distribution as a ratio of the number of trees in succeeding size classes. Based on stand exam data the general prescriptions would target a residual basal area of 50-to-70 $ft^2$/acre with a mean or target of 66 basal area when conditions allow.

For the average stand in the project area, the residual basal area would be 60-to-68 $ft^2$/acre depending upon the silviculture treatment. The maximum diameter to harvest would be 26.9” and the q-factor would be 1.3 (applied to 2 inch diameter classes). The residual stocking level of 50-to-70 $ft^2$ was chosen to allow sufficient growing space to establish new regeneration while reducing severe fire risk and promoting tree vigor. The maximum diameter of 26.9” addresses management objectives by providing a continuous supply of desirable saw timber products without allowing trees to progress into age related decadence while at the same time maintaining a large tree emphasis on the landscape. A q-factor of 1.3 keeps sub-merchantable trees fully stocked for the next cohort. The harvests would take place on a 20 to 25-year cutting cycle to allow for sufficient stand growth while at the same time keeping stand density within the target range.

Aspen trees found in distinguishable groups would be targeted for a lower basal area to increase vigor and promote recruitment conditions. This would be done by thinning around aspen trees to create as close to full sunlight conditions as possible. Aspen is a shade intolerant species and requires full sunlight to vigorously grow and regenerate. The overall goal is to increase light to the forest floor and expand the aspen stands which increases stand composition and enhances wildlife habitat. Aspen comprises less than one percent (90 acres) of the activity area so this effort would provide the growing space to expand this critical species. No aspen trees would be prescribed for cutting under this proposal.

## Commercial Thinning

Thinning is defined as an intermediate harvest treatment designed to improve the overall stand functionality and improve growth rates by reducing trees per acre. Thinning does not have specific silviculture objectives related to regeneration as it is an intermediate prescription, however, conditions will be created that promote regeneration. No modeling was conducted related to commercial thinning due to the intermediate nature of the prescription and related difficulty to accurately model the outcomes. These areas are a minor component of the overall project acres. Based on stand exam data, the general prescriptions would target a residual basal area of 50-to-70 $ft^2$ per acre with a mean or target of 60 basal area, depending on stand conditions. In general, emphasis would be placed on retaining the healthiest green trees in the groups, clumps, and individuals depending upon current structure and stand productivity

Aspen trees would be targeted for a lower basal area to increase vigor and promote recruitment conditions. This would be done by thinning around the aspen trees and removing pine trees to create space which is essential in promoting aspen regeneration. The overall goal is to increase light to the forest floor and expand the aspen cohorts which increases species diversity and improves wildlife habitat. Aspen comprises less than one percent of the stand area so this effort would provide the growing space to expand this critical species. No aspen would be prescribed for cutting under this proposal.

## Post-fledgling Family Area Thinning (PFAT)

The post-fledgling family area thinning applies to currently mapped post-fledgling family areas and is a commercial thinning by definition, and as such, an intermediate harvest treatment. The prescription is also designed to improve the overall stand functionality and improve growth rates by reducing trees per acre while maintaining or promoting a relatively closed canopy structure to meet goshawk habitat. Post-fledgling family area thinning does not have specific silviculture objectives related to regeneration. No modeling was conducted related to commercial thinning due to the intermediate nature of the prescription and the related difficulty to accurately model the outcomes. These areas are a minor component of the overall project acres. The base prescription was developed with technical input from the district wildlife biologist. Trees of all size classes up to 22-inches diameter at breast height are evaluated for harvest and designated for removal, with an emphasis on large leave groups with 20-to-30 trees per group. The objective is to promote clumps of 3-to-5 mature and older trees with interlocking crowns within groups. Individual tree structure and isolated clumping is not desired structure in this treatment type nor is promoting aspen. Small openings of two acres or less could be created when implemented for insects (e.g., bark beetles) or disease (e.g., mistletoe) or to release advanced regeneration (Reynolds et al. 1992). Where existing conditions do not provide for application of this prescription, thinning will focus on enhancing what is desirable and creating conditions for recruitment of the desired structure over time (Reynolds et al. 1992).

## Pre-commercial Thinning

Precommercial thinning could be applied in any unit identified for silviculture treatment. The prescription would attempt to create variable spacing with an emphasis on clumping and individual patterns; considering the overall improvement of growth and resiliency. This pre-commercial thinning prescription would increase resiliency and promote healthy and productive pine stands. Due to a limited number of trees less than 5 inches diameter at breast height; not all stands would require this treatment; each stand would be evaluated by a certified silviculturist prior to implementation to determine the site-specific need.

DRAFT

## Brush Thinning

This treatment could take place in any unit identified for silviculture treatment. The presence of Gambel oak and other woody brush species in this pine ecosystem are both a hindrance and abenefit. Oak specifically plays an important part in pine stands in southwest Colorado, most notably it is a very important species for wildlife habitat providing cover and concealment for big and small game animals and as a food source for a number of species. However, if not controlled with fire or mechanical treatments, oak creates difficulties in the management of pine. Although oak plays a role in nutrient cycling and providing fuels for natural and prescribed fire, it also dominates the understory in many places and competes for light and nutrients needed for young pine trees. There may be instances where the silviculturist needs to prescribe, in conjunction with the wildlife biologist, mastication or hand cutting of brush to reduce its presence in the pine stands. This would be done on a limited basis due to cost and the limited occurrence of this condition on the ground. The focus of these prescriptions would be to remove oak but other brush may be impacted during implementation. Total removal of oak would not be implemented, but rather, a reduction with the purpose of creating openings for pine regeneration in areas that have insufficient stocking levels. The focus of the treatment would be on oak, in the brush form, with a desire to remove species 6 inches diameter at root collar and less.

## Conditions Influencing Silvicultural Treatments

All silviculture prescriptions would be written by a certified silvicultirist and would be condition-based within the effects of this analysis. Stands that have an above average threat of a bark beetle infestation, either from identified stand traits or untreated nearby stands, would have a lower basal area retention prescription applied. Indicators and triggers suggesting the need for the application of a lower basal area retention prescription include: the stand diameter index is greater than 175, the current basal area or the basal area in adjacent stands is greater than 80, or the stand currently has bark beetle populations in or around the stand. Stands displaying these conditions would have the lower basal area retention prescription applied to all or portions of the stand. The goal is to reduce overall stand average basal areas, which in turn lowers the percent chance of an infestation (Negron et al. 2008). Direct control measures would be used to lessen the spread of current infestations. Areas with heavy mistletoe, especially if advanced regeneration is in place, would also be targeted with the lower basal area retention prescription. Typically, the mistletoe in early to mid -stages of infections occupies the upper canopies of a stand. By removing highly infested trees, a reduction in the parasitic plant occurs and a separation of canopies occurs; making it less likely to spread. Areas of stands with advanced regeneration in need of releasing to improve growth would receive a lower basal area retention prescription. Forest inventory has shown one of the underrepresented size class components in these stands is seedlings. If regeneration has occurred, then a reduction in overstory around the regeneration would promote an increase in age and size class diversity while improving vigor of the trees retained. Stands with aspen present in distinguishable groups would receive the lower basal area retention prescription. Increasing sunlight to the forest floor through conifer canopy reduction would enhance recruitment conditions in aspen and reduce overall competition for plant resources.

Retention of upper basal area stand averages would be focused on high productivity areas with minimal eminent risk of infestation of bark beetles or heavy disease. Site index would be used by the silviculturist, in combination with current conditions, to make a final determination at the time of prescription writing as to the variance of options available for tree designation to meet desired conditions. The goal is to move stands to desired conditions given the variables of this landscape.

DRAFT

DRAFT

# Connected Actions

## Post –Treatment Vegetation Management

These actions could potentially be done within any single tree selection unit when conditions occur.

### Site Preparation

This treatment is done prior to planting and involves the following actions:

- Mechanical felling and processing of dead trees to reduce hazardous fuels, except those required to meet San Juan National Forest wildlife snag requirements set forth in Table 2.2.3 of the land and resource management plan. Any live trees that are infested with bark beetles would also be removed, but isolated green trees that are not infested would not be cut.
- Removal of hazardous fuel (dead trees only) utilizing the same approach as harvest in single tree selection but leaving 1/3 of all potential volume to be utilized as enhancements and mitigations.
- Placement of logs on contours for erosion control and placement of logs for microsite creations to enhance planting survivability.
- Hand scraping of ground vegetation (scarification) to expose bare mineral soil and reduce competition.

### Reforestation

- Hand planting of ponderosa pine stock from locally collected seed.

## Transportation System

Other activities associated with the proposed vegetation treatment would include maintenance-related road-work. The work would be performed prior to, during, and/or following treatments. The majority of this work would involve reshaping and smoothing of the road surface and restoring any associated drainage ditches or rolling dips. Several additional Maintenance Level 1, stored roads, that have been closed and unused for the last 20-to-30 years would be reopened, used and put back in storage after use. These roads could require some level of reconstruction in addition to normal maintenance to return them to an operational status. Reconstruction would largely consist of clearing downed trees and grown-in vegetation, installing or repairing drainage at stream crossings, along roadside ditches or associated with rolling dips and repairing failed sections of the roadway. Table 3~~Table 3~~ below, displays the proposed primary haul route. Figure 11, appendix A depicts the location of the Salter transportation system. Forest products would be removed off the Forest via the identified Forest Service roads. Some primary haul routes would require upgrades to the surface and could include the change of surfacing type to accommodate the volume of forest products being removed.

**Table 3. Proposed primary haul route**

| Treatment Block | Forest Service Road Number and Name |
|---|---|
| Salter | FSR 510 Dry Canyon; FSR 521 Ormiston Point |
| Plateau | FSR 523 Trimble; FSR 514 The Glade; FSR 521 Ormiston Point |

| Treatment Block | Forest Service Road Number and Name |
|---|---|
| Carlyle Point | FSR 524 Plateau; FSR 525 Trail Canyon; FSR 514 The Glade; FSR 526 Dolores Norwood |
| Boggy Draw | FSR 527 Boggy Draw; FSR 526 Dolores Norwood |
| Turkey Knoll | FSR 249 Bald Hill Res; FSR 527 Boggy Draw; FSR 532 Cottonwood; FSR 526 Dolores Norwood |
| House Creek | FSR 526 Dolores Norwood; FSR 529 Beaver Rim |

No new permanent roads are proposed to be built with this project, though temporary roads may be required to reduce the need for excessive tractor skidding and allow wood products to be moved to the permanent road system. Creating these roads would involve clearing vegetation and minimal construction. They would be constructed, utilized and reclaimed when rainfall and erosion potential is minimal. These segments would be decommissioned within five years of first use. Approximately 50-to-75 miles of temporary road construction are analyzed under this proposal.

Any existing system roads currently closed to public motorized use would remain closed (except for permitted use) during and following operations. Closures would be accomplished via a variety of means, such as gates or boulder barriers with disturbed areas scarified and seeded following use. All roads in the project area that are currently open to public car and truck traffic would remain open following operations. For safety, short-term closures of publicly accessible roads or trails may be necessary during logging operations.

### Fuels Treatment

Other related forestry activities would include the reduction of activity fuel. Cutting and removal of trees would result in limbs, tops, un-merchantable boles and stems, referred to as slash. Slash typically concentrates at landing locations or within the treatment units themselves. Landings would be identified by the sale administrator during implementation with guidance from the design features developed during this analysis. Timber sale unitscontracts would require concentrations of this material to be disposed of by a) piling for later burning, b) lopping and scattering throughout the unit, c) a combination of scattering and piling/burning or d) removal from the site. The method used would be dependent upon the amount of slash generated and the mechanical means employed by the contractor, as well as, specific conditions within the unit.

## Other Actions

Wildlife guzzlers would be installed within the project area under this proposal. The goal is to provide additional water sources for wildlife during dry months and in years when drought conditions are present, as well as to encourage large game to remain upland on Forest Service land ownership to decrease the potential for damage to private property. The Salter project is mostly situated on flat plateaus, rugged rocky draws or where well-distributed perennial water sources are lacking. The area serves as an important migration route for mule deer and elk; and also supports habitat for other wildlife species, including upland gamebirds and migratory birds.

As a means to supplement natural water sources that do occur in the area, the district would install four guzzlers in strategic locations in the Salter and Plateau treatment block units to provide connectivity to other perennial waters sources. Site locations were chosen by surveying the project area for accessibility and installation suitability. The surrounding landscape, existing

DRAFT

water sources and wildlife movement patterns were also considered. Guzzlers would be catchment-type guzzlers, by which rainwater and snowmelt is funneled into a holding tank (usually via an "apron") and delivered through an open drinking pan. Fencing would be built around the guzzlers to protect the structure from unintended use or damage. The footprint size of a guzzler is approximately 12 by 12 feet, with protective fencing measuring approximately 20-to-25 feet around the site. Site preparation involves clearing the space with hand tools and setting a portion of the guzzler approximately 4-to-12 inches in the ground. Site preparation is dependent on soil conditions and rocky terrain. All materials would be brought in with a UTV or ATV. Temporary road construction is not necessary to maintain or install these guzzlers.

## Project Design Features

Project design features detailed below were developed for the proposed action to minimize or eliminate potential adverse effects during implementation of the Salter vegetation management project. These design features come from a variety of sources including, but not limited to, Forest Plan Standards and Guidelines, direction and guidance provided in Forest Service Handbooks and Manuals (including the Region 2 Watershed Conservation Practices Handbook), Vegetation Management Programmatic Agreement between the Forest Service and Colorado State Historic Preservation Officer (2017), and professional judgement.

The design features listed below are essential to the proposed action, including all actions that occur as the result of adaptive management, and are expected to provide adequate resource protection under the treatments proposed for this project.

### Botany and Invasive Species

1. Limit each burn pile to ¼ acre or less.
2. Under timber sale contract provisions, all off-road heavy equipment must be washed and free of foreign soil or debris before entering the operations area to minimize spread of invasive species.
3. Sale and contract areas would be monitored for weeds; infestations are to be reported to the U.S. Forest Service rangeland management specialist for management.
4. All seed used for revegetation would be tested for, and free of, invasive non-native species that are problematic for this forest. Contact the agency for the most current list.
5. Monitor noxious weeds/invasive species and treat as needed to contain established infestations and minimize rate of spread.
6. If noxious weeds and invasive species are found to be increasing in infestation size within a treatment unit as direct result of harvest and associated activities, one or both of the following options would be implemented to prevent further spread:
   - Prohibit harvest equipment or vehicles from driving through infestations.
   - Require onsite weed decontamination stations for equipment washing.

**Commented [PB-F1]:** This is much larger than the spec ID'd in the fuels design features. For reference, a 23x23' 20' tall pile is 3,185 cubic feet, and the fuels design feature says this is a per acre limit to allow us to get a smoke permit. Since the fuels design feature is much more limited than this, can we use the lower number even in orchid habitat?

### Cultural Resources

The procedure set forth in the 2017 Programmatic Agreement among the United States Forest Service, Rocky Mountain Regional Office, Pike-San Isabel National Forest and Cimarron and Comanche National Grasslands, Routt National Forest, San Juan National Forest and the

DRAFT

Colorado State Historic Preservation Officer Regarding Vegetation Management Undertakings (PA) would be followed to satisfy compliance with Section 106 of NHPA. The PA may be used for landscape-scale vegetation management undertakings implemented in phases and for which effects to historic properties have not been fully determined prior to the NEPA decision. Appendix B. Cultural Resources Programmatic Agreement Vegetation Management Activities-Specific Project Design Features identifies a strategy and activity-specific design features intended to mitigate potential adverse impacts of the proposed activities on cultural resources.

## Fuels

1. Timber sale or stewardship contracts would require concentrations of activity fuels to be disposed of by piling and burning, lopping and scattering throughout the unit, and/or removal, as specified in the slash disposal plan for each project area.
2. Machines used to pile slash would be equipped with a brush blade or acceptable equivalent. Piles should consist of only clean forest fuel as described in the California Air Pollution Control Division smoke permit application.
3. Develop a slash disposal plan for each project area in consultation with the wildlife biologist, hydrologist and fire management officer.
4. When in Stage 1 Fire Restrictions or greater all mechanized equipment should be equipped with fire suppression equipment (Fire extinguisher, hand tools and or portable water tank, minimum 100 gallons).
5. Piles of activity fuels generated by the proposed action must be no greater than 3,000 $ft^3$ per acre, regardless of individual pile size in order to remove all piled slash within one average winter season while following Colorado Air Pollution Control Division requirements for pile prescribed fires.
6. Activity fuels that are lopped and scattered must be evenly distributed at an average depth less than one foot in order to maintain residual overstory through broadcast prescribed fire implementation.

## Hydrology and Soils

1. Heavy equipment and vehicles will be prohibited in riparian areas which will include the aquatic management zone (AMZ) unless the ground is protected by either one foot of packed snow or two inches of frozen soil. Seeps and springs with riparian vegetation would have a buffered perimeter of 100 feet. Intermittent streams with riparian vegetation would have a buffer strip width of 100 feet on each side of the channel (based on standard 2.6.30). No-equipment buffer zones do not apply to designated stream crossings, but limit stream crossings to the minimum number necessary. Cross streams perpendicular to the direction of flow in straight and shallow locations and where channels are hardened by gravel, cobble or bedrock. Do not cross streams where banks exceed a 30% slope.
2. Limit equipment operations to sustained slopes less than 40%.
3. When soils are saturated, equipment operations would cease until the ground dries out or freezes. Soils are considered saturated when ruts created by equipment are 4 inches deep (beyond the lug tread of the tire) for 10 feet or longer. Repair any rutting deeper than 4 inches.

Case No. 1:23-cv-01501-RMR Document 27-5 filed 12/21/23 USDC Colorado pg 36 of 151



4. Avoid mechanical treatments in wetlands, wet meadows and riparian areas. No skidding, decking or loading would be allowed in these areas in order to protect water quality, groundwater hydrology, existing soils and vegetative cover. Removal or mechanical treatment of riparian or wetland vegetation would be prohibited (based on guideline 2.4.28). Establish a 100 foot no treatment buffer zone around riparian and wetland areas unless field visit by hydrologist determines a different site-specific buffer.
5. Avoid ground skidding on sustained slopes steeper than 40 percent. Conduct logging to disperse runoff as practicable. Landings and skid trails would be located and designed to disperse runoff and minimize soil disturbance. Landings should not be located in the aquatic management zone (AMZ). Roads and skid trails adjacent to the landings would be cross-drained or shaped so that runoff does not reach the landing. Skid trails would be located perpendicular to slope angles (along the contour) as much as possible. Avoid skidding up or down drainage bottoms. As needed, install waterbars or outslope, and spread slash on skid trails upon completion of use. Landings would be ripped or scarified and seeded immediately upon completion of use.
6. Where erosion is a concern, enough slash would be well-distributed throughout the cutting units to protect soils from erosion. Wood chips produced by mechanical treatments should be dispersed on the ground at a maximum depth of three inches over at least 80 percent of the covered areas, and no chip piles should exceed 6 inches in depth (based on guideline 2.2.78). Logging debris may not enter intermittent stream courses to an extent that it adversely affects the natural flow of the stream or diminishes water quality.
7. Temporary roads would be held to the minimum feasible number, width and total length and would be located sufficiently far from streams and other water bodies to minimize discharge into those waters except at necessary water crossings. Stream crossings would be installed on straight and resilient stream reaches as perpendicular to flow as feasible. Maintain stream channel width, depth, and slope. Culverts placed within the drainage network would be positioned at the natural grade of the drainage and would not be modified (for instance, raised or lowered) to maintain the grade of the road. Table 4 below, provides guidelines for maximum spacing of cross-drainage (for example, culverts, rolling dips) on temporary roads. All temporary roads would be obliterated and seeded upon completion of use.

**Table 4. Maximum cross-drain spacing in feet based on soil types**

| Road Grade (percent) | Extra Erodible Silts-Sands with little or no binder | Highly Erodible Silts-Sands with moderate binder | Erodible Gravels + fines & sands with little or no fines | Low Erodible Gravels with little or no fines |
|---|---|---|---|---|
| 1-3 | 600 | 1000 | 1000 | 1000 |
| 4-6 | 300 | 540 | 680 | 1000 |
| 7-9 | 200 | 360 | 450 | 670 |
| 10-12 | 150 | 270 | 340 | 510 |
| 13-15 | 120 | 220 | 270 | 410 |

Source: Forest Service Handbook 2509.25 Management Measure 13.3

8. Proper drainage would be constructed or reconstructed on existing system road and newly constructed temporary roads. Some existing road sections could need to be realigned out of low-lying areas for proper drainage. Road-stream crossings and dips through habitually wet areas on roads open to motorized public use would be hardened. All drainage structures on roads would be inspected by the Timber Sale Administrator, Engineering Representative, or

Forest hydrologist at treatment completion to make sure they are in good condition and functioning properly.

## Rangelands

1. U.S. Forest Service rangeland management specialists would be annually informed of the schedule of timber harvest activities.
2. Coordination between the U.S. Forest Service rangeland management specialist and affected grazing permittees would be conducted to discuss harvest timing, potential impacts, and adjustments to rotation schedules needed to mitigate impacts.
3. To mitigate impacts to livestock operations, when possible, timber harvest operations would be concentrated within individual pastures.
4. Timber harvest operations would avoid long-term range trend monitoring plots.
5. During operations, purchasers/contractors would be required to repair any range fences or gates damaged during operations. No fences would be cut unless necessary and agreed to in writing by the U.S. Forest Service. When fences lie within cutting units, effort would be made to design skidding patterns to be parallel to fence lines, pull timber away from fences, or to go through existing gates as feasible. In the event temporary roads and skid trails need to cross livestock fences at locations other than existing gate locations, breach points must be closed with wire or a gate while operations are being conducted to a standard that does not reduce control integrity of the fence for livestock. Should a road have high traffic use from operations, consideration should be given to the installment of a cattleguard. Upon completion of operations, any section of impacted fence would be repaired to the original state of integrity.
6. Pasture gates would remain closed when cattle are in or adjacent to affected pastures or when instructed by Forest Service.

## Recreation and Public Safety

**Commented [PB-F2]:** Did the parking lot go away then?

1. For public safety purposes once harvest operations begin in either the Boggy Draw or Turkey Knoll treatment blocks and throughout duration of operations in either block, an information station would be set up at the Boggy Draw trailhead. The information center would contain up to date maps displaying location of cutting units with active units identified, as well as, trail locations.
2. Within the Boggy Draw treatment block the following specific project design features apply (unless waiver or variance is approved by the District Ranger who will consult with the Recreation and Timber Staff and will be documented on the implementation checklist)
    a. Locations of all landings and slash piles would be identified during the implementation checklist process in order to avoid long-term physical impacts to any system trails.
    b. The sale administrator will designate crossing corridors for all skidding that requires crossing a system trail.
    c. No tracked or wheeled equipment will be allowed within 15 feet of the center line of a system trail in order to protect the integrity of the trail except where a trail crossing for skidding or hauling has been identified.

DRAFT

   d. Vegetation management activities (except Rx burning) are limited to 1 compartment at a time when operating within recreation compartments 1-thru-3 (Figure 12, appendix A).
   e. No harvest activities or hauling allowed in recreation compartments 1-4 during the annual "Escalante Days" mountain bike race day. From 12:00 A.M. the day of the race to 12:01 A.M. the following day (one day). (Occurs early August).
   f. Starting December 1, no plowing of FSR 527 from Junction of 527C to FSR 259 (Boggy Draw trailhead).
   g. To reduce conflicts with recreation users during federal holidays, hauling would be not be permitted on FSR 527 from the junction of FSR 527C to FSR 259 (Boggy Draw Trailhead) from 12 P.M. Friday to 12:01 A.M. Monday on Memorial Day, Labor Day and Thanksgiving weekend (Thursday-Monday), Christmas Day and July 3-July 5.

4. For public safety purposes, clear and prominent signage, including maps and cutting units status, would be posted at the Boggy Draw trail head alerting the public to the presence of log trucks, trail closures and the status of cutting units where operations impact any system trails within the Boggy Draw and Turkey Knoll treatment blocks.
5. If trails are substantially damaged by vegetation management activities they would be repaired immediately after timber operations have been completed. Repairs would meet Trail Management Objectives included in the Forest Service publication *Standard Specifications for Construction and Maintenance of Trails (USDA USFS EM-7720-103, September 1996.)*
6. When necessary for public safety, Special Closure Orders will be applied to trails and roads.
7. Opportunities to limit trail closure from the Boggy Draw trailhead would be developed in the project implementation checklist.
8. Where timber operations result in full size vehicles accessing trails width restrictors will be installed.

## Scenery

1. Openings in the canopy would have a natural appearance with uneven edges. The shape would be an irregular pattern that mimics existing natural openings and would avoid straight-line edges. Blend openings with natural landscape features such as natural meadows or openings and rock outcrops.
2. Unit boundary paint would face away from open system roads and trails or be removed; standards for boundary marks should be minimized along these routes.
3. Stumps would be 12 inches high or less.
4. All equipment and construction debris (man-made debris and trash) caused by project operations would be removed from the site at sale completion.
5. Disturbed areas where soils have been exposed, such as temporary roads, skid trails or landings would be closed and re-vegetated with a seed mixture consisting of native grasses and forbs which is as close as possible to the existing native species in the area. Effectiveness

of closures would be monitored yearly for revegetation success, as well as, travel management compliance. If ineffective, roads would be reclosed or reseeded.

6. Skid trails would cross at a perpendicular angle but slightly curved to avoid creating straight line corridors when the skid trails connect with open system roads and trails. Skid trails would be held to the minimum number, width and length (See Recreation Design Features). Forest system trails would not be utilized as a skid path unless the trail utilizes a Level 1 Road.
7. A visual corridor would be established on each system trail within Boggy Draw treatment block. To this end, the recreation staff could mark specific leave trees for retention. The area of influence is 9 feet of center line and leave trees would be marked with a 360 degree band of paint.

## Timber

1. Normal operating season would be from April 1 until November 30. Winter season would be from December 1 until February 28 (plowing would be allowed for access). Additional time outside of these defined above may be granted by the line officer if conditions allow.
2. During slash disposal, limit the amount of slash scattered or piled in areas where existing pine regeneration is present and minimize the placement of slash within the driplines.

## Transportation

1. Existing roads would be used for equipment access to the extent road location and condition permit reasonable access. Implementation of mechanical treatments and harvests would attempt to minimize road construction whenever possible.
2. Temporary roads may be used where a designed road is not needed, as determined by the Forest Service. The location and clearing widths of all temporary roads or facilities would be agreed to in writing (between the Forest Service and the contractor) before construction is started. Following use for harvest and treatment implementation, both temporary AND designed roads would be decommissioned, which involves re-contouring where significant side slope exists, elimination of ditches and other structures, out-sloping during construction, removal of ruts and berms, effectively blocking the road to normal vehicular traffic where feasible, and construction of drainage features such as cross ditches and water bars. Final acceptance of the closure would be made by the Forest hydrologist or engineering representative. Invasive species monitoring would occur after road decommissioning and would be followed by weed treatments where needed. Any weed treatment would be implemented under a different NEPA analysis and decision, as weed treatment is not proposed or analyzed as part of the Salter project. Effectiveness of road closure would also be monitored.
3. Require commercial haulers to perform maintenance commensurate with their use; depositing sufficient funds with the Forest Service may be used in lieu of performance. Surface rock replacement deposits would be collected to maintain currently surfaced roads that are used for timber hauling. Deposits would be collected commensurate with the use. Quarry materials would be collected from a site that has been found to be free of invasive plants.
4. Timber hauling operations would be restricted during wet or thawed conditions, when needed to protect the road surface. When logging occurs over snow or frozen ground, standard Forest Service practices would be followed.

DRAFT

5. Safety signing would be used to alert the public that logging operations are in progress and would meet the requirements of the Manual of Uniform Traffic Control Devices.
6. Use of private roads, encroachment of public roads and rights-of-way, and other access needs outside Forest Service jurisdiction would have the proper approval or authorization in place prior to use.
7. Use suitable road surface stabilization practices and dust abatement supplements on roads where road surface conditions, traffic use and proximity to recreation or public occupancy justify the need. (See FSH 7709.56 and FSH 7709.59).
8. Move snow in a manner that would avoid or minimize disturbance of or damage to road surfaces and drainage structures. Use existing standard contract language (C5.316# or similar) for snow removal during winter logging operations to avoid, minimize, or mitigate adverse effects to soil, water quality, and riparian resources.
9. Use the following measures to conserve water when managing roads for vegetation treatment projects:
   a. When possible, schedule road maintenance activities to coincide with higher moisture content for ease of grading and better compaction.
   b. Minimize road widths to provide for safe use while limiting impermeable surfaces.
   c. Keep ditches open, but do not remove vegetation that does not impede drainage. Vegetation holds the soil in place and reduces sediment loading which is the greater problem.
   d. When installing drainage features, return intercepted runoff to its natural path at the first opportunity.
10. Road maintenance would be conducted in accordance with the T-800 specifications provided in the Timber sale contract.
11. General reconstruction requirements for **standard haul** on aggregate surface ML3 – 4 roads:
   a. Aggregate surface depth of 6 inches (assuming adequate base course)
   b. All culverts have minimum 12 inches of structural cover.
   c. All culverts have been evaluated for structural integrity.
   d. Cattle guards must have design specification for HL 93 load ratings.
   e. Bridges have a completed inspection and meet safety requirements
12. General reconstruction requirements for **overweight haul** on aggregate surface ML3 – 4 roads:
   a. Aggregate surface depth of 8 inches (assuming adequate base course)
   b. All culverts have minimum 18 inches of structural cover.
   c. All culverts have been evaluated for structural integrity.
   d. Cattle guards must have design specification for HL 93 load ratings.
   e. Bridges have a completed inspection and meet safety requirements

DRAFT

## Wildlife

1. Surveys for northern goshawks and other raptors (generally Cooper's hawk and sharp-shinned hawk) would be completed prior to project implementation. If active northern goshawk nests are discovered, all project operations would be restricted annually from March 1 to August 31 within one-half (½) mile of the active nest. If other raptor nests are discovered, all project operations would be restricted annually from March 1 to August 31 within one-quarter (¼) mile of the active nest.
2. Northern Goshawk Prescription (Figure 13, appendix A)
    a. Nest Area. No harvest or treatment of any kind would occur in the nest area (includes 30 acres around nest) of a goshawk nest. This design feature only applies to the Boggy Draw, Carlyle Point and House Creek treatment blocks.
    b. Post-Fledgling Area (PFA). An intermediate harvest treatment would be applied to this area adjacent to occupied nest sites. This prescription is designed to improve the overall stand functionality while maintaining or promoting a relatively closed canopy. Trees of all size classes up to 22-inches diameter at breast height are evaluated for harvest and designated for removal, with an emphasis on large leave groups with 20-to-30 trees per group. The objective is to promote clumps of 3-to-5 mature and older trees with interlocking crowns within groups. Individual tree structure and isolated clumping is not desired structure in this treatment type nor is promoting aspen. Small openings of two acres or less could be created when implemented for insects (e.g., bark beetles) or disease (e.g., mistletoe) (Reynolds et al. 1992). Where existing conditions do not provide for application of this prescription, thinning would focus on enhancing what is desirable and creating conditions for recruitment of the desired structure over time (Reynolds et al. 1992).
3. Elk Production Habitat - Operations in Colorado Parks and Wildlife mapped elk production habitat would not occur from May 15 to June 30 without line officer approval. The only operations that would be approved are travel through mapped production areas to units outside of the production areas. This would only be approved after consultation with Colorado Parks and Wildlife about the amount of proposed use and access routes. This design feature only applies to the Turkey Knoll treatment block (Figure 13, appendix A).
4. Critical Elk Winter Range - Operations in Colorado Parks and Wildlife mapped critical elk winter range would not occur from December 1 to April 30 without line officer approval. The only operations that the line officer would approve are travel through mapped winter range areas to units outside of the critical winter range. This would only be approved after consultation with Colorado Parks and Wildlife about the amount of proposed use and access routes. This design feature only applies to a portion of the Boggy treatment block (figure 14, appendix A).
5. To meet the desired conditions, leave a minimum of 1 snag per acre of at least 12 inches diameter at breast height and 25 feet tall. If trees in this size class are not available, then leave 2-to-3 snags per acre of at least 9 inches diameter at breast height and 15 feet tall.
6. Consult with wildlife biologist prior to layout of projects that include oak treatment in order to identify areas to be treated (assure benefit wildlife and maintain clumps of dense understory oak for turkey nesting habitat).

