# Exhibit D

# Exhibit D – Response to Petitioners' Exhibit 3

| AR Bates No. | AR Document Name | AR Document Date | EA Cited Reference | Forest Service Response |
|---|---|---|---|---|
| FS-000397-FS-000401 | 20211208 dwrf-mtg-notes | 12/8/2021 | NA | This document from the Dolores Watershed Resilient Forest (DWRF) Collaborative, which post-dates the final agency action, was inadvertently included in the Administrative Record and will be removed. |
| FS-000419 | 20230707 DWRF - Salter Engagement Timeline | 7/7/2023 | NA | This document from the DWRF Collaborative, which post-dates the final agency action, was inadvertently included in the Administrative Record and will be removed. |
| FS-000420-000440 | 20230907 DWRF collabfolder screenshots | 9/7/2023 | NA | These folders were not directly or indirectly considered by the decisionmaker and any documents within the folders considered by the decisionmaker are in the Administrative Record. Therefore, this document will be removed. |
| FS-003188-FS-003194 | BOTANY 2012 CNHP CO Rare Plant Field Guide Astragalus iodopetalus | Accessed online 9/19/2023 | Colorado Natural Heritage Program. 2012. Astragalus iodopetalus. Colorado Rare Plant Guide. Colorado State University. https://cnhp.colostate.edu/rareplants/guide.asp?id=21202 | The Forest Service has located the 2012 version of the cited document and will replace the version currently in the Record with the 2012 version. |
| FS-003195-FS-003201 | BOTANY 2013 CNHP CO Rare Plant Field Guide Physaria pulvinata | Accessed online 9/19/2023 | Colorado Natural Heritage Program. 2013. Physaria pulvinata. Colorado Rare Plant Guide.Colorado State University, https://cnhp.colostate.edu/rareplants/guide.asp?id=40393 | The Forest Service has located the 2013 version of the cited document and will replace the version currently in the Record with the 2013 version. |

# Exhibit D – Response to Petitioners' Exhibit 3

| AR Bates No. | AR Document Name | AR Document Date | EA Cited Reference | Forest Service Response |
|---|---|---|---|---|
| FS-003202-FS-003216 | BOTANY 2023 NatureServe website | Accessed online 9/20/2023 | NatureServe. 2013. NatureServe Explorer: An online encyclopedia of life [web application]. Version 7.1. NatureServe, Arlington, Virginia. Available http://www.natureserve.org/explorer | The Forest Service was unable to locate the 2013 version of this website, including through communications with the website administrators (see Exhibit E). The NatureServe Explorer website was cited in the EA due to its citation in the 2013 San Juan National Forest Biological Evaluation and Bureau of Land Management Sensitive Species Analysis, which will be included in the Administrative Record to provide the referenced information. |
| FS-003339-FS-003349 | ECON 2019 SJNF Forest Level Economic Contributions Dashboard | Accessed online 9/7/2023 | USDA, Forest Service. 2018. At A Glace – Jobs and Income 2016, San Juan National Forest. Retrieved April 2021 from https://www.fs.fed.us/emc/economics/at-a-glance/jobs-income.shtml. | The Forest Service has located the 2016 version of this report and will replace the 2019 version currently in the Record with the 2016 version. |
| FS-003350-FS-003616 | ECON 2021 Headwaters Economics Reports Dolores and Montezuma Counties | Accessed online 9/13/2023 | Headwaters Economics. 2021. Economic Profile System. Retrieved April 2021 from https://headwaterseconomics.org/apps/economic-profile-system/. | The Forest Service was unable to locate the 2021 version of the Headwaters Economics economic profile system. Based on emails with the website administrator, the website does not maintain historical data in the Headwaters Economics database. See Exhibit E. The version of the report in the Administrative Record reflects updates from 2022 and 2023 data; however, for the minimal cited data in the EA, there have only been minor changes to the figures due to these updates:<br>a. "The analysis area is home to 28,238 people (Headwaters Economics 2021)." FS-001894. The report included in the Administrative Record updates this figure to 28,572. FS-003375.<br>b. "Approximately one quarter (24.3%) of private sector employment is in the travel and tourism sector, |

