# Exhibit E

**From:** Shelley Cooke
**To:** Reinemann, Emma - FS, CO
**Cc:** Brinton, Sara - FS, CO; Beckstead, Britta - OGC, CO
**Subject:** Re: [#20278] Looking for older information
**Date:** Wednesday, December 13, 2023 10:41:15 AM

---

Hi Sara,

I don't believe we have any snapshots of our website from 2020, but there may be records of what species ranks and such were back then. If you can tell me what you are looking for, I might be able to help.

Shelley

On Thu, 7 Dec at 1:19 PM , Reinemann, Emma - FS, CO <emma.reinemann@usda.gov> wrote:
Thanks for your response Shelley. What I'm looking for is a snapshot of the website as it would've looked in 2020. It is more of a website administration request than a request regarding content. Hopefully that helps, please let me know if you need more information from me.
Thank you!

**Emma Reinemann** (she/her)
**NEPA Planner**

**Forest Service**
**San Juan National Forest, Dolores Ranger District**

**c: 970-559-9445**
**p: 970-882-6822**
**emma.reinemann@usda.gov**
29211 Hwy 184
Dolores, CO 81323
www.fs.usda.gov

**Caring for the land and serving people**

---

From: Shelley Cooke <explorersupport@natureserve.org>
**Sent:** Thursday, December 7, 2023 11:06 AM
**To:** Reinemann, Emma - FS, CO <Emma.Reinemann@usda.gov>
**Cc:** Brinton, Sara - FS, CO <sara.brinton@usda.gov>
**Subject:** Re: [#20278] Looking for older information

Hi Emma,

Can you elaborate on specifically what you are looking for? Are you looking for element occurrence records for these species or models? I am not sure who can best answer your question here or if it is better answered through the heritage programs.

Thanks,

Shelley

> On Thu, 7 Dec at 12:30 PM , Reinemann, Emma - FS, CO
> <emma.reinemann@usda.gov> wrote:
> Hello, just wanted to follow up on this ticket and make sure it doesn't fall off anyone's radar, please let me know if you need any additional information.
> Thanks!

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**From:** Kelly Pohl
**To:** Reinemann, Emma - FS, CO
**Subject:** Re: Looking for older report
**Date:** Monday, December 4, 2023 9:26:19 AM
**Attachments:** image001.png
image002.png
image003.png
image004.png

Hi Emma,

We don't maintain historical data in our database, unfortunately. However, there is some temporal data available in the report called Socioeconomic Trends (including population). Most of the data in our reports come from the annual updates from the Census' American Community Survey, not the decennial census. You can access those data directly from the Census' website here.

Hope that helps, but let me know if we can help further!

best,
Kelly

**Kelly Pohl | Associate Director**

Headwaters Economics | Bozeman, Montana
**m**. 406-599-7841 | **e**. kelly@headwaterseconomics.org

https://headwaterseconomics.org

Follow us on Twitter

Subscribe to email newsletter

On Fri, Dec 1, 2023 at 12:33 PM Reinemann, Emma - FS, CO <Emma.Reinemann@usda.gov> wrote:

> Good morning Kelly,
>
> I am trying to locate a previous version of the demographic profiles for Dolores and Montezuma counties, Colorado. Is there some way to access the historic information? I am specifically looking for the version of the report that would've been last updated with data from the 2010 census.
>
> Thank you so much for your help!
>
> **Emma Reinemann** (she/her)
> **NEPA Planner**

**Forest Service**

**San Juan National Forest, Dolores Ranger District**

**c: 970-559-9445**

**p: 970-882-6822**
emma.reinemann@usda.gov

29211 Hwy 184
Dolores, CO 81323
www.fs.usda.gov

**Caring for the land and serving people**

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**From:** Cline, Sarah - FS
**To:** Reinemann, Emma - FS, CO
**Cc:** Brinton, Sara - FS, CO
**Subject:** RE: Date of NVUM publication
**Date:** Monday, December 4, 2023 3:33:19 PM
**Attachments:** image005.png
image006.png
image007.png
image008.png
image009.png

---

Hi Emma,
The historic data was not updated in 2023. The report should be the same as what existed in 2019.
These reports are created within the NRM database and I think the date shown on the cover is reporting the last date that the overall database was updated. It appears to be the same on all the master reports.

Sarah

**Sarah Cline, PhD** (she/her)
**National Visitor Use Monitoring Program Manager**
**Forest Service**
**Recreation, Heritage and Volunteer Resources**
**c: 202-734-9686**
**sarah.cline@usda.gov**
201 14th St SW
Washington, DC 20250
www.fs.usda.gov

**Caring for the land and serving people**

---

**From:** Reinemann, Emma - FS, CO <Emma.Reinemann@usda.gov>
**Sent:** Monday, December 4, 2023 11:43 AM
**To:** Cline, Sarah - FS <sarah.cline@usda.gov>
**Cc:** Brinton, Sara - FS, CO <sara.brinton@usda.gov>
**Subject:** Date of NVUM publication

Good morning Sarah,
My apologies if you aren't the correct person to reach out to about this, but I'm wondering if you could tell me why the FY 2016 NVUM report shows as being last updated in June 2023 (see screenshot below)? I am trying to locate the version of this report that would've existed in 2019, not sure if that's something that still exists or is accessible, but it would be great if you could point me in the right direction.
Thank you!

**Emma Reinemann** (she/her)
**Acting Administrative Review Assistant**
**Forest Service**
**Northern Regional Office**
**c: 970-559-9445**
**p: 970-882-6822**
**emma.reinemann@usda.gov**
www.fs.usda.gov

**Caring for the land and serving people**

**From:** Alyson Brokaw
**To:** Reinemann, Emma - FS, CO; Amanda M. Adams, Ph.D.
**Cc:** Brinton, Sara - FS, CO
**Subject:** Re: [External Email]BCI Species Profiles
**Date:** Tuesday, December 5, 2023 2:26:25 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png

---

Hi Emma!

I'm Alyson Brokaw, and I wrote the profiles that you mentioned for the website. I'm still not sure I understand what you are looking for and I can't speak for the question of website archives. However, I can give you the dates for some of the profiles that are currently available on the website for the species you mentioned.

Fringed Myotis: the current profile was written in June 2021.
Hoary Bat: current profile written in September 2021
Spotted Bat/Townsend's big-eared bat: these profiles were written before 2020 (exact date is unknown as far as I know). The current versions are what has been around since before that time. They are in the process of being updated.

Again, not sure if that's exactly what you are looking for, but hopefully its helpful?

Cheers,
Alyson

---

**From:** Reinemann, Emma - FS, CO <Emma.Reinemann@usda.gov>
**Sent:** Tuesday, December 5, 2023 4:12 PM
**To:** Amanda M. Adams, Ph.D. <aadams@batcon.org>
**Cc:** Alyson Brokaw <abrokaw@batcon.org>; Brinton, Sara - FS, CO <sara.brinton@usda.gov>
**Subject:** RE: [External Email]BCI Species Profiles

Hi Amanda,
Thanks so much for the quick response! I am trying to compile references from a document, and am looking for the version of the webpages that would've been accessed when the document was written. Not sure if that's something you guys might have an archive of? I am looking for the pages published in 2020 for fringed myotis, hoary bat, spotted bat, and townsend big-eared bat specifically.
Thank you so much for your time and help,

**Emma Reinemann** (she/her)
**Acting Administrative Review Assistant**
**Forest Service**
**Northern Regional Office**
**c: 970-559-9445**
**p: 970-882-6822**
**emma.reinemann@usda.gov**
www.fs.usda.gov

**Caring for the land and serving people**

**From:** Amanda M. Adams, Ph.D. <aadams@batcon.org>
**Sent:** Tuesday, December 5, 2023 11:17 AM
**To:** Reinemann, Emma - FS, CO <Emma.Reinemann@usda.gov>
**Cc:** Alyson Brokaw <abrokaw@batcon.org>
**Subject:** [External Email]BCI Species Profiles

You don't often get email from aadams@batcon.org. Learn why this is important

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Dear Emma,
Thank you for contacting Bat Conservation International! Yes, we are happy to help and send what you need.
What are you looking for? Something different than is currently on our website? Is there particular information you are looking for?
Thanks,
Amanda

**Choose a Topic**
Other
**Name**
Emma Reinemann
**Email**
emma.reinemann@usda.gov
**Message**
Hello, I am looking for the version of the Hoary bat and Fringed myotis profiles that would've been published in 2020. Thank you!
**Newsletter & Mailing List**
No thank you. I do not wish to be on your mailing list at this time.

**Amanda M. Adams, Ph.D.** *she/her/hers*
*Director of Research Coordination*
aadams@batcon.org

Bat Conservation International
Phone: 512.327.9721 Ext. 227

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

---

**Alyson Brokaw** *she/her/hers*
*Field Research Specialist*
abrokaw@batcon.org

Bat Conservation International
Phone: 512.327.9721

batcon.org