# EXHIBIT 8

| | |
|---|---|
| **From:** | Leingang, Jodi -FS |
| **To:** | Casey, David -FS; Chmelir, John - FS; Jensen, Shauna -FS; Jones, Cody -FS; Kochanski, Tom- FS; Messinger, Ivan -FS; Padilla, Derek -FS; Rice, Thomas -FS; Yemma, Angela - FS; Young, Tiffany -FS |
| **Subject:** | RE: Second Call for All Salter Official Project Records |
| **Date:** | Thursday, July 15, 2021 4:29:55 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>Appendix A - Records Quick Guide.docx |
| **Importance:** | High |

Hello Salter IDT,

Hello Salter IDT! Me again!

We are working very hard to complete the official record for Salter Vegetation Management EA and we still need many of your records. Please make sure you have filed the latest version of your specialist reports and other pertinent information into the To be Filed folder here: https://usfs.app.box.com/folder/135428245456. This would include your literature or other reference materials, etc. This file is not the same file that we have been keeping our working drafts in. So, if you did not refile the final version of your report, etc. in the To be Filed folder, they are not yet in the official record.

We also do not have any of the collaborative information in the file. I would expect some meeting notes and other correspondence to show the work we have done with the DWARF and others.

I have attached a list of items that we would expect to find in the official record to help you decide what to add. If you have added your materials, thank you!

Thank you, and as always reach out to me if you have questions,
Jodi

**Jodi Leingang**
**Environmental Coordinator/Project Manager**

**Forest Service**
**WO, Business Operations, Enterprise Program**

**p: 509-930-4014**
**jodi.leingang@usda.gov**

10237 Hwy 12
Naches, WA 98937
www.fs.fed.us

**Caring for the land and serving people**

---

**From:** Leingang, Jodi -FS
**Sent:** Tuesday, July 6, 2021 4:21 PM
**To:** Casey, David -FS <david.casey2@usda.gov>; Chmelir, John - FS <John.Chmelir@usda.gov>;

Jensen, Shauna -FS <shauna.jensen@usda.gov>; Jones, Cody -FS <cody.j.jones@usda.gov>; Kochanski, Tom- FS <Thomas.Kochanski@usda.gov>; Messinger, Ivan -FS <ivan.messinger@usda.gov>; Padilla, Derek -FS <derek.padilla@usda.gov>; Rice, Thomas -FS <thomas.b.rice@usda.gov>; Yemma, Angela - FS <Angela.Yemma@usda.gov>; Young, Tiffany -FS <tiffany.young@usda.gov>
**Subject:** Call for All Salter Official Project Records
**Importance:** High

Hello Salter IDT!

As you know, the Salter Final EA and Draft DN/FONSI are out for objection beginning June 23 for 45 days. That being said, I am making another call for all of your project records. Amy has created a folder for you to file all of your relevant documents for incorporation into the final record and associated index. As of this time, there are very few records there. The ToBeFiled Folder is located here: https://usfs.app.box.com/folder/135428245456. Please place your documents here as soon as possible. In the event we are objected we want to have everything ready to convert to an administrative record as quickly as possible. I have attached a quick guide to this email as a reminder of what should be in the official record.

Thank you for your immediate attention to this! Let me know if you have any questions.
Jodi

**Jodi Leingang**
**Environmental Coordinator/Project Manager**

**Forest Service**
**WO, Business Operations, Enterprise Program**

**p: 509-930-4014**
**jodi.leingang@usda.gov**

10237 Hwy 12
Naches, WA 98937
www.fs.fed.us

**Caring for the land and serving people**

# Appendix A: Project Record Quick Reference

A. **NEPA Documents**
- Legal Notices of the decision
- Cover letter(s) and mailing list for the final documents
- Final versions of the analysis document (e.g., EIS, EA, or CE)
- Record of Decision (EIS), Decision Notice and FONSI (EA), or Decision Memo (CE)
- Response to Comments documents that are not in the final analysis document

B. **Specialist Reports and Supporting Documents**
- Divided into sub-sections for each of the relevant resource areas
- Specialist reports, field notes, maps, resource photos, etc.

C. **Administrative Review Period Documents**
- Objections received
- Objection Tracking Form
- Agency responses to objections or documentation of resolutions

D. **Public Involvement**
- This section is divided into subsections and contains documents from the designated public involvement periods, as well as any communications that occur outside of these designated periods.

E. **Interagency Communication**
- Any correspondence or documentation of meetings with other agencies (including both cooperating and regulatory agencies)

F. **Process Documentation and Meeting Notes**
- Project Initiation Letter (PIL)
- Pertinent documents from pre-NEPA analysis
- Notes from IDT meetings and other items that document the process

G. **Management Direction**
- Relevant policies, planning documents, or guidance letters from the national, regional, forest, or district level

H. **References**
- Studies, research, papers, etc. that were considered directly or indirectly

I. **Documents Not Included in the Project Record**
- Sometimes there are documents that are used in the planning process that have some initial value as background or historical information, but because they are preliminary, redundant, or not useful to the decision to be made; they are not relevant to the line officer's decision. Documents and data that are not relevant to the decision or that were drafts should be deleted prior to finalization of the project record. Such documents may include:
  - Drafts of any documents (except drafts that were shared with the public during comment periods, these are relevant to show what information was presented to the public at the different stages of the process).
  - Informal, preliminary internal deliberations (e.g. comments on internal drafts, informal notes of meetings, personal notes).
  - Internal emails (except when they demonstrate resource analysis that was not otherwise incorporated or addressed in other project record documents).
  - Computer runs that were not used in the final decision-making process (e.g. GIS data that was not used or was superseded).
  - Raw data, such as for wildlife surveys, since this data should be interpreted in a final report.
  - Internal fiscal documents.