DRAFT

7. Mechanized equipment must not operate within exclosure areas that protect wildlife. Consult with the wildlife biologist when developing marking guidelines for trees within exclosures.

## Monitoring and Adaptive Management

Because conditions continue to change on the landscape analyzed in the Salter environmental analysis, a combination of pre-implementation reviews and an adaptive management approach would be utilized to inform implementation and to provide the opportunity to solicit input from partners that could be incorporated into the decision making process when addressing changing conditions on the ground in real-time.

This effort is intended to provide for communication and collaboration and more flexibility to adjust if changes, such as new or increased insect and disease infestation occur or the area is affected by wildfire. This approach ensures appropriate treatment based on any changed site conditions at the time of implementation. Adaptive management includes reviews of project areas during and after implementation, as well as periodic reviews of NEPA adequacy as time progresses.

The objective of the proposed treatments is to retain ponderosa pine within the identified cutting units for as long as the species continues to regenerate for the purposes of fiber production and ecosystem services within the standards and guidelines of land and resource management plan, specifically, 2.9.14. Adjustments to prescriptions could be made at any time as long as they are within the scope of this analysis.

In addition, this section describes the adaptive management process for site preparation and planting to meet desired conditions. Site preparation and planting will be prescribed to stands that fall below Forest Plan stocking levels for ponderosa pine (i.e., 150 TPA) or are projected to do so based on forest health or lack of cone production.

Another purpose of monitoring and adaptive management approach is to set up a formal communication protocol with outside partners; for example, the DWRF collaborative. If conditions change, or if approaches are not working as described, the adaptive management process identified here would be used to notify partners about the agency's findings. The process would also serve as an opportunity for the public to have direct and formal communication with agency decision makers and resource managers on specific projects. A Collaborative Exchange Folder (CEF) has been set up on the agency's main database (PINYON) that allows direct exchange of documents between the agency and partners. A Collaborative Communication Form (CCF) has been developed to officially document important communication between the agency and partners. The processes and digital storage protocol of documents are in place for this project and all projects moving forward where this level of information exchange is desired by partners.

DRAFT

Table 5 displays the proposed monitoring activities and Table 6 displays the triggers or threshold and associated adaptive management actions. The actions in this section are condition-based, and in addition to, the treatments described above.

DRAFT

**Table 5. Proposed monitoring activities**

| Resource Area | Objective | Methodology | Timing | Reporting |
|---|---|---|---|---|
| Timber | Track trends in mortality/infestation rates of Bark Beetles | Comparison of consecutive Forest Health Aerial Survey flights. Determine percent change in mortality or infestations within Salter treatment units | Prior to treatment at the project scale. Annually at the landscape level. | CSFS annual Forest Health flight data of the treatment units in map form, and placed in the Collaborative Exchange Folder (CEF) |
| Timber | Track silvicultural prescription effectiveness - Single Tree Selection | Regeneration Stocking Surveys | Third and fifth year stocking survey | Share stocking survey results utilizing the Collaborative Communication Form (CCF) and placed in the CEF. |
| Timber | Monitor cone presence as an influence on meeting desired conditions | Pedestrian survey of stand | If a stand fails first year stocking survey a bi-annual cone survey would be performed until stand passes stocking survey. | Initial surveys would be tracked internally and documented in the project record. Copies of this data would be included with a stocking failure CCF if one is sent post year 3 survey. |
| Fuels | Determine post-harvest fuel loading, and post-prescribed fire fuel loading to quantify treatment effectiveness. | Monitoring area review by agency representative through site inspections, photo points, and line intercept plots. | Pre-harvest, post-harvest, pre-prescribed fire, and post-prescribed fire | Site Inspections, photo points, and line intercept plots. |
| Invasive Species/Noxious Weeds | Detect invasive species/noxious weed occurrences and prioritize treatment of infestations (Early detection and rapid response). | Pedestrian survey by forester for noxious weeds in project area pre, during, and/or post project activities. | Pre, during and post implementation of timber harvest and associated project activities. | Forester relays spatial indicator to range specialist for site visit and on-going tracking by range specialist.<br>Spatial indicator includes current location and infestation acreage/footprint.<br>Population inventory and treatments would be reported according to national directives. |

CCF – Collaborative Communication Forum; CEF – Collaborative Exchange Folder;

DRAFT

**Table 6. Proposed adaptive management actions**

| Feature being Monitored | Trigger or Threshold | Proposed Adaptive Management Actions |
|---|---|---|
| Silviculture – Stocking level | After implementation, stocking survey shows single tree selection treated stand in the 3rd year survey has failed and is trending for continued failure in 5th year stocking survey<br>Prior to implementation stand is determined by Certified Silviculturist to be currently below minimal stocking or is trending towards this status. (heavy over story mortality or infestation that would make regeneration problematic due to lack of seed trees or pattern of residual live seed trees within a stand. | Monitor<br>Inform our partners with a CCF.<br>Site Preparation as needed, with inter- planting |
| Silviculture - Post-planting | Planting survivability is less than adequate to pass stocking survey | Monitor and adjust<br>Inform our partners with a CCF.<br>Site prep as needed, with inter- planting<br>Increase seedling container size<br>Adjust elevation band of seedlings being planted within percent mix<br>2.9.1 Anticipates climate-related plant succession changes (such as favoring heat- or drought-resistant tree species as leave trees, or in reforestation). |
| Silviculture Rx – Stand density | Residual stocking level basal area: Above or below 50-70ft$^2$/acre, Stand Density Index greater than 175. | Monitor and adjust marking, as needed. |
| Silviculture Rx – Stand structure | Physiognomy or architecture at the stand-level and fine scale does not begin to develop uneven aged characteristics with even aged definable groups, clumps and individuals. | Monitor and adjust marking, as needed. |
| Invasive Species/Noxious Weeds | Invasive species/noxious weeds are increasing within a treatment unit as a result of timber harvest activities. | Implement the design features requiring onsite decontamination and/or equipment operations in infested areas as applicable. Inform our partners with CCF when trigger has been reached to implement this design feature.<br>Adapt weeds treatment levels and locations as needed site-specifically. |

CCF – Collaborative Communication Forum; CEF – Collaborative Exchange Folder;

DRAFT

# Issue Identification and Alternative Development

Issues are points of concern about effects that may occur as a result of implementing the proposed action. Issues are generated by the public and are in response to the proposed action; others are identified by the interdisciplinary team based on local and specific scientific knowledge and may be used to disclose and compare effects between actions. Issues identified during scoping can either be addressed by developing alternatives to the proposed action or by adjusting the proposed action to resolve conflicts [36 CFR 220.7 (b)(2)(i)].

The Forest Service NEPA procedures allow the responsible official to modify a proposed action as the process progresses and requires such modifications to be made in an open and transparent process obvious to all interested parties. The description of the proposal may include a brief description of modifications and incremental measures developed through the analysis process to develop the alternatives considered. The documentation of these incremental changes to a proposed action or alternatives may be incorporated by reference in accord with 40 CFR 1502.21.

To this end, the comments received during the scoping period (refer to *Agencies or Persons Consulted* of this environmental assessment) were reviewed and assigned to a general subject matter category. Issues that were interrelated were combined into a set of issues or concerns. The following concern groupings were developed to facilitate a comprehensive approach to identifying incremental adjustments that would result in a refined, modified proposed action or additional alternative. This is not a complete list of comments received. All comments received can be located in the project record.

- **Vegetation and Silvicultural Prescriptions**
  - Large tree retention. Apply a 20 inch diameter limit.
  - Basal area. Maintain greater basal area.
  - Proposal requires an effective long-term commitment to invasive species control and monitoring.
- **Recreation**
  - Trail condition. Ground disturbance resulting from vegetation treatments could reduce the quality of the trail and/or result in eliminating access to trailheads and other recreation opportunities during project implementation.
  - Scenery. Treatments could result in a degradation in scenic quality and visitor experience.
- **Wildlife Management**
  - Installation of artificial water developments for wildlife.
  - Goshawk post fledgling family area prescriptions.
- **Economics and Feasibility**
  - Provide flexibility in design due to changing market conditions.
  - Keep restrictions to a minimum: normal operating season, hauling restrictions, weed prevention measures, etc.
  - Don’t apply restrictions that delay the removal of the wood product.

DRAFT

- ♦ Provide the ability to expedite removal of wood fiber, particularly those infected with insects or disease.
- ♦ Provide a steady supply of wood fiber.

- **Transportation System.**
  - ♦ For cost effectiveness, do not limit the construction of temporary roads.
  - ♦ The volume/acre must be commensurate with the required road maintenance costs.
  - ♦ Allow for maximum Gross Vehicle Weight limits of 97,000 lbs. for log trucks removing wood fiber.

The above potential issues and concerns were resolved through project modification, application of best management practices, project design features, or development of an alternative. The initial scoped proposed action referred to as Alternative 2 – Modified Proposed Action in the *Environmental Effects* section of this assessment, was modified by:

- Addition of multiple project design features and identification of avoidance areas for recreation to include protection of trail quality, scenery and to minimize impacts to recreationists. Development of an implementation schedule that is intended to minimize the need for closure of trails and other recreation opportunities during project implementation (Figure 12, appendix A).
- Incorporation of project design features intended to mitigate the adverse impacts of allowing for maximum gross vehicle weight, when authorized.

Resolution of potential issues and concerns also included development of a second action alternative which includes a 20-inch diameter limitation (as compared to a 26-inch diameter limitation). This alternative limits the removal of trees over 20 inches and is intended to emphasize large tree retention. This alternative is referred to as Alternative 3 – Large Tree Retention in the *Environmental Effects* section of this assessment. There are no other differences between Alternative 2 and Alternative 3. All of the other components included in Alternative 2 are also included in Alternative 3. The original scoping package (dated February 21, 2020) is included in the project record.

# Section 3 - Environmental Effects

This section describes the environmental impacts of the modified proposed action (Alternative 2) and the Large Tree Retention Alternative (Alternative 3) in relation to whether there may be significant environmental effects as described at 40 CFR 1508.27. The effects of taking no action are also analyzed and used as a basis for comparison to the action alternatives. Further analysis and conclusions about the potential effects are available in resource specialist reports and other supporting documentation located in the project record. The following effects discussions are summaries from the specialist reports that have relevance with respect to a determination of significance. Appendix C. Resources Dismissed from Detailed Analysis~~Appendix C. Resources Dismissed from Detailed Analysis~~ contains a description of the resources that were considered and eliminated from further detailed analysis.

DRAFT

# Cultural Resources

### Consultation under the Streamlined Section 106 Compliance Process

Under the PA, the NEPA scoping process is used as the initial outreach to identify consulting parties and interested parties and to communicate with the public, as required in 36 CFR 800.3(e)-(f). At the same time, a tribal consultation letter is sent to all culturally affiliated Indian tribes, describing the proposal and requesting their participation in subsequently phased treatment sectors. Tribes that request to continue consultation for the proposal are sent the project notification package. Following completion of the inventory for each treatment block identified, these tribes are also sent a letter summarizing the results of the inventory and requesting feedback. If during consultation it is determined that implementation of a proposed treatment block has the potential to affect a property that is identified by a tribe as having traditional cultural or religious importance, the Forest would continue consultation with the tribe regarding the assessment and resolution of effects to the property. Tribal consultation is ongoing for the proposal.

## Affected Environment

### Results of the Class I Literature Review

An Initial Cultural Resources Report was prepared for the proposal and transmitted to Colorado State Historic Preservation Office on June 8, 2020. The area of potential effects (APE) for the Salter EA project is defined for the purpose of this report as the EA analysis area plus a 100-meter buffer, which was applied to account for locations at which the analysis area and treatment units may be coterminous. The area of potential effects measures approximately 50,305 acres in size.

Approximately 156 previous cultural resources inventories have been conducted within the proposed project's area of potential effects. These include approximately 29 class II (reconnaissance) inventories and approximately 127 class III (intensive) inventories. In total, approximately 43,026 acres within the area of potential effects have been surveyed prior to the identification of implementation projects. This figure includes approximately 41,509 acres within the area of potential effects that were surveyed at the class II level and approximately 14,470 acres within the area of potential effects that were surveyed at the class III level.

Two hundred twenty-two previously recorded archaeological sites are located within the area of potential effects for the proposed project. This figure includes one archaeological district that is listed on the National Register of Historic Places (NRHP), one site that is contributing to the National Register eligibility of that archaeological district, two sites that are non-contributing to the National Register eligibility of that archaeological district, one multicomponent site that is listed on the NRHP, 45sites that have been officially determined eligible to the NRHP, 35 sites that have been officially determined Needs Data, 71 sites that have been officially determined not eligible to the NRHP, and 71 sites that are currently unevaluated because an official eligibility determination has not been made.

Preliminary information about the National Register of Historic Places eligibility status of archaeological sites within the area of potential effects by temporal affiliation is shown in table 7~~table 7~~, below.

**Table 7. Known archaeological sites within the proposal's area of potential effects**

| Site Temporal Affiliation | NRHP Eligibility Status Eligible[2] | NRHP Eligibility Status Needs Data | NRHP Eligibility Status Not Eligible[3] | NRHP Eligibility Status Unevaluated | Total |
|---|---|---|---|---|---|
| Prehistoric | 20 | 30 | 52 | 39 | 141 |
| Historic | 15 | 2 | 17 | 21 | 55 |
| Multicomponent | 10 | 3 | 2 | 5 | 20 |
| Unknown | | | | 6 | 6 |
| **Total** | **45** | **35** | **71** | **71** | **222** |

In addition, 35 isolated finds have been recorded within the proposal's area of potential effects and determined not eligible to the National Register of Historic Places.

### Effects of the Alternatives

Potential direct and indirect adverse effects to historic properties would be addressed under the PA (USDA 2017). The project design features identified in Appendix B. Cultural Resources Programmatic Agreement Vegetation Management Activities-Specific Project Design Features would be applied consistent with the PA. Therefore, the proposal would have no direct or indirect adverse effects to cultural resources. Although there may be other projects that spatially and/or temporally overlap the area of potential effects for the proposal, the lack of adverse direct or indirect effects means that there would be no adverse cumulative effects to historic properties.

## Fuels and Fire Management

### Affected Environment

The existing vegetation type throughout the project area is primarily Southern Rocky Mountain Ponderosa Pine Woodland (EVT 2054), with areas of Rocky Mountain Gambel Oak-Mixed Montane Shrubland (EVT 2159)(LANDFIRE 2.0.0). Surface fire behavior fuel models throughout these areas are variable, but primarily are moderate load dry climate grass-shrub (GS2), which is identified as the fuel model across 44 percent of the project area. A breakdown of all fuel models that make up over one percent of the project area is shown in figure 3, below.

[2] This column includes sites that have been determined to be contributing to the National Register of Historic Places eligibility of a larger resource.
[3] This column includes sites that have been determined to be noncontributing to the National Register of Historic Places eligibility of a larger resource.




**Figure 3. Salter project area surface fuel model distribution**

Canopy characteristics across the project area are very similar across all treatment areas, with an average canopy cover of 36 percent, average canopy height of 47 feet, and average canopy base height of 6 feet. The average canopy fuel load is approximately 2.24 tons per acre.

In average summer conditions, fire behavior would be predominantly surface based, with flame lengths of approximately four feet and rates of spread near 900 feet per hour. As conditions approach the 90th percentile of fuel dryness, passive crown fire can occur with 20 foot windspeeds as low as 6 miles per hour to initiate torching (Torching Index). Fuels in the project area are generally not conducive to active crown fire, where the entire tree canopy carries fire, with sustained 20 foot winds of 24 miles per hour required (Crowning Index). A 24 miles per hour 20 foot 10-minute average windspeed has not occurred in the past 20 years in May through October at the nearby Salter RAWS (055205). While gusts above 24 miles per hour have occurred approximately 15 percent of the days in fire season, comparing the crowning index with observed windspeeds can help explain why the project area has not seen areas of widespread active crown fire in the recent past. While it is certainly possible for many areas to crown, gentle topography and heavy canopy cover tend to limit windspeeds at the surface which could increase fire intensity above critical thresholds.

In the past ten years, approximately 34 percent of the project area has experienced fire, either wildfire or prescribed, with less than one percent of the project area undergoing mechanical disturbance. The majority of disturbance is due to the 2018 Plateau Wildfire, which burned nearly 20,000 acres during exceptional drought. This fire reduced basal area across the footprint by approximately 32 percent, with most of the fire area (58 percent) experiencing between a 0-to-25 percent reduction in basal area (US Forest Service Rapid Assessment of Vegetation Condition after Wildfire, 2018). The highest category of basal area loss (75 percent-to-100 percent) was generally observed on steep slopes which are outside of the project area.




**Figure 4. Plateau Fire, percent basal area loss, open and closed evergreen tree canopy, RAVG**

The remaining acres of fire disturbance are largely from prescribed fire in 2019, when over 4,000 acres were treated, as well as two other fires from 2016 and 2017, the Long Draw and Draw Fires which together burned nearly 4,500 acres at low severity.

## Effects of the Alternatives

### Effects of the No Action Alternative (Alternative 1)

The no action alternative would leave forest structures at present stand densities until disturbance through either fire or insect mortality altered them. Fires throughout the project area have displayed a mix of low, moderate, and small areas of high severity, which would continue. The scale of unplanned ignitions would be larger in drought years, trending toward a more typical prescribed fire coverage in average precipitation years. Prescribed fire would continue throughout the project area at a rate approaching 3,000-to-5,000 acres per year under the Dolores Ranger District Ponderosa Pine Prescribed Fire Environmental Assessment Decision Notice (USDA 2017).

Insect induced mortality would continue to occur, predominantly in small patches but with some areas of larger higher severity outbreaks likely. The infested stands would display similar characteristics to affected stands in the Lone Pine environment, with similar diameter classes experiencing mortality. As time goes on, these dead standing trees would fall, increasing surface fuel loading and leading to higher severity fires in the future which would allow for ponderosa pine regeneration on the edges of the high severity patches, eventually filling in and creating successional class diversity.

As time continues, if the entire project area did not experience multiple disturbances to reduce surface fuel loading and canopy cover, it would eventually experience active crown fire. Large scale crown fire is not something ponderosa pine is adapted to, and it could lead to a type conversion from forest to shrublands if the area burned at high severity is large enough.

## Direct Effects of Alternative 2 – Modified Proposed Action and Alternative 3 – Large Tree Retention

Given that the difference between the modified proposed action alternative and the large tree Retention alternative is primarily silvicultural, the direct, indirect, and cumulative effects to fuels and fire management of both action alternatives are the same.

The proposed action would result in increased dead surface fuel loading at the one hour (<1/4 inch), 10 hour (1/4 inch-to-1 inch), 100 hour (1 inch to 3 inches) and 1000 hour (3 inches to 8 inches) size classes from timber activities. While canopy cover and canopy bulk density would be decreased by the proposed action; an expected increase in canopy base height, an increase in surface fire intensity and rate of spread is likely in treated areas without follow-up prescribed fire activities. In addition to the surface fuel loading increase, the proposed action would decrease the canopy cover, which would allow surface fuels to dry more quickly due to the lack of shading and experience higher midflame windspeeds due to the lack of sheltering than in the no action alternative.

Fuels would either be piled or lopped and scattered depending on specific site conditions. Where fuels are piled and burned, residual surface fuel loading would be similar to pre-treatment conditions after pile prescribed fire occurs. Residual fuels would be able to dry more quickly than untreated areas, and treated areas would experience higher midflame windspeeds. This would result in an increase in fire behavior relative to adjacent untreated areas, but higher canopy base heights would limit torching and serve to increase both torching and crowning indices in treated stands. Where fuels are lopped and scattered, initial entry broadcast prescribed fire focused on maintaining overstory characteristics would likely reduce 20-40 percent of activity fuel loading resulting from timber management activities. Follow-up treatments must occur within 6-15 years in order to further reduce surface fuel loading.

After prescribed fire occurs, future fire behavior would be largely surface fire until Gambel oak regenerates to a height where it can act as a ladder fuel for residual overstory, roughly 10-15 years post pile prescribed fire. Regeneration resulting from the combination of the proposed action and prescribed fire creating a seedbed for ponderosa pine would likely require little effort to protect from future fires, as high live foliar moisture relative to the broader overstory and compacted and lightly loaded surface fuelbeds typically result in low fire intensity. In the long term, after multiple entries of prescribed fire, piling or lopping and scattering of slash under the proposed action would result in stands which are more resistant to future disturbances and able to recover more rapidly without human intervention.

## Indirect Effects

Prescribed fire is highly dependent on specific weather and fuel moisture parameters to implement, which are typically present in the project area for 50-60 days per year. However, during times of drought fuels can become too dry, as can the overall weather pattern, requiring a delay in prescribed fire implementation until more moderate conditions return. The proposed action would result in several thousand acres of increased surface fuel loading per year. Depending on the slash disposal plan for each project area, fuels would either be piled or lopped and scattered. A dry winter, spring, or summer could significantly delay prescribed fire either by broadcast or pile methods, resulting in a longer amount of time that increased surface fuel loading exists in the project area. Wildfires, both human and naturally ignited, would continue to occur in the project area, and if they are coincident with drought, have the potential to reduce overstory stocking below targeted levels. Conversely, naturally ignited wildfires occurring during near-



DRAFT

average conditions would have the potential to reduce activity fuels to desirable levels while maintaining desired overstory characteristics.

#### Cumulative Effects

Historical fire behavior within the project area was a mix of intensities, leading to a heterogenous forest structure created and maintained by low, mixed, and high severity fires (Baker 2018). While in the short-term these areas would experience low severity fire; as shrubs resprout and surface fuel loading increases, an increase in mixed fire severity would occur and in the long-term contribute to maintaining and increasing landscape heterogeneity.

The Salter proposed action would occur simultaneously with the Lone Pine and Dolores Ranger District Prescribed Fire actions. Taken together, these projects would reduce the threat of wildfires impacting communities, watersheds, habitat, and infrastructure, while increasing the likelihood of fire benefitting these resources and assets. The proposed action and ongoing actions would result in approximately 20,000 to 30,000 acres of disturbance per year within the ponderosa pine vegetation type on the Dolores Ranger District. Future fire behavior along mesa tops targeted for timber management activities would be primarily surface fire, with some individual and group tree torching expected, and canyons would demonstrate additional passive and some active crown fire.

## Invasive Species

### Affected Environment

The spatial analysis area for analyzing the direct, indirect, and cumulative effects to invasive species management is the project area total proposed treatment areas and associated roads, because noxious weed establishment would be closely related to the treatment units and associated roadways where ground disturbance or vehicle traffic occurs.

Several different noxious weed species are present within and near the analysis area. Inventory and treatments are ongoing. Acres affected by noxious weeds change as new infestations establish and other infestations are eradicated. The same past and present uses described for livestock grazing have affected noxious weeds in the analysis area. Public recreation, especially motorized use, can add to the spread of noxious weeds across the landscape as it allows for the widest span of distribution. Weed infestations are usually associated with roadways, high recreation use areas such as trailheads and camping areas, and areas where livestock concentrate, such as water developments, fencelines, and salting grounds, where bare ground is created, allowing for infestation. High priority weed infestations are treated with herbicide with the intent of eradication, though eradication is not always achieved. All species on the Colorado Noxious Weeds List B are targeted for eradication. These species are known to be invasive and increase with disturbance. Noxious weed infestations negatively affect ecosystem health, reduce livestock forage, and reduce wildlife habitat among other detrimental effects.

### Effects of the Alternatives

#### Direct and Indirect Effect of No Action (Alternative 1)

Invasive species and noxious weeds in the analysis area would not directly increase or decrease as a result of the proposed ponderosa pine harvesting. Impacts from the no action alternative would be the same as the existing conditions described above.

DRAFT

### Direct and Indirect Effects of the Action Alternatives (Alternative 2 – Modified Proposed Action and Alternative 3 – Large Tree Retention)

Noxious weeds could potentially be introduced and/or increase in distribution and acreage as a result of proposed ponderosa pine harvest and associated activities. All vehicles and equipment can serve as vectors for the spread of noxious weeds. Therefore, vehicular traffic for harvest operations may spread noxious weeds. Activities that create bare ground can also lead to noxious weed establishment when desirable competitive species are removed and noxious weed seedbeds are established; activities such as skidding lanes, road construction, landing sites, and pile burning can lead to removal of desirable plant species and bare soil. Mitigation measures as part of design features would reduce the likelihood of noxious weed establishment and the need for follow-up treatments to eradicate established populations. Additionally, design features include use of weed-free seed in reclamation implementation.

### Cumulative Effects

Past and present effects to noxious weeds are the same as those listed under existing conditions, which includes influences from many uses and disturbances. Reasonably foreseeable future actions are similar to past and present actions as the same activities listed as affecting livestock grazing and are expected to continue.

Under the proposed alternatives, noxious weeds within the analysis area would have effects similar to those described for direct and indirect effects in that noxious weeds would potentially increase in distribution and acreage. In particular, potentially increased recreation from increased access would likely occur. User- created routes are sometimes formed from closed logging roads. If this occurs, a large user created route network would result in a greater likelihood of noxious weed spread and establishment. Therefore, noxious weeds in the project area could potentially cumulatively be increased over time under the proposed alternatives, requiring increased treatment and action to limit infestations.

Table 8 summarizes the environmental effects to rangeland resources and invasive plants under the proposed action alternatives.

**Table 8. Summary of environmental effects to invasive plants from proposed alternatives**

| Resource Element | Indicator/Measure | Proposed Alternatives Effects |
|---|---|---|
| Invasive Species | Noxious Weed Establishment/Infested Acres | **Direct and Indirect Effects:** Activities associated with timber harvest may increase noxious weed establishment. Implementation of proposed design features would reduce the likelihood of noxious weed establishment and the need for follow-up treatments to eradicate established populations. Treatment of established weed populations would continue.<br>**Cumulative Effects:** Noxious weeds could increase primarily due to increased access over time, requiring increased treatment efforts. |



DRAFT

# Rangelands

## Affected Environment

The spatial analysis area for analyzing the direct, indirect, and cumulative effects of the proposed alternatives to rangeland resources are the 11 active individual livestock grazing allotments with proposed treatment units within them in the project area (table 9).

**Table 9. Percentage of total allotment acres within the Salter analysis area**

| Allotment | Approximate Percentage |
|---|---|
| Bald Hill | 47 |
| Beaver Crossing | 31 |
| Biggs | 68 |
| Calf | 21 |
| House Creek | 5 |
| Koehn | 59 |
| Mavreeso | 9 |
| Oak Knolls | 31 |
| Pease Point | 32 |
| Salter | 3 |
| Trimble | 46 |

Two other allotments overlap the project area – Sagehen and River Corridor – but proposed treatment acreage is minimal, and these allotments are currently vacant. Therefore, the Sagehen and River Corridor allotments are not carried forward in analysis of rangeland resource impacts.

The active allotments were selected as the analysis area for rangeland resources because rangeland and livestock grazing impacts from the proposed alternatives is confined within each individual allotment. While proposed timber harvesting does not necessarily occur in all areas or pastures in an individual allotment, the entire allotment may be affected in terms of livestock forage and operational impacts.

Most of the suitable rangeland in the 11 active allotments is found in open meadow parks, as well as aspen understory vegetation types. Ponderosa pine forests in the analysis area are considered suitable for livestock grazing and do provide understory vegetation for livestock forage to varying levels, but typically not to the level of meadows and aspen understory. Ponderosa pine stands may provide average annual understory production of air-dry vegetation in a range of approximately 900-1,400 pounds per acre dependent on environmental conditions and specific soils and ecological sites (USDA 2001, USDA 2001a). As ponderosa stands continue to mature in absence of other disturbances such as fire, increased tree canopy cover can reduce understory vegetation species presence and/or production levels through shading and competition for resources; this can subsequently reduce livestock forage in these areas over time.

Livestock forage in the analysis area has been affected by historic grazing and past and current logging operations. Other factors that have affected the forage in the treatment area include road infrastructure, recreation uses, wildlife use, and wildland fire, revegetation, among others. Seeding with nonnative grass species such as smooth brome has also occurred. Drought has also

DRAFT

reduced plant forage production and subsequent livestock forage. Noxious weeds have established in certain areas, most commonly in those areas with recreation and vehicular traffic. Noxious weeds can compete with desirable plant species and negatively affect ecosystem health, thereby decreasing forage availability in some areas.

## Effects of the Alternatives

### Direct and Indirect Effects of No Action (Alternative 1)

There would be no immediate effects on forage availability as a result of the no action alternative in the 11 active grazing allotments. There would be no need for adjusting the use on the grazing allotments as it pertains to this project and no other livestock operation impacts would occur from the proposed ponderosa pine logging and associated impacts. Indirectly, as ponderosa stands continue to mature in absence of other disturbances such as fire, increased tree canopy cover would reduce understory vegetation; shading and competition for resources would subsequently reduce livestock forage in these areas over time.

### Direct and Indirect Effects of the Action Alternatives (Alternative 2 – Modified Proposed Action and Alternative 3 – Large Tree Retention)

As described above, the treatment area overlaps with multiple pastures in the allotments. Greater impacts from project-related activities would occur in those allotments and pastures with higher project area treatment acreage (table 9). Some pastures within the allotments would have no proposed treatments, while others would have minimum to high levels. The Biggs Carlyle and Bald Hill Bean pastures would have the highest proportion of treatment acres. Of the approximate total allotment acreage, the Koehn and Biggs allotments would be most affected by the proposed activities with over approximately 50 percent of their respective acreage affected. All other total analysis area allotment acreage impacted would be under approximately 50 percent at varying levels, with the Salter Allotment affected the least by the proposed alternatives in terms of acreage. The proposed treatment units do not overlap with the pastures on the House Creek and Pease Point allotments. For the Salter Allotment, only the Middle pasture is impacted by the proposed alternatives.

During operations, harvesting and thinning of ponderosa pine stands would temporarily reduce forage availability in thinned areas over the short-term. Forage would not be available to livestock if they are restricted from the actively logged areas during operations. Where new temporary roads are constructed, forage would be lost for the life of the road; however, the direct impact to forage loss within pastures would be minimal. Changes to pasture rotations and livestock distribution patterns across the analysis area allotments may be necessary to maintain proper forage utilization levels and to maintain and/or move toward desired vegetation conditions. Coordination between US Forest Service staff and affected grazing permittees regarding the timing and location of active logging and associated activities would minimize this impact.

Once ponderosa pine harvesting operations are concluded, livestock forage in thinned areas would be expected to be similar to pre-harvest conditions or to be improved as palatable understory species potentially increase presence and production with decreased resource competition. Improvement in livestock forage would occur from increases in understory vegetation from decreased ponderosa pine canopy cover and subsequent reduction in resource competition. A study in northern Arizona ponderosa pine forests concluded that ponderosa pine

thinning increased the abundance of native graminoid species within the project area (Griffis et al., 2000). Livestock grazing of palatable grass, forbs, and shrubs in treatment areas would reduce these plants' competition with ponderosa pine seedlings following harvest. Livestock grazing with proper utilization levels and distribution in thinned areas is not anticipated to prevent regeneration of ponderosa pine. Maintaining proper utilization levels, periodic pasture deferment through a rotational grazing system, and use of livestock distribution practices would reduce livestock grazing impacts on ponderosa pine regeneration and long-term ponderosa pine stand condition and additionally help sustain potential livestock forage gains from the thinning of mature stands.

Temporary roads that are reclaimed may contribute to livestock forage once vegetation is established. Livestock forage in harvested areas could decline if noxious weeds are introduced and spread. Design features to mitigate increases in noxious weeds are included in the proposed alternatives.

In terms of livestock operation and range improvement impacts from ponderosa pine harvesting and associated activities, impacts would be temporary and short-term. Potential livestock operation impacts include cattle potentially dispersing more and moving into unauthorized areas with increased traffic and access, and if barriers such as fences are removed, or gates are left open. These impacts would only occur from the proposed alternatives when harvest operations occur at the same time as cattle presence on allotments. Range improvement impacts from operations primarily could occur from allotment pasture and boundary fence removal and/or damage. To help mitigate these potential impacts, design features regarding range improvement maintenance and repair, gate closures, and concentration of operations within pastures are included as part of the proposed action. Coordination with permittees as a design feature would also assist in reducing any potential additional burden on permittees to move and locate livestock due to harvesting operations. Additionally, long-term range trend plots could be damaged if operations and soil disturbance activities such as skidding areas and roads are placed on them. Therefore, design features include avoidance of these plots.

### Cumulative Effects

Under the proposed alternatives, livestock forage in ponderosa pine stands within the analysis area would have effects similar to those described for direct and indirect effects as understory forage may improve over time with a reduced tree canopy cover from harvesting. Therefore, livestock forage across the analysis area in ponderosa pine stands could potentially be cumulatively improved over time under the proposed alternatives if no other disturbances thin mature ponderosa pine stands.

As the Salter Allotment has current ponderosa pine treatments under the Lone Pine Vegetation Management Project, and the cumulative effects of this project and the proposed alternatives only results in an approximately one percent increase in treatment acreage in the Middle pasture. Overall, the cumulative effects of the Lone Pine and the proposed alternative treatment acreage would be 22 percent of the approximate total allotment acreage. For the House Creek Allotment undergoing aspen treatment under the Dolores Aspen Landscape Vegetation Project, the cumulative effects of aspen and the proposed ponderosa treatment acreage would not occur in the same pastures and the overall allotment acreage affected by treatments would remain at approximately five percent. For the Pease Point Allotment also impacted by aspen treatments under the Dolores Aspen Landscape Vegetation Project, the cumulative effects of both aspen and the proposed ponderosa pine harvest raise the total approximate acres affected to 39 percent; however, there is no overlap in pastures affected between these two projects.

Past and present effects on livestock operations are also the same as those listed under existing conditions and are expected to continue. Because direct and indirect effects to livestock operations would be short-term and be lessened with implementation of design features, there would be no long-term cumulative effects under the proposed alternatives. Table 10 summarizes the environmental effects to rangeland resources under the proposed action alternatives.

**Table 10. Summary of environmental effects to rangeland resources from proposed action alternatives**

| Resource Element | Indicator/Measure | Proposed Alternatives Effects |
|---|---|---|
| Rangeland Resources – Forage Availability | Forage Availability - Palatable Plant Species Presence & Pounds of Forage per Acre (Production), Utilization levels | **Direct and Indirect Effects:** Forage availability would decrease in the short-term during harvesting and associated activities.<br>Over the long-term, following conclusion of proposed activities, forage availability in treated ponderosa pine stands would be expected to be similar to pre-harvest conditions or to be improved with proper use, rotations, and implementation of design features.<br>**Cumulative Effects:** Forage availability in ponderosa pine stands could potentially be cumulatively improved over time. |
| Rangeland Resources – Livestock Operations | Pasture Rotations, Forage Utilization, Range Improvement Condition | **Direct and Indirect Effects:** Impacts would be temporary and short-term and would occur during operations. Implementation of proposed design features would reduce impacts to operations.<br>**Cumulative Effects:** Short-term effects would occur, but no cumulative long-term effects. |

Based on the discussion above and following the provided design criteria and mitigation measures, the proposed alternatives would meet or move rangeland resources and invasive plant management toward desired conditions identified in the San Juan LRMP. No significant effects to rangeland resources or invasive species were identified in this report

# Rare Plants

## Affected Environment

There are 23 Forest Service Region 2 sensitive plant species known or suspected to occur on the Dolores Ranger District. Based on a review of elevation profiles, existing vegetation associations, the most recent sensitive plant data from the Colorado Natural Heritage Program, and soil map unit characteristics and acreages (USDA 2001; USDA 2001a; USDA 2003), there is habitat present in the analysis area for seven of these 23 sensitive plant species. This includes violet milkvetch (*Astragalus iodopetalus*), Missouri milkvetch (*Astragalus missouriensis var. humistratus*), Aztec milkvetch (*Astragalus proximus*), Lone Mesa snakeweed (*Gutierrezia elegans*), Mancos shale packera (*Packera mancosana*), cushion bladderpod (*Physaria pulvinata*), and largeflower triteleia (*Triteleia grandiflora*). These seven species are carried forward for detailed analysis. Sensitive plant species that do not have suitable habitat within the analysis area are not carried forward for detailed analysis.

Forest Service Manual 2670 -Threatened, Endangered and Sensitive Plants and Animals provides direction for determining survey needs. Guidance directs that if a field survey is not feasible and

effective for providing information on presence/absence or number and location of individuals, then it is assumed the species is present and expected effects are analyzed.

Field surveys have not been conducted due to the large project area and because the exact site-specific locations and timing of project activities and disturbance have not been determined within the Salter project area and would undergo specific prescriptions in the future. Additionally, growth characteristics of sensitive plants do not always lend to reliable detection; therefore, a lack of occurrence during a field survey would not guarantee absence. While no botanical field surveys have been conducted for this project, past rare plant surveys on the district were reviewed for this analysis.

## Effects of the Alternatives

### Effects of No Action (Alternative 1)

Under the no action alternative, there would be no immediate project-implementation impacts from proposed ponderosa pine logging and associated activities in the analysis area to any federally listed threatened, endangered, proposed, or candidate plant species or their habitat, nor any FS Region 2 sensitive species. Therefore, potential introduction of invasive species and noxious weeds and ground disturbance would not directly occur from the proposed action alternatives in the analysis area. Additionally, there would be no potential beneficial effects to rare plants such as reduced ponderosa pine canopy cover or wildfire intensity reductions from the proposed action alternatives under the no action.

### Effects of the Action Alternatives (Alternative 2 – Modified Proposed Action and Alternative 3 – Large Tree Retention)

### Threatened, Endangered, Proposed or Candidate Species

Since there are no federally listed threatened, endangered, proposed, or candidate plant species or their habitat known or suspected to occur in the analysis area, a determination of “no effect” was reached.

### US Forest Service Region 2 Sensitive Species

For all Forest Service Region 2 sensitive species potentially occurring within the analysis area as listed above, the following general impacts and previously identified design features for invasive species apply. Additionally, proposed design features for Hydrology and Soils in the environmental anssessment limit or prohibit equipment use equipment use when soils are saturated, which reduces soil equipment impacts. Proposed design features for Hydrology and Soils also restrict roads, landings, skid trails, concentrated-use sites, and similar soil disturbances to designated sites to no more than 15 percent of any timber sale unit. Limiting the acreage of these soil disturbances reduces the potential impacts to sensitive plants. Proposed implementation of the design features for invasive species and those specific to other resources as listed previously in this environmental analysis reduces potential for detrimental impacts to any sensitive species population within the Salter analysis area from proposed disturbance activities.

### Associated Project-Implementation Impacts for All Species:

Invasive Species: Some invasive species (noxious weeds) do occur within the analysis area, though in smaller isolated populations. Noxious weeds can negatively affect ecosystem health and compete with native plant species, including sensitive plants. The *San Juan Invasive Species*

*Action Plan* addresses the noxious weeds strategy across the San Juan National Forest. Through contractors, county agreements, and agency applicators, noxious weed species are surveyed and treated on an annual basis. Funding from timber sale contracts return to the district to further supplement the invasive species program. Because soil disturbance and vehicular traffic can increase the spread of noxious weeds, there is a higher risk of spread and infestations where bare ground occurs and along roadways and where motorized use occurs. Therefore, design features are proposed to minimize spread and new infestations. The project area and areas within the analysis area would continue to be surveyed and receive noxious weed treatments as needed.

Equipment Operation, Skidding & Landing Areas, & Temporary Roads: Soil disturbance, compaction, and bare ground areas can occur from equipment operation, skidding and landing areas, and new temporary road construction. Temporary roads may be utilized to access and haul materials from treatment units within the analysis area and can reduce skidding and landing areas. Proposed priorities are to use existing roads prior to the need to construct temporary roads. Attempts to limit temporary road construction reduces the chance of potential soil disturbance where sensitive plants might be present.

Burn Piles: Slash that is piled and later burned can alter soil properties underneath the pile due to high temperatures. Exact locations or quantities of slash piles have not yet been identified. The burning of slash piles and soil sterilization within the pile footprint could potentially harm any individual plants as well as create areas of bare soil where noxious weeds could establish. To reduce the footprint of burn piles and reduce impacts to soils and plants, a design feature is proposed to limit pile size.

### Determinations

**Violet Milkvetch** (*Astragalus iodopetalus)*: Implementation of proposed design features would reduce potential negative impacts to violet milkvetch. Disturbances associated with this project. Impacts would be short-term and past survey attempts have failed to document species presence on the Dolores Ranger District. In addition, this project would not impact the two known location of this species on the San Juan National Forest. Therefore, it has been determined that project activities may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide for violet milkvetch.

**Missouri Milkvetch** (*Astragalus missouriensis var. humistratus*): Implementation of proposed design features would reduce potential negative impacts to Missouri milkvetch. Disturbances associated with this project are short-term and past survey attempts have failed to document species presence on the Dolores Ranger District. In addition, this project would not impact the four known location of this species on the San Juan National Forest. Therefore, it has been determined that project activities may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide for Missouri milkvetch.

**Aztec Milkvetch** (*Astragalus proximus*): Implementation of proposed design features would reduce potential negative impacts to Aztec milkvetch. Disturbances associated with this project are short-term and past survey attempts have failed to document species presence on the Dolores Ranger District. In addition, this project would not impact the five known location of this species on the San Juan National Forest. Therefore, it has been determined that project activities may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide for Aztec milkvetch.

**Lone Mesa Snakeweed** (*Gutierrezia elegans*): Implementation of proposed design features reduce potential negative impacts to Lone Mesa snakeweed. Disturbances associated with this project are short-term and habitat is located outside of proposed project area timber harvest treatment units where the majority of proposed activities would occur. In addition, this project would not impact the five known occurrences, including the one known occurrence located on the San Juan National Forest. Therefore, it has been determined that project activities may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide for Lone Mesa snakeweed.

**Mancos Shale Pakera** (*Pakera mancosana*): Implementation of proposed design features reduce potential negative impacts to Mancos shale pakera. Disturbances associated with this project are short-term and habitat for this species is located outside of proposed project area timber harvest treatment units where the majority of proposed activities would occur. In addition, this species is not known to occur on the San Juan National Forest; this project would not impact the know occurrences of this species outside of the San Juan National Forest. Therefore, it is been determined that project activities may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide for Mancos shale pakera.

**Cushion Bladderpod** *(Physaria pulvinata*): Implementation of proposed design features reduce potential negative impacts to cushion bladderpod. Disturbances associated with this project are short-term and habitat for this species is located outside of proposed project area timber harvest treatment units where the majority of proposed activities would occur. In addition, this project would not impact the know occurrence of this species on the San Juan National Forest. Therefore, it had been determined that project activities may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide for cushion bladderpod.

**Large-flower Triteleia** (*Triteleia grandiflora*): Implementation of proposed design features reduce potential negative impacts to largeflower triteleia. Disturbances associated with this project are short-term, the long term effects of forest thinning are likely to be beneficial, and the known population has been documented to be resilient to disturbance. In addition, the known location of this species in the analysis area is located outside of proposed project area timber harvest treatment units where the majority of proposed activities would occur so this project would not impact the know occurrence of this species on the San Juan National Forest. Therefore, it has been determined that project activities may adversely impact individuals and the local population, but is not likely to cause a trend to federal listing or a loss of species viability range wide for large-flower triteleia.

### Determination Summary

**Federally Listed Plant Species:** Project-related activities would not affect federally listed threatened, endangered, proposed, or candidate plant species.

**Sensitive Plant Species:** For the seven Forest Service Region 2 sensitive plant species with potential to occur, or habitat in, the Salter project area and greater analysis area, it has been determined that project related activities may adversely impact, but are not likely to cause a trend to federal listing or a loss of species viability range-wide for these species feature.

DRAFT

## Recreation Activities and Experience

This section addresses the potential impacts of the Salter Vegetation Management project on recreation access, opportunity and experience

### Affected Environment

The recreation analysis will focus on the area east of the Dolores River Canyon and north of the town of Dolores, which includes approximately 50,000 acres. Analysis further focuses on the harvest units and roads that would be used to access the cut units. Recreation effects would occur where harvest operations and hauling occur as well as where mechanical treatment and prescribed fire is used. Areas outside of the cut units and access roads are not discussed in detail because they are not affected. Effects to recreation will be considered for up to a 10-year time period. This time period was chosen because this project is anticipated to be completed within that time frame.

The Salter analysis area receives moderate to heavy levels of recreation use during the summer months, moderate to heavy use during big game hunting seasons and low to moderate use during the winter. There are no developed recreation facilities in the general area except for McPhee Reservoir and House Creek Campground. Neither are in the planning area. Dispersed forms of recreational use are dominant in the analysis area and include big game hunting, off-highway vehicle travel (ATVs/UTVs, motorcycles, snowmobiles), driving for pleasure, horseback riding, dispersed camping, hiking, mushroom gathering, firewood cutting, snow biking, mountain biking, and cross country skiing.

The Boggy treatment block is a high use recreation area and one of the most heavily used recreation zones on the District. Over the past five years more than $300,000 of trail infrastructure projects have been completed on the Boggy non-motorized and motorized trail system. Use of the trail system as well as dispersed camping continues to grow. It is a popular destination when the lower country grows hotter throughout the summer and remains a popular mountain bike, equestrian and pedestrian use area during the spring and fall shoulder seasons.

There is trailhead access to the Boggy Draw motorized and non-motorized trail system as well as access to other system routes mostly in the form of forest roads. The trails (and their users) in the project area do have the potential to be adversely affected if impacts are not mitigated. All six blocks include popular dispersed camping areas where vegetation management operations would affect visitors. The users of this area consist of locals that live adjacent to the Forest, including residents of Mancos, Cortez, Durango and Farmington, NM as well as visitors from many states.

The Salter analysis area allows for motorized travel on designated system trails and roads during the summer and fall seasons. Limited cross-country off highway vehicle travel is allowed by big game hunters in some parts of the planning area who are retrieving a downed deer or elk. Winter travel by the public is open to over snow travel. Pleasure driving uses Management Level 2 and 3 roads, both of which offer a similar viewing experience.

There are commercial operators whose permits include operations within the project area. Colorado Elk Hunters offer guided hunting operations in the area during elk and deer hunting season. In addition, Open Sky operates wilderness therapy sessions in the area but is highly mobile and able to move to areas outside of timber operations. Many private big game hunters use the landscape during archery, muzzle loading and rifle season. There are limited snow bike grooming operations that are conducted in the Boggy block.

Portions of the Boggy Draw trail systems are on Level 1 roads which are routes that are currently in storage. The Boggy Draw non-motorized trail system has 1.94 miles of level 1 roads while the motorized routes include 8.28 miles of level 1 roads. Visitors should expect that the trails with Level 1 roads would see significant impacts to the tread that would need to be mitigated via trail reconstruction.

The current Recreation Opportunity Spectrum for the project is classified as Roaded Natural Setting. Roaded Natural settings are characterized by a higher degree of developments and human footprint than those of primitive and semi-primitive settings. Sights and sounds of human activity are common, as are encounters with other users and types users when in these areas. Users should also expect the presence of active management activities, areas of adjacent or interspersed private lands and development, an extensive trail network and abundant access points for recreational activities. Resource modification and utilization practices are obvious but harmonize with the natural environment. There are no wilderness areas, research natural areas, special recreation areas, developed campgrounds, or restroom facilities within the analysis area.

## Effects of the Alternatives

### No Action (Alternative 1)

Under the no action alternative, no timber harvest would occur. Disruptions to recreation activity from treatment activities would not occur. There would be no Knutsen-Vandenberg allocated funding available to help fund projects to fund recreation improvements including closing user-created/non-system roads. General human uses in the area such as winter and summer motorized activities, dispersed recreation, livestock grazing, hunting, prescribed fire, and fuel wood gathering would continue.

In the long term the proposed action combined with prescribed fire would reduce high severity fire. Canopy reduction reduces high severity canopy dominated fire, which in turn decreases the chance of catastrophic fires that may result in “moonscape” scenery. This type of negative impact to a ponderosa pine stand would have long term impacts above and beyond the impacts of the proposed vegetation management project. In addition, reducing stand sizes would improve far ground scenery viewing opportunities.

### Modified Proposed Action (Alternative 2)

Under the proposed action, recreation experience would be impacted to various degrees depending on the season. Disruptions and impacts to recreationists would result from the sights, sounds and activities associated with the proposed treatments such as road work, truck hauling and cutting operations during project implementation. Groups most likely to be affected during the project operations are motorized users (ATV/UHV), non-motorized trail users (hikers, equestrians, snowbikers and mountain bikers), big game hunters and snowmobilers. Fall hunting activities would be impacted by the timber cutting operations and noise potentially displacing hunters and campers from their campsites or hunting grounds. There would be no impact to any established outfitter camps that overlay the cut units as none are currently assigned. Horseback riders may be displaced to other areas of the analysis area due to logging operations but could find similar riding opportunities in the area. The extent of negative impacts to recreationalists can be expected to increase noticeably if treatment activities are undertaken during, hiking, biking hunting or snowmobiling seasons when this area witnesses marked increases in use. There would be short-to-long term visual effects encountered on short sections of the trail. Trail users would

move through the project area on parts of the trail impacted by operations or can use other trails in the project area not affected by timber operations.

Any affected commercial hunting operations, such as Colorado Elk Camp are permitted elsewhere on the district and can conduct their operations in those areas during any timber operations. Fall hunting activities and summer camping would be impacted by the timber cutting operations and noise potentially displacing hunters and campers from their campsites or hunting grounds for the short term. Dispersed camps during big game hunting seasons may be impacted for the short term.

Motorized and non-motorized trail users, especially those who frequent trails in the Boggy treatment block, would be impacted if any trails are closed during operations. If measures to protect the integrity of trail infrastructure are not followed there is a likelihood of long-term impacts to the tread and in turn the trail user’s experience.

Visitors using both Management Level 2 and 3 roads would experience brief exposure to timber unit cuts. These visual impacts would be brief depending upon speeds of the motorized traveler. Travelers such as horseback riders, bikers, hunters or hikers would experience a negative visual impact to their recreational experience if they chose to travel through any units. Impacts would be brief depending upon their rate of travel through the units. Visual impacts would improve for all travelers as they moved beyond any cutting units. Short term, temporary closures of Management Level 2 roads to public use may be required during harvest operations.

There would be little difference in the impacts regardless of the prescription objectives, i.e. Individual Tree Selection with a Restoration Emphasis (ITS), Precommercial Thinning (PCT), Commercial Thinning (CT) or Sanitation/Salvage (SS)

The project proposes to use existing closed roads and construct temporary roads. It would impact the designated motorized and non-motorized routes where access to timber units requires the same road for project access (shared alignment). A transportation plan would be included in the contract package to address safety concerns linked to any road uses.

Winter recreation activities (snowmobiling, skiing and snow biking) would be affected and possibly changed due to the possibility of timber activity during the winter months. However, winter use is low in most blocks except for the Boggy block, where there is a snow biking operation. Winter use of the roads for winter recreational activities would be allowed to coincide with project activities.

Potential impacts to recreationists under this alternative would be the greatest in the vicinities of the treatment units located in the Boggy, House Creek and Turkey Knolls blocks because of the relative popularity of these areas to local users. Displacement of users would occur and could close trails or dispersed sites for a period of weeks to months with reoccurring timber activity in a block for several years. Over the life of the timber project, the designated routes within the project area would continue to be impacted and require maintenance to sustain the integrity of the road and trail system. Road/trail maintenance and decommissioning responsibilities are included in the timber contract. Most recreationists are accustomed to a working forest landscape so the sights and sounds of harvest is usually accepted although not necessarily appreciated. Any long-term removal of recreation opportunities would have an impact to local community’s economies.

### Large Tree Retention (Alternative 3)

Under this alternative larger trees would remain in the view shed and users would have an experience only somewhat similar to their pre-project experience while also providing more shade to trail users.

### Cumulative Impacts

The potential impacts to recreation from this project are anticipated to be long-term and moderate for as long as 10 years. Past and current activities in the area include timber sales and prescribed fire operations. One of the goals of the project is to return stands to a healthy state.

All of the roads in this area were built to accommodate timber or mining projects and have been used by the public and permittees accessing National Forest lands. With increases in population and more leisure time available, driving, hunting, camping, winter sports and other activities are increasing on the National Forest system lands and in the analysis area. The effects to the recreating public would differ depending on the user's perceptions and the time of year but interruptions to outdoor recreationists have occurred and would continue to occur if management activities continue.

Designated motor vehicle use routes concentrate more use on roads and trails because off road motorized travel is prohibited on that part of the district except in the case of limited big game motorize big game retrieval that allows hunters to make one pass in and out to pick up big game taken during the hunting season. In addition, single track non-motorized uses are concentrated on the Boggy Draw system.

The Boggy Glade Travel Management Project resulted in some roads that were once open to public use being closed to public use or decommissioned. This would create minor displacement recreation activities that could overlap in time with the Salter Vegetation Management project. The combined displacement from the two projects occurs on a minor portion of the landscape. Other areas exist nearby within the analysis area and in other locations on the Dolores District allowing visitors to utilize other areas of the forest. A cumulative effect in this regard is not anticipated except in the Boggy treatment block.

The proposed harvest activities are compatible with the Roaded Natural Recreation Opportunity Spectrum setting. A recreation visitor could expect to see signs of management and evidence of human activity. The cut units effect a portion of the analysis area. The remainder of the analysis area is not affected and remains naturally appearing forest with little disturbance. In the long-term, after vegetation management activities are complete, treatment areas would return to a naturally appearing forest.

In the long term the proposed action combined with prescribed fire would reduce high severity fire. Canopy reduction would reduce high severity canopy dominated fire which in turn would decrease the chance of catastrophic fires that may result in "moonscape" appearing scenery. This type of negative impact to a ponderosa pine stand would have long term impacts above and beyond the impacts of the proposed vegetation management project.

DRAFT

# Scenery

## Affected Environment

Major vegetation types include oak, quaking aspen forests, Ponderosa pine and mixes of these vegetation types. Vegetative patterns are variable due to the diversity of vegetation types and ages as a result of past timber harvesting activities, forest fire suppression and livestock grazing. Forest stands are generally mixed with ponderosa pine and Gambel oak in the lower elevations and aspen at mid-elevation. Mature aspen in larger aspen-only patches occur in the project area and have a high scenic value to recreational users. Openings in the forest canopy occur both naturally and from previous timber harvesting activities. In both cases these openings have natural organic shapes with varied undulating edges and groups of tree islands of various sizes.

The area, especially the Boggy block, provides trail opportunities where special and unique geologic and topographic features are enjoyed by visitors. During pre-planning efforts, portions of units were removed in order to protect these viewscapes although many similar features remain in the project area. These unique canyon vistas and rock outcroppings provide visual diversity in what is otherwise a homogeneous ponderosa pine landscape. Many visitors who use the Boggy block are attracted by the more heavily stocked ponderosa forest type for hiking and camping.

The scenic attractiveness of the project area based on the above characteristics is common to the lower elevations of the La Plata and San Juan Mountains on the Dolores Ranger District. The landscape provides generally positive yet common attributes of scenic quality and is classified as a Moderate Scenic Integrity Objective (SIO). Landscapes are viewed to varying degrees from different locations and subsequently differ in their importance. Concern levels are a measure of the degree of public importance for scenic quality on National Forest lands based on landscapes viewed from travel ways and recreation sites. The type of area and its level of use are indicators of the level of interest that people are likely to have of the surrounding landscape.

The area is viewed from a variety of road and trail corridors accessible from the Dolores Norwood Road. Harvest units are proposed adjacent to roads or trails as well as away from major forest routes. Background views of the project area would show slight vegetation texture differences, vegetative color changes and natural clearings depending on where the viewer is located. Some portions of the analysis area are visible in short sections by travelers on forest roads or trails in middle ground views showing vegetative texture and color differences and obvious evidence of previous or ongoing timber management areas. Although these views do exist, viewers are typically moving quickly along travel ways resulting in limited viewing opportunities. Travelers along secondary roads within the project area see the area in foreground views where evidence of recreational use and past timber harvest activities are most visible. Travelers along single-track trails would experience the most impact due to their lower speeds on trails.

Potential impacts to scenery only occur within and immediately adjacent to the harvest units identified in the project map. However, it should be noted that most forest users are accustomed to the heavier stocked ponderosa forests and would be impacted negatively by the project especially in the Boggy block. This project would not affect the remainder of the analysis area directly where no harvest units are proposed. The effects of insect and disease agents on forest scenery is noted but is not the focus of this report.

DRAFT

There are no wilderness areas, research natural areas, special recreation areas, roadless areas, developed campgrounds, or restroom facilities within the analysis area. There are no developed areas with high scenic integrity concerns that would be affected. This project is not visible from the San Juan Scenic Byway.

## Effects of the Alternatives

### No Action (Alternative 1)

Under the no action alternative, no timber harvest would occur. Under this alternative, ponderosa stands would remain in their current condition. Bark beetle decline and successional mortality would continue in mature stands as they continue to age. Disruptions to Scenic Integrity Objectives from treatment activities would not occur. Current management activities and interactions between natural processes and human impacts would continue under the no action alternative. General human uses in the area such as winter and summer trail activities, dispersed recreation, livestock grazing, hunting and fuel wood gathering would continue unchanged. Scenic quality would remain in its current condition throughout the area and scenic character would change in the long term from natural processes, livestock and human impacts.

### Modified Proposed Action (Alternative 2)

The resulting clearings from the proposed treatments would be visible from near ground within the project area. In background and middle ground views, scenic value would be reduced only in the short term (1-to-10 years) and would be most apparent in the winter season when snow cover would highlight the open treated areas and in the fall season when fall color over the project area would be reduced. The treatment units would have varied edges, groups of leave trees and irregular sizes and shapes that mimic surrounding naturally occurring openings. As expected, ponderosa regeneration occurs and continues to thrive in the longer term (10-to-30 years) in the proposed treatment areas, the visual impacts would be reduced, and the scenic quality would increase.

Within the project area, the scenic resource would have negative impacts to foreground views of all treatment units in the short term (1-5 years). These impacts would be most visible along primary access routes through or along the project area that receive the highest number of visitors. This impact would be most significant on trails in the Boggy Draw block. Short-term scenery effects that would be evident in foreground views would include evidence of harvest activities such as slash, stumps, root wads, landings, skid trails, temporary roads and marking paint. In general, the longest lasting scenery impact comes from soil disturbance or color contrast generated from logging. The most significant impact would be the change in the stocking level of the forest where trails are and where visitors are attracted to the area due to the density of the vegetation and the privacy it provides.

Visitors using trails would see a dramatic change in the landscape, especially during and immediately after timber harvests. The trail system in the Boggy and Turkey Knolls blocks are very popular with locals and non-locals, many of whom use the system throughout the year. The impacts to those users would be significant since they have an expectation for a denser or more heavily stocked forest that provides shade and a more forested viewshed. This condition would remain that way for a period beyond the life of this analysis but would be muted as oak brush and other shrub like plants return.

### Large tree Retention (Alternative 3)

Although Alternative 3 would leave some larger trees in the project area, the visitor experience would be like Alternative 2.

### Cumulative Impacts

No future mechanical vegetation management projects have been proposed in proximity to the harvest units for the Salter project. Ongoing activities described in the affected environment section would continue. Ongoing implementation of the Boggy Glade Travel Management decision may result in new road signs, route closures, boulders, or areas of ground disturbance. These additional effects would remain within scenic integrity objectives for the Salter area because they would occur at specific locations and not encompass broad areas. Additional prescribed fire activities would result in user displacement. Impacts to visitors who are accustomed to a more heavily stocked or denser forest would continue see the impacts to their experience into the future. As oak brush and other shrubs return the landscape would become less homogeneous resulting in more varying viewsheds. Based on the past, present and future actions discussed above and the proposed action, the cumulative effects of the activities in the area would substantially raise the impact to forest scenery in the Boggy and Turkey Knolls treatment block with less impacts across the rest of the project area if the recommended design criteria are implemented.

**Commented [PB-F3]:** The Rx EA allows for mechanical treatment prior to prescribed fire, eg. Constructing firelines. Should this be phrased timber harvest projects?

The Salter treatment units fall within the Moderate Scenic Integrity Objective. As described in the Final Environmental Impact Statement for the San Juan National Forest Land and Resource Management Plan, a Moderate Scenic Integrity Level refers to landscape where the valued landscape character appears slightly altered. Noticeable deviations must remain visually subordinate to the landscape character being viewed. The Scenic Integrity Objective states "Landscape may be slightly and noticeably altered by management and other activities."

The uneven age silvicultural treatments proposed in the units do not alter the landscape because residual tree cover is maintained (see silviculture report). In addition Forest Plan Guidelines would be applied including "2.15.25b On the San Juan national Forest, with regard to clearcutting, sanitation salvage, thinning, shelterwood harvests, and overstory removal, foreground views from system trails and roads, and from recreation areas, should be designed in a manner that avoids dominating views of large, continuous openings and is mitigated by the presence of sufficient groups of residual trees. Uncut islands should be reserved within unit(s) in order to reduce apparent size of unit, provide visual diversity, and achieve a more natural-appearing treatment area." Design features include creating openings with a natural appearance with uneven edges. The shape will be an irregular pattern that mimics existing natural openings and will avoid straight-line edges. Cuts would blend with natural landscape features such as natural meadows or openings and rock outcrops when possible. The Final Environmental Impact Statement for the San Juan Land and Resource Management Plan also recognizes the stability of forest scenery is dependent on ecosystem resiliency.

> Scenery is dependent on a healthy ecosystem. Natural disturbance elements (including fire, flood, landslides, and avalanches) are normal ecosystem processes and create or perpetuate natural scenic conditions. In particular, wildfire is a disturbance factor that has been profoundly affected by fire suppression and other land management activities.

Alternatives 2 and 3 are consistent with 2.15.25a as treatments have been designed to minimize visual contrasts. Design features include leaving large clumps of residual trees or shrubs located

DRAFT

within a treatment unit, eliminating straight lines along treatment boundaries and facilitating the re-establishment of native species. See design features above.

Both action alternatives are also consistent with 2.15.25b On the San Juan National Forest, with regard to clearcutting, sanitation salvage, thinning, shelterwood harvests, and overstory removal, foreground views from system trails and roads, and from recreation areas. The treatment units have been designed in a manner that avoids dominating views of large, continuous openings and is mitigated by the presence of sufficient groups of residual trees. Uncut clumps retained within unit(s) would reduce apparent size of unit, provide visual diversity, and achieve a more natural-appearing treatment area.

In sensitive foreground areas (as viewed from system roads, trails and/or developed recreation sites), unit boundaries and tree marking would be accomplished with temporary flagging and removed once need is fulfilled. The proposal is therefore consistent with 2.15.25g.

There are no recreation sites impacted by this project.

## Transportation

### Affected Environment

The National Forest transportation system includes roads and trails. This section will address roads only, trails are addressed in the Recreation section of this assessment. National Forest System Roads (NFSRs) may have any of the following status; closed to all use, open to public use, or open to administrative use but closed to public use. Open roads associated with this project area are depicted on the Motor Vehicle Use Map (MVUM) for the San Juan National Forest, Dolores Ranger District. National Forest System Roads are maintained to one of five operational maintenance levels, based on the intended use and user comfort and convenience. Maintenance levels are fully defined in the Forest Service Handbook 7709.59 sec 62.32. Table 11 below, summarizes the miles of each operational maintenance level in the proposed action. Figure 11, appendix A includes a map depicting the location of the roads within the project area.

**Table 11. Miles of each maintenance level road in Salter project area**

| Operational Maintenance Level | Description | Project Area Approximate Miles |
|---|---|---|
| ML 1 – Basic Custodial Care (Storage of closed roads) | Intermittent use road while placed in storage; closed to all mechanized travel but not decommissioned | 6.1 |
| ML 2 – High Clearance Vehicle | Maintained for travel by high clearance vehicles | 80.0 |
| ML 3 – Suitable for Passenger Cars | Maintained for travel by prudent driver in standard passenger car | 32.3 |
| ML 4 - Moderate Degree of User Comfort | Maintained to Provide a moderate degree of user comfort and convenience at moderate travel speeds | 29.8 |
| ML 5 - High Degree of User Comfort | Maintained to Provide a high degree of user comfort and convenience at most travel speeds | 6.7 |

*Operational maintenance levels 2-5 summarized here also include administrative use roads not open to public use.

The existing condition of the transportation system was evaluated in the summer of 2020 per Forest Plan standards at 2.13.21 and 2.13.22 as a co-operative effort between the San Juan National Forest Supervisory Forester and Engineering. During that evaluation, several general concerns were identified that should be considered when evaluating the impacts of the proposed action on the transportation system. Specifically:

1. A high financial investment in the transportation system would be required to accommodate the proposed level of removal of forest products.
2. The potential for a high level of user conflict in popular, heavily utilized recreation areas.
3. The potential for a large increase in fugitive dust on primary haul routes if left unmitigated.

## Effects of the Alternatives

### Effects of No Action (Alternative 1)

The no-action alternative would continue to implement current operation and maintenance practices. The existing road system would undergo no changes in status. Open roads would continue to provide access for recreational, commercial, and administrative functions as they currently do. Open roads would receive no maintenance beyond that which is normally scheduled. As a result, current sediment delivery from road segments in need of maintenance would continue, especially during heavy run-off events.

Roads that are currently in custodial status (Management Level 1 and administrative use roads) would remain closed. Some of these roads have not been properly stored or maintained to establish a hydrologically stable condition. This can lead to additional road damage, greater sediment transfer, additional environmental impacts, and higher reconstruction costs should the roads be reopened. The no action alternative would result in the continued deterioration of the transportation system due to existing uses and the continually growing maintenance backlog.

### Effects of the Modified Proposed Action (Alternative 2) and Large Tree Retention (Alternative 3)

#### *New System Roads*

No new system roads are proposed for development associated with the proposed action.

#### *Existing Public Road System (Management Level 2-thru-5 Roads)*

The proposed action would result in temporary inconveniences to the public due to temporary road closures as well as increased traffic during project implementation. Increased traffic may result in higher fugitive dust levels and temporarily degraded road surface conditions such as wash-boarding and potholes. The Forest Service or contractor would repair any damage to existing roads that results from implementing the proposed action according to the Project Design Features. In general, the Forest transportation system would benefit from required maintenance efforts and as a result long term public and administrative access would be improved throughout the project area. Forest Service vegetation management contracts require maintenance of roads before, during, and after the work is complete. These maintenance and repair efforts on roads included in the proposed action would improve the condition of 149 miles of maintenance level 2-thru-5 roads in the project area.



DRAFT

The existing maintenance level 2 roads system has been created as a result of some historical use or constructed for specific land management access needs and converted to system roads. These roads are typically maintained on a five-year maintenance cycle. However, in most cases across this landscape the maintenance has been deferred due to lack of adequate maintenance budget. This means the majority of these roads have not been maintained in more than five years. As a result, much of this system will require maintenance to accommodate vegetation management and forest product haul. These maintenance efforts will serve to increase user access and address drainage and erosion concerns.

The existing arterial roads (generally maintenance level 3-thru-5) were constructed or reconstructed between 40 and 60 years ago and have been maintained only to meet the current user needs. These arterial roads are no longer structurally adequate to accommodate consistent use by 85,000 pound state legal loads. Mitigation efforts by upgrading these arterial roads would be required prior to haul. Upgrades would serve as a long-term benefit for local communities and forest users for decades to come.

### *ML1 – Stored Roads*

The Forest Service and contractors would use 6.1 miles of ML1 roads to implement the proposed action. Maintenance level 1 roads would be used intermittently when needed for project access and as haul roads but would remain closed to the public. Travel management during implementation shall be the responsibility of the purchaser. All closed roads should be effectively closed when not in use and/or signage should restrict public access during operations.

These roads would be opened by the Forest Service or a contractor to accommodate the vehicle of the associated treatment prescription. Log hauling trucks would be the design vehicle for vertical and horizontal curve reconstruction. After project implementation, but within one year of completion, these roads would be placed back into custodial care and physically closed. These roads would remain as part of the Forest transportation system.

The process of placing a road back into custodial care includes the implementing activities along the entire length of the road that would be conducted in a manner that hydrologically stabilizes the road prism (toe of fill to top of cut) for the long term. This could include adding or removing drainage features, including culverts, as appropriate. The Forest Service or contractor would also implement closures by installing gates, boulders, or other native material barriers, typically within the first 100 feet of the road. Many roads currently in custodial care have been given this designation without the process as described above and therefore are at risk to cause resource damage. The proposed action has the potential to improve the stability of these roads.

### *Temporary Roads*

Field evaluations have been completed to identify the most efficient use of the existing system and the process by which a temporary system will be developed as described in the Project Design Features. Implementing the proposed action would require development of approximately 106 miles of temporary roads. Per Forest Plan guideline at 2.13.24 these roads should be constructed to minimize disturbance, construction should be limited to clearing vegetation and minimal surface disturbance. They should be built, used, and reclaimed when erosion potential is minimal.

As displayed on the treatments block maps located in Appendix A. Maps, the primary temporary road system has been identified however, additional temporary roads would likely be needed.



DRAFT

These roads would be identified and approved by the engineering representative, sale administrator, and the purchaser. The primary temporary road alignments consist of 69.8 miles of existing non-system roads, and 36.4 miles of new ground disturbance. Primary temporary roads that would need to be developed on undisturbed ground are identified in the "Summary of Concerns" section of the Transportation System Specialist Report located in the project record.

The proposed action includes opening routes that would share alignment with motorized or non-motorized trails that do not typically have shared uses. In these cases temporary closures would be required during project implementation. There are 4.7 miles of temporary roads that share a portion of the same alignment with motorized trails and 1.4 miles of temporary roads that share with non-motorized trials. Further discussion on this topic can be found in the Recreation section of this assessment.

Like Maintenance Level 1 roads, temporary roads would remain closed to public access throughout project implementation. Closure during operations would be achieved by signage. The Forest Service or contractor would physically close temporary roads with barriers during periods of inactivity and at final project closeout.

The proposed action would use temporary roads for short-term access to treatment areas. Though these roads have been theoretically identified, the final alignment may deviate from the plan. Such deviation would be limited to that agreed by the Forest Service (Engineering Representative/Sale Administrator) and the contractor. The implementation of the proposed action should not result in an increase of temporary road mileage greater than 10 percent of the estimated 106 miles of primary temporary roads. Therefore, 11 miles or less of addition temp roads can be expected.

Temporary roads are typically constructed under minimal standards and investment. However, temporary roads can traverse difficult terrain and can require higher standards. In such cases specific survey and design would be required.

After the implementation of the vegetation management prescription, the contractor would be responsible for decommissioning temporary roads. In some cases post-contract activities such as pile burning would be necessary. In these circumstances the Forest Service would be responsible for the decommissioning efforts. Temporary roads would be decommissioned in a timely fashion following implementation, as described in the Project Design Features.

### *The Dolores Norwood Road*

The Dolores Norwood road (NFSR 526) is an arterial system road that serves several remote communities. The portion of the Dolores Norwood Road that would be affected by the proposed action is managed and maintained by three entities- Montezuma and Dolores counties, and the U.S. Forest Service. The first 12 miles (from the Forest boundary) is in Montezuma County and is under a "Schedule A" maintenance agreement. This means the Forest Service is the owner and Montezuma County conducts the primary maintenance. The remaining two miles in the project area have been transferred to Dolores County through a Forest Road and Trails Act (FRTA) easement. This means the operations and maintenance is under their jurisdiction.

Maintenance investments on the Dolores Norwood Road have been significant over the past 10 years. Improvements include new aggregate surfacing, surface stabilization, and the extension of the chip and seal segment of the road. These improvements were designed to accommodate recreational, residential, and limited commercial use.

DRAFT

The Montezuma County segment is open year-round and is approximately 5 miles of asphalt surface and seven miles of chip and seal surface. Montezuma County has expressed concerns about both the paved and the chip and seal segment. The current maintenance activities on the asphalt segment are not adequate to prevent degradation by the current uses. Deformation in the wheel tracks, extensive surface cracking, and significant sections of annual blade patching indicate subgrade failure. The recently installed chip and seal segment was not designed to accommodate heavy loads. This 12-mile segment is open year-round and snow removal operations are conducted.

The Dolores County segment of the Dolores Norwood Road is an aggregate surface. Surface stabilization has occurred in the past however the current level of traffic maximizes the effectiveness of maintenance efforts. Though this segment is no longer the jurisdiction of the Forest Service, the impacts of the proposed action will affect the counties management of the road. Approximately 1.4 miles from the county line to the Cottonwood Road intersection is open year-round, the remaining 0.6 miles typically snow closes in December.

Of the 27,000 acres of proposed action approximately 22,000 acres will use some portion of the Dolores Norwood Road to haul and remove forest products. Haul of these forest products will result in approximately 17,400 loads hauled on the Dolores Norwood Road. In addition, approximately 6,500 loads will come off the Boggy Draw Road. All of these loads, approximately 24,000 will come through the town of Dolores. It is impossible to have and accurate number of loads per day due to logistical timeline of implementation however if you were to spread this out over the estimated 10-year time frame of the project and assume 9 months of hauling per year this would average out to approximately 9 loads per day. This number is purely speculative due to the nature of the forest product business and days of heavy logging traffic should be expected throughout the implementation of these projects. The effects of this projects associated elevated heavy commercial traffic will result in increased maintenance needs on county and city roads and elevated public transportation risk.

#### *Findings*

The implementation of this proposed action has the potential to have significant influence on the transportation system across the landscape. However, the proper implementation of the project design features, and application of Timber sale road maintenance specifications would result in an improved condition. The Transportation System Specialist Report (C. Jones 2020) located in the project record displays site-specific concerns associated with the implementation of the proposed action by treatment block and road number. These concerns can be mitigated with proper planning and implementation of strategies identified in the Transportation section of the Project Design Features by the purchaser or by corrective actions taken by the Forest Service.

## Vegetation

### Affected Environment

Refer to the Proposed Project Location and Historical Background sections of this environmental assessment for the affected vegetation environment and the effects of taking no action (Alternative 1).

DRAFT

## Effects of the Alternatives

### Direct and Indirect Effects of the Action Alternatives (Modified Proposed Action - Alternative 2 and Large Tree Retention – Alternative 3)

Single Tree Selection is an approved method of management for ponderosa pine based on the Land and Resource Management Plan at 2.9.14. The effects of this treatment would be a post-harvest reduction in basal area leading to increased regeneration and movement of the stand towards an uneven-aged condition. The commercial thinning would be an intermediate treatment. Given the expected rotation or merchantable entry into these stands at roughly 20-to-25 years, this approach is expected to enhance the conditions that ultimately increase stand productivity and result in more successful follow-up entries in the future.

The effect was determined through the growth model Forest Vegetation Simulator which analyzed the different alternatives over time in meeting the desired conditions of the project. One representative single tree selection stand from each of the six treatment blocks was selected for detailed display of forest inventory data analysis as it relates to each stand's ability to meet the purpose and need.

This data indicates that alternative 2 – the modified proposed action – not only moves the vegetation toward the desired conditions described in the Land and Resource Management Plan for this land use and species, it also better meets the purpose and need. It achieves this by allowing the silviculturist to make the final determination regarding most appropriate prescription to achieve desired conditions on a stand-by-stand basis, over time based on stand type and disturbance frequency. Application of a 20-inch diameter limit would reduce the prescription effectiveness and consequently limit movement towards desired conditions as described in the Land and Resource Management Plan.

Alternative 3 – Large tree retention limits the ability to fully utilize the silviculture systems designated by the Land and Resource Management Plan. Therefore, alternative 3 meets the desired conditions described at 2.2.23 to a lesser degree than alternative 2 – Modified proposed action. The data indicates that the differences between alternatives 2 and 3 are associated with specific locations over time and over cutting cycles. Preliminary feedback of Lone Pine EA Large Tree Retention study areas from post decision reconnaissance and layout of leave tree units have shown mixed results. The effects of applying a diameter limit appear to be more easily tangible at the fine scale. At the fine scale patches of bark beetle and heavily infested dwarf mistletoe trees have to be passed for removal due to the diameter limitation. Basal area retention goals and uneven aged characteristics are being compromised, leaving stands less resilient and making long term resistance less likely to occur. Removing areas from treatment as result of diameter limitation reduces the amount of treatment in an area and subsequently the amount of harvestable volume per acre. The effects described for the small scale are also documented from the mid-scale and potentially the landscape scale (USDA 2013d).

No action would be in contrast with the primary management guidance described in the Land and Resource Management Plan. The no action alternative, when modeled, clearly displays that stands continue to move away from the desired conditions specifically with respect to the insect mortality risk associated with high stand diameter index and loss of productivity over time.



DRAFT

Case No. 1:23-cv-01501-RMR Document 27-5 filed 12/21/23 USDC Colorado pg 75 of 151



### Cumulative Effects

A variety of past and ongoing activities and disturbances occurring in the analysis area have and will continue to influence stand structure, condition and composition. These include wildfires and lack thereof along with prescribed and managed fire influences. The heavy timber harvesting of the past, regulated silviculture based harvests of modern times and firewood gathering have all created the mosaic of structure, condition and composition within the stands today. These stand components will continue to influence management on this landscape to meet desired conditions. As described in range section the entire area of activity is covered by multiple grazing allotments and the areas have been grazed for quite some time. This has influenced composition and populations of plants found currently in the activity area. Recreation activities (including dispersed camping and other activities involving legal, off-road vehicle travel) have been and will continue to be prevalent throughout the activity area. Concentrated recreation use occurs in Boggy Draw treatment block, particularly. This has led to negating the need to construct any new permanent roads for this project. Ongoing projects include Dolores Prescribed Fire Pine Ecosystem Restoration Project decision (ongoing), Boggy Glade Travel Management Plan decision (ongoing), Lone Pine (ongoing) and Salter Vegetation Project EA (foreseeable), could also influence the area of activity.

Portions of the Plateau and Carlyle Point blocks experienced a wildfire in 2018 that was a mixed severity fire with mostly beneficial effects acres recorded. Some of the mosaic burned areas with predominately surface fire have been included in analysis. Though some beneficial effects were observed, the fire did not result in the desired improvement in stand structure or stocking levels in these areas. Additional mechanical treatment is needed to meet the desired conditions for these units.

Because the proposed action has design features and project-specific review that will minimize or eliminate potential adverse effects during implementation, the impacts of the proposed action combined with other past, present, and reasonably foreseeable actions are not expected to cause substantial cumulative effects. Some elements of the proposed action may contribute to short-term negative effects, but overall, there will be long-term beneficial effects.

# Watersheds

## Affected Environment

The treatment area intersects ten HUC 6 watersheds in the Upper Dolores River Basin, shown in table 12 and Figure 14, appendix A. The watersheds contain numerous named and unnamed ephemeral and intermittent streams that originate within the analysis area. There are no perennial streams within the treatment area. Perennial streams are present in the lower end of the steep canyons between cutting units.

**Table 12. Watersheds in analysis area**

| Watershed Name | Total Acres in Watershed | Unit Acres | Percent of Watershed |
|---|---|---|---|
| Calf Creek | 13,009 | 279 | 2.1 |
| Cottonwood Creek-Dolores River* | 26,234 | 125 | 0.5 |
| Cover Canyon-Dolores River* | 13,165 | 1,689 | 12.8 |
| Headwaters Beaver Creek | 29,386 | 663 | 2.3 |
| House Creek | 24,327 | 10,118 | 41.6 |

| Watershed Name | Total Acres in Watershed | Unit Acres | Percent of Watershed |
|---|---|---|---|
| McPhee Reservoir-Plateau Creek | 11,990 | 2,060 | 17.2 |
| Outlet Beaver Creek | 16,732 | 6,200 | 37.1 |
| Ponderosa Gorge-Dolores River | 14,619 | 1,358 | 9.3 |
| Stapleton Valley-Dolores River* | 12,030 | 265 | 2.2 |
| Summer Camp Creek-Plateau Creek | 20,507 | 3330 | 16.2 |

*Municipal Watersheds

The topography in the treatment area is predominately mesa top. Slopes across most of the area range from 0 percent to 15 percent. Sustained slopes greater than 40 percent are not present within the treatment area.

Watersheds on the San Juan National Forest were analyzed for their overall condition and vulnerability to disturbance through the Aquatic, Riparian, and Wetland Ecosystem Assessment (ARWA). Vulnerability to human-caused disturbance is based on stream type and gradient in combination with precipitation regime. The House Creek watershed was rated as being "most sensitive to anthropogenic disturbances" due to having lower gradient stream types and a mixed rain and snow precipitation regime that could produce moderate to high yields of both coarse and fine sediment if anthropogenic disturbances were to occur during periods of increased runoff.

A road density analysis was completed to comply with land and resource management plan guideline 2.13.27, which states that in order to protect water quality and watershed function, road densities on San Juan National Forest lands should not exceed two miles/square mile in any 6th-level Hydrologic Unit Code watershed (road density, as it relates to water quality and watershed function, does not include miles of temporary road). Road densities should not exceed 1.5 miles/square mile for municipal watersheds. All watersheds in the analysis area meet these guidelines and are currently in compliance with the Land and Resource Management Plan.

## Soils

The soils within the analysis area are dominated by three different soil types. For these three soil types, erosion hazard (off-road, off-trail) is slight indicating that erosion is unlikely under ordinary circumstances; soil rutting hazard is severe indicating that ruts form readily; and, harvest equipment operability is moderately suitable indicating that one or more soil properties are less than desirable, and fair performance can be expected.

None of the watersheds within the analysis area are identified as having high potential for salinity issues due to a high content (greater than 50 percent) of marine-derived Mancos or Lewis Shale. There are no gypsum soils present within any watershed in the analysis area.

Soils and geolands prone to mass movement are primarily associated with major drainage features. Those features include Salter Canyon, Dry Canyon, Plateau Creek, Beaver Creek, House Creek, and the Dolores River Canyon. Project units largely do not intersect with soils and geolands prone to mass movement. The area with a significant portion of soil prone to mass movement is House Creek block

Histosols are typically associated with riparian and wetland areas. Histosols are present near Peel Spring and Rusty Spring, two springs that occur within the treatment area. There are no other

known riparian areas with enough organic matter and/or soil moisture to support histosols within the treatment area.

### Riparian

Peel Spring is located within treatment unit BS12 and Rusty Spring is located within treatment unit CS3. Aside from these two springs there is very limited riparian vegetation potential in the treatment area.

### Water Quality

The project area contains water quality stream segments as identified by the Water Quality Control Commission of Colorado's Department of Public Health and Environment. The most recent State assessment found all water body segments affected by the treatment area are meeting all State designated uses. There are no Outstanding Waters within the analysis area; all stream segments are designated as "reviewable." Three of the 10 HUC6 watersheds are municipal: Cottonwood Canyon-Dolores River, Stapleton Valley-Dolores River, and Cover Canyon-Dolores River. These watersheds are tributary to the Town of Dolores and the City of Cortez drinking water surface water intakes. Groundwater quality impacts to shallow and/or deep aquifers by the proposed actions are not expected and are therefore not analyzed in this report.

## Effects of the Alternatives

The effects analysis boundary for direct and indirect effects varies with each resource analyzed. For watershed analysis, the boundary is the HUC6. For soils analysis, the boundary is the timber sale unit as well as the roads identified for use. For riparian, the analysis area is the riparian area extent and includes a water influence zone of up to 100 ft. For water quality, the analysis area is the water quality segment as identified by the State from its intersection with the treatment area to its downstream terminus. Cumulative effects are considered at the HUC6 scale.

### Effect of No Action (Alternative 1)

The no action alternative does not propose any tree cutting and removal, oak thinning, slash disposal, pile burning, or road-related activities, so there would be no effects on watershed and soils, riparian areas, or water quality from these actions. However, there is a higher risk of stand-replacing wildfires occurring under the no action alternative, which could have impacts on watershed and soils, riparian areas, and water quality. The risk would be highest in areas with dense, mature, even-aged pine stands with dense Gambel oak in the understory. In areas with less stand density, stand-replacing wildfire is less likely to occur.

#### *Watershed/Soils*

In dense, mature, even-aged pine stands with dense Gambel oak in the understory, stand-replacing wildfire could cause substantial increases in runoff and erosion that can persist for several years after a fire. Increases in runoff and erosion have the potential to impact stream channel form and function and negatively impact watershed vulnerability as defined by the Aquatic, Riparian, and Wetland Ecosystem Assessment.

If no stand-replacing wildfire occurs, watershed processes related to runoff and erosion are not expected to change because watershed processes are currently able to keep pace with changing forest conditions. Watershed vulnerability would remain the same.

DRAFT

*Riparian*

Riparian resources would not be affected by the no action alternative except in the event of a stand-replacing wildfire, in which case, seeps and springs could become inundated with sediment and/or eroded by increased overland flows. Sediment may enter stream channels causing channel aggradation and subsequent channel adjustment. Increases in streamflow can initiate vertical erosion of the stream channel. Thus, if a stand replacing wildfire were to occur, stream health would be degraded. If no stand-replacing wildfire occurs, riparian areas would remain similar to current conditions.

*Water Quality*

Water quality would not be affected by the no action alternative except in the event of a stand-replacing wildfire. A stand-replacing fire could elevate nutrient concentrations (for instance, nitrogen and phosphorus) in nearby and downstream surface waters; increase total dissolved solids and turbidity; and enhance the mobilization of metals such as iron, manganese, and mercury. Water quality under this scenario would be degraded and beneficial uses would not be fully supported. If no stand-replacing wildfire occurs, water quality would remain similar to current conditions.

### Effect of the Modified Proposed Action (Alternative 2) and Large Tree Retention (Alternative 3)

The proposed action involves tree cutting and removal, oak thinning, slash disposal, pile burning, and road related activities. The adaptive management actions described previously in the Monitoring and Adaptive Management section of this environmental assessment and project design criteria are considered part of the proposed action and are therefore included in the analysis of effects. The activities associated with the proposed action may have localized, short-term effects (less than three years) on watershed and soils, riparian areas, and water quality. However, the hydrology and soils design features listed in Section 2.2.5 would help minimize or eliminate potential adverse effects during implementation, and no negative long-term impacts would occur.

*Watershed/Soils*

The proposed activities would result in small, temporary increases in runoff. This is primarily due to water running off of compacted areas during and immediately after harvest. These increases would be of limited extent and severity due to 1) an existing thick layer of duff on the forest floor that would effectively capture excess water and sediment, 2) predominantly gentle slopes throughout the analysis area, and 3) the implementation of design features that were chosen to protect soils and minimize erosion and runoff. This includes the following:

- Soil disturbing actions would be avoided during periods of wet soils (Hydrology and Soils design element 3)
- Logging slash would be well-distributed throughout the cutting units to protect soils from erosion and retain nutrients and organic matter on site (Hydrology and Soils design element 6)
- Skid trails would be located perpendicular to the slope, as much as possible, to reduce the possibility of rutting and gullying along the trail. When not located perpendicular to the slope, cross drains would be installed (Hydrology and Soils design element 5)

- Log landings would be located to limit the potential for erosion and would be designed to have proper drainage (Hydrology and Soils design element 5)
- Organic soils associated with riparian areas, intermittent streams, and the water influence zone (WIZ) would be protected through a no harvest/no mechanized equipment buffer (Hydrology and Soils design element 1)

Soil erosion is also expected to occur as a result of temporary road construction and some sediment delivery to ephemeral and intermittent streams is expected at stream crossings. However, these effects are expected to be short-term (less than three years) and of limited intensity because:

- Temporary roads would be built with appropriate drainage features and stream crossings would be located to provide for the flow and passage of sediment and to withstand expected flood flows (Hydrology and Soils design element 8)
- Stream crossings would be located at straight and shallow locations (slope banks would not exceed 30 percent) where channels are hardened by gravel, cobble, or bedrock (Hydrology and Soils design element 7)

Temporary roads would be reclaimed within five years after use begins to be that assure that erosion and sediment delivery return to pre-use levels (Hydrology and Soils design element 7 and Transportation design element 2).

As a result of the above stated conditions, watershed function would not be adversely affected as a result of the proposed action and therefore watershed vulnerability would remain the same. Road density as it relates to water quality and watershed health would not change because no new permanent roads are proposed and all temporary roads will be decommissioned 5-years after first use. In addition, the use of adaptive management provides the flexibility to adjust and/or prohibit treatments if needed.

### *Riparian*

There would not be any meaningful effects to riparian resources from the proposed action because design features are in place that minimize activities in these areas. Erosion and runoff that could impact riparian areas would be controlled in the manners listed above. The design features specifically intended to prevent or minimize impacts to riparian areas include:

- Heavy equipment and vehicles would be prohibited in the water influence zone (WIZ) unless the ground is protected by either one foot of packed snow or two inches of frozen soil (Hydrology and Soils design element 1)
- Peel and Rusty springs would have a buffered perimeter of 100 feet unless a field visit by hydrologist determines a different site-specific buffer. Intermittent streams with riparian vegetation would have a buffer strip width of 100 feet on each side of the channel unless a field visit by hydrologist determines a different site-specific buffer (Hydrology and Soils design element 1)
- Mechanical treatments would avoid wetlands, wet meadows and riparian areas. No skidding, decking or loading would be allowed in these areas in order to protect water quality, existing soils, and vegetative cover (Hydrology and Soils design element 4)
- Removal or mechanical treatment of riparian or wetland vegetation would be prohibited. (Hydrology and Soils design element 4)



DRAFT

- Stream crossings would be avoided, and if unavoidable, would be kept to the minimum number necessary to treat a unit and would be appropriately designed (Hydrology and Soils design element 1).

As identified in the watershed/soils section, erosion and runoff would be minimized due to the application of design features. This, in addition to the specific riparian protections listed above, would maintain current riparian condition and stream health ratings.

### *Water Quality*

Sediment, temperature, and dissolved oxygen are the primary water quality characteristics that may be affected by the proposed activities. These parameters are influenced by erosion, sediment delivery, and channel and streamside conditions. Erosion and runoff that could impact water quality would be controlled in the manners listed under the watershed/soils and riparian sections above. Effects to water quality, and specifically erosion and runoff, would be negligible because:

- Sediment delivery to the streams channels is unlikely except where temporary roads are hydrologically connected to the stream
- Temporary road crossings would be located at straight and shallow locations (slope banks would not exceed 30 percent) where channels are hardened by gravel, cobble or bedrock (Hydrology and Soils design element 1)
- Seeps, springs, and streamside conditions (amount of stream shading, amount of large woody material in and adjacent to the stream, stream gradient) would not change as a result of the proposed action because all riparian lands in or adjacent to the harvest units would have a no harvest/no mechanized equipment buffer (Hydrology and Soils design element 1).

As a result of the protections provided by the above design features, beneficial uses would be fully supported under the proposed action and water quality standards would continue to be met.

The risk of stand replacing wildfire under the proposed action is reduced, as compared to the no action alternative. However, if stand replacing wildfires do occur, impacts would be similar as those described under the no action alternative but less severe as a result of the proposed treatment.

## Cumulative Effects

Current and future activities and events that may impact watersheds, soils, riparian condition, and water quality in the treatment area include current and historic livestock grazing; natural and prescribed fire; roads and trails (existing and/or new temporary road construction); recreation activities (including dispersed camping and other activities involving legal, off-road vehicle travel); drought; and insect, disease and noxious weed outbreaks. The activities proposed in this EA, in combination with the prescribed fire actions described in the Dolores Prescribed Fire Pine Ecosystem Restoration Project environmental assessment and decision notice (2017), would help reduce stand density, improve age-class distribution, and increase resiliency during changing environmental conditions that could otherwise adversely affect water resources. Therefore, the result of the proposed action is a lessening of adverse cumulative effects within the effected watersheds. That said, House Creek and Outlet Beaver Creek watersheds have a large percentage of the watershed targeted for treatment (43.2 percent and 37.9 percent, respectively). Timing of implementation (by block or by unit) would need to be considered prior to commencement of activities.



DRAFT

# Wildlife and Fisheries

## Threatened, Endangered and Proposed Wildlife and Aquatic Species

### Species Considered for Analysis

The following information includes listed species, along with associated habitat that are located on the Dolores Ranger District of the San Juan National Forest or are located adjacent to or downstream of the project and could potentially be impacted by proposed activities of the project. A pre-field review was conducted of available information to assemble occurrence records, past survey efforts, describe habitat needs and ecological requirements needed to complete the analysis. Sources of information included Forest Service records and files, the State Natural Heritage Program database, state wildlife agency information and published research. See full Wildlife and Fishers Biological Evaluation and Assessment for detailed analysis and further information.

Species considered for analysis are based on five criteria listed below. The criteria were used to identify species that would experience "no effect" from the implementation of the proposed action and could, therefore, be eliminated from further analysis.

1. Analysis area is outside the species' range.
2. Potential habitat for the species does not exist within the project area or where proposed activities would take place.
3. No critical habitat occurs in the project area.
4. The type or intensity of the activity in the proposed action is expected to have no impact/effect on these species or their habitat; or proposed activities do not take place in potential or occupied habitat.
5. The associated conservation design of the proposed action eliminates any potential for negative impact on the species.

<u>Wildlife Species Dismissed from Analysis</u>: Habitat is absent or proposed activities would not occur in habitat for Canada lynx, Mexican spotted owl, Gunnison's Sage-grouse, New Mexico meadow jumping mouse and Western yellow-billed cuckoo. Therefore, these species are dismissed from further analysis because the proposed action is not expected to impact these species.

<u>Fish Species Dismissed from Analysis</u>: Habitat for bonytail chub, Colorado pikeminnow, humpback chub and razorback sucker is absent in the project area. Project is outside of its occupied range and does not deplete water from the basin. Therefore, these species are dismissed from further analysis because the proposed action is not expected to impact these species.

**No species were carried forward for analysis and the proposed action will have "No Effect" to any federally listed species.**



DRAFT

## Sensitive Species, Species of Special Interest and Migratory Birds

### Species Considered for Analysis

The following information includes sensitive species and species of special interest, along with associated habitat that are located on the Dolores Ranger District of the San Juan National Forest, or are located adjacent to or downstream of the project and could potentially be impacted by proposed activities of the project. A pre-field review was conducted of available information to assemble occurrence records, past survey efforts, describe habitat needs and ecological requirements needed to complete the analysis. Additional surveys were conducted for species to gather more detailed information of the occurrence, such as northern goshawk. In addition, past surveys were reviewed for species and habitat presence (flannelmouth sucker). Sources of information included Forest Service records and files, the State Natural Heritage Program database, state wildlife agency information, published research and eBird records (eBird 2020).

Sensitive species reviewed for detailed analysis were designated by the Regional Forester due to concerns over their population status, trend, and habitat conditions. Species of Special Interest (formally Management Indicator Species) were selected for detailed analysis due to public interest and management direction in the San Juan National Forest Land and Resource Management Plan (USDA 2013). The Land and Resource Management Plan identifies that some species are to be used to assess long-term population trends and evaluate continued population viability. The sensitive species that could be impacted by the proposed action are the boreal toad, northern leopard frog, flammulated owl, flannelmouth sucker, Lewis's woodpecker, Monarch butterfly, northern goshawk, olive-sided flycatcher, fringed myotis, hoary bat, spotted bat, Townsend's big-eared bat and western bumblebee. Abert's squirrel, big game (Rocky Mountain elk and mule deer), hairy woodpecker and migratory birds (Grace's warbler, olive-sided flycatcher and Virginia's warbler) were selected to represent Species of Special Interest and could be impacted by the proposed action.

Species considered for analysis are based on five criteria listed below. The criteria were used to identify species that would experience "no impact or no effect" from the implementation of the proposed action and could, therefore, be eliminated from detailed analysis.

1. Analysis area is outside the species' range.
2. Potential habitat for the species does not exist within the project area or where proposed activities would take place.
3. The type or intensity of the activity in the proposed action is expected to have no impact/effect on these species or their habitat; or proposed activities do not take place in potential or occupied habitat.
4. Individual animals may be accidental, dispersing, migrating, happenstance, vagrant, nomadic or opportunistic visitors to the habitat(s) impacted by the proposal; however, no affiliation or dependence on these habitat(s) has been shown.
5. The associated conservation design of the proposed action eliminates any potential for negative impact on the species.

Wildlife Species Dismissed from Analysis: Habitat is absent or proposed activities would not occur in habitat for American bald eagle, American bittern, American peregrine falcon, black swift, boreal owl, brewer's sparrow, Columbia sharp-tailed grouse, ferruginous hawk, loggerhead

DRAFT

shrike, northern harrier, purple martin, sagebrush sparrow, short-eared owl, western burrowing owl, white-tailed ptarmigan, Great Basin silverspot butterfly, American marten, desert bighorn sheep, Gunnison's prairie dog, kit fox, mule deer critical winter habitat, river otter and Rocky Mountain bighorn sheep. Therefore, these species are dismissed from further analysis because the proposed action is not expected to impact these species.

<u>Fish Species Dismissed from Analysis</u>: Habitat for bluehead sucker and roundtail chub is absent in the project area. Genetically pure populations of Colorado River cutthroat trout are known from 14 locations on the Forest, however none of those locations are in the project area as pure Colorado River cutthroat trout (CRCT) in the project area are considered the green back cutthroat trout (GBCT). Therefore, these species are dismissed from further analysis because the proposed action is not expected to impact these species.

## Affected Environment – Sensitive Species

**Boreal Toad:** Habitat for the boreal toad is found on the Forest, primarily within the spruce-fir and alpine zones and generally above 8,000 feet. Mixed conifer, ponderosa and aspen stands can also provide suitable habitat conditions where water features are present. Ponds, wet meadows, wet stands of willow, small lakes, marshes, beaver impoundments, and glacial kettle ponds serve as suitable breeding habitat for this species. Habitats in the Southern Rocky Mountains include subalpine lakes, reservoirs, ponds, creek pools, marshy areas, wet meadows, and adjacent terrestrial habitats. Individuals seek shelter under logs, rocks, rodent burrows and other below-ground spaces as over-wintering hibernacula habitat. Eggs and larvae develop in shallow areas of ponds, lakes, or reservoirs, or in pools of slow-moving streams. Larvae filter suspended organic material or feed on bottom detritus/microbes. Metamorphosed individuals feed on various small terrestrial invertebrates. The project area has a wide variety of aquatic features that have the potential to provide habitat for the boreal toad; however, such features are limited. There are no known boreal toad records in the project area.

**Northern Leopard Frog:** Habitat used by the Northern leopard frog varies throughout its range. In Colorado, it is reported to occur in elevations well below 3,500 feet in northeastern Colorado to above 11,000 feet in southern Colorado (Hammerson 1999). Merrell and Rodell (1968) describe three major habitat divisions: winter habitat (lakes, streams and ponds), summer habitat (post-breeding areas including upland habitats for feeding), and egg/tadpole habitat (shallow breeding ponds). Although aquatic habitats are a central feature in the frog's cycles of life, it may travel a considerable distance from natal and breeding areas to a variety of other habitat types. Typical aquatic features used by the species include wet meadows and the banks and shallows of marshes, glacial kettle ponds, beaver ponds, lakes, reservoirs, streams and irrigation ditches (Hammerson 1999). Streams are often used as dispersal corridors, but upland areas are also used. The project area has a wide variety of aquatic habitat that has the potential to provide habitat for the northern leopard frog. Within the project area there are aquatic features, but these will not be affected by the implementation of the project since there are large aquatic area buffers associated with the project. No activities will directly occur in potential habitat. Although, habitat exists in the project area, there are no known locations.

**Flannelmouth Sucker:** Rees et al. 2005 describe habitat and primary threats for the flannelmouth sucker as, "typically found in slower, warmer rivers in plateau regions of the Colorado River drainage. They usually inhabit the mainstem of moderate to large rivers but are occasionally found in small streams. This species frequents pools and deep runs but can also be found in the mouths of tributaries, riffles, and backwaters. Flannelmouth suckers are occasionally found in

lakes and reservoirs, but they generally react poorly to impounded habitats, or habitats influenced by impoundments. Habitat association can be attributed to feeding strategies during specific life stages…The primary threats to the flannelmouth sucker are generally human-induced activities that divert water and change the flow regime in both tributary and mainstem streams. Specific threats include (a) construction of passage barriers (e.g., diversion dams and reservoirs) that disconnect habitats and cause habitat fragmentation and (b) introduction of non-native species that are both predators on and competitors with the flannelmouth sucker. Other threats include modification of streambeds through channelization, landscape changes resulting from land use, and local degradation of riparian zones that reduces the natural function of the stream ecosystem". The project area is located in flannelmouth sucker habitat. Surveys conducted in 1998 detected this species in Plateau Creek. No activities will directly occur in habitat since there are large aquatic area buffers associated with the project

**Flammulated Owl:** The flammulated owl is associated with dry mature mountain forests of ponderosa pine or other large coniferous trees, often interspersed with aspen or oak (Linkhart et al. 2013). It is considered migratory and preferred summer breeding habitat for flammulated owls on the Forest is mature, open-growing stands of ponderosa pine and mixed-conifer (USDA, Forest Service 2013). The species has been detected in many areas of the District during surveys for Mexican spotted owls; however, availability of suitable nest cavities and fragmentation of habitat may act as a limiting factor for this species. The project area provides potential habitat for flammulated owl; however, habitat quality has declined in many areas due to dense and degrading forest health conditions, despite an increase in snag densities. Ponderosa pine snag density increases over the last 20 years are due disease and beetle kill; and as a result, do not provide long-term high-quality habitat. The species does occur in the project area. In addition to Forest survey data, known ebird records exist in the project area and ebird sightings of the species have occurred in areas adjacent.

**Lewis's Woodpecker:** Lewis's woodpecker is associated with open ponderosa pine forests and burned forests with a high density of standing dead trees (snags). They also breed in woodlands near streams, oak woodlands, orchards and pinyon-juniper woodlands. Habitat on the Forest is found in ponderosa pine and Gambel oak woodlands, forested riparian areas with large over story cottonwood trees and ponderosa pine stands adjacent to large open parks and meadows (USDA, Forest Service 2013). In Colorado, Lewis's woodpeckers typically nest at lower elevations, from 4,215' to 6,365' of elevation (Colorado Breeding Bird Atlas 2016). Habitat across much of the project area is considered marginal since it occurs at higher elevations, from 7,800 ft. to 8,800 ft. In addition, habitat quality has declined in many areas due to dense and degrading forest health conditions, despite an increase in snag densities. Ponderosa pine snag density increases over the last 20 years are due disease and beetle kill; and as a result, do not provide long-term high-quality habitat. No known records exist in the project area, but ebird sightings of the species have occurred in areas adjacent. Individuals have been sighted in adjacent lower elevation stands located in previously burned stands of ponderosa pine.

**Northern Goshawk:** The northern goshawk (goshawk) a forest generalist because it occurs in all major forest types (coniferous, deciduous, and mixed). Mature forest structures appear to be an important component in the goshawk nesting home ranges. Research suggests that goshawk seldom uses young dense forests and reasons for avoidance of these areas may be due to insufficient space in and below the canopy to facilitate flight and prey capture. Additionally, due to the absence of larger trees, these areas would offer few opportunities for nesting (Reynolds et al. 1992).



DRAFT

DRAFT

Goshawks are predators of forest birds and mammals. While there are variances between regions on type of prey, there is a common trait: The majority of the important prey species reside mainly on the ground and in the lower portions of the tree canopy (Reynolds et al. 1992). The implications of this are that in areas that have tall and very dense understories, goshawk populations may effectively be diminished since there would be more cover for the potential prey species to hide and escape (Reynolds et al. 1992). Boal and Mannan (1994) found that mammals accounted for 94 percent of the total prey biomass and birds (6 percent) in a Northern Arizona study. They found that cottontail rabbits, Stellar's jays, and northern flickers accounted for the most frequently taken species, accounting for over 65 percent of total number of bird prey taken. Reynolds et al. (1992) found in a study of nest areas on the Kaibab Plateau that mammals contributed 67 percent of the number of prey items identified and birds contributed 38 percent. The most common taken prey in descending order of frequency were cottontail rabbit, tassel-eared squirrel,

The foraging area, due to its large size, consists of a mosaic of forest structural conditions and age classes and encompasses a diversity of landforms. There is a limited amount of information on preferred foraging habitat. Some studies (Fischer 1986) suggest a preference for older age classes. Based on the habitat requirement of favored prey and the hunting techniques used by the goshawk, these areas would be relatively open (40-60 percent canopy cover) with well-developed herbaceous and shrubby understories. Reynolds et al. (1992) described important components of foraging habitat as snags, downed logs, woody debris, small openings, large trees, and a range of vegetative structural stages (VVS). Under their conservation recommendations for the southwestern Rocky Mountains (Region 3) they suggested optimum proportions for the various vegetative structural stages ranging from openings dominated by grasses, forbs and shrubs (VVS 1) to old-growth, late successional forest (VVS 6). These components reflect the habitat preferences of preferred prey species, as well as the hunting techniques for the goshawk. Under their recommendations they emphasized a high proportion of foraging habitat in the mid-late successional stages for the maintenance of quality goshawk habitat.

Goshawks exhibit high breeding territory fidelity from year to year. The territory is typically occupied by the goshawk pair from early March at least until late September. Reynolds et al. (1992) identified three components of territory: Nest Area, Post-fledging Family Area (PFA) and Foraging Area (Territory). The following below provides a detailed description of each component.

- Nest Areas (Sites): contain nest sites which are active or historic that represent the nesting activity of a Northern Goshawk Territory. Northern Goshawk often have alternate nest sites, so multiple nests sites can occur in a territory and each have a 30-acre habitat boundary around them.
- Post-fledgling Family Areas (PFAs): represent a concentrated area that surrounds the nest areas/sites and is used by the family from the time the young leave the nest until they are no longer dependent on the adults for food. These areas often vary in forest types, vegetation types and conditions. PFAs are a minimum of 420 acres outside of Nest Areas.
- Foraging Area (Territory) - represents the full use of habitat required to carry out biological functions. These are approximately 5,400 acres.

The project area contains breeding, nesting and foraging habitat. Surveys have been conducted in this area regularly and multiple observations of individual goshawks, along with nesting pairs have been observed. As a result, additional efforts have been made to delineate Post-fledging

Family Areas and Nest Area for seven territories in order to manage for the species and its habitat. Methods to delineate these areas used guidelines provided in the Management Recommendations for Northern Goshawk in the Southwestern United States (USDA, Forest Service 1992). The final areas represent the "best available information" for nest locations, including active, alternate and historic that would contribute to a functioning PFA. Most current information (past surveys and surveys from this summer), activity status, surrounding habitat for historic or alternate sites was used to choose final locations for a PFA. All nest sites considered functioning and useable were delineated and given a 30-acre circular buffer. In some cases, Nest Areas overlap, due to proximity of nest sites to one another and where primary and alternate nest sites were identified.

**Olive-sided Flycatcher:** Olive-sided flycatchers breed mostly in the boreal forest and in western coniferous forests, from sea level to over 10,000 feet elevation, however, in some parts of the range ponderosa pine forests are used (Altman et al. 2012, USDA, Forest Service 2013). Preferred diet includes insects and nesting typically occurs in the mid to upper section of tree. Habitat for olive-sided flycatcher occurs throughout the project area and in proposed treatment units. Known ebird records exist throughout the project area but not in proposed units. Sightings of the species have also occurred in other areas on the Forest.

**Monarch Butterfly and Western Bumblebee:** Monarch butterflies are rely completely on milkweed plant species to carry out their entire lifecycle. The state of Colorado is considered a transitional or migratory zone that separates the western and eastern populations. Potential habitat may occur in the area, but no detections of Monarch or milkweed plant have been documented in the project area. Western bumblebees are habitat generalists and are associated with a wide variety of natural, agricultural, urban, and rural habitats, although species richness tends to peak in flower-rich meadows of forests and subalpine zones. No detections of western bumblebee are been documented in the project area, but potential habitat does exist.

**Fringed Myotis, Hoary Bat, Spotted Bat and Townsend's Big-eared Bat:** Listed bat species will be discussed collectively, since information is similar and overlapping. Habitat requirements for many bats in the United States, including those species discussed below, require three basic components for survival - roosting, foraging and drinking sites. Roost sites include dead and dying trees, especially with loose bark, tree cavities and hollows, along with crevices created by lightning strikes. It is not uncommon for bats to use the same roost site in successive years (Bat Conservation International 2020). Foraging habitat includes areas typically near water sources where insects congregate. Roads and forest edges also provide foraging habitat since insects tend to be more abundant in these areas. Drinking areas are critical to the species and bats are dependent on water sources, especially during periods of increased activity, such as rearing young and lactation (Bat Conservation International 2020). Riparian areas, ponds, bogs, meadows with high levels of moisture and relative humidity and guzzlers can provide necessary habitat. Habitat occurs within the project area for all bat species selected for analysis. Proposed activities are also located in suitable habitat. No known records exist for these bat species in the project area.

## Effects of the Alternatives – Sensitive Species

### Direct and Indirect Effects – Alternative 1 - No Action Alternative

**Boreal Toad, Northern Leopard Frog, Flannelmouth Sucker, Monarch Butterfly and Western Bumblebee:** This alternative is expected to have "**No Effect**" to boreal toad, northern leopard frog, flannelmouth sucker, Monarch butterfly or western bumblebee and associated habitat since all habitat conditions would remain unchanged and progress naturally.

**Flammulated Owl, Lewis's Woodpecker, Northern Goshawk, Olive-sided Flycatcher, Fringed Myotis, Hoary Bat, Spotted Bat and Townsend's Big-eared Bat:** The no action alternative **"may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species"** for flammulated owl, Lewis's woodpecker, northern goshawk and olive-sided flycatcher, fringed myotis, hoary bat, spotted bat and Townsend's big-eared bat, since continued tree mortality across the project area would negatively affect site selection and the potential availability of habitat would be reduced. It is not anticipated that bark beetle activity will slow or stop naturally, and associated fire risk could further impact habitat availability and suitability, both in the short-term (less than 10 years) and long-term (more than 10 years).

### Direct and Indirect Effects – Alternative 2 – Modified Proposed Action and Alternative 3 – Large Tree Retention

**Boreal Toad, Northern Leopard Frog and Flannelmouth Sucker:** Direct and indirect effects of both action alternatives include disturbance of stream habitats from sedimentation and is one of the greatest impacts of timber harvest on aquatic species. Timber harvest activities typically include the development and maintenance of roads, which may further increase erosion and sedimentation in adjacent streams and wetlands. These activities can impact aquatic species most directly during the larval stage, when they are restricted to aquatic habitats or rely on high quality water conditions to feed and develop. Clear-cuts may influence the use of migration corridors due to the decreased moisture and increased heat within the open areas. Shrub understories provide important microhabitats that aid in thermoregulation by providing moisture, water and thermal cover for amphibians.

Other effects from both action alternatives could include incidental mortality of frogs crushed by equipment used during harvest activities. Over-snow operations are expected to have little to no impact since northern leopard frogs overwinter in ponds and lakes that do not freeze over in winter.

**Flammulated Owl, Lewis's Woodpecker, Northern Goshawk, Olive-sided Flycatcher, Monarch Butterfly, Western Bumblebee, Fringed Myotis, Hoary Bat, Spotted Bat and Townsend's Big-eared Bat:** Direct and indirect effects of both action alternatives include a reduction in the habitat availability by reducing the number of trees per acre across the project area. Single Tree Selection and Commercial Thinning prescriptions are intended to improve and maintain age classes and habitat diversity of ponderosa stands. Targeting areas where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions is also intended. Prescriptions were further developed to address forest health issues in existing ponderosa and Gambel oak habitats, along with aspen stands that occur in the area. The project area, in particular, is at a high risk for developing increased level of insect, disease and fire risk.

Short-term (less than 10 years) impacts to the species would reduce the number of large, live overstory trees and may negatively impact breeding site selection. Design features are intended to retain suitable levels of snags as designate by plan requirements for ponderosa forest types. Plan requirements for ponderosa stands include leaving a minimum of 1 snag per acre of at least 12 inches diameter at breast height and 25 feet tall. If trees in this size class are not available, then leave 2-3 snags per acre of at least 9 inches diameter at breast height and 15 feet tall. If insufficient numbers of snags exist before the treatment, then additional snag recruits would be

reserved. Snag recruits should have the following characteristics: evidence of cavities, decay, broken/dead tops or lightning strikes.

Foraging habitat may improve in areas where treatments reduce the density of pine and oak, and subsequently improve the productivity and cover of understory herbaceous species. In the long-term, post-treatment stand structure is expected to provide better foraging habitat than currently exists by providing increased interior edge and more open stands. Proposed activities would also promote the recovery of forest vegetation and create more resilient pine stands across the landscape, resulting in long-term habitat quality.

For northern goshawk, assuming that bark beetle activity slows or stops, the proposed activities are expected to result in short-term (less than 10 years) negative impacts but overall long-term (more than 10 years) beneficial impacts. In areas that receive single tree selection and commercial thinning, basal area after treatment is expected to average around 60-80 square feet per acre, with clumps of trees having higher basal areas. Basal area reductions below 80 square feet per acre in mature stands would affect nesting behavior of northern goshawk because thermal and protective sight cover for nesting will be reduced, which will reduce reproduction. A reduction in canopy cover may also impact foraging success as there will be less ability to hide from prey. These impacts may reduce habitat effectiveness in the short-term (less than 10 years) for this species, but in the long-term (more than 10 years), recovery of forest vegetation and increased age class diversity associated with the proposed action will benefit habitat effectiveness for northern goshawk.

The likelihood of potential habitat for Monarch butterfly and western bumblebee to be impacted by proposed activities is low. Activities are not intended to take place in suitable habitat. Potential habitat may occur along roadways, and in this case, individuals may be impacted by vehicle and truck traffic that creates dust on flowering plants and milkweed plants. Individuals could also be impacted by accidental collisions with vehicles.

### Determination of Effects and Rationale

With all proposed activities combined and resource protection measures, either action alternative **"may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species"** for boreal toad, northern leopard frog, flannelmouth sucker, flammulated owl, Lewis's woodpecker, northern goshawk and olive-sided flycatcher, Monarch butterfly, western bumblebee, fringed myotis, hoary bat, spotted bat and Townsend's big-eared bat since the effects are expected be short-term (less than 10 years) and the long-term (more than 10 years) impacts are intended to be beneficial by providing higher quality habitat that is well distributed in the future. The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Although the modified proposed action alternative may leave less trees on the landscape than the large tree retention action alternative, impacts from proposed activities to this species are still expected to be similar in nature due to the intended basal area target range. Other potential impacts to the species may include disturbance or displacement during harvest activities.

The rationale for this determination is based on the availability of habitat in and adjacent to the project area, along with the occurrence of the species in the project area. Design features are intended to minimize impacts to these species. Aquatic features are not expected to be impacted since the project has been designed to avoid these features. In addition, design features are intended to retain adequate snag levels in the project area, post-treatment. Potential impacts to

DRAFT

nesting goshawk will be minimized with application of design features that requires surveys for the species be completed prior to project implementation. This includes the requirement that if active northern goshawk nests are discovered, all project operations would be restricted annually from March 1st to August 31st within one-half (½) mile of the active nest. Design features requiring the retention of snags will also minimize impacts to prey species.

Additional design features for goshawks were developed to address PFAs and nest areas and prescription modifications in single tree selection and commercial thinning treatments where proposed activities of either action alternative occurred in a PFA or nest area were recommended.

## Affected Environment – Species of Special Interest and Migratory Birds

**Abert's Squirrel:** Abert's squirrel are a ponderosa pine obligate species that span across the San Juan National Forest. These squirrels rely on ponderosa pine forest for nesting, forage, reproduction, and cover. They require interconnected structure in mature conifer forest that produce abundant forage and reproductive habitat. It is normal for the abundance of Abert's squirrels to vary greatly and frequently due to weather conditions and food supplies (Keith 2003). Habitat across much of the project area is considered suitable for Abert's squirrel in the short-term (less than 10 years). A large-scale annual monitoring effort for Abert's squirrel has taken place on the Forest over the past 12 years. This monitoring plan provides a consistent and rigorous framework for the purpose of evaluating population trends of Abert's squirrel. These monitoring efforts show that ponderosa pine habitat on the Forest is currently in a condition that can support Abert's squirrels and populations across the forest appear to be stable at this time.

**Big Game (Rocky Mountain Elk):** Elk are distributed broadly across the landscape and occur throughout the project area. They are identified in the Forest Plan as an early successional management indicator species and quantitative Forest level population data exists, which is collected annually. Elk have three broad habitat requirements - feeding, cover and rearing. Because mule deer and elk utilize cover and forage similarly, elk were selected to represent big game since winter range habitat, critical (known as severe by Colorado Parks and Wildlife) winter range habitat and production area habitat occurs in the project area. No critical winter habitat for mule deer occurs in the project area and mule deer will not be discussed further in this analysis. Topography, elevation, weather, livestock grazing, travel management, soil types and plant communities are the main factors influencing habitat condition and capability. Winter range is the most important habitat for elk, but summer range and production areas also can be important when dry conditions cause a decrease in forage. Elk populations have grown in the past two to three decades, and currently exceed the Colorado Parks and Wildlife objectives. Although habitat quality is important, populations are largely influenced by human population growth and land development (USDA 2014). Security areas (areas that contain both cover and forage that are greater than 250 acres) also exist within the project area. The entire project area is considered Colorado Parks and Wildlife summer range. Portions of the project area fall in CPW mapped elk production habitat. Production areas are defined as that part of the overall range of elk occupied by the females from May 15 to June 30 for calving. There is critical (severe) winter range habitat mapped for elk within the project area. General winter and critical (severe) winter range occurs on the southern side of the project area. The largest elk habitat within the planning area is general winter range habitat. Critical (severe) winter range habitat and production areas make up a very small portion of the project area.

**Hairy Woodpecker:** Hairy woodpeckers are associated with coniferous, pine and burned forests with a high density of standing dead trees (snags). They also breed in woodlands near streams, oak woodlands, orchards and pinyon-juniper woodlands. Habitat on the Forest is found in coniferous stands, ponderosa pine and Gambel oak woodlands, forested riparian areas with large over story cottonwood trees and ponderosa pine stands adjacent to large open parks and meadows (Jackson et al. 2002, USDA, Forest Service 2013b). This species is a year-round resident and is generally found up to about 6,500 feet elevation. Occurrence at higher elevations tends to be seasonal and attributed to opportunistic foraging or nesting opportunities (large-scale fire events or bark beetle outbreaks). Habitat across much of the project area is considered marginal since it occurs at higher elevations, from 7,800 ft. to 8,800 ft. In addition, habitat quality has declined in many areas due to dense and degrading forest health conditions, despite an increase in snag densities. Ponderosa pine snag density increases over the last 20 years are due disease and beetle kill; and as a result, do not provide long-term high-quality habitat. No known records exist in the project area, but ebird sightings of the species have occurred in areas adjacent. Individuals have been sighted in adjacent lower elevation stands located in previously burned stands of ponderosa pine.

**Migratory Birds:** Migratory birds of conservation concern are those avian species of the United States identified by the U.S. Fish and Wildlife Service for the San Juan National Forest, which due to population declines, naturally small ranges, population sizes, threats to habitat, or other factors, should receive closer monitoring and more proactive conservation than other more abundant species.

Species selected for analysis are Grace's warbler, olive-sided flycatcher and Virginia's warbler. Effects described for these species can be used as a proxy to describe effects on migratory birds that use ponderosa and other pine forest habitats for foraging and nesting. See olive-sided flycatcher analysis in Sensitive Species section for more information. Habitat for Grace's warbler occurs throughout the project area. Known ebird records exist throughout the project area and in proposed units. Sightings of the species have also occurred in other areas on the Forest.

Primary habitat for Virginia's warbler occurs along the rim of the Dolores River canyon and is outside of the project area. Secondary habitat would be ponderosa stands used during migration and occurs throughout the project area. Since Virginia's warbler prefer dense shrublands and scrub forests, habitat use in the project area is expected to be low. Known ebird records exist throughout the project area but not in proposed units. Sightings of the species have also occurred in other areas on the Forest.

## Effects of the Alternatives – Species of Special Interest and Migratory Birds

### Direct and Indirect Effects – No Action Alternative

This alternative is expected to have **"No Effect"** to big game species and associated habitat since all habitat conditions would remain unchanged and progress naturally.

The no action alternative **"may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species"** for Abert's squirrel, hairy woodpecker and migratory birds, since continued tree mortality across the project area would negatively affect site selection and the potential availability of habitat would be reduced. It is not anticipated that bark beetle activity will slow or

DRAFT

stop naturally, and associated fire risk could further impact habitat availability and suitability, both in the short-term (less than 10 years) and long-term (more than 10 years).

### Direct and Indirect Effects – Alternative 2 – Modified Proposed Action and Alternative 3 – Large Tree Retention

**Big Game (Rocky Mountain Elk):** Direct and indirect effects of both action alternatives include a reduction in the habitat availability by reducing the number of trees per acre across the project area. Single Tree Selection and Commercial Thinning prescriptions are intended to improve and maintain age classes and habitat diversity of ponderosa stands. Targeting areas where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions is also intended. Prescriptions were further developed to address forest health issues in existing ponderosa and Gambel oak habitats, along with aspen stands that occur in the area. The project area, in particular, is at a high risk for developing increased level of insect, disease and fire risk.

Foraging habitat may improve in areas where treatments reduce density of pine and oak, and subsequently improve the productivity and cover of understory herbaceous species. In the long-term, post-treatment stand structure is expected to provide better foraging habitat than currently exists by providing increased interior edge, more open stands and an increase in herbaceous shrub species. Proposed activities would also promote the recovery of forest vegetation and create more resilient pine stands across the landscape, resulting in long-term habitat quality. The long-term impacts of bark beetles would result in an overall loss of habitat as stand conditions continue to deteriorate.

Proposed activities such as timber harvest and pile burning may cause the temporary displacement of elk. To reduce these impacts, design features will be implemented to restrict access in CPW mapped production areas from May 15 – June 30, (Land and Resource management Plan Guideline 2.3.59) and in CPW mapped critical (severe) elk winter range habitat from December 1 to April 30 (Land and Resource Management Plan Guideline 2.3.60). There is also a design element requiring consultation with the wildlife biologist prior to late summer or fall operations so that elk are not pushed onto private land areas or pushed out of transition areas and onto winter range ahead of schedule.

Wildlife guzzlers would be installed within the project area under this proposal. The goal is to provide additional water sources for wildlife during dry months and in years when drought conditions are present, as well as to encourage large game to remain upland on Forest Service land ownership to decrease the potential for damage to private property. The Salter project is mostly situated on flat plateaus, rugged rocky draws or where well-distributed perennial water sources are lacking. The area serves as an important migration route for mule deer and elk; and also supports habitat for other wildlife species, including upland gamebirds and migratory birds.

As a means to supplement natural water sources that do occur in the area, the district would install four guzzlers in strategic locations in the Salter and Plateau treatment blocks to provide connectivity to other perennial waters sources. Site locations were chosen by surveying the project area for accessibility and installation suitability. The surrounding landscape, existing water sources and wildlife movement patterns were also considered. Guzzlers would be catchment-type guzzlers, by which rainwater and snowmelt is funneled into a holding tank (usually via an "apron") and delivered through an open drinking pan. Fencing would be built around the guzzlers to protect the structure from unintended use or damage. The footprint size of



DRAFT

a guzzler is approximately 12 by 12 feet, with protective fencing measuring approximately 20-25 feet around the site. Site preparation involves clearing the space with hand tools and setting a portion of the guzzler approximately 4-12 inches in the ground. Site preparation is dependent on soil conditions and rocky terrain. All materials are brought in with a UTV or ATV and temporary road construction is not necessary to install a guzzler.

**Hairy Woodpecker and Migratory Birds:** Direct and indirect effects of both action alternatives include a reduction in the habitat availability by reducing the number of trees per acre across the project area. Single tree selection and commercial thinning prescriptions are intended to improve stand conditions and maintain age classes. Targeting areas where vegetation management could most effectively move age classes, size classes, density and species closer to desired conditions is also intended. Prescriptions were further developed to address forest health issues in existing ponderosa and Gambel oak habitats, along with aspen stands that occur in the area. The project area, in particular, is at a high risk for developing increased level of insect, disease and fire risk.

Short-term (less than 10 years) impacts to hairy woodpecker would reduce the number of overstory trees and may negatively impact breeding site selection. Design features are intended to retain suitable levels of snags as designate by plan requirements for ponderosa forest types. Plan requirements for ponderosa stands include leaving a minimum of 1 snag per acre of at least 12 inches diameter at breast height and 25 feet tall. If trees in this size class are not available, then leave 2-to-3 snags per acre of at least 9 inches diameter at breast height and 15 feet tall. If insufficient numbers of snags exist before the treatment, then additional snag recruits would be reserved. Snag recruits should have the following characteristics: evidence of cavities, decay, broken/dead tops or lightning strikes.

Foraging habitat for hairy woodpecker may improve in areas where treatments reduce density of pine and oak, and subsequently improve the productivity and cover of understory herbaceous species. In the long-term (more than 10 years), post-treatment stand structure is expected to provide better foraging habitat than currently exists by providing increased interior edge and more open stands. Proposed activities would also promote the recovery of forest vegetation and create more resilient pine stands across the landscape, resulting in long-term (more than 10 years) habitat quality. Although bark beetle outbreaks provide opportunistic foraging, the long-term impacts of bark beetles would result in an overall loss of habitat as stand conditions continue to deteriorate.

Short-term (less than 10 years) impacts to Grace's warbler and Virginia's warbler would reduce the number of trees and may negatively impact habitat use. Foraging habitat may improve in areas where treatments reduce density of pine and oak, and subsequently improve the productivity and cover of understory herbaceous species for native insect species. In the long-term (more than 10 years), post-treatment stand structure is expected to provide better foraging habitat than currently exists by providing increased interior edge and more open stands. Proposed activities would also promote the recovery of forest vegetation and create more resilient pine stands across the landscape, resulting in long-term habitat quality. The long-term impacts of bark beetles would result in an overall loss of habitat as stand conditions continue to deteriorate. Since the project does not include activities in pinyon-juniper, impacts to Virginia's warbler are expected to be minimal.

DRAFT

### Determination of Effects and Rationale

With all proposed activities combined and resource protection measures, either action alternative **"may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species"** for Rocky Mountain elk, Abert's squirrel, hairy woodpecker and migratory birds, since the effects are expected be short-term (less than 10 years) and the long-term (more than 10 years) impacts are intended to be beneficial by providing higher quality habitat that is well distributed in the future. The action alternatives are nearly identical in all aspects except for tree diameter restrictions. Although the modified proposed action alternative may leave less trees on the landscape than the large tree retention action alternative, impacts from proposed activities to this species are still expected to be similar in nature due to the intended basal area target range. Other potential impacts to the species may include disturbance or displacement during harvest activities. Design features are intended to minimize impacts to these species.

## Cumulative Effects to all Species

The cumulative effects associated with this project include those past, present, and reasonably foreseeable activities that have or will occur within the project area. There is a history of timber harvests on the Forest and most recent harvests have occurred more than 30 years ago; however, the Lone Pine Vegetation Project is planned in the vicinity and is located adjacent to the Salter Vegetation Management Project. Currently, there are no additional proposed timber harvests planned within the LAUs for at least the next 10 years.

Recreation opportunities within the area are expected to increase some, but they are not expected to become significant enough to reduce the functionality of any species' habitat.

Habitat is perhaps the most important limiting and controlling factor for the above listed species populations, particularly loss of habitat components as it affects foraging, resting, roosting, breeding, and dispersal. Other limiting factors include habitat fragmentation and geographic isolation, prey availability, low population density, low reproductive potential, predation, weather, parasites and disease.

# Section 4 - Agencies or Persons Consulted

The Forest Service consulted the following individuals, Federal, State, tribal, and local agencies during the development of this EA.

## Tribal Consultation

A government-to-government consultation package with an initial invitation to consult was distributed to 24 consulting Native American tribes (the Hopi Tribe, Jicarilla Apache Nation, Kewa Pueblo, Navajo Nation, Pueblo of Acoma, Pueblo de Cochiti, Pueblo of Isleta, Pueblo of Jemez, Pueblo of Laguna, Pueblo of Nambe, Pueblo of Picuris, Pueblo of Pojoaque, Pueblo of San Felipe, Pueblo of San Ildefonso, Pueblo of Sandia, Pueblo of Santa Ana, Pueblo of Santa Clara, Taos Pueblo, Pueblo of Tesuque, Pueblo of Zia, Taos Pueblo, Southern Ute Indian Tribe, Ute Indian Tribe, Ute Mountain Ute Tribe, and Zuni Pueblo) on February 20, 2020. Two tribes requested to continue consultation for the proposal. A notification package containing the results of the class I literature review will be sent to these tribes when complete. Consultation on

subsequent implementations under the NEPA decision would follow the process outlined in the Cultural PA.

## Public Involvement

Scoping packages were distributed to 62 individuals, organizations, permittees, agencies, and congressional representatives on February 21, 2020. A Public News Release was also made to local media on February 21, 2020. The Salter Vegetation project was identified on the San Juan National Forest Schedule of Proposed Actions beginning April 2020. Scoping packages were also made available to participants attending the Dolores Watershed Resilience Collaborative with periodic updates as the project developed. The scoping period was 30 days long; ending March 23, 2020, 11 comment letters were received. Please refer to the previous section Issue Identification and Modified Proposed Action Development for a summary of the comments received.

Project mailing lists of the Federal, State, and local agencies, tribes, and non-Forest Service individuals that were consulted regarding the Salter Vegetation Management project are included in the project record.

## Collaboration

The Dolores Watershed Resilient Forest Collaborative (DWRF) is a diverse group of stakeholders that have worked since 2015 to support and enhance forest, watershed, and community resilience in Montezuma and Dolores Counties, Colorado. With the goal of building trust, public involvement, and enhancing ecosystem resilience, the group provides one avenue for public engagement, discussion, and input on vegetation projects and strives to expand and build support for efforts that improve resilience.

Through efforts like the Rocky Mountain Restoration Initiative and the Collaborative Landscape Restoration Forest Restoration program, DWRF collaborative members have identified treatment priorities for areas within the DWRF upper Dolores River watershed, which includes the Salter landscape. This provides information to the agency to take into consideration when determining treatment priorities. The collaborative has also identified a set of ponderosa pine desired conditions that outlines components of ponderosa pine forest resiliency that are a priority for the collaborative (DWRF. 2020. *Ponderosa Pine Ecosystem Resilience Metrics and Desired Conditions*). The desired conditions developed by the collaborative are consistent with and integrate well with the standards and guidelines identified in the Land and Resource Management Plan for this landscape. The information and recommendations provided by the collaborative have been given consideration in the design of the Salter Vegetation Management project.

As part of the Salter planning process, the Agency entered into an agreement with the DWRF Collaborative that described commitments and an overall goal of "transparent deliberation and discussion on all proposed projects". The agency and collaborative have met on many occasions throughout the planning process to share information and exchange data. The agreement outlines the use of the collaborative exchange folder (CEF) to facilitate open exchange of information and data. The CEF is located on the agency's corporate system and is accessible as an external shared link specifically for exchange of data, including: maps, geodatabases, inventory data, documents, etc. The CEF is also intended to be used by the Collaborative and other partners to share information with the agency of any desirable or undesirable trends that are being observed and to provide an avenue to discuss those trends or for further exchange of general information.

DRAFT

The Salter Vegetation management project proposes an adaptive management approach intended to accommodate changing conditions and additional strategies to achieve the identified desired conditions. The adaptive management process encourages communication with the collaborative and other partners via the Collaborative Exchange Folder. As a means to document ongoing communication associated with adaptive management, a Collaborative Communication Form (CCF) has been developed and is located in the Collaborative Exchange Folder. The Collaborative Exchange Folder will also be used in facilitating third-party monitoring and exchanges of data associated with that monitoring. The DWRF Collaborative has committed to working with the Agency and other interested partners to develop an economical approach to third-party monitoring for Salter and communicate the recommended plan to the Forest Service via the Collaborative Exchange Folder. The Forest Service supports third-party monitoring to inform adaptive management and gain insight into the best approaches to achieving desired conditions.

The monitoring should be designed to inform all interested stakeholders of the project's progress towards meeting the priority desired conditions (as related to the Salter project objectives) identified in the San Juan Land and Resource Management Plan which as described before is consistent with the *Ponderosa Pine Ecosystem Resilience Metrics and Desired Conditions* document described previously. This will allow the DWRF Collaborative and other partners to make informed recommendations to the Forest Service based on their identified priorities. Monitoring associated with the Salter project should also encompass existing monitoring data and the monitoring framework developed by MSI for the adjacent Lone Pine project. The intent of including the methodology from the Lone Pine Monitoring Framework is to initiate a long-term collaborative-based monitoring effort that expands the adaptive management approach to a program-wide strategy.

DRAFT

# Section 5 - References

Baker, W. L. 2018. Historical fire regimes in ponderosa pine and mixed-conifer landscapes of the San Juan Mountains, Colorado, USA, from multiple sources. Fire 1: article 1020023. Online at: https://www.mdpi.com/2571-6255/1/2/23

Baker, W. L. 2018b. Transitioning western U.S. dry forests to limited committed warming with bet-hedging and natural disturbances. Ecosphere 9: article 302288. Online at: https://esajournals.onlinelibrary.wiley.com/doi/epdf/10.1002/ecs2.2288

Baker W.L. 2020. Variable Forest Structure and Fire Reconstructed Across Historical Ponderosa Pine and Mixed Conifer Landscapes of the San Juan Mountains, Colorado. Available online at: https://doi.org/10.3390/land9010003

Colorado Natural Heritage Program. 2012. *Astragalus iodopetalus*. Colorado Rare Plant Guide. Colorado State University. https://cnhp.colostate.edu/rareplants/guide.asp?id=21202.

Colorado Natural Heritage Program. 2013. *Physaria pulvinata*. Colorado Rare Plant Guide. Colorado State University. https://cnhp.colostate.edu/rareplants/guide_print.asp?id=40393

Colorado State Forest Service. 2017. Colorado Forestry Best Management Practices: Forest Stewardship Guidelines for Water Quality Protection, 2014 Field Monitoring Report. https://csfs.colostate.edu/media/sites/22/2017/12/BMP_Audit_Oct2017-www.pdf

Colorado State Forest Service. 2017. 2017 Report of The Health of Colorado Forests: Meeting the challenge of dead and at risk trees. https://csfs.colostate.edu/media/sites/22/2018/02/2017_ForestHealthReport_FINAL.pdf

Covington, W.W. & Moore, M.M. 1994, January. Southwestern Ponderosa Forest Structure: Changes Since Euro- American Settlement. Journal of Forestry. pp.39-46.

Decker, K. 2005. *Astragalus proximus* (Rydberg) Wooton & Standley (Aztec milkvetch): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/astragalusproximus.pdf [Accessed December 18, 2019].

Decker, K. 2006. *Astragalus missouriensis* Nutt. var. *humistratus* Isely (Missouri milkvetch): A Technical Conservation Assessment. [Online]. USDA Forest Service, Rocky Mountain Region [ Accessed October 21, 2020].

Decker, K., Rondeau, R. (2014) San Juan Tres Rios Climate Change Ecosystem Vulnerability Assessment. Colorado Natural Heritage Program, Colorado State University, Fort Collins, CO.

Dolores Watershed Resilient Forest Collaborative. 2020. Salter environmental assessment priority map.

Dolores Watershed Resilient Forest Collaborative. 2020 Resilience Metrics and Desired Conditions - Vegetation - Ponderosa Pine

Griffis, K. L., Crawford, J. A., Wagner, M. R., & Moir, W. H. 2000. Understory Response to Management Treatments in Northern Arizona Ponderosa Pine Forests. Forest Ecology and Management. 146 (239- 245).

Mausolf, Lisa. 1981.. "Town of McPhee" (PDF). Historic American Engineering Record. Washington, D.C.: Library of Congress. Archived from the original (PDF) on April 27, 2014. Retrieved April 26, 2014.

NatureServe. 2013. NatureServe Explorer: An online encyclopedia of life [web application]. Version 7.1. NatureServe, Arlington, Virginia. Available http://www.natureserve.org/explorer.

Negrón, J., Allen, K., Cook, B., Withrow, J. 2008. Susceptibility of ponderosa pine, Pinus ponderosa (Dougl. Ex Laws.), to mountain pine beetle, *Dendroctonus ponderosae* Hopkins, attack in uneven–aged stands in the Black Hills of South Dakota and Wyoming, USA. Forest Ecology and Management 254: 327–334.

Nunery, J.S. and Keeton, W.S. 2010. Forest carbon storage in the northeastern United States: Net effects of harvesting frequency, post-harvest retention, and wood products. Forest Ecology and Management 259: 1363-1375

Rees, D.E., J.A. Ptacek, R.J. Carr, and W.J. Miller. (2005, April 6). Flannelmouth Sucker (*Catostomus latipinnis*): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/flannelmouthsucker.pdf [Accessed January 2021].

Reynolds, R. T., R. T. Graham, M. H. Reiser, R. L. Bassett, P. L. Kennedy, D. A. Boyce, G. Goodwin, R. Smith, and E. L. Fisher. 1992. Management Recommendations for the Northern Goshawk in the Southwestern United States. U.S. Forest Service General Technical Report RM-217.

Romme, W.H., M.L. Floyd, and D. Hanna. 2009. *Historical Range of Variability and Current Landscape Condition Analysis: South Central Highlands Section, Southwestern Colorado & Northwestern New Mexico.* Fort Collins, Colorado: Colorado Forest Restoration Institute.

United States Environmental Protection Agency. 2011. National Ambient Air Quality Standards (NAAQS).

USDA Forest Service. 2010. Mitigating old tree mortality in long-unburned, fire-dependent forests: a synthesis. General Technical Report RMRS-GTR-238. Rocky Mountain Research Station. Fort Collins, CO. 71 p. https://www.fs.usda.gov/treesearch/pubs/35004

USDA, Forest Service. 2011. FR-R3-16-3. Diameter Caps and Forest Restoration: Evaluation of a 16” Cut Limit on Achieving Desired Conditions Southwestern Region

USDA, Forest Service. 2012. Climate Change, Forests, Fire, Water, and Fish: Building resilient landscapes, streams and managers. General Technical Report RMRS-GTR-290. Rocky Mountain Research Station. Fort Collins, CO. https://www.fs.fed.us/rm/pubs/rmrs_gtr290.pdf

DRAFT

USDA, Forest Service. 2013. Restoring Composition and Structure in Southwestern Frequent-Fire Forest: A science-based framework for improving ecosystem resiliency. General Technical Report RMRS-GTR-310. Rocky Mountain Research Station. Fort Collins, CO. https://www.fs.fed.us/rm/pubs/rmrs_gtr310

USDA, Forest Service. 2013. Volume II: Final San Juan National Forest and Proposed Tres Rios Field Office Land and Resource Management Plan. Region 2 https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprdb5435985.pdf

USDA, Forest Service-Region 2. 2013. Volume III: Appendices. Appendix I-Vulnerable Watersheds. https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprdb5435655.pdf

USDA, Forest Service. 2013b. Biological Assessment for the Final San Juan National Forest Land and Resource Management Plan. U.S. Forest Service Region 2, San Juan National Forest, Durango, CO.

USDA, Forest Service. 2013c. Biological Evaluation for the Final San Juan National Forest Land and Resource Management Plan. U.S. Forest Service Region 2, San Juan National Forest, Durango, CO.

USDA Forest Service. 2015. Region 2 Regional Forester's Sensitive Species List, FSM 2600-2015-1, Oct. 6, 2015.

USDA, Forest Service. 2020. Rocky Mountain Regional – Endangered, Threatened, Proposed, and Sensitive Species by Unit (based on the revised 2020 sensitive species list, and updated to reflect current ESA listing status). USDA Forest Service, Region 2. Golden, CO. Available on the internet at: http://fsweb.r2.fs.fed.us/rr/R2_TES_Site_2007/sensitive.html#ss1

USDA, Natural Resources Conservation Service. 1997. Soil Survey of the Cortez Area, Colorado, Parts of Dolores and Montezuma Counties. https://www.nrcs.usda.gov/Internet/FSE_MANUSCRIPTS/colorado/CO671/0/CO671%20Cortez.pdf

USDA, Natural, Resources Conservation Service. 2001a. Soil Survey of Animas-Dolores Area, Colorado, Parts of Archuleta, Dolores, Hinsdale, La Plata, Montezuma, San Juan, and San Miguel Counties.

USDA, Natural Resources Conservation Service. 2001b. Soil Survey of Cortez Area, Colorado, Parts of Dolores and Montezuma Counties.

USDA, Natural Resources Conservation Service. 2003 Soil Survey of San Miguel Area, Colorado Parts of Dolores, Montrose, and San Miguel.

USDA, Natural Resources Conservation Service. 2018. Custom soil resource report for project area, Montezuma County, Dolores, Colorado. Accessed November 30, 2018: https://websoilsurvey.nrcs.usda.gov/app/HomePage.htmUSDA, Rocky Mountain Research Station. 2007. General Technical Report RMRS-GTR-202. Fire Ecology and management of ecosystem of southern Utah. https://www.fs.usda.gov/treesearch/pubs/28849


DRAFT

United States Fish & Wildlife Service. 2020. USDI Fish and Wildlife Service Information Planning and Conservation (IPaC) Website. Accessed on May 6, 2020 and September 8, 2020.

DRAFT

# Appendix A. Maps




**Figure 5. Salter treatment block**




**Figure 6. Plateau Creek treatment block**




**Figure 7. Carlyle Point treatment block**




**Figure 8. House Creek treatment block**




**Figure 9. Boggy Draw treatment block**




**Figure 10. Turkey Knoll treatment block**

Case No. 1:23-cv-01501-RMR Document 27-5 filed 12/21/23 USDC Colorado pg 106 of 151






**Figure 11. Salter transportation system**




**Figure 12. Boggy Draw recreation implementation map**




**Figure 13. Salter wildlife mitigation**




**Figure 14. Salter affected HUC6 watersheds**

# Appendix B. Cultural Resources Programmatic Agreement Vegetation Management Activities-Specific Project Design Features

1. Screened Undertaking Activities

   Some activities that have limited potential to affect historic properties may be exempt from further Section 106 review and consultation once screened by the Forest Service Heritage Professional. These activities require no additional consultation beyond documentation in the annual report to the State Historic Preservation Officer (SHPO).

   The following landscape vegetation management activities either result in no ground disturbance or are conducted entirely within previously disturbed areas that are not likely to contain intact and distinct soil horizons. The screened undertakings have a low potential to affect historic properties within original depositional contexts to the depth to be excavated and/or modified.

   A. Chemical Treatments and Insect Traps
      - i. Insecticide spraying on single trees and small stands of trees.
      - ii. Trap tree activities: felled, debarked, hand-piled and burned in previously disturbed burn areas. No heavy machinery is used.
      - iii. Lethal trap tree activities: felled, pesticide applied. No trees removed and no heavy machinery used.
      - iv. Aggregate (trap-out) beetle activities: funnel traps hand placed in trees.
      - v. Semiochemical treatments.
      - vi. Application of pesticides that do not have the potential to affect access to or use of the resources by the Tribes.

   B. Slash Disposal
      - i. Slash disposal in previously disturbed areas where the slash is piled by hand and burned. Slash is either hand-piled for chipping or bucked by hand, loaded on to rubber-tire vehicles and hauled away. This excludes the use of vehicle over vehicle type Class 3.

   C. Ladder-fuel Reduction and Pruning Activities
      - i. Understory removal of non-commercial timber, including aspen and forest enhancement activities, using chainsaws to reduce ladder fuels, break up the continuity of fuel and to improve stand health and resiliency. Slash is either hand piled for chipping or bucked by hand, loaded into rubber-

DRAFT

tired vehicles and hauled away. This excludes the use of vehicles over vehicle type Class 3

ii. Branch pruning activities where selected trees are pruned to improve tree health and resiliency, reduce ladder fuels, and to create defensible space around structures. Slash is either hand piled for chipping or bucked by hand, loaded into rubber-tired vehicles and hauled away. This excludes the use of vehicles over vehicle type Class 3.

iii. Boundary treatments where dead standing trees, down trees, and slash within 100 feet of the national Forest/private-land boundary is cleared with chainsaws, understory ladder fuels are removed, and lower branches on retained trees are pruned to create a fuel break. Slash is either hand piled for chipping or bucked by hand, loaded into rubber- tired vehicles and hauled away. This excludes the use of vehicles over vehicle type Class 3.

D. Defensible Space

i. Creation of defensible space around homes and structures through removal of trees, brush, and other vegetation using chainsaws and hand tools, where such activities do not have the potential to affect the integrity of the setting of nearby historic properties. Slash is either hand piled for chipping or bucked by hand, loaded into rubber-tired vehicles and hauled away. This excludes the use of vehicles over vehicle type Class 3

E. Road and Trail Maintenance

i. Routine trail maintenance limited to brushing and light maintenance of existing tread with hand tools. Routine trail clearing of rocks and debris. This would include the removal of fallen trees and branches from the trail. Rock and debris will be hand carried from the trail and piled without dragging across country. Piles may be left in place, or disposed of by chipping, loaded into rubber-tired vehicles and hauled away. This excludes the use of vehicles over vehicle type Class 3.

ii. Felling and removal of hazard and wind-throw trees from road and trail prisms where deemed necessary for health, safety, or administrative reasons, so long as trees are felled into and removed from existing road or trail prisms (area clearly associated with road construction, from road surface to top of cut and/or toe of fill) where previous disturbance is such that the presence of no known unevaluated cultural resources or historic properties is considered unlikely, and so long as ground disturbance is not allowed off previously disturbed areas associated with road or trail prisms.

iii. Issuance of road-use permits for commercial hauling over existing roads.

iv. Temporary or permanent road closures involving no new ground disturbance.

v. Maintenance or replacements to non-historic (less than 50 years) culverts including placement of rip-rap at inlet and outlets of existing culverts when activities are confined to previously disturbed areas and where there are no historic properties or unevaluated cultural resources and where the culvert itself is not a historic property.

vi. Stockpiling of road related materials in or on existing roads or turnouts.

vii. Installation of roadside safety features such as guardrails, adjacent to existing forest roads, in previously disturbed areas where the road and its features are not historic properties.

F. Other

i. Areas where mowing with a brush hog or similar rubber-tired equipment is proposed, that occurs outside of known historic property boundaries and/or buffer zones as appropriate.

ii. Areas where tree sanitation is proposed, where trees are felled, peeled, piled and removed by hand. No heavy machinery is used, and activities occur outside of known historic property boundaries and/or 50 ft. buffer zones as appropriate.

2. Field Survey Strategy

As specific locations of Implementation Projects are refined, the Forest shall conduct Class II or Class III inventory to identify historic properties. The strategy below may be used, or individual forests may consult with signatories to use alternate strategies or predictive models. If a forest proposes to use something other than the strategy outlined in this appendix, they shall consult with and gain consensus with signatories on their proposed strategy prior to initiating survey.

A. The following areas shall be field surveyed using pedestrian transects within the refined APE of the Implementation Project:

i. Areas of high potential for historic properties:

a. Prehistoric Cultural Resources

- Areas of known high site density and/or known site locations.
- Ecotonal boundary areas (e.g., areas between canopied and non- canopied areas.
- Areas located within ¼ mile of permanent water sources or natural travel routes associated with mountain passes.
- Geographic features within loosely canopied areas including high points and open views, saddles, terraces, benches and ridges (e.g., hunting corridors).



DRAFT

- South, east and west facing slopes less than 15%. On slopes between 15% - 25%, survey will focus on those areas where ground disturbance is possible because of the use of mechanical equipment for project implementation.
- Areas known to contain geological outcrops of tool stone source material.
- Areas that include old growth Ponderosa pine and or Douglas fir that might contain fire sensitive features such as CMTs and wickiups, and other fire sensitive sites listed below.
- Areas of potential importance as identified during tribal consultation.

b. Historic Cultural Resources

- Areas within or near bedrock deposits containing precious or marketable metal ores.
- Natural travel corridors for pack trails, wagon trails, stock driveways, auto roads, and/or railroads.
- Areas located within ¼ mile of permanent water sources or areas in proximity to railroad grades.
- Potential historic cultural resource identified as a result of literature search. The Forest will follow Office of Archaeology and Historic Preservation Survey Manual guidelines with respect to the documentation of historical features including dirt roads, stock ponds, soil perms, fence lines, small irrigation ditches, pastures, or fields unless they are part of a larger site, known to be significant or are named. If the resources are not fully documented, they will be generally described in the survey report.
- Areas that might contain fire sensitive sites, as listed below.
- Areas of potential importance to the public.

ii. Areas where ground-disturbing activities are proposed including, but not limited to the following:

a. Any area where machine piling or any other activity using mechanized equipment, including machine piling, wind rowing, mechanical crushing, skid trails where identified, and cutting units where skid trails are not identified.

DRAFT

b. Road construction.
c. Water bars and other constructed erosional features.
d. Areas where prescribed fire is proposed.
e. Hand and mechanical control lines.
f. Staging and safety areas.
g. Fire sensitive sites, as follows:
    - Historic sites with standing, or down wooden structures or other flammable features or artifacts.
    - Rock art sites.
    - Cliff dwellings.
    - Prehistoric sites with flammable architectural elements and other flammable features or artifacts.
    - Culturally modified trees, including aspen art and peeled/scarred trees.
    - Certain traditional cultural properties (based on consultation with tribes).
    - Other Fire-Sensitive Sites: based on local field conditions, forest-specific concerns, or as recommended as a result of consultation with SHPO staff, tribes, local governments, or other interested parties, fire management staff, fire behavior specialists, or fire effects researchers.

B. The following areas within refined APE of Implementation Projects do not require field survey:
   i. Slopes greater than 25% where modeling based on the results of previous survey work in similar settings, and/or where reconnaissance field survey indicates there is no potential for cultural resources such as rock art, rock shelters, and significant mining features.
   ii. Portions of the APE affected by previous ground disturbance that has modified the surface so extensively that the likelihood of finding cultural resources is negligible.
   iii. Areas of the APE covered by previous adequate survey. Previous survey (i.e., legacy survey) will be considered adequate if it has been previously reviewed by SHPO, and meets the intent of the guidance in the Secretary of Interior's Standards for Archaeological Documentation and the Advisory Council on Historic Preservation's "Meeting the Reasonable and Good Faith Identification Standard in Section 106 Review". When considering whether previous survey is adequate, Forest Service Heritage Professionals shall rely mostly upon agency guidance put forth in the Forest Service Heritage Program

Management Handbook, FSH 2309.12, Chapter 32, Section 11 (Date Approved 04/08/2008):

*Survey data accumulated during the initial years of Forest Service cultural resource management may not meet current standards or conform to modern technologies (for example, GPS coordinates). Field conditions and surface visibility also change. These older data provide useful information for broad-scale land use planning and for cultural resource identification strategies, but do not negate the requirement for further identification and field survey. When reviewing legacy data for planning or project purposes, Heritage professionals should:*

- *Review past and current survey coverage using project maps, survey designs, transect interval maps, GIS, survey descriptions, photographs, and related field data.*
- *Identify those areas with substandard or inadequately documented survey coverage or areas where additional field survey is warranted due to better ground visibility, new cultural resource information, or other relevant factors as identified by the Heritage professional.*

Generally, previous intensive field survey shall be considered adequate if the corresponding cultural resource report describes field methods that would be used today, and the Forest Service Heritage Professional has confidence in the previous survey. When considering whether a survey is adequate, Heritage Professional should also consider if re-survey is appropriate based on the current undertaking's potential for effects or changed conditions.

3. Site Protection Measures

Various combinations of the following protection measures may be approved by the Forest Heritage Professionals to protect historic properties for projects listed in this agreement. Any use of these measures should be reported in addendum reports. Use of these protection measures will generally be considered to result in a no adverse effect finding. Heritage Professionals may approve additional measures to further protect historic properties; additional measures not listed below shall also be discussed in addendum reports.

A. Prescribed Burning

i. Protect fire-sensitive sites:

- Exclude from project area
- Hand line
- Black line
- Wet line
- Foam retardant

- Structural fire shelter
- Remove heavy fuels from site by hand.
- Prevent in-situ heavy fuels that cannot be removed from ignition (e.g., flush-cut and bury stumps.
- Implement same protective measures for future maintenance burns.

ii. Protect selected other sites from burning (optional).

iii. Allow burning over non fire-sensitive sites, provided:
- No ignition points within site boundaries.
- No staging of equipment within site boundaries.
- No slash piles within site boundaries.

iv. Allow construction of safety zones and additional lines in 100% surveyed areas with archeological monitoring, as appropriate, to assure historic properties are avoided.

B. Thinning, Hand and Mechanical Treatments

i. No treatments or ground disturbance within site boundaries – or- allow treatments within site boundaries, provided:
- Cutting is accomplished using hand-tools only.
- Large diameter trees are felled away from all features.
- Materials removed from the site are removed by hand.
- No dragging of logs, trees, or thinned material across or within site boundaries.

ii. No use of vehicles or other mechanized equipment within site boundaries.

iii. No staging of equipment within site boundaries.

iv. No slash piles within site boundaries.

4. Fuelwood

A. No fuelwood cutting or vehicles within site boundaries -or- allow fuelwood cutting within sites provided that:

i. No vehicles allowed within site boundaries.

ii. No dragging of logs, trees, or cut material across or within site boundaries.

iii. Materials removed from the site are removed by hand.

B. Allow fuelwood cutting in areas of large, continuous, low-density artifact scatters that cover large portions of a landscape provided that:

i. All features and artifact concentrations are recorded and avoided.

ii. Use of vehicles is prohibited during wet ground conditions.

iii. Periodic monitoring is used to assess impacts and if impacts are noted fuelwood cutting will be prohibited in the area.

5. Activities Involving Hazardous Tree Removal, Grapple Piling, Mechanical Treatment, Skid Trails and Landing Areas

DRAFT

   A. No mechanical treatment will occur within the site boundary of a historic property, plus a 50-foot buffer around the site. If treatment is necessary, these sites and the 50-foot buffer will be hand-treated.

6. Activities Involving Road Construction, Temporary Road Construction, Fire Control Lines and Skid Trails
   A. A 50-foot buffer around the historic properties will be established. The road control line will be moved to avoid the site and the 50-foot buffer area. If the undertaking consists of construction and there is the potential for unidentified buried cultural remains, the location will be moved to avoid the site and the construction activities in the area will be monitored by an archaeologist

7. If a previously undocumented historic property is discovered, or if inadvertent effects occur to a historic property, all work in the vicinity of the property would cease and the San Juan National Forest archaeologist would be notified immediately. The property would be protected and project activities in the immediate vicinity of the property would not resume until any actions necessary to resolve adverse effects to the property have been completed.

8. Upon the discovery of human remains, funerary items, sacred objects, or objects of cultural patrimony, a San Juan National Forest archaeologist would be immediately notified by telephone, with written confirmation. All project activities would cease in the vicinity of the discovery, and the discovery would be protected for 30 days, or until the contractor is given notice to proceed by a San Juan National Forest archaeologist or the Dolores District Forest Service Representative

DRAFT

# Appendix C. Resources Dismissed from Detailed Analysis

## Air

Under the Clean Air Act, the Environmental Protection Agency sets limits on certain air pollutants and establishes a regulatory framework for states to follow to protect air quality. Federal land management agencies must comply with the National Ambient Air Quality Standards and Prevention of Significant Deterioration, and Air Quality Related Values (AQRVs). AQRV's are a scenic, cultural, physical, biological, ecological, or recreational resource on federal lands which may be affected by a change in air quality as defined by the Federal Land Manager.

The Clean Air Act identifies two types of national ambient air quality standards. Primary standards provide public health protection, including protecting the health of sensitive populations such as asthmatics, children, and the elderly. Secondary standards provide public welfare protection, including protection against decreased visibility and damage to animals, crops, vegetation, and buildings (Environmental Protection Agency 2011).

Prescribed burning in the Salter Vegetation Management project area would require preparation of a written Burn Plan and a Smoke Management Plan that complies with State and Montezuma County Air Quality Management District standards, notification of counties prior to burning, and monitoring of smoke production. Burning would be conducted under wind and weather conditions designed to rapidly disperse smoke and minimize drift into populated areas.

The reduction of activity created slash via pile burning is expected to be implemented within the established State, County, and Federal framework and standards described above, and would therefore, be in compliance with the Clean Air Act.

## Climate Change

Climate change analysis is guided by Climate Change Considerations in Project-Level NEPA Analysis (U.S. Forest Service 2009), which recommends consideration of both the effect of a proposed action on climate change, and the effect of climate change on a proposed action.

Emission of greenhouse gases (associated with adverse effects to climate) are inversely related to carbon sequestration. During project implementation there would be small, incremental losses of carbon sequestration due to burning of vegetation and consumption of fossil fuels by equipment. Trees would be harvested over time; however, carbon could continue to be stored in manufactured wood products that used harvested materials (Nunery and Keeton 2010). As implementation proceeds, there would immediately be small, beneficial effects to carbon sequestration due to growth of vegetation. In the long-term, carbon sequestration would be sustainably increased through continuing growth of a healthy forest. The described changes in greenhouse gas emissions resulting from the proposed action is immeasurable.

The vulnerability of the 14 terrestrial ecosystems were assessed for the San Juan National Forest (Decker 2014). Based on this assessment, the aspen vegetation type is presumed stable. Sections 1 and 2 of this environmental assessment describe current vegetation conditions that have developed, in part, as a result of climate factors such as precipitation and temperature. The



DRAFT

proposed activity would not change the land use and the area would remain forested, as it currently is.

## Economics

Currently the fiber market for ponderosa pine, as indicated by sales of collaborative communication form, is strong on the Dolores District when compared to five or six years ago. It has been several years since a “no-bid” sale has occurred, and small product sales have been on an upward trend. Signs of longevity and a reliable supply of raw fiber in the area have encouraged renewed investments in the wood products industry. The fiber demand of the local area, based on current sales over the past two years, would keep pace with what this proposal would provide as a byproduct of the proposed vegetation management activities. An increase in demand would result in competitive prices for fiber and the ability to utilize funds to perform service and stewardship items such as pre-commercial thinning.

The innovation and development of new equipment is contributing to many aspects of fiber harvesting and processing

Small volume sales under 2,000 collaborative communication form of ponderosa pine is a continued niche market and includes post and pole, firewood on all scales, mine props and dimensional rough cut lumber. These markets have been in relatively consistent demand in the local area. In recent times, markets are expanding beyond southwest Colorado as the supply for raw material has been reliable and processing facilities are consistently running.

Re-engineering and additions to processing facilities occur locally as markets decline or improve. Adaptation has been occurring as fiber supply of specific diameters become more or less available or economical to obtain. The use of round wood or unprocessed logs for items such as mining props is one indicator of the willingness of the industry to adapt to accommodate utilization of available byproducts. In the past that product was being made almost exclusively out of saw log sized material. This also demonstrates that availability of byproduct could contribute to the ability to meet the needs of the Forest for hazardous fuel removal and economic objectives. Large scale fuelwood processing has created an increase in the utilization of non-saw material across the Forest. Material that has historically been very costly to remove has become either more economical or is now fully merchantable. This sector can typically use green and beetle killed trees but rarely burned trees and overall prefers a mixture of size classes to meet multiple niche markets.

Specific markets have developed in relation to the availability of beetle killed dead ponderosa pine due to its unique appearance. This niche market is limited however, as it is dependent on the blue stain fungus which gives the wood a deep blue color after the trees have died. This blue hue is caused by a fungus carried by pine bark beetles, the fungus is one of a dozen or more fungus’s potentially carried by bark beetles. The desired product is a board that has an array of blue intermixed with clear wood giving the final product a mosaic of colors. This product is highly sought after in many places. One local small scale custom furniture maker (Rustic Furniture) deals almost exclusively in blue-stained wood products that are marketed all over the country for high-end interior design. Interior tongue and groove paneling, which is made by milling 4 inch, 6-inch and 8-inch by 1-inch thick boards, does have a wider market potential. The local Aspen Wall Wood Mill located in Dolores, Colorado who until recently utilized only aspen products, has purchased and harvested several timber sales in the vicinity of the project area in the past few years.

DRAFT

Finding dependable outlets for biomass material (less than 5 inches, branches and tops) and to a lesser extent "round wood" also known as "Product Other than Logs" (POL) {5 inches to 8.9 inches diameter at breast height} continues to be problematic.

The smaller the diameter or more inconsistent the material the harder it is to accommodate the harvesting, removal and end product costs. However, with the recent opening of markets and investment, there is a potential to develop a market that would utilize these products. Current contracts for removal include the volume of this material as "timber subject to agreement". The timber subject to agreement approach allows the purchaser the least amount of risk contractually. However, when markets open up or new markets are created, available volumes and pricing become established and agreed upon initially and risk is further reduced.

To require mandatory removal of this material without compensation is not a viable option, in most cases, on large sales. Collaborating with industry to identify markets that utilize small diameter and inconsistent material is important for both the development of sustainable markets and scale-appropriate treatments on the landscape over the long-term.

The "saw log" (equal to or greater than 9 inches diameter at breast height) market demand continues to increase with bid premiums offered on almost every sale, including stewardship contracts, within the last four years. Sales with bid premiums also included additional charges for brush disposal, essential Knutson-Vandenberg Act activities and road maintenance which have not produced bid sales on the district in the past. Offering a mixture of saw log and smaller diameters timber in the right ratio is important to ensure offerings are marketable. The size of these sales is equally important in both volume and acres to ensure the work is completed on time and has a sustained profitability. The ability to include large volumes and achieve vegetation management at landscape level is possible with the existing industry. Local business are already established and providing the secondary needs of the wood products industry including trucking, gravel and road work needs, pre-commercial thinning, firewood sales, fuel sales, mechanic services and other associated needs.

## Environmental Justice

Dolores County and Montezuma County both include low income, minority and tribal populations, however, disproportionately high and adverse human health or environmental effects would not occur. The environmental effects associated with the proposed action occur in the immediate vicinity of the project area. The public involvement process for this project as described earlier in this document included discussions with County commissioners, tribal consultation, and letters mailed to interested individuals and organizations.

DRAFT

# Document 3

# Draft Decision Notice and Finding of No Significant Impact for the Salter Vegetation Management Project

USDA Forest Service
Dolores Ranger District
San Juan National Forest
Montezuma County, CO

DRAFT

## Introduction

The condition of today's pine-oak forest is largely a legacy of historically ~~unprecedented~~ high levels of human activities occurring from the late 19th century into the 20th century. Large scale commercial harvesting of the pine forest was underway by the early 20th century. In these early days, the vast majority of the logging occurred in the ponderosa pine type and focused on harvesting very large trees while leaving smaller trees and species of lesser value. The most obvious effect of the early logging of ponderosa pine forests is the general lack of large, old trees and snags in these forests today (Romme 2009).

Heavy and largely unregulated livestock grazing was occurring simultaneously with the early logging operations and active fire suppression had also become a widespread policy in the early 20th century. This unique combination of historic events -- the elimination of extensive fires, removal of grass competition by livestock, and the removal of a large component of the forest overstory coincided with unusually wet weather and good seed crops to establish abundant pine regeneration in the early 20th century (Covington & Moore 1994).

A comparison between the current and desired conditions utilizing common stand exam data, Forest Vegetation Simulation modeling, and field observation shows that the condition of the ponderosa pine cover type found within the Salter vegetation management activity area today is different from the desired conditions associated with that vegetative cover type identified in the San Juan National Forest Land and Resource Management Plan (2013). Based on field reconnaissance and inventory data, the structure and size class distributions in the stands identified for this analysis are not within desired conditions described in 2.2.23 of the Forest Plan. Bark beetles have infested adjacent landscapes causing significant mortality. The early stages of a bark beetle infestation is now being observed in the Salter Project area.

Portions of the Salter project area have also been moderately burned by wildfire and there are areas immediately adjacent to the Salter area that have been severely impacted by wildfire. It is well documented that dense, over-stocked, even-age, closed canopy ponderosa pine stands are more susceptible to insect outbreaks and uncharacteristic stand replacing fire events (Negron et al. 2008). It is also is well documented that a lack of structural diversity corresponds directly to a reduction in forest resiliency and consequently long term resistance to detrimental natural and human disturbance events (Negron et al. 2008, Negron et al. 2000, USDA-rmrs_2009_gibson_k0022000).

Based on this comparison, the need to 1) improve resilience and resistance to epidemic insect and disease outbreaks; 2) to increase the structural diversity of the ponderosa pine forest across the project area, and 3) to provide economic support to local communities by providing timber products to local industries in a

sustainable manner were been identified. The environmental assessment documents the analysis of the proposal to meet this need.

## Decision and Reasons for the Decision

### Decision

Based on my review of the Salter Environmental Assessment, the project record, and direct consultation with resource specialists, I have decided to implement alternative 2 with modifications (environmental analysis, section 2 – modified proposed action). This decision would authorize treatment of approximately 22,346 acres of the ponderosa pine-Gambel oak vegetation type on the Dolores Ranger District of the San Juan National Forest.

This decision authorizes four silvicultural treatments to move the treatment area towards the desired conditions described in Section 1 of the assessment. Table 1~~Table 1Table 1~~ summarizes the silvicultural prescriptions that would be applied based on the condition of stands at the time of implementation. Immediately prior to harvesting, a condition specific prescription based on stand exam data, local knowledge of the area, and walk-thru exams would be applied to each stand. The final prescriptions would vary depending on stand-specific objectives and current conditions.

**Table 1. Vegetation treatment type and treatment description**

| Treatment Type | Treatment Description[1] |
|---|---|
| Single Tree Selection | An uneven-aged regeneration method where individual trees of all size classes up to 26 inches diameter at breast height are evaluated and removed more or less uniformly throughout the stand creating or maintaining a multiage structure of groups, clumps and individuals to promote growth of remaining trees and to provide space for regeneration. Multiple entries of this activity ultimately results in an uneven-aged stand of 3 or more age classes. This would be the preferred and dominate prescription used. 50-to-70 basal area per acre of residual basal area depending upon stand condition. There are 19,675 acres of this treatment type. |
| Commercial Thinning | Silviculture “Free Thinning” with enhancement objectives in mixed stocking ponderosa pine with a variable residual square feet of tree stem basal area of 50 -70 basal area per acre depending upon stand condition. Individual trees of all size classes up to 26 inches diameter at breast height are evaluated and removed throughout the stand creating or maintaining a multiage structure of groups, clumps and individuals.<br>These stands have some of the following characteristics: recent treatment, structure is more clump than group, inconsistent harvestable volume per acre. Goal is to enhance current qualities of the stand to promote resiliency to disturbances. Includes the plantation units. There are 3,115 acres of this treatment. |
| Post Fledgling Area Thinning (PFAT) | PFA prescription is a free thinning in which trees of all size classes up 22 inches are evaluated for harvest while retaining a 100-to-120 residual basal area target. A focus on large groups of 20-30 trees or more is desired with internal clumps made up of 3-to-5 large and mature trees with interlocking crowns. Individual tree structure and isolated clumping is not desired structure in this treatment type. When structure is not available, thinning should focus on creating conditions for long-term structure moving towards PFA desired conditions. |
| Pre-commercial Thinning | Thinning of ponderosa pine (Less than 5 inches diameter) to variable spacing specifications. Would be implemented in any treatment unit. |
| Brush Thinning | Thinning of understory brush species (generally target brush less than 6 inches diameter at root collar), mainly Gambel oak; to create openings for seedling recruitment and reduce ladder fuel effects on residual trees. Would be implemented in any treatment unit. This prescription is limited to treating no more than 5,000 acres. |

[1] No tree larger than 26.9 inch diameter at breast height would be cut in alternatives 2 and 3.

Prescriptions are generally for the mechanical harvesting of vegetation, however, hand manipulation and mastication of vegetation may also occur. Processing of the vegetation would occur in harvest units and would be concentrated at landings within the units for final processing prior to transport off the forest. Slash created during treatments would be treated by removal, piling or lop and scattering, based upon recommendations from fuels specialist. Detailed descriptions of each silvicultural prescription are located in the environmental assessment, section 2-proposed action and alternatives).

Ponderosa pine established prior to approximately 1880 would be retained in nearly all situations during harvest designation. Exceptions for safety reasons, to reduce declining trees with severe dwarf mistletoe infestation, root rot or bark beetles may be made in rare instances. Old-aged trees would be identified using a combination of physical characteristics including large diameter relative to other trees in the localized area, large diameter branches, irregular crowns, flat tops, tall height and canopy position and bark thickness, color and pattern. (Huckaby et al. 2003). When a determination of tree age cannot be made using physical characteristics, these trees would either be retained or assessed and documented at the harvest-unit scale to ensure old-aged trees are retained.

Tree evaluation would be accomplished through a descending order of choice made by the designator. Evaluation occurs at every step of the decision-making process applying sound judgement based on parameters from the analysis and direction from a certified silviculturist. Below is an example of a descending order of choice that would be used to evaluate trees and ultimately designated them for removal if the stand has a basal area greater than 50 ft$^2$/acre.

a. Tree can be evaluated for harvest if it is less than 27.0 inch ~~DBH~~ diameter at breast height
b. Do not cut trees with a combination of pre-settlement visually apparent physical indicators (Huckbay 2003)
c. Cut dead trees (brown or red needles/no needles)
d. Cut live trees with visible evidence of bark beetle infestation (~~e.g~~for example~~.~~, pitch tubes, frass, and woodpecker activity on tree bole)
e. Cut live trees with dwarf mistletoe infecting more than 50~~%~~ percent of the live crown

In addition to a-e above, trees 25 inch ~~DBH~~ diameter at breast height and less can also be cut if they meet the following condition or structure.

f. Live crown declining more than 25~~%~~ percent including poor needle conditions
g. Evidence of conks, cankers or advanced decay
h. Weak or multiple forks
i. Broken or dead tops
j. Leans greater than 35~~%~~ percent
k. Grossly poor form
l. To achieve a basal area target within 50-70 ft$^2$/ac.

### *Connected Actions*

~~Actions connected to the vegetation management actions include post-treatment vegetation management activities such as site-preparation and reforestation. Other activities~~Connected actions associated with the vegetation treatment would include maintenance-related road-work. The work would be performed prior to, during, and/or following treatments. Table 2~~Table 2Table 2~~ displays the proposed primary haul routes.

Some primary haul routes would require upgrades to the surface and could include the change of surfacing type to accommodate the volume of forest products being removed.

**Table 2. Proposed primary haul route**

| Treatment Block | Forest Service Road Number and Name |
|---|---|
| Salter | FSR 510 Dry Canyon; FSR 521 Ormiston Point |
| Plateau | FSR 523 Trimble; FSR 514 The Glade; FSR 521 Ormiston Point |
| Carlyle Point | FSR 524 Plateau; FSR 525 Trail Canyon; FSR 514 The Glade; FSR 526 Dolores Norwood |
| Boggy Draw | FSR 527 Boggy Draw; FSR 526 Dolores Norwood |
| Turkey Knoll | FSR 249 Bald Hill Res; FSR 527 Boggy Draw; FSR 532 Cottonwood; FSR 526 Dolores Norwood |
| House Creek | FSR 526 Dolores Norwood; FSR 529 Beaver Rim |

No new permanent roads would be built with this project, though temporary roads may be required to reduce the need for excessive tractor skidding and allow wood products to be moved to the permanent road system. Creating these roads would involve clearing vegetation and minimal construction. They would be constructed, utilized and reclaimed when rainfall and erosion potential is minimal. These segments would be decommissioned within five years of first use. Up to 117~~Approximately 50 to 75~~ miles of temporary road construction c~~w~~ould be made available for use under this decision.

Other related forestry activities would include the reduction of activity fuels. Concentrations of activity fuels would be disposed of by either piling for later burning, lopping and scattering throughout the unit, a combination of scattering and piling/burning or, removal from the site. The method used would be dependent upon the amount of slash generated, the mechanical means employed for removal, and specific conditions within the unit.

Vegetation management activities may also result in post-treatment vegetation management actions such as site-preparation and reforestation, if deemed necessary through monitoring.

Additional actions that would be authorized by this decision include the installation of four wildlife guzzlers in strategic locations within the Salter and Plateau treatment units to provide connectivity to other perennial waters sources. The goal is to provide additional water sources for wildlife during dry months and in years when drought conditions are present, as well as, to encourage large game to remain upland on Forest Service land ownership to decrease the potential for damage to private property.

### *Project Design Features*

Project design features have been developed to minimize or eliminate potential adverse effects during implementation of the Salter Vegetation Management project. The design features identified in the environmental analysis (section 2 – project design features) are essential to the selected alternative, including all actions that would occur as the result of adaptive management, and are expected to provide adequate resource protection under the treatments proposed for this project.

### *Monitoring and Adaptive Management*

Because conditions continue to change on the landscape analyzed in the Salter Environmental Assessment combination of pre-implementation reviews and an adaptive management approach would be utilized to

inform implementation and to provide the opportunity to solicit input from partners that could be incorporated into the decision making process when addressing changing conditions on the ground in real-time. A detailed discussion relative to the specific process and protocols to be used in adaptive management modifications are identified in the environmental analysis under monitoring and adaptive management (section 2). This discussion also identifies specific monitoring elements and associated threshold and triggers for adaptation.

## Rational

My decision is based on an examination of the information in the environmental assessment, the project file, and direct consultation with resource specialists. Particular attention was paid to how well the purpose and need would be met and whether the selected alternative would provide opportunities to respond to rapidly changing conditions. In addition, much time and effort was devoted to reviewing public comments, some of which provided opposing viewpoints (and references to opposing science) about what management actions should be taken.

### *Purpose and Need*

My review of the environmental assessment determined that the selected alternative meets the purpose and need as described in section 1.

The vegetation analysis contained in vegetation specialist report and summarized in section 3 of the environmental assessment states that the combined effects of commercial thinning, single tree selection, and pre-commercial thinning would be a post-harvest reduction in basal area leading to the development of stands that are less dense, reducing competition among remaining trees for water and nutrients, thus creating uneven-aged conditions in which the remaining trees become healthier and more vigorous. This would increase resiliency, making these areas less susceptible to insect and disease outbreaks and wildfire.

The analysis also indicates that the selected alternative not only moves the vegetation toward the desired conditions described in the Land and Resource Management Plan for this land use and species, but better meets the purpose and need by allowing the silviculturist to make the final determination regarding most appropriate prescription to achieve desired conditions on a stand-by-stand basis, over time based on stand type and disturbance frequency.

The analysis also finds that that brush thinning would reduce competition for moisture and nutrients. It would also reduce ladder fuels and the potential for scorching leave trees. Along with prescribed burning (as authorized by the 2019 Dolores Prescribed Fire Environmental Assessment ), this creates opportunities for successful natural regeneration in the treated areas~~brush thinning would reduce heavy duff layers, creating opportunities for successful natural regeneration in the treated areas~~. Retaining quality seed trees would also increase the chance that natural regeneration would occur. Under the no action alternative, regeneration would continue to be inhibited by dense Gambel oak and heavy duff layers, although insect and disease activity on a small scale could contribute to increasing structural diversity at a small scale significantly smaller than the selected alternative.

Alternative 3 – large tree retention would limit the ability to fully utilize the silviculture systems designated by the Land and Resource Management Plan. Therefore, alternative 3 meets the desired conditions described at 2.2.23 to a lesser degree than alternative 2 – modified proposed action. At the fine scale patches of bark beetle and heavily infested dwarf mistletoe trees would have to be passed for removal due to the diameter limitation. Basal area retention goals and uneven aged characteristics would be compromised, leaving stands less resilient and making long term resistance less likely to occur.

Removing areas from treatment as result of diameter limitation would reduce the amount of treatment in an area and subsequently the amount of harvestable volume per acre.

Increasing structural diversity is also identified as a purpose of this project since there is currently very little structural diversity in ponderosa pine stands in the analysis area. As described in the project location and project area description section and the historical background discussion in section 1, the amount of mature pine stands in the Salter analysis area with closed canopies is well above the desired condition as defined by the 2013 Forest Plan while the amount of young stands are below the desired conditions. The analysis in the environmental assessment concludes that the actions proposed under the selected alternative would help move the stands that are treated toward an uneven aged heterogeneous structure, and as stated above, would provide opportunities for regeneration, thus increasing the amount of young stands in the area. Under the no action alternative, even-aged stands would continue to dominate. Applying a large tree harvest restriction (above 26.9 inches ~~DBH~~diameter at breast height) would also add to the structural diversity by increasing old and large trees in the long-term.

The selected alternative would meet the purpose of providing wood products for both commercial and non-commercial uses. The quantity of wood products available for commercial and non-commercial uses under the selected alternative would also be much higher than under the no action alternative because it would allow for tree cutting and removal thru a variety of means, including but not limited to, traditional timber sale contracts, service contracts, integrated resource contracts, small product permits (such as post and poles or firewood). The proposed action would also meet the identified need of managing forest vegetation to move current and foreseeable future conditions closer to desired conditions on landscapes available for active management. The no action alternative would not contribute to providing wood products for commercial and non-commercial uses, and it would not meet the need of managing forest vegetation to move current and foreseeable future conditions closer to desired conditions on landscapes available for active management.

### *Ability to Respond to Changing Conditions*

Due to the potential for vegetative conditions to change rapidly in response to actively moving insect and disease outbreaks in and adjacent to the analysis area and climate change, the prescriptions identified now may no longer be applicable in some areas. For this reason, I feel having the ability to respond to changing conditions through the use of pre-implementation reviews and adaptive management is an essential part of the selected alternative for the Salter project.

As discussed in the environmental assessment in section 2, the use of pre-implementation reviews, checklists, and adaptive management would allow for timely application of appropriate prescriptions based on actual site conditions at the time of implementation. The environmental assessment describes a well-defined approach, with requirements to review project areas prior to implementation, during implementation, and after implementation as well as requirements to monitor project effects during and after implementation. The adaptive management process also includes a commitment to public notification thru news releases and discussions with local stakeholders, and public field trips to keep interested stakeholders informed about the progress of implementation and the results of monitoring. The monitoring plan includes details relative to what would be monitored and what adjustments may be made under adaptive management.

### *Response to Public Comment*

In making my decision, I carefully considered concerns raised by the public during the scoping and public comment periods. My staff and I reviewed and considered all of the comments and reference materials received. Many of the comments received during the public comment period were supportive of the

proposed actions, but there were several commenters that voiced concern over various aspects of the proposed actions including, but not limited to, harvesting of old and large trees and other aspects of the silvicultural prescriptions, the potential for adverse impacts to the trails in the Boggy Draw and other treatment blocks, limited access to the area during project implementation and the duration of the project, increased traffic on the Dolores-Norwood Road, and effects to big game and other wildlife species. In direct response to the public comments received, numerous clarifications and changes were made to the final environmental assessment. This includes but is not limited to clarification of design features and the effects of the design features, refinement of design features for invasives, recreation, and wildlife, the addition of additional design features for recreation, addition of adaptive management actions, and providing additional information regarding the current vegetative conditions and other relevant information form the vegetation specialist report.

I also found that the final environmental assessment shows a thorough review using the best available science (section 1 - need for the proposal, section 3- vegetation effects analysis, and vegetation specialist report). The Interdisciplinary Team used information from a broad range of sources as appropriate, including regional and national-level research, local research, and recent site-specific field inspections and reviews of the analysis area, and referenced the scientific sources which informed the analysis. The opposing science references provided during the comment period were reviewed and the interdisciplinary team utilized the best available science to meet the purpose and need. The comments are filed in the project record and located in the Reading Room on the San Juan National Forest project webpage.

I have acknowledged the environmental trade-offs of my decision. The watershed and soils analysis in section 3 - watersheds found that the activities associated with the proposed action may have localized, short-term effects (less than 3 years) on watershed and soils, riparian areas, and water quality. It also found that the hydrology and soils design elements listed in section 2 would help minimize or eliminate potential adverse effects during implementation, and no negative long-term impacts would occur.

The wildlife analysis in section 3 - wildlife and fisheries determined that with all proposed activities combined and resource protection measures, the selected alternative "may impact individuals or their habitat, but would not likely contribute to a trend towards federal listing or loss of species viability to the population or species". For Abert's squirrel, big game, hairy woodpecker and migratory birds, since the effects are expected be short-term (less than 10 years) and the long-term (more than 10 years) impacts are intended to be beneficial by providing higher quality habitat that is well distributed in the future. Other potential impacts to the species may include disturbance or displacement during harvest activities. Design features are intended to minimize impacts to these species.

**Commented [EA-F1]:** Reference needed?

The fuels analysis in section 3 - fuels and fire management also identifies the selected alternative as having short-term impacts for long-term trade-offs with respect to increases in fuel loadings in the short-term for stands more resistant to future disturbances and able to recover more rapidly without human intervention over the longer-term.

In summary, the analysis of impacts of the selected alternative – the modified proposed action as described by my staff in the Salter Environmental Assessment do not indicate any unacceptable consequences, and I believe the long-term benefits of the modified proposed action (increasing resistance and improving forest resilience, increasing structural diversity, and providing wood products for both commercial and non-commercial uses) outweighs any short-term environmental impacts.

## Alternative Development and Other Alternatives Considered

In addition to the selected alternative, I considered two additional alternatives. I considered a no action alternative where current management plans would continue to guide management of the project area. I also considered a large tree retention alternative. The large tree retention alternative includes a 20-inch diameter limitation (as compared to a 26-inch diameter limitation in the modified proposed action). This alternative limits the removal of trees over 20 inches and is intended to emphasize large tree retention.

The Forest Service NEPA procedures allow the responsible official to modify a proposed action as the process progresses and requires such modifications to be made in an open and transparent process obvious to all interested parties conflicts [36 CFR 220.7 (b)(2)(i). The documentation of these incremental changes to a proposed action or alternatives may be incorporated by reference in accord with 40 CFR 1502.21. To this end, the comments received during the scoping period were reviewed and assigned to a general subject matter category. Issues that were interrelated were combined into a set of issues or concerns. The concern groupings were developed to facilitate a comprehensive approach to identifying incremental adjustments that would result in a refined, modified proposed action or additional alternative. Refer to the environmental assessment, Section 2 for a complete listing of groupings by major concern heading. All comments received and the disposition of the comments can be located in the project record.

The potential issues and concerns associated with the concern groupings identified above were resolved through project modification, application of best management practices, project design features, or development of an alternative. The initial scoped proposed action was modified by:

- Addition of multiple project design features and identification of avoidance areas for recreation to include protection of trail quality, scenery and to minimize impacts to recreationists. Development of an implementation schedule that is intended to minimize the need for closure of trails and other recreation opportunities during project implementation (~~EA~~environmental assessment, ~~Figure~~ figure 12, appendix A).
- Incorporation of project design features intended to mitigate the adverse impacts of allowing for maximum gross vehicle weight, when authorized.

Resolution of potential issues and concerns identified during scoping also included development of a second action alternative which includes a 20-inch diameter limitation (as compared to a 26-inch diameter limitation). This alternative limits the removal of trees over 20 inches and is intended to emphasize large tree retention.

Based on comments received during the 30-day comment period, additional modifications were made between the draft environmental assessment and the final environmental assessment which include: refinement of project design features for invasive species, wildlife and recreation; the addition of new project design features for recreation and transportation; and bringing additional existing condition information contained in the vegetation specialist report into the text of the environmental assessment document for context and clarity.

## Public Involvement and Scoping

The Forest Service consulted the following Federal, State, and Tribal governments, local agencies and individuals~~following individuals, Federal, State, tribal, and local agencies~~ during the development of the Salter Environmental Assessment.

## TribalTribal Consultation

A government-to-government consultation package with an initial invitation to consult was distributed to 24 consulting Native American tribesTribes on February 20, 2020. Two tribesTribes requested to continue consultation for the proposal. A notification package containing the results of the class I literature review would be sent to these tribesTribes when complete. Consultation on subsequent implementations under the NEPA decision would follow the process outlined in the Cultural Resources Vegetation Management Programmatic AgreementCultural Programmatic Agreement. The Colorado State Historic Preservation Officer agreed on June 12, 2020 on the use of the 2017 programmatic agreement for vegetation management undertakings.

## Public Involvement

Scoping packages were distributed to 62 individuals, organizations, permittees, agencies, and congressional representatives on February 21, 2020. A public news release was also made to local media on February 21, 2020. The Salter Vegetation ManagmentManagement project was identified on the San Juan National Forest Schedule of Proposed Actions beginning February 2020. Scoping packages were also made available to participants attending the Dolores Watershed Resilience Collaborative with periodic updates as the project developed. The scoping period was 30 days long; ending March 23, 2020, 11 comment letters were received. Please refer to the previous section alternative development and other alternatives considered for a summary of the comments received.

Opportunity for public comment was also provided during a 30-day comment period beginning February 10, 2021 with the issuance of the draft environmental analysis. The comment period was announced via a press release, direct mailing to those who previously showed interest, and a legal notice in the Cortez Journal, the paper of record. One-hundred and twenty-four comment letters were received. Individual comment letters resulted in approximately 1024 individual comments. Each comment was reviewed and assigned to a concern category. The concern groupings were again utilized to facilitate a comprehensive approach to further refining the proposed action and alternatives through additional incremental adjustments. Project mailing lists of the Federal, State, and local agencies, tribesTribes, and non-Forest Service individuals that were consulted regarding the Salter Vegetation Management project are included in the project record.

## Collaboration

The Dolores Watershed Resilient Forest Collaborative (DWRF) is a diverse group of stakeholders that have worked since 2015 to support and enhance forest, watershed, and community resilience in Montezuma and Dolores Counties, Colorado. With the goal of building trust, public involvement, and enhancing ecosystem resilience, the group provides one avenue for public engagement, discussion, and input on vegetation projects and strives to expand and build support for efforts that improve resilience.

Through efforts like the Rocky Mountain Restoration Initiative and the Collaborative Landscape Restoration Forest Restoration program, Dolores Watershed Resilient Forest CollaborativeDWRF collaborative members have identified treatment priorities for areas within the Dolores Watershed Resilient Forest CollaborativeDWRF upper Dolores River watershed, which includes the Salter landscape. This provides information to the agency to take into consideration when determining treatment priorities. The collaborative has also identified a set of ponderosa pine desired conditions that outlines components of ponderosa pine forest resiliency that are a priority for the collaborative (DWRF. 2020. Ponderosa Pine Ecosystem Resilience Metrics and Desired Conditions). The desired conditions developed by the collaborative are consistent with and integrate well with the standards and guidelines identified in the Land and Resource Management Plan for this landscape. The information and recommendations

provided by the collaborative have been given consideration in the design of the Salter Vegetation Management project.

## Finding of No Significant Impact

### Context

For the modified proposed action and alternatives, the context of the environmental effects is based on the environmental analysis in the environmental assessment. This project is limited in scope, the decision made here applies to the Salter Vegetation Management area on public land. The project is also limited in duration. Spatial and temporal effects would vary, and would be mostly limited to the project area. While some short-term adverse effects would occur, long-term effects would be beneficial across a range of resources. The resources affected by the proposed action are described in the Salter Environmental Assessment – section 3.

The project area is located in a managed roaded-area on suitable timber lands within Management Area 5. Management Area 5 emphasizes active management and commodity production in order to meet a variety of social, economic, and ecological objectives (USDA 2013). All of the actions included under the selected alternative are confined to this management area. The actions included under the selected alternative are appropriate to implement in Management Area 5 (Forest Plan, Section 2.9.14).

The San Juan National Forest includes approximately 1.9 million acres of ~~NFS~~ National Forest System lands. The Dolores Ranger District encompasses about 597,373 acres of those ~~NFS~~ National Forest System lands. The Salter Vegetation Management treatment area encompasses approximately 3.7 percent of the district (22,346 acres). The effects would be local in nature and not likely to significantly affect regional or national resources.

### Intensity

Intensity is a measure of the severity, extent, or quantity of effects, and is based on information from the effects analysis of this ~~EA~~ environmental assessment and the references in the project record.

**1) Impacts may be both beneficial and adverse. A significant effect may exist even if the Federal agency believes that on the balance the effects will be beneficial.**

Consideration of the intensity of environmental effects is not biased by beneficial effects of the action. Impacts that may be both beneficial and adverse are discussed in environmental effects section of the environmental assessment (section 3). There would be localized, short-term impacts, but the analysis indicates that the selected alternative would not result in any significant adverse effects.

**2) The degree to which the proposed action affects public health or safety.**

There would be no negative effects on public health and safety. Project design features that require that once harvest operations begin in either the Boggy Draw or Turkey Knoll treatment blocks and throughout duration of operations in either block, an information station would be set up at the Boggy Draw trailhead. Information would also be available at local bike shops, Chamber of Commerce, businesses in Cortez and Dolores, the Southwest Colorado Cycling Association and the San Juna National Forest's Facebook page. The information center would contain up to date maps displaying location of cutting units with active units identified, as well as, trail locations and big game units environmental assessment section 2 – project design features).

To further reduce conflicts with recreation users during federal holidays, hauling would not be permitted on FSR 527 from the junction of FSR 527C to FSR 259 (Boggy Draw Trailhead) from 12 P.M. Friday to 12:01 A.M. Monday on Memorial Day, Labor Day and Thanksgiving weekend (Thursday to -Monday), Christmas Day and July 3- to July 5. Furthermore, hauling on the Dolores-Norwood Road or thru the town of Dolores would be prohibited on Sundays.

In addition to the above design features, the Salter Vegetation Management project includes an adaptive management option that provides for adjustments if speed becomes an issue with logging traffic and recreationalists. Should speed become an issue, the Forest Service would look at mechanisms to address the issue either through law enforcement or through timber sale contract provisions.

**3) Unique characteristics of the geographic area such as proximity to historic or cultural resources, park lands, prime farmlands, wetlands, wild and scenic rivers, or ecologically critical areas.**

The selected alternative does not involve impacts to unique characteristics or ecologically critical areas. No park lands, prime farmlands, floodplains, wilderness, or wild or scenic rivers occur in the project area. No adverse effects to wetlands, wet meadows or riparian areas are expected because design elements are in place that minimize activities in these areas, such as prohibiting skidding, decking and loading in these locations. Intermittent streams and ephemeral streams with riparian vegetation would be protected during project activities by a 100 foot buffer zone where no mechanized equipment use is allowed, unless a field visit by a hydrologist determines a different site-specific buffer (environmental assessment, section 2 - hydrology and soils). Implementation of other hydrology and soils design elements (~~EA~~environmental assessment, section 2 – hydrology and soils) would further ensure protection of wetlands and streams in the project area (~~EA~~environmental assessment, section 3 - watershed). The selected alternative does not involve impacts to historic or significant cultural resources. The project design features identified in Appendix B. Cultural Resources Programmatic Agreement Vegetation Management Activities-Specific Project Design Features would be applied consistent with the Cultural Resources Vegetation Management Programmatic Agreement. Therefore, the proposal would have no adverse effects to significant cultural resources or historic properties.

**Commented [PD-2]:** I added this, but seems redundant to me> Michelle edited all other mentions of the PA to spell the whole thing out. So adjust accordingly.

**4) The degree to which the effects on the quality of the human environment are likely to be highly controversial.**

The effects of this action on the quality of the human environment are not highly controversial. The Forest Service has extensive experience in analyzing and implementing this type of vegetation management project in similar conditions (Forest Plan, section 2.9.14). Although other perspectives on vegetation management approaches were raised during the various public comment periods, the project implements established approaches that Forest Service resource specialists deem reliable and is supported by the best available science.

**5) The degree to which the possible effects on the human environment are highly uncertain or involve unique or unknown risks.**

The Forest Service has extensive experience in analyzing and implementing single tree selection, commercial thinning, pre-commercial thinning, brush thinning, reforestation, slash disposal, burning, and road related activities. Because of this, potential issues associated with this proposed action are

understood and there is a low degree of uncertainty regarding the risks to the human environment. Issues brought forth by resource specialist are not unique, have been identified before on the San Juan National Forest, and tend to have clearly defined design elements or measures that would limit or fully eliminate meaningful adverse effects. Best available science was used to inform the effects analysis in chapter 3 of the EAenvironmental assessment. The effects analysis shows the effects are not uncertain and do not involve unique or unknown risks.

**6) The degree to which the action may establish a precedent for future actions with significant effects or represents a decision in principle about a future consideration.**

The action would not establish a precedent for future actions that may have significant effects on the environment. It does not represent a decision in principle about a future consideration. Future actions would require their own analyses and decisions.

**7) Whether the action is related to other actions with individually insignificant but cumulatively significant impacts.**

Cumulative effects of past, present, and reasonably foreseeable projects have been considered and evaluated in addition to the impacts of this project. No significant cumulative impacts were identified (EAenvironmental assessment, chapter 3).

**8) The degree to which the action may adversely affect districts, sites, highways, structures, or objects listed in the National Register of Historic Places or may cause loss or destruction of significant cultural or historical resources.**

No direct or indirect effects on significant cultural resources are anticipated given that project activities would be controlled through application of cultural resource design elements identified in the Cultural Resources Vegetation Management Programmatic Agreement (USDA 2017) . Cultural Significant cultural resources would be avoided. All project undertakings identified under the selected alternative would avoid National Register eligible cultural resources per Section 106 of the NHPANational Historic Preservation Act. With adherence to all cultural resource design elements (environmental assessment - section 2 and appendix B), the selected alternative would have "no adverse effect" on cultural resources (environmental assessment, section 3 – cultural resources).

**9) The degree to which the action may adversely affect an endangered or threatened species or its habitat that has been determined to be critical under the Endangered Species Act.**

There would be no adverse effect to any endangered or threatened species or to critical habitat. Habitat is absent or proposed activities would not occur in habitat for Canada lynx, Mexican spotted owl, Gunnison's Sage-grouse, New Mexico meadow jumping mouse and Western yellow-billed cuckoo. Habitat for bonytail chub, Colorado pikeminnow, humpback chub and razorback sucker is absent in the project area. The Salter Vegetation Management project is outside of occupied range for these species and does not deplete water from the basin (environmental assessment, section 3 – wildlife and fisheries)

**10) Whether the action threatens a violation of Federal, State, or local law or requirements imposed for the protection of the environment.**

This action complies with relevant Federal, State, and local laws or requirements for the protection of the environment.

## Findings Required by Other Laws and Regulations

In reviewing the environmental assessment and actions associated with alternative 2 - modified proposed action, I have concluded that my decision is consistent with the following laws and requirements:

### *National Forest Management Act (NFMA)*

This decision to treat approximately 22,346 acres of the Ponderosa pine-Gambel oak vegetation type on the Dolores Ranger District is consistent with the intent of the Forest Plan's long term goals and objectives listed on pages 28 and 81 of the Forest Plan. The project was designed in conformance with land and resource management plan standards and incorporates appropriate land and resource management plan guidelines for forested terrestrial ecosystems (tables 2.2.1 and 2.2.2; page 22; terrestrial ecosystem resource direction), forested terrestrial ecosystem with respect to representation at the landscape scale (tables 2.2.1 and 2.2.2; page 22; terrestrial ecosystem resource direction), and forested terrestrial ecosystems with respect to stand structures and tree species composition that offer resistance and resilience to changes in climate, including extreme weather events, or epidemic insect and disease outbreaks (page 22; terrestrial ecosystem resource direction).

**Other NFMA Requirements**

1. **Suitability for Timber Production: No timber harvest, other than salvage sales or sales to protect other multiple-use values, shall occur on lands not suited for timber production (16 USC 1604(k)).**

   This project does not propose timber harvest on lands considered unsuitable for timber production. All project activities would occur in Management Area (Active Management). Management Area 5 are multiple-use areas where active management occurs in order to meet a variety of social, economic, and ecological objectives. They are easily accessible, occurring mostly on roaded landscapes and relatively gentle terrain. These are lands where timber harvesting, oil and gas activities, and intensive livestock grazing occur and influence the composition, structure, and landscape patterns of the vegetation (Forest Plan, p. 187).

2. **Timber Harvest on National Forest Lands (16 USC 1604(g)(3)(E)): A Responsible Official may authorize site-specific projects and activities to harvest timber on National Forest System lands only where:**

   a. **Soil, slope, or other watershed conditions will not be irreversibly damaged (16 USC 1604(g)(3)(E)(i)).**

      The selected alternative would avoid impairment of soils or watershed conditions. Treatments would take place on gentle to moderate slopes, avoiding steep slopes. Soil types are appropriate for these kinds of management activities. Design features include buffers and altered harvest methods in proximity to streams and wetlands. Where negative effects may occur, they are expected to be short-term in duration and improve in the long-term. Further supporting rationale can be found in the vegetation and watershed discussions in the environmental assessment (section 3 – vegetation and section 3 – watershed). Units that are adjacent to or contain soils prone to mass movement would be reviewed by forest geologist prior to implementation.

   b. **There is assurance that the lands can be adequately restocked within five years after final regeneration harvest (16 USC 1604(g)(3)(E)(ii)).**

The primary silvicultural treatment proposed is single tree selection which is a regeneration treatments and subject to the five-year restocking requirements of the National Forest Management Act. The minimum adequate stocking required by the Forest Plan for ponderosa pine is 150 trees per acre. Similar treatments have been done on this landscape with numerous examples of success and in many cases the harvest itself did not bring stocking below 150 trees per acre. Uneven-aged management allows for the retention of higher stocking in the smaller diameter classes and prescription would take advantage of advanced regeneration retention. Based on this experience, and applicable research, more than adequate regeneration and or residual stocking is expected. Regeneration levels and success would be monitored and verified with post-harvest stocking surveys. Beyond expected outcomes the analysis has built in adapted management to allow for reforestation both of ponderosa pine and further drought resistant species, should the need arise.

**c. Protection is provided for streams, streambanks, shorelines, lakes, wetlands, and other bodies of water from detrimental changes in water temperatures, blockages of water courses, and deposits of sediment, where harvests are likely to seriously and adversely affect water conditions or fish habitat (16 USC 1604(g)(3)(E)(iii)).**

The selected alternative was designed to comply with regional watershed conservation practices, Forest Plan standards and guidelines, as well as, Colorado State Best Management Practices. Additional information can be located in section 3 – watershed of the environmental assessment and in the description of the design features in section 2 – hydrology and soil project design features, which are part of the modified proposed action detailed in the environmental assessment (section 2 – proposed action).

**d. The harvesting system to be used is not selected primarily because it will give the greatest dollar return or the greatest unit output of timber (16 USC 1604(g)(3)(E)(iv)).**

The selected silvicultural treatments have been chosen because they effectively address the project goals as described in the environmental assessment and in this decision notice. Economics was considered, but was only one of many factors.

**3. Clearcutting and Even-aged Management (16 USC 1604(g)(3)(F)): Insure that clearcutting, seed tree cutting, shelterwood cutting, and other cuts designed to regenerate an ~~evenaged~~even aged stand of timber will be used as a cutting method on National Forest System lands only where:**

**a. For clearcutting, it is determined to be the optimum method, and for other such cuts it is determined to be appropriate, to meet the objectives and requirements of the relevant land management plan (16 USC 1604(g)(3)(F)(i)).**

This project does not propose clearcutting.

**b. The interdisciplinary review as determined by the Secretary has been completed and the potential environmental, biological, esthetic, engineering, and economic impacts on each advertised sale area have been assessed, as well as the consistency of the sale with the multiple use of the general area (16 USC 1604(g)(3)(F)(ii)).**

An interdisciplinary team of specialists, covering a broad spectrum of resource areas, was convened to work through a process of environmental analysis and public input (via scoping notices, and comment review/summary) in order to evaluate the effects of implementation of the modified proposed action and to compare and contrast that with a no action and large tree retention

alternative. The analysis has been completed and documented in an environmental assessment and related specialist reports.

**c. Cut blocks, patches, or strips are shaped and blended to the extent practicable with the natural terrain (16 USC 1604(g)(3)(F)(iii)).**

Prescriptions do not allow for large openings and design features have been identified for scenery (environmental assessment, section 2).

**d. Cuts are carried out according to the maximum size limit requirements for areas to be cut during one harvest operation, provided, that such limits shall not apply to the size of areas harvested as a result of natural catastrophic conditions such as fire, insect and disease attack, or windstorm (FSM R1 supplement 2400-2001-2 2471.1, 16 USC 1604(g)(3)(F)(iv)).**

N/A

**e. Such cuts are carried out in a manner consistent with the protection of soil, watershed, fish, wildlife, recreation, and esthetic resources, and the regeneration of the timber resource (16 USC 1604(g)(3)(F)(v)).**

An interdisciplinary team of specialists, covering a broad spectrum of resource areas, was utilized to work through a process of environmental analysis and public input (via scoping notices, and comment review/summary) in order to evaluate the effects of implementation of the modified proposed action and to compare and contrast that with a no-action and large tree alternative. That analysis has been completed and documented in an environmental assessment and related specialist reports.

**4. Stands of trees are harvested according to requirements for culmination of mean annual increment of growth (16 USC 1604(m)).**

N/A

**5. Construction of temporary roadways in connection with timber contracts, and other permits or leases: Unless the necessity for a permanent road is set forth in the forest development road system plan, any road constructed on land of the National Forest System in connection with a timber contract or other permit or lease shall be designed with the goal of reestablishing vegetative cover on the roadway and areas where the vegetative cover has been disturbed by the construction of the road, within ten years after the termination of the contract, permit, or lease either through artificial or natural means. Such action shall be taken unless it is later determined that the road is needed for use as a part of the National Forest Transportation System (16 USC 1608(b)).**

Temporary roads would be decommissioned prior to each sale contract close out to prevent unauthorized uses (environmental assessment, section 2 – project design features). Temporary roads not needed for post-sale treatment would be reclaimed before contract closeout. Temporary roads to remain open for post-sale treatment would be reclaimed but these actions would be the responsibility of the Forest Service after the post-sale treatment is completed. The Forest Service would complete reclamation efforts within 5 years of first use (environmental assessment, section 2 – project design features).

**6. Standards of roadway construction: Roads constructed on National Forest System lands shall be designed to standards appropriate for the intended uses, considering safety, cost of transportation, and impacts on land and resources (16 USC 1608(c)).**

All roads associated with the Salter Vegetation Management project would be designed to standards appropriate for the proposed vegetation management activities, as required by FSM 7700. With respect to the transportation system, the selected alternative is cost-efficient, as it utilizes the existing system for all major haul routes and uses previously utilized road templates for the majority of the temporary system. No new system roads would be constructed (environmental analysis, section 2 – modified proposed action and section 3 - environmental effects - transportation). The primary costs associated with the proposed transportation system would be related to implementing deferred maintenance. This cost would be commensurate with the proposed use. The impacts to the land and resources associated with the transportation system have been analyzed and potential adverse impacts mitigated, and or avoided. Project design features would be implemented as part of implementation to address potential safety concerns (Refer to FONSI item #2 and environmental analysis, section 2 – project design features).

### *The National Environmental Policy Act (NEPA)*

The Forest Service prepared this environmental assessment in compliance with the National Environmental Policy Act and FSH 1909.15, the National Environmental Policy Act Handbook.

### *The Endangered Species Act of 1973, as amended*

Threatened, Endangered and Forest Service sensitive species were evaluated and the impacts described in the environmental assessment (section 3 – wildlife and fish) and in a biological evaluation located in the project file. These evaluations were conducted in in accordance with section 7 of the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 et seq.). Conclusions from these evaluations are provided in the Finding of No Significant Impact, Significance Factor 9, of this Decision Notice and Finding of No Significant Impact.

### *The Clean Air Act*

The reduction of activity created slash via pile burning is expected to be implemented within the established State, County, and Federal framework and standards, and would therefore, be in compliance with the Clean Air Act (environmental assessment, section 3 – air quality).

### *Clean Water Act*

Integrated project design features (which include implementation of regional and national ~~BMPs~~best management practices) as outlined in the selected alternative would ensure that Colorado State water quality standards and anti-degradation policy continue to be met. Full implementation of best management practices ~~BMPs~~ has been shown to be an effective method in preventing and controlling nonpoint source water pollution. Monitoring would be conducted during the project in order to validate implementation and effectiveness of best management practices ~~BMP's~~ and assure compliance with the Clean Water Act, Colorado State water quality regulations, and San Juan National Forest plan standards (environmental assessment, section 3 – watersheds).

### *Floodplain Management (E.O. 11988), Protection of Wetlands (E.O. 11990)*

Integrated project design features (which include implementation of regional and national best management practices~~BMPs~~) for floodplains and riparian lands would ensure compliance with EO 11988 Floodplain Management (1977), and EO 11990 Wetland Protection (1977). Riparian lands and floodplains

would have a no harvest/no mechanized equipment buffer for their protection. Therefore, there would be no direct impacts to riparian lands or floodplains through the selected alternative (environmental assessment, section 3 - watersheds).

### *Civil Rights and Environmental Justice*

Executive Order 12898 on environmental justice requires federal agencies to identify and address any disproportionately high and adverse human health or environmental effects on minority and low income populations. After evaluating the discussion in the environmental assessment, section 3 - environmental justice and socioeconomics, I have determined that there would be no discernible impacts.

### *The National Historic Preservation Act*

The Forest would comply with Section 106 of the National Historic Preservation Act and its implementing regulations at 36 CFR § 800 in accordance with the procedures outlined in Stipulation VI of the Cultural Resource Vegetation Management Programmatic Agreement (USFS 2017).

### Conclusion

After consideration of the environmental analysis documented in the Salter Vegetation Management Project Environmental Assessment and the associated project record, I have determined that alternative 2 – modified proposed action would not have significant effects on the quality of the human environment considering the context and intensity of impacts. Therefore, an environmental impact statement is not warranted and will not be prepared. The selected alternative is consistent with the management direction, standards, and guidelines outlined in the Land and Resource Management Plan. This finding is made based on the context of the project and intensity of effects using the ten factors identified in 40 CFR 1508.27(b).

## Forest Service Objection Process

This draft decision notice will be subject to an objection process pursuant to 36 CFR 218, subparts A and B. Only individuals or entities (as defined by 36 CFR 218.2) who submit timely and specific written comments (as defined by 36 CFR 218.2) about this proposed project or activity during this or another public comment period established by the responsible official will be eligible to file an objection. Other eligibility requirements are defined by 36 CFR 218.25 (a)(3) and include name, postal address, title of the project and signature or other verification of identity upon request and the identity of the individual or entity who authored the comments. Individual members of an entity must submit their own individual comments in order to have eligibility to object as an individual. A timely submission will be determined as outlined in 36 CFR 218.25 (a)(4). It is the responsibility of the sender to ensure timely receipt of any comments submitted.

Comments should be within the scope of the proposed action, have a direct relationship to the proposed action, and must include supporting reasons for the Responsible Official to consider (36 CFR 218.2). Objections, including attachments, must be filed within 45 days from the publication date of the legal notice in The Cortez Journal, the newspaper of record. Objections or attachments received after the 45-day objection filing period will not be considered. The publication date in the newspaper of record is the exclusive means for calculating the time to file an objection. Those wishing to object this project should not rely upon dates or timeframe information provided by any other source (36 CFR 219.56 (b)(3)).

Objections should be submitted to Objection Reviewing Officer, Forest Supervisor Kara Chadwick, San Juan National Forest. Electronic submissions are preferred and may be submitted at http://www.fs.fed.us/nepa/nepa_project_exp.php?project=57671

Electronically submitted objections must be in plain text (.txt), Word (.doc or .docx), Portable Document Format (.pdf), or Rich Text Format (.rtf) file formats.

Objections may also be mailed or hand delivered to: Objection Review Officer: Forest Supervisor Kara Chadwick, San Jun National Forest, USDA Forest Service, Attn: 1570 Objections, 15 Burnett Court, Durango, CO 81301. The fax number is 970-375-2331. Please include in the heading of the fax: Forest Supervisor, Attn: 1570 Objections. Objections delivered by mail must be postmarked no later than the last day of the 45-day objection filing period. At this time, the building is closed, therefore, those who wish to send an objection via hardcopy mail or fax must contact Adam Bianchi at 970-401-2169 or adam.bianchi@usda.gov to ensure their objection is received. Also, due to the building closure, those submitting hand-delivered objections must contact Adam Bianchi in advance, to make an appointment.

## Implementation

If no objections are filed within the 45-day time period, implementation of the decision may occur five business days following the last day of the objection period. When objections are filed, implementation may occur immediately following the date that all concerns and instructions identified by the Reviewing Officer in the objection response have been addressed (36 CFR 218.12(b)),

For further information concerning the Salter Vegetation Management Project, contact David Casey, Supervisory Forester, at David.casey2@usda.gov; or 970-882-6830 during normal business hours.

## Responsible Official

The District Ranger of the Dolores Ranger District of the San Juan National Forest is the official responsible for deciding the type and extent of management activities in the Dolores Aspen Landscape Vegetation Treatment project area.

Approved by:

DEREK PADILLA Date
District Ranger
Mancos-Dolores Ranger District
San Juan National Forest

DRAFT

We make every effort to create documents that are accessible to individuals of all abilities; however, limitations with our word processing programs may prevent some parts of this document from being readable by computer-assisted reading devices. If you need assistance with any part of this document, please contact the San Juan National Forest at (970) 247-4874.

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov.

USDA is an equal opportunity provider, employer, and lender.

# Document 4

**From:** Jones, Cody J -FS
**To:** Leingang, Jodi L -FS
**Subject:** RE: Leingang, Jodi L -FS sent you a message in Skype for Business
**Date:** Monday, December 21, 2020 7:31:00 AM
**Attachments:** image001.png
image002.png
image003.png
image004.png

---

Hey Jodi, I thought the decision was to drop this from the analysis as well. Let me know if I need to address this somehow in my report but I think it is a rec. thing and engineering would only be involved in the design / implementation. Maybe a sentence or two about location…. I guess I just need to know more. A few things come to mind after thinking about it that engineering could comment on here like site distance at egress locations (safety), Drainage influence (hydro?).

**Cody Jones**
**Engineering Technician**

**Forest Service**
**San Juan National Forest**

**p: 970-385-1294**
**cody.j.jones@usda.gov**

15 Burnett Court
Durango, CO 81031
www.fs.fed.us

**Caring for the land and serving people**

---

**From:** Leingang, Jodi L -FS <jodi.leingang@usda.gov>
**Sent:** Friday, December 18, 2020 4:48 PM
**To:** Leingang, Jodi L -FS <jodi.leingang@usda.gov>; Jones, Cody J -FS <cody.j.jones@usda.gov>
**Subject:** Leingang, Jodi L -FS sent you a message in Skype for Business

**Leingang, Jodi L -FS 4:46 PM:**

Hi. Quick questions were you aware of the proposal to build 2 parking lots? I thought we dropped that…

**Leingang, Jodi L -FS 4:46 PM:**

: is in Tom's design features…4. In order to minimize trail closures and impacts to dispersed campers, timber operations in Recreation compartments 1-thru-3 would be completed sequentially before moving on to next recreation compartments.

**Leingang, Jodi L -FS 4:46 PM:**

Wrong one.

**Leingang, Jodi L -FS 4:47 PM:**

4. In order to address recreation displacement from timber operations in the Salter Vegetation Management project area a parking lot would be constructed at the Dolores Norwood/House Creek road (FSR 528/526) and at the intersection of FSR 526 and 258.

# Document 5

**From:** Leingang, Jodi -FS
**To:** Padilla, Derek -FS
**Subject:** RE: [External Email]New peer-reviewed paper on old trees in SJNF
**Date:** Wednesday, June 16, 2021 9:58:26 AM
**Attachments:** image001.png
image002.png
image003.png
image004.png

---

I was just about ready to send an email to you to clarify .


**Jodi Leingang**
**Environmental Coordinator/Project Manager**

**Forest Service**
**WO, Business Operations, Enterprise Program**

**p: 509-930-4014**
**jodi.leingang@usda.gov**

10237 Hwy 12
Naches, WA 98937
www.fs.fed.us


**Caring for the land and serving people**

---

**From:** Padilla, Derek -FS <derek.padilla@usda.gov>
**Sent:** Wednesday, June 16, 2021 7:38 AM
**To:** Leingang, Jodi -FS <jodi.leingang@usda.gov>
**Subject:** Re: [External Email]New peer-reviewed paper on old trees in SJNF

Sorry, I meant to say add it the DN, not the EA.

Get Outlook for iOS

---

**From:** Leingang, Jodi -FS <jodi.leingang@usda.gov>
**Sent:** Tuesday, June 15, 2021 6:51:58 PM
**To:** Padilla, Derek -FS <derek.padilla@usda.gov>
**Subject:** RE: [External Email]New peer-reviewed paper on old trees in SJNF

I can do that.


**Jodi Leingang**
**Environmental Coordinator/Project Manager**

**Forest Service**
**WO, Business Operations, Enterprise Program**

**p: 509-930-4014**
**jodi.leingang@usda.gov**

10237 Hwy 12
Naches, WA 98937

www.fs.fed.us

**Caring for the land and serving people**

---

**From:** Padilla, Derek -FS <derek.padilla@usda.gov>
**Sent:** Tuesday, June 15, 2021 2:02 PM
**To:** Leingang, Jodi -FS <jodi.leingang@usda.gov>
**Subject:** RE: [External Email]New peer-reviewed paper on old trees in SJNF

If you can insert it into the EA after the Alternative 3 section paragraph on page 5, that would be great.  See attached.

**Derek Padilla**
**District Ranger**
**Forest Service**
**San Juan NF –**
**Mancos/Dolores RD**
**p: 970-882-6834**
**f: 970-882-0175**
**derek.padilla@usda.gov**
29211 Highway 184
Dolores, CO 81323
www.fs.fed.us

**Caring for the land and serving people**

---

**From:** Leingang, Jodi -FS <jodi.leingang@usda.gov>
**Sent:** Tuesday, June 15, 2021 2:59 PM
**To:** Padilla, Derek -FS <derek.padilla@usda.gov>; Bruch, Travis -FS <travis.bruch@usda.gov>; Casey, David -FS <david.casey2@usda.gov>; Pietruszka, Bradley - FS <Bradley.Pietruszka@usda.gov>
**Subject:** RE: [External Email]New peer-reviewed paper on old trees in SJNF

No edits. Reads very well. Should I put it into the DN or will you and resend me a copy for finalizing and pdfing?

**Jodi Leingang**
**Environmental Coordinator/Project Manager**
**Forest Service**
**WO, Business Operations, Enterprise Program**
**p: 509-930-4014**
**jodi.leingang@usda.gov**
10237 Hwy 12

Naches, WA 98937
www.fs.fed.us

**Caring for the land and serving people**

---

**From:** Padilla, Derek -FS <derek.padilla@usda.gov>
**Sent:** Tuesday, June 15, 2021 1:45 PM
**To:** Leingang, Jodi -FS <jodi.leingang@usda.gov>; Bruch, Travis -FS <travis.bruch@usda.gov>; Casey, David -FS <david.casey2@usda.gov>; Pietruszka, Bradley - FS <Bradley.Pietruszka@usda.gov>
**Subject:** FW: [External Email]New peer-reviewed paper on old trees in SJNF

Hello all. Dr. Baker provided the attached paper last Friday. I talked with Mark Lambert we came to the conclusion that it is better to acknowledge the paper now, instead of waiting until objections to do so. Here is my attempt at addressing this paper within the DN.

A research paper recently provided by Dr. William Baker, 2021, *Restoration of forest resilience to fire from old trees is possible across a large Colorado dry-forest landscape by 2060, but only under the Paris 1.5℃ goal*, identifies that a diameter limitation would result in development of a stand structure that would provide for resistance and resilience against impacts from wildfire. The paper was received shortly before publication of the Final EA; however, the ID Team conducted a cursory review of findings to assess relevance to the Salter project. The focus of the research paper -- resistance and resilience to wildfire -- is less of a concern than is resistance and resilience to disturbances from insect and disease. Recent wildfires and prescribed fires have not resulted in significant mortality to Ponderosa pine in the project area. More mortality of Ponderosa pine can be attributed to impacts from insect and disease. Therefore, placing diameter limitations, as discussed in the previous paragraph, will compromise developing the stand structure that would result in resilience and resistance to these disturbance factors.

Any issues this, or suggested edits?

**Derek Padilla**
**District Ranger**
**Forest Service**
**San Juan NF – Mancos/Dolores RD**
**p: 970-882-6834**
**f: 970-882-0175**
derek.padilla@usda.gov
29211 Highway 184
Dolores, CO 81323
www.fs.fed.us

**Caring for the land and serving people**

**From:** William L. Baker <landscape@fastmail.com>
**Sent:** Friday, June 11, 2021 10:30 AM
**To:** Padilla, Derek -FS <derek.padilla@usda.gov>; Bruch, Travis -FS <travis.bruch@usda.gov>
**Subject:** [External Email]New peer-reviewed paper on old trees in SJNF

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Derek, Travis,

I appreciate that you are now considering some methods for locating and protecting old trees in the Salter area. Please consider and cite this new peer-reviewed scientific evidence about old trees in the SJNF as you finish the final EA.

Cordially,

Bill Baker

--
William L. Baker
landscape@fastmail.com

# Document 6

SALTER IDT 20190226

In attendance: Liz Cutright-smith, Justin Mapula, Derek Padilla, Corey Ertl, Pat Seekins, Ivan Messinger, Artemisia Turiya (also note taker), David Casey, Tom Rice, Shauna Jensen, Eric Herchmer

1. Present Salter Initiation checklist

~58,000 acres project area on the pine belt. Higher stocking than Lone Pine- more commercially viable live pine. Geographic areas describe terrain, bug infestation levels, transportation system – these are not analysis areas. Same treatment suite as Lone Pine (refer to Lone Pine EA). Volume might be 6,000 acres/year. Start tx. on western side.

2. Review maps and proposed action

Looked at maps. Dave will load maps and project initiation checklist to Box very soon.

3. Discuss relationship of Salter to Lone Pine
    a. Differences –

Early infestation of beetles, plateau fire (some overlap), more recreation use conflict during implementation.

    b. Approach to environmental review

Will use NOPA (notice of proposed action) – requires the need and action, which are essentially same as Lone Pine. Will discuss more about why we are taking the tx approach we are, will discuss how we will be tracking cumulative and the reason this is management of a landscape process.

4. Preliminary issues:

Rec –

Boggy Draw area, safety and transportation on paved roads and Dolores. Dave says there may be heavy loads. Transportation plan is needed.

Dispersed camping – might work on travel mgt related to sites as part of EA.

Hunting season conflicts.

Wildlife –

May add guzzlers as add ons to proposal. (Range improvements, too?)

5. What analysis and review is needed to make a decision?
    a. Rec, wildlife, forestry and hydro will submit effects analysis (write directly to EA, file reports, etc. in resource folder if needed for technical matter).

b. Submitting effects input:

Analysis: Resources which write analysis to EA (~3 pages or less unless warranted more – cover direct, indirect, and cumulative effects – refer back to Lone Pine EA to see the cumulative you discussed there): Hydro, wildlife, recreation, forestry. Answer the necessary questions regarding your resource. The initial analysis is general and rules out red flags – assures an EA is possible. As you analyze sectors do the site specific cumulative for accumulating sectors and other actions. For analysis, use the input template (filed yet again in the Salter Box) and stress short-term v long-term effects, adverse and beneficial.

c. Other resources will be dismissed. Review the Lone Pine dismissals and edit as needed. Pat will rewrite the fuels dismissal.

d. Fieldwork: Possibly hydro, wildlife. Rec and forestry largely analyze based on existing data.

6. Timeline for review process

END OF MARCH – FLYER COMPLETE. Flyer to include project map, contact for more infor, mention of evening meeting. Also use flyer to guide social media posts, news release – Pat might assist since he does this related to fire. Liz reaches out to tribes if/as she sees fit. Early outreach via Ivan and Tom R. using flyer (Possible venues: Backcountry Hunters and Anglers, CPW, posting on forest, gun club, DWARF…)

BEFORE JUNE – Evening meeting for all parties, including DWARF (Derek may lead).

MAY 31 – Specialists will let Derek and planner know of all add on projects (guzzlers, travel mgt, etc.) other than what might become apparent during field season.

AUGUST 30 – Let Derek and planner know of all add on projects to be disclosed in EA.

10/8/20 – check in with Jodi:

Need to have a meeting ASAP with Derek, David, Jodi and Keith regarding project status and other decision items (Jodi to generate list).

Overweight loads

Re-routes for popular dispersed camping locations

What is priority activity for the Boggy Draw block/area

Tied to this – is there any latitude for lighter prescription in this area, esp. near trails

What about adding in new trails and parking areas – change purpose and need, new scoping period, change to the new CEQ regs process.

Schedule the next ID Team meeting – get everyone on board with proposed action and alternatives

10/19/20

Big discussion – adopt the WIZ buffer on trails to be consistent on trails.

Discuss moving trails and parking – Tom will include proposal once he gets input from

Jodi Access Code 4956898#

Alternatives – no action, proposed action (table with treatments), modified proposed action – different diameter 20" caps some goshawk and elk stuff is just mitigation

Chicken Creek lessons learned – clumps and groups, turkey habitat, are these being done?

Schedule – specialists reports by 10/30/20. Draft EA to Derek by 11/2/20, could publish by 11/4/20 or 11/11/20. Final EA to Derek by 2/28/21 for objection period.

David on-site meeting week of 11/16/20

Check with SO on the draft EA – I need to coordinate with Mark and Kara on this?

Rec meeting follow up – Boggy emphasis? Per Derek – ecological and forest health emphasis