## Exhibit D – Response to Petitioners' Exhibit 3

| AR Bates No. | AR Document Name | AR Document Date | EA Cited Reference | Forest Service Response |
|---|---|---|---|---|
| | | | | compared to 15.8% nationwide (Headwaters Economics 2021).” FS-001894. The report included in the Administrative Record these figures to 20.2% and 13.6%, respectively. FS-003375.<br>c. “Timber harvesting and processing accounts for approximately 1 percent of private sector employment in the socioeconomic analysis area. This is somewhat higher than timber-related employment in the U.S., where it accounts for approximately 0.6% of private sector employment (Headwaters Economics 2021).” FS-001895. The report included in the Administrative Record maintains these figures at 1.1% and 0.6%, respectively. FS-003475. |
| FS-003714-FS-003768 | REC 2016 NVUM Master Report | Accessed online 8/9/2023 | USDA Forest Service. 2021. Visitor Use Report: San Juan NF, Data Collected FY 2016. Retrieved April 2021 from https://apps.fs.usda.gov/nvum/results/A02013.aspx/FY2016 | The Forest Service has confirmed with the National Visitor Program Manager that this document only includes data from 2016. An email documenting this confirmation is included in Exhibit E to the Response. The Program Manager further clarified that the June 28, 2023, date shown on the cover of the report is the date the overall database was updated and appears on all master reports. |
| FS-007590-FS-007596 | WL 2012 Olive-sided Flycatcher | Accessed online 9/19/23 | Altman, B and R Sallabanks. 2012. Olive-sided Flycatcher (Contopus cooperi), version 2.0. In The Birds of North America (P. G. Rodewald, editor). Cornell Lab of Ornithology, Ithaca, New York, USA. | The Forest Service has located the 2012 version of the cited document and will replace the version currently in the Record with the 2012 version. |

# Exhibit D – Response to Petitioners' Exhibit 3

| AR Bates No. | AR Document Name | AR Document Date | EA Cited Reference | Forest Service Response |
|---|---|---|---|---|
| FS-007597-FS-007601 | WL 2013 Flammulated Owl | Accessed online 9/19/23 | Linkhart, Brian D. and D. Archibald McCallum. (2013). Flammulated Owl (Psiloscops flammeolus), version 2.0. In The Birds of North America (P. G. Rodewald, editor). Cornell Lab of Ornithology, Ithaca, New York, USA. | The Forest Service has located the 2013 version of the cited document and will replace the version currently in the Record with the 2013 version. |
| FS-007602-FS-007605 | WL 2020 Hairy Woodpecker | Accessed online 9/19/23 | Jackson, Jerome A., Henri R. Ouellet and Bette J. Jackson. 2002. Hairy Woodpecker (Picoides villosus), version 2.0. In The Birds of North America (P. G. Rodewald, editor). Cornell Lab of Ornithology, Ithaca, New York, USA. | The Forest Service has located the 2002 version of the cited document and will replace the version currently in the Record with the 2012 version. |
| FS-0007606-FS-007620 | WL 2023 BatCon website | Accessed online 9/20/2023 | Bat Conservation International. 2020. https;//www.batcon.org | The Forest Service has located the 2020 versions of the species' profiles using the Wayback Machine, https://web.archive.org. However, these versions do not include all information on the profiles, such as the range maps, which rely on a Google Maps base layer. For two of the Bat Conservation International species' profiles, spotted bat (FS-007613 to FS-007617) and Townsend's big eared bat (FS-007618 to FS-007620), the website administrator confirmed that the profiles were written in 2020. See Exhibit E. The Forest Service will thus include both the 2020 and 2023 versions of these species' profiles in the Administrative Record. |
| FS-007621- | WL 2023 CO Bird Atlas Partnership | Accessed online 9/20/2023 | Colorado Bird Atlas Partnership 2016. The Second Colorado Breeding Bird Atlas online database. | The Forest Service has located the 2016 version of the cited document and will replace the version currently in the Record with the 2016 version. |

## Exhibit D – Response to Petitioners' Exhibit 3

| AR Bates No. | AR Document Name | AR Document Date | EA Cited Reference | Forest Service Response |
|---|---|---|---|---|
| FS-007622 | website Lewis' Woodpecker | | Colorado Bird Atlas Partnership, Denver, OC. Available at: http://www.cobreedingbirdatlasii.org | |
| FS-007623-FS-007690 | WL 2023 eBird website | Accessed online 9/20/2023 | eBird. 2020. eBird: An online database of bird distribution and abundance [web application]. Cornell University, Ithaca, New York. Available: http://eBird.org (Accessed: Date January 2021). | The Forest Service has located the 2020 versions of the species' profiles using the Wayback Machine, https://web.archive.org. However, these versions do not include all information on the profiles, such as the range maps, which rely on a Google Maps base layer. The Forest Service will thus include both the 2020 and 2023 versions of these species' profiles in the Administrative Record. |
| FS-008473-FS-008629 | 08 Montezuma County Community Wildfire Protection Plan | 12/20/2022 | NA | A newer version of this plan was inadvertently included in the Administrative Record. The Forest Service has located the version of the Montezuma County Community Wildfire Protection Plan in place at the time of the decision (dated 2011) and will replace the version currently in the Record with the 2011 version. |
| FS-008811-FS-008818 | 18 FSH 7709 59 Road System OandM Chapter 40 Highway Safety Program | 3/28/2023 | NA | A newer version of this handbook was inadvertently included in the Administrative Record. The Forest Service has located the version of this handbook in place at the time of the decision (2/17/2011) and will replace the version currently in the Record with the 2011 version